# EXHIBIT I

**Composite of Plaintiff's**

**Production Logs**

þDOC_IDþ þFILE_DIRþ þFILE_NAMEþ þFILE_FULLPATHþ
þST00001þ þComputer Source Assemblageþ þalpha_filter.pdfþ þComputer Source Code Assemblage/alpha_filter.pdfþ
þST00003þ þComputer Source Assemblageþ þappind.pdfþ þComputer Source Code Assemblage/appind.pdfþ
þST00005þ þComputer Source Assemblageþ þcalerts.pdfþ þComputer Source Code Assemblage/calerts.pdfþ
þST00012þ þComputer Source Assemblageþ þccore.pdfþ þComputer Source Code Assemblage/ccore.pdfþ
þST00018þ þComputer Source Assemblageþ þcfilter.pdfþ þComputer Source Code Assemblage/cfilter.pdfþ
þST00025þ þComputer Source Assemblageþ þfilterlogger.pdfþ þComputer Source Code Assemblage/filterlogger.pdfþ
þST00026þ þComputer Source Assemblageþ þfinfun.pdfþ þComputer Source Code Assemblage/finfun.pdfþ
þST00027þ þComputer Source Assemblageþ þfinfunclient.pdfþ þComputer Source Code Assemblage/finfunclient.pdfþ
þST00028þ þComputer Source Assemblageþ þgui2.pdfþ þComputer Source Code Assemblage/gui2.pdfþ
þST00045þ þComputer Source Assemblageþ þguicomp.pdfþ þComputer Source Code Assemblage/guicomp.pdfþ
þST00048þ þComputer Source Assemblageþ þindices-1.pdfþ þComputer Source Code Assemblage/indices-1.pdfþ
þST00049þ þComputer Source Assemblageþ þinout.pdfþ þComputer Source Code Assemblage/inout.pdfþ
þST00050þ þComputer Source Assemblageþ þjnlpstart.pdfþ þComputer Source Code Assemblage/jnlpstart.pdfþ
þST00053þ þComputer Source Assemblageþ þjtb.pdfþ þComputer Source Code Assemblage/jtb.pdfþ
þST00055þ þComputer Source Assemblageþ þlayout.pdfþ þComputer Source Code Assemblage/layout.pdfþ
þST00057þ þComputer Source Assemblageþ þlev1.pdfþ þComputer Source Code Assemblage/lev1.pdfþ
þST00058þ þComputer Source Assemblageþ þlevel1.pdfþ þComputer Source Code Assemblage/level1.pdfþ
þST00060þ þComputer Source Assemblageþ þlevel2.pdfþ þComputer Source Code Assemblage/level2.pdfþ
þST00061þ þComputer Source Assemblageþ þmarketmap.pdfþ þComputer Source Code Assemblage/marketmap.pdfþ
þST00062þ þComputer Source Assemblageþ þmontageL2.pdfþ þComputer Source Code Assemblage/montageL2.pdfþ
þST00064þ þComputer Source Assemblageþ þmore.pdfþ þComputer Source Code Assemblage/more.pdfþ
þST00066þ þComputer Source Assemblageþ þnews.pdfþ þComputer Source Code Assemblage/news.pdfþ
þST00069þ þComputer Source Assemblageþ þnonuniverse.pdfþ þComputer Source Code Assemblage/nonuniverse.pdfþ
þST00071þ þComputer Source Assemblageþ þoclib.pdfþ þComputer Source Code Assemblage/oclib.pdfþ
þST00073þ þComputer Source Assemblageþ þpad.pdfþ þComputer Source Code

Assemblage/pad.pdfþ
þST00074þ þComputer Source Code Assemblageþ þpalerts.pdfþ þComputer Source Code Assemblage/palerts.pdfþ
þST00075þ þComputer Source Code Assemblageþ þpivotpc.pdfþ þComputer Source Code Assemblage/pivotpc.pdfþ
þST00077þ þComputer Source Code Assemblageþ þqfilter - 1.0.pdfþ þComputer Source Code Assemblage/qfilter - 1.0.pdfþ
þST00079þ þComputer Source Code Assemblageþ þresource_converter.pdfþ þComputer Source Code Assemblage/resource_converter.pdfþ
þST00081þ þComputer Source Code Assemblageþ þs3.pdfþ þComputer Source Code Assemblage/s3.pdfþ
þST00082þ þComputer Source Code Assemblageþ þscanz_montageL2.pdfþ þComputer Source Code Assemblage/scanz_montageL2.pdfþ
þST00084þ þComputer Source Code Assemblageþ þsectors.pdfþ þComputer Source Code Assemblage/sectors.pdfþ
þST00085þ þComputer Source Code Assemblageþ þsettings.pdfþ þComputer Source Code Assemblage/settings.pdfþ
þST00087þ þComputer Source Code Assemblageþ þshortsells.pdfþ þComputer Source Code Assemblage/shortsells.pdfþ
þST00088þ þComputer Source Code Assemblageþ þsilverlight.pdfþ þComputer Source Code Assemblage/silverlight.pdfþ
þST00090þ þComputer Source Code Assemblageþ þst.pdfþ þComputer Source Code Assemblage/st.pdfþ
þST00091þ þComputer Source Code Assemblageþ þstreamtf.pdfþ þComputer Source Code Assemblage/streamtf.pdfþ
þST00092þ þComputer Source Code Assemblageþ þtalerts.pdfþ þComputer Source Code Assemblage/talerts.pdfþ
þST00094þ þComputer Source Code Assemblageþ þtape.pdfþ þComputer Source Code Assemblage/tape.pdfþ
þST00095þ þComputer Source Code Assemblageþ þTDATrade.pdfþ þComputer Source Code Assemblage/TDATrade.pdfþ
þST00097þ þComputer Source Code Assemblageþ þtickertrading.pdfþ þComputer Source Code Assemblage/tickertrading.pdfþ
þST00098þ þComputer Source Code Assemblageþ þtimetrade.pdfþ þComputer Source Code Assemblage/timetrade.pdfþ
þST00099þ þComputer Source Code Assemblageþ þtindicators-1.0.pdfþ þComputer Source Code Assemblage/tindicators-1.0.pdfþ
þST00100þ þComputer Source Code Assemblageþ þtopers.pdfþ þComputer Source Code Assemblage/topers.pdfþ
þST00101þ þComputer Source Code Assemblageþ þuniverse.pdfþ þComputer Source Code Assemblage/universe.pdfþ
þST00102þ þComputer Source Code Assemblageþ þvwap.pdfþ þComputer Source Code Assemblage/vwap.pdfþ
þST00103þ þComputer Source Code Assemblageþ þwatchlist.pdfþ þComputer Source Code Assemblage/watchlist.pdfþ
þST00104þ þCustomer Dataþ þCustomer Transactions 2013-2021.pdfþ þCustomer Data/Customer Transactions 2013-2021.pdfþ
þST01590þ þCustomer Dataþ þEquityFeed Terms of Service.pdfþ þCustomer Data/EquityFeed Terms of Service.pdfþ
þST01591þ þCustomer Dataþ þScanz Terms of Service.pdfþ þCustomer Data/Scanz Terms of

Service.pdfþ
þST01594þ þEmails Re: STTþ þ1.pdfþ þEmails Re: STT/1.pdfþ
þST01596þ þEmails Re: STTþ þ10.pdfþ þEmails Re: STT/10.pdfþ
þST01597þ þEmails Re: STTþ þ11.pdfþ þEmails Re: STT/11.pdfþ
þST01598þ þEmails Re: STTþ þ12.pdfþ þEmails Re: STT/12.pdfþ
þST01600þ þEmails Re: STTþ þ13.pdfþ þEmails Re: STT/13.pdfþ
þST01603þ þEmails Re: STTþ þ14.pdfþ þEmails Re: STT/14.pdfþ
þST01604þ þEmails Re: STTþ þ15.pdfþ þEmails Re: STT/15.pdfþ
þST01605þ þEmails Re: STTþ þ16.pdfþ þEmails Re: STT/16.pdfþ
þST01607þ þEmails Re: STTþ þ17.pdfþ þEmails Re: STT/17.pdfþ
þST01608þ þEmails Re: STTþ þ18.pdfþ þEmails Re: STT/18.pdfþ
þST01609þ þEmails Re: STTþ þ19.pdfþ þEmails Re: STT/19.pdfþ
þST01610þ þEmails Re: STTþ þ2.pdfþ þEmails Re: STT/2.pdfþ
þST01611þ þEmails Re: STTþ þ20.pdfþ þEmails Re: STT/20.pdfþ
þST01613þ þEmails Re: STTþ þ21.pdfþ þEmails Re: STT/21.pdfþ
þST01614þ þEmails Re: STTþ þ3.pdfþ þEmails Re: STT/3.pdfþ
þST01615þ þEmails Re: STTþ þ4.pdfþ þEmails Re: STT/4.pdfþ
þST01617þ þEmails Re: STTþ þ5.pdfþ þEmails Re: STT/5.pdfþ
þST01619þ þEmails Re: STTþ þ6.pdfþ þEmails Re: STT/6.pdfþ
þST01620þ þEmails Re: STTþ þ7.pdfþ þEmails Re: STT/7.pdfþ
þST01622þ þEmails Re: STTþ þ8.pdfþ þEmails Re: STT/8.pdfþ
þST01624þ þEmails Re: STTþ þ9.pdfþ þEmails Re: STT/9.pdfþ
þST01627þ þEmployment Contractsþ þAgreement IP Olenichev.pdfþ þEmployment
Contracts/Agreement IP Olenichev.pdfþ
þST01632þ þEmployment Contractsþ þAshot_signed_contract_2011.pdfþ þEmployment
Contracts/Ashot_signed_contract_2011.pdfþ
þST01642þ þEmployment Contractsþ þMikhail_signed_contract_2011.pdfþ þEmployment
Contracts/Mikhail_signed_contract_2011.pdfþ
þST01652þ þFinancial Statementsþ þ2013.pdfþ þFinancial Statements/2013.pdfþ
þST01660þ þFinancial Statementsþ þ2014.pdfþ þFinancial Statements/2014.pdfþ
þST01669þ þFinancial Statementsþ þ2015.pdfþ þFinancial Statements/2015.pdfþ
þST01682þ þFinancial Statementsþ þ2016.pdfþ þFinancial Statements/2016.pdfþ
þST01693þ þFinancial Statementsþ þ2017.pdfþ þFinancial Statements/2017.pdfþ
þST01703þ þFinancial Statementsþ þ2018.pdfþ þFinancial Statements/2018.pdfþ
þST01715þ þFinancial Statementsþ þ2019.pdfþ þFinancial Statements/2019.pdfþ
þST01726þ þFinancial Statementsþ þ2020 Draft.pdfþ þFinancial Statements/2020
Draft.pdfþ
þST01732þ þFinancial Statementsþ þ2021 YTD Profit & Loss (draft).pdfþ þFinancial
Statements/2021 YTD Profit & Loss (draft).pdfþ
þST01734þ þInvestigationþ þ2016_1.pngþ þInvestigation/2016_1.pngþ
þST01735þ þInvestigationþ þ2016_2.pngþ þInvestigation/2016_2.pngþ
þST01736þ þInvestigationþ þ2016_3.pngþ þInvestigation/2016_3.pngþ
þST01737þ þInvestigationþ þ2016_4.pngþ þInvestigation/2016_4.pngþ
þST01738þ þInvestigationþ þ2017 Investigation.pngþ þInvestigation/2017
Investigation.pngþ
þST01739þ þLicensing Related Documentsþ þEquityFeed Jewmon Agreement.pdfþ þLicensing
Related Documents/EquityFeed Jewmon Agreement.pdfþ
þST01745þ þLicensing Related Documentsþ þTermination Notice.pdfþ þLicensing Related
Documents/Termination Notice.pdfþ
þST01749þ þ.þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Onlyþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Onlyþ

þST01750þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/PERSONAL/new_layoutþ þ2_Charts_diff_preset.1411 487514790.txtþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/PERSONAL/new_layout/2_Charts_diff_preset.141148 7514790.txtþ

þST01751þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þadp.0.201013051205.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.0.201013051205.gzþ

þST01752þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.0.201013051205.gzþ þ2021215-1-fezfee.b21 emþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.0.201013051205.gz/2021215-1-fezfee.b21em þ

þST02001þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þadp.2.201013044700.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.2.201013044700.gzþ

þST02002þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.2.201013044700.gzþ þ2021215-1-ma3wpv.6jj uþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.2.201013044700.gz/2021215-1-ma3wpv.6jjuþ

þST02065þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þadp.4.201013044701.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.4.201013044701.gzþ

þST02066þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.4.201013044701.gzþ þ2021215-1-15tealz.bv nlþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.4.201013044701.gz/2021215-1-15tealz.bvnl þ

þST02071þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þadp.6.201013044702.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/adp.6.201013044702.gzþ

þST02072þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adp.6.201013044702.gzþ þ2021215-1-onrvc.gcbe
dþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys
Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adp.6.201013044702.gz/2021215-1-onrvc.gcbedþ
þST02157þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadr.0.201013051205.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adr.0.201013051205.gzþ
þST02158þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.0.201013051205.gzþ þ2021215-1-148df0b.ji
0cþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.0.201013051205.gz/2021215-1-148df0b.ji0c
þ
þST02407þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadr.2.201013044701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adr.2.201013044701.gzþ
þST02408þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.2.201013044701.gzþ þ2021215-1-1ahi268.ci
dhjþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.2.201013044701.gz/2021215-1-1ahi268.cidh
jþ
þST02471þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadr.4.201013044701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adr.4.201013044701.gzþ
þST02472þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.4.201013044701.gzþ þ2021215-1-1jeq2k2.y3
2gþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.4.201013044701.gz/2021215-1-1jeq2k2.y32g
þ
þST02477þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadr.6.201013044702.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adr.6.201013044702.gzþ
þST02478þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.6.201013044702.gzþ þ2021215-1-v2oqz4.er5
vmþ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adr.6.201013044702.gz/2021215-1-v2oqz4.er5vm
þ
þST02563þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadt.0.201013051206.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adt.0.201013051206.gzþ
þST02564þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.0.201013051206.gzþ þ2021215-1-fqaa34.xir
z6þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.0.201013051206.gz/2021215-1-fqaa34.xirz6
þ
þST02813þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadt.2.201013044701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adt.2.201013044701.gzþ
þST02814þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.2.201013044701.gzþ þ2021215-1-1b6dwca.b4
6fþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.2.201013044701.gz/2021215-1-1b6dwca.b46f
þ
þST02877þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadt.4.201013044701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adt.4.201013044701.gzþ
þST02878þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.4.201013044701.gzþ þ2021215-1-173w5qh.or
woþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.4.201013044701.gz/2021215-1-173w5qh.orwo
þ
þST02883þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadt.6.201013044702.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adt.6.201013044702.gzþ
þST02884þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.6.201013044702.gzþ þ2021215-1-1nvmd9d.g7
tuþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adt.6.201013044702.gz/2021215-1-1nvmd9d.g7tu

þ
þST02969þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadv.0.201013051206.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adv.0.201013051206.gzþ
þST02970þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.0.201013051206.gzþ þ2021215-1-st8sw5.lnh
ymþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.0.201013051206.gz/2021215-1-st8sw5.lnhym
þ
þST03219þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadv.2.201013044701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adv.2.201013044701.gzþ
þST03220þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.2.201013044701.gzþ þ2021215-1-11j7tlk.sg
lnþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.2.201013044701.gz/2021215-1-11j7tlk.sgln
þ
þST03283þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadv.4.201013044701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adv.4.201013044701.gzþ
þST03284þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.4.201013044701.gzþ þ2021215-1-10b3al9.1n
w7kþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.4.201013044701.gz/2021215-1-10b3al9.1nw7
kþ
þST03289þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þadv.6.201013044702.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/adv.6.201013044702.gzþ
þST03290þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.6.201013044702.gzþ þ2021215-1-8mnsk1.8yj
upþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/adv.6.201013044702.gz/2021215-1-8mnsk1.8yjup
þ
þST03375þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þalert1.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/alert1.wavþ
þST03376þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þalert2.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/alert2.wavþ
þST03377þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þalert3.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/alert3.wavþ
þST03378þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þalert4.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/alert4.wavþ
þST03379þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þalert5.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/alert5.wavþ
þST03380þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þalpha_filter.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/alpha_filter.jarþ
þST03381þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þappind.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/appind.jarþ
þST03382þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þbeep1.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/beep1.wavþ
þST03383þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þbeep2.wavþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/beep2.wavþ
þST03384þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/newsalertþ þBHI.NPEF.1416239874553.txt
þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys
Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/newsalert/BHI.NPEF.1416239874553.txtþ

þST03385þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þcalerts.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/calerts.jarþ
þST03386þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þccode.200221051110.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ccode.200221051110.gzþ
þST03387þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ccode.200221051110.gzþ þ2021215-1-1n3h4ns.flgwþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ccode.200221051110.gz/2021215-1-1n3h4ns.flgwþ
þST03565þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þccore.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/ccore.jarþ
þST03566þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þcfilter.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/cfilter.jarþ
þST03567þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/tempþ þchartsAAL.2þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/temp/chartsAAL.2þ
þST03568þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/tempþ þchartsAAPL.2þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/temp/chartsAAPL.2þ
þST03569þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/tempþ þchartsCCL.6þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/temp/chartsCCL.6þ
þST03570þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/tempþ þchartsFRSX.2þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/temp/chartsFRSX.2þ
þST03571þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/tempþ þchartsQQQ.2þ þObject Code - Highly

Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/temp/temp/chartsQQQ.2þ
þST03572þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þclib.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/clib.jarþ
þST03573þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þclose.amex.201013062700.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/close.amex.201013062700.gzþ
þST03574þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.amex.201013062700.gzþ þ2021215-1-arz8j
0.xcz2pþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.amex.201013062700.gz/2021215-1-arz8j0.
xcz2pþ
þST03579þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þclose.nasdaq.201013062700.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.nasdaq.201013062700.gzþ
þST03580þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.nasdaq.201013062700.gzþ þ2021215-1-5m5
n03.gvbjrþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.nasdaq.201013062700.gz/2021215-1-5m5n0
3.gvbjrþ
þST03643þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þclose.nyse.201013062701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/close.nyse.201013062701.gzþ
þST03644þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.nyse.201013062701.gzþ þ2021215-1-17x8s
69.yui3þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.nyse.201013062701.gz/2021215-1-17x8s69
.yui3þ
þST03719þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þclose.otc.201013062701.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/close.otc.201013062701.gzþ
þST03720þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.otc.201013062701.gzþ þ2021215-1-15iv5l
e.6j9qþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/close.otc.201013062701.gz/2021215-1-15iv5le.
6j9qþ
þST04023þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þctype.190219051106.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ctype.190219051106.gzþ
þST04024þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ctype.190219051106.gzþ þ2021215-1-40ivxe.dek
66þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ctype.190219051106.gz/2021215-1-40ivxe.dek66
þ
þST04029þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þdich.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/dich.jarþ
þST04030þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þEF_LightSpeed.dllþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/EF_LightSpeed.dllþ
þST04031þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þef_realTick.dllþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/ef_realTick.dllþ
þST04032þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þEF_Sterling.dllþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/EF_Sterling.dllþ
þST04033þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þEF_Sterling.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/EF_Sterling.jarþ
þST04034þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þeflightspeed.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/eflightspeed.jarþ
þST04035þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þeod.amex.201009173500.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.amex.201009173500.gzþ þST04036þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.amex.201009173500.gzþ þ2021215 -1-1vjht12.xkexlþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.amex.201009173500.gz/2021215-1-1vjht12.x kexlþ þST04041þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þeod.amex.201012173500.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.amex.201012173500.gzþ þST04042þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.amex.201012173500.gzþ þ2021215 -1-2pun5b.6xcnpþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.amex.201012173500.gz/2021215-1-2pun5b.6x cnpþ þST04047þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þeod.nasdaq.201009173500.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nasdaq.201009173500.gzþ þST04048þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nasdaq.201009173500.gzþ þ2021215-1-obfb6 t.ebo9sþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nasdaq.201009173500.gz/2021215-1-obfb6t. ebo9sþ þST04109þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þeod.nasdaq.201012173500.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nasdaq.201012173500.gzþ þST04110þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nasdaq.201012173500.gzþ þ2021215-1-1lsen qn.au5piþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nasdaq.201012173500.gz/2021215-1-1lsenqn .au5piþ þST04171þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þeod.nyse.201009173500.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object

Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nyse.201009173500.gzþ
þST04172þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.nyse.201009173500.gzþ þ2021215
-1-ms2ut3.pj5odþ þObject Code - Highly Confidential Computer Code - Highly
Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.nyse.201009173500.gz/2021215-1-ms2ut3.pj
5odþ
þST04246þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þeod.nyse.201012173500.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.nyse.201012173500.gzþ
þST04247þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.nyse.201012173500.gzþ þ2021215
-1-14i71n4.mkjpþþ þObject Code - Highly Confidential Computer Code - Highly
Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.nyse.201012173500.gz/2021215-1-14i71n4.m
kjpþ
þST04320þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þeod.otc.201009173501.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.otc.201009173501.gzþ
þST04321þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.otc.201009173501.gzþ þ2021215-1-kzzw8p.t
yq9þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.otc.201009173501.gz/2021215-1-kzzw8p.tyq
9þ
þST04505þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þeod.otc.201012173501.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/eod.otc.201012173501.gzþ
þST04506þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.otc.201012173501.gzþ þ2021215-1-1yinxbk.
mhjjþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/eod.otc.201012173501.gz/2021215-1-1yinxbk.mh
jjþ
þST04689þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þeq.icoþ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/eq.icoþ
þST04690þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þeqf.icoþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/eqf.icoþ
þST04691þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þequityFeedBlueEye.jarþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/equityFeedBlueEye.jarþ
þST04692þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þequityFeedGrayEye.jarþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/equityFeedGrayEye.jarþ
þST04693þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þequityFeedWhiteEye.jarþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/equityFeedWhiteEye.jarþ
þST04694þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þetffund.180409030105.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/etffund.180409030105.gzþ
þST04695þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/etffund.180409030105.gzþ þ2021215-1-1ejtalx.
6fjdþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/etffund.180409030105.gz/2021215-1-1ejtalx.6f
jdþ
þST04723þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þfileslib.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/fileslib.jarþ
þST04724þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þfilter.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/filter.jarþ
þST04725þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þfilterlogger.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/filterlogger.jarþ
þST04726þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þfinfun.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object

Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/finfun.jarþ
þST04727þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þfinfunclient.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/finfunclient.jarþ
þST04728þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/preferencesþ þFull+Montage.14138198204
43.txtþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/preferences/Full+Montage.1413819820443
.txtþ
þST04729þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þfundam.amex.201012053603.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.amex.201012053603.gzþ
þST04730þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.amex.201012053603.gzþ þ2021215-1-14wi
toc.9wnojþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.amex.201012053603.gz/2021215-1-14wito
c.9wnojþ
þST04747þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þfundam.nasdaq.201013053601.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.nasdaq.201013053601.gzþ
þST04748þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.nasdaq.201013053601.gzþ þ2021215-1-pa
rglg.h0cnþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.nasdaq.201013053601.gz/2021215-1-parg
lg.h0cnþ
þST04964þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þfundam.nyse.201012053604.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.nyse.201012053604.gzþ
þST04965þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/fundam.nyse.201012053604.gzþ þ2021215-1-rjdl
0p.bhndgþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/fundam.nyse.201012053604.gz/2021215-1-rjdl0p.bhndgþ

þST05132þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þfundam.otc.201013053602.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/fundam.otc.201013053602.gzþ

þST05133þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/fundam.otc.201013053602.gzþ þ2021215-1-j7ne2n.qq5cþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/fundam.otc.201013053602.gz/2021215-1-j7ne2n.qq5cþ

þST05975þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/mfeeddata/jarsþ þgui2.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/gui2.jarþ

þST05976þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/PERSONAL/newsalertþ þHAL.NPEF.1416239856460.txtþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/PERSONAL/newsalert/HAL.NPEF.1416239856460.txtþ

þST05977þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þhl.52.0.201013050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hl.52.0.201013050006.gzþ

þST05978þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/hl.52.0.201013050006.gzþ þ2021215-1-j1gjsn.mvki8þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/hl.52.0.201013050006.gz/2021215-1-j1gjsn.mvki8þ

þST06091þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þhl.52.2.201013050005.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hl.52.2.201013050005.gzþ

þST06092þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/hl.52.2.201013050005.gzþ þ2021215-1-1cd7k7d.w348hþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/hl.52.2.201013050005.gz/2021215-1-1cd7k7d.w348hþ

þST06148þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þhl.52.4.201013050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/hl.52.4.201013050006.gzþ
þST06149þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hl.52.4.201013050006.gzþ þ2021215-1-12u1gvy.
d7hgþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hl.52.4.201013050006.gz/2021215-1-12u1gvy.d7
hgþ
þST06154þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þhl.52.6.201013050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/hl.52.6.201013050006.gzþ
þST06155þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hl.52.6.201013050006.gzþ þ2021215-1-11za5gq.
pwysþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hl.52.6.201013050006.gz/2021215-1-11za5gq.pw
ysþ
þST06229þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þhlw.amex.201013050602.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.amex.201013050602.gzþ
þST06230þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hlw.amex.201013050602.gzþ þ2021215
-1-9ypv0m.7lh25þ þObject Code - Highly Confidential Computer Code - Highly
Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hlw.amex.201013050602.gz/2021215-1-9ypv0m.7l
h25þ
þST06235þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þhlw.nasdaq.201013050601.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.nasdaq.201013050601.gzþ
þST06236þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hlw.nasdaq.201013050601.gzþ þ2021215-1-114he
ez.n1moþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/hlw.nasdaq.201013050601.gz/2021215-1-114heez
.n1moþ
þST06297þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þhlw.nyse.201013050604.gzþ þObject Code -

Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.nyse.201013050604.gzþ þST06298þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.nyse.201013050604.gzþ þ2021215 -1-1ds7uxe.ed5hjþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.nyse.201013050604.gz/2021215-1-1ds7uxe.e d5hjþ

þST06382þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þhlw.otc.201013050606.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.otc.201013050606.gzþ þST06383þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.otc.201013050606.gzþ þ2021215-1-vmbm1b.6 a6imþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/hlw.otc.201013050606.gz/2021215-1-vmbm1b.6a6 imþ

þST06605þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þhttputil.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/httputil.jarþ þST06606þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þicon.GIFþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/icon.GIFþ þST06607þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þimages.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/images.jarþ þST06608þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þindexes.180409030104.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/indexes.180409030104.gzþ þST06609þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/indexes.180409030104.gzþ þ2021215-1-1v82mcb. 811wþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/indexes.180409030104.gz/2021215-1-1v82mcb.8l 1wþ

þST06629þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/mfeeddata/jarsþ þindices-1.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/indices-1.jarþ þST06630þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/mfeeddata/jarsþ þinout.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/inout.jarþ þST06631þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þissuer.0.201013063801.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.0.201013063801.gzþ þST06632þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/issuer.0.201013063801.gzþ þ2021215 -1-9z9nrl.6jpjþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.0.201013063801.gz/2021215-1-9z9nrl.6jpjþ þST06950þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þissuer.2.201013063801.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.2.201013063801.gzþ þST06951þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/issuer.2.201013063801.gzþ þ2021215 -1-14tpvn2.4e24þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.2.201013063801.gz/2021215-1-14tpvn2.4e24þ þST07014þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þissuer.4.201012063801.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.4.201012063801.gzþ þST07015þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/issuer.4.201012063801.gzþ þ2021215 -1-1bkkhmv.etueþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.4.201012063801.gz/2021215-1-1bkkhmv.etueþ þST07021þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þissuer.6.201013063801.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/issuer.6.201013063801.gzþ þST07022þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/issuer.6.201013063801.gzþ þ2021215
-1-fe5e2f.ahx98þ þObject Code - Highly Confidential Computer Code - Highly
Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/issuer.6.201013063801.gz/2021215-1-fe5e2f.ah
x98þ
þST07114þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þjnlpstart.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/jnlpstart.jarþ
þST07115þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þjtb.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/jtb.jarþ
þST07116þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilterþ þLast_gr_0.1411572790367.txtþ
þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys
Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilter/Last_gr_0.1411572790367.txtþ
þST07132þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þlayout.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/layout.jarþ
þST07133þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þlev1.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/lev1.jarþ
þST07134þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þlevel1.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/level1.jarþ
þST07135þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þlevel2.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/level2.jarþ
þST07136þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þlibchart.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/libchart.jarþ
þST07137þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/preferencesþ þMarket+View.156259838365

0.txtþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/preferences/Market+View.1562598383650.
txtþ
þST07143þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddataþ þMathLibrary.dllþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/MathLibrary.dllþ
þST07144þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þmcode.201013074601.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/mcode.201013074601.gzþ
þST07145þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/mcode.201013074601.gzþ þ2021215-1-164ob73.92
aiþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/mcode.201013074601.gz/2021215-1-164ob73.92ai
þ
þST07618þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þmontageL2.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/montageL2.jarþ
þST07619þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þmore.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/more.jarþ
þST07620þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þmsg.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/msg.jarþ
þST07621þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/new_layoutþ þMV_FRES.1410967706123.txt
þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys
Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/new_layout/MV_FRES.1410967706123.txtþ
þST07628þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/new_layoutþ þMV_IDX_EfficienView.14114
87984867.txtþ þObject Code - Highly Confidential Computer Code - Highly
Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/new_layout/MV_IDX_EfficienView.1411487
984867.txtþ
þST07633þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/new_layoutþ þMV.1410967634500.txtþ þObj
ect Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/new_layout/MV.1410967634500.txtþ
þST07637þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilterþ þnew_filter_olk.1410963341153
.txtþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilter/new_filter_olk.1410963341153.t
xtþ
þST07652þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þnews.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/news.jarþ
þST07653þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þNF.-2þ þObject Code - Highly Confidential Computer
Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/NF.-2þ
þST07654þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þNF.-3þ þObject Code - Highly Confidential Computer
Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/NF.-3þ
þST07655þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þNF.0þ þObject Code - Highly Confidential Computer
Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/NF.0þ
þST07656þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þNF.2þ þObject Code - Highly Confidential Computer
Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/NF.2þ
þST07657þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þNF.4þ þObject Code - Highly Confidential Computer
Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/NF.4þ
þST07658þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þNF.6þ þObject Code - Highly Confidential Computer
Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/NF.6þ
þST07659þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þnfprovider.200622054003.gzþ þObject Code -

Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/nfprovider.200622054003.gzþ
þST07660þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/nfprovider.200622054003.gzþ þ2021215-1-1uyzc
u2.e2qwþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/nfprovider.200622054003.gz/2021215-1-1uyzcu2
.e2qwþ
þST07662þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þnonuniverse.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/nonuniverse.jarþ
þST07663þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.AMEX.20201006þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.AMEX.20201006þ
þST07664þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.AMEX.20201007þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.AMEX.20201007þ
þST07665þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.AMEX.20201008þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.AMEX.20201008þ
þST07666þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.AMEX.20201009þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.AMEX.20201009þ
þST07667þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.AMEX.20201012þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.AMEX.20201012þ
þST07668þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NASDAQ.20201006þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NASDAQ.20201006þ
þST07669þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NASDAQ.20201007þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NASDAQ.20201007þ
þST07670þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NASDAQ.20201008þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NASDAQ.20201008þ
þST07671þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NASDAQ.20201009þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NASDAQ.20201009þ
þST07672þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NASDAQ.20201012þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NASDAQ.20201012þ
þST07673þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NYSE.20201006þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NYSE.20201006þ
þST07674þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NYSE.20201007þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NYSE.20201007þ
þST07675þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NYSE.20201008þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NYSE.20201008þ
þST07676þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NYSE.20201009þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NYSE.20201009þ
þST07677þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.NYSE.20201012þ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/dich/oc.NYSE.20201012þ
þST07678þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.OTC.20201006þ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/oc.OTC.20201006þ
þST07679þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.OTC.20201007þ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/oc.OTC.20201007þ
þST07680þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.OTC.20201008þ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/oc.OTC.20201008þ
þST07681þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.OTC.20201009þ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/oc.OTC.20201009þ
þST07682þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dichþ þoc.OTC.20201012þ þObject Code - Highly Confidential
Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/dich/oc.OTC.20201012þ
þST07683þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þoclib.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/oclib.jarþ
þST07684þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þpad.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/pad.jarþ
þST07685þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þpalerts.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/palerts.jarþ
þST07686þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þpivotpc.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/pivotpc.jarþ
þST07687þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þprev.0.201013051603.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/prev.0.201013051603.gzþ
þST07688þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.0.201013051603.gzþ þ2021215-1-1tm71ia.b
ihdþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.0.201013051603.gz/2021215-1-1tm71ia.bih
dþ
þST08006þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þprev.2.201013051601.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object

Code/Object code (compiled)/mfeeddata.user/resources/s3/prev.2.201013051601.gzþ
þST08007þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.2.201013051601.gzþ þ2021215-1-1my2tr9.h
w3uþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.2.201013051601.gz/2021215-1-1my2tr9.hw3
uþ
þST08070þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þprev.4.201013051602.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/prev.4.201013051602.gzþ
þST08071þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.4.201013051602.gzþ þ2021215-1-2pyi5y.zh
3j1þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.4.201013051602.gz/2021215-1-2pyi5y.zh3j
1þ
þST08077þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þprev.6.201013051602.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/prev.6.201013051602.gzþ
þST08078þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.6.201013051602.gzþ þ2021215-1-1dr1984.k
ha7þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/prev.6.201013051602.gz/2021215-1-1dr1984.kha
7þ
þST08166þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þqfilter-1.0.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/qfilter-1.0.jarþ
þST08167þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þqpattern.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/qpattern.jarþ
þST08168þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þqpristine.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/qpristine.jarþ
þST08169þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þreslib.jarþ þObject Code - Highly

Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/reslib.jarþ

þST08170þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddataþ þRTReg.batþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/RTReg.batþ

þST08171þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þrttick.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/rttick.jarþ

þST08172þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þs3.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/s3.jarþ

þST08173þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þsectors.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/sectors.jarþ

þST08174þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jarsþ þsettings.jarþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/settings.jarþ

þST08175þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þshortdata.0.201013063703.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/shortdata.0.201013063703.gzþ

þST08176þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/shortdata.0.201013063703.gzþ þ2021215-1-1u9w5y3.1h5lþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/shortdata.0.201013063703.gz/2021215-1-1u9w5y3.1h5lþ

þST08308þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þshortdata.2.201013063703.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/shortdata.2.201013063703.gzþ

þST08309þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/shortdata.2.201013063703.gzþ þ2021215-1-1w9ii28.4tc7þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.2.201013063703.gz/2021215-1-1w9ii2
8.4tc7þ
þST08365þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þshortdata.4.201013063703.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.4.201013063703.gzþ
þST08366þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.4.201013063703.gzþ þ2021215-1-vvxb
vk.qg5sþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.4.201013063703.gz/2021215-1-vvxbvk
.qg5sþ
þST08371þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þshortdata.6.201013063703.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.6.201013063703.gzþ
þST08372þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.6.201013063703.gzþ þ2021215-1-13mp
x5v.063oþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/shortdata.6.201013063703.gz/2021215-1-13mpx5
v.063oþ
þST08435þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þshortsells.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/shortsells.jarþ
þST08436þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þsilverlight.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/silverlight.jarþ
þST08437þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þslinstall.batþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/slinstall.batþ
þST08438þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þst.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/st.jarþ
þST08439þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þstreamtf.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/streamtf.jarþ
þST08440þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þsummary.amex.200817054049.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.amex.200817054049.gzþ
þST08441þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.amex.200817054049.gzþ þ2021215-1-152
5kkb.rxlaþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.amex.200817054049.gz/2021215-1-1525k
kb.rxlaþ
þST08450þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þsummary.nasdaq.200814054007.gzþ þObject
Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.nasdaq.200814054007.gzþ
þST08451þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.nasdaq.200814054007.gzþ þ2021215-1-1
wivc1q.94prþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.nasdaq.200814054007.gz/2021215-1-1wi
vc1q.94prþ
þST08556þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þsummary.nyse.200817054049.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.nyse.200817054049.gzþ
þST08557þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.nyse.200817054049.gzþ þ2021215-1-8rs
64e.hgq0mþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.nyse.200817054049.gz/2021215-1-8rs64
e.hgq0mþ
þST08678þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þsummary.otc.200814054007.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.otc.200814054007.gzþ
þST08679þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.otc.200814054007.gzþ þ2021215-1-1ulm
sxx.075rþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/summary.otc.200814054007.gz/2021215-1-1ulmsx
x.075rþ
þST08945þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þswingx-all-1.6.5.jarþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/swingx-all-1.6.5.jarþ
þST08946þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þswingx.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/swingx.jarþ
þST08947þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þsyncdayfiles.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/syncdayfiles.jarþ
þST08948þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þsynthetica.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/synthetica.jarþ
þST08949þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þsyntheticaBlackEye.jarþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/syntheticaBlackEye.jarþ
þST08950þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtalerts.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/talerts.jarþ
þST08951þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtape.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/tape.jarþ
þST08952þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þTDATrade.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/TDATrade.jarþ
þST08953þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/cfilterþ þtest_scanner.1413560231553.t
xtþ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/cfilter/test_scanner.1413560231553.txt
þ
þST08955þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilterþ þtest1.1410963739200.txtþ þObj
ect Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilter/test1.1410963739200.txtþ
þST08970þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtickertrading.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/tickertrading.jarþ
þST08971þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtimetrade.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/timetrade.jarþ
þST08972þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtIndicators-1.0.jarþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/tIndicators-1.0.jarþ
þST08973þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtopers.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/topers.jarþ
þST08974þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þTotalMontage_AdvanceChart.jarþ þObject
Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jars/TotalMontage_AdvanceChart.jarþ
þST08975þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þTotalMontage.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/TotalMontage.jarþ
þST08976þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þtslib.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/tslib.jarþ
þST08977þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þuniverse.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/universe.jarþ

þST08978þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilterþ þvol_today_vs_vol_yesterday.1
410962983530.txtþ þObject Code - Highly Confidential Computer Code - Highly
Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilter/vol_today_vs_vol_yesterday.141
0962983530.txtþ
þST08995þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilterþ þVolTod_vs_VolYes.14109631614
83.txtþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/PERSONAL/qfilter/VolTod_vs_VolYes.1410963161483
.txtþ
þST09012þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þvsc.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/vsc.jarþ
þST09013þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þvwap.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/vwap.jarþ
þST09014þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/mfeeddata/jarsþ þwatchlist.jarþ þObject Code - Highly
Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/mfeeddata/jars/watchlist.jarþ
þST09015þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.amex.201006050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.amex.201006050006.gzþ
þST09016þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201006050006.gzþ þ2021215-1-sdfhh
v.f02onþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201006050006.gz/2021215-1-sdfhhv.
f02onþ
þST09020þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.amex.201007051508.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.amex.201007051508.gzþ
þST09021þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201007051508.gzþ þ2021215-1-1ehw8
je.3lkdþ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201007051508.gz/2021215-1-1ehw8je
.31kdþ
þST09025þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.amex.201009050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.amex.201009050006.gzþ
þST09026þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201009050006.gzþ þ2021215-1-jjhbe
5.ll5nþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201009050006.gz/2021215-1-jjhbe5.
ll5nþ
þST09030þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.amex.201012053008.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.amex.201012053008.gzþ
þST09031þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201012053008.gzþ þ2021215-1-18zz1
5i.yw13þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201012053008.gz/2021215-1-18zz15i
.yw13þ
þST09036þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.amex.201013050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.amex.201013050006.gzþ
þST09037þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201013050006.gzþ þ2021215-1-plhcs
m.58prþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.amex.201013050006.gz/2021215-1-plhcsm.
58prþ
þST09042þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nasdaq.201006050006.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201006050006.gzþ
þST09043þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201006050006.gzþ þ2021215-1-vyr
wtb.z8qtþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201006050006.gz/2021215-1-vyrwt
b.z8qtþ
þST09099þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nasdaq.201007051508.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201007051508.gzþ
þST09100þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201007051508.gzþ þ2021215-1-yx6
lp4.iw5jþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201007051508.gz/2021215-1-yx6lp
4.iw5jþ
þST09156þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3 þyhigh.nasdaq.201009050005.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201009050005.gzþ
þST09157þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201009050005.gzþ þ2021215-1-ryf
afj.0ccl9þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201009050005.gz/2021215-1-ryfaf
j.0ccl9þ
þST09213þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3 þyhigh.nasdaq.201012053008.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201012053008.gzþ
þST09214þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201012053008.gzþ þ2021215-1-1ao
br0c.unjviþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201012053008.gz/2021215-1-1aobr
0c.unjviþ
þST09270þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3 þyhigh.nasdaq.201013050005.gzþ þObject Code
- Highly Confidential Computer Code - Highly Confidential Attorneys Eyes
Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201013050005.gzþ
þST09271þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201013050005.gzþ þ2021215-1-i4h

l0w.wy53fþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nasdaq.201013050005.gz/2021215-1-i4hl0
w.wy53fþ
þST09327þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nyse.201006050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201006050006.gzþ
þST09328þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201006050006.gz þ2021215-1-16jti
5y.2ur9þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201006050006.gz/2021215-1-16jti5y
.2ur9þ
þST09396þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nyse.201007051508.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201007051508.gzþ
þST09397þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201007051508.gz þ2021215-1-xfay1
q.i8qcsþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201007051508.gz/2021215-1-xfay1q.
i8qcsþ
þST09465þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nyse.201009050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201009050006.gzþ
þST09466þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201009050006.gz þ2021215-1-1893m
0d.fl0yhþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201009050006.gz/2021215-1-1893m0d
.fl0yhþ
þST09534þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nyse.201012053009.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201012053009.gzþ
þST09535þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201012053009.gz þ2021215-1-diwtg
j.lhw38þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201012053009.gz/2021215-1-diwtgj.
lhw38þ
þST09609þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.nyse.201013050006.gz6þ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201013050006.gzþ
þST09610þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201013050006.gz6þ þ2021215-1-9jcc4
d.vwky4þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.nyse.201013050006.gz/2021215-1-9jcc4d.
vwky4þ
þST09684þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.otc.201007051509.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.otc.201007051509.gzþ
þST09685þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201007051509.gzþ þ2021215-1-12l870
2.12utlþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201007051509.gz/2021215-1-12l8702.
12utlþ
þST09797þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.otc.201008053009.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.otc.201008053009.gzþ
þST09798þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201008053009.gzþ þ2021215-1-87ikpv
.5w9goþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201008053009.gz/2021215-1-87ikpv.5
w9goþ
þST09910þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.otc.201009050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.otc.201009050006.gzþ
þST09911þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201009050006.gzþ þ2021215-1-6mbp9f
.c9m8qþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201009050006.gz/2021215-1-6mbp9f.c
9m8qþ

þST10023þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.otc.201012053009.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.otc.201012053009.gzþ
þST10024þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201012053009.gzþ þ2021215-1-tqgdfm
.ce8kaþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201012053009.gz/2021215-1-tqgdfm.c
e8kaþ
þST10137þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þyhigh.otc.201013050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/yhigh.otc.201013050006.gzþ
þST10138þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201013050006.gzþ þ2021215-1-1ecmyk
0.r01pþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/yhigh.otc.201013050006.gz/2021215-1-1ecmyk0.
r01pþ
þST10251þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.amex.201006050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201006050006.gzþ
þST10252þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.amex.201006050006.gzþ þ2021215-1-1cpyhk
0.e7cqþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.amex.201006050006.gz/2021215-1-1cpyhk0.
e7cqþ
þST10256þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.amex.201007051508.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201007051508.gzþ
þST10257þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.amex.201007051508.gzþ þ2021215-1-7491o0
.vqnjvþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.amex.201007051508.gz/2021215-1-7491o0.v
qnjvþ
þST10261þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code

(compiled)/mfeeddata.user/resources/s3þ þylow.amex.201009050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201009050006.gzþ þST10262þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ ylow.amex.201009050006.gzþ þ2021215-1-wzvimj .km9vfþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201009050006.gz/2021215-1-wzvimj.k m9vfþ þST10266þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.amex.201012053008.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201012053008.gzþ þST10267þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201012053008.gzþ þ2021215-1-3d1h5. eh43brþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201012053008.gz/2021215-1-3d1h5.eh 43brþ þST10272þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.amex.201013050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201013050006.gzþ þST10273þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201013050006.gzþ þ2021215-1-1ymdak m.xvc5þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.amex.201013050006.gz/2021215-1-1ymdakm. xvc5þ þST10278þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.nasdaq.201006050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201006050006.gzþ þST10279þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201006050006.gzþ þ2021215-1-3m1z sc.xmx4gþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201006050006.gz/2021215-1-3m1zsc .xmx4gþ þST10335þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.nasdaq.201007051508.gzþ þObject Code -

Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201007051508.gzþ
þST10336þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201007051508.gzþ þ2021215-1-8oht l.xf039hþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201007051508.gz/2021215-1-8ohtl. xf039hþ
þST10392þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nasdaq.201009050005.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201009050005.gzþ
þST10393þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201009050005.gzþ þ2021215-1-1n4m won.iwowþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201009050005.gz/2021215-1-1n4mwo n.iwowþ
þST10449þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nasdaq.201012053008.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201012053008.gzþ
þST10450þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201012053008.gzþ þ2021215-1-1x4f i3g.kw5ngþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201012053008.gz/2021215-1-1x4fi3 g.kw5ngþ
þST10506þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nasdaq.201013050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201013050006.gzþ
þST10507þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201013050006.gzþ þ2021215-1-k67h bi.1t71pþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nasdaq.201013050006.gz/2021215-1-k67hbi .1t71pþ
þST10563þ þObject Code - Highly Confidential Computer Code - Highly Confidential

Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nyse.201006050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201006050006.gzþ
þST10564þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201006050006.gzþ þ2021215-1-sdo59k
.51y6rþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201006050006.gz/2021215-1-sdo59k.5
1y6rþ
þST10632þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nyse.201007051509.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201007051509.gzþ
þST10633þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201007051509.gzþ þ2021215-1-krazcr
.7vn2mþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201007051509.gz/2021215-1-krazcr.7
vn2mþ
þST10701þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nyse.201009050006.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201009050006.gzþ
þST10702þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201009050006.gzþ þ2021215-1-1g6sag
s.bx2lþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201009050006.gz/2021215-1-1g6sags.
bx2lþ
þST10770þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nyse.201012053009.gzþ þObject Code -
Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object
Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201012053009.gzþ
þST10771þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201012053009.gzþ þ2021215-1-1tigby
.juzfigþ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3/ylow.nyse.201012053009.gz/2021215-1-1tigby.j
uzfigþ
þST10845þ þObject Code - Highly Confidential Computer Code - Highly Confidential
Attorneys Eyes Only/Object Code/Object code
(compiled)/mfeeddata.user/resources/s3þ þylow.nyse.201013050006.gzþ þObject Code -

Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201013050006.gzþ

þST10846þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201013050006.gzþ þ2021215-1-17rcvhz.zfotiþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.nyse.201013050006.gz/2021215-1-17rcvhz.zfotiþ

þST10920þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.otc.201007051509.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201007051509.gzþ

þST10921þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201007051509.gzþ þ2021215-1-1sjxoo9.ea16lþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201007051509.gz/2021215-1-1sjxoo9.ea16lþ

þST11033þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.otc.201008053009.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201008053009.gzþ

þST11034þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201008053009.gzþ þ2021215-1-kv9i7x.c48doþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201008053009.gz/2021215-1-kv9i7x.c48doþ

þST11146þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.otc.201009050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201009050006.gzþ

þST11147þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201009050006.gzþ þ2021215-1-8jsvma.fe5uþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201009050006.gz/2021215-1-8jsvma.fe5uþ

þST11259þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.otc.201012053010.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201012053010.gzþ

þST11260þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201012053010.gzþ þ2021215 -1-1i6il3k.er9slþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201012053010.gz/2021215-1-1i6il3k.e r9slþ

þST11373þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3þ þylow.otc.201013050006.gzþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201013050006.gzþ

þST11374þ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201013050006.gzþ þ2021215 -1-c12wqi.bz13nþ þObject Code - Highly Confidential Computer Code - Highly Confidential Attorneys Eyes Only/Object Code/Object code (compiled)/mfeeddata.user/resources/s3/ylow.otc.201013050006.gz/2021215-1-c12wqi.bz 13nþ

þST11487þ þSchematic Diagramsþ þChunked Communication Schematic (GearBox).pdfþ þSchematic Diagrams/Chunked Communication Schematic (GearBox).pdfþ

þST11492þ þSchematic Diagramsþ þEquityFeed Data Filtering Engine (Filter Builder).pdfþ þSchematic Diagrams/EquityFeed Data Filtering Engine (Filter Builder).pdfþ

þST11496þ þSchematic Diagramsþ þEquityFeed Global Architecture.pdfþ þSchematic Diagrams/EquityFeed Global Architecture.pdfþ

þST11502þ þSchematic Diagramsþ þNews Data Flow schematics.pdfþ þSchematic Diagrams/News Data Flow schematics.pdfþ

þST11503þ þScreenshots (user interface)þ þScreenshot 0.pngþ þScreenshots (user interface)/Screenshot 0.pngþ

þST11504þ þScreenshots (user interface)þ þScreenshot 1.pngþ þScreenshots (user interface)/Screenshot 1.pngþ

þST11505þ þScreenshots (user interface)þ þScreenshot 10.pngþ þScreenshots (user interface)/Screenshot 10.pngþ

þST11506þ þScreenshots (user interface)þ þScreenshot 11.pngþ þScreenshots (user interface)/Screenshot 11.pngþ

þST11507þ þScreenshots (user interface)þ þScreenshot 12.pngþ þScreenshots (user interface)/Screenshot 12.pngþ

þST11508þ þScreenshots (user interface)þ þScreenshot 13.pngþ þScreenshots (user interface)/Screenshot 13.pngþ

þST11509þ þScreenshots (user interface)þ þScreenshot 14.pngþ þScreenshots (user interface)/Screenshot 14.pngþ

þST11510þ þScreenshots (user interface)þ þScreenshot 15.pngþ þScreenshots (user interface)/Screenshot 15.pngþ

þST11511þ þScreenshots (user interface)þ þScreenshot 16.pngþ þScreenshots (user interface)/Screenshot 16.pngþ

þST11512þ þScreenshots (user interface)þ þScreenshot 17.pngþ þScreenshots (user interface)/Screenshot 17.pngþ

þST11513þ þScreenshots (user interface)þ þScreenshot 18.pngþ þScreenshots (user interface)/Screenshot 18.pngþ

þST11514þ þScreenshots (user interface)þ þScreenshot 19.pngþ þScreenshots (user interface)/Screenshot 19.pngþ
þST11515þ þScreenshots (user interface)þ þScreenshot 2.pngþ þScreenshots (user interface)/Screenshot 2.pngþ
þST11516þ þScreenshots (user interface)þ þScreenshot 20.pngþ þScreenshots (user interface)/Screenshot 20.pngþ
þST11517þ þScreenshots (user interface)þ þScreenshot 21.pngþ þScreenshots (user interface)/Screenshot 21.pngþ
þST11518þ þScreenshots (user interface)þ þScreenshot 22.pngþ þScreenshots (user interface)/Screenshot 22.pngþ
þST11519þ þScreenshots (user interface)þ þScreenshot 23.pngþ þScreenshots (user interface)/Screenshot 23.pngþ
þST11520þ þScreenshots (user interface)þ þScreenshot 24.pngþ þScreenshots (user interface)/Screenshot 24.pngþ
þST11521þ þScreenshots (user interface)þ þScreenshot 25.pngþ þScreenshots (user interface)/Screenshot 25.pngþ
þST11522þ þScreenshots (user interface)þ þScreenshot 26.pngþ þScreenshots (user interface)/Screenshot 26.pngþ
þST11523þ þScreenshots (user interface)þ þScreenshot 27.pngþ þScreenshots (user interface)/Screenshot 27.pngþ
þST11524þ þScreenshots (user interface)þ þScreenshot 28.pngþ þScreenshots (user interface)/Screenshot 28.pngþ
þST11525þ þScreenshots (user interface)þ þScreenshot 29.pngþ þScreenshots (user interface)/Screenshot 29.pngþ
þST11526þ þScreenshots (user interface)þ þScreenshot 3.pngþ þScreenshots (user interface)/Screenshot 3.pngþ
þST11527þ þScreenshots (user interface)þ þScreenshot 30.pngþ þScreenshots (user interface)/Screenshot 30.pngþ
þST11528þ þScreenshots (user interface)þ þScreenshot 4.pngþ þScreenshots (user interface)/Screenshot 4.pngþ
þST11529þ þScreenshots (user interface)þ þScreenshot 5.pngþ þScreenshots (user interface)/Screenshot 5.pngþ
þST11530þ þScreenshots (user interface)þ þScreenshot 6.pngþ þScreenshots (user interface)/Screenshot 6.pngþ
þST11531þ þScreenshots (user interface)þ þScreenshot 7.pngþ þScreenshots (user interface)/Screenshot 7.pngþ
þST11532þ þScreenshots (user interface)þ þScreenshot 8.pngþ þScreenshots (user interface)/Screenshot 8.pngþ
þST11533þ þScreenshots (user interface)þ þScreenshot 9.pngþ þScreenshots (user interface)/Screenshot 9.pngþ

þDOC_IDþ þDOC_BEG_BATESþ þDOC_END_BATESþ þFAM_BEG_BATESþ þFAM_END_BATESþ þFAMILY_IDþ
þPARENT_IDþ þFILE_PATHþ þATTACH_IDSþ þATTACH_RANGEþ þATTACH_FILE_COUNTþ þFAMILY_FILE_
COUNTþ þHASH_DUPLICATE_IDSþ þCUSTODIANþ þSOURCEþ þCREATED_DATEþ þCREATED_TIMEþ þCREAT
ED_ISO_DATETIMEþ þCREATED_UNIX_TIMESTAMPþ þLAST_MODIFIED_DATEþ þLAST_MODIFIED_TIMEþ
þLAST_MODIFIED_ISO_DATETIMEþ þLAST_MODIFIED_UNIX_TIMESTAMPþ þPRIMARY_DATEþ þPRIMARY_
TIMEþ þPRIMARY_ISO_DATETIMEþ þPRIMARY_UNIX_TIMESTAMPþ þFILE_NAMEþ þFILE_EXTþ þFILE_TY
PEþ þMAPI_MSG_CLASSþ þFILE_SIZE_BYTESþ þMD5_HASHþ þPAGE_COUNTþ þAUTHORþ þCOMPANYþ þTIT
LEþ þFROMþ þTOþ þCCþ þBCCþ þSUBJECTþ þSENT_DATEþ þSENT_TIMEþ þSENT_ISO_DATETIMEþ þSENT_
UNIX_TIMESTAMPþ þRECV_DATEþ þRECV_TIMEþ þRECV_ISO_DATETIMEþ þRECV_UNIX_TIMESTAMPþ þEM
AIL_MESSAGE_IDþ þEMAIL_MESSAGE_REF_IDSþ þPLACEHOLDERþ þREDACTEDþ þTRUE_NATIVEþ þNATIV
E_PATHþ þTEXT_PATHþ
þST11534þ þST11534þ þST11537þ þST11534þ þST11537þ þST11534þ þþ þ/Supplemental Customer
Data/Terms_2007.pdfþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTerms_2007.
pdfþ þ.PDFþ þapplication/pdfþ þþ þ1323786þ þ6c801c55b0d623d2e016910c01aceba9þ þ4þ þSna
git Userþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11534.pdfþ þTEXT\0001\ST11534.txtþ
þST11538þ þST11538þ þST11541þ þST11538þ þST11541þ þST11538þ þþ þ/Supplemental Customer
Data/Terms_2009.pdfþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTerms_2009.
pdfþ þ.PDFþ þapplication/pdfþ þþ þ703778þ þd619fbe77e16c1a742d1933125611f45þ þ4þ þSnag
it Userþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11538.pdfþ þTEXT\0001\ST11538.txtþ
þST11542þ þST11542þ þST11544þ þST11542þ þST11544þ þST11542þ þþ þ/Supplemental Customer
Data/Terms_2011.pdfþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTerms_2011.
pdfþ þ.PDFþ þapplication/pdfþ þþ þ1384505þ þ31662a6fcc703c862577ad7b2d769209þ þ3þ þSna
git Userþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11542.pdfþ þTEXT\0001\ST11542.txtþ
þST11545þ þST11545þ þST11547þ þST11545þ þST11547þ þST11545þ þþ þ/Supplemental Customer
Data/Terms_2013.pdfþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTerms_2013.
pdfþ þ.PDFþ þapplication/pdfþ þþ þ1425702þ þ387ca6475a6576275a4f6cd155cff9eeþ þ3þ þSna
git Userþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11545.pdfþ þTEXT\0001\ST11545.txtþ
þST11548þ þST11548þ þST11552þ þST11548þ þST11552þ þST11548þ þþ þ/Supplemental
Schematic Diagrams [Confidential; Highly Confidential Computer Code]/Chanked
Communication Schema
.pptxþ þþ þþ þ0þ þ1þ þþ þþ þþ þ11/18/2008þ þ13:32:28þ þ2008-11-18T13:32:28-05:00þ þ12270
33148þ þ11/28/2008þ þ17:42:17þ þ2008-11-28T17:42:17-05:00þ þ1227912137þ þ11/28/2008þ
þ17:42:17þ þ2008-11-28T17:42:17-05:00þ þ1227912137þ þChanked Communication Schema
.pptxþ þ.PPTXþ þapplication/vnd.openxmlformats-officedocument.presentationml.present
ationþ þþ þ110810þ þe01bbf3ef7a330418bd62204bf7899e4þ þ5þ þashotþ þþ þSlide
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1154
8.pptxþ þTEXT\0001\ST11548.txtþ
þST11553þ þST11553þ þST11556þ þST11553þ þST11556þ þST11553þ þþ þ/Supplemental
Schematic Diagrams [Confidential; Highly Confidential Computer
Code]/Presentation1.pptþ þþ þþ þ0þ þ1þ þþ þþ þ04/22/2008þ þ15:52:44þ þ2008-04-22T15:
52:44-04:00þ þ1208893964þ þ03/24/2021þ þ17:55:40þ þ2021-03-24T17:55:40-04:00þ þ161662
2940þ þ03/24/2021þ þ17:55:40þ þ2021-03-24T17:55:40-04:00þ þ1616622940þ þPresentation1
.pptþ þ.PPTþ þapplication/vnd.ms-powerpointþ þþ þ201216þ þ42750222111c6f07523fedca964
609d6þ þ4þ þAsh; Ashotþ þMCTþ þPowerPoint
Presentationþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0001\ST11553.pptþ þTEXT\0001\ST11553.txtþ

þST11557þ þST11557þ þST11558þ þST11557þ þST11558þ þST11557þ þþ þ/Supplemental Schematic Diagrams [Confidential; Highly Confidential Computer Code]/VS Schema.pptxþ þþ þþ þ0þ þ1þ þþ þþ þþ þ12/14/2009þ þ10:37:23þ þ2009-12-14T10:37:23-05:00þ þ1260805043þ þ12/16/2009þ þ12:54:31þ þ2009-12-16T12:54:31-05:00þ þ1260986071þ þ12/16/2009þ þ12:54:31þ þ2009-12-16T12:54:31-05:00þ þ1260986071þ þVS Schema.pptxþ þ.PPTXþ þapplication/vnd.openxmlformats-officedocument.presentationml.presentationþ þþ þ32321þ þþ829c4613768c0825b9195d94d9ee12eþ þ2þ þashotþ þþ þSlide 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11557.pptxþ þTEXT\0001\ST11557.txtþ

þST11559þ þST11559þ þST11559þ þST11559þ þST11559þ þST11559þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ102þ þ1e7f0ad867a2598645e1f3f087256183þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11559.propertiesþ þþ

þST11560þ þST11560þ þST11560þ þST11560þ þST11560þ þST11560þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/build/classes/arunc/Main.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMain.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1052þ þ1e22decc6902e604a575ade692113c7bþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11560.classþ þþ

þST11561þ þST11561þ þST11561þ þST11561þ þST11561þ þST11561þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3710þ þed026e314aacba56aa3da2a7fb101ae0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11561.xmlþ þþ

þST11562þ þST11562þ þST11562þ þST11562þ þST11562þ þST11562þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/dist/arunc.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarunc.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1740þ þ4e03b441760567ae595b8126639317fdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11562.jarþ þþ

þST11563þ þST11563þ þST11563þ þST11563þ þST11563þ þST11563þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/dist/lib/appind.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þappind.jarþ þ.JARþ þapplication/java-archiveþ þþ þ413086þ þ00c7f0d156baf4b829ee4077099a2b7cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11563.jarþ þþ

þST11564þ þST11564þ þST11564þ þST11564þ þST11564þ þST11564þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/dist/lib/calerts.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalerts.jarþ þ.JARþ þapplication/java-archiveþ þþ þ147185þ þ6a3c41a489701bf9262db59392af85c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN

ATIVES\0001\ST11564.jarþ þþ
þST11565þ þST11565þ þST11565þ þST11565þ þST11565þ þST11565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/dist/lib/jnlpstart.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þjnlpstart.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ103437þ þa886209149d0342284b56b917dd305b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11565.jarþ þþ
þST11566þ þST11566þ þST11566þ þST11566þ þST11566þ þST11566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREA
DME.TXTþ þ.TXTþ þtext/plainþ þþ þ1444þ þb9911bac160f6c068fb1b50475147dddþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11566.T
XTþ þTEXT\0001\ST11566.txtþ
þST11567þ þST11567þ þST11567þ þST11567þ þST11567þ þST11567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/manifest.mfþ þþ þ0þ þ1þ þST13780; ST13783; ST13907; ST13926; ST14262;
ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908;
ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11567.txtþ þTEXT\0001\ST11567.txtþ
þST11568þ þST11568þ þST11568þ þST11568þ þST11568þ þST11568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ51477þ þcb7b9ed9842c30db172b5f9443
705fe7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0001\ST11568.xmlþ þþ
þST11569þ þST11569þ þST11569þ þST11569þ þST11569þ þST11569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ0b11
9626e6895006f5259c3545bd3250þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0001\ST11569.propertiesþ þþ
þST11570þ þST11570þ þST11570þ þST11570þ þST11570þ þST11570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þ
d41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11570.propertiesþ þþ
þST11571þ þST11571þ þST11571þ þST11571þ þST11571þ þST11571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/arunc/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST22754þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ

þþ þ182þ þ033dc2e2421926c2779d76b3fd1fe046þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11571.propertiesþ þþ
þST11572þ þST11572þ þST11572þ þST11572þ þST11572þ þST11572þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST14281; ST15176; ST20041; ST21474; ST21987; ST22676; ST24043; ST24165; ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11572.xmlþ þþ
þST11573þ þST11573þ þST11573þ þST11573þ þST11573þ þST11573þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2946þ þ82cf6 e6cd628fbd8de4c93f3fbba1267þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11573.propertiesþ þþ
þST11574þ þST11574þ þST11574þ þST11574þ þST11574þ þST11574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þ þ1600þ þadbbf8c41903e53ab33726c802218292 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 1\ST11574.xmlþ þþ
þST11575þ þST11575þ þST11575þ þST11575þ þST11575þ þST11575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/arunc/src/arunc/Main.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMain.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1409þ þ367bf73264b3e7d8c41ff4e0d28393dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST11575.javaþ þþ
þST11576þ þST11576þ þST11576þ þST11576þ þST11576þ þST11576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ292þ þ5fa2987153b025d3309eab26440b3aecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1157 6.txtþ þTEXT\0001\ST11576.txtþ
þST11577þ þST11577þ þST11577þ þST11577þ þST11577þ þST11577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0001\ST11577.txtþ þTEXT\0001\ST11577.txtþ
þST11578þ þST11578þ þST11578þ þST11578þ þST11578þ þST11578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/.svn/entriesþþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/27/2011þ þ0
0:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ52
0þ þ2cb0554b819bd2a8f24bcb102e64a665þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11578.txtþ þTEXT\0001\ST11578.txtþ
þST11579þ þST11579þ þST11579þ þST11579þ þST11579þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/.svn/prop-base/calerts.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;

ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17044; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17593; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;

ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;

ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalerts.jar.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11579.txtþ þTEXT\0001\ST11579.txtþ þST11580þ þST11580þ þST11580þ þST11580þ þST11580þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST11656þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3795þ þd740295aa186a1b5fc857a52b6c1ab76þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11580.xmlþ þþ

ST11581þ þST11581þ þST11581þ þST11581þ þST11581þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/.svn/text-base/calerts.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11657; ST11658þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalerts.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ149718þ þb7526239d9057c4cf7e1a310862f2c23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11581.jarþ þþ

ST11582þ þST11582þ þST11582þ þST11582þ þST11582þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/built-jar.propertiesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ69þ þ1b8a078fe6b954d11ef0007284122cfbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11582.propertiesþ þþ

ST11583þ þST11583þ þST11583þ þST11583þ þST11583þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataCenterCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12121þ þ9ebe2a698f757a1fc103a5ca7e6af5baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11583.classþ þþ

ST11584þ þST11584þ þST11584þ þST11584þ þST11584þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataCenterCA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1585þ þ055668a3d086a2d5d61b9a485a7398b9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11584.classþ þþ

ST11585þ þST11585þ þST11585þ þST11585þ þST11585þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataCenterCA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1584þ þf00654a0652729a97a3e52c476b268aeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11585.classþ þþ

ST11586þ þST11586þ þST11586þ þST11586þ þST11586þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataCenterCA$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1 092þ þ2fb1a0c08e30e20e78f7411302af774aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11586.classþ þþ
þST11587þ þST11587þ þST11587þ þST11587þ þST11587þ þST11587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataCenterCA$CAQueryID.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA$CAQueryID.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ973þ þ687b688e1f50d62c66fc106ccbf299c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11587.classþ þþ
þST11588þ þST11588þ þST11588þ þST11588þ þST11588þ þST11588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataLoaderCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ903þ þ 4f672635a8b11fb027e3f14ff799e9a3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11588.classþ þþ
þST11589þ þST11589þ þST11589þ þST11589þ þST11589þ þST11589þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/DataLoaderCA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderCA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7 93þ þ42845c9b9e64a17518155ad8821ee7b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11589.classþ þþ
þST11590þ þST11590þ þST11590þ þST11590þ þST11590þ þST11590þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/event/CAAddEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þCAAddEvent.classþ þ.CLASSþ þapplication/java-vmþ þþ þ283þ þ1ef2259fa4720637fcbc93ef1c56899eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11590.classþ þþ
þST11591þ þST11591þ þST11591þ þST11591þ þST11591þ þST11591þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/event/CAChangeEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAChangeEvent.classþ þ.CLASSþ þapplication/java-vmþ þ þ1090þ þc3d4515ade07d1c1f609ce768aaf7404þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11591.classþ þþ
þST11592þ þST11592þ þST11592þ þST11592þ þST11592þ þST11592þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/event/CAModifyedEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þCAModifyedEvent.classþ þ.CLASSþ þapplication/java-v mþ þþ þ2948þ þc3832c7a01f68fab6c621da01f301281þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11592.classþ þþ
þST11593þ þST11593þ þST11593þ þST11593þ þST11593þ þST11593þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/event/CATriggeredEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredEvent.classþ þ.CLASSþ þapplication/java

-vmþ þþ þ460þ þ51166093ed30d4b3d7cd3271405cb339þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11593.classþ þþ þST11594þ þST11594þ þST11594þ þST11594þ þST11594þ þST11594þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel.classþ þ.CLASSþ þapplication/java -vmþ þþ þ13682þ þ90b53309ee3faf7f1bc0975b22a176a4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11594.classþ þþ þST11595þ þST11595þ þST11595þ þST11595þ þST11595þ þST11595þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel$1.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel$1.classþ þ.CLASSþ þapplication /java-vmþ þþ þ925þ þf140e98cc47e85caacd0544fbba85da9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11595.classþ þþ þST11596þ þST11596þ þST11596þ þST11596þ þST11596þ þST11596þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel$2.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel$2.classþ þ.CLASSþ þapplication /java-vmþ þþ þ819þ þ94d3ac795adb6ce93d3d97cd0bf907f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11596.classþ þþ þST11597þ þST11597þ þST11597þ þST11597þ þST11597þ þST11597þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel$3.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel$3.classþ þ.CLASSþ þapplication /java-vmþ þþ þ819þ þef7e2bd3982b5f365f50f13d1644ed52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11597.classþ þþ þST11598þ þST11598þ þST11598þ þST11598þ þST11598þ þST11598þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel$4.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel$4.classþ þ.CLASSþ þapplication /java-vmþ þþ þ819þ þ4dda93f869c9d2664c70408618571bafþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11598.classþ þþ þST11599þ þST11599þ þST11599þ þST11599þ þST11599þ þST11599þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel$5.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel$5.classþ þ.CLASSþ þapplication /java-vmþ þþ þ819þ þ352a8a4b17ed82ccf157bd0bb2b8e105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11599.classþ þþ þST11600þ þST11600þ þST11600þ þST11600þ þST11600þ þST11600þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/gui/CustomAlertsPanel$6.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel$6.classþ þ.CLASSþ þapplication /java-vmþ þþ þ819þ þ8c5b42e672b0cd659debf12a946992b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11600.classþ þþ
þST11601þ þST11601þ þST11601þ þST11601þ þST11601þ þST11601þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/gui/CustomAlertsValidator.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsValidator.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ2020þ þfb563ab023d11e28be979e124d467c8cþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11601.classþ þþ
þST11602þ þST11602þ þST11602þ þST11602þ þST11602þ þST11602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/gui/DoubleCollapsingLayout.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þDoubleCollapsingLayout.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ2352þ þ87291884dc2b0133caf6a6df4ceb870aþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11602.classþ þþ
þST11603þ þST11603þ þST11603þ þST11603þ þST11603þ þST11603þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/gui/ICustomAlertsPanelListener.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICustomAlertsPanelListener.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ283þ þ4e3bce098442d31eedfa7615c3ae04c6þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11603.classþ þ
þ
þST11604þ þST11604þ þST11604þ þST11604þ þST11604þ þST11604þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/gui/InputValidation.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þInputValidation.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ970þ þ91f4c7e3a96ed842fa64d8af89b8e1edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11604.classþ þþ
þST11605þ þST11605þ þST11605þ þST11605þ þST11605þ þST11605þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/gui/PendingPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þPendingPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ16
53þ þ5eb905fc80bd8d7bbd82808fe5abcbe6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11605.classþ þþ
þST11606þ þST11606þ þST11606þ þST11606þ þST11606þ þST11606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/gui/TriggeredPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTriggeredPanel.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1598þ þf1f2549b441003e199971fb6dc928d3fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11606.classþ þþ
þST11607þ þST11607þ þST11607þ þST11607þ þST11607þ þST11607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/instrument/CA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1797þ þd17f2d72
b4779feb122bfd78af753d96þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF

ALSEþ þTRUEþ þNATIVES\0001\ST11607.classþ þþ
þST11608þ þST11608þ þST11608þ þST11608þ þST11608þ þST11608þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/instrument/CAlert.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAlert.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6163þ þ
fd733a76b1c2af54043cc04e0d20c78dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11608.classþ þþ
þST11609þ þST11609þ þST11609þ þST11609þ þST11609þ þST11609þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/instrument/CATriggered.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggered.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ1192þ þ56eaf929a11a6c6249d2538e45a6eaf6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11609.classþ þþ
þST11610þ þST11610þ þST11610þ þST11610þ þST11610þ þST11610þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/instrument/InstrumentCAlert.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentCAlert.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1347þ þd4cec15526339986a712e781c07d5775þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11610.classþ þþ
þST11611þ þST11611þ þST11611þ þST11611þ þST11611þ þST11611þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StateHandlerCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þStateHandlerCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1
186þ þfb457d886e2aeb188aafe36f5dfb033bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11611.classþ þþ
þST11612þ þST11612þ þST11612þ þST11612þ þST11612þ þST11612þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StreamCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þStreamCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1434þ þ816a06d
ca9cbf847155f14c714620176þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0001\ST11612.classþ þþ
þST11613þ þST11613þ þST11613þ þST11613þ þST11613þ þST11613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StreamHandlerCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þStreamHandlerCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
930þ þ14bab4d9279dddc8a7b8e1d161f48485þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11613.classþ þþ
þST11614þ þST11614þ þST11614þ þST11614þ þST11614þ þST11614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StreamHandlerCA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þStreamHandlerCA$1.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ733þ þ836be1b167e62a670d0715851de417dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11614.classþ þþ

þST11615þ þST11615þ þST11615þ þST11615þ þST11615þ þST11615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StreamHandlerCA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerCA$2.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ957þ þ7d8b3c5cc9257f3fc455f144eec6631eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11615.classþ þþ
þST11616þ þST11616þ þST11616þ þST11616þ þST11616þ þST11616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StreamHandlerCA$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerCA$3.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ958þ þ10872b99a312a8c105f14f20047198acþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11616.classþ þþ
þST11617þ þST11617þ þST11617þ þST11617þ þST11617þ þST11617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/StreamHandlerCA$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerCA$4.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ955þ þbf6326669576d3d92310b7912464bbe0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11617.classþ þþ
þST11618þ þST11618þ þST11618þ þST11618þ þST11618þ þST11618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2393þ
þa0b1722a101ca40937ce8cce602991dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11618.classþ þþ
þST11619þ þST11619þ þST11619þ þST11619þ þST11619þ þST11619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ99
7þ þ947035038b7e36083dd35edecd313db1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11619.classþ þþ
þST11620þ þST11620þ þST11620þ þST11620þ þST11620þ þST11620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$10.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ952þ þ1eb9f5516cb78e9372c66c0eef3e2cc0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11620.classþ þþ
þST11621þ þST11621þ þST11621þ þST11621þ þST11621þ þST11621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$11.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ994þ þffbe091ff8e57adce451e67404ca5a29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11621.classþ þþ
þST11622þ þST11622þ þST11622þ þST11622þ þST11622þ þST11622þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ955þ þ6eb65e302700d4d68951342b8e864beaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11622.classþ þþ þST11623þ þST11623þ þST11623þ þST11623þ þST11623þ þST11623þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ991þ þdf647d70b355fdc1c15f1286c3dcd663þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11623.classþ þþ þST11624þ þST11624þ þST11624þ þST11624þ þST11624þ þST11624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þe37afe868799060590a76f3148d785dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11624.classþ þþ þST11625þ þST11625þ þST11625þ þST11625þ þST11625þ þST11625þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ96 6þ þ7d70ba40d944d474b351615cee5359d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11625.classþ þþ þST11626þ þST11626þ þST11626þ þST11626þ þST11626þ þST11626þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ99 5þ þ22fe271d45bcd7e86748b6a3191ceb8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11626.classþ þþ þST11627þ þST11627þ þST11627þ þST11627þ þST11627þ þST11627þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ96 4þ þ7c665de3fe09e86952e3132d876657f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11627.classþ þþ þST11628þ þST11628þ þST11628þ þST11628þ þST11628þ þST11628þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/calerts/table/ColumnsCA$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ99 7þ þ031283a8bccd7be25dec77793364b0fbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11628.classþ þþ þST11629þ þST11629þ þST11629þ þST11629þ þST11629þ þST11629þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ96
8þ þa846dc02273e4004afc1fab6625e8e27þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11629.classþ þþ
þST11630þ þST11630þ þST11630þ þST11630þ þST11630þ þST11630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ99
5þ þ73aac897c741ce35bb0a36709acdf232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11630.classþ þþ
þST11631þ þST11631þ þST11631þ þST11631þ þST11631þ þST11631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ96
6þ þc0d1dcc29d432c161ec105f570595bfbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11631.classþ þþ
þST11632þ þST11632þ þST11632þ þST11632þ þST11632þ þST11632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/ColumnsCA$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ98
9þ þad8c43b71338bec8345ed164ca76a939þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11632.classþ þþ
þST11633þ þST11633þ þST11633þ þST11633þ þST11633þ þST11633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/RendererCA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1651
þ þ3aad9fb0939a43ba01002530dcf321dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11633.classþ þþ
þST11634þ þST11634þ þST11634þ þST11634þ þST11634þ þST11634þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/RendererCA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$1.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1458þ þ8a2a405b766a7fbde45d16817a24a3aaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11634.classþ þþ
þST11635þ þST11635þ þST11635þ þST11635þ þST11635þ þST11635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/calerts/table/RendererCA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$2.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1462þ þd98f21fe6320c7be648529f0eb48471eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11635.classþ þþ
þST11636þ þST11636þ þST11636þ þST11636þ þST11636þ þST11636þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/calerts/table/RendererCA$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1460þ þ7743cf129bd9678239aef4d5091da582þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11636.classþ þþ
þST11637þ þST11637þ þST11637þ þST11637þ þST11637þ þST11637þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/calerts/table/RendererCA$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1464þ þ4629691fce4e57d4cf1c4a80b4354a2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11637.classþ þþ
þST11638þ þST11638þ þST11638þ þST11638þ þST11638þ þST11638þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/calerts/table/RendererCA$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1438þ þ50a8a82e0c443d1e242f39eda9fb61c1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11638.classþ þþ
þST11639þ þST11639þ þST11639þ þST11639þ þST11639þ þST11639þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/calerts/table/RendererCA$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1444þ þ33ba48fe7205afdf3f162bdd5f2af109þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11639.classþ þþ
þST11640þ þST11640þ þST11640þ þST11640þ þST11640þ þST11640þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/calerts/table/RendererCA$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1445þ þcfd7288c0f23940b94fed83758e46984þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11640.classþ þþ
þST11641þ þST11641þ þST11641þ þST11641þ þST11641þ þST11641þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/CustomAlertsController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12485þ þb0975d041c1abc91dda52a27f284d488þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11641.classþ þþ
þST11642þ þST11642þ þST11642þ þST11642þ þST11642þ þST11642þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/CustomAlertsController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ797þ þ0c448f3abbe593b70aa20b7215f8b329þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11642.classþ þþ
þST11643þ þST11643þ þST11643þ þST11643þ þST11643þ þST11643þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/CustomAlertsDes criptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsDescr iptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2195þ þc463a993438faa997f1248ec1ae7a1 9cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 001\ST11643.classþ þþ
þST11644þ þST11644þ þST11644þ þST11644þ þST11644þ þST11644þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/pending/CAPendi ngController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingCon troller.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5947þ þ31b32f815d59eccb9b83f1d091da 8c8aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST11644.classþ þþ
þST11645þ þST11645þ þST11645þ þST11645þ þST11645þ þST11645þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/pending/CAPendi ngDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingDes criptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ419þ þd04dc10f163e00d35fabf881c748a a31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0001\ST11645.classþ þþ
þST11646þ þST11646þ þST11646þ þST11646þ þST11646þ þST11646þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/pending/CAPendi ngParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingPar ameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2217þ þ75107ca023d540e7362a2b23073e 8cd7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST11646.classþ þþ
þST11647þ þST11647þ þST11647þ þST11647þ þST11647þ þST11647þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/pending/CAPendi ngRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingRejec tor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ726þ þfed0db9617d781f50abe1077748aded6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST11647.classþ þþ
þST11648þ þST11648þ þST11648þ þST11648þ þST11648þ þST11648þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/pending/CAPendi ngRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingRowMo del.classþ þ.CLASSþ þapplication/java-vmþ þþ þ845þ þ01cdd90f35e50546be13c5ea83884fbfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST11648.classþ þþ
þST11649þ þST11649þ þST11649þ þST11649þ þST11649þ þST11649þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/pending/CAPendi

ngUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingUpdate
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1714þ þ7c046559087ac2db54abcca3bfd01858þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST11649.classþ þþ

þST11650þ þST11650þ þST11650þ þST11650þ þST11650þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/triggered/CATri
ggeredController.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATrigge
redController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6146þ þ27dd4bf7b616a064cf44e4
1ca3592e01þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0001\ST11650.classþ þþ

þST11651þ þST11651þ þST11651þ þST11651þ þST11651þ þST11651þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/triggered/CATri
ggeredDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATrigge
redDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ429þ þb770fbce952fa8c6d49e2b4
d5ef57e86þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0001\ST11651.classþ þþ

þST11652þ þST11652þ þST11652þ þST11652þ þST11652þ þST11652þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/triggered/CATri
ggeredParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATrigge
redParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2232þ þ233caa695c46a762ab1e17
11a37ed6d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0001\ST11652.classþ þþ

þST11653þ þST11653þ þST11653þ þST11653þ þST11653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/triggered/CATri
ggeredRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATrigge
redRejector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ736þ þ8b47f9a27b4cb162ef570cf2cd9
610a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0001\ST11653.classþ þþ

þST11654þ þST11654þ þST11654þ þST11654þ þST11654þ þST11654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/triggered/CATri
ggeredRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggere
dRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ859þ þe1514866f02b713077e6b265c13
03a94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0001\ST11654.classþ þþ

þST11655þ þST11655þ þST11655þ þST11655þ þST11655þ þST11655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build/classes/com/equityfeed/core/multiviewer/calerts/triggered/CATri
ggeredUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggered
Updater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1726þ þa8b393344bf8036cda1a433e6e13

6540þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11655.classþ þþ

þST11656þ þST11656þ þST11656þ þST11656þ þST11656þ þST11656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/build.xmlþ þþ þþ þ0þ þ1þ þST11580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
build.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3795þ þd740295aa186a1b5fc857a52b6c1ab76þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11
656.xmlþ þþ

þST11657þ þST11657þ þST11657þ þST11657þ þST11657þ þST11657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/calerts.jarþ þþ þþ þ0þ þ1þ þST11581;
ST11658þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalerts.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ149718þ þb7526239d9057c4cf7e1a310862f2c23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11657.jarþ þþ

þST11658þ þST11658þ þST11658þ þST11658þ þST11658þ þST11658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/dist/calerts.jarþ þþ þþ þ0þ þ1þ þST11581;
ST11657þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalerts.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ149718þ þb7526239d9057c4cf7e1a310862f2c23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11658.jarþ þþ

þST11659þ þST11659þ þST11659þ þST11659þ þST11659þ þST11659þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ592þ þaaa492b4975b791d0e36c81ff9e7fa95
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
001\ST11659.txtþ þTEXT\0001\ST11659.txtþ

þST11660þ þST11660þ þST11660þ þST11660þ þST11660þ þST11660þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST12555; ST14264; ST15023;
ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11660.txtþ þTEXT\0001\ST11660.txtþ
þST11661þ þST11661þ þST11662þ þST11661þ þST11662þ þST11661þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/2
2/2010þ þ00:00:00þ þ2010-09-22T00:00:00-04:00þ þ1285128000þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ729þ þed209a92935a19fb324231fe89d134b3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11661.txtþ þTEXT\0001\ST11661.t
xtþ

þST11663þ þST11663þ þST11663þ þST11663þ þST11663þ þST11663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST1166
8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication
/xmlþ þþ þ48773þ þ16adfccf81fdf81838147d91910be583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11663.xmlþ þþ
þST11664þ þST11664þ þST11664þ þST11664þ þST11664þ þST11664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þS
T11669þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ475þ þe777a0fcaff861bc0c4e379a5602a4cfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11664.txtþ þTEXT\0001\ST11
664.txtþ
þST11665þ þST11665þ þST11666þ þST11665þ þST11666þ þST11665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST
11673þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ2795þ þ7a8e80867efcfe8ace584f2f9011d626þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11665.txtþ þTEXT\0001\ST11665.txtþ
þST11667þ þST11667þ þST11667þ þST11667þ þST11667þ þST11667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST11674þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ
þþ þ526þ þ785fd92205e174ed152aad4e9aa31bf1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11667.xmlþ þþ
þST11668þ þST11668þ þST11668þ þST11668þ þST11668þ þST11668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST11663þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48773þ þ16adfccf81fdf8183
8147d91910be583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0001\ST11668.xmlþ þþ
þST11669þ þST11669þ þST11669þ þST11669þ þST11669þ þST11669þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST11664þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ
475þ þe777a0fcaff861bc0c4e379a5602a4cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11669.propertiesþ þþ
þST11670þ þST11670þ þST11670þ þST11670þ þST11670þ þST11670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ
 þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11670.propertiesþ þþ
þST11671þ þST11671þ þST11671þ þST11671þ þST11671þ þST11671þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2
68þ þ0f6090a2d1de829ab1c57514127cc07fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11671.propertiesþ þþ
þST11672þ þST11672þ þST11672þ þST11672þ þST11672þ þST11672 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ686þ þe4092f7084b8c271a78e9f4e
a66787a0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0001\ST11672.xmlþ þþ
þST11673þ þST11673þ þST11673þ þST11673þ þST11673þ þST11673 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST11665þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ279
5þ þ7a8e80867efcfe8ace584f2f9011d626þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11673.propertiesþ þþ
þST11674þ þST11674þ þST11674þ þST11674þ þST11674þ þST11674 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST11667þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ526þ þ785fd92205e174ed152aad4e9
aa31bf1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0001\ST11674.xmlþ þþ
þST11675þ þST11675þ þST11675þ þST11675þ þST11675þ þST11675 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þbf7e395a9e85d0a1d2a76d3943f53093þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þ.TXTþ þtext/plainþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11675.txtþ þTEXT\0001\ST11675.txtþ
þST11676þ þST11676þ þST11676þ þST11676þ þST11676þ þST11676 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/27/2011
þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/plainþ þþ
 þ233þ þ2cbc0a12d00aecd685668d13d0411357þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11676.txtþ þTEXT\0001\ST11676.txtþ
þST11677þ þST11677þ þST11677þ þST11677þ þST11677þ þST11677 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ749þ þp4f6c00cd4cf2c34f25292676504f2399þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11677.tx
tþ þTEXT\0001\ST11677.txtþ

þST11678þ þST11678þ þST11679þ þST11678þ þST11679þ þST11678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01
/27/2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/
plainþ þþ þ926þ þ3162dabf40470c9a64e1da6f421b065bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11678.txtþ þTEXT\0001\ST11678.txtþ
þST11680þ þST11680þ þST11686þ þST11680þ þST11686þ þST11680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/text-base/DataCenterCA.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T11691;
ST11698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ14092þ þdd14d73541e494e44eaea55579622fceþ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11680.txtþ þTEXT\0001\ST1
1680.txtþ
þST11687þ þST11687þ þST11687þ þST11687þ þST11687þ þST11687þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/text-base/DataLoaderCA.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T11699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderCA.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ667þ þ9b13e574b89a58a0f9792e636b2b9d59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11687.txtþ þTEXT\0001\ST1168
7.txtþ
þST11688þ þST11688þ þST11688þ þST11688þ þST11688þ þST11688þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/text-base/StateHandlerCA.java.svn-baseþ þþ þþ þ0þ þ1þ
þST11756þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerCA.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ747þ þbd12ecd5f2b65c7396af28739f880fa2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11688.txtþ þTEXT\0001\ST
11688.txtþ
þST11689þ þST11689þ þST11689þ þST11689þ þST11689þ þST11689þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/text-base/StreamCA.java.svn-baseþ þþ þþ þ0þ þ1þ þST117
57þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamCA.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ1107þ þ74c3d857edb3fccb747485420e6c7a63þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11689.txtþ þTEXT\0001\ST11689.txtþ
þST11690þ þST11690þ þST11690þ þST11690þ þST11690þ þST11690þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/text-base/StreamHandlerCA.java.svn-baseþ þþ þþ þ0þ þ1
þ þST11758þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerCA.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ1118þ þ8b927872e5177dadd6311c0a7d0ed14dþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11690.txtþ þTEXT\000
1\ST11690.txtþ
þST11691þ þST11691þ þST11697þ þST11691þ þST11697þ þST11691þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þST11680;
ST11698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ1
4092þ þdd14d73541e494e44eaea55579622fceþ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11691.txtþ þTEXT\0001\ST11691.txtþ
þST11698þ þST11698þ þST11698þ þST11698þ þST11698þ þST11698þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/DataCenterCA.javaþ þþ þþ þ0þ þ1þ þST11680;
ST11691þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterCA.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ14092þ þdd14d73541e494e44eaea55579622fceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11698.javaþ þþ
þST11699þ þST11699þ þST11699þ þST11699þ þST11699þ þST11699þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/DataLoaderCA.javaþ þþ þþ þ0þ þ1þ þST11687þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þDataLoaderCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ667þ þ9b13e57
4b89a58a0f9792e636b2b9d59þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0001\ST11699.javaþ þ
þST11700þ þST11700þ þST11700þ þST11700þ þST11700þ þST11700þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/event/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ656þ þ96e17b15a3336c52b72608e6
0c336e92þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0001\ST11700.txtþ þTEXT\0001\ST11700.txtþ
þST11701þ þST11701þ þST11701þ þST11701þ þST11701þ þST11701þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/event/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þ05/25/2010þ þ00:00:00þ þ2010-05-25T00:00:00-04:00þ þ1274760000þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ701þ þc60b0a9086700ac122cba394021a08d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11701.txtþ þTEXT\0001\ST1
1701.txtþ
þST11702þ þST11702þ þST11702þ þST11702þ þST11702þ þST11702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/event/.svn/text-base/CAAddEvent.java.svn-baseþ þþ þ0þ þ
1þ þST11707þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAAddEvent.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ182þ þa171fc3e5fc1bf6d2f1d41cef9415edfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11702.txtþ þTEXT\0001\ST11
702.txtþ
þST11703þ þST11703þ þST11703þ þST11703þ þST11703þ þST11703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/event/.svn/text-base/CAChangeEvent.java.svn-baseþ þþ þ0
þ1þ þST11708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAChangeEvent.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ771þ þ18eb34f64d80a5050ef14559f59e67b1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11703.txtþ þTEXT\000
1\ST11703.txtþ

þST11704þ þST11704þ þST11705þ þST11704þ þST11705þ þST11704þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/event/.svn/text-base/CAModifyedEvent.java.svn-baseþ þþ þþ þ0þ þ1þ þST11709þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/30/2007þ þ00:00:00þ þ2007-11-30T00:00:00-05:00þ þ1196398800þ þCAModifyedEvent.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2740þ þ648cafcbd93ed9e2344480962a687108þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11704.txtþ þTEXT\0001\ST11704.txtþ þST11706þ þST11706þ þST11706þ þST11706þ þST11706þ þST11706þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/event/.svn/text-base/CATriggeredEvent.java.svn-baseþ þþ þþ þ0þ þ1þ þST11710þ þþ þþ þþ þþ þþ þþ þþ þþ þ12/04/2007þ þ00:00:00þ þ2007-12-04T00:00:00-05:00þ þ1196744400þ þCATriggeredEvent.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ568þ þ963e988eed908dad84349b1d4af1d768þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11706.txtþ þTEXT\0001\ST11706.txtþ þST11707þ þST11707þ þST11707þ þST11707þ þST11707þ þST11707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/event/CAAddEvent.javaþ þþ þþ þ0þ þ1þ þST11702þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAAddEvent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ182þ þa171f c3e5fc1bf6d2f1d41cef9415edfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11707.javaþ þþ þST11708þ þST11708þ þST11708þ þST11708þ þST11708þ þST11708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/event/CAChangeEvent.javaþ þþ þþ þ0þ þ1þ þST11703þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAChangeEvent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ771þ þ18eb34f64d80a5050ef14559f59e67b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11708.javaþ þþ þST11709þ þST11709þ þST11709þ þST11709þ þST11709þ þST11709þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/event/CAModifyedEvent.javaþ þþ þþ þ0þ þ1þ þST11704þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAModifyedEvent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2740þ þ648cafcbd93ed9e2344480962a687108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11709.javaþ þþ þST11710þ þST11710þ þST11710þ þST11710þ þST11710þ þST11710þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/event/CATriggeredEvent.javaþ þþ þþ þ0þ þ1þ þST11706þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredEvent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ568þ þ963e988eed908dad84349b1d4af1d768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11710.javaþ þþ þST11711þ þST11711þ þST11711þ þST11711þ þST11711þ þST11711þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1389þ þ3ed025cc0cc0b1da94db88d63 40bd481þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA

TIVES\0001\ST11711.txtþ þTEXT\0001\ST11711.txtþ
þST11712þ þST11712þ þST11714þ þST11712þ þST11714þ þST11712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ01/13/2011þ þ00:00:00þ þ2011
-01-13T00:00:00-05:00þ þ1294894800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1423þ þ4631940f3
fcc50769d2c377314c41ad5þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0001\ST11712.txtþ þTEXT\0001\ST11712.txtþ
þST11715þ þST11715þ þST11715þ þST11715þ þST11715þ þST11715þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/gui/.svn/text-base/CustomAlertsPanel.form.svn-baseþ þþ þþ
þ0þ þ1þ þST11733þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel.form.svn-ba
seþ þ.XMLþ þapplication/xmlþ þþ þ19401þ þf8991421ddb11471465ed2a0fd6a69efþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11715.xm
lþ þþ
þST11716þ þST11716þ þST11724þ þST11716þ þST11724þ þST11716þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/gui/.svn/text-base/CustomAlertsPanel.java.svn-baseþ þþ þþ
þ0þ þ1þ þST11734þ þþ þþ þþ þþ þþ þþ þþ þ08/06/2007þ þ00:00:00þ þ2007-08-06T00:00:
00-04:00þ þ1186372800þ þCustomAlertsPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2288
0þ þac315e2b90c962338baffbeb6c96bd5aþ þ9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11716.txtþ þTEXT\0001\ST11716.txtþ
þST11725þ þST11725þ þST11725þ þST11725þ þST11725þ þST11725þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/gui/.svn/text-base/CustomAlertsValidator.java.svn-baseþ
þ þþ þ0þ þ1þ þST11735þ þþ þþ þþ þþ þþ þþ þþ þ11/06/2007þ þ00:00:00þ þ2007-11-06T0
0:00:00-05:00þ þ1194325200þ þCustomAlertsValidator.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ1994þ þ8ae17fb3939a27501805757f33e3e89dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11725.txtþ þTEXT\0001\ST11725.txtþ
þST11726þ þST11726þ þST11726þ þST11726þ þST11726þ þST11726þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/gui/.svn/text-base/ICustomAlertsPanelListener.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST11736þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/02/2007þ þ00:00:00þ þ2007-11-
02T00:00:00-04:00þ þ1193976000þ þICustomAlertsPanelListener.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ550þ þ529c4ed9702b56e1a71420c54634222aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11726.txtþ þTEXT\0001\ST11
726.txtþ
þST11727þ þST11727þ þST11727þ þST11727þ þST11727þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/gui/.svn/text-base/InputValidation.java.svn-baseþ þþ þþ þ0
þ þ1þ þST11737þ þþ þþ þþ þþ þþ þþ þþ þInputValidation.java.svn-baseþ þþ
þ.TXTþ þtext/plainþ þþ þ880þ þb8c6e29d0a22676fa259aa882d02eb01þ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11727.txtþ þTEXT\00
01\ST11727.txtþ

þST11728þ þST11728þ þST11728þ þST11728þ þST11728þ þST11728þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/.svn/text-base/PendingPanel.form.svn-baseþ þþ þþ þ0þ þ 1þ þST11738þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPendingPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2688þ þ68e415be57bc60e4211a457894e64a59þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11728.xmlþ þþ þST11729þ þST11729þ þST11730þ þST11729þ þST11730þ þST11729þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/.svn/text-base/PendingPanel.java.svn-baseþ þþ þþ þ0þ þ 1þ þST11739þ þþ þþ þþ þþ þþ þþ þ11/13/2007þ þ00:00:00þ þ2007-11-13T00:00:00-0 5:00þ þ1194930000þ þPendingPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2108þ þdd6fa89 567b29f6bf7709b0c49f8f54fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11729.txtþ þTEXT\0001\ST11729.txtþ
þST11731þ þST11731þ þST11731þ þST11731þ þST11731þ þST11731þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/.svn/text-base/TriggeredPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST11740þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTriggeredPanel.form.svn-baseþ þ.X MLþ þapplication/xmlþ þþ þ2569þ þab9102d066401db2fc3d43c4816026abþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11731.xmlþ þþ þST11732þ þST11732þ þST11732þ þST11732þ þST11732þ þST11732þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/.svn/text-base/TriggeredPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST11741þ þþ þþ þþ þþ þþ þþ þ11/13/2007þ þ00:00:00þ þ2007-11-13T00:00:00- 05:00þ þ1194930000þ þTriggeredPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2068þ þfbbf 81144712391deb7f582d5c24239aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL SEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11732.txtþ þTEXT\0001\ST11732.txtþ
þST11733þ þST11733þ þST11733þ þST11733þ þST11733þ þST11733þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/CustomAlertsPanel.formþ þþ þþ þ0þ þ1þ þST11715þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ194 01þ þf8991421ddb11471465ed2a0fd6a69efþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11733.xmlþ þþ þST11734þ þST11734þ þST11734þ þST11734þ þST11734þ þST11734þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/CustomAlertsPanel.javaþ þþ þþ þ0þ þ1þ þST11716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ22880þ þac315e2b90c962338baffbeb6c96bd5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11734.javaþ þþ þST11735þ þST11735þ þST11735þ þST11735þ þST11735þ þST11735þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/CustomAlertsValidator.javaþ þþ þþ þ0þ þ1þ þST11725þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsValidator.javaþ þ.JAVAþ þtext/x-java-so urceþ þþ þ1994þ þ8ae17fb3939a27501805757f33e3e89dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11735.javaþ þþ þST11736þ þST11736þ þST11736þ þST11736þ þST11736þ þST11736þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/ICustomAlertsPanelListener.javaþ þþ þþ þ0þ þ1þ þST11726 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICustomAlertsPanelListener.javaþ þ.JAVAþ þtex t/x-java-sourceþ þþ þ550þ þ529c4ed9702b56e1a71420c54634222aþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11736.javaþ þþ þST11737þ þST11737þ þST11737þ þST11737þ þST11737þ þST11737þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/InputValidation.javaþ þþ þþ þ0þ þ1þ þST11727þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þInputValidation.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ880 þ þb8c6e29d0a22676fa259aa882d02eb01þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11737.javaþ þþ þST11738þ þST11738þ þST11738þ þST11738þ þST11738þ þST11738þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/PendingPanel.javaþ þþ þþ þ0þ þ1þ þST11728þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPendingPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ2688þ þ68e415 be57bc60e4211a457894e64a59þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11738.xmlþ þþ þST11739þ þST11739þ þST11739þ þST11739þ þST11739þ þST11739þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/PendingPanel.javaþ þþ þþ þ0þ þ1þ þST11729þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPendingPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2108þ þdd 6fa89567b29f6bf7709b0c49f8f54fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11739.javaþ þþ þST11740þ þST11740þ þST11740þ þST11740þ þST11740þ þST11740þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/TriggeredPanel.formþ þþ þþ þ0þ þ1þ þST11731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTriggeredPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ2569þ þab 9102d066401db2fc3d43c4816026abþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11740.xmlþ þþ þST11741þ þST11741þ þST11741þ þST11741þ þST11741þ þST11741þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/gui/TriggeredPanel.javaþ þþ þþ þ0þ þ1þ þST11732þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTriggeredPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2068 þ þfbbf81144712391deb7f582d5c24239aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11741.javaþ þþ þST11742þ þST11742þ þST11742þ þST11742þ þST11742þ þST11742þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/instrument/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ643þ þe460b63f00412d3dafe f606841a9edbcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0001\ST11742.txtþ þTEXT\0001\ST11742.txtþ

þST11743þ þST11743þ þST11744þ þST11743þ þST11744þ þST11743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þ08/27/2010þ þ00:00:00þ þ2010-08-27T00:00:00-04:00þ þ1282881600þ þentriesþ þ.
TXTþ þtext/plainþ þþ þ738þ þ8312186020278a195015ae240bc65f10þ þ2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11743.txtþ þTEXT\0001\ST11743.txtþ
þST11745þ þST11745þ þST11745þ þST11745þ þST11745þ þST11745þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/.svn/text-base/CA.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST11752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCA.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ1429þ þ3fd4810e4075f3f079e90dbc165fbdb9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11745.txtþ þTEXT\0001\ST11745.txtþ
þST11746þ þST11746þ þST11749þ þST11746þ þST11749þ þST11746þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/.svn/text-base/CAlert.java.svn-baseþ þþ þþ þ0þ
þ1þ þST11753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/15/2007þ þ00:00:00þ þ2007-11-15T00:00:00-
05:00þ þ1195102800þ þCAlert.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7146þ þ4c5727bdea21
ba0bd357316b955ead2cþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0001\ST11746.txtþ þTEXT\0001\ST11746.txtþ
þST11750þ þST11750þ þST11750þ þST11750þ þST11750þ þST11750þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/.svn/text-base/CATriggered.java.svn-baseþ þþ þþ
þ0þ þ1þ þST11754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ12/04/2007þ þ00:00:00þ þ2007-12-04T00:00
:00-05:00þ þ1196744400þ þCATriggered.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1334þ þ08d
4d9d03fc13418791a8bfb8ef51083þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11750.txtþ þTEXT\0001\ST11750.txtþ
þST11751þ þST11751þ þST11751þ þST11751þ þST11751þ þST11751þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/.svn/text-base/InstrumentCAlert.java.svn-baseþ
þþ þþ þ0þ þ1þ þST11755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/15/2007þ þ00:00:00þ þ2007-11-15T
00:00:00-05:00þ þ1195102800þ þInstrumentCAlert.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ1336þ þe300d05607a57e86bf694e3477b08fcaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11751.txtþ þTEXT\0001\ST11751.txtþ
þST11752þ þST11752þ þST11752þ þST11752þ þST11752þ þST11752þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/CA.javaþ þþ þþ þ0þ þ1þ þST11745þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1429þ þ3fd4810e4075f3f
079e90dbc165fbdb9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0001\ST11752.javaþ þþ
þST11753þ þST11753þ þST11753þ þST11753þ þST11753þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/calerts/instrument/CAlert.javaþ þþ þþ þ0þ þ1þ þST11746þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þCAlert.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7146þ þ4c5727b dea21ba0bd357316b955ead2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0001\ST11753.javaþ þþ

þST11754þ þST11754þ þST11754þ þST11754þ þST11754þ þST11754þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/instrument/CATriggered.javaþ þþ þþ þ0þ þ1þ þST11750þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggered.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ133 4þ þ08d4d9d03fc13418791a8bfb8ef51083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11754.javaþ þþ

þST11755þ þST11755þ þST11755þ þST11755þ þST11755þ þST11755þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/instrument/InstrumentCAlert.javaþ þþ þþ þ0þ þ1þ þST11751þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentCAlert.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1336þ þe300d05607a57e86bf694e3477b08fcaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11755.javaþ þþ

þST11756þ þST11756þ þST11756þ þST11756þ þST11756þ þST11756þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/StateHandlerCA.javaþ þþ þþ þ0þ þ1þ þST11688þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ747þ þbd12ecd5f2b65c7396af28739f880fa2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11756.javaþ þþ

þST11757þ þST11757þ þST11757þ þST11757þ þST11757þ þST11757þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/StreamCA.javaþ þþ þþ þ0þ þ1þ þST11689þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1107þ þ74c3d857edb3fc cb747485420e6c7a63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0001\ST11757.javaþ þþ

þST11758þ þST11758þ þST11758þ þST11758þ þST11758þ þST11758þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/StreamHandlerCA.javaþ þþ þþ þ0þ þ1þ þST11690þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þStreamHandlerCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1118þ þ 8b927872e5177dadd6311c0a7d0ed14dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11758.javaþ þþ

þST11759þ þST11759þ þST11759þ þST11759þ þST11759þ þST11759þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ362þ þ32fb798e8b58ea6d192a333f f98b541dþ þ1þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0001\ST11759.txtþ þTEXT\0001\ST11759.txtþ

þST11760þ þST11760þ þST11760þ þST11760þ þST11760þ þST11760þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/calerts/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þ05/25/2010þ þ00:00:00þ þ2010-05-25T00:00:00-04:00þ þ1274760000þ þentriesþ þ.TXTþ þ

text/plainþ þþ þ428þ þecc9bbb1d218fc95bc8cd7c9e0da5b37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11760.txtþ þTEXT\0001\ST1
1760.txtþ

þST11761þ þST11761þ þST11763þ þST11761þ þST11763þ þST11761þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/calerts/table/.svn/text-base/ColumnsCA.java.svn-baseþ þþ þþ þ0þ þ1
þ þST11767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsCA.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ7599þ þ117ff9e62f656e270211534dbafef1a4þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11761.txtþ þTEXT\0001\ST11761.txtþ

þST11764þ þST11764þ þST11766þ þST11764þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/calerts/table/.svn/text-base/RendererCA.java.svn-baseþ þþ þþ þ0þ þ
1þ þST11768þ þþ þþ þþ þþ þþ þþ þþ þþ þRendererCA.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ4961þ þc7a4c402f455d3e19a1620a86f12a832þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11764.txtþ þTEXT\0001\ST1
1764.txtþ

þST11767þ þST11767þ þST11767þ þST11767þ þST11767þ þST11767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/calerts/table/ColumnsCA.javaþ þþ þþ þ0þ þ1þ þST11761þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þColumnsCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7599þ þ117ff9
e62f656e270211534dbafef1a4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0001\ST11767.javaþ þ

þST11768þ þST11768þ þST11768þ þST11768þ þST11768þ þST11768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/calerts/table/RendererCA.javaþ þþ þþ þ0þ þ1þ þST11764þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þRendererCA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4961þ þc7a4
c402f455d3e19a1620a86f12a832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0001\ST11768.javaþ þ

þST11769þ þST11769þ þST11769þ þST11769þ þST11769þ þST11769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ91þ þbf494c6d01c9cbed0e122a04e666fa8aþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11769.txtþ þTEXT\0001\ST11769.txtþ

þST11770þ þST11770þ þST11770þ þST11770þ þST11770þ þST11770þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/27/
2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ230þ þ4873df428c0dfa10047f1e30ea998574þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11770.txtþ þTEXT\0001\ST11770.txtþ
þST11771þ þST11771þ þST11771þ þST11771þ þST11771þ þST11771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þ478cac925f2ff3c6897005b 18e76ac2bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0001\ST11771.txtþ þTEXT\0001\ST11771.txtþ

þST11772þ þST11772þ þST11772þ þST11772þ þST11772þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þ01/27/2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ235þ þef69fd08959f87a770ab45ba7b401651þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11772.txtþ þTEXT\0001\ST 11772.txtþ

þST11773þ þST11773þ þST11773þ þST11773þ þST11773þ þST11773þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þ6208ac2161d00352b7 1574e5048b2380þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0001\ST11773.txtþ þTEXT\0001\ST11773.txtþ

þST11774þ þST11774þ þST11774þ þST11774þ þST11774þ þST11774þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þ01/27/2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ .TXTþ þtext/plainþ þþ þ247þ þdedd6ce6f29886de5514058e2d18737bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11774.txtþ þTEXT\00 01\ST11774.txtþ

þST11775þ þST11775þ þST11775þ þST11775þ þST11775þ þST11775þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ119þ þ6d3af b41d47f0f3fd7dc451e7f0bda9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST11775.txtþ þTEXT\0001\ST11775.txtþ

þST11776þ þST11776þ þST11776þ þST11776þ þST11776þ þST11776þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ01/27/2011þ þ00:00:00þ þ2011 -01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ255þ þ24d7529f56 dee424bb191cb47b99df5eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0001\ST11776.txtþ þTEXT\0001\ST11776.txtþ

þST11777þ þST11777þ þST11777þ þST11777þ þST11777þ þST11777þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/.svn/all-wcpropsþ þþ þþ þ0 þ1þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ494 þ þf04473888ec3229d31094d8d3fe3dfc1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11777.txtþ þTEXT\0001\ST11777.txtþ þST11778þ þST11778þ þST11778þ þST11778þ þST11778þ þST11778þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/.svn/entriesþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/27/2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ12 96104400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ562þ þa3a871d3e00de81674092f6fbf923645þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ ST11778.txtþ þTEXT\0001\ST11778.txtþ

þST11779þ þST11779þ þST11784þ þST11779þ þST11779þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/.svn/text-base/CustomAler tsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST11793þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/02/2 007þ þ00:00:00þ þ2007-11-02T00:00:00-04:00þ þ1193976000þ þCustomAlertsController.jav a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ13157þ þ4256e80e95c476fced63fe04775a0700þ þ6þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST117 79.txtþ þTEXT\0001\ST11779.txtþ

þST11785þ þST11785þ þST11786þ þST11785þ þST11786þ þST11785þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/.svn/text-base/CustomAler tsDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST11794þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/02/2 007þ þ00:00:00þ þ2007-11-02T00:00:00-04:00þ þ1193976000þ þCustomAlertsDescriptor.jav a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2027þ þ50b84057690908d52545e7039806e305þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1178 5.txtþ þTEXT\0001\ST11785.txtþ

þST11787þ þST11787þ þST11792þ þST11787þ þST11792þ þST11787þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/02/2007þ þ00:00:00þ þ2007-11-02T00:00:00-0 4:00þ þ1193976000þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ13150þ þd320e0dba177c9339f6c 176f48087d33þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0001\ST11787.txtþ þTEXT\0001\ST11787.txtþ

þST11793þ þST11793þ þST11793þ þST11793þ þST11793þ þST11793þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/CustomAlertsController.ja vaþ þþ þþ þ0þ þ1þ þST11779þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsControlle r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ13157þ þ4256e80e95c476fced63fe04775a0700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST 11793.javaþ þþ

þST11794þ þST11794þ þST11794þ þST11794þ þST11794þ þST11794þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/CustomAlertsDescriptor.ja vaþ þþ þþ þ0þ þ1þ þST11785þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomAlertsDescripto r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2027þ þ50b84057690908d52545e7039806e305þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1 1794.javaþ þþ

þST11795þ þST11795þ þST11795þ þST11795þ þST11795þ þST11795þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1230þ þc4e46ad17207dc7f98979556fd2cff9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11795.txtþ þTEXT\0001\ST11795.txtþ þST11796þ þST11796þ þST11797þ þST11796þ þST11797þ þST11796þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/entriesþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/25/2010þ þ00:00:00þ þ2010-05-25T00:00:00-04 :00þ þ1274760000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1026þ þd47595c415b22b88d1777940e74 7ebb8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0001\ST11796.txtþ þTEXT\0001\ST11796.txtþ þST11798þ þST11798þ þST11800þ þST11798þ þST11800þ þST11798þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/text-base/CA PendingController.java.svn-baseþ þþ þþ þ0þ þ1þ þST11807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11 /12/2007þ þ00:00:00þ þ2007-11-12T00:00:00-05:00þ þ1194843600þ þCAPendingController.j ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5663þ þe86f778f3a7d168f09e30e47489d3f35þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11 798.txtþ þTEXT\0001\ST11798.txtþ þST11801þ þST11801þ þST11801þ þST11801þ þST11801þ þST11801þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/text-base/CA PendingDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST11808þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11 /12/2007þ þ00:00:00þ þ2007-11-12T00:00:00-05:00þ þ1194843600þ þCAPendingDescriptor.j ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ540þ þd4e579dbaf6b7c9bf493b7df1da892b1þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST118 01.txtþ þTEXT\0001\ST11801.txtþ þST11802þ þST11802þ þST11803þ þST11802þ þST11803þ þST11802þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/text-base/CA PendingParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST11809þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11 /14/2007þ þ00:00:00þ þ2007-11-14T00:00:00-05:00þ þ1195016400þ þCAPendingParameters.j ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2685þ þbb802a92678387007fe3aba8f5ed4e0fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11 802.txtþ þTEXT\0001\ST11802.txtþ þST11804þ þST11804þ þST11804þ þST11804þ þST11804þ þST11804þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/text-base/CA PendingRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST11810þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/1 5/2007þ þ00:00:00þ þ2007-11-15T00:00:00-05:00þ þ1195102800þ þCAPendingRejector.java. svn-baseþ þ.TXTþ þtext/plainþ þþ þ738þ þ94d59e1298a16fae03c063e9ba43bfd9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11804.t xtþ þTEXT\0001\ST11804.txtþ

þST11805þ þST11805þ þST11805þ þST11805þ þST11805þ þST11805þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/text-base/CAPendingRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST11811þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/13/2007þ þ00:00:00þ þ2007-11-13T00:00:00-05:00þ þ1194930000þ þCAPendingRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ859þ þ364ce5ecd13f9472c64bf92d847a9868þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11805.txtþ þTEXT\0001\ST11805.txtþ

þST11806þ þST11806þ þST11806þ þST11806þ þST11806þ þST11806þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/.svn/text-base/CAPendingUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST11812þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/13/2007þ þ00:00:00þ þ2007-11-13T00:00:00-05:00þ þ1194930000þ þCAPendingUpdater.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1579þ þ058f91dc0b2ee31f75193adea14bb55dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11806.txtþ þTEXT\0001\ST11806.txtþ

þST11807þ þST11807þ þST11807þ þST11807þ þST11807þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/CAPendingController.javaþ þþ þþ þ0þ þ1þ þST11798þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5663þ þe86f778f3a7d168f09e30e47489d3f35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11807.javaþ þþ

þST11808þ þST11808þ þST11808þ þST11808þ þST11808þ þST11808þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/CAPendingDescriptor.javaþ þþ þþ þ0þ þ1þ þST11801þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ540þ þd4e579dbaf6b7c9bf493b7df1da892b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11808.javaþ þþ

þST11809þ þST11809þ þST11809þ þST11809þ þST11809þ þST11809þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/CAPendingParameters.javaþ þþ þþ þ0þ þ1þ þST11802þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2685þ þbb802a92678387007fe3aba8f5ed4e0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11809.javaþ þþ

þST11810þ þST11810þ þST11810þ þST11810þ þST11810þ þST11810þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/CAPendingRejector.javaþ þþ þþ þ0þ þ1þ þST11804þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingRejector.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ738þ þ94d59e1298a16fae03c063e9ba43bfd9þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11810.javaþ þþ

þST11811þ þST11811þ þST11811þ þST11811þ þST11811þ þST11811þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/CAPendingRowModel.javaþ þþ þþ þ0þ þ1þ þST11805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ859þ þ364ce5ecd13f9472c64bf92d847a9868þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11811.javaþ þþ

þST11812þ þST11812þ þST11812þ þST11812þ þST11812þ þST11812þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/pending/CAPendingUpdater.javaþ þþ þþ þ0þ þ1þ þST11806þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCAPendingUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1579þ þ058f91dc0b2ee31f75193adea14bb55dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11812.javaþ þþ

þST11813þ þST11813þ þST11813þ þST11813þ þST11813þ þST11813þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1268þ þb454ffca79bf74c9be396ea274a44013þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11813.txtþ þTEXT\0001\ST11813.txtþ

þST11814þ þST11814þ þST11815þ þST11814þ þST11815þ þST11814þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ05/25/2010þ þ00:00:00þ þ2010-05-25T00:00:00-04:00þ þ1274760000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1040þ þb6bb6c06fc29466d05b211d42ca01705þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11814.txtþ þTEXT\0001\ST11814.txtþ

þST11816þ þST11816þ þST11818þ þST11816þ þST11818þ þST11816þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/text-base/CATriggeredController.java.svn-baseþ þþ þþ þ0þ þ1þ þST11825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2007þ þ00:00:00þ þ2007-11-12T00:00:00-05:00þ þ1194843600þ þCATriggeredController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5928þ þ0a6af45ec8873a2b1d6e0eeddc52b54aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11816.txtþ þTEXT\0001\ST11816.txtþ

þST11819þ þST11819þ þST11819þ þST11819þ þST11819þ þST11819þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/text-base/CATriggeredDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST11826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2007þ þ00:00:00þ þ2007-11-12T00:00:00-05:00þ þ1194843600þ þCATriggeredDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ548þ þ7d9111ecb7c8d480dacbe439f4be5e77þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11819.txtþ þTEXT\0001\ST11819.txtþ

þST11820þ þST11820þ þST11821þ þST11820þ þST11821þ þST11820þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/text-base/
CATriggeredParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST11827þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ11/14/2007þ þ00:00:00þ þ2007
-11-14T00:00:00-05:00þ þ1195016400þ þCATriggeredParameters.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ3183þ þe906abd19bf0ef86282837cb0edf5fb1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11820.txtþ þTEXT\0001\ST11
820.txtþ

þST11822þ þST11822þ þST11822þ þST11822þ þST11822þ þST11822þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/text-base/
CATriggeredRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST11828þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
11/15/2007þ þ00:00:00þ þ2007-11-15T00:00:00-05:00þ þ1195102800þ þCATriggeredRejector
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ746þ þ356a4b5f9c49f9f1c360a910d3196412þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1822.txtþ þTEXT\0001\ST11822.txtþ

þST11823þ þST11823þ þST11823þ þST11823þ þST11823þ þST11823þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/text-base/
CATriggeredRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST11829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
11/13/2007þ þ00:00:00þ þ2007-11-13T00:00:00-05:00þ þ1194930000þ þCATriggeredRowModel
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ868þ þca37d06c3b03a3ee46f51be1e264ce1fþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1823.txtþ þTEXT\0001\ST11823.txtþ

þST11824þ þST11824þ þST11824þ þST11824þ þST11824þ þST11824þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/.svn/text-base/
CATriggeredUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST11830þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þb1
1/13/2007þ þ00:00:00þ þ2007-11-13T00:00:00-05:00þ þ1194930000þ þCATriggeredUpdater.j
ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1604þ þ0c957ce62590cf319cf0e0fe7797b098þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11
824.txtþ þTEXT\0001\ST11824.txtþ

þST11825þ þST11825þ þST11825þ þST11825þ þST11825þ þST11825þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/CATriggeredCont
roller.javaþ þþ þþ þ0þ þ1þ þST11816þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredC
ontroller.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5928þ þ0a6af45ec8873a2b1d6e0eeddc52b
54aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0001\ST11.javaþ þþ

þST11826þ þST11826þ þST11826þ þST11826þ þST11826þ þST11826þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/CATriggeredDesc riptor.javaþ þþ þþ þ0þ þ1þ þST11819þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredD escriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ548þ þ7d9111ecb7c8d480dacbe439f4be5e 77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 001\ST11826.javaþ þþ

þST11827þ þST11827þ þST11827þ þST11827þ þST11827þ þST11827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/CATriggeredPara meters.javaþ þþ þþ þ0þ þ1þ þST11820þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredP arameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3183þ þe906abd19bf0ef86282837cb0edf5 fb1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0001\ST11827.javaþ þþ

þST11828þ þST11828þ þST11828þ þST11828þ þST11828þ þST11828þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/CATriggeredReje ctor.javaþ þþ þþ þ0þ þ1þ þST11822þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredRej ector.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ746þ þ356a4b5f9c49f9f1c360a910d3196412þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ ST11828.javaþ þþ

þST11829þ þST11829þ þST11829þ þST11829þ þST11829þ þST11829þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/CATriggeredRowM odel.javaþ þþ þþ þ0þ þ1þ þST11823þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredRow Model.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ868þ þca37d06c3b03a3ee46f51be1e264ce1fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ ST11829.javaþ þþ

þST11830þ þST11830þ þST11830þ þST11830þ þST11830þ þST11830þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/src/com/equityfeed/core/multiviewer/calerts/triggered/CATriggeredUpda ter.javaþ þþ þþ þ0þ þ1þ þST11824þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCATriggeredUpda ter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1604þ þ0c957ce62590cf319cf0e0fe7797b098þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\S T11830.javaþ þþ

þST11831þ þST11831þ þST11831þ þST11831þ þST11831þ þST11831þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þST11831þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þccce260acb3fe79cb3e825ec2b34fb70þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST 11831.txtþ þTEXT\0001\ST11831.txtþ

þST11832þ þST11832þ þST11832þ þST11832þ þST11832þ þST11832þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/calerts/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/25/201 0þ þ00:00:00þ þ2010-05-25T00:00:00-04:00þ þ1274760000þ þentriesþ þ.TXTþ þtext/plainþ þ þ þ158þ þ766c85314422d73036fadd7ed3306cf2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11832.txtþ þTEXT\0001\ST11832.txtþ þST11833þ þST11833þ þST11833þ þST11833þ þST11833þ þST11833þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ415þ þb91289eafa52d0a9f72a19b331682c83þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11833.txtþ þTEXT\0001\ST11833.txtþ

þST11834þ þST11834þ þST11834þ þST11834þ þST11834þ þST11834þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;

ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11834.txtþ þTEXT\0001\ST11834.txtþ

þST11835þ þST11835þ þST11836þ þST11835þ þST11836þ þST11835þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/14/2011þ þ00:00:00þ þ2011-09-14T00:00:00-04:00þ þ1315972800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ884þ þ05bb5577abd345647f4ebbe4c6082490þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11835.txtþ þTEXT\0001\ST11835.txtþ

þST11837þ þST11837þ þST11837þ þST11837þ þST11837þ þST11837þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/.svn/prop-base/ccore.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;

ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;

ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17660; ST17652; ST17663; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;

ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þccore.jar.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11837.txtþ þTEXT\0001\ST11837.txtþ
þST11838þ þST11838þ þST11838þ þST11838þ þST11838þ þST11838þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/.svn/text-base/build-before-profiler.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-before-profiler.xml.svn-baseþ þ.XMLþ þapplicat
ion/xmlþ þ3791þ þe1b1d4c7e692070b13a4351ad31020eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11838.xmlþ þþ
þST11839þ þST11839þ þST11839þ þST11839þ þST11839þ þST11839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST12538þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þbuild.xml.svn-
baseþ þ.XMLþ þapplication/xmlþ þ3800þ þ6c537b83590b5e254dc67c4037318d51þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11839.x
mlþ þþ
þST11840þ þST11840þ þST11840þ þST11840þ þST11840þ þST11840þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/.svn/text-base/ccore.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þccore.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ1426858þ þdd
22193574d9c7896af71f1f0e9bcf2eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11840.jarþ þþ
þST11841þ þST11841þ þST11841þ þST11841þ þST11841þ þST11841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ69þ þe11e9d a1a7b6455b48227917711795c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11841.propertiesþ þþ

þST11842þ þST11842þ þST11842þ þST11842þ þST11842þ þST11842þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/DataCenter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter.classþ þ.CLASSþ þapplication/ java-vmþ þ24706þ þ9fa2b533383505738f2020ae419e8702þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11842.classþ þþ

þST11843þ þST11843þ þST11843þ þST11843þ þST11843þ þST11843þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/DataCenter$1.classþ þþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter$1.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ830þ þc3b8f71f35f6f45fadc5f5fbae0ab778þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11843.classþ þþ

þST11844þ þST11844þ þST11844þ þST11844þ þST11844þ þST11844þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/DataCenter$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter$2.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ1524þ þ58c6c24b00a06f2e8e093df62060d08fþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11844.classþ þþ

þST11845þ þST11845þ þST11845þ þST11845þ þST11845þ þST11845þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/DataCenter$2$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter$2$1.classþ þ.CLASSþ þappli cation/java-vmþ þþ þ831þ þf1274eaca157ff1c8e3582db67286f12þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11845.classþ þþ

þST11846þ þST11846þ þST11846þ þST11846þ þST11846þ þST11846þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/DataCenter$IntervalWrapper .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter$IntervalWrapp er.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1050þ þ0bc571680e29932183b095dc776c78deþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST11846.classþ þþ

þST11847þ þST11847þ þST11847þ þST11847þ þST11847þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/EFInstrumentArray.classþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFInstrumentArray.classþ þ.CLASSþ þapplication/java- vmþ þþ þ3983þ þc106d8c84df3e0f39ba262519be9e270þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11847.classþ þþ

þST11848þ þST11848þ þST11848þ þST11848þ þST11848þ þST11848þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only)/ccore/build/classes/com/equityfeed/core/datacenter/EFMarketInstruments.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMarketInstruments.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ3339þ þf106f2bd8707dfbbd48a57dc7e2e6f42þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11848.clas
sþ þþ
þST11849þ þST11849þ þST11849þ þST11849þ þST11849þ þST11849þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/ccore/build/classes/com/equityfeed/core/datacenter/L2Listener.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL2Listener.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ392þ þde553c2aba3b2ca090734ce6d57c2aeaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11849.classþ þþ
þST11850þ þST11850þ þST11850þ þST11850þ þST11850þ þST11850þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/ccore/build/classes/com/equityfeed/core/datacenter/LoadState.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoadState.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1127þ þcbdd90fd706b0ae699d99c358994158dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11850.classþ þþ
þST11851þ þST11851þ þST11851þ þST11851þ þST11851þ þST11851þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/ccore/build/classes/com/equityfeed/core/datacenter/LocalSeqNum.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLocalSeqNum.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ800þ þ0e5917a8bc42946ba9c6cd8a61a5f863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11851.classþ þþ
þST11852þ þST11852þ þST11852þ þST11852þ þST11852þ þST11852þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/ccore/build/classes/com/equityfeed/core/datacenter/MarketNameSelector.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNameSelector.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ3316þ þ5d4a3958dede98522c8d5721e36e8ca3þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11852.classþ
þþ
þST11853þ þST11853þ þST11853þ þST11853þ þST11853þ þST11853þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/ccore/build/classes/com/equityfeed/core/datacenter/NewsProviderManager.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsProviderManager.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1544þ þc8ef8335ca4933d87d81878d7109e601þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11853.clas
sþ þþ
þST11854þ þST11854þ þST11854þ þST11854þ þST11854þ þST11854þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/ccore/build/classes/com/equityfeed/core/datacenter/RTSubscribers.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRTSubscribers.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ2650þ þaad7063fe4ee4ccb02c36039dcb5e798þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11854.classþ þþ
þST11855þ þST11855þ þST11855þ þST11855þ þST11855þ þST11855þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/SeqNum.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSeqNum.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1256þ þ870915d9c6ac9523184ca92c39c24ceeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11855.classþ þþ þST11856þ þST11856þ þST11856þ þST11856þ þST11856þ þST11856þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/TickerMarket.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarket.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2633þ þc0edb0b327647be5f5aa33e33736b8d3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11856.classþ þþ þST11857þ þST11857þ þST11857þ þST11857þ þST11857þ þST11857þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/TickerMarketMap.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketMap.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4599þ þ51c0564825b2c8b10b996bf34299d67bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11857.classþ þþ þST11858þ þST11858þ þST11858þ þST11858þ þST11858þ þST11858þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/datacenter/TickerUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1186þ þ71970f821dda31ada5cf53700fb8e955þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11858.classþ þþ þST11859þ þST11859þ þST11859þ þST11859þ þST11859þ þST11859þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/event/ApplicationEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þApplicationEvent.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1114þ þa2cef2929806c616c5b8344478e4afc9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11859.classþ þþ þST11860þ þST11860þ þST11860þ þST11860þ þST11860þ þST11860þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/event/ApplicationEventType.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þApplicationEventType.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2328þ þd1f2b05d488a7f78b3c6cd9937cd3de9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11860.classþ þ þ þST11861þ þST11861þ þST11861þ þST11861þ þST11861þ þST11861þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/event/EventCenter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEventCenter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2057þ þ779e29fec866c72aa222ebd11258c4b7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11861.classþ þþ þST11862þ þST11862þ þST11862þ þST11862þ þST11862þ þST11862þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/event/EventCenter$1.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEventCenter$1.classþ þ.CLASSþ þapplication
/java-vmþ þ1562þ þ1760a7b6bcf15f1494e00b7cd69436e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11862.classþ þþ
þST11863þ þST11863þ þST11863þ þST11863þ þST11863þ þST11863þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/event/EventRequester.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEventRequester.classþ þ.CLASSþ þapplicati
on/java-vmþ þ222þ þd1be1bece9be5e8e8e9570c36375c5edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11863.classþ þþ
þST11864þ þST11864þ þST11864þ þST11864þ þST11864þ þST11864þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/event/OPERATION.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOPERATION.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ1028þ þ8c0878c8dc800e69580d06778acd20adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11864.classþ þþ
þST11865þ þST11865þ þST11865þ þST11865þ þST11865þ þST11865þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/event/RESULT.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRESULT.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1
058þ þcdc379439c49484276bf42800d14f9c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11865.classþ þþ
þST11866þ þST11866þ þST11866þ þST11866þ þST11866þ þST11866þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/executor/AsynchronousTaskExecutor.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAsynchronousTaskExecutor.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ926þ þ031ec32ca3070047d430a257b45bb5b3þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11866.classþ þþ
þST11867þ þST11867þ þST11867þ þST11867þ þST11867þ þST11867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/executor/AsynchronousTaskExecutor$1.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAsynchronousTaskExecutor
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ862þ þa702e49a7292b5f3a77c6ec9dd459252þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST11867.classþ þþ
þST11868þ þST11868þ þST11868þ þST11868þ þST11868þ þST11868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/executor/SingleThreadExecutor.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSingleThreadExecutor.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1092þ þ3dbe2106d17c95dcc1e6a40b0ade186cþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11868.clas

sþ þþ
þST11869þ þST11869þ þST11869þ þST11869þ þST11869þ þST11869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/executor/SingleThreadExecutor$1.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSingleThreadExecutor$1.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ843þ þf00375d352abca6138e82749109f366fþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11869.cl
assþ þþ
þST11870þ þST11870þ þST11870þ þST11870þ þST11870þ þST11870þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/frames/FrameCenter.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameCenter.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ7358þ þ3462887e2a0e35b2d21066b10ab56b82þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11870.classþ þþ
þST11871þ þST11871þ þST11871þ þST11871þ þST11871þ þST11871þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/frames/FrameCenter$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameCenter$1.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1027þ þ1e1b84b1687820dc0bf3bc17d41ce8b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11871.classþ þþ
þST11872þ þST11872þ þST11872þ þST11872þ þST11872þ þST11872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/frames/FrameCenter$2.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameCenter$2.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1419þ þ467bde32d57ab39734077d52fa76dfadþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11872.classþ þþ
þST11873þ þST11873þ þST11873þ þST11873þ þST11873þ þST11873þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/frames/FrameCenter$3.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameCenter$3.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1635þ þe36301c70116e5119805676268a664dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11873.classþ þþ
þST11874þ þST11874þ þST11874þ þST11874þ þST11874þ þST11874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/frames/GCStamper.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGCStamper.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ5444þ þd5d860aa3b603a0b5cf82a355d2ef89eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11874.classþ þþ
þST11875þ þST11875þ þST11875þ þST11875þ þST11875þ þST11875þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/frames/GlobalSettingFrameMng.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalSettingFrameMng.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ4225þ þ5ae57c9c61c31d578bd1ab021d8ee583þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11875.clas sþ þþ

þST11876þ þST11876þ þST11876þ þST11876þ þST11876þ þST11876þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/GUIConstants.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIConstants.classþ þ.CLASSþ þapplication/ java-vmþ þþ þ10381þ þc7d90494196f86f6c7ab7cdb1782d0b9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11876.classþ þþ

þST11877þ þST11877þ þST11877þ þST11877þ þST11877þ þST11877þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/IFrame.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrame.classþ þ.CLASSþ þapplication/java- vmþ þþ þ515þ þ825ac5506644723fe16bff5ebec69814þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11877.classþ þþ

þST11878þ þST11878þ þST11878þ þST11878þ þST11878þ þST11878þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/IFrameCenterManager.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrameCenterManager.classþ þ.CLASSþ þapplication/java-vmþ þþ þ761þ þb2256a6e0dfca35a4798b7e6d3530df9þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11878.classþ þþ

þST11879þ þST11879þ þST11879þ þST11879þ þST11879þ þST11879þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/IPlatform.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPlatform.classþ þ.CLASSþ þapplication/java-v mþ þþ þ2764þ þddbfbb4fb52f571d7289d6f0de571782þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11879.classþ þþ

þST11880þ þST11880þ þST11880þ þST11880þ þST11880þ þST11880þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/IRedrawable.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRedrawable.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ154þ þ6b3e3adaf6998ed147d2667ad496cd7aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11880.classþ þþ

þST11881þ þST11881þ þST11881þ þST11881þ þST11881þ þST11881þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/IWatchLists.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchLists.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ1448þ þe4f0a360b5f7ce8e032825e5d7880608þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11881.classþ þþ

þST11882þ þST11882þ þST11882þ þST11882þ þST11882þ þST11882þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/IWList.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWList.classþ þ.CLASSþ þapplication/java- vmþ þþ þ164þ þe39e5623b1db4025d520bf0c8bad5332þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11882.classþ þþ þST11883þ þST11883þ þST11883þ þST11883þ þST11883þ þST11883þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager.classþ þþ þþ þ0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ14431þ þ0a5c8d6f4bd915d553b01e176e02f4b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11883.classþ þþ þST11884þ þST11884þ þST11884þ þST11884þ þST11884þ þST11884þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$1.classþ þþ þþ þ 0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager$1.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ2924þ þa10806e72c72f148f7f15c353f0c1b9aþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11884.classþ þþ þST11885þ þST11885þ þST11885þ þST11885þ þST11885þ þST11885þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$2.classþ þþ þþ þ 0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager$2.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ834þ þb427ea5351903c13930b37586a9b0c01þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11885.classþ þþ þST11886þ þST11886þ þST11886þ þST11886þ þST11886þ þST11886þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$3.classþ þþ þþ þ 0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager$3.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ2129þ þ2a49e8c25a5e2d9a52e9feb4938936a2þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11886.classþ þþ þST11887þ þST11887þ þST11887þ þST11887þ þST11887þ þST11887þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$4.classþ þþ þþ þ 0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager$4.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ834þ þbd3f8d7ea77558aa0324ccbc6d152cd6þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11887.classþ þþ þST11888þ þST11888þ þST11888þ þST11888þ þST11888þ þST11888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$5.classþ þþ þþ þ 0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager$5.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ1080þ þ3c99a8010bf5bdab8f0b321c6f0158b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11888.classþ þþ þST11889þ þST11889þ þST11889þ þST11889þ þST11889þ þST11889þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$6.classþ þþ þþ þ 0þ þ1þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTradingManager$6.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ1282þ þ2a25625b989fdff5ce051a122d9e947dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11889.classþ þþ

þST11890þ þST11890þ þST11890þ þST11890þ þST11890þ þST11890þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$6$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingManager$6$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ979þ þb711c769a08c36855b66b43cf45a44f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11890.classþ þþ þST11891þ þST11891þ þST11891þ þST11891þ þST11891þ þST11891þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$7.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingManager$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1083þ þcbb63df68024af90e279ab6bf9bfa2f5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11891.classþ þþ þST11892þ þST11892þ þST11892þ þST11892þ þST11892þ þST11892þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$8.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingManager$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1282þ þf71ba2ec56e38ff3f548dc9fb2b35ad9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11892.classþ þþ þST11893þ þST11893þ þST11893þ þST11893þ þST11893þ þST11893þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/TradingManager$8$1.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingManager$8$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ979þ þab0d128244846f274802ce20c234cfc2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11893.classþ þþ þST11894þ þST11894þ þST11894þ þST11894þ þST11894þ þST11894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/unplatform/IUPFrame.classþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIUPFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ251þ þ27527b01d847f884508d9ac4acce8ccbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11894.classþ þþ þST11895þ þST11895þ þST11895þ þST11895þ þST11895þ þST11895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/unplatform/UPFrameCenter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUPFrameCenter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2962þ þ3213e4d0356d7eac6fdfe65ff6119fc4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11895.classþ þþ þST11896þ þST11896þ þST11896þ þST11896þ þST11896þ þST11896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/frames/unplatform/UPFrameCenter$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUPFrameCenter$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1660þ þ04b1877abaae1e448bfa2a0dbf7e7f34þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11896.classþ þþ

þST11897þ þST11897þ þST11897þ þST11897þ þST11897þ þST11897þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/ask/Ask.classþ þþ þþ þ0þ þ1
þ þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAsk.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1235þ þ226b43b83394caad24bb5eef2a75b005þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11897.classþ þþ
þST11898þ þST11898þ þST11898þ þST11898þ þST11898þ þST11898þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/ask/InstrumentAsk.classþ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentAsk.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1798þ þdd9b09f119b69b1d8a7d4923b8edb4efþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11898.classþ þþ
þST11899þ þST11899þ þST11899þ þST11899þ þST11899þ þST11899þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/ask/UpdaterAsk.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterAsk.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ818þ þ7fe403256b268aa028a08b8ca6c5aa4fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11899.classþ þþ
þST11900þ þST11900þ þST11900þ þST11900þ þST11900þ þST11900þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/bid/Bid.classþ þþ þþ þ0þ þ1
þ þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBid.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1361þ þ8d324260565623b0c86d8cfd10cedc54þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11900.classþ þþ
þST11901þ þST11901þ þST11901þ þST11901þ þST11901þ þST11901þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/bid/InstrumentBid.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentBid.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1798þ þ9d335d0e1adff2cadfb6e0de1050caf5þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11901.classþ þþ
þST11902þ þST11902þ þST11902þ þST11902þ þST11902þ þST11902þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/bid/UpdaterBid.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterBid.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1054þ þ9f680a203b760c6241616b8b57ce6714þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11902.classþ þþ
þST11903þ þST11903þ þST11903þ þST11903þ þST11903þ þST11903þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/IBordered.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIBordered.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ334þ þ13558310a68f30116274dfa99756f290þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11903.classþ þþ
þST11904þ þST11904þ þST11904þ þST11904þ þST11904þ þST11904þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/IDataInstrument.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDataInstrument.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1749þ þ62562700b86cedca9335bf02159fae35þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11904.classþ þþ
þST11905þ þST11905þ þST11905þ þST11905þ þST11905þ þST11905þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/InstrumentType.classþ þþ þ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentType.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ1466þ þf036d56b31c0d67eacd67aad59786820þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11905.classþ þþ
þST11906þ þST11906þ þST11906þ þST11906þ þST11906þ þST11906þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/news/InstrumentNews.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentNews.classþ þ.CLASSþ þ
application/java-vmþ þþ þ1623þ þ61787913a3094d7d9ccf4d41a3cebbc3þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11906.classþ þþ
þST11907þ þST11907þ þST11907þ þST11907þ þST11907þ þST11907þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/news/MarketNewsInstrument.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsInstrument.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ1725þ þ55ad837da1f2dc44c838dc6b79545fdeþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11907.classþ þþ
þST11908þ þST11908þ þST11908þ þST11908þ þST11908þ þST11908þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/news/News.classþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ4796þ þe0e5ab7be475c9c9a6127f142ab9763eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11908.classþ þþ
þST11909þ þST11909þ þST11909þ þST11909þ þST11909þ þST11909þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/reset/InstrumentReset.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentReset.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ853þ þ1671aecb9a18111af3e2439ad3b24227þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11909.classþ þ
þ
þST11910þ þST11910þ þST11910þ þST11910þ þST11910þ þST11910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/timeaction/InstrumentTimeA
ction.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentTimeActio
n.classþ þ.CLASSþ þapplication/java-vmþ þþ þ896þ þa9215e87f5cd31e62dbd8957b7df4558þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\S

T11910.classþ þþ
þST11911þ þST11911þ þST11911þ þST11911þ þST11911þ þST11911þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/trade/InstrumentTrade.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentTrade.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ1830þ þbcbecf09d86fac5b2c4c62b7bdc7a5cdþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11911.classþ
þþ
þST11912þ þST11912þ þST11912þ þST11912þ þST11912þ þST11912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/trade/Trade.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrade.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ5956þ þ3b250e3452e001d8c4fef3cd38506f39þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11912.classþ þþ
þST11913þ þST11913þ þST11913þ þST11913þ þST11913þ þST11913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/trade/UpdaterTrade.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterTrade.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ7908þ þdf02e6826e8f08e43683357ac2888d4cþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11913.classþ þþ
þST11914þ þST11914þ þST11914þ þST11914þ þST11914þ þST11914þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/DataWrapper.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataWrapper.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ17627þ þabbf7d38110e807a4b5033b5f030d3efþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11914.classþ þþ
þST11915þ þST11915þ þST11915þ þST11915þ þST11915þ þST11915þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/EFInstrument.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFInstrument.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ7661þ þac4996848f0c2a8fdc3e65a5c6ddd07fþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11915.classþ þþ
þST11916þ þST11916þ þST11916þ þST11916þ þST11916þ þST11916þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/IndustryCodeProvid
er.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndustryCodeProvider.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1023þ þ2ecb3455629441b55e0a0635cd7befe8þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1916.classþ þþ
þST11917þ þST11917þ þST11917þ þST11917þ þST11917þ þST11917þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/IndustryCodeProvid
er$IIndustryCodeProvider.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

IndustryCodeProvider$IIndustryCodeProvider.classþ þ.CLASSþ þapplication/java-vmþ þþ
þ387þ þ208f95c97d20749dac57cb81c5eff1b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11917.classþ þþ
þST11918þ þST11918þ þST11918þ þST11918þ þST11918þ þST11918þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/InstrumentWrapperF
actory.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentWrapperF
actory.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2070þ þba1b8cc97e8d686b84db641a66539
32bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0001\ST11918.classþ þþ
þST11919þ þST11919þ þST11919þ þST11919þ þST11919þ þST11919þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/Util.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ4035þ þ215a635da063f38d1222f8424482013bþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11919.classþ þþ
þST11920þ þST11920þ þST11920þ þST11920þ þST11920þ þST11920þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/instrument/wrapper/WrapperUtil.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWrapperUtil.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ3585þ þf178508b465e7cbcf756208a4560d089þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11920.classþ þþ
þST11921þ þST11921þ þST11921þ þST11921þ þST11921þ þST11921þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/layout/FrameDescriptor.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameDescriptor.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ4254þ þ749da0d7f7e7f22a94f121f2bac21ca5þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11921.classþ þþ
þST11922þ þST11922þ þST11922þ þST11922þ þST11922þ þST11922þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/market/EFMarket.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMarket.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ2761þ þ09513f97638bfca2812123bcce6cfedaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11922.classþ þþ
þST11923þ þST11923þ þST11923þ þST11923þ þST11923þ þST11923þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/market/GUIMarket.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIMarket.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ1642þ þbc8e916758b8683d7170cc9b62752448þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11923.classþ þþ
þST11924þ þST11924þ þST11924þ þST11924þ þST11924þ þST11924þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/market/MarketUtil.classþ þþ þþ þ0þ þ1þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketUtil.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ3860þ þb0517c81a34895d199c15afce6359754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11924.classþ þþ
þST11925þ þST11925þ þST11925þ þST11925þ þST11925þ þST11925þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/ColumnsModel.classþ þþ þþ
þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þColumnsModel.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ522þ þ76db757a3946b4eca83b1c9e6060f7b2þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11925.classþ þþ
þST11926þ þST11926þ þST11926þ þST11926þ þST11926þ þST11926þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/ColumnsModel$1.classþ þþ þ
þ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þColumnsModel$1.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ877þ þ94f6ce7fa142bc49e4e2178d91a433e6þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11926.classþ þþ
þST11927þ þST11927þ þST11927þ þST11927þ þST11927þ þST11927þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/earnings/EarningsCalendar
.classþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsCalendar.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ1234þ þ2fc335eb31907f24386d605bda277c7fþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11927.
classþ þþ
þST11928þ þST11928þ þST11928þ þST11928þ þST11928þ þST11928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/earnings/EarningsControll
er.classþ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þEarningsController.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ11557þ þa45c5b06045d5c64918804cdccdb762cþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11
928.classþ þþ
þST11929þ þST11929þ þST11929þ þST11929þ þST11929þ þST11929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/earnings/EarningsDescript
or.classþ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þEarningsDescriptor.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ361þ þdfdc876b760a1aecc30d9561194cfd63þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST11929.classþ þþ
þST11930þ þST11930þ þST11930þ þST11930þ þST11930þ þST11930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/earnings/EarningsListener
.classþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsListener.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ2464þ þ3038bac139f1cbb7ad7ef055b7ef5029þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11930.
classþ þþ
þST11931þ þST11931þ þST11931þ þST11931þ þST11931þ þST11931þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/earnings/EarningsWhisper.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsWhisper.classþ þ.
CLASSþ þapplication/java-vmþ þþ þ1222þ þae096eb39468139b188a3b941a544258þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11931.cla
ssþ þþ
þST11932þ þST11932þ þST11932þ þST11932þ þST11932þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/ExportTableMaker.classþ þ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportTableMaker.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ3981þ þ564bd4c8c78324133e478cbc7cc012a1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11932.classþ þþ
þST11933þ þST11933þ þST11933þ þST11933þ þST11933þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/ExportTask.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þExportTask.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ4873þ þa4d9d4f68ff6760ebcb0ef4f2c18b393þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11933.classþ þþ
þST11934þ þST11934þ þST11934þ þST11934þ þST11934þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/ExportTask$1.classþ þþ þþ
þ0þ þ1þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þExportTask$1.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ822þ þ643bf6468c8f35687836c525fa092b3fþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11934.classþ þþ
þST11935þ þST11935þ þST11935þ þST11935þ þST11935þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/ExportTask$DataFileFilter
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportTask$DataFileFilte
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1025þ þ10ec573a876ad2024303a09d2bf338adþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST11935.classþ þþ
þST11936þ þST11936þ þST11936þ þST11936þ þST11936þ þST11936þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/IComponentRejector.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIComponentRejector.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ474þ þ79820f76da67b2ba91d0ebaf6cd56a9eþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11936.classþ
þþ
þST11937þ þST11937þ þST11937þ þST11937þ þST11937þ þST11937þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/IMultiViewerListener.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMultiViewerListener.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ649þ þ97968213d777f95a062ccb080c5538a2þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11937.cla
ssþ þþ

þST11938þ þST11938þ þST11938þ þST11938þ þST11938þ þST11938þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/IPlatformComponent.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPlatformComponent.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ503þ þf9bcdaca9b638ea38bd1953ccafb7a8aþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11938.classþ
þþ

þST11939þ þST11939þ þST11939þ þST11939þ þST11939þ þST11939þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/IPopulateable.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPopulateable.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ212þ þ9602dc0869aef7183bae7ebd6e4ba1ceþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11939.classþ þþ

þST11940þ þST11940þ þST11940þ þST11940þ þST11940þ þST11940þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/IRTSubscriber.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRTSubscriber.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ268þ þca3f24671f7eabcd5b2a1f13625d773bþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11940.classþ þþ

þST11941þ þST11941þ þST11941þ þST11941þ þST11941þ þST11941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerCellRe
nderer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerCellRenderer
.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3032þ þfad6a52e53e5065e34ca4b8d9694ee00þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\S
T11941.classþ þþ

þST11942þ þST11942þ þST11942þ þST11942þ þST11942þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerColumn
Model.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerColumnModel.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1207þ þ817a3f180ca3b64d409c33c1e35ca1e5þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1942.classþ þþ

þST11943þ þST11943þ þST11943þ þST11943þ þST11943þ þST11943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerRow.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerRow.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ3223þ þbffc192cfbbb23bfe958b8cc34f4f716þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11943.classþ þþ
þST11944þ þST11944þ þST11944þ þST11944þ þST11944þ þST11944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerTableM
odel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerTableModel.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ1151þ þ664163afa26a886931b3a866bc098ab5þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST119
44.classþ þþ
þST11945þ þST11945þ þST11945þ þST11945þ þST11945þ þST11945þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerUtil.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ3793þ þ446a04a248ae82326b82458dc3bba093þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11945.classþ þþ
þST11946þ þST11946þ þST11946þ þST11946þ þST11946þ þST11946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerUtil$1
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil$1.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1271þ þa7a866fe80257bb6bed8bc66676f0b57þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11946.clas
sþ þþ
þST11947þ þST11947þ þST11947þ þST11947þ þST11947þ þST11947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerUtil$2
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil$2.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1081þ þf5456197232bfdd904ca83f07e750eefþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11947.clas
sþ þþ
þST11948þ þST11948þ þST11948þ þST11948þ þST11948þ þST11948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerUtil$3
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil$3.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1075þ þ65469802f4d6cf74f5e737978ea11014þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11948.clas
sþ þþ
þST11949þ þST11949þ þST11949þ þST11949þ þST11949þ þST11949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerUtil$4
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil$4.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1079þ þ0f78adf7b119e2bdd22b87a706616dbfþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11949.clas
sþ þþ
þST11950þ þST11950þ þST11950þ þST11950þ þST11950þ þST11950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/table/LoggerUtil$5
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil$5.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1031þ þ2b7bb142d7ca65bb03c2331aaf6a1a9dþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11950.clasþ þþ

þST11951þ þST11951þ þST11951þ þST11951þ þST11951þ þST11951þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/logger/TableInOutLogger.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableInOutLogger.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4879þ þbad30d772094264e7f6ddcf7d8f3745fþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11951.clasþ þþ

þST11952þ þST11952þ þST11952þ þST11952þ þST11952þ þST11952þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/MapTableController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6034þ þcbbf198fbc6ac661ea08c7997a9a4550þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11952.classþ þþ

þST11953þ þST11953þ þST11953þ þST11953þ þST11953þ þST11953þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/MapTableController$1.clasþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3030þ þ8642b88f73d153bca07d8a710fc2fbc4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11953.clasþ þþ

þST11954þ þST11954þ þST11954þ þST11954þ þST11954þ þST11954þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/MapTableController$FilterAction.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableController$FilterAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1311þ þ065543e782ce9604c767a75d2f168b6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11954.classþ þþ

þST11955þ þST11955þ þST11955þ þST11955þ þST11955þ þST11955þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/MapTableController$LogEntry.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableController$LogEntry.classþ þ.CLASSþ þapplication/java-vmþ þþ þ815þ þ1ba104c813b5affadb2792b9d6b66054þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11955.classþ þþ

þST11956þ þST11956þ þST11956þ þST11956þ þST11956þ þST11956þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/MultiviewerDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ957þ þ5d0ebea1b6bc9a71411a8dd59fdfc339þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11956.classþ þþ

þST11957þ þST11957þ þST11957þ þST11957þ þST11957þ þST11957þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/MultiviewerTableParameter s.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerTableParamet ers.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7175þ þ8640301d0d6ccff57e1010db6d43b843 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 1\ST11957.classþ þþ

þST11958þ þST11958þ þST11958þ þST11958þ þST11958þ þST11958þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseCo ntroller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseContr oller.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8879þ þ21dd7529247929afc3fc0e5cd4ecb6 e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 001\ST11958.classþ þþ

þST11959þ þST11959þ þST11959þ þST11959þ þST11959þ þST11959þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseCo ntroller$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseCon troller$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1439þ þ2b25d7a8be881a5fdc43144449 4b82c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0001\ST11959.classþ þþ

þST11960þ þST11960þ þST11960þ þST11960þ þST11960þ þST11960þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseCo ntroller$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseCon troller$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1957þ þ5916b7e8c6f404bc0016fe4a76 a72436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0001\ST11960.classþ þþ

þST11961þ þST11961þ þST11961þ þST11961þ þST11961þ þST11961þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseCo ntroller$2$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseC ontroller$2$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1730þ þ57722248f8e8e5da5f8013 fc05509549þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0001\ST11961.classþ þþ

þST11962þ þST11962þ þST11962þ þST11962þ þST11962þ þST11962þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseDe scriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseDescr iptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1390þ þ06dcc17cc66c78a5bd75a5ab9a702f b9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 001\ST11962.classþ þþ

þST11963þ þST11963þ þST11963þ þST11963þ þST11963þ þST11963þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniversePa
rameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseParam
eters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3278þ þ4e23dac879cbb6a8d03a337948bd17
25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
001\ST11963.classþ þþ

þST11964þ þST11964þ þST11964þ þST11964þ þST11964þ þST11964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseRe
jector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseRejecto
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3252þ þa942bd17ea9792b630510c1a0cf18e04þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST11964.classþ þþ

þST11965þ þST11965þ þST11965þ þST11965þ þST11965þ þST11965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseRo
wModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseRowMode
l.classþ þ.CLASSþ þapplication/java-vmþ þþ þ841þ þ2ec0084376edd49713d0a3e189b3a809þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\S
T11965.classþ þþ

þST11966þ þST11966þ þST11966þ þST11966þ þST11966þ þST11966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseUp
dater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseUpdater.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ2232þ þ02059b91876e26851519a67454d747fdþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST
11966.classþ þþ

þST11967þ þST11967þ þST11967þ þST11967þ þST11967þ þST11967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ28297þ þc3ec1e35befa4780ba8376650e2066d8þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11967.clas
sþ þþ

þST11968þ þST11968þ þST11968þ þST11968þ þST11968þ þST11968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$1.cla
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$1.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ1537þ þ4e129303683dd603d4de755debde3d53þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11968.cl
assþ þþ

þST11969þ þST11969þ þST11969þ þST11969þ þST11969þ þST11969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$10.cla

ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$10.classþ
þ.CLASSþ þapplication/java-
vmþ þþ þ931þ þ665b12af553ef12547eddc236e30e793þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11969.classþ þþ
þST11970þ þST11970þ þST11970þ þST11970þ þST11970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$11.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$11.classþ
þ.CLASSþ þapplication/java-
vmþ þþ þ1485þ þ3dececfdc37e20db83362f23c75a03e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11970.classþ þþ
þST11971þ þST11971þ þST11971þ þST11971þ þST11971þ þST11971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$12.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$12.classþ
þ.CLASSþ þapplication/java-
vmþ þþ þ1416þ þa8d709b8215cd4fec358a3f9dc3cc022þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11971.classþ þþ
þST11972þ þST11972þ þST11972þ þST11972þ þST11972þ þST11972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$2.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$2.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ1537þ þ26b8787f085ad7509750640e5ce160b1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11972.cl
assþ þþ
þST11973þ þST11973þ þST11973þ þST11973þ þST11973þ þST11973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$3.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$3.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ1537þ þ103ec7b86abdcff6ffb8ffa7dd681120þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11973.cl
assþ þþ
þST11974þ þST11974þ þST11974þ þST11974þ þST11974þ þST11974þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$4.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$4.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ1537þ þ09e3f5f1dd2d6d0913f33cf8957133b5þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11974.cl
assþ þþ
þST11975þ þST11975þ þST11975þ þST11975þ þST11975þ þST11975þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$5.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$5.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ1119þ þ333ae024005d81db26d4585bf4fa6603þ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11975.class þþ

þST11976þ þST11976þ þST11976þ þST11976þ þST11976þ þST11976þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$6.class þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1120þ þ46bad1ebfcb84b1f7095cfce92236820þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11976.class þþ

þST11977þ þST11977þ þST11977þ þST11977þ þST11977þ þST11977þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$7.class þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1127þ þ3e6379eff11357a28aeb03aff0fe19d6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11977.class þþ

þST11978þ þST11978þ þST11978þ þST11978þ þST11978þ þST11978þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$8.class þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1121þ þf93a8f75d33d46f40e37988a924fecdbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11978.class þþ

þST11979þ þST11979þ þST11979þ þST11979þ þST11979þ þST11979þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/multiviewer/PlatformController$9.class þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1138þ þf898bd0a6375e75b8606e4058589a0dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11979.class þþ

þST11980þ þST11980þ þST11980þ þST11980þ þST11980þ þST11980þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/newstype/GUINewsType.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUINewsType.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1354þ þe3bc2af9f29910ef5fc34e31458fb7dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11980.classþ þþ

þST11981þ þST11981þ þST11981þ þST11981þ þST11981þ þST11981þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/newstype/NewsTypeEntitlements.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTypeEntitlements.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2590þ þ24abdecdebdc77c9d1fb272eaf1197c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11981.class þþ

þST11982þ þST11982þ þST11982þ þST11982þ þST11982þ þST11982þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/MultiviewerRejector.classþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerRejector.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ2592þ þ0d3ebe432bf8ff2977906a38a229a689þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11982.classþ þþ þþ

þST11983þ þST11983þ þST11983þ þST11983þ þST11983þ þST11983þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil.class þ þ.CLASSþ þapplication/java-vmþ þþ þ5201þ þ35590d91f1909a86f9dce003f8cfd4c6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST11983 .classþ þþ

þST11984þ þST11984þ þST11984þ þST11984þ þST11984þ þST11984þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$1.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$1.c lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1672þ þ9edeb96b0e05419c0c2b272757127f21þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1 1984.classþ þþ

þST11985þ þST11985þ þST11985þ þST11985þ þST11985þ þST11985þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$10.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil $10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1677þ þ93a62ba5f9c869ed0ea22bd0e80ad021 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 1\ST11985.classþ þþ

þST11986þ þST11986þ þST11986þ þST11986þ þST11986þ þST11986þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$11.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil $11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1687þ þdae4c044c006cd6b641a1e1520f53642 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 1\ST11986.classþ þþ

þST11987þ þST11987þ þST11987þ þST11987þ þST11987þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$12.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil $12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1683þ þf677ef5a7d4cddf9ac17e56ebc8c660d þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 1\ST11987.classþ þþ

þST11988þ þST11988þ þST11988þ þST11988þ þST11988þ þST11988þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$13.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil
$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1683þ þ43757d93e3d726d62da0f4e13001dfbc
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
1\ST11988.classþ þþ
þST11989þ þST11989þ þST11989þ þST11989þ þST11989þ þST11989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$14.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil
$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1679þ þ2a0a97c1f3ddc86af7e5730c04068101
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
1\ST11989.classþ þþ
þST11990þ þST11990þ þST11990þ þST11990þ þST11990þ þST11990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$15.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil
$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1668þ þ8bfeee949a8a0359923d80291d5d965b
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
1\ST11990.classþ þþ
þST11991þ þST11991þ þST11991þ þST11991þ þST11991þ þST11991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$16.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil
$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1664þ þcb42ef5421c7a6bac7262e035b2e93db
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
1\ST11991.classþ þþ
þST11992þ þST11992þ þST11992þ þST11992þ þST11992þ þST11992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$2.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$2.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1668þ þe9dd611904ac2b971d30c44e0afeaca0þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1992.classþ þþ
þST11993þ þST11993þ þST11993þ þST11993þ þST11993þ þST11993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$3.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$3.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1666þ þ0fea6dc970fac02d8fec42b5a77d6833þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1993.classþ þþ
þST11994þ þST11994þ þST11994þ þST11994þ þST11994þ þST11994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$4.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$4.c

lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1662þ þa5a09947f7fbef5d9c832a268177be23þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1994.classþ þþ

þST11995þ þST11995þ þST11995þ þST11995þ þST11995þ þST11995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$5.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$5.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1667þ þf83a1e5cdab00037edb7fc60ca5cd9c6þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1995.classþ þþ

þST11996þ þST11996þ þST11996þ þST11996þ þST11996þ þST11996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$6.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$6.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1663þ þ62b533a6a89e0ac9bca7a294810870e2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1996.classþ þþ

þST11997þ þST11997þ þST11997þ þST11997þ þST11997þ þST11997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$7.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$7.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1667þ þ5a5dcca0bd0fec9f8018a05e5f83ee66þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1997.classþ þþ

þST11998þ þST11998þ þST11998þ þST11998þ þST11998þ þST11998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$8.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$8.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1663þ þdd414796072fe1ebcbc394e283bf3b5eþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1998.classþ þþ

þST11999þ þST11999þ þST11999þ þST11999þ þST11999þ þST11999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/PriceVolumeRejectorUtil$9.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil$9.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1679þ þdbac8d87053485abea62371109cf6c42þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST1
1999.classþ þþ

þST12000þ þST12000þ þST12000þ þST12000þ þST12000þ þST12000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/Rejector.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejector.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ1732þ þ9e698079dc4021de9805e75b15b86ae5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12000.classþ þþ

þST12001þ þST12001þ þST12001þ þST12001þ þST12001þ þST12001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorClassSimpleName.clas
sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorClassSimpleName.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ1359þ þ3672aa12663f1c072b17897a51df744aþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12001
.classþ þþ
þST12002þ þST12002þ þST12002þ þST12002þ þST12002þ þST12002þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorDay.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorDay.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ1475þ þ21956922ec15c1f2c5de1fa7eabdeb3eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12002.classþ þþ
þST12003þ þST12003þ þST12003þ þST12003þ þST12003þ þST12003þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorMarket.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorMarket.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ2684þ þddd60620caeced23a1eb8ca55714bc22þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12003.classþ þþ
þST12004þ þST12004þ þST12004þ þST12004þ þST12004þ þST12004þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorNewsPublisher.classþ
þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsPublisher.classþ þ.
CLASSþ þapplication/java-vmþ þþ þ1968þ þc9c8f9e2deee3eb271a6db292deba74dþ þþ þþ þþ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12004.cla
ssþ þþ
þST12005þ þST12005þ þST12005þ þST12005þ þST12005þ þST12005þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorNewsType.classþ þþ þþ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsType.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ2285þ þ8d3f32f81602cd9569731a3c11469e77þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12005.classþ þþ
þST12006þ þST12006þ þST12006þ þST12006þ þST12006þ þST12006þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorNotTraded.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNotTraded.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1161þ þ8f82462e27a2f28d72ef63bc07a6ea02þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12006.classþ þþ
þST12007þ þST12007þ þST12007þ þST12007þ þST12007þ þST12007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorPriceVolume.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorPriceVolume.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ7862þ þa7dfea14a7382af6be2db06170b88959þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12007.classþ þþ

þST12008þ þST12008þ þST12008þ þST12008þ þST12008þ þST12008þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorSingleInstrumentType .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorSingleInstrument Type.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1381þ þ549de4def8a48f074479fdd776ff450 cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00 01\ST12008.classþ þþ

þST12009þ þST12009þ þST12009þ þST12009þ þST12009þ þST12009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorStockType.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorStockType.classþ þ.CLASSþ þa pplication/java-vmþ þþ þ2206þ þa59092b93665b3cd22bbe6fb3cb39c1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12009.classþ þþ

þST12010þ þST12010þ þST12010þ þST12010þ þST12010þ þST12010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorTrades.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorTrades.classþ þ.CLASSþ þapplic ation/java-vmþ þþ þ1782þ þ390a5053ed02b2510e74c54fec84d988þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12010.classþ þþ

þST12011þ þST12011þ þST12011þ þST12011þ þST12011þ þST12011þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorWLAllListed.classþ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLAllListed.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ1413þ þa3ce94a461b176d56a723fbdef47f857þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12011.classþ þþ

þST12012þ þST12012þ þST12012þ þST12012þ þST12012þ þST12012þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorWLAllNotListed.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLAllNotListed.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1418þ þ3819f389f1024fb76c5709a2898055b2þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12012. classþ þþ

þST12013þ þST12013þ þST12013þ þST12013þ þST12013þ þST12013þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorWLListed.classþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLListed.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ2044þ þf02b02773a0434f2dc42fd5d858dd5b5þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12013.classþ þþ

þST12014þ þST12014þ þST12014þ þST12014þ þST12014þ þST12014þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/rejector/RejectorWLListedMultiple.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLListedMultiple.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ2568þ þ93bc55f077113df1b007171ae1d40c08þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST120
14.classþ þþ
þST12015þ þST12015þ þST12015þ þST12015þ þST12015þ þST12015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/INewsSearchRequestor.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsSearchRequestor.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ319þ þead04c8ee192f854b03c9df442484715þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12015.classþ
þþ
þST12016þ þST12016þ þST12016þ þST12016þ þST12016þ þST12016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/INewsStoryRequestor.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsStoryRequestor.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ213þ þ7e0a4b22ff79a5b8bf9d6e00bd95946cþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12016.classþ þþ
þST12017þ þST12017þ þST12017þ þST12017þ þST12017þ þST12017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/NewsSearchRequest.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchRequest.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ683þ þ52ce9c824102d8acb7a561acc8bbb2ecþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12017.classþ þþ
þST12018þ þST12018þ þST12018þ þST12018þ þST12018þ þST12018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/NewsStoryRequest.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryRequest.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ799þ þ72e3425ba3a9e72afa05c04d1eca8fa1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12018.classþ þþ
þST12019þ þST12019þ þST12019þ þST12019þ þST12019þ þST12019þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/RequestCenter.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRequestCenter.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1166þ þcc7b448c4f11c7306cd63abd5e8b9ddeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12019.classþ þþ
þST12020þ þST12020þ þST12020þ þST12020þ þST12020þ þST12020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/RequestManager.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRequestManager.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1436þ þ20a8873da7cee1183ac765c4296299eaþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12020.classþ þþ
þST12021þ þST12021þ þST12021þ þST12021þ þST12021þ þST12021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/request/ServerRequest.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þServerRequest.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1235þ þb159b99031adf9bffae95619da3ad2c5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12021.classþ þþ
þST12022þ þST12022þ þST12022þ þST12022þ þST12022þ þST12022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rowflash/Flasher.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlasher.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ995þ þ282979d1a1808f20062b50b30e11465cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12022.classþ þþ
þST12023þ þST12023þ þST12023þ þST12023þ þST12023þ þST12023þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rowflash/IFlasherOwner.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFlasherOwner.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ166þ þ8a7b0e29ace4763fa1f00f6c1b41fa9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12023.classþ þþ
þST12024þ þST12024þ þST12024þ þST12024þ þST12024þ þST12024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rowflash/RowBorderedManager.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRowBorderedManager.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ2309þ þ68d9c948b40b58336623f953ed66e7a2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12024.classþ þþ
þST12025þ þST12025þ þST12025þ þST12025þ þST12025þ þST12025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rowflash/RowBorderedManager$Bordered.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRowBorderedManager$Border
ed.classþ þ.CLASSþ þapplication/java-vmþ þþ þ547þ þd7d92e97bf0af38f2acea916dfd43667þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12025.classþ þþ
þST12026þ þST12026þ þST12026þ þST12026þ þST12026þ þST12026þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rowflash/RowBorderedManager$BorderedO
ffTask.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRowBorderedManager
$BorderedOffTask.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1642þ þ717d1b7686735d8e30f
9cb64fd67f8b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
 þNATIVES\0001\ST12026.classþ þþ
þST12027þ þST12027þ þST12027þ þST12027þ þST12027þ þST12027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/rowflash/RowFlashingManager.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRowFlashingManager.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ2078þ þ7984d37b725ef6366f3ec2cfdad24a8eþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12027.classþ þþ
þST12028þ þST12028þ þST12028þ þST12028þ þST12028þ þST12028þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/rowflash/RowFlashingManager$FlashedUp dateTask.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRowFlashingManag er$FlashedUpdateTask.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1750þ þbe29049f6bb7f48 409ed0fe63fb1b5b4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0001\ST12028.classþ þþ

þST12029þ þST12029þ þST12029þ þST12029þ þST12029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/settings/action/SettingsTableColorFon tAction.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColo rFontAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2277þ þ49c8b1246aed33a738fa28d2 083b6ff5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0001\ST12029.classþ þþ

þST12030þ þST12030þ þST12030þ þST12030þ þST12030þ þST12030þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/settings/action/SettingsTableColumnsH ideAction.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableCo lumnsHideAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1992þ þ7e420e02f7c13a0acf80 3148d61e1b5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12030.classþ þþ

þST12031þ þST12031þ þST12031þ þST12031þ þST12031þ þST12031þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/settings/action/SettingsTableColumnsS howAction.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableCo lumnsShowAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1527þ þ936f1374e41535bc54a9 92f5b2b6b22fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12031.classþ þþ

þST12032þ þST12032þ þST12032þ þST12032þ þST12032þ þST12032þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/settings/action/SettingsTableGridBord erBoldAction.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTabl eGridBorderBoldAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2053þ þd6d6ccd2cd2a0a cfd381d7d7c1c883a4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0001\ST12032.classþ þþ

þST12033þ þST12033þ þST12033þ þST12033þ þST12033þ þST12033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/settings/bannedlist/GlobalBannedListS ettingsController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalB annedListSettingsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1995þ þ020f1bc3 654e4f9db47f556da3664149þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0001\ST12033.classþ þþ

þST12034þ þST12034þ þST12034þ þST12034þ þST12034þ þST12034þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/ccore/build/classes/com/equityfeed/core/settings/montage/GlobalMontageSetting
sController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalMontage
SettingsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8181þ þcb41abba0018e70e9
d2364b833c248d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0001\ST12034.classþ þþ
þST12035þ þST12035þ þST12035þ þST12035þ þST12035þ þST12035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/settings/SettingsController.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsController.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ8811þ þc0eb35ea7cfcd560dbbbd068e4aa6dc7þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12035.classþ þþ
þST12036þ þST12036þ þST12036þ þST12036þ þST12036þ þST12036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/settings/tables/GlobalTableSettingsCo
ntroller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalTableSetti
ngsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12210þ þ05e97f04b8640b204087d
ca891a178f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0001\ST12036.classþ þþ
þST12037þ þST12037þ þST12037þ þST12037þ þST12037þ þST12037þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns.classþ þ.CLASSþ þapplication/java-vmþ þþ
þ8885þ þcabd815e4fecb70209bea6e3cf6b8172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12037.classþ þþ
þST12038þ þST12038þ þST12038þ þST12038þ þST12038þ þST12038þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$1.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1538þ þb8474847e4585260bf0e602e3871f1c5þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12038.classþ þþ
þST12039þ þST12039þ þST12039þ þST12039þ þST12039þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$10.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$10.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ859þ þ7e9455810745fef64e53da3fb17a561fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12039.classþ þþ
þST12040þ þST12040þ þST12040þ þST12040þ þST12040þ þST12040þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$11.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$11.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ970þ þab7bc0d510fd4580a74406f4b6712800þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12040.classþ þþ
þST12041þ þST12041þ þST12041þ þST12041þ þST12041þ þST12041þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$12.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ858þ þ32840c81fb47974b82397e7c32d2b8e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12041.classþ þþ þST12042þ þST12042þ þST12042þ þST12042þ þST12042þ þST12042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$13.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ974þ þ91a2f80b671addcdc35ef54353a813a9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12042.classþ þþ þST12043þ þST12043þ þST12043þ þST12043þ þST12043þ þST12043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$14.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ938þ þc5a3642b90206d0d309b052c755d2adfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12043.classþ þþ þST12044þ þST12044þ þST12044þ þST12044þ þST12044þ þST12044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$15.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ974þ þd59ba8e9518876d1fbac39ebad80c1caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12044.classþ þþ þST12045þ þST12045þ þST12045þ þST12045þ þST12045þ þST12045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$16.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ862þ þaa95491e85e9eaeb30d2461b451e54edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12045.classþ þþ þST12046þ þST12046þ þST12046þ þST12046þ þST12046þ þST12046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$17.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ977þ þ36f30a312a0c8b13cca046b71cf3a1b4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12046.classþ þþ þST12047þ þST12047þ þST12047þ þST12047þ þST12047þ þST12047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$18.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ981þ þ0a59c033cd17393e66efa2a56fa09b42þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12047.classþ þþ þST12048þ þST12048þ þST12048þ þST12048þ þST12048þ þST12048þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$19.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$19.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ973þ þ3119c87d4f386f6679a0fa3058498657þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12048.classþ þþ
þST12049þ þST12049þ þST12049þ þST12049þ þST12049þ þST12049þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$2.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ850þ þ7cf19bcc702da7cef05199ca3b35750eþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12049.classþ þþ
þST12050þ þST12050þ þST12050þ þST12050þ þST12050þ þST12050þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$20.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$20.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ937þ þf85d1a2681c18568e160c005da91d5beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12050.classþ þþ
þST12051þ þST12051þ þST12051þ þST12051þ þST12051þ þST12051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$21.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$21.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ978þ þ668c040535aa053bd9094316375ce5d3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12051.classþ þþ
þST12052þ þST12052þ þST12052þ þST12052þ þST12052þ þST12052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$22.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$22.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ811þ þe3020deb074836ce0aa3bb4f7caec258þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12052.classþ þþ
þST12053þ þST12053þ þST12053þ þST12053þ þST12053þ þST12053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$23.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$23.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ970þ þ2404338b1060cbccbbc3243490d1bbdfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12053.classþ þþ
þST12054þ þST12054þ þST12054þ þST12054þ þST12054þ þST12054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$24.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$24.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ853þ þ69b84b6788406119a95c8f1d120584caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12054.classþ þþ
þST12055þ þST12055þ þST12055þ þST12055þ þST12055þ þST12055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$25.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$25.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ970þ þ99b27fc90b9ab2d3c0af8bbcebb15e46þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12055.classþ þþ
þST12056þ þST12056þ þST12056þ þST12056þ þST12056þ þST12056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$26.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$26.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ853þ þd754449857a667a9b170820814cf74a9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12056.classþ þþ
þST12057þ þST12057þ þST12057þ þST12057þ þST12057þ þST12057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$27.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$27.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ973þ þ5cd4d7bbe52929f0ff3ff87c76f31a4bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12057.classþ þþ
þST12058þ þST12058þ þST12058þ þST12058þ þST12058þ þST12058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$28.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$28.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ737þ þe1843f48b6b0461dc017d350f7fa6960þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12058.classþ þþ
þST12059þ þST12059þ þST12059þ þST12059þ þST12059þ þST12059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$29.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$29.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ975þ þ6321f6aaf96d279b3b6ea2dd1d2d9707þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12059.classþ þþ
þST12060þ þST12060þ þST12060þ þST12060þ þST12060þ þST12060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$3.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ974þ þf3e1e2fa3636d051078817546244f5daþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12060.classþ þþ
þST12061þ þST12061þ þST12061þ þST12061þ þST12061þ þST12061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$30.classþ þþ þþ þ0þ þ1þ þ
vmþ þþ þ863þ þ9c906f32683659eeb760c3818c6e1a3eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12061.classþ þþ
þST12062þ þST12062þ þST12062þ þST12062þ þST12062þ þST12062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$31.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$31.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ974þ þ9309eeb6dabc182f1c4de74590010575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12062.classþ þþ
þST12063þ þST12063þ þST12063þ þST12063þ þST12063þ þST12063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$32.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$32.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ862þ þ70f6877b7d2e737cff25043494751447þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12063.classþ þþ
þST12064þ þST12064þ þST12064þ þST12064þ þST12064þ þST12064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$33.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$33.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ975þ þ892aece74757ceb8f58b22eeda06cefcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12064.classþ þþ
þST12065þ þST12065þ þST12065þ þST12065þ þST12065þ þST12065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$34.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$34.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ947þ þ6e9b4ca7cc47e51cbd06e4b6ebbc47d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12065.classþ þþ
þST12066þ þST12066þ þST12066þ þST12066þ þST12066þ þST12066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$35.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$35.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ979þ þ27998dd6f67a77ba6caa5f50e4ab6009þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12066.classþ þþ
þST12067þ þST12067þ þST12067þ þST12067þ þST12067þ þST12067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$36.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$36.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ978þ þ46d15d7a9415f77411c2efc475abccd1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12067.classþ þþ
þST12068þ þST12068þ þST12068þ þST12068þ þST12068þ þST12068þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$37.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$37.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ930þ þ97dea1cea7fb2c281ee54dce04f790caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12068.classþ þþ
þST12069þ þST12069þ þST12069þ þST12069þ þST12069þ þST12069þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$38.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$38.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ977þ þbdebe8f0b1588272009ab536a465c3acþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12069.classþ þþ
þST12070þ þST12070þ þST12070þ þST12070þ þST12070þ þST12070þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$39.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$39.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ810þ þ02eacdbd6888ac633fcdf1ac2e3c8dbaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12070.classþ þþ
þST12071þ þST12071þ þST12071þ þST12071þ þST12071þ þST12071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$4.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ931þ þ35c3c0dacd8fcb1830783510f266dbfcþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12071.classþ þþ
þST12072þ þST12072þ þST12072þ þST12072þ þST12072þ þST12072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$40.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$40.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ984þ þbc343faff16a68de7acff4969a9482ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12072.classþ þþ
þST12073þ þST12073þ þST12073þ þST12073þ þST12073þ þST12073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$41.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$41.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ856þ þ474e08c493c79a105708e6c0b12f24f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12073.classþ þþ
þST12074þ þST12074þ þST12074þ þST12074þ þST12074þ þST12074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$42.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$42.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1043þ þ711975e5d4f9e423fd2896790331a3faþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12074.classþ þþ
þST12075þ þST12075þ þST12075þ þST12075þ þST12075þ þST12075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$43.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$43.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ996þ þee2243be3318ce7e6f0d423d2ea22512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12075.classþ þþ
þST12076þ þST12076þ þST12076þ þST12076þ þST12076þ þST12076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$44.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$44.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ967þ þ5a5737b368fad21cef75e6b28aba831cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12076.classþ þþ
þST12077þ þST12077þ þST12077þ þST12077þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$45.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$45.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ885þ þd9e041f612c9e56e1ba90feebcab3b9eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12077.classþ þþ
þST12078þ þST12078þ þST12078þ þST12078þ þST12078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$46.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$46.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ973þ þaaf294999bc959095f373d9a8cc91aecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12078.classþ þþ
þST12079þ þST12079þ þST12079þ þST12079þ þST12079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$47.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$47.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ973þ þe8b1735d793ce14114e4412351acae2bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12079.classþ þþ
þST12080þ þST12080þ þST12080þ þST12080þ þST12080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$48.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$48.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ971þ þ47981299fe1625227b3bd406342cec87þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12080.classþ þþ
þST12081þ þST12081þ þST12081þ þST12081þ þST12081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$49.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$49.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ881þ þb7e965d09bc250d52dabc167e9c35c9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12081.classþ þþ
þST12082þ þST12082þ þST12082þ þST12082þ þST12082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$5.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ971þ þe83145eab726220d6ccb322a4397d01cþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12082.classþ þþ
þST12083þ þST12083þ þST12083þ þST12083þ þST12083þ þST12083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$50.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$50.classþ þ.CLASSþ þapplication/java-vmþ þþ þ974þ þ9b2b24dc8f2bae1b47bfd48032d6fb8aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12083.classþ þþ þST12084þ þST12084þ þST12084þ þST12084þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$51.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$51.classþ þ.CLASSþ þapplication/java-vmþ þþ þ974þ þ2b82e64f08b882a998e6e21e67fa9dfaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12084.classþ þþ þST12085þ þST12085þ þST12085þ þST12085þ þST12085þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$52.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$52.classþ þ.CLASSþ þapplication/java-vmþ þþ þ978þ þcb6e598d1042694a50db3db33c77fa52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12085.classþ þþ þST12086þ þST12086þ þST12086þ þST12086þ þST12086þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$53.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$53.classþ þ.CLASSþ þapplication/java-vmþ þþ þ978þ þb6f5a56be99426fa694a69a10ad8a0efþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12086.classþ þþ þST12087þ þST12087þ þST12087þ þST12087þ þST12087þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$54.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$54.classþ þ.CLASSþ þapplication/java-vmþ þþ þ982þ þd583adbf40761302925886865da23878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12087.classþ þþ þST12088þ þST12088þ þST12088þ þST12088þ þST12088þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$55.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$55.classþ þ.CLASSþ þapplication/java-vmþ þþ þ984þ þa85dbc90f9a09582078c529f4e4a13c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12088.classþ þþ þST12089þ þST12089þ þST12089þ þST12089þ þST12089þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$56.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$56.classþ þ.CLASSþ þapplication/java-vmþ þþ þ976þ þf97c500f42d2b44eb91d54c59681ce71þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12089.classþ þþ þST12090þ þST12090þ þST12090þ þST12090þ þST12090þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$57.classþ þþ þþ þ0þ þ1þ þ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$57.classþ þ.CLASSþ þapplication/java-vmþ þþ þ933þ þeea695ae34a85b74753d948ec074b298þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12090.classþ þþ

þST12091þ þST12091þ þST12091þ þST12091þ þST12091þ þST12091þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$58.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$58.classþ þ.CLASSþ þapplication/java-vmþ þþ þ977þ þea11dac719edf5738fe753e7934da47cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12091.classþ þþ

þST12092þ þST12092þ þST12092þ þST12092þ þST12092þ þST12092þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$59.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$59.classþ þ.CLASSþ þapplication/java-vmþ þþ þ902þ þd46d9e5e07ab084204a239737131d20fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12092.classþ þþ

þST12093þ þST12093þ þST12093þ þST12093þ þST12093þ þST12093þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$6.classþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns $6.classþ þ.CLASSþ þapplication/java-vmþ þ928þ þc2da755987b06e600bf7a7c94c23d0e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ ST12093.classþ þþ

þST12094þ þST12094þ þST12094þ þST12094þ þST12094þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$60.classþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$60.classþ þ.CLASSþ þapplication/java-vmþ þþ þ975þ þc4e0c7c7348fb6781b7d3bdaf074c152þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12094.classþ þþ

þST12095þ þST12095þ þST12095þ þST12095þ þST12095þ þST12095þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$61.classþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns$61.classþ þ.CLASSþ þapplication/java-vmþ þþ þ857þ þ51a12233ef9e09a4f189b8d59db6646fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12095.classþ þþ

þST12096þ þST12096þ þST12096þ þST12096þ þST12096þ þST12096þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/Columns$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns $7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ976þ þ5b80cf2eb2f7e803c98eec041cf6e4a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ ST12096.classþ þþ

þST12097þ þST12097þ þST12097þ þST12097þ þST12097þ þST12097þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/Columns$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$8.classþ þ.CLASSþ þapplication/java-vmþþ þþ þ935þ þfffeea5781ebfb398a6b245c65fe8c31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12097.classþ þþ
þST12098þ þST12098þ þST12098þ þST12098þ þST12098þ þST12098þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/Columns$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns
$9.classþ þ.CLASSþ þapplication/java-vmþþ þþ þ969þ þ344becdb1f7f1252f3308661c2cadd68þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12098.classþ þþ
þST12099þ þST12099þ þST12099þ þST12099þ þST12099þ þST12099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP.classþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3282þ þ783197b761b6c6fef2c919555377e126þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12099.classþ þþ
þST12100þ þST12100þ þST12100þ þST12100þ þST12100þ þST12100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$1.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$1.classþ þ.CLASSþ þapplication/j ava-vmþþ þþ þ1032þ þ1addde5fa9edab2c283bafb68a1acbf0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12100.classþ þþ
þST12101þ þST12101þ þST12101þ þST12101þ þST12101þ þST12101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$10.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$10.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ955þ þ81f9927a82bccd3f29a4e1f0e419472eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12101.classþ þþ
þST12102þ þST12102þ þST12102þ þST12102þ þST12102þ þST12102þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$11.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$11.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ1035þ þ6ee76b11176cb3a0f0a2a5d9092443c6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12102.classþ þþ
þST12103þ þST12103þ þST12103þ þST12103þ þST12103þ þST12103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$12.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$12.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ955þ þ3ded956e6a96c8e9be0fad4a45361d26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12103.classþ þþ
þST12104þ þST12104þ þST12104þ þST12104þ þST12104þ þST12104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$13.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$13.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þdc1a4d2faadc7947db4fb66cfdfdbdb9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12104.classþ þþ
þST12105þ þST12105þ þST12105þ þST12105þ þST12105þ þST12105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$14.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$14.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þf24e1d7320ecaa2ed8f888587ac4ff5fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12105.classþ þ
þST12106þ þST12106þ þST12106þ þST12106þ þST12106þ þST12106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$15.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$15.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þc107e4d0c6699fc3119007f132ae14baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12106.classþ þ
þST12107þ þST12107þ þST12107þ þST12107þ þST12107þ þST12107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$16.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$16.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þf9a43074a919894de62bcb631c809a23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12107.classþ þ
þST12108þ þST12108þ þST12108þ þST12108þ þST12108þ þST12108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$17.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$17.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þ34cab5d89922c6789a607922f41bf665þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12108.classþ þ
þST12109þ þST12109þ þST12109þ þST12109þ þST12109þ þST12109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$18.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$18.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þ065dc89c6a41a4f2680284549978a97bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12109.classþ þ
þST12110þ þST12110þ þST12110þ þST12110þ þST12110þ þST12110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$19.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$19.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þcb72e8e459ed359eb79f7ad0fedc199cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12110.classþ þ
þST12111þ þST12111þ þST12111þ þST12111þ þST12111þ þST12111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$2.classþ þþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$2.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ4a1628fdccded6597ee5dcc7d33bff5cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12111.classþ þþ
þST12112þ þST12112þ þST12112þ þST12112þ þST12112þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$20.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$20.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þ3508cec815be48fe923e131953193e11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12112.classþ þþ
þST12113þ þST12113þ þST12113þ þST12113þ þST12113þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$21.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$21.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þadb049b78d6137c459409795cf1094ceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12113.classþ þþ
þST12114þ þST12114þ þST12114þ þST12114þ þST12114þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$22.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$22.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ950þ þ2b8c0aec3d93fac3fd2710b6b3176ce0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12114.classþ þþ
þST12115þ þST12115þ þST12115þ þST12115þ þST12115þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$23.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$23.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þ9674342288ddf7488dce95ca17abf2e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12115.classþ þþ
þST12116þ þST12116þ þST12116þ þST12116þ þST12116þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$24.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$24.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ950þ þb25103eabae1eb7a5139575c58b19252þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12116.classþ þþ
þST12117þ þST12117þ þST12117þ þST12117þ þST12117þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$3.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$3.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1032þ þ909632ed35587273d5eadf53e3a7bd37þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12117.classþ þþ
þST12118þ þST12118þ þST12118þ þST12118þ þST12118þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$4.classþ þþ þþ þ0þ þ1

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þColumnsADP$4.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ951þ þ140ff42c6e70e484f76f3c132ef8392fþ þþ þþ þþ þþ þþ þ.þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12118.classþ þþ þST12119þ þST12119þ þST12119þ þST12119þ þST12119þ þST12119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$5.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$5.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1032þ þ1d9d04d2f77d8dd0863f949b82ba21d8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12119.classþ þþ þST12120þ þST12120þ þST12120þ þST12120þ þST12120þ þST12120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$6.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$6.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ951þ þf136ede6a73f1c99eac83e1756569f88þ þþ þþ þþ þþ þþ þ.þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12120.classþ þþ þST12121þ þST12121þ þST12121þ þST12121þ þST12121þ þST12121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$7.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$7.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1032þ þ9a9e081db714f304ce588caf2ac36dbaþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12121.classþ þþ þST12122þ þST12122þ þST12122þ þST12122þ þST12122þ þST12122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$8.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$8.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ951þ þ75ff4f5b3363f0dfe410c24aaeda8154þ þþ þþ þþ þþ þþ þ.þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12122.classþ þþ þST12123þ þST12123þ þST12123þ þST12123þ þST12123þ þST12123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADP$9.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP$9.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1033þ þ7891ff52d8ed0cf74fc34c83c7648e8dþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12123.classþ þþ þST12124þ þST12124þ þST12124þ þST12124þ þST12124þ þST12124þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3282þ þ84514dc02e97202a9cce4992a849585dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12124.classþ þþ þST12125þ þST12125þ þST12125þ þST12125þ þST12125þ þST12125þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$1.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$1.classþ þ.CLASSþ þapplication/j

ava-vmþ þþ þ1032þ þ27bb3572b0164240b99507834532c26fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12125.classþ þþ
þST12126þ þST12126þ þST12126þ þST12126þ þST12126þ þST12126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$10.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$10.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ955þ þbc3132cc13fa6cfd36023208f2162fcbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12126.classþ þþ
þST12127þ þST12127þ þST12127þ þST12127þ þST12127þ þST12127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$11.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$11.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þ0c4cfdf0d48d5909ea2ee72910898728þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12127.classþ þþ
þST12128þ þST12128þ þST12128þ þST12128þ þST12128þ þST12128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$12.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$12.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ955þ þ243cd56f1345adace122345d12771ab2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12128.classþ þþ
þST12129þ þST12129þ þST12129þ þST12129þ þST12129þ þST12129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$13.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$13.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þ4af639de79b19d1f86c7bb9118b21d0þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12129.classþ þþ
þST12130þ þST12130þ þST12130þ þST12130þ þST12130þ þST12130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$14.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$14.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þ57d53f435953e5478e939a7552962ae5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12130.classþ þþ
þST12131þ þST12131þ þST12131þ þST12131þ þST12131þ þST12131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$15.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$15.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þ73ed552af7c1d163e8dd861fdb111cffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12131.classþ þþ
þST12132þ þST12132þ þST12132þ þST12132þ þST12132þ þST12132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$16.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$16.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þ4652f093b47eea8ced3e154121cc5575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12132.classþ þþ
þST12133þ þST12133þ þST12133þ þST12133þ þST12133þ þST12133þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$17.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$17.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þ69bde8441dcabad914d9e15f4c1f8699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12133.classþ þþ
þST12134þ þST12134þ þST12134þ þST12134þ þST12134þ þST12134þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$18.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$18.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þde846b2fabe486e27505ce2af01d3ea4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12134.classþ þþ
þST12135þ þST12135þ þST12135þ þST12135þ þST12135þ þST12135þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$19.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$19.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1034þ þ81f284e18938c219e8217b421ecd7e69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12135.classþ þþ
þST12136þ þST12136þ þST12136þ þST12136þ þST12136þ þST12136þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$2.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$2.classþ þ.CLASS þapplication/j
ava-vmþ þþ þ951þ þ7f38f1a71d2fca24944dd044e55d0979þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12136.classþ þþ
þST12137þ þST12137þ þST12137þ þST12137þ þST12137þ þST12137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$20.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$20.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þb072e5509c991ef6de96f71272a38461þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12137.classþ þþ
þST12138þ þST12138þ þST12138þ þST12138þ þST12138þ þST12138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$21.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$21.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þe9e309e84f5f84c695b171684ce61425þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12138.classþ þþ
þST12139þ þST12139þ þST12139þ þST12139þ þST12139þ þST12139þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$22.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$22.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ950þ þd1ffb12388ee3a935463cce318c0a8c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12139.classþ þþ

þST12140þ þST12140þ þST12140þ þST12140þ þST12140þ þST12140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$23.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$23.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þd3ebbd0a9d707c0410e73b59aa82dee8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12140.classþ þþ
þST12141þ þST12141þ þST12141þ þST12141þ þST12141þ þST12141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$24.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$24.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ950þ þ4fab59503d4bb6b99c37c53ec44cd954þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12141.classþ þþ
þST12142þ þST12142þ þST12142þ þST12142þ þST12142þ þST12142þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$3.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$3.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þ0c05fd93f5a54e487c6b1d58f42a4de8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12142.classþ þþ
þST12143þ þST12143þ þST12143þ þST12143þ þST12143þ þST12143þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$4.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$4.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ2dbcd57abf8e0234a992e98738ce63a4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12143.classþ þþ
þST12144þ þST12144þ þST12144þ þST12144þ þST12144þ þST12144þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$5.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$5.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þ666c9ed8e013e9821960ef820cc8a9c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12144.classþ þþ
þST12145þ þST12145þ þST12145þ þST12145þ þST12145þ þST12145þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$6.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$6.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þd7279b22b9164d3a4441e4a71370e4d6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12145.classþ þþ
þST12146þ þST12146þ þST12146þ þST12146þ þST12146þ þST12146þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$7.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$7.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þbbea945828c0cfefd51a2c4e7f6db341þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12146.classþ þþ
þST12147þ þST12147þ þST12147þ þST12147þ þST12147þ þST12147þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$8.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$8.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ619a75e619806e5cf80564f6ed0a13f9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12147.classþ þþ
þST12148þ þST12148þ þST12148þ þST12148þ þST12148þ þST12148þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADR$9.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR$9.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1033þ þ0a89a9caa9abec3a68d92a74e2eead91þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12148.classþ þþ
þST12149þ þST12149þ þST12149þ þST12149þ þST12149þ þST12149þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ3282þ þ7fc0340c5ea1656968828e958d1d62b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12149.classþ þþ
þST12150þ þST12150þ þST12150þ þST12150þ þST12150þ þST12150þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$1.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$1.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þ0d21b50ccfd0ea75ebc93cabf0c24ab5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12150.classþ þþ
þST12151þ þST12151þ þST12151þ þST12151þ þST12151þ þST12151þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$10.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$10.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ955þ þ7e163eef78ba7df5df4da71822b05cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12151.classþ þþ
þST12152þ þST12152þ þST12152þ þST12152þ þST12152þ þST12152þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$11.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$11.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þ74174074db21af095941a808ad4a610cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12152.classþ þþ
þST12153þ þST12153þ þST12153þ þST12153þ þST12153þ þST12153þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$12.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$12.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ955þ þfbd8f08f912d7901a4fd0228a2d9fb0eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12153.classþ þþ
þST12154þ þST12154þ þST12154þ þST12154þ þST12154þ þST12154þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$13.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$13.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1034þ þ15ca540eb9c1c4c5f800b7bd27a527a6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12154.classþ þþ þST12155þ þST12155þ þST12155þ þST12155þ þST12155þ þST12155þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$14.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$14.classþ þ.CLASSþ þapplication /java-vmþ þþ þ948þ þ8218f351b9fa2c3c44c816832cd894dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12155.classþ þþ þST12156þ þST12156þ þST12156þ þST12156þ þST12156þ þST12156þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$15.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$15.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1034þ þ00c07809fbfd004be608cb2c9449b6a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12156.classþ þþ þST12157þ þST12157þ þST12157þ þST12157þ þST12157þ þST12157þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$16.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$16.classþ þ.CLASSþ þapplication /java-vmþ þþ þ948þ þ08ad9c46f615f09bb0195eea9eabef00þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12157.classþ þþ þST12158þ þST12158þ þST12158þ þST12158þ þST12158þ þST12158þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$17.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$17.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1034þ þ57dd52579efe80ea33f7510d55f0584cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12158.classþ þþ þST12159þ þST12159þ þST12159þ þST12159þ þST12159þ þST12159þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$18.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$18.classþ þ.CLASSþ þapplication /java-vmþ þþ þ948þ þc52796483012241996633291c43fcf00þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12159.classþ þþ þST12160þ þST12160þ þST12160þ þST12160þ þST12160þ þST12160þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$19.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$19.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1034þ þ9ff4cf0a21d00f72da24b9e9192225dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12160.classþ þþ þST12161þ þST12161þ þST12161þ þST12161þ þST12161þ þST12161þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$2.classþ þþ þþ þþ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$2.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ689adadfb4ca06046afca649d0f58468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12161.classþ þþ
þST12163þ þST12162þ þST12162þ þST12162þ þST12162þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$20.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$20.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ948þ þf9ca78550c9070e1dc897db8220b818dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12162.classþ þþ
þST12163þ þST12163þ þST12163þ þST12163þ þST12163þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$21.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$21.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þ2d3d7c5920d24c709bfd9aaa055020e6þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12163.classþ þþ
þST12164þ þST12164þ þST12164þ þST12164þ þST12164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$22.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$22.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ950þ þ7a364ab7f53b918adf3844de2fc1a840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12164.classþ þþ
þST12165þ þST12165þ þST12165þ þST12165þ þST12165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$23.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$23.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1035þ þ9f608ff2ae377f315c962e9bdb242753þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12165.classþ þþ
þST12166þ þST12166þ þST12166þ þST12166þ þST12166þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$24.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$24.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ950þ þfa9a89a6a12c85c68d3b1975261a16ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12166.classþ þþ
þST12167þ þST12167þ þST12167þ þST12167þ þST12167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$3.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$3.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þ5e2642356aab228c2f469ffb6fa4e7ecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12167.classþ þþ
þST12168þ þST12168þ þST12168þ þST12168þ þST12168þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$4.classþ þþ þþ þ0þ þ1

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$4.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ71feeb6f1c68d770a7aa98cf6d82b91eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12168.classþ þþ
þST12169þ þST12169þ þST12169þ þST12169þ þST12169þ þST12169þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$5.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$5.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þ8e0e6a848f144debb218ecd0c1daa32eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12169.classþ þþ
þST12170þ þST12170þ þST12170þ þST12170þ þST12170þ þST12170þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$6.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$6.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ27746827473da352e9875427d191509bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12170.classþ þþ
þST12171þ þST12171þ þST12171þ þST12171þ þST12171þ þST12171þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$7.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$7.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1032þ þc764396ae2164931dff455a56bbef4c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12171.classþ þþ
þST12172þ þST12172þ þST12172þ þST12172þ þST12172þ þST12172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$8.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$8.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ951þ þ097119c315aecddd1ea1e45bca2a1b15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12172.classþ þþ
þST12173þ þST12173þ þST12173þ þST12173þ þST12173þ þST12173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsADV$9.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV$9.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1033þ þ09555b9b953860437d977c65a755313fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12173.classþ þþ
þST12174þ þST12174þ þST12174þ þST12174þ þST12174þ þST12174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL.classþ þþ þþ þ0þ þ1þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ3862þ þ6a9e0f9bb2826628b335800fc8c71400þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12174.classþ þþ
þST12175þ þST12175þ þST12175þ þST12175þ þST12175þ þST12175þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$1.classþ þ.CLASSþ þapplication/jav

a-vmþ þþ þ1032þ þ7b029d042deb5134bc524e6c126661f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12175.classþ þþ
þST12176þ þST12176þ þST12176þ þST12176þ þST12176þ þST12176þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$10.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$10.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ922þ þ14d93954e07bfb476df942e0014b10c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12176.classþ þþ
þST12177þ þST12177þ þST12177þ þST12177þ þST12177þ þST12177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$11.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$11.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1034þ þe098be7db8c5c3c6f8640a1e97d452e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12177.classþ þþ
þST12178þ þST12178þ þST12178þ þST12178þ þST12178þ þST12178þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$12.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$12.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ796þ þd91fe9add61c18fdaffe8e890eb4c0eeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12178.classþ þþ
þST12179þ þST12179þ þST12179þ þST12179þ þST12179þ þST12179þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$13.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$13.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1034þ þf11129d9aa15dcb685f463cfc074c8b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12179.classþ þþ
þST12180þ þST12180þ þST12180þ þST12180þ þST12180þ þST12180þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$14.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$14.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ796þ þ777d663de953f78e920fa31ea61a4ebaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12180.classþ þþ
þST12181þ þST12181þ þST12181þ þST12181þ þST12181þ þST12181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$15.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$15.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1034þ þ42d82c4dbe861d4a5bdfecab2248632eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12181.classþ þþ
þST12182þ þST12182þ þST12182þ þST12182þ þST12182þ þST12182þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$16.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$16.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ796þ þ9f4af507118b5ebcb0c7ba8692973433þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12182.classþ þþ
þST12183þ þST12183þ þST12183þ þST12183þ þST12183þ þST12183þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$17.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$17.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1035þ þddb61e280b2111683df4359711a96e25þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12183.classþ þþ
þST12184þ þST12184þ þST12184þ þST12184þ þST12184þ þST12184þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$18.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$18.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ798þ þ0fbd4e23316b26791f9ae77ef1d12bbeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12184.classþ þþ
þST12185þ þST12185þ þST12185þ þST12185þ þST12185þ þST12185þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$19.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$19.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1035þ þ5a882b20810125447d654e20057c82d0þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12185.classþ þþ
þST12186þ þST12186þ þST12186þ þST12186þ þST12186þ þST12186þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$2.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$2.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ798þ þd56d5cfe7c8e0bb6bc7eee118bc0154aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12186.classþ þþ
þST12187þ þST12187þ þST12187þ þST12187þ þST12187þ þST12187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$20.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$20.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ798þ þf502d8e39ccacfb094bc6ac2e83916aeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12187.classþ þþ
þST12188þ þST12188þ þST12188þ þST12188þ þST12188þ þST12188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$21.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$21.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1035þ þa1d8a1b1aab520da703998b40f7be45fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12188.classþ þþ
þST12189þ þST12189þ þST12189þ þST12189þ þST12189þ þST12189þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$22.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$22.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ796þ þ9e71aa3af586db9d0f403fb2682b720cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12189.classþ þþ

þST12190þ þST12190þ þST12190þ þST12190þ þST12190þ þST12190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$23.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$23.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1035þ þ928aecdfedc5e28243166bfd0b1ed43fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12190.classþ þþ
þST12191þ þST12191þ þST12191þ þST12191þ þST12191þ þST12191þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$24.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$24.classþ þ.CLASSþ þapplication/j
ava-vmþ þ796þ þ7b9d87fa0f9d5b51bed8f25f009cd2c1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12191.classþ þþ
þST12192þ þST12192þ þST12192þ þST12192þ þST12192þ þST12192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$25.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$25.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1035þ þe4e28943a7439be028f59211d596d563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12192.classþ þþ
þST12193þ þST12193þ þST12193þ þST12193þ þST12193þ þST12193þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$26.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$26.classþ þ.CLASSþ þapplication/j
ava-vmþ þ796þ þ933a355f1adc0ce8cc30077615b4adf0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12193.classþ þþ
þST12194þ þST12194þ þST12194þ þST12194þ þST12194þ þST12194þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$27.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$27.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1036þ þ571b4f661bb6a186d7652f5f605e360cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12194.classþ þþ
þST12195þ þST12195þ þST12195þ þST12195þ þST12195þ þST12195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$28.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$28.classþ þ.CLASSþ þapplication/j
ava-vmþ þ798þ þ90a2b07eef563813628d4363ca180a33þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12195.classþ þþ
þST12196þ þST12196þ þST12196þ þST12196þ þST12196þ þST12196þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$29.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$29.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1036þ þe6b13e4e8c60b91908fee6c9c6bf6ca0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12196.classþ þþ
þST12197þ þST12197þ þST12197þ þST12197þ þST12197þ þST12197þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$3.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$3.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1031þ þ402188f202d35990b177258e410e6021þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12197.classþ þþ
þST12198þ þST12198þ þST12198þ þST12198þ þST12198þ þST12198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$30.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þColumnsHL$30.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ798þ þb9be7c87e690f0f3285d9c0be18a360aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12198.classþ þþ
þST12199þ þST12199þ þST12199þ þST12199þ þST12199þ þST12199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$4.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$4.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ797þ þ32fd5aa2da64e3dab57f2f53b9f4033cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12199.classþ þþ
þST12200þ þST12200þ þST12200þ þST12200þ þST12200þ þST12200þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$5.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$5.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1030þ þa282abf73d71f81cbcba0f6c3fc4a26eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12200.classþ þþ
þST12201þ þST12201þ þST12201þ þST12201þ þST12201þ þST12201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$6.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$6.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1030þ þb1c2bdba59b5983ac10d833e30786c15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12201.classþ þþ
þST12202þ þST12202þ þST12202þ þST12202þ þST12202þ þST12202þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$7.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$7.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1028þ þ093e5618b7eeeee0216f5fa29d2efefþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12202.classþ þþ
þST12203þ þST12203þ þST12203þ þST12203þ þST12203þ þST12203þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$8.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$8.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ921þ þ63a0047426672fae47a9c68136dfd28dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12203.classþ þþ
þST12204þ þST12204þ þST12204þ þST12204þ þST12204þ þST12204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsHL$9.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL$9.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1028þ þ9c9fd8a7ba1a264a2a28693046c4b11fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12204.classþ þþ
þST12205þ þST12205þ þST12205þ þST12205þ þST12205þ þST12205þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ2411þ þac837942d9f0a4317945fb437a262fa7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12205.classþ þþ
þST12206þ þST12206þ þST12206þ þST12206þ þST12206þ þST12206þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$1.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1050þ þa14be3ed59a0debcecdae34028268059þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12206.classþ þþ
þST12207þ þST12207þ þST12207þ þST12207þ þST12207þ þST12207þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$10.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þColumnsIT$10.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ2433þ þed070ad08d5ea73fc8b3d080660fdc42þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12207.classþ þþ
þST12208þ þST12208þ þST12208þ þST12208þ þST12208þ þST12208þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$2.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$2.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1050þ þa73ba68b6f5a0803e14eeee590e4bbf6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12208.classþ þþ
þST12209þ þST12209þ þST12209þ þST12209þ þST12209þ þST12209þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$3.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$3.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1051þ þ52669cfba2eec34019a2dc3ada95f8b9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12209.classþ þþ
þST12210þ þST12210þ þST12210þ þST12210þ þST12210þ þST12210þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$4.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$4.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1051þ þdb3fc30ee05967f82ca210cfef709008þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12210.classþ þþ
þST12211þ þST12211þ þST12211þ þST12211þ þST12211þ þST12211þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$5.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$5.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1051þ þ5d83a14ae575127aee03c436d8026b27þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12211.classþ þþ
þST12212þ þST12212þ þST12212þ þST12212þ þST12212þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$6.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$6.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1051þ þd54a8b04999c1c6e3be1374cb3eb1f4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12212.classþ þþ
þST12213þ þST12213þ þST12213þ þST12213þ þST12213þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$7.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$7.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1051þ þf398b5e0b74ac97eb30816647a1634c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12213.classþ þþ
þST12214þ þST12214þ þST12214þ þST12214þ þST12214þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$8.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$8.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1051þ þf24f04d84076a8da16058846563a4a39þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12214.classþ þþ
þST12215þ þST12215þ þST12215þ þST12215þ þST12215þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsIT$9.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT$9.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1366þ þa1a0375378c2bce93f7677a759d01acbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12215.classþ þþ
þST12216þ þST12216þ þST12216þ þST12216þ þST12216þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ2516þ þ37c80124581cebde6bec9c70cb5d5386þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12216.classþ þþ
þST12217þ þST12217þ þST12217þ þST12217þ þST12217þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$1.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1034þ þf1abd03d50e55c7513f7c54a16c66186þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12217.classþ þþ
þST12218þ þST12218þ þST12218þ þST12218þ þST12218þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$10.classþ þþ þþ þ0þ þ1

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$10.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1039þ þ68fc2088a4f1da57f6fbeabb5d67a74cþ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12218.classþ þþ
þST12219þ þST12219þ þST12219þ þST12219þ þST12219þ þST12219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$11.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$11.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1041þ þa90e15b6d091f51ce9a9a5fa30054bd5þ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12219.classþ þþ
þST12220þ þST12220þ þST12220þ þST12220þ þST12220þ þST12220þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$12.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$12.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1035þ þ865b4de9cd256030f14d666bab081717þ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12220.classþ þþ
þST12221þ þST12221þ þST12221þ þST12221þ þST12221þ þST12221þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$13.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$13.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ986þ þ9ac9b51d52402b5fe750f6b736a14c57þ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12221.classþ þþ
þST12222þ þST12222þ þST12222þ þST12222þ þST12222þ þST12222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$2.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$2.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1038þ þf6cfc318dee564652efd75cb7412f10fþ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12222.classþ þþ
þST12223þ þST12223þ þST12223þ þST12223þ þST12223þ þST12223þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$3.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$3.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1034þ þ67ca48fb4888d33f7aa0bdc83ed7e52cþ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12223.classþ þþ
þST12224þ þST12224þ þST12224þ þST12224þ þST12224þ þST12224þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$4.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$4.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ988þ þec7b690cdd4b8b6a5a4e2663f85d8324þ þþ þþ þþ þ. þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12224.classþ þþ
þST12225þ þST12225þ þST12225þ þST12225þ þST12225þ þST12225þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$5.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$5.classþ þ.CLASSþ þapplication/jav

a-vmþ þþ þ1094þ þf29c49fef124fb80259864696a53313bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12225.classþ þþ þST12226þ þST12226þ þST12226þ þST12226þ þST12226þ þST12226þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$6.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ1032þ þd5e12a0daa1af47b055b50f5d7c957eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12226.classþ þþ þST12227þ þST12227þ þST12227þ þST12227þ þST12227þ þST12227þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$7.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ1034þ þ3afe0ca4311c269c07d47a591edc3a74þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12227.classþ þþ þST12228þ þST12228þ þST12228þ þST12228þ þST12228þ þST12228þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$8.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ982þ þ3f1d71f267a5f9f5ecb4a0bf106c07a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12228.classþ þþ þST12229þ þST12229þ þST12229þ þST12229þ þST12229þ þST12229þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsNF$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF$9.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ1043þ þc28a4332ce46c2c6a3f4b3dd262a95e6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12229.classþ þþ þST12230þ þST12230þ þST12230þ þST12230þ þST12230þ þST12230þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2498þ þ1783c99c03c1ec796f54cbba55e9e221þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12230.classþ þþ þST12231þ þST12231þ þST12231þ þST12231þ þST12231þ þST12231þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$1.classþ þþ þþ þ0þ þ1 þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$1.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1037þ þe96292a75d9e824693fe9fbeb03ec69bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12231.classþ þþ þST12232þ þST12232þ þST12232þ þST12232þ þST12232þ þST12232þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$10.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$10.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1171þ þ17b76195af9a9ddb57f072577788e610þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12232.classþ þþ
þST12233þ þST12233þ þST12233þ þST12233þ þST12233þ þST12233þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$11.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$11.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1040þ þ4a0534b5c67910ec635bdbf19ddc2e93þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12233.classþ þþ
þST12234þ þST12234þ þST12234þ þST12234þ þST12234þ þST12234þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$12.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$12.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1000þ þ3547a4b0163bc6aa74e436b5c5cec167þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12234.classþ þþ
þST12235þ þST12235þ þST12235þ þST12235þ þST12235þ þST12235þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$13.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$13.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1042þ þ78c980412b42c3a9130b85cbe1d48a4eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12235.classþ þþ
þST12236þ þST12236þ þST12236þ þST12236þ þST12236þ þST12236þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$14.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$14.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1154þ þ3d8460998fa07ec10a52b9ff93dee63eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12236.classþ þþ
þST12237þ þST12237þ þST12237þ þST12237þ þST12237þ þST12237þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$15.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$15.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1041þ þ40def84dcbb97c83f498ad85d6d6e0f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12237.classþ þþ
þST12238þ þST12238þ þST12238þ þST12238þ þST12238þ þST12238þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$16.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$16.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1015þ þe8aa1b2fe7c588e7ca77c93235203963þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12238.classþ þþ
þST12239þ þST12239þ þST12239þ þST12239þ þST12239þ þST12239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$2.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$2.classþ þ.CLASS þapplication/j
ava-vmþ þþ þ1056þ þ7bb0543e0b4b2711e5617b4320dd0d75þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12239.classþ þþ

þST12240þ þST12240þ þST12240þ þST12240þ þST12240þ þST12240þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$3.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$3.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1036þ þfc8613e0930d6a051f4d03fd9d132683þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12240.classþ þþ
þST12241þ þST12241þ þST12241þ þST12241þ þST12241þ þST12241þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$4.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$4.classþ þ.CLASSþ þapplication/j
ava-vmþ þ996þ þcb60340ddf2518e8a16979c2d17a8e4dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12241.classþ þþ
þST12242þ þST12242þ þST12242þ þST12242þ þST12242þ þST12242þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$5.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$5.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1038þ þ52deceb65caf52b1056e919f84fefacdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12242.classþ þþ
þST12243þ þST12243þ þST12243þ þST12243þ þST12243þ þST12243þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$6.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$6.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1019þ þbbb9d3186b09690409cb86c2a9272af39þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12243.classþ þþ
þST12244þ þST12244þ þST12244þ þST12244þ þST12244þ þST12244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$7.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$7.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1037þ þ84c9e21f0cd42373c328ec13537f6179þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12244.classþ þþ
þST12245þ þST12245þ þST12245þ þST12245þ þST12245þ þST12245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$8.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$8.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1018þ þcc8f7ea31fe62d852c64365d4fde3deaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12245.classþ þþ
þST12246þ þST12246þ þST12246þ þST12246þ þST12246þ þST12246þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOFF$9.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF$9.classþ þ.CLASSþ þapplication/j
ava-vmþ þ1039þ þ9f9ca4df2e3df059a87b0e043a80ad1bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12246.classþ þþ
þST12247þ þST12247þ þST12247þ þST12247þ þST12247þ þST12247þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ3381þ þa45cdb18361d810ff505e576899a6d2cþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12247.classþ þþ
þST12248þ þST12248þ þST12248þ þST12248þ þST12248þ þST12248þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$1.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$1.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ1092þ þ8f762150125d35bdf1acc5fa57bd03b8þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12248.classþ þþ
þST12249þ þST12249þ þST12249þ þST12249þ þST12249þ þST12249þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$2.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$2.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ888þ þ383de29d15483c670c14e87cbbaa75eaþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12249.classþ þþ
þST12250þ þST12250þ þST12250þ þST12250þ þST12250þ þST12250þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$3.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$3.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ1094þ þ14e9dc3bc98ba87e6643ab434ae317f3þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12250.classþ þþ
þST12251þ þST12251þ þST12251þ þST12251þ þST12251þ þST12251þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$4.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$4.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ890þ þb93b78e64637c8c76486a1443284ba64þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12251.classþ þþ
þST12252þ þST12252þ þST12252þ þST12252þ þST12252þ þST12252þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$5.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$5.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ1050þ þ33a48d17067dfbe953bf07f41ba33a6bþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12252.classþ þþ
þST12253þ þST12253þ þST12253þ þST12253þ þST12253þ þST12253þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$6.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$6.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ1051þ þ5d1011314fd9cd75f707fedbabb553c7þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12253.classþ þþ
þST12254þ þST12254þ þST12254þ þST12254þ þST12254þ þST12254þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$7.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$7.classþ þ.CLASSþ þa
pplication/java-vmþ þ þ1112þ þe2ebb00fb80cf9b6afa85618f296c89aþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12254.classþ þþ
þST12255þ þST12255þ þST12255þ þST12255þ þST12255þ þST12255þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsOpenClose$8.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose$8.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1113þ þ03c7f334ec3a38fa53f4ca0027a80cffþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12255.classþ þþ
þST12256þ þST12256þ þST12256þ þST12256þ þST12256þ þST12256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsPopupMenu.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsPopupMenu.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ7746þ þd0b3171ca5ea40d04bb6e7478be59a89þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12256.classþ þþ
þST12257þ þST12257þ þST12257þ þST12257þ þST12257þ þST12257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/ColumnsPopupMenu$1.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsPopupMenu$1.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1179þ þ92282542313266786f2ef296623e9cf7þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12257.classþ þþ
þST12258þ þST12258þ þST12258þ þST12258þ þST12258þ þST12258þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFColumn.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFColumn.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ11849þ þ4463134e77c4cb1779c374c2712a76c1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12258.classþ þþ
þST12259þ þST12259þ þST12259þ þST12259þ þST12259þ þST12259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFComparator.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFComparator.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ543þ þ43e3538622709ccec242c14b3d7590c9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12259.classþ þþ
þST12260þ þST12260þ þST12260þ þST12260þ þST12260þ þST12260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ13569þ þffdc848423194181a42b9dd4ddec82fdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12260.classþ þþ
þST12261þ þST12261þ þST12261þ þST12261þ þST12261þ þST12261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$1.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$1.classþ þ.CLASSþ þapplication/j ava-vmþþ þþ þ936þ þ1ea062e8008d92688fcb7c591e332b44þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12261.classþ þþ þST12262þ þST12262þ þST12262þ þST12262þ þST12262þ þST12262þ þþ þ/; Highly Confidential, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$10.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$10.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ1572þ þ56a3e619e25768a8801b25569d899715þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12262.classþ þþ þST12263þ þST12263þ þST12263þ þST12263þ þST12263þ þST12263þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$11.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$11.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ2543þ þ72429529d06a61cf0234c076e356c4f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12263.classþ þþ þST12264þ þST12264þ þST12264þ þST12264þ þST12264þ þST12264þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$12.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$12.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ2754þ þ8198ccd4d4ac9bbb283aa3bc298afd4bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12264.classþ þþ þST12265þ þST12265þ þST12265þ þST12265þ þST12265þ þST12265þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$13.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$13.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ2770þ þ9842cdda0e1add65afeef6e696da41c9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12265.classþ þþ þST12266þ þST12266þ þST12266þ þST12266þ þST12266þ þST12266þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$14.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$14.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ1319þ þ4ba7e0998f8c94e8ae045512ab1131f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12266.classþ þþ þST12267þ þST12267þ þST12267þ þST12267þ þST12267þ þST12267þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$15.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$15.classþ þ.CLASSþ þapplication /java-vmþþ þþ þ1898þ þ857376084c31be3d703a0d8d8772b458þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12267.classþ þþ þST12268þ þST12268þ þST12268þ þST12268þ þST12268þ þST12268þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$16.classþ þþ þþ þ0þ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$16.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1979þ þ07540ea8d4c1d5fdc4afd82d0c5a4c0aþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12268.classþ þþ
þST12269þ þST12269þ þST12269þ þST12269þ þST12269þ þST12269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$17.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$17.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2130þ þ45f5c2b6fb568a7b0d25636653e5685eþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12269.classþ þþ
þST12270þ þST12270þ þST12270þ þST12270þ þST12270þ þST12270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$18.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$18.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2130þ þ93519698511ae2d32c48b37347d56513þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12270.classþ þþ
þST12271þ þST12271þ þST12271þ þST12271þ þST12271þ þST12271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$19.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$19.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1266þ þ8a839d960bac25a6a1da8d87612d8b85þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12271.classþ þþ
þST12272þ þST12272þ þST12272þ þST12272þ þST12272þ þST12272þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$2.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$2.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1534þ þ7da364afe4dde20749b87d78645ac972þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12272.classþ þþ
þST12273þ þST12273þ þST12273þ þST12273þ þST12273þ þST12273þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$20.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$20.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2492þ þe41b066f85ff9443c76c7a35cc6d03c6þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12273.classþ þþ
þST12274þ þST12274þ þST12274þ þST12274þ þST12274þ þST12274þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$21.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$21.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1773þ þ9e230c671305c3c367a2399c8e774821þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12274.classþ þþ
þST12275þ þST12275þ þST12275þ þST12275þ þST12275þ þST12275þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$22.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$22.classþ þ.CLASSþ þapplication

/java-vmþ þþ þ2490þ þ1a94c016176454416693eb12dead5260þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12275.classþ þþ
þST12276þ þST12276þ þST12276þ þST12276þ þST12276þ þST12276þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$23.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$23.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1771þ þceec80787cd9826d8d0a2912b5d6b957þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12276.classþ þþ
þST12277þ þST12277þ þST12277þ þST12277þ þST12277þ þST12277þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$24.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$24.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1567þ þ6eb0fa37aa3fa9578068d5b18738c7e0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12277.classþ þþ
þST12278þ þST12278þ þST12278þ þST12278þ þST12278þ þST12278þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$25.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$25.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1569þ þ4b7a2b03efa277aca3fc374db87825ceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12278.classþ þþ
þST12279þ þST12279þ þST12279þ þST12279þ þST12279þ þST12279þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$26.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$26.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2126þ þ3b737d8c35dc139f6ad4751c080b7636þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12279.classþ þþ
þST12280þ þST12280þ þST12280þ þST12280þ þST12280þ þST12280þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$27.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$27.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2095þ þ7593764ea4f189e80332b7155ac03abeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12280.classþ þþ
þST12281þ þST12281þ þST12281þ þST12281þ þST12281þ þST12281þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$28.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$28.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1577þ þa0f80bf032846089802f01393d05f1f5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12281.classþ þþ
þST12282þ þST12282þ þST12282þ þST12282þ þST12282þ þST12282þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$29.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$29.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1569þ þfda26d03d4584d3e3006c5a579f73908þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12282.classþ þþ þST12283þ þST12283þ þST12283þ þST12283þ þST12283þ þST12283þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$3.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$3.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ2200þ þ79f2ea14584059a4e9cd212cf08bbd3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12283.classþ þþ þST12284þ þST12284þ þST12284þ þST12284þ þST12284þ þST12284þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$30.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$30.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1572þ þ77343e00dd373efaeca41ce3748a397aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12284.classþ þþ þST12285þ þST12285þ þST12285þ þST12285þ þST12285þ þST12285þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$31.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$31.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1787þ þ4edc0f757cfdbabc5f34291701cf62c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12285.classþ þþ þST12286þ þST12286þ þST12286þ þST12286þ þST12286þ þST12286þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$32.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$32.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1651þ þ398054d301265f5c674325333f16f55eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12286.classþ þþ þST12287þ þST12287þ þST12287þ þST12287þ þST12287þ þST12287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$33.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$33.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1202þ þ455dbb60448453ecc5b634314c747811þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12287.classþ þþ þST12288þ þST12288þ þST12288þ þST12288þ þST12288þ þST12288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$34.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$34.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1829þ þ48b99c34a091d6587623b33d78cbb0ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12288.classþ þþ þST12289þ þST12289þ þST12289þ þST12289þ þST12289þ þST12289þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$35.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$35.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1831þ þ6b6b11d4fdff7d4c49675d33cf18b1e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12289.classþ þþ

þST12290þ þST12290þ þST12290þ þST12290þ þST12290þ þST12290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$36.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$36.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2455þ þ4a63e73b637d7201392b1eb1d2cfb48cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12290.classþ þþ
þST12291þ þST12291þ þST12291þ þST12291þ þST12291þ þST12291þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$37.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$37.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1657þ þf88b980ebfd2d008be6b730718294b5eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12291.classþ þþ
þST12292þ þST12292þ þST12292þ þST12292þ þST12292þ þST12292þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$38.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$38.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1384þ þefea1cb7125d54638006b8b6ea9b3b81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12292.classþ þþ
þST12293þ þST12293þ þST12293þ þST12293þ þST12293þ þST12293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$39.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$39.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1383þ þ225db7ab99b0a4fc044646d9e0bf471bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12293.classþ þþ
þST12294þ þST12294þ þST12294þ þST12294þ þST12294þ þST12294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$4.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$4.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ2331þ þ5dbfce7bcf602d28fc29bde59053d1a3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12294.classþ þþ
þST12295þ þST12295þ þST12295þ þST12295þ þST12295þ þST12295þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$40.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$40.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1535þ þb91c785f9d4b11d51703e89f4fef0df4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12295.classþ þþ
þST12296þ þST12296þ þST12296þ þST12296þ þST12296þ þST12296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$41.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$41.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1268þ þe09248274ae6c67bf7ad779ffb02c251þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12296.classþ þþ
þST12297þ þST12297þ þST12297þ þST12297þ þST12297þ þST12297þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$42.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$42.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1266þ þ3853692ca9f2d200da1340d6a4fc1ca9þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12297.classþ þþ þST12298þ þST12298þ þST12298þ þST12298þ þST12298þ þST12298þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$43.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$43.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2430þ þ9176973a59787433e1ebf2950aefa10bþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12298.classþ þþ þST12299þ þST12299þ þST12299þ þST12299þ þST12299þ þST12299þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$44.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$44.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2563þ þ3d65ce32017a388610bda9404c309dbfþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12299.classþ þþ þST12300þ þST12300þ þST12300þ þST12300þ þST12300þ þST12300þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$45.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$45.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1764þ þ51660919924bf4b7437449a771b1f6a9þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12300.classþ þþ þST12301þ þST12301þ þST12301þ þST12301þ þST12301þ þST12301þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$46.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$46.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1762þ þ4a85fef5796b3c09b913c42811d21d48þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12301.classþ þþ þST12302þ þST12302þ þST12302þ þST12302þ þST12302þ þST12302þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$47.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$47.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2414þ þ0a641273dd9ee675dccad49d9799670eþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12302.classþ þþ þST12303þ þST12303þ þST12303þ þST12303þ þST12303þ þST12303þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$48.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$48.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2405þ þ9c91b6ad41c580e2dbc9f925bb9913d6þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12303.classþ þþ þST12304þ þST12304þ þST12304þ þST12304þ þST12304þ þST12304þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$49.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$49.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1661þ þ947c1f49f4bed48658d4c6aebb92cb6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12304.classþ þþ
þST12305þ þST12305þ þST12305þ þST12305þ þST12305þ þST12305þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$5.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$5.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1223þ þ7101351add9ba4792cd3521a5ec195ecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12305.classþ þþ
þST12306þ þST12306þ þST12306þ þST12306þ þST12306þ þST12306þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$50.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$50.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1869þ þb54d96a3e5bdc22f9cf00beaaaa8242cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12306.classþ þþ
þST12307þ þST12307þ þST12307þ þST12307þ þST12307þ þST12307þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$51.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$51.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1871þ þ4e848b89e72e54ba8462934f4cdc6863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12307.classþ þþ
þST12308þ þST12308þ þST12308þ þST12308þ þST12308þ þST12308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$52.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$52.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1768þ þd3847616a547caa5753fc312adafe503þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12308.classþ þþ
þST12309þ þST12309þ þST12309þ þST12309þ þST12309þ þST12309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$53.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$53.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1766þ þ990690c80db912d75ed5f1185e0c14ccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12309.classþ þþ
þST12310þ þST12310þ þST12310þ þST12310þ þST12310þ þST12310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$54.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$54.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1498þ þa93fdda447f2a183ab43a387637850ccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12310.classþ þþ
þST12311þ þST12311þ þST12311þ þST12311þ þST12311þ þST12311þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$55.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$55.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2749þ þe1ca18666c9ca94f0603d9729c375974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12311.classþ þþ þST12312þ þST12312þ þST12312þ þST12312þ þST12312þ þST12312þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$56.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$56.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2765þ þc45edd885fade21959c5f08f20090fcdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12312.classþ þþ þST12313þ þST12313þ þST12313þ þST12313þ þST12313þ þST12313þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$57.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$57.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1263þ þ25bcc92efa560e72656867ab0acb5dfeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12313.classþ þþ þST12314þ þST12314þ þST12314þ þST12314þ þST12314þ þST12314þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$58.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$58.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1262þ þc55e7327729208949c3c9b81d8a42feaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12314.classþ þþ þST12315þ þST12315þ þST12315þ þST12315þ þST12315þ þST12315þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$59.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$59.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1535þ þ450ed65d2a5b265a5ce8c0246b920970þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12315.classþ þþ þST12316þ þST12316þ þST12316þ þST12316þ þST12316þ þST12316þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$6.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$6.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1229þ þbc5ad1c57e6f501169e2268bf24fd053þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12316.classþ þþ þST12317þ þST12317þ þST12317þ þST12317þ þST12317þ þST12317þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$60.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$60.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1264þ þ0708fa38d7a9e42ce2442f0855e631eeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12317.classþ þþ þST12318þ þST12318þ þST12318þ þST12318þ þST12318þ þST12318þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$61.classþ þþ þþ þ0þ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$61.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1537þ þ0ddb8276450cce5204cf3093b25569dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12318.classþ þþ
þST12319þ þST12319þ þST12319þ þST12319þ þST12319þ þST12319þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$62.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$62.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1346þ þ2e041db1c00a68442780804ad5520d86þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12319.classþ þþ
þST12320þ þST12320þ þST12320þ þST12320þ þST12320þ þST12320þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$63.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$63.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1347þ þ9725f22c401e074b0ea2f29082e057e0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12320.classþ þþ
þST12321þ þST12321þ þST12321þ þST12321þ þST12321þ þST12321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$64.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$64.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1782þ þb954e976bd38d70edb3eb3f3e33500edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12321.classþ þþ
þST12322þ þST12322þ þST12322þ þST12322þ þST12322þ þST12322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$65.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$65.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1680þ þ7b46c163aaded069d1f8614bbd988f6dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12322.classþ þþ
þST12323þ þST12323þ þST12323þ þST12323þ þST12323þ þST12323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$66.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$66.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1684þ þb81e8764ac72c67ccd9e3d1e1fdcf9b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12323.classþ þþ
þST12324þ þST12324þ þST12324þ þST12324þ þST12324þ þST12324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$7.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$7.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1382þ þef0ed1b75689252e4dd09d4081d9a030þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12324.classþ þþ
þST12325þ þST12325þ þST12325þ þST12325þ þST12325þ þST12325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$8.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$8.classþ þ.CLASSþ þapplication/j

ava-vmþ þþ þ1391þ þ086eb788483bbbcefd2ea742b0f72232þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12325.classþ þþ þST12326þ þST12326þ þST12326þ þST12326þ þST12326þ þST12326þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/EFRenderer$9.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer$9.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ1389þ þ1e7a142407f38f2ca87e09515d45eed8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12326.classþ þþ þST12327þ þST12327þ þST12327þ þST12327þ þST12327þ þST12327þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/IRendererCellFactory.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRendererCellFactory.classþ þ.CLASS þ þapplication/java-vmþ þþ þ237þ þa7cd6d8f6d50cf9ae523e557f5559b26þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12327.classþ þþ þST12328þ þST12328þ þST12328þ þST12328þ þST12328þ þST12328þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/PredefinedUserColumns.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPredefinedUserColumns.classþ þ.CLA SSþ þapplication/java-vmþ þþ þ4868þ þ09c1bc1605453a85de4a2a967161c8eaþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12328.class þ þþ

þST12329þ þST12329þ þST12329þ þST12329þ þST12329þ þST12329þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/RendererIT.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererIT.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1320þ þ0eaf8fdbb29802b636354fa0e059f1bbþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12329.classþ þþ þST12330þ þST12330þ þST12330þ þST12330þ þST12330þ þST12330þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/RendererIT$1.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererIT$1.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ3461þ þaee66ae7c8fb9dff3effb1708a8c177fþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12330.classþ þþ þST12331þ þST12331þ þST12331þ þST12331þ þST12331þ þST12331þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/RendererIT$2.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererIT$2.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ3309þ þc971bf822c15c6fc71790545fac3832cþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12331.classþ þþ þST12332þ þST12332þ þST12332þ þST12332þ þST12332þ þST12332þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/com/equityfeed/core/table/RenderersWL.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRenderersWL.classþ þ.CLASSþ þapplication/jav

a-vmþ þþ þ1248þ þ8fff77f2077abe9787a0c9fcf8389471þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12332.classþ þþ
þST12333þ þST12333þ þST12333þ þST12333þ þST12333þ þST12333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/RenderersWL$1.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRenderersWL$1.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ2270þ þ6835e7bfe5ac24bcb11b0d80cd6a14b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12333.classþ þþ
þST12334þ þST12334þ þST12334þ þST12334þ þST12334þ þST12334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/table/RenderersWL$2.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRenderersWL$2.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1587þ þ09ad920771ed9f12182094a82c9f592þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12334.classþ þþ
þST12335þ þST12335þ þST12335þ þST12335þ þST12335þ þST12335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/MultiTickerUpdater.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiTickerUpdater.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ2443þ þba10dc1af5d7867d575af174ac338e31þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12335.cla
sþ þþ
þST12336þ þST12336þ þST12336þ þST12336þ þST12336þ þST12336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/SingleTickerUpdater.clas
sþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSingleTickerUpdater.classþ þ.
CLASSþ þapplication/java-vmþ þþ þ4169þ þe5c893c34cffef101eaa9f442d712bcdþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12336.cla
ssþ þþ
þST12337þ þST12337þ þST12337þ þST12337þ þST12337þ þST12337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/TableUpdater.classþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ4336þ þ0151308b98bee7a5b88c1fbf173e69cdþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12337.classþ þþ
þST12338þ þST12338þ þST12338þ þST12338þ þST12338þ þST12338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/TableUpdater$1.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater$1.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ796þ þ3e78837e50dfcf995fd6cf83294eec64þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12338.classþ þþ
þST12339þ þST12339þ þST12339þ þST12339þ þST12339þ þST12339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/TableUpdater$2.classþ þþ

þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater$2.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ984þ þace843f5fbd572f15fb48d8624f02a3aþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12339.classþ þþ
þST12340þ þST12340þ þST12340þ þST12340þ þST12340þ þST12340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/TableUpdater$3.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater$3.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ829þ þfd4fd388bf05ba069c6f15453f0d040bþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12340.classþ þþ
þST12341þ þST12341þ þST12341þ þST12341þ þST12341þ þST12341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/TableUpdater$4.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater$4.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1152þ þ1356b1577a2a22a45f7adada009870e9þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12341.classþ þþ
þST12342þ þST12342þ þST12342þ þST12342þ þST12342þ þST12342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/tableupdater/TableUpdater$5.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater$5.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1166þ þ3386b910c2b43e816f1a92e621d11c50þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12342.classþ þþ
þST12343þ þST12343þ þST12343þ þST12343þ þST12343þ þST12343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/udv/UDVController.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUDVController.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ2701þ þ001756590792f04ed1dbface346f60f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12343.classþ þþ
þST12344þ þST12344þ þST12344þ þST12344þ þST12344þ þST12344þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/udv/UserDefinedValues.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValues.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ2453þ þ5cae204a080ab4a04c162160523a757eþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12344.classþ þþ
þST12345þ þST12345þ þST12345þ þST12345þ þST12345þ þST12345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/udv/UserDefinedValuesManager.classþ
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesManager.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ3252þ þ7a5818133e27fce7af428f427475efddþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12345.cl
assþ þþ
þST12346þ þST12346þ þST12346þ þST12346þ þST12346þ þST12346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/udv/UserDefinedValuesMapper.classþ þþ

þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesMapper.classþ þ.C
LASSþ þapplication/java-vmþþ þþ þ4324þ þe2ed4f20d8d0c880448ef015ea32906eþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12346.classþ þþ

þST12347þ þST12347þ þST12347þ þST12347þ þST12347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/udv/UserDefinedValuesTransporter.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesTransporter.
classþ þ.CLASSþ þapplication/java-vmþþ þ2630þ þ004f022ad29bd76818aaac5fa2b678f9þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST
12347.classþ þþ

þST12348þ þST12348þ þST12348þ þST12348þ þST12348þ þST12348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/com/equityfeed/core/udv/UserDefinedValuesTransporter$1.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesTransporte
r$1.classþ þ.CLASSþ þapplication/java-vmþþ þ2680þ þaecabdce6414aaafb98c1bbe9f811554
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
1\ST12348.classþ þþ

þST12349þ þST12349þ þST12349þ þST12349þ þST12349þ þST12349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/bannedlist/BannedList.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þBannedList.classþ þ.CLASSþ þapplication/java-vmþþ þ5943
þ þ7aeada8609a68ead67d3c23793a7652dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12349.classþ þþ

þST12350þ þST12350þ þST12350þ þST12350þ þST12350þ þST12350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/Core.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þCore.classþ þ.CLASSþ þapplication/java-vmþþ þ650þ þ28b434c404f664a4bf044
5c70da3ec6dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0001\ST12350.classþ þþ

þST12351þ þST12351þ þST12351þ þST12351þ þST12351þ þST12351þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/DataExecutor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þDataExecutor.classþ þ.CLASSþ þapplication/java-vmþþ þ1547þ
þb58f70e57c0c5154b9ee69c8fa943eeeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12351.classþ þþ

þST12352þ þST12352þ þST12352þ þST12352þ þST12352þ þST12352þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/DataExecutor$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þDataExecutor$1.classþ þ.CLASSþ þapplication/java-vmþþ þ7
66þ þb1a43e44d21e0bc21f4593da386a5273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12352.classþ þþ

þST12353þ þST12353þ þST12353þ þST12353þ þST12353þ þST12353þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/DataLoader.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þDataLoader.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1485þ þ0b1
21a7334cca28abeab7d83b773648aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12353.classþ þþ
þST12354þ þST12354þ þST12354þ þST12354þ þST12354þ þST12354þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/DataLoader$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þDataLoader$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ688þ þ
27c38081da0d44d5b55fceb67e65bd1cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12354.classþ þþ
þST12355þ þST12355þ þST12355þ þST12355þ þST12355þ þST12355þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/DataLoader$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þDataLoader$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ890þ þ
e47ffb37ab6d561bdf31e477aae1039cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12355.classþ þþ
þST12356þ þST12356þ þST12356þ þST12356þ þST12356þ þST12356þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/IDataConsumer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIDataConsumer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ164
þ þffd0d5a32b0abb2338d744ad35189dd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12356.classþ þþ
þST12357þ þST12357þ þST12357þ þST12357þ þST12357þ þST12357þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/data/ITaskCompleteListener.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þITaskCompleteListener.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ180þ þefe01d468df31796704766aa88457369þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12357.classþ þþ
þST12358þ þST12358þ þST12358þ þST12358þ þST12358þ þST12358þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/datalog/DataLog.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þDataLog.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1571þ þ1b51d9
9be06bf13e8538ee88836c37feþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0001\ST12358.classþ þþ
þST12359þ þST12359þ þST12359þ þST12359þ þST12359þ þST12359þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_ADP.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADP.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ4554þ þ6306c3f7871df161238c8b95681e17dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12359.classþ þþ
þST12360þ þST12360þ þST12360þ þST12360þ þST12360þ þST12360þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADP$1.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADP$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1046þ þ67d8c08ea7c9fb1b0ac8da7a25608bc6þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12360.classþ þþ
þST12361þ þST12361þ þST12361þ þST12361þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADP$2.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADP$2.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ849þ þd5adaca499446b05a2dd2b9ebc33e4bfþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12361.classþ þþ
þST12362þ þST12362þ þST12362þ þST12362þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADR.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADR.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ4554þ þ78f69540d24e233622aa48d079743e02þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12362.classþ þþ
þST12363þ þST12363þ þST12363þ þST12363þ þ/Supplemental; Highly
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADR$1.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADR$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1046þ þ1b8b5aed0eeb4f8dd91ef2cac741d58bþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12363.classþ þþ
þST12364þ þST12364þ þST12364þ þST12364þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADR$2.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADR$2.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ849þ þ4a82d750e8414ec949fb0f0206a5e551þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12364.classþ þþ
þST12365þ þST12365þ þST12365þ þST12365þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADT.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADT.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ4554þ þaedfe7962d8fba47d331dcd09fdb4466þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12365.classþ þþ
þST12366þ þST12366þ þST12366þ þST12366þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADT$1.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADT$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1046þ þf26860bdeb554b36d38d6bafeccbd045þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12366.classþ þþ
þST12367þ þST12367þ þST12367þ þST12367þ þST12367þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/dataprovider/DataProvider_ADT$2.classþ þþ þþ þ0þ þ1þ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADT$2.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ849þ þ2e109056a357e82b51cf2b23ab3f8879þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12367.classþ þþ
þST12368þ þST12368þ þST12368þ þST12368þ þST12368þ þST12368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_ADV.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADV.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ4554þ þae47f5ec2cbb0137ab89e660d047e26eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12368.classþ þþ
þST12369þ þST12369þ þST12369þ þST12369þ þST12369þ þST12369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_ADV$1.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADV$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1044þ þ5578fc997f6b233c4d2639c45ddb2876þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12369.classþ þþ
þST12370þ þST12370þ þST12370þ þST12370þ þST12370þ þST12370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_ADV$2.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADV$2.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ849þ þ49ff7a9622381fc7686b83471357d198þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12370.classþ þþ
þST12371þ þST12371þ þST12371þ þST12371þ þST12371þ þST12371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_Company.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_Company.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ4705þ þ4a8ad8c4c575127f9204ed9e4c337591þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12371.classþ þþ
þST12372þ þST12372þ þST12372þ þST12372þ þST12372þ þST12372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_Company$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_Company$1.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ994þ þ11c74561e3eac806fdb2396e7103aa78þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12372.classþ þþ
þST12373þ þST12373þ þST12373þ þST12373þ þST12373þ þST12373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_Company$2.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_Company$2.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1072þ þd9ec12d0ee90491feea9c5365fc21e5fþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12373.classþ þþ
þST12374þ þST12374þ þST12374þ þST12374þ þST12374þ þST12374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_Company$3.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_Company$3.classþ þ.CLASSþ þa

pplication/java-vmþ þþ þ865þ þ71ce6cf67629ceac2d23ad04d79eb073þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12374.classþ þþ
þST12375þ þST12375þ þST12375þ þST12375þ þST12375þ þST12375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_HL.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_HL.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ4547þ þ20e9fa8ba9680d9f42642993dd1c8491þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12375.classþ þþ
þST12376þ þST12376þ þST12376þ þST12376þ þST12376þ þST12376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_HL$1.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_HL
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1139þ þbc189afbf190ac76be5452399af14a52þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12376.classþ þþ
þST12377þ þST12377þ þST12377þ þST12377þ þST12377þ þST12377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_HL$2.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_HL
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ845þ þdf04f513474cf1906fb6356cc0459629þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12377.classþ þþ
þST12378þ þST12378þ þST12378þ þST12378þ þST12378þ þST12378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_L1PREV.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_L1PREV.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ7305þ þ67c9e0ed35e08ebf75701f326fa03e72þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12378.classþ þþ
þST12379þ þST12379þ þST12379þ þST12379þ þST12379þ þST12379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_L1PREV$1.classþ þþ þþ þ0þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_L1PREV$1.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1166þ þ0926d0e178e6d2c90ee65bb16bfeed31þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12379.classþ þþ
þST12380þ þST12380þ þST12380þ þST12380þ þST12380þ þST12380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_L1PREV$2.classþ þþ þþ þ0þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_L1PREV$2.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ861þ þcfba2c4b59e5360c4fdeae6e3eaa48eaþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12380.classþ þþ
þST12381þ þST12381þ þST12381þ þST12381þ þST12381þ þST12381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_L1PREV$3.classþ þþ þþ þ0þ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_L1PREV$3.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1288þ þbd394df9b913505a2235c0f70bd506f1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12381.classþ þþ
þST12382þ þST12382þ þST12382þ þST12382þ þST12382þ þST12382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_StockType.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_StockType.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ4218þ þ9c347f07127fcba6ba7dc3494d9c2f1bþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12382.classþ þþ
þST12383þ þST12383þ þST12383þ þST12383þ þST12383þ þST12383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_StockType$1.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_StockType$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1117þ þ861df4fb2bdd6d1af8a6fc0f71b5ddabþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12383.classþ þ
þ
þST12384þ þST12384þ þST12384þ þST12384þ þST12384þ þST12384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/DataProvider_StockType$2.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_StockType$2.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ860þ þdf42595a170ecef9bc9d0c043270f334þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12384.classþ þþ
þST12385þ þST12385þ þST12385þ þST12385þ þST12385þ þST12385þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/handler/HandlerDone.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerDone.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1066þ þac1864742a626ac2358cdb3ca0e08c7cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12385.classþ þþ
þST12386þ þST12386þ þST12386þ þST12386þ þST12386þ þST12386þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/handler/HandlerMapComplete.classþ þþ þ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerMapComplete.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ2899þ þ679e221e80c96c4e04f81a681e58cc49þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12386.classþ þþ
þST12387þ þST12387þ þST12387þ þST12387þ þST12387þ þST12387þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/handler/HandlerMapUpdate.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerMapUpdate.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ2929þ þd4641be33e8a7fac9f53ae620ceb382aþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12387.classþ þþ
þST12388þ þST12388þ þST12388þ þST12388þ þST12388þ þST12388þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/dataprovider/handler/HandlerNotModified.classþ þþ þþ

þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerNotModified.classþ þ.CLASSþ þa pplication/java-vmþ þþ þ710þ þc883029cd4710a6073df35e711b135b7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12388.classþ þþ þST12389þ þST12389þ þST12389þ þST12389þ þST12389þ þST12389þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/IDone.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDone.classþ þ.CLASSþ þapplication/java-vmþ þþ þ236 þ þe34a0be2d2ea1aa1b64b3506fa642fa6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12389.classþ þþ þST12390þ þST12390þ þST12390þ þST12390þ þST12390þ þST12390þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/IHandler.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHandler.classþ þ.CLASSþ þapplication/java-vmþ þþ þ220þ þe80cc1a40d3520a7c513481c9d79d240þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12390.classþ þþ þST12391þ þST12391þ þST12391þ þST12391þ þST12391þ þST12391þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/IHandlerManifest.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHandlerManifest.classþ þ.CLASSþ þappli cation/java-vmþ þþ þ220þ þ86618c819a826fefbf5b2e43305e51deþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12391.classþ þþ þST12392þ þST12392þ þST12392þ þST12392þ þST12392þ þST12392þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/ItemParser.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þItemParser.classþ þ.CLASSþ þapplication/java-vmþ þþ þ937þ þ6191a0ebc6f18df07d044f534d1c716dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12392.classþ þþ þST12393þ þST12393þ þST12393þ þST12393þ þST12393þ þST12393þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/ResponseHandler.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseHandler.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ2846þ þ1e15b910a3bdb1428c29eea981fcc380þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12393.classþ þþ þST12394þ þST12394þ þST12394þ þST12394þ þST12394þ þST12394þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/ResponseManifest.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseManifest.classþ þ.CLASSþ þappli cation/java-vmþ þþ þ3662þ þ2f98130c2d5dedb3218f23bff4c5d2f1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12394.classþ þþ þST12395þ þST12395þ þST12395þ þST12395þ þST12395þ þST12395þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/dataprovider/handler/ResponseManifest$ResourceStatus .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseManifest$Resourc

eStatus.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1322þ þf3faa0496602b7360b9413a3da9f
fec2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12395.classþ þþ
þST12396þ þST12396þ þST12396þ þST12396þ þST12396þ þST12396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/EFDNS.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þEFDNS.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ926þ þ6add14831a397f01301343a3bd1ae56aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12396.classþ þþ
þST12397þ þST12397þ þST12397þ þST12397þ þST12397þ þST12397þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/EFNetLogger.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þEFNetLogger.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2598þ þ712911
2303f271e4448920948838200dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0001\ST12397.classþ þþ
þST12398þ þST12398þ þST12398þ þST12398þ þST12398þ þST12398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/EFNetLogger$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þEFNetLogger$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ938þ þ24f
a1d7298cbaff49ec25caf2c70af89þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12398.classþ þþ
þST12399þ þST12399þ þST12399þ þST12399þ þST12399þ þST12399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/EFNetLogger$EFMessageStream.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFNetLogger$EFMessageStream.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ1710þ þ56629e2232342d4cf890cb45b4869548þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12399.classþ þþ
þST12400þ þST12400þ þST12400þ þST12400þ þST12400þ þST12400þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/export/ExportRequestFilter.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestFilter.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ378þ þ5d98af19743fbeb410a1b3aabb76803aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12400.classþ þþ
þST12401þ þST12401þ þST12401þ þST12401þ þST12401þ þST12401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/export/ExportRequestList.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestList.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ362þ þa616a3541dd1dcda690ead8dd3b816eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12401.classþ þþ
þST12402þ þST12402þ þST12402þ þST12402þ þST12402þ þST12402þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/export/ExportRequestTopers.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestTopers.classþ þ.CLASSþ þapplication/ja

va-vmþ þ þ404þ þfb7b6c9239e9c1c2a5eea049144926e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12402.classþ þþ
þST12403þ þST12403þ þST12403þ þST12403þ þST12403þ þST12403þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/export/ExportRequestUnlisted.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestUnlisted.classþ þ.CLASSþ þapplication/java-vmþ þ410þ þc5473d23edb6d9128df8e08cc813d069þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12403.classþ þþ
þST12404þ þST12404þ þST12404þ þST12404þ þST12404þ þST12404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/IGroupLoadEndListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGroupLoadEndListener.classþ þ.CLASSþ þapplication/java-vmþ þ198þ þ36534f3269be11bd7098ac918ff90f56þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12404.classþ þþ
þST12405þ þST12405þ þST12405þ þST12405þ þST12405þ þST12405þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/ILoadEndListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þILoadEndListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ203þ þca0de75f70dcacab27bd524dbc20c9beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12405.classþ þþ
þST12406þ þST12406þ þST12406þ þST12406þ þST12406þ þST12406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/IModule.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIModule.classþ þ.CLASSþ þapplication/java-vmþ þþ þ172þ þd30fc1ba2bcc188 6735748f72f2fafc0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12406.classþ þþ
þST12407þ þST12407þ þST12407þ þST12407þ þST12407þ þST12407þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/interval/HHMM.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þHHMM.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1729þ þ30aa3fcdeef b596e45607ef8b8583fa2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12407.classþ þþ
þST12408þ þST12408þ þST12408þ þST12408þ þST12408þ þST12408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/interval/IntervalCalendar.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervalCalendar.classþ þ.CLASSþ þapplication/java-v mþ þþ þ894þ þ5ba4e68bce6d99027a48e5db5c89f630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12408.classþ þþ
þST12409þ þST12409þ þST12409þ þST12409þ þST12409þ þST12409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/interval/IntervalInstrument.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervalInstrument.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ1074þ þdf9a5dcfde148c6137352bfc0fca1528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12409.classþ þþ
þST12410þ þST12410þ þST12410þ þST12410þ þST12410þ þST12410þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/interval/Intervals.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIntervals.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2374þ þc
deb4b7201cc2eea642ef2a84addf278þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12410.classþ þþ
þST12411þ þST12411þ þST12411þ þST12411þ þST12411þ þST12411þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/interval/MarketHHMM.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þMarketHHMM.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1947þ
þ0eec7183db41bbc0cf7de01df3d87be5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12411.classþ þþ
þST12412þ þST12412þ þST12412þ þST12412þ þST12412þ þST12412þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/interval/Util.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ872þ þ0b3eb20dcf75
e8d6dc7e98f14c2b25e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0001\ST12412.classþ þþ
þST12413þ þST12413þ þST12413þ þST12413þ þST12413þ þST12413þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/AttemptCounter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þAttemptCounter.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1128þ þ2c2267a79dee5de0dc8898cd2dcd8b1eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12413.classþ þþ
þST12414þ þST12414þ þST12414þ þST12414þ þST12414þ þST12414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/BufferedLoader.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þBufferedLoader.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1616þ þ5846868437ebb5421e1d7e0337f381dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12414.classþ þþ
þST12415þ þST12415þ þST12415þ þST12415þ þST12415þ þST12415þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/BufferedLoader$1.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þBufferedLoader$1.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ1392þ þd997204047ee1418c6a4f7662c86c53fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12415.classþ þþ
þST12416þ þST12416þ þST12416þ þST12416þ þST12416þ þST12416þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_Date_Time.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Date_Time.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ1018þ þbb6f39e0dda8f0505d626f6e1765dee7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12416.classþ þþ

þST12417þ þST12417þ þST12417þ þST12417þ þST12417þ þST12417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_Date_Time$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Date_Time$1.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1657þ þ08e26e574cb75fcbb94122ee4ccbeb72þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12417.classþ þþ
þST12418þ þST12418þ þST12418þ þST12418þ þST12418þ þST12418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_EarningsCalendar.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsCalendar.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ2152þ þc27ff4d5a6eb6756c30dba772bba65c3þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12418.classþ þþ
þST12419þ þST12419þ þST12419þ þST12419þ þST12419þ þST12419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_EarningsCalendar$1.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsCalendar$1.classþ þ.CLASSþ þ
application/java-vmþ þþ þ1726þ þc0316fb129824c2bb081bbe612827226þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12419.classþ þþ
þST12420þ þST12420þ þST12420þ þST12420þ þST12420þ þST12420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_EarningsWhisper.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsWhisper.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ2139þ þ08465af9a91f4d052159e9d5876c65cfþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12420.classþ þþ
þST12421þ þST12421þ þST12421þ þST12421þ þST12421þ þST12421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_EarningsWhisper$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsWhisper$1.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1721þ þ7a185cb73f61608804ff1df92c88b3ecþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12421.classþ þþ
þST12422þ þST12422þ þST12422þ þST12422þ þST12422þ þST12422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_ECHO.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_ECHO.classþ þ.CLASSþ þapplication/java-vmþ þþ þ964þ
þ436be7afc21c7d363b45d5657ced9277þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12422.classþ þþ
þST12423þ þST12423þ þST12423þ þST12423þ þST12423þ þST12423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/loaders/Loader_ECHO$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þLoader_ECHO$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1
649þ þd3fcc371e0d0ee977fa7233b3d1df7eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12423.classþ þþ
þST12424þ þST12424þ þST12424þ þST12424þ þST12424þ þST12424þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_Holidays.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Holidays.classþ þ.CLASSþ þapplication/java-vmþ þþ þþ þ3083þ þa817ff73ab71581047ff78addd7d81d98þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12424.classþ þþ

þST12425þ þST12425þ þST12425þ þST12425þ þST12425þ þST12425þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_Holidays$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Holidays $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1242þ þa1f1b3b7f3eae0e6ece82fe508066006þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST12425.classþ þþ

þST12426þ þST12426þ þST12426þ þST12426þ þST12426þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_IT.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_IT.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3377þ þ0d 9815cb6f2db53e31d20a1759f103f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12426.classþ þþ

þST12427þ þST12427þ þST12427þ þST12427þ þST12427þ þST12427þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_IT$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_IT$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1494 þ þd9cc4dc7e7085ca391cf68b43de1bf64þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12427.classþ þþ

þST12428þ þST12428þ þST12428þ þST12428þ þST12428þ þST12428þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_IT$1$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_IT$1$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8 74þ þ00f1c59e50ef522afcc43b4c46bf2ebbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12428.classþ þþ

þST12429þ þST12429þ þST12429þ þST12429þ þST12429þ þST12429þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_SectorMap.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_SectorMap.classþ þ.CLASSþ þapplication/java-v mþ þþ þ3511þ þb4b2dad9c99b40cc7f10bb131119e7c26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12429.classþ þþ

þST12430þ þST12430þ þST12430þ þST12430þ þST12430þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/Loader_SectorMap$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þLoader_SectorMap$1.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ2114þ þ0151170d9abdd5b1032e3184258183cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12430.classþ þþ

þST12431þ þST12431þ þST12431þ þST12431þ þST12431þ þST12431þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/loaders/MarketDay.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketDay.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3060þ þ16 a0a933f7ab2f823add4a660c5e7580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12431.classþ þþ

þST12432þ þST12432þ þST12432þ þST12432þ þST12432þ þST12432þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/LoadOnStartManager.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoadOnStartManager.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8670þ þ2b6ce80bac3f019e5993c5f994297883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12432.classþ þþ

þST12433þ þST12433þ þST12433þ þST12433þ þST12433þ þST12433þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/LoadOnStartManager$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þLoadOnStartManager $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ215þ þb912b08156219c4a4e26a639b165f3aaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ ST12433.classþ þþ

þST12434þ þST12434þ þST12434þ þST12434þ þST12434þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/LoadOnStartManager$LoadID.classþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þLoadOnStartManager $LoadID.classþ þ.CLASSþ þapplication/java-vmþ þþ þ424þ þ204b46d2ef45aaca66ae32f076a65 e88þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0001\ST12434.classþ þþ

þST12435þ þST12435þ þST12435þ þST12435þ þST12435þ þST12435þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/LoadOnStartManager$StartTask.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoadOnStartManager$StartTask.classþ þ.CLASSþ þap plication/java-vmþ þþ þ801þ þ42ab16bb6bec45e3ed46bce838a030bfþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12435.classþ þþ þST12436þ þST12436þ þST12436þ þST12436þ þST12436þ þST12436þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/MarketEntitlements.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þMarketEntitlements.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2450þ þe4b88f5632d1b324ebeb80089e800066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12436.classþ þþ

þST12437þ þST12437þ þST12437þ þST12437þ þST12437þ þST12437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/DayHL.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þDayHL.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1394þ þ9bdbd9a2e3 0155c338ffd1f2375cb89cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0001\ST12437.classþ þþ

þST12438þ þST12438þ þST12438þ þST12438þ þST12438þ þST12438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/FactoryQuote.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFactoryQuote.classþ þ.CLASSþ þapplication/java-vmþ þþ þ154 9þ þb8cba0b4d9a0815bd39ed49aa6b490fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12438.classþ þþ

þST12439þ þST12439þ þST12439þ þST12439þ þST12439þ þST12439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/FactoryTrade.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFactoryTrade.classþ þ.CLASSþ þapplication/java-vmþ þþ þ272 6þ þe7dbbfa7bf04b7775563f905a3fea3f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12439.classþ þþ

þST12440þ þST12440þ þST12440þ þST12440þ þST12440þ þST12440þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/FactoryTradeSerie.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þFactoryTradeSerie.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2654þ þ39a5c5c483660b02ccd834857736add1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12440.classþ þþ

þST12441þ þST12441þ þST12441þ þST12441þ þST12441þ þST12441þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/ICommon.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICommon.classþ þ.CLASSþ þapplication/java-vmþ þþ þ171þ þfa479b7 e971a130582b9140f82897a45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0001\ST12441.classþ þþ

þST12442þ þST12442þ þST12442þ þST12442þ þST12442þ þST12442þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/IDayHL.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDayHL.classþ þ.CLASSþ þapplication/java-vmþ þþ þ223þ þ9e2665ade 2c389fba88c595539addd7dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0001\ST12442.classþ þþ

þST12443þ þST12443þ þST12443þ þST12443þ þST12443þ þST12443þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/IShortQuote.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIShortQuote.classþ þ.CLASSþ þapplication/java-vmþ þþ þ321þ þ45fd60563e853ec69ba49dd795930ce9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12443.classþ þþ

þST12444þ þST12444þ þST12444þ þST12444þ þST12444þ þST12444þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/message/IShortTrade.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIShortTrade.classþ þ.CLASSþ þapplication/java-vmþ þþ þ348þ þf5a0787c40f44920757ea05098d8cb38þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12444.classþ þþ

þST12445þ þST12445þ þST12445þ þST12445þ þST12445þ þST12445þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/message/ITradeSerie.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITradeSerie.classþ þ.CLASSþ þapplication/java-vmþ þþ þ401þ
þ61274be9103fb3c5c9406837bf4d8da4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12445.classþ þþ
þST12446þ þST12446þ þST12446þ þST12446þ þST12446þ þST12446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/message/ShortQuote.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortQuote.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1125þ þ
4b1b7bb58d27c1da09d4a773ee240de9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12446.classþ þþ
þST12447þ þST12447þ þST12447þ þST12447þ þST12447þ þST12447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/message/ShortTrade.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortTrade.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1334þ þ
6610e17d68fc28f06d1fed6d2277e3c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12447.classþ þþ
þST12448þ þST12448þ þST12448þ þST12448þ þST12448þ þST12448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/message/TradeSerie.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeSerie.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1777þ þ
1e69eef62b0f07728bbd5bebde4f344fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12448.classþ þþ
þST12449þ þST12449þ þST12449þ þST12449þ þST12449þ þST12449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/cache/Cacher.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCacher.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2117
þ þc73da69085e71d74cbcfdcf3ea4f5903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12449.classþ þþ
þST12450þ þST12450þ þST12450þ þST12450þ þST12450þ þST12450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/cache/FCUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFCUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8003
þ þb1c168f91223f39f1df3511098f9f4f69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12450.classþ þþ
þST12451þ þST12451þ þST12451þ þST12451þ þST12451þ þST12451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/cache/FileCache.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFileCache.classþ þ.CLASSþ þapplication/java-vmþ þþ
 þ3037þ þ3a9fcf3372445ddee5339155ceac1e89þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12451.classþ þþ
þST12452þ þST12452þ þST12452þ þST12452þ þST12452þ þST12452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/cache/ICacher.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacher.classþ þ.CLASSþ þapplication/java-vmþ þþ þ20
6þ þ3a8bd72279e2d99cc256867754c1030cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12452.classþ þþ
þST12453þ þST12453þ þST12453þ þST12453þ þST12453þ þST12453þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/cache/ICacherWithKey.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacherWithKey.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ288þ þ7bb864f0db571854f04935b970ac5b6eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12453.classþ þþ
þST12454þ þST12454þ þST12454þ þST12454þ þST12454þ þST12454þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/cache/ICacherWithoutKey.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacherWithoutKey.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ258þ þ31780d824157d2c540b01cf356c0d6f3þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12454.classþ þþ
þST12455þ þST12455þ þST12455þ þST12455þ þST12455þ þST12455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/persistence/pref/AppFramesConfigPreferences.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppFramesConfigPreferences.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ3645þ þb3c54d031d94f0c47b9a1e7970da8912þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12455
.classþ þþ
þST12456þ þST12456þ þST12456þ þST12456þ þST12456þ þST12456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/redraw/Redrawable.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þRedrawable.classþ þ.CLASSþ þapplication/java-vmþ þþ þ141þ þ05
dbfc115f5dc0f895556703097237ceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12456.classþ þþ
þST12457þ þST12457þ þST12457þ þST12457þ þST12457þ þST12457þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/redraw/Redrawer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þRedrawer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2691þ þ5ce03
2528abc96870b1f41b5026ad372þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0001\ST12457.classþ þþ
þST12458þ þST12458þ þST12458þ þST12458þ þST12458þ þST12458þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/redraw/Redrawer$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þRedrawer$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1271þ þb1
7a88d2d1027f9eba965b5ed88906915þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12458.classþ þþ
þST12459þ þST12459þ þST12459þ þST12459þ þST12459þ þST12459þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/redraw/RedrawEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þRedrawEvent.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3479þ
þ5def5ac738f094a1ca85bcebc3729ce1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12459.classþ þþ
þST12460þ þST12460þ þST12460þ þST12460þ þST12460þ þST12460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/redraw/RedrawEvent$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þRedrawEvent
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ593þ þ3899þ23b4745b40c3416db8c875a5386þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\
ST12460.classþ þþ
þST12461þ þST12461þ þST12461þ þST12461þ þST12461þ þST12461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/redraw/RedrawEvent$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þRedrawEvent
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1614þ þ3d46f13727f14dffc779a41f791392d8þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12461.classþ þþ
þST12462þ þST12462þ þST12462þ þST12462þ þST12462þ þST12462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/reset/ResetManager.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þResetManager.classþ þ.CLASSþ þapplication/java-vmþ þþ þ639þ
þdb0af23ba9f341fe58b357b6dc1b5e0dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12462.classþ þþ
þST12463þ þST12463þ þST12463þ þST12463þ þST12463þ þST12463þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/reset/ResetManager$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þResetManager
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1664þ þ2aa2e04ce280492ee9f84740ec506c7cþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12463.classþ þþ
þST12464þ þST12464þ þST12464þ þST12464þ þST12464þ þST12464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/sectors/Sector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þSector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2372þ þe786e96b
8d789e601d878d20ba72ffa5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0001\ST12464.classþ þþ
þST12465þ þST12465þ þST12465þ þST12465þ þST12465þ þST12465þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/sectors/SectorMap.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þSectorMap.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1300þ þ46
67fd71f0dba755a1ef0e560d55281bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12465.classþ þþ

þST12466þ þST12466þ þST12466þ þST12466þ þST12466þ þST12466þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/service/ServiceConstants.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þServiceConstants.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2022þ þcd9df3a6d7fecc42ff05201f487bd53fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12466.classþ þþ

þST12467þ þST12467þ þST12467þ þST12467þ þST12467þ þST12467þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/DT.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þDT.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1901þ þ7f605f56c1075 13c8d4462f42e773726þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12467.classþ þþ

þST12468þ þST12468þ þST12468þ þST12468þ þST12468þ þST12468þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/L1Snapshot.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1Snapshot.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5337 þ þ51f94cfbf73009e296152fb591b95966þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12468.classþ þþ

þST12469þ þST12469þ þST12469þ þST12469þ þST12469þ þST12469þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/L1SnapshotFactory.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1SnapshotFactory.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ3155þ þ8f6daceed4040f612209dd736600cdf7þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12469.classþ þþ

þST12470þ þST12470þ þST12470þ þST12470þ þST12470þ þST12470þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/L1SnapshotStatic.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1SnapshotStatic.classþ þ.CLASSþ þapplication/java -vmþ þþ þ5702þ þed2a696e0a4f5cb70224a00489754399þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12470.classþ þþ

þST12471þ þST12471þ þST12471þ þST12471þ þST12471þ þST12471þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/Core/snapshotL1/ParserS.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þParserS.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1734þ þ52f e6fee97f61a4da26c6d65cedc324aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12471.classþ þþ

þST12472þ þST12472þ þST12472þ þST12472þ þST12472þ þST12472þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/SNAPSHOT_TODAY_14.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þSNAPSHOT_TODAY_14.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ985þ þc2495147bac70525aa7e96c1adf3ea7aþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12472.classþ þþ

þST12473þ þST12473þ þST12473þ þST12473þ þST12473þ þST12473þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/SNAPSHOT_TODAY_NOT_TRADED_13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSNAPSHOT_TODAY_NOT_TRADED_13.classþ þ .CLASSþ þapplication/java-vmþ þþ þ1027þ þ650994e426efd9eb1910e0f48b9abbe5þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12473.classþ þþ

þST12474þ þST12474þ þST12474þ þST12474þ þST12474þ þST12474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/snapshotL1/Unpacker.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUnpacker.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1046þ þ714feb7fa229c9bf7cfc371d04c96bd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12474.classþ þþ

þST12475þ þST12475þ þST12475þ þST12475þ þST12475þ þST12475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/handler/L1/StateHandlerL1.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerL1.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ1757þ þe397bcfb5af2eccd50df888156f2cc6cþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12475.classþ þþ

þST12476þ þST12476þ þST12476þ þST12476þ þST12476þ þST12476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ4321þ þ7f79b92704764ceaa8a733cfa0fde58bþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12476.classþ þþ

þST12477þ þST12477þ þST12477þ þST12477þ þST12477þ þST12477þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$1.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$1.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ1250þ þ0b23420bce33974269309cb129fb719aþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12477.classþ þþ

þST12478þ þST12478þ þST12478þ þST12478þ þST12478þ þST12478þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$10.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$10.classþ þ.CLASSþ þap plication/java-vmþ þþ þ1128þ þ89c43dad29857673f7373682412144aþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12478.classþ þþ

þST12479þ þST12479þ þST12479þ þST12479þ þST12479þ þST12479þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$11.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$11.classþ þ.CLASSþ þap plication/java-vmþ þþ þ1138þ þ03f7c9d0d37bc58d1b9c98e84ff36717þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12479.classþ þþ þST12480þ þST12480þ þST12480þ þST12480þ þST12480þ þST12480þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$12.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$12.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1140þ þbfc3985ddabc032979a0acf5ed29da7dþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12480.classþ þþ
þST12481þ þST12481þ þST12481þ þST12481þ þST12481þ þST12481þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$13.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$13.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1134þ þ31f4beb31223bd60cde8ab5535080ab2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12481.classþ þþ
þST12482þ þST12482þ þST12482þ þST12482þ þST12482þ þST12482þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$14.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$14.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1143þ þ7b5964b055b0d9eae04d7e0cac24beacþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12482.classþ þþ
þST12483þ þST12483þ þST12483þ þST12483þ þST12483þ þST12483þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$15.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$15.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1391þ þ324ec9d72e4e43e59511e70496c07338þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12483.classþ þþ
þST12484þ þST12484þ þST12484þ þST12484þ þST12484þ þST12484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$16.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$16.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1165þ þcf61726aa47aae23ce9bbffd9f4d8d74þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12484.classþ þþ
þST12485þ þST12485þ þST12485þ þST12485þ þST12485þ þST12485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$17.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$17.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1164þ þ3ba593951d0179097eaf3570b86d428dþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12485.classþ þþ
þST12486þ þST12486þ þST12486þ þST12486þ þST12486þ þST12486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$18.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$18.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1165þ þa09e834b1e17fd14d3abcb5ee3b9940eþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0001\ST12486.classþ þþ
þST12487þ þST12487þ þST12487þ þST12487þ þST12487þ þST12487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$19.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$19.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1164þ þ782169f2b8080f027bac96e1a802f208þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12487.classþ þþ
þST12488þ þST12488þ þST12488þ þST12488þ þST12488þ þST12488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$2.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$2.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1119þ þdd0f6557773cc12ddab15d09367bde2aþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12488.classþ þþ
þST12489þ þST12489þ þST12489þ þST12489þ þST12489þ þST12489þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$20.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$20.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1189þ þ481c06d1687d21f8bcee3046bcbcfb9dþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12489.classþ þþ
þST12490þ þST12490þ þST12490þ þST12490þ þST12490þ þST12490þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$21.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$21.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1199þ þa67b49337d72654212faea9adbc3744fþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12490.classþ þþ
þST12491þ þST12491þ þST12491þ þST12491þ þST12491þ þST12491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$22.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$22.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1195þ þ643ae71c9639c25e0e1646c13e8145a7þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12491.classþ þþ
þST12492þ þST12492þ þST12492þ þST12492þ þST12492þ þST12492þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$23.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$23.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1205þ þ88ad9058a22faddbf1c6fdf7bb6c8255þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12492.classþ þþ
þST12493þ þST12493þ þST12493þ þST12493þ þST12493þ þST12493þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$3.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$3.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1112þ þa874010ef1e3b51df5a748d583560f0eþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12493.classþ þþ
þST12494þ þST12494þ þST12494þ þST12494þ þST12494þ þST12494þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$4.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$4.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1112þ þd1bf32213d64f84b9369b5185f46667eþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12494.classþ þþ
þST12495þ þST12495þ þST12495þ þST12495þ þST12495þ þST12496þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$5.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$5.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1134þ þ3a9d3ce671cb5edea30b09bdca495d48þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12495.classþ þþ
þST12496þ þST12496þ þST12496þ þST12496þ þST12496þ þST12496þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$6.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$6.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1122þ þb7f735b11fdeb2d528c0642625733602þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12496.classþ þþ
þST12497þ þST12497þ þST12497þ þST12497þ þST12497þ þST12497þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$7.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$7.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1127þ þe0c366724ca815b811f23fb06d3617ecþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12497.classþ þþ
þST12498þ þST12498þ þST12498þ þST12498þ þST12498þ þST12498þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$8.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$8.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1131þ þ7be61fb817de401bbec8f2080c6a8c44þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12498.classþ þþ
þST12499þ þST12499þ þST12499þ þST12499þ þST12499þ þST12499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L1/StreamHandlerL1$9.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1$9.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1132þ þd935cf28b9675fc455b8840eb9def51dþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12499.classþ þþ
þST12500þ þST12500þ þST12500þ þST12500þ þST12500þ þST12500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/StateHandlerL2.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerL2.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1938þ þ7377b55fb3c2fbcbb06d0ed0423cd0e7þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12500.classþ þþ
þST12501þ þST12501þ þST12501þ þST12501þ þST12501þ þST12501þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/StreamHandlerL2.classþ þþ þþ þ0þ

þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL2.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ638þ þ741a530add7d395510748981e467dc13þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12501.classþ þþ
þST12502þ þST12502þ þST12502þ þST12502þ þST12502þ þST12502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/VersionedViewL2.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVersionedViewL2.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1655þ þd920365c0bbd1831d62fd1f606425f57þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12502.classþ þþ
þST12503þ þST12503þ þST12503þ þST12503þ þST12503þ þST12503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ1443þ þ4153e141d9ecb5bf8f345e67f0d050faþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12503.classþ þþ
þST12504þ þST12504þ þST12504þ þST12504þ þST12504þ þST12504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$1.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ731þ þ7b26f2d7084149e8394ddfedec5e28f6þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12504.classþ þþ
þST12505þ þST12505þ þST12505þ þST12505þ þST12505þ þST12505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$2.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$2.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1851þ þ388c32fd9e23614ca93db2cb0f191699þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12505.classþ þþ
þST12506þ þST12506þ þST12506þ þST12506þ þST12506þ þST12506þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$3.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$3.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1925þ þa1a09ffe929395142297dce484f4db09þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12506.classþ þþ
þST12507þ þST12507þ þST12507þ þST12507þ þST12507þ þST12507þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$4.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$4.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1941þ þd57baf6343d7d3fd027d04d8885a99caþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12507.classþ þþ
þST12508þ þST12508þ þST12508þ þST12508þ þST12508þ þST12508þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$5.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$5.classþ þ.CLASSþ þapplicat

ion/java-vmþ þþ þ1925þ þb1a67cc24c128e4f0a64e49d10ae82dcþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12508.classþ þþ
þST12509þ þST12509þ þST12509þ þST12509þ þST12509þ þST12509þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$6.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$6.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1941þ þ82be975be402741f31335d01267624dcþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12509.classþ þþ
þST12510þ þST12510þ þST12510þ þST12510þ þST12510þ þST12510þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$7.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$7.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1561þ þa281aa408e23e0d6fbc21adef7e59659þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12510.classþ þþ
þST12511þ þST12511þ þST12511þ þST12511þ þST12511þ þST12511þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$8.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$8.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1852þ þ2353c1dd6f4e7e6f18cb0cec12466db8þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12511.classþ þþ
þST12512þ þST12512þ þST12512þ þST12512þ þST12512þ þST12512þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewHandlerL2$9.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2$9.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1426þ þ768f7f62349e714988ed6bedaa8f3176þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12512.classþ þþ
þST12513þ þST12513þ þST12513þ þST12513þ þST12513þ þST12513þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewModelInstrumentL2.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewModelInstrumentL2.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ5446þ þa97e1e4456c6fac8ba2c672b0f1867bcþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12513.classþ
þþ
þST12514þ þST12514þ þST12514þ þST12514þ þST12514þ þST12514þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/L2/ViewModelL2.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewModelL2.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ3805þ þ7b23f79e3453e637ec0ac3a788622a78þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12514.classþ þþ
þST12515þ þST12515þ þST12515þ þST12515þ þST12515þ þST12515þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/StreamMessageHandler.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamMessageHandler.classþ þ.CLASSþ þa

pplication/java-vmþ þþ þ3441þ þ8aade1deccc78516e40b4b8e268938f1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12515.classþ þþ
þST12516þ þST12516þ þST12516þ þST12516þ þST12516þ þST12516þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/StreamMessageHandler$1.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamMessageHandler$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1332þ þ15190a5ae6269f5d40cd02bb6207164eþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12516.classþ þ
þ
þST12517þ þST12517þ þST12517þ þST12517þ þST12517þ þST12517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/StreamMessageHandler$DefaultPerform
er.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamMessageHandler$D
efaultPerformer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1078þ þf93781de700f20f2ea0e
42a05070a26dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0001\ST12517.classþ þþ
þST12518þ þST12518þ þST12518þ þST12518þ þST12518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/StreamMessageHandler$IPerformer.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamMessageHandler$IPerfor
mer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ272þ þ0d6d87579bcd23b956ec80a20fdbee1fþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12518.classþ þþ
þST12519þ þST12519þ þST12519þ þST12519þ þST12519þ þST12519þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/SY/StreamHandlerSY.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1150þ þ9500b20c1ea2567f1841de8e4fd4f970þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12519.classþ þþ
þST12520þ þST12520þ þST12520þ þST12520þ þST12520þ þST12520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/SY/StreamHandlerSY$1.classþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY$1.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ785þ þ63e9108377c8a2101ca616efca8ff8b9þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12520.classþ þþ
þST12521þ þST12521þ þST12521þ þST12521þ þST12521þ þST12521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/build/classes/core/streamer/handler/SY/StreamHandlerSY$2.classþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY$2.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1281þ þb166419f81f931352b7d42d8fff9e0f9þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12521.classþ þþ
þST12522þ þST12522þ þST12522þ þST12522þ þST12522þ þST12522þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/handler/SY/StreamHandlerSY$3.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY$3.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ1649þ þ2f7c70ee25e118646711f3d77876e0aeþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12522.classþ þþ þST12523þ þST12523þ þST12523þ þST12523þ þST12523þ þST12524þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/handler/SY/StreamHandlerSY$4.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY$4.classþ þ.CLASSþ þappl ication/java-vmþ þþ þ1336þ þ11507b805fd514626e931bd72cd89e75þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12523.classþ þþ þST12524þ þST12524þ þST12524þ þST12524þ þST12524þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/StateClient.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateClient.classþ þ.CLASSþ þapplication/java-vmþ þþ þ317þ þ0d2cd4fccc57ad259bdf4cd16a47431cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12524.classþ þþ þST12525þ þST12525þ þST12525þ þST12525þ þST12525þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/StateManifest.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateManifest.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 2096þ þ593290436bef37b1021c9ed0e275ea3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12525.classþ þþ þST12526þ þST12526þ þST12526þ þST12526þ þST12526þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/Streamer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1078þ þ2cc 4637b411e50d0af802b4663965754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12526.classþ þþ þST12527þ þST12527þ þST12527þ þST12527þ þST12527þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/StreamL1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamL1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2512þ þ1f6 8b8c9616891979b6c6c1f186bd185þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12527.classþ þþ þST12528þ þST12528þ þST12528þ þST12528þ þST12528þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/StreamL2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamL2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2906þ þ154 183781d18adc865bdff7c29b8d479þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12528.classþ þþ þST12529þ þST12529þ þST12529þ þST12529þ þST12529þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/build/classes/core/streamer/StreamSY.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þStreamSY.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1569þ þ308 97e3535ea00dc5c6789d875579505þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0001\ST12529.classþ þþ

þST12530þ þST12530þ þST12530þ þST12530þ þST12530þ þST12530þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/Util.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1016þ þ58f57094638 647f8f32a4644de11b8f5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0001\ST12530.classþ þþ

þST12531þ þST12531þ þST12531þ þST12531þ þST12531þ þST12531þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/Util$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1260þ þ0f87397762ff63b6e8a22314737a50ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST12531.classþ þþ

þST12532þ þST12532þ þST12532þ þST12532þ þST12532þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/streamer/VSListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVSListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3000þ þ938d85c630d7542ea5692d90cf3d22bcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12532.classþ þþ

þST12533þ þST12533þ þST12533þ þST12533þ þST12533þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/ta/TAType.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAType.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1390þ þf1a9fa3eb7637 c77ceee6c83e5127a98þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12533.classþ þþ

þST12534þ þST12534þ þST12534þ þST12534þ þST12534þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/ta/TAUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2102þ þa1898e90ae6b3 cf5d1bfc5f417ba0b42þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12534.classþ þþ

þST12535þ þST12535þ þST12535þ þST12535þ þST12535þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/ta/TAUtil$TAObject.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTAUtil$TAObject.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6 81þ þfb4b96f5ffb520fb9e4334f3cd585bbaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12535.classþ þþ

þST12536þ þST12536þ þST12536þ þST12536þ þST12536þ þST12536þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/ta/TAUtil$TAPart.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þTAUtil$TAPart.classþ þ.CLASSþ þapplication/java-vmþ þþ þ462þ þ d4a1b85c3be20b6372584c8eb7fdc0c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12536.classþ þþ

þST12537þ þST12537þ þST12537þ þST12537þ þST12537þ þST12537þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build/classes/core/table/TableUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5594þ þc28d 57631cf78f02d96be0372a109523þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0001\ST12537.classþ þþ

þST12538þ þST12538þ þST12538þ þST12538þ þST12538þ þST12538þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/build.xmlþ þþ þþ þ0þ þ1þ þST11839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbu ild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3800þ þ6c537b83590b5e254dc67c4037318d51þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0001\ST12538.xmlþ þþ

þST12539þ þST12539þ þST12539þ þST12539þ þST12539þ þST12539þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/dist/ccore.jarþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þccor e.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1389338þ þ35010020a54b2d035675aa89c0eb20 a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 001\ST12539.jarþ þþ

þST12540þ þST12540þ þST12540þ þST12540þ þST12540þ þST12540þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þc lib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ81590þ þ3f762679f429c042b7beadacf9e750 f0þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 001\ST12540.jarþ þþ

þST12541þ þST12541þ þST12541þ þST12541þ þST12541þ þST12541þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/dist/lib/dich.jarþ þþ þþ þ0þ þ1þ þST15014; ST20749; ST22138þ þþ þþ þþ þþ þþ þþ þþ þþ þdich.jarþ þ.JARþ þapplication/java-arc hiveþ þþ þ74052þ þced046dfecf530a35046b318a9cfc04eþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12541.jarþ þþ

þST12542þ þST12542þ þST12542þ þST12542þ þST12542þ þST12542þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/dist/lib/EarningsCalendar.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsCalendar.jarþ þ.JARþ þapplication/java-archiveþ þþ þ216685þ þ13f36 ad8fe88c18190828e3f5c7e454dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12542.jarþ þþ

þST12543þ þST12543þ þST12543þ þST12543þ þST12543þ þST12543þ þþ þ/Supplemental, Algorithmic, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þg ui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ823971þ þ50c001a3856e27e000215db03effe

7deþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0001\ST12543.jarþ þþ

þST12544þ þST12544þ þST12544þ þST12544þ þST12544þ þST12544þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/httputil.jarþ þþ þþ þ0þ þ1þ þST20751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þhttputil.jarþ þ.JARþ þapplication/java-archiveþ þþ þ25137þ þf33e1bae53e3f06
eb7c60f2817762401þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0001\ST12544.jarþ þþ

þST12545þ þST12545þ þST12545þ þST12545þ þST12545þ þST12545þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST21448;
ST22353þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1108930þ þ4e5726a62aba63f772c521d0139d2201þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12545.jarþ þþ

þST12546þ þST12546þ þST12546þ þST12546þ þST12546þ þST12546þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/jnlp.jarþ þþ þþ þ0þ þ1þ þST14257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þjnlp.jarþ þ.JARþ þapplication/java-archiveþ þþ þ7042þ þ2b41a8a759d727f096bb27c9
e4a20ce6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0001\ST12546.jarþ þþ

þST12547þ þST12547þ þST12547þ þST12547þ þST12547þ þST12547þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST15016; ST20753; ST22140; ST22354;
ST24023;
ST24145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12547.jarþ þþ

þST12548þ þST12548þ þST12548þ þST12548þ þST12548þ þST12548þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/msg.jarþ þþ þþ þ0þ þ1þ þST20754; ST23078;
ST24438þ þþ þþ þþ þþ þþ þþ þþ þþ þmsg.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ25753þ þf5e0cad954bff191fbe6328a44cf9bc1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12548.jarþ þþ

þST12549þ þST12549þ þST12549þ þST12549þ þST12549þ þST12549þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/oclib.jarþ þþ þþ þ0þ þ1þ þST21189;
ST21205þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þoclib.jarþ þ.JARþ þapplication/java-ar
chiveþ þþ þ18272þ þ067fd80d917f8500b80675564bd320aaþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12549.jarþ þþ

þST12550þ þST12550þ þST12550þ þST12550þ þST12550þ þST12550þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þsettings.jarþ þ.JARþ þapplication/java-archiveþ þþ þ229018þ þdb33b51dd09df484e0bc

3944ffcebd3bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0001\ST12550.jarþ þþ

þST12551þ þST12551þ þST12551þ þST12551þ þST12551þ þST12551þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/TDATrade.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTDATrade.jarþ þ.JARþ þapplication/java-archiveþ þþ þ698804þ þ6134a0e51adb6ab83274
60f73222ecc2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0001\ST12551.jarþ þþ

þST12552þ þST12552þ þST12552þ þST12552þ þST12552þ þST12552þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þvsclib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ193444þ þ147f70da21f397353bda9d27e
4a07853þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0001\ST12552.jarþ þþ

þST12553þ þST12553þ þST12553þ þST12553þ þST12553þ þST12553þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREA
DME.TXTþ þ.TXTþ þtext/plainþ þþ þ1321þ þd23ea3db779d155fb1bb1e4582015418þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12553.T
XTþ þTEXT\0001\ST12553.txtþ

þST12554þ þST12554þ þST12554þ þST12554þ þST12554þ þST12554þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ709þ þ3d3f4efbffd688f244da8aa803afcd2eþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
1\ST12554.txtþ þTEXT\0001\ST12554.txtþ

þST12555þ þST12555þ þST12555þ þST12555þ þST12555þ þST12555þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST14264; ST15023;
ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12555.txtþ þTEXT\0001\ST12555.txtþ
þST12556þ þST12556þ þST12558þ þST12556þ þST12558þ þST12556þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/22/
2011þ þ00:00:00þ þ2011-06-22T00:00:00-04:00þ þ1308715200þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ1013þ þfa0aafd12ab2d5eff997358490597d88þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12556.txtþ þTEXT
\0001\ST12556.txtþ

þST12559þ þST12559þ þST12559þ þST12559þ þST12559þ þST12559þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST12565þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-
impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ55617þ þ01e02eed219c6f9ff68b89e7aea9c
adaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0001\ST12559.xmlþ þþ

þST12560þ þST12560þ þST12560þ þST12560þ þST12560þ þST12560þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/text-base/build-impl.xml~.svn-baseþ þþ þþ þ0þ þ1þ þST12566
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml~.svn-baseþ þ.XMLþ þapplication
/xmlþ þþ þ48323þ þ6744b0fe0351a6942603b5171685f8e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12560.xmlþ þþ

þST12561þ þST12561þ þST12561þ þST12561þ þST12561þ þST12561þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST1
2567þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ364þ þ07c5c16e78d243cb6b17b6d32af565daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12561.txtþ þTEXT\0001\ST1256
1.txtþ

þST12562þ þST12562þ þST12563þ þST12562þ þST12563þ þST12562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST12
571þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ3452þ þbb42e27e97bf6d52bcc0d7fcd0cf73a1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12562.txtþ þTEXT\0001\ST12562
.txtþ

þST12564þ þST12564þ þST12564þ þST12564þ þST12564þ þST12564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST12572þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ
þ455þ þc95bd124cc6ffcd172dc3e90bf72742cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12564.xmlþ þþ

þST12565þ þST12565þ þST12565þ þST12565þ þST12565þ þST12565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST12559þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ55617þ þ01e02eed219c6f9ff68
b89e7aea9cadaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
 þNATIVES\0001\ST12565.xmlþ þþ

þST12566þ þST12566þ þST12566þ þST12566þ þST12566þ þST12566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/build-impl.xml~þ þþ þþ þ0þ þ1þ þST12560þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þbuild-impl.xml~þ þ.XMLþ þapplication/xmlþ þþ þ48323þ þ6744b0fe0351a6942
603b5171685f8e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0001\ST12566.xmlþ þþ

þST12567þ þST12567þ þST12567þ þST12567þ þST12567þ þST12567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST12561þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ364
þ þ07c5c16e78d243cb6b17b6d32af565daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12567.propertiesþ þþ
þST12568þ þST12568þ þST12568þ þST12568þ þST12568þ þST12568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þ
d41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12568.propertiesþ þþ
þST12569þ þST12569þ þST12569þ þST12569þ þST12569þ þST12569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST15039; ST21473;
ST23106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ254þ þa7e864693d74311f04d128a99ab817dcþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12569.propertiesþ
þþ
þST12570þ þST12570þ þST12570þ þST12570þ þST12570þ þST12570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ1270þ þ7e8932e35891618c8ec772a68
2afed57þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0001\ST12570.xmlþ þþ
þST12571þ þST12571þ þST12571þ þST12571þ þST12571þ þST12571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST12562þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ3452þ þbbb42e27e97bf6d52bcc0d7fcd0cf73a1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12571.propertiesþ þþ
þST12572þ þST12572þ þST12572þ þST12572þ þST12572þ þST12572þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST12564þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ455þ þc95bd124cc6ffcd172dc3e90bf7
2742cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0001\ST12572.xmlþ þþ
þST12573þ þST12573þ þST12573þ þST12573þ þST12573þ þST12573þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ85þ þbd8535a9a92614df278d5561d9c6babeþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST125
73.txtþ þTEXT\0001\ST12573.txtþ

þST12574þ þST12574þ þST12574þ þST12574þ þST12574þ þST12574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/11/2011þ þ00:00:00þ þ2011-11-11T00:00:00-05:00þ þ1320987600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ 256þ þ9b57a5f5100c64d4d06263a1bc3b2afaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12574.txtþ þTEXT\0001\ST12574.txtþ þST12575þ þST12575þ þST12575þ þST12575þ þST12575þ þST12575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þ35e7f6b367625ea23ebb5d253abd505bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\S T12575.txtþ þTEXT\0001\ST12575.txtþ
þST12576þ þST12576þ þST12576þ þST12576þ þST12576þ þST12576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/10/20 11þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ228þ þdb973100b40f7f053b33a3e487b2b7c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12576.txtþ þTEXT\0001\ST12576.txtþ
þST12577þ þST12577þ þST12577þ þST12577þ þST12577þ þST12577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ100þ þ5758d2bbe0918b53c380917e49263e7dþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12577.tx tþ þTEXT\0001\ST12577.txtþ
þST12578þ þST12578þ þST12578þ þST12578þ þST12578þ þST12578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ 11/10/2011þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901200þ þentriesþ þ.TXTþ þt ext/plainþ þþ þ233þ þ9eeef6b1454344af84f39f5b0857c3f0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12578.txtþ þTEXT\0001\ST12 578.txtþ
þST12579þ þST12579þ þST12579þ þST12579þ þST12579þ þST12579þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ105þ þ1981e2538078e946c7c34731353dc520þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12579.tx tþ þTEXT\0001\ST12579.txtþ
þST12580þ þST12580þ þST12581þ þST12580þ þST12581þ þST12580þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þ11/10/2011þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901200þ þentriesþ þ.T

XTþ þtext/plainþ þþ þ478þ þ000de6fa1366161564e9d82bdbbe98b7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12580.txtþ þTEXT\000 1\ST12580.txtþ

þST12582þ þST12582þ þST12583þ þST12582þ þST12583þ þST12582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2112þ þ052b3089 22c920c356f74b6ea8740e9cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12582.txtþ þTEXT\0001\ST12582.txtþ

þST12584þ þST12584þ þST12587þ þST12584þ þST12587þ þST12584þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/10/2011þ þ00:00:00þ þ2011-10-10T00:00:00-04:00þ þ1318219200þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ2040þ þd05172a9036d189cfd5b7015436dd308þ þ4þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12584.tx tþ þTEXT\0001\ST12584.txtþ

þST12588þ þST12588þ þST12603þ þST12588þ þST12603þ þST12588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/DataCenter.java.svn-b aseþ þþ þþ þ0þ þ1þ þST12623þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ34794þ þ0993e6140fcbe2e9191f6ac682889510þ þ16þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12588.tx tþ þTEXT\0001\ST12588.txtþ

þST12604þ þST12604þ þST12606þ þST12604þ þST12606þ þST12604þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/EFInstrumentArray.jav a.svn-baseþ þþ þþ þ0þ þ1þ þST12624þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFInstrumentA rray.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4614þ þc24de033678c043b7a7e15a1f3cb9806þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 1\ST12604.txtþ þTEXT\0001\ST12604.txtþ

þST12607þ þST12607þ þST12608þ þST12607þ þST12608þ þST12607þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/EFMarketInstruments.j ava.svn-baseþ þþ þþ þ0þ þ1þ þST12625þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMarketIns truments.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3749þ þa5c7cd00e0754f6cd60afb702d6451 a8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0001\ST12607.txtþ þTEXT\0001\ST12607.txtþ

þST12609þ þST12609þ þST12609þ þST12609þ þST12609þ þST12609þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/L2Listener.java.svn-b aseþ þþ þþ þ0þ þ1þ þST12626þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL2Listener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ627þ þb97f8ad2a9d0c917275bf2292546b1edþ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12609.txtþ þ TEXT\0001\ST12609.txtþ

þST12610þ þST12610þ þST12610þ þST12610þ þST12610þ þST12610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/LoadState.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST12627þ þþ þþ þþ þþ þþ þþ þþ þ09/13/2007þ þ00:00:00þ þ2007-09-
13T00:00:00-04:00þ þ1189656000þ þLoadState.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ132
9þ þe84a215c0789cd3c1fa0d0392b35e5b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12610.txtþ þTEXT\0001\ST12610.txtþ
þST12611þ þST12611þ þST12611þ þST12611þ þST12611þ þST12611þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/LocalSeqNum.java.svn-
baseþ þþ þþ þ0þ þ1þ þST12628þ þþ þþ þþ þþ þþ þþ þþ þ10/24/2007þ þ00:00:00þ þ2007-1
0-24T00:00:00-04:00þ þ1193198400þ þLocalSeqNum.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ1215þ þa8db69250d893012acf16d9766929595þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12611.txtþ þTEXT\0001\ST12611.txtþ
þST12612þ þST12612þ þST12613þ þST12612þ þST12613þ þST12612þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/MarketNameSelector.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST12629þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNameSe
lector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3099þ þe3fc5e3b2911464e49748e73c771abd2
þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
001\ST12612.txtþ þTEXT\0001\ST12612.txtþ
þST12614þ þST12614þ þST12614þ þST12614þ þST12614þ þST12614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/NewsProviderManager.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsProvide
rManager.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1348þ þeac364b83fff7f40af441822517e87
9fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0001\ST12614.txtþ þTEXT\0001\ST12614.txtþ
þST12615þ þST12615þ þST12616þ þST12615þ þST12616þ þST12615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/RTSubscribers.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST12631þ þþ þþ þþ þþ þþ þþ þþ þ08/31/2007þ þ00:00:00þ þ2007
-08-31T00:00:00-04:00þ þ1188532800þ þRTSubscribers.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ2733þ þ168895601d0203b6c1e1d14862d7470fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12615.txtþ þTEXT\0001\ST12615.txtþ
þST12617þ þST12617þ þST12617þ þST12617þ þST12617þ þST12617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/SeqNum.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST12632þ þþ þþ þþ þþ þþ þþ þþ þ10/24/2007þ þ00:00:00þ þ2007-10-24T
00:00:00-04:00þ þ1193198400þ þSeqNum.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1617þ þ1b2
6eaf6d4ab194f04f2c5a563d77b81þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12617.txtþ þTEXT\0001\ST12617.txtþ
þST12618þ þST12618þ þST12619þ þST12618þ þST12619þ þST12618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/TickerMarket.java.svn
-baseþ þþ þþ þ0þ þ1þ þST12633þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarket.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ2496þ þ192f4013ab2c17a555464dc3188293c5þ þ2þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12618.
txtþ þTEXT\0001\ST12618.txtþ
þST12620þ þST12620þ þST12621þ þST12620þ þST12621þ þST12620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/TickerMarketMap.java.
svn-baseþ þþ þþ þ0þ þ1þ þST12634þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketMap
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3859þ þ837713750dcdfddff59a5b61a349172eþ þ2þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST
12620.txtþ þTEXT\0001\ST12620.txtþ
þST12622þ þST12622þ þST12622þ þST12622þ þST12622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/.svn/text-base/TickerUtil.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST12635þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerUtil.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1170þ þa3c582339ee1a66009d0d9d2a341b984þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12622.txtþ
þTEXT\0001\ST12622.txtþ
þST12623þ þST12623þ þST12623þ þST12623þ þST12623þ þST12623þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/DataCenter.javaþ þþ þþ þ0þ þ1þ þST1258
8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenter.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ34794þ þ0993e6140fcbe2e9191f6ac682889510þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12623.javaþ þþ
þST12624þ þST12624þ þST12624þ þST12624þ þST12624þ þST12624þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/EFInstrumentArray.javaþ þþ þþ þ0þ þ1þ
þST12604þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFInstrumentArray.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ4614þ þc24de033678c043b7a7e15a1f3cb9806þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12624.javaþ þþ
þST12625þ þST12625þ þST12625þ þST12625þ þST12625þ þST12625þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/EFMarketInstruments.javaþ þþ þþ þ0þ þ
1þ þST12607þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMarketInstruments.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ3749þ þa5c7cd00e0754f6cd60afb702d6451a8þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12625.javaþ þþ
þST12626þ þST12626þ þST12626þ þST12626þ þST12626þ þST12626þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/L2Listener.javaþ þþ þþ þ0þ þ1þ þST1260
9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL2Listener.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ627þ þb97f8ad2a9d0c917275bf2292546b1edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12626.javaþ þþ

þST12627þ þST12627þ þST12627þ þST12627þ þST12627þ þST12627þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/LoadState.javaþ þþ þþ þ0þ þ1þ þST12610
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoadState.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ1329þ þe84a215c0789cd3c1fa0d0392b35e5b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12627.javaþ þþ
þST12628þ þST12628þ þST12628þ þST12628þ þST12628þ þST12628þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/LocalSeqNum.javaþ þþ þþ þ0þ þ1þ þST126
11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLocalSeqNum.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1215þ þa8db69250d893012acf16d9766929595þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12628.javaþ þþ
þST12629þ þST12629þ þST12629þ þST12629þ þST12629þ þST12629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/MarketNameSelector.javaþ þþ þþ þ0þ þ1
þ þST12612þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNameSelector.javaþ þ.JAVAþ þte
xt/x-java-sourceþ þþ þ3099þ þe3fc5e3b2911464e49748e73c771abd2þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12629.javaþ þþ
þST12630þ þST12630þ þST12630þ þST12630þ þST12630þ þST12630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/NewsProviderManager.javaþ þþ þþ þ0þ þ
1þ þST12614þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsProviderManager.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ1348þ þeac364b83fff7f40af441822517e879fþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12630.javaþ þþ
þST12631þ þST12631þ þST12631þ þST12631þ þST12631þ þST12631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/RTSubscribers.javaþ þþ þþ þ0þ þ1þ þST1
2615þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRTSubscribers.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ2733þ þ168895601d0203b6c1e1d14862d7470fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12631.javaþ þþ
þST12632þ þST12632þ þST12632þ þST12632þ þST12632þ þST12632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/SeqNum.javaþ þþ þþ þ0þ þ1þ þST12617þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSeqNum.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ161
7þ þ1b26eaf6d4ab194f04f2c5a563d77b81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12632.javaþ þþ
þST12633þ þST12633þ þST12633þ þST12633þ þST12633þ þST12633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/datacenter/TickerMarket.javaþ þþ þþ þ0þ þ1þ þST12
618þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarket.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ2496þ þ192f4013ab2c17a555464dc3188293c5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12633.javaþ þþ
þST12634þ þST12634þ þST12634þ þST12634þ þST12634þ þST12634þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/TickerMarketMap.javaþ þþ þþ þ0þ þ1þ þS T12620þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketMap.javaþ þ.JAVAþ þtext/x-j ava-sourceþ þþ þ3859þ þ837713750dcdfddff59a5b61a349172eþ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12634.javaþ þþ þST12635þ þST12635þ þST12635þ þST12635þ þST12635þ þST12635þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/datacenter/TickerUtil.javaþ þþ þþ þ0þ þ1þ þST1262 2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerUtil.javaþ þ.JAVAþ þtext/x-java-source þ þþ þ1170þ þa3c582339ee1a66009d0d9d2a341b984þ þþ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ  þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0001\ST12635.javaþ þþ þST12636þ þST12636þ þST12636þ þST12636þ þST12636þ þST12636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ998þ þ9a4a487a6a653c 20a2710da6921033f1þ þ1þ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0001\ST12636.txtþ þTEXT\0001\ST12636.txtþ þST12637þ þST12637þ þST12638þ þST12637þ þST12638þ þST12637þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/25/2011þ þ00:00:00þ þ2011-04-25T00:00:00-04:00þ þ1303704000þ þentrie sþ þ.TXTþ þtext/plainþ þþ þ1039þ þ347a951f5ce88da3403a2da93aee13e6þ þ2þ þþ þþ þ0þ þþ þ þ þþ þþ þþ þ0þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12637.txtþ þT EXT\0001\ST12637.txtþ þST12639þ þST12639þ þST12639þ þST12639þ þST12639þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/text-base/ApplicationEvent.java.svn- baseþ þþ þþ þ0þ þ1þ þST12645þ þþ þþ þþ þþ þþ þþ þþ þ09/30/2007þ þ00:00:00þ þ2007-0 9-30T00:00:00-04:00þ þ1191124800þ þApplicationEvent.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ1111þ þ867365e2a11af64e044a73e2eea67f3aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12639.txtþ þTEXT \0001\ST12639.txtþ þST12640þ þST12640þ þST12640þ þST12640þ þST12640þ þST12640þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/text-base/ApplicationEventType.java. svn-baseþ þþ þþ þ0þ þ1þ þST12646þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/30/2007þ þ00:00:00þ þ20 07-09-30T00:00:00-04:00þ þ1191124800þ þApplicationEventType.java.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ801þ þ710141eb8571db9408ed76a558c77219þ þ1þ þ0þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12640.txtþ þTEXT\0001\ST12 640.txtþ þST12641þ þST12641þ þST12641þ þST12641þ þST12641þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/text-base/EventCenter.java.svn-baseþ

þþ þþ þ0þ þ1þ þST12647þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEventCenter.java.svn-bas eþ þ.TXTþ þtext/plainþ þþ þ1420þ þ3eedc247d00a0c414053ad9d8d610253þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12641.txtþ þT EXT\0001\ST12641.txtþ

þST12642þ þST12642þ þST12642þ þST12642þ þST12642þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/text-base/EventRequester.java.svn-ba seþ þþ þ0þ þ1þ þST12648þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEventRequester.java.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ264þ þecd7852a54af865af38ca6c4885ca8f5þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12642.tx tþ þTEXT\0001\ST12642.txtþ

þST12643þ þST12643þ þST12643þ þST12643þ þST12643þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/text-base/OPERATION.java.svn-baseþ þ þ þþ þ0þ þ1þ þST12649þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/30/2007þ þ00:00:00þ þ2007-11-30T0 0:00:00-05:00þ þ1196398800þ þOPERATION.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ316þ þf2 5a86b72356b5fa632e16b3d3369dabþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12643.txtþ þTEXT\0001\ST12643.txtþ

þST12644þ þST12644þ þST12644þ þST12644þ þST12644þ þST12644þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/.svn/text-base/RESULT.java.svn-baseþ þþ þþ þ0þ þ1þ þST12650þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/30/2007þ þ00:00:00þ þ2007-11-30T00:00 :00-05:00þ þ1196398800þ þRESULT.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ319þ þ910769d44 2dcdac80fa4004afeb1a13dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0002\ST12644.txtþ þTEXT\0001\ST12644.txtþ

þST12645þ þST12645þ þST12645þ þST12645þ þST12645þ þST12645þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/ApplicationEvent.javaþ þþ þþ þ0þ þ1þ þST126 39þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þApplicationEvent.javaþ þ.JAVAþ þtext/x-java -sourceþ þþ þ1111þ þ867365e2a11af64e044a73e2eea67f3aþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12645.javaþ þþ

þST12646þ þST12646þ þST12646þ þST12646þ þST12646þ þST12646þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/ApplicationEventType.javaþ þþ þþ þ0þ þ1þ þS T12640þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þApplicationEventType.javaþ þ.JAVAþ þtex t/x-java-sourceþ þþ þ801þ þ710141eb8571db9408ed76a558c77219þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12646.javaþ þþ

þST12647þ þST12647þ þST12647þ þST12647þ þST12647þ þST12647þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/event/EventCenter.javaþ þþ þþ þ0þ þ1þ þST12641þ þ þ þþ þþ þþ þþ þþ þþ þþ þEventCenter.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ þ1420þ þ3eedc247d00a0c414053ad9d8d610253þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12647.javaþ þþ

þST12648þ þST12648þ þST12648þ þST12648þ þST12648þ þST12648þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/event/EventRequester.javaþ þþ þþ þ0þ þ1þ þST12642
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEventRequester.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ264þ þecd7852a54af865af38ca6c4885ca8f5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12648.javaþ þþ
þST12649þ þST12649þ þST12649þ þST12649þ þST12649þ þST12649þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/event/OPERATION.javaþ þþ þþ þ0þ þ1þ þST12643þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOPERATION.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ31
6þ þf25a86b72356b5fa632e16b3d3369dabþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12649.javaþ þþ
þST12650þ þST12650þ þST12650þ þST12650þ þST12650þ þST12650þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/event/RESULT.javaþ þþ þþ þ0þ þ1þ þST12644þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRESULT.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ319þ þ91
0769d442dcdac80fa4004afeb1a13dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12650.javaþ þþ
þST12651þ þST12651þ þST12651þ þST12651þ þST12651þ þST12651þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/executor/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ454þ þ5b4b107a29
f086aaae47f02c40afa6b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST12651.txtþ þTEXT\0001\ST12651.txtþ
þST12652þ þST12652þ þST12652þ þST12652þ þST12652þ þST12652þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/executor/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þ03/30/2011þ þ00:00:00þ þ2011
-03-30T00:00:00-04:00þ þ1301457600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ519þ þ9f43edbdd2
56d7788332dc547a627841þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST12652.txtþ þTEXT\0001\ST12652.txtþ
þST12653þ þST12653þ þST12653þ þST12653þ þST12653þ þST12653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/executor/.svn/text-base/AsynchronousTaskExecuto
r.java.svn-baseþ þþ þþ þ0þ þ1þ þST12655þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAsynchro
nousTaskExecutor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ859þ þf3c1bb01f9eba34ecbc45df
6f2240701þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
NATIVES\0002\ST12653.txtþ þTEXT\0001\ST12653.txtþ
þST12654þ þST12654þ þST12654þ þST12654þ þST12654þ þST12654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/executor/.svn/text-base/SingleThreadExecutor.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST12656þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSingleThread
Executor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1020þ þ486d61de342d51903b4adec0e07085
59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0002\ST12654.txtþ þTEXT\0001\ST12654.txtþ
þST12655þ þST12655þ þST12655þ þST12655þ þST12655þ þST12655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/executor/AsynchronousTaskExecutor.javaþ þþ þþ þ0
þ þ1þ þST12653þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAsynchronousTaskExecutor.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ859þ þf3c1bb01f9eba34ecbc45df6f2240701þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12655.java
þ þþ
þST12656þ þST12656þ þST12656þ þST12656þ þST12656þ þST12656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/executor/SingleThreadExecutor.javaþ þþ þþ þ0þ þ1
þ þST12654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSingleThreadExecutor.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ1020þ þ486d61de342d51903b4adec0e0708559þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12656.javaþ þþ
þST12657þ þST12657þ þST12658þ þST12657þ þST12658þ þST12657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1730þ þb47017d6e506
fe015830b7ee0cd37f4eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0002\ST12657.txtþ þTEXT\0001\ST12657.txtþ
þST12659þ þST12659þ þST12663þ þST12659þ þST12663þ þST12659þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ09/13/2011þ þ00:00:00þ þ2011-09-13T00:00:00-04:00þ þ1315886400þ þentr
iesþ þ.TXTþ þtext/plainþ þþ þ1817þ þ994437dc52e2e2bb1f96faeb9382732cþ þ5þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12659.txtþ þ
TEXT\0001\ST12659.txtþ
þST12664þ þST12664þ þST12667þ þST12664þ þST12667þ þST12664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/FrameCenter.java.svn-base
þ þþ þþ þ0þ þ1þ þST12695þ þþ þþ þþ þþ þþ þ09/06/2007þ þ00:00:00þ þ2007-09-06
T00:00:00-04:00þ þ1189051200þ þFrameCenter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ708
9þ þ07cb35ec9378e753132a027a4c95d085þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12664.txtþ þTEXT\0001\ST12664.txtþ
þST12668þ þST12668þ þST12670þ þST12668þ þST12670þ þST12668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/GCStamper.java.svn-baseþ
þþ þþ þ0þ þ1þ þST12696þ þþ þþ þþ þþ þþ þþ þþ þGCStamper.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ6547þ þ94fa7f04a7a52f081158d4976b6da09cþ þ3þ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12668.txtþ þTEXT
\0001\ST12668.txtþ
þST12671þ þST12671þ þST12672þ þST12671þ þST12672þ þST12671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/GlobalSettingFrameMng.java.svn-baseþ þþ þþ þ0þ þ1þ þST12697þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/17/2007þ þ00:00:00þ þ 2007-09-17T00:00:00-04:00þ þ1190001600þ þGlobalSettingFrameMng.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3826þ þb981f4814ff4f8d246875dfc5069a3dbþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12671.txtþ þTEXT\0001\S T12671.txtþ

þST12673þ þST12673þ þST12676þ þST12673þ þST12676þ þST12673þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/GUIConstants.java.svn-bas eþ þþ þþ þ0þ þ1þ þST12698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIConstants.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ10535þ þb9c19beae9031def60c86f14b9c0cbefþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST12673.txtþ þTEXT\0001\ST12673.txtþ

þST12677þ þST12677þ þST12677þ þST12677þ þST12677þ þST12677þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/IFrame.java.svn-baseþ þþ þ1þ þ0þ þ1þ þST12699þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/06/2007þ þ00:00:00þ þ2007-09-06T00:0 0:00-04:00þ þ1189051200þ þIFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ799þ þf86fcad2 230d94e16de101baeb4c7ae0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12677.txtþ þTEXT\0001\ST12677.txtþ

þST12678þ þST12678þ þST12678þ þST12677þ þST12678þ þST12678þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/IFrameCenterManager.java. svn-baseþ þþ þþ þ0þ þ1þ þST12700þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ20 07-10-05T00:00:00-04:00þ þ1191556800þ þIFrameCenterManager.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ945þ þcbae73dc92816dbc2374a3d2a8d23dfeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST12678.txtþ þTEXT\0001\ST12678.txtþ

þST12679þ þST12679þ þST12681þ þST12679þ þST12681þ þST12679þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/IPlatform.java.svn-baseþ þþ þþ þ0þ þ1þ þST12701þ þþ þþ þþ þþ þþ þþ þþ þþ þIPlatform.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4021þ þbeba00c3f2afcae61e1144ce3147d537þ þ3þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12679.txtþ þTEXT \0001\ST12679.txtþ

þST12682þ þST12682þ þST12682þ þST12682þ þST12682þ þST12682þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/IRedrawable.java.svn-base þ þþ þþ þ0þ þ1þ þST12702þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRedrawable.java.svn- baseþ þ.TXTþ þtext/plainþ þþ þ233þ þ8f850d475eaeb6cb22eaca10072e8249þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12682.txtþ þ TEXT\0001\ST12682.txtþ

þST12683þ þST12683þ þST12683þ þST12683þ þST12683þ þST12683þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/IWatchLists.java.svn-base
þ þþ þþ þþ þ0þ þ1þ þST12703þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchLists.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1712þ þbf1df114f81476ff19ce97f5523108daþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12683.txtþ
þTEXT\0001\ST12683.txtþ
þST12684þ þST12684þ þST12684þ þST12684þ þST12684þ þST12684þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/IWList.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST12704þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWList.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ254þ þ2d1096866b2a33d4f045a0baaf92a5ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12684.txtþ þTEXT\0001\ST
12684.txtþ
þST12685þ þST12685þ þST12694þ þST12685þ þST12694þ þST12685þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/.svn/text-base/TradingManager.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST12705þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingManager.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ20367þ þbe9a62fc3faa7da6c7d0b34e6915bf5cþ þ10þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1268
5.txtþ þTEXT\0001\ST12685.txtþ
þST12695þ þST12695þ þST12695þ þST12695þ þST12695þ þST12695þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/FrameCenter.javaþ þþ þþ þ0þ þ1þ þST12664þ
þþ þþ þþ þþ þþ þþ þþ þFrameCenter.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ7089þ þ07cb35ec9378e753132a027a4c95d085þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12695.javaþ þþ
þST12696þ þST12696þ þST12696þ þST12696þ þST12696þ þST12696þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/GCStamper.javaþ þþ þþ þ0þ þ1þ þST12668þ þþ
þþ þþ þþ þþ þþ þþ þþ þGCStamper.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6
547þ þ94fa7f04a7a52f081158d4976b6da09cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12696.javaþ þþ
þST12697þ þST12697þ þST12697þ þST12697þ þST12697þ þST12697þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/GlobalSettingFrameMng.javaþ þþ þþ þ0þ þ1þ
þST12671þ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalSettingFrameMng.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ3826þ þb981f4814ff4f8d246875dfc5069a3dbþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12697.javaþ þþ
þST12698þ þST12698þ þST12698þ þST12698þ þST12698þ þST12698þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/GUIConstants.javaþ þþ þþ þ0þ þ1þ þST12673þ
 þþ þþ þþ þþ þþ þþ þþ þGUIConstants.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ10535þ þb9c19beae9031def60c86f14b9c0cbefþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12698.javaþ þþ
þST12699þ þST12699þ þST12699þ þST12699þ þST12699þ þST12699þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/IFrame.javaþ þþ þþ þ0þ þ1þ þST12677þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ799þ þf
86fcad2230d94e16de101baeb4c7ae0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12699.javaþ þþ
þST12700þ þST12700þ þST12700þ þST12700þ þST12700þ þST12700þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/IFrameCenterManager.javaþ þþ þþ þ0þ þ1þ þS
T12678þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrameCenterManager.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ945þ þcbae73dc92816dbc2374a3d2a8d23dfeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12700.javaþ þþ
þST12701þ þST12701þ þST12701þ þST12701þ þST12701þ þST12701þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/IPlatform.javaþ þþ þþ þ0þ þ1þ þST12679þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPlatform.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4
021þ þbeba00c3f2afcae61e11144ce3147d537þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12701.javaþ þþ
þST12702þ þST12702þ þST12702þ þST12702þ þST12702þ þST12702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/IRedrawable.javaþ þþ þþ þ0þ þ1þ þST12682þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRedrawable.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ233þ þ8f850d475eaeb6cb22eaca10072e8249þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12702.javaþ þþ
þST12703þ þST12703þ þST12703þ þST12703þ þST12703þ þST12703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/IWatchLists.javaþ þþ þþ þ0þ þ1þ þST12683þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchLists.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ1712þ þbf1df114f81476ff19ce97f5523108daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12703.javaþ þþ
þST12704þ þST12704þ þST12704þ þST12704þ þST12704þ þST12704þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/IWList.javaþ þþ þþ þ0þ þ1þ þST12684þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWList.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ254þ þ2
d1096866b2a33d4f045a0baaf92a5ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12704.javaþ þþ
þST12705þ þST12705þ þST12705þ þST12705þ þST12705þ þST12705þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/TradingManager.javaþ þþ þþ þ0þ þ1þ þST1268
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingManager.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ20367þ þbe9a62fc3faa7da6c7d0b34e6915bf5cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12705.javaþ þþ
þST12706þ þST12706þ þST12706þ þST12706þ þST12706þ þST12706þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/unplatform/.svn/all-wcpropsþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ436þ þ7
418554f53a1543d0c78658e9ab80b00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12706.txtþ þTEXT\0001\ST12706.txtþ
þST12707þ þST12707þ þST12707þ þST12707þ þST12707þ þST12707þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/unplatform/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/19/2011þ þ00:00:00þ þ2011-01-19T00:00:00-05:00þ þ129541
3200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ497þ þc992c71dc0256a680e1c1a55a5711f26þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12
707.txtþ þTEXT\0001\ST12707.txtþ
þST12708þ þST12708þ þST12708þ þST12708þ þST12708þ þST12708þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/unplatform/.svn/text-base/IUPFrame.java.
svn-baseþ þþ þþ þ0þ þ1þ þST12711þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIUPFrame.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ356þ þcece743f60cb9c9ea65e1340e56485e2þ þ1þ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12708.tx
tþ þTEXT\0001\ST12708.txtþ
þST12709þ þST12709þ þST12710þ þST12709þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/unplatform/.svn/text-base/UPFrameCenter.
java.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST12712þ þþ þþ þþ þþ þþ þþ þþ þþ þUPFrameCen
ter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1949þ þ6dc27626ecc2e751c3586eecf501e5c2þ þ
2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST12709.txtþ þTEXT\0001\ST12709.txtþ
þST12711þ þST12711þ þST12711þ þST12711þ þST12711þ þST12711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/unplatform/IUPFrame.javaþ þþ þþ þ0þ þ1þ þS
T12708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIUPFrame.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ356þ þcece743f60cb9c9ea65e1340e56485e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12711.javaþ þþ
þST12712þ þST12712þ þST12712þ þST12712þ þST12712þ þST12712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/frames/unplatform/UPFrameCenter.javaþ þþ þþ þ0þ
þ1þ þST12709þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUPFrameCenter.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ1949þ þ6dc27626ecc2e751c3586eecf501e5c2þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12712.javaþ þþ
þST12713þ þST12713þ þST12713þ þST12713þ þST12713þ þST12713þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ574þ þ2b8608d94
2868136b0f00038ab7eec78þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST12713.txtþ þTEXT\0001\ST12713.txtþ

þST12714þ þST12714þ þST12715þ þST12714þ þST12715þ þST12714þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/10/2011þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ746þ þ9fc0777a62c23b03a629139f9fd4a8dfþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST12714.txtþ þTEXT\0001\ST12714.txtþ

þST12716þ þST12716þ þST12716þ þST12716þ þST12716þ þST12716þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/.svn/text-base/IBordered.java.svn-ba seþ þþ þþ þ0þ þ1þ þST12736þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIBordered.java.svn-ba seþ þ.TXTþ þtext/plainþ þþ þ314þ þa40c1d53b82c42e9884d2ab0720e0cb1þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12716.txtþ þT EXT\0001\ST12716.txtþ

þST12717þ þST12717þ þST12718þ þST12717þ þST12718þ þST12717þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/.svn/text-base/IDataInstrument.java. svn-baseþ þþ þþ þ0þ þ1þ þST12737þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/21/2007þ þ00:00:00þ þ20 07-08-21T00:00:00-04:00þ þ1187668800þ þIDataInstrument.java.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ2697þ þf45b97b4b14c797ddc3eed9da9c6081bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST12717.txtþ þTEXT\0001\ST12717.txtþ

þST12719þ þST12719þ þST12719þ þST12719þ þST12719þ þST12719þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/.svn/text-base/InstrumentType.java.s vn-baseþ þþ þþ þ0þ þ1þ þST12738þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/2007þ þ00:00:00þ þ200 7-08-31T00:00:00-04:00þ þ1188532800þ þInstrumentType.java.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ454þ þfe4f78699efec845c82541284e31391cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12719.txtþ þTEXT \0001\ST12719.txtþ

þST12720þ þST12720þ þST12720þ þST12720þ þST12720þ þST12720þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/ask/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ564þ þ98446094d4285b7c90ecaded8590aef9þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12720.tx tþ þTEXT\0001\ST12720.txtþ

þST12721þ þST12721þ þST12721þ þST12721þ þST12721þ þST12721þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/ask/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ126802440 0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ573þ þ7b99fb9f20b994d752bc31c87b64c040þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1272 1.txtþ þTEXT\0001\ST12721.txtþ

þST12722þ þST12722þ þST12722þ þST12722þ þST12722þ þST12722þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/ask/.svn/text-base/Ask.java.svn-base
þ þþ þþ þþ þ0þ þ1þ þST12725þ þþ þþ þþ þþ þþ þþ þþ þ09/10/2007þ þ00:00:00þ þ2007-09-10
T00:00:00-04:00þ þ1189396800þ þAsk.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1046þ þ969c2
c62a9dc0f69e20bd481fa4c8a96þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0002\ST12722.txtþ þTEXT\0001\ST12722.txtþ
þST12723þ þST12723þ þST12723þ þST12723þ þST12723þ þST12723þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/ask/.svn/text-base/InstrumentAsk.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST12726þ þþ þþ þþ þþ þþ þþ þþ þ09/10/2007þ þ00:00:00þ þ
2007-09-10T00:00:00-04:00þ þ1189396800þ þInstrumentAsk.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ1224þ þc0b8f1d7f7f1cf9304f303e3588bbe94þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST12723.txtþ þTEXT\0001\ST12723.txtþ
þST12724þ þST12724þ þST12724þ þST12724þ þST12724þ þST12724þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/ask/.svn/text-base/UpdaterAsk.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST12727þ þþ þþ þþ þþ þþ þþ þþ þ09/10/2007þ þ00:00:00þ þ200
7-09-10T00:00:00-04:00þ þ1189396800þ þUpdaterAsk.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ736þ þ85ee29eaaa9da16cf25be0372c04bcb7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12724.txtþ þTEXT\0001\ST12724.txtþ
þST12725þ þST12725þ þST12725þ þST12725þ þST12725þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/ask/Ask.javaþ þþ þþ þ0þ þ1þ þST12722þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAsk.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1046þ
 þ969c2c62a9dc0f69e20bd481fa4c8a96þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12725.javaþ þþ
þST12726þ þST12726þ þST12726þ þST12726þ þST12726þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/ask/InstrumentAsk.javaþ þþ þþ þ0þ þ1þ
þST12723þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentAsk.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ1224þ þc0b8f1d7f7f1cf9304f303e3588bbe94þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12726.javaþ þþ
þST12727þ þST12727þ þST12727þ þST12727þ þST12727þ þST12727þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/ask/UpdaterAsk.javaþ þþ þþ þ0þ þ1þ þST
12724þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterAsk.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ736þ þ85ee29eaaa9da16cf25be0372c04bcb7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12727.javaþ þþ
þST12728þ þST12728þ þST12728þ þST12728þ þST12728þ þST12728þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ564þ þ2ce8b74d897da6cce24a2eae52091cfdþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12728.tx
tþ þTEXT\0001\ST12728.txtþ

þST12729þ þST12729þ þST12729þ þST12729þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ12680244 0
0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ573þ þ98ba5d837a563dcfc7829bf8b670821dþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1272
9.txtþ þTEXT\0001\ST12729.txtþ

þST12730þ þST12730þ þST12730þ þST12730þ þST12730þ þST12730þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/.svn/text-base/Bid.java.svn-base
þ þþ þþ þ0þ þ1þ þST12733þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/10/2007þ þ00:00:00þ þ2007-09-10
T00:00:00-04:00þ þ1189396800þ þBid.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1407þ þ75ac0
88c1aea45863e6f1ea13fa6a22fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0002\ST12730.txtþ þTEXT\0001\ST12730.txtþ

þST12731þ þST12731þ þST12731þ þST12731þ þST12731þ þST12731þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/.svn/text-base/InstrumentBid.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST12734þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/10/2007þ þ00:00:00þ þ
2007-09-10T00:00:00-04:00þ þ1189396800þ þInstrumentBid.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ1224þ þ9d2d07fd811e067ce68c6646c521aa44þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST12731.txtþ þTEXT\0001\ST12731.txtþ

þST12732þ þST12732þ þST12732þ þST12732þ þST12732þ þST12732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/.svn/text-base/UpdaterBid.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST12735þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/10/2007þ þ00:00:00þ þ200
7-09-10T00:00:00-04:00þ þ1189396800þ þUpdaterBid.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ1317þ þb9683b1c929def4e20b1417b95240e5cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12732.txtþ þTEXT\0001\ST12732.txtþ

þST12733þ þST12733þ þST12733þ þST12733þ þST12733þ þST12733þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/Bid.javaþ þþ þþ þ0þ þ1þ þST12730þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBid.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1407þ
þ75ac088c1aea45863e6f1ea13fa6a22fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12733.javaþ þþ

þST12734þ þST12734þ þST12734þ þST12734þ þST12734þ þST12734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/bid/InstrumentBid.javaþ þþ þþ þ0þ þ1þ
þST12731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentBid.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ1224þ þ9d2d07fd811e067ce68c6646c521aa44þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12734.javaþ þþ þST12735þ þST12735þ þST12735þ þST12735þ þST12735þ þST12735þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/bid/UpdaterBid.javaþ þþ þþ þ0þ þ1þ þST12732þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterBid.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1317þ þb9683b1c929def4e20b1417b95240e5cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12735.javaþ þþ þST12736þ þST12736þ þST12736þ þST12736þ þST12736þ þST12736þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/IBordered.javaþ þþ þþ þ0þ þ1þ þST12716 þ þ þST12716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIBordered.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ þ314þ þa40c1d53b82c42e9884d2ab0720e0cb1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12736.javaþ þþ þST12737þ þST12737þ þST12737þ þST12737þ þST12737þ þST12737þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/IDataInstrument.javaþ þþ þþ þ0þ þ1þ þS T12717þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDataInstrument.javaþ þ.JAVAþ þtext/x-j ava-sourceþ þþ þ2697þ þf45b97b4b14c797ddc3eed9da9c6081bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12737.javaþ þþ þST12738þ þST12738þ þST12738þ þST12738þ þST12738þ þST12738þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/InstrumentType.javaþ þþ þþ þ0þ þ1þ þST 12719þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentType.javaþ þ.JAVAþ þtext/x-jav a-sourceþ þþ þ454þ þfe4f78699efec845c82541284e31391cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12738.javaþ þþ þST12739þ þST12739þ þST12739þ þST12739þ þST12739þ þST12739þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ þ þ þST12740þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ597þ þ20e2 cb26c033ac34e7596fd33d3c5fadþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL SEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12739.txtþ þTEXT\0001\ST12739.txtþ þST12740þ þST12740þ þST12740þ þST12740þ þST12740þ þST12740þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/23/2011þ þ00:00:00þ þ2011-02-23T00:00:00-05:00þ þ1298437200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ640þ þae4e2d4a5ca834dcb389fd1dc55475a0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST12740.txtþ þTEXT\0001\ST12740.txtþ þST12741þ þST12741þ þST12741þ þST12741þ þST12741þ þST12741þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/news/.svn/text-base/InstrumentNews.j ava.svn-baseþ þþ þþ þ0þ þ1þ þST12747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/2007þ þ00:00:00 þ þ2007-08-31T00:00:00-04:00þ þ1188532800þ þInstrumentNews.java.svn-baseþ þ.TXTþ þtex

t/plainþ þþ þ1310þ þdd75fc912a6a5262c624ccdd0a330f63þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST12741.txtþ þTEXT\0001\ST12741.txtþ

þST12742þ þST12742þ þST12742þ þST12742þ þST12742þ þST12742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/news/.svn/text-base/MarketNewsInstru
ment.java.svn-baseþ þþ þþ þ0þ þ1þ þST12748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarke
tNewsInstrument.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1403þ þ0a81f537d30688ba93c960f
2ae5dcf29þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0002\ST12742.txtþ þTEXT\0001\ST12742.txtþ

þST12743þ þST12743þ þST12746þ þST12743þ þST12746þ þST12743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/news/.svn/text-base/News.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST12749þ þþ þþ þþ þþ þþ þþ þ08/21/2007þ þ00:00:00þ þ2007-08-
21T00:00:00-04:00þ þ1187668800þ þNews.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4880þ þa7
77595ab2e6e365a0dcb670190e7a8bþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þNATIVES\0002\ST12743.txtþ þTEXT\0001\ST12743.txtþ

þST12747þ þST12747þ þST12747þ þST12747þ þST12747þ þST12747þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/news/InstrumentNews.javaþ þþ þþ þ0þ þ
1þ þST12741þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentNews.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ1310þ þdd75fc912a6a5262c624ccdd0a330f63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12747.javaþ þþ
þST12748þ þST12748þ þST12748þ þST12748þ þST12748þ þST12748þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/news/MarketNewsInstrument.javaþ þþ þþ
 þ0þ þ1þ þST12742þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsInstrument.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ1403þ þ0a81f537d30688ba93c960f2ae5dcf29þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12748.java
þ þþ

þST12749þ þST12749þ þST12749þ þST12749þ þST12749þ þST12749þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/news/News.javaþ þþ þþ þ0þ þ1þ þST12743
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ48
80þ þa777595ab2e6e365a0dcb670190e7a8bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12749.javaþ þþ

þST12750þ þST12750þ þST12750þ þST12750þ þST12750þ þST12750þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/reset/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ285þ þ50a
5ee34f923220b105b6ac192181871þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12750.txtþ þTEXT\0001\ST12750.txtþ

þST12751þ þST12751þ þST12751þ þST12751þ þST12751þ þST12751þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/reset/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024
400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ326þ þ1420a2619b096448cc872d4f00d2db0cþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST127
51.txtþ þTEXT\0001\ST12751.txtþ

þST12752þ þST12752þ þST12752þ þST12752þ þST12752þ þST12752þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/reset/.svn/text-base/InstrumentReset
.java.svn-baseþ þþ þþ þ0þ þ1þ þST12753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumen
tReset.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ657þ þ7dbc5834f95b67b6d176d6fa4594c6daþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
02\ST12752.txtþ þTEXT\0001\ST12752.txtþ

þST12753þ þST12753þ þST12753þ þST12753þ þST12753þ þST12753þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/reset/InstrumentReset.javaþ þþ þþ þ0þ
 þ1þ þST12752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentReset.javaþ þ.JAVAþ þte
xt/x-java-sourceþ þþ þ657þ þ7dbc5834f95b67b6d176d6fa4594c6daþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12753.javaþ þþ
þST12754þ þST12754þ þST12754þ þST12754þ þST12754þ þST12754þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/timeaction/.svn/all-wcpropsþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ305
þ þb8bb28ba0d1391ee1c30b8dd386928f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12754.txtþ þTEXT\0001\ST12754.txtþ
þST12755þ þST12755þ þST12755þ þST12755þ þST12755þ þST12755þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/timeaction/.svn/entriesþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ12
68024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ336þ þ1c59fbb9fabaaa6a5cd5522a97c9a87cþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\
ST12755.txtþ þTEXT\0001\ST12755.txtþ

þST12756þ þST12756þ þST12756þ þST12756þ þST12756þ þST12756þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/timeaction/.svn/text-base/Instrument
TimeAction.java.svn-baseþ þþ þþ þ0þ þ1þ þST12757þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þInstrumentTimeAction.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ895þ þ1577a6a587a24004ab
c4d9f3d288ab45þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0002\ST12756.txtþ þTEXT\0001\ST12756.txtþ

þST12757þ þST12757þ þST12757þ þST12757þ þST12757þ þST12757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/timeaction/InstrumentTimeAction.java
þ þþ þþ þ0þ þ1þ þST12756þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentTimeAction.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ895þ þ1577a6a587a24004abc4d9f3d288ab45þ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12757.javaþ þþ

þST12758þ þST12758þ þST12758þ þST12758þ þST12758þ þST12758þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/trade/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ588þ þ350 a929bfbff55ff88b2f356d5847dbaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12758.txtþ þTEXT\0001\ST12758.txtþ

þST12759þ þST12759þ þST12760þ þST12759þ þST12760þ þST12759þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/trade/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/10/2011þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901 200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ662þ þ39f3f37b4fcd6c9e92e0b8d9002c88edþ þ2þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST127 59.txtþ þTEXT\0001\ST12759.txtþ

þST12761þ þST12761þ þST12761þ þST12761þ þST12761þ þST12761þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/trade/.svn/text-base/InstrumentTrade .java.svn-baseþ þþ þþ þ0þ þ1þ þST12774þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/2007þ þ00:00: 00þ þ2007-08-31T00:00:00-04:00þ þ1188532800þ þInstrumentTrade.java.svn-baseþ þ.TXTþ þ text/plainþ þþ þ1290þ þ72a13c3a572fe56777c4b3210facf2b5þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12761.txtþ þTEXT\0001\ST 12761.txtþ

þST12762þ þST12762þ þST12765þ þST12762þ þST12765þ þST12762þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/trade/.svn/text-base/Trade.java.svn-baseþ þþ þþ þ0þ þ1þ þST12775þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/21/2007þ þ00:00:00þ þ2007-0 8-21T00:00:00-04:00þ þ1187668800þ þTrade.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7273þ þ9134a1258bfb460346fbd342689b7c77þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12762.txtþ þTEXT\0001\ST12762.txtþ

þST12766þ þST12766þ þST12773þ þST12766þ þST12773þ þST12766þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/trade/.svn/text-base/UpdaterTrade.ja va.svn-baseþ þþ þþ þ0þ þ1þ þST12776þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/28/2007þ þ00:00:00þ þ2007-08-28T00:00:00-04:00þ þ1188273600þ þUpdaterTrade.java.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ13496þ þa0a780a7e733958e5d7502699be6d820þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12766.txtþ þTEXT\0001\ST12766 .txtþ

þST12774þ þST12774þ þST12774þ þST12774þ þST12774þ þST12774þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/instrument/trade/InstrumentTrade.javaþ þþ þþ þ0þ þ1þ þST12761þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentTrade.javaþ þ.JAVAþ þte xt/x-java-sourceþ þþ þ1290þ þ72a13c3a572fe56777c4b3210facf2b5þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12774.javaþ þþ

þST12775þ þST12775þ þST12775þ þST12775þ þST12775þ þST12775þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/trade/Trade.javaþ þþ þþ þ0þ þ1þ þST127
62þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrade.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ7273þ þ9134a1258bfb460346fbd342689b7c77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12775.javaþ þþ

þST12776þ þST12776þ þST12776þ þST12776þ þST12776þ þST12776þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/trade/UpdaterTrade.javaþ þþ þþ þ0þ þ1
þ þST12766þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterTrade.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ13496þ þa0a780a7e733958e5d7502699be6d820þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12776.javaþ þþ

þST12777þ þST12777þ þST12777þ þST12777þ þST12777þ þST12777þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/all-wcpropsþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1106þ
þbc4c02abd2ededf9f58e8871162f7dc3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12777.txtþ þTEXT\0001\ST12777.txtþ

þST12778þ þST12778þ þST12780þ þST12778þ þST12780þ þST12778þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
 þþ þ06/28/2011þ þ00:00:00þ þ00:00:00þ þ2011
-06-28T00:00:00-04:00þ þ1309233600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1099þ þ64647418f
ff19a4a65633cde68069bd8þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST12778.txtþ þTEXT\0001\ST12778.txtþ

þST12781þ þST12781þ þST12791þ þST12781þ þST12791þ þST12781þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/text-base/DataWrapper.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/01/2007þ þ00:00:00
þ þ2007-10-01T00:00:00-04:00þ þ1191211200þ þDataWrapper.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ20771þ þa29d09f57774f7344e167fc296fefaccþ þ11þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12781.txtþ þTEXT\0001\ST1278
1.txtþ

þST12792þ þST12792þ þST12796þ þST12792þ þST12796þ þST12792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/text-base/EFInstrument.
java.svn-baseþ þþ þþ þ0þ þ1þ þST12806þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/2007þ þ00:00:0
0þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þEFInstrument.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ7931þ þfef6cf30860ccba56c1a9418af386c2eþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12792.txtþ þTEXT\0001\ST1279
2.txtþ

þST12797þ þST12797þ þST12797þ þST12797þ þST12797þ þST12797þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/text-base/IndustryCodeP
rovider.java.svn-baseþ þþ þþ þ0þ þ1þ þST12807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIn
dustryCodeProvider.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1257þ þ3726þ742afaf2c48e704
45b0a1894356þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0002\ST12797.txtþ þTEXT\0001\ST12797.txtþ

þST12798þ þST12798þ þST12799þ þST12798þ þST12799þ þST12798þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/text-base/InstrumentWra
pperFactory.java.svn-baseþ þþ þþ þ0þ þ1þ þST12808þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þInstrumentWrapperFactory.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2565þ þf7a13e89501
f6ded0fa0645e6fffb84cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0002\ST12798.txtþ þTEXT\0001\ST12798.txtþ

þST12800þ þST12800þ þST12801þ þST12800þ þST12801þ þST12800þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/text-base/Util.java.svn
-baseþ þþ þþ þ0þ þ1þ þST12809þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ3643þ þ68767c054ad5ebce4e526d9c0017f3fbþ þ2þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12800.txtþ þTEX
T\0001\ST12800.txtþ

þST12802þ þST12802þ þST12804þ þST12802þ þST12804þ þST12802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/.svn/text-base/WrapperUtil.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12810þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWrapperUtil
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4698þ þ0d68f10e2708fa9fa709afd4d89d89e5þ þ3þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST
12802.txtþ þTEXT\0001\ST12802.txtþ

þST12805þ þST12805þ þST12805þ þST12805þ þST12805þ þST12805þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/DataWrapper.javaþ þþ þþ þ0þ þ
1þ þST12781þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataWrapper.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ20771þ þa29d09f57774f7344e167fc296fefaccþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12805.javaþ þþ
þST12806þ þST12806þ þST12806þ þST12806þ þST12806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/EFInstrument.javaþ þþ þþ þ0þ
þ1þ þST12792þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFInstrument.javaþ þ.JAVAþ þtext/x
-java-sourceþ þþ þ7931þ þfef6cf30860ccba56c1a9418af386c2eþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12806.javaþ þþ
þST12807þ þST12807þ þST12807þ þST12807þ þST12807þ þST12807þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/instrument/wrapper/IndustryCodeProvider.javaþ þ
þ þþ þ0þ þ1þ þST12797þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndustryCodeProvider.java
þ þ.JAVAþ þtext/x-java-sourceþ þþ þ1257þ þ3726þ742afaf2c48e70445b0a1894356þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12807.j

avaþ þþ
þST12808þ þST12808þ þST12808þ þST12808þ þST12808þ þST12808þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/InstrumentWrapperFactory.jav
aþ þþ þ0þ þ1þ þST12798þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentWrapperFacto
ry.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2565þ þf7a13e89501f6ded0fa0645e6fffb84cþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST
12808.javaþ þþ
þST12809þ þST12809þ þST12809þ þST12809þ þST12809þ þST12809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/Util.javaþ þþ þþ þ0þ þ1þ þST12
800þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ3643þ þ68767c054ad5ebce4e526d9c0017f3fbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12809.javaþ þþ
þST12810þ þST12810þ þST12810þ þST12810þ þST12810þ þST12810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/instrument/wrapper/WrapperUtil.javaþ þþ þþ þ0þ þ
1þ þST12802þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWrapperUtil.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ4698þ þ0d68f10e2708fa9fa709afd4d89d89e5þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12810.javaþ þþ
þST12811þ þST12811þ þST12811þ þST12811þ þST12811þ þST12811þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/layout/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ266þ þ679a38d9e38c9
c5a0291b5840869f4d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0002\ST12811.txtþ þTEXT\0001\ST12811.txtþ
þST12812þ þST12812þ þST12812þ þST12812þ þST12812þ þST12812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/layout/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ07/07/2011þ þ00:00:00þ þ2011-07-07T00:00:00-04:00þ þ1310011200þ þentr
iesþ þ.TXTþ þtext/plainþ þþ þ376þ þe3ed484f7b6a1fa2f68aef25c8f44f43þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12812.txtþ þ
TEXT\0001\ST12812.txtþ
þST12813þ þST12813þ þST12815þ þST12813þ þST12815þ þST12813þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/layout/.svn/text-base/FrameDescriptor.java.svn-
baseþ þþ þþ þ0þ þ1þ þST12816þ þþ þþ þþ þþ þþ þ09/17/2007þ þ00:00:00þ þ2007-0
9-17T00:00:00-04:00þ þ1190001600þ þFrameDescriptor.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ4562þ þ748b095fc2d967fb60b82965e8fe222fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12813.txtþ þTEXT\0001\ST12813.txtþ
þST12816þ þST12816þ þST12816þ þST12816þ þST12816þ þST12816þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/layout/FrameDescriptor.javaþ þþ þþ þ0þ þ1þ þST128

13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4562þ þ748b095fc2d967fb60b82965e8fe222fþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12816.javaþ þþ
þST12817þ þST12817þ þST12817þ þST12817þ þST12817þ þST12817þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/market/.svn/all-wcpropsþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ534þ þ2433b9700367e af798b87100c408e5dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0002\ST12817.txtþ þTEXT\0001\ST12817.txtþ
þST12818þ þST12818þ þST12818þ þST12818þ þST12818þ þST12818þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/market/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ00:00:00þ þ09/08/2010þ þ00:00:00þ þ2010-09-08T00:00:00-04:00þ þ1283918400þ þentr iesþ þ.TXTþ þtext/plainþ þþ þ608þ þ0f35f157c10419251f2ec458da74cb9cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12818.txtþ þ TEXT\0001\ST12818.txtþ
þST12819þ þST12819þ þST12819þ þST12819þ þST12819þ þST12819þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/market/.svn/text-base/EFMarket.java.svn-baseþ þ þ þþ þ0þ þ1þ þST12823þ þþ þþ þþ þþ þþ þþ þ11/02/2007þ þ00:00:00þ þ2007-11-02T0 0:00:00-04:00þ þ1193976000þ þEFMarket.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1981þ þ25 42088e770384aa68dcc145a9b85885þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12819.txtþ þTEXT\0001\ST12819.txtþ
þST12820þ þST12820þ þST12820þ þST12820þ þST12820þ þST12820þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/market/.svn/text-base/GUIMarket.java.svn-baseþ þþ þþ þ0þ þ1þ þST12824þ þþ þþ þþ þþ þþ þþ þþ þ08/16/2007þ þ00:00:00þ þ2007-08-16T 00:00:00-04:00þ þ1187236800þ þGUIMarket.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1361þ þ de692ac9539e0a80f6ea698c18b6ba52þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12820.txtþ þTEXT\0001\ST12820.txtþ
þST12821þ þST12821þ þST12822þ þST12821þ þST12822þ þST12821þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/market/.svn/text-base/MarketUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST12825þ þþ þþ þþ þþ þþ þþ þþ þ08/16/2007þ þ00:00:00þ þ2007-08-16T 00:00:00-04:00þ þ1187236800þ þMarketUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4277þ þe08f73a653b77428d0537ed8379dab52þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12821.txtþ þTEXT\0001\ST12821.txtþ
þST12823þ þST12823þ þST12823þ þST12823þ þST12823þ þST12823þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/market/EFMarket.javaþ þþ þþ þ0þ þ1þ þST12819þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þEFMarket.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ198 1þ þ2542088e770384aa68dcc145a9b85885þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12823.javaþ þþ
þST12824þ þST12824þ þST12824þ þST12824þ þST12824þ þST12824þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/market/GUIMarket.javaþ þþ þþ þ0þ þ1þ þST12820þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIMarket.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1
361þ þde692ac9539e0a80f6ea698c18b6ba52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12824.javaþ þþ
þST12825þ þST12825þ þST12825þ þST12825þ þST12825þ þST12825þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/market/MarketUtil.javaþ þþ þþ þ0þ þ1þ þST12821þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ4277þ þe08f73a653b77428d0537ed8379dab52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12825.javaþ þþ
þST12826þ þST12826þ þST12827þ þST12826þ þST12827þ þST12826þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2067þ þ4d2cf7c
7eae633b39e9659ea5a0b29b4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST12826.txtþ þTEXT\0001\ST12826.txtþ
þST12828þ þST12828þ þST12831þ þST12828þ þST12831þ þST12828þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þ10/10/2011þ þ00:00:00þ þ2011-10-10T00:00:00-04:00þ þ1318219200þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ1994þ þab399e06c952273822d5c735c857d28þ þ4þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12828.
txtþ þTEXT\0001\ST12828.txtþ
þST12832þ þST12832þ þST12832þ þST12832þ þST12832þ þST12832þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/ColumnsModel.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST12867þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsModel.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ803þ þdbec934926e1f301f6412b45117f6aedþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12832.
txtþ þTEXT\0001\ST12832.txtþ
þST12833þ þST12833þ þST12834þ þST12833þ þST12834þ þST12833þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/ExportTableMaker.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST12888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/06/2007þ þ00:00:00þ þ
2007-10-06T00:00:00-04:00þ þ1191643200þ þExportTableMaker.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ3735þ þf2b930620982cd446f9eb58de0e93549þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST12833.txtþ þTEXT\0001\ST12833.txtþ
þST12835þ þST12835þ þST12838þ þST12835þ þST12838þ þST12835þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/ExportTask.java.svn-
baseþ þþ þþ þ0þ þ1þ þST12889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/10/2007þ þ00:00:00þ þ2007-1

0-10T00:00:00-04:00þ þ1191988800þ þExportTask.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ
7370þ þe15a6ddc1dd120de2a1c055626bfb613þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12835.txtþ þTEXT\0001\ST12835.txtþ
þST12839þ þST12839þ þST12839þ þST12839þ þST12839þ þST12839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/IComponentRejector.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12890þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/14/2007þ þ00:00:00
þ þ2007-08-14T00:00:00-04:00þ þ1187064000þ þIComponentRejector.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ721þ þ8cbe7a8b40ca1c5fcc261b8e2185aeaeþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12839.txtþ þTEXT\0001\ST
12839.txtþ
þST12840þ þST12840þ þST12840þ þST12840þ þST12840þ þST12840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/IMultiViewerListener
.java.svn-baseþ þþ þþ þ0þ þ1þ þST12891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMultiVie
werListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1169þ þ6c1889a42aa71eb180feba6bf18
a36c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0002\ST12840.txtþ þTEXT\0001\ST12840.txtþ
þST12841þ þST12841þ þST12841þ þST12841þ þST12841þ þST12841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/IPlatformComponent.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12892þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/25/2007þ þ00:00:00
þ þ2007-09-25T00:00:00-04:00þ þ1190692800þ þIPlatformComponent.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ839þ þe19a27615df60e824f458351860d2a86þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12841.txtþ þTEXT\0001\ST
12841.txtþ
þST12842þ þST12842þ þST12842þ þST12842þ þST12842þ þST12842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/IPopulateable.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST12893þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/2007þ þ00:00:00þ þ200
7-08-23T00:00:00-04:00þ þ1187841600þ þIPopulateable.java.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ418þ þfb0f783166c4b71709a1526dd95253a3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12842.txtþ þTEXT\0001\ST12842.txtþ
þST12843þ þST12843þ þST12843þ þST12843þ þST12843þ þST12843þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/IRTSubscriber.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST12894þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/06/2007þ þ00:00:00þ þ200
7-09-06T00:00:00-04:00þ þ1189051200þ þIRTSubscriber.java.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ637þ þ257c9ebec0d9085c56731cfb235d9f1dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12843.txtþ þTEXT\0001\ST12843.txtþ
þST12844þ þST12844þ þST12846þ þST12844þ þST12846þ þST12844þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/MapTableController.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12919þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableCon

troller.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6071þ þc06972a78e01db1df5892d21cd20de1
eþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0002\ST12844.txtþ þTEXT\0001\ST12844.txtþ

þST12847þ þST12847þ þST12847þ þST12847þ þST12847þ þST12847þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/MultiviewerDescripto
r.java.svn-baseþ þþ þþ þþ þ0þ þ0þ þ1þ þST12920þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/29/2007þ þ00:00
:00þ þ2007-10-29T00:00:00-04:00þ þ1193630400þ þMultiviewerDescriptor.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ1212þ þb4ba6abfa64f749eacb36f36eefe435bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12847.txtþ þTEXT
\0001\ST12847.txtþ

þST12848þ þST12848þ þST12851þ þST12848þ þST12851þ þST12848þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/MultiviewerTablePara
meters.java.svn-baseþ þþ þþ þ0þ þ1þ þST12921þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/30/2007þ þ
00:00:00þ þ2007-09-30T00:00:00-04:00þ þ1191124800þ þMultiviewerTableParameters.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ9417þ þd684de23d661d0fb605ddd858996f758þ þ4þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12848.
txtþ þTEXT\0001\ST12848.txtþ

þST12852þ þST12852þ þST12866þ þST12852þ þST12866þ þST12852þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/.svn/text-base/PlatformController.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12945þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/14/2007þ þ00:00:00
þ þ2007-09-14T00:00:00-04:00þ þ1189742400þ þPlatformController.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ42158þ þ929967aba8d8421edc3849a457d4b00aþ þ15þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12852.txtþ þTEXT\0001
\ST12852.txtþ

þST12867þ þST12867þ þST12867þ þST12867þ þST12867þ þST12867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/ColumnsModel.javaþ þþ þþ þ0þ þ1þ þST1
2832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsModel.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ803þ þdbec934926e1f301f6412b45117f6aedþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12867.javaþ þþ þþ þþ þþ þ

þST12868þ þST12868þ þST12868þ þST12868þ þST12868þ þST12868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/all-wcpropsþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ984þ þfc53aac5badd0d5689b4372c390459eaþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12868.tx
tþ þTEXT\0001\ST12868.txtþ

þST12869þ þST12869þ þST12870þ þST12869þ þST12870þ þST12869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/entriesþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/26/2011þ þ00:00:00þ þ2011-01-26T00:00:00-05:00þ þ129

6018000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ928þ þ75fb56b52600a7d4ca6cadfbb5389cc2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\S T12869.txtþ þTEXT\0001\ST12869.txtþ

þST12871þ þST12871þ þST12871þ þST12871þ þST12871þ þST12871þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/text-base/EarningsCal endar.java.svn-baseþ þþ þþ þ0þ þ1þ þST12883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarn ingsCalendar.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1235þ þfaedc2b50554df59f567b289fd 6c59feþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0002\ST12871.txtþ þTEXT\0001\ST12871.txtþ

þST12872þ þST12872þ þST12878þ þST12872þ þST12878þ þST12872þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/text-base/EarningsCon troller.java.svn-baseþ þþ þþ þ0þ þ1þ þST12884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEa rningsController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ11264þ þ29b9cf445379c2f81e932 437eb8429baþ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12872.txtþ þTEXT\0001\ST12872.txtþ

þST12879þ þST12879þ þST12879þ þST12879þ þST12879þ þST12879þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/text-base/EarningsDes criptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST12885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEa rningsDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ219þ þfe8f055fd72062deb9cca94 74b8100caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0002\ST12879.txtþ þTEXT\0001\ST12879.txtþ

þST12880þ þST12880þ þST12881þ þST12880þ þST12881þ þST12880þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/text-base/EarningsLis tener.java.svn-baseþ þþ þþ þ0þ þ1þ þST12886þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarn ingsListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2685þ þ7dc0c969feb74316a737f0b172 9778dfþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0002\ST12880.txtþ þTEXT\0001\ST12880.txtþ

þST12882þ þST12882þ þST12882þ þST12882þ þST12882þ þST12882þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/.svn/text-base/EarningsWhi sper.java.svn-baseþ þþ þþ þ0þ þ1þ þST12887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarni ngsWhisper.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1148þ þ6e28700ac06799b6855381a7d5f8 f585þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0002\ST12882.txtþ þTEXT\0001\ST12882.txtþ

þST12883þ þST12883þ þST12883þ þST12883þ þST12883þ þST12883þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/EarningsCalendar.javaþ þþ þ þ þ0þ þ1þ þST12871þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsCalendar.javaþ þ.JAV Aþ þtext/x-java-sourceþ þþ þ1235þ þfaedc2b50554df59f567b289fd6c59feþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12883.javaþ þþ

þST12884þ þST12884þ þST12884þ þST12884þ þST12884þ þST12884þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/EarningsController.javaþ þ þ þþ þ0þ þ1þ þST12872þ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsController.javaþ þ .JAVAþ þtext/x-java-sourceþ þþ þ11264þ þ29b9cf445379c2f81e932437eb8429baþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12884.jav aþ þþ

þST12885þ þST12885þ þST12885þ þST12885þ þST12885þ þST12885þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/EarningsDescriptor.javaþ þ þ þþ þ0þ þ1þ þST12879þ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsDescriptor.javaþ þ .JAVAþ þtext/x-java-sourceþ þþ þ219þ þfe8f055fd72062deb9cca9474b8100caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12885.java þ þþ

þST12886þ þST12886þ þST12886þ þST12886þ þST12886þ þST12886þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/EarningsListener.javaþ þþ þ þ þ0þ þ1þ þST12880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsListener.javaþ þ.JAV Aþ þtext/x-java-sourceþ þþ þ2685þ þ7dc0c969feb74316a737f0b1729778dfþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12886.javaþ þþ

þST12887þ þST12887þ þST12887þ þST12887þ þST12887þ þST12887þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/earnings/EarningsWhisper.javaþ þþ þþ þ0þ þ1þ þST12882þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarningsWhisper.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1148þ þ6e28700ac06799b6855381a7d5f8f585þ þþ þþ þþ þþ þþ þ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12887.javaþ þþ

þST12888þ þST12888þ þST12888þ þST12888þ þST12888þ þST12888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/ExportTableMaker.javaþ þþ þþ þ0þ þ1þ þST12833þ þþ þþ þþ þþ þþ þþ þþ þþ þExportTableMaker.javaþ þ.JAVAþ þtext/ x-java-sourceþ þþ þ3735þ þf2b930620982cd446f9eb58de0e93549þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12888.javaþ þþ

þST12889þ þST12889þ þST12889þ þST12889þ þST12889þ þST12889þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/ExportTask.javaþ þþ þþ þ0þ þ1þ þST128 35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportTask.javaþ þ.JAVAþ þtext/x-java-sourc eþ þþ þ7370þ þe15a6ddc1dd120de2a1c055626bfb613þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12889.javaþ þþ

þST12890þ þST12890þ þST12890þ þST12890þ þST12890þ þST12890þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/multiviewer/IComponentRejector.javaþ þþ þþ þ0þ þ 1þ þST12839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIComponentRejector.javaþ þ.JAVAþ þt ext/x-java-sourceþ þþ þ721þ þ8cbe7a8b40ca1c5fcc261b8e2185aeaeþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12890.javaþ þþ
þST12891þ þST12891þ þST12891þ þST12891þ þST12891þ þST12891þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/IMultiViewerListener.javaþ þþ þþ þ0þ
 þ1þ þST12840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMultiViewerListener.javaþ þ.JAVA
þ þtext/x-java-sourceþ þþ þ1169þ þ6c1889a42aa71eb180feba6bf18a36c2þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12891.javaþ þþ
þST12892þ þST12892þ þST12892þ þST12892þ þST12892þ þST12892þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/IPlatformComponent.javaþ þþ þþ þ0þ þ
1þ þST12841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPlatformComponent.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ839þ þe19a27615df60e824f458351860d2a86þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12892.javaþ þþ
þST12893þ þST12893þ þST12893þ þST12893þ þST12893þ þST12893þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/IPopulateable.javaþ þþ þþ þ0þ þ1þ þST
12842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPopulateable.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ418þ þfb0f783166c4b71709a1526dd95253a3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12893.javaþ þþ
þST12894þ þST12894þ þST12894þ þST12894þ þST12894þ þST12894þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/IRTSubscriber.javaþ þþ þþ þ0þ þ1þ þST
12843þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRTSubscriber.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ637þ þ257c9ebec0d9085c56731cfb235d9f1dþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12894.javaþ þþ
þST12895þ þST12895þ þST12895þ þST12895þ þST12895þ þST12895þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/.svn/all-wcpropsþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ291þ þ
9345b6f5699d701f8f88c452fd6dec6bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12895.txtþ þTEXT\0001\ST12895.txtþ
þST12896þ þST12896þ þST12896þ þST12896þ þST12896þ þST12896þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/.svn/entriesþ þþ þþ þ0þ þ1þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ03/08/2010þ þ00:00:00þ þ2010
-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ341þ þb5b0d0911f
0386799be30d15b3297624þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST12896.txtþ þTEXT\0001\ST12896.txtþ
þST12897þ þST12897þ þST12899þ þST12897þ þST12899þ þST12897þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/.svn/text-base/TableInOutLog
ger.java.svn-baseþ þþ þþ þ0þ þ1þ þST12918þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableI
nOutLogger.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4579þ þ26afa9ea9468ea5870ea224543a2

24d0þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0002\ST12897.txtþ þTEXT\0001\ST12897.txtþ

þST12900þ þST12900þ þST12900þ þST12900þ þST12900þ þST12900þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/all-wcpropsþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ979þ þ4d295732dd3ccab362d204269e660334þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12900.tx
tþ þTEXT\0001\ST12900.txtþ

þST12901þ þST12901þ þST12902þ þST12901þ þST12902þ þST12901þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/entriesþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ
þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ865þ þ1b835b1493d91e06caaf58e29ec17e3c
þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
002\ST12901.txtþ þTEXT\0001\ST12901.txtþ

þST12903þ þST12903þ þST12904þ þST12903þ þST12904þ þST12903þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/text-base/LoggerC
ellRenderer.java.svn-baseþ þþ þþ þ0þ þ1þ þST12913þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þLoggerCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3543þ þc88e0a38cd33e1dbe
a21ecca9cfe4ae4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0002\ST12903.txtþ þTEXT\0001\ST12903.txtþ

þST12905þ þST12905þ þST12905þ þST12905þ þST12905þ þST12905þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/text-base/LoggerC
olumnModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST12914þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þLoggerColumnModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ944þ þd4c244c31df60f2875190
3eef106543cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0002\ST12905.txtþ þTEXT\0001\ST12905.txtþ

þST12906þ þST12906þ þST12908þ þST12906þ þST12908þ þST12906þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/text-base/LoggerR
ow.java.svn-baseþ þþ þþ þ0þ þ1þ þST12915þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerR
ow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3366þ þ4cd0fa043e2819d6b36bcd766e8c3124þ þ3
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\
ST12906.txtþ þTEXT\0001\ST12906.txtþ

þST12909þ þST12909þ þST12909þ þST12909þ þST12909þ þST12909þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/text-base/LoggerT
ableModel.java.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST12916þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
LoggerTableModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ896þ þ84c282e1663f0b35a388ac3
7eb8f98daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0002\ST12909.txtþ þTEXT\0001\ST12909.txtþ

þST12910þ þST12910þ þST12912þ þST12910þ þST12912þ þST12910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/.svn/text-base/LoggerU
til.java.svn-baseþ þþ þþ þ0þ þ1þ þST12917þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogger
Util.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4820þ þecdc26ad64688bd41cbea90bd5870872þ
þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST12910.txtþ þTEXT\0001\ST12910.txtþ
þST12913þ þST12913þ þST12913þ þST12913þ þST12913þ þST12913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/LoggerCellRenderer.jav
aþ þþ þþ þ0þ þ1þ þST12903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerCellRenderer.jav
aþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3543þ þc88e0a38cd33e1dbea21ecca9cfe4ae4þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12913.
javaþ þþ
þST12914þ þST12914þ þST12914þ þST12914þ þST12914þ þST12914þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/LoggerColumnModel.java
þ þþ þþ þ0þ þ1þ þST12905þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerColumnModel.javaþ
 þ.JAVAþ þtext/x-
java-sourceþ þþ þ944þ þd4c244c31df60f28751903eef106543cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12914.javaþ þþ
þST12915þ þST12915þ þST12915þ þST12915þ þST12915þ þST12915þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/LoggerRow.javaþ þþ þþ þ
þ0þ þ1þ þST12906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerRow.javaþ þ.JAVAþ þtext/x
-java-sourceþ þþ þ3366þ þ4cd0fa043e2819d6b36bcd766e8c3124þ þþ þþ þþ þþ þþ þþ þþ þþ
-java-sourceþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12915.javaþ þþ
þST12916þ þST12916þ þST12916þ þST12916þ þST12916þ þST12916þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/LoggerTableModel.javaþ
 þþ þþ þ0þ þ1þ þST12909þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerTableModel.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ896þ þ84c282e1663f0b35a388ac37eb8f98daþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12916.java
þ þþ
þST12917þ þST12917þ þST12917þ þST12917þ þST12917þ þST12917þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/table/LoggerUtil.javaþ þþ þþ
þ0þ þ1þ þST12910þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoggerUtil.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ4820þ þecdc26ad64688bd41cbea90bd5870872þ þþ þþ þþ þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12917.javaþ þþ
þST12918þ þST12918þ þST12918þ þST12918þ þST12918þ þST12918þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/logger/TableInOutLogger.javaþ þþ þþ

þ0þ þ1þ þST12897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableInOutLogger.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ4579þ þ26afa9ea9468ea5870ea224543a224d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12918.javaþ þþ
þST12919þ þST12919þ þST12919þ þST12919þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/MapTableController.javaþ þþ þ0þ þ
1þ þST12844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableController.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ6071þ þc06972a78e01db1df5892d21cd20de1eþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12919.javaþ þþ
þST12920þ þST12920þ þST12920þ þST12920þ þST12920þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/MultiviewerDescriptor.javaþ þþ þþ þ0
þ þ1þ þST12847þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerDescriptor.javaþ þ.JA
VAþ þtext/x-java-sourceþ þþ þ1212þ þb4ba6abfa64f749eacb36f36eefe435bþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12920.javaþ þ
þ
þST12921þ þST12921þ þST12921þ þST12921þ þST12921þ þST12921þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/MultiviewerTableParameters.javaþ þþ
þþ þ0þ þ1þ þST12848þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerTableParameters.
javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9417þ þd684de23d661d0fb605ddd858996f758þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST129
21.javaþ þþ
þST12922þ þST12922þ þST12922þ þST12922þ þST12922þ þST12922þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/all-wcpropsþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1
212þ þ0c28d3ca6ee7bf0413c763deed9b4ad1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12922.txtþ þTEXT\0001\ST12922.txtþ
þST12923þ þST12923þ þST12924þ þST12923þ þST12924þ þST12923þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/entriesþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ
1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1083þ þd49e08a2bc359153b0ac21953bf30958
þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
002\ST12923.txtþ þTEXT\0001\ST12923.txtþ
þST12925þ þST12925þ þST12929þ þST12925þ þST12929þ þST12925þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/text-base/NonUnive
rseController.java.svn-baseþ þþ þþ þ0þ þ1þ þST12939þ þþ þþ þþ þþ þþ þ07/27/
2007þ þ00:00:00þ þ2007-07-27T00:00:00-04:00þ þ1185508800þ þNonUniverseController.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9584þ þ7bd20701b49f77bcbb5873390118039fþ þ5þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1292

5.txtþ þTEXT\0001\ST12925.txtþ
þST12930þ þST12930þ þST12930þ þST12930þ þST12930þ þST12930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/text-base/NonUnive
rseDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST12940þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/20/
2007þ þ00:00:00þ þ2007-09-20T00:00:00-04:00þ þ1190260800þ þNonUniverseDescriptor.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1488þ þ468f542871a809d9f605bb9198980758þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1293
0.txtþ þTEXT\0001\ST12930.txtþ
þST12931þ þST12931þ þST12933þ þST12931þ þST12933þ þST12931þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/text-base/NonUnive
rseParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST12941þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/25/
2007þ þ00:00:00þ þ2007-07-25T00:00:00-04:00þ þ1185336000þ þNonUniverseParameters.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4226þ þe90ff2adf8ff221e0521c840325aa41bþ þ3þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1293
1.txtþ þTEXT\0001\ST12931.txtþ
þST12934þ þST12934þ þST12935þ þST12934þ þST12935þ þST12934þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/text-base/NonUnive
rseRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST12942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/15/20
07þ þ00:00:00þ þ2007-08-15T00:00:00-04:00þ þ1187150400þ þNonUniverseRejector.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ2755þ þf05ce02e94dfabc292941f7303bf493bþ þ2þ þþ þþ þ1þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12934.tx
tþ þTEXT\0001\ST12934.txtþ
þST12936þ þST12936þ þST12936þ þST12936þ þST12936þ þST12936þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/text-base/NonUnive
rseRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST12943þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/20
07þ þ00:00:00þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þNonUniverseRowModel.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ782þ þ78a4f7a261e3d23a6ce199b078ec1225þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST12936.txtþ þTEXT\0001\ST12936.txtþ
þST12937þ þST12937þ þST12938þ þST12937þ þST12938þ þST12937þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/.svn/text-base/NonUnive
rseUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST12944þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/20/200
7þ þ00:00:00þ þ2007-07-20T00:00:00-04:00þ þ1184904000þ þNonUniverseUpdater.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ2919þ þ9b6be7fa8b5243df331bcb3f2bbfc6abþ þ2þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12937.txtþ
þTEXT\0001\ST12937.txtþ
þST12939þ þST12939þ þST12939þ þST12939þ þST12939þ þST12939þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseController.j

avaþ þþ þþ þ0þ þ1þ þST12925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseControlle
r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9584þ þ7bd20701b49f77bcbb5873390118039fþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1
2939.javaþ þþ

þST12940þ þST12940þ þST12940þ þST12940þ þST12940þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseDescriptor.j
avaþ þþ þþ þ0þ þ1þ þST12930þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseDescripto
r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1488þ þ468f542871a809d9f605bb9198980758þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1
2940.javaþ þþ

þST12941þ þST12941þ þST12941þ þST12941þ þST12941þ þST12941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseParameters.j
avaþ þþ þþ þ0þ þ1þ þST12931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseParameter
s.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4226þ þe90ff2adf8ff221e0521c840325aa41bþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1
2941.javaþ þþ

þST12942þ þST12942þ þST12942þ þST12942þ þST12942þ þST12942þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseRejector.jav
aþ þþ þþ þ0þ þ1þ þST12934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseRejector.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2755þ þf05ce02e94dfabc292941f7303bf493bþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12942
.javaþ þþ

þST12943þ þST12943þ þST12943þ þST12943þ þST12943þ þST12943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseRowModel.jav
aþ þþ þþ þ0þ þ1þ þST12936þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseRowModel.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ782þ þ78a4f7a261e3d23a6ce199b078ec1225þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12943.
javaþ þþ

þST12944þ þST12944þ þST12944þ þST12944þ þST12944þ þST12944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/nonuniverse/NonUniverseUpdater.java
þ þþ þþ þ0þ þ1þ þST12937þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniverseUpdater.java
þ þ.JAVAþ þtext/x-java-sourceþ þþ þ2919þ þ9b6be7fa8b5243df331bcb3f2bbfc6abþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12944.j
avaþ þþ

þST12945þ þST12945þ þST12945þ þST12945þ þST12945þ þST12945þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/multiviewer/PlatformController.javaþ þþ þþ þ0þ þ
1þ þST12852þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPlatformController.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ42158þ þ929967aba8d8421edc3849a457d4b00aþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12945.javaþ þþ
þST12946þ þST12946þ þST12946þ þST12946þ þST12946þ þST12946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/newstype/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ425þ þ80b2b3e007
cd4f2860680c571f39edcdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST12946.txtþ þTEXT\0001\ST12946.txtþ
þST12947þ þST12947þ þST12947þ þST12947þ þST12947þ þST12947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/newstype/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010
-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ453þ þ566a871e58
5ab3bf3dc49faa2cc32ae9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST12947.txtþ þTEXT\0001\ST12947.txtþ
þST12948þ þST12948þ þST12948þ þST12948þ þST12948þ þST12948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/newstype/.svn/text-base/GUINewsType.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST12951þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/08/2007þ þ00:00:00þ þ2007-10-
08T00:00:00-04:00þ þ1191816000þ þGUINewsType.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1
226þ þ89d65e7f3ebe669f3a9e2a1da4905247þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12948.txtþ þTEXT\0001\ST12948.txtþ
þST12949þ þST12949þ þST12950þ þST12949þ þST12950þ þST12949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/newstype/.svn/text-base/NewsTypeEntitlements.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST12952þ þþ þþ þþ þþ þþ þþ þþ þ10/07/2007þ þ00:00:00þ
þ2007-10-07T00:00:00-04:00þ þ1191729600þ þNewsTypeEntitlements.java.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ2038þ þb28205a332afd81b62b119dd8a4ccc48þ þ2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12949.txtþ þTEXT\0001\S
T12949.txtþ
þST12951þ þST12951þ þST12951þ þST12951þ þST12951þ þST12951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/newstype/GUINewsType.javaþ þþ þþ þ0þ þ1þ þST12948
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUINewsType.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ1226þ þ89d65e7f3ebe669f3a9e2a1da4905247þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12951.javaþ þþ
þST12952þ þST12952þ þST12952þ þST12952þ þST12952þ þST12952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/newstype/NewsTypeEntitlements.javaþ þþ þþ þ0þ þ1
þ þST12949þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTypeEntitlements.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ2038þ þb28205a332afd81b62b119dd8a4ccc48þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12952.javaþ þþ
þST12953þ þST12953þ þST12954þ þST12953þ þST12954þ þST12953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/rejector/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2874þ þ2cb783fc4
61e69f8a3cba8872842342cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST12953.txtþ þTEXT\0001\ST12953.txtþ
þST12955þ þST12955þ þST12958þ þST12955þ þST12958þ þST12958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þ10/28/2011þ þ00:00:00þ þ2011
-10-28T00:00:00-04:00þ þ1319774400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2585þ þ1566f0f12
7bd9bea5712f200ecb4684bþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST12955.txtþ þTEXT\0001\ST12955.txtþ
þST12959þ þST12959þ þST12959þ þST12959þ þST12959þ þST12959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/MultiviewerRejector.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST12987þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/18/2007þ þ00:00:00þ þ
2007-10-18T00:00:00-04:00þ þ1192680000þ þMultiviewerRejector.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ1934þ þ5ea273b8ef13c927f6273f19f5c41e74þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12959.txtþ þTEXT\0001\ST
12959.txtþ
þST12960þ þST12960þ þST12965þ þST12960þ þST12965þ þST12960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/PriceVolumeRejectorUtil
.java.svn-baseþ þþ þþ þ0þ þ1þ þST12988þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/18/2007þ þ00:00:00þ þ
2007-10-18T00:00:00-04:00þ þ1192680000þ þPriceVolu
meRejectorUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ10488þ þ1ab36743bd1bceb385203fd
130554a3cþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0002\ST12960.txtþ þTEXT\0001\ST12960.txtþ
þST12966þ þST12966þ þST12966þ þST12966þ þST12966þ þST12966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/Rejector.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST12989þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ2007-10-23T
00:00:00-04:00þ þ1193112000þ þRejector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1297þ þc
c9155125ff87cf81e1ef68b1de5cfc0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12966.txtþ þTEXT\0001\ST12966.txtþ
þST12967þ þST12967þ þST12967þ þST12967þ þST12967þ þST12967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorClassSimpleName
.java.svn-baseþ þþ þþ þ0þ þ1þ þST12990þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorC
lassSimpleName.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ986þ þ6bf23a1028e0680d7a8b51dcc
4a1e020þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0002\ST12967.txtþ þTEXT\0001\ST12967.txtþ
þST12968þ þST12968þ þST12968þ þST12968þ þST12968þ þST12968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorDay.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST12991þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ2007-10-

23T00:00:00-04:00þ þ1193112000þ þRejectorDay.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1
135þ þbc4a469c7cf047f7ca4dc0b67721e4dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12968.txtþ þTEXT\0001\ST12968.txtþ
þST12969þ þST12969þ þST12969þ þST12969þ þST12969þ þST12969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorMarket.java.svn
-baseþ þþ þþ þ0þ þ1þ þST12992þ þþ þþ þþ þþ þþ þþ þþ þ10/18/2007þ þ00:00:00þ þ2007-
10-18T00:00:00-04:00þ þ1192680000þ þRejectorMarket.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ1776þ þe75d01a2ac18ae0f8edec35c73eae14bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12969.txtþ þTEXT\0001\ST12969.txtþ
þST12970þ þST12970þ þST12970þ þST12970þ þST12970þ þST12970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorNewsPublisher.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST12993þ þþ þþ þþ þþ þþ þþ þþ þRejectorNew
sPublisher.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1245þ þ5aa1466b2eba33dbd235395f0e82
1860þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0002\ST12970.txtþ þTEXT\0001\ST12970.txtþ
þST12971þ þST12971þ þST12971þ þST12971þ þST12971þ þST12971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorNewsType.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST12994þ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsType
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1556þ þ78a9db24fef9f774a80d18558addccd8þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST
12971.txtþ þTEXT\0001\ST12971.txtþ
þST12972þ þST12972þ þST12972þ þST12972þ þST12972þ þST12972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorNotTraded.java.
svn-baseþ þþ þþ þ0þ þ1þ þST12995þ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNotTrad
ed.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ575þ þc41a0f4fe27cc35b2604bf337ebc0075þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\S
T12972.txtþ þTEXT\0001\ST12972.txtþ
þST12973þ þST12973þ þST12979þ þST12973þ þST12973þ þST12973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorPriceVolume.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST12996þ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ00:00:00þ þ
2007-10-12T00:00:00-04:00þ þ1192161600þ þRejectorPriceVolume.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ12837þ þc1462e9138c36c01ab2716f119e44cd1þ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12973.txtþ þTEXT\0001\S
T12973.txtþ
þST12980þ þST12980þ þST12980þ þST12980þ þST12980þ þST12980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorSingleInstrumen
tType.java.svn-baseþ þþ þþ þ0þ þ1þ þST12997þ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ0
0:00:00þ þ2007-10-25T00:00:00-04:00þ þ1193284800þ þRejectorSingleInstrumentType.java

.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1108þ þ3369b676e0577ce1c6252cd427426f71þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12980
.txtþ þTEXT\0001\ST12980.txtþ

þST12981þ þST12981þ þST12981þ þST12981þ þST12981þ þST12981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorStockType.java.
svn-baseþ þþ þþ þ0þ þ1þ þST12998þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorStockTy
pe.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1663þ þ9360bf4ad62b1eaa2f843f81fcb595d6þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\
ST12981.txtþ þTEXT\0001\ST12981.txtþ

þST12982þ þST12982þ þST12982þ þST12982þ þST12982þ þST12982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorTrades.java.svn
-baseþ þþ þþ þ0þ þ1þ þST12999þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorTrades.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1288þ þ4b1731fc5d1c94c0f47ebc5b26bbe6e8þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1298
2.txtþ þTEXT\0001\ST12982.txtþ

þST12983þ þST12983þ þST12983þ þST12983þ þST12983þ þST12983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorWLAllListed.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST13000þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLAll
Listed.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ898þ þ72da57289a3c9af5585b5622e18816b7þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
02\ST12983.txtþ þTEXT\0001\ST12983.txtþ

þST12984þ þST12984þ þST12984þ þST12984þ þST12984þ þST12984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorWLAllNotListed.
java.svn-baseþ þþ þþ þ0þ þ1þ þST13001þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWL
AllNotListed.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ785þ þc23bdb16cd20a490d845e55afbe
6508eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0002\ST12984.txtþ þTEXT\0001\ST12984.txtþ

þST12985þ þST12985þ þST12985þ þST12985þ þST12985þ þST12985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorWLListed.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST13002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLListed
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1299þ þ5b403d23fcd8f93ebe66c51d161a8435þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST
12985.txtþ þTEXT\0001\ST12985.txtþ

þST12986þ þST12986þ þST12986þ þST12986þ þST12986þ þST12986þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/.svn/text-base/RejectorWLListedMultipl
e.java.svn-baseþ þþ þþ þ0þ þ1þ þST13003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejector
WLListedMultiple.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1364þ þd8d10b842f41444e188637
a13579002cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ

þNATIVES\0002\ST12986.txtþ þTEXT\0001\ST12986.txtþ
þST12987þ þST12987þ þST12987þ þST12987þ þST12987þ þST12987þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/MultiviewerRejector.javaþ þþ þþ þ0þ þ1þ
þST12959þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerRejector.javaþ þ.JAVAþ þte
xt/x-java-sourceþ þþ þ1934þ þ5ea273b8ef13c927f6273f19f5c41e74þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12987.javaþ þþ
þST12988þ þST12988þ þST12988þ þST12988þ þST12988þ þST12988þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/PriceVolumeRejectorUtil.javaþ þþ þþ þ0þ
 þ1þ þST12960þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPriceVolumeRejectorUtil.javaþ þ.J
AVAþ þtext/x-java-sourceþ þþ þ10488þ þ1ab36743bd1bceb385203fd130554a3cþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12988.java
þ þþ
þST12989þ þST12989þ þST12989þ þST12989þ þST12989þ þST12989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/Rejector.javaþ þþ þþ þ0þ þ1þ þST12966þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejector.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1297þ þcc9155125ff87cf81e1ef68b1de5cfc0þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12989.javaþ þþ
þST12990þ þST12990þ þST12990þ þST12990þ þST12990þ þST12990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorClassSimpleName.javaþ þþ þþ þ0þ
 þ1þ þST12967þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorClassSimpleName.javaþ þ.J
AVAþ þtext/x-java-sourceþ þþ þ986þ þ6bf23a1028e0680d7a8b51dcc4a1e020þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12990.javaþ þ
þ
þST12991þ þST12991þ þST12991þ þST12991þ þST12991þ þST12991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorDay.javaþ þþ þþ þ0þ þ1þ þST12968
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorDay.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ1135þ þbc4a469c7cf047f7ca4dc0b67721e4dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12991.javaþ þþ
þST12992þ þST12992þ þST12992þ þST12992þ þST12992þ þST12992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorMarket.javaþ þþ þþ þ0þ þ1þ þST12
969þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorMarket.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ1776þ þe75d01a2ac18ae0f8edec35c73eae14bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12992.javaþ þþ
þST12993þ þST12993þ þST12993þ þST12993þ þST12993þ þST12993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorNewsPublisher.javaþ þþ þþ þ0þ þ
1þ þST12970þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsPublisher.javaþ þ.JAVA

þ þtext/x-java-sourceþ þþ þ1245þ þ5aa1466b2eba33dbd235395f0e821860þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12993.javaþ þþ þST12994þ þST12994þ þST12994þ þST12994þ þST12994þ þST12994þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorNewsType.javaþ þþ þþ þ0þ þ1þ þST 12971þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsType.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1556þ þ78a9db24fef9f774a80d18558addccd8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12994.javaþ þþ þST12995þ þST12995þ þST12995þ þST12995þ þST12995þ þST12995þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorNotTraded.javaþ þþ þþ þ0þ þ1þ þS T12972þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNotTraded.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ575þ þc41a0f4fe27cc35b2604bf337ebc0075þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12995.javaþ þþ þST12996þ þST12996þ þST12996þ þST12996þ þST12996þ þST12996þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorPriceVolume.javaþ þþ þþ þ0þ þ1þ þST12973þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorPriceVolume.javaþ þ.JAVAþ þte xt/x-java-sourceþ þþ þ12837þ þc1462e9138c36c01ab2716f119e44cd1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12996.javaþ þþ þST12997þ þST12997þ þST12997þ þST12997þ þST12997þ þST12997þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorSingleInstrumentType.javaþ þþ þ þ þ0þ þ1þ þST12980þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorSingleInstrumentType .javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1108þ þ3369b676e0577ce1c6252cd427426f71þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12 997.javaþ þþ

þST12998þ þST12998þ þST12998þ þST12998þ þST12998þ þST12998þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorStockType.javaþ þþ þþ þ0þ þ1þ þS T12981þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorStockType.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1663þ þ9360bf4ad62b1eaa2f843f81fcb595d6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12998.javaþ þþ þST12999þ þST12999þ þST12999þ þST12999þ þST12999þ þST12999þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorTrades.javaþ þþ þþ þ0þ þ1þ þST12 982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorTrades.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1288þ þ4b1731fc5d1c94c0f47ebc5b26bbe6e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST12999.javaþ þþ þST13000þ þST13000þ þST13000þ þST13000þ þST13000þ þST13000þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/rejector/RejectorWLAllListed.javaþ þþ þþ þ0þ þ1þ þST12983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLAllListed.javaþ þ.JAVAþ þte

xt/x-java-sourceþ þþ þ898þ þ72da57289a3c9af5585b5622e18816b7þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13000.javaþ þþ
þST13001þ þST13001þ þST13001þ þST13001þ þST13001þ þST13001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorWLAllNotListed.javaþ þþ þþ þ0þ
þ1þ þST12984þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLAllNotListed.javaþ þ.JA
VAþ þtext/x-java-sourceþ þþ þ785þ þc23bdb16cd20a490d845e55afbe6508eþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13001.javaþ þþ
þST13002þ þST13002þ þST13002þ þST13002þ þST13002þ þST13002þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorWLListed.javaþ þþ þþ þ0þ þ1þ þST
12985þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLListed.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ1299þ þ5b403d23fcd8f93ebe66c51d161a8435þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13002.javaþ þþ
þST13003þ þST13003þ þST13003þ þST13003þ þST13003þ þST13003þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rejector/RejectorWLListedMultiple.javaþ þþ þþ þ0
þ þ1þ þST12986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWLListedMultiple.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ1364þ þd8d10b842f41444e188637a13579002cþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13003.javaþ þþ
þST13004þ þST13004þ þST13004þ þST13004þ þST13004þ þST13004þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1204þ þ420a0a12c4
f4a7eb3f5c0e986abcdb5fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13004.txtþ þTEXT\0001\ST13004.txtþ
þST13005þ þST13005þ þST13006þ þST13005þ þST13006þ þST13005þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þent
riesþ þ.TXTþ þtext/plainþ þþ þ1128þ þ24b27f4de60380fa23e147ef6d00f1e06þ þ2þ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13005.txtþ
þTEXT\0001\ST13005.txtþ
þST13007þ þST13007þ þST13007þ þST13007þ þST13007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/INewsSearchRequestor.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST13014þ þþ þþ þþ þþ þþ þþ þ10/13/2007þ þ00:00:00þ þ
2007-10-13T00:00:00-04:00þ þ1192248000þ þINewsSearchRequestor.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ541þ þ76d10bd3d6bc0093146b03247e2cc617þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13007.txtþ þTEXT\0001\ST
13007.txtþ
þST13008þ þST13008þ þST13008þ þST13008þ þST13008þ þST13008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/INewsStoryRequestor.java
.svn-baseþ þþ þþ þ0þ þ1þ þST13015þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/13/2007þ þ00:00:00þ þ2
007-10-13T00:00:00-04:00þ þ1192248000þ þINewsStoryRequestor.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ386þ þ1b27d9e6d33755067aa4ce23dcd99f95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13008.txtþ þTEXT\0001\ST13
008.txtþ

þST13009þ þST13009þ þST13009þ þST13009þ þST13009þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/NewsSearchRequest.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST13016þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ00:00:00þ þ200
7-10-12T00:00:00-04:00þ þ1192161600þ þNewsSearchRequest.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ703þ þ9e58dcba7ba4db9d3b460c3f70d912f3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13009.txtþ þTEXT\0001\ST13009.txtþ

þST13010þ þST13010þ þST13010þ þST13010þ þST13010þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/NewsStoryRequest.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST13017þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/08/2007þ þ00:00:00þ þ2007
-10-08T00:00:00-04:00þ þ1191816000þ þNewsStoryRequest.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ774þ þa4297da4c62378768ada85ef7a736fa0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13010.txtþ þTEXT\0001\ST13010.t
xtþ

þST13011þ þST13011þ þST13011þ þST13011þ þST13011þ þST13011þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/RequestCenter.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST13018þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRequestCenter.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ931þ þcbb8790afc8a6767c798f3589a86b3bbþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13011.tx
tþ þTEXT\0001\ST13011.txtþ

þST13012þ þST13012þ þST13012þ þST13012þ þST13012þ þST13012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/RequestManager.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13019þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ12/03/2007þ þ00:00:00þ þ2007-1
2-03T00:00:00-05:00þ þ1196658000þ þRequestManager.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ939þ þf122248879f045fe7138de5956b91bbbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13012.txtþ þTEXT\0001\ST13012.txtþ
þST13013þ þST13013þ þST13013þ þST13013þ þST13013þ þST13013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/.svn/text-base/ServerRequest.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST13020þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ00:00:00þ þ2007-10
-12T00:00:00-04:00þ þ1192161600þ þServerRequest.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ1178þ þc46ad68074a25ab44a9e5b6d864521dbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13013.txtþ þTEXT\0001\ST13013.txtþ
þST13014þ þST13014þ þST13014þ þST13014þ þST13014þ þST13014þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/INewsSearchRequestor.javaþ þþ þþ þ0þ þ1þ
þST13007þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsSearchRequestor.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ541þ þ76d10bd3d6bc0093146b03247e2cc617þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13014.javaþ þþ
þST13015þ þST13015þ þST13015þ þST13015þ þST13015þ þST13015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/INewsStoryRequestor.javaþ þþ þþ þ0þ þ1þ þ
ST13008þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsStoryRequestor.javaþ þ.JAVAþ þtex
t/x-java-sourceþ þþ þ386þ þ1b27d9e6d33755067aa4ce23dcd99f95þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13015.javaþ þþ
þST13016þ þST13016þ þST13016þ þST13016þ þST13016þ þST13016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/NewsSearchRequest.javaþ þþ þþ þ0þ þ1þ þST
13009þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchRequest.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ703þ þ9e58dcba7ba4db9d3b460c3f70d912f3þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13016.javaþ þþ
þST13017þ þST13017þ þST13017þ þST13017þ þST13017þ þST13017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/NewsStoryRequest.javaþ þþ þþ þ0þ þ1þ þST1
3010þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryRequest.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ774þ þa4297da4c62378768ada85ef7a736fa0þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13017.javaþ þþ
þST13018þ þST13018þ þST13018þ þST13018þ þST13018þ þST13018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/RequestCenter.javaþ þþ þþ þ0þ þ1þ þST1301
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRequestCenter.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ931þ þcbb8790afc8a6767c798f3589a86b3bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13018.javaþ þþ
þST13019þ þST13019þ þST13019þ þST13019þ þST13019þ þST13019þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/RequestManager.javaþ þþ þþ þ0þ þ1þ þST130
12þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRequestManager.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ939þ þf122248879f045fe7138de5596b91bbbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13019.javaþ þþ
þST13020þ þST13020þ þST13020þ þST13020þ þST13020þ þST13020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/request/ServerRequest.javaþ þþ þþ þ0þ þ1þ þST1301
3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þServerRequest.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ1178þ þc46ad68074a25ab44a9e5b6d864521dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13020.javaþ þþ
þST13021þ þST13021þ þST13021þ þST13021þ þST13021þ þST13021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ725þ þf5ae4593ef
35659d3c82d0dbd956319fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13021.txtþ þTEXT\0001\ST13021.txtþ
þST13022þ þST13022þ þST13023þ þST13022þ þST13023þ þST13022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þ03/10/2010þ þ00:00:00þ þ2010
-03-10T00:00:00-05:00þ þ1268197200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ767þ þ2e4ddcd7ee
659e5a90ac14f4fcee01bbþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13022.txtþ þTEXT\0001\ST13022.txtþ
þST13024þ þST13024þ þST13024þ þST13024þ þST13024þ þST13024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/.svn/text-base/Flasher.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13030þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlasher.java.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ799þ þ802ddc3c7c4824ee364b5b1ff06c8588þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13024.txtþ þTEXT\0001\ST13024.txtþ
þST13025þ þST13025þ þST13025þ þST13025þ þST13025þ þST13025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/.svn/text-base/IFlasherOwner.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13031þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFlasherOwner.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ244þ þc0f4f3922f16d9f074c579b180a84b42þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13025.t
xtþ þTEXT\0001\ST13025.txtþ
þST13026þ þST13026þ þST13027þ þST13026þ þST13027þ þST13026þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/.svn/text-base/RowBorderedManager.java
.svn-baseþ þþ þþ þ0þ þ1þ þST13032þ þþ þþ þþ þþ þþ þþ þ09/07/2007þ þ00:00:00þ þ2
007-09-07T00:00:00-04:00þ þ1189137600þ þRowBorderedManager.java.svn-baseþ þ.TXTþ þpte
xt/plainþ þþ þ3489þ þ25c6d0802df37a99792c47674b83dd62þ þ2þ þþ þþ þþ þþ þTþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13026.txtþ þTEXT\0001\ST13
026.txtþ
þST13028þ þST13028þ þST13029þ þST13028þ þST13029þ þST13028þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/.svn/text-base/RowFlashingManager.java
.svn-baseþ þþ þþ þ0þ þ1þ þST13033þ þþ þþ þþ þþ þþ þþ þþ þRowFlashingMan
ager.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3356þ þ0c3783e963763d27c5fd702a3d350f98þ
þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST13028.txtþ þTEXT\0001\ST13028.txtþ
þST13030þ þST13030þ þST13030þ þST13030þ þST13030þ þST13030þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/Flasher.javaþ þþ þþ þ0þ þ1þ þST13024þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlasher.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ799
þ þ802bdc3c7c4824ee364b5b1ff06c8588þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13030.javaþ þþ
þST13031þ þST13031þ þST13031þ þST13031þ þST13031þ þST13031þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/IFlasherOwner.javaþ þþ þ0þ þ1þ þST130
25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFlasherOwner.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ244þ þc0f4f3922f16d9f074c579b180a84b42þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13031.javaþ þþ
þST13032þ þST13032þ þST13032þ þST13032þ þST13032þ þST13032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/RowBorderedManager.javaþ þþ þþ þ0þ þ1þ þ
ST13026þ þþ þþ þþ þþ þþ þþ þþ þþ þRowBorderedManager.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ3489þ þ25c6d0802df37a99792c47674b83dd62þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13032.javaþ þþ
þST13033þ þST13033þ þST13033þ þST13033þ þST13033þ þST13033þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/rowflash/RowFlashingManager.javaþ þþ þþ þ0þ þ1þ þ
ST13028þ þþ þþ þþ þþ þþ þþ þþ þþ þRowFlashingManager.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ3356þ þ0c3783e963763d27c5fd702a3d350f98þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13033.javaþ þþ
þST13034þ þST13034þ þST13034þ þST13034þ þST13034þ þST13034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/settings/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ276þ þ5c2955870c
88f0572dcdc47b19d15decþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13034.txtþ þTEXT\0001\ST13034.txtþ
þST13035þ þST13035þ þST13035þ þST13035þ þST13035þ þST13035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/settings/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þ01/19/2011þ þ00:00:00þ þ2011
-01-19T00:00:00-05:00þ þ1295413200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ425þ þ0991571cc7
82e34bb042d18cd6920ca7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13035.txtþ þTEXT\0001\ST13035.txtþ
þST13036þ þST13036þ þST13039þ þST13036þ þST13039þ þST13036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/settings/.svn/text-base/SettingsController.java
.svn-baseþ þþ þþ þ0þ þ1þ þST13063þ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsContro
ller.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7928þ þ7f1c5bd6e30b618e2d86bde886f61c80þ
þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST13036.txtþ þTEXT\0001\ST13036.txtþ
þST13040þ þST13040þ þST13040þ þST13040þ þST13040þ þST13040þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ894þ þ1c62 99163ec598cc953c0dc6d2fef2e0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL SEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13040.txtþ þTEXT\0001\ST13040.txtþ þST13041þ þST13041þ þST13042þ þST13041þ þST13042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/13/2010þ þ00:00:00þ þ2010-05-13T00:00:00-04:00þ þ12737232 00þ þentriesþ þ.TXTþ þtext/plainþ þþ þ839þ þ9fb25e85afb7b30736dd55a039da0bfeþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST13041.txtþ þTEXT\0001\ST13041.txtþ þST13043þ þST13043þ þST13043þ þST13043þ þST13043þ þST13043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/.svn/text-base/SettingsTableCol orFontAction.java.svn-baseþ þþ þþ þ0þ þ1þ þST13047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColorFontAction.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2231þ þ98afce 36ae53a35a3fd11b373e5e676þbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE þ þFALSEþ þTRUEþ þNATIVES\0002\ST13043.txtþ þTEXT\0001\ST13043.txtþ þST13044þ þST13044þ þST13044þ þST13044þ þST13044þ þST13044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/.svn/text-base/SettingsTableCol umnsHideAction.java.svn-baseþ þþ þþ þ0þ þ1þ þST13048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þSettingsTableColumnsHideAction.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1392þ þd5d 2b2011e49b1a634f33627b65393b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13044.txtþ þTEXT\0001\ST13044.txtþ þST13045þ þST13045þ þST13045þ þST13045þ þST13045þ þST13045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/.svn/text-base/SettingsTableCol umnsShowAction.java.svn-baseþ þþ þþ þ0þ þ1þ þST13049þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þSettingsTableColumnsShowAction.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1009þ þfac c3aec63303f70134bccf01b16aa3aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13045.txtþ þTEXT\0001\ST13045.txtþ þST13046þ þST13046þ þST13046þ þST13046þ þST13046þ þST13046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/.svn/text-base/SettingsTableGri dBorderBoldAction.java.svn-baseþ þþ þþ þ0þ þ1þ þST13050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þSettingsTableGridBorderBoldAction.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ171 2þ þec573968c166f57dcf90f563fcadfc60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þb þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13046.txtþ þTEXT\0001\ST13046.txtþ þST13047þ þST13047þ þST13047þ þST13047þ þST13047þ þST13047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/settings/action/SettingsTableColorFontAction.ja vaþ þþ þþ þ0þ þ1þ þST13043þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColorFon tAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2231þ þ98afce36ae53a35a3fd11b373e5e676

bþ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þTRUEþ þFALSEþ þTRUEþ þNATIVES\00 02\ST13047.javaþ þþ

þST13048þ þST13048þ þST13048þ þST13048þ þST13048þ þST13048þ þb þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/action/SettingsTableColumnsHideAction. javaþ þb þb þ0þ þ1þ þST13044þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þSettingsTableColumn sHideAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þb þ1392þ þd5d2b2011e49b1a634f33627b65 393b7þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0002\ST13048.javaþ þþ

þST13049þ þST13049þ þST13049þ þST13049þ þST13049þ þST13049þ þb þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/action/SettingsTableColumnsShowAction. javaþ þb þb þ0þ þ1þ þST13045þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þSettingsTableColumn sShowAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þb þ1009þ þfacc3aec63303f70134bccf01b1 6aa3aþ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0002\ST13049.javaþ þþ

þST13050þ þST13050þ þST13050þ þST13050þ þST13050þ þST13050þ þb þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/action/SettingsTableGridBorderBoldActi on.javaþ þb þb þ0þ þ1þ þST13046þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þSettingsTableGri dBorderBoldAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þb þ1712þ þec573968c166f57dcf90f 563fcadfc60þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þTRUEþ þFALSEþ þTRUEþ þ NATIVES\0002\ST13050.javaþ þþ

þST13051þ þST13051þ þST13051þ þST13051þ þST13051þ þST13051þ þb þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/bannedlist/.svn/all-wcpropsþ þb þb þ0þ þ1þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þall-wcpropsþ þ.TXTþ þtext/plainþ þb þ329þ þ87d9a58a9fc2c31cfbf570ba940cb4c7þ þ1þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þ b þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13051.txtþ þTEXT\0001\ST13051.txtþ

þST13052þ þST13052þ þST13052þ þST13052þ þST13052þ þST13052þ þb þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/bannedlist/.svn/entriesþ þb þb þ0þ þ1þ þ b þb þb þb þb þb þb þb þb þb þb þ09/08/2010þ þ00:00:00þ þ2010-09-08T00:00:00-04:00þ þ1283 918400þ þentriesþ þ.TXTþ þtext/plainþ þb þ393þ þc9abd28c4713fd976316e69742f33754þ þ1þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\S T13052.txtþ þTEXT\0001\ST13052.txtþ

þST13053þ þST13053þ þST13053þ þST13053þ þST13053þ þST13053þ þb þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/bannedlist/.svn/text-base/GlobalBanned ListSettingsController.java.svn-baseþ þb þb þ0þ þ1þ þST13054þ þb þb þb þb þb þb þb þb þb þ b þb þb þb þGlobalBannedListSettingsController.java.svn-baseþ þ.TXTþ þtext/plainþ þ b þ1234þ þ949747087dcf9a74ef21206acff51eecþ þ1þ þb þb þb þb þb þb þb þb þb þb þb þb þb þ b þb þb þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13053.txtþ þTEXT\0001\ST13053.txtþ

þST13054þ þST13054þ þST13054þ þST13054þ þST13054þ þST13054þ þb þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/bannedlist/GlobalBannedListSettingsController.javaþ þþ þþ þ0þ þ1þ þST13053þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalBannedListSettingsController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1234þ þ949747087dcf9a74ef21206acff51eecþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13054.javaþ þþ

þST13055þ þST13055þ þST13055þ þST13055þ þST13055þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/montage/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ317þ þ1a7b960c318465b863b5a8c5220cb255þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13055.txtþ þTEXT\0001\ST13055.txtþ

þST13056þ þST13056þ þST13056þ þST13056þ þST13056þ þST13056þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/montage/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ05/10/2010þ þ00:00:00þ þ2010-05-10T00:00:00-04:00þ þ1273464000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ393þ þ1dedfb65b24f72aed50974df63d42656þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13056.txtþ þTEXT\0001\ST13056.txtþ

þST13057þ þST13057þ þST13061þ þST13057þ þST13061þ þST13057þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/montage/.svn/text-base/GlobalMontageSettingsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST13062þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þGlobalMontageSettingsController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ11076þ þ9f4dfed8e906ce1421b60935b1b7a42bþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13057.txtþ þTEXT\0001\ST13057.txtþ

þST13062þ þST13062þ þST13062þ þST13062þ þST13062þ þST13062þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/montage/GlobalMontageSettingsController.javaþ þþ þþ þ0þ þ1þ þST13057þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalMontageSettingsController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11076þ þ9f4dfed8e906ce1421b60935b1b7a42bþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13062.javaþ þþ

þST13063þ þST13063þ þST13063þ þST13063þ þST13063þ þST13063þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/SettingsController.javaþ þþ þþ þ0þ þ1þ þST13036þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7928þ þ7f1c5bd6e30b618e2d86bde886f61c80þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13063.javaþ þþ

þST13064þ þST13064þ þST13064þ þST13064þ þST13064þ þST13064þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/settings/tables/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ311þ þ1ada

e32fdd1c01e11c94dfed1375b9beþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13064.txtþ þTEXT\0001\ST13064.txtþ
þST13065þ þST13065þ þST13065þ þST13065þ þST13065þ þST13065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/settings/tables/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þ05/13/2010þ þ00:00:00þ þ2010-05-13T00:00:00-04:00þ þ12737232
00þ þentriesþ þ.TXTþ þtext/plainþ þþ þ390þ þff3eb0eee0d22821e2b7615b6b38d7feþ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13065.txtþ þTEXT\0001\ST13065.txtþ
þST13066þ þST13066þ þST13073þ þST13066þ þST13073þ þST13066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/settings/tables/.svn/text-base/GlobalTableSetti
ngsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST13074þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þGlobalTableSettingsController.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ23621þ þa17e7b640f805315b154aada47635053þ þ8þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13066.txtþ þTEXT\0001\ST13066.txtþ
þST13074þ þST13074þ þST13074þ þST13074þ þST13074þ þST13074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/settings/tables/GlobalTableSettingsController.j
avaþ þþ þþ þ0þ þ1þ þST13066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalTableSettingsC
ontroller.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ23621þ þa17e7b640f805315b154aada4763
5053þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13074.javaþ þþ
þST13075þ þST13075þ þST13076þ þST13075þ þST13076þ þST13075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2593þ þbf797ff9f2b24
34f56ba01aa8f062c59þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0002\ST13075.txtþ þTEXT\0001\ST13075.txtþ
þST13077þ þST13077þ þST13083þ þST13077þ þST13083þ þST13077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ06/16/2011þ þ00:00:00þ þ2011-06-16T00:00:00-04:00þ þ1308196800þ þentrie
sþ þ.TXTþ þtext/plainþ þþ þ2707þ þec239499ed8531077d8700642525766fþ þ7þ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13077.txtþ þT
EXT\0001\ST13077.txtþ
þST13084þ þST13084þ þST13093þ þST13084þ þST13093þ þST13084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/Columns.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST13177þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns.java.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ32750þ þ5ae2d5591203878619db3cf4286306a2þ þ10þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13084.txtþ þTEXT\0001\ST13084.txtþ

þST13094þ þST13094þ þST13098þ þST13094þ þST13098þ þST13094þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsADP.java.svn-baseþ þþ þþ þ0þ þ1þ þST13178þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ11823þ þ8527372017aa51537e5872bf10154aacþ þ5þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13094.txtþ þT EXT\0001\ST13094.txtþ

þST13099þ þST13099þ þST13103þ þST13099þ þST13103þ þST13099þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsADR.java.svn-baseþ þþ þþ þ0þ þ1þ þST13179þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ11832þ þ34ed72bf4f642e56c6c87453b2af21faþ þ5þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13099.txtþ þT EXT\0001\ST13099.txtþ

þST13104þ þST13104þ þST13108þ þST13104þ þST13108þ þST13104þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsADV.java.svn-baseþ þþ þþ þ0þ þ1þ þST13180þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ11839þ þ88421059d4c4f083b02ad30099ee1e53þ þ5þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13104.txtþ þT EXT\0001\ST13104.txtþ

þST13109þ þST13109þ þST13114þ þST13109þ þST13114þ þST13109þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsHL.java.svn-base þ þ þþ þþ þ0þ þ1þ þST13181þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ13223þ þ32b9c50510f9d3369b0ea8822dff2f65þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST13109.txtþ þTEXT\0001\ST13109.txtþ

þST13115þ þST13115þ þST13118þ þST13115þ þST13118þ þST13115þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsIT.java.svn-baseþ þ þ þþ þþ þ0þ þ1þ þST13182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þColumnsIT.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8278þ þ16260c6cfbee697822e6659f923b7daeþ þ4þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13115.txtþ þTEXT\0001\ST13115.txtþ

þST13119þ þST13119þ þST13121þ þST13119þ þST13121þ þST13119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsNF.java.svn-baseþ þ þ þþ þþ þ0þ þ1þ þST13183þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7408þ þ3f5ad9371fd1138f4483f6ac38aa4823þ þ3þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13119.txtþ þTEXT\0001\ST13119.txtþ

þST13122þ þST13122þ þST13125þ þST13122þ þST13125þ þST13122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsOFF.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13184þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ8872þ þf893b09d17e1ccf49807a194a353c5e2þ þ4þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13122.txtþ þTEX
T\0001\ST13122.txtþ
þST13126þ þST13126þ þST13128þ þST13126þ þST13128þ þST13126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsOpenClose.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13185þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6011þ þb16b63f63988b2f52e76ecfce20a85beþ þ3þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST131
26.txtþ þTEXT\0001\ST13126.txtþ
þST13129þ þST13129þ þST13133þ þST13129þ þST13133þ þST13129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/ColumnsPopupMenu.java.svn-
baseþ þþ þ0þ þ1þ þST13186þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsPopupMenu.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ14185þ þ0d9a55ee7ffa47850080e25d5bd66eacþ þ5þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13
129.txtþ þTEXT\0001\ST13129.txtþ
þST13134þ þST13134þ þST13138þ þST13134þ þST13138þ þST13134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/EFColumn.java.svn-baseþ þþ
þþ þ0þ þ1þ þST13187þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/31/2007þ þ00:00:00þ þ2007-10-31T00:
00:00-04:00þ þ1193803200þ þEFColumn.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ14801þ þf5f
0081111a738ec3f4769f8591dd836þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13134.txtþ þTEXT\0001\ST13134.txtþ
þST13139þ þST13139þ þST13140þ þST13139þ þST13140þ þST13139þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/EFComparator.java.svn-base
þ þþ þþ þ0þ þ1þ þST13188þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/31/2007þ þ00:00:00þ þ2007-10-31
T00:00:00-04:00þ þ1193803200þ þEFComparator.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ22
59þ þf34e6aec0181a0352f0441780767461dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13139.txtþ þTEXT\0001\ST13139.txtþ
þST13141þ þST13141þ þST13166þ þST13141þ þST13166þ þST13141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/EFRenderer.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13189þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/31/2007þ þ00:00:00þ þ2007-10-31T
00:00:00-04:00þ þ1193803200þ þEFRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ74411
þ þ5cbb7c520ce1b26b76a2e196f4300022þ þ26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13141.txtþ þTEXT\0001\ST13141.txtþ
þST13167þ þST13167þ þST13167þ þST13167þ þST13167þ þST13167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/IRendererCellFactory.java.

svn-baseþ þþ þþ þ0þ þ1þ þST13190þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRendererCellFa
ctory.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ360þ þ7e161e3206a749bf41dab4aecb64997fþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST13167.txtþ þTEXT\0001\ST13167.txtþ
þST13168þ þST13168þ þST13171þ þST13168þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/PredefinedUserColumns.java
.svn-baseþ þþ þ0þ þ1þ þST13191þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPredefinedUser
Columns.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7448þ þ5fdb344c8121b1c08c291617cda0053
0þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0002\ST13168.txtþ þTEXT\0001\ST13168.txtþ
þST13172þ þST13172þ þST13174þ þST13172þ þST13174þ þST13172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/RendererIT.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13192þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererIT.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ6664þ þfb10752b9bd0525262e05da2d3a5d742þ þ3þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13172.txtþ þTEX
T\0001\ST13172.txtþ
þST13175þ þST13175þ þST13176þ þST13175þ þST13176þ þST13175þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/.svn/text-base/RenderersWL.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST13193þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRenderersWL.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ3003þ þca2ed3420306921c187f7739c9d08fc8þ þ2þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13175.txtþ þT
EXT\0001\ST13175.txtþ
þST13177þ þST13177þ þST13177þ þST13177þ þST13177þ þST13177þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/Columns.javaþ þþ þþ þ0þ þ1þ þST13084þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumns.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ32750þ
 þ5ae2d5591203878619db3cf4286306a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13177.javaþ þþ
þST13178þ þST13178þ þST13178þ þST13178þ þST13178þ þST13178þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/ColumnsADP.javaþ þþ þþ þ0þ þ1þ þST13094þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADP.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ11823þ þ8527372017aa51537e5872bf10154aacþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13178.javaþ þþ
þST13179þ þST13179þ þST13179þ þST13179þ þST13179þ þST13179þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/ColumnsADR.javaþ þþ þþ þ0þ þ1þ þST13099þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADR.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ11832þ þ34ed72bf4f642e56c6c87453b2af21faþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13179.javaþ þþ
þST13180þ þST13180þ þST13180þ þST13180þ þST13180þ þST13180þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsADV.javaþ þþ þþ þ0þ þ1þ þST13104þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsADV.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11839þ þ88421059d4c4f083b02ad30099ee1e53þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13180.javaþ þþ þST13181þ þST13181þ þST13181þ þST13181þ þST13181þ þST13181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsHL.javaþ þþ þþ þ0þ þ1þ þST13109þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsHL.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ13223þ þ32b9c50510f9d3369b0ea8822dff2f65þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13181.javaþ þþ þST13182þ þST13182þ þST13182þ þST13182þ þST13182þ þST13182þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsIT.javaþ þþ þþ þ0þ þ1þ þST13115þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsIT.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ82 78þ þ16260c6cfbee697822e6659f923b7daeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13182.javaþ þþ þST13183þ þST13183þ þST13183þ þST13183þ þST13183þ þST13183þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsNF.javaþ þþ þþ þ0þ þ1þ þST13119þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsNF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ74 08þ þ3f5ad9371fd1138f4483f6ac38aa4823þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13183.javaþ þþ þST13184þ þST13184þ þST13184þ þST13184þ þST13184þ þST13184þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsOFF.javaþ þþ þþ þ0þ þ1þ þST13122þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOFF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8872þ þf893b09d17e1ccf49807a194a353c5e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13184.javaþ þþ þST13185þ þST13185þ þST13185þ þST13185þ þST13185þ þST13185þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsOpenClose.javaþ þþ þþ þ0þ þ1þ þST131 26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsOpenClose.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6011þ þb16b63f63988b2f52e76ecfce20a85beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13185.javaþ þþ þST13186þ þST13186þ þST13186þ þST13186þ þST13186þ þST13186þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/table/ColumnsPopupMenu.javaþ þþ þþ þ0þ þ1þ þST131 29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsPopupMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ14185þ þ0d9a55ee7ffa47850080e25d5bd66eacþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13186.javaþ þþ þST13187þ þST13187þ þST13187þ þST13187þ þST13187þ þST13187þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/EFColumn.javaþ þþ þþ þ0þ þ1þ þST13134þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFColumn.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1480
 1þ þf5f0081111a738ec3f4769f8591dd836þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13187.javaþ þþ
 þST13188þ þST13188þ þST13188þ þST13188þ þST13188þ þST13188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/EFComparator.javaþ þþ þþ þ0þ þ1þ þST13139þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFComparator.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þþ þ2259þ þf34e6aec0181a0352f0441780767461dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13188.javaþ þþ
 þST13189þ þST13189þ þST13189þ þST13189þ þST13189þ þST13189þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/EFRenderer.javaþ þþ þþ þ0þ þ1þ þST13141þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFRenderer.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ74411þ þ5cbb7c520ce1b26b76a2e196f4300022þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13189.javaþ þþ
 þST13190þ þST13190þ þST13190þ þST13190þ þST13190þ þST13190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/IRendererCellFactory.javaþ þþ þþ þ0þ þ1þ þS
T13167þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRendererCellFactory.javaþ þ.JAVAþ þtex
t/x-java-sourceþ þþ þ360þ þ7e161e3206a749bf41dab4aecb64997fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13190.javaþ þþ
 þST13191þ þST13191þ þST13191þ þST13191þ þST13191þ þST13191þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/PredefinedUserColumns.javaþ þþ þþ þ0þ þ1þ þ
ST13168þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPredefinedUserColumns.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ7448þ þ5fdb344c8121b1c08c291617cda00530þ þþ þþ þþ þþ þþ þþ þþ
 þST13192þ þST13192þ þST13192þ þST13192þ þST13192þ þST13192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/RendererIT.javaþ þþ þþ þ0þ þ1þ þST13172þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererIT.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ6664þ þfb10752b9bd0525262e05da2d3a5d742þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13192.javaþ þþ
 þST13193þ þST13193þ þST13193þ þST13193þ þST13193þ þST13193þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/table/RenderersWL.javaþ þþ þþ þ0þ þ1þ þST13175þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRenderersWL.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ3003þ þca2ed3420306921c187f7739c9d08fc8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13193.javaþ þþ
 þST13194þ þST13194þ þST13194þ þST13194þ þST13194þ þST13194þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ604þ þ8e53cf
bd47b2678c98704b7708db7160þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0002\ST13194.txtþ þTEXT\0001\ST13194.txtþ
þST13195þ þST13195þ þST13195þ þST13195þ þST13195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þ03/10/2010þ þ00:00:00þ þ2010-03-10T00:00:00-05:00þ þ1268197200þ
 þentriesþ þ.TXTþ þtext/plainþ þþ þ645þ þ969fefb2b90c9486bac5e2cfb8aedb90þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13195.t
xtþ þTEXT\0001\ST13195.txtþ
þST13196þ þST13196þ þST13197þ þST13196þ þST13197þ þST13196þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/.svn/text-base/MultiTickerUpdater.
java.svn-baseþ þþ þþ þ0þ þ1þ þST13204þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/06/2007þ þ00:00:0
0þ þ2007-10-06T00:00:00-04:00þ þ1191643200þ þMultiTickerUpdater.java.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ2475þ þc75e427f490140482b13c793c5c75c21þ þ2þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13196.txtþ þTEXT\0001
\ST13196.txtþ
þST13198þ þST13200þ þST13198þ þST13200þ þST13198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/.svn/text-base/SingleTickerUpdater
.java.svn-baseþ þþ þþ þ0þ þ1þ þST13205þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/29/2007þ þ00:00:
00þ þ2007-09-29T00:00:00-04:00þ þ1191038400þ þSingleTickerUpdater.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ5301þ þ3adc41546f60ad89600bd15101045a2eþ þ3þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13198.txtþ þTEXT\0001\ST13198.txtþ
þST13201þ þST13201þ þST13203þ þST13201þ þST13203þ þST13201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/.svn/text-base/TableUpdater.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST13206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/06/2007þ þ00:00:00þ þ200
7-10-06T00:00:00-04:00þ þ1191643200þ þTableUpdater.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ6336þ þa1f0e25cd58e1651e585e889ce4e9d9bþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13201.txtþ þTEXT\0001\ST13201.txtþ
þST13204þ þST13204þ þST13204þ þST13204þ þST13204þ þST13204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/MultiTickerUpdater.javaþ þþ þþ þ0þ
þ1þ þST13196þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiTickerUpdater.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ2475þ þc75e427f490140482b13c793c5c75c21þ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13204.javaþ þþ
þST13205þ þST13205þ þST13205þ þST13205þ þST13205þ þST13205þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/com/equityfeed/core/tableupdater/SingleTickerUpdater.javaþ þþ þþ þ0þ
 þ1þ þST13198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSingleTickerUpdater.javaþ þ.JAVAþ

þtext/x-
java-sourceþ þþ þ5301þ þ3adc41546f60ad89600bd15101045a2eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13205.javaþ þþ
þST13206þ þST13206þ þST13206þ þST13206þ þST13206þ þST13206þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/tableupdater/TableUpdater.javaþ þþ þþ þ0þ þ1þ þST
13201þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUpdater.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ6336þ þa1f0e25cd58e1651e585e889ce4e9d9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13206.javaþ þþ
þST13207þ þST13207þ þST13207þ þST13207þ þST13207þ þST13207þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/udv/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ919þ þ02f55175ed860175
d9961b10b51c9ceeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0002\ST13207.txtþ þTEXT\0001\ST13207.txtþ
þST13208þ þST13208þ þST13209þ þST13208þ þST13209þ þST13208þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/udv/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010
-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ879þ þ3fa3c52641
441fea3e75ad4d009f8e1eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13208.txtþ þTEXT\0001\ST13208.txtþ
þST13210þ þST13210þ þST13211þ þST13210þ þST13211þ þST13210þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/udv/.svn/text-base/UDVController.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13222þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUDVController.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ2273þ þc30cef88d3b12a32bddb1384fd089ae3þ þ2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13210.txtþ þ
TEXT\0001\ST13210.txtþ
þST13212þ þST13212þ þST13213þ þST13212þ þST13213þ þST13212þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/udv/.svn/text-base/UserDefinedValues.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST13223þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValues.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2118þ þ0bf9447d23d7fecb8fa2174f0a6f78d0þ þ2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST132
12.txtþ þTEXT\0001\ST13212.txtþ
þST13214þ þST13214þ þST13215þ þST13214þ þST13215þ þST13214þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/com/equityfeed/core/udv/.svn/text-base/UserDefinedValuesManager.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST13224þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedVa
luesManager.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3064þ þ8e35501c7430ecfec144a5cc685
b00e9þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0002\ST13214.txtþ þTEXT\0001\ST13214.txtþ
þST13216þ þST13216þ þST13218þ þST13216þ þST13218þ þST13216þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/.svn/text-base/UserDefinedValuesMapper.java .svn-baseþ þþ þþ þ0þ þ1þ þST13225þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedVal uesMapper.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6991þ þ9e26a6e1a6ba310e603685c845842 4c6þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0002\ST13216.txtþ þTEXT\0001\ST13216.txtþ
þST13219þ þST13219þ þST13221þ þST13219þ þST13221þ þST13219þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/.svn/text-base/UserDefinedValuesTransporter .java.svn-baseþ þþ þþ þ0þ þ1þ þST13226þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefin edValuesTransporter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4708þ þ44304a78ceb79b807a1 59c01c7178ea7þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0002\ST13219.txtþ þTEXT\0001\ST13219.txtþ
þST13222þ þST13222þ þST13222þ þST13222þ þST13222þ þST13222þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/UDVController.javaþ þþ þþ þ0þ þ1þ þST13210þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUDVController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2273þ þc30cef88d3b12a32bddb1384fd089ae3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13222.javaþ þþ
þST13223þ þST13223þ þST13223þ þST13223þ þST13223þ þST13223þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/UserDefinedValues.javaþ þþ þþ þ0þ þ1þ þST1321 2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValues.javaþ þ.JAVAþ þtext/x-java -sourceþ þþ þ2118þ þ0bf9447d23d7fecb8fa2174f0a6f78d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13223.javaþ þþ
þST13224þ þST13224þ þST13224þ þST13224þ þST13224þ þST13224þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/UserDefinedValuesManager.javaþ þþ þþ þ0þ þ1þ þST13214þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesManager.javaþ þ.JAVA þ þtext/x-java-sourceþ þþ þ3064þ þ8e35501c7430ecfec144a5cc685b00e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13224.javaþ þþ
þST13225þ þST13225þ þST13225þ þST13225þ þST13225þ þST13225þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/UserDefinedValuesMapper.javaþ þþ þþ þ0þ þ1þ þ ST13216þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesMapper.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6991þ þ9e26a6e1a6ba310e603685c8458424c6þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13225.javaþ þþ
þST13226þ þST13226þ þST13226þ þST13226þ þST13226þ þST13226þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/com/equityfeed/core/udv/UserDefinedValuesTransporter.javaþ þþ þþ þ0þ þ1þ þST13219þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUserDefinedValuesTransporter.jav aþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4708þ þ44304a78ceb79b807a159c01c7178ea7þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13226.

javaþ þþ

þST13227þ þST13227þ þST13227þ þST13227þ þST13227þ þST13227þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1103þ þ4bc0a65ae95347908b7d01999b1a9d17þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 2\ST13227.txtþ þTEXT\0001\ST13227.txtþ

þST13228þ þST13228þ þST13231þ þST13228þ þST13231þ þST13228þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ00:00:00þ þ2011-11-11T00:00:00-05:00þ þ1320987600þ þentriesþ þ.TXTþ þtext/plain þ þþ þ1590þ þa93adfa73f52f8a06d52b62bfdb6a082þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13228.txtþ þTEXT\0001\ST13228.txtþ þST13232þ þST13232þ þST13232þ þST13232þ þST13232þ þST13232þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/text-base/Core.java.svn-baseþ þþ þþ þ0þ þ1þ þST13252þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCore.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ591þ þ3cc afb68da2891f68e65df1a9ce8ed00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13232.txtþ þTEXT\0001\ST13232.txtþ

þST13233þ þST13233þ þST13233þ þST13233þ þST13233þ þST13233þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/text-base/EFDNS.java.svn-baseþ þþ þþ þ0þ þ1þ þST13331þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFDNS.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ860þ þe6cc72a6df963ca90fc8953656ece7bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13233.txtþ þ TEXT\0001\ST13233.txtþ

þST13234þ þST13234þ þST13236þ þST13234þ þST13236þ þST13234þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/text-base/EFNetLogger.java.svn-baseþ þþ þþ þ0þ þ1þ þST13332 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFNetLogger.java.svn-baseþ þ.TXTþ þtext/plain þ þþ þ4006þ þ5d141b078abe27466a2b0425bcbbce34þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13234.txtþ þTEXT\0001\ST13234.txtþ þST13237þ þST13237þ þST13237þ þST13237þ þST13237þ þST13237þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/text-base/IGroupLoadEndListener.java.svn-baseþ þþ þþ þ0þ þ 1þ þST13344þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGroupLoadEndListener.java.svn-bas eþ þ.TXTþ þtext/plainþ þþ þ246þ þ507d0f9e3b3576903841f4a02cbb8e7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13237.txtþ þTEX T\0001\ST13237.txtþ

þST13238þ þST13238þ þST13238þ þST13238þ þST13238þ þST13238þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/.svn/text-base/ILoadEndListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST 13345þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILoadEndListener.java.svn-baseþ þ.TXTþ þ

text/plainþ þþ þ275þ þda131b42966f7a2cd8922f9fea961742þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13238.txtþ þTEXT\0001\ST1
3238.txtþ

þST13239þ þST13239þ þST13239þ þST13239þ þST13239þ þST13239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/.svn/text-base/IModule.java.svn-baseþ þþ þþ þ0þ þ1þ þST13346þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIModule.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ277
þ þcd141eb2822b1f9382f98a7817cf8d4dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13239.txtþ þTEXT\0001\ST13239.txtþ

þST13240þ þST13240þ þST13244þ þST13240þ þST13244þ þST13240þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/.svn/text-base/LoadOnStartManager.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoadOnStartManager.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ9777þ þ8e896b8dca5044ed5e0f825e43ae6863þ þ5þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13240.txtþ þTEXT\000
1\ST13240.txtþ

þST13245þ þST13245þ þST13245þ þST13245þ þST13245þ þST13245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/.svn/text-base/MarketEntitlements.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketEntitlements.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ1614þ þ241fa620d884a9f73c52df29bd3f67ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13245.txtþ þTEXT\000
1\ST13245.txtþ

þST13246þ þST13246þ þST13246þ þST13246þ þST13246þ þST13246þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/bannedlist/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ234þ þc588b0ffcaf94138c123111b
b73cfea8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0002\ST13246.txtþ þTEXT\0001\ST13246.txtþ

þST13247þ þST13247þ þST13247þ þST13247þ þST13247þ þST13247þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/bannedlist/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þ11/24/2010þ þ00:00:00þ þ2010-11-24T00:00:00-05:00þ þ1290574800þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ353þ þfbef835933ef1f938651802ef94a72bcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13247.txtþ þTEXT\0001\ST1
3247.txtþ

þST13248þ þST13248þ þST13250þ þST13248þ þST13250þ þST13248þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/bannedlist/.svn/text-base/BannedList.java.svn-baseþ þþ þþ þ0þ þ
1þ þST13251þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedList.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ5336þ þ0220913002a8b8fe49584ac18307e925þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13248.txtþ þTEXT\0001\ST1
3248.txtþ

þST13251þ þST13251þ þST13251þ þST13251þ þST13251þ þST13251þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/bannedlist/BannedList.javaþ þþ þþ þ0þ þ1þ þST13248þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedList.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5336þ þ0220
913002a8b8fe49584ac18307e925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0002\ST13251.javaþ þþ

þST13252þ þST13252þ þST13252þ þST13252þ þST13252þ þST13252þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/Core.javaþ þþ þþ þ0þ þ1þ þST13232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þCore.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ591þ þ3ccafb68da2891f68e65df1a9ce
8ed00þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0002\ST13252.javaþ þþ

þST13253þ þST13253þ þST13253þ þST13253þ þST13253þ þST13253þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ632þ þb67664bbab8d2dfdec499b3ad12863cbþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13253.tx
tþ þTEXT\0001\ST13253.txtþ

þST13254þ þST13254þ þST13255þ þST13254þ þST13255þ þST13254þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03
/30/2011þ þ00:00:00þ þ2011-03-30T00:00:00-04:00þ þ1301457600þ þentriesþ þ.TXTþ þtext/
plainþ þþ þ776þ þe026f0b2858fd908e41a0385e02b7ab1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13254.txtþ þTEXT\0001\ST13254.txtþ

þST13256þ þST13256þ þST13256þ þST13256þ þST13256þ þST13256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/.svn/text-base/DataExecutor.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13261þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataExecutor.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ1820þ þda66482873c3932223682048974c745dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13256.txtþ þTEXT\0001\ST13256.txtþ

þST13257þ þST13257þ þST13258þ þST13257þ þST13258þ þST13257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/.svn/text-base/DataLoader.java.svn-baseþ þþ þþ þ0þ þ1þ þST1
3262þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoader.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ2059þ þe180958d54f5d7e8deda2f760d377f51þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13257.txtþ þTEXT\0001\ST13257.
txtþ

þST13259þ þST13259þ þST13259þ þST13259þ þST13259þ þST13259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/.svn/text-base/IDataConsumer.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13263þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDataConsumer.java.svn-baseþ þ.TXTþ þt

ext/plainþ þþ þ225þ þb997479c073f0739513e3090f5f1a2e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13259.txtþ þTEXT\0001\ST13
259.txtþ

þST13260þ þST13260þ þST13260þ þST13260þ þST13260þ þST13260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/.svn/text-base/ITaskCompleteListener.java.svn-baseþ þþ þþ
þ0þ þ1þ þST13264þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITaskCompleteListener.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ233þ þf862fed99c8ff935d671059975091a91þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13260.txtþ þTEXT\0001\ST13260.txtþ

þST13261þ þST13261þ þST13261þ þST13261þ þST13261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/DataExecutor.javaþ þþ þþ þ0þ þ1þ þST13256þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þDataExecutor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1820þ þda6648
2873c3932223682048974c745dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13261.javaþ þþ

þST13262þ þST13262þ þST13262þ þST13262þ þST13262þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/DataLoader.javaþ þþ þþ þ0þ þ1þ þST13257þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þDataLoader.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2059þ þe180958d54
f5d7e8deda2f760d377f51þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0002\ST13262.javaþ þþ

þST13263þ þST13263þ þST13263þ þST13263þ þST13263þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/IDataConsumer.javaþ þþ þ0þ þ1þ þST13259þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIDataConsumer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ225þ þb9974
79c073f0739513e3090f5f1a2e6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0002\ST13263.javaþ þþ

þST13264þ þST13264þ þST13264þ þST13264þ þST13264þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/data/ITaskCompleteListener.javaþ þþ þþ þ0þ þ1þ þST13260þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þITaskCompleteListener.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ233þ þf862fed99c8ff935d671059975091a91þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13264.javaþ þþ

þST13265þ þST13265þ þST13265þ þST13265þ þST13265þ þST13265þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/datalog/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ220þ þ3f03b1fa61670fea8ff5dd9d864
57921þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0002\ST13265.txtþ þTEXT\0001\ST13265.txtþ

þST13266þ þST13266þ þST13266þ þST13266þ þST13266þ þST13266þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/datalog/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ294þ þd5d1cf71a030c3c06c8efbc34f5f9a59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13266.txtþ þTEXT\0001\ST13266.txtþ
þST13267þ þST13267þ þST13267þ þST13267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/datalog/.svn/text-base/DataLog.java.svn-baseþ þþ þþ þ0þ þ1þ þST1
3268þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLog.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ880þ þ3e7b2217b4f283367b0d8eabd9c515b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13267.txtþ þTEXT\0001\ST13267.txtþ
þST13268þ þST13268þ þST13268þ þST13268þ þST13268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/datalog/DataLog.javaþ þþ þþ þ0þ þ1þ þST13267þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þDataLog.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ880þ þ3e7b2217b4f283
367b0d8eabd9c515b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
TRUEþ þNATIVES\0002\ST13268.javaþ þþ
þST13269þ þST13269þ þST13269þ þST13269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1303þ þde8c549a1e2e61315f9f8
d1304295b8dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0002\ST13269.txtþ þTEXT\0001\ST13269.txtþ
þST13270þ þST13270þ þST13274þ þST13270þ þST13274þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þ11/11/2011þ þ00:00:00þ þ2011-11-11T00:00:00-05:00þ þ1320987600þ þentriesþ þ.TXT
þ þtext/plainþ þþ þ1541þ þc1969b9f478a0cf11feed628d2c4ccecþ þ5þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13270.txtþ þTEXT\0001
\ST13270.txtþ
þST13275þ þST13275þ þST13276þ þST13275þ þST13276þ þST13275þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_ADP.java.svn-baseþ þþ
þþ þ0þ þ1þ þST13295þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADP.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ3889þ þ1e72f28d28a1fd38aae656595d253ecbþ þ2þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13275.txtþ þ
TEXT\0001\ST13275.txtþ
þST13277þ þST13277þ þST13278þ þST13277þ þST13278þ þST13277þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_ADR.java.svn-baseþ þþ
þþ þ0þ þ1þ þST13296þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADR.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ3890þ þ9cc72694f5d492041bc3df9d0d5df0f2þ þ2þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13277.txtþ þ
TEXT\0001\ST13277.txtþ
þST13279þ þST13279þ þST13280þ þST13279þ þST13280þ þST13279þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_ADT.java.svn-baseþ þþ þþ þ0þ þ1þ þST13297þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADT.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ3885þ þ846cfa16577d7c4d8b58a7a06c1d7a31þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13279.txtþ þ TEXT\0001\ST13279.txtþ

þST13281þ þST13281þ þST13282þ þST13281þ þST13282þ þST13281þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_ADV.java.svn-baseþ þþ þþ þ0þ þ1þ þST13298þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADV.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ3875þ þcf41fbfaaef15b9742cf3632ac861925þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13281.txtþ þ TEXT\0001\ST13281.txtþ

þST13283þ þST13283þ þST13284þ þST13283þ þST13284þ þST13283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_Company.java.svn-base þ þþ þþ þ0þ þ1þ þST13299þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_Company.ja va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4151þ þb71b7e3e88863a758dad01ee65e93589þ þ2þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST132 83.txtþ þTEXT\0001\ST13283.txtþ

þST13285þ þST13285þ þST13287þ þST13285þ þST13287þ þST13285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_HL.java.svn-baseþ þþ þ þ þ0þ þ1þ þST13300þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_HL.java.svn-bas eþ þ.TXTþ þtext/plainþ þþ þ4303þ þc1be4c1934aad0bec679d492a5e51868þ þ3þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13285.txtþ þT EXT\0001\ST13285.txtþ

þST13288þ þST13288þ þST13291þ þST13288þ þST13291þ þST13288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_L1PREV.java.svn-baseþ þþ þþ þ0þ þ1þ þST13301þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_L1PREV.java .svn-baseþ þ.TXTþ þtext/plainþ þþ þ6801þ þb7fbb546aa19f19497b6f39a85f40e4eþ þ4þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13288 .txtþ þTEXT\0001\ST13288.txtþ

þST13292þ þST13292þ þST13294þ þST13292þ þST13294þ þST13292þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/dataprovider/.svn/text-base/DataProvider_StockType.java.svn-ba seþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_StockType.java. svn-baseþ þ.TXTþ þtext/plainþ þþ þ4164þ þe189ff035e01f9674d430c9fad4a92d3þ þ3þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13292. txtþ þTEXT\0001\ST13292.txtþ

þST13295þ þST13295þ þST13295þ þST13295þ þST13295þ þST13295þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_ADP.javaþ þþ þþ þ0þ þ1þ þST13275þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADP.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ3889þ þ1e72f28d28a1fd38aae656595d253ecbþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13295.javaþ þþ
þST13296þ þST13296þ þST13296þ þST13296þ þST13296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_ADR.javaþ þþ þþ þ0þ þ1þ þST13277þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADR.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ3890þ þ9cc72694f5d492041bc3df9d0d5df0f2þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13296.javaþ þþ
þST13297þ þST13297þ þST13297þ þST13297þ þST13297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_ADT.javaþ þþ þþ þ0þ þ1þ þST13279þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADT.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ3885þ þ846cfa16577d7c4d8b58a7a06c1d7a31þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13297.javaþ þþ
þST13298þ þST13298þ þST13298þ þST13298þ þST13298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_ADV.javaþ þþ þþ þ0þ þ1þ þST13281þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_ADV.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ3875þ þcf41fbfaaef15b9742cf3632ac861925þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13298.javaþ þþ
þST13299þ þST13299þ þST13299þ þST13299þ þST13299þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_Company.javaþ þþ þþ þ0þ þ1þ þST13283þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_Company.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ4151þ þb71b7e3e88863a758dad01ee65e93589þ þþ þþ þþ þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13299.javaþ þþ
þST13300þ þST13300þ þST13300þ þST13300þ þST13300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_HL.javaþ þþ þþ þ0þ þ1þ þST13285þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_HL.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þ4303þ þc1be4c1934aad0bec679d492a5e51868þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13300.javaþ þþ
þST13301þ þST13301þ þST13301þ þST13301þ þST13301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_L1PREV.javaþ þþ þþ þ0þ þ1þ þST13288þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_L1PREV.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ6801þ þb7fbb546aa19f19497b6f39a85f40e4eþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13301.javaþ þþ
þST13302þ þST13302þ þST13302þ þST13302þ þST13302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/DataProvider_StockType.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_StockType.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ4166þ þ4743ef769f393ede52ac7de4d012ad5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13302.javaþ þþ
þST13303þ þST13303þ þST13303þ þST13303þ þST13303þ þST13303þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1607þ þ8a6e7d64cb779
a8eb8bc2f4aae04ec50þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0002\ST13303.txtþ þTEXT\0001\ST13303.txtþ
þST13304þ þST13304þ þST13306þ þST13304þ þST13306þ þST13304þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ03/02/2011þ þ00:00:00þ þ2011-03-02T00:00:00-05:00þ þ1299042000þ þentrie
sþ þ.TXTþ þtext/plainþ þþ þ1566þ þ01962ca57252256fff0e35e1d02d201bþ þ3þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13304.txtþ þT
EXT\0001\ST13304.txtþ
þST13307þ þST13307þ þST13307þ þST13307þ þST13307þ þST13307þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/HandlerDone.java.svn-baseþ
þþ þþ þþ þ0þ þ1þ þST13321þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerDone.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ666þ þa152fd86b9786ae98e39ffe89acd3be3þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13307.txtþ þTEX
T\0001\ST13307.txtþ
þST13308þ þST13308þ þST13309þ þST13308þ þST13309þ þST13308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/HandlerMapComplete.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST13322þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerMapComplet
e.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1756þ þ7ca52e6e0e0832ef8102d9e2789146c4þ þ2þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\S
T13308.txtþ þTEXT\0001\ST13308.txtþ
þST13310þ þST13310þ þST13311þ þST13310þ þST13311þ þST13310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/HandlerMapUpdate.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerMapUpdate.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2027þ þea5c0566d1f56ed34def4d03ed5d0d5aþ þ2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST133
10.txtþ þTEXT\0001\ST13310.txtþ
þST13312þ þST13312þ þST13312þ þST13312þ þST13312þ þST13312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/HandlerNotModified.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST13324þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerNotModifie
d.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ475þ þe044d5c955e159329ae9f0ef104e46b4þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST
13312.txtþ þTEXT\0001\ST13312.txtþ

þST13313þ þST13313þ þST13313þ þST13313þ þST13313þ þST13313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/IDone.java.svn-baseþ þþ þþ
þ0þ þ1þ þST13325þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDone.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ284þ þ0e5844cdf2afa9fcf637890fe465c20fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13313.txtþ þTEXT\0001\ST13
313.txtþ

þST13314þ þST13314þ þST13314þ þST13314þ þST13314þ þST13314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/IHandler.java.svn-baseþ þþ
þþ þ0þ þ1þ þST13326þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHandler.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ424þ þ29f9b6d447c2e9308dab28318a6f5d3cþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13314.txtþ þTEXT\000
1\ST13314.txtþ

þST13315þ þST13315þ þST13315þ þST13315þ þST13315þ þST13315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/IHandlerManifest.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHandlerManifest.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ417þ þ3942c789e2ad8892c588999c31e4adbbþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1331
5.txtþ þTEXT\0001\ST13315.txtþ

þST13316þ þST13316þ þST13316þ þST13316þ þST13316þ þST13316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/ItemParser.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13328þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þItemParser.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ639þ þ6973412b5e5e1507f4b4a7b2b5c03100þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13316.txtþ þTEXT
\0001\ST13316.txtþ

þST13317þ þST13317þ þST13318þ þST13317þ þST13318þ þST13317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/ResponseHandler.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST13329þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseHandler.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2283þ þcc7b908526299c64f1ed7724c9d70985þ þ2þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13317
.txtþ þTEXT\0001\ST13317.txtþ

þST13319þ þST13319þ þST13320þ þST13319þ þST13320þ þST13319þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/.svn/text-base/ResponseManifest.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13330þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseManifest.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2685þ þ112808799ce2fcf67add7cec92311c1cþ þ2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST133
19.txtþ þTEXT\0001\ST13319.txtþ

þST13321þ þST13321þ þST13321þ þST13321þ þST13321þ þST13321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/HandlerDone.javaþ þþ þþ þ0þ þ1þ þST13307þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerDone.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ666þ þa152fd86b9786ae98e39ffe89acd3be3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13321.javaþ þþ
þST13322þ þST13322þ þST13322þ þST13322þ þST13322þ þST13322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/HandlerMapComplete.javaþ þþ þ0þ þ1þ þST1
3308þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerMapComplete.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1756þ þ7ca52e6e0e0832ef8102d9e2789146c4þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13322.javaþ þþ
þST13323þ þST13323þ þST13323þ þST13323þ þST13323þ þST13323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/HandlerMapUpdate.javaþ þþ þþ þ0þ þ1þ þST133
10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerMapUpdate.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ2027þ þea5c0566d1f56ed34def4d03ed5d0d5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13323.javaþ þþ
þST13324þ þST13324þ þST13324þ þST13324þ þST13324þ þST13324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/HandlerNotModified.javaþ þþ þþ þ0þ þ1þ þST1
3312þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHandlerNotModified.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ475þ þe044d5c955e159329ae9f0ef104e46b4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13324.javaþ þþ
þST13325þ þST13325þ þST13325þ þST13325þ þST13325þ þST13325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/IDone.javaþ þþ þ0þ þ1þ þST13313þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þIDone.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ284þ þ0e584
4cdf2afa9fcf637890fe465c20fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13325.javaþ þþ
þST13326þ þST13326þ þST13326þ þST13326þ þST13326þ þST13326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/IHandler.javaþ þþ þþ þ0þ þ1þ þST13314þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHandler.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ424þ
þ29f9b6d447c2e9308dab28318a6f5d3cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13326.javaþ þþ
þST13327þ þST13327þ þST13327þ þST13327þ þST13327þ þST13327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/dataprovider/handler/IHandlerManifest.javaþ þþ þ0þ þ1þ þST133
15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHandlerManifest.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ417þ þ3942c789e2ad8892c588999c31e4adbbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13327.javaþ þþ
þST13328þ þST13328þ þST13328þ þST13328þ þST13328þ þST13328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/handler/ItemParser.javaþ þþ þþ þ0þ þ1þ þST13316þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þItemParser.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ639þ þ6973412b5e5e1507f4b4a7b2b5c03100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13328.javaþ þþ þST13329þ þST13329þ þST13329þ þST13329þ þST13329þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/handler/ResponseHandler.javaþ þþ þþ þ0þ þ1þ þST13317þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseHandler.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2283þ þcc7b908526299c64f1ed7724c9d70985þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13329.javaþ þþ þST13330þ þST13330þ þST13330þ þST13330þ þST13330þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/dataprovider/handler/ResponseManifest.javaþ þþ þþ þ0þ þ1þ þST13319þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResponseManifest.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2685þ þ112808799ce2fcf67add7cec92311c1cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13330.javaþ þþ þST13331þ þST13331þ þST13331þ þST13331þ þST13331þ þST13331þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/EFDNS.javaþ þþ þþ þ0þ þ1þ þST13233þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFDNS.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ860þ þe6cc72a6df963ca90fc8953656ece7bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13331.javaþ þþ þST13332þ þST13332þ þST13332þ þST13332þ þST13332þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/EFNetLogger.javaþ þþ þþ þ0þ þ1þ þST13234þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFNetLogger.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4006þ þ5d141b078abe27466a2b0425bcbbce34þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13332.javaþ þþ þST13333þ þST13333þ þST13333þ þST13333þ þST13333þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/export/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ681þ þ82b0224c6a384408addd79421a1c819aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13333.txtþ þTEXT\0001\ST13333.txtþ þST13334þ þST13335þ þST13334þ þST13335þ þST13334þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/export/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/22/2011þ þ00:00:00þ þ2011-06-22T00:00:00-04:00þ þ1308715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ769þ þ08ba3463d012a3bba6e38dcd47164509þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13334.txtþ þTEXT\0001\ST13334.txtþ þST13336þ þST13336þ þST13336þ þST13336þ þST13336þ þST13336þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/export/.svn/text-base/ExportRequestFilter.java.svn-baseþ þþ þþ
þ0þ þ1þ þST13340þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/02/2007þ þ00:00:00þ þ2007-10-02T00:00:
00-04:00þ þ1191297600þ þExportRequestFilter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ37
9þ þc4c3fe84dcbbe07ac651b85d5ed3355fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13336.txtþ þTEXT\0001\ST13336.txtþ
þST13337þ þST13337þ þST13337þ þST13337þ þST13337þ þST13337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/.svn/text-base/ExportRequestList.java.svn-baseþ þþ þþ þ0
þ þ1þ þST13341þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/02/2007þ þ00:00:00þ þ2007-10-02T00:00:00
-04:00þ þ1191297600þ þExportRequestList.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ350þ þ4
acf2d37aa1c56fc86ad04a10f1617a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13337.txtþ þTEXT\0001\ST13337.txtþ
þST13338þ þST13338þ þST13338þ þST13338þ þST13338þ þST13338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/.svn/text-base/ExportRequestTopers.java.svn-baseþ þþ þþ
þ0þ þ1þ þST13342þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/02/2007þ þ00:00:00þ þ2007-10-02T00:00:
00-04:00þ þ1191297600þ þExportRequestTopers.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ40
7þ þ72fb507c6ba81c20b00a92b16b070f4aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13338.txtþ þTEXT\0001\ST13338.txtþ
þST13339þ þST13339þ þST13339þ þST13339þ þST13339þ þST13339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/.svn/text-base/ExportRequestUnlisted.java.svn-baseþ þþ
þ þ0þ þ1þ þST13343þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/02/2007þ þ00:00:00þ þ2007-10-02T00:0
0:00-04:00þ þ1191297600þ þExportRequestUnlisted.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ423þ þ5c5f7bbf080c12f6970b535970e11d8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13339.txtþ þTEXT\0001\ST13339.txtþ
þST13340þ þST13340þ þST13340þ þST13340þ þST13340þ þST13340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/ExportRequestFilter.javaþ þþ þþ þ0þ þ1þ þST13336þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestFilter.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ379þ þc4c3fe84dcbbe07ac651b85d5ed3355fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13340.javaþ þþ
þST13341þ þST13341þ þST13341þ þST13341þ þST13341þ þST13341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/ExportRequestList.javaþ þþ þþ þ0þ þ1þ þST13337þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestList.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3
50þ þ4acf2d37aa1c56fc86ad04a10f1617a9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13341.javaþ þþ
þST13342þ þST13342þ þST13342þ þST13342þ þST13342þ þST13342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/ExportRequestTopers.javaþ þþ þþ þ0þ þ1þ þST13338þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportRequestTopers.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ407þ þ72fb507c6ba81c20b00a92b16b070f4aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13342.javaþ þþ

þST13343þ þST13343þ þST13343þ þST13343þ þST13343þ þST13343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/export/ExportRequestUnlisted.javaþ þþ þþ þ0þ þ1þ þST13339þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGroupLoadEndListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ423þ þ5c5f7bbf080c12f6970b535970e11d8fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13343.javaþ þþ

þST13344þ þST13344þ þST13344þ þST13344þ þST13344þ þST13344þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/IGroupLoadEndListener.javaþ þþ þþ þ0þ þ1þ þST13237þ þþ þþ þþ þþ þþ
þ246þ þ507d0f9e3b3576903841f4a02cbb8e7eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13344.javaþ þþ

þST13345þ þST13345þ þST13345þ þST13345þ þST13345þ þST13345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ILoadEndListener.javaþ þþ þþ þ0þ þ1þ þST13238þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þILoadEndListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ275þ þda13
1b42966f7a2cd8922f9fea961742þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0002\ST13345.javaþ þþ

þST13346þ þST13346þ þST13346þ þST13346þ þST13346þ þST13346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/IModule.javaþ þþ þþ þ0þ þ1þ þST13239þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þIModule.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ277þ þcd141eb2822b1f9382f98a
7817cf8d4dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0002\ST13346.javaþ þþ

þST13347þ þST13347þ þST13347þ þST13347þ þST13347þ þST13347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ882þ þ4a5d9c2f76395e1d0b9540c1ef
5316baþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0002\ST13347.txtþ þTEXT\0001\ST13347.txtþ

þST13348þ þST13348þ þST13349þ þST13348þ þST13349þ þST13348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ01/04/2011þ þ00:00:00þ þ2011
-01-04T00:00:00-05:00þ þ1294117200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ997þ þ178291938þ
27d9721ad221fc075ba317þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13348.txtþ þTEXT\0001\ST13348.txtþ

þST13350þ þST13350þ þST13351þ þST13350þ þST13351þ þST13350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/.svn/text-base/HHMM.java.svn-baseþ þþ þþ þ0þ þ1þ þST133
58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHHMM.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þþ þ
1632þ þ47722ff7eab15dd1a3a9faed5c50c275þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13350.txtþ þTEXT\0001\ST13350.txtþ

þST13352þ þST13352þ þST13352þ þST13352þ þST13352þ þST13352þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/.svn/text-base/IntervalCalendar.java.svn-baseþ þþ þþ þ 0þ þ1þ þST13359þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervalCalendar.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ781þ þbbddcbe6d80d15d02727b82e93316f83þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13352.txtþ þTEXT \0001\ST13352.txtþ

þST13353þ þST13353þ þST13353þ þST13353þ þST13353þ þST13353þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/.svn/text-base/IntervalInstrument.java.svn-baseþ þþ þþ þ0þ þ1þ þST13360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervalInstrument.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ1382þ þec42a736f97781b74767683c20355ddbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13353.txtþ þ TEXT\0001\ST13353.txtþ

þST13354þ þST13354þ þST13355þ þST13354þ þST13355þ þST13354þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/.svn/text-base/Intervals.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST13361þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervals.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ1870þ þ5a0306818b7d813a315858f1097b1443þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13354.txtþ þTEXT\0001\ST13354 .txtþ

þST13356þ þST13356þ þST13356þ þST13356þ þST13356þ þST13356þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/.svn/text-base/MarketHHMM.java.svn-baseþ þþ þþ þ0þ þ1þ þST13362þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketHHMM.java.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ1707þ þ34ff32019a6892fbff2fa838130aa4f3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST13356.txtþ þTEXT\0001\ST13356.txtþ

þST13357þ þST13357þ þST13357þ þST13357þ þST13357þ þST13357þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þST133 63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ 1382þ þ678d7f382d00d1674d93109502fa7751þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13357.txtþ þTEXT\0001\ST13357.txtþ

þST13358þ þST13358þ þST13358þ þST13358þ þST13358þ þST13358þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/HHMM.javaþ þþ þþ þ0þ þ1þ þST13350þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHHMM.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1632þ þ47722ff7eab15dd1a3 a9faed5c50c275þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0002\ST13358.javaþ þþ

þST13359þ þST13359þ þST13359þ þST13359þ þST13359þ þST13359þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/interval/IntervalCalendar.javaþ þþ þþ þ0þ þ1þ þST13352þ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervalCalendar.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7
81þ þbbddcbe6d80d15d02727b82e93316f83þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13359.javaþ þþ
þST13360þ þST13360þ þST13360þ þST13360þ þST13360þ þST13360þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/IntervalInstrument.javaþ þþ þþ þ0þ þ1þ þST13353þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntervalInstrument.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ1382þ þec42a736f97781b74767683c20355ddbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13360.javaþ þþ
þST13361þ þST13361þ þST13361þ þST13361þ þST13361þ þST13361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/Intervals.javaþ þþ þþ þ0þ þ1þ þST13354þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þIntervals.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1870þ þ5a030681
8b7d813a315858f1097b1443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13361.javaþ þþ
þST13362þ þST13362þ þST13362þ þST13362þ þST13362þ þST13362þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/MarketHHMM.javaþ þþ þþ þ0þ þ1þ þST13356þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þMarketHHMM.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1707þ þ34ff32019a6892fbff2fa838130aa4f3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13362.javaþ þþ
þST13363þ þST13363þ þST13363þ þST13363þ þST13363þ þST13363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/interval/Util.javaþ þþ þþ þ0þ þ1þ þST13357þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1382þ þ678d7f382d00d1674d
93109502fa7751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0002\ST13363.javaþ þþ
þST13364þ þST13364þ þST13364þ þST13364þ þST13364þ þST13364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1494þ þ243da2d9150a31acbe957516fd
19e6c4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0002\ST13364.txtþ þTEXT\0001\ST13364.txtþ
þST13365þ þST13365þ þST13369þ þST13365þ þST13369þ þST13365þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ09/14/2011þ þ00:00:00þ þ2011-09-14T00:00:00-04:00þ þ1315972800þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ1723þ þ48a99f4fc1ccb0ae57593eb2b5b227e2þ þ5þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13365.txtþ þTEXT\0001\ST13
365.txtþ
þST13370þ þST13370þ þST13370þ þST13370þ þST13370þ þST13370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/AttemptCounter.java.svn-baseþ þþ þþ þ0þ

þ1þ þST13387þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAttemptCounter.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ771þ þ5d882a63ce4779aa9029bd011cd99e81þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13370.txtþ þTEXT\000
1\ST13370.txtþ
þST13371þ þST13371þ þST13371þ þST13371þ þST13371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/BufferedLoader.java.svn-baseþ þþ þþ þ0þ
þ1þ þST13388þ þþ þþ þþ þþ þþ þþ þþ þBufferedLoader.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ1285þ þee5d2901853943725ff6cd5ca79229a7þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13371.txtþ þTEXT\0001\ST13371.txtþ
þST13372þ þST13372þ þST13372þ þST13372þ þST13372þ þST13372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_Date_Time.java.svn-baseþ þþ þþ þ0
þ þ1þ þST13389þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Date_Time.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ1553þ þ960c631755e9117b91dfbc0843cb7482þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13372.txtþ þTEXT
\0001\ST13372.txtþ
þST13373þ þST13373þ þST13374þ þST13373þ þST13374þ þST13373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_EarningsCalendar.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13390þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsCalendar.
java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2233þ þ0d92ba39ef5f1dc79aa6abf932825b72þ þ2þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1
3373.txtþ þTEXT\0001\ST13373.txtþ
þST13375þ þST13375þ þST13376þ þST13375þ þST13376þ þST13375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_EarningsWhisper.java.svn-base þ
þ þþ þþ þ0þ þ1þ þST13391þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsWhisper.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2431þ þ6788909baf5af183d3211024f382dc17þ þ2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST133
75.txtþ þTEXT\0001\ST13375.txtþ
þST13377þ þST13377þ þST13377þ þST13377þ þST13377þ þST13377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_ECHO.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13392þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_ECHO.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ1459þ þ0be6e87dc614f7109ec7ceb19a70aa50þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13377.txtþ þTEXT\0001\ST13
377.txtþ
þST13378þ þST13378þ þST13379þ þST13378þ þST13379þ þST13378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_Holidays.java.svn-baseþ þþ þþ þ0þ
 þ1þ þST13393þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Holidays.java.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ3061þ þbfc02b60b4d56e5928b57760f1fff590þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13378.txtþ þTEXT\00
01\ST13378.txtþ

þST13380þ þST13380þ þST13381þ þST13380þ þST13381þ þST13380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_IT.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13394þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_IT.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ4151þ þae84d6b88af6753f3783b0246011d180þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13380.txtþ þTEXT\0001\ST13380.txtþ

þST13382þ þST13382þ þST13383þ þST13382þ þST13383þ þST13382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/Loader_SectorMap.java.svn-baseþ þþ þþ þ0
þ þ1þ þST13395þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_SectorMap.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ3713þ þe18d93cda50cf4c7746d94af1b387c02þ þ2þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13382.txtþ þTEXT
\0001\ST13382.txtþ

þST13384þ þST13384þ þST13386þ þST13384þ þST13386þ þST13384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/.svn/text-base/MarketDay.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13396þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketDay.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ5565þ þ4584dee2266bff660e5d47f46010563fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13384.txtþ þTEXT\0001\ST13384.txtþ

þST13387þ þST13387þ þST13387þ þST13387þ þST13387þ þST13387þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/AttemptCounter.javaþ þþ þþ þ0þ þ1þ þST13370þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þAttemptCounter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ771þ þ
5d882a63ce4779aa9029bd011cd99e81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13387.javaþ

þST13388þ þST13388þ þST13388þ þST13388þ þST13388þ þST13388þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/BufferedLoader.javaþ þþ þþ þ0þ þ1þ þST13371þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þBufferedLoader.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1285þ
þee5d2901853943725ff6cd5ca79229a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13388.javaþ

þST13389þ þST13389þ þST13389þ þST13389þ þST13389þ þST13389þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/loaders/Loader_Date_Time.javaþ þþ þþ þ0þ þ1þ þST13372þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þLoader_Date_Time.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ15
53þ þ960c631755e9117b91dfbc0843cb7482þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13389.javaþ

þST13390þ þST13390þ þST13390þ þST13390þ þST13390þ þST13390þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/Loader_EarningsCalendar.javaþ þþ þþ þ0þ þ1þ þST13373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsCalendar.javaþ þ.JAVAþ þtext/x-java -sourceþ þþ þ2233þ þ0d92ba39ef5f1dc79aa6abf932825b72þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13390.javaþ þþ þST13391þ þST13391þ þST13391þ þST13391þ þST13391þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/Loader_EarningsWhisper.javaþ þþ þþ þ0þ þ1þ þST13375þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_EarningsWhisper.javaþ þ.JAVAþ þtext/x-java-s ourceþ þþ þ2431þ þ6788909baf5af183d3211024f382dc17þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13391.javaþ þþ þST13392þ þST13392þ þST13392þ þST13392þ þST13392þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/Loader_ECHO.javaþ þþ þþ þ0þ þ1þ þST13377þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_ECHO.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ1459þ þ0be6e87dc614f7109ec7ceb19a70aa50þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13392.javaþ þþ þST13393þ þST13393þ þST13393þ þST13393þ þST13393þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/Loader_Holidays.javaþ þþ þþ þ0þ þ1þ þST13378þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Holidays.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ306 1þ þbfc02b60b4d56e5928b57760f1fff590þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13393.javaþ þþ þST13394þ þST13394þ þST13394þ þST13394þ þST13394þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/Loader_IT.javaþ þþ þþ þ0þ þ1þ þST13380þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þLoader_IT.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4151þ þae84d6b88 af6753f3783b0246011d180þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0002\ST13394.javaþ þþ þST13395þ þST13395þ þST13395þ þST13395þ þST13395þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/Loader_SectorMap.javaþ þþ þþ þ0þ þ1þ þST13382þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_SectorMap.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ37 13þ þe18d93cda50cf4c7746d94af1b387c02þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13395.javaþ þþ þST13396þ þST13396þ þST13396þ þST13396þ þST13396þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/loaders/MarketDay.javaþ þþ þþ þ0þ þ1þ þST13384þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þMarketDay.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5565þ þ4584dee22 66bff660e5d47f46010563fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0002\ST13396.javaþ þþ þST13397þ þST13397þ þST13397þ þST13397þ þST13397þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/LoadOnStartManager.javaþ þþ þþ þ0þ þ1þ þST13240þ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þLoadOnStartManager.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9777þ
þ8e896b8dca5044ed5e0f825e43ae6863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13397.javaþ þþ

þST13398þ þST13398þ þST13398þ þST13398þ þST13398þ þST13398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/MarketEntitlements.javaþ þþ þþ þ0þ þ1þ þST13245þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þMarketEntitlements.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1614þ
þ241fa620d884a9f73c52df29bd3f67ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13398.javaþ þþ

þST13399þ þST13399þ þST13400þ þST13399þ þST13400þ þST13399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1657þ þ3c024b61346d3191714f4e1dc5
74318cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0002\ST13399.txtþ þTEXT\0001\ST13399.txtþ

þST13401þ þST13401þ þST13403þ þST13401þ þST13403þ þST13401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ01/04/2011þ þ00:00:00þ þ2011-01-04T00:00:00-05:00þ þ1294117200þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ1777þ þ245de7b65dd21dbee66b865a3173a1a3þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13401.txtþ þTEXT\0001\ST13
401.txtþ

þST13404þ þST13404þ þST13405þ þST13404þ þST13405þ þST13404þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/DayHL.java.svn-baseþ þþ þþ þ0þ þ1þ þST134
20þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDayHL.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ1636þ þb12747aeb517eeee8b1eb107ca395d8dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13404.txtþ þTEXT\0001\ST13404.txtþ
þST13406þ þST13406þ þST13406þ þST13406þ þST13406þ þST13406þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/FactoryQuote.java.svn-baseþ þþ þþ þ0þ þ1
þ þST13421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFactoryQuote.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ1460þ þ587454f3c419b8cc75202b650abe9e32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13406.txtþ þTEXT\0001\ST
13406.txtþ

þST13407þ þST13407þ þST13408þ þST13407þ þST13408þ þST13407þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/FactoryTrade.java.svn-baseþ þþ þþ þ0þ þ1
þ þST13422þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFactoryTrade.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ3622þ þ4304c758f56a76db06b65084b38d3779þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13407.txtþ þTEXT\0001\ST
13407.txtþ

þST13409þ þST13409þ þST13410þ þST13409þ þST13410þ þST13409þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/FactoryTradeSerie.java.svn-baseþ þþ þþ þ
0þ þ1þ þST13423þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFactoryTradeSerie.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ3074þ þd7ff667dff4b90fe420db168530346b9þ þ2þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13409.txtþ þT
EXT\0001\ST13409.txtþ

þST13411þ þST13411þ þST13411þ þST13411þ þST13411þ þST13411þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/ICommon.java.svn-baseþ þþ þþ þ0þ þ1þ þST1
3424þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICommon.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ282þ þ179d7f1b851666f0bb1f28506c9ca920þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13411.txtþ þTEXT\0001\ST13411.txtþ
þST13412þ þST13412þ þST13412þ þST13412þ þST13412þ þST13412þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/IDayHL.java.svn-baseþ þþ þþ þ0þ þ1þ þST13
425þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDayHL.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ301þ þ981a72db4408d23b0d6e7b235ed9e5cfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13412.txtþ þTEXT\0001\ST13412.txtþ
þST13413þ þST13413þ þST13413þ þST13413þ þST13413þ þST13413þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/IShortQuote.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13426þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIShortQuote.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ435þ þ7526666025eb6a8c29209d6b3e31eecdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13413.txtþ þTEXT\0001\ST13413.txtþ
þST13414þ þST13414þ þST13414þ þST13414þ þST13414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/IShortTrade.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIShortTrade.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ466þ þ27810eec3488011d745e8bb56dc2335aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13414.txtþ þTEXT\0001\ST13414.txtþ
þST13415þ þST13415þ þST13415þ þST13415þ þST13415þ þST13415þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/ITradeSerie.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13428þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITradeSerie.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ530þ þc867b35eab2c57d39257c65ad238a3d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13415.txtþ þTEXT\0001\ST13415.txtþ
þST13416þ þST13416þ þST13416þ þST13416þ þST13416þ þST13416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/ShortQuote.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortQuote.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ884þ þ864ae67f36b860824e9a6b1dc35643aeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13416.txtþ þTEXT\0001\ST13416
.txtþ

þST13417þ þST13417þ þST13417þ þST13417þ þST13417þ þST13417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/ShortTrade.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13430þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortTrade.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ1130þ þ6798d5b93bfa286802080e4dcb749f12þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13417.txtþ þTEXT\0001\ST1341
7.txtþ

þST13418þ þST13418þ þST13419þ þST13418þ þST13419þ þST13418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/.svn/text-base/TradeSerie.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeSerie.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ1782þ þ1025fee1eaf8d6ac10f41536235c090eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13418.txtþ þTEXT\0001\ST1341
8.txtþ

þST13420þ þST13420þ þST13420þ þST13420þ þST13420þ þST13420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/DayHL.javaþ þþ þþ þ0þ þ1þ þST13404þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þDayHL.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1636þ þb12747aeb517eeee8
b1eb107ca395d8dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0002\ST13420.javaþ þþ

þST13421þ þST13421þ þST13421þ þST13421þ þST13421þ þST13421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/FactoryQuote.javaþ þþ þþ þ0þ þ1þ þST13406þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFactoryQuote.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1460þ þ587
454f3c419b8cc75202b650abe9e32þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0002\ST13421.javaþ þþ

þST13422þ þST13422þ þST13422þ þST13422þ þST13422þ þST13422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/FactoryTrade.javaþ þþ þþ þ0þ þ1þ þST13407þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFactoryTrade.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3622þ þ430
4c758f56a76db06b65084b38d3779þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0002\ST13422.javaþ þþ

þST13423þ þST13423þ þST13423þ þST13423þ þST13423þ þST13423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/FactoryTradeSerie.javaþ þþ þþ þ0þ þ1þ þST13409þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFactoryTradeSerie.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3074þ þd7ff667dff4b90fe420db168530346b9þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13423.javaþ þþ

þST13424þ þST13424þ þST13424þ þST13424þ þST13424þ þST13424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/message/ICommon.javaþ þþ þþ þ0þ þ1þ þST13411þ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þICommon.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ282þ þ179d7f1b851666 f0bb1f28506c9ca920þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0002\ST13424.javaþ þþ

þST13425þ þST13425þ þST13425þ þST13425þ þST13425þ þST13425þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/IDayHL.javaþ þþ þþ þ0þ þ1þ þST13412þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDayHL.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ301þ þ981a72db4408d23b0d6e7b235ed9e5cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13425.javaþ þþ

þST13426þ þST13426þ þST13426þ þST13426þ þST13426þ þST13426þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/IShortQuote.javaþ þþ þþ þ0þ þ1þ þST13413þ þþ þþ þþ þþ þþ þþ þIShortQuote.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ435þ þ7526666025eb6a8c29209d6b3e31eecdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13426.javaþ þþ

þST13427þ þST13427þ þST13427þ þST13427þ þST13427þ þST13427þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/IShortTrade.javaþ þþ þþ þ0þ þ1þ þST13414þ þþ þþ þþ þþ þþ þþ þIShortTrade.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ466þ þ27810eec3488011d745e8bb56dc2335aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13427.javaþ þþ

þST13428þ þST13428þ þST13428þ þST13428þ þST13428þ þST13428þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/ITradeSerie.javaþ þþ þþ þ0þ þ1þ þST13415þ þþ þþ þþ þþ þþ þþ þITradeSerie.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ530þ þc867b35eab2c57d39257c65ad238a3d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13428.javaþ þþ

þST13429þ þST13429þ þST13429þ þST13429þ þST13429þ þST13429þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/ShortQuote.javaþ þþ þþ þ0þ þ1þ þST13416þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortQuote.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ884þ þ864ae67f 36b860824e9a6b1dc35643aeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0002\ST13429.javaþ þþ

þST13430þ þST13430þ þST13430þ þST13430þ þST13430þ þST13430þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/ShortTrade.javaþ þþ þþ þ0þ þ1þ þST13417þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortTrade.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1130þ þ6798d5b 93bfa286802080e4dcb749f12þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0002\ST13430.javaþ þþ

þST13431þ þST13431þ þST13431þ þST13431þ þST13431þ þST13431þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/message/TradeSerie.javaþ þþ þþ þ0þ þ1þ þST13418þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeSerie.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1782þ þ1025fee

1eaf8d6ac10f41536235c090eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0002\ST13431.javaþ þþ

þST13432þ þST13432þ þST13432þ þST13432þ þST13432þ þST13432þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/persistence/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þa68eceef1557ce15a64d0b6 7f2606be7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0002\ST13432.txtþ þTEXT\0001\ST13432.txtþ

þST13433þ þST13433þ þST13433þ þST13433þ þST13433þ þST13433þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/persistence/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þ07/07/2011þ þ00:00:00þ þ2011-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ247þ þa24b98fb9015528af1e216e8e41735a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13433.txtþ þTEXT\0001\ST 13433.txtþ

þST13434þ þST13434þ þST13434þ þST13434þ þST13434þ þST13434þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/persistence/cache/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ942þ þddf78090f68eace84 2d6f185272b6cbeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0002\ST13434.txtþ þTEXT\0001\ST13434.txtþ

þST13435þ þST13435þ þST13436þ þST13435þ þST13436þ þST13435þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/persistence/cache/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/27/2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1002þ þ97aba18f5c50458ea824f6f021daac6eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13435.txtþ þTEXT \0001\ST13435.txtþ

þST13437þ þST13438þ þST13437þ þST13438þ þST13437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/persistence/cache/.svn/text-base/Cacher.java.svn-baseþ þþ þ0 þ þ1þ þST13449þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCacher.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ2641þ þ82f9e435324c863d727d405bcbd30261þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13437.txtþ þTEXT\0001\ST13 437.txtþ

þST13439þ þST13439þ þST13443þ þST13439þ þST13443þ þST13439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/persistence/cache/.svn/text-base/FCUtil.java.svn-baseþ þþ þþ þ0 þ þ1þ þST13450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFCUtil.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ12892þ þdce9da218abf0dea81565d05177d98a4þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13439.txtþ þTEXT\0001\ST1 3439.txtþ

þST13444þ þST13444þ þST13445þ þST13444þ þST13445þ þST13444þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/.svn/text-base/FileCache.java.svn-baseþ þþ þþ
 þ0þ 1þ þST13451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFileCache.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ3710þ þ6c5d4ff519265a8596840e6958bf79b6þ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13444.txtþ þTEXT\000
1\ST13444.txtþ
þST13446þ þST13446þ þST13446þ þST13446þ þST13446þ þST13446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/.svn/text-base/ICacher.java.svn-baseþ þþ þþ þ
0þ 1þ þST13452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacher.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ643þ þfa0c341e0e3b454307d1ecc8687b1e6eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13446.txtþ þTEXT\0001\ST1
3446.txtþ
þST13447þ þST13447þ þST13447þ þST13447þ þST13447þ þST13447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/.svn/text-base/ICacherWithKey.java.svn-baseþ
 þþ þþ þ0þ 1þ þST13453þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacherWithKey.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ574þ þ5d737ff7d609c03f514867caea08d34dþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13447.txtþ þ
TEXT\0001\ST13447.txtþ
þST13448þ þST13448þ þST13448þ þST13448þ þST13448þ þST13448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/.svn/text-base/ICacherWithoutKey.java.svn-ba
seþ þþ þþ þ0þ 1þ þST13454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacherWithoutKey.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ555þ þb406e263fb706a449bc04e284f2e463dþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13448
.txtþ þTEXT\0001\ST13448.txtþ
þST13449þ þST13449þ þST13449þ þST13449þ þST13449þ þST13449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/Cacher.javaþ þþ þþ þ0þ 1þ þST13437þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þCacher.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2641þ þ82f9e435324c863d727d405bcbd30261þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13449.javaþ þþ
þST13450þ þST13450þ þST13450þ þST13450þ þST13450þ þST13450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/FCUtil.javaþ þþ þþ þ0þ 1þ þST13439þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFCUtil.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ12892þ þdce9da218abf0dea81565d05177d98a4þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13450.javaþ þþ
þST13451þ þST13451þ þST13451þ þST13451þ þST13451þ þST13451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/FileCache.javaþ þþ þþ þ0þ 1þ þST13444þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFileCache.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3710þ
 þ6c5d4ff519265a8596840e6958bf79b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13451.javaþ þþ
þST13452þ þST13452þ þST13452þ þST13452þ þST13452þ þST13452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/ICacher.javaþ þþ þþ þ0þ þ1þ þST13446þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þICacher.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ643þ þfa0c
341e0e3b454307d1ecc8687b1e6eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0002\ST13452.javaþ þþ
þST13453þ þST13453þ þST13453þ þST13453þ þST13453þ þST13453þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/ICacherWithKey.javaþ þþ þþ þ0þ þ1þ þST13447þ þ
þ þþ þþ þþ þþ þþ þICacherWithKey.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ574þ þ5d737ff7d609c03f514867caea08d34dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13453.javaþ þþ
þST13454þ þST13454þ þST13454þ þST13454þ þST13454þ þST13454þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/cache/ICacherWithoutKey.javaþ þþ þþ þ0þ þ1þ þST13448
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICacherWithoutKey.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ555þ þb406e263fb706a449bc04e284f2e463dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13454.javaþ þþ
þST13455þ þST13455þ þST13455þ þST13455þ þST13455þ þST13455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/pref/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ278þ þ4b0061ad0feea99029
be5b7a5bbc87caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0002\ST13455.txtþ þTEXT\0001\ST13455.txtþ
þST13456þ þST13456þ þST13456þ þST13456þ þST13456þ þST13456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/pref/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þ07/07/2011þ þ00:00:00þ þ2011-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ
.TXTþ þtext/plainþ þþ þ401þ þ597315b0cc9bf08b97058f5f52153e0eþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13456.txtþ þTEXT\00
01\ST13456.txtþ
þST13457þ þST13457þ þST13459þ þST13457þ þST13459þ þST13457þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/pref/.svn/text-base/AppFramesConfigPreferences.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST13460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppFramesConf
igPreferences.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4337þ þ6fb5330649ccbc4ba22b3bcfe
3c42098þ þ3þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0002\ST13457.txtþ þTEXT\0001\ST13457.txtþ
þST13460þ þST13460þ þST13460þ þST13460þ þST13460þ þST13460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/persistence/pref/AppFramesConfigPreferences.javaþ þþ þ0þ þ1þ
þST13457þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppFramesConfigPreferences.javaþ þ.JA

VAþ þtext/x-java-sourceþ þþ þ4337þ þ6fb5330649ccbc4ba22b3bcfe3c42098þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13460.javaþ þ
þ
þST13461þ þST13461þ þST13461þ þST13461þ þST13461þ þST13461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/redraw/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ481þ þe71f7154ed734bb9eda8f3a5b12f
4909þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0002\ST13461.txtþ þTEXT\0001\ST13461.txtþ
þST13462þ þST13462þ þST13462þ þST13462þ þST13462þ þST13462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/redraw/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
12/16/2010þ þ00:00:00þ þ2010-12-16T00:00:00-05:00þ þ1292475600þ þentriesþ þ.TXTþ þtex
t/plainþ þþ þ607þ þ59ee1e06eaa2e7b004a43dfbbfaa6deeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13462.txtþ þTEXT\0001\ST1346
2.txtþ
þST13463þ þST13463þ þST13463þ þST13463þ þST13463þ þST13463þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/redraw/.svn/text-base/Redrawable.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRedrawable.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ191þ þd17e431f220af4545de23eb8c4ba45f3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13463.txtþ þTEXT\0001\ST13463.txtþ
þST13464þ þST13464þ þST13465þ þST13464þ þST13465þ þST13464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/redraw/.svn/text-base/Redrawer.java.svn-baseþ þþ þþ þ0þ þ1þ þST1
3469þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRedrawer.java.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ3556þ þbbb4e778e630fba8a8fac0a2c72325ebþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13464.txtþ þTEXT
\0001\ST13464.txtþ
þST13466þ þST13466þ þST13467þ þST13466þ þST13467þ þST13466þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/redraw/.svn/text-base/RedrawEvent.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST13470þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRedrawEvent.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ3709þ þ64598601fd0e81873dbbd850ff83af0bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13466.txtþ þTEXT\0001\ST13466.txtþ
þST13468þ þST13468þ þST13468þ þST13468þ þST13468þ þST13468þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/redraw/Redrawable.javaþ þþ þþ þ0þ þ1þ þST13463 þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þRedrawable.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ191þ þd17e431f2
20af4545de23eb8c4ba45f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0002\ST13468.javaþ þþ
þST13469þ þST13469þ þST13469þ þST13469þ þST13469þ þST13469þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/redraw/Redrawer.javaþ þþ þþ þ0þ þ1þ þST13464þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þRedrawer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3556þ þbbb4e778e630 fba8a8fac0a2c72325ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0002\ST13469.javaþ þþ

þST13470þ þST13470þ þST13470þ þST13470þ þST13470þ þST13470þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/redraw/RedrawEvent.javaþ þþ þþ þ0þ þ1þ þST13466þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRedrawEvent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3709þ þ645986 01fd0e81873dbbd850ff83af0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13470.javaþ þþ

þST13471þ þST13471þ þST13471þ þST13471þ þST13471þ þST13471þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/reset/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ228þ þ5c2b8eb767424f5a1e707c5347a39 2e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0002\ST13471.txtþ þTEXT\0001\ST13471.txtþ

þST13472þ þST13472þ þST13472þ þST13472þ þST13472þ þST13472þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/reset/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0 2/09/2011þ þ00:00:00þ þ2011-02-09T00:00:00-05:00þ þ1297227600þ þentriesþ þ.TXTþ þtext /plainþ þþ þ350þ þfd1dd47672095ef9df905967172fb0c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13472.txtþ þTEXT\0001\ST13472 .txtþ

þST13473þ þST13473þ þST13473þ þST13473þ þST13473þ þST13473þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/reset/.svn/text-base/ResetManager.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST13474þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResetManager.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ1211þ þadf5701faae9551bb620e9305d86dc26þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13473.txtþ þTEXT\0001\ST13 473.txtþ

þST13474þ þST13474þ þST13474þ þST13474þ þST13474þ þST13474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/reset/ResetManager.javaþ þþ þþ þ0þ þ1þ þST13473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResetManager.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1211þ þadf57 01faae9551bb620e9305d86dc26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13474.javaþ þþ

þST13475þ þST13475þ þST13475þ þST13475þ þST13475þ þST13475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/sectors/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ345þ þ87c8a83cd1d9322e581ffb0cd37 b41f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0002\ST13475.txtþ þTEXT\0001\ST13475.txtþ

þST13476þ þST13476þ þST13476þ þST13476þ þST13476þ þST13476þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/sectors/.svn/entriesþþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ472þ þ433b6cfc644234a2f6fd1c6102994a00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13476.txtþ þTEXT\0001\ST13476.txtþ
þST13477þ þST13477þ þST13478þ þST13477þ þST13478þ þST13477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/sectors/.svn/text-base/Sector.java.svn-baseþ þþ þþ þ0þ þ1þ þST13
480þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSector.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ1409þ þ9228358debfbac80ee1db12e4a0281d9þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13477.txtþ þTEXT\0001\ST13477.txtþ
þST13479þ þST13479þ þST13479þ þST13479þ þST13479þ þST13479þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/sectors/.svn/text-base/SectorMap.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13481þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorMap.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ699þ þ78a2bc1383159de14f925c4f99fd2d38þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13479.txtþ þTEXT\0001\ST13479.
txtþ
þST13480þ þST13480þ þST13480þ þST13480þ þST13480þ þST13480þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/sectors/Sector.javaþ þþ þþ þ0þ þ1þ þST13477þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þSector.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1409þ þ9228358debfbac80ee1db12e4a0281d9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13480.javaþ þþ
þST13481þ þST13481þ þST13481þ þST13481þ þST13481þ þST13481þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/sectors/SectorMap.javaþ þþ þþ þ0þ þ1þ þST13479þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þSectorMap.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ699þ þ78a2bc1383
159de14f925c4f99fd2d38þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0002\ST13481.javaþ þþ
þST13482þ þST13482þ þST13482þ þST13482þ þST13482þ þST13482þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/service/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ240þ þd41014e691fc56efcd3b94ef5ce
660f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0002\ST13482.txtþ þTEXT\0001\ST13482.txtþ
þST13483þ þST13483þ þST13483þ þST13483þ þST13483þ þST13483þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/service/.svn/entriesþþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ03/23/2011þ þ00:00:00þ þ2011-03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ356þ þ2ae1354d963ef961f76daa01ddb8a70eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13483.txtþ þTEXT\0001\ST13483.txtþ
þST13484þ þST13484þ þST13485þ þST13484þ þST13485þ þST13484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/service/.svn/text-base/ServiceConstants.java.svn-baseþ þþ þþ þ0
þ þ1þ þST13486þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þServiceConstants.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ2638þ þb8ec1deda1b99ea59a570ca99e81a927þ þ2þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13484.txtþ þTEXT
\0001\ST13484.txtþ
þST13486þ þST13486þ þST13486þ þST13486þ þST13486þ þST13486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/service/ServiceConstants.javaþ þþ þþ þ0þ þ1þ þST13484þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þServiceConstants.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ26
38þ þb8ec1deda1b99ea59a570ca99e81a927þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13486.javaþ þþ
þST13487þ þST13487þ þST13487þ þST13487þ þST13487þ þST13487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/snapshotL1/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1208þ þ4fb71347432d9830581ea0d
e59136dafþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0002\ST13487.txtþ þTEXT\0001\ST13487.txtþ
þST13488þ þST13488þ þST13489þ þST13488þ þST13489þ þST13488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/snapshotL1/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þ03/01/2011þ þ00:00:00þ þ2011-03-01T00:00:00-05:00þ þ1298955600þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ1281þ þ0e337af0f9144e955eba8b72011e2d34þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13488.txtþ þTEXT\0001\ST
13488.txtþ
þST13490þ þST13490þ þST13490þ þST13490þ þST13490þ þST13490þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/snapshotL1/.svn/text-base/DT.java.svn-baseþ þþ þþ þ0þ þ1þ þST135
06þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDT.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ16
13þ þ1aa16368bfd877af20b684742818e8b1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13490.txtþ þTEXT\0001\ST13490.txtþ
þST13491þ þST13491þ þST13494þ þST13491þ þST13494þ þST13491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/snapshotL1/.svn/text-base/L1Snapshot.java.svn-baseþ þþ þþ þ0þ þ
1þ þST13507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1Snapshot.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ4758þ þ4b21903cc2324535fe537124ef19b649þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13491.txtþ þTEXT\0001\ST1
3491.txtþ
þST13495þ þST13495þ þST13497þ þST13495þ þST13497þ þST13495þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/.svn/text-base/L1SnapshotFactory.java.svn-baseþ þþ þ þ þ0þ þ1þ þST13508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1SnapshotFactory.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ4448þ þ9ce1f767ab490f74cd2f30c1e474a62fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13495.txtþ þ TEXT\0001\ST13495.txtþ

þST13498þ þST13498þ þST13501þ þST13498þ þST13501þ þST13498þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/.svn/text-base/L1SnapshotStatic.java.svn-baseþ þþ þþ þ0þ þ1þ þST13509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1SnapshotStatic.java.svn-bas eþ þ.TXTþ þtext/plainþ þþ þ5180þ þ354ae5c430207c34bf8ddd52576fb99eþ þ4þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13498.txtþ þT EXT\0001\ST13498.txtþ

þST13502þ þST13502þ þST13502þ þST13502þ þST13502þ þST13502þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/.svn/text-base/ParserS.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST13510þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þParserS.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ1585þ þ7eb8d6c5a186c485cd67ab6106bc1ec6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þST13502.txtþ þTEXT\0001\ST13502. txtþ

þST13503þ þST13503þ þST13503þ þST13503þ þST13503þ þST13503þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/.svn/text-base/SNAPSHOT_TODAY_14.java.svn-baseþ þþ þ þ þ0þ þ1þ þST13511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSNAPSHOT_TODAY_14.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ818þ þ3180abe789309565be7f5135cc54e84bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13503.txtþ þ TEXT\0001\ST13503.txtþ

þST13504þ þST13504þ þST13504þ þST13504þ þST13504þ þST13504þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/.svn/text-base/SNAPSHOT_TODAY_NOT_TRADED_13.java.sv n-baseþ þþ þþ þ0þ þ1þ þST13512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSNAPSHOT_TODAY_NO T_TRADED_13.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ792þ þ38da5fecec770c1303d4a8443da1 46f9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0002\ST13504.txtþ þTEXT\0001\ST13504.txtþ

þST13505þ þST13505þ þST13505þ þST13505þ þST13505þ þST13505þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/.svn/text-base/Unpacker.java.svn-baseþ þþ þþ þ0þ þ1þ þST13513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUnpacker.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ1063þ þd9e723dccf8f173e72e4a56a656a7ed5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13505.txtþ þTEXT\0001\ST13505 .txtþ

þST13506þ þST13506þ þST13506þ þST13506þ þST13506þ þST13506þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/snapshotL1/DT.javaþ þþ þþ þ0þ þ1þ þST13490þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDT.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1613þ þ1aa16368bfd877af20b6

84742818e8b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13506.javaþ þþ

þST13507þ þST13507þ þST13507þ þST13507þ þST13507þ þST13507þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/L1Snapshot.javaþ þþ þ0þ þ1þ þST13491þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1Snapshot.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4758þ þ4b21903cc2324535fe537124ef19b649þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0002\ST13507.javaþ þþ

þST13508þ þST13508þ þST13508þ þST13508þ þST13508þ þST13508þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/L1SnapshotFactory.javaþ þþ þþ þ0þ þ1þ þST13495þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1SnapshotFactory.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4448þ þ9ce1f767ab490f74cd2f30c1e474a62fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13508.javaþ þþ

þST13509þ þST13509þ þST13509þ þST13509þ þST13509þ þST13509þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/L1SnapshotStatic.javaþ þþ þþ þ0þ þ1þ þST13498þ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þL1SnapshotStatic.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5180þ þ354ae5c430207c34bf8ddd52576fb99eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13509.javaþ þþ

þST13510þ þST13510þ þST13510þ þST13510þ þST13510þ þST13510þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/ParserS.javaþ þþ þþ þ0þ þ1þ þST13502þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þParserS.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1585þ þ7eb8d6c5a186c485cd67ab6106bc1ec6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13510.javaþ þþ

þST13511þ þST13511þ þST13511þ þST13511þ þST13511þ þST13511þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/SNAPSHOT_TODAY_14.javaþ þþ þþ þ0þ þ1þ þST13503þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSNAPSHOT_TODAY_14.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ818þ þ3180abe789309565be7f5135cc54e84bþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13511.javaþ þþ

þST13512þ þST13512þ þST13512þ þST13512þ þST13512þ þST13512þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/SNAPSHOT_TODAY_NOT_TRADED_13.javaþ þþ þþ þ0þ þ1þ þST13504þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSNAPSHOT_TODAY_NOT_TRADED_13.javaþ þ.JAVA þ þtext/x-java-sourceþ þþ þ792þ þ38da5fecec770c1303d4a8443da146f9þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13512.javaþ þþ

þST13513þ þST13513þ þST13513þ þST13513þ þST13513þ þST13513þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/snapshotL1/Unpacker.javaþ þþ þþ þ0þ þ1þ þST13505þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUnpacker.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1063þ þd9e723dccf8f173e72e4a56a656a7ed5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13513.javaþ þþ þST13514þ þST13514þ þST13514þ þST13514þ þST13514þ þST13514þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1123þ þ2eab8f27123ec1fa240bbf2bc 5eb5f8dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0002\ST13514.txtþ þTEXT\0001\ST13514.txtþ

þST13515þ þST13515þ þST13517þ þST13515þ þST13517þ þST13515þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/01/2011þ þ00:00:00þ þ2011

-06-01T00:00:00-04:00þ þ1306900800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1310þ þa04bac98f 596d76b2ee3d36c057eb870þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0002\ST13515.txtþ þTEXT\0001\ST13515.txtþ

þST13518þ þST13518þ þST13518þ þST13518þ þST13518þ þST13518þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/.svn/text-base/StateClient.java.svn-baseþ þþ þþ þ0þ þ1 þ þST13574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateClient.java.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ249þ þ41ff507654f55555c5384205b903d5a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13518.txtþ þTEXT\0001\ST13 518.txtþ

þST13519þ þST13519þ þST13519þ þST13519þ þST13519þ þST13519þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/.svn/text-base/StateManifest.java.svn-baseþ þþ þþ þ0þ þ1þ þST13575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateManifest.java.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ1622þ þ201243486104abe9e5e02d83c6a77857þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13519.txtþ þTEXT\000 1\ST13519.txtþ

þST13520þ þST13520þ þST13520þ þST13520þ þST13520þ þST13520þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/.svn/text-base/Streamer.java.svn-baseþ þþ þþ þ0þ þ1þ þS T13576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamer.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ876þ þeea606637d7ecdfd071f90beaa14b583þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13520.txtþ þTEXT\0001\ST13520.t xtþ

þST13521þ þST13521þ þST13521þ þST13521þ þST13521þ þST13521þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/.svn/text-base/StreamL1.java.svn-baseþ þþ þþ þ0þ þ1þ þS T13577þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamL1.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ1552þ þb9cbf5661074dc6e180c913cd3d27042þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13521.txtþ þTEXT\0001\ST13521. txtþ

þST13522þ þST13522þ þST13523þ þST13522þ þST13523þ þST13522þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/.svn/text-base/StreamL2.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13578þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamL2.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ2539þ þf9d0e1c03631888354471a333babd296þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13522.txtþ þTEXT\0001\ST13522.
txtþ
þST13524þ þST13524þ þST13524þ þST13524þ þST13524þ þST13524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/.svn/text-base/StreamSY.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T13579þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamSY.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ1257þ þ878318401b2fc732f9348fa0e478cb8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13524.txtþ þTEXT\0001\ST13524.
txtþ
þST13525þ þST13525þ þST13526þ þST13525þ þST13526þ þST13525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þST135
80þ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ
1818þ þ3a967b485040d6124e27bbe8f9a9a5a7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13525.txtþ þTEXT\0001\ST13525.txtþ
þST13527þ þST13527þ þST13528þ þST13527þ þST13528þ þST13527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/.svn/text-base/VSListener.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13581þ þþ þþ þþ þþ þþ þþ þVSListener.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ2550þ þa5d54f120ec5b47968ed8f1fdbb306a1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13527.txtþ þTEXT\0001\ST13527.txtþ
þST13529þ þST13529þ þST13529þ þST13529þ þST13529þ þST13529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ266þ þ815830e92070471579
eff42ebd3acdb1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0002\ST13529.txtþ þTEXT\0001\ST13529.txtþ
þST13530þ þST13530þ þST13530þ þST13530þ þST13530þ þST13530þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þ06/01/2011þ þ00:00:00þ þ2011-06-01T00:00:00-04:00þ þ1306900800þ þentriesþ þ
.TXTþ þtext/plainþ þþ þ396þ þf94c68e2031515cb25b06952befe6050þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13530.txtþ þTEXT\00
01\ST13530.txtþ
þST13531þ þST13531þ þST13532þ þST13531þ þST13532þ þST13531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/.svn/text-base/StreamMessageHandler.java.svn-
baseþ þþ þþ þ0þ þ1þ þST13568þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamMessageHandle
r.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3036þ þ0142432c9f8f68e5467d1bfc56984d0dþ þ2þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\S T13531.txtþ þTEXT\0001\ST13531.txtþ

þST13533þ þST13533þ þST13533þ þST13533þ þST13533þ þST13533þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/handler/L1/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ412þ þbb144177da7b366c23d9ab4bb14476bfþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13533.tx tþ þTEXT\0001\ST13533.txtþ

þST13534þ þST13534þ þST13535þ þST13534þ þST13535þ þST13534þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/handler/L1/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þ06/01/2011þ þ00:00:00þ þ2011-06-01T00:00:00-04:00þ þ1306900800þ þentries þ þ.TXTþ þtext/plainþ þþ þ553þ þad3e29e9c4b5060dcced69fc87aed611þ þ2þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13534.txtþ þTEXT \0001\ST13534.txtþ

þST13536þ þST13536þ þST13536þ þST13536þ þST13536þ þST13536þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/handler/L1/.svn/text-base/StateHandlerL1.java.svn-bas eþ þþ þþ þ0þ þ1þ þST13541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerL1.java.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ1036þ þa5c3515389d587195417c33e31c94b2fþ þ1þ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13536.tx tþ þTEXT\0001\ST13536.txtþ

þST13537þ þST13537þ þST13540þ þST13537þ þST13540þ þST13537þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/handler/L1/.svn/text-base/StreamHandlerL1.java.svn-ba seþ þþ þþ þ0þ þ1þ þST13542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1.java. svn-baseþ þ.TXTþ þtext/plainþ þþ þ7705þ þe435cca8c241a844093fe91d565dba1cþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13537. txtþ þTEXT\0001\ST13537.txtþ

þST13541þ þST13541þ þST13541þ þST13541þ þST13541þ þST13541þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/handler/L1/StateHandlerL1.javaþ þþ þþ þ0þ þ1þ þST13536þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerL1.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1036þ þa5c3515389d587195417c33e31c94b2fþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13541.javaþ þþ

þST13542þ þST13542þ þST13542þ þST13542þ þST13542þ þST13542þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/handler/L1/StreamHandlerL1.javaþ þþ þþ þ0þ þ1þ þST13537 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL1.javaþ þ.JAVAþ þtext/x-java-so urceþ þþ þ7705þ þe435cca8c241a844093fe91d565dba1cþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13542.javaþ þþ

þST13543þ þST13543þ þST13543þ þST13543þ þST13543þ þST13543þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1017þ þc3d818da1e367a7b2a31ff647558a45aþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13543.t
xtþ þTEXT\0001\ST13543.txtþ
þST13544þ þST13544þ þST13545þ þST13544þ þST13545þ þST13544þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ03/02/2011þ þ00:00:00þ þ2011-03-02T00:00:00-05:00þ þ1299042000þ þentries
þ þ.TXTþ þtext/plainþ þþ þ1029þ þe43a7b24e8ebf7e5b250f38377c020c7þ þ2þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13544.txtþ þTEX
T\0001\ST13544.txtþ
þST13546þ þST13547þ þST13546þ þST13547þ þST13546þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/text-base/StateHandlerL2.java.svn-bas
eþ þ0þ þ0þ þ1þ þST13562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerL2.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ2529þ þc79a2a3639d772dd2e87fbba03bf9319þ þ2þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13546.tx
tþ þTEXT\0001\ST13546.txtþ
þST13548þ þST13548þ þST13548þ þST13548þ þST13548þ þST13548þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/text-base/StreamHandlerL2.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST13563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL2.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ573þ þde1bc4090a6571e194612bcd94c29a38þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13548.t
xtþ þTEXT\0001\ST13548.txtþ
þST13549þ þST13549þ þST13549þ þST13549þ þST13549þ þST13549þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/text-base/VersionedViewL2.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST13564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVersionedViewL2.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ1029þ þ4c7d86af949ec01efe8915e24a535a9bþ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13549.
txtþ þTEXT\0001\ST13549.txtþ
þST13550þ þST13550þ þST13552þ þST13550þ þST13552þ þST13550þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/text-base/ViewHandlerL2.java.svn-base
þ þþ þ0þ þ0þ þ1þ þST13565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ5699þ þ4fbe0bc1b4cf666ea88cef13c04d75adþ þ3þ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13550.txtþ
þTEXT\0001\ST13550.txtþ
þST13553þ þST13553þ þST13558þ þST13553þ þST13558þ þST13553þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/text-base/ViewModelInstrumentL2.java.

svn-baseþ þþ þþ þ0þ þ1þ þST13566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewModelInstru
mentL2.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8214þ þ531332743bea1093100aba2ae9ed1498
þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
002\ST13553.txtþ þTEXT\0001\ST13553.txtþ
þST13559þ þST13559þ þST13561þ þST13559þ þST13561þ þST13559þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/.svn/text-base/ViewModelL2.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13567þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewModelL2.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ4674þ þ45fe4b3f8bc1c6814e77994629f49456þ þ3þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13559.txtþ þT
EXT\0001\ST13559.txtþ
þST13562þ þST13562þ þST13562þ þST13562þ þST13562þ þST13562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/StateHandlerL2.javaþ þþ þþ þ0þ þ1þ þST13546þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerL2.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2529þ þc79a2a3639d772dd2e87fbba03bf9319þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13562.javaþ þþ
þST13563þ þST13563þ þST13563þ þST13563þ þST13563þ þST13563þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/StreamHandlerL2.javaþ þþ þþ þ0þ þ1þ þST13548
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerL2.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ573þ þde1bc4090a6571e194612bcd94c29a38þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13563.javaþ
þST13564þ þST13564þ þST13564þ þST13564þ þST13564þ þST13564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/VersionedViewL2.javaþ þþ þþ þ0þ þ1þ þST13549
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVersionedViewL2.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ1029þ þ4c7d86af949ec01efe8915e24a535a9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13564.javaþ
þST13565þ þST13565þ þST13565þ þST13565þ þST13565þ þST13565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/ViewHandlerL2.javaþ þþ þþ þ0þ þ1þ þST13550þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewHandlerL2.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ5699þ þ4fbe0bc1b4cf666ea88cef13c04d75adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13565.javaþ
þST13566þ þST13566þ þST13566þ þST13566þ þST13566þ þST13566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/streamer/handler/L2/ViewModelInstrumentL2.javaþ þþ þþ þ0þ þ1þ þS
T13553þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewModelInstrumentL2.javaþ þ.JAVAþ þpte
xt/x-java-sourceþ þþ þ8214þ þ531332743bea1093100aba2ae9ed1498þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13566.javaþ þþ
þST13567þ þST13567þ þST13567þ þST13567þ þST13567þ þST13567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/handler/L2/ViewModelL2.javaþ þþ þþ þ0þ þ1þ þST13559þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewModelL2.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ4674þ þ45fe4b3f8bc1c6814e77994629f49456þ þþ þþ þþ þþ þJAVAþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13567.javaþ þþ
þST13568þ þST13568þ þST13568þ þST13568þ þST13568þ þST13568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/handler/StreamMessageHandler.javaþ þþ þþ þ0þ þ1þ þST135
31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamMessageHandler.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3036þ þ0142432c9f8f68e5467d1bfc56984d0dþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13568.javaþ þþ
þST13569þ þST13569þ þST13569þ þST13569þ þST13569þ þST13569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/handler/SY/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ262þ þ067b8dab149cd9049a6dd65bcbd168e0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13569.tx
tþ þTEXT\0001\ST13569.txtþ
þST13570þ þST13570þ þST13570þ þST13570þ þST13570þ þST13570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/handler/SY/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ05/31/2011þ þ00:00:00þ þ2011-05-31T00:00:00-04:00þ þ1306814400þ þentries
þ þ.TXTþ þtext/plainþ þþ þ393þ þcd7397ebfb1308b86ba1766a5e68c70cþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13570.txtþ þTEXT
\0001\ST13570.txtþ
þST13571þ þST13571þ þST13572þ þST13571þ þST13572þ þST13571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/handler/SY/.svn/text-base/StreamHandlerSY.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST13573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ2708þ þ9f84f68fbca6e2839a1f0e9faa280233þ þ2þ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13571.
txtþ þTEXT\0001\ST13571.txtþ
þST13573þ þST13573þ þST13573þ þST13573þ þST13573þ þST13573þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/handler/SY/StreamHandlerSY.javaþ þþ þþ þ0þ þ1þ þST13571
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerSY.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ2708þ þ9f84f68fbca6e2839a1f0e9faa280233þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13573.javaþ þþ
þST13574þ þST13574þ þST13574þ þST13574þ þST13574þ þST13574þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/ccore/src/core/streamer/StateClient.javaþ þþ þþ þ0þ þ1þ þST13518þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þStateClient.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ249þ þ41ff5
07654f55555c5384205b903d5a9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0002\ST13574.javaþ þþ
þST13575þ þST13575þ þST13575þ þST13575þ þST13575þ þST13575þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/StateManifest.javaþ þþ þþ þ0þ þ1þ þST13519þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateManifest.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1622þ þ 201243486104abe9e5e02d83c6a77857þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13575.javaþ þþ

þST13576þ þST13576þ þST13576þ þST13576þ þST13576þ þST13576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/Streamer.javaþ þþ þþ þ0þ þ1þ þST13520þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þStreamer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ876þ þeea606637d7 ecdfd071f90beaa14b583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0002\ST13576.javaþ þþ

þST13577þ þST13577þ þST13577þ þST13577þ þST13577þ þST13577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/StreamL1.javaþ þþ þþ þ0þ þ1þ þST13521þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þStreamL1.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1552þ þb9cbf56610 74dc6e180c913cd3d27042þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0002\ST13577.javaþ þþ

þST13578þ þST13578þ þST13578þ þST13578þ þST13578þ þST13578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/StreamL2.javaþ þþ þþ þ0þ þ1þ þST13522þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þStreamL2.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2539þ þf9d0e1c036 31888354471a333babd296þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0002\ST13578.javaþ þþ

þST13579þ þST13579þ þST13579þ þST13579þ þST13579þ þST13579þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/StreamSY.javaþ þþ þþ þ0þ þ1þ þST13524þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þStreamSY.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1257þ þ878318401b 2fc732f9348fa0e478cb8fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0002\ST13579.javaþ þþ

þST13580þ þST13580þ þST13580þ þST13580þ þST13580þ þST13580þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/Util.javaþ þþ þþ þ0þ þ1þ þST13525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1818þ þ3a967b485040d6124e 27bbe8f9a9a5a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0002\ST13580.javaþ þþ

þST13581þ þST13581þ þST13581þ þST13581þ þST13581þ þST13581þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ccore/src/core/streamer/VSListener.javaþ þþ þþ þ0þ þ1þ þST13527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVSListener.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ2550þ þa5d54f120ec5b47968ed8f1fdbb306a1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13581.javaþ þþ

þST13582þ þST13582þ þST13582þ þST13582þ þST13582þ þST13582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ta/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ324þ þf59fda899e318bc2ae6a6e830cef4194
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
002\ST13582.txtþ þTEXT\0001\ST13582.txtþ
þST13583þ þST13583þ þST13583þ þST13583þ þST13583þ þST13583þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ta/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/0
7/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ128383200þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ464þ þ856687df5ba66ceeb1e1b4d2260b9acaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13583.txtþ þTEXT\0001\ST13583.t
xtþ
þST13584þ þST13584þ þST13584þ þST13584þ þST13584þ þST13584þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ta/.svn/text-base/TAType.java.svn-baseþ þþ þþ þ0þ þ1þ þST13587þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAType.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ21
79þ þ72b82cace09d8b13cdcf0e4f50cedbebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13584.txtþ þTEXT\0001\ST13584.txtþ
þST13585þ þST13585þ þST13586þ þST13585þ þST13586þ þST13585þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ta/.svn/text-base/TAUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST13588þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ27
77þ þ7492dcff1fbaf0d811961985d89a95a0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13585.txtþ þTEXT\0001\ST13585.txtþ
þST13587þ þST13587þ þST13587þ þST13587þ þST13587þ þST13587þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ta/TAType.javaþ þþ þþ þ0þ þ1þ þST13584þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTAType.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2179þ þ72b82cace09d8b13cdcf0e4f50cedbebþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13587.javaþ þþ
þST13588þ þST13588þ þST13588þ þST13588þ þST13588þ þST13588þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/ta/TAUtil.javaþ þþ þþ þ0þ þ1þ þST13585þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTAUtil.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2777þ þ7492dcff1fbaf0d811961985d89a95a0þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13588.javaþ þþ
þST13589þ þST13589þ þST13589þ þST13589þ þST13589þ þST13589þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ222þ þab35080c4c3797993fd65dd27ffeb
ff5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0002\ST13589.txtþ þTEXT\0001\ST13589.txtþ
þST13590þ þST13590þ þST13590þ þST13590þ þST13590þ þST13590þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0
6/01/2011þ þ00:00:00þ þ2011-06-01T00:00:00-04:00þ þ1306900800þ þentriesþ þ.TXTþ þtext
/plainþ þþ þ367þ þ8c4c4c7317749430a0f9664aa473da16þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13590.txtþ þTEXT\0001\ST13590
.txtþ

þST13591þ þST13591þ þST13592þ þST13591þ þST13592þ þST13591þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/table/.svn/text-base/TableUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST1
3593þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUtil.java.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ4289þ þ44d6a5a1435749e8e0746c3d813acd0bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13591.txtþ þTEXT\0001\ST13591.t
xtþ

þST13593þ þST13593þ þST13593þ þST13593þ þST13593þ þST13593þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/core/table/TableUtil.javaþ þþ þþ þ0þ þ1þ þST13591þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTableUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4289þ þ44d6a5a1435
749e8e0746c3d813acd0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0002\ST13593.javaþ þþ

þST13594þ þST13594þ þST13594þ þST13594þ þST13594þ þST13594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/layoutfixtool/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ99þ þa6d5b1e6ebff04690eb130958d2
e342dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0002\ST13594.txtþ þTEXT\0001\ST13594.txtþ

þST13595þ þST13595þ þST13595þ þST13595þ þST13595þ þST13595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/layoutfixtool/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ07/07/2011þ þ00:00:00þ þ2011
-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ221þ þc92d80fccc
e3e2651bf2b5bc5e620885þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13595.txtþ þTEXT\0001\ST13595.txtþ

þST13596þ þST13596þ þST13596þ þST13596þ þST13596þ þST13596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þ4c11a90a4492f78c499c952e56cd3cb7þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\
ST13596.txtþ þTEXT\0001\ST13596.txtþ

þST13597þ þST13597þ þST13597þ þST13597þ þST13597þ þST13597þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/src/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2
010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ160þ þ4456fd30e7068f2a67455d70f9581293þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13597.txtþ þTEXT\0001\ST13597.txtþ

þST13598þ þST13598þ þST13598þ þST13598þ þST13598þ þST13598þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ85þ þ15c2510198af249e112fb5f811fe3f68þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13
598.txtþ þTEXT\0001\ST13598.txtþ
þST13599þ þST13599þ þST13599þ þST13599þ þST13599þ þST13599þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ccore/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ
 þ00:00:00þ þ2010
-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ156þ þ35e648733d
aefd32fe52252b74fd3e14þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13599.txtþ þTEXT\0001\ST13599.txtþ
þST13600þ þST13600þ þST13600þ þST13600þ þST13600þ þST13600þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ75þ þf
ddf1779911f31c1159f96845e6cb4b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13600.propertiesþ þþ
þST13601þ þST13601þ þST13601þ þST13601þ þST13601þ þST13601þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterableInstrument.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterableInstrument.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ7451þ þ6b3425b8eb9cb39a64070c21b49aca66þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13601.classþ þþ
þST13602þ þST13602þ þST13602þ þST13602þ þST13602þ þST13602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterController.classþ þþ þþ þ0þ þ1þ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ20929þ þ03d334fe2a47db4649560928f3653092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13602.classþ þþ
þST13603þ þST13603þ þST13603þ þST13603þ þST13603þ þST13603þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterController$1.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController$1.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1229þ þa14e12422840ffaf8ee250a2ecb470d6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13603.classþ þþ
þST13604þ þST13604þ þST13604þ þST13604þ þST13604þ þST13604þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterController$2.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController$2.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1657þ þ544f952b2e853ae0b89e99db2761263bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13604.classþ þþ

þST13605þ þST13605þ þST13605þ þST13605þ þST13605þ þST13605þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterController$2$1.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController$2$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1215þ þd12d330425b63b3d9938ca7161f9027cþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13605.classþ þþ
þST13606þ þST13606þ þST13606þ þST13606þ þST13606þ þST13606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterController$3.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController$3.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1721þ þ793ebab36e54e427a6761197b9b16c62þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13606.classþ þþ
þST13607þ þST13607þ þST13607þ þST13607þ þST13607þ þST13607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterController$4.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController$4.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1861þ þ99b84eb7e17eeb448476b22bf573ca50þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13607.classþ þþ
þST13608þ þST13608þ þST13608þ þST13608þ þST13608þ þST13608þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterControllerVersion.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterControllerVersion.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1346þ þ54da576d904282df7111d5d5770e78d8þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13608.classþ þþ
þST13609þ þST13609þ þST13609þ þST13609þ þST13609þ þST13609þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFilterDescriptor.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ1790þ þcf45511f4ab0f0f985aa7424ef3b2fe8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13609.classþ þþ
þST13610þ þST13610þ þST13610þ þST13610þ þST13610þ þST13610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/ILogPanelListener.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILogPanelListener.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ435þ þ3aab16db22687f96e40366ebb9155336þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13610.classþ þþ
þST13611þ þST13611þ þST13611þ þST13611þ þST13611þ þST13611þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogPanel.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ7974þ þ58f5ee8680c80089c89032e44c1e71c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13611.classþ þþ
þST13612þ þST13612þ þST13612þ þST13612þ þST13612þ þST13612þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogPanel$1.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$1.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ903þ þ2cf224f81c4ebb222efcee89d4a0bd5eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13612.classþ þþ
þST13613þ þST13613þ þST13613þ þST13613þ þST13613þ þST13613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogPanel$2.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$2.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ785þ þ606de52640be519e0dadde0772d2a373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13613.classþ þþ
þST13614þ þST13614þ þST13614þ þST13614þ þST13614þ þST13614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogPanel$3.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$3.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ816þ þ5bce32eb50454d23c7f6b17085f3f067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13614.classþ þþ
þST13615þ þST13615þ þST13615þ þST13615þ þST13615þ þST13615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogPanel$4.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$4.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ816þ þ4403307356b5e0f1d47261d06aacda09þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13615.classþ þþ
þST13616þ þST13616þ þST13616þ þST13616þ þST13616þ þST13616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogPanel$5.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$5.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ816þ þce4e43b8b358b8422c0d2b780db694e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13616.classþ þþ
þST13617þ þST13617þ þST13617þ þST13617þ þST13617þ þST13617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/gui/LogRowObj.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogRowObj.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ2427þ þa284a95dc0091cf7b1b3cb0d3b5f02f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13617.classþ þþ
þST13618þ þST13618þ þST13618þ þST13618þ þST13618þ þST13618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filterlog/LogController.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogController.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ3046þ þ4595266a74e8952786747f1db5ba58f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13618.classþ þþ
þST13619þ þST13619þ þST13619þ þST13619þ þST13619þ þST13619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterParameters.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ4109þ þ3fee52232c165ca4c9f8d91ebebc4593þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13619.classþ þþ
þST13620þ þST13620þ þST13620þ þST13620þ þST13620þ þST13620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterRejector.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ6059þ þ20d3a1392eb8c2a1101dfea6f0b0ccf5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13620.classþ þþ
þST13621þ þST13621þ þST13621þ þST13621þ þST13621þ þST13621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterRejectorBuilder.classþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterRejectorBuilder.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ4355þ þ0da6aba94918da9ce2f5f4d3efd6cca0þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13621.classþ þþ
þST13622þ þST13622þ þST13622þ þST13622þ þST13622þ þST13622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterRowModel.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ848þ þb2790f021a33b298d8f3728baf3c43c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13622.classþ þþ
þST13623þ þST13623þ þST13623þ þST13623þ þST13623þ þST13623þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/filters/Filters.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ372
7þ þ6e1d446aece0850469d154459d89d23cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13623.classþ þþ
þST13624þ þST13624þ þST13624þ þST13624þ þST13624þ þST13624þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
2894þ þ1b797b092e06c10efcbb31ba5ff3781eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13624.classþ þþ
þST13625þ þST13625þ þST13625þ þST13625þ þST13625þ þST13625þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/FilterUpdater$1.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterUpdater$1.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ752þ þ05d8c038068e1ccb509333208f170e9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13625.classþ þþ
þST13626þ þST13626þ þST13626þ þST13626þ þST13626þ þST13626þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/cfilter-1.0/build/classes/cfilter/FilterUpdater$Task.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterUpdater$Task.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ4317þ þ2cdaa3218798a4b87a86b7f358ae7929þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13626.classþ þþ
þST13627þ þST13627þ þST13627þ þST13627þ þST13627þ þST13627þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterFormValidator.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterFormValidator.classþ þ.CLASSþ þapplica
tion/java-vmþ þ6862þ þe426b7f329472824b66356ac8860dc4aþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13627.classþ þþ
þST13628þ þST13628þ þST13628þ þST13628þ þST13628þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterInfoPanel.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterInfoPanel.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ525þ þb54a073353954cac13fb527b57c4d8abþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13628.classþ þþ
þST13629þ þST13629þ þST13629þ þST13629þ þST13629þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ86162þ þc14feea762bc9ecfe9bbef3fcbf846a0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13629.classþ þþ
þST13630þ þST13630þ þST13630þ þST13630þ þST13630þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$1.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ777þ þb8c5e39004294fe8fb2805f8cc0936ceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13630.classþ þþ
þST13631þ þST13631þ þST13631þ þST13631þ þST13631þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$10.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$10.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ6c7949317091b0bff06beb74162c8992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13631.classþ þþ
þST13632þ þST13632þ þST13632þ þST13632þ þST13632þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$11.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$11.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þf1147033d0077676ae306fb5963e3649þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13632.classþ þþ
þST13633þ þST13633þ þST13633þ þST13633þ þST13633þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$12.classþ þþ þ0þ þ1þ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$12.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ6e15d62d17651edc9bd499aee6f37b35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13633.classþ þþ
þST13634þ þST13634þ þST13634þ þST13634þ þST13634þ þST13634þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$13.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$13.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ935f4729270edc538b162aba711eb1f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13634.classþ þþ
þST13635þ þST13635þ þST13635þ þST13635þ þST13635þ þST13635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$14.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$14.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ749þ þe5e43cdb22ff8570e69159f60bfd5ab6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13635.classþ þþ
þST13636þ þST13636þ þST13636þ þST13636þ þST13636þ þST13636þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$15.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$15.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ5e14b1be49c79ce4577fd4c7dcd3319cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13636.classþ þþ
þST13637þ þST13637þ þST13637þ þST13637þ þST13637þ þST13637þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$16.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$16.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ3432c09da38e7666a0e2e2315ac265e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13637.classþ þþ
þST13638þ þST13638þ þST13638þ þST13638þ þST13638þ þST13638þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$17.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$17.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ825d0a1d94c1cab4a6112605537d443eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13638.classþ þþ
þST13639þ þST13639þ þST13639þ þST13639þ þST13639þ þST13639þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$18.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$18.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ2aedc953a7b613e7d72e4d0f4f8710eeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13639.classþ þþ
þST13640þ þST13640þ þST13640þ þST13640þ þST13640þ þST13640þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$19.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$19.classþ þ.CLASSþ þapplication/java-v

mþ þþ þ780þ þa987dfc39784ef6bd6419614d9f10151þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13640.classþ þþ
þST13641þ þST13641þ þST13641þ þST13641þ þST13641þ þST13641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$2.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ777þ þc75c63bff1388bfb46125431b4b813deþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13641.classþ þþ
þST13642þ þST13642þ þST13642þ þST13642þ þST13642þ þST13642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$20.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$20.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ213478f509e084c0aae1789fd3ffcd6aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13642.classþ þþ
þST13643þ þST13643þ þST13643þ þST13643þ þST13643þ þST13643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$21.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$21.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þfc8421e803977685cac0f275079cc40aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13643.classþ þþ
þST13644þ þST13644þ þST13644þ þST13644þ þST13644þ þST13644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$22.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$22.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ0121e76740df07aa846ee9814a6a2a43þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13644.classþ þþ
þST13645þ þST13645þ þST13645þ þST13645þ þST13645þ þST13645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$23.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$23.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þe385490b6c8c2072e0b03d9f5d8a4cb5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13645.classþ þþ
þST13646þ þST13646þ þST13646þ þST13646þ þST13646þ þST13646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$24.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$24.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ53cee708d441e1013723e00879a508f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13646.classþ þþ
þST13647þ þST13647þ þST13647þ þST13647þ þST13647þ þST13647þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$25.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$25.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ1ee7bb4d088bc7ec6ad51db2ec0287ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13647.classþ þþ
þST13648þ þST13648þ þST13648þ þST13648þ þST13648þ þST13648þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$26.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$26.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þd39123b9616605140469df1ffe5926e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13648.classþ þþ
þST13649þ þST13649þ þST13649þ þST13649þ þST13649þ þST13649þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$27.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$27.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ150ad828e9c3b7ec51acf5fcb005b60aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13649.classþ þþ
þST13650þ þST13650þ þST13650þ þST13650þ þST13650þ þST13650þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$28.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$28.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þdfba56a8819529835579566e66c19974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13650.classþ þþ
þST13651þ þST13651þ þST13651þ þST13651þ þST13651þ þST13651þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$29.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$29.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ5f8232bf52e86ac078d9fc0f995672dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13651.classþ þþ
þST13652þ þST13652þ þST13652þ þST13652þ þST13652þ þST13652þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$3.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ777þ þf1a6c424e3620f34486b47a677596c20þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13652.classþ þþ
þST13653þ þST13653þ þST13653þ þST13653þ þST13653þ þST13653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$30.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$30.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þb9ac91d58c55728343e894088229eabaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13653.classþ þþ
þST13654þ þST13654þ þST13654þ þST13654þ þST13654þ þST13654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$31.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$31.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ6e7181afc4380b0c84b27149b827aa2bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13654.classþ þþ

þST13655þ þST13655þ þST13655þ þST13655þ þST13655þ þST13655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$32.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$32.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ84bb75294bbb622e64f2c87cd6686a78þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13655.classþ þþ
þST13656þ þST13656þ þST13656þ þST13656þ þST13656þ þST13656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$33.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$33.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ613b9a0237a4168d705adeb9a2954c48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13656.classþ þþ
þST13657þ þST13657þ þST13657þ þST13657þ þST13657þ þST13657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$34.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$34.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ4758732bda0a852b79f60b1c31d38998þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13657.classþ þþ
þST13658þ þST13658þ þST13658þ þST13658þ þST13658þ þST13658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$35.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$35.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ5a9ebcdf0bbc9955575ad3f464f535e0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13658.classþ þþ
þST13659þ þST13659þ þST13659þ þST13659þ þST13659þ þST13659þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$36.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$36.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þc106efab460ff137b96bf4d3155d19c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13659.classþ þþ
þST13660þ þST13660þ þST13660þ þST13660þ þST13660þ þST13660þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$37.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$37.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ78ebacd3cf1014784b94469f35499a3dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13660.classþ þþ
þST13661þ þST13661þ þST13661þ þST13661þ þST13661þ þST13661þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$38.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$38.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ95fc6143521fd1ac4c57f2129f9561e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13661.classþ þþ
þST13662þ þST13662þ þST13662þ þST13662þ þST13662þ þST13662þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$39.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$39.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ1cfb32317b8b175cb27434fca17ebb66þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13662.classþ þþ
þST13663þ þST13663þ þST13663þ þST13663þ þST13663þ þST13663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$4.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ883þ þfc1f6dc2c3ca69f5389742d7c3ac29fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13663.classþ þþ
þST13664þ þST13664þ þST13664þ þST13664þ þST13664þ þST13664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$40.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$40.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ628a15b02a30adcd2a7ed0c74a19c8eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13664.classþ þþ
þST13665þ þST13665þ þST13665þ þST13665þ þST13665þ þST13665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$41.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$41.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ2882800ac52329760eb580bf2e802956þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13665.classþ þþ
þST13666þ þST13666þ þST13666þ þST13666þ þST13666þ þST13666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$42.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$42.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þff395fc386806c68fad43bf5ba5be21aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13666.classþ þþ
þST13667þ þST13667þ þST13667þ þST13667þ þST13667þ þST13667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$43.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$43.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þa5bc57b8974e3f3c329e59b9986b2709þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13667.classþ þþ
þST13668þ þST13668þ þST13668þ þST13668þ þST13668þ þST13668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$44.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$44.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ9a207ac73c4693042de274198980c0a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13668.classþ þþ
þST13669þ þST13669þ þST13669þ þST13669þ þST13669þ þST13669þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$45.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$45.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þe834ab27d8f97a3076eb5a2c66b9f45bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13669.classþ þþ
þST13670þ þST13670þ þST13670þ þST13670þ þST13670þ þST13670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$46.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$46.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þ23fdc79e227de14ceb4d8076afdba42cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13670.classþ þþ
þST13671þ þST13671þ þST13671þ þST13671þ þST13671þ þST13671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$47.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$47.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þfd0d1a0e43a61591b53d6ea579a0237dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13671.classþ þþ
þST13672þ þST13672þ þST13672þ þST13672þ þST13672þ þST13672þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$48.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$48.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ780þ þe682fa7fd46647b6bd41d09be74983ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13672.classþ þþ
þST13673þ þST13673þ þST13673þ þST13673þ þST13673þ þST13673þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$49.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$49.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ777þ þ0761beb763fee795fdaf768b7cadefd3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13673.classþ þþ
þST13674þ þST13674þ þST13674þ þST13674þ þST13674þ þST13674þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$5.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$5.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ746þ þc0f0a85a58f4b3cc6c7963d90894f1aeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13674.classþ þþ
þST13675þ þST13675þ þST13675þ þST13675þ þST13675þ þST13675þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$6.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$6.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ777þ þd67c14b5b942cff033b421746c043135þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13675.classþ þþ
þST13676þ þST13676þ þST13676þ þST13676þ þST13676þ þST13676þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$7.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$7.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ777þ þ0ba7ef95d0ab623e3cc394440a94006bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13676.classþ þþ
þST13677þ þST13677þ þST13677þ þST13677þ þST13677þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$8.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$8.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ777þ þ1cdc1057561e61529c7548047534477aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13677.classþ þþ
þST13678þ þST13678þ þST13678þ þST13678þ þST13678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterPanel$9.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterPanel$9.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ746þ þ31e975a83a812a013f6c06a956760327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13678.classþ þþ
þST13679þ þST13679þ þST13679þ þST13679þ þST13679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterWarningPopup.classþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterWarningPopup.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ2831þ þ375d47b3fe8c4c21969a78e565501999þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13679.classþ þþ
þST13680þ þST13680þ þST13680þ þST13680þ þST13680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterWarningPopup$1.classþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterWarningPopup$1.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ826þ þ40d19427d248f1c871bac5279d2dcbafþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13680.classþ þþ
þST13681þ þST13681þ þST13681þ þST13681þ þST13681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/FilterWarningPopup$2.classþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterWarningPopup$2.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ826þ þ9c13b47e7312d3f0f2b8777dab02ba4dþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13681.classþ þþ
þST13682þ þST13682þ þST13682þ þST13682þ þST13682þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/IFilterPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFilterPanel.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ185þ þee52b29543f46ec74a92f8c76893fc0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13682.classþ þþ
þST13683þ þST13683þ þST13683þ þST13683þ þST13683þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/IFilterPanelListener.classþ þþ þ0þ þ1

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFilterPanelListener.classþ þ.CLASSþ þappli cation/java-vmþ þþ þ703þ þa217a2fd20fdff479b915e92320f72a6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13683.classþ þþ þST13684þ þST13684þ þST13684þ þST13684þ þST13684þ þST13684þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/ListPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2149 þ þf62110000bda2fbe9b95dc5335b51606þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13684.classþ þþ þST13685þ þST13685þ þST13685þ þST13685þ þST13685þ þST13685þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/MessageUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMessageUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ802þ þ296698855ce072295fcefe1c7a9fbd31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13685.classþ þþ þST13686þ þST13686þ þST13686þ þST13686þ þST13686þ þST13686þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/MessageUtil$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þMessageUtil$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ834þ þ7fe3b0f90ae329d9d5f5ac430f7a2468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13686.classþ þþ þST13687þ þST13687þ þST13687þ þST13687þ þST13687þ þST13687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/MessageUtil$2.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þMessageUtil$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ828þ þ4d9302515e61fc796f52a2856bfad0feþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13687.classþ þþ þST13688þ þST13688þ þST13688þ þST13688þ þST13688þ þST13688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/PanelCapturer.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelCapturer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ16447þ þ675fd5ba223ffb0ae10ac9b71e1ba607þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13688.classþ þþ þST13689þ þST13689þ þST13689þ þST13689þ þST13689þ þST13689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitChangeAction.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitChangeAction.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ1277þ þ02fc06546852a468e72aee9fa7ab0986þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13689.classþ þþ þST13690þ þST13690þ þST13690þ þST13690þ þST13690þ þST13690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitDayRangeAction.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitDayRangeAction.classþ þ.CLASSþ þ

application/java-vmþ þþ þ1154þ þ24ada4f3f070244a0814d717263c0580þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13690.classþ þþ
þST13691þ þST13691þ þST13691þ þST13691þ þST13691þ þST13691þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitLastAction.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitLastAction.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1139þ þec8236c81df5bd7a76af9f90e29022e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13691.classþ þþ
þST13692þ þST13692þ þST13692þ þST13692þ þST13692þ þST13692þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitLiqidityAction.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitLiqidityAction.classþ þ.CLASSþ þ
application/java-vmþ þþ þ1170þ þ353a76642c5ab79f65d7edd5285fb8cfþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13692.classþ þþ
þST13693þ þST13693þ þST13693þ þST13693þ þST13693þ þST13693þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitOpenAction.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitOpenAction.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1150þ þ8f5f2b6f7ef4e70218e540ac667999adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13693.classþ þþ
þST13694þ þST13694þ þST13694þ þST13694þ þST13694þ þST13694þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitPriceMMAction.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitPriceMMAction.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1023þ þ751d868468693f5865b107bdcd5458c1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13694.classþ þþ
þST13695þ þST13695þ þST13695þ þST13695þ þST13695þ þST13695þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitPullbackAction.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitPullbackAction.classþ þ.CLASSþ þ
application/java-vmþ þþ þ856þ þ74f20f7627715d021fc87f9025d19504þ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13695.classþ þþ
þST13696þ þST13696þ þST13696þ þST13696þ þST13696þ þST13696þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitReboundAction.classþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitReboundAction.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ853þ þd5b19aaea21f350f0a80361d5a69728bþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13696.classþ þþ
þST13697þ þST13697þ þST13697þ þST13697þ þST13697þ þST13697þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitSpread.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitSpread.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ919þ þ9cd61a9e0c9aaf0a382850b28aa95b8eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13697.classþ þþ þST13698þ þST13698þ þST13698þ þST13698þ þST13698þ þST13698þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitSpreadAction.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitSpreadAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1161þ þ3fc9f5f4e25f53aa31858dc8bd1b1ea5þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13698.classþ þþ þST13699þ þST13699þ þST13699þ þST13699þ þST13699þ þST13699þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/InitTickAction.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þInitTickAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1141þ þ174b88c8e1c5c0af5b784bdfb71bcb57þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13699.classþ þþ þST13700þ þST13700þ þST13700þ þST13700þ þST13700þ þST13700þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/panelinit/PanelInitiator.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelInitiator.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ1697þ þdd4e072aaed76ad1babce2b2970bfb78þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13700.classþ þþ þST13701þ þST13701þ þST13701þ þST13701þ þST13701þ þST13701þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/gui/PanelPopulator.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þPanelPopulator.classþ þ.CLASSþ þapplication/java-v mþ þþ þ17637þ þe0ea83cf34e804128999f45540500785þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13701.classþ þþ þST13702þ þST13702þ þST13702þ þST13702þ þST13702þ þST13702þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/MoveFilterC.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þMoveFilterC.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1242 þ þ3dc93e3b08c777e60770e35f1db8f568þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13702.classþ þþ þST13703þ þST13703þ þST13703þ þST13703þ þST13703þ þST13703þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/MoveFilterC$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoveFilterC$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 1536þ þa8a31b88c6ed5db975cbd6f548456af3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13703.classþ þþ þST13704þ þST13704þ þST13704þ þST13704þ þST13704þ þST13704þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/ResourceProvider.classþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þResourceProvider.classþ þ.CLASSþ þapplication/java-v mþ þþ þ1386þ þ9f364c007f6caeee90f75377e336c5f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13704.classþ þþ

þST13705þ þST13705þ þST13705þ þST13705þ þST13705þ þST13705þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/DataCenterTF.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterTF.classþ þ.CLASSþ þapplication/java
-vmþ þ2918þ þ7298829d145defa7a03a0a8c1ba2f784þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13705.classþ þþ
þST13706þ þST13706þ þST13706þ þST13706þ þST13706þ þST13706þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/DataLoaderTF.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderTF.classþ þ.CLASSþ þapplication/java
-vmþ þ930þ þ7bf6e46912f497fa00a61e6c08e66c8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13706.classþ þþ
þST13707þ þST13707þ þST13707þ þST13707þ þST13707þ þST13707þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/DataLoaderTF$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderTF$1.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ838þ þc851602a056ef1b82c89b39f725e9a3eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13707.classþ þþ
þST13708þ þST13708þ þST13708þ þST13708þ þST13708þ þST13708þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/StateHandlerTF.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerTF.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ1213þ þ46f9b60a7f78c48a4c54524d20d11a19þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13708.classþ þþ
þST13709þ þST13709þ þST13709þ þST13709þ þST13709þ þST13709þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/StreamHandlerTF.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTF.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ944þ þe6566252670d5bc2f8ad01c2a82ab3ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13709.classþ þþ
þST13710þ þST13710þ þST13710þ þST13710þ þST13710þ þST13710þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/StreamHandlerTF$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTF$1.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ745þ þ50e64257f135381f63fa6ccb4853906cþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13710.classþ þþ
þST13711þ þST13711þ þST13711þ þST13711þ þST13711þ þST13711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/build/classes/cfilter/streamer/StreamHandlerTF$2.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTF$2.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ1269þ þ6624de192f1487e4d2448e1a142d3eeaþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13711.classþ þþ
þST13712þ þST13712þ þST13712þ þST13712þ þST13712þ þST13712þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/streamer/StreamTF.classþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamTF.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 2333þ þ9653e2d5e5f63e533fc4c4fca60566c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13712.classþ þþ

þST13713þ þST13713þ þST13713þ þST13713þ þST13713þ þST13713þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build/classes/cfilter/streamer/TFAlert.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTFAlert.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12 84þ þ97bcde529593e3b11be33baff698cd1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13713.classþ þþ

þST13714þ þST13714þ þST13714þ þST13714þ þST13714þ þST13714þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbui ld.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3807þ þaa2d7944b1c736011b0f74250dda2a39þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13714 .xmlþ þþ

þST13715þ þST13715þ þST13715þ þST13715þ þST13715þ þST13715þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/cfilter-1.0.jarþ þþ þþ þ0þ þ1þ þST13716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þcfilter-1.0.jarþ þ.JARþ þapplication/java-archiveþ þþ þ307616þ þ1c4e10b9f64 157e8f35b2dbe673915dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0002\ST13715.jarþ þþ

þST13716þ þST13716þ þST13716þ þST13716þ þST13716þ þST13716þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/dist/cfilter-1.0.jarþ þþ þþ þ0þ þ1þ þST13715þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þcfilter-1.0.jarþ þ.JARþ þapplication/java-archiveþ þþ þ307616þ þ1c4e10 b9f64157e8f35b2dbe673915dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13716.jarþ þþ

þST13717þ þST13717þ þST13717þ þST13717þ þST13717þ þST13717þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þbuild- impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56348þ þe881f4042280a6eae8517593bc2d904fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13 717.xmlþ þþ

þST13718þ þST13718þ þST13718þ þST13718þ þST13718þ þST13718þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x- java-propertiesþ þþ þ475þ þ2f821f3650391f04c44753ff86ccdda8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13718.propertiesþ þþ þST13719þ þST13719þ þST13719þ þST13719þ þST13719þ þST13719þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13719.propertiesþ þþ

þST13720þ þST13720þ þST13720þ þST13720þ þST13720þ þST13720þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST20040; ST20774; ST21201; ST21874; ST21986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ167þ þcff71ad810ea6c612e5d1753281be068þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13720.propertiesþ þþ

þST13721þ þST13721þ þST13721þ þST13721þ þST13721þ þST13721þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ1056þ þ059dc30abeb4b88e0d7 5add1aad102a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13721.xmlþ þþ

þST13722þ þST13722þ þST13722þ þST13722þ þST13722þ þST13722þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ3166þ þ10c1a9b0b6031b5089f3a29b60a0f4cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13722.propertiesþ þþ

þST13723þ þST13723þ þST13723þ þST13723þ þST13723þ þST13723þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ519þ þdb05e54ed75642e2cbf547c40288 7b56þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0002\ST13723.xmlþ þþ

þST13724þ þST13724þ þST13724þ þST13724þ þST13724þ þST13724þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/FilterableInstrument.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFilterableInstrument.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8466þ þ8a2a0683f2fd67c183cc86890c969dcaþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13724.javaþ þþ

þST13725þ þST13725þ þST13725þ þST13725þ þST13725þ þST13725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/FilterController.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2710þ þ 4fbf407d46c2eef9dd44d893760ac59eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13725.javaþ þþ

þST13726þ þST13726þ þST13726þ þST13726þ þST13726þ þST13726þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterControllerVersion.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFilterControllerVersion.javaþ þ.JAVAþ þtext/x-java-sourc
eþ þþ þ1036þ þ7216a6d9d9b3027c02277353768636b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13726.javaþ þþ
þST13727þ þST13727þ þST13727þ þST13727þ þST13727þ þST13727þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterDescriptor.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFilterDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2050þ þ4
875e957b370beedeb506de6e62afe59þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13727.javaþ þþ
þST13728þ þST13728þ þST13728þ þST13728þ þST13728þ þST13728þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/filterlog/gui/ILogPanelListener.javaþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þILogPanelListener.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ582þ þ8301a8c6cdb45fc10d44f99e0ba6ad50þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13728.javaþ þþ
þST13729þ þST13729þ þST13729þ þST13729þ þST13729þ þST13729þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/filterlog/gui/LogPanel.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þLogPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ5494þ þ7875efb
28482d4ffa13ec699294f4b49þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST13729.xmlþ þþ
þST13730þ þST13730þ þST13730þ þST13730þ þST13730þ þST13730þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/filterlog/gui/LogPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þLogPanel.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ11294þ þ15a6ae019f248a0a082d322066e48865þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13730.javaþ þþ
þST13731þ þST13731þ þST13731þ þST13731þ þST13731þ þST13731þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/filterlog/gui/LogRowObj.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þLogRowObj.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2162þ þþ
ce27cc4756a9d8d96868fd266da019dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13731.javaþ þþ
þST13732þ þST13732þ þST13732þ þST13732þ þST13732þ þST13732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/filterlog/LogController.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þLogController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9499
þ þ781daeac901405327609a73838188df0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13732.javaþ þþ
þST13733þ þST13733þ þST13733þ þST13733þ þST13733þ þST13733þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterParameters.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFilterParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5893þ þa
d598b8322692a3bf5cb8a7252b6fe38þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13733.javaþ þþ

þST13734þ þST13734þ þST13734þ þST13734þ þST13734þ þST13734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterRejector.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFilterRejector.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4979þ þ50be2
030fbd9bdbcfae879c365becbe2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13734.javaþ þþ

þST13735þ þST13735þ þST13735þ þST13735þ þST13735þ þST13735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterRejectorBuilder.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterRejectorBuilder.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ3911þ þ5ffb9772895296a52e9ef11ea1a8b2d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13735.javaþ þþ

þST13736þ þST13736þ þST13736þ þST13736þ þST13736þ þST13736þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterRowModel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFilterRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ820þ þcdca04
59e90f9dcd61b67895586a845aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13736.javaþ þþ

þST13737þ þST13737þ þST13737þ þST13737þ þST13737þ þST13737þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/filters/Filters.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFilters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2849þ þb7cfc99c912
6184d26937b55abaa215bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0002\ST13737.javaþ þþ

þST13738þ þST13738þ þST13738þ þST13738þ þST13738þ þST13738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/FilterUpdater.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFilterUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9842þ þ7381278
604019b61b5643e4fa0618ba1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST13738.javaþ þþ

þST13739þ þST13739þ þST13739þ þST13739þ þST13739þ þST13739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterFormValidator.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFilterFormValidator.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ28314þ þ14ac2ea65996aeef776b1bc0ee398cb3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13739.javaþ þþ

þST13740þ þST13740þ þST13740þ þST13740þ þST13740þ þST13740þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterInfoPanel.formþ þþ þþ þ0þ þ1þ þST22074þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterInfoPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ14
08þ þ5a86e830fa1b240aa0dc4f074dc3f3f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13740.xmlþ þþ
þST13741þ þST13741þ þST13741þ þST13741þ þST13741þ þST13741þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterInfoPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFilterInfoPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ932þ þ
a44d936be3e21e9018869196c64606d6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þNATIVES\0002\ST13741.javaþ þþ
þST13742þ þST13742þ þST13742þ þST13742þ þST13742þ þST13742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterPanel.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFilterPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ288215þ þ7395b407c
c3c5188feaa233bc34ce0f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0002\ST13742.xmlþ þþ
þST13743þ þST13743þ þST13743þ þST13743þ þST13743þ þST13743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFilterPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ161837þ þc8df2
e0966329a57eae8f1ba3cc50c9fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13743.javaþ þþ
þST13744þ þST13744þ þST13744þ þST13744þ þST13744þ þST13744þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterWarningPopup.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFilterWarningPopup.formþ þ.XMLþ þapplication/xmlþ þþ þ4769
þ þ5b5384ef7618515a3acb743c6f34f0dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13744.xmlþ þþ
þST13745þ þST13745þ þST13745þ þST13745þ þST13745þ þST13745þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/FilterWarningPopup.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFilterWarningPopup.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3091þ þ15b8766f92fc4063996618b88bf11251þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13745.javaþ þþ
þST13746þ þST13746þ þST13746þ þST13746þ þST13746þ þST13746þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/IFilterPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIFilterPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ265þ þee5f7f
c390d21b486ea5ace3c55ac1e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13746.javaþ þþ
þST13747þ þST13747þ þST13747þ þST13747þ þST13747þ þST13747þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/cfilter-1.0/src/cfilter/gui/IFilterPanelListener.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFilterPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þþ þ1111þ þdd4e2413d8e48303a8ea9cf0a180dd05þ þþ þþ þþ þþ þþ þ.JAVAþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13747.javaþ þþ
þST13748þ þST13748þ þST13748þ þST13748þ þST13748þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/ListPanel.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þListPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ3482þ þ322068eb9b24c3b
ffa84562551146af6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0002\ST13748.xmlþ þþ
þST13749þ þST13749þ þST13749þ þST13749þ þST13749þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/ListPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þListPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2630þ þbeb4d5f07bf
cd5e866cca8aa5bfd8aecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0002\ST13749.javaþ þþ
þST13750þ þST13750þ þST13750þ þST13750þ þST13750þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/MessageUtil.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þMessageUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1157þ þ8174783
c3c5e700fdaa4ba2475eb493bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST13750.javaþ þþ
þST13751þ þST13751þ þST13751þ þST13751þ þST13751þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/PanelCapturer.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þPanelCapturer.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ17439þ þfbde6682db680f0279572bd42fc9b117þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13751.javaþ þþ
þST13752þ þST13752þ þST13752þ þST13752þ þST13752þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitChangeAction.javaþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þInitChangeAction.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1889þ þ9291b7129bb5415efa77254d7163abedþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13752.javaþ þþ
þST13753þ þST13753þ þST13753þ þST13753þ þST13753þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitDayRangeAction.javaþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þInitDayRangeAction.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ1235þ þec7eaee28c54b7a3febef9fe796eec45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13753.javaþ þþ
þST13754þ þST13754þ þST13754þ þST13754þ þST13754þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitLastAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitLastAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1577þ þ6ae2c5f89e3a6b868bc5f02a4889b72aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13754.javaþ þþ

þST13755þ þST13755þ þST13755þ þST13755þ þST13755þ þST13755þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitLiqidityAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitLiqidityAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1719þ þe4a2e48b90694a995f5c6c1329e74e45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13755.javaþ þþ

þST13756þ þST13756þ þST13756þ þST13756þ þST13756þ þST13756þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitOpenAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitOpenAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1572þ þc8138738aaad04c2678bef369bd0ad51þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13756.javaþ þþ

þST13757þ þST13757þ þST13757þ þST13757þ þST13757þ þST13757þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitPriceMMAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitPriceMMAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1157þ þabb48074f633413c700bd7def7d45f26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13757.javaþ þþ

þST13758þ þST13758þ þST13758þ þST13758þ þST13758þ þST13758þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitPullbackAction.javaþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitPullbackAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ720þ þ8eed82cb93b6c4031de27e9149bbfc80þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13758.javaþ þþ

þST13759þ þST13759þ þST13759þ þST13759þ þST13759þ þST13759þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitReboundAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitReboundAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ741þ þ90cab0e9d1e979c9c10bfbc4a907cf29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13759.javaþ þþ

þST13760þ þST13760þ þST13760þ þST13760þ þST13760þ þST13760þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitSpread.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitSpread.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ918þ þ3820503d295a641ea8464c6232e5484aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13760.javaþ þþ

þST13761þ þST13761þ þST13761þ þST13761þ þST13761þ þST13761þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitSpreadAction.javaþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitSpreadAction.javaþ þ.JAVAþ þtext/x-

java-sourceþ þþ þ1898þ þdf82034d7eb68306058caa4125f1c048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13761.javaþ þþ þST13762þ þST13762þ þST13762þ þST13762þ þST13762þ þST13762þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/InitTickAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInitTickAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1835þ þa19bf0ac2ee2c3a624c31660fd59e901þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13762.javaþ þþ þST13763þ þST13763þ þST13763þ þST13763þ þST13763þ þST13763þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/panelinit/PanelInitiator.javaþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelInitiator.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1571þ þ70f6d138667078e89fef0b4817114ce1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13763.javaþ þþ þST13764þ þST13764þ þST13764þ þST13764þ þST13764þ þST13764þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/gui/PanelPopulator.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þPanelPopulator.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ22517þ þ 2a34c3b92761d3293c5c3a18f1deb078þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13764.javaþ þþ þST13765þ þST13765þ þST13765þ þST13765þ þST13765þ þST13765þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/MoveFilterC.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoveFilterC.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1763þ þ33d2e1bb8dd 2de79c2c0a27d5406bd06þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0002\ST13765.javaþ þþ þST13766þ þST13766þ þST13766þ þST13766þ þST13766þ þST13766þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/ResourceProvider.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResourceProvider.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ881þ þ1d 9b22998e86a1aec996dcdf52b00508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13766.javaþ þþ þST13767þ þST13767þ þST13767þ þST13767þ þST13767þ þST13767þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/streamer/DataCenterTF.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterTF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1923þ þ 377ecab3ae36c5a1dfe0e4808a6fa263þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13767.javaþ þþ þST13768þ þST13768þ þST13768þ þST13768þ þST13768þ þST13768þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/cfilter-1.0/src/cfilter/streamer/DataLoaderTF.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderTF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ675þ þ0 7f71595e4a07b29636d7f42987ed851þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT

RUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13768.javaþ þþ
þST13769þ þST13769þ þST13769þ þST13769þ þST13769þ þST13769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/streamer/StateHandlerTF.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerTF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ815
þ þ49f11e31b24272abbba6c885a315eef9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13769.javaþ þþ
þST13770þ þST13770þ þST13770þ þST13770þ þST13770þ þST13770þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/streamer/StreamHandlerTF.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9
80þ þ71a6b42fc38ed13aad58ed416daedf67þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13770.javaþ þþ
þST13771þ þST13771þ þST13771þ þST13771þ þST13771þ þST13771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/streamer/StreamTF.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þStreamTF.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1718þ þ3eefacd8b3ccde63beaacb75bff2fb1aþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13771.javaþ þþ
þST13772þ þST13772þ þST13772þ þST13772þ þST13772þ þST13772þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/cfilter-1.0/src/cfilter/streamer/TFAlert.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTFAlert.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1133þ þc981343ce5
fa8d1e4ba766a3ea9a68b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0002\ST13772.javaþ þþ
þST13773þ þST13773þ þST13773þ þST13773þ þST13773þ þST13773þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þal
l-wcpropsþ þ.TXTþ þtext/plainþ þþ þ388þ þ6910c3f1cca1e7e775f90060ad82c320þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13773.
txtþ þTEXT\0001\ST13773.txtþ
þST13774þ þST13774þ þST13776þ þST13774þ þST13776þ þST13774þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ03/24/2011þ þ00:
00:00þ þ2011-03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ678þ
þd926a05ca43179010261847f3d4a7e7fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13774.txtþ þTEXT\0001\ST13774.txtþ
þST13777þ þST13777þ þST13777þ þST13777þ þST13777þ þST13777þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/.svn/prop-base/chart.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;

ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;

ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;

ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart.jar.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13777.txtþ þTEXT\0001\ST13777.txtþ
þST13778þ þST13778þ þST13778þ þST13778þ þST13778þ þST13778þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST13781þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þbuild.xml.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ3789þ þc263f4c5b227108a04279729869d522cþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13778.x

mlþ þþ
þST13779þ þST13779þ þST13779þ þST13779þ þST13779þ þST13779þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/.svn/text-base/chart.jar.svn-baseþ þþ þþ þ0þ þ1þ þST13782þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þchart.jar.svn-
baseþ þ.JARþ þapplication/java-archiveþ þþ þ133626þ þd7e5a6e2431179966d15f0518c7f6529
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST13779.jarþ þþ
þST13780þ þST13780þ þST13780þ þST13780þ þST13780þ þST13780þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567; ST13783;
ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408;
ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860;
ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13780.txtþ þTEXT\0001\ST13780.txtþ
þST13781þ þST13781þ þST13781þ þST13781þ þST13781þ þST13781þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/build.xmlþ þþ þþ þ0þ þ1þ þST13778þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbu
ild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3789þ þc263f4c5b227108a04279729869d522cþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13781.xmlþ þþ
þST13782þ þST13782þ þST13782þ þST13782þ þST13782þ þST13782þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/chart.jarþ þþ þþ þ0þ þ1þ þST13779þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þch
art.jarþ þ.JARþ þapplication/java-archiveþ þþ þ133626þ þd7e5a6e2431179966d15f0518c7f6
529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0002\ST13782.jarþ þþ
þST13783þ þST13783þ þST13783þ þST13783þ þST13783þ þST13783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13907; ST13926; ST14262;
ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908;
ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13783.txtþ þTEXT\0001\ST13783.txtþ
þST13784þ þST13784þ þST13784þ þST13784þ þST13784þ þST13784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ587þ þ74199ba72e298674804959e0a82afaddþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST13784.txtþ þTEXT\0001\ST13784.txtþ
þST13785þ þST13785þ þST13787þ þST13785þ þST13787þ þST13785þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/24/2011þ þ00:00:00þ þ2011-03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ823þ þ9c2bc6fd3de28cbd1a2570d75878d134þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13785.txtþ þTEXT\0001\ST13785.txtþ þST13788þ þST13788þ þST13788þ þST13788þ þST13788þ þST13788þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST13793þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13788.xmlþ þþ þST13789þ þST13789þ þST13789þ þST13789þ þST13789þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST13794þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ475þ þf001dd101b2c62093106d08dce8b4a06þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13789.txtþ þTEXT\0001\ST13789.txtþ þST13790þ þST13790þ þST13791þ þST13790þ þST13791þ þST13790þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST13795þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3567þ þ0aafba1b0e2f86faf3b4d9b9594ebb0fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13790.txtþ þTEXT\0001\ST13790.txtþ þST13792þ þST13792þ þST13792þ þST13792þ þST13792þ þST13792þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST13796þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ513þ þf9d736cac8652bf709107831815d849fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13792.xmlþ þþ þST13793þ þST13793þ þST13793þ þST13793þ þST13793þ þST13793þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST13788þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48767þ þ4862f7ce19ab7bfd4dd07b146ec33975þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13793.xmlþ þþ þST13794þ þST13794þ þST13794þ þST13794þ þST13794þ þST13794þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST13789þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þf001dd101b2c62093106d08dce8b4a06þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13794.propertiesþ þþ
þST13795þ þST13795þ þST13795þ þST13795þ þST13795þ þST13795þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST13790þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ3567þ þ0aafba1b0e2f86faf3b4d9b9594ebb0fþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13795.propertiesþ þþ
þST13796þ þST13796þ þST13796þ þST13796þ þST13796þ þST13796þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST13792þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þ513þ þf9d736cac8652bf709107831815
d849fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0002\ST13796.xmlþ þþ
þST13797þ þST13797þ þST13797þ þST13797þ þST13797þ þST13797þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þ85þ þ17907431c17702901da5d1b85c0dcaa2þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST137
97.txtþ þTEXT\0001\ST13797.txtþ
þST13798þ þST13798þ þST13798þ þST13798þ þST13798þ þST13798þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/24/2011þ
þ00:00:00þ þ2011-03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
216þ þ24dbc4a3fd826a79052931377b013bfcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13798.txtþ þTEXT\0001\ST13798.txtþ
þST13799þ þST13799þ þST13799þ þST13799þ þST13799þ þST13799þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ91þ þdf5f0c285782b5778bca89365d2d22d5þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13799.txtþ þTEXT\0001\ST13799.txtþ
þST13800þ þST13800þ þST13800þ þST13800þ þST13800þ þST13800þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/24/
2011þ þ00:00:00þ þ2011-03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ231þ þf4b2b0023ad6f68487459bc205aca5ebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13800.txtþ þTEXT\0001\ST13800.txtþ
þST13801þ þST13801þ þST13801þ þST13801þ þST13801þ þST13801þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ1064þ þ35e535779ed47b3036ca851c1221
ad9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0002\ST13801.txtþ þTEXT\0001\ST13801.txtþ

þST13802þ þST13802þ þST13805þ þST13802þ þST13805þ þST13802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0
3/24/2011þ þ00:00:00þ þ2011-03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext
/plainþ þþ þ1320þ þ9c0a49531f8dce036e879941c1b89dbcþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13802.txtþ þTEXT\0001\ST1380
2.txtþ

þST13806þ þST13806þ þST13807þ þST13806þ þST13807þ þST13806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/ChartController.java.svn-baseþ þþ þþ þ0þ þ
1þ þST13820þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChartController.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ3798þ þ7536733a2919ce2952f22bd425400289þ þ2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13806.txtþ þTEXT\0001\ST13806.txtþ

þST13808þ þST13808þ þST13810þ þST13808þ þST13810þ þST13808þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/Historical.java.svn-baseþ þþ þþ þ0þ þ1þ þST
13821þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHistorical.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ5085þ þd430cefa7ccf0e461bb1905ffe8d3899þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13808.txtþ þTEXT\0001\ST13808.txtþ

þST13811þ þST13811þ þST13811þ þST13811þ þST13811þ þST13811þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/TM_AdvanceChartController.java.svn-baseþ
þþ þþ þ0þ þ1þ þST13822þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_AdvanceChartControlle
r.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ831þ þ9a0398b4a0bf06b9bd7a33bf5f7d1798þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST
13811.txtþ þTEXT\0001\ST13811.txtþ

þST13812þ þST13812þ þST13815þ þST13812þ þST13815þ þST13812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/TM_Controller.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13823þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Controller.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ6715þ þeec88379f17448250940bf8d1587282bþ þ4þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13812.txtþ þTEXT\0001\ST
13812.txtþ

þST13816þ þST13816þ þST13817þ þST13816þ þST13817þ þST13816þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/TM_L1Controller.java.svn-baseþ þþ þþ þ0þ þ
1þ þST13824þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_L1Controller.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ3039þ þ474e3632925a922c0d979595735d64c5þ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13816.txtþ þTEXT\0001\ST13816.txtþ

þST13818þ þST13818þ þST13818þ þST13818þ þST13818þ þST13818þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/TM_SimpleChartController.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST13825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_SimpleChartController.
java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ765þ þ61433d6e8de93d4ee0b12af0d2f1c4faþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13
818.txtþ þTEXT\0001\ST13818.txtþ
þST13819þ þST13819þ þST13819þ þST13819þ þST13819þ þST13819þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þST13826þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1032þ þ0fa5c77eede876f01dbca8a66fc840e4þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13819.txtþ
þTEXT\0001\ST13819.txtþ
þST13820þ þST13820þ þST13820þ þST13820þ þST13820þ þST13820þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/ChartController.javaþ þþ þþ þ0þ þ1þ þST13806þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þ ChartController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3798þ
þ7536733a2919ce2952f22bd425400289þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13820.javaþ þþ
þST13821þ þST13821þ þST13821þ þST13821þ þST13821þ þST13821þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/Historical.javaþ þþ þþ þ0þ þ1þ þST13808þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þHistorical.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5085þ þd430cefa7
ccf0e461bb1905ffe8d3899þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0002\ST13821.javaþ þþ
þST13822þ þST13822þ þST13822þ þST13822þ þST13822þ þST13822þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/TM_AdvanceChartController.javaþ þþ þþ þ0þ þ1þ þST13811þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_AdvanceChartController.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ831þ þ9a0398b4a0bf06b9bd7a33bf5f7d1798þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13822.javaþ þþ
þST13823þ þST13823þ þST13823þ þST13823þ þST13823þ þST13823þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/TM_Controller.javaþ þþ þþ þ0þ þ1þ þST13812þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTM_Controller.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ6715þ þeec88379f17448250940bf8d1587282bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13823.javaþ þþ
þST13824þ þST13824þ þST13824þ þST13824þ þST13824þ þST13824þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/core/TM_L1Controller.javaþ þþ þþ þ0þ þ1þ þST13816þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTM_L1Controller.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3039þ
þ474e3632925a922c0d979595735d64c5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13824.javaþ þþ
þST13825þ þST13825þ þST13825þ þST13825þ þST13825þ þST13825þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/core/TM_SimpleChartController.javaþ þþ þþ þ0þ þ1þ þST13818þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_SimpleChartController.javaþ þ.JAVAþ þtext/x-java -sourceþ þ765þ þ61433d6e8de93d4ee0b12af0d2f1c4faþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13825.javaþ þþ þST13826þ þST13826þ þST13826þ þST13826þ þST13826þ þST13826þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/core/Util.javaþ þþ þþ þ0þ þ1þ þST13819þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1032þ þ0fa5c77eede876f01dbca 8a66fc840e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ NATIVES\0002\ST13826.javaþ þþ þST13827þ þST13827þ þST13828þ þST13827þ þST13828þ þST13827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ1500þ þ7fb6b865c0d3a51501b4dd8e6ba5f07fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13827.t xtþ þTEXT\0001\ST13827.txtþ þST13829þ þST13829þ þST13835þ þST13829þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03 /22/2011þ þ00:00:00þ þ2011-03-22T00:00:00-04:00þ þ1300766400þ þentriesþ þ.TXTþ þtext/ plainþ þþ þ1902þ þ907bd1aacf5e4aea47779b886d78fd14þ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13829.txtþ þTEXT\0001\ST13829 .txtþ þST13836þ þST13836þ þST13837þ þST13836þ þST13837þ þST13836þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/.svn/text-base/AdvanceChart.java.svn-baseþ þþ þþ þ0þ þ1þ þS T13884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAdvanceChart.java.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ3048þ þ4caa9789335a218553c395f4b9442c5aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0002\ST13836.txtþ þTEXT\0001\ST13836.txtþ þST13838þ þST13838þ þST13839þ þST13838þ þST13839þ þST13838þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/.svn/text-base/Chart.java.svn-baseþ þþ þ0þ þ1þ þST13885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChart.java.svn- baseþ þ.TXTþ þtext/plainþ þþ þ3252þ þ29e339089b0eeeb9bf3b60ffe7d8a762þ þ2þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13838.txtþ þTEXT\0001\ST13838.txtþ þST13840þ þST13840þ þST13841þ þST13840þ þST13841þ þST13840þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/.svn/text-base/TM_Arrow.java.svn-baseþ þþ þ0þ þ1þ þST138 86þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Arrow.java.svn-baseþ þ.TXTþ þtext/plainþ

þþ þ1601þ þ790ac6310e6dbdca2088cf4cadf58268þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13840.txtþ þTEXT\0001\ST13840.txtþ
þST13842þ þST13842þ þST13854þ þST13842þ þST13854þ þST13842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_Chart.java.svn-baseþ þþ þþ þ0þ þ1þ þST138
87þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Chart.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ23887þ þde4502b516efa43ce52f7a43dded9865þ þ13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13842.txtþ þTEXT
\0001\ST13842.txtþ
þST13855þ þST13855þ þST13855þ þST13855þ þST13855þ þST13855þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_ChartPreset.java.svn-baseþ þþ þþ þ0þ þ1þ
þST13888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_ChartPreset.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ504þ þa67246e1acbd4618380c21c267f80e9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13855.txtþ þTEXT\0001\ST
13855.txtþ
þST13856þ þST13856þ þST13856þ þST13856þ þST13856þ þST13856þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_Icons.java.svn-baseþ þþ þþ þ0þ þ1þ þST138
89þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Icons.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ734þ þcbd6bb9c5f87ef6eab69e85f8c10f9f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13856.txtþ þTEXT\0001\ST13856.txtþ
þST13857þ þST13857þ þST13866þ þST13857þ þST13866þ þST13857þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_Level1.java.svn-baseþ þþ þþ þ0þ þ1þ þST13
890þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level1.java.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ16423þ þ75a52681913a188e7a20b5b0b7c666efþ þ10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13857.txtþ þTEXT\0001\ST13857.
txtþ
þST13867þ þST13867þ þST13878þ þST13867þ þST13878þ þST13867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_MenuBarUsingIcons.java.svn-baseþ þþ þþ þ
0þ þ1þ þST13891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_MenuBarUsingIcons.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ20898þ þ27e1b5a5ce69fd1f0e8fa2526bacdaeaþ þ12þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13867.tx
tþ þTEXT\0001\ST13867.txtþ
þST13879þ þST13879þ þST13879þ þST13879þ þST13879þ þST13879þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_Panel.java.svn-baseþ þþ þþ þ0þ þ1þ þST138
92þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Panel.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ1272þ þ241a0c7d82a77724d6c0691f95910728þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13879.txtþ þTEXT\0001\ST13879.txtþ
þST13880þ þST13880þ þST13882þ þST13880þ þST13882þ þST13880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_Settings.java.svn-baseþ þþ þþ þ0þ þ1þ þST
13893þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Settings.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ6891þ þd37b89d1065d72a98aab7418dddba3d3þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13880.txtþ þTEXT\0001\ST13880
.txtþ
þST13883þ þST13883þ þST13883þ þST13883þ þST13883þ þST13883þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/.svn/text-base/TM_ToolTips.java.svn-baseþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_ToolTips.java.svn-baseþ þ.HTMLþ þtext/htmlþ
þþ þ36884þ þe3203bd21ee2f0a4cb33d17a2ba1fb78þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13883.htmlþ þTEXT
\0001\ST13883.txtþ
þST13884þ þST13884þ þST13884þ þST13884þ þST13884þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/AdvanceChart.javaþ þþ þþ þ0þ þ1þ þST13836þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þAdvanceChart.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3048þ þ4caa97
89335a218553c395f4b9442c5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0002\ST13884.javaþ þþ
þST13885þ þST13885þ þST13885þ þST13885þ þST13885þ þST13885þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/Chart.javaþ þþ þþ þ0þ þ1þ þST13838þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þChart.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3252þ þ29e339089b0eeeb9bf3b
60ffe7d8a762þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0002\ST13885.javaþ þþ
þST13886þ þST13886þ þST13886þ þST13886þ þST13886þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/TM_Arrow.javaþ þþ þþ þ0þ þ1þ þST13840þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTM_Arrow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1601þ þ790ac6310e6dbd
ca2088cf4cadf58268þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0002\ST13886.javaþ þþ
þST13887þ þST13887þ þST13887þ þST13887þ þST13887þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/TM_Chart.javaþ þþ þþ þ0þ þ1þ þST13842þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTM_Chart.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ23887þ þde4502b516efa
43ce52f7a43dded9865þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0002\ST13887.javaþ þþ
þST13888þ þST13888þ þST13888þ þST13888þ þST13888þ þST13888þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/chart/src/chart/gui/TM_ChartPreset.javaþ þþ þþ þ0þ þ1þ þST13855þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTM_ChartPreset.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ504þ þa67246e1acbd4618380c21c267f80e9eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13888.javaþ þþ
þST13889þ þST13889þ þST13889þ þST13889þ þST13889þ þST13889þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/TM_Icons.javaþ þþ þþ þ0þ þ1þ þST13856þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Icons.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ734þ þcbd6bb9c5f87ef6 eab69e85f8c10f9f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0002\ST13889.javaþ þþ

þST13890þ þST13890þ þST13890þ þST13890þ þST13890þ þST13890þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/TM_Level1.javaþ þþ þþ þ0þ þ1þ þST13857þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level1.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ16423þ þ75a52681913a188e7a20b5b0b7c666efþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13890.javaþ þþ þST13891þ þST13891þ þST13891þ þST13891þ þST13891þ þST13891þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/TM_MenuBarUsingIcons.javaþ þþ þþ þ0þ þ1þ þST13867þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_MenuBarUsingIcons.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ20898þ þ27e1b5a5ce69fd1f0e8fa2526bacdaeaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13891.javaþ þþ

þST13892þ þST13892þ þST13892þ þST13892þ þST13892þ þST13892þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/TM_Panel.javaþ þþ þþ þ0þ þ1þ þST13879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Panel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1272þ þ241a0c7d82a777 24d6c0691f95910728þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0002\ST13892.javaþ þþ

þST13893þ þST13893þ þST13893þ þST13893þ þST13893þ þST13893þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/TM_Settings.javaþ þþ þþ þ0þ þ1þ þST13880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Settings.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6891þ þd37b89d1 065d72a98aab7418dddba3d3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0002\ST13893.javaþ þþ

þST13894þ þST13894þ þST13894þ þST13894þ þST13894þ þST13894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/chart/src/chart/gui/TM_ToolTips.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTM_ToolTips.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2273þ þ5f45654766d474f448fd785fda93c7e0þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13894.javaþ þþ þST13895þ þST13895þ þST13895þ þST13895þ þST13895þ þST13895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/ehcache/build/classes/.netbeans_automatic_buildþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þ.netbeans_automatic_buildþ þ.NETBEANS_AUTOMATIC_BUILDþ þappli cation/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13895.netbeans_auto matic_buildþ þþ

þST13896þ þST13896þ þST13896þ þST13896þ þST13896þ þST13896þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/build/classes/che/ICachable.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þICachable.classþ þ.CLASSþ þapplication/java-vmþ þþ þ216þ þ44e7c795af
761c5e945beb051d27b1fdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0002\ST13896.classþ þþ

þST13897þ þST13897þ þST13897þ þST13897þ þST13897þ þST13897þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/build/classes/che/ListCachable.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þListCachable.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1642þ þ985
89f79dae89189753f4802fd8ee58eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0002\ST13897.classþ þþ

þST13898þ þST13898þ þST13898þ þST13898þ þST13898þ þST13898þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/build/classes/ehcache/Main.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þMain.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3445þ þc99a33bcff4df56
6dc6f0a90a6dd38f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0002\ST13898.classþ þþ

þST13899þ þST13899þ þST13899þ þST13899þ þST13899þ þST13899þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/build/classes/ehcache/TestList.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTestList.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3618þ þa618aec
d961248e817779719dba0cd27þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0002\ST13899.classþ þþ

þST13900þ þST13900þ þST13900þ þST13900þ þST13900þ þST13900þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/build/classes/ehcache/TestList$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTestList
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ644þ þ21d5d418406ee60bac18b47d9b74dee9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\
ST13900.classþ þþ

þST13901þ þST13901þ þST13901þ þST13901þ þST13901þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.x
mlþ þ.XMLþ þapplication/xmlþ þþ þ3716þ þ6bd5dafc6d89b5b4ca79589e67abe53dþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13901.xml
þ þþ

þST13902þ þST13902þ þST13902þ þST13902þ þST13902þ þST13902þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/dist/ehcache.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
ehcache.jarþ þ.JARþ þapplication/java-archiveþ þþ þ10842þ þe4c4c9311b9409955d3d6b120f
7de25dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0002\ST13902.jarþ þþ

þST13903þ þST13903þ þST13903þ þST13903þ þST13903þ þST13903þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/dist/lib/ehcache-core-1.7.1.jarþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þehcache-core-1.7.1.jarþ þ.JARþ þapplication/java-archiveþ þþ þ270679þ
þab57f46a50ee5b7f12d491a3f8bf8d8eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13903.jarþ þþ
þST13904þ þST13904þ þST13904þ þST13904þ þST13904þ þST13904þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/dist/lib/slf4j-api-1.5.8.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þslf4j-
api-1.5.8.jarþ þ.JARþ þapplication/java-archiveþ þþ þ23445þ þa93b02424a468550a00b1046
f5fa1294þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0002\ST13904.jarþ þþ
þST13905þ þST13905þ þST13905þ þST13905þ þST13905þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/dist/lib/slf4j-jdk14-1.5.8.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þslf4j-jdk14-1.5.8.jarþ þ.JARþ þapplication/java-archiveþ þþ þ8817þ þa12
058ef487dcc52492adf8cfff450ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0002\ST13905.jarþ þþ
þST13906þ þST13906þ þST13906þ þST13906þ þST13906þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þR
EADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1446þ þc8374851973cd99cc3cbadff72aa40a2þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13906
.TXTþ þTEXT\0001\ST13906.txtþ
þST13907þ þST13907þ þST13907þ þST13907þ þST13907þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13926;
ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905;
ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693;
ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13907.txtþ þTEXT\0001\ST13907.txtþ
þST13908þ þST13908þ þST13908þ þST13908þ þST13908þ þST13908þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ37893þ þ05d1069df9d88ddbc8ee487
5bdbd2fbeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0002\ST13908.xmlþ þþ
þST13909þ þST13909þ þST13909þ þST13909þ þST13909þ þST13909þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ8f

984d6bf9931aed546db4419344d238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13909.propertiesþ þþ

þST13910þ þST13910þ þST13910þ þST13910þ þST13910þ þST13910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ
þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13910.propertiesþ þþ

þST13911þ þST13911þ þST13911þ þST13911þ þST13911þ þST13911þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST22907þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-properties
þ þþ þ337þ þcfe75f16e6288e95ed120f769fcf7977þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13911.propertiesþ þþ

þST13912þ þST13912þ þST13912þ þST13912þ þST13912þ þST13912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ623þ þ407f613e0e2fbb27c956224f
78a929c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0002\ST13912.xmlþ þþ

þST13913þ þST13913þ þST13913þ þST13913þ þST13913þ þST13913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ2061þ þcd3b9e601f83ac588c7b72344e759dd9þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13913.propertiesþ þþ
þST13914þ þST13914þ þST13914þ þST13914þ þST13914þ þST13914þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ515þ þdb770a17145bfdc7394759a9f2a804d8
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
2\ST13914.xmlþ þþ

þST13915þ þST13915þ þST13915þ þST13915þ þST13915þ þST13915þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/src/che/ICachable.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þICachable.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ262þ þfb686c2ec33b8be90a94227a
8e23df9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0002\ST13915.javaþ þþ

þST13916þ þST13916þ þST13916þ þST13916þ þST13916þ þST13916þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/src/che/ListCachable.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þListCachable.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ979þ þ384cae9f16a24dd36375454a17d36c7bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13916.javaþ þþ
þST13917þ þST13917þ þST13917þ þST13917þ þST13917þ þST13917þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/src/ehcache/Main.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þMain.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2895þ þ4391f0b12d930459369aac25cc294
568þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0002\ST13917.javaþ þþ
þST13918þ þST13918þ þST13918þ þST13918þ þST13918þ þST13918þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/ehcache/src/ehcache/TestList.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTestList.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3199þ þf4b703b8290031e824751c78a548b6a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13918.javaþ þþ
þST13919þ þST13919þ þST13919þ þST13919þ þST13919þ þST13919þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall
-wcpropsþ þ.TXTþ þtext/plainþ þþ þ381þ þ6e01e19e53500c2089b1226146cdff94þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13919.t
xtþ þTEXT\0001\ST13919.txtþ
þST13920þ þST13920þ þST13920þ þST13920þ þST13920þ þST13920þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST14964; ST16494;
ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099;
ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13920.txtþ þTEXT\0001\ST13920.txtþ
þST13921þ þST13921þ þST13922þ þST13921þ þST13922þ þST13921þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/08/2011þ þ00:0
0:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ674þ
þf3069c927a9d38b69d1b56df78e74a4cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13921.txtþ þTEXT\0001\ST13921.txtþ
þST13923þ þST13923þ þST13923þ þST13923þ þST13923þ þST13923þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/.svn/prop-base/gui2.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;

ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17116; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;

ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jar.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13923.txtþ þTEXT\0001\ST13923.txtþ
þST13924þ þST13924þ þST13924þ þST13924þ þST13924þ þST13924þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST14253þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3438þ þ29da8c96
166d720c98d8784f3af0fb16þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0002\ST13924.xmlþ þþ
þST13925þ þST13925þ þST13925þ þST13925þ þST13925þ þST13925þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/.svn/text-base/gui2.jar.svn-baseþ þþ þþ þ0þ þ1þ þST23401;
ST23679þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jar.svn-baseþ þ.JARþ þapplication

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checkcombobox/colored/CheckedComboBoxColored.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedComboBoxColored.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2109þ þd41982f27d38c341dd17dbae4b564e52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13932.classþ þþ
þST13933þ þST13933þ þST13933þ þST13933þ þST13933þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checkcombobox/colored/CheckedComboBoxColored$CheckBoxRenderer_.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedComboBoxColored$CheckBoxRenderer_.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2435þ þ269d42483e5f473b03fe80a80593457fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13933.classþ þþ
þST13934þ þST13934þ þST13934þ þST13934þ þST13934þ þST13934þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checklabel/CheckedGroupLabel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þCheckedGroupLabel.classþ þ.CLASSþ þapplication/java-vmþ þ799þ þ992a68cc4c6834bb7703637feea1d16bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13934.classþ þþ
þST13935þ þST13935þ þST13935þ þST13935þ þST13935þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checklabel/CheckedLabel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedLabel.classþ þ.CLASSþ þapplication/java-vmþ þ3045þ þ2cf89f67862852d2a9a989c3157db73eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13935.classþ þþ
þST13936þ þST13936þ þST13936þ þST13936þ þST13936þ þST13936þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checklabel/CheckedLabel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedLabel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1001þ þ69a26672c233c2c8cc6bb1ab27f80e5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13936.classþ þþ
þST13937þ þST13937þ þST13937þ þST13937þ þST13937þ þST13937þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checklabel/CheckedLabel$Listener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedLabel$Listener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ314þ þ9428f75f2837ca11c1225d3d3b450c07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13937.classþ þþ
þST13938þ þST13938þ þST13938þ þST13938þ þST13938þ þST13938þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/checklabel/Group.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGroup.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1887þ þ589bbe096b9fd80735f8271acb220a48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13938.classþ þþ
þST13939þ þST13939þ þST13939þ þST13939þ þST13939þ þST13939þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/collapsible/CollapsiblePanel.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsiblePanel.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ4662þ þ188241b3600807fe3721ce7921f44bccþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13939.classþ þþ
þST13940þ þST13940þ þST13940þ þST13940þ þST13940þ þST13940þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/collapsible/CollapsiblePanel$1.classþ þ
þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsiblePanel$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ854þ þ7abcbfd00643b6f9e7acd06e8b34d8b2þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13940.classþ þþ
þST13941þ þST13941þ þST13941þ þST13941þ þST13941þ þST13941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/collapsible/CollapsiblePanel$2.classþ þ
þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsiblePanel$2.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ775þ þ9f644043557087e1fecd3309d27e81afþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13941.classþ þþ
þST13942þ þST13942þ þST13942þ þST13942þ þST13942þ þST13942þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/collapsible/CollapsingLayout.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsingLayout.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ1695þ þ22b10d989cf29bf6879df143c4173925þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13942.classþ þþ
þST13943þ þST13943þ þST13943þ þST13943þ þST13943þ þST13943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/constants/MyGUIConstants.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyGUIConstants.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ5109þ þ81f0ca3576b7658e4bfd7d8662c82515þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13943.classþ þþ
þST13944þ þST13944þ þST13944þ þST13944þ þST13944þ þST13944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/custompanel/ShadowPanel.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShadowPanel.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ3785þ þ61d922fe4114fbb6cffb819c2726bc3cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13944.classþ þþ
þST13945þ þST13945þ þST13945þ þST13945þ þST13945þ þST13945þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/customscrollpane/CustomScollPane.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomScollPane.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ2634þ þcdb2891e417c481395775058b1b7a57dþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13945.classþ þþ

þST13946þ þST13946þ þST13946þ þST13946þ þST13946þ þST13946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/customsplitpane/CustomSplitPane.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomSplitPane.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ4613þ þ8812b8425a398f3c5fad48186bb9c8caþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13946.classþ þþ
þST13947þ þST13947þ þST13947þ þST13947þ þST13947þ þST13947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/customsplitpane/CustomSplitPane$1.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomSplitPane$1.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ834þ þ444e8901e308e0d096852bdae323a65bþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13947.classþ
þþ
þST13948þ þST13948þ þST13948þ þST13948þ þST13948þ þST13948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/customsplitpane/ICustomSplitPaneListene
r.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICustomSplitPaneListene
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ261þ þ2d1709e048951d71b2d032ef2f5bae71þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\S
T13948.classþ þþ
þST13949þ þST13949þ þST13949þ þST13949þ þST13949þ þST13949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/dayselector/DaySelector.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelector.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1744þ þ67558eab3221f0f8685e530da23778e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13949.classþ þþ
þST13950þ þST13950þ þST13950þ þST13950þ þST13950þ þST13950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/dayselector/DaySelector$1.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelector$1.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1150þ þc0c37d596c6ed6460459e0b66989d573þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13950.classþ þþ
þST13951þ þST13951þ þST13951þ þST13951þ þST13951þ þST13951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/dayselector/DaySelectorPopup.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelectorPopup.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ2488þ þ96df89cb06ca69d51e7d85bf700cb591þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13951.classþ þþ
þST13952þ þST13952þ þST13952þ þST13952þ þST13952þ þST13952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/dayselector/DaySelectorPopup$1.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelectorPopup$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1054þ þe0a3f8658c914c6500b074493ca2db69þ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13952.classþ þ þ

þST13953þ þST13953þ þST13953þ þST13953þ þST13953þ þST13953þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/dayselector/DaySelectorPopup$2.classþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelectorPopup$2.classþ þ.CLASS þ þapplication/java-vmþ þþ þ1057þ þ6325ef0afa77547ceea8f79026a667b8þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13953.classþ þ þ

þST13954þ þST13954þ þST13954þ þST13954þ þST13954þ þST13954þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/dayselector/IDaySelector.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDaySelector.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ355þ þ2a6b21557115d69c38e54d20eeeb5733þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13954.classþ þþ

þST13955þ þST13955þ þST13955þ þST13955þ þST13955þ þST13955þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/dayselector/IDaySelectorListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDaySelectorListener.classþ þ.C LASSþ þapplication/java-vmþ þþ þ217þ þ1c24d1124afbbece67fa60ca8a86eb9bþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13955.clas sþ þþ

þST13956þ þST13956þ þST13956þ þST13956þ þST13956þ þST13956þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/flashedpopupmessage/FlashedMessage.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedMessage.classþ þ.CLASS þ þapplication/java-vmþ þþ þ3926þ þ94433669bf29f66a7656882543003b25þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13956.classþ þ þ

þST13957þ þST13957þ þST13957þ þST13957þ þST13957þ þST13957þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/flashedpopupmessage/FlashedMessage$1.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedMessage$1.classþ þ.C LASSþ þapplication/java-vmþ þþ þ891þ þ85b7a0ce13c85325349fb616012a0cd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13957.clas sþ þþ

þST13958þ þST13958þ þST13958þ þST13958þ þST13958þ þST13958þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/flashedpopupmessage/FlashedMessage$2.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedMessage$2.classþ þ.C LASSþ þapplication/java-vmþ þþ þ822þ þdcfbef0918ced1972b5481045534a885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13958.clas sþ þþ

þST13959þ þST13959þ þST13959þ þST13959þ þST13959þ þST13959þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/flashedpopupmessage/FlashedPopupMessage .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedPopupMessage.clas sþ þ.CLASSþ þapplication/java-vmþ þ4370þ þb4cf21086383db2bcbbbdbea5381e673þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0002\ST13959.classþ þþ
þST13960þ þST13960þ þST13960þ þST13960þ þST13960þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/flashedpopupmessage/FlashedPopupMessage $1.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedPopupMessage$1. classþ þ.CLASSþ þapplication/java-vmþ þþ þ1056þ þ3250edf50c5abbd820a98dd8dcc4b19dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST 13960.classþ þþ
þST13961þ þST13961þ þST13961þ þST13961þ þST13961þ þST13961þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/flashedpopupmessage/FlashedPopupMessage $2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedPopupMessage$2. classþ þ.CLASSþ þapplication/java-vmþ þþ þ766þ þ6a4ffc703fb6053764bcbf9f06e237bfþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1 3961.classþ þþ
þST13962þ þST13962þ þST13962þ þST13962þ þST13962þ þST13962þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/icons/IconCircle.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconCircle.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1119þ þ99127b2ea2c50dec5c3bfa7b705ff1b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13962.classþ þþ
þST13963þ þST13963þ þST13963þ þST13963þ þST13963þ þST13963þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/icons/IconCircleSelected.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconCircleSelected.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ1203þ þ9c8579c48911e3db50305cb64bb4ff88þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13963.classþ þþ
þST13964þ þST13964þ þST13964þ þST13964þ þST13964þ þST13964þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/icons/IconSquare.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquare.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1693þ þca6c0543e46c9f37bf92709bec361d8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13964.classþ þþ
þST13965þ þST13965þ þST13965þ þST13965þ þST13965þ þST13965þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/icons/IconSquareDisabled.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquareDisabled.classþ þ.CLASSþ þapp lication/java-vmþ þ þ793þ þ2a71664e9e50a6a87fa5d8c04b34bebfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13965.classþ þþ
þST13966þ þST13966þ þST13966þ þST13966þ þST13966þ þST13966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/icons/IconSquareSelected.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquareSelected.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1183þ þ47e542dd272eef8da0ced1998c061d68þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13966.classþ þþ
þST13967þ þST13967þ þST13967þ þST13967þ þST13967þ þST13967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/icons/IconSquareSelectedDisabled.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquareSelectedDisabled.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ1436þ þ875118fab3f8d76a994b131167839f86þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0002\ST13967.classþ þþ
þST13968þ þST13968þ þST13968þ þST13968þ þST13968þ þST13968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/IGo.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGo.classþ þ.CLASSþ þapplication/java-vmþ þþ þ147þ þ47f6
56fed97e80bcbc4eec13e9468af0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0002\ST13968.classþ þþ
þST13969þ þST13969þ þST13969þ þST13969þ þST13969þ þST13969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInput.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInput.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1168þ þ2613f695487212bc514b10b6d313279eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13969.classþ þþ
þST13970þ þST13970þ þST13970þ þST13970þ þST13970þ þST13970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInputFloat.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputFloat.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ548þ þ83c42904fe6568887dc20033a4c89735þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13970.classþ þþ
þST13971þ þST13971þ þST13971þ þST13971þ þST13971þ þST13971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInputFloat$1.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputFloat$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1107þ þcfff8ef50bf4c8e0121df34d5c7eaa0þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13971.classþ þþ
þST13972þ þST13972þ þST13972þ þST13972þ þST13972þ þST13972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInputInteger.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputInteger.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ558þ þc74c42bf8362edfbcae2737c7ceacb6aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13972.classþ þþ
þST13973þ þST13973þ þST13973þ þST13973þ þST13973þ þST13973þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInputInteger$1.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputInteger$1.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ1111þ þ62cf262ac2d9b0a3f2e049193021b3b3þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13973.classþ þþ
þST13974þ þST13974þ þST13974þ þST13974þ þST13974þ þST13974þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInputTicker.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputTicker.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ553þ þe03bf5c55a55362f6b8cdde39cdc0a3bþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13974.classþ þþ
þST13975þ þST13975þ þST13975þ þST13975þ þST13975þ þST13975þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/input/KeyInputTicker$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputTicker$1.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1162þ þfbd8274866845b7707b34c9261cd53ccþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13975.classþ þþ
þST13976þ þST13976þ þST13976þ þST13976þ þST13976þ þST13976þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/EFMenu.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þEFMenu.classþ þ.CLASSþ þapplication/java-vmþ þþ
þ1635þ þ9897db8fe9fd23a19f9ce8bceb20d77bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13976.classþ þþ
þST13977þ þST13977þ þST13977þ þST13977þ þST13977þ þST13977þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/EFMenuItem.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMenuItem.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ2000þ þcabc7693e349bdb3fce837359179653fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13977.classþ þþ
þST13978þ þST13978þ þST13978þ þST13978þ þST13978þ þST13978þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/IMenuListener.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMenuListener.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ219þ þ81e4451ef579ac316287e00d5d75425cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13978.classþ þþ
þST13979þ þST13979þ þST13979þ þST13979þ þST13979þ þST13979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/LabelMenuPanel.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1049þ þa442b142f3959594612291ec05e16709þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13979.classþ þþ

þST13980þ þST13980þ þST13980þ þST13980þ þST13980þ þST13980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/LabelMenuPanel$1.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel$1.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1102þ þ8aab1bc3d1f684b5987e96ca157a1232þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13980.classþ þþ
þST13981þ þST13981þ þST13981þ þST13981þ þST13981þ þST13981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/LabelMenuPanel$2.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel$2.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ900þ þ4d7f65d390d5b3a4bf367e6d1cc12553þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13981.classþ þþ
þST13982þ þST13982þ þST13982þ þST13982þ þST13982þ þST13982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/LabelMenuPanel$3.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel$3.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1298þ þc4ba28ad5c9606ef93b5d744ed8a606cþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13982.classþ þþ
þST13983þ þST13983þ þST13983þ þST13983þ þST13983þ þST13983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/labelmenu/LabelMenuPanel$4.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel$4.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1214þ þ62110bccd6c1e7560d25b79dae64fbd8þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13983.classþ þþ
þST13984þ þST13984þ þST13984þ þST13984þ þST13984þ þST13984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/launchpad/ILaunchpad.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILaunchpad.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1228þ þ56474deadf188cddd1b418d42024f39aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13984.classþ þþ
þST13985þ þST13985þ þST13985þ þST13985þ þST13985þ þST13985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/layout/CustomFlowLayout.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomFlowLayout.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ3072þ þ00b191632701cd893b2a924712db517cþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13985.classþ þþ
þST13986þ þST13986þ þST13986þ þST13986þ þST13986þ þST13986þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/ColorEntry.classþ þþ þþ þ0þ þ1þ þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColorEntry.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ485þ þ76bf3ed2bea4a480cb6266e73ae649b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13986.classþ þþ
þST13987þ þST13987þ þST13987þ þST13987þ þST13987þ þST13987þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/ColorEntryCompare.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColorEntryCompare.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ754þ þd2163eee52f19b2443d7acbbcc27c4d6þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13987.classþ þþ
þST13988þ þST13988þ þST13988þ þST13988þ þST13988þ þST13988þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/CustomTheme.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTheme.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ15462þ þ5900d5ebfc1b2b3fa29514341290a934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13988.classþ þþ
þST13989þ þST13989þ þST13989þ þST13989þ þST13989þ þST13989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/DTElement.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDTElement.classþ þ.CLASSþ þapplication/java-vmþ þþ
 þ6315þ þ383d48ed85c765daa100418293ad1059þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13989.classþ þþ
þST13990þ þST13990þ þST13990þ þST13990þ þST13990þ þST13990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/DTPopupListener.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDTPopupListener.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1283þ þ66cb0a191426412421c131eb796d0102þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13990.classþ þþ
þST13991þ þST13991þ þST13991þ þST13991þ þST13991þ þST13991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/DynamicTheme.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDynamicTheme.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ10960þ þ6fc101110e98c2ad44c3744800f475aaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13991.classþ þþ
þST13992þ þST13992þ þST13992þ þST13992þ þST13992þ þST13992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/DynamicTheme$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDynamicTheme$1.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ1624þ þbcc42ed4fc7cd4233d1ac8d4e3b264b4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13992.classþ þþ
þST13993þ þST13993þ þST13993þ þST13993þ þST13993þ þST13993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/DynamicTheme$2.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDynamicTheme$2.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ713þ þec87f54a43f96cdcad51e09e4d46f1bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13993.classþ þþ
þST13994þ þST13994þ þST13994þ þST13994þ þST13994þ þST13994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MCTButtonUI.classþ þþ þþ þ0þ þ1þ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTButtonUI.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ4114þ þ5bc222b51ddb0b72fb6c15dad57ab9f9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13994.classþ þþ
þST13995þ þST13995þ þST13995þ þST13995þ þST13995þ þST13995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MCTComboBoxUI.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTComboBoxUI.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ2074þ þe20348de0e1ec82ab44e1f13fccf9077þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13995.classþ þþ
þST13996þ þST13996þ þST13996þ þST13996þ þST13996þ þST13996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MCTLookAndFeel.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTLookAndFeel.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ10267þ þ2055d959131e1348e943b7e988e47967þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13996.classþ þþ
þST13997þ þST13997þ þST13997þ þST13997þ þST13997þ þST13997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MCTLookAndFeel$1.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTLookAndFeel$1.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1637þ þ4b202fa20e68ff7572f20624eba7daa6þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13997.classþ þþ
þST13998þ þST13998þ þST13998þ þST13998þ þST13998þ þST13998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MCTTabbedPaneUI.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTTabbedPaneUI.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ5637þ þ71e514b51f5dd60ef3a7ac7e777ad3e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13998.classþ þþ
þST13999þ þST13999þ þST13999þ þST13999þ þST13999þ þST13999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MCTToggleButtonUI.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTToggleButtonUI.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ1827þ þf76ccca2d818bf6852a3def12c6270b0þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST13999.classþ þþ
þST14000þ þST14000þ þST14000þ þST14000þ þST14000þ þST14000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/look/MoodyBlueTheme.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoodyBlueTheme.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ1346þ þ1f1c30c157ff80fa49d41ae4e1108f0cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14000.classþ þþ
þST14001þ þST14001þ þST14001þ þST14001þ þST14001þ þST14001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/look/MutableColor.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMutableColor.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ4139þ þ41441f8f72259fcb8f6fe68a56b245e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14001.classþ þþ
þST14002þ þST14002þ þST14002þ þST14002þ þST14002þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/look/OvalBorder.classþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOvalBorder.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ2814þ þ2ed7748f2a64fd34fda316cff631ed6dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14002.classþ þþ
þST14003þ þST14003þ þST14003þ þST14003þ þST14003þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/look/SetBorderRunnable.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSetBorderRunnable.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ596þ þ88fd8237481df3008619af199f9e26d9þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14003.classþ þþ
þST14004þ þST14004þ þST14004þ þST14004þ þST14004þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/look/TestTheme.classþ þþ þþ þ0þ þ1þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTestTheme.classþ þ.CLASSþ þapplication/java-vmþ þþ
 þ747þ þ488b20b8dd6e1ee0b3a32d0284ed26e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14004.classþ þþ
þST14005þ þST14005þ þST14005þ þST14005þ þST14005þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/look/WhiteSatinTheme.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWhiteSatinTheme.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ1867þ þa27db32b739ed1cf28d2d23fc710156cþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14005.classþ þþ
þST14006þ þST14006þ þST14006þ þST14006þ þST14006þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/markets/IMarketChangeListener.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMarketChangeListener.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ262þ þ4c6e467732f5b682878d4e505cfcb90eþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14006.classþ
þþ
þST14007þ þST14007þ þST14007þ þST14007þ þST14007þ þST14007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/markets/MarketCheckBox.classþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBox.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ3161þ þc6cf40bf7b2f61a3f129753962c14f56þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14007.classþ þþ
þST14008þ þST14008þ þST14008þ þST14008þ þST14008þ þST14008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/markets/MarketCheckBox$1.classþ þþ þ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBox$1.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ899þ þ3b76a464a924ec91b86fbc9c7b8370bbþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14008.classþ þþ
þST14009þ þST14009þ þST14009þ þST14009þ þST14009þ þST14010þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/markets/MarketCheckBoxForm.classþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBoxForm.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ4498þ þb050b89fc984dae43407dcf3474a604bþ þþ þþ þþ þþ þþ þa
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14009.classþ þþ
þST14010þ þST14010þ þST14010þ þST14010þ þST14010þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/markets/MarketCheckBoxForm$1.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBoxForm$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ916þ þ33a70513c4012aea8dce6171f8ed4967þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14010.classþ þþ
þST14011þ þST14011þ þST14011þ þST14011þ þST14011þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng.classþ þ.CLASSþ þ
application/java-vmþ þþ þ6193þ þ6598abbfc1ad8e725d3025e07d7d0714þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14011.classþ þþ
þST14012þ þST14012þ þST14012þ þST14012þ þST14012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$1.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$1.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1319þ þ56c94e1bd572c711cd0c0e8b478204f4þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14012.class
þ þþ
þST14013þ þST14013þ þST14013þ þST14013þ þST14013þ þST14013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$2.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$2.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1328þ þe81f0d0ac3b3b2a46cbe30bec2c51469þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14013.class
þ þþ
þST14014þ þST14014þ þST14014þ þST14014þ þST14014þ þST14014þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$3.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$3.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1038þ þfbed86c1cf91fcea97f3f3fc065b588bþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14014.class
þ þþ
þST14015þ þST14015þ þST14015þ þST14015þ þST14015þ þST14015þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$4.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$4.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1071þ þdaa7e6c3b550f09eea1cc53cf81e9f9aþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14015.class
þ þþ

þST14016þ þST14016þ þST14016þ þST14016þ þST14016þ þST14016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$5.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$5.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1561þ þ9c5661beb308498417941fc497653cccþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14016.class
þ þþ

þST14017þ þST14017þ þST14017þ þST14017þ þST14017þ þST14017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$6.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$6.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1171þ þfa0256fd644f4acc516390a9b70dc5d7þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14017.class
þ þþ

þST14018þ þST14018þ þST14018þ þST14018þ þST14018þ þST14018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$7.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$7.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1171þ þb1a018eab18a078beee677e6446ee9c3þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14018.class
þ þþ

þST14019þ þST14019þ þST14019þ þST14019þ þST14019þ þST14019þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$8.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng$8.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1178þ þb6c3366b1babf57c2561694cf2cba844þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14019.class
þ þþ

þST14020þ þST14020þ þST14020þ þST14020þ þST14020þ þST14020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/DecoratedFrameMng$PopupList
ener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng
$PopupListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1497þ þb1b6a375ba289aeb58c51
a2ee765f417þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0002\ST14020.classþ þþ

þST14021þ þST14021þ þST14021þ þST14021þ þST14021þ þST14021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/help/HelpPanel.classþ þþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHelpPanel.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ5932þ þbf6b10ac4719a0e12cd922a88ab2b774þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14021.classþ þþ þST14022þ þST14022þ þST14022þ þST14022þ þST14022þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/help/HelpPanel$1.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHelpPanel$1.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ907þ þe52a9a15e9f3a01cea2e9c6630dd71f5þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14022.classþ þþ þST14023þ þST14023þ þST14023þ þST14023þ þST14023þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/help/HelpPanel$2.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHelpPanel$2.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ931þ þ4c4a0636858dac7e5e68d98e7bb28087þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14023.classþ þþ þST14024þ þST14024þ þST14024þ þST14024þ þST14024þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/help/IHelpPanelListener.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHelpPanelListener.classþ þ. CLASSþ þapplication/java-vmþ þþ þ238þ þ94f4c951fe91f166534584cbe1f0e928þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0002\ST14024.classþ þ ST14025þ þST14025þ þST14025þ þST14025þ þST14025þ þST14025þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IComponentHiddenShownListen er.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIComponentHiddenShownL istenerþ þ.CLASSþ þapplication/java-vmþ þþ þ227þ þ20353fb1b80ac09053d5566517534 72þb þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0002\ST14025.classþ þþ þ ST14026þ þST14026þ þST14026þ þST14026þ þST14026þ þST14026þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IDecoratedFrameMngSaveDefau ltActionEvent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDecoratedF rameMngSaveDefaultActionEvent.classþ þ.CLASSþ þapplication/java-vmþ þþ þ232þ þ1863d48 330ac879d20fb60802e8dafb3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0002\ST14026.classþ þþ þ ST14027þ þST14027þ þST14027þ þST14027þ þST14027þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IMenuListener.classþ þþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMenuListener.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ481þ þd60c219fae29ce16f6c1e417569f2c6aþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14027.classþ þþ þST14028þ þST14028þ þST14028þ þST14028þ þST14028þ þST14028þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IMultiViewerManager.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMultiViewerManager.classþ þ.CLASSþ þapplication/java-vmþ þþ þ208þ þ0e6134ec3ff173ca0431f69927ba5647þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14028.classþ þþ

þST14029þ þST14029þ þST14029þ þST14029þ þST14029þ þST14029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IPanelSelectMarket.classþ þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectMarket.classþ þ.CLASS þ þapplication/java-vmþ þþ þ447þ þf5a04dd939967c6ad991d893e6eb8c4eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14029.classþ þþ þST14030þ þST14030þ þST14030þ þST14030þ þST14030þ þST14030þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IPanelSelectNewsType.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectNewsType.classþ þ.C LASSþ þapplication/java-vmþ þþ þ263þ þa06577231184e86075b091416a29a47dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14030.clas sþ þþ

þST14031þ þST14031þ þST14031þ þST14031þ þST14031þ þST14031þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IPanelSelectPriceVolume.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectPriceVolume.clas sþ þ.CLASSþ þapplication/java-vmþ þþ þ696þ þ2688980e41ef6a362a8234aab62004bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14031 .classþ þþ

þST14032þ þST14032þ þST14032þ þST14032þ þST14032þ þST14032þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IPanelSelectWatchlistOnly.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectWatchlistOnly. classþ þ.CLASSþ þapplication/java-vmþ þþ þ320þ þ3920a88c5f52ae2b509535fc8d45ea6aþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST1 4032.classþ þþ

þST14033þ þST14033þ þST14033þ þST14033þ þST14033þ þST14033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ISettingShowable.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISettingShowable.classþ þ.CLASSþ þap plication/java-vmþ þþ þ195þ þede9e88ca1c1d9e3ef733eeb84542c1dþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14033.classþ þþ þST14034þ þST14034þ þST14034þ þST14034þ þST14034þ þST14034þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ITabbedPaneComponent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITabbedPaneComponent.classþ þ.C

LASSþ þapplication/java-vmþ þþ þ209þ þc0da9665bffb40a7d65dd1ba2ec3b356þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14034.classþ þþ

þST14035þ þST14035þ þST14035þ þST14035þ þST14035þ þST14035þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/IViewerPanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIViewerPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ260þ þa6e585ba16f9c72a8da6652fe5365cb0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14035.classþ þþ

þST14036þ þST14036þ þST14036þ þST14036þ þST14036þ þST14036þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/MouseDragAdapter.classþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3037þ þ1fd7e95322136711347ca1a1ffee39e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14036.classþ þþ þST14037þ þST14037þ þST14037þ þST14037þ þST14037þ þST14037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/MouseDragAdapter$1.classþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapter$1.classþ þ.CLASS þ þapplication/java-vmþ þþ þ987þ þ637ed569aac78e2a1f3a723fc6774be5þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14037.classþ þþ þST14038þ þST14038þ þST14038þ þST14038þ þST14038þ þST14038þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/MultiviewerComponentPanel.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerComponentPanel. classþ þ.CLASSþ þapplication/java-vmþ þþ þ2793þ þ775574251338bc2aa71406c73513c953þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST 14038.classþ þþ

þST14039þ þST14039þ þST14039þ þST14039þ þST14039þ þST14039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/MultiViewerController.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiViewerController.classþ þ .CLASSþ þapplication/java-vmþ þþ þ7048þ þd52c659faf04ba4dd98b9b2a1a7af851þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14039.cl assþ þþ

þST14040þ þST14040þ þST14040þ þST14040þ þST14040þ þST14040þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/MultiViewerController$1.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiViewerController$1.clas sþ þ.CLASSþ þapplication/java-vmþ þþ þ829þ þ53ad7bea1cd7e0b5a166f092dfcd159fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14040 .classþ þþ

þST14041þ þST14041þ þST14041þ þST14041þ þST14041þ þST14041þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/INonUniversePanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINonUniversePanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ306þ þ7a14d3d3f8ae6374e1e98618d2e5e38bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14041.classþ þþ

þST14042þ þST14042þ þST14042þ þST14042þ þST14042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12181þ þc401f69bbc3885c7af2ba8a44c9c7457þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14042.classþ þþ

þST14043þ þST14043þ þST14043þ þST14043þ þST14043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1104þ þ0f9438fe237c121dc26a5f11d75ac50aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14043.classþ þþ

þST14044þ þST14044þ þST14044þ þST14044þ þST14044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þc19a45ae0db0d9419768a5d597838125þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14044.classþ þþ

þST14045þ þST14045þ þST14045þ þST14045þ þST14045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þ19b1f675d82fd2980fe10b78dc113bd4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14045.classþ þþ

þST14046þ þST14046þ þST14046þ þST14046þ þST14046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þ513b81528938cfa671c23c842183db2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14046.classþ þþ

þST14047þ þST14047þ þST14047þ þST14047þ þST14047þ þST14047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePane

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/FilterInfoPanel.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterInfoPanel.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ581þ þd82b3e125fb208aecd3ecc0bd39eda31þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\ST14047.class
þ þþ

þST14048þ þST14048þ þST14048þ þST14048þ þST14048þ þST14048þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/ISurveyorPanelList
ener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISurveyorPanelListen
er.classþ þ.CLASSþ þapplication/java-vmþ þþ þ819þ þ8a4ea9b1b1438b8d65f3523cf3282b91þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0002\
ST14048.classþ þþ

þST14049þ þST14049þ þST14049þ þST14049þ þST14049þ þST14049þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/log/ILogPanelListe
ner.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILogPanelListener.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ205þ þ73aab607da280252a5acbf0182e0ce08þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14049.classþ þþ

þST14050þ þST14050þ þST14050þ þST14050þ þST14050þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/log/LogPanel.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ5720þ þ9d94aeec46f025335324740f689fe56aþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14050.classþ þþ
þST14051þ þST14051þ þST14051þ þST14051þ þST14051þ þST14051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/log/LogPanel$1.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$1.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ2573þ þb5857df62a7368dbe554512bf648db31þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14051.classþ þþ
þST14052þ þST14052þ þST14052þ þST14052þ þST14052þ þST14052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/log/LogPanel$2.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$2.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1013þ þ3afb017ecb71df487c9cff3d45476df8þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14052.classþ þþ
þST14053þ þST14053þ þST14053þ þST14053þ þST14053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/log/LogPanel$3.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel$3.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ917þ þd2622a566aa70e2de10e409d6ed69899þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14053.classþ þþ
þST14054þ þST14054þ þST14054þ þST14054þ þST14054þ þST14054þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/log/LogRowObj.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogRowObj.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ2471þ þfd1d5374e141ee71a33415f78a4ad34fþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14054.classþ þþ
þST14055þ þST14055þ þST14055þ þST14055þ þST14055þ þST14055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorFormValida
tor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorFormValidator
.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7126þ þ90deb61127ff3cbadcbc9a3616017082þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14055.classþ þþ
þST14056þ þST14056þ þST14056þ þST14056þ þST14056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ72886þ þ8f4ae20cde2da23f656e5649e8954ea1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14056.classþ þ
þ
þST14057þ þST14057þ þST14057þ þST14057þ þST14057þ þST14057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$1.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$1.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1065þ þ71e5be838cacee644f734f7d054ac28cþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14057.clas
sþ þþ
þST14058þ þST14058þ þST14058þ þST14058þ þST14058þ þST14058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$10.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ931þ þc32eaf15392971c0460f45ee5d25dac7þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14058.classþ þþ
þST14059þ þST14059þ þST14059þ þST14059þ þST14059þ þST14059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$11.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ4e60b5c8a931306322a01c6966386206þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14059.classþ þþ
þST14060þ þST14060þ þST14060þ þST14060þ þST14060þ þST14060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$12.c

lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ79e26d8ea7903189e9eb026923b1613aþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14060.classþ þþ
þST14061þ þST14061þ þST14061þ þST14061þ þST14061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$13.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ3d3bfa79476aa5d1a529232aad2c8493þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14061.classþ þþ
þST14062þ þST14062þ þST14062þ þST14062þ þST14062þ þST14062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$14.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þf8d4d67e6a179f965cd9af2bbc3ef3c1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14062.classþ þþ
þST14063þ þST14063þ þST14063þ þST14063þ þST14063þ þST14063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$15.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þff9a93c867a2cee58e74f0aaa5ae79b9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14063.classþ þþ
þST14064þ þST14064þ þST14064þ þST14064þ þST14064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$16.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ4d3e60188a20351ddd98e3c473f946aeþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14064.classþ þþ
þST14065þ þST14065þ þST14065þ þST14065þ þST14065þ þST14065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$17.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þa28974c2dbef01ab3dacee6a07fd4a7fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14065.classþ þþ
þST14066þ þST14066þ þST14066þ þST14066þ þST14066þ þST14066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$18.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ73fd2d287355c57e8f48de36463b0db8þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14066.classþ þþ

þST14067þ þST14067þ þST14067þ þST14067þ þST14067þ þST14067þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$19.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel $19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ792efb616eb4f38633459831f66ad09eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14067.classþ þþ

þST14068þ þST14068þ þST14068þ þST14068þ þST14068þ þST14068þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$2.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$2.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ928þ þe98ed669bc84e1b2eb54c18669ee38faþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14068.class þ þþ

þST14069þ þST14069þ þST14069þ þST14069þ þST14069þ þST14069þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$20.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel $20.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þc4acd84d87821da1908434eb565b5ccdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14069.classþ þþ

þST14070þ þST14070þ þST14070þ þST14070þ þST14070þ þST14070þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$21.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel $21.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ18d6d60e55c1df920856a949066e638eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14070.classþ þþ

þST14071þ þST14071þ þST14071þ þST14071þ þST14071þ þST14071þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$22.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel $22.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ7f53e97f93a28bc7da7ab6c41f8a3ea8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14071.classþ þþ

þST14072þ þST14072þ þST14072þ þST14072þ þST14072þ þST14072þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$23.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel $23.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ13877dfc91ffb36a530995a7c4c0de66þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14072.classþ þþ

þST14073þ þST14073þ þST14073þ þST14073þ þST14073þ þST14073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$24.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$24.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ5debc120d7ce547415e4b580c22e4987þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14073.classþ þþ
þST14074þ þST14074þ þST14074þ þST14074þ þST14074þ þST14074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$25.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$25.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þd290df980c1c07525df95cedacbdbc7dþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14074.classþ þþ
þST14075þ þST14075þ þST14075þ þST14075þ þST14075þ þST14075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$26.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$26.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ1b8514f1e1ee2f0b17e39a932a6a57f2þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14075.classþ þþ
þST14076þ þST14076þ þST14076þ þST14076þ þST14076þ þST14076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$27.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$27.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ9634cac5f05156c487f3b32a82661e97þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14076.classþ þþ
þST14077þ þST14077þ þST14077þ þST14077þ þST14077þ þST14077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$28.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$28.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þcfc4ac8f3f95d17fd7ebe4b53a076856þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14077.classþ þþ
þST14078þ þST14078þ þST14078þ þST14078þ þST14078þ þST14078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$29.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$29.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ4f9afbd79a69c40d6da3fa84ed2a1fb7þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14078.classþ þþ
þST14079þ þST14079þ þST14079þ þST14079þ þST14079þ þST14079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$3.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$3.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ959þ þe71f9d6e596ed9378315a41832a2e954þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14079.class
þ þþ
þST14080þ þST14080þ þST14080þ þST14080þ þST14080þ þST14080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$30.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$30.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ80f618a3bd44bc947f72244323dcf5c0þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14080.classþ þþ
þST14081þ þST14081þ þST14081þ þST14081þ þST14081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$31.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$31.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þe23fe1ae7e06bb60891c0700eacbbeefþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14081.classþ þþ
þST14082þ þST14082þ þST14082þ þST14082þ þST14082þ þST14082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$32.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$32.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ4951261312680e14eb81c7863d846067þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14082.classþ þþ
þST14083þ þST14083þ þST14083þ þST14083þ þST14083þ þST14083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$33.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$33.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ42ff1c97b583eff9afd09dde97c97c9dþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14083.classþ þþ
þST14084þ þST14084þ þST14084þ þST14084þ þST14084þ þST14084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$34.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$34.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ3e63757658fee837e20046a12032fa45þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14084.classþ þþ
þST14085þ þST14085þ þST14085þ þST14085þ þST14085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$35.c

lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$35.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þd894f61fe682ae1ff52296df418688ddþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14085.classþ þþ
þST14086þ þST14086þ þST14086þ þST14086þ þST14086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$36.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$36.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ0d1f8a11072b6e11c9e52f197f1f81a9þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14086.classþ þþ
þST14087þ þST14087þ þST14087þ þST14087þ þST14087þ þST14087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$37.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$37.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ270b378760cc350a1e3fdf66e6e87747þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14087.classþ þþ
þST14088þ þST14088þ þST14088þ þST14088þ þST14088þ þST14088þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$38.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel
$38.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ5462fea5cf7a9b9080dadc68999accc1þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14088.classþ þþ
þST14089þ þST14089þ þST14089þ þST14089þ þST14089þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$4.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$4.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ959þ þ711b0d8e579a77435fd703c2b427949dþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14089.class
þ þþ
þST14090þ þST14090þ þST14090þ þST14090þ þST14090þ þST14090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$5.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$5.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ959þ þe1e96c98e09ce4dd303a00e54425a8cfþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14090.class
þ þþ
þST14091þ þST14091þ þST14091þ þST14091þ þST14091þ þST14091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$6.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$6.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ928þ þd3138596e10b84b4daa6f4157d4785a3þ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14091.class þ þþ

þST14092þ þST14092þ þST14092þ þST14092þ þST14092þ þST14092þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$7.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þ7f3701796071a94943684d9f602f5637þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14092.class þ þþ

þST14093þ þST14093þ þST14093þ þST14093þ þST14093þ þST14093þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$8.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$8.class þ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þ53c6460870e1bfff91c4bc26b0a41720þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14093.class þ þþ

þST14094þ þST14094þ þST14094þ þST14094þ þST14094þ þST14094þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel$9.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þ59cd8fc860602f2783eef75a1bdbf109þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14094.class þ þþ

þST14095þ þST14095þ þST14095þ þST14095þ þST14095þ þST14095þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro.classþ þ.CLASSþ þapplication/java-vmþ þþ þ63583þ þ311c97e3d145db69d757f4769ebb38aeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14095.cl assþ þþ

þST14096þ þST14096þ þST14096þ þST14096þ þST14096þ þST14096þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$1.class þ þ.CLASSþ þapplication/java-vmþ þþ þ1086þ þfeeeab52f263599e67e3e8d74f79bed6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14096 .classþ þþ

þST14097þ þST14097þ þST14097þ þST14097þ þST14097þ þST14097þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1 0.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro $10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þe0f1dd323debf1c282f24c5b8d4b47e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14097.classþ þþ

þST14098þ þST14098þ þST14098þ þST14098þ þST14098þ þST14098þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ6e6bc4e6425748f86949da4efb735bc9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14098.classþ þþ
þST14099þ þST14099þ þST14099þ þST14099þ þST14099þ þST14099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ50cdc43e3fc05bc4e2b45bbc4d2a9bb5þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14099.classþ þþ
þST14100þ þST14100þ þST14100þ þST14100þ þST14100þ þST14100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þac9b4fc806d0886f540ff579aea43b62þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14100.classþ þþ
þST14101þ þST14101þ þST14101þ þST14101þ þST14101þ þST14101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þc4325ca416f90daf5369136eea618bb3þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14101.classþ þþ
þST14102þ þST14102þ þST14102þ þST14102þ þST14102þ þST14102þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ32b49cdba6a02dd02f57180306acf57dþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14102.classþ þþ
þST14103þ þST14103þ þST14103þ þST14103þ þST14103þ þST14103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ9102d2cb7a894da9c554c862ae4ae376þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14103þ þþ
þST14104þ þST14104þ þST14104þ þST14104þ þST14104þ þST14104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ1368b02492a7370403a71217e0dcb12bþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14104.classþ þþ
þST14105þ þST14105þ þST14105þ þST14105þ þST14105þ þST14105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ1cbc295ca675e17a2ec507642ea2f4b6þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14105.classþ þþ
þST14106þ þST14106þ þST14106þ þST14106þ þST14106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$1
9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ3eed6e906a116875473597fe3e584dedþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14106.classþ þþ
þST14107þ þST14107þ þST14107þ þST14107þ þST14107þ þST14107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$2.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þ8bf6d47766276058575bb8d21dfd2451þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14107.
classþ þþ
þST14108þ þST14108þ þST14108þ þST14108þ þST14108þ þST14108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
0.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$20.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ0f49e30f5286c4576a5360bcf3c823a0þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14108.classþ þþ
þST14109þ þST14109þ þST14109þ þST14109þ þST14109þ þST14109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$21.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ86be0fc1224fba30de19d22a0a61d8d6þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14109.classþ þþ
þST14110þ þST14110þ þST14110þ þST14110þ þST14110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2

2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$22.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ84eb89f0b77af21963784e61745c15caþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14110.classþ þþ
þST14111þ þST14111þ þST14111þ þST14111þ þST14111 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$23.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ568a1cf4c413b1a2e67e52694e4ca251þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14111.classþ þþ
þST14112þ þST14112þ þST14112þ þST14112þ þST14112 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$24.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þec6e702974c1891e1d61a49d24dbcfdaþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14112.classþ þþ
þST14113þ þST14113þ þST14113þ þST14113þ þST14113 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$25.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ46f60aaae487236669ac5fc685f0ff4dþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14113.classþ þþ
þST14114þ þST14114þ þST14114þ þST14114þ þST14114 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$26.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ00b66084cec26b7fe9ce58ce887f17abþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14114.classþ þþ
þST14115þ þST14115þ þST14115þ þST14115þ þST14115þ þST14115 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$27.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þ102000c06debbcbc11df5a084923bcd6þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14115.classþ þþ
þST14116þ þST14116þ þST14116þ þST14116þ þST14116þ þST14116 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$2
8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro
$28.classþ þ.CLASSþ þapplication/java-vmþ þþ þ983þ þb44a9704aa54d514da624d2d0ee6d691þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14116.classþ þþ

þST14117þ þST14117þ þST14117þ þST14117þ þST14117þ þST14117þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$3 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$3.class þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þ3f464be630a11665edaa6b95dcba768bþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14117. classþ þþ

þST14118þ þST14118þ þST14118þ þST14118þ þST14118þ þST14118þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$4 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$4.class þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þba00ca7ddd36c0f0381a4bc34cdc299cþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14118. classþ þþ

þST14119þ þST14119þ þST14119þ þST14119þ þST14119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$5 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$5.class þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þ34d0114d77576f3f37f87b1ed8845b05þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14119. classþ þþ

þST14120þ þST14120þ þST14120þ þST14120þ þST14120þ þST14120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$6 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$6.class þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þ400724b46dbb332a1a461d99a76ef112þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14120. classþ þþ

þST14121þ þST14121þ þST14121þ þST14121þ þST14121þ þST14121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$7 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$7.class þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þa11656061deb28f8e8ab11962be77a6eþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14121. classþ þþ

þST14122þ þST14122þ þST14122þ þST14122þ þST14122þ þST14122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$8 .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$8.class þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þf6cc678bb5194145072d69d4b402faddþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14122. classþ þþ

þST14123þ þST14123þ þST14123þ þST14123þ þST14123þ þST14123þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro$9
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro$9.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ980þ þc5237b4fd2cfa7f1a2340c0cde3e2f88þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14123.
classþ þþ
þST14124þ þST14124þ þST14124þ þST14124þ þST14124þ þST14124þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/Topic.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopic.classþ þ.CLASSþ þapplication/java-vmþ þþ
þ1838þ þ4a461db3415fd435a9428be51b9c18afþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14124.classþ þþ
þST14125þ þST14125þ þST14125þ þST14125þ þST14125þ þST14125þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame.cl
assþ þ.CLASSþ þapplication/java-vmþ þþ þ11311þ þe75a59f7302c1d1f5f10305a624bd722þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
4125.classþ þþ
þST14126þ þST14126þ þST14126þ þST14126þ þST14126þ þST14126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame$
1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ960þ þ907a7e053f93ef378761e5c68a390d75þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14126.classþ þþ
þST14127þ þST14127þ þST14127þ þST14127þ þST14127þ þST14127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame$
2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1029þ þc7028ce96dfd646f61ae0f5205d795c9þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14127.classþ þþ
þST14128þ þST14128þ þST14128þ þST14128þ þST14128þ þST14128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame$
3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ985þ þ335e0cd172ca9b3bd4382f833bdd1f81þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14128.classþ þþ
þST14129þ þST14129þ þST14129þ þST14129þ þST14129þ þST14129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame$
4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1029þ þ624abaedbed5d41d0157ea4625887d02þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14129.classþ þþ

þST14130þ þST14130þ þST14130þ þST14130þ þST14130þ þST14130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame$
5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ992þ þ27d6f10853a76a3cee2ded6ddfafdca2þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14130.classþ þþ

þST14131þ þST14131þ þST14131þ þST14131þ þST14131þ þST14131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame$
6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ985þ þ68ffe64ee006f41c193474298cb79f34þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14131.classþ þþ

þST14132þ þST14132þ þST14132þ þST14132þ þST14132þ þST14132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/udv/IExpressionBuilderFrame
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIExpressionBuilderFrame.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ321þ þ44ee75fa152e3ebaf9110a751c3beb89þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
4132.classþ þþ

þST14133þ þST14133þ þST14133þ þST14133þ þST14133þ þST14133þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ17130þ þ594c0aeedfbfec52869c8639956db737þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14133.classþ þþ
þST14134þ þST14134þ þST14134þ þST14134þ þST14134þ þST14134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$1.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$1.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1093þ þ22d7a0fe1aff0150842cdec08e377c34þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14134.classþ þþ
þST14135þ þST14135þ þST14135þ þST14135þ þST14135þ þST14135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$10.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$10.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ894þ þff24ca453259023b3eaeeba8404c0135þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14135.classþ þþ

þST14136þ þST14136þ þST14136þ þST14136þ þST14136þ þST14136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$2.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$2.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1093þ þ8063c64071aa60bff266fe72a26eb577þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14136.classþ þþ
þST14137þ þST14137þ þST14137þ þST14137þ þST14137þ þST14137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$3.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$3.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1093þ þeabb19d07519c88420bf99e22a9c7d48þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14137.classþ þþ
þST14138þ þST14138þ þST14138þ þST14138þ þST14138þ þST14138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$4.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$4.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1095þ þ62c2e4395d23804c5151de527c326b1dþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14138.classþ þþ
þST14139þ þST14139þ þST14139þ þST14139þ þST14139þ þST14139þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$5.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$5.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ892þ þ38a93ae3398b1381a5095c6059f409bcþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14139.classþ þþ
þST14140þ þST14140þ þST14140þ þST14140þ þST14140þ þST14140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$6.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$6.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ892þ þ7970572d45a65a553f78af4fb263dd06þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14140.classþ þþ
þST14141þ þST14141þ þST14141þ þST14141þ þST14141þ þST14141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$7.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$7.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ892þ þ07fc0bbca9465278533cfd5ddffe6440þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14141.classþ þþ
þST14142þ þST14142þ þST14142þ þST14142þ þST14142þ þST14142þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$8.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$8.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ892þ þ897158c5abc95858f3c0b060c620389fþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14142.classþ þþ
þST14143þ þST14143þ þST14143þ þST14143þ þST14143þ þST14143þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/multiviewer/ViewerPanel$9.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel$9.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ892þ þ750d5f5f2cc008beac1de30028b1641cþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14143.classþ þþ
þST14144þ þST14144þ þST14144þ þST14144þ þST14144þ þST14144þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/newfeat/NewFeaturesFrame.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ4083þ þ069828913ed939904c5f41ce836ba811þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14144.classþ þþ
þST14145þ þST14145þ þST14145þ þST14145þ þST14145þ þST14145þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/newfeat/NewFeaturesFrame$1.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame$1.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ871þ þd1a74811482c65b219b4695fbc9b674dþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14145.classþ þþ
þST14146þ þST14146þ þST14146þ þST14146þ þST14146þ þST14146þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/newfeat/NewFeaturesFrame$2.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame$2.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ871þ þ7672f97df3e4ce9f7ac4f956455c17beþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14146.classþ þþ
þST14147þ þST14147þ þST14147þ þST14147þ þST14147þ þST14147þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/newfeat/NewFeaturesFrame$3.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame$3.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ871þ þdc3ae7d75cc59be38ff416ecbb74987dþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14147.classþ þþ
þST14148þ þST14148þ þST14148þ þST14148þ þST14148þ þST14148þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/newfeat/NewFeaturesFrame$4.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame$4.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ618þ þ1afba6bbd9d2e34a72e911f1be27811eþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14148.classþ þþ
þST14149þ þST14149þ þST14149þ þST14149þ þST14149þ þST14149þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/newfeat/NewFeaturesFrame$5.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame$5.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ922þ þd041211ada40b42174bc1ff08ae0fa61þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14149.classþ þþ
þST14150þ þST14150þ þST14150þ þST14150þ þST14150þ þST14150þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/popupmenu/IPopupMenuListener.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPopupMenuListener.classþ þ.CLASSþ þ
application/java-vmþ þþ þ206þ þ43cfcc3743306ee2537436c994b01041þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14150.classþ þþ
þST14151þ þST14151þ þST14151þ þST14151þ þST14151þ þST14151 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/popupmenu/PopupMenu.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenu.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1064þ þca30896c459a9e271d9a75845fb725baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14151.classþ þþ
þST14152þ þST14152þ þST14152þ þST14152þ þST14152þ þST14152 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/popupmenu/PopupMenu$1.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenu$1.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1080þ þ8e63fa76c1a46cd8fdacd16e1051b405þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14152.classþ þþ
þST14153þ þST14153þ þST14153þ þST14153þ þST14153þ þST14153 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reports/EndOfMarketsReportPanel.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEndOfMarketsReportPanel.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ8818þ þ4975c6087197394065f2f5988e3dc3f4þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14153.cl
assþ þþ
þST14154þ þST14154þ þST14154þ þST14154þ þST14154þ þST14154 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/BusyFrame.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyFrame.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ3966þ þfbd8c7861644b87f945703515d52395eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14154.classþ þþ
þST14155þ þST14155þ þST14155þ þST14155þ þST14155þ þST14155 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/BusyFrame$1.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyFrame
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ813þ þ6c0aecf6018ab40a59da9bae15c4bdf9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14155.classþ þþ
þST14156þ þST14156þ þST14156þ þST14156þ þST14156 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/BusyFrame$2.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyFrame
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ766þ þf8eafff21bf7b461ad02222fadc8e2b7þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14156.classþ þþ

þST14157þ þST14157þ þST14157þ þST14157þ þST14157þ þST14157þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ8590þ þ7fae1ef23cc454cae88077ac8dad9b8eþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14157.classþ þþ
þST14158þ þST14158þ þST14158þ þST14158þ þST14158þ þST14158þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel$1.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ941þ þ6a706692c3ed65499a54fad93514731aþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14158.classþ þþ
þST14159þ þST14159þ þST14159þ þST14159þ þST14159þ þST14159þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel$2.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel$2.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ941þ þ2d1c313a8bbcf1b4a0cdd6a42d973b3bþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14159.classþ þþ
þST14160þ þST14160þ þST14160þ þST14160þ þST14160þ þST14160þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel$3.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel$3.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ906þ þ612bae7a64b2f94d69d4151eca23d123þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14160.classþ þþ
þST14161þ þST14161þ þST14161þ þST14161þ þST14161þ þST14161þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel$4.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel$4.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1112þ þ430f09f9508db9cc833f231f8261cb99þ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14161.classþ þ
þ
þST14162þ þST14162þ þST14162þ þST14162þ þST14162þ þST14162þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel$5.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel$5.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ953þ þ18ec5b324ffbc1fe6727de77e9a48cfbþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14162.classþ þþ
þST14163þ þST14163þ þST14163þ þST14163þ þST14163þ þST14163þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel$6.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel$6.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1159þ þ725fb2108c0459c392a50c6a7d395e2eþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14163.classþ þ

þ
þST14164þ þST14164þ þST14164þ þST14164þ þST14164þ þST14164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/checkboxpln/ICbPnlListener.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þICbPnlListener.classþ þ.CLASSþ þ
application/java-vmþ þþ þ165þ þ16620cb4ed53c97f1cb3e2a1f19410c6þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14164.classþ þþ
þST14165þ þST14165þ þST14165þ þST14165þ þST14165þ þST14165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/DateDisplayLabel.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þDateDisplayLabel.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ450þ þ2179dae5c490cf4929bca06c1185f1b6þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14165.classþ þþ
þST14166þ þST14166þ þST14166þ þST14166þ þST14166þ þST14166þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/ExportDataToFile.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þExportDataToFile.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ3572þ þa53e9a95251061ba7810562f947beb7dþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14166.classþ þþ
þST14167þ þST14167þ þST14167þ þST14167þ þST14167þ þST14167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/ExportDataToFile$DataFileFilter.c
lassþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportDataToFile
$DataFileFilter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1072þ þ29030bf5e8ef2d920ef1
d7d384314f91þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0003\ST14167.classþ þþ
þST14168þ þST14168þ þST14168þ þST14168þ þST14168þ þST14168þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/GradientPanel.classþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGradientPanel.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ1364þ þa98f8472ed57c4f55ab72c0424b0314cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14168.classþ þþ
þST14169þ þST14169þ þST14169þ þST14169þ þST14169þ þST14169þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/IFrameDetach.classþ þþ þþ þ0þ þ1þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrameDetach.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ168þ þ90929be5826cae9a78b1024a5ad90f60þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14169.classþ þþ
þST14170þ þST14170þ þST14170þ þST14170þ þST14170þ þST14170þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/ITableFilter.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITableFilter.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ155þ þ6ad9125244e2dbdab5f85ca4e4e47b53þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14170.classþ þþ
þST14171þ þST14171þ þST14171þ þST14171þ þST14171þ þST14171þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/KeyComboBox.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyComboBox.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ2743þ þ025ff5dedefdf7f34739ddb9649b38b7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14171.classþ þþ
þST14172þ þST14172þ þST14172þ þST14172þ þST14172þ þST14172þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/KeyComboBox$CBItem.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyComboBox$CBItem.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ764þ þe7cd2868f8a9b9b955de1049ab8b9f0aþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14172.classþ þþ
þST14173þ þST14173þ þST14173þ þST14173þ þST14173þ þST14173þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/MarketNameDialog.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNameDialog.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1181þ þ6d38df68a31e724777baf29cd440a9f3þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14173.classþ þþ
þST14174þ þST14174þ þST14174þ þST14174þ þST14174þ þST14174þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/MultiLineLabelUI.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þMultiLineLabelUI.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ7295þ þ9a16f259ccdb5df2319ed7849b6055b0þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14174.classþ þþ
þST14175þ þST14175þ þST14175þ þST14175þ þST14175þ þST14175þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/SettingsButton.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsButton.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1009þ þd338895672ead685501b3fd9f6b293c1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14175.classþ þþ
þST14176þ þST14176þ þST14176þ þST14176þ þST14176þ þST14176þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/SettingsButton$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsButton$1.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ945þ þ60ebf182c55ca464abd68e41056c0617þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14176.classþ þþ
þST14177þ þST14177þ þST14177þ þST14177þ þST14177þ þST14177þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/ShowableSettings.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þShowableSettings.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ168þ þ07a8ef52df2574585f0976b977f1bd21þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14177.classþ þþ

þST14178þ þST14178þ þST14178þ þST14178þ þST14178þ þST14178þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel.classþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ20179þ þe17eaed744eb55cb6c683a493fdcb938þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14178.classþ þþ
þST14179þ þST14179þ þST14179þ þST14179þ þST14179þ þST14179þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$1.classþ þþ þþ þ0
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$1.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ962þ þ1f91e002d4b98b8e77c1d65779a0ee0dþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14179.classþ þþ
þST14180þ þST14180þ þST14180þ þST14180þ þST14180þ þST14180þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$10.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$10.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ893þ þ50ea238df4367ed4ff47569fc9e0e702þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14180.classþ þþ
þST14181þ þST14181þ þST14181þ þST14181þ þST14181þ þST14181þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$2.classþ þþ þþ þ0
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$2.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ962þ þ6b20d1c31a2f290d7cfa4fd1d449d923þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14181.classþ þþ
þST14182þ þST14182þ þST14182þ þST14182þ þST14182þ þST14182þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$3.classþ þþ þþ þ0
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$3.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ962þ þ7954aacd873ca36a3a1eb2779b5bfaf0þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14182.classþ þþ
þST14183þ þST14183þ þST14183þ þST14183þ þST14183þ þST14183þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$4.classþ þþ þþ þ0
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$4.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ962þ þbae51e06fd4d42d9440e92fdcc763775þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14183.classþ þþ
þST14184þ þST14184þ þST14184þ þST14184þ þST14184þ þST14184þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$5.classþ þþ þþ þ0
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$5.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ962þ þ6d1c8c7044b0ab98a4472dfc1d75ad0bþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14184.classþ þþ
þST14185þ þST14185þ þST14185þ þST14185þ þST14185þ þST14185þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$6.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$6.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ964þ þ35550b38b2fefc4742bcb4e676887403þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14185.classþ þþ
þST14186þ þST14186þ þST14186þ þST14186þ þST14186þ þST14186þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$7.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$7.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ964þ þ3230cdb5473fa852dbbe10129eadeea1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14186.classþ þþ
þST14187þ þST14187þ þST14187þ þST14187þ þST14187þ þST14187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$8.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$8.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ964þ þ311ce2eb3b604edd003b8e6f3999d5ebþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14187.classþ þþ
þST14188þ þST14188þ þST14188þ þST14188þ þST14188þ þST14188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel$9.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel$9.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ891þ þ5846195d7ceea7458840b06f47d47b3fþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14188.classþ þþ
þST14189þ þST14189þ þST14189þ þST14189þ þST14189þ þST14189þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ13926þ þ6e445d1b2df2f423dd8f787c2dc3fc9fþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14189.classþ þþ
þST14190þ þST14190þ þST14190þ þST14190þ þST14190þ þST14190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$1.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$1.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ969þ þ5027dc3338d8d6bee64b32002cd798aafþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14190.classþ þþ
þST14191þ þST14191þ þST14191þ þST14191þ þST14191þ þST14191þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$2.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$2.classþ þ.CLASSþ þpa
pplication/java-vmþ þþ þ969þ þa4e73a9ffea7c79fab63c3dc247c9c56þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14191.classþ þþ
þST14192þ þST14192þ þST14192þ þST14192þ þST14192þ þST14192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$3.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$3.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ969þ þ7a708d24e905c6376b06e71ba76eeb17þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14192.classþ þþ
þST14193þ þST14193þ þST14193þ þST14193þ þST14193þ þST14193þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$4.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$4.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ969þ þa380ef25d8829b0d3d7b151a72319627þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14193.classþ þþ
þST14194þ þST14194þ þST14194þ þST14194þ þST14194þ þST14194þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$5.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$5.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ969þ þ830b240ed2f2cdbcbfd1307a4dbcea59þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14194.classþ þþ
þST14195þ þST14195þ þST14195þ þST14195þ þST14195þ þST14195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$6.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$6.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ971þ þa5c243e624d0d89b47cf0b56db0690b8þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14195.classþ þþ
þST14196þ þST14196þ þST14196þ þST14196þ þST14196þ þST14196þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$7.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$7.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ971þ þ6e4ba49346db46c142406648358c11aaþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14196.classþ þþ
þST14197þ þST14197þ þST14197þ þST14197þ þST14197þ þST14197þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$8.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$8.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ971þ þ4a96c2c9391d87f64d7042f6872a9d18þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14197.classþ þþ
þST14198þ þST14198þ þST14198þ þST14198þ þST14198þ þST14198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanel2$9.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2$9.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ898þ þ1e7a458d5e98838c9e1b309a513e6389þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14198.classþ þþ
þST14199þ þST14199þ þST14199þ þST14199þ þST14199þ þST14199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/reuse/TableFilterPanelValidator.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanelValidator.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ4426þ þb7b2470dbf215d1fec30e425680e6dc1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14199
.classþ þþ
þST14200þ þST14200þ þST14200þ þST14200þ þST14200þ þST14200þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TextHighlighter.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextHighlighter.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ2130þ þfa8d0c3f3c0bc9a02f9808f0ecea3848þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14200.classþ þþ
þST14201þ þST14201þ þST14201þ þST14201þ þST14201þ þST14201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TextHighlighter$1.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextHighlighter$1.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ1098þ þ62cc8ff2787b7cf22e6d7fe149946ed0þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14201.classþ þþ
þST14202þ þST14202þ þST14202þ þST14202þ þST14202þ þST14202þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/TextTransfer.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextTransfer.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ2558þ þa6fb7f538b355aaebf37ad66b783a313þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14202.classþ þþ
þST14203þ þST14203þ þST14203þ þST14203þ þST14203þ þST14203þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/UnderlineHighlighter.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUnderlineHighlighter.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ1539þ þ985d0428bd2252dd1db4876a432cca81þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14203.classþ þþ
þST14204þ þST14204þ þST14204þ þST14204þ þST14204þ þST14204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/UnderlineHighlighter$UnderlineHig
hlightPainter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUnderlineHi
ghlighter$UnderlineHighlightPainter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2754þ þ
b82226f206dabcd1bd2254ba2cb31ca3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14204.classþ þþ
þST14205þ þST14205þ þST14205þ þST14205þ þST14205þ þST14205þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/reuse/WordSearcher.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWordSearcher.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ2757þ þ53944b8096185d66a1e626523fe8f45bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14205.classþ þþ
þST14206þ þST14206þ þST14206þ þST14206þ þST14206þ þST14206þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ15860þ þ7ae17dad03a7f513bb33adefb05886e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14206.classþ þþ
þST14207þ þST14207þ þST14207þ þST14207þ þST14207þ þST14207þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þ283d67903b1772c9b6d98b75073e143dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14207.classþ þþ
þST14208þ þST14208þ þST14208þ þST14208þ þST14208þ þST14208þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$2.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar$2.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þ009585a229cf13b288c8836b256d812cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14208.classþ þþ
þST14209þ þST14209þ þST14209þ þST14209þ þST14209þ þST14209þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$3.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar$3.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þ08962da6368f73d27e5a0b46e2cff88aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14209.classþ þþ
þST14210þ þST14210þ þST14210þ þST14210þ þST14210þ þST14210þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$4.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar$4.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þ8965e0b678a86b10f123225a3a05fd0aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14210.classþ þþ
þST14211þ þST14211þ þST14211þ þST14211þ þST14211þ þST14211þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$5.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar$5.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þbacebe757679bbd0d47223743ac06fc6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14211.classþ þþ
þST14212þ þST14212þ þST14212þ þST14212þ þST14212þ þST14212þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$6.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar$6.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þe176e95969e17bcf0a073c0696e47d06þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14212.classþ þþ
þST14213þ þST14213þ þST14213þ þST14213þ þST14213þ þST14213þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/toolbar/IconsToolbar$IToolbarListener.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar
$IToolbarListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ350þ þ4f1fce650e4b26c2e5a
ab129625501dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0003\ST14213.classþ þþ
þST14214þ þST14214þ þST14214þ þST14214þ þST14214þ þST14214þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/ShowHide.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShowHide.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ3314þ þ1477a7cdad778efd46884242c7ba246cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14214.classþ þþ
þST14215þ þST14215þ þST14215þ þST14215þ þST14215þ þST14215þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/ShowHide$1.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShowHide$1.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ846þ þ44cae52f0cfdf6e3594a00a556f94e19þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14215.classþ þþ
þST14216þ þST14216þ þST14216þ þST14216þ þST14216þ þST14216þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/TinyShowHide.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTinyShowHide.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ4033þ þ1a35a86aaca13784633f3c70b272a5faþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14216.classþ þþ
þST14217þ þST14217þ þST14217þ þST14217þ þST14217þ þST14217þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/TinyShowHide$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTinyShowHide$1.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ874þ þa78cefaf91b0ba583619f9d230a271e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14217.classþ þþ
þST14218þ þST14218þ þST14218þ þST14218þ þST14218þ þST14218þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/Toolbar.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToolbar.classþ þ.CLASSþ þapplication/java-vmþ þþ
þ3742þ þc268ee07ba56c586753847177e715b9dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14218.classþ þþ
þST14219þ þST14219þ þST14219þ þST14219þ þST14219þ þST14219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/toolbar/WinGroup.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWinGroup.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ1226þ þec7118ceda12f4ef3ed2c1e78ca79a15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14219.classþ þþ
þST14220þ þST14220þ þST14220þ þST14220þ þST14220þ þST14220þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/BusyLabelPanel.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyLabelPanel.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ2428þ þbb04e626bd03f0de440f6a6dcb716f05þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14220.classþ þþ
þST14221þ þST14221þ þST14221þ þST14221þ þST14221þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/CharDimension.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCharDimension.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1268þ þ1ef52cd19e38084239eeafc87650c67aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14221.classþ þþ
þST14222þ þST14222þ þST14222þ þST14222þ þST14222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/Divider.classþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDivider.classþ þ.CLASSþ þapplication/java-vmþ þþ þ97
7þ þf3a109b921196ccf14dcdfe312695fa6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14222.classþ þþ
þST14223þ þST14223þ þST14223þ þST14223þ þST14223þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/GUIUtil.classþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ97
49þ þ5f4fdfe9611dbd0ee3376b92f5827d79þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14223.classþ þþ
þST14224þ þST14224þ þST14224þ þST14224þ þST14224þ þST14224þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/GUIUtil$1.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIUtil$1.classþ þ.CLASSþ þapplication/java-vmþ þþ
 þ1169þ þ8632ea66a6a574745444a73f884bda2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14224.classþ þþ
þST14225þ þST14225þ þST14225þ þST14225þ þST14225þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/GUIUtil$1$1.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIUtil$1$1.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ871þ þ5210e3b8693c2be278a8a5c42ab23f45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14225.classþ þþ
þST14226þ þST14226þ þST14226þ þST14226þ þST14226þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/GUIUtil$CharDimension.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIUtil$CharDimension.classþ þ.CLASSþ
 þapplication/java-
vmþ þþ þ525þ þa7cf732f0f0a7c1406d8b7840fb11dabþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14226.classþ þþ
þST14227þ þST14227þ þST14227þ þST14227þ þST14227þ þST14227þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/IconMng.classþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconMng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ93
0þ þ7d072971bbc6d0e7445c95d7cce06340þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14227.classþ þþ
þST14228þ þST14228þ þST14228þ þST14228þ þST14228þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/IExportable.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIExportable.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ158þ þ9a852b5c1cbabb88d0e8e86881001261þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14228.classþ þþ
þST14229þ þST14229þ þST14229þ þST14229þ þST14229þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/IListPanelListener.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIListPanelListener.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ191þ þ42836bdb2c74165c40233f0ace851b40þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14229.classþ þþ
þST14230þ þST14230þ þST14230þ þST14230þ þST14230þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/IndicesIcon.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesIcon.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ8238þ þ62bdde2a394c5cb5c6eae0fb31682405þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14230.classþ þþ
þST14231þ þST14231þ þST14231þ þST14231þ þST14231þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/KeyInputValidator.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputValidator.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ1048þ þ1204a77cb8033d452c5181d126190d6bþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14231.classþ þþ
þST14232þ þST14232þ þST14232þ þST14232þ þST14232þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/ListPanel.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ
 þ3453þ þ4e72e2f26d3a5ef5101fab480ff470ecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14232.classþ þþ
þST14233þ þST14233þ þST14233þ þST14233þ þST14233þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/ListPanel$1.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListPanel$1.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ835þ þcd415118123eee411377b1aa75121640þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14233.classþ þþ
þST14234þ þST14234þ þST14234þ þST14234þ þST14234þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/util/ListPanel$2.classþ þþ þþ þ0þ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLListPanel$2.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ835þ þ4683f78510ca0699bf67958eb06619d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14234.classþ þþ
þST14235þ þST14235þ þST14235þ þST14235þ þST14235þ þST14235þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/ListPanel$3.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLListPanel$3.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ835þ þ423fbc362a61f6eebd48d6fc6650b3a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14235.classþ þþ
þST14236þ þST14236þ þST14236þ þST14236þ þST14236þ þST14236þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/MarketIcons.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketIcons.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ3505þ þ5406f62edc0dc383195038b1250e5fa7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14236.classþ þþ
þST14237þ þST14237þ þST14237þ þST14237þ þST14237þ þST14237þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/NewsTypeIcons.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTypeIcons.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1873þ þ58810673128e557ec8833e71d4630880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14237.classþ þþ
þST14238þ þST14238þ þST14238þ þST14238þ þST14238þ þST14238þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/Print.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þPrint.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5088þ
þ763c5ff7be383bbdafc156c8bfaa41e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14238.classþ þþ
þST14239þ þST14239þ þST14239þ þST14239þ þST14239þ þST14239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/PrintPS.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þPrintPS.classþ þ.CLASSþ þapplication/java-vmþ þþ þ28
91þ þc7ac43b1f6e091677745818822732bf3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14239.classþ þþ
þST14240þ þST14240þ þST14240þ þST14240þ þST14240þ þST14240þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/StockTypes.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStockTypes.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ5458þ þb1eb7625756c793aca3cdea2287f042bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14240.classþ þþ
þST14241þ þST14241þ þST14241þ þST14241þ þST14241þ þST14241þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/build/classes/com/equityfeed/gui/util/StockTypesIcon.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStockTypesIcon.classþ þ.CLASSþ þapplication/

java-vmþ þþ þ3044þ þ5cbb5c0c2fa0c52dd258da1cf72905adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14241.classþ þþ þST14242þ þST14242þ þST14242þ þST14242þ þST14242þ þST14242þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/util/ValidationResult.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValidationResult.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ516þ þ18daa20c68fb65b06ddc1bacf3d33d04þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14242.classþ þþ þST14243þ þST14243þ þST14243þ þST14243þ þST14243þ þST14243þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/util/Validator.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValidator.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4351þ þ1a029afc35ab427646cc65e57746a1e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14243.classþ þþ þST14244þ þST14244þ þST14244þ þST14244þ þST14244þ þST14244þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/util/WebStartUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWebStartUtil.classþ þ.CLASSþ þapplication/java -vmþ þþ þ7851þ þa6365aed09899c0bf14db8a2ef44d3f8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14244.classþ þþ þST14245þ þST14245þ þST14245þ þST14245þ þST14245þ þST14245þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/util/WebStartUtil$DocToPrint.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWebStartUtil$DocToPrint.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ897þ þb5f9d29befeac6c1c081df3f58b26138þ þþ þþ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14245.class þ þþ þST14246þ þST14246þ þST14246þ þST14246þ þST14246þ þST14246þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/watchlistselector/IWatchListSelectorLis tener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchListSelectorL istener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ226þ þ514bb13a38349bfb53bee0373cf8a dc1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0003\ST14246.classþ þþ þST14247þ þST14247þ þST14247þ þST14247þ þST14247þ þST14247þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/build/classes/com/equityfeed/gui/watchlistselector/WatchListSelector.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListSelector.classþ þ.C LASSþ þapplication/java-vmþ þþ þ1841þ þ44e516f45325ad6068c60fad69d130c3þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14247.classþ þþ þST14248þ þST14248þ þST14248þ þST14248þ þST14248þ þST14248þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/watchlistselector/WatchListSelector$1.c lassþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListSelector $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1232þ þ9928ff7007df048ac070ad3caa181534þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14248.classþ þþ

þST14249þ þST14249þ þST14249þ þST14249þ þST14249þ þST14249þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/xml/ClassPathUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClassPathUtil.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ817þ þ89fcd84c0f7b8c315223a8f173000ba1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14250.classþ þþ

þST14250þ þST14250þ þST14250þ þST14250þ þST14250þ þST14250þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/xml/XMLParser.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þXMLParser.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3852þ þcb804c8040807cec3c6f48e2560eb412þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14250.classþ þþ

þST14251þ þST14251þ þST14251þ þST14251þ þST14251þ þST14251þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/xml/XMLParser$ParseResult.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þXMLParser$ParseResult.classþ þ.CLASSþ þapplication/java-vmþ þþ þ471þ þ617f298e360cbce42de1e57a28339baaþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14251.classþ þþ þST14252þ þST14252þ þST14252þ þST14252þ þST14252þ þST14252þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build/classes/com/equityfeed/gui/xml/XMLParser$XMLExceptionListener.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þXMLParser$XMLExceptionListene r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ667þ þb57ff172501f6ef2edc3cff70736c524þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\S T14252.classþ þþ

þST14253þ þST14253þ þST14253þ þST14253þ þST14253þ þST14253þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/build.xmlþ þþ þþ þ0þ þ1þ þST13924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbui ld.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3438þ þ29da8c96166d720c98d8784f3af0fb16þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14253 .xmlþ þþ

þST14254þ þST14254þ þST14254þ þST14254þ þST14254þ þST14254þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/dist/gui2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.j arþ þ.JARþ þapplication/java-archiveþ þþ þ823995þ þ7dc5ba10073a6d828b2490bb41832a13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ ST14254.jarþ þþ

þST14255þ þST14255þ þST14255þ þST14255þ þST14255þ þST14255þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST17194; ST17196; ST20752; ST23076;
ST23680;
ST24303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14255.jarþ þþ
þST14256þ þST14256þ þST14256þ þST14256þ þST14256þ þST14256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/lib/jcalendar-1.3.2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þjcalendar-
1.3.2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ126630þ þ8e292da193a72beec3f4aadd4f3
e216eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST14256.jarþ þþ
þST14257þ þST14257þ þST14257þ þST14257þ þST14257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/lib/jnlp.jarþ þþ þþ þ0þ þ1þ þST12546þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þjnlp.jarþ þ.JARþ þapplication/java-archiveþ þþ þ7042þ þ2b41a8a759d727f096bb27c9e
4a20ce6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0003\ST14257.jarþ þþ
þST14258þ þST14258þ þST14258þ þST14258þ þST14258þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST19764; ST19827; ST20134; ST23077;
ST23402; ST23681;
ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14258.jarþ þþ
þST14259þ þST14259þ þST14259þ þST14259þ þST14259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST15018; ST20135; ST21451; ST22142;
ST22659; ST23081; ST23686; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14259.jarþ þþ
þST14260þ þST14260þ þST14260þ þST14260þ þST14260þ þST14260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/lib/TDATrade.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þTDATrade.jarþ þ.JARþ þapplication/java-archiveþ þþ þ692218þ þebb6fd7f825fa9a71aada
e2547e189b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0003\ST14260.jarþ þþ
þST14261þ þST14261þ þST14261þ þST14261þ þST14261þ þST14261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREAD
ME.TXTþ þ.TXTþ þtext/plainþ þþ þ1320þ þ0c9008bc382e6d642ad82557fb01f057þ þ1þ þþ þþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14261.TX

Tþ þTEXT\0001\ST14261.txtþ
þST14262þ þST14262þ þST14262þ þST14262þ þST14262þ þST14262þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926;
ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908;
ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14262.txtþ þTEXT\0001\ST14262.txtþ
þST14263þ þST14263þ þST14263þ þST14263þ þST14263þ þST14263þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ581þ þf48861c77b51bf6ef7a1657c4a230413þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14263.txtþ þTEXT\0001\ST14263.txtþ
þST14264þ þST14264þ þST14264þ þST14264þ þST14264þ þST14264þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST15023;
ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14264.txtþ þTEXT\0001\ST14264.txtþ
þST14265þ þST14265þ þST14267þ þST14265þ þST14267þ þST14265þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/08/2
011þ þ00:00:00þ þ2011-09-08T00:00:00-04:00þ þ1315454400þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ829þ þ51b7a656feaababe21bdee2e7e67eddaþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14265.txtþ þTEXT\0001\ST14265.txtþ
þST14268þ þST14268þ þST14268þ þST14268þ þST14268þ þST14268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST14277þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xm
lþ þþ þ55614þ þf18acd8bae4cf72b804176fd937a0a1dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14268.xmlþ þþ
þST14269þ þST14269þ þST14269þ þST14269þ þST14269þ þST14269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST14
278þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ465þ þb110b7506c76909d64a5a1954edc6cfdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14269.txtþ þTEXT\0001\ST14269
.txtþ
þST14270þ þST14270þ þST14271þ þST14270þ þST14271þ þST14270þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þ0þ þ1þ þST142 82þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ2785þ þe768d386326e7936fc81b7b14e7baff7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0003\ST14270.txtþ þTEXT\0001\ST14270.txtþ

þST14272þ þST14272þ þST14272þ þST14272þ þST14272þ þST14272þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST14283þ þþ þ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ 505þ þ944b07595c4df06d1c94d6dda90336ccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14272.xmlþ þþ

þST14273þ þST14273þ þST14273þ þST14273þ þST14273þ þST14273þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/.svn/tmp/build-impl.xml.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þbuild-impl.xml.tmpþ þ.XMLþ þapplication/xmlþ þþ þ55565þ þ41cda948d5 5b9be7c2c11c37f97ac27aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0003\ST14273.xmlþ þþ

þST14274þ þST14274þ þST14274þ þST14274þ þST14274þ þST14274þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/.svn/tmp/genfiles.properties.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þgenfiles.properties.tmpþ þ.TXTþ þtext/plainþ þþ þ465þ þ5fc6cb3 76a7c4741628763dd109283c6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14274.txtþ þTEXT\0001\ST14274.txtþ

þST14275þ þST14275þ þST14275þ þST14275þ þST14275þ þST14275þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48051þ þ5a5d6dabb0a552ed79 337e78af3d31c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0003\ST14275.xmlþ þþ

þST14276þ þST14276þ þST14276þ þST14276þ þST14276þ þST14276þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ465þ þ9afcc85d955fc2a1154489276793d c4eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0003\ST14276.txtþ þTEXT\0001\ST14276.txtþ

þST14277þ þST14277þ þST14277þ þST14277þ þST14277þ þST14277þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST14268þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild- impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ55614þ þf18acd8bae4cf72b804176fd937a0a1dþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14 277.xmlþ þþ

þST14278þ þST14278þ þST14278þ þST14278þ þST14278þ þST14278þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST14269þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ465þ þb110b7506c76909d64a5a1954edc6cfdþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14278.propertiesþ þþ
þST14279þ þST14279þ þST14279þ þST14279þ þST14279þ þST14279þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd
41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14279.propertiesþ þþ
þST14280þ þST14280þ þST14280þ þST14280þ þST14280þ þST14280þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ256þ þ16ab7705cda2cea10facdbb2d287894aþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14280.propertiesþ þþ
þST14281þ þST14281þ þST14281þ þST14281þ þST14281þ þST14281þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST15176; ST20041;
ST21474; ST21987; ST22676; ST24043; ST24165;
ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ
þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14281.xmlþ þþ
þST14282þ þST14282þ þST14282þ þST14282þ þST14282þ þST14282þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST14270þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2785þ
þe768d386326e7936fc81b7b14e7baff7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14282.propertiesþ þþ
þST14283þ þST14283þ þST14283þ þST14283þ þST14283þ þST14283þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST14272þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þ505þ þ944b07595c4df06d1c94d6dda903
36ccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14283.xmlþ þþ
þST14284þ þST14284þ þST14284þ þST14284þ þST14284þ þST14284þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þ84þ þ03d98de87bb9eb00fc8d6032bee84071þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1428
4.txtþ þTEXT\0001\ST14284.txtþ

þST14285þ þST14285þ þST14285þ þST14285þ þST14285þ þST14285þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2011þ þ
00:00:00þ þ2011-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2
14þ þaabe1b815374d633e9f54555ad368f55þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14285.txtþ þTEXT\0001\ST14285.txtþ
þST14286þ þST14286þ þST14286þ þST14286þ þST14286þ þST14286þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þ83338d713c487fa55f60c2a746fccd04þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST
14286.txtþ þTEXT\0001\ST14286.txtþ
þST14287þ þST14287þ þST14287þ þST14287þ þST14287þ þST14287þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/201
1þ þ00:00:00þ þ2011-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ225þ þdc3dcdb62d82af7bc190e720b562cc7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14287.txtþ þTEXT\0001\ST14287.txtþ
þST14288þ þST14288þ þST14288þ þST14288þ þST14288þ þST14288þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ99þ þ290b2fc5b455bdbe1a33c86b659
fd9eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0003\ST14288.txtþ þTEXT\0001\ST14288.txtþ
þST14289þ þST14289þ þST14289þ þST14289þ þST14289þ þST14289þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ10/12/2011þ þ00:00:00þ þ2011
-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ229þ þ48e42e796e
e2ba1f539508997ec94fedþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0003\ST14289.txtþ þTEXT\0001\ST14289.txtþ
þST14290þ þST14290þ þST14290þ þST14290þ þST14290þ þST14290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þ40fc7d7620d5f310cb885c
05e520bdc6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0003\ST14290.txtþ þTEXT\0001\ST14290.txtþ
þST14291þ þST14291þ þST14292þ þST14291þ þST14292þ þST14291þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ10/12/2011þ þ00:00:00þ þ2011-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXT
þ þtext/plainþ þþ þ628þ þ2193d25e4fbe9eb9c7f563518cc4d3e0þ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14291.txtþ þTEXT\0001\S

T14291.txtþ
þST14293þ þST14293þ þST14293þ þST14293þ þST14293þ þST14293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ275þ þ893449ed
d5e2bc87f53c89a05585b9b9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0003\ST14293.txtþ þTEXT\0001\ST14293.txtþ
þST14294þ þST14294þ þST14294þ þST14294þ þST14294þ þST14294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ11/26/2010þ þ00:00:00þ þ2010-11-26T00:00:00-05:00þ þ1290747600þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ384þ þ75b905e3cdd7795f0a75e484eb9121feþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14294.t
xtþ þTEXT\0001\ST14294.txtþ
þST14295þ þST14295þ þST14298þ þST14295þ þST14298þ þST14295þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/.svn/text-base/CheckedComboBox.java
.svn-baseþ þþ þþ þ0þ þ1þ þST14299þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedComboBo
x.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5704þ þf3ea1761df31d6baf1f4b987ae74873fþ þ4þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14295.txtþ þTEXT\0001\ST14295.txtþ
þST14299þ þST14299þ þST14299þ þST14299þ þST14299þ þST14299þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/CheckedComboBox.javaþ þþ þþ þ0þ þ1þ þ
ST14295þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedComboBox.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ5704þ þf3ea1761df31d6baf1f4b987ae74873fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14299.javaþ þþ
þST14300þ þST14300þ þST14300þ þST14300þ þST14300þ þST14300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/colored/.svn/all-wcpropsþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ468þ
þ7474eda79b379f6ededa6395c56d3145þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14300.txtþ þTEXT\0001\ST14300.txtþ
þST14301þ þST14301þ þST14301þ þST14301þ þST14301þ þST14301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/colored/.svn/entriesþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þ11/26/2010þ þ00:00:00þ þ2010-11-26T00:00:00-05:00þ þ1290
747600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ511þ þ33da4017cfbd15fc28bfba600f175f17þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14301.txtþ þTEXT\0001\ST14301.txtþ
þST14302þ þST14302þ þST14302þ þST14302þ þST14302þ þST14302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/colored/.svn/text-base/CheckBoxProp

.java.svn-baseþ þþ þþ þ0þ þ1þ þST14305þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxP
rop.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ827þ þ5bee1c2dc58f872918540df5b4af854fþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14302.txtþ þTEXT\0001\ST14302.txtþ

þST14303þ þST14303þ þST14304þ þST14304þ þST14303þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/colored/.svn/text-base/CheckedCombo
BoxColored.java.svn-baseþ þþ þþ þ0þ þ1þ þST14306þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þCheckedComboBoxColored.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2879þ þ258a92d69a421a8
1db22e5be8abf8747þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0003\ST14303.txtþ þTEXT\0001\ST14303.txtþ

þST14305þ þST14305þ þST14305þ þST14305þ þST14305þ þST14305þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/colored/CheckBoxProp.javaþ þþ þþ þ0þ
 þ1þ þST14302þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxProp.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ827þ þ5bee1c2dc58f872918540df5b4af854fþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14305.javaþ þþ

þST14306þ þST14306þ þST14306þ þST14306þ þST14306þ þST14306þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checkcombobox/colored/CheckedComboBoxColored.java
þ þþ þþ þ0þ þ1þ þST14303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedComboBoxColored.
javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2879þ þ258a92d69a421a81db22e5be8abf8747þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST143
06.javaþ þþ

þST14307þ þST14307þ þST14307þ þST14307þ þST14307þ þST14307þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ556þ þ183afec745
b5b4ba7569c9d9393d59deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0003\ST14307.txtþ þTEXT\0001\ST14307.txtþ

þST14308þ þST14308þ þST14308þ þST14308þ þST14308þ þST14308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þ06/24/2008þ þ00:00:00þ þ2008
-06-24T00:00:00-04:00þ þ1214280000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ614þ þ946c52a59f
961208e7ea02648ed879f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0003\ST14308.txtþ þTEXT\0001\ST14308.txtþ

þST14309þ þST14309þ þST14309þ þST14309þ þST14309þ þST14309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/.svn/text-base/CheckedGroupLabel.java.
svn-baseþ þþ þþ þ0þ þ1þ þST14313þ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ20
07-10-23T00:00:00-04:00þ þ1193112000þ þCheckedGroupLabel.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ848þ þ7b40b9d3ac7d4cb6cb0c259b7ae43b4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14309.txtþ þTEXT\0001\ST14309

.txtþ

þST14310þ þST14310þ þST14311þ þST14310þ þST14311þ þST14310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/.svn/text-base/CheckedLabel.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST14314þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/17/2007þ þ00:00:00þ þ2007-10
-17T00:00:00-04:00þ þ1192593600þ þCheckedLabel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ3155þ þ8c722b15f14d295156a23ccd30ea1f34þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14310.txtþ þTEXT\0001\ST14310.txtþ
þST14312þ þST14312þ þST14312þ þST14312þ þST14312þ þST14312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/.svn/text-base/Group.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14315þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ2007-10-23T00:
00:00-04:00þ þ1193112000þ þGroup.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1677þ þaea7828
08d9f1e32d598ab49f082395cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0003\ST14312.txtþ þTEXT\0001\ST14312.txtþ

þST14313þ þST14313þ þST14313þ þST14313þ þST14313þ þST14313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/CheckedGroupLabel.javaþ þþ þþ þ0þ þ1þ þS
T14309þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedGroupLabel.javaþ þ.JAVAþ þtext/x
-java-sourceþ þþ þ848þ þ7b40b9d3ac7d4cb6cb0c259b7ae43b4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14313.javaþ þþ

þST14314þ þST14314þ þST14314þ þST14314þ þST14314þ þST14314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/CheckedLabel.javaþ þþ þþ þ0þ þ1þ þST1431
0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckedLabel.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3155þ þ8c722b15f14d295156a23ccd30ea1f34þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14314.javaþ þþ

þST14315þ þST14315þ þST14315þ þST14315þ þST14315þ þST14315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/checklabel/Group.javaþ þþ þþ þ0þ þ1þ þST14312þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þGroup.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1677þ þa
ea782808d9f1e32d598ab49f082395cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14315.javaþ þþ

þST14316þ þST14316þ þST14316þ þST14316þ þST14316þ þST14316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/collapsible/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ430þ þd599226b1a8ab6845c6fdb9e6e7ec629þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14316.tx
tþ þTEXT\0001\ST14316.txtþ

þST14317þ þST14317þ þST14317þ þST14317þ þST14317þ þST14317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/collapsible/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ1283832000þ þen
triesþ þ.TXTþ þtext/plainþ þþ þ500þ þ47fc939afa29533319936e9ae87a31dcþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14317.txtþ
þTEXT\0001\ST14317.txtþ

þST14318þ þST14320þ þST14318þ þST14320þ þST14318þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/collapsible/.svn/text-base/CollapsiblePanel.java.
svn-baseþ þþ þþ þþ þ0þ þ1þ þST14322þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsiblePane
l.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5243þ þ40163f5130f52e43d3e232978cdf6eceþ þ3þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14318.txtþ þTEXT\0001\ST14318.txtþ

þST14321þ þST14321þ þST14321þ þST14321þ þST14321þ þST14321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/collapsible/.svn/text-base/CollapsingLayout.java.
svn-baseþ þþ þþ þþ þ0þ þ1þ þST14323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsingLayou
t.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1069þ þ7e82af6544b024b684a33326db78ea1eþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14321.txtþ þTEXT\0001\ST14321.txtþ

þST14322þ þST14322þ þST14322þ þST14322þ þST14322þ þST14322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/collapsible/CollapsiblePanel.javaþ þþ þþ þ0þ þ1þ þS
T14318þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsiblePanel.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ5243þ þ40163f5130f52e43d3e232978cdf6eceþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14322.javaþ þþ
þST14323þ þST14323þ þST14323þ þST14323þ þST14323þ þST14323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/collapsible/CollapsingLayout.javaþ þþ þþ þ0þ þ1þ þS
T14321þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCollapsingLayout.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1069þ þ7e82af6544b024b684a33326db78ea1eþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14323.javaþ þþ
þST14324þ þST14324þ þST14324þ þST14324þ þST14324þ þST14324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/constants/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ266þ þ68c695a0634
71a3645bfd37c7f92152fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0003\ST14324.txtþ þTEXT\0001\ST14324.txtþ

þST14325þ þST14325þ þST14325þ þST14325þ þST14325þ þST14325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/constants/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þ06/29/2011þ þ00:00:00þ þ2011-06-29T00:00:00-04:00þ þ1309320000þ þent
riesþ þ.TXTþ þtext/plainþ þþ þ395þ þ016520631904eee0ad3881be7462a14eþ þ1þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14325.txtþ þ
TEXT\0001\ST14325.txtþ

þST14326þ þST14326þ þST14329þ þST14326þ þST14329þ þST14326þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/constants/.svn/text-base/MyGUIConstants.java.svn-
baseþ þþ þþ þ0þ þ1þ þST14330þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/12/2007þ þ00:00:00þ þ2007-0
8-12T00:00:00-04:00þ þ1186891200þ þMyGUIConstants.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ8260þ þ19c6fdaac76dd33c6425cb544e11758cþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14326.txtþ þTEXT\0001\ST14326.txtþ
þST14330þ þST14330þ þST14330þ þST14330þ þST14330þ þST14330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/constants/MyGUIConstants.javaþ þþ þþ þ0þ þ1þ þST143
26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyGUIConstants.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ8260þ þ19c6fdaac76dd33c6425cb544e11758cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14330.javaþ þþ
þST14331þ þST14331þ þST14331þ þST14331þ þST14331þ þST14331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/custompanel/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ262þ þ3396c8f7926ed164d94eec2bc2ea7f9fþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14331.tx
tþ þTEXT\0001\ST14331.txtþ
þST14332þ þST14332þ þST14332þ þST14332þ þST14332þ þST14332þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/custompanel/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ08/15/2008þ þ00:00:00þ þ2008-08-15T00:00:00-04:00þ þ1218772800þ þen
triesþ þ.TXTþ þtext/plainþ þþ þ366þ þcf1a33a7c8e4beff9de24076a0f3c7e1þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14332.txtþ
þTEXT\0001\ST14332.txtþ
þST14333þ þST14333þ þST14335þ þST14333þ þST14335þ þST14333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/custompanel/.svn/text-base/ShadowPanel.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST14336þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShadowPanel.java.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ3480þ þ1c6682c41cf147cc1245d714367b2c05þ þ3þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14333.txtþ þTEXT\0001\ST14333.txtþ
þST14336þ þST14336þ þST14336þ þST14336þ þST14336þ þST14336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/custompanel/ShadowPanel.javaþ þþ þþ þ0þ þ1þ þST1433
3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShadowPanel.javaþ þ.JAVAþ þtext/x-java-sourc
eþ þþ þ3480þ þ1c6682c41cf147cc1245d714367b2c05þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14336.javaþ þþ
þST14337þ þST14337þ þST14337þ þST14337þ þST14337þ þST14337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/customscrollpane/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-

wcpropsþ þ.TXTþ þtext/plainþ þþ þ280þ þcb45cd793e3069e606052ff5e6ec1768þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14337.tx tþ þTEXT\0001\ST14337.txtþ

þST14338þ þST14338þ þST14338þ þST14338þ þST14338þ þST14338þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customscrollpane/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þ08/12/2008þ þ00:00:00þ þ2008-08-12T00:00:00-04:00þ þ121851360 0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ375þ þ6217df1e88c3d3dcd519ca96b73362b8þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1433 8.txtþ þTEXT\0001\ST14338.txtþ

þST14339þ þST14339þ þST14339þ þST14340þ þST14339þ þST14339þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customscrollpane/.svn/text-base/CustomScollPane.j ava.svn-baseþ þþ þþ þ0þ þ1þ þST14341þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomScoll Pane.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2868þ þ8f6235de9578ebc02fbb0da2109075f2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 3\ST14339.txtþ þTEXT\0001\ST14339.txtþ

þST14341þ þST14341þ þST14341þ þST14341þ þST14341þ þST14341þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customscrollpane/CustomScollPane.javaþ þþ þþ þ0þ þ 1þ þST14339þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomScollPane.javaþ þ.JAVAþ þtext /x-java-sourceþ þþ þ2868þ þ8f6235de9578ebc02fbb0da2109075f2þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14341.javaþ þ

þST14342þ þST14342þ þST14342þ þST14342þ þST14342þ þST14342þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customsplitpane/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ457þ þ0150b 21d8442ab7b71a382b8fc53cbefþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0003\ST14342.txtþ þTEXT\0001\ST14342.txtþ

þST14343þ þST14343þ þST14343þ þST14343þ þST14343þ þST14343þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customsplitpane/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ04/09/2009þ þ00:00:00þ þ2009 -04-09T00:00:00-04:00þ þ1239249600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ508þ þ5cdb66e041 3bbbced7553cbf39a90485þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0003\ST14343.txtþ þTEXT\0001\ST14343.txtþ

þST14344þ þST14344þ þST14346þ þST14344þ þST14346þ þST14344þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customsplitpane/.svn/text-base/CustomSplitPane.ja va.svn-baseþ þþ þþ þ0þ þ1þ þST14348þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomSplitP ane.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5025þ þ8503d0e3f4019f4c97355b007b5ac753þ þ 3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14344.txtþ þTEXT\0001\ST14344.txtþ

þST14347þ þST14347þ þST14347þ þST14347þ þST14347þ þST14347þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customsplitpane/.svn/text-base/ICustomSplitPaneListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14349þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICustomSplitPaneListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ303þ þ5b5ce309ffc746f3a2fae786a9f0bd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14347.txtþ þTEXT\0001\ST14347.txtþ
þST14348þ þST14348þ þST14348þ þST14348þ þST14348þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customsplitpane/CustomSplitPane.javaþ þþ þþ þ0þ þ1þ þST14344þ þþ þþ þþ þþ þþ þþ þþ þþ þCustomSplitPane.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5025þ þ8503d0e3f4019f4c97355b007b5ac753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14348.javaþ þþ
þST14349þ þST14349þ þST14349þ þST14349þ þST14349þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/customsplitpane/ICustomSplitPaneListener.javaþ þþ þþ þ0þ þ1þ þST14347þ þþ þþ þþ þþ þþ þþ þþ þICustomSplitPaneListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ303þ þ5b5ce309ffc746f3a2fae786a9f0bd1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14349.javaþ þþ
þST14350þ þST14350þ þST14350þ þST14350þ þST14350þ þST14350þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/dayselector/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ736þ þdddc59236e3de5d34c07d8000992f849þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14350.txtþ þTEXT\0001\ST14350.txtþ
þST14351þ þST14351þ þST14352þ þST14351þ þST14352þ þST14351þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/dayselector/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ762þ þa90da00842c2b1ce112b81fe028c2b6fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14351.txtþ þTEXT\0001\ST14351.txtþ
þST14353þ þST14353þ þST14353þ þST14353þ þST14353þ þST14353þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/dayselector/.svn/text-base/DaySelector.java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/17/2007þ þ00:00:00þ þ2007-08-17T00:00:00-04:00þ þ1187323200þ þDaySelector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1464þ þabae99a9fdf5e4b023d56c0155f1cb75þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14353.txtþ þTEXT\0001\ST14353.txtþ
þST14354þ þST14354þ þST14355þ þST14354þ þST14355þ þST14354þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/dayselector/.svn/text-base/DaySelectorPopup.java.

svn-baseþ þþ þþ þ0þ þ1þ þST14359þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelectorPopu
p.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2428þ þ0ee56384d984208ae473e0bdbdbcac0fþ þ2þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14354.txtþ þTEXT\0001\ST14354.txtþ
þST14356þ þST14356þ þST14356þ þST14356þ þST14356þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/dayselector/.svn/text-base/IDaySelector.java.svn-
baseþ þþ þþ þ0þ þ1þ þST14360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDaySelector.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ438þ þ09fdc8ef4b6e5fd341382afd7cd06089þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14356.tx
tþ þTEXT\0001\ST14356.txtþ
þST14357þ þST14357þ þST14357þ þST14357þ þST14357þ þST14357þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/dayselector/.svn/text-base/IDaySelectorListener.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST14361þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/17/2007þ þ00:00:00
þ þ2007-08-17T00:00:00-04:00þ þ1187323200þ þIDaySelectorListener.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ398þ þ1177a9c91504ca335c2a1af9827a957cþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14357.txtþ þTEXT\0001
\ST14357.txtþ
þST14358þ þST14358þ þST14358þ þST14358þ þST14358þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/dayselector/DaySelector.javaþ þþ þþ þ0þ þ1þ þST1435
3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelector.javaþ þ.JAVAþ þtext/x-java-sourc
eþ þþ þ1464þ þabae99a9fdf5e4b023d56c0155f1cb75þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14358.javaþ þþ
þST14359þ þST14359þ þST14359þ þST14359þ þST14359þ þST14359þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/dayselector/DaySelectorPopup.javaþ þþ þþ þ0þ þ1þ þS
T14354þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDaySelectorPopup.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2428þ þ0ee56384d984208ae473e0bdbdbcac0fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14359.javaþ þþ
þST14360þ þST14360þ þST14360þ þST14360þ þST14360þ þST14360þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/dayselector/IDaySelector.javaþ þþ þþ þ0þ þ1þ þST143
56þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDaySelector.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ438þ þ09fdc8ef4b6e5fd341382afd7cd06089þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14360.javaþ þþ
þST14361þ þST14361þ þST14361þ þST14361þ þST14361þ þST14361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/dayselector/IDaySelectorListener.javaþ þþ þþ þ0þ þ
1þ þST14357þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDaySelectorListener.javaþ þ.JAVAþ
þtext/x-java-sourceþ þþ þ398þ þ1177a9c91504ca335c2a1af9827a957cþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14361.javaþ þþ
þST14362þ þST14362þ þST14362þ þST14362þ þST14362þ þST14362þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/.svn/all-wcpropsþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ633þ þ4
14bd632da74d79f94ef566ea254aad1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14362.txtþ þTEXT\0001\ST14362.txtþ
þST14363þ þST14363þ þST14363þ þST14363þ þST14363þ þST14363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/02/2010þ þ00:00:00þ þ2010-11-02T00:00:00-04:00þ þ128867
0400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ643þ þfab01c0299c1a40243cd59353cc07a98þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14
363.txtþ þTEXT\0001\ST14363.txtþ
þST14364þ þST14365þ þST14364þ þST14365þ þST14364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/.svn/text-base/FlashedMessage
.java.svn-baseþ þþ þþ þ0þ þ1þ þST14369þ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedMe
ssage.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3736þ þ9472c780660d402788c1d5b056a43c51þ
þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
03\ST14364.txtþ þTEXT\0001\ST14364.txtþ
þST14366þ þST14366þ þST14366þ þST14366þ þST14366þ þST14366þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/.svn/text-base/FlashedPopupMe
ssage.form.svn-baseþ þþ þþ þ0þ þ1þ þST14370þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlas
hedPopupMessage.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2851þ þeed551f0b8333fbdb6
7b5450c8efe946þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0003\ST14366.xmlþ þþ
þST14367þ þST14367þ þST14368þ þST14367þ þST14368þ þST14367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/.svn/text-base/FlashedPopupMe
ssage.java.svn-baseþ þþ þþ þ0þ þ1þ þST14371þ þþ þþ þþ þþ þþ þþ þþ þþ þ12/19/2007þ þ0
0:00:00þ þ2007-12-19T00:00:00-05:00þ þ1198040400þ þFlashedPopupMessage.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ4532þ þe145f1941ccd76b8775612ffaeec3237þ þ2þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14367.txtþ þTEX
T\0001\ST14367.txtþ
þST14369þ þST14369þ þST14369þ þST14369þ þST14369þ þST14369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/FlashedMessage.javaþ þþ þþ þ0þ
þ1þ þST14364þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedMessage.javaþ þ.JAVAþ þtex
t/x-java-sourceþ þþ þ3736þ þ9472c780660d402788c1d5b056a43c51þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14369.javaþ þþ
þST14370þ þST14370þ þST14370þ þST14370þ þST14370þ þST14370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/FlashedPopupMessage.formþ þþ þ

þ þ0þ þ1þ þST14366þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedPopupMessage.formþ þ.
XMLþ þapplication/xmlþ þþ þ2851þ þeed551f0b8333fbdb67b5450c8efe946þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14370.xmlþ þþ
þST14371þ þST14371þ þST14371þ þST14371þ þST14371þ þST14371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/flashedpopupmessage/FlashedPopupMessage.javaþ þþ þ
þ þ0þ þ1þ þST14367þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFlashedPopupMessage.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ4532þ þe145f1941ccd76b8775612ffaeec3237þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14371.java
þ þþ
þST14372þ þST14372þ þST14372þ þST14372þ þST14372þ þST14372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1028þ þf63541a19db6362
4e8f2fc83ceb14df6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0003\ST14372.txtþ þTEXT\0001\ST14372.txtþ
þST14373þ þST14373þ þST14374þ þST14373þ þST14374þ þST14373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þ06/24/2008þ þ00:00:00þ þ2008
-06-24T00:00:00-04:00þ þ1214280000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1023þ þc8ca73ec7
065322c6ac29b6fe135591aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0003\ST14373.txtþ þTEXT\0001\ST14373.txtþ
þST14375þ þST14375þ þST14375þ þST14375þ þST14375þ þST14375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/text-base/IconCircle.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14381þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-10-16T00:
00:00-04:00þ þ1192507200þ þIconCircle.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1127þ þc7
4a9571309526d9874de5782e80869fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14375.txtþ þTEXT\0001\ST14375.txtþ
þST14376þ þST14376þ þST14376þ þST14376þ þST14376þ þST14376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/text-base/IconCircleSelected.java.svn-
baseþ þþ þþ þ0þ þ1þ þST14382þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-1
0-16T00:00:00-04:00þ þ1192507200þ þIconCircleSelected.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ1251þ þ43defc31f8664087a8b1fb347a0d7723þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14376.txtþ þTEXT\0001\ST14376.
txtþ
þST14377þ þST14377þ þST14377þ þST14377þ þST14377þ þST14377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/text-base/IconSquare.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14383þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-10-16T00:
00:00-04:00þ þ1192507200þ þIconSquare.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1572þ þ19
c2d859132383dc3bdaed4a03d58f84þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF

ALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14377.txtþ þTEXT\0001\ST14377.txtþ
þST14378þ þST14378þ þST14378þ þST14378þ þST14378þ þST14378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/text-base/IconSquareDisabled.java.svn-
baseþ þþ þþ þ0þ þ1þ þST14384þ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-1
0-16T00:00:00-04:00þ þ1192507200þ þIconSquareDisabled.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ787þ þ9413980ecee86f07028b7ce7418bfa69þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14378.txtþ þTEXT\0001\ST14378.t
xtþ
þST14379þ þST14379þ þST14379þ þST14379þ þST14379þ þST14379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/text-base/IconSquareSelected.java.svn-
baseþ þþ þþ þ0þ þ1þ þST14385þ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-1
0-16T00:00:00-04:00þ þ1192507200þ þIconSquareSelected.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ1135þ þ9f23cee6f2943d3574898d3d9d89a774þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14379.txtþ þTEXT\0001\ST14379.
txtþ
þST14380þ þST14380þ þST14380þ þST14380þ þST14380þ þST14380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/.svn/text-base/IconSquareSelectedDisabled.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST14386þ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00
þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þIconSquareSelectedDisabled.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ1383þ þ11279ffc8a8699272922bc53cfa6f9e0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14380.txtþ þTEX
T\0001\ST14380.txtþ
þST14381þ þST14381þ þST14381þ þST14381þ þST14381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/IconCircle.javaþ þþ þþ þ0þ þ1þ þST14375þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIconCircle.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11
27þ þc74a9571309526d9874de5782e80869fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14381.javaþ þþ
þST14382þ þST14382þ þST14382þ þST14382þ þST14382þ þST14382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/IconCircleSelected.javaþ þþ þþ þ0þ þ1þ þST143
76þ þþ þþ þþ þþ þþ þþ þIconCircleSelected.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ1251þ þ43defc31f8664087a8b1fb347a0d7723þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14382.javaþ þþ
þST14383þ þST14383þ þST14383þ þST14383þ þST14383þ þST14383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/IconSquare.javaþ þþ þþ þ0þ þ1þ þST14377þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIconSquare.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ15
72þ þ19c2d859132383dc3bdaed4a03d58f84þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14383.javaþ þþ
þST14384þ þST14384þ þST14384þ þST14384þ þST14384þ þST14384þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/IconSquareDisabled.javaþ þþ þþ þ0þ þ1þ þST143
78þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquareDisabled.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ787þ þ9413980ecee86f07028b7ce7418fa69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14384.javaþ þþ
þST14385þ þST14385þ þST14385þ þST14385þ þST14385þ þST14385þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/IconSquareSelected.javaþ þþ þ0þ þ1þ þST143
79þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquareSelected.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ1135þ þ9f23cee6f2943d3574898d3d9d89a774þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14385.javaþ þþ
þST14386þ þST14386þ þST14386þ þST14386þ þST14386þ þST14386þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/icons/IconSquareSelectedDisabled.javaþ þþ þþ þ0þ þ
1þ þST14380þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSquareSelectedDisabled.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ1383þ þ11279ffc8a8699272922bc53cfa6f9e0þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14386.javaþ þþ
þST14387þ þST14387þ þST14387þ þST14387þ þST14387þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ814þ þ140bf929e6698e1d
b1fdeca55db12dc4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0003\ST14387.txtþ þTEXT\0001\ST14387.txtþ
þST14388þ þST14388þ þST14389þ þST14388þ þST14389þ þST14388þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þ06/24/2008þ þ00:00:00þ þ2008
-06-24T00:00:00-04:00þ þ1214280000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ860þ þ8a0bd6e702
88fb81f8a482f86bf21c97þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0003\ST14388.txtþ þTEXT\0001\ST14388.txtþ
þST14390þ þST14390þ þST14390þ þST14390þ þST14390þ þST14390þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/text-base/IGo.java.svn-baseþ þþ þþ þ0þ
þ1þ þST14395þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/06/2007þ þ00:00:00þ þ2007-11-06T00:00:00-
05:00þ þ1194325200þ þIGo.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ318þ þ3d7f7e5aa597815f
ff370a85c29bffb7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0003\ST14390.txtþ þTEXT\0001\ST14390.txtþ
þST14391þ þST14391þ þST14391þ þST14391þ þST14391þ þST14391þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/text-base/KeyInput.java.svn-baseþ þþ
 þ0þ þ1þ þST14396þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/07/2007þ þ00:00:00þ þ2007-11-07T00:00
:00-05:00þ þ1194411600þ þKeyInput.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1253þ þ313704

fe166d50f2f4743a73027c678fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0003\ST14391.txtþ þTEXT\0001\ST14391.txtþ
þST14392þ þST14392þ þST14392þ þST14392þ þST14392þ þST14392þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/text-base/KeyInputFloat.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST14397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/07/2007þ þ00:00:00þ þ2007-11-07T
00:00:00-05:00þ þ1194411600þ þKeyInputFloat.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ12
58þ þ2a87809efc994b52e560de306ad7cb52þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14392.txtþ þTEXT\0001\ST14392.txtþ
þST14393þ þST14393þ þST14393þ þST14393þ þST14393þ þST14393þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/text-base/KeyInputInteger.java.svn-bas
eþ þþ þþ þ0þ þ1þ þST14398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/07/2007þ þ00:00:00þ þ2007-11-0
7T00:00:00-05:00þ þ1194411600þ þKeyInputInteger.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ1281þ þ30d651c6246e192e53addbf4bd8ab127þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14393.txtþ þTEXT\0001\ST14393.txtþ
þST14394þ þST14394þ þST14394þ þST14394þ þST14394þ þST14394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/.svn/text-base/KeyInputTicker.java.svn-base
þ þþ þþ þ0þ þ1þ þST14399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/06/2007þ þ00:00:00þ þ2007-11-06
T00:00:00-05:00þ þ1194325200þ þKeyInputTicker.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ
1109þ þcd36bca7c563492fc713925d762e6f0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14394.txtþ þTEXT\0001\ST14394.txtþ
þST14395þ þST14395þ þST14395þ þST14395þ þST14395þ þST14395þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/IGo.javaþ þþ þþ þ0þ þ1þ þST14390þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIGo.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ318þ þ3d7f7e5aa59
7815fff370a85c29bffb7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þNATIVES\0003\ST14395.javaþ þþ
þST14396þ þST14396þ þST14396þ þST14396þ þST14396þ þST14396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/KeyInput.javaþ þþ þþ þ0þ þ1þ þST14391þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInput.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1253þ
þ313704fe166d50f2f4743a73027c678fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14396.javaþ þþ
þST14397þ þST14397þ þST14397þ þST14397þ þST14397þ þST14397þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/input/KeyInputFloat.javaþ þþ þþ þ0þ þ1þ þST14392þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputFloat.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þþ þ1258þ þ2a87809efc994b52e560de306ad7cb52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14397.javaþ þþ
þST14398þ þST14398þ þST14398þ þST14398þ þST14398þ þST14398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/input/KeyInputInteger.javaþ þþ þþ þ0þ þ1þ þST14393þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputInteger.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1281þ þ30d651c6246e192e53addbf4bd8ab127þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14398.javaþ þþ þST14399þ þST14399þ þST14399þ þST14399þ þST14399þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/input/KeyInputTicker.javaþ þþ þþ þ0þ þ1þ þST14394þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputTicker.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1109þ þcd36bca7c563492fc713925d762e6f0fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14399.javaþ þþ þST14400þ þST14400þ þST14400þ þST14400þ þST14400þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/labelmenu/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ848þ þ08a99df6ac7158f6a6e48500a5ed5a27þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14400.txtþ þTEXT\0001\ST14400.txtþ þST14401þ þST14401þ þST14402þ þST14401þ þST14402þ þST14401þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/labelmenu/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/25/2011þ þ00:00:00þ þ2011-04-25T00:00:00-04:00þ þ1303704000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ909þ þ640dff5e933371643e247a6ffe370cf6þ þ2þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14401.txtþ þTEXT\0001\ST14401.txtþ þST14403þ þST14403þ þST14403þ þST14403þ þST14403þ þST14403þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/labelmenu/.svn/text-base/EFMenu.java.svn-baseþ þþ þþ þ0þ þ1þ þST14414þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMenu.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1014þ þ6d2775d064bcb944ee2d12fc6a96c7d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14403.txtþ þTEXT\0001\ST14403.txtþ þST14404þ þST14404þ þST14405þ þST14404þ þST14405þ þST14404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/labelmenu/.svn/text-base/EFMenuItem.java.svn-baseþ þþ þþ þ0þ þ1þ þST14415þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMenuItem.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1398þ þ908dcba21a40e25e4fb6106f04510be7þ þ2þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14404.txtþ þTEXT\0001\ST14404.txtþ þST14406þ þST14406þ þST14406þ þST14406þ þST14406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/labelmenu/.svn/text-base/IMenuListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14416þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMenuListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ265þ þ3f02d07d9e2dae88b074daeb74c6a575þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14406.txtþ þTEXT\0001\ST14406.txtþ

þST14407þ þST14407þ þST14407þ þST14407þ þST14407þ þST14407þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/.svn/text-base/LabelMenuPanel.form.svn-
baseþ þþ þþ þ0þ þ1þ þST14417þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel.form
.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3794þ þb490d178181bcc95abf892e765442c92þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14
407.xmlþ þþ
þST14408þ þST14408þ þST14413þ þST14408þ þST14413þ þST14408þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/.svn/text-base/LabelMenuPanel.java.svn-
baseþ þþ þ0þ þ1þ þST14418þ þþ þþ þþ þþ þþ þþ þþ þ07/15/2008þ þ00:00:00þ þ2008-0
7-15T00:00:00-04:00þ þ1216094400þ þLabelMenuPanel.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ12762þ þ04b869e82a0ae039d972f3e939f8bb4fþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14408.txtþ þTEXT\0001\ST14408.txtþ
þST14414þ þST14414þ þST14414þ þST14414þ þST14414þ þST14414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/EFMenu.javaþ þþ þþ þ0þ þ1þ þST14403þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1014þ þ
6d2775d064bcb944ee2d12fc6a96c7d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14414.javaþ þþ
þST14415þ þST14415þ þST14415þ þST14415þ þST14415þ þST14415þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/EFMenuItem.javaþ þþ þþ þ0þ þ1þ þST14404þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEFMenuItem.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ1398þ þ908dcba21a40e25e4fb6106f04510be7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14415.javaþ þþ
þST14416þ þST14416þ þST14416þ þST14416þ þST14416þ þST14416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/IMenuListener.javaþ þþ þþ þ0þ þ1þ þST1440
6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMenuListener.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ265þ þ3f02d07d9e2dae88b074daeb74c6a575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14416.javaþ þþ
þST14417þ þST14417þ þST14417þ þST14417þ þST14417þ þST14417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/LabelMenuPanel.formþ þþ þþ þ0þ þ1þ þST144
07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel.formþ þ.XMLþ þapplication/xm
lþ þþ þ3794þ þb490d178181bcc95abf892e765442c92þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14417.xmlþ þþ
þST14418þ þST14418þ þST14418þ þST14418þ þST14418þ þST14418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/labelmenu/LabelMenuPanel.javaþ þþ þþ þ0þ þ1þ þST144
08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLabelMenuPanel.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ12762þ þ04b869e82a0ae039d972f3e939f8bb4fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14418.javaþ þþ þST14419þ þST14419þ þST14419þ þST14419þ þST14419þ þST14419þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/launchpad/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ258þ þ444b01b2f5e ea9dc774ff7be8f61298fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0003\ST14419.txtþ þTEXT\0001\ST14419.txtþ

þST14420þ þST14420þ þST14420þ þST14420þ þST14420þ þST14420þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/launchpad/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ12/30/2010þ þ00:00:00þ þ2010-12-30T00:00:00-05:00þ þ1293685200þ þent riesþ þ.TXTþ þtext/plainþ þþ þ359þ þ4d898017fcbeb8c6663d1162e7434de9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14420.txtþ þ TEXT\0001\ST14420.txtþ

þST14421þ þST14421þ þST14421þ þST14421þ þST14421þ þST14421þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/launchpad/.svn/text-base/ILaunchpad.java.svn-base þ þþ þþ þ0þ þ1þ þST14422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILaunchpad.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1735þ þ8bf2bab1c858cabce16a871dc65e022aþ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14421.txtþ þTEXT\0001\ST14421.txtþ

þST14422þ þST14422þ þST14422þ þST14422þ þST14422þ þST14422þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/launchpad/ILaunchpad.javaþ þþ þþ þ0þ þ1þ þST14421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILaunchpad.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1735þ þ8bf2bab1c858cabce16a871dc65e022aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14422.javaþ þþ

þST14423þ þST14423þ þST14423þ þST14423þ þST14423þ þST14423þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/layout/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ262þ þ48c280e187da1cfa9877db473ea156ecþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14423.tx tþ þTEXT\0001\ST14423.txtþ

þST14424þ þST14424þ þST14424þ þST14424þ þST14424þ þST14424þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/layout/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þ08/14/2008þ þ00:00:00þ þ2008-08-14T00:00:00-04:00þ þ1218686400þ þentries þ þ.TXTþ þtext/plainþ þþ þ366þ þc0e9ac9248a8a9eac09338438652905fþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14424.txtþ þTEXT \0001\ST14424.txtþ

þST14425þ þST14425þ þST14426þ þST14425þ þST14426þ þST14425þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/layout/.svn/text-base/CustomFlowLayout.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST14427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomFlowLayout.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2435þ þ352c65442cb3eefbd856d5522a34f0e2þ þ2þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1442
5.txtþ þTEXT\0001\ST14425.txtþ
þST14427þ þST14427þ þST14427þ þST14427þ þST14427þ þST14427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/layout/CustomFlowLayout.javaþ þþ þþ þ0þ þ1þ þST1442
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomFlowLayout.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ2435þ þ352c65442cb3eefbd856d5522a34f0e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14427.javaþ þþ
þST14428þ þST14428þ þST14429þ þST14428þ þST14429þ þST14428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1841þ þ4d17e55ca93036f5
6c3073a51340b44aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0003\ST14428.txtþ þTEXT\0001\ST14428.txtþ
þST14430þ þST14430þ þST14432þ þST14430þ þST14432þ þST14430þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þ07/19/2010þ þ00:00:00þ þ2010-07-19T00:00:00-04:00þ þ1279512000þ þentriesþ
þ.TXTþ þtext/plainþ þþ þ1774þ þd3ce6a4fd1c7f8a259578bf18db7b9a1þ þ3þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14430.txtþ þTEXT
\0001\ST14430.txtþ
þST14433þ þST14433þ þST14443þ þST14433þ þST14443þ þST14433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/CustomTheme.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14483þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/06/2029þ þ00:00:00þ þ2029-02-06T00:
00:00-05:00þ þ1865048400þ þCustomTheme.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ21949þ þ
29d70ac3882ce8b96e6dadc287a1e215þ þ11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14433.txtþ þTEXT\0001\ST14433.txtþ
þST14444þ þST14444þ þST14455þ þST14444þ þST14455þ þST14444þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/DynamicTheme.java.svn-baseþ
þ þþ þ0þ þ1þ þST14484þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDynamicTheme.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ28762þ þfcf6b12c88344b0fbbd01a8014a94a7dþ þ12þ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14444.tx
tþ þTEXT\0001\ST14444.txtþ
þST14456þ þST14456þ þST14458þ þST14456þ þST14458þ þST14456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MCTButtonUI.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14485þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/17/2007þ þ00:00:00þ þ2007-07-17T00:
00:00-04:00þ þ1184644800þ þMCTButtonUI.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4631þ þe
be698d12de965700c527f70a9d346c7þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

FALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14456.txtþ þTEXT\0001\ST14456.txtþ
þST14459þ þST14459þ þST14460þ þST14459þ þST14460þ þST14459þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MCTComboBoxUI.java.svn-baseþ
þþ þþ þ0þ þ1þ þST14486þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTComboBoxUI.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ2411þ þ440acbf27a91b6d0d84b234d29bb0318þ þ2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14459.txtþ þ
TEXT\0001\ST14459.txtþ
þST14461þ þST14461þ þST14467þ þST14461þ þST14467þ þST14461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MCTLookAndFeel.java.svn-baseþ
þþ þþ þ0þ þ1þ þST14487þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/18/2007þ þ00:00:00þ þ2007-07-18T
00:00:00-04:00þ þ1184731200þ þMCTLookAndFeel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1
7291þ þ1d3fad0fc76e7913047286c4f46c3f58þ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14461.txtþ þTEXT\0001\ST14461.txtþ
þST14468þ þST14468þ þST14473þ þST14468þ þST14473þ þST14468þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MCTTabbedPaneUI.java.svn-base
þ þþ þþ þ0þ þ1þ þST14488þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTTabbedPaneUI.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ10078þ þ55869187163bd6981dc89c99f25a2b16þ þ6þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14468.t
xtþ þTEXT\0001\ST14468.txtþ
þST14474þ þST14474þ þST14475þ þST14474þ þST14475þ þST14474þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MCTToggleButtonUI.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST14489þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/17/2007þ þ00:00:00þ þ2007-07-
17T00:00:00-04:00þ þ1184644800þ þMCTToggleButtonUI.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ2018þ þbfc21030c7fb6904cc6a4c15a00406abþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14474.txtþ þTEXT\0001\ST14474.txtþ
þST14476þ þST14476þ þST14476þ þST14476þ þST14476þ þST14476þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MoodyBlueTheme.java.svn-baseþ
þþ þþ þ0þ þ1þ þST14490þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoodyBlueTheme.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1253þ þ8a8e4835aca9193bcbda673fb0aa8249þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14476.txtþ
þTEXT\0001\ST14476.txtþ
þST14477þ þST14477þ þST14478þ þST14477þ þST14478þ þST14477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/MutableColor.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST14491þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMutableColor.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ3267þ þ6c4cc41195d0298f286f72fd040490ffþ þ2þ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14477.txtþ
þTEXT\0001\ST14477.txtþ
þST14479þ þST14479þ þST14480þ þST14479þ þST14480þ þST14479þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/OvalBorder.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST14492þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOvalBorder.java.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ1657þ þ762d5559639da5b0c14b914cffd558f1þ þ2þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14479.txtþ þTEXT\00
01\ST14479.txtþ

þST14481þ þST14481þ þST14481þ þST14481þ þST14481þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/TestTheme.java.svn-baseþ þþ þþ
 þ0þ þ1þ þST14493þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTestTheme.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ399þ þ47a8c2a2375cbf6d44c8edf45147de41þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14481.txtþ þTEXT\0001
\ST14481.txtþ

þST14482þ þST14482þ þST14482þ þST14482þ þST14482þ þST14482þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/.svn/text-base/WhiteSatinTheme.java.svn-base
þ þþ þþ þ0þ þ1þ þST14494þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWhiteSatinTheme.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ1737þ þab6b9c490b65f742e53bba4b0498c2abþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14482.tx
tþ þTEXT\0001\ST14482.txtþ

þST14483þ þST14483þ þST14483þ þST14483þ þST14483þ þST14483þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/CustomTheme.javaþ þþ þþ þ0þ þ1þ þST14433þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTheme.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2
1949þ þ29d70ac3882ce8b96e6dadc287a1e215þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14483.javaþ þþ

þST14484þ þST14484þ þST14484þ þST14484þ þST14484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/DynamicTheme.javaþ þþ þþ þ0þ þ1þ þST14444þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDynamicTheme.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ28762þ þfcf6b12c88344b0fbbd01a8014a94a7dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14484.javaþ þþ

þST14485þ þST14485þ þST14485þ þST14485þ þST14485þ þST14485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MCTButtonUI.javaþ þþ þþ þ0þ þ1þ þST14456þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTButtonUI.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4
631þ þebe698d12de965700c527f70a9d346c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14485.javaþ þþ

þST14486þ þST14486þ þST14486þ þST14486þ þST14486þ þST14486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MCTComboBoxUI.javaþ þþ þþ þ0þ þ1þ þST14459þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMCTComboBoxUI.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ2411þ þ440acbf27a91b6d0d84b234d29bb0318þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14486.javaþ þþ
þST14487þ þST14487þ þST14487þ þST14487þ þST14487þ þST14487þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MCTLookAndFeel.javaþ þþ þþ þ0þ þ1þ þST14461þ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þMCTLookAndFeel.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ17291þ þ1d3fad0fc76e7913047286c4f46c3f58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14487.javaþ þþ
þST14488þ þST14488þ þST14488þ þST14488þ þST14488þ þST14488þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MCTTabbedPaneUI.javaþ þþ þ0þ þ1þ þST14468þ
þþ þþ þþ þþ þþ þþ þþ þþ þMCTTabbedPaneUI.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ10078þ þ55869187163bd6981dc89c99f25a2b16þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14488.javaþ þþ
þST14489þ þST14489þ þST14489þ þST14489þ þST14489þ þST14489þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MCTToggleButtonUI.javaþ þþ þþ þ0þ þ1þ þST14474
þ þ þþ þþ þþ þþ þþ þþ þþ þMCTToggleButtonUI.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ2018þ þbfc21030c7fb6904cc6a4c15a00406abþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14489.javaþ þþ
þST14490þ þST14490þ þST14490þ þST14490þ þST14490þ þST14490þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MoodyBlueTheme.javaþ þþ þþ þ0þ þ1þ þST14476þ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þMoodyBlueTheme.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ1253þ þ8a8e4835aca9193bcbda673fb0aa8249þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14490.javaþ þþ
þST14491þ þST14491þ þST14491þ þST14491þ þST14491þ þST14491þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/MutableColor.javaþ þþ þþ þ0þ þ1þ þST14477þ þþ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þMutableColor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ3267þ þ6c4cc41195d0298f286f72fd040490ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14491.javaþ þþ
þST14492þ þST14492þ þST14492þ þST14492þ þST14492þ þST14492þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/OvalBorder.javaþ þþ þþ þ0þ þ1þ þST14479þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þOvalBorder.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ165
7þ þ762d5559639da5b0c14b914cffd558f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14492.javaþ þþ
þST14493þ þST14493þ þST14493þ þST14493þ þST14493þ þST14493þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/look/TestTheme.javaþ þþ þþ þ0þ þ1þ þST14481þ þþ þþ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þTestTheme.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ399þ
þ47a8c2a2375cbf6d44c8edf45147de41þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14493.javaþ þþ

þST14494þ þST14494þ þST14494þ þST14494þ þST14494þ þST14494þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/look/WhiteSatinTheme.javaþ þþ þþ þ0þ þ1þ þST14482þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWhiteSatinTheme.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1737þ þab6b9c490b65f742e53bba4b0498c2abþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14494.javaþ þþ þST14495þ þST14495þ þST14495þ þST14495þ þST14495þ þST14495þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/markets/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ740þ þca4ed9d0ad122dcfe227dc2708b60b01þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14495.txtþ þTEXT\0001\ST14495.txtþ
þST14496þ þST14496þ þST14497þ þST14496þ þST14497þ þST14496þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/markets/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ06/24/2008þ þ00:00:00þ þ2008-06-24T00:00:00-04:00þ þ1214280000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ764þ þ42adaf9d740322cb1a4cd59ab5d8ddcfþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14496.txtþ þTEXT\0001\ST14496.txtþ
þST14498þ þST14498þ þST14498þ þST14498þ þST14498þ þST14498þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/markets/.svn/text-base/IMarketChangeListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14504þ þþ þþ þþ þþ þþ þþ þþ þ08/15/2007þ þ00:00:00þ þ2007-08-15T00:00:00-04:00þ þ1187150400þ þIMarketChangeListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ415þ þ74285c7c7492727fec03f598578c8038þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14498.txtþ þTEXT\0001\ST14498.txtþ
þST14499þ þST14499þ þST14500þ þST14499þ þST14500þ þST14499þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/markets/.svn/text-base/MarketCheckBox.java.svn-baseþ þþ þ0þ þ1þ þST14505þ þþ þþ þþ þþ þþ þþ þþ þ09/20/2007þ þ00:00:00þ þ2007-09-20T00:00:00-04:00þ þ1190260800þ þMarketCheckBox.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2257þ þ6424ce03be308caf9067466aaa076bd94þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14499.txtþ þTEXT\0001\ST14499.txtþ
þST14501þ þST14501þ þST14501þ þST14501þ þST14501þ þST14501þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/markets/.svn/text-base/MarketCheckBoxForm.form.svn-baseþ þþ þþ þ0þ þ1þ þST14506þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBoxForm.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2376þ þ2366a334f2789b0643ebd9b2c7278829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14501.xmlþ þþ
þST14502þ þST14502þ þST14503þ þST14502þ þST14503þ þST14502þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/markets/.svn/text-base/MarketCheckBoxForm.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST14507þ þþ þþ þþþ þþ þþ þþ þþ þþ þ08/15/2007þ þ00:00:00þ þ2007
-08-15T00:00:00-04:00þ þ1187150400þ þMarketCheckBoxForm.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ3540þ þ404ada1160fe278b84c2db71a9374e6eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14502.txtþ þTEXT\0001\ST14502
.txtþ

þST14504þ þST14504þ þST14504þ þST14504þ þST14504þ þST14504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/markets/IMarketChangeListener.javaþ þþ þþ þ0þ þ1þ þ
ST14498þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMarketChangeListener.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ415þ þ74285c7c7492727fec03f598578c8038þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14504.javaþ þþ
þST14505þ þST14505þ þST14505þ þST14505þ þST14505þ þST14505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/markets/MarketCheckBox.javaþ þþ þþ þ0þ þ1þ þST14499
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBox.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ2257þ þ6424ce03be308caf9067466aa076bd94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14505.javaþ þþ
þST14506þ þST14506þ þST14506þ þST14506þ þST14506þ þST14506þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/markets/MarketCheckBoxForm.formþ þþ þþ þ0þ þ1þ þST1
4501þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBoxForm.formþ þ.XMLþ þapplicat
ion/xmlþ þþ þ2376þ þ2366a334f2789b0643ebd9b2c7278829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14506.xmlþ þþ
þST14507þ þST14507þ þST14507þ þST14507þ þST14507þ þST14507þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/markets/MarketCheckBoxForm.javaþ þþ þþ þ0þ þ1þ þST1
4502þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketCheckBoxForm.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3540þ þ404ada1160fe278b84c2db71a9374e6eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14507.javaþ þþ
þST14508þ þST14508þ þST14509þ þST14508þ þST14509þ þST14508þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ3091þ þe88e35ec1bb7a83369eba0d6a6eb9e90þ þ2þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14508.t
xtþ þTEXT\0001\ST14508.txtþ
þST14510þ þST14510þ þST14514þ þST14510þ þST14514þ þST14510þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ07/20/2011þ þ00:00:00þ þ2011-07-20T00:00:00-04:00þ þ1311134400þ þen
triesþ þ.TXTþ þtext/plainþ þþ þ2826þ þdae86ea44d04a1e7281d248038d0ade7þ þ5þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14510.txtþ þTEXT\0001\ST14510.txtþ

þST14515þ þST14515þ þST14519þ þST14515þ þST14519þ þST14515þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/DecoratedFrameMng.java
.svn-baseþ þþ þþ þ0þ þ1þ þST14554þ þþ þDecoratedFrame
Mng.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8679þ þa4fd2cd47961e278841b95d7afb322c1þ þ
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14515.txtþ þTEXT\0001\ST14515.txtþ
þST14520þ þST14520þ þST14520þ þST14520þ þST14520þ þST14520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IComponentHiddenShownL
istener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIC
omponentHiddenShownListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ302þ þ15e05ab65b0e
cf27b3d7570c6a9fecfcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0003\ST14520.txtþ þTEXT\0001\ST14520.txtþ
þST14521þ þST14521þ þST14521þ þST14521þ þST14521þ þST14521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IDecoratedFrameMngSave
DefaultActionEvent.java.svn-baseþ þþ þþ þ0þ þ1þ þST14564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þIDecoratedFrameMngSaveDefaultActionEvent.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ276þ þ8679f2ff14217e174aa8d2b322c8e527þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14521.txtþ þ
TEXT\0001\ST14521.txtþ
þST14522þ þST14522þ þST14522þ þST14522þ þST14522þ þST14522þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IMenuListener.java.svn
-baseþ þþ þþ þ0þ þ1þ þST14565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMenuListener.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ646þ þb26272a80438498dbb091255ffd9533eþ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14522.
txtþ þTEXT\0001\ST14522.txtþ
þST14523þ þST14523þ þST14523þ þST14523þ þST14523þ þST14523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IMultiViewerManager.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST14566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/06/2007þ þ00:00:00þ
þ2007-09-06T00:00:00-04:00þ þ1189051200þ þIMultiViewerManager.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ390þ þ76b370bc47954448d424e2c56b969060þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14523.txtþ þTEXT\0001\ST
14523.txtþ
þST14524þ þST14524þ þST14524þ þST14524þ þST14524þ þST14524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IPanelSelectMarket.jav
a.svn-baseþ þþ þþ þ0þ þ1þ þST14567þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/26/2007þ þ00:00:00þ þ
2007-09-26T00:00:00-04:00þ þ1190779200þ þIPanelSelectMarket.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ638þ þ55e3d2c71d35b4ab87f982eaa6b718ffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14524.txtþ þTEXT\0001\ST14

524.txtþ
þST14525þ þST14525þ þST14525þ þST14525þ þST14525þ þST14525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IPanelSelectNewsType.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST14568þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/07/2007þ þ00:00:00
þ þ2007-10-07T00:00:00-04:00þ þ1191729600þ þIPanelSelectNewsType.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ486þ þ4cf4d5984cb61b028e8b6c24680efed2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14525.txtþ þTEXT\0001
\ST14525.txtþ
þST14526þ þST14526þ þST14526þ þST14526þ þST14526þ þST14526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IPanelSelectPriceVolum
e.java.svn-baseþ þþ þþ þ0þ þ1þ þST14569þ þþ þþ þþ þþ þþ þþ þþ þ10/18/2007þ þ00:00
:00þ þ2007-10-18T00:00:00-04:00þ þ1192680000þ þIPanelSelectPriceVolume.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ1044þ þ9d1adcbfaaa159aa759f0902d8e5bbc4þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14526.txtþ þTEX
T\0001\ST14526.txtþ
þST14527þ þST14527þ þST14527þ þST14527þ þST14527þ þST14527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IPanelSelectWatchlistO
nly.java.svn-baseþ þþ þþ þ0þ þ1þ þST14570þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/03/2007þ þ00:
00:00þ þ2007-11-03T00:00:00-04:00þ þ1194062400þ þIPanelSelectWatchlistOnly.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ561þ þ9fcf673af2034ad0e5dd9cab16104591þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14527.txtþ þ
TEXT\0001\ST14527.txtþ
þST14528þ þST14528þ þST14528þ þST14528þ þST14528þ þST14528þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/ISettingShowable.java.
svn-baseþ þþ þþ þ0þ þ1þ þST14571þ þþ þþ þþ þþ þþ þþ þþ þþ þISettingShowabl
e.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ253þ þ16ce573c4501186e3bb14e91a095d02dþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST
14528.txtþ þTEXT\0001\ST14528.txtþ
þST14529þ þST14529þ þST14529þ þST14529þ þST14529þ þST14529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/ITabbedPaneComponent.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST14572þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/11/2007þ þ00:00:00
þ þ2007-10-11T00:00:00-04:00þ þ1192075200þ þITabbedPaneComponent.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ407þ þ47c6d61943eeb0f5bb15339f2feaa4e5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14529.txtþ þTEXT\0001
\ST14529.txtþ
þST14530þ þST14530þ þST14530þ þST14530þ þST14530þ þST14530þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/IViewerPanelListener.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST14573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIViewerPane

lListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ347þ þ451522a6f560223e9da8ad97f6c887
b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14530.txtþ þTEXT\0001\ST14530.txtþ

þST14531þ þST14531þ þST14532þ þST14531þ þST14532þ þST14531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/MouseDragAdapter.java.
svn-baseþ þþ þþ þ0þ þ1þ þST14574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapte
r.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2416þ þf4478c0e467f96fbd24528dfe66e2dc9þ þ2þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14531.txtþ þTEXT\0001\ST14531.txtþ

þST14533þ þST14533þ þST14534þ þST14534þ þST14533þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/MultiviewerComponentPa
nel.java.svn-baseþ þþ þþ þ0þ þ1þ þST14575þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/19/2007þ þ00:
00:00þ þ2007-11-19T00:00:00-05:00þ þ1195448400þ þMultiviewerComponentPanel.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ3077þ þdaf16996285ef173c503cf499fe7f6a5þ þ2þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14533.txtþ
þTEXT\0001\ST14533.txtþ

þST14535þ þST14535þ þST14539þ þST14535þ þST14539þ þST14535þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/MultiViewerController.
java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/01/2007þ þ00:00:00þ þ2007
-08-01T00:00:00-04:00þ þ1185940800þ þMultiViewerController.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ8978þ þc841eec0e449075af982d7d39f4c8533þ þ5þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14535.txtþ þTEXT\0001\ST14
535.txtþ

þST14540þ þST14540þ þST14540þ þST14540þ þST14540þ þST14540þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/Topic.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST14709þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopic.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1657þ þ808111e5f7944a7fb4203e28854369f4þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14540.txtþ
þTEXT\0001\ST14540.txtþ

þST14541þ þST14541þ þST14541þ þST14541þ þST14541þ þST14541þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/ViewerPanel.form.svn-b
aseþ þþ þþ þ0þ þ1þ þST14723þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel.form.svn
-baseþ þ.XMLþ þapplication/xmlþ þþ þ23405þ þfcf458227511527794d3ad3d4ee29175þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14541
.xmlþ þþ

þST14542þ þST14542þ þST14553þ þST14542þ þST14553þ þST14542þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/.svn/text-base/ViewerPanel.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST14724þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/01/2008þ þ00:00:00þ þ2008-04

-01T00:00:00-04:00þ þ1207022400þ þViewerPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ
26438þ þ486a066db2ddb69d7e0187a6733d5380þ þ12þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14542.txtþ þTEXT\0001\ST14542.txtþ
þST14554þ þST14554þ þST14554þ þST14554þ þST14554þ þST14554þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/DecoratedFrameMng.javaþ þþ þþ þ0þ þ1þ þ
ST14515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDecoratedFrameMng.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ8679þ þa4fd2cd47961e278841b95d7afb322c1þ þ0þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14554.javaþ þþ
þST14555þ þST14555þ þST14555þ þST14555þ þST14555þ þST14555þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ585þ þ29fc0dd834ed55144e91580431b02c3dþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14555.tx
tþ þTEXT\0001\ST14555.txtþ
þST14556þ þST14556þ þST14556þ þST14556þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ05/19/2009þ þ00:00:00þ þ2009-05-19T00:00:00-04:00þ þ12427056
0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ623þ þ9f2f4f60b435f57f99620648ac1bb0ebþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1455
6.txtþ þTEXT\0001\ST14556.txtþ
þST14557þ þST14557þ þST14557þ þST14557þ þST14557þ þST14557þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/.svn/text-base/HelpPanel.form.sv
n-baseþ þþ þþ þ0þ þ1þ þST14560þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHelpPanel.form.sv
n-baseþ þ.XMLþ þapplication/xmlþ þþ þ4893þ þ7dc3cc3f6fe3dd782ac1df75d0bcbea7þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14557
.xmlþ þþ
þST14558þ þST14558þ þST14558þ þST14558þ þST14558þ þST14558þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/.svn/text-base/HelpPanel.java.sv
n-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/14/2008þ þ00:00:00þ þ2008-05-14T
00:00:00-04:00þ þ1210737600þ þHelpPanel.java.svn-baseþ þ.HTMLþ þtext/htmlþ þþ þ69469þ
þb74188a0c022d8e5dff374a9755b38f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14558.htmlþ þTEXT\0001\ST14558.txtþ
þST14559þ þST14559þ þST14559þ þST14559þ þST14559þ þST14559þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/.svn/text-base/IHelpPanelListene
r.java.svn-baseþ þþ þþ þ0þ þ1þ þST14562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHelpPan
elListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ299þ þ612ba059596d34dbce11cdc7f6bc7
befþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST14559.txtþ þTEXT\0001\ST14559.txtþ

þST14560þ þST14560þ þST14560þ þST14560þ þST14560þ þST14560þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/HelpPanel.formþ þþ þþ þ0þ þ1þ þST1
4557þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHelpPanel.formþ þ.XMLþ þapplication/xmlþ þ
þ þ4893þ þ7dc3cc3f6fe3dd782ac1df75d0bcbea7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14560.xmlþ þþ
þST14561þ þST14561þ þST14561þ þST14561þ þST14561þ þST14561þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/HelpPanel.javaþ þþ þþ þ0þ þ1þ þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þHelpPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ
5011þ þ34ebd6e4051d6871905cdb2da30277e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14561.javaþ þþ
þST14562þ þST14562þ þST14562þ þST14562þ þST14562þ þST14562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/help/IHelpPanelListener.javaþ þþ þþ þ0
þ þ1þ þST14559þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHelpPanelListener.javaþ þ.JAVAþ
 þtext/x-
java-sourceþ þþ þ299þ þ612ba059596d34dbce11cdc7f6bc7befþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14562.javaþ þþ
þST14563þ þST14563þ þST14563þ þST14563þ þST14563þ þST14563þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IComponentHiddenShownListener.javaþ þ
þ þþ þ0þ þ1þ þST14520þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIComponentHiddenShownList
ener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ302þ þ15e05ab65b0ecf27b3d7570c6a9fecfcþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14563.javaþ þþ
þST14564þ þST14564þ þST14564þ þST14564þ þST14564þ þST14564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IDecoratedFrameMngSaveDefaultActionEv
ent.javaþ þþ þþ þ0þ þ1þ þST14521þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDecoratedFrame
MngSaveDefaultActionEvent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ276þ þ8679f2ff14217e
174aa8d2b322c8e527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0003\ST14564.javaþ þþ
þST14565þ þST14565þ þST14565þ þST14565þ þST14565þ þST14565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IMenuListener.javaþ þþ þþ þ0þ þ1þ þST14
522þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMenuListener.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ646þ þb26272a80438498dbb091255ffd9533eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14565.javaþ þþ
þST14566þ þST14566þ þST14566þ þST14566þ þST14566þ þST14566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IMultiViewerManager.javaþ þþ þþ þ0þ þ1
þ þST14523þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMultiViewerManager.javaþ þ.JAVAþ þt

ext/x-java-sourceþ þþ þ390þ þ76b370bc47954448d424e2c56b969060þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14566.javaþ þþ
þST14567þ þST14567þ þST14567þ þST14567þ þST14567þ þST14567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IPanelSelectMarket.javaþ þþ þþ þ0þ þ1þ
þST14524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectMarket.javaþ þ.JAVAþ þtex
t/x-java-sourceþ þþ þ638þ þ55e3d2c71d35b4ab87f982eaa6b718ffþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14567.javaþ þþ
þST14568þ þST14568þ þST14568þ þST14568þ þST14568þ þST14568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IPanelSelectNewsType.javaþ þþ þþ þ0þ þ
1þ þST14525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectNewsType.javaþ þ.JAVAþ
þtext/x-java-sourceþ þ486þ þ4cf4d5984cb61b028e8b6c24680efed2þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14568.javaþ þþ
þST14569þ þST14569þ þST14569þ þST14569þ þST14569þ þST14569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IPanelSelectPriceVolume.javaþ þþ þþ þ0
þ þ1þ þST14526þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectPriceVolume.javaþ þ.
JAVAþ þtext/x-java-sourceþ þ1044þ þ9d1adcbfaaa159aa759f0902d8e5bbc4þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14569.java
þ þþ

þST14570þ þST14570þ þST14570þ þST14570þ þST14570þ þST14570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IPanelSelectWatchlistOnly.javaþ þþ þþ
þ0þ þ1þ þST14527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelSelectWatchlistOnly.jav
aþ þ.JAVAþ þtext/x-java-sourceþ þ561þ þ9fcf673af2034ad0e5dd9cab16104591þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14570.j
avaþ þþ

þST14571þ þST14571þ þST14571þ þST14571þ þST14571þ þST14571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/ISettingShowable.javaþ þþ þþ þ0þ þ1þ þS
T14528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISettingShowable.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ253þ þ16ce573c4501186e3bb14e91a095d02dþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14571.javaþ þþ

þST14572þ þST14572þ þST14572þ þST14572þ þST14572þ þST14572þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/ITabbedPaneComponent.javaþ þþ þþ þ0þ þ
1þ þST14529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITabbedPaneComponent.javaþ þ.JAVAþ
þtext/x-java-sourceþ þþ þ407þ þ47c6d61943eeb0f5bb15339f2feaa4e5þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14572.javaþ þþ
þST14573þ þST14573þ þST14573þ þST14573þ þST14573þ þST14573þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/IViewerPanelListener.javaþ þþ þþ þ0þ þ

1þ þST14530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIViewerPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ347þ þ451522a6f560223e9da8ad97f6c887b7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14573.javaþ þþ þST14574þ þST14574þ þST14574þ þST14574þ þST14574þ þST14574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/MouseDragAdapter.javaþ þþ þþ þ0þ þ1þ þST14531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2416þ þf4478c0e467f96fbd24528dfe66e2dc9þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14574.javaþ þþ þST14575þ þST14575þ þST14575þ þST14575þ þST14575þ þST14575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/MultiviewerComponentPanel.javaþ þþ þþ þ0þ þ1þ þST14533þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerComponentPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3077þ þdaf16996285ef173c503cf499fe7f6a5þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14575.javaþ þþ þST14576þ þST14576þ þST14576þ þST14576þ þST14576þ þST14576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/MultiViewerController.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiViewerController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8991þ þab45e87b373990b71628deda96f20b1bþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14576.javaþ þþ þST14577þ þST14577þ þST14577þ þST14577þ þST14577þ þST14577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ659þ þb1aded50a3677743a76f08cc1fee9c59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14577.txtþ þTEXT\0001\ST14577.txtþ þST14578þ þST14578þ þST14579þ þST14578þ þST14579þ þST14578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/29/2011þ þ00:00:00þ þ2011-06-29T00:00:00-04:00þ þ1309320000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ691þ þ9d171af67704d099cdd9907d2bf64b38þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14578.txtþ þTEXT\0001\ST14578.txtþ þST14580þ þST14580þ þST14580þ þST14580þ þST14580þ þST14580þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/.svn/text-base/INonUniversePanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14588þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/09/2007þ þ00:00:00þ þ2007-10-09T00:00:00-04:00þ þ1191902400þ þINonUniversePanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ495þ þ89d8685c41a1072ada6bfa369397ac00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14580.txtþ þTEXT\0001\ST14580.txtþ þST14581þ þST14581þ þST14581þ þST14581þ þST14581þ þST14581þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/.svn/text-base/NonUniversePanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST14589þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ12657þ þ80218e7a51e8751da9220b5bef911bafþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14581.xmlþ þþ

þST14582þ þST14582þ þST14587þ þST14582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/.svn/text-base/NonUniversePanel.java.svn-baseþ þþ þþ þ1þ þST14590þ þþ þþ þST14590þ þþ þ07/27/2007þ þ00:00:00þ þ2007-07-27T00:00:00-04:00þ þ1185508800þ þNonUniversePanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ13819þ þf4626251da7d16b89957688e7cd1a30cþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14582.txtþ þTEXT\0001\ST14582.txtþ

þST14588þ þST14588þ þST14588þ þST14588þ þST14588þ þST14588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/INonUniversePanelListener.javaþ þþ þþ þ0þ þ1þ þST14580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINonUniversePanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ495þ þ89d8685c41a1072ada6bfa369397ac00þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14588.javaþ þþ

þST14589þ þST14589þ þST14589þ þST14589þ þST14589þ þST14589þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel.formþ þþ þþ þ0þ þ1þ þST14581þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel.formþ þ.XMLþ þapplication/xmlþ þþ þ12657þ þ80218e7a51e8751da9220b5bef911bafþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14589.xmlþ þþ

þST14590þ þST14590þ þST14590þ þST14590þ þST14590þ þST14590þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/nonuniverse/NonUniversePanel.javaþ þþ þþ þ0þ þ1þ þST14582þ þþ þþ þþ þþ þþ þþ þþ þþ þNonUniversePanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ13819þ þf4626251da7d16b89957688e7cd1a30cþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14590.javaþ þþ

þST14591þ þST14591þ þST14591þ þST14591þ þST14591þ þST14591þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1474þ þ28337424b8aa7c73bbfc53fb88ea908eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14591.txtþ þTEXT\0001\ST14591.txtþ

þST14592þ þST14592þ þST14594þ þST14592þ þST14594þ þST14592þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/entriesþ þþ þþ þ0þ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010
-09-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1354þ þ10095e62b
d369c46a6c21cdedb913856þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0003\ST14592.txtþ þTEXT\0001\ST14592.txtþ
þST14595þ þST14595þ þST14595þ þST14595þ þST14595þ þST14595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/FilterInfoPan
el.form.svn-baseþ þþ þþ þ0þ þ1þ þST14686þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterI
nfoPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ1320þ þ51eb35f85d3e2d11ace978ab4
8b2f92fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0003\ST14595.xmlþ þþ
þST14596þ þST14596þ þST14596þ þST14596þ þST14596þ þST14596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/FilterInfoPan
el.java.svn-baseþ þþ þþ þ0þ þ1þ þST14687þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/27/2008þ þ00:0
0:00þ þ2008-10-27T00:00:00-04:00þ þ1225080000þ þFilterInfoPanel.java.svn-baseþ þ.TXT
þ þtext/plainþ þ959þ þ2d7f77758eff68790575548d07930220þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14596.txtþ þTEXT\0001\S
T14596.txtþ
þST14597þ þST14597þ þST14597þ þST14597þ þST14597þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/ISurveyorPane
lListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14688þ þþ þþ þþ þþ þþ þþ þþ þ09/24/2007
þ þ00:00:00þ þ2007-09-24T00:00:00-04:00þ þ1190606400þ þISurveyorPanelListener.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ1063þ þ73c4ee7e8165d6a8bec84bd8023c2294þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14597.t
xtþ þTEXT\0001\ST14597.txtþ
þST14598þ þST14598þ þST14605þ þST14598þ þST14605þ þST14598þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/SurveyorFormV
alidator.java.svn-baseþ þþ þþ þ0þ þ1þ þST14704þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/01/2007þ
þ00:00:00þ þ2007
-10-01T00:00:00-04:00þ þ1191211200þ þSurveyorFormValidator.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ28449þ þ899a07e1c0ce78a1dc2e1af2c759fcd1þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14598.txtþ þTEXT\0001\ST1
4598.txtþ
þST14606þ þST14606þ þST14606þ þST14606þ þST14606þ þST14606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/SurveyorPanel
.form.svn-baseþ þþ þþ þ0þ þ1þ þST14705þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorP
anel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ172251þ þ6a0b3a48194cabca0f75582c87a
66707þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST14606.xmlþ þþ
þST14607þ þST14607þ þST14643þ þST14607þ þST14643þ þST14607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/SurveyorPanel
.java.svn-baseþ þþ þþ þ0þ þ1þ þST14706þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/03/2007þ þ00:00:
00þ þ2007-08-03T00:00:00-04:00þ þ1186113600þ þSurveyorPanel.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ144036þ þe615a27273739837848fa1e9e7cc4727þ þ37þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14607.txtþ þTEXT\0001\S
T14607.txtþ

þST14644þ þST14644þ þST14644þ þST14644þ þST14644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/SurveyorPanel
Pro.form.svn-baseþ þþ þþ þ0þ þ1þ þST14707þ þþ þþ þþ þþ þþ þþ þþ þþ þSurvey
orPanelPro.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ150165þ þf57102745e5fc0fc82498
65841106b0aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0003\ST14644.xmlþ þþ

þST14645þ þST14645þ þST14685þ þST14645þ þST14685þ þST14645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/.svn/text-base/SurveyorPanel
Pro.java.svn-baseþ þþ þþ þ0þ þ1þ þST14708þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/03/2007þ þ00:
00:00þ þ2007-08-03T00:00:00-04:00þ þ1186113600þ þSurveyorPanelPro.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ113710þ þa4e43cd476134cf5c15aa5fdd4c2c8c3þ þ41þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14645.txtþ þTEXT
\0001\ST14645.txtþ

þST14686þ þST14686þ þST14686þ þST14686þ þST14686þ þST14686þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/FilterInfoPanel.formþ þþ þþ þ
0þ þ1þ þST14595þ þþ þþ þþ þþ þþ þþ þþ þFilterInfoPanel.formþ þ.XMLþ þa
pplication/xmlþ þþ þ1320þ þ51eb35f85d3e2d11ace978ab48b2f92fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14686.xmlþ þþ

þST14687þ þST14687þ þST14687þ þST14687þ þST14687þ þST14687þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/FilterInfoPanel.javaþ þþ þþ þ
0þ þ1þ þST14596þ þþ þþ þþ þþ þþ þþ þþ þFilterInfoPanel.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ959þ þ2d7f77758eff68790575548d07930220þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14687.javaþ þþ

þST14688þ þST14688þ þST14688þ þST14688þ þST14688þ þST14688þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/ISurveyorPanelListener.javaþ
þþ þþ þ0þ þ1þ þST14597þ þþ þþ þþ þþ þþ þþ þþ þISurveyorPanelListener.j
avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1063þ þ73c4ee7e8165d6a8bec84bd8023c2294þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14688.javaþ þþ

þST14689þ þST14689þ þST14689þ þST14689þ þST14689þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/.svn/all-wcpropsþ þþ þþ þ

0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ77
1þ þd43cd8f2cd8899fe570769b7c1ce237eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14689.txtþ þTEXT\0001\ST14689.txtþ
þST14690þ þST14690þ þST14691þ þST14690þ þST14691þ þST14690þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/.svn/entriesþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00-04:00þ þ1
283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ752þ þ866145d478819afde76d3e6fb3bfd31cþ þ
2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14690.txtþ þTEXT\0001\ST14690.txtþ
þST14692þ þST14692þ þST14692þ þST14692þ þST14692þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/.svn/text-base/ILogPanel
Listener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þI
LogPanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ266þ þ743e78d1ec8aef1433fb86a
5fb84e21dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0003\ST14692.txtþ þTEXT\0001\ST14692.txtþ
þST14693þ þST14693þ þST14693þ þST14693þ þST14693þ þST14693þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/.svn/text-base/LogPanel.
form.svn-baseþ þþ þþ þ0þ þ1þ þST14701þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.f
orm.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3166þ þ5aa28fcad5291a9ac114cb84e74ea2f6þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14693.xmlþ þþ
þST14694þ þST14694þ þST14697þ þST14694þ þST14697þ þST14694þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/.svn/text-base/LogPanel.
java.svn-baseþ þþ þþ þ0þ þ1þ þST14702þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/19/2008þ þ00:00:0
0þ þ2008-09-19T00:00:00-04:00þ þ1221796800þ þLogPanel.java.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ7505þ þc37be63890c874183f418a796b5dc339þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14694.txtþ þTEXT\0001\ST14694.t
xtþ
þST14698þ þST14698þ þST14699þ þST14698þ þST14699þ þST14698þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/.svn/text-base/LogRowObj
.java.svn-baseþ þþ þþ þ0þ þ1þ þST14703þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogRowObj
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2184þ þ25dd031ac27160cf9f89b5a7a9e5dc89þ þ2þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST
14698.txtþ þTEXT\0001\ST14698.txtþ
þST14700þ þST14700þ þST14700þ þST14700þ þST14700þ þST14700þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/ILogPanelListener.javaþ
þþ þþ þ0þ þ1þ þST14692 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILogPanelListener.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ266þ þ743e78d1ec8aef1433fb86a5fb84e21dþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14700.java
þ þþ

þST14701þ þST14701þ þST14701þ þST14701þ þST14701þ þST14701þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/LogPanel.formþ þþ þþ þ0þ
þ1þ þST14693þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.formþ þ.XMLþ þapplication
/xmlþ þþ þ3166þ þ5aa28fcad5291a9ac114cb84e74ea2f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14701.xmlþ þþ

þST14702þ þST14702þ þST14702þ þST14702þ þST14702þ þST14702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/LogPanel.javaþ þþ þþ þ0þ
þ1þ þST14694þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ7505þ þc37be63890c874183f418a796b5dc339þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14702.javaþ þþ

þST14703þ þST14703þ þST14703þ þST14703þ þST14703þ þST14703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/log/LogRowObj.javaþ þþ þþ þ0þ
 þ1þ þST14698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogRowObj.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ2184þ þ25dd031ac27160cf9f89b5a7a9e5dc89þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14703.javaþ þþ

þST14704þ þST14704þ þST14704þ þST14704þ þST14704þ þST14704þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/SurveyorFormValidator.javaþ
þþ þþ þ0þ þ1þ þST14598þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorFormValidator.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ28449þ þ899a07e1c0ce78a1dc2e1af2c759fcd1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14704.javaþ þþ

þST14705þ þST14705þ þST14705þ þST14705þ þST14705þ þST14705þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel.formþ þþ þþ þ0þ
 þ1þ þST14606þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel.formþ þ.XMLþ þappli
cation/xmlþ þþ þ172251þ þ6a0b3a48194cabca0f75582c87a66707þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14705.xmlþ þþ

þST14706þ þST14706þ þST14706þ þST14706þ þST14706þ þST14706þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanel.javaþ þþ þþ þ0þ
 þ1þ þST14607þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanel.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ144036þ þe615a27273739837848fa1e9e7cc4727þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14706.javaþ þþ

þST14707þ þST14707þ þST14707þ þST14707þ þST14707þ þST14707þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro.formþ þþ þþ
þ0þ þ1þ þST14644þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro.formþ þ.XMLþ

þapplication/xmlþ þþ þ150165þ þf57102745e5fc0fc8249865841106b0aþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14707.xmlþ þþ
þST14708þ þST14708þ þST14708þ þST14708þ þST14708þ þST14708þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/surveyor/SurveyorPanelPro.javaþ þþ þþ
þ0þ þ1þ þST14645þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSurveyorPanelPro.javaþ þ.JAVAþ
 þtext/x-
java-sourceþ þþ þ113710þ þa4e43cd476134cf5c15aa5fdd4c2c8c3þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14708.javaþ þþ
þST14709þ þST14709þ þST14709þ þST14709þ þST14709þ þST14709þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/Topic.javaþ þþ þþ þ0þ þ1þ þST14540þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopic.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1657þ þ
808111e5f7944a7fb4203e28854369f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14709.javaþ þþ
þST14710þ þST14710þ þST14710þ þST14710þ þST14710þ þST14710þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ645þ þedfbe
4ce34b9f3f9be42aba9c10261e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0003\ST14710.txtþ þTEXT\0001\ST14710.txtþ
þST14711þ þST14711þ þST14711þ þST14711þ þST14711þ þST14711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þ06/24/2008þ þ00:00:00þ þ2008
-06-24T00:00:00-04:00þ þ1214280000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ652þ þ8956828b6f
5905bb37c18dd7f7094904þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0003\ST14711.txtþ þTEXT\0001\ST14711.txtþ
þST14712þ þST14712þ þST14712þ þST14712þ þST14712þ þST14712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/.svn/text-base/ExpressionBuilderF
rame.form.svn-baseþ þþ þþ þ0þ þ1þ þST14720þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpre
ssionBuilderFrame.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ12886þ þ6be3afbd7ad37b5
86f2a21bb304dc74þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0003\ST14712.xmlþ þþ
þST14713þ þST14713þ þST14718þ þST14713þ þST14718þ þST14713þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/.svn/text-base/ExpressionBuilderF
rame.java.svn-baseþ þþ þþ þ0þ þ1þ þST14721þ þþ þþ þþ þþ þþ þþ þþ þ03/10/2008þ þ00
:00:00þ þ2008-03-10T00:00:00-04:00þ þ1205121600þ þExpressionBuilderFrame.java.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ14937þ þ6f4a56faa3289d3220f053ca9173719cþ þ6þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14713.txtþ þ
TEXT\0001\ST14713.txtþ
þST14719þ þST14719þ þST14719þ þST14719þ þST14719þ þST14719þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/.svn/text-base/IExpressionBuilderFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST14722þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIExpressionBuilderFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ444þ þba8b43c29e8264627188c0d79e71e742þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14719.txtþ þTEXT\0001\ST14719.txtþ

þST14720þ þST14720þ þST14720þ þST14720þ þST14720þ þST14720þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame.formþ þþ þþ þ0þ þ1þ þST14712þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ12886þ þ6be3afbd7ad37b586f2a21bb304dc74bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14720.xmlþ þþ

þST14721þ þST14721þ þST14721þ þST14721þ þST14721þ þST14721þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/ExpressionBuilderFrame.javaþ þþ þþ þ0þ þ1þ þST14713þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExpressionBuilderFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ14937þ þ6f4a56faa3289d3220f053ca9173719cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14721.javaþ þþ

þST14722þ þST14722þ þST14722þ þST14722þ þST14722þ þST14722þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/udv/IExpressionBuilderFrame.javaþ þþ þþ þ0þ þ1þ þST14719þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIExpressionBuilderFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ444þ þba8b43c29e8264627188c0d79e71e742þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14722.javaþ þþ

þST14723þ þST14723þ þST14723þ þST14723þ þST14723þ þST14723þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/ViewerPanel.formþ þþ þþ þ0þ þ1þ þST14541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ23405þ þfcf458227511527794d3ad3d4ee29175þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14723.xmlþ þþ

þST14724þ þST14724þ þST14724þ þST14724þ þST14724þ þST14724þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/multiviewer/ViewerPanel.javaþ þþ þþ þ0þ þ1þ þST14542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þViewerPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ26438þ þ486a066db2ddb69d7e0187a6733d5380þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14724.javaþ þþ

þST14725þ þST14725þ þST14725þ þST14725þ þST14725þ þST14725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/newfeat/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ418þ þ1431a26ba2792d

66cc8487282f8ee1a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0003\ST14725.txtþ þTEXT\0001\ST14725.txtþ

þST14726þ þST14726þ þST14726þ þST14726þ þST14726þ þST14726þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/newfeat/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/05/2010þ þ00:00:00þ þ2010-04-05T00:00:00-04:00þ þ1270440000þ þentrie sþ þ.TXTþ þtext/plainþ þþ þ502þ þf2310ed6db91039d8601d754736d0327þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14726.txtþ þTEX T\0001\ST14726.txtþ

þST14727þ þST14727þ þST14727þ þST14727þ þST14727þ þST14727þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/newfeat/.svn/text-base/NewFeaturesFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST14731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame.fo rm.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ5108þ þ1838436a21d2a1ece49fbb092b340d07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST 14727.xmlþ þþ

þST14728þ þST14730þ þST14728þ þST14730þ þST14728þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/newfeat/.svn/text-base/NewFeaturesFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST14732þ þþ þþ þþ þþ þþ þþ þþ þ11/11/2008þ þ00:00:00þ þ2008-1 1-11T00:00:00-05:00þ þ1226379600þ þNewFeaturesFrame.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ4580þ þc0095eef2b0f9f79861a366aef31f85dþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14728.txtþ þTEXT \0001\ST14728.txtþ

þST14731þ þST14731þ þST14731þ þST14731þ þST14731þ þST14731þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/newfeat/NewFeaturesFrame.formþ þþ þþ þ0þ þ1þ þST147 27þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame.formþ þ.XMLþ þapplication/ xmlþ þþ þ5108þ þ1838436a21d2a1ece49fbb092b340d07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14731.xmlþ þþ

þST14732þ þST14732þ þST14732þ þST14732þ þST14732þ þST14732þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/newfeat/NewFeaturesFrame.javaþ þþ þþ þ0þ þ1þ þST147 28þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewFeaturesFrame.javaþ þ.JAVAþ þtext/x-java -sourceþ þþ þ4580þ þc0095eef2b0f9f79861a366aef31f85dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14732.javaþ þþ

þST14733þ þST14733þ þST14733þ þST14733þ þST14733þ þST14733þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/popupmenu/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ414þ þa42a99725b8 1a5078b23390917260883þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0003\ST14733.txtþ þTEXT\0001\ST14733.txtþ

þST14734þ þST14734þ þST14734þ þST14734þ þST14734þ þST14734þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/popupmenu/.svn/entriesþþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þ06/24/2008þ þ00:00:00þ þ2008-06-24T00:00:00-04:00þ þ1214280000þ þent
riesþ þ.TXTþ þtext/plainþ þþ þ490þ þ88407c23a28b7a2ecbc346fa2da47c83þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14734.txtþ þTEXT\0001\ST
TEXT\0001\ST14734.txtþ

þST14735þ þST14735þ þST14735þ þST14735þ þST14735þ þST14735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/popupmenu/.svn/text-base/IPopupMenuListener.java.
svn-baseþ þþ þþ þ0þ þ1þ þST14737þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/27/2007þ þ00:00:00þ þ20
07-08-27T00:00:00-04:00þ þ1188187200þ þIPopupMenuListener.java.svn-baseþ þ.TXTþ þtex
t/plainþ þ373þ þ95cae05942a06f782ccec7666a080afaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14735.txtþ þTEXT\0001\ST1473
5.txtþ

þST14736þ þST14736þ þST14736þ þST14736þ þST14736þ þST14736þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/popupmenu/.svn/text-base/PopupMenu.java.svn-baseþ
þþ þþ þ0þ þ1þ þST14738þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/22/2007þ þ00:00:00þ þ2007-08-22T
00:00:00-04:00þ þ1187755200þ þPopupMenu.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ921þ þ8
54c108d4fd281e45ba16da4e732a017þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14736.txtþ þTEXT\0001\ST14736.txtþ

þST14737þ þST14737þ þST14737þ þST14737þ þST14737þ þST14737þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/popupmenu/IPopupMenuListener.javaþ þþ þþ þ0þ þ1þ þS
T14735þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPopupMenuListener.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ373þ þ95cae05942a06f782ccec7666a080afaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14737.javaþ þþ

þST14738þ þST14738þ þST14738þ þST14738þ þST14738þ þST14738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/popupmenu/PopupMenu.javaþ þþ þþ þ0þ þ1þ þST14736þ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ
921þ þ854c108d4fd281e45ba16da4e732a017þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14738.javaþ þþ

þST14739þ þST14739þ þST14739þ þST14739þ þST14739þ þST14739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reports/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ446þ þaed0182e99d494
d57bd6c380e96445faþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE
þ þTRUEþ þNATIVES\0003\ST14739.txtþ þTEXT\0001\ST14739.txtþ

þST14740þ þST14740þ þST14740þ þST14740þ þST14740þ þST14740þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reports/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ10/31/2008þ þ00:00:00þ þ2008-10-31T00:00:00-04:00þ þ1225425600þ þentrie
sþ þ.TXTþ þtext/plainþ þþ þ507þ þ1b7a3892aaaff5fff024fb13f94898f4þ þ1þ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14740.txtþ þTEX
T\0001\ST14740.txtþ
þST14741þ þST14741þ þST14741þ þST14741þ þST14741þ þST14741þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reports/.svn/text-base/EndOfMarketsReportPanel.fo
rm.svn-baseþ þþ þþ þ0þ þ1þ þST14747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEndOfMarkets
ReportPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ6477þ þf99f1f2351d43deace265c
f37da703bcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0003\ST14741.xmlþ þþ
þST14742þ þST14742þ þST14746þ þST14742þ þST14746þ þST14742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reports/.svn/text-base/EndOfMarketsReportPanel.ja
va.svn-baseþ þþ þ1þ þST14748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/31/2008þ þ00:00:00þ
þ2008-10-31T00:00:00-04:00þ þ1225425600þ þEndOfMarketsReportPanel.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ10636þ þ6414460839fba23251d69cbfd4058844þ þ5þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14742.txtþ þTEXT\00
01\ST14742.txtþ
þST14747þ þST14747þ þST14747þ þST14747þ þST14747þ þST14747þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reports/EndOfMarketsReportPanel.formþ þþ þþ þ0þ þ1
þ þST14741þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEndOfMarketsReportPanel.formþ þ.XML
þ þapplication/xmlþ þþ þ6477þ þf99f1f2351d43deace265cf37da703bcþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14747.xmlþ þþ
þST14748þ þST14748þ þST14748þ þST14748þ þST14748þ þST14748þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reports/EndOfMarketsReportPanel.javaþ þþ þþ þ0þ þ1
þ þST14742þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEndOfMarketsReportPanel.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þþ þ10636þ þ6414460839fba23251d69cbfd4058844þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14748.javaþ þ
þ
þST14749þ þST14749þ þST14750þ þST14749þ þST14750þ þST14749þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2949þ þd1bf63ec7d660ec
de4f6ee19bf5d4ee7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0003\ST14749.txtþ þTEXT\0001\ST14749.txtþ
þST14751þ þST14751þ þST14754þ þST14751þ þST14754þ þST14751þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þ03/30/2011þ þ00:00:00þ þ2011
-03-30T00:00:00-04:00þ þ1301457600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2747þ þ76cd99f29
0f156886e7ec311ffb13bb9þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0003\ST14751.txtþ þTEXT\0001\ST14751.txtþ
þST14755þ þST14755þ þST14755þ þST14755þ þST14755þ þST14755þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/BusyFrame.form.svn-baseþ þþ þ
þ þ0þ þ1þ þST14809þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyFrame.form.svn-base þ.X
MLþ þapplication/xmlþ þþ þ2345þ þ67ea91cddf4cfe45832f5360607d9fbeþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14755.xmlþ þþ
þST14756þ þST14756þ þST14757þ þST14756þ þST14757þ þST14756þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/BusyFrame.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST14810þ þþ þþ þþ þþ þþ þþ þþ þþ þ01/25/2011þ þ00:00:00þ þ2011-01-25T00:0
0:00-05:00þ þ1295931600þ þBusyFrame.java.svn-base þ.TXTþ þtext/plainþ þþ þ4008þ þac90
4f07891a7cea5f3ce02830b59bb9þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14756.txtþ þTEXT\0001\ST14756.txtþ
þST14758þ þST14758þ þST14758þ þST14758þ þST14758þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/DateDisplayLabel.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST14823þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007-07-
26T00:00:00-04:00þ þ1185422400þ þDateDisplayLabel.java.svn-base þ.TXTþ þtext/plainþ
þþ þ531þ þ4f889da6411f4c2222c8dee739e2e8c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þ0þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14758.txtþ þTEXT\0001\ST14758.txtþ
þST14759þ þST14759þ þST14761þ þST14759þ þST14761þ þST14759þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/ExportDataToFile.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST14824þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportDataToFile.java
.svn-base þ.TXTþ þtext/plainþ þþ þ4324þ þe84bdc9b558ce2f7c456b1b4fa873d8aþ þ3þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14759
.txtþ þTEXT\0001\ST14759.txtþ
þST14762þ þST14762þ þST14762þ þST14762þ þST14762þ þST14762þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/GradientPanel.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST14825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGradientPanel.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ988þ þ39a1d1f4eb4c82776ee305ddd3bc25f1þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14762.txtþ þ
TEXT\0001\ST14762.txtþ
þST14763þ þST14763þ þST14763þ þST14763þ þST14763þ þST14763þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/IFrameDetach.java.svn-baseþ
þþ þþ þ0þ þ1þ þST14826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrameDetach.java.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ236þ þb29567a0a8f00471b49c77bcad2f57fbþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14763.txtþ þT
EXT\0001\ST14763.txtþ
þST14764þ þST14764þ þST14764þ þST14764þ þST14764þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/ITableFilter.java.svn-baseþ

þþ þþ þ0þ þ1þ þST14827þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITableFilter.java.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ222þ þ9d045b762b5a7f1b66e0f4696cce19d0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14764.txtþ þT
EXT\0001\ST14764.txtþ

þST14765þ þST14766þ þST14765þ þST14766þ þST14765þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/KeyComboBox.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST14828þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyComboBox.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ3098þ þ149e2c53a4d3c92c352c5ba47e0e55a0þ þ2þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14765.txtþ
þTEXT\0001\ST14765.txtþ

þST14767þ þST14767þ þST14767þ þST14767þ þST14767þ þST14767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/MarketNameDialog.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST14829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNameDialog.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ874þ þ5097c087762f968c1f2f98d098dec7e9þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14767.
txtþ þTEXT\0001\ST14767.txtþ

þST14768þ þST14768þ þST14773þ þST14768þ þST14773þ þST14768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/MultiLineLabelUI.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST14830þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiLineLabelUI.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ12120þ þe7ec1d7f570773d9e23fb179ac2710f6þ þ6þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1476
8.txtþ þTEXT\0001\ST14768.txtþ

þST14774þ þST14774þ þST14774þ þST14774þ þST14774þ þST14774þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/SettingsButton.java.svn-base
þ þþ þþ þ0þ þ1þ þST14831þ þþ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007-07-26
T00:00:00-04:00þ þ1185422400þ þSettingsButton.java.svn-baseþ þ.TXTþ þtext/plainþ þ
799þ þ44ebe3a4e61f36f257484365269add9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14774.txtþ þTEXT\0001\ST14774.txtþ
þST14775þ þST14775þ þST14775þ þST14775þ þST14775þ þST14775þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/ShowableSettings.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST14832þ þþ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007-07-
26T00:00:00-04:00þ þ1185422400þ þShowableSettings.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ359þ þ7f1a34a880cb129c17b3fc6bff5df6a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14775.txtþ þTEXT\0001\ST14775.txtþ
þST14776þ þST14776þ þST14776þ þST14776þ þST14776þ þST14776þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TableFilterPanel.form.svn-ba
seþ þþ þþ þ0þ þ1þ þST14833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel.form
.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ38423þ þad23490ba98bf9f6340548f1a351e85eþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
4776.xmlþ þþ

þST14777þ þST14777þ þST14790þ þST14777þ þST14790þ þST14777þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TableFilterPanel.java.svn-ba
seþ þþ þþ þþ þ0þ þ1þ þST14834þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/21/2008þ þ00:00:00þ þ2008-10-
21T00:00:00-04:00þ þ1224561600þ þTableFilterPanel.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ32624þ þ221613375c39e732bd0b3a91ff41ce8aþ þ14þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14777.txtþ þTEXT
\0001\ST14777.txtþ

þST14791þ þST14791þ þST14791þ þST14791þ þST14791þ þST14791þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TableFilterPanel2.form.svn-b
aseþ þþ þþ þ0þ þ1þ þST14835þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2.fo
rm.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ19243þ þ4246970e47136f5c5c1910778b6f69b2þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T14791.xmlþ þþ

þST14792þ þST14792þ þST14800þ þST14792þ þST14800þ þST14792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TableFilterPanel2.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST14836þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/21/2008þ þ00:00:00þ þ2008-10
-21T00:00:00-04:00þ þ1224561600þ þTableFilterPanel2.java.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ19818þ þddcd65324c65c0fb991774d727c1cf13þ þ9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14792.txtþ þTEXT\0001\ST14792.t
xtþ

þST14801þ þST14801þ þST14802þ þST14801þ þST14802þ þST14801þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TableFilterPanelValidator.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST14837þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterP
anelValidator.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5912þ þ4054c8ef473b76585680ed891
74d73c4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0003\ST14801.txtþ þTEXT\0001\ST14801.txtþ

þST14803þ þST14803þ þST14806þ þST14803þ þST14806þ þST14803þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TextHighlighter.java.svn-bas
eþ þþ þþ þ0þ þ1þ þST14838þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextHighlighter.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ6406þ þ29a9a7583315a9b42e3e84f1913f2659þ þ4þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14803.t
xtþ þTEXT\0001\ST14803.txtþ

þST14807þ þST14807þ þST14808þ þST14807þ þST14808þ þST14807þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/.svn/text-base/TextTransfer.java.svn-baseþ
þþ þþ þ0þ þ1þ þST14839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextTransfer.java.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ2487þ þ92609624039b6a8c2d0a37921035dc49þ þ2þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14807.txtþ þ
TEXT\0001\ST14807.txtþ þ

þST14809þ þST14809þ þST14809þ þST14809þ þST14809þ þST14809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/BusyFrame.formþ þþ þþ þ0þ þ1þ þST14755þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ2345þ þ6
7ea91cddf4cfe45832f5360607d9fbeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14809.xmlþ þþ

þST14810þ þST14810þ þST14810þ þST14810þ þST14810þ þST14810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/BusyFrame.javaþ þþ þþ þ0þ þ1þ þST14756þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4008
þ þac904f07891a7cea5f3ce02830b59bb9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14810.javaþ þþ

þST14811þ þST14811þ þST14811þ þST14811þ þST14811þ þST14811þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ599þ þb152
1f23033648cfdefc95ecc13f778bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14811.txtþ þTEXT\0001\ST14811.txtþ

þST14812þ þST14812þ þST14812þ þST14812þ þST14812þ þST14812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þ03/30/2011þ þ00:00:00þ þ2011-03-30T00:00:00-04:00þ þ13014576
00þ þentriesþ þ.TXTþ þtext/plainþ þþ þ630þ þf385d83a26d947624aa540347c9c8dd2þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14812.txtþ þTEXT\0001\ST14812.txtþ

þST14813þ þST14813þ þST14813þ þST14813þ þST14813þ þST14813þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/.svn/text-base/CheckBoxPanel.fo
rm.svn-baseþ þþ þþ þ0þ þ1þ þST14820þ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPane
l.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ5026þ þ5968257a9910f30bfbda62529f25d584
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
3\ST14813.xmlþ þþ

þST14814þ þST14818þ þST14814þ þST14818þ þST14814þ þST14814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/.svn/text-base/CheckBoxPanel.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST14821þ þþ þþ þþ þþ þþ þþ þþ þ07/22/2010þ þ00:00:00þ
þ2010-07-22T00:00:00-04:00þ þ1279771200þ þCheckBoxPanel.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ10406þ þ0b7f4db1dc3ffe4bd0bb9525210abc5aþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14814.txtþ þTEXT\0001\ST1481
4.txtþ

þST14819þ þST14819þ þST14819þ þST14819þ þST14819þ þST14819þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/.svn/text-base/ICbPnlListener.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST14822þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICbPnlListe
ner.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ234þ þ84fafef84f0af9abd801915ce73b8819þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14819.txtþ þTEXT\0001\ST14819.txtþ
þST14820þ þST14820þ þST14820þ þST14820þ þST14820þ þST14820þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel.formþ þþ þþ þ0þ þ1
þ þST14813þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel.formþ þ.XMLþ þapplicat
ion/xmlþ þþ þ5026þ þ5968257a9910f30bfbda62529f25d584þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14820.xmlþ þþ
þST14821þ þST14821þ þST14821þ þST14821þ þST14821þ þST14821þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPanel.javaþ þþ þþ þ0þ þ1
þ þST14814þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPanel.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ10406þ þ0b7f4db1dc3ffe4bd0bb9525210abc5aþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14821.javaþ þþ
þST14822þ þST14822þ þST14822þ þST14822þ þST14822þ þST14822þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/checkboxpln/ICbPnlListener.javaþ þþ þþ þ0þ þ
1þ þST14819 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þICbPnlListener.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ234þ þ84fafef84f0af9abd801915ce73b8819þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14822.javaþ þþ
þST14823þ þST14823þ þST14823þ þST14823þ þST14823þ þST14823þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/DateDisplayLabel.javaþ þþ þþ þ0þ þ1þ þST14758
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDateDisplayLabel.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ531þ þ4f889da6411f4c2222c8dee739e2e8c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14823.javaþ þþ
þST14824þ þST14824þ þST14824þ þST14824þ þST14824þ þST14824þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/ExportDataToFile.javaþ þþ þþ þ0þ þ1þ þST14759
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportDataToFile.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ4324þ þe84bdc9b558ce2f7c456b1b4fa873d8aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14824.javaþ þþ
þST14825þ þST14825þ þST14825þ þST14825þ þST14825þ þST14825þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/GradientPanel.javaþ þþ þþ þ0þ þ1þ þST14762þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGradientPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þþ þ988þ þ39a1d1f4eb4c82776ee305ddd3bc25f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14825.javaþ þþ
þST14826þ þST14826þ þST14826þ þST14826þ þST14826þ þST14826þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/IFrameDetach.jav아þ þþ þ0þ þ1þ þST14763þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIFrameDetach.jav아þ þ.JAVAþ þtext/x-java-sourceþ þþ
 þ236þ þb29567a0a8f00471b49c77bcad2f57fbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14826.javаþ þþ
þST14827þ þST14827þ þST14827þ þST14827þ þST14827þ þST14827þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/ITableFilter.javаþ þþ þþ þ0þ þ1þ þST14764þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITableFilter.javаþ þ.JAVAþ þtext/x-java-sourceþ þþ
 þ222þ þ9d045b762b5a7f1b66e0f4696cce19d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14827.javаþ þþ
þST14828þ þST14828þ þST14828þ þST14828þ þST14828þ þST14828þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/KeyComboBox.javаþ þþ þþ þ0þ þ1þ þST14765þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyComboBox.javаþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3098þ þ149e2c53a4d3c92c352c5ba47e0e55a0þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14828.javаþ þþ
þST14829þ þST14829þ þST14829þ þST14829þ þST14829þ þST14829þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/MarketNameDialog.javаþ þþ þþ þ0þ þ1þ þST14767
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNameDialog.javаþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ874þ þ5097c087762f968c1f2f98d098dec7e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14829.javаþ þþ
þST14830þ þST14830þ þST14830þ þST14830þ þST14830þ þST14830þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/MultiLineLabelUI.javаþ þþ þþ þ0þ þ1þ þST14768
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiLineLabelUI.javаþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ12120þ þe7ec1d7f570773d9e23fb179ac2710f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14830.javаþ þþ
þST14831þ þST14831þ þST14831þ þST14831þ þST14831þ þST14831þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/SettingsButton.javаþ þþ þþ þ0þ þ1þ þST14774þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsButton.javаþ þ.JAVAþ þtext/x-java-sourc
eþ þþ þ799þ þ44ebe3a4e61f36f257484365269add9eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14831.javаþ þþ
þST14832þ þST14832þ þST14832þ þST14832þ þST14832þ þST14832þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/reuse/ShowableSettings.javаþ þþ þþ þ0þ þ1þ þST14775
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShowableSettings.javаþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ359þ þ7f1a34a880cb129c17b3fc6bff5df6a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14832.javаþ þþ
þST14833þ þST14833þ þST14833þ þST14833þ þST14833þ þST14833þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TableFilterPanel.formþ þþ þþ þ0þ þ1þ þST14776 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel.formþ þ.XMLþ þapplication/xm lþ þþ þ38423þ þad23490ba98bf9f6340548f1a351e85eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14833.xmlþ þþ

þST14834þ þST14834þ þST14834þ þST14834þ þST14834þ þST14834þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TableFilterPanel.javaþ þþ þþ þ0þ þ1þ þST14777 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel.javaþ þ.JAVAþ þtext/x-java-s ourceþ þþ þ32624þ þ221613375c39e732bd0b3a91ff41ce8aþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14834.javaþ þþ

þST14835þ þST14835þ þST14835þ þST14835þ þST14835þ þST14835þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TableFilterPanel2.formþ þþ þ0þ þ1þ þST1479 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2.formþ þ.XMLþ þapplication/ xmlþ þþ þ19243þ þ4246970e47136f5c5c1910778b6f69b2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14835.xmlþ þþ

þST14836þ þST14836þ þST14836þ þST14836þ þST14836þ þST14836þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TableFilterPanel2.javaþ þþ þþ þ0þ þ1þ þST1479 2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanel2.javaþ þ.JAVAþ þtext/x-java -sourceþ þþ þ19818þ þddcd65324c65c0fb991774d727c1cf13þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14836.javaþ þþ

þST14837þ þST14837þ þST14837þ þST14837þ þST14837þ þST14837þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TableFilterPanelValidator.javaþ þþ þþ þ0þ þ1 þ þST14801þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableFilterPanelValidator.javaþ þ.J AVAþ þtext/x-java-sourceþ þþ þ5912þ þ4054c8ef473b76585680ed89174d73c4þ þþ þþ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14837.javaþ þþ

þST14838þ þST14838þ þST14838þ þST14838þ þST14838þ þST14838þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TextHighlighter.javaþ þþ þþ þ0þ þ1þ þST14803þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextHighlighter.javaþ þ.JAVAþ þtext/x-java-sou rceþ þþ þ6406þ þ29a9a7583315a9b42e3e84f1913f2659þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14838.javaþ þþ

þST14839þ þST14839þ þST14839þ þST14839þ þST14839þ þST14839þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/reuse/TextTransfer.javaþ þþ þþ þ0þ þ1þ þST14807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextTransfer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2487þ þ92609624039b6a8c2d0a37921035dc49þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14839.javaþ þþ

þST14840þ þST14840þ þST14840þ þST14840þ þST14840þ þST14840þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1386þ þb05442494179c
7b33145fb88fe1fcd75þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0003\ST14840.txtþ þTEXT\0001\ST14840.txtþ
þST14841þ þST14841þ þST14843þ þST14841þ þST14843þ þST14841þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ06/08/2011þ þ00:00:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentrie
sþ þ.TXTþ þtext/plainþ þþ þ1403þ þc5a0b431c53e1bc788682f1d8a91b0a0þ þ3þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14841.txtþ þT
EXT\0001\ST14841.txtþ
þST14844þ þST14844þ þST14844þ þST14844þ þST14844þ þST14844þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/IconsToolbar.form.svn-base
þ þþ þþ þ0þ þ1þ þST14867þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar.form.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ25371þ þ3cedd381ffeae99b8e96d9758bdbf581þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14844.
xmlþ þþ
þST14845þ þST14845þ þST14854þ þST14845þ þST14854þ þST14845þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/IconsToolbar.java.svn-base
þ þþ þþ þ0þ þ1þ þST14868þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/05/2008þ þ00:00:00þ þ2008-06-05
T00:00:00-04:00þ þ1212638400þ þIconsToolbar.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ21
179þ þ867e5d489e88bc104689cd6b809d3adeþ þ10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14845.txtþ þTEXT\0001\ST14845.txtþ
þST14855þ þST14855þ þST14855þ þST14855þ þST14855þ þST14855þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/ShowHide.form.svn-baseþ þþ
þþ þ0þ þ1þ þST14869þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShowHide.form.svn-baseþ þ.X
MLþ þapplication/xmlþ þþ þ2705þ þfca4398bfaeb11a064788f1c86c8108bþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14855.xmlþ þþ
þST14856þ þST14856þ þST14857þ þST14856þ þST14857þ þST14856þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/ShowHide.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14870þ þþ þþ þþ þþ þþ þþ þþ þ08/10/2008þ þ00:00:00þ þ2008-08-10T00:
00:00-04:00þ þ1218340800þ þShowHide.java.svn-baseþ þ.TXTþ þtext/plainþ þ3840þ þ8a18
3dea004dbb42c5c7ee7f174f366aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14856.txtþ þTEXT\0001\ST14856.txtþ
þST14858þ þST14858þ þST14858þ þST14858þ þST14858þ þST14858þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/TinyShowHide.form.svn-base
þ þþ þþ þ0þ þ1þ þST14871þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTinyShowHide.form.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ2794þ þa964ef1f8ee34ae2f03afca12084d48eþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14858.x

mlþ þþ
þST14859þ þST14859þ þST14861þ þST14859þ þST14861þ þST14859þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/TinyShowHide.java.svn-base
þ þþ þþ þþ þ0þ þ1þ þST14872þ þþ þþ þþ þþ þþ þþ þþ þ08/29/2008þ þ00:00:00þ þ2008-08-29
T00:00:00-04:00þ þ1219982400þ þTinyShowHide.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ41
10þ þ694d1436547f67fc8cb0d79c01e0e716þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14859.txtþ þTEXT\0001\ST14859.txtþ
þST14862þ þST14862þ þST14862þ þST14862þ þST14862þ þST14862þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/Toolbar.form.svn-baseþ þþ þ
þ þ0þ þ1þ þST14873þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToolbar.form.svn-baseþ þ.XML
þ þapplication/xmlþ þþ þ13026þ þdd659be4b1991f7a052a0034dd260fdddþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14862.xmlþ þþ
þST14863þ þST14863þ þST14865þ þST14863þ þST14865þ þST14863þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/Toolbar.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST14874þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToolbar.java.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ6039þ þc2c9d35925de09e1a3ca6e2b9ebf49f1þ þ3þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14863.txtþ þTEXT\0001
\ST14863.txtþ
þST14866þ þST14866þ þST14866þ þST14866þ þST14866þ þST14866þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/.svn/text-base/WinGroup.java.svn-baseþ þþ
þþ þ0þ þ1þ þST14875þ þþ þþ þþ þþ þþ þþ þþ þWinGroup.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ591þ þ8088df96f1f310dd1753bc08cd9f31f0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14866.txtþ þTEXT\000
1\ST14866.txtþ
þST14867þ þST14867þ þST14867þ þST14867þ þST14867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/IconsToolbar.formþ þþ þþ þ0þ þ1þ þST14844þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar.formþ þ.XMLþ þapplication/xmlþ þþ þ
25371þ þ3cedd381ffeae99b8e96d9758bdbf581þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14867.xmlþ þþ
þST14868þ þST14868þ þST14868þ þST14868þ þST14868þ þST14868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/IconsToolbar.javaþ þþ þþ þ0þ þ1þ þST14845þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconsToolbar.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þþ þ21179þ þ867e5d489e88bc104689cd6b809d3adeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14868.javaþ þþ
þST14869þ þST14869þ þST14869þ þST14869þ þST14869þ þST14869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/toolbar/ShowHide.formþ þþ þþ þ0þ þ1þ þST14855þ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShowHide.formþ þ.XMLþ þapplication/xmlþ þþ þ2705þ þfc a4398bfaeb11a064788f1c86c8108bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14869.xmlþ þþ

þST14870þ þST14870þ þST14870þ þST14870þ þST14870þ þST14870þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/toolbar/ShowHide.javaþ þþ þþ þ0þ þ1þ þST14856þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShowHide.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3840 þ þ8a183dea004dbb42c5c7ee7f174f366aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14870.javaþ þþ

þST14871þ þST14871þ þST14871þ þST14871þ þST14871þ þST14871þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/toolbar/TinyShowHide.formþ þþ þþ þ0þ þ1þ þST14858þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTinyShowHide.formþ þ.XMLþ þapplication/xmlþ þþ þ 2794þ þa964ef1f8ee34ae2f03afca12084d48eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14871.xmlþ þþ

þST14872þ þST14872þ þST14872þ þST14872þ þST14872þ þST14872þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/toolbar/TinyShowHide.javaþ þþ þþ þ0þ þ1þ þST14859þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTinyShowHide.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4110þ þ694d1436547f67fc8cb0d79c01e0e716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14872.javaþ þþ

þST14873þ þST14873þ þST14873þ þST14873þ þST14873þ þST14873þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/toolbar/Toolbar.formþ þþ þþ þ0þ þ1þ þST14862þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToolbar.formþ þ.XMLþ þapplication/xmlþ þþ þ13026þ þdd 69be4b1991f7a052a0034dd260fdddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14873.xmlþ þþ

þST14874þ þST14874þ þST14874þ þST14874þ þST14874þ þST14874þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/toolbar/Toolbar.javaþ þþ þþ þ0þ þ1þ þST14863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToolbar.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6039þ þc2c9d35925de09e1a3ca6e2b9ebf49f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14874.javaþ þþ

þST14875þ þST14875þ þST14875þ þST14875þ þST14875þ þST14875þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/toolbar/WinGroup.javaþ þþ þþ þ0þ þ1þ þST14866þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWinGroup.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ591þ þ8088df96f1f310dd1753bc08cd9f31f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14875.javaþ þþ

þST14876þ þST14876þ þST14877þ þST14876þ þST14877þ þST14876þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ3083þ þ38b1bf2a9d8b1528

a4699e4e969cd76þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0003\ST14876.txtþ þTEXT\0001\ST14876.txtþ

þST14878þ þST14878þ þST14882þ þST14878þ þST14882þ þST14878þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2011þ þ00:00:00þ þ2011-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2989þ þ1519470df269ad83bca90cde44f530aaþ þ5þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14878.txtþ þTEXT \0001\ST14878.txtþ

þST14883þ þST14883þ þST14883þ þST14883þ þST14883þ þST14883þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/BusyLabelPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST14925þ þþ þþ þþ þþ þþ þþ þþ þBusyLabelPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ1070þ þf7b4c656515b3d717e671a0cd1a21615þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14883.x mlþ þþ

þST14884þ þST14884þ þST14885þ þST14884þ þST14885þ þST14884þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/BusyLabelPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST14926þ þþ þþ þþ þþ þþ þþ þþ þ07/31/2009þ þ00:00:00þ þ2009-07-31T 00:00:00-04:00þ þ1249012800þ þBusyLabelPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3 021þ þaf2dbe982a3760baf89a2496ff58031eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14884.txtþ þTEXT\0001\ST14884.txtþ

þST14886þ þST14886þ þST14886þ þST14886þ þST14886þ þST14886þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/CharDimension.java.svn-baseþ þþ þþ þ0þ þ1þ þST14927þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCharDimension.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ968þ þead427ccdff0332c93438898df53b611þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14886.txtþ þ TEXT\0001\ST14886.txtþ

þST14887þ þST14887þ þST14887þ þST14887þ þST14887þ þST14887þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/Divider.java.svn-baseþ þþ þþ þ 0þ þ1þ þST14928þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/20/2007þ þ00:00:00þ þ2007-09-20T00:00:0 0-04:00þ þ1190260800þ þDivider.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ710þ þc2b081f0a2 1a7df34b8e450bde693fbfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0003\ST14887.txtþ þTEXT\0001\ST14887.txtþ

þST14888þ þST14888þ þST14893þ þST14888þ þST14893þ þST14888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/GUIUtil.java.svn-baseþ þþ þþ þ 0þ þ1þ þST14929þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-10-16T00:00:0 0-04:00þ þ1192507200þ þGUIUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ10380þ þ10fbee56 743159df55f6ccc726b543e5þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14888.txtþ þTEXT\0001\ST14888.txtþ

þST14894þ þST14894þ þST14894þ þST14894þ þST14894þ þST14894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/IconMng.java.svn-baseþ þþ þþ þ 0þ þ1þ þST14930þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconMng.java.svn-baseþ þ.TXTþ þ text/plainþ þþ þ577þ þ4499bba3668d94af1eb1273a00d8a47fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14894.txtþ þTEXT\0001\ST14894.txtþ

þST14895þ þST14895þ þST14895þ þST14895þ þST14895þ þST14895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/IExportable.java.svn-baseþþ þþ þ0þ þ1þ þST14931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIExportable.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ230þ þee330fc2b5e5bbb16e0d4af7d2d18c73þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14895.txtþ þTEXT\0001\ST14895.txtþ

þST14896þ þST14896þ þST14896þ þST14896þ þST14896þ þST14896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/IListPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14932þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIListPanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ255þ þf94f7258aef4f846a939ba9b22be1ad1þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14896.txtþ þTEXT\0001\ST14896.txtþ

þST14897þ þST14897þ þST14900þ þST14897þ þST14900þ þST14897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/IndicesIcon.java.svn-baseþ þþ þþ þ0þ þ1þ þST14933þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesIcon.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9222þ þcc799db7e0388ff031162dcc6787ac65þ þ4þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14897.txtþ þTEXT\0001\ST14897.txtþ

þST14901þ þST14901þ þST14901þ þST14901þ þST14901þ þST14901þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/KeyInputValidator.java.svn-baseþ þþ þþ þ0þ þ1þ þST14934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ00:00:00þ þ2007-10-12T00:00:00-04:00þ þ1192161600þ þKeyInputValidator.java.svn-baseþ þ.TXTþ þtext/plain þ þþ þ1523þ þ239159203b10e0726955239765077b89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14901.txtþ þTEXT\0001\ST14901.txtþ

þST14902þ þST14902þ þST14902þ þST14902þ þST14902þ þST14902þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/ListPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST14935þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ4104þ þca8e452a63e4e9c1842d7fb59197c3a8þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14902.xmlþ þ þST14903þ þST14903þ þST14904þ þST14903þ þST14904þ þST14903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/ListPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST14936þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/20/2008þ þ00:00:00þ þ2008-10-20T00:00 :00-04:00þ þ1224475200þ þListPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3938þ þ51403 5d4a6dd7e4d1d519ab5891b1210þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0003\ST14903.txtþ þTEXT\0001\ST14903.txtþ

þST14905þ þST14905þ þST14906þ þST14905þ þST14906þ þST14905þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/MarketIcons.java.svn-baseþ þþ þþ þ0þ þ1þ þST14937þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketIcons.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3975þ þd3ab6c3dc759ae00e5a80bcdc91042beþ þ2þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14905.txtþ þTEXT \0001\ST14905.txtþ

þST14907þ þST14907þ þST14907þ þST14907þ þST14907þ þST14907þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/NewsTypeIcons.java.svn-baseþ þþ þþ þ0þ þ1þ þST14938þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTypeIcons.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ1702þ þ3e6bad34e430368e8bb13be911857ad5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14907.txtþ þ TEXT\0001\ST14907.txtþ

þST14908þ þST14908þ þST14910þ þST14908þ þST14910þ þST14908þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/Print.java.svn-baseþ þþ þþ þ0þ þ1þ þST14939þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPrint.java.svn-baseþ þ.TXTþ þtext /plainþ þþ þ4407þ þ8ffcbbc2ca8d0a823c047d1a3993259dþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14908.txtþ þTEXT\0001\ST1490 8.txtþ

þST14911þ þST14911þ þST14911þ þST14911þ þST14911þ þST14911þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/PrintPS.java.svn-baseþ þþ þþ þ 0þ þ1þ þST14940þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPrintPS.java.svn-baseþ þ.HTMLþ þtext/h tmlþ þþ þ42590þ þc9ea92710ca003ceb474b6d3df07790bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0003\ST14911.htmlþ þTEXT\0001\ST14911.txtþ

þST14912þ þST14912þ þST14915þ þST14912þ þST14915þ þST14912þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/StockTypes.java.svn-baseþ þþ þ þ þ0þ þ1þ þST14941þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStockTypes.java.svn-baseþ þ. TXTþ þtext/plainþ þþ þ6721þ þd2d8d39228d6bd79187b59a8ce6d9b81þ þ4þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14912.txtþ þTEXT\00 01\ST14912.txtþ

þST14916þ þST14916þ þST14917þ þST14916þ þST14917þ þST14916þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/StockTypesIcon.java.svn-baseþ þþ þþ þ0þ þ1þ þST14942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStockTypesIcon.java.svn-

baseþ þ.TXTþ þtext/plainþ þþ þ3292þ þa00e99d8cab7d4e9ee510123bcd84f9bþ þ2þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14916.txtþ þTEXT\0001\ST14916.txtþ

þST14918þ þST14918þ þST14918þ þST14918þ þST14918þ þST14918þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/ValidationResult.java.svn-baseþ þþ þþ þ0þ þ1þ þST14943þ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ00:00:00þ þ2007-10-1 2T00:00:00-04:00þ þ1192161600þ þValidationResult.java.svn-baseþ þ.TXTþ þtext/plainþ þ þ þ644þ þ797630a61656ec356644f8fa435e3eacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14918.txtþ þTEXT\0001\ST14918.txtþ

þST14919þ þST14919þ þST14921þ þST14919þ þST14921þ þST14919þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/Validator.java.svn-baseþ þþ þþ þ þ0þ þ1þ þST14944þ þþ þþ þþ þþ þþ þþ þþ þ10/01/2007þ þ00:00:00þ þ2007-10-01T00:00 :00-04:00þ þ1191211200þ þValidator.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5150þ þd6b95 3c65f276aac868898fc906de68bþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0003\ST14919.txtþ þTEXT\0001\ST14919.txtþ

þST14922þ þST14922þ þST14924þ þST14922þ þST14924þ þST14922þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/.svn/text-base/WebStartUtil.java.svn-baseþ þ þ þþ þ0þ þ1þ þST14945þ þþ þþ þþ þþ þþ þþ þþ þþ þWebStartUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9417þ þb36e1034615c6556e9629942f61a538bþ þ3þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14922.txtþ þTEXT\0001\ST14922.txtþ

þST14925þ þST14925þ þST14925þ þST14925þ þST14925þ þST14925þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/BusyLabelPanel.formþ þþ þþ þ0þ þ1þ þST14883þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyLabelPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ1070þ þf7b4c656515b3d717e671a0cd1a21615þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14925.xmlþ þþ

þST14926þ þST14926þ þST14926þ þST14926þ þST14926þ þST14926þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/BusyLabelPanel.javaþ þþ þþ þ0þ þ1þ þST14884þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusyLabelPanel.javaþ þ.JAVAþ þtext/x-java-source þ þþ þ3021þ þaf2dbe982a3760baf89a2496ff58031eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14926.javaþ þþ

þST14927þ þST14927þ þST14927þ þST14927þ þST14927þ þST14927þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/CharDimension.javaþ þþ þþ þ0þ þ1þ þST14886þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCharDimension.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ þ968þ þead427ccdff0332c93438898df53b611þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14927.javaþ þþ

þST14928þ þST14928þ þST14928þ þST14928þ þST14928þ þST14928þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/Divider.javaþ þþ þþ þ0þ þ1þ þST14887þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDivider.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ710þ þc2b0
81f0a21a7df34b8e450bde693fbfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0003\ST14928.javaþ þþ
þST14929þ þST14929þ þST14929þ þST14929þ þST14929þ þST14929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/GUIUtil.javaþ þþ þþ þ0þ þ1þ þST14888þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGUIUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ10380þ þ10
fbee56743159df55f6ccc726b543e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þTRUEþ þTRUEþ þNATIVES\0003\ST14929.javaþ þþ
þST14930þ þST14930þ þST14930þ þST14930þ þST14930þ þST14930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/IconMng.javaþ þþ þþ þ0þ þ1þ þST14894þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ577þ þ4499
bba3668d94af1eb1273a00d8a47fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0003\ST14930.javaþ þþ
þST14931þ þST14931þ þST14931þ þST14931þ þST14931þ þST14931þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/IExportable.javaþ þþ þþ þ0þ þ1þ þST14895þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIExportable.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2
30þ þee330fc2b5e5bbb16e0d4af7d2d18c73þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14931.javaþ þþ
þST14932þ þST14932þ þST14932þ þST14932þ þST14932þ þST14932þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/IListPanelListener.javaþ þþ þþ þ0þ þ1þ þST1489
6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIListPanelListener.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ255þ þf94f7258aef4f846a939ba9b22be1ad1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14932.javaþ þþ
þST14933þ þST14933þ þST14933þ þST14933þ þST14933þ þST14933þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/IndicesIcon.javaþ þþ þþ þ0þ þ1þ þST14897þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesIcon.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9
222þ þcc799db7e0388ff031162dcc6787ac65þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14933.javaþ þþ
þST14934þ þST14934þ þST14934þ þST14934þ þST14934þ þST14934þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/KeyInputValidator.javaþ þþ þþ þ0þ þ1þ þST14901
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þKeyInputValidator.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ1523þ þ239159203b10e0726955239765077b89þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14934.javaþ þþ
þST14935þ þST14935þ þST14935þ þST14935þ þST14935þ þST14935þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/ListPanel.formþ þþ þþ þ0þ þ1þ þST14902þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ4104þ þca 8e452a63e4e9c1842d7fb59197c3a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14935.xmlþ þþ

þST14936þ þST14936þ þST14936þ þST14936þ þST14936þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/ListPanel.javaþ þþ þþ þ0þ þ1þ þST14903þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3938þ þ514035d4a6dd7e4d1d519ab5891b1210þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14936.javaþ þþ

þST14937þ þST14937þ þST14937þ þST14937þ þST14937þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/MarketIcons.javaþ þþ þþ þ0þ þ1þ þST14905þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketIcons.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3 975þ þd3ab6c3dc759ae00e5a80bcdc91042beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14937.javaþ þþ

þST14938þ þST14938þ þST14938þ þST14938þ þST14938þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/NewsTypeIcons.javaþ þþ þþ þ0þ þ1þ þST14907þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTypeIcons.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ þ1702þ þ3e6bad34e430368e8bb13be911857ad5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14938.javaþ þþ

þST14939þ þST14939þ þST14939þ þST14939þ þST14939þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/Print.javaþ þþ þþ þ0þ þ1þ þST14908þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPrint.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4407þ þ8ffcbbc 2ca8d0a823c047d1a3993259dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0003\ST14939.javaþ þþ

þST14940þ þST14940þ þST14940þ þST14940þ þST14940þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/PrintPS.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPrintPS.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2397þ þ48472b49c6 cd6c286f69f6c9cdd83adaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0003\ST14940.javaþ þþ

þST14941þ þST14941þ þST14941þ þST14941þ þST14941þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/StockTypes.javaþ þþ þþ þ0þ þ1þ þST14912þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStockTypes.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ672 1þ þd2d8d39228d6bd79187b59a8ce6d9b81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14941.javaþ þþ

þST14942þ þST14942þ þST14942þ þST14942þ þST14942þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/gui2/src/com/equityfeed/gui/util/StockTypesIcon.javaþ þþ þþ þ0þ þ1þ þST14916þ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStockTypesIcon.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ3292þ þa00e99d8cab7d4e9ee510123bcd84f9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14942.javaþ þþ

þST14943þ þST14943þ þST14943þ þST14943þ þST14943þ þST14943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/ValidationResult.javaþ þþ þþ þ0þ þ1þ þST14918þ
þþ þþ þþ þþ þþ þþ þþ þþ þValidationResult.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ644þ þ797630a61656ec356644f8fa435e3eacþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14943.javaþ þþ

þST14944þ þST14944þ þST14944þ þST14944þ þST14944þ þST14944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/Validator.javaþ þþ þþ þ0þ þ1þ þST14919þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þValidator.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5150þ
þd6b953c65f276aac868898fc906de68bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14944.javaþ þþ

þST14945þ þST14945þ þST14945þ þST14945þ þST14945þ þST14945þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/util/WebStartUtil.javaþ þþ þþ þ0þ þ1þ þST14922þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þWebStartUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ9417þ þb36e1034615c6556e9629942f61a538bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14945.javaþ þþ

þST14946þ þST14946þ þST14946þ þST14946þ þST14946þ þST14946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/watchlistselector/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ472þ þe869
c8d47f28d8158a328f69049f3741þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14946.txtþ þTEXT\0001\ST14946.txtþ

þST14947þ þST14947þ þST14947þ þST14947þ þST14947þ þST14947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/watchlistselector/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þ06/24/2008þ þ00:00:00þ þ2008-06-24T00:00:00-04:00þ þ12142800
00þ þentriesþ þ.TXTþ þtext/plainþ þþ þ514þ þe747348f47892f356127cad00d0b0771þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14947.txtþ þTEXT\0001\ST14947.txtþ

þST14948þ þST14948þ þST14948þ þST14948þ þST14948þ þST14948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/watchlistselector/.svn/text-base/IWatchListSelect
orListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST14950þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/15/200
7þ þ00:00:00þ þ2007-09-15T00:00:00-04:00þ þ1189828800þ þIWatchListSelectorListener.j
ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ459þ þ0d11d45aeecbdf02c4c54c6773482846þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST149
48.txtþ þTEXT\0001\ST14948.txtþ

þST14949þ þST14949þ þST14949þ þST14949þ þST14949þ þST14949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/watchlistselector/.svn/text-base/WatchListSelecto
r.java.svn-baseþ þþ þþ þ0þ þ1þ þST14951þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/16/2007þ þ00:00
:00þ þ2007-09-16T00:00:00-04:00þ þ1189915200þ þWatchListSelector.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ1429þ þ5c296c5c4413d0ff37c6656f893bb1bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14949.txtþ þTEXT\000
1\ST14949.txtþ

þST14950þ þST14950þ þST14950þ þST14950þ þST14950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/watchlistselector/IWatchListSelectorListener.java
þ þþ þþ þ0þ þ1þ þST14948þ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchListSelectorListe
ner.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ459þ þ0d11d45aeecbdf02c4c54c6773482846þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST
14950.javaþ þþ

þST14951þ þST14951þ þST14951þ þST14951þ þST14951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/watchlistselector/WatchListSelector.javaþ þþ þþ þ0
þ þ1þ þST14949þ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListSelector.javaþ þ.JAVAþ
þtext/x-java-sourceþ þþ þ1429þ þ5c296c5c4413d0ff37c6656f893bb1bdþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14951.javaþ þþ
þST14952þ þST14952þ þST14952þ þST14952þ þST14952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ386þ þ3d73845a23d9a479b7
2f5d3a2f7c7988þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0003\ST14952.txtþ þTEXT\0001\ST14952.txtþ

þST14953þ þST14953þ þST14953þ þST14953þ þST14953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/xml/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þ04/15/2010þ þ00:00:00þ þ2010-04-15T00:00:00-04:00þ þ1271304000þ þentriesþ þ
.TXTþ þtext/plainþ þþ þ488þ þ27a4834c9f72e9a37248a059355a0974þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14953.txtþ þTEXT\00
01\ST14953.txtþ

þST14954þ þST14954þ þST14954þ þST14954þ þST14954þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/xml/.svn/text-base/ClassPathUtil.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST14957þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClassPathUtil.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ796þ þ34951a89c49c019267281e32b30c0054þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14954.txtþ þ
TEXT\0001\ST14954.txtþ

þST14955þ þST14955þ þST14956þ þST14955þ þST14956þ þST14955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/xml/.svn/text-base/XMLParser.java.svn-baseþ þþ þþ
þ0þ þ1þ þST14958þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þXMLParser.java.svn-baseþ þ.TXT

þ þtext/plainþ þþ þ3584þ þc3ff4e0164da98d6b36eadc83247a8ecþ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14955.txtþ þTEXT\0001 \ST14955.txtþ

þST14957þ þST14957þ þST14957þ þST14957þ þST14957þ þST14957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/xml/ClassPathUtil.javaþ þþ þþ þ0þ þ1þ þST14954þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þClassPathUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ796þ þ34951a89c49c019267281e32b30c0054þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14957.javaþ þþ

þST14958þ þST14958þ þST14958þ þST14958þ þST14958þ þST14958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/gui2/src/com/equityfeed/gui/xml/XMLParser.javaþ þþ þþ þ0þ þ1þ þST14955þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þXMLParser.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3584þ þ c3ff4e0164da98d6b36eadc83247a8ecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14958.javaþ þþ

þST14959þ þST14959þ þST14959þ þST14959þ þST14959þ þST14959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/images/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST17201; ST17206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þbuild-impl.xmlþ þ.XMLþ þapplication/xm lþ þ0þ þ48770þ þcfe00a8c616a3a1fe293a47723b2e637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14959.xmlþ þþ

þST14960þ þST14960þ þST14960þ þST14960þ þST14960þ þST14960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/images/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x- java-propertiesþ þþ þ475þ þa91123cd397094fe525b2752bbf3122fþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14960.propertiesþ þþ

þST14961þ þST14961þ þST14961þ þST14961þ þST14961þ þST14961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/images/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST22675þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þprivate.propertiesþ þ.PROPERTIESþ þtext/x- java-propertiesþ þ90þ þ9f15e42b81d4b6bcc199efb4558511d3þ þ0þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14961.propertiesþ þþ

þST14962þ þST14962þ þST14962þ þST14962þ þST14962þ þST14962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/images/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ1815þ þ7f04 613b9cec78406d15acb1123ded08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0003\ST14962.propertiesþ þþ

þST14963þ þST14963þ þST14963þ þST14963þ þST14963þ þST14963þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ293þ þ76cdc882f550b0fdae48dfe038e4f193þ þ1þ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1496
3.txtþ þTEXT\0001\ST14963.txtþ
þST14964þ þST14964þ þST14964þ þST14964þ þST14964þ þST14964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST16494;
ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099;
ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14964.txtþ þTEXT\0001\ST14964.txtþ
þST14965þ þST14966þ þST14966þ þST14965þ þST14966þ þST14966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ06/16/2011þ þ0
0:00:00þ þ2011-06-16T00:00:00-04:00þ þ1308196800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ56
3þ þb3a36a62d5ad6e10c7c83056175b0afeþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14965.txtþ þTEXT\0001\ST14965.txtþ
þST14967þ þST14967þ þST14967þ þST14967þ þST14967þ þST14967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/.svn/prop-base/indices.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;

ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;

ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices.jar.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14967.txtþ þTEXT\0001\ST14967.txtþ
þST14968þ þST14968þ þST14968þ þST14968þ þST14968þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST15011þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3842þ þd0a45
d95f2494616500feb1d28c0ee35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0003\ST14968.xmlþ þþ
þST14969þ þST14969þ þST14969þ þST14969þ þST14969þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/.svn/text-base/indices.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þindices.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ101442
þ þ97b5cee011f997312b1d08e74d46ca69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14969.jarþ þþ
þST14970þ þST14970þ þST14970þ þST14970þ þST14970þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/built-jar.propertiesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ71þ þa2f90
fdef968af648aa96c09b46c8149þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0003\ST14970.propertiesþ þþ
þST14971þ þST14971þ þST14971þ þST14971þ þST14971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/etf/IndicesETFC
ontroller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesETFContr
oller.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1497þ þab2b359b6a38f40e328a9cf244ac80
9dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
003\ST14971.classþ þþ
þST14972þ þST14972þ þST14972þ þST14972þ þST14972þ þST14972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/etf/IndicesETFD
escriptor.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesETFDescr
iptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ457þ þ739b8c31b5a0ba009329af1d28b2302
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
03\ST14972.classþ þþ
þST14973þ þST14973þ þST14973þ þST14973þ þST14973þ þST14973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesControll
er.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesController.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ8825þ þ659c285604763b296b409ea4738a1cbeþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14973.classþ þþ
þST14974þ þST14974þ þST14974þ þST14974þ þST14974þ þST14974þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesControll
er$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesController
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1163þ þf0b6d3c80d94870a34fb83b0926a4d1dþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14974.classþ þþ
þST14975þ þST14975þ þST14975þ þST14975þ þST14975þ þST14975þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesDescript
or.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesDescriptor.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ1619þ þ7953c33220da8ceb04ad15b1031e38f7þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14975.classþ þþ
þST14976þ þST14976þ þST14976þ þST14976þ þST14976þ þST14976þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesParamete
rs.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesParameters.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ4154þ þ5f15d7a7329ae3db072f3bad0eab9a07þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14976.classþ þþ
þST14977þ þST14977þ þST14977þ þST14977þ þST14977þ þST14977þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesRejector
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesRejector.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ3690þ þff7f913e5aa6569780aab6fbef403fa2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14977.cl
assþ þþ
þST14978þ þST14978þ þST14978þ þST14978þ þST14978þ þST14978þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesRejector
Type.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesRejectorType.

classþ þ.CLASSþ þapplication/java-vmþ þþ þ3864þ þ8646dbe967d199faf62457ee67dbdde6þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST
14978.classþ þþ
þST14979þ þST14979þ þST14979þ þST14979þ þST14979þ þST14979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesRowModel
.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesRowModel.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ813þ þaddcae4d514233cec391446bcf37f647þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14979.cla
ssþ þþ
þST14980þ þST14980þ þST14980þ þST14980þ þST14980þ þST14980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/core/multiviewer/indices/IndicesUpdater.
classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesUpdater.classþ þ.C
LASSþ þapplication/java-vmþ þþ þ2838þ þ990801cb9fdce08cf9cd17f25c15fef1þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14980.classþ þ
þST14981þ þST14981þ þST14981þ þST14981þ þST14981þ þST14981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ11815þ þc607114b1e553b22463da961d7589a84þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14981.classþ þþ
þST14982þ þST14982þ þST14982þ þST14982þ þST14982þ þST14982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard$1.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard$1.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1404þ þfca8e8dc340df61e5378e7c46cd4386bþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14982.classþ þþ
þST14983þ þST14983þ þST14983þ þST14983þ þST14983þ þST14983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard$2.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard$2.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ830þ þ3750bcc7239270e7594ded6468fc534cþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14983.classþ þþ
þST14984þ þST14984þ þST14984þ þST14984þ þST14984þ þST14984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard$3.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard$3.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ876þ þ919c27de23e2a5bc8843d857316d66aeþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14984.classþ þþ
þST14985þ þST14985þ þST14985þ þST14985þ þST14985þ þST14985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard$4.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard$4.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1282þ þ8aaecfdfc2f0318cbef5a9981be6fa95þ þþ þþ þ.þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14985.classþ þþ
þST14986þ þST14986þ þST14986þ þST14986þ þST14986þ þST14987þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard$5.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard$5.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ1282þ þ55a7e2f5fd3904e1c9edc1199efe11daþ þþ þþ þ.þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14986.classþ þþ
þST14987þ þST14987þ þST14987þ þST14987þ þST14987þ þST14987þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashboard$6.classþ þþ þþ þ
0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard$6.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ835þ þdfeff9f090d30036c4d5d7c45c6bf1c5þ þþ þþ þ.þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14987.classþ þþ
þST14988þ þST14988þ þST14988þ þST14988þ þST14988þ þST14988þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/dashboard/IndexDashBoardDescriptor.class
þ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashBoardDescriptor.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ866þ þ0f774b209a392d2e0ba935efbcfb0146þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14988.
classþ þþ
þST14989þ þST14989þ þST14989þ þST14989þ þST14989þ þST14989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IIndicesListener
.classþ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbIIndicesListener.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ236þ þf1ed80e58858a5e6e8f7694f2954bad6þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14989.cl
assþ þþ
þST14990þ þST14990þ þST14990þ þST14990þ þST14990þ þST14990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel.cla
ssþ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ15303þ þf9a91972dff0580d0859bc87a69da9b7þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST14990.classþ þ
þ
þST14991þ þST14991þ þST14991þ þST14991þ þST14991þ þST14991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$1.c
lassþ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1052þ þf37a669b303048db5b0dc638841f5802þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14991.classþ þþ

þST14992þ þST14992þ þST14992þ þST14992þ þST14992þ þST14992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$2.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ946þ þ4b54c97b57e11cf8214598590ef0b9e6þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14992.classþ þþ
þST14993þ þST14993þ þST14993þ þST14993þ þST14993þ þST14993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$3.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ946þ þde1c369f55f9bbb20f659bc6c6820514þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14993.classþ þþ
þST14994þ þST14994þ þST14994þ þST14994þ þST14994þ þST14994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$4.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ946þ þae14d0e79e09d1b0548bef68f3710dfbþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST14994.classþ þþ
þST14995þ þST14995þ þST14995þ þST14995þ þST14995þ þST14995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$5.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1116þ þa6e82bfb1230edf374ee6f0da223cb2eþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14995.classþ þþ
þST14996þ þST14996þ þST14996þ þST14996þ þST14996þ þST14996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$6.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1516þ þb4a19f7b435f914cf33e365bf23d746þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14996.classþ þþ
þST14997þ þST14997þ þST14997þ þST14997þ þST14997þ þST14997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$7.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1516þ þ94a3221a3058e1e8108eabab0fc36d76þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14997.classþ þþ
þST14998þ þST14998þ þST14998þ þST14998þ þST14998þ þST14998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$8.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1118þ þcd376d87370ed229aededab2d08fac8dþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14998.classþ þþ
þST14999þ þST14999þ þST14999þ þST14999þ þST14999þ þST14999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/com/equityfeed/gui/multiviewer/indices/IndicesPanel$9.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel
$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1052þ þd0bd5264503cf69ad5bdef720469543cþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST14999.classþ þþ
þST15000þ þST15000þ þST15000þ þST15000þ þST15000þ þST15000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/core/indices/IIndicesUpdaterListener.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIIndicesUpdaterListener.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ174þ þa66945ad34bf2706114e7f2c393ee42fþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15000.classþ þþ
þST15001þ þST15001þ þST15001þ þST15001þ þST15001þ þST15001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/core/indices/IndexEntry.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þIndexEntry.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1534þ
 þ7fac1366b4c8a8a08829b74870e6e03eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15001.classþ þþ
þST15002þ þST15002þ þST15002þ þST15002þ þST15002þ þST15002þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/core/indices/Indice.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þIndice.classþ þ.CLASSþ þapplication/java-vmþ þþ þ429þ þddf0e90
b0e9d98b38a0fd9592ceae522þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0003\ST15002.classþ þþ
þST15003þ þST15003þ þST15003þ þST15003þ þST15003þ þST15003þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/core/indices/IndicesUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIndicesUpdater.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ8361þ þc1d27a060657775a46ddd0273f54bcc0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15003.classþ þþ
þST15004þ þST15004þ þST15004þ þST15004þ þST15004þ þST15004þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/build/classes/core/indices/IndicesUpdater$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndicesUpdater$1.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ738þ þba4d292a97b6ac338b3d3a64fa476292þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15004.classþ þþ
þST15005þ þST15005þ þST15005þ þST15005þ þST15005þ þST15005þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build/classes/core/indices/IPObj.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPObj.classþ þ.CLASSþ þapplication/java-vmþ þþ þ564þ þb762c5b21 dbd48c1fc33a6a18aedf338þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0003\ST15005.classþ þþ

þST15006þ þST15006þ þST15006þ þST15006þ þST15006þ þST15006þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build/classes/core/indices/Parser.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þParser.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3085þ þe06e7f 8667794adfd11eb6e7b4c1dee9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15006.classþ þþ

þST15007þ þST15007þ þST15007þ þST15007þ þST15007þ þST15007þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build/classes/indices/HashSetIndexEntry.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHashSetIndexEntry.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1351þ þ23ae80f88a1e2cf6f664908e7756c5e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15007.classþ þþ

þST15008þ þST15008þ þST15008þ þST15008þ þST15008þ þST15008þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build/classes/indices/Loader_Indices.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Indices.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5 659þ þe17df56f7a4584c552d72ac80d7672daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15008.classþ þþ

þST15009þ þST15009þ þST15009þ þST15009þ þST15009þ þST15009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build/classes/indices/Loader_Indices$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_Indices$1.classþ þ.CLASSþ þapplication/java-vmþ þ þ2170þ þc07ba0576de1ddb28e7cbda01827967aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15009.classþ þþ

þST15010þ þST15010þ þST15010þ þST15010þ þST15010þ þST15010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build/classes/indices/Storage_Mng.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStorage_Mng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1012þ þe 48849df4fd63081ebbf375120343814þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15010.classþ þþ

þST15011þ þST15011þ þST15011þ þST15011þ þST15011þ þST15011þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/build.xmlþ þþ þþ þ0þ þ1þ þST14968þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ build.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3842þ þd0a45d95f2494616500feb1d28c0ee35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15 011.xmlþ þþ

þST15012þ þST15012þ þST15012þ þST15012þ þST15012þ þST15012þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/indices.jarþ þþ þþ þ0þ þ1þ þST15021þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þindices.jarþ þ.JARþ þapplication/java-archiveþ þþ þ108011þ þf8944757c7dcf423a
9708451753b1676þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0003\ST15012.jarþ þþ

þST15013þ þST15013þ þST15013þ þST15013þ þST15013þ þST15013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1389511þ þ3f0ed1b1bcd9b765bc6806a
99e60119cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0003\ST15013.jarþ þþ

þST15014þ þST15014þ þST15014þ þST15014þ þST15014þ þST15014þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/dich.jarþ þþ þþ þ0þ þ1þ þST12541; ST20749;
ST22138þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdich.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ74052þ þced046dfecf530a35046b318a9cfc04eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15014.jarþ þþ

þST15015þ þST15015þ þST15015þ þST15015þ þST15015þ þST15015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST22352;
ST23075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ812419þ þ8b9bbd2c2adb1a7169b507265131d38cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15015.jarþ þþ

þST15016þ þST15016þ þST15016þ þST15016þ þST15016þ þST15016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST12547; ST20753; ST22140; ST22354;
ST24023;
ST24145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15016.jarþ þþ

þST15017þ þST15017þ þST15017þ þST15017þ þST15017þ þST15017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST21450; ST23080;
ST24441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ229018þ þ5104cae30b24dd47da65ee652a58700bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15017.jarþ þþ

þST15018þ þST15018þ þST15018þ þST15018þ þST15018þ þST15018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST20135; ST21451; ST22142;
ST22659; ST23081; ST23686; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15018.jarþ þþ

þST15019þ þST15019þ þST15019þ þST15019þ þST15019þ þST15019þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þST20756; ST22143; ST23082;
ST24442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvsclib.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ193434þ þ5e3a47b13f9368cad558e7ede25864dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15019.jarþ þþ
þST15020þ þST15020þ þST15020þ þST15020þ þST15020þ þST15020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þR
EADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1323þ þ23c3fa7a73b33b38cc26c3369e9d4816þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15020
.TXTþ þTEXT\0001\ST15020.txtþ
þST15021þ þST15021þ þST15021þ þST15021þ þST15021þ þST15021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/indices.jarþ þþ þþ þ0þ þ1þ þST15012þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þindices.jarþ þ.JARþ þapplication/java-archiveþ þþ þ108011þ þf8944757c7dcf423a97084
51753b1676þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0003\ST15021.jarþ þþ
þST15022þ þST15022þ þST15022þ þST15022þ þST15022þ þST15022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ596þ þe02e8bc171fd0d6801bd19d0df91a96a
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
003\ST15022.txtþ þTEXT\0001\ST15022.txtþ
þST15023þ þST15023þ þST15023þ þST15023þ þST15023þ þST15023þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15023.txtþ þTEXT\0001\ST15023.txtþ
þST15024þ þST15024þ þST15026þ þST15024þ þST15026þ þST15024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/3
1/2011þ þ00:00:00þ þ2011-10-31T00:00:00-04:00þ þ1320033600þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ817þ þ4cf2e0fc555b825bfd5f88b3560ec76fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15024.txtþ þTEXT\0001\ST15024.t
xtþ
þST15027þ þST15027þ þST15027þ þST15027þ þST15027þ þST15027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-

impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ56287þ þ89ccc81ef5ebe13a4db334c69b750
ccfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0003\ST15027.xmlþ þþ

þST15028þ þST15028þ þST15028þ þST15028þ þST15028þ þST15028þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ475þ þ3f0a993803fa276ff657f59485b3b5f0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15028.txtþ þTEXT
\0001\ST15028.txtþ

þST15029þ þST15030þ þST15029þ þST15030þ þST15029þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ2847þ þ4a4ffb8029f4204fca3c2fbe7af4b37dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15029.txtþ þTEXT\0001\ST15029.txtþ
þST15031þ þST15031þ þST15031þ þST15031þ þST15031þ þST15031þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST15042þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ
þþ þ515þ þ625a0b3b122bb6514b10bdee39c762b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15031.xmlþ þþ

þST15032þ þST15032þ þST15032þ þST15032þ þST15032þ þST15032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þ11c14589c1e02f9ef26f9f
6354aaa68cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0003\ST15032.txtþ þTEXT\0001\ST15032.txtþ

þST15033þ þST15033þ þST15033þ þST15033þ þST15033þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þtempfile.3.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48773þ þ0f5815d1203c97a
5951a11d25b2db6dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0003\ST15033.xmlþ þþ

þST15034þ þST15034þ þST15035þ þST15035þ þST15034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ3216þ þ212895dd8a0bc83b21a02cbd3
3fc251bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0003\ST15034.txtþ þTEXT\0001\ST15034.txtþ

þST15036þ þST15036þ þST15036þ þST15036þ þST15036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56336þ þc0461506c503cd8d58b2452 5c2d90b20þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0003\ST15036.xmlþ þþ

þST15037þ þST15037þ þST15037þ þST15037þ þST15037þ þST15037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ41 ffa0236befdfcfbb2c8d2f30ae660cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15037.propertiesþ þþ

þST15038þ þST15038þ þST15038þ þST15038þ þST15038þ þST15038þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15038.propertiesþ þþ

þST15039þ þST15039þ þST15039þ þST15039þ þST15039þ þST15039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST12569; ST21473; ST23106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex t/x-java-propertiesþ þþ þ254þ þa7e864693d74311f04d128a99ab817dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15039.propertiesþ þþ

þST15040þ þST15040þ þST15040þ þST15040þ þST15040þ þST15040þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ1060þ þc08fcf69ab64f66de665526 6b7f36554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0003\ST15040.xmlþ þþ

þST15041þ þST15041þ þST15041þ þST15041þ þST15041þ þST15041þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x- java-propertiesþ þþ þ2845þ þf80a1d6696ec3645546b5dc4e62629b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15041.propertiesþ þþ þST15042þ þST15042þ þST15042þ þST15042þ þST15042þ þST15042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST15031þ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ515þ þ625a0b3b122bb6514b10bdee3 9c762b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0003\ST15042.xmlþ þþ

þST15043þ þST15043þ þST15043þ þST15043þ þST15043þ þST15043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þ98609b640d479064c195798162fdc96dþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15043.txtþ þTEXT\0001\ST15043.txtþ
þST15044þ þST15044þ þST15044þ þST15044þ þST15044þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/.svn/entriesþ þþ þ0þ þ1þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/10/2011
þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901200þ þentriesþ þ.TXTþ þtext/plainþ
 þ241þ þa645d784fd69ec073075839127395e66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15044.txtþ þTEXT\0001\ST15044.txtþ
þST15045þ þST15045þ þST15045þ þST15045þ þST15045þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ91þ þ3bda1417802b0993be1ae6de9da21c35þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15045.txtþ þTEXT\0001\ST15045.txtþ
þST15046þ þST15046þ þST15046þ þST15046þ þST15046þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/09/
2011þ þ00:00:00þ þ2011-11-09T00:00:00-05:00þ þ1320814800þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ227þ þaa476fe2f63a21ea24232ccb764e5dd3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15046.txtþ þTEXT\0001\ST15046.txtþ
þST15047þ þST15047þ þST15047þ þST15047þ þST15047þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þfd1163202dff0c215f55491
231525eb2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0003\ST15047.txtþ þTEXT\0001\ST15047.txtþ
þST15048þ þST15048þ þST15048þ þST15048þ þST15048þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þ11/09/2011þ þ00:00:00þ þ2011-11-09T00:00:00-05:00þ þ1320814800þ þentriesþ þ.TXTþ
 þtext/plainþ þþ þ258þ þ010a0cf5cd002284d1cc4723be1a3724þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15048.txtþ þTEXT\0001\ST
15048.txtþ
þST15049þ þST15049þ þST15049þ þST15049þ þST15049þ þST15049þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þfebb32483b78fca552
a95a8fd3acda7fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0003\ST15049.txtþ þTEXT\0001\ST15049.txtþ
þST15050þ þST15050þ þST15050þ þST15050þ þST15050þ þST15050þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þ11/08/2011þ þ00:00:00þ þ2011-11-08T00:00:00-05:00þ þ1320728400þ þentriesþ þ .TXTþ þtext/plainþ þþ þ244þ þ2ed5bee0ef38cbefd7097c55d00e3aaa6þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15050.txtþ þTEXT\00 01\ST15050.txtþ

þST15051þ þST15051þ þST15051þ þST15051þ þST15051þ þST15051þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ119þ þb535d 0ecf4e9217bee9d0f8204dc83bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0003\ST15051.txtþ þTEXT\0001\ST15051.txtþ

þST15052þ þST15052þ þST15052þ þST15052þ þST15052þ þST15052þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þ11/08/2011þ þ00:00:00þ þ2011 -11-08T00:00:00-05:00þ þ1320728400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ252þ þ3aaf03c6b7 80edd8701d70ad817da8a3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0003\ST15052.txtþ þTEXT\0001\ST15052.txtþ

þST15053þ þST15053þ þST15053þ þST15053þ þST15053þ þST15053þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/all-wcpropsþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ133 2þ þcfe4e7f2ae2ebd4c52d7d6f7239719eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15053.txtþ þTEXT\0001\ST15053.txtþ

þST15054þ þST15054þ þST15057þ þST15054þ þST15057þ þST15054þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/entriesþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/08/2011þ þ00:00:00þ þ2011-11-08T00:00:00-05:00þ þ13 20728400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1300þ þ2843be02332d32fd0dc71f46217ead9eþ þ 4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0003\ST15054.txtþ þTEXT\0001\ST15054.txtþ

þST15058þ þST15058þ þST15061þ þST15058þ þST15061þ þST15058þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesCon troller.java.svn-baseþ þþ þþ þ0þ þ1þ þST15086þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIn dicesController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8488þ þa52916107f7e9c111daf9cb 9177878ddþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0003\ST15058.txtþ þTEXT\0001\ST15058.txtþ

þST15062þ þST15062þ þST15063þ þST15062þ þST15063þ þST15062þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesDes criptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST15087þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIn dicesDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2091þ þdb05e308cd0942f552b3f56 9ad79fc43þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ

NATIVES\0003\ST15062.txtþ þTEXT\0001\ST15062.txtþ
þST15064þ þST15064þ þST15066þ þST15064þ þST15066þ þST15064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesPar
ameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST15088þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIn
dicesParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5576þ þ04b972ac8120b3716627aee
09a415659þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0003\ST15064.txtþ þTEXT\0001\ST15064.txtþ
þST15067þ þST15067þ þST15068þ þST15067þ þST15068þ þST15067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesRej
ector.java.svn-baseþ þþ þþ þ0þ þ1þ þST15089þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndi
cesRejector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2742þ þ8bc0734cd70ef1113d8c0fa2888
a1bd8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0003\ST15067.txtþ þTEXT\0001\ST15067.txtþ
þST15069þ þST15069þ þST15070þ þST15069þ þST15070þ þST15069þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesRej
ectorType.java.svn-baseþ þþ þþ þ0þ þ1þ þST15090þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
IndicesRejectorType.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3047þ þa95114d05a572371345
9f1eb3d62fff6þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0003\ST15069.txtþ þTEXT\0001\ST15069.txtþ
þST15071þ þST15071þ þST15071þ þST15071þ þST15071þ þST15071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesRow
Model.java.svn-baseþ þþ þþ þ0þ þ1þ þST15091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndi
cesRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ594þ þ701d75be38531a84f7b1d500141d
8f23þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0003\ST15071.txtþ þTEXT\0001\ST15071.txtþ
þST15072þ þST15072þ þST15073þ þST15072þ þST15073þ þST15072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/text-base/IndicesUpd
ater.java.svn-baseþ þþ þþ þ0þ þ1þ þST15092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndic
esUpdater.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3110þ þ5dc38b97236e6faddbcbce88953aa
abbþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST15072.txtþ þTEXT\0001\ST15072.txtþ
þST15074þ þST15074þ þST15079þ þST15074þ þST15079þ þST15074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/.svn/tmp/tempfile.tmpþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þ
þ þ11671þ þ86c71dbbabe7423b81f89c6a7fe5d9d0þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15074.txtþ þTEXT\0001\ST15074.txtþ
þST15080þ þST15080þ þST15080þ þST15080þ þST15080þ þST15080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/etf/.svn/all-wcpropsþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ
496þ þb268f066ef360f5dc96e68358c3b5febþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15080.txtþ þTEXT\0001\ST15080.txtþ
þST15081þ þST15081þ þST15081þ þST15081þ þST15081þ þST15081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/etf/.svn/entriesþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/28/2010þ þ00:00:00þ þ2010-05-28T00:00:00-04:00þ
 þ1275019200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ479þ þ47669a253615dc62fe0bc3a5d42a7f23
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
003\ST15081.txtþ þTEXT\0001\ST15081.txtþ
þST15082þ þST15082þ þST15082þ þST15082þ þST15082þ þST15082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/etf/.svn/text-base/Indice
sETFController.java.svn-baseþ þþ þþ þ0þ þ1þ þST15084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þIndicesETFController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1067þ þc055d98ce26e4
650d7a39fcdf40cc8ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0003\ST15082.txtþ þTEXT\0001\ST15082.txtþ
þST15083þ þST15083þ þST15083þ þST15083þ þST15083þ þST15083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/etf/.svn/text-base/Indice
sETFDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST15085þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þIndicesETFDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ379þ þ8e1e1e799ad01b
228595f4b991f24fb0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE
þ þTRUEþ þNATIVES\0003\ST15083.txtþ þTEXT\0001\ST15083.txtþ
þST15084þ þST15084þ þST15084þ þST15084þ þST15084þ þST15084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/etf/IndicesETFController.
javaþ þþ þþ þ0þ þ1þ þST15082þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þIndicesETFControlle
r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1067þ þc055d98ce26e4650d7a39fcdf40cc8ceþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
5084.javaþ þþ
þST15085þ þST15085þ þST15085þ þST15085þ þST15085þ þST15085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/etf/IndicesETFDescriptor.
javaþ þþ þþ þ0þ þ1þ þST15083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þIndicesETFDescripto
r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ379þ þ8e1e1e799ad01b228595f4b991f24fb0þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15
085.javaþ þþ
þST15086þ þST15086þ þST15086þ þST15086þ þST15086þ þST15086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesController.javaþ þ
þ þþ þ0þ þ1þ þST15058þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesController.javaþ þ.

JAVAþ þtext/x-java-sourceþ þþ þ8488þ þa52916107f7e9c111daf9cb9177878ddþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15086.java
þ þþ

þST15087þ þST15087þ þST15087þ þST15087þ þST15087þ þST15087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesDescriptor.javaþ þþ þþ
þ þþ þ0þ þ1þ þST15062þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesDescriptor.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ2091þ þdb05e308cd0942f552b3f569ad79fc43þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15087.java
þ þþ

þST15088þ þST15088þ þST15088þ þST15088þ þST15088þ þST15088þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesParameters.javaþ þ
þ þþ þ0þ þ1þ þST15064þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesParameters.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ5576þ þ04b972ac8120b3716627aee09a415659þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15088.java
þ þþ

þST15089þ þST15089þ þST15089þ þST15089þ þST15089þ þST15089þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesRejector.javaþ þþ þ
þ þ0þ þ1þ þST15067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesRejector.javaþ þ.JAVA
þ þtext/x-java-sourceþ þþ þ2742þ þ8bc0734cd70ef1113d8c0fa2888a1bd8þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15089.java þþ
þST15090þ þST15090þ þST15090þ þST15090þ þST15090þ þST15090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesRejectorType.javaþ
 þþ þþ þ0þ þ1þ þST15069þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesRejectorType.java
þ þ.JAVAþ þtext/x-java-sourceþ þþ þ3047þ þa95114d05a5723713459f1eb3d62fff6þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15090.j
avaþ þþ

þST15091þ þST15091þ þST15091þ þST15091þ þST15091þ þST15091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesRowModel.javaþ þþ þ
þ þ0þ þ1þ þST15071þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesRowModel.javaþ þ.JAVA
þ þtext/x-java-sourceþ þþ þ594þ þ701d75be38531a84f7b1d500141d8f23þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15091.java þþ
þST15092þ þST15092þ þST15092þ þST15092þ þST15092þ þST15092þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/core/multiviewer/indices/IndicesUpdater.javaþ þþ þþ
 þ0þ þ1þ þST15072þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesUpdater.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ3110þ þ5dc38b97236e6faddbcbce88953aaabbþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15092.javaþ þþ
þST15093þ þST15093þ þST15093þ þST15093þ þST15093þ þST15093þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ589þ þec6c26678977e
9b09e134788d249f2d8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0003\ST15093.txtþ þTEXT\0001\ST15093.txtþ
þST15094þ þST15094þ þST15095þ þST15094þ þST15095þ þST15094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ07/20/2011þ þ00:00:00þ þ2011-07-20T00:00:00-04:00þ þ1311134400þ þentr
iesþ þ.TXTþ þtext/plainþ þþ þ714þ þb2074caede18946ef2fee9c7233b70cdþ þ2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15094.txtþ þTEXT\0001\ST15094.txtþ þ
TEXT\0001\ST15094.txtþ
þST15096þ þST15096þ þST15096þ þST15096þ þST15096þ þST15096þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/.svn/text-base/IndexDashboard.form.svn-b
aseþ þþ þþ þ0þ þ1þ þST15105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard.form.
svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3131þ þ6a76e751cde97e5634ce6338d3951599þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST150
96.xmlþ þþ
þST15097þ þST15103þ þST15097þ þST15103þ þST15097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/.svn/text-base/IndexDashboard.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST15106þ þþ þþ þþ þþ þþ þ01/05/2009þ þ00:00:00þ þ2009-01
-05T00:00:00-05:00þ þ1231131600þ þIndexDashboard.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ14829þ þabbb18ac9e3a7f64833d03a4ce3e5a6fþ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15097.txtþ þTEXT\0001\ST15097.txtþ
þST15104þ þST15104þ þST15104þ þST15104þ þST15104þ þST15104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/.svn/text-base/IndexDashBoardDescriptor.
java.svn-baseþ þþ þþ þ0þ þ1þ þST15107þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashB
oardDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ587þ þ66fcccb769c62d8124f4a53b2
a6dc3e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0003\ST15104.txtþ þTEXT\0001\ST15104.txtþ
þST15105þ þST15105þ þST15105þ þST15105þ þST15105þ þST15105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/IndexDashboard.formþ þþ þþ þ0þ þ1þ þST1509
6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard.formþ þ.XMLþ þapplication/xml
þ þþ þ3131þ þ6a76e751cde97e5634ce6338d3951599þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15105.xmlþ þþ
þST15106þ þST15106þ þST15106þ þST15106þ þST15106þ þST15106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/IndexDashboard.javaþ þþ þþ þ0þ þ1þ þST1509
7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashboard.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ14829þ þabbb18ac9e3a7f64833d03a4ce3e5a6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15106.javaþ þþ
þST15107þ þST15107þ þST15107þ þST15107þ þST15107þ þST15107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/dashboard/IndexDashBoardDescriptor.javaþ þþ þþ þ0þ
þ1þ þST15104þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexDashBoardDescriptor.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ587þ þ66fcccb769c62d8124f4a53b2a6dc3e6þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15107.javaþ
þþ
þST15108þ þST15108þ þST15108þ þST15108þ þST15108þ þST15108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ106þ þ589409c8b0ccb6f6654
abf56ed8ba77cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0003\ST15108.txtþ þTEXT\0001\ST15108.txtþ
þST15109þ þST15109þ þST15109þ þST15109þ þST15109þ þST15109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þ11/09/2011þ þ00:00:00þ þ2011-11-09T00:00:00-05:00þ þ1320814800þ þentriesþ þ.
TXTþ þtext/plainþ þþ þ243þ þbf79ea9c7d87906a740d10f585fd095dþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15109.txtþ þTEXT\0001\ST15109.txtþ
þST15110þ þST15110þ þST15110þ þST15110þ þST15110þ þST15110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ118þ þf66fe9
3f961df8cb9b81c426d667cdfbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0003\ST15110.txtþ þTEXT\0001\ST15110.txtþ
þST15111þ þST15111þ þST15111þ þST15111þ þST15111þ þST15111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þ11/09/2011þ þ00:00:00þ þ2011-11-09T00:00:00-05:00þ þ1320814800þ
 þentriesþ þ.TXTþ þtext/plainþ þþ þ251þ þc2356c9149ce123455322098680654ecþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15111.t
xtþ þTEXT\0001\ST15111.txtþ
þST15112þ þST15112þ þST15112þ þST15112þ þST15112þ þST15112þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/.svn/all-wcpropsþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ622þ þ0595bc3e36c5145f39a7da5628e67a6aþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15112.tx
tþ þTEXT\0001\ST15112.txtþ
þST15113þ þST15113þ þST15114þ þST15113þ þST15114þ þST15113þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/indices/src/com/equityfeed/gui/multiviewer/indices/.svn/entriesþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/09/2011þ þ00:00:00þ þ2011-11-09T00:00:00-05:00þ þ132
0814800þ þentriesþ þ.TXTþ þtext/plainþ þ þ691þ þcfdb93f4a6f7f6ca2360d08976739eb4þ þ2þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T15113.txtþ þTEXT\0001\ST15113.txtþ

þST15115þ þST15115þ þST15115þ þST15115þ þST15115þ þST15115þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/.svn/text-base/IIndicesLis
tener.java.svn-baseþ þþ þþ þ0þ þ1þ þST15127þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIInd
icesListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ316þ þ9fe31c916364ab5c3f696a61f6a
65a9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0003\ST15115.txtþ þTEXT\0001\ST15115.txtþ

þST15116þ þST15116þ þST15116þ þST15116þ þST15116þ þST15116þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/.svn/text-base/IndicesPane
l.form.svn-baseþ þþ þþ þ0þ þ1þ þST15128þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesP
anel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ9071þ þ8783800d70e0a72964d2925a9afca
5adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0003\ST15116.xmlþ þþ

þST15117þ þST15126þ þST15117þ þST15126þ þST15117þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/.svn/text-base/IndicesPane
l.java.svn-baseþ þþ þþ þ0þ þ1þ þST15129þ þþ þþ þþ þþ þþ þ07/15/2008þ þ00:00
:00þ þ2008-07-15T00:00:00-04:00þ þ1216094400þ þIndicesPanel.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ20653þ þ2c26c9969fa40a41014b9030065b8854þ þ10þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15117.txtþ þTEXT\0001\ST
15117.txtþ

þST15127þ þST15127þ þST15127þ þST15127þ þST15127þ þST15127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/IIndicesListener.javaþ þþ þ
þ þ0þ þ1þ þST15115þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIIndicesListener.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þþ þ316þ þ9fe31c916364ab5c3f696a61f6a65a9dþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15127.javaþ þþ
þST15128þ þST15128þ þST15128þ þST15128þ þST15128þ þST15128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/IndicesPanel.formþ þþ þþ þ0
þ þ1þ þST15116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel.formþ þ.XMLþ þappli
cation/xmlþ þþ þ9071þ þ8783800d70e0a72964d2925a9afca5adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15128.xmlþ þþ
þST15129þ þST15129þ þST15129þ þST15129þ þST15129þ þST15129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/com/equityfeed/gui/multiviewer/indices/IndicesPanel.javaþ þþ þþ þ0
þ þ1þ þST15117þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesPanel.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ20653þ þ2c26c9969fa40a41014b9030065b8854þ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15129.javaþ þþ
þST15130þ þST15130þ þST15130þ þST15130þ þST15130þ þST15130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ92þ þ78119bd68d2e412390dc5d15509119f9þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15130.txtþ þTEXT\0001\ST15130.txtþ
þST15131þ þST15131þ þST15131þ þST15131þ þST15131þ þST15131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/08
/2011þ þ00:00:00þ þ2011-11-08T00:00:00-05:00þ þ1320728400þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ225þ þb7df8f92f35d26e694da0e5a7c2823adþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ0þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15131.txtþ þTEXT
\0001\ST15131.txtþ
þST15132þ þST15132þ þST15132þ þST15132þ þST15132þ þST15132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/indices/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ777þ þ989299dd2b11b88fb0f21e5a1cad74f4þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15132.tx
tþ þTEXT\0001\ST15132.txtþ
þST15133þ þST15133þ þST15135þ þST15133þ þST15133þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/indices/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þ11/08/2011þ þ00:00:00þ þ2011-11-08T00:00:00-05:00þ þ1320728400þ þentriesþ þ.TXTþ þt
ext/plainþ þþ þ972þ þb47a48c4216b022164b63edbb4c0f2a3þ þ3þ þ0þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15133.txtþ þTEXT\0001\ST15
133.txtþ
þST15136þ þST15136þ þST15136þ þST15136þ þST15136þ þST15136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/indices/.svn/text-base/IIndicesUpdaterListener.java.svn-base
þ þþ þþ þ0þ þ1þ þST15148þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIIndicesUpdaterListener
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ233þ þc0883f34867750fa5defad2ad4ee61e9þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
5136.txtþ þTEXT\0001\ST15136.txtþ
þST15137þ þST15137þ þST15138þ þST15137þ þST15138þ þST15137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/indices/.svn/text-base/IndexEntry.java.svn-baseþ þþ þþ þ0þ þ1
þ þST15149þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexEntry.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ1373þ þ0c53ea7aafb19e166051646fa21136fbþ þ2þ þ0þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15137.txtþ þTEXT\0001\ST15
137.txtþ
þST15139þ þST15139þ þST15139þ þST15139þ þST15139þ þST15139þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/.svn/text-base/Indice.java.svn-baseþ þþ þþ þ0þ þ1þ þST 15150þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndice.java.svn-baseþ þ.TXTþ þtext/plain þ þþ þ387þ þc6da801a6e56a99c6b8d3d0e9be2d9ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15139.txtþ þTEXT\0001\ST15139.txtþ þST15140þ þST15140þ þST15145þ þST15140þ þST15145þ þST15140þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/.svn/text-base/IndicesUpdater.java.svn-baseþ þþ þþ þ0 þ þ1þ þST15151þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesUpdater.java.svn-baseþ þ. TXTþ þtext/plainþ þþ þ13261þ þ5a75acea037e6379b24982f9b33f4b52þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15140.txtþ þTEXT\0 001\ST15140.txtþ

þST15146þ þST15147þ þST15146þ þST15147þ þST15146þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/.svn/text-base/Parser.java.svn-baseþ þþ þþ þ0þ þ1þ þST 15152þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þParser.java.svn-baseþ þ.TXTþ þtext/plain þ þþ þ3056þ þ00a56b18367aef051f79755ea31f6d3cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15146.txtþ þTEXT\0001\ST15146.txtþ þST15148þ þST15148þ þST15148þ þST15148þ þST15148þ þST15148þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/IIndicesUpdaterListener.javaþ þþ þþ þ0þ þ1þ þST15136þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIIndicesUpdaterListener.javaþ þ.JAVAþ þtext/x-j ava-sourceþ þþ þ233þ þc0883f34867750fa5defad2ad4ee61e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15148.javaþ þþ þST15149þ þST15149þ þST15149þ þST15149þ þST15149þ þST15149þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/IndexEntry.javaþ þþ þþ þ0þ þ1þ þST15137þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þIndexEntry.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1373þ þ0c53e a7aafb19e166051646fa21136fbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15149.javaþ þþ

þST15150þ þST15150þ þST15150þ þST15150þ þST15150þ þST15150þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/Indice.javaþ þþ þþ þ0þ þ1þ þST15139þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndice.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ387þ þc6da801a6e56a9 9c6b8d3d0e9be2d9ccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0003\ST15150.javaþ þþ

þST15151þ þST15151þ þST15151þ þST15151þ þST15151þ þST15151þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/core/indices/IndicesUpdater.javaþ þþ þþ þ0þ þ1þ þST15140þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndicesUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1326 1þ þ5a75acea037e6379b24982f9b33f4b52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15151.javaþ þþ

þST15152þ þST15152þ þST15152þ þST15152þ þST15152þ þST15152þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/core/indices/Parser.javaþ þþ þþ þ0þ þ1þ þST15146þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þParser.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3056þ þ00a56b18367ae
f051f79755ea31f6d3cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0003\ST15152.javaþ þþ

þST15153þ þST15153þ þST15153þ þST15153þ þST15153þ þST15153þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/indices/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ500þ þ5de4084878a05cd1f05d5e969911986fþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15153.tx
tþ þTEXT\0001\ST15153.txtþ
þST15154þ þST15154þ þST15155þ þST15154þ þST15154þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/indices/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11
/10/2011þ þ00:00:00þ þ2011-11-10T00:00:00-05:00þ þ1320901200þ þentriesþ þ.TXTþ þtext/
plainþ þþ þ684þ þ79629dfa1b4761810934a74929ef31dcþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15154.txtþ þTEXT\0001\ST15154.txtþ
þST15156þ þST15156þ þST15156þ þST15156þ þST15156þ þST15156þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/indices/.svn/text-base/HashSetIndexEntry.java.svn-baseþ þþ þþ þ0þ
þ1þ þST15162þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHashSetIndexEntry.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ1238þ þ6fec33c908fbeebedddb6e5a097892d2þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15156.txtþ þTEXT
\0001\ST15156.txtþ
þST15157þ þST15157þ þST15160þ þST15157þ þST15160þ þST15157þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/indices/.svn/text-base/Loader_Indices.java.svn-baseþ þþ þþ þ0þ þ1þ
þST15163þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoadSer_Indices.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ7705þ þbf1a1a5ccacaaff8f38dae68e92262eeþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15157.txtþ þTEXT\0001\S
T15157.txtþ
þST15161þ þST15161þ þST15161þ þST15161þ þST15161þ þST15161þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/indices/.svn/text-base/Storage_Mng.java.svn-baseþ þþ þþ þ0þ þ1þ þST
15164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStorage_Mng.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ969þ þ882b8cef631a81f98048c84a859a35e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15161.txtþ þTEXT\0001\ST15161.txtþ
þST15162þ þST15162þ þST15162þ þST15162þ þST15162þ þST15162þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/indices/src/indices/HashSetIndexEntry.javaþ þþ þþ þ0þ þ1þ þST15156þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHashSetIndexEntry.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ12 38þ þ6fec33c908fbeebedddb6e5a097892d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15162.javaþ þþ

þST15163þ þST15163þ þST15163þ þST15163þ þST15163þ þST15163þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/indices/Loader_Indices.javaþ þþ þþ þ0þ þ1þ þST15157þ þþ þþ þþ þþ þþ þþ þþ þLoader_Indices.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7705þ þbf1a1a5ccacaaff8f38dae68e92262eeþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15163.javaþ þþ

þST15164þ þST15164þ þST15164þ þST15164þ þST15164þ þST15164þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/src/indices/Storage_Mng.javaþ þþ þþ þ0þ þ1þ þST15161þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStorage_Mng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ969þ þ882b8cef6 31a81f98048c84a859a35e6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0003\ST15164.javaþ þþ

þST15165þ þST15165þ þST15165þ þST15165þ þST15165þ þST15165þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þcf8eb4a5dae924f9fa2ca54be6438b15þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST 15165.txtþ þTEXT\0001\ST15165.txtþ

þST15166þ þST15166þ þST15166þ þST15166þ þST15166þ þST15166þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/indices/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/28/201 0þ þ00:00:00þ þ2010-05-28T00:00:00-04:00þ þ1275019200þ þentriesþ þ.TXTþ þtext/plainþ þ þ þ158þ þdb5f165fc5187cb201bcedaedce0e59dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15166.txtþ þTEXT\0001\ST15166.txtþ

þST15167þ þST15167þ þST15167þ þST15167þ þST15167þ þST15167þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/JavaApplication208/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823; ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85 þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15167.txtþ þTEXT\0001\ST15167.txtþ

þST15168þ þST15168þ þST15168þ þST15168þ þST15168þ þST15168þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/JavaApplication208/src/javaapplication208/JavaApplication208.javaþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þJavaApplication208.javaþ þ.JAVAþ þtext/x-j ava-sourceþ þþ þ661þ þe25a134b752b3f9d8a1fa67d98ee98b8þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15168.javaþ þþ

þST15169þ þST15169þ þST15169þ þST15169þ þST15169þ þST15169þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/build/classes/.netbeans_automatic_buildþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ.netbeans_automatic_buildþ þ.NETBEANS_AUTOMATIC_BUILDþ þap
plication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15169.netbeans_au
tomatic_buildþ þþ

þST15170þ þST15170þ þST15170þ þST15170þ þST15170þ þST15170þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/build/classes/components/MenuDemo.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þMenuDemo.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6607þ þa8
46e34bfd78d61a0a8fcb9762f8fe04þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15170.classþ þþ

þST15171þ þST15171þ þST15171þ þST15171þ þST15171þ þST15171þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/build/classes/components/MenuDemo$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þMenuDemo
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ518þ þff25eac13ff3039dd34b761adf7bde73þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST15171.classþ þþ

þST15172þ þST15172þ þST15172þ þST15172þ þST15172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild
.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3722þ þa8b31ef5abe4123017b9a62e3cee0dc0þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15172.x
mlþ þþ

þST15173þ þST15173þ þST15173þ þST15173þ þST15173þ þST15173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ37895þ þb7350932765f56f51afc1b
df0ac35fc1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0003\ST15173.xmlþ þþ

þST15174þ þST15174þ þST15174þ þST15174þ þST15174þ þST15174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ
2901967d3a1035677dfbe0f69961d525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15174.propertiesþ þþ

þST15175þ þST15175þ þST15175þ þST15175þ þST15175þ þST15175þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/JMenuDemo/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST21962;
ST22863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ267þ þe9983c63fcd8622815dc4b30f796a212þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15175.propertiesþ
þþ

þST15176þ þST15176þ þST15176þ þST15176þ þST15176þ þST15176þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/JMenuDemo/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281; ST20041; ST21474; ST21987; ST22676; ST24043; ST24165; ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15176.xmlþ þþ

þST15177þ þST15177þ þST15177þ þST15177þ þST15177þ þST15177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/JMenuDemo/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ1915þ þ0 9e539f7639f81700dda9734c702c4c1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15177.propertiesþ þþ

þST15178þ þST15178þ þST15178þ þST15178þ þST15178þ þST15178þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/JMenuDemo/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þproject.xmlþ þ.XMLþ þapplication/xmlþ þ517þ þ8933d1dd4505632c9746e4b2a9f96 566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0003\ST15178.xmlþ þþ

þST15179þ þST15179þ þST15179þ þST15179þ þST15179þ þST15179þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/JMenuDemo/src/components/MenuDemo.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMenuDemo.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7181þ þ76826a93ab76d0d9 82af8e44741766acþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR UEþ þNATIVES\0003\ST15179.javaþ þþ

þST15180þ þST15180þ þST15180þ þST15180þ þST15180þ þST15180þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ440þ þ69e11c63acabb1e3398ffe49d08027deþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15180.tx tþ þTEXT\0001\ST15180.txtþ

þST15181þ þST15181þ þST15182þ þST15181þ þST15182þ þST15181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/19/2011 þ þ00:00:00þ þ2011-04-19T00:00:00-04:00þ þ1303185600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ695þ þ4ddad954db4efa5c6f276a18af42f107þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15181.txtþ þTEXT\0001\ST15181.txtþ

þST15183þ þST15183þ þST15183þ þST15183þ þST15183þ þST15183þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/.svn/prop-base/buttons_img.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;

ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;

ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;

ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuttons_img.jar.svn-baseþ þ.TXTþ þtext
/plainþ þþ p53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15183.txtþ þTEXT\0001\ST15183.txtþ
þST15184þ þST15184þ þST15184þ þST15184þ þST15184þ þST15184þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/.svn/prop-base/comm_img.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15185; ST15260; ST15261; ST15262;

ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;

ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;

ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcomm_img.jar.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15184.txtþ þTEXT
\0001\ST15184.txtþ
þST15185þ þST15185þ þST15185þ þST15185þ þST15185þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/.svn/prop-base/launchpad_img.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579;

ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;

ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;

ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_img.jar.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15185.txtþ þTEXT\0001\ST1518
5.txtþ
þST15186þ þST15186þ þST15186þ þST15186þ þST15186þ þST15186þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/.svn/text-base/buttons_img.jar.svn-baseþ þþ þþ þ0þ þ1þ þST16492; ST22134; ST22652;
ST24141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuttons_img.jar.svn-baseþ þ.JARþ þappl ication/java-archiveþ þþ þ1235293þ þb8811f59d80e0c51a816179e14b96d39þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15186.jarþ þþ þST15187þ þST15187þ þST15187þ þST15187þ þST15187þ þST15187þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/.svn/text-base/comm_img.jar.svn-baseþ þþ þþ þ0þ þ1þ þST17187; ST22137; ST22654;
ST24435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcomm_img.jar.svn-baseþ þ.JARþ þapplica tion/java-archiveþ þþ þ690275þ þ3ac614b34d1d08021e32387510a88175þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15187.jarþ þþ þST15188þ þST15188þ þST15188þ þST15188þ þST15188þ þST15188þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/.svn/text-base/launchpad_img.jar.svn-baseþ þþ þþ þ0þ þ1þ þST19757þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_img.jar.svn-baseþ þ.JARþ þapplication /java-archiveþ þþ þ1419007þ þ35635857bd23c729c719030ced968cb1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15188.jarþ þþ þST15189þ þST15189þ þST15189þ þST15189þ þST15189þ þST15189þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ216þ þaafb23fd6bc72dc930e2eb9489 f153d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0003\ST15189.txtþ þTEXT\0001\ST15189.txtþ
þST15190þ þST15190þ þST15190þ þST15190þ þST15190þ þST15190þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ06/28/2010þ þ00:00:00þ þ2010
-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ374þ þ32e9215858 21e5d59a976cc77a4c2168þ þ1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0003\ST15190.txtþ þTEXT\0001\ST15190.txtþ
þST15191þ þST15191þ þST15191þ þST15191þ þST15191þ þST15191þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST151 92þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xml þ þþ þ3728þ þd62bd004ebc9112ff9cbf01a1e2b669eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15191.xmlþ þþ
þST15192þ þST15192þ þST15192þ þST15192þ þST15192þ þST15192þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/build.xmlþ þþ þþ þ0þ þ1þ þST15191þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3728þ þd62bd004ebc9112ff9cbf0 1a1e2b669eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0003\ST15192.xmlþ þþ
þST15193þ þST15193þ þST15193þ þST15193þ þST15193þ þST15193þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ672þ þdc1f24cb833c612d 36a59e75db7c836dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0003\ST15193.txtþ þTEXT\0001\ST15193.txtþ

þST15194þ þST15194þ þST15195þ þST15194þ þST15195þ þST15194þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009 -09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ747þ þ2b2df659a7 1a278ccf18e0cf65bad149þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0003\ST15194.txtþ þTEXT\0001\ST15194.txtþ

þST15196þ þST15196þ þST15196þ þST15196þ þST15196þ þST15196þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þ þ0þ þ1þ þST15200þ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.X MLþ þapplication/xmlþ þ34076þ þeea3d853f754e29ac41aec21b0249441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15196.xmlþ þþ þST15197þ þST15197þ þST15197þ þST15197þ þST15197þ þST15197þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/.svn/text-base/genfiles.properties.svn-base þ þþ þ0þ þ1þ þST15201þ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn -baseþ þ.TXTþ þtext/plainþ þþ þ455þ þ0fbfa019ee13d2a65465f620e1bc3094þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15197.txtþ þTEXT\0001\ST15197.txtþ

þST15198þ þST15198þ þST15198þ þST15198þ þST15198þ þST15198þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST15206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ1857þ þ6b1a285833fd809e14c3ae767b0f6935þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15198.txtþ þþ þ TEXT\0001\ST15198.txtþ

þST15199þ þST15199þ þST15199þ þST15199þ þST15199þ þST15199þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ 0þ þ1þ þST15207þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þa pplication/xmlþ þþ þ581þ þa0dce8bf27203d5a90ebb29a943e100aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15199.xmlþ þþ þST15200þ þST15200þ þST15200þ þST15200þ þST15200þ þST15200þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST15196þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ34076þ þ eea3d853f754e29ac41aec21b0249441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

TRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15200.xmlþ þþ
þST15201þ þST15201þ þST15201þ þST15201þ þST15201þ þST15201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST15197þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java
-propertiesþ þþ þ455þ þ0fbfa019ee13d2a65465f620e1bc3094þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15201.propertiesþ þþ
þST15202þ þST15202þ þST15202þ þST15202þ þST15202þ þST15202þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/private/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ270þ þ637887d6
5378d76f9a36b40c5d454143þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0003\ST15202.txtþ þTEXT\0001\ST15202.txtþ
þST15203þ þST15203þ þST15203þ þST15203þ þST15203þ þST15203þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/private/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ364þ þb675a5894ab8f65f81fc9ba1afb906ceþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15203.t
xtþ þTEXT\0001\ST15203.txtþ
þST15204þ þST15204þ þST15204þ þST15204þ þST15204þ þST15204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/private/.svn/text-base/private.properties.s
vn-baseþ þþ þþ þ0þ þ1þ þST15205þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.properti
es.svn-baseþ þ.TXTþ þtext/plainþ þþ þ267þ þ520bb81ec6705f468c79ab7ee54ef662þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1520
4.txtþ þTEXT\0001\ST15204.txtþ
þST15205þ þST15205þ þST15205þ þST15205þ þST15205þ þST15205þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST
15204þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/
x-java-propertiesþ þþ þ267þ þ520bb81ec6705f468c79ab7ee54ef662þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15205.propertiesþ þþ
þST15206þ þST15206þ þST15206þ þST15206þ þST15206þ þST15206þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST15198þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-p
ropertiesþ þþ þ1857þ þ6b1a285833fd809e14c3ae767b0f6935þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15206.propertiesþ þþ
þST15207þ þST15207þ þST15207þ þST15207þ þST15207þ þST15207þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST15199þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ581þ þa0dce8bf2

7203d5a90ebb29a943e100aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15207.xmlþ þþ

þST15208þ þST15208þ þST15208þ þST15208þ þST15208þ þST15208þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þ7b3f64c140dfcf0f6b4b834f1fea2ba1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15208.txtþ þTEXT\0001\ST15208.txtþ

þST15209þ þST15209þ þST15209þ þST15209þ þST15209þ þST15209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ245þ þe86d3e095da913aced2c7aefabdd0e54þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15209.txtþ þTEXT\0001\ST15209.txtþ

þST15210þ þST15210þ þST15210þ þST15210þ þST15210þ þST15210þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ106þ þ277c3dbc3f31badce8a50d3e398714f1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15210.txtþ þTEXT\0001\ST15210.txtþ

þST15211þ þST15211þ þST15211þ þST15211þ þST15211þ þST15211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þ11/25/2009þ þ00:00:00þ þ2009-11-25T00:00:00-05:00þ þ1259125200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ242þ þ728df60c6bbcf5c827f25a8a09050dc5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15211.txtþ þTEXT\0001\ST15211.txtþ

þST15212þ þST15212þ þST15212þ þST15212þ þST15212þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ117þ þ8d9486bce48a01084f3c0471f35e36f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15212.txtþ þTEXT\0001\ST15212.txtþ

þST15213þ þST15213þ þST15213þ þST15213þ þST15213þ þST15213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/25/2009þ þ00:00:00þ þ2009-11-25T00:00:00-05:00þ þ1259125200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ246þ þ1f34ce532bb605e50ff9af1c276369a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15213.txtþ þTEXT\0001\ST15213.txtþ

þST15214þ þST15214þ þST15214þ þST15214þ þST15214þ þST15214þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ121þ þ7c2
d7197aafb8dd99cb69e1f14e6e084þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15214.txtþ þTEXT\0001\ST15214.txtþ
þST15215þ þST15215þ þST15215þ þST15215þ þST15215þ þST15215þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/25/2009þ þ00:00:00þ þ2009-11-25T00:00:00-05:00þ þ1259125
200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ254þ þ69b6557bc522c65828ae63d88826c2dbþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST152
15.txtþ þTEXT\0001\ST15215.txtþ
þST15216þ þST15216þ þST15230þ þST15216þ þST15230þ þST15216þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/all-wcpropsþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ23935þ þ137a2c38697b7fc3985d377c15d6e19eþ þ15þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15216
.txtþ þTEXT\0001\ST15216.txtþ
þST15231þ þST15231þ þST15259þ þST15231þ þST15259þ þST15231þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/entriesþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/25/2009þ þ00:00:00þ þ2009-11-25T00:00:00-05:00þ
þ1259125200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ20119þ þ60bdde357963510ea062e6657b99a7
8cþ þ29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST15231.txtþ þTEXT\0001\ST15231.txtþ
þST15260þ þST15260þ þST15260þ þST15260þ þST15260þ þST15260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/add_cli
ck.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;

ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;

ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;

ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_click.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15260.txtþ þTEXT\0001\ST15260.t
xtþ

þST15261þ þST15261þ þST15261þ þST15261þ þST15261þ þST15261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/add_rem
ove_o.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;

ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;

ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;

ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_remove_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15261.txtþ þTEXT\0001\ST15261
.txtþ

þST15262þ þST15262þ þST15262þ þST15262þ þST15262þ þST15262þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn-prop-base/add_rem
ove_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;

ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;

ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;

ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_remove_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15262.txtþ þTEXT\0001\ST15262
.txtþ

þST15263þ þST15263þ þST15263þ þST15263þ þST15263þ þST15263þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/add_rem
ove.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;

ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;

ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17640; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20046; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþadd_remove.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15263.txtþ þTEXT\0001\ST15263.
txtþ

þST15264þ þST15264þ þST15264þ þST15264þ þST15264þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/add.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;

ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;

ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15264.txtþ þTEXT\0001\ST15264.txtþ
þST15265þ þST15265þ þST15265þ þST15265þ þST15265þ þST15265þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/alert_t
ypes_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;

ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;

ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23992; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types_o.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15265.txtþ þTEXT\0001\ST1526
5.txtþ
þST15266þ þST15266þ þST15266þ þST15266þ þST15266þ þST15266þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/alert_t
ypes_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;

ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21293; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types_y.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15266.txtþ þTEXT\0001\ST1526
6.txtþ

þST15267þ þST15267þ þST15267þ þST15267þ þST15267þ þST15267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/alert_t
ypes.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;

ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15267.txtþ þTEXT\0001\ST15267.txtþ
þST15268þ þST15268þ þST15268þ þST15268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/alerts_
for_watchlist_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;

ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_for_watchlist_checked.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15268.txtþ þT
EXT\0001\ST15268.txtþ
þST15269þ þST15269þ þST15269þ þST15269þ þST15269þ þST15269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/alerts_
for_watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17125; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_for_watchlist.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15269.txtþ þTEXT\0001
\ST15269.txtþ
þST15270þ þST15270þ þST15270þ þST15270þ þST15270þ þST15270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Clear
Screen_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;

ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15945; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;

ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19734; ST19737; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear
Screen_click.png.svn-baseþ þ.TXTþ þtext/plainþ þ53þ þ113136892f2137aa0116093a524ad
e0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST15270.txtþ þTEXT\0001\ST15270.txtþ
þST15271þ þST15271þ þST15271þ þST15271þ þST15271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Clear
Screen.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;

ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;

ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;

ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear
Screen.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15271.txtþ þTEXT\0001\ST15271.txtþ
þST15272þ þST15272þ þST15272þ þST15272þ þST15272þ þST15272þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/clear_a
ll_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;

ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;

ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;

ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all_o.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15272.txtþ þTEXT\0001\ST15272.txtþ
þST15273þ þST15273þ þST15273þ þST15273þ þST15273þ þST15273þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/clear_a
ll_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;

ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;

ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;

ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all_y.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15273.txtþ þTEXT\0001\ST15273.txtþ
þST15274þ þST15274þ þST15274þ þST15274þ þST15274þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/clear_a
ll.png.svn-baseþ þþ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;

ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;

ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;

ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15274.txtþ þTEXT\0001\ST15274.t
xtþ
þST15275þ þST15275þ þST15275þ þST15275þ þST15275þ þST15275þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Clear_c
lick.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;

ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;

ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;

ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear_click.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15275.txtþ þTEXT\0001\ST15275.txt
þST15276þ þST15276þ þST15276þ þST15276þ þST15276þ þST15276þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn-prop-base/Clear.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;

ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;

ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;

ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15276.txtþ þTEXT\0001\ST15276.txtþ
þST15277þ þST15277þ þST15277þ þST15277þ þST15277þ þST15277þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/clear2_
o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;

ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;

ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;

ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ p53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15277.txtþ þTEXT
\0001\ST15277.txtþ
þST15278þ þST15278þ þST15278þ þST15278þ þST15278þ þST15278þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/clear2_
y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;

ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;

ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;

ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2_y.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15278.txtþ þTEXT
\0001\ST15278.txtþ
þST15279þ þST15279þ þST15279þ þST15279þ þST15279þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/clear2.

png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;

ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;

ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15279.txtþ þTEXT\0001\ST15279.txtþ
þST15280þ þST15280þ þST15280þ þST15280þ þST15280þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/close_o

```
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
```

ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;

ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_o.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15280.txtþ þTEXT\0001\ST15280.txtþ
þST15281þ þST15281þ þST15281þ þST15281þ þST15281þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/close_y

.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;

ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;

ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_y.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15281.txtþ þTEXT\0001\ST15281.txtþ
þST15282þ þST15282þ þST15282þ þST15282þ þST15282þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/close.p

ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;

ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;

ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15282.txtþ þTEXT\0001\ST15282.txtþ
þST15283þ þST15283þ þST15283þ þST15283þ þST15283þ þST15283þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/combo_w

rapper.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;

ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;

ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcombo_wrapper.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15283.txtþ þTEXT\0001\ST1528
3.txtþ
þST15284þ þST15284þ þST15284þ þST15284þ þST15284þ þST15284þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/compact
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;

ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;

ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact_o.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15284.txtþ þTEXT\0001\ST15284.t
xtþ
þST15285þ þST15285þ þST15285þ þST15285þ þST15285þ þST15285þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/compact
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;

ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;

ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15285.txtþ þTEXT\0001\ST15285.t
xtþ

þST15286þ þST15286þ þST15286þ þST15286þ þST15286þ þST15286þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/compact .png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;

ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;

ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18501; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15286.txtþ þTEXT\0001\ST15286.txtþ
þST15287þ þST15287þ þST15287þ þST15287þ þST15287þ þST15287þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Create Ticker Tape_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;

ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;

ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate Ticker

Tape_click.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0
þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0003\ST15287.txtþ þTEXT\0001\ST15287.txtþ

þST15288þ þST15288þ þST15288þ þST15288þ þST15288þ þST15288þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Create
Ticker Tape.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; þST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;

ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;

ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate Ticker
Tape.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S

T15288.txtþ þTEXT\0001\ST15288.txtþ
þST15289þ þST15289þ þST15289þ þST15289þ þST15289þ þST15289þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/create_
watchlist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;

ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;

ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcreate_watchlist_y.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15289.txtþ þTEXT\0001\ST
15289.txtþ
þST15290þ þST15290þ þST15290þ þST15290þ þST15290þ þST15290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/create_
watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;

ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST19807; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcreate_watchlist.png.svn-baseþ þ.TXTþ

þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15290.txtþ þTEXT\0001\ST1
5290.txtþ
þST15291þ þST15291þ þST15291þ þST15291þ þST15291þ þST15291þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Delete_
click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;

ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDelete_click.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15291.txtþ þTEXT\0001\ST15291
.txtþ

þST15292þ þST15292þ þST15292þ þST15292þ þST15292þ þST15292þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/delete_
watchlist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;

ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;

ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;

ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_watchlist_y.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15292.txtþ þTEXT\0001\ST
15292.txtþ
þST15293þ þST15293þ þST15293þ þST15293þ þST15293þ þST15293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/delete_
watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;

ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;

ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19001; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;

ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_watchlist.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15293.txtþ þTEXT\0001\ST1
5293.txtþ
þST15294þ þST15294þ þST15294þ þST15294þ þST15294þ þST15294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Delete.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;

ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;

ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;

ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDelete.png.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15294.txtþ þTEXT\0001\ST15294.txtþ þST15295þ þST15295þ þST15295þ þST15295þ þST15295þ þST15295þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/earning s_news_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;

ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;

ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;

ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_news_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15295.txtþ þTEXT\000
1\ST15295.txtþ

þST15296þ þST15296þ þST15296þ þST15296þ þST15296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/earning
s_news.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;

ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;

ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;

ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_news.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15296.txtþ þTEXT\0001\ST1529
6.txtþ
þST15297þ þST15297þ þST15297þ þST15297þ þST15297þ þST15297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Edit
Ticker_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;

ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit
Ticker_click.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ad
e0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST15297.txtþ þTEXT\0001\ST15297.txtþ
þST15298þ þST15298þ þST15298þ þST15298þ þST15298þ þST15298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Edit
Ticker.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18870; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit
Ticker.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15298.txtþ þTEXT\0001\ST15298.txtþ
þST15299þ þST15299þ þST15299þ þST15299þ þST15299þ þST15299þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Edit_cl
ick.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;

ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17449; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;

ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;

ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_click.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15299.txtþ þTEXT\0001\ST15299.
txtþ

þST15300þ þST15300þ þST15300þ þST15300þ þST15300þ þST15300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Edit.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;

ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;

ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;

ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15300.txtþ þTEXT\0001\ST15300.txtþ
þST15301þ þST15301þ þST15301þ þST15301þ þST15301þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/enter_y
our_criteria.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;

ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;

ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þenter_your_criteria.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15301.txtþ þTEXT\0001\S
T15301.txtþ
þST15302þ þST15302þ þST15302þ þST15302þ þST15302þ þST15302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/everyth
ing_selected.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;

ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeverything_selected.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15302.txtþ þTEXT\0001\S
T15302.txtþ

þST15303þ þST15303þ þST15303þ þST15303þ þST15303þ þST15303þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/everyth
ing_unselected.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18957; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;

ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeverything_unselected.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15303.txtþ þTEXT\000
1\ST15303.txtþ
þST15304þ þST15304þ þST15304þ þST15304þ þST15304þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/filter_
now_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;

ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;

ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;

ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_now_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15304.txtþ þTEXT\0001\ST15304
.txtþ
þST15305þ þST15305þ þST15305þ þST15305þ þST15305þ þST15305þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/filter_
now_y.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;

ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;

ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;

ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_now_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15305.txtþ þTEXT\0001\ST15305
.txtþ
þST15306þ þST15306þ þST15306þ þST15306þ þST15306þ þST15306þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/filter_
now.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;

ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;

ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18873; ST18886; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;

ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22746; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_now.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15306.txtþ þTEXT\0001\ST15306.
txtþ
þST15307þ þST15307þ þST15307þ þST15307þ þST15307þ þST15307þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/filters
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;

ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;

ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;

ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20463; ST20508; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_o.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15307.txtþ þTEXT\0001\ST15307.t
xtþ

þST15308þ þST15308þ þST15308þ þST15308þ þST15308þ þST15308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/filters
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;

ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17318; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;

ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;

ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15308.txtþ þTEXT\0001\ST15308.t
xtþ
þST15309þ þST15309þ þST15309þ þST15309þ þST15309þ þST15309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/filters
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;

ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;

ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;

ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15309.txtþ þTEXT\0001\ST15309.txtþ
þST15310þ þST15310þ þST15310þ þST15310þ þST15310þ þST15310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Get
Results_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;

ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;

ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;

ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGet
Results_click.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524a
de0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0003\ST15310.txtþ þTEXT\0001\ST15310.txtþ
þST15311þ þST15311þ þST15311þ þST15311þ þST15311þ þST15311þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Get
Results.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;

ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;

ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17977; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;

ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGet
Results.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
3\ST15311.txtþ þTEXT\0001\ST15311.txtþ
þST15312þ þST15312þ þST15312þ þST15312þ þST15312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/go_clic
k.png.svn-baseþ þþ þþ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;

ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;

ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;

ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo_click.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15312.txtþ þTEXT
\0001\ST15312.txtþ
þST15313þ þST15313þ þST15313þ þST15313þ þST15313þ þST15313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/go.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;

ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;

ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335.
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15313.txtþ þTEXT\0001\ST15313.txtþ
þST15314þ þST15314þ þST15314þ þST15314þ þST15314þ þST15314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Load_cl
ick.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;

ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoad_click.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15314.txtþ þTEXT\0001\ST15314.
txtþ
þST15315þ þST15315þ þST15315þ þST15315þ þST15315þ þST15315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Load.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;

ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoad.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15315.txtþ þTEXT\0001\ST15315.txtþ
þST15316þ þST15316þ þST15316þ þST15316þ þST15316þ þST15316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/markets
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;

ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets_o.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa016093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15316.txtþ þTEXT\0001\ST15316.t
xtþ

þST15317þ þST15317þ þST15317þ þST15317þ þST15317þ þST15317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/markets
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;

ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;

ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;

ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15317.txtþ þTEXT\0001\ST15317.t
xtþ

þST15318þ þST15318þ þST15318þ þST15318þ þST15318þ þST15318þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/markets
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;

ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;

ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;

ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15318.txtþ þTEXT\0001\ST15318.txtþ
þST15319þ þST15319þ þST15319þ þST15319þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/mm_list
_only_selected.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;

ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;

ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_list_only_selected.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15319.txtþ þTEXT\000
1\ST15319.txtþ

þST15320þ þST15320þ þST15320þ þST15320þ þST15320þ þST15320þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/mm_list
_only_unselected.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;

ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;

ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_list_only_unselected.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15320.txtþ þTEXT\00
01\ST15320.txtþ

þST15321þ þST15321þ þST15321þ þST15321þ þST15321þ þST15321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/mm_lset
tings_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;

ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_default.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15321.txtþ þTEXT\0001
\ST15321.txtþ

þST15322þ þST15322þ þST15322þ þST15322þ þST15322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/mm_lset
tings_o.png.svn-baseþ þþ þþ þþþ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;

ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;

ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_o.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15322.txtþ þTEXT\0001\ST15322.txtþ
þST15323þ þST15323þ þST15323þ þST15323þ þST15323þ þST15323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/mm_lset
tings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;

ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;

ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;

ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24278; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15323.txtþ þTEXT\0001\ST15323.txtþ
þST15324þ þST15324þ þST15324þ þST15324þ þST15324þ þST15324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/News
Search_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;

ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;

ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;

ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22279; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews
Search_click.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ad
e0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0003\ST15324.txtþ þTEXTþ\0001\ST15324.txtþ
þST15325þ þST15325þ þST15325þ þST15325þ þST15325þ þST15325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/News
Search.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;

ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;

ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews
Search.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15325.txtþ þTEXT\0001\ST15325.txtþ
þST15326þ þST15326þ þST15326þ þST15326þ þST15326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn-prop-base/news_an
d_press_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;

ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;

ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;

ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_and_press_checked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15326.txtþ þTEXT\0001\ST15326.txtþ
þST15327þ þST15327þ þST15327þ þST15327þ þST15327þ þST15327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/news_an
d_press.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;

ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_and_press.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15327.txtþ þTEXT\0001\ST15327.txtþ
þST15328þ þST15328þ þST15328þ þST15328þ þST15328þ þST15328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/news_se
arch_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;

ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_o.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15328.txtþ þTEXT\0001\ST1532
8.txtþ
þST15329þ þST15329þ þST15329þ þST15329þ þST15329þ þST15329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/news_se
arch_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;

ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16531; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_y.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15329.txtþ þTEXT\0001\ST1532
9.txtþ

þST15330þ þST15330þ þST15330þ þST15330þ þST15330þ þST15330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/news_se
arch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;

ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18966; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15330.txtþ þTEXTþ þ0001\ST15330.txtþ
þST15331þ þST15331þ þST15331þ þST15331þ þST15331þ þST15331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/news_ty
pes_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;

```
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22255; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15331.txtþ þTEXT\0001\ST15331
.txtþ
þST15332þ þST15332þ þST15332þ þST15332þ þST15332þ þST15332þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/news_ty
pes_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
```

ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;

ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;

ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15332.txtþ þTEXT\0001\ST15332
.txtþ
þST15333þ þST15333þ þST15333þ þST15333þ þST15333þ þST15333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn-prop-base/news_ty
pes.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;

ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;

ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;

ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24276; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15333.txtþ þTEXT\0001\ST15333.
txtþ
þST15334þ þST15334þ þST15334þ þST15334þ þST15334þ þST15334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/non_mm_
list_selected.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;

ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16030; ST16032; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;

ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;

ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_list_selected.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15334.txtþ þTEXT\0001
\ST15334.txtþ
þST15335þ þST15335þ þST15335þ þST15335þ þST15335þ þST15335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/non_mm_
list_unselected.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;

ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;

ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;

ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_list_unselected.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15335.txtþ þTEXT\0001\ST15335.txtþ
þST15336þ þST15336þ þST15336þ þST15336þ þST15336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/previou
s_data_checked.png.svn-baseþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;

ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;

ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;

ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprevious_data_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15336.txtþ þTEXT\000
1\ST15336.txtþ
þST15337þ þST15337þ þST15337þ þST15337þ þST15337þ þST15337þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/previou
s_data.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;

ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;

ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18409; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;

ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprevious_data.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15337.txtþ þTEXT\0001\ST1533
7.txtþ
þST15338þ þST15338þ þST15338þ þST15338þ þST15338þ þST15338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/pump_du
mp_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;

ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;

ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;

ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpump_dump_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15338.txtþ þTEXT\0001\ST15338.txtþ
þST15339þ þST15339þ þST15339þ þST15339þ þST15339þ þST15339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/pump_du
mp.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;

ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;

ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;

```
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpump_dump.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15339.txtþ þTEXT\0001\ST15339.t
xtþ

þST15340þ þST15340þ þST15340þ þST15340þ þST15340þ þST15340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Remove_

click.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;

ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;

```
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRemove_click.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15340.txtþ þTEXT\0001\ST15340
.txtþ
þST15341þ þST15341þ þST15341þ þST15341þ þST15341þ þST15341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
```

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Remove.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;

ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;

ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRemove.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15341.txtþ þTEXT\0001\ST15341.txtþ
þST15342þ þST15342þ þST15342þ þST15342þ þST15342þ þST15342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Reset
Default_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15612; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þReset

Default_click.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524a
de0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0003\ST15342.txtþ þTEXT\0001\ST15342.txtþ
þST15343þ þST15343þ þST15343þ þST15343þ þST15343þ þST15343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Reset
Default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15999; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;

ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;

ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19001; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19762; ST19903; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þReset
Default.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
3\ST15343.txtþ þTEXT\0001\ST15343.txtþ
þST15344þ þST15344þ þST15344þ þST15344þ þST15344þ þST15344þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Run_cli
ck.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;

ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;

ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18501; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRun_click.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15344.txtþ þTEXT\0001\ST15344.t
xtþ

þST15345þ þST15345þ þST15345þ þST15345þ þST15345þ þST15345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Run.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;

ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16772; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;

ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRun.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15345.txtþ þTEXT\0001\ST15345.txtþ

þST15346þ þST15346þ þST15346þ þST15346þ þST15346þ þST15346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Save
this filter_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;

ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;

```
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave this
filter_click.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ad
e0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
```

S\0003\ST15346.txtþ þTEXT\0001\ST15346.txtþ
þST15347þ þST15347þ þST15347þ þST15347þ þST15347þ þST15347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Save
this filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;

ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;

ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave this
filter.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþþ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15347.txtþ þTEXT\0001\ST15347.txtþ
þST15348þ þST15348þ þST15348þ þST15348þ þST15348þ þST15348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Save_cl
ick.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;

ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST19903; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave_click.png.svn-baseþ þ.TXTþ þtext/

plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15348.txtþ þTEXT\0001\ST15348.
txtþ

þST15349þ þST15349þ þST15349þ þST15349þ þST15349þ þST15349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Save.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;

ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15349.txtþ þTEXT\0001\ST15349.txtþ
þST15350þ þST15350þ þST15350þ þST15350þ þST15350þ þST15350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sec_reg
_filings_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;

ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;

ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsec_reg_filings_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15350.txtþ þTEXT\00
01\ST15350.txtþ

þST15351þ þST15351þ þST15351þ þST15351þ þST15351þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sec_reg
_filings.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;

ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;

ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;

ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsec_reg_filings.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15351.txtþ þTEXT\0001\ST15
351.txtþ
þST15352þ þST15352þ þST15352þ þST15352þ þST15352þ þST15352þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sectors
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;

ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;

ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;

ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors_o.png.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15352.txtþ þTEXT\0001\ST15352.t xtþ
þST15353þ þST15353þ þST15353þ þST15353þ þST15353þ þST15353þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sectors _y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;

ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;

ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;

ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15353.txtþ þTEXT\0001\ST15353.t
xtþ
þST15354þ þST15354þ þST15354þ þST15354þ þST15354þ þST15354þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sectors
.png.svn-baseþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;

ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;

ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;

ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15354.txtþ þTEXT\0001\ST15354.txtþ þST15355þ þST15355þ þST15355þ þST15355þ þST15355þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_etf_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;

ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;

ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;

ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15355.txtþ þTEXT\0001\ST15355
.txtþ
þST15356þ þST15356þ þST15356þ þST15356þ þST15356þ þST15356þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
etf_type_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;

ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;

ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;

ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_type_o.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNATIVES \0003\ST15356.txtþ þTEXT\0001\ST15356.txtþ þST15357þ þST15357þ þST15357þ þST15357þ þST15357þ þST15357þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_ etf_type_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18870; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_type_y.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15357.txtþ þTEXT\0001\ST15357.txtþ
þST15358þ þST15358þ þST15358þ þST15358þ þST15358þ þST15358þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
etf_type.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;

ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;

ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;

ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_type.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15358.txtþ þTEXT\0001\ST15
358.txtþ

þST15359þ þST15359þ þST15359þ þST15359þ þST15359þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
etf_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;

ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;

ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;

ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15359.txtþ þTEXT\0001\ST15359
.txtþ
þST15360þ þST15360þ þST15360þ þST15360þ þST15360þ þST15360þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
etf.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;

ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;

ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;

ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15360.txtþ þTEXT\0001\ST15360.
txtþ
þST15361þ þST15361þ þST15361þ þST15361þ þST15361þ þST15361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
filter_universe.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;

ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_filter_universe.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15361.txtþ þTEXT\0001\ST15361.txtþ
þST15362þ þST15362þ þST15362þ þST15362þ þST15362þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
fund_family_o.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15919; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;

ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16195; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family_o.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15362.txtþ þTEXT\0001
\ST15362.txtþ

þST15363þ þST15363þ þST15363þ þST15363þ þST15363þ þST15363þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
fund_family_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;

ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;

ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;

ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family_y.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15363.txtþ þTEXT\0001
\ST15363.txtþ

þST15364þ þST15364þ þST15364þ þST15364þ þST15364þ þST15364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
fund_family.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;

ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;

ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18863; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;

ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15364.txtþ þTEXT\0001\ST
15364.txtþ

þST15365þ þST15365þ þST15365þ þST15365þ þST15365þ þST15365þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
index_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; þT11837; þT13777; þT13923; þT14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;

ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;

ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;

ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_index_o.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15365.txtþ þTEXT\0001\ST15365.txtþ
þST15366þ þST15366þ þST15366þ þST15366þ þST15366þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
index_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;

ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_index_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15366.txtþ þTEXT\0001\ST15366.txtþ
þST15367þ þST15367þ þST15367þ þST15367þ þST15367þ þST15367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/select_
index.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;

ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;

ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;

ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_index.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15367.txtþ þTEXT\0001\ST15367
.txtþ

þST15368þ þST15368þ þST15368þ þST15368þ þST15368þ þST15368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/setting
s_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;

ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;

ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;

ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_o.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15368.txtþ þTEXT\0001\ST15368.
txtþ
þST15369þ þST15369þ þST15369þ þST15369þ þST15369þ þST15369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/setting
s_y.png.svn-baseþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;

ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;

ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;

ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_y.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15369.txtþ þTEXT\0001\ST15369.
txtþ
þST15370þ þST15370þ þST15370þ þST15370þ þST15370þ þST15370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/setting
s.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;

ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;

ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15370.txtþ þTEXT
\0001\ST15370.txtþ
þST15371þ þST15371þ þST15371þ þST15371þ þST15371þ þST15371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/short_a
lert_descriptor_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;

ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;

ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18131; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;

ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_alert_descriptor_checked.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15371.txtþ þ
TEXT\0001\ST15371.txtþ
þST15372þ þST15372þ þST15372þ þST15372þ þST15372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/short_a
lert_descriptor.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;

ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;

ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_alert_descriptor.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15372.txtþ þTEXT\0001\ST15372.txtþ
þST15373þ þST15373þ þST15373þ þST15373þ þST15373þ þST15373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/show_hi
ghs_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;

ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22729; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_highs_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15373.txtþ þTEXT\0001\ST
15373.txtþ

þST15374þ þST15374þ þST15374þ þST15374þ þST15374þ þST15374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn-prop-base/show_hi
ghs.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;

ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;

ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;

ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_highs.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15374.txtþ þTEXT\0001\ST15374.
txtþ
þST15375þ þST15375þ þST15375þ þST15375þ þST15375þ þST15375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/show_lo
ws_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;

ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18465; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;

ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_lows_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15375.txtþ þTEXT\0001\ST15375.txtþ
þST15376þ þST15376þ þST15376þ þST15376þ þST15376þ þST15376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/show_lo
ws.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;

ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;

ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;

ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_lows.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15376.txtþ þTEXT\0001\ST15376.t
xtþ
þST15377þ þST15377þ þST15377þ þST15377þ þST15377þ þST15377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sources
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;

ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;

ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;

ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources_o.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15377.txtþ þTEXT\0001\ST15377.t
xtþ

þST15378þ þST15378þ þST15378þ þST15378þ þST15378þ þST15378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sources
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;

ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;

ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;

ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15378.txtþ þTEXT\0001\ST15378.t
xtþ

þST15379þ þST15379þ þST15379þ þST15379þ þST15379þ þST15379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/sources
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; þST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;

ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24435;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15379.txtþ þTEXT\0001\ST15379.txtþ
þST15380þ þST15380þ þST15380þ þST15380þ þST15380þ þST15380þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/stock_t
ypes_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;

ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;

ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;

ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_types_o.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15380.txtþ þTEXT\0001\ST1538
0.txtþ
þST15381þ þST15381þ þST15381þ þST15381þ þST15381þ þST15381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/stock_t
ypes_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_types_y.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15381.txtþ þTEXT\0001\ST1538
1.txtþ

þST15382þ þST15382þ þST15382þ þST15382þ þST15382þ þST15382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/stock_t
ypes.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;

ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;

ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20466; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_types.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15382.txtþ þTEXT\0001\ST15382.txtþ
þST15383þ þST15383þ þST15383þ þST15383þ þST15383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Submit_
click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;

ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16531; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSubmit_click.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15383.txtþ þTEXT\0001\ST15383
.txtþ
þST15384þ þST15384þ þST15384þ þST15384þ þST15384þ þST15384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Submit.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;

ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSubmit.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15384.txtþ þTEXT\0001\ST15384.txtþ
þST15385þ þST15385þ þST15385þ þST15385þ þST15385þ þST15385þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/Thumbs.
db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;

ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15385.txtþ þTEXT\0001\ST15385.txtþ
þST15386þ þST15386þ þST15386þ þST15386þ þST15386þ þST15386þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/timefra
me_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;

ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;

ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18966; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimeframe_o.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15386.txtþ þTEXT\0001\ST15386.txtþ
þST15387þ þST15387þ þST15387þ þST15387þ þST15387þ þST15387þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/timefra
me_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;

ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimeframe_y.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15387.txtþ þTEXT\0001\ST15387.txtþ
þST15388þ þST15388þ þST15388þ þST15388þ þST15388þ þST15388þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/timefra
me.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;

ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;

ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;

ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimeframe.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15388.txtþ þTEXT\0001\ST15388.t
xtþ

þST15389þ þST15389þ þST15389þ þST15389þ þST15389þ þST15389þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/todays_
data_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;

ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;

ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;

ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18837; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtodays_data_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15389.txtþ þTEXT\0001\S
T15389.txtþ
þST15390þ þST15390þ þST15390þ þST15390þ þST15390þ þST15390þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/todays_
data.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;

ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;

ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;

ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtodays_data.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15390.txtþ þTEXT\0001\ST15390.txtþ
þST15391þ þST15391þ þST15391þ þST15391þ þST15391þ þST15391þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/update_
o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;

ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;

ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;

ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15391.txtþ þTEXT
\0001\ST15391.txtþ
þST15392þ þST15392þ þST15392þ þST15392þ þST15392þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/update_
y.png.svn-baseþ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;

ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;

ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;

ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate_y.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15392.txtþ þTEXT
\0001\ST15392.txtþ
þST15393þ þST15393þ þST15393þ þST15393þ þST15393þ þST15393þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/update.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;

ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;

ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;

ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15393.txtþ þTEXT\0001\ST15393.txtþ
þST15394þ þST15394þ þST15394þ þST15394þ þST15394þ þST15394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/view_et
f_type_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_etf_type_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15394.txtþ þTEXT\000
1\ST15394.txtþ

þST15395þ þST15395þ þST15395þ þST15395þ þST15395þ þST15395þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/view_et
f_type_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_etf_type_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15395.txtþ þTEXT\00
01\ST15395.txtþ
þST15396þ þST15396þ þST15396þ þST15396þ þST15396þ þST15396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/view_fu
nd_family_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_fund_family_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15396.txtþ þTEXT\0
001\ST15396.txtþ

þST15397þ þST15397þ þST15397þ þST15397þ þST15397þ þST15397þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/view_fu

nd_family_unchecked.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;

ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17799; ST17779; ST17780; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_fund_family_unchecked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15397.txtþ þTEXT
\0001\ST15397.txtþ
þST15398þ þST15398þ þST15398þ þST15398þ þST15398þ þST15398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/view_my
_watchlist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

```
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_my_watchlist_y.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15398.txtþ þTEXT\0001\S
T15398.txtþ
þST15399þ þST15399þ þST15399þ þST15399þ þST15399þ þST15399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
```

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/view_my
_watchlist.png.svn-baseþþ þþ þðþ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;

ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;

ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19762; ST19763; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_my_watchlist.png.svn-baseþ þ.TXTþ
þtext/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15399.txt þ þTEXT\0001\ST15399.txtþ
þST15400þ þST15400þ þST15400þ þST15400þ þST15400þ þST15400þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/watchlist_manager_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;

ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;

ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager_o.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15400.txtþ þTEXT\0001\S
T15400.txtþ

þST15401þ þST15401þ þST15401þ þST15401þ þST15401þ þST15401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/watchli
st_manager_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;

ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;

```
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager_y.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15401.txtþ þTEXT\0001\S
```

T15401.txtþ
þST15402þ þST15402þ þST15402þ þST15402þ þST15402þ þST15402þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/prop-base/watchli
st_manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16424; ST16432; ST16440; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;

ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;

```
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
```

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15402.txtþ þTEXTþ\0001\ST15402.txtþ
þST15403þ þST15403þ þST15403þ þST15403þ þST15403þ þST15403þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/add_cli
ck.png.svn-baseþ þþ þþ þ0þ þ1þ þST15546þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_clic
k.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1510þ þc89f8f46b51a9cc0f1995eb5a395962þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
5403.pngþ þTEXTþ\0001\ST15403.txtþ
þST15404þ þST15404þ þST15404þ þST15404þ þST15404þ þST15404þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/add_rem
ove_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST15547þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_r
emove_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1756þ þ53f4eed20488a414d06ad48066ee40fcþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
03\ST15404.pngþ þTEXTþ\0001\ST15404.txtþ
þST15405þ þST15405þ þST15405þ þST15405þ þST15405þ þST15405þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/add_rem
ove_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15548þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_r
emove_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1604þ þ41090b737c44666927a3ef3a42b00f2dþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
03\ST15405.pngþ þTEXTþ\0001\ST15405.txtþ
þST15406þ þST15406þ þST15406þ þST15406þ þST15406þ þST15406þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/add_rem
ove.png.svn-baseþ þþ þþ þ0þ þ1þ þST15549þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_rem
ove.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1655þ þ39540a58d9c8ef39c2c7c78e569790e9þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\S
T15406.pngþ þTEXTþ\0001\ST15406.txtþ
þST15407þ þST15407þ þST15407þ þST15407þ þST15407þ þST15407þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/add.png
.svn-baseþ þþ þþ þ0þ þ1þ þST15550þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1452þ þ059446f974a137d767975758be9e982dþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15407.pngþ þ
þ
þST15408þ þST15408þ þST15408þ þST15408þ þST15408þ þST15408þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/alert_t
ypes_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST15551þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þaler
t_types_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1248þ þfb399902765e336ae4ed09c8ee2f178
dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0003\ST15408.pngþ þTEXTþ\0001\ST15408.txtþ

þST15409þ þST15409þ þST15409þ þST15409þ þST15409þ þST15409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/alert_types_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15552þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1090þ þ2cdb673a8d02506f1fcc021f4a80e824þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15409.pngþ þTEXT\0001\ST15409.txtþ

þST15410þ þST15410þ þST15410þ þST15410þ þST15410þ þST15410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/alert_types.png.svn-baseþ þþ þþ þ0þ þ1þ þST15553þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1294þ þ17e6bf7294ecfe5478b574a50357f7ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15410.pngþ þTEXT\0001\ST15410.txtþ

þST15411þ þST15411þ þST15411þ þST15411þ þST15411þ þST15411þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/alerts_for_watchlist_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_for_watchlist_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2530þ þa528a3f5e749d9ed5b61db8b0ddd7850þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15411.pngþ þTEXT\0001\ST15411.txtþ

þST15412þ þST15412þ þST15412þ þST15412þ þST15412þ þST15412þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/alerts_for_watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST15555þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_for_watchlist.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2322þ þ78620a8ff1b9dd211b13e37db5669dffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15412.pngþ þTEXT\0001\ST15412.txtþ

þST15413þ þST15413þ þST15413þ þST15413þ þST15413þ þST15413þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Clear Screen_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST15556þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear Screen_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2629þ þa122ef36f2663766234796f01f4a4befþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15413.pngþ þTEXT\0001\ST15413.txtþ

þST15414þ þST15414þ þST15414þ þST15414þ þST15414þ þST15414þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Clear Screen.png.svn-baseþ þþ þþ þ0þ þ1þ þST15557þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear Screen.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2434þ þ52e323b3bdd8cfb0d2340495782a92e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15414.pngþ þþ

þST15415þ þST15415þ þST15415þ þST15415þ þST15415þ þST15415þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/clear_all_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST15558þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1123þ þfc8cdc72e6744e50aedd1ec01c739405þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15415.pngþ þTEXT\0001\ST15415.txtþ

þST15416þ þST15416þ þST15416þ þST15416þ þST15416þ þST15416þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/clear_all_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15559þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ976þ þbed8aad42e78ad19acc22e41986f7ccaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15416.pngþ þTEXT\0001\ST15416.txtþ

þST15417þ þST15417þ þST15417þ þST15417þ þST15417þ þST15417þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/clear_all.png.svn-baseþ þþ þþ þ0þ þ1þ þST15560þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1151þ þ3c54f2703f3cb237f908568906ed946eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15417.pngþ þTEXT\0001\ST15417.txtþ

þST15418þ þST15418þ þST15418þ þST15418þ þST15418þ þST15418þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Clear_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST15561þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1747þ þ66c08a2972fe7cf2fb9fd5412eba4d44þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15418.pngþ þþ

þST15419þ þST15419þ þST15419þ þST15419þ þST15419þ þST15419þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Clear.png.svn-baseþ þþ þþ þ0þ þ1þ þST15562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1649þ þe44d62fa59af922bc26cacf584aa10c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15419.pngþ þþ

þST15420þ þST15420þ þST15420þ þST15420þ þST15420þ þST15420þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/clear2_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST15563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1008þ þfb084644c2ce9c6d09ae9e7bc6bbb21fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15420.pngþ þTEXT\0001\ST15420.txtþ

þST15421þ þST15421þ þST15421þ þST15421þ þST15421þ þST15421þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/clear2_
y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2_y.
png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ863þ þ5aaf960863ad3207abe33fdb0a062318þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1542
1.pngþ þþ

þST15422þ þST15422þ þST15422þ þST15422þ þST15422þ þST15422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/clear2.
png.svn-baseþ þþ þþ þ0þ þ1þ þST15565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2.png.
svn-baseþ þ.PNGþ þimage/pngþ þþ þ1050þ þ9ef2951f6131f03f43df1cfddf5e04c29þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15422.p
ngþ þþ

þST15423þ þST15423þ þST15423þ þST15423þ þST15423þ þST15423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/close_o
.png.svn-baseþ þþ þþ þ0þ þ1þ þST15566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_o.pn
g.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1023þ þ6304d97e51f12af990324b03944e0d6fþ þ1þ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15423
.pngþ þTEXT\0001\ST15423.txtþ

þST15424þ þST15424þ þST15424þ þST15424þ þST15424þ þST15424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/close_y
.png.svn-baseþ þþ þþ þ0þ þ1þ þST15567þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_y.pn
g.svn-baseþ þ.PNGþ þimage/pngþ þþ þ876þ þff2621aaff54d4ab9ee678b08923ecb0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15424.
pngþ þþ

þST15425þ þST15425þ þST15425þ þST15425þ þST15425þ þST15425þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/close.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST15568þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.sv
n-baseþ þ.PNGþ þimage/pngþ þþ þ1073þ þ10294f2d81a443180223d4dc4f413499þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15425.pngþ þþ

þST15426þ þST15426þ þST15426þ þST15426þ þST15426þ þST15426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/combo_w
rapper.png.svn-baseþ þþ þþ þ0þ þ1þ þST15569; ST17226;
ST17227þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcombo_wrapper.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ669þ þbaadcc17fd96b2fd7c770951bb1a6417þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15426.pngþ þþ

þST15427þ þST15427þ þST15427þ þST15427þ þST15427þ þST15427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/compact

_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST15570þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact_
o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1579þ þ840785c410fa9d37f484dd3e1c616bb2þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
5427.pngþ þþ

þST15428þ þST15428þ þST15428þ þST15428þ þST15428þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/compact
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15571þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact_
y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1423þ þ88806a21096b479f554657ecaa3c2161þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST1
5428.pngþ þTEXT\0001\ST15428.txtþ

þST15429þ þST15429þ þST15429þ þST15429þ þST15429þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/compact
.png.svn-baseþ þþ þþ þ0þ þ1þ þST15572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact.pn
g.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1538þ þ8963525cf943dee0666a0a6beec2a971þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15429
.pngþ þTEXT\0001\ST15429.txtþ

þST15430þ þST15430þ þST15430þ þST15430þ þST15430þ þST15430þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Create
Ticker
Tape_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST15573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
Create Ticker
Tape_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3534þ þ5dd53bf341bf1fa8c7e3141e821926
6eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0003\ST15430.pngþ þTEXT\0001\ST15430.txtþ

þST15431þ þST15431þ þST15431þ þST15431þ þST15431þ þST15431þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Create
Ticker
Tape.png.svn-baseþ þþ þþ þ0þ þ1þ þST15574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate
Ticker
Tape.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3304þ þ8b1e8533625875a8f821de5af4df8151þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\
ST15431.pngþ þTEXT\0001\ST15431.txtþ

þST15432þ þST15432þ þST15432þ þST15432þ þST15432þ þST15432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/create_
watchlist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þcreate_watchlist_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2168þ þ03e0ad4e3ebd77b1b7d71
30e9738018cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0003\ST15432.pngþ þTEXT\0001\ST15432.txtþ

þST15433þ þST15433þ þST15433þ þST15433þ þST15433þ þST15433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/create_
watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST15576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þc
reate_watchlist.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2185þ þ08206665db8448026f89a0d82
022bf87þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0003\ST15433.pngþ þTEXT\0001\ST15433.txtþ
þST15434þ þST15434þ þST15434þ þST15434þ þST15434þ þST15434þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Delete_
click.png.svn-baseþ þþ þþ þ0þ þ1þ þST15577þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDelet
e_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1819þ þ8f87c12b381a5d459cca61a9de7cccdfþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
03\ST15434.pngþ þTEXT\0001\ST15434.txtþ
þST15435þ þST15435þ þST15435þ þST15435þ þST15435þ þST15435þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/delete_
watchlist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST15578þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þdelete_watchlist_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2021þ þ7c86d38e57e3f67b1723b
3c7cda43ff1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0003\ST15435.pngþ þTEXT\0001\ST15435.txtþ
þST15436þ þST15436þ þST15436þ þST15436þ þST15436þ þST15436þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/delete_
watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST15579þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þd
elete_watchlist.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1969þ þ9fa2e723d631e105fcc5dc533
7accb4fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0003\ST15436.pngþ þTEXT\0001\ST15436.txtþ
þST15437þ þST15437þ þST15437þ þST15437þ þST15437þ þST15437þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Delete.
png.svn-baseþ þþ þþ þ0þ þ1þ þST15580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDelete.png.
svn-baseþ þ.PNGþ þimage/pngþ þþ þ1751þ þ508fcc5e752206f90f35c86864153b04þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15437.p
ngþ þTEXT\0001\ST15437.txtþ
þST15438þ þST15438þ þST15438þ þST15438þ þST15438þ þST15438þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/earning
s_news_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15581þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þearnings_news_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1604þ þ53f1fb3ab1a395a134fd07cc7959c192þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0003\ST15438.pngþ þ
TEXT\0001\ST15438.txtþ
þST15439þ þST15439þ þST15439þ þST15439þ þST15439þ þST15439þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/earning
s_news.png.svn-baseþ þþ þþ þ0þ þ1þ þST15582þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearn
ings_news.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1420þ þ3ababbb5f655585ebdbb123dab7f764
7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0003\ST15439.pngþ þTEXT\0001\ST15439.txtþ

þST15440þ þST15440þ þST15440þ þST15440þ þST15440þ þST15440þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Edit
Ticker_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST15583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þEdit
Ticker_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2555þ þ5cc82b5ebfa67a939e41cfe6a3dd
4c2fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0003\ST15440.pngþ þTEXT\0001\ST15440.txtþ

þST15441þ þST15441þ þST15441þ þST15441þ þST15441þ þST15441þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Edit
Ticker.png.svn-baseþ þþ þþ þ0þ þ1þ þST15584þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit
Ticker.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2379þ þ516643ad49ae1b2f8276ebba3d70feb6þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST15441.pngþ þTEXT\0001\ST15441.txtþ

þST15442þ þST15442þ þST15442þ þST15442þ þST15442þ þST15442þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Edit_cl
ick.png.svn-baseþ þþ þþ þ0þ þ1þ þST15585þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_cl
ick.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1445þ þfe824ae84926fa498c8cc3c273b56235þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15442.pngþ þTEXT\0001\ST15442.txtþ

þST15443þ þST15443þ þST15443þ þST15443þ þST15443þ þST15443þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Edit.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST15586þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1478þ þ0f336960aa89318916bfbfbe62c960f5þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15443.pngþ þ
þ

þST15444þ þST15444þ þST15444þ þST15444þ þST15444þ þST15444þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/enter_y
our_criteria.png.svn-baseþ þþ þþ þ0þ þ1þ þST15587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þenter_your_criteria.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1721þ þ3e369d29e22214050e
5937c3cfa14a4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15444.pngþ þTEXT\0001\ST15444.txtþ

þST15445þ þST15445þ þST15445þ þST15445þ þST15445þ þST15445þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/everyth

ing_selected.png.svn-baseþ þþ þþ þ0þ þ1þ þST15850þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þeverything_selected.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2341þ þafacd2d445f0a9a056
9e2a76aec8eb19þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15445.pngþ þTEXT\0001\ST15445.txtþ
þST15446þ þST15446þ þST15446þ þST15446þ þST15446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/everyth
ing_unselected.png.svn-baseþ þþ þþ þ0þ þ1þ þST15851þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þeverything_unselected.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2191þ þd2f615b8a8c3126fca0b9d27277561a9þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15446.pngþ þ
TEXT\0002\ST15446.txtþ
þST15447þ þST15447þ þST15447þ þST15447þ þST15447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/filter_
now_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilte
r_now_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1152þ þ350d3aed4fe395fe842bbbfe43c0d008þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15447.pngþ þTEXT\0002\ST15447.txtþ
þST15448þ þST15448þ þST15448þ þST15448þ þST15448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/filter_
now_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilte
r_now_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1002þ þ85e2f67db0fe54352d56182c87469f07þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15448.pngþ þTEXT\0002\ST15448.txtþ
þST15449þ þST15449þ þST15449þ þST15449þ þST15449þ þST15449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/filter_
now.png.svn-baseþ þþ þþ þ0þ þ1þ þST16004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_
now.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1218þ þde5fa77b18f343a1db5a1cec517b0811þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15449.pngþ þTEXT\0002\ST15449.txtþ
þST15450þ þST15450þ þST15450þ þST15450þ þST15450þ þST15450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/filters
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16005þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_
o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1002þ þ56afeb64830e8a718f3038d50c8841c0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5450.pngþ þþ
þST15451þ þST15451þ þST15451þ þST15451þ þST15451þ þST15451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/filters
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16006þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_

y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ858þ þ01bd0e32aa0ef408be847054661ebd60þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15
451.pngþ þTEXT\0002\ST15451.txtþ

þST15452þ þST15452þ þST15452þ þST15452þ þST15452þ þST15452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/filters
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16007þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters.pn
g.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1074þ þ4249c3059e9de48a42c8b9da1c9897a6þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15452
.pngþ þTEXT\0002\ST15452.txtþ

þST15453þ þST15453þ þST15453þ þST15453þ þST15453þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Get
Results_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16008þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þGet
Results_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2547þ þd063890e8dab8268c2d1a4410dc
b8a60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0004\ST15453.pngþ þTEXT\0002\ST15453.txtþ

þST15454þ þST15454þ þST15454þ þST15454þ þST15454þ þST15454þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Get
Results.png.svn-baseþ þþ þþ þ0þ þ1þ þST16009þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGet
Results.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2426þ þ5b811ba227fc60ff9ac03f009ac3e039þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15454.pngþ þTEXT\0002\ST15454.txtþ

þST15455þ þST15455þ þST15455þ þST15455þ þST15455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/go_clic
k.png.svn-baseþ þþ þþ þ0þ þ1þ þST16010þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo_click.
png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1413þ þ54c019baacf5969d220a101cebdb8a13þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST154
55.pngþ þþ

þST15456þ þST15456þ þST15456þ þST15456þ þST15456þ þST15456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/go.png.
svn-baseþ þþ þþ þ0þ þ1þ þST16011þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-base
þ þ.PNGþ þimage/pngþ þþ þ1368þ þe418eeb2765f60aa7769457086c1c6e0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15456.pngþ þþ
þST15457þ þST15457þ þST15457þ þST15457þ þST15457þ þST15457þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Load_cl
ick.png.svn-baseþ þþ þþ þ0þ þ1þ þST16155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoad_cl
ick.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1568þ þc2cf02472485504b43946e9057fa9691þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S

T15457.pngþ þTEXT\0002\ST15457.txtþ

þST15458þ þST15458þ þST15458þ þST15458þ þST15458þ þST15458þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Load.png.svn-baseþ þþ þþ þ0þ þ1þ þST16156þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoad.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1573þ þbb330a0e4fcccef90059de20725bc6ffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15458.pngþ þþ

þST15459þ þST15459þ þST15459þ þST15459þ þST15459þ þST15459þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/markets_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16157þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1326þ þfd040dcbc9aaeb7874e408f3cca68ebbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15459.pngþ þTEXT\0002\ST15459.txtþ

þST15460þ þST15460þ þST15460þ þST15460þ þST15460þ þST15460þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/markets_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16158þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1172þ þa278d308d4d641d228799cf914916269þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15460.pngþ þTEXT\0002\ST15460.txtþ

þST15461þ þST15461þ þST15461þ þST15461þ þST15461þ þST15461þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/markets.png.svn-baseþ þþ þþ þ0þ þ1þ þST16159þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1395þ þebc8f133cb7aa5ec289c2e7643e27580þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15461.pngþ þTEXT\0002\ST15461.txtþ

þST15462þ þST15462þ þST15462þ þST15462þ þST15462þ þST15462þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/mm_list_only_selected.png.svn-baseþ þþ þþ þ0þ þ1þ þST16160þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_list_only_selected.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2438þ þb0fc78d41fa933f58db1d9dce3801330eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15462.pngþ þTEXT\0002\ST15462.txtþ

þST15463þ þST15463þ þST15463þ þST15463þ þST15463þ þST15463þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/mm_list_only_unselected.png.svn-baseþ þþ þþ þ0þ þ1þ þST16161þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_list_only_unselected.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2297þ þ5b99e36e09ad6b8061f5f3feb9290250þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15463.pngþ þTEXT\0002\ST15463.txtþ

þST15464þ þST15464þ þST15464þ þST15464þ þST15464þ þST15464þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/mm_lsettings_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST16162þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_default.png.svn-baseþ þ.PNGþ þimageþ/pngþ þþ þ1847þ þ703f006c504fd5c887100fec52c958e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15464.pngþ þTEXT\0002\ST15464.txtþ

þST15465þ þST15465þ þST15465þ þST15465þ þST15465þ þST15465þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/mm_lsettings_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16163þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_o.png.svn-baseþ þ.PNGþ þimageþ/pngþ þþ þ2024þ þ9d0ef7ffafc7f7a629ed29c06bd04a0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15465.pngþ þTEXT\0002\ST15465.txtþ

þST15466þ þST15466þ þST15466þ þST15466þ þST15466þ þST15466þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/mm_lsettings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_y.png.svn-baseþ þ.PNGþ þimageþ/pngþ þþ þ1833þ þ91678dea7367353343618e45d3e2dbadþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15466.pngþ þTEXT\0002\ST15466.txtþ

þST15467þ þST15467þ þST15467þ þST15467þ þST15467þ þST15467þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/News Search_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16165þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews Search_click.png.svn-baseþ þ.PNGþ þimageþ/pngþ þþ þ3090þ þa5c2ba33b2954122efd8a2b01935f8e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15467.pngþ þTEXT\0002\ST15467.txtþ

þST15468þ þST15468þ þST15468þ þST15468þ þST15468þ þST15468þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/News Search.png.svn-baseþ þþ þþ þ0þ þ1þ þST16166þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews Search.png.svn-baseþ þ.PNGþ þimageþ/pngþ þþ þ2885þ þf96bda5a175ae475a301aa3c145864a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15468.pngþ þTEXT\0002\ST15468.txtþ

þST15469þ þST15469þ þST15469þ þST15469þ þST15469þ þST15469þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_and_press_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16167þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_and_press_checked.png.svn-baseþ þ.PNGþ þimageþ/pngþ þþ þ1717þ þ7ad100a54ccb07192db58b1eb70a23b9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15469.pngþ þTEXT\0002\ST15469.txtþ

þST15470þ þST15470þ þST15470þ þST15470þ þST15470þ þST15470þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_and_press.png.svn-baseþ þþ þþ þ0þ þ1þ þST16168þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_and_press.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1523þ þ107d29fb4346661c62bd3810815f8535þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15470.pngþ þTEXT\0002\ST15470.txtþ

þST15471þ þST15471þ þST15471þ þST15471þ þST15471þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_search_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16169þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1263þ þd0e705919a88f5c4c2d8502ef8d77fe0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15471.pngþ þTEXT\0002\ST15471.txtþ

þST15472þ þST15472þ þST15472þ þST15472þ þST15472þ þST15472þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_search_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16170þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1115þ þf01e19e91f437b7d3f4800ef919a7c7 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15472.pngþ þTEXT\0002\ST15472.txtþ

þST15473þ þST15473þ þST15473þ þST15473þ þST15473þ þST15473þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_search.png.svn-baseþ þþ þþ þ0þ þ1þ þST16171þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1313þ þe9fccf8cbd8158c3740ee486c372a3a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15473.pngþ þTEXT\0002\ST15473.txtþ

þST15474þ þST15474þ þST15474þ þST15474þ þST15474þ þST15474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_types_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1240þ þ0068f6b85eaeb62dd4a5c56bda687a44þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15474.pngþ þTEXT\0002\ST15474.txtþ

þST15475þ þST15475þ þST15475þ þST15475þ þST15475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_types_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16173þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1085þ þ154713777175be8d84da9e1a972c84a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15475.pngþ þTEXT\0002\ST15475.txtþ

þST15476þ þST15476þ þST15476þ þST15476þ þST15476þ þST15476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/news_ty
pes.png.svn-baseþ þþ þþ þ0þ þ1þ þST16174þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_ty
pes.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1314þ þbf9f27780a14345080b62a7751133d12þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15476.pngþ þTEXT\0002\ST15476.txtþ
þST15477þ þST15477þ þST15477þ þST15477þ þST15477þ þST15477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/non_mm_
list_selected.png.svn-baseþ þþ þþ þ0þ þ1þ þST16292þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þnon_mm_list_selected.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2349þ þ4f5fb8cc06b089e0
a9e791bd8c31ae65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0004\ST15477.pngþ þTEXT\0002\ST15477.txtþ
þST15478þ þST15478þ þST15478þ þST15478þ þST15478þ þST15478þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/non_mm_
list_unselected.png.svn-baseþ þþ þþ þ0þ þ1þ þST16293þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þnon_mm_list_unselected.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1982þ þa6c4f68f0f392
73a697fe76974263c56þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0004\ST15478.pngþ þTEXT\0002\ST15478.txtþ
þST15479þ þST15479þ þST15479þ þST15479þ þST15479þ þST15479þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/previou
s_data_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16294þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þprevious_data_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1910þ þ484f14dfa1f03f833576993e4223627eþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15479.pngþ þ
TEXT\0002\ST15479.txtþ
þST15480þ þST15480þ þST15480þ þST15480þ þST15480þ þST15480þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/previou
s_data.png.svn-baseþ þþ þþ þ0þ þ1þ þST16295þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprev
ious_data.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1739þ þ976c516b07da3742160767e769c0228
9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0004\ST15480.pngþ þTEXT\0002\ST15480.txtþ
þST15481þ þST15481þ þST15481þ þST15481þ þST15481þ þST15481þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/pump_du
mp_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16296þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
pump_dump_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1793þ þ62e6f42bba7fabaa4120856
04bac0a61þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15481.pngþ þTEXT\0002\ST15481.txtþ
þST15482þ þST15482þ þST15482þ þST15482þ þST15482þ þST15482þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/pump_du

mp.png.svn-baseþ þþ þþ þ0þ þ1þ þST16297þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpump_dum
p.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1606þ þf44c2c4aee5e98667a4857d27e8f82ffþ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5482.pngþ þTEXT\0002\ST15482.txtþ
þST15483þ þST15483þ þST15483þ þST15483þ þST15483þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Remove_
click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16298þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRemov
e_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1880þ þb2cb3a66c689ab902ba3ffd7ebdfa699þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15483.pngþ þTEXT\0002\ST15483.txtþ
þST15484þ þST15484þ þST15484þ þST15484þ þST15484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Remove.
png.svn-baseþ þþ þþ þ0þ þ1þ þST16299þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRemove.png.
svn-baseþ þ.PNGþ þimage/pngþ þþ þ1796þ þ01b9bf45175230e6585cecaef2e79939þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15484.p
ngþ þTEXT\0002\ST15484.txtþ
þST15485þ þST15485þ þST15485þ þST15485þ þST15485þ þST15485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Reset
Default_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16300þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þReset
Default_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2784þ þ092fc4ca03a0305777a3599aa82
fa87cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0004\ST15485.pngþ þTEXT\0002\ST15485.txtþ
þST15486þ þST15486þ þST15486þ þST15486þ þST15486þ þST15486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Reset
Default.png.svn-baseþ þþ þþ þ0þ þ1þ þST16301þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRes
et
Default.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2602þ þ351c3437003274c9da445541592ff1fbþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15486.pngþ þTEXT\0002\ST15486.txtþ
þST15487þ þST15487þ þST15487þ þST15487þ þST15487þ þST15487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Run_cli
ck.png.svn-baseþ þþ þþ þ0þ þ1þ þST16302þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRun_clic
k.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1435þ þe0892f78c70ea901f0e534ffb79bc283þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5487.pngþ þTEXT\0002\ST15487.txtþ
þST15488þ þST15488þ þST15488þ þST15488þ þST15488þ þST15488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Run.png

.svn-baseþ þþ þ0þ þ1þ þST16303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRun.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1443þ þ4f01c2278bfa21671736a3ad48e666b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15488.pngþ þþ

þST15489þ þST15489þ þST15489þ þST15489þ þST15489þ þST15489þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Save this filter_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þSave this filter_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3035þ þ4cb19279c58cfa0b11eaacd5a01688c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15489.pngþ þTEXT\0002\ST15489.txtþ

þST15490þ þST15490þ þST15490þ þST15490þ þST15490þ þST15490þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Save this filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST16305þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave this filter.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2857þ þ340eb61f84ff9f834700d12e9efb5044þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15490.pngþ þTEXT\0002\ST15490.txtþ

þST15491þ þST15491þ þST15491þ þST15491þ þST15491þ þST15491þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Save_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST15492; ST16306; ST16307þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1578þ þ063edc178bbacb46b17b8c1ddff7ca32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0004\ST15491.pngþ þTEXT\0002\ST15491.txtþ

þST15492þ þST15492þ þST15492þ þST15492þ þST15492þ þST15492þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Save.png.svn-baseþ þþ þþ þ0þ þ1þ þST15491; ST16306; ST16307þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ1578þ þ063edc178bbacb46b17b8c1ddff7ca32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15492.pngþ þTEXT\0002\ST15492.txtþ

þST15493þ þST15493þ þST15493þ þST15493þ þST15493þ þST15493þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sec_reg_filings_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16308þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsec_reg_filings_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1829þ þ7ad2038d38d902774fc6bc5243196063þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15493.pngþ þTEXT\0002\ST15493.txtþ

þST15494þ þST15494þ þST15494þ þST15494þ þST15494þ þST15494þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sec_reg
_filings.png.svn-baseþ þþ þþ þ0þ þ1þ þST16309þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þse
c_reg_filings.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1643þ þ614beb90b61def6927ce7de601c
64eb6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0004\ST15494.pngþ þTEXT\0002\ST15494.txtþ
þST15495þ þST15495þ þST15495þ þST15495þ þST15495þ þST15495þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sectors
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16310þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors_
o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1082þ þ4c4f7fa01c7d0b8ea72f3cd7f757f914þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5495.pngþ þþ
þST15496þ þST15496þ þST15496þ þST15496þ þST15496þ þST15496þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sectors
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16311þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors_
y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ925þ þ328625bde9eae04f91df96ce7ee8b994þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15
496.pngþ þTEXT\0002\ST15496.txtþ
þST15497þ þST15497þ þST15497þ þST15497þ þST15497þ þST15497þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sectors
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16312þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors.pn
g.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1134þ þ4db1e21d51c981182c4c5debf67ab41bþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15497
.pngþ þþ
þST15498þ þST15498þ þST15498þ þST15498þ þST15498þ þST15498þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
etf_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16313þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselec
t_etf_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1559þ þa36113c1aa8ea486d2972c751b974f6cþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15498.pngþ þTEXT\0002\ST15498.txtþ
þST15499þ þST15499þ þST15499þ þST15499þ þST15499þ þST15499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
etf_type_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16314þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
select_etf_type_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2037þ þ83ba3b9d1ef7cb0b98f1c55
8ec9e932fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15499.pngþ þTEXT\0002\ST15499.txtþ
þST15500þ þST15500þ þST15500þ þST15500þ þST15500þ þST15500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
etf_type_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16315þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
select_etf_type_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1817þ þ9294281d59c202c86283410
a9b9f8591þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15500.pngþ þTEXT\0002\ST15500.txtþ
þST15501þ þST15501þ þST15501þ þST15501þ þST15501þ þST15501þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
etf_type.png.svn-baseþ þþ þþ þ0þ þ1þ þST16316þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þse
lect_etf_type.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1945þ þ84e3653632d4414f13f81a62cee
c500dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0004\ST15501.pngþ þTEXT\0002\ST15501.txtþ
þST15502þ þST15502þ þST15502þ þST15502þ þST15502þ þST15502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
etf_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16317þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselec
t_etf_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1412þ þ413bcf3352e2943f5d2fb483fd3829bdþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15502.pngþ þTEXT\0002\ST15502.txtþ
þST15503þ þST15503þ þST15503þ þST15503þ þST15503þ þST15503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
etf.png.svn-baseþ þþ þþ þ0þ þ1þ þST16318þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_
etf.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1396þ þ9df5aa7ea08388d5bea0e93d926ae1a1þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15503.pngþ þTEXT\0002\ST15503.txtþ
þST15504þ þST15504þ þST15504þ þST15504þ þST15504þ þST15504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
filter_universe.png.svn-baseþ þþ þþ þ0þ þ1þ þST16319þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þselect_filter_universe.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2009þ þ4b95d031e080d
20a8aeda3a4b8a6853aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0004\ST15504.pngþ þTEXT\0002\ST15504.txtþ
þST15505þ þST15505þ þST15505þ þST15505þ þST15505þ þST15505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
fund_family_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16320þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þselect_fund_family_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2098þ þ6b6d234a9bd631cc
086a44bf45805838þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0004\ST15505.pngþ þTEXT\0002\ST15505.txtþ
þST15506þ þST15506þ þST15506þ þST15506þ þST15506þ þST15506þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_
fund_family_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16321þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þselect_fund_family_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1888þ þe77bfdc6110e77fa 1f26a200f1377447þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0004\ST15506.pngþ þTEXT\0002\ST15506.txtþ

þST15507þ þST15507þ þST15507þ þST15507þ þST15507þ þST15507þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_ fund_family.png.svn-baseþ þþ þþ þ0þ þ1þ þST16322þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1744þ þ76a81a952131955f5d02f 5f83b80deebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15507.pngþ þTEXT\0002\ST15507.txtþ

þST15508þ þST15508þ þST15508þ þST15508þ þST15508þ þST15508þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_ index_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsel ect_index_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1723þ þbed546d4a55fb7a4964f6be0b0a88 1dfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0004\ST15508.pngþ þTEXT\0002\ST15508.txtþ

þST15509þ þST15509þ þST15509þ þST15509þ þST15509þ þST15509þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_ index_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16324þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsel ect_index_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1562þ þ3c7943883d0543b1122f5a4b7659d 551þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0004\ST15509.pngþ þTEXT\0002\ST15509.txtþ

þST15510þ þST15510þ þST15510þ þST15510þ þST15510þ þST15510þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/select_ index.png.svn-baseþ þþ þþ þ0þ þ1þ þST16325þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselec t_index.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1496þ þ38f3b76200f81c96f93e581e9c7f1fb0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 04\ST15510.pngþ þTEXT\0002\ST15510.txtþ

þST15511þ þST15511þ þST15511þ þST15511þ þST15511þ þST15511þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/setting s_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16326þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsetting s_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1596þ þ2e58aeee61a928aa8f554f1d24e536a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S T15511.pngþ þTEXT\0002\ST15511.txtþ

þST15512þ þST15512þ þST15512þ þST15512þ þST15512þ þST15512þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/setting s_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsetting s_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1003þ þ2c69c9f1401cba78f1b94b5cc4f0ea4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S

T15512.pngþ þTEXT\0002\ST15512.txtþ
þST15513þ þST15513þ þST15513þ þST15513þ þST15513þ þST15513þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/setting
s.png.svn-baseþ þþ þþ þ0þ þ1þ þST16328þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.
png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1182þ þ96ba7197e5b53ff29820aea4e2365d41þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST155
13.pngþ þTEXT\0002\ST15513.txtþ
þST15514þ þST15514þ þST15514þ þST15514þ þST15514þ þST15514þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/short_a
lert_descriptor_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16329þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þshort_alert_descriptor_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1745
þ þfb91f5545afb065b6765390ba44509ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15514.pngþ þTEXT\0002\ST15514.txtþ
þST15515þ þST15515þ þST15515þ þST15515þ þST15515þ þST15515þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/short_a
lert_descriptor.png.svn-baseþ þþ þþ þ0þ þ1þ þST16330þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þshort_alert_descriptor.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1555þ þad307a8239c96
21cbb7b11d938d2ec32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0004\ST15515.pngþ þTEXT\0002\ST15515.txtþ
þST15516þ þST15516þ þST15516þ þST15516þ þST15516þ þST15516þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/show_hi
ghs_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16331þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þshow_highs_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1877þ þ625c1c64ee297762477f4
9a768fe1cd5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0004\ST15516.pngþ þTEXT\0002\ST15516.txtþ
þST15517þ þST15517þ þST15517þ þST15517þ þST15517þ þST15517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/show_hi
ghs.png.svn-baseþ þþ þþ þ0þ þ1þ þST16332þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_hi
ghs.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1690þ þ42b4194706f7325532f6b5fe44a43138þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15517.pngþ þTEXT\0002\ST15517.txtþ
þST15518þ þST15518þ þST15518þ þST15518þ þST15518þ þST15518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/show_lo
ws_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16333þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þshow_lows_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1859þ þc7985f12e1f4df6dcdf1f35
2126b4b3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15518.pngþ þTEXT\0002\ST15518.txtþ
þST15519þ þST15519þ þST15519þ þST15519þ þST15519þ þST15519þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/show_lo
ws.png.svn-baseþ þþ þþ þ0þ þ1þ þST16334þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_low
s.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1670þ þdacace0052b1f0e8f11ce3a4d024a417þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5519.pngþ þTEXT\0002\ST15519.txtþ
þST15520þ þST15520þ þST15520þ þST15520þ þST15520þ þST15520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sources
_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16335þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources_
o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1096þ þ3ad67287cafc95b51dc13f5e0a0e1db1þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5520.pngþ þTEXT\0002\ST15520.txtþ
þST15521þ þST15521þ þST15521þ þST15521þ þST15521þ þST15521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sources
_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16336þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources_
y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ941þ þ3357d4ca123e9eab4ac7beb642df3037þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15
521.pngþ þTEXT\0002\ST15521.txtþ
þST15522þ þST15522þ þST15522þ þST15522þ þST15522þ þST15522þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/sources
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16337þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources.pn
g.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1176þ þ111e3b1c3b87102f3d4fc2c4e326bb68þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15522
.pngþ þþ
þST15523þ þST15523þ þST15523þ þST15523þ þST15523þ þST15523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/stock_t
ypes_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16338þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstoc
k_types_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1884þ þa4f923d6011320b67588b3300382f34
3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0004\ST15523.pngþ þTEXT\0002\ST15523.txtþ
þST15524þ þST15524þ þST15524þ þST15524þ þST15524þ þST15524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/stock_t
ypes_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16339þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstoc
k_types_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1734þ þ57655dbcd6f3bb9913bf67a45c9dd2e
9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0004\ST15524.pngþ þTEXT\0002\ST15524.txtþ
þST15525þ þST15525þ þST15525þ þST15525þ þST15525þ þST15525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/stock_t
ypes.png.svn-baseþ þþ þþ þ0þ þ1þ þST16340þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_
types.png.svn-base þ .PNGþ þimage/pngþ þþ þ1796þ þ0d30098b3f3386ee987896cd5828b525þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15525.pngþ þTEXT\0002\ST15525.txtþ
þST15526þ þST15526þ þST15526þ þST15526þ þST15526þ þST15526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Submit_
click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16392þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSubmit
t_click.png.svn-base þ .PNGþ þimage/pngþ þþ þ1993þ þ34c32896f92923bdb7d8e9f9e1e2e83dþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15526.pngþ þTEXT\0002\ST15526.txtþ
þST15527þ þST15527þ þST15527þ þST15527þ þST15527þ þST15527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Submit.
png.svn-baseþ þþ þþ þ0þ þ1þ þST16393þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSubmit.png.
svn-baseþ þ.PNGþ þimage/pngþ þþ þ1883þ þd1d52f8c5bcb9f29396f88d66709a5ceþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15527.p
ngþ þþ
þST15528þ þST15528þ þST15528þ þST15528þ þST15528þ þST15528þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/Thumbs.
db.svn-baseþ þþ þþ þ0þ þ1þ þST16394þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.sv
n-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ271872þ þ8f3a07e4901072c3e1c71f
c83bb99473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0004\ST15528.svn-baseþ þþ
þST15529þ þST15529þ þST15529þ þST15529þ þST15529þ þST15529þ þþ
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/timefra
me_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16395þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimefr
ame_o.png.svn-base þ .PNGþ þimage/pngþ þþ þ1095þ þc3da81166b2d6bec5ff37fb6d9fa3de0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15529.pngþ þTEXT\0002\ST15529.txtþ
þST15530þ þST15530þ þST15530þ þST15530þ þST15530þ þST15530þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/timefra
me_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16396þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimefr
ame_y.png.svn-base þ .PNGþ þimage/pngþ þþ þ936þ þ5a0f282edeb5f582d1828cde2dd0f54dþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST15530.pngþ þTEXT\0002\ST15530.txtþ
þST15531þ þST15531þ þST15531þ þST15531þ þST15531þ þST15531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/timefra
me.png.svn-baseþ þþ þþ þ0þ þ1þ þST16397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimefram

e.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1160þ þa5914d61e3261f1703d0dde4e5028b85þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5531.pngþ þTEXT\0002\ST15531.txtþ

þST15532þ þST15532þ þST15532þ þST15532þ þST15532þ þST15532þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/todays_
data_checked.png.svn-baseþ þþ þ0þ þ1þ þST16398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þtodays_data_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2214þ þf54d13ea0224557c3d
b036abb72bbdf0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15532.pngþ þTEXT\0002\ST15532.txtþ

þST15533þ þST15533þ þST15533þ þST15533þ þST15533þ þST15533þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/todays_
data.png.svn-baseþ þþ þþ þ0þ þ1þ þST16399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtodays
_data.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1975þ þ642d634b71425aa1a9762f4698eed861þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15533.pngþ þTEXT\0002\ST15533.txtþ

þST15534þ þST15534þ þST15534þ þST15534þ þST15534þ þST15534þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/update_
o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16400þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate_o.
png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1056þ þ3854beb590da8a0772c6f94908d18ea0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST155
34.pngþ þþ

þST15535þ þST15535þ þST15535þ þST15535þ þST15535þ þST15535þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/update_
y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16401þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate_y.
png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ898þ þa77eb6fae191a04cd2c715d6debf9f2dþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1553
5.pngþ þþ

þST15536þ þST15536þ þST15536þ þST15536þ þST15536þ þST15536þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/update.
png.svn-baseþ þþ þþ þ0þ þ1þ þST16402þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate.png.
svn-baseþ þ.PNGþ þimage/pngþ þþ þ1077þ þa33ede85dfe47bc36bc631f1dd5f7f81þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15536.p
ngþ þþ

þST15537þ þST15537þ þST15537þ þST15537þ þST15537þ þST15537þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/view_et
f_type_checked.png.svn-baseþ þþ þ0þ þ1þ þST16403þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þview_etf_type_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2625þ þ4eea3c13011e80f7043d7f5b8d8860deþ þ1þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15537.pngþ þ
TEXT\0002\ST15537.txtþ
þST15538þ þST15538þ þST15538þ þST15538þ þST15538þ þST15538þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/view_et
f_type_unchecked.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST16404þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þview_etf_type_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2460þ þ87b0c6eaf67
6df6a346cf215a18e32fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0004\ST15538.pngþ þTEXT\0002\ST15538.txtþ
þST15539þ þST15539þ þST15539þ þST15539þ þST15539þ þST15539þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/view_fu
nd_family_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16405þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þview_fund_family_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2768þ þ140cd8ed
7e746873c4301196ba8e9f62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0004\ST15539.pngþ þTEXT\0002\ST15539.txtþ
þST15540þ þST15540þ þST15540þ þST15540þ þST15540þ þST15540þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/view_fu
nd_family_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16406þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þview_fund_family_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2615þ þ95be03ab4f4d960aabb313ff1fcf503dþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15540.pngþ þ
TEXT\0002\ST15540.txtþ
þST15541þ þST15541þ þST15541þ þST15541þ þST15541þ þST15541þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/view_my
_watchlist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16407þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þview_my_watchlist_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2171þ þ0c830dd2a2bed1cf4f
d47c81fb1608fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15541.pngþ þTEXT\0002\ST15541.txtþ
þST15542þ þST15542þ þST15542þ þST15542þ þST15542þ þST15542þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/view_my
_watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST16408þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
view_my_watchlist.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2156þ þ546823f4f0849b4f35f2bc8
dfdddcf0cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15542.pngþ þTEXT\0002\ST15542.txtþ
þST15543þ þST15543þ þST15543þ þST15543þ þST15543þ þST15543þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/watchli
st_manager_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST16409þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þwatchlist_manager_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1453þ þ199a96371afafef429
936536e7777e7bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR

UEþ þNATIVES\0004\ST15543.pngþ þTEXT\0002\ST15543.txtþ
þST15544þ þST15544þ þST15544þ þST15544þ þST15544þ þST15544þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/watchli
st_manager_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16410þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þwatchlist_manager_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1300þ þcd78b721090ba095b4
5e9c7cafe71299þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15544.pngþ þTEXT\0002\ST15544.txtþ
þST15545þ þST15545þ þST15545þ þST15545þ þST15545þ þST15545þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/.svn/text-base/watchli
st_manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST16411þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
watchlist_manager.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1486þ þe821c81301feeae93477ebf
569a32a89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15545.pngþ þTEXT\0002\ST15545.txtþ
þST15546þ þST15546þ þST15546þ þST15546þ þST15546þ þST15546þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/add_click.pngþ þþ þþ þ0
þ þ1þ þST15403þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_click.pngþ þ.PNGþ þimage/png
þ þþ þ1510þ þc89f8ff46b51a9cc0f1995eb5a395962þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15546.pngþ þTEXT\0002\ST15546.txtþ
þST15547þ þST15547þ þST15547þ þST15547þ þST15547þ þST15547þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/add_remove_o.pngþ þþ þþ
þ þ0þ þ1þ þST15404þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_remove_o.pngþ þ.PNGþ þimag
e/pngþ þþ þ1756þ þ53f4eed20488a414d06ad48066ee40fcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15547.pngþ þTEXT\0002\ST15547
.txtþ
þST15548þ þST15548þ þST15548þ þST15548þ þST15548þ þST15548þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/add_remove_y.pngþ þþ þþ
þ þ0þ þ1þ þST15405þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_remove_y.pngþ þ.PNGþ þimag
e/pngþ þþ þ1604þ þ41090b737c44666927a3ef3a42b00f2dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15548.pngþ þTEXT\0002\ST15548
.txtþ
þST15549þ þST15549þ þST15549þ þST15549þ þST15549þ þST15549þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/add_remove.pngþ þþ þþ þ
0þ þ1þ þST15406þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd_remove.pngþ þ.PNGþ þimage/p
ngþ þþ þ1655þ þ39540a58d9c8ef39c2c7c78e569790e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15549.pngþ þTEXT\0002\ST15549.t
xtþ
þST15550þ þST15550þ þST15550þ þST15550þ þST15550þ þST15550þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/add.pngþ þþ þþ þ0þ þ1þ þ
ST15407þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd.pngþ þ.PNGþ þimage/pngþ þþ þ1452þ þ0
59446f974a137d767975758be9e982dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15550.pngþ þþ
þST15551þ þST15551þ þST15551þ þST15551þ þST15551þ þST15551þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/alert_types_o.pngþ þþ þ
þ þ0þ þ1þ þST15408þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types_o.pngþ þ.PNGþ þim
age/pngþ þþ þ1248þ þfb399902765e336ae4ed09c8ee2f178dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15551.pngþ þTEXT\0002\ST15551.txtþ
þST15552þ þST15552þ þST15552þ þST15552þ þST15552þ þST15552þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/alert_types_y.pngþ þþ þ
þ þ0þ þ1þ þST15409þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types_y.pngþ þ.PNGþ þim
age/pngþ þþ þ1090þ þ2cdb673a8d02506f1fcc021f4a80e824þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15552.pngþ þTEXT\0002\ST15552.txtþ
þST15553þ þST15553þ þST15553þ þST15553þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/alert_types.pngþ þþ þþ
þ0þ þ1þ þST15410þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert_types.pngþ þ.PNGþ þimage
/pngþ þþ þ1294þ þ17e6bf7294ecfe5478b574a50357f7ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15553.pngþ þTEXT\0002\ST15553.txtþ
þST15554þ þST15554þ þST15554þ þST15554þ þST15554þ þST15554þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/alerts_for_watchlist_c
hecked.pngþ þþ þþ þ0þ þ1þ þST15411þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_for_wa
tchlist_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2530þ þa528a3f5e749d9ed5b61db8b0ddd7850þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST15554.pngþ þTEXT\0002\ST15554.txtþ
þST15555þ þST15555þ þST15555þ þST15555þ þST15555þ þST15555þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/alerts_for_watchlist.p
ngþ þþ þþ þ0þ þ1þ þST15412þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_for_watchlist.
pngþ þ.PNGþ þimage/pngþ þþ þ2322þ þ78620a8ff1b9dd211b13e37db5669dffþ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15555.pngþ þ
TEXT\0002\ST15555.txtþ
þST15556þ þST15556þ þST15556þ þST15556þ þST15556þ þST15556þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Clear
Screen_click.pngþ þþ þþ þ0þ þ1þ þST15413þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear

Screen_click.pngþ þ.PNGþ þimage/pngþ þþ þ2629þ þa122ef36f2663766234796f01f4a4befþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S T15556.pngþ þTEXT\0002\ST15556.txtþ

þST15557þ þST15557þ þST15557þ þST15557þ þST15557þ þST15557þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Clear Screen.pngþ þþ þþ þ0þ þ1þ þST15414þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear Screen.pngþ þ.PNGþ þimage/pngþ þþ þ2434þ þ52e323b3bdd8cfb0d2340495782a92e4þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15557 .pngþ þþ

þST15558þ þST15558þ þST15558þ þST15558þ þST15558þ þST15558þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/clear_all_o.pngþ þþ þþ þ0þ þ1þ þST15415þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all_o.pngþ þ.PNGþ þimage /pngþ þþ þ1123þ þfc8cdc72e6744e50aedd1ec01c739405þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15558.pngþ þTEXT\0002\ST15558.txtþ

þST15559þ þST15559þ þST15559þ þST15559þ þST15559þ þST15559þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/clear_all_y.pngþ þþ þþ þ0þ þ1þ þST15416þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all_y.pngþ þ.PNGþ þimage /pngþ þþ þ976þ þbed8aad42e78ad19acc22e41986f7ccaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15559.pngþ þTEXT\0002\ST15559. txtþ

þST15560þ þST15560þ þST15560þ þST15560þ þST15560þ þST15560þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/clear_all.pngþ þþ þþ þ0 þ þ1þ þST15417þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_all.pngþ þ.PNGþ þimage/png þ þþ þ1151þ þ3c54f2703f3cb237f908568906ed946eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15560.pngþ þTEXT\0002\ST15560.txtþ þST15561þ þST15561þ þST15561þ þST15561þ þST15561þ þST15561þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Clear_click.pngþ þþ þþ þ0þ þ1þ þST15418þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear_click.pngþ þ.PNGþ þimage /pngþ þþ þ1747þ þ66c08a2972fe7cf2fb9fd5412eba4d44þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15561.pngþ þþ

þST15562þ þST15562þ þST15562þ þST15562þ þST15562þ þST15562þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Clear.pngþ þþ þþ þ0þ þ1 þ þST15419þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClear.pngþ þ.PNGþ þimage/pngþ þþ þ164 9þ þe44d62fa59af922bc26cacf584aa10c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15562.pngþ þþ

þST15563þ þST15563þ þST15563þ þST15563þ þST15563þ þST15563þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/clear2_o.pngþ þþ þþ þ0þ
 þ1þ þST15420þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2_o.pngþ þ.PNGþ þimage/pngþ þ
þ þ1008þ þfb084644c2ce9c6d09ae9e7bc6bbb21fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15563.pngþ þTEXT\0002\ST15563.txtþ
þST15564þ þST15564þ þST15564þ þST15564þ þST15564þ þST15564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/clear2_y.pngþ þþ þþ þ0þ
 þ1þ þST15421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2_y.pngþ þ.PNGþ þimage/pngþ þ
þ þ863þ þ5aaf960863ad3207abe33fdb0a062318þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15564.pngþ þþ
þST15565þ þST15565þ þST15565þ þST15565þ þST15565þ þST15565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/clear2.pngþ þþ þþ þ0þ þ
1þ þST15422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear2.pngþ þ.PNGþ þimage/pngþ þþ þ1
050þ þ9ef2951f6131f03f43df1cfdf5e04c29þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15565.pngþ þþ
þST15566þ þST15566þ þST15566þ þST15566þ þST15566þ þST15566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/close_o.pngþ þþ þþ þ0þ
þ1þ þST15423þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_o.pngþ þ.PNGþ þimage/pngþ þþ
þ1023þ þ6304d97e51f12af990324b03944e0d6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15566.pngþ þTEXT\0002\ST15566.txtþ
þST15567þ þST15567þ þST15567þ þST15567þ þST15567þ þST15567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/close_y.pngþ þþ þþ þ0þ
þ1þ þST15424þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_y.pngþ þ.PNGþ þimage/pngþ þþ
þ876þ þff2621aaff54d4ab9ee678b08923ecb0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15567.pngþ þþ
þST15568þ þST15568þ þST15568þ þST15568þ þST15568þ þST15568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/close.pngþ þþ þþ þ0þ þ1
þ þST15425þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.pngþ þ.PNGþ þimage/pngþ þþ þ107
3þ þ10294f2d81a443180223d4dc4f413499þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15568.pngþ þþ
þST15569þ þST15569þ þST15569þ þST15569þ þST15569þ þST15569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/combo_wrapper.pngþ þþ þ
þ þ0þ þ1þ þST15426þ ST17226;
ST17227þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcombo_wrapper.pngþ þ.PNGþ þimage/pngþ þ
þ þ669þ þbaadcc17fd96b2fd7c770951bb1a6417þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15569.pngþ þþ
þST15570þ þST15570þ þST15570þ þST15570þ þST15570þ þST15570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/compact_o.pngþ þþ þþ þ0
þ þ1þ þST15427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact_o.pngþ þ.PNGþ þimage/png
þ þþ þ1579þ þ840785c410fa9d37f484dd3e1c616bb2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15570.pngþ þþ
þST15571þ þST15571þ þST15571þ þST15571þ þST15571þ þST15571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/compact_y.pngþ þþ þþ þ0
þ þ1þ þST15428þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact_y.pngþ þ.PNGþ þimage/png
þ þþ þ1423þ þ88806a21096b479f554657ecaa3c2161þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15571.pngþ þTEXT\0002\ST15571.txtþ
þST15572þ þST15572þ þST15572þ þST15572þ þST15572þ þST15572þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/compact.pngþ þþ þþ þ0þ
þ1þ þST15429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompact.pngþ þ.PNGþ þimage/pngþ þþ
þ1538þ þ8963525cf943dee0666a0a6beec2a971þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15572.pngþ þTEXT\0002\ST15572.txtþ
þST15573þ þST15573þ þST15573þ þST15573þ þST15573þ þST15573þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Create Ticker
Tape_click.pngþ þþ þþ þ0þ þ1þ þST15430þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate
Ticker
Tape_click.pngþ þ.PNGþ þimage/pngþ þþ þ3534þ þ5dd53bf341bf1fa8c7e3141e8219266eþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5573.pngþ þTEXT\0002\ST15573.txtþ
þST15574þ þST15574þ þST15574þ þST15574þ þST15574þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Create Ticker
Tape.pngþ þþ þþ þ0þ þ1þ þST15431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate Ticker
Tape.pngþ þ.PNGþ þimage/pngþ þþ þ3304þ þ8b1e8533625875a8f821de5af4df8151þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15574.p
ngþ þTEXT\0002\ST15574.txtþ
þST15575þ þST15575þ þST15575þ þST15575þ þST15575þ þST15575þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/create_watchlist_y.png
þ þþ þþ þþ þ0þ þ1þ þST15432þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcreate_watchlist_y.pngþ
 þ.PNGþ þimage/pngþ þþ þ2168þ þ03e0ad4e3ebd77b1b7d7130e9738018cþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15575.pngþ þTEXT\
0002\ST15575.txtþ
þST15576þ þST15576þ þST15576þ þST15576þ þST15576þ þST15576þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/create_watchlist.pngþ
þþ þþ þ0þ þ1þ þST15433þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcreate_watchlist.pngþ þ.P
NGþ þimage/pngþ þþ þ2185þ þ08206665db8448026f89a0d82022bf87þ þ1þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15576.pngþ þTEXT\000
2\ST15576.txtþ

þST15577þ þST15577þ þST15577þ þST15577þ þST15577þ þST15577þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Delete_click.pngþ þþ þþ
 þ0þ þ1þ þST15434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDelete_click.pngþ þ.PNGþ þimag
e/pngþ þþ þ1819þ þ8f87c12b381a5d459cca61a9de7cccdfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15577.pngþ þTEXT\0002\ST15577
.txtþ

þST15578þ þST15578þ þST15578þ þST15578þ þST15578þ þST15578þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/delete_watchlist_y.png
þ þþ þþ þ0þ þ1þ þST15435þ þþ þþ þþ þþ þþ þþ þþ þdelete_watchlist_y.pngþ
 þ.PNGþ þimage/pngþ þþ þ2021þ þ7c86d38e57e3f67b1723b3c7cda43ff1þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15578.pngþ þTEXT\
0002\ST15578.txtþ

þST15579þ þST15579þ þST15579þ þST15579þ þST15579þ þST15579þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/delete_watchlist.pngþ
þþ þþ þ0þ þ1þ þST15436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_watchlist.pngþ þ.P
NGþ þimage/pngþ þþ þ1969þ þ9fa2e723d631e105fcc5dc5337accb4fþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15579.pngþ þTEXT\000
2\ST15579.txtþ

þST15580þ þST15580þ þST15580þ þST15580þ þST15580þ þST15580þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Delete.pngþ þþ þþ þ0þ þ
1þ þST15437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDelete.pngþ þ.PNGþ þimage/pngþ þþ þ1
751þ þ508fcc5e752206f90f35c86864153b04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15580.pngþ þTEXT\0002\ST15580.txtþ

þST15581þ þST15581þ þST15581þ þST15581þ þST15581þ þST15581þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/earnings_news_checked.
pngþ þþ þþ þ0þ þ1þ þST15438þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_news_checke
d.pngþ þ.PNGþ þimage/pngþ þþ þ1604þ þ53f1fb3ab1a395a134fd07cc7959c192þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15581.pngþ
þTEXT\0002\ST15581.txtþ

þST15582þ þST15582þ þST15582þ þST15582þ þST15582þ þST15582þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/earnings_news.pngþ þþ þ
þ þ0þ þ1þ þST15439þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_news.pngþ þ.PNGþ þim
age/pngþ þþ þ1420þ þ3ababbb5f655585ebdbb123dab7f7647þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15582.pngþ þTEXT\0002\ST15582.txtþ

þST15583þ þST15583þ þST15583þ þST15583þ þST15583þ þST15583þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Edit Ticker_click.pngþ þþ þþ þþ þ0þ þ1þ þST15440þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit Ticker_click.pngþ þ.PNGþ þimage/pngþ þþ þ2555þ þ5cc82b5ebfa67a939e41cfe6a3dd4c2fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S T15583.pngþ þTEXT\0002\ST15583.txtþ

þST15584þ þST15584þ þST15584þ þST15584þ þST15584þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Edit Ticker.pngþ þþ þþ þþ þ0þ þ1þ þST15441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit Ticker.pngþ þ.PNGþ þimage/pngþ þþ þ2379þ þ516643ad49ae1b2f8276ebba3d70feb6þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15584 .pngþ þTEXT\0002\ST15584.txtþ

þST15585þ þST15585þ þST15585þ þST15585þ þST15585þ þST15585þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Edit_click.pngþ þþ þþ þ 0þ þ1þ þST15442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_click.pngþ þ.PNGþ þimage/p ngþ þþ þ1445þ þfe824ae84926fa498c8cc3c273b56235þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15585.pngþ þTEXT\0002\ST15585.t xtþ

þST15586þ þST15586þ þST15586þ þST15586þ þST15586þ þST15586þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Edit.pngþ þþ þþ þ0þ þ1þ þST15443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.pngþ þ.PNGþ þimage/pngþ þþ þ1478þ þ0f336960aa89318916bfbfbe62c960f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15586.pngþ þþ

þST15587þ þST15587þ þST15587þ þST15587þ þST15587þ þST15587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/enter_your_criteria.pn gþ þþ þþ þþ þ0þ þ1þ þST15444þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þenter_your_criteria.pn gþ þ.PNGþ þimage/pngþ þþ þ1721þ þ3e369d29e22214050e5937c3cfa14a4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15587.pngþ þTEX T\0002\ST15587.txtþ

þST15588þ þST15588þ þST15596þ þST15588þ þST15596þ þST15588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ14679þ þ547bf59144b0e27254512cba065f91d2þ þ9þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15588.txtþ þTEXT\0002\ST15588.txtþ

þST15597þ þST15597þ þST15612þ þST15597þ þST15612þ þST15597þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/entriesþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/25/2009þ þ00:00:00þ þ2009-11-25T00:00:00-05

:00þ þ1259125200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ11673þ þb30179a428ab79336683873426
5b8a07þ þ16þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0004\ST15597.txtþ þTEXT\0002\ST15597.txtþ
þST15613þ þST15613þ þST15613þ þST15613þ þST15613þ þST15613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/am
eristock_ryan_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;

ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;

ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;

ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameristock_ryan_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15613.txtþ þTEXT\00
02\ST15613.txtþ
þST15614þ þST15614þ þST15614þ þST15614þ þST15614þ þST15614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/am
eristock_ryan_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;

ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;

ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameristock_ryan_unchecked.png.svn-base þ þ.TXTþ þtext/plainþ þþ þ53þ þ113116892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15614.txtþ þTEXT\0002\ST15614.txtþ

þST15615þ þST15615þ þST15615þ þST15615þ þST15615þ þST15615þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/blackrock_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15879; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;

ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;

ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;

ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblackrock_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15615.txtþ þTEXT\0002\ST15615.txtþ
þST15616þ þST15616þ þST15616þ þST15616þ þST15616þ þST15616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/bl
ackrock_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;

ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ bblackrock_unchecked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15616.txtþ þTEXT\0002\S
T15616.txtþ
þST15617þ þST15617þ þST15617þ þST15617þ þST15617þ þST15617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/bo
nd_based_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;

ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;

ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;

ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbond_based_etf_checked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15617.txtþ þTEXT\0002\ST15617.txtþ
þST15618þ þST15618þ þST15618þ þST15618þ þST15618þ þST15618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/bo
nd_based_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;

ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;

ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;

ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbond_based_etf_unchecked.png.svn-baseþ
 þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15618.txtþ þTEXT\0
002\ST15618.txtþ
þST15619þ þST15619þ þST15619þ þST15619þ þST15619þ þST15619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer
Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/cl
aymore_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;

ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclaymore_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15619.txtþ þTEXT\0002\ST1
5619.txtþ
þST15620þ þST15620þ þST15620þ þST15620þ þST15620þ þST15620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/cl
aymore_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;

ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclaymore_unchecked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15620.txtþ þTEXT\0002\ST
15620.txtþ
þST15621þ þST15621þ þST15621þ þST15621þ þST15621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/cl
osed_end_fund_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;

ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclosed_end_fund_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15621.txtþ þTEXT\00
02\ST15621.txtþ
þST15622þ þST15622þ þST15622þ þST15622þ þST15622þ þST15622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/cl
osed_end_fund_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;

ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclosed_end_fund_unchecked.png.svn-base
þ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15622.txtþ þTEXT\
0002\ST15622.txtþ
þST15623þ þST15623þ þST15623þ þST15623þ þST15623þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/co
hen_&_steers_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;

ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;

ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcohen_&_steers_checked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15623.txtþ þTEXT\0002\ST15623.txtþ
þST15624þ þST15624þ þST15624þ þST15624þ þST15624þ þST15624þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/co
hen_&_steers_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;

ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18015; ST18016; ST18024; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcohen_&_steers_unchecked.png.svn-baseþ
 þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15624.txtþ þTEXT\0
002\ST15624.txtþ
þST15625þ þST15625þ þST15625þ þST15625þ þST15625þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/co
lonial_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;

ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;

ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;

ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolonial_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15625.txtþ þTEXT\0002\ST1
5625.txtþ

þST15626þ þST15626þ þST15626þ þST15626þ þST15626þ þST15626þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/co
lonial_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;

ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17293; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;

ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;

ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolonial_unchecked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15626.txtþ þTEXT\0002\ST
15626.txtþ

þST15627þ þST15627þ þST15627þ þST15627þ þST15627þ þST15627þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/co
mmodity_based_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;

ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17382; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;

ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18131; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;

ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcommodity_based_etf_checked.png.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15627.txtþ þTEX
T\0002\ST15627.txtþ
þST15628þ þST15628þ þST15628þ þST15628þ þST15628þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/co
mmodity_based_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;

ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;

ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcommodity_based_etf_unchecked.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15628.txtþ þ
TEXT\0002\ST15628.txtþ
þST15629þ þST15629þ þST15629þ þST15629þ þST15629þ þST15629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/db
_deutsche_bank_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;

ST15627; ST15628; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;

ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;

ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdb_deutsche_bank_checked.png.svn-baseþ
 þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15629.txtþ þTEXT\0
002\ST15629.txtþ
þST15630þ þST15630þ þST15630þ þST15630þ þST15630þ þST15630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/db
_deutsche_bank_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;

ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;

ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;

ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdb_deutsche_bank_unchecked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15630.txtþ þTEXT
\0002\ST15630.txtþ
þST15631þ þST15631þ þST15631þ þST15631þ þST15631þ þST15631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/di
rexion_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;

ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;

ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þdirexion_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15631.txtþ þTEXT\0002\ST1
5631.txtþ

þST15632þ þST15632þ þST15632þ þST15632þ þST15632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/di
rexion_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;

ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;

ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdirexion_unchecked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15632.txtþ þTEXT\0002\ST
15632.txtþ
þST15633þ þST15633þ þST15633þ þST15633þ þST15633þ þST15633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/dw
s_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdws_checked.png.svn-baseþ þ.TXTþ þtext /plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15633.txtþ þTEXT\0002\ST15633.txtþ þST15634þ þST15634þ þST15634þ þST15634þ þST15634þ þST15634þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/dw s_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;

ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;

ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdws_unchecked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15634.txtþ þTEXT\0002\ST1563
4.txtþ
þST15635þ þST15635þ þST15635þ þST15635þ þST15635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ea
ton_vance_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;

ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;

ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;

ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeaton_vance_checked.png.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15635.txtþ þTEXT\0002\S T15635.txtþ

þST15636þ þST15636þ þST15636þ þST15636þ þST15636þ þST15636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ea ton_vance_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;

ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;

ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;

ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18947; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeaton_vance_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15636.txtþ þTEXT\000
2\ST15636.txtþ

þST15637þ þST15637þ þST15637þ þST15637þ þST15637þ þST15637þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ev
ergreen_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;

ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þevergreen_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15637.txtþ þTEXT\0002\ST15637.txtþ
þST15638þ þST15638þ þST15638þ þST15638þ þST15638þ þST15638þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ev
ergreen_unchecked.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;

ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;

ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þevergreen_unchecked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15638.txtþ þTEXT\0002\S
T15638.txtþ

þST15639þ þST15639þ þST15639þ þST15639þ þST15639þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ex
change_traded_note_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;

ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;

ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;

ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexchange_traded_note_checked.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15639.txtþ þT
EXT\0002\ST15639.txtþ
þST15640þ þST15640þ þST15640þ þST15640þ þST15640þ þST15640þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ex
change_traded_note_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexchange_traded_note_unchecked.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15640.txtþ þ
TEXT\0002\ST15640.txtþ
þST15641þ þST15641þ þST15641þ þST15641þ þST15641þ þST15641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/fi
rst_trust_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfirst_trust_checkedn.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15641.txtþ þTEXT\0002\S
T15641.txtþ
þST15642þ þST15642þ þST15642þ þST15642þ þST15642þ þST15642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/fi
rst_trust_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfirst_trust_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15642.txtþ þTEXT\000
2\ST15642.txtþ

þST15643þ þST15643þ þST15643þ þST15643þ þST15643þ þST15643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ga
belli_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgabelli_checked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15643.txtþ þTEXT\0002\ST15
643.txtþ

þST15644þ þST15644þ þST15644þ þST15644þ þST15644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn-base/prop-base/ga

belli_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;

ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgabelli_unchecked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15644.txtþ þTEXT\0002\ST15644.txtþ
þST15645þ þST15645þ þST15645þ þST15645þ þST15645þ þST15645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ho
ldrs_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ pholdrs_checked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15645.txtþ þTEXT\0002\ST15645.txtþ
þST15646þ þST15646þ þST15646þ þST15646þ þST15646þ þST15646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ho
ldrs_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;

ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;

```
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18774; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þholdrs_unchecked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15646.txtþ þTEXT\0002\ST1
5646.txtþ
þST15647þ þST15647þ þST15647þ þST15647þ þST15647þ þST15647þ þþ þ/Supplemental,
```

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ip
ath_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;

ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;

ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þipath_checked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15647.txtþ þTEXT\0002\ST1564
7.txtþ

þST15648þ þST15648þ þST15648þ þST15648þ þST15648þ þST15648þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ip
ath_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;

ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;

ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þipath_unchecked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15648.txtþ þTEXT\0002\ST15

648.txtþ

þST15649þ ST15649þ ST15649þ ST15649þ ST15649þ ST15649þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/is
hares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;

ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;

ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þishares_checked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15649.txtþ þTEXT\0002\ST15 649.txtþ

þST15650þ þST15650þ þST15650þ þST15650þ þST15650þ þST15650þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/is hares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;

ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;

ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þishares_unchecked.png.svn-baseþ þ.TXTþ

þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0004\ST15650.txtþ þTEXT\0002\ST15650.txtþ

þST15651þ þST15651þ þST15651þ þST15651þ þST15651þ þST15651þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/john_hancock_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;

ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;

ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjohn_hancock_checked.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15651.txtþ þTEXT\0002
\ST15651.txtþ

þST15652þ þST15652þ þST15652þ þST15652þ þST15652þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/jo
hn_hancock_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;

ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;

ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjohn_hancock_unchecked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15652.txtþ þTEXT\0002\ST15652.txtþ
þST15653þ þST15653þ þST15653þ þST15653þ þST15653þ þST15653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ma
rket_vectors_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;

ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;

ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;

ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_vectors_checked.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15653.txtþ þTEXT\0002\ST15653.txtþ þST15654þ þST15654þ þST15654þ þST15654þ þST15654þ þST15654þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/market_vectors_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;

ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;

ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;

ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_vectors_unchecked.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15654.txtþ þTEXT\0 002\ST15654.txtþ

þST15655þ þST15655þ þST15655þ þST15655þ þST15655þ þST15655þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/mo rgan_stanley_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;

ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmorgan_stanley_checked.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15655.txtþ þTEXT\0002\ST15655.txtþ þST15656þ þST15656þ þST15656þ þST15656þ þST15656þ þST15656þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/mo rgan_stanley_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;

ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmorgan_stanley_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15656.txtþ þTEXT\0
002\ST15656.txtþ
þST15657þ þST15657þ þST15657þ þST15657þ þST15657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ne
ts_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;

ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;

ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;

ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnets_checked.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15657.txtþ þTEXT\0002\ST15657
.txtþ
þST15658þ þST15658þ þST15658þ þST15658þ þST15658þ þST15658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ne
ts_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;

ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnets_unchecked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15658.txtþ þTEXT\0002\ST15658.txtþ
þST15659þ þST15659þ þST15659þ þST15659þ þST15659þ þST15659þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ne
uberger_berman_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;

ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;

ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þneuberger_berman_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15659.txtþ þTEXT\0
002\ST15659.txtþ
þST15660þ þST15660þ þST15660þ þST15660þ þST15660þ þST15660þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ne
uberger_berman_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;

ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;

ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;

ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þneuberger_berman_unchecked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15660.txtþ þTEXT
\0002\ST15660.txtþ
þST15661þ þST15661þ þST15661þ þST15661þ þST15661þ þST15661þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/no
n-us_listed_stocks_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;

ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;

ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon-us_listed_stocks_etf_checked.png.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15661.txtþ þTEXT\0002\ST15661.txtþ
þST15662þ þST15662þ þST15662þ þST15662þ þST15662þ þST15662þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/no n-us_listed_stocks_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;

ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;

ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;

ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon-us_listed_stocks_etf_unchecked.png
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15662.t
xtþ þTEXT\0002\ST15662.txtþ
þST15663þ þST15663þ þST15663þ þST15663þ þST15663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/nu
veen_checked.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;

ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;

ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;

ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnuveen_checked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15663.txtþ þTEXT\0002\ST15663.txtþ
þST15664þ þST15664þ þST15664þ þST15664þ þST15664þ þST15664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/nu
veen_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;

ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;

ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17691; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;

ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnuveen_unchecked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15664.txtþ þTEXT\0002\ST1
5664.txtþ

þST15665þ þST15665þ þST15665þ þST15665þ þST15665þ þST15665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/pi
mco_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;

ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;

ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpimco_checked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15665.txtþ þTEXT\0002\ST1566
5.txtþ
þST15666þ þST15666þ þST15666þ þST15666þ þST15666þ þST15666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/pi
mco_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;

ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17639; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;

ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpimco_unchecked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15666.txtþ þTEXT\0002\ST15
666.txtþ

þST15667þ þST15667þ þST15667þ þST15667þ þST15667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/po
wershares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;

ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24204; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpowershares_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15667.txtþ þTEXT\0002\S
T15667.txtþ

þST15668þ þST15668þ þST15668þ þST15668þ þST15668þ þST15668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/po
wershares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;

ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpowershares_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15668.txtþ þTEXT\000
2\ST15668.txtþ

þST15669þ þST15669þ þST15669þ þST15669þ þST15669þ þST15669þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/pr
oshares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;

ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproshares_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15669.txtþ þTEXT\0002\ST15669.txtþ
þST15670þ þST15670þ þST15670þ þST15670þ þST15670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/pr
oshares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;

ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;

ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18790; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;

ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproshares_unchecked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15670.txtþ þTEXT\0002\S
T15670.txtþ
þST15671þ þST15671þ þST15671þ þST15671þ þST15671þ þST15671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/pu
tnam_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;

ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;

ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;

ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þputnam_checked.png.svn-baseþ þ.TXTþ þt
ext/plainþþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15671.txtþ þTEXT\0002\ST15671.txtþ
þST15672þ þST15672þ þST15672þ þST15672þ þST15672þ þST15672þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/pu
tnam_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;

ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;

ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þputnam_unchecked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15672.txtþ þTEXT\0002\ST1
5672.txtþ

þST15673þ þST15673þ þST15673þ þST15673þ þST15673þ þST15673þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ry
dex_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;

ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;

ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17640; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrydex_checked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15673.txtþ þTEXT\0002\ST1567
3.txtþ

þST15674þ þST15674þ þST15674þ þST15674þ þST15674þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/ry
dex_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;

ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;

ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrydex_unchecked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15674.txtþ þTEXT\0002\ST15
674.txtþ
þST15675þ þST15675þ þST15675þ þST15675þ þST15675þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/sp
a_marketgrader_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;

ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;

ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;

ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspa_marketgrader_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15675.txtþ þTEXT\0
002\ST15675.txtþ
þST15676þ þST15676þ þST15676þ þST15676þ þST15676þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/sp
a_marketgrader_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspa_marketgrader_unchecked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15676.txtþ þTEXT
\0002\ST15676.txtþ
þST15677þ þST15677þ þST15677þ þST15677þ þST15677þ þST15677þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/sp
dr_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;

ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspdr_checked.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15677.txtþ þTEXT\0002\ST15677
.txtþ

þST15678þ þST15678þ þST15678þ þST15678þ þST15678þ þST15678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/sp
dr_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;

ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;

ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspdr_unchecked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15678.txtþ þTEXT\0002\ST15678.txtþ
þST15679þ þST15679þ þST15679þ þST15679þ þST15679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/Th
umbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;

ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;

ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;

ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15679.txtþ þTEXT\0002\ST15679.txtþ
þST15680þ þST15680þ þST15680þ þST15680þ þST15680þ þST15680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/us
_listed_stocks_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;

ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;

ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;

ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þus_listed_stocks_etf_checked.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15680.txtþ þT
EXT\0002\ST15680.txtþ

þST15681þ þST15681þ þST15681þ þST15681þ þST15681þ þST15681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/us
_listed_stocks_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þus_listed_stocks_etf_unchecked.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15681.txtþ þ
TEXT\0002\ST15681.txtþ
þST15682þ þST15682þ þST15682þ þST15682þ þST15682þ þST15682þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/va
n_kampen_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvan_kampen_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15682.txtþ þTEXT\0002\ST
15682.txtþ
þST15683þ þST15683þ þST15683þ þST15683þ þST15683þ þST15683þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/va
n_kampen_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvan_kampen_unchecked.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15683.txtþ þTEXT\0002
\ST15683.txtþ
þST15684þ þST15684þ þST15684þ þST15684þ þST15684þ þST15684þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/va
nguard_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvanguard_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15684.txtþ þTEXT\0002\ST1
5684.txtþ

þST15685þ þST15685þ þST15685þ þST15685þ þST15685þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/va

nguard_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;

ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvanguard_unchecked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15685.txtþ þTEXT\0002\ST
15685.txtþ
þST15686þ þST15686þ þST15686þ þST15686þ þST15686þ þST15686þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/we
stern_asset_checked.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18661; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwestern_asset_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15686.txtþ þTEXT\000
2\ST15686.txtþ

þST15687þ þST15687þ þST15687þ þST15687þ þST15687þ þST15687þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/we
stern_asset_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwestern_asset_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15687.txtþ þTEXT\00
02\ST15687.txtþ

þST15688þ þST15688þ þST15688þ þST15688þ þST15688þ þST15688þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/wi
sdomtree_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;

ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;

ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwisdomtree_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15688.txtþ þTEXT\0002\ST

15688.txtþ
þST15689þ þST15689þ þST15689þ þST15689þ þST15689þ þST15689þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/wi
sdomtree_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;

ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;

ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwisdomtree_unchecked.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15689.txtþ þTEXT\0002
\ST15689.txtþ
þST15690þ þST15690þ þST15690þ þST15690þ þST15690þ þST15690þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/xs
hares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;

ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;

ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þxshares_checked.png.svn-baseþ þ.TXTþ þ

text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15690.txtþ þTEXT\0002\ST15 690.txtþ

þST15691þ þST15691þ þST15691þ þST15691þ þST15691þ þST15691þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/prop-base/xs hares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;

ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;

ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þxshares_unchecked.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15691.txtþ þTEXT\0002\ST15691.txtþ
þST15692þ þST15692þ þST15692þ þST15692þ þST15692þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ameristock_ryan_checked.png.svn-baseþ þþ þ0þ þ1þ þST15771þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameristock_ryan_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2080þ þb48685 9612d9584695ed3addd7457aceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE þ þFALSEþ þTRUEþ þNATIVES\0004\ST15692.pngþ þTEXT\0002\ST15692.txtþ
þST15693þ þST15693þ þST15693þ þST15693þ þST15693þ þST15693þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ameristock_ryan_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15772þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þameristock_ryan_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1598þ þc1 2813f86fd363d5b825cea6f86f3bcbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15693.pngþ þTEXT\0002\ST15693.txtþ
þST15694þ þST15694þ þST15694þ þST15694þ þST15694þ þST15694þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/blackrock_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15773þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þblackrock_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2076þ þa6749fe1567ff8d22c 8c6b586fab17c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0004\ST15694.pngþ þTEXT\0002\ST15694.txtþ
þST15695þ þST15695þ þST15695þ þST15695þ þST15695þ þST15695þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/blackrock_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15774þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblackrock_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1873þ þ7fd86c4f1c098 75d735318cd1b7777fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0004\ST15695.pngþ þTEXT\0002\ST15695.txtþ
þST15696þ þST15696þ þST15696þ þST15696þ þST15696þ þST15696þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/bond_based_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15775þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þbond_based_etf_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2287þ þdad2dc70 38bf70d5d7c5e22fbd6a530fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15696.pngþ þTEXT\0002\ST15696.txtþ
þST15697þ þST15697þ þST15697þ þST15697þ þST15697þ þST15697þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/bond_based_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15776þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þbond_based_etf_unchecked.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ2076þ þ82aecc5ebf917e844e142d92566998d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15697.pngþ þTEXT\0002\ST15697.txtþ

þST15698þ þST15698þ þST15698þ þST15698þ þST15698þ þST15698þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/claymore_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15777þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclaymore_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2009þ þ9ccd8934f33021fa43e836cfebeba471þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15698.pngþ þTEXT\0002\ST15698.txtþ

þST15699þ þST15699þ þST15699þ þST15699þ þST15699þ þST15699þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/claymore_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15778þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclaymore_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1788þ þc8138a25774dde4f0d918d398c0df7e8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15699.pngþ þTEXT\0002\ST15699.txtþ

þST15700þ þST15700þ þST15700þ þST15700þ þST15700þ þST15700þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/closed_end_fund_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15779þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclosed_end_fund_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2268þ þc0d79123e8f59ff885cac3a21caa40edþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15700.pngþ þTEXT\0002\ST15700.txtþ

þST15701þ þST15701þ þST15701þ þST15701þ þST15701þ þST15701þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/closed_end_fund_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15780þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclosed_end_fund_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2055þ þ1cea998117d2fbff573b29ac84893cb7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15701.pngþ þTEXT\0002\ST15701.txtþ

þST15702þ þST15702þ þST15702þ þST15702þ þST15702þ þST15702þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/cohen_&_steers_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15781þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcohen_&_steers_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2359þ þb296a5e8efff260676ecc4d9415e9174þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15702.pngþ þTEXT\0002\ST15702.txtþ

þST15703þ þST15703þ þST15703þ þST15703þ þST15703þ þST15703þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/cohen_&_steers_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15782þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcohen_&_steers_unchecked.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ2131þ þad2dc0a895a93781f7132199173a3e50þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15703.pngþ þ TEXT\0002\ST15703.txtþ

þST15704þ þST15704þ þST15704þ þST15704þ þST15704þ þST15704þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/colonial_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15783þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolonial_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1849þ þa1f5e7ed4e6b6befed516271b5db0fbbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15704.pngþ þ TEXT\0002\ST15704.txtþ

þST15705þ þST15705þ þST15705þ þST15705þ þST15705þ þST15705þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/colonial_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15784þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolonial_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1646þ þ35ec71804c071982 73e5a19e99a50fa6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0004\ST15705.pngþ þTEXT\0002\ST15705.txtþ

þST15706þ þST15706þ þST15706þ þST15706þ þST15706þ þST15706þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/commodity_based_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15785þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þcommodity_based_etf_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2634 þ þ7db25f1a7cf7a88330d4518e2dcae7c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15706.pngþ þTEXT\0002\ST15706.txtþ

þST15707þ þST15707þ þST15707þ þST15707þ þST15707þ þST15707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/commodity_based_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15786þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcommodity_based_etf_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2423þ þde4104b1272064b47028143638db3b25þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15707.pngþ þ TEXT\0002\ST15707.txtþ

þST15708þ þST15708þ þST15708þ þST15708þ þST15708þ þST15708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/db_deutsche_bank_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15787þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdb_deutsche_bank_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2394þ þea7302f8c734fecbb578741be3f956b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15708.pngþ þ TEXT\0002\ST15708.txtþ

þST15709þ þST15709þ þST15709þ þST15709þ þST15709þ þST15709þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/db

_deutsche_bank_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15788þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdb_deutsche_bank_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2183þ þ a01b60b307b5e5ff1e3ed2c154122f84þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15709.pngþ þTEXT\0002\ST15709.txtþ þST15710þ þST15710þ þST15710þ þST15710þ þST15710þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/direxion_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15789þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdirexion_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1886þ þ9da382a9053d7f5a4bfa5b849eb04439þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15710.pngþ þTEXT\0002\ST15710.txtþ þST15711þ þST15711þ þST15711þ þST15711þ þST15711þ þST15711þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/direxion_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15790þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdirexion_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1677þ þ1fbf4ecccd72e32d6ccd017dca17ffd7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15711.pngþ þTEXT\0002\ST15711.txtþ þST15712þ þST15712þ þST15712þ þST15712þ þST15712þ þST15712þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/dws_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15791þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þws_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1758þ þd6633be5c3de69bf067b6978a3a26e40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15712.pngþ þTEXT\0002\ST15712.txtþ þST15713þ þST15713þ þST15713þ þST15713þ þST15713þ þST15713þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/dws_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15792þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdws_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1549þ þ2d8a54b5c28a85b0de1d52e2a1a68052þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15713.pngþ þTEXT\0002\ST15713.txtþ þST15714þ þST15714þ þST15714þ þST15714þ þST15714þ þST15714þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/eaton_vance_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15793þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeaton_vance_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2089þ þe21eafc02e206fdc55217b500b231e84þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15714.pngþ þTEXT\0002\ST15714.txtþ þST15715þ þST15715þ þST15715þ þST15715þ þST15715þ þST15715þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/eaton_vance_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15794þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þeaton_vance_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1877þ þf97856c3352e9a24bd40bbe8461d6ce1þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15715.pngþ þ
TEXT\0002\ST15715.txtþ
þST15716þ þST15716þ þST15716þ þST15716þ þST15716þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ev
ergreen_checked.png.svn-baseþ þþ þ0þ þ1þ þST15795þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þevergreen_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1884þ þ3581d0cf4091030e73
2808a4d997bf97þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15716.pngþ þTEXT\0002\ST15716.txtþ
þST15717þ þST15717þ þST15717þ þST15717þ þST15717þ þST15717þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ev
ergreen_unchecked.png.svn-baseþ þþ þ0þ þ1þ þST15796þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þevergreen_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1522þ þ456e3a5b9f9be
5d82cb90ef41219b59aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0004\ST15717.pngþ þTEXT\0002\ST15717.txtþ
þST15718þ þST15718þ þST15718þ þST15718þ þST15718þ þST15718þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ex
change_traded_note_checked.png.svn-baseþ þþ þ0þ þ1þ þST15797þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þexchange_traded_note_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ27
71þ þbfc6cea450d23adbe2c3357cde118711þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15718.pngþ þTEXT\0002\ST15718.txtþ
þST15719þ þST15719þ þST15719þ þST15719þ þST15719þ þST15719þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ex
change_traded_note_unchecked.png.svn-baseþ þþ þ0þ þ1þ þST15798þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þexchange_traded_note_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ
þ2558þ þ1cba01835b80f024ad3f7a179f9fc138þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15719.pngþ þTEXT\0002\ST15719.txtþ
þST15720þ þST15720þ þST15720þ þST15720þ þST15720þ þST15720þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/fi
rst_trust_checked.png.svn-baseþ þþ þ0þ þ1þ þST15799þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þfirst_trust_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1878þ þef81288fd417d
33ceb9766d08fec2e7fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0004\ST15720.pngþ þTEXT\0002\ST15720.txtþ
þST15721þ þST15721þ þST15721þ þST15721þ þST15721þ þST15721þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/fi
rst_trust_unchecked.png.svn-baseþ þþ þ0þ þ1þ þST15800þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þfirst_trust_unchecked.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ1664þ þfb4e764aa943f706773869800f8ced83þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15721.pngþ þ TEXT\0002\ST15721.txtþ

þST15722þ þST15722þ þST15722þ þST15722þ þST15722þ þST15722þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/gabelli_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15801þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgabelli_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1786þ þ9eb790e41b4c4cbe6bd6c 6ad236d68f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15722.pngþ þTEXT\0002\ST15722.txtþ

þST15723þ þST15723þ þST15723þ þST15723þ þST15723þ þST15723þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/gabelli_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15802þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þgabelli_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1582þ þcc2f1bae873ba124a7 802ffd664d6dfcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0004\ST15723.pngþ þTEXT\0002\ST15723.txtþ

þST15724þ þST15724þ þST15724þ þST15724þ þST15724þ þST15724þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/holdrs_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15803þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þholdrs_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1870þ þ1eef23c08c8630fbce09bd0 f2679e667þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0004\ST15724.pngþ þTEXT\0002\ST15724.txtþ

þST15725þ þST15725þ þST15725þ þST15725þ þST15725þ þST15725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/holdrs_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15804þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þholdrs_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1663þ þ7d429ad626a33fd11769abfebca4e5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15725.pngþ þ TEXT\0002\ST15725.txtþ

þST15726þ þST15726þ þST15726þ þST15726þ þST15726þ þST15726þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ipath_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þipath_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1635þ þ909850b729f69137fb016ed2c9 2e76e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0004\ST15726.pngþ þTEXT\0002\ST15726.txtþ

þST15727þ þST15727þ þST15727þ þST15727þ þST15727þ þST15727þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ipath_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15806þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þipath_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1432þ þe0b89e65c1ca0c46372cb

8066b36a06dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15727.pngþ þTEXT\0002\ST15727.txtþ

þST15728þ þST15728þ þST15728þ þST15728þ þST15728þ þST15728þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ishares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þishares_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1859þ þb7ca60dc880c2fd8af2c2 1e8400fd7a5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15728.pngþ þTEXT\0002\ST15728.txtþ

þST15729þ þST15729þ þST15729þ þST15729þ þST15729þ þST15729þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ishares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15808þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þishares_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1654þ þ9df9dd1d61fa8221eb b5d01042929399þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15729.pngþ þTEXT\0002\ST15729.txtþ

þST15730þ þST15730þ þST15730þ þST15730þ þST15730þ þST15730þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/john_hancock_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15809þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjohn_hancock_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2100þ þ3b6d04b15d4 28b9f124145b15922ca54þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0004\ST15730.pngþ þTEXT\0002\ST15730.txtþ

þST15731þ þST15731þ þST15731þ þST15731þ þST15731þ þST15731þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/john_hancock_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15810þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þjohn_hancock_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1862þ þ59e3819e 02ed6cc07938e5b7d273fde4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15731.pngþ þTEXT\0002\ST15731.txtþ

þST15732þ þST15732þ þST15732þ þST15732þ þST15732þ þST15732þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/market_vectors_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15811þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þmarket_vectors_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2294þ þ6246ea5d 2bae493ca46850713ddc455fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15732.pngþ þTEXT\0002\ST15732.txtþ

þST15733þ þST15733þ þST15733þ þST15733þ þST15733þ þST15733þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/market_vectors_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15812þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_vectors_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2062þ þeb3d5e7011cfd80cf7dc06977a2cad1fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15733.pngþ þ

TEXT\0002\ST15733.txtþ
þST15734þ þST15734þ þST15734þ þST15734þ þST15734þ þST15734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/mo
rgan_stanley_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15813þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þmorgan_stanley_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2444þ þ3cbf424b
def987346f96e1b566d6595eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0004\ST15734.pngþ þTEXT\0002\ST15734.txtþ
þST15735þ þST15735þ þST15735þ þST15735þ þST15735þ þST15735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/mo
rgan_stanley_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15814þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þmorgan_stanley_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2215þ þ505daf3552543434c8daae9d03f6824eþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15735.pngþ þ
TEXT\0002\ST15735.txtþ
þST15736þ þST15736þ þST15736þ þST15736þ þST15736þ þST15736þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ne
ts_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15815þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
nets_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1708þ þa3c17ffd0db4a5b1af7543ea9122
2eb5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0004\ST15736.pngþ þTEXT\0002\ST15736.txtþ
þST15737þ þST15737þ þST15737þ þST15737þ þST15737þ þST15737þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ne
ts_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15816þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þnets_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1493þ þ48d841421856d9be670cd84
b2d9ec094þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15737.pngþ þTEXT\0002\ST15737.txtþ
þST15738þ þST15738þ þST15738þ þST15738þ þST15738þ þST15738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ne
uberger_berman_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15817þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þneuberger_berman_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2395þ þccacc9369a78dba3a2db6dd81de52c17þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15738.pngþ þ
TEXT\0002\ST15738.txtþ
þST15739þ þST15739þ þST15739þ þST15739þ þST15739þ þST15739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ne
uberger_berman_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15818þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þneuberger_berman_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2181þ þ
8594ccd56292a0c240a7b349b9d2bfb7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15739.pngþ þTEXT\0002\ST15739.txtþ
þST15740þ þST15740þ þST15740þ þST15740þ þST15740þ þST15740þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/no
n-us_listed_stocks_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15819þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þnon-us_listed_stocks_etf_checked.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ2941þ þ009ce27cf9bf3f19bc1283df797b1301þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15740.pngþ þTEXT
\0002\ST15740.txtþ
þST15741þ þST15741þ þST15741þ þST15741þ þST15741þ þST15741þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/no
n-us_listed_stocks_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15820þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þnon-
us_listed_stocks_etf_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2732þ þec0fa633d2
61c22a93f452b891698db1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0004\ST15741.pngþ þTEXT\0002\ST15741.txtþ
þST15742þ þST15742þ þST15742þ þST15742þ þST15742þ þST15742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/nu
veen_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15821þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þnuveen_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1831þ þa7d45866e69c79a9ff5f746
a1e4da0abþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15742.pngþ þTEXT\0002\ST15742.txtþ
þST15743þ þST15743þ þST15743þ þST15743þ þST15743þ þST15743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/nu
veen_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15822þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þnuveen_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1608þ þ320a6a248bb974bf3b5975ba63dc4b65þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15743.pngþ þ
TEXT\0002\ST15743.txtþ
þST15744þ þST15744þ þST15744þ þST15744þ þST15744þ þST15744þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/pi
mco_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15823þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þpimco_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1839þ þcd583e2c424a762e99235b5ab7
9ac040þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0004\ST15744.pngþ þTEXT\0002\ST15744.txtþ
þST15745þ þST15745þ þST15745þ þST15745þ þST15745þ þST15745þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/pi
mco_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15824þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þpimco_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1622þ þae94ac0b0b02b4a049143

1a3e58fd729þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15745.pngþ þTEXT\0002\ST15745.txtþ

þST15746þ þST15746þ þST15746þ þST15746þ þST15746þ þST15746þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/powershares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þpowershares_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2237þ þef5ddce6dd4de 7d14abbe11c6719585cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0004\ST15746.pngþ þTEXT\0002\ST15746.txtþ

þST15747þ þST15747þ þST15747þ þST15747þ þST15747þ þST15747þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/powershares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpowershares_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2024þ þ3dce779b1a6fedbf4c832a7631ff5d2aþ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15747.pngþ þTEXT\0002\ST15747.txtþ

þST15748þ þST15748þ þST15748þ þST15748þ þST15748þ þST15748þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/proshares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15827þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þproshares_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2037þ þ660fa49908d9cf5e4c 834e930c8fa57dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0004\ST15748.pngþ þTEXT\0002\ST15748.txtþ

þST15749þ þST15749þ þST15749þ þST15749þ þST15749þ þST15749þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/proshares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15828þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þproshares_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1826þ þ945ef4e85c981 c496c14a483c670ea7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0004\ST15749.pngþ þTEXT\0002\ST15749.txtþ

þST15750þ þST15750þ þST15750þ þST15750þ þST15750þ þST15750þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/putnam_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þputnam_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1753þ þ36ac0bd39f545a23c0cef85 a4282679fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0004\ST15750.pngþ þTEXT\0002\ST15750.txtþ

þST15751þ þST15751þ þST15751þ þST15751þ þST15751þ þST15751þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/putnam_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15830þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þputnam_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1374þ þ10c48bc4425b4aac7667333b05c823dbþ þ1þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15751.pngþ þ
TEXT\0002\ST15751.txtþ

þST15752þ þST15752þ þST15752þ þST15752þ þST15752þ þST15752þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ry
dex_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15831þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þrydex_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1855þ þ0257718b991becc0bfeeffdc96
447f29þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0004\ST15752.pngþ þTEXT\0002\ST15752.txtþ

þST15753þ þST15753þ þST15753þ þST15753þ þST15753þ þST15753þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/ry
dex_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þrydex_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1651þ þc6fca8b799fa2ffaeefc6
0491f01296þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0004\ST15753.pngþ þTEXT\0002\ST15753.txtþ

þST15754þ þST15754þ þST15754þ þST15754þ þST15754þ þST15754þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/sp
a_marketgrader_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þspa_marketgrader_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2571þ þa2bc1580acce0dd3f5cc0625a6ceb4d6þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15754.pngþ þ
TEXT\0002\ST15754.txtþ

þST15755þ þST15755þ þST15755þ þST15755þ þST15755þ þST15755þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/sp
a_marketgrader_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15834þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þspa_marketgrader_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2360þ þb
89b10d4483424d250e3eddf6451bb42þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15755.pngþ þTEXT\0002\ST15755.txtþ

þST15756þ þST15756þ þST15756þ þST15756þ þST15756þ þST15756þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/sp
dr_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15835þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ spdr_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1827þ þd8c615e472e7fb68e16cc6f1520f
9d9fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0004\ST15756.pngþ þTEXT\0002\ST15756.txtþ

þST15757þ þST15757þ þST15757þ þST15757þ þST15757þ þST15757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/sp
dr_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15836þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þspdr_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1643þ þf307a18e1bcdc8196e55e24
bd7a4c6beþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ

NATIVES\0004\ST15757.pngþ þTEXT\0002\ST15757.txtþ

þST15758þ þST15758þ þST15758þ þST15758þ þST15758þ þST15758þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST15837þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ5632þ þ2447ccf9a1c0dd309ece0328f7e37d7eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15758.svn-baseþ þþ

þST15759þ þST15759þ þST15759þ þST15759þ þST15759þ þST15759þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/us_listed_stocks_etf_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15838þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þus_listed_stocks_etf_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2682þ þ87c2f73595a999253c0c154608cae3e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15759.pngþ þTEXT\0002\ST15759.txtþ

þST15760þ þST15760þ þST15760þ þST15760þ þST15760þ þST15760þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/us_listed_stocks_etf_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15839þ þþ þþ þþ þþ þþ þþ þþ þþ þus_listed_stocks_etf_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2471þ þ912eb950663a9da62a861ac6f4e98cb2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15760.pngþ þTEXT\0002\ST15760.txtþ

þST15761þ þST15761þ þST15761þ þST15761þ þST15761þ þST15761þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/van_kampen_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvan_kampen_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2109þ þ22402f304b9f21a4427d00166384c62dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15761.pngþ þTEXT\0002\ST15761.txtþ

þST15762þ þST15762þ þST15762þ þST15762þ þST15762þ þST15762þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/van_kampen_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvan_kampen_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1866þ þ30ed1e27fff1d9f8cfc71f43bc86a705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15762.pngþ þTEXT\0002\ST15762.txtþ

þST15763þ þST15763þ þST15763þ þST15763þ þST15763þ þST15763þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/vanguard_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvanguard_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1908þ þd472bd0d29e9251cb975e61d2f47540bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15763.pngþ þTEXT\0002\ST15763.txtþ

þST15764þ þST15764þ þST15764þ þST15764þ þST15764þ þST15764þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/va
nguard_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15843þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þvanguard_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1692þ þ72c2fe06f704e802
5bae392a69e5502bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0004\ST15764.pngþ þTEXT\0002\ST15764.txtþ
þST15765þ þST15765þ þST15765þ þST15765þ þST15765þ þST15765þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/we
stern_asset_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þwestern_asset_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2273þ þ4d8a9bf076d947303c1bda59ed4ce156þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15765.pngþ þ
TEXT\0002\ST15765.txtþ
þST15766þ þST15766þ þST15766þ þST15766þ þST15766þ þST15766þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/we
stern_asset_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15845þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þwestern_asset_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2071þ þd92c5d
e303381bca388fd430588ce146þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0004\ST15766.pngþ þTEXT\0002\ST15766.txtþ
þST15767þ þST15767þ þST15767þ þST15767þ þST15767þ þST15767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/wi
sdomtree_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15846þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þwisdomtree_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2154þ þ615c4fa36cb1f4ac
6a4c7f3a2d62b7a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0004\ST15767.pngþ þTEXT\0002\ST15767.txtþ
þST15768þ þST15768þ þST15768þ þST15768þ þST15768þ þST15768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/wi
sdomtree_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15847þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þwisdomtree_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1944þ þ7d52d3c256d
6b9424a3fd6a26afe7364þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0004\ST15768.pngþ þTEXT\0002\ST15768.txtþ
þST15769þ þST15769þ þST15769þ þST15769þ þST15769þ þST15769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/xs
hares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15848þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þxshares_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1981þ þee02a2e3629464bd5dac1
9365538f4d6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
 þNATIVES\0004\ST15769.pngþ þTEXT\0002\ST15769.txtþ
þST15770þ þST15770þ þST15770þ þST15770þ þST15770þ þST15770þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/.svn/text-base/xshares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15849þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þxshares_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1765þ þ2864804b8e0bd2a1cd 54d5e812707c66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15770.pngþ þTEXT\0002\ST15770.txtþ
þST15771þ þST15771þ þST15771þ þST15771þ þST15771þ þST15771þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/ameristock_ryan_checked.pngþ þþ þþ þ0þ þ1þ þST15692þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameristock_ryan_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2080þ þb486859612d9584695ed3addd7457aceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15771.pngþ þTEXT\0002\ST15771.txtþ
þST15772þ þST15772þ þST15772þ þST15772þ þST15772þ þST15772þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/ameristock_ryan_unchecked.pngþ þþ þþ þ0þ þ1þ þST15693þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameristock_ryan_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1598þ þc12813f86fd363d5b825cea6f86f3bcbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15772.pngþ þTEXT\0002\ST15772.txtþ
þST15773þ þST15773þ þST15773þ þST15773þ þST15773þ þST15773þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/blackrock_checked.pngþ þþ þþ þ0þ þ1þ þST15694þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblackrock_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2076þ þa6749fe1567ff8d22c8c6b586fab17c2þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15773.pngþ þTEXT\0002\ST15773.txtþ
þST15774þ þST15774þ þST15774þ þST15774þ þST15774þ þST15774þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/blackrock_unchecked.pngþ þþ þþ þ0þ þ1þ þST15695þ þþ þþ þþ þþ þþ þþ þþ þblackrock_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1873þ þ7fd86c4f1c09875d735318cd1b7777fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15774.pngþ þTEXT\0002\ST15774.txtþ
þST15775þ þST15775þ þST15775þ þST15775þ þST15775þ þST15775þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/bond_based_etf_checked.pngþ þþ þþ þ0þ þ1þ þST15696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbond_based_etf_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2287þ þdad2dc7038bf70d5d7c5e22fbd6a530fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15775.pngþ þTEXT\0002\ST15775.txtþ
þST15776þ þST15776þ þST15776þ þST15776þ þST15776þ þST15776þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/bond_based_etf_un checked.pngþ þþ þþ þ0þ þ1þ þST15697þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbond_based_e tf_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2076þ þ82aecc5ebf917e844e142d92566998d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S T15776.pngþ þTEXT\0002\ST15776.txtþ

þST15777þ þST15777þ þST15777þ þST15777þ þST15777þ þST15777þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/claymore_checked. pngþ þþ þþ þ0þ þ1þ þST15698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclaymore_checked.png þ þ.PNGþ þimage/pngþ þþ þ2009þ þ9ccd8934f33021fa43e836cfebeba471þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15777.pngþ þTEXT \0002\ST15777.txtþ

þST15778þ þST15778þ þST15778þ þST15778þ þST15778þ þST15778þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/claymore_unchecke d.pngþ þþ þþ þ0þ þ1þ þST15699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclaymore_unchecked .pngþ þ.PNGþ þimage/pngþ þþ þ1788þ þc8138a25774dde4f0d918d398c0df7e8þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15778.pngþ þ TEXT\0002\ST15778.txtþ

þST15779þ þST15779þ þST15779þ þST15779þ þST15779þ þST15779þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/closed_end_fund_c hecked.pngþ þþ þþ þ0þ þ1þ þST15700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclosed_end_fu nd_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2268þ þc0d79123e8f59ff885cac3a21caa40edþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1 5779.pngþ þTEXT\0002\ST15779.txtþ

þST15780þ þST15780þ þST15780þ þST15780þ þST15780þ þST15780þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/closed_end_fund_u nchecked.pngþ þþ þþ þ0þ þ1þ þST15701þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclosed_end_ fund_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2055þ þ1cea998117d2fbff573b29ac84893cb7þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15780.pngþ þTEXT\0002\ST15780.txtþ

þST15781þ þST15781þ þST15781þ þST15781þ þST15781þ þST15781þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/cohen_&_steers_ch ecked.pngþ þþ þþ þ0þ þ1þ þST15702þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcohen_&_steers _checked.pngþ þ.PNGþ þimage/pngþ þþ þ2359þ þb296a5e8efff260676ecc4d9415e9174þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST157 81.pngþ þTEXT\0002\ST15781.txtþ

þST15782þ þST15782þ þST15782þ þST15782þ þST15782þ þST15782þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/cohen_&_steers_un checked.pngþ þþ þþ þ0þ þ1þ þST15703þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcohen_&_stee

rs_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2131þ þad2dc0a895a93781f7132199173a3e50þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15782.pngþ þTEXT\0002\ST15782.txtþ

þST15783þ þST15783þ þST15783þ þST15783þ þST15783þ þST15783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/colonial_checked.
pngþ þþ þþ þ0þ þ1þ þST15704þ þþ þþ þþ þþ þþ þþ þþ þþ þcolonial_checked.png
þ þ.PNGþ þimage/pngþ þþ þ1849þ þa1f5e7ed4e6b6befed516271b5db0fbbþ þ1þ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15783.pngþ þTEXT
\0002\ST15783.txtþ

þST15784þ þST15784þ þST15784þ þST15784þ þST15784þ þST15784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/colonial_unchecke
d.pngþ þþ þþ þ0þ þ1þ þST15705þ þþ þþ þþ þþ þþ þþ þþ þcolonial_unchecked
.pngþ þ.PNGþ þimage/pngþ þþ þ1646þ þ35ec71804c07198273e5a19e99a50fa6þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15784.pngþ
TEXT\0002\ST15784.txtþ

þST15785þ þST15785þ þST15785þ þST15785þ þST15785þ þST15785þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/commodity_based_e
tf_checked.pngþ þþ þþ þ0þ þ1þ þST15706þ þþ þþ þþ þþ þþ þþ þþ þþ þcommodity
_based_etf_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2634þ þ7db25f1a7cf7a88330d4518e2dcae7c
1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0004\ST15785.pngþ þTEXT\0002\ST15785.txtþ

þST15786þ þST15786þ þST15786þ þST15786þ þST15786þ þST15786þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/commodity_based_e
tf_unchecked.pngþ þþ þþ þ0þ þ1þ þST15707þ þþ þþ þþ þþ þþ þþ þþ þþ þcommodi
ty_based_etf_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2423þ þde4104b1272064b47028143638d
b3b25þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0004\ST15786.pngþ þTEXT\0002\ST15786.txtþ

þST15787þ þST15787þ þST15787þ þST15787þ þST15787þ þST15787þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/db_deutsche_bank_
checked.pngþ þþ þþ þ0þ þ1þ þST15708þ þþ þþ þþ þþ þþ þþ þþ þdb_deutsche_
bank_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2394þ þea7302f8c734fecbb578741be3f956b7þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15787.pngþ þTEXT\0002\ST15787.txtþ

þST15788þ þST15788þ þST15788þ þST15788þ þST15788þ þST15788þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/db_deutsche_bank_
unchecked.pngþ þþ þþ þ0þ þ1þ þST15709þ þþ þþ þþ þþ þþ þþ þþ þþ þdb_deutsch
e_bank_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2183þ þa01b60b307b5e5ff1e3ed2c154122f84þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00

04\ST15788.pngþ þTEXT\0002\ST15788.txtþ
þST15789þ þST15789þ þST15789þ þST15789þ þST15789þ þST15789þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/direxion_checked.
pngþ þþ þþ þ0þ þ1þ þST15710þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdirexion_checked.png
þ þ.PNGþ þimage/pngþ þþ þ1886þ þ9da382a9053d7f5a4bfa5b849eb04439þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15789.pngþ þTEXT
\0002\ST15789.txtþ
þST15790þ þST15790þ þST15790þ þST15790þ þST15790þ þST15790þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/direxion_unchecke
d.pngþ þþ þþ þ0þ þ1þ þST15711þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdirexion_unchecked
.pngþ þ.PNGþ þimage/pngþ þþ þ1677þ þ1fbf4ecccd72e32d6ccd017dca17ffd7þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15790.pngþ þ
TEXT\0002\ST15790.txtþ
þST15791þ þST15791þ þST15791þ þST15791þ þST15791þ þST15791þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/dws_checked.pngþ
þþ þþ þ0þ þ1þ þST15712þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdws_checked.pngþ þ.PNGþ þ
image/pngþ þþ þ1758þ þd6633be5c3de69bf067b6978a3a26e40þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15791.pngþ þTEXT\0002\ST1
5791.txtþ
þST15792þ þST15792þ þST15792þ þST15792þ þST15792þ þST15792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/dws_unchecked.png
þ þþ þþ þ0þ þ1þ þST15713þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdws_unchecked.pngþ þ.PN
Gþ þimage/pngþ þþ þ1549þ þ2d8a54b5c28a85b0de1d52e2a1a68052þ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15792.pngþ þTEXT\0002
\ST15792.txtþ
þST15793þ þST15793þ þST15793þ þST15793þ þST15793þ þST15793þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/eaton_vance_check
ed.pngþ þþ þþ þ0þ þ1þ þST15714þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeaton_vance_check
ed.pngþ þ.PNGþ þimage/pngþ þþ þ2089þ þe21eafc02e206fdc55217b500b231e84þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15793.pngþ þTEXT\0002\ST15793.txtþ
þST15794þ þST15794þ þST15794þ þST15794þ þST15794þ þST15794þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/eaton_vance_unche
cked.pngþ þþ þþ þ0þ þ1þ þST15715þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeaton_vance_unc
hecked.pngþ þ.PNGþ þimage/pngþ þþ þ1877þ þf97856c3352e9a24bd40bbe8461d6ce1þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15794
.pngþ þTEXT\0002\ST15794.txtþ
þST15795þ þST15795þ þST15795þ þST15795þ þST15795þ þST15795þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/evergreen_checked .pngþ þþ þþ þ0þ þ1þ þST15716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þevergreen_checked.p ngþ þ.PNGþ þimage/pngþ þþ þ1884þ þ3581d0cf4091030e732808a4d997bf97þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15795.pngþ þT EXT\0002\ST15795.txtþ

þST15796þ þST15796þ þST15796þ þST15796þ þST15796þ þST15796þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/evergreen_uncheck ed.pngþ þþ þþ þ0þ þ1þ þST15717þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þevergreen_uncheck ed.pngþ þ.PNGþ þimage/pngþ þþ þ1522þ þ456e3a5b9f9be5d82cb90ef41219b59aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15796.pngþ þTEXT\0002\ST15796.txtþ

þST15797þ þST15797þ þST15797þ þST15797þ þST15797þ þST15797þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/exchange_traded_n ote_checked.pngþ þþ þþ þ0þ þ1þ þST15718þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexchange _traded_note_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2771þ þbfc6cea450d23adbe2c3357cde118 711þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0004\ST15797.pngþ þTEXT\0002\ST15797.txtþ

þST15798þ þST15798þ þST15798þ þST15798þ þST15798þ þST15798þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/exchange_traded_n ote_unchecked.pngþ þþ þþ þ0þ þ1þ þST15719þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexchan ge_traded_note_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2558þ þ1cba01835b80f024ad3f7a179 f9fc138þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0004\ST15798.pngþ þTEXT\0002\ST15798.txtþ

þST15799þ þST15799þ þST15799þ þST15799þ þST15799þ þST15799þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/first_trust_check ed.pngþ þþ þþ þ0þ þ1þ þST15720þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfirst_trust_check ed.pngþ þ.PNGþ þimage/pngþ þþ þ1878þ þef81288fd417d33ceb9766d08fec2e7fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15799.pngþ þTEXT\0002\ST15799.txtþ

þST15800þ þST15800þ þST15800þ þST15800þ þST15800þ þST15800þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/first_trust_unche cked.pngþ þþ þþ þ0þ þ1þ þST15721þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfirst_trust_unc hecked.pngþ þ.PNGþ þimage/pngþ þþ þ1664þ þfb4e764aa943f706773869800f8ced83þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15800 .pngþ þTEXT\0002\ST15800.txtþ

þST15801þ þST15801þ þST15801þ þST15801þ þST15801þ þST15801þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/gabelli_checked.p
ngþ þþ þþ þþ þ0þ þ1þ þST15722þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgabelli_checked.pngþ
þ.PNGþ þimage/pngþ þþ þ1786þ þ9eb790e41b4c4cbe6bd6c6ad236d68f2þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15801.pngþ þTEXT\0
002\ST15801.txtþ

þST15802þ þST15802þ þST15802þ þST15802þ þST15802þ þST15802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/gabelli_unchecked
.pngþ þþ þþ þþ þ0þ þ1þ þST15723þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgabelli_unchecked.p
ngþ þ.PNGþ þimage/pngþ þþ þ1582þ þcc2f1bae873ba124a7802ffd664d6dfcþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15802.pngþ þT
EXT\0002\ST15802.txtþ

þST15803þ þST15803þ þST15803þ þST15803þ þST15803þ þST15803þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/holdrs_checked.pn
gþ þþ þþ þþ þ0þ þ1þ þST15724þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þholdrs_checked.pngþ þ.
PNGþ þimage/pngþ þþ þ1870þ þ1eef23c08c8630fbce09bd0f2679e667þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15803.pngþ þTEXT\0002\ST15803.txtþ

þST15804þ þST15804þ þST15804þ þST15804þ þST15804þ þST15804þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/holdrs_unchecked.
pngþ þþ þþ þþ þ0þ þ1þ þST15725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þholdrs_unchecked.png
þ þ.PNGþ þimage/pngþ þþ þ1663þ þ7d429ad626a33fd11769abfebca4e5f7þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15804.pngþ þTEXT
\0002\ST15804.txtþ

þST15805þ þST15805þ þST15805þ þST15805þ þST15805þ þST15805þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/ipath_checked.png
þ þþ þþ þþ þ0þ þ1þ þST15726þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þipath_checked.pngþ þ.PN
Gþ þimage/pngþ þþ þ1635þ þ909850b729f69137fb016ed2c92e76e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15805.pngþ þTEXT\0002
\ST15805.txtþ

þST15806þ þST15806þ þST15806þ þST15806þ þST15806þ þST15806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/ipath_unchecked.p
ngþ þþ þþ þþ þ0þ þ1þ þST15727þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þipath_unchecked.pngþ
þ.PNGþ þimage/pngþ þþ þ1432þ þe0b89e65c1ca0c46372cb8066b36a06dþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15806.pngþ þTEXT\0
002\ST15806.txtþ

þST15807þ þST15807þ þST15807þ þST15807þ þST15807þ þST15807þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/ishares_checked.p
ngþ þþ þþ þþ þ0þ þ1þ þST15728þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þishares_checked.pngþ

þ.PNGþ þimage/pngþ þþ þ1859þ þb7ca60dc880c2fd8af2c21e8400fd7a5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15807.pngþ þTEXT\0002\ST15807.txtþ

þST15808þ þST15808þ þST15808þ þST15808þ þST15808þ þST15808þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/ishares_unchecked.pngþ þþ þþ þ0þ þ1þ þST15729þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þishares_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1654þ þ9df9dd1d61fa8221ebb5d01042929399þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15808.pngþ þTEXT\0002\ST15808.txtþ

þST15809þ þST15809þ þST15809þ þST15809þ þST15809þ þST15809þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/john_hancock_checked.pngþ þþ þþ þ0þ þ1þ þST15730þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjohn_hancock_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2100þ þ3b6d04b15d428b9f124145b15922ca54þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15809.pngþ þTEXT\0002\ST15809.txtþ

þST15810þ þST15810þ þST15810þ þST15810þ þST15810þ þST15810þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/john_hancock_unchecked.pngþ þþ þþ þ0þ þ1þ þST15731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjohn_hancock_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1862þ þ59e3819e02ed6cc07938e5b7d273fde4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15810.pngþ þTEXT\0002\ST15810.txtþ

þST15811þ þST15811þ þST15811þ þST15811þ þST15811þ þST15811þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/market_vectors_checked.pngþ þþ þþ þ0þ þ1þ þST15732þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_vectors_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2294þ þ6246ea5d2bae493ca46850713ddc455fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15811.pngþ þTEXT\0002\ST15811.txtþ

þST15812þ þST15812þ þST15812þ þST15812þ þST15812þ þST15812þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/market_vectors_unchecked.pngþ þþ þþ þ0þ þ1þ þST15733þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_vectors_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2062þ þeb3d5e7011cfd80cf7dc06977a2cad1fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15812.pngþ þTEXT\0002\ST15812.txtþ

þST15813þ þST15813þ þST15813þ þST15813þ þST15813þ þST15813þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/morgan_stanley_checked.pngþ þþ þþ þ0þ þ1þ þST15734þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmorgan_stanley_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2444þ þ3cbf424bdef987346f96e1b566d6595eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST158

13.pngþ þTEXT\0002\ST15813.txtþ
þST15814þ þST15814þ þST15814þ þST15814þ þST15814þ þST15814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/morgan_stanley_un
checked.pngþ þþ þþ þ0þ þ1þ þST15735þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmorgan_stanl
ey_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2215þ þ505daf3552543434c8daae9d03f6824eþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15814.pngþ þTEXT\0002\ST15814.txtþ
þST15815þ þST15815þ þST15815þ þST15815þ þST15815þ þST15815þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/nets_checked.pngþ
þþ þþ þ0þ þ1þ þST15736þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnets_checked.pngþ þ.PNGþ
þimage/pngþ þþ þ1708þ þa3c17ffd0db4a5b1af7543ea91222eb5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15815.pngþ þTEXT\0002\ST
15815.txtþ
þST15816þ þST15816þ þST15816þ þST15816þ þST15816þ þST15816þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/nets_unchecked.pn
gþ þþ þþ þ0þ þ1þ þST15737þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnets_unchecked.pngþ þ.
PNGþ þimage/pngþ þþ þ1493þ þ48d841421856d9be670cd84b2d9ec094þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15816.pngþ þTEXT\0002\ST15816.txtþ
þST15817þ þST15817þ þST15817þ þST15817þ þST15817þ þST15817þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/neuberger_berman_
checked.pngþ þþ þþ þ0þ þ1þ þST15738þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þneuberger_be
rman_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2395þ þccacc9369a78dba3a2db6dd81de52c17þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15817.pngþ þTEXT\0002\ST15817.txtþ
þST15818þ þST15818þ þST15818þ þST15818þ þST15818þ þST15818þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/neuberger_berman_
unchecked.pngþ þþ þþ þ0þ þ1þ þST15739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þneuberger_
berman_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2181þ þ8594ccd56292a0c240a7b349b9d2bfb7þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
04\ST15818.pngþ þTEXT\0002\ST15818.txtþ
þST15819þ þST15819þ þST15819þ þST15819þ þST15819þ þST15819þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/non-us_listed_sto
cks_etf_checked.pngþ þþ þþ þ0þ þ1þ þST15740þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon-
us_listed_stocks_etf_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2941þ þ009ce27cf9bf3f19bc128
3df797b1301þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0004\ST15819.pngþ þTEXT\0002\ST15819.txtþ
þST15820þ þST15820þ þST15820þ þST15820þ þST15820þ þST15820þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/non-us_listed_stocks_etf_unchecked.pngþ þþ þþ þþ þ0þ þ1þ þST15741þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon-us_listed_stocks_etf_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2732þ þec0fa633d261c22a93f452b891698db1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15820.pngþ þTEXT\0002\ST15820.txtþ
þST15821þ þST15821þ þST15821þ þST15821þ þST15821þ þST15821þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/nuveen_checked.pngþ þþ þþ þ0þ þ1þ þST15742þ þþ þþ þþ þþ þþ þþ þþ þnuveen_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1831þ þa7d45866e69c79a9ff5f746a1e4da0abþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15821.pngþ þTEXT\0002\ST15821.txtþ
þST15822þ þST15822þ þST15822þ þST15822þ þST15822þ þST15822þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/nuveen_unchecked.pngþ þþ þþ þ0þ þ1þ þST15743þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnuveen_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1608þ þ320a6a248bb974bf3b5975ba63dc4b65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15822.pngþ þTEXT\0002\ST15822.txtþ
þST15823þ þST15823þ þST15823þ þST15823þ þST15823þ þST15823þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/pimco_checked.pngþ þþ þþ þþ þ0þ þ1þ þST15744þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpimco_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1839þ þcd583e2c424a762e99235b5ab79ac040þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15823.pngþ þTEXT\0002\ST15823.txtþ
þST15824þ þST15824þ þST15824þ þST15824þ þST15824þ þST15824þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/pimco_unchecked.pngþ þþ þþ þ0þ þ1þ þST15745þ þþ þþ þþ þþ þþ þpimco_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1622þ þae94ac0b0b02b4a0491431a3e58fd729þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15824.pngþ þTEXT\0002\ST15824.txtþ
þST15825þ þST15825þ þST15825þ þST15825þ þST15825þ þST15825þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/powershares_checked.pngþ þþ þþ þ0þ þ1þ þST15746þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpowershares_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2237þ þef5ddce6dd4de7d14abbe11c6719585cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15825.pngþ þTEXT\0002\ST15825.txtþ
þST15826þ þST15826þ þST15826þ þST15826þ þST15826þ þST15826þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/powershares_unche cked.pngþ þþ þþ þ0þ þ1þ þST15747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpowershares_unc hecked.pngþ þ.PNGþ þimage/pngþ þþ þ2024þ þ3dce779b1a6fedbf4c832a7631ff5d2aþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15826 .pngþ þTEXT\0002\ST15826.txtþ

þST15827þ þST15827þ þST15827þ þST15827þ þST15827þ þST15827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/proshares_checked .pngþ þþ þþ þ0þ þ1þ þST15748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproshares_checked.p ngþ þ.PNGþ þimage/pngþ þþ þ2037þ þ660fa49908d9cf5e4c834e930c8fa57dþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15827.pngþ þT EXT\0002\ST15827.txtþ

þST15828þ þST15828þ þST15828þ þST15828þ þST15828þ þST15828þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/proshares_uncheck ed.pngþ þþ þþ þ0þ þ1þ þST15749þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproshares_uncheck ed.pngþ þ.PNGþ þimage/pngþ þþ þ1826þ þ945ef4e85c981c496c14a483c670ea7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15828.pngþ þTEXT\0002\ST15828.txtþ

þST15829þ þST15829þ þST15829þ þST15829þ þST15829þ þST15829þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/putnam_checked.pn gþ þþ þþ þ0þ þ1þ þST15750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þputnam_checked.pngþ þ. PNGþ þimage/pngþ þþ þ1753þ þ36ac0bd39f545a23c0cef85a4282679fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15829.pngþ þTEXT\0002\ST15829.txtþ

þST15830þ þST15830þ þST15830þ þST15830þ þST15830þ þST15830þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/putnam_unchecked. pngþ þþ þþ þ0þ þ1þ þST15751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þputnam_unchecked.png þ þ.PNGþ þimage/pngþ þþ þ1374þ þ10c48bc4425b4aac7667333b05c823dbþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15830.pngþ þTEXT \0002\ST15830.txtþ

þST15831þ þST15831þ þST15831þ þST15831þ þST15831þ þST15831þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/rydex_checked.png þ þþ þþ þ0þ þ1þ þST15752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrydex_checked.pngþ þ.PN Gþ þimage/pngþ þþ þ1855þ þ0257718b991becc0bfeeffdc96447f29þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15831.pngþ þTEXT\0002 \ST15831.txtþ

þST15832þ þST15832þ þST15832þ þST15832þ þST15832þ þST15832þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/rydex_unchecked.p ngþ þþ þþ þ0þ þ1þ þST15753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrydex_unchecked.pngþ

þ.PNGþ þimage/pngþ þþ þ1651þ þc6fca8b799fa2ffaeefc60491f01296bþþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15832.pngþ þTEXT\0002\ST15832.txtþ

þST15833þ þST15833þ þST15833þ þST15833þ þST15833þ þST15833þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/spa_marketgrader_checked.pngþ þþ þþ þ0þ þ1þ þST15754þ þþ þþ þþ þþ þþ þspa_marketgrader_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2571þ þa2bc1580acce0dd3f5cc0625a6ceb4d6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15833.pngþ þTEXT\0002\ST15833.txtþ

þST15834þ þST15834þ þST15834þ þST15834þ þST15834þ þST15834þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/spa_marketgrader_unchecked.pngþ þþ þþ þ0þ þ1þ þST15755þ þþ þþ þþ þþ þþ þþ þþ þspa_marketgrader_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2360þ þ89b10d4483424d250e3eddf6451bb42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15834.pngþ þTEXT\0002\ST15834.txtþ

þST15835þ þST15835þ þST15835þ þST15835þ þST15835þ þST15835þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/spdr_checked.pngþ þþ þþ þ0þ þ1þ þST15756þ þþ þþ þþ þþ þþ þþ þþ þspdr_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1827þ þd8c615e472e7fb68e16cc6f1520f9d9fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15835.pngþ þTEXT\0002\ST15835.txtþ

þST15836þ þST15836þ þST15836þ þST15836þ þST15836þ þST15836þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/spdr_unchecked.pngþ þþ þþ þ0þ þ1þ þST15757þ þþ þþ þþ þþ þþ þþ þþ þspdr_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1643þ þf307a18e1bcdc8196e55e24bd7a4c6beþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15836.pngþ þTEXT\0002\ST15836.txtþ

þST15837þ þST15837þ þST15837þ þST15837þ þST15837þ þST15837þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/Thumbs.dbþ þþ þþ þ0þ þ1þ þST15758þ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ5632þ þ2447ccf9a1c0dd309ece0328f7e37d7eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15837.dbþ þþ

þST15838þ þST15838þ þST15838þ þST15838þ þST15838þ þST15838þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/us_listed_stocks_etf_checked.pngþ þþ þþ þ0þ þ1þ þST15759þ þþ þþ þþ þþ þþ þþ þþ þus_listed_stocks_etf_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2682þ þ87c2f73595a999253c0c154608cae3e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15838.pngþ þTEXT\0002\ST15838.txtþ

þST15839þ þST15839þ þST15839þ þST15839þ þST15839þ þST15839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/us_listed_stocks_
etf_unchecked.pngþ þþ þþ þ0þ þ1þ þST15760þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þus_lis
ted_stocks_etf_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2471þ þ912eb950663a9da62a861ac6f
4e98cb2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0004\ST15839.pngþ þTEXT\0002\ST15839.txtþ
þST15840þ þST15840þ þST15840þ þST15840þ þST15840þ þST15840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/van_kampen_checke
d.pngþ þþ þþ þ0þ þ1þ þST15761þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvan_kampen_checked
.pngþ þ.PNGþ þimage/pngþ þþ þ2109þ þ22402f304b9f21a4427d00166384c62dþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15840.pngþ þ
TEXT\0002\ST15840.txtþ
þST15841þ þST15841þ þST15841þ þST15841þ þST15841þ þST15841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/van_kampen_unchec
ked.pngþ þþ þþ þ0þ þ1þ þST15762þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvan_kampen_unche
cked.pngþ þ.PNGþ þimage/pngþ þþ þ1866þ þ30ed1e27fff1d9f8cfc71f43bc86a705þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15841.p
ngþ þTEXT\0002\ST15841.txtþ
þST15842þ þST15842þ þST15842þ þST15842þ þST15842þ þST15842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/vanguard_checked.
pngþ þþ þþ þ0þ þ1þ þST15763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvanguard_checked.png
þ þ.PNGþ þimage/pngþ þþ þ1908þ þd472bd0d29e9251cb975e61d2f47540þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15842.pngþ þTEXT
\0002\ST15842.txtþ
þST15843þ þST15843þ þST15843þ þST15843þ þST15843þ þST15843þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/vanguard_unchecke
d.pngþ þþ þþ þ0þ þ1þ þST15764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvanguard_unchecked
.pngþ þ.PNGþ þimage/pngþ þþ þ1692þ þ72c2fe06f704e8025bae392a69e5502bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15843.pngþ þ
TEXT\0002\ST15843.txtþ
þST15844þ þST15844þ þST15844þ þST15844þ þST15844þ þST15844þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/western_asset_che
cked.pngþ þþ þþ þ0þ þ1þ þST15765þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwestern_asset_c
hecked.pngþ þ.PNGþ þimage/pngþ þþ þ2273þ þ4d8a9bf076d947303c1bda59ed4ce156þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15844
.pngþ þTEXT\0002\ST15844.txtþ
þST15845þ þST15845þ þST15845þ þST15845þ þST15845þ þST15845þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/western_asset_unc
hecked.pngþ þþ þþ þ0þ þ1þ þST15766þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwestern_asset
_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2071þ þd92c5de303381bca388fd430588ce146þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5845.pngþ þTEXT\0002\ST15845.txtþ

þST15846þ þST15846þ þST15846þ þST15846þ þST15846þ þST15846þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/wisdomtree_checke
d.pngþ þþ þþ þ0þ þ1þ þST15767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwisdomtree_checked
.pngþ þ.PNGþ þimage/pngþ þþ þ2154þ þ615c4fa36cb1f4ac6a4c7f3a2d62b7a4þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15846.pngþ þ
TEXT\0002\ST15846.txtþ

þST15847þ þST15847þ þST15847þ þST15847þ þST15847þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/wisdomtree_unchec
ked.pngþ þþ þþ þ0þ þ1þ þST15768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwisdomtree_unche
cked.pngþ þ.PNGþ þimage/pngþ þþ þ1944þ þ7d52d3c256d6b9424a3fd6a26afe7364þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15847.p
ngþ þTEXT\0002\ST15847.txtþ

þST15848þ þST15848þ þST15848þ þST15848þ þST15848þ þST15848þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/xshares_checked.p
ngþ þþ þþ þ0þ þ1þ þST15769þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þxshares_checked.pngþ
þ.PNGþ þimage/pngþ þþ þ1981þ þee02a2e3629464bd5dac19365538f4d6þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15848.pngþ þTEXT\0
002\ST15848.txtþ

þST15849þ þST15849þ þST15849þ þST15849þ þST15849þ þST15849þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/etfs/xshares_unchecked
.pngþ þþ þþ þ0þ þ1þ þST15770þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þxshares_unchecked.p
ngþ þ.PNGþ þimage/pngþ þþ þ1765þ þ2864804b8e0bd2a1cd54d5e812707c66þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15849.pngþ þT
EXT\0002\ST15849.txtþ

þST15850þ þST15850þ þST15850þ þST15850þ þST15850þ þST15850þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/everything_selected.pn
gþ þþ þþ þ0þ þ1þ þST15445þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeverything_selected.pn
gþ þ.PNGþ þimage/pngþ þþ þ2341þ þafacd2d445f0a9a0569e2a76aec8eb19þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15850.pngþ þTEX
T\0002\ST15850.txtþ

þST15851þ þST15851þ þST15851þ þST15851þ þST15851þ þST15851þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/everything_unselected.

pngþ þþ þþ þ0þ þ1þ þST15446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þeverything_unselecte d.pngþ þ.PNGþ þimage/pngþ þþ þ2191þ þd2f615b8a8c3126fca0b9d27277561a9þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15851.pngþ þTEXT\0002\ST15851.txtþ

þST15852þ þST15852þ þST15854þ þST15852þ þST15854þ þST15852þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/all-wcp ropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ3379þ þa870ed96a5851da524d8bfb4ec01cadbþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15852.t xtþ þTEXT\0002\ST15852.txtþ

þST15855þ þST15855þ þST15859þ þST15855þ þST15859þ þST15855þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/entries þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00: 00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2828þ þfebc040d9a2ca60c5942e5 85135220faþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15855.txtþ þTEXT\0002\ST15855.txtþ

þST15860þ þST15860þ þST15860þ þST15860þ þST15860þ þST15860þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba se/adr_pinksheets_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadr_pinksheets_checked.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15860.txtþ þTEXT\0002\ST15860.txtþ
þST15861þ þST15861þ þST15861þ þST15861þ þST15861þ þST15861þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-base/adr_pinksheets.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;

ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15919; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;

ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17691; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;

ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23992; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadr_pinksheets.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15861.txtþ þTEXT\0002\ST15861.txtþ
þST15862þ þST15862þ þST15862þ þST15862þ þST15862þ þST15862þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/amex_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;

ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;

ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_checked.png.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15862.txtþ þTEXT\0002\ST15862 .txtþ

þST15863þ þST15863þ þST15863þ þST15863þ þST15863þ þST15863þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba se/amex.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;

ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;

ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;

ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15863.txtþ þTEXT\0002\ST15863.txtþ
þST15864þ þST15864þ þST15864þ þST15864þ þST15864þ þST15864þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/amex5_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;

ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;

ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex5_checked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15864.txtþ þTEXT\0002\ST1586
4.txtþ

þST15865þ þST15865þ þST15865þ þST15865þ þST15865þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/amex5.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;

ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;

ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;

ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex5.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15865.txtþ þTEXT\0002\ST15865.txtþ
þST15866þ þST15866þ þST15866þ þST15866þ þST15866þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nasdaq_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;

ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_checked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15866.txtþ þTEXT\0002\ST15866.txtþ
þST15867þ þST15867þ þST15867þ þST15867þ þST15867þ þST15867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nasdaq.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;

ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;

ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15867.txtþ þTEXT\0002\ST15867.txtþ
þST15868þ þST15868þ þST15868þ þST15868þ þST15868þ þST15868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nasdaq5_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;

ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18885; ST18886; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq5_checked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15868.txtþ þTEXT\0002\ST15
868.txtþ

þST15869þ þST15869þ þST15869þ þST15869þ þST15869þ þST15869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nasdaq5.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;

ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;

ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;

ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq5.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15869.txtþ þTEXTþ0002\ST15869.txtþ
þST15870þ þST15870þ þST15870þ þST15870þ þST15870þ þST15870þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nyse_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;

ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse_checked.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15870.txtþ þTEXT\0002\ST15870
.txtþ

þST15871þ þST15871þ þST15871þ þST15871þ þST15871þ þST15871þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nyse.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;

ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;

ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15871.txtþ þTEXT\0002\ST15871.txtþ
þST15872þ þST15872þ þST15872þ þST15872þ þST15872þ þST15872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nyse5_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;

ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;

ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;

ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse5_checked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15872.txtþ þTEXT\0002\ST1587
2.txtþ

þST15873þ þST15873þ þST15873þ þST15873þ þST15873þ þST15873þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/nyse5.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;

ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;

ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;

ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24286; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse5.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15873.txtþ þTEXT\0002\ST15873.txtþ
þST15874þ þST15874þ þST15874þ þST15874þ þST15874þ þST15874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn-prop-ba
se/otcbb_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;

ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;

ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;

ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24276; ST24305;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þotcbb_checked.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15874.txtþ þTEXT\0002\ST1587
4.txtþ
þST15875þ þST15875þ þST15875þ þST15875þ þST15875þ þST15875þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/otcbb.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;

ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;

ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;

ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þotcbb.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ b113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15875.txtþ þTEXT\0002\ST15875.txtþ
þST15876þ þST15876þ þST15876þ þST15876þ þST15876þ þST15876þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/pinksheet_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;

ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;

ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpinksheet_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15876.txtþ þTEXT\0002\ST15876.txtþ
þST15877þ þST15877þ þST15877þ þST15877þ þST15877þ þST15877þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/prop-ba
se/pinksheet.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;

ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;

ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þpinksheet.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15877.txtþ þTEXT\0002\ST15877.t
xtþ

þST15878þ þST15878þ þST15878þ þST15878þ þST15878þ þST15878þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only)/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn-prop-ba
se/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;

ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;

ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17365; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;

ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15878.txtþ þTEXT\0002\ST15878.txtþ
þST15879þ þST15879þ þST15879þ þST15879þ þST15879þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/adr_pinksheets_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15898þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þadr_pinksheets_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2651þ þ16a
f0ce0d9fd9a4ed350546bac67fb4fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15879.pngþ þTEXT\0002\ST15879.txtþ
þST15880þ þST15880þ þST15880þ þST15880þ þST15880þ þST15880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/adr_pinksheets.png.svn-baseþ þþ þþ þ0þ þ1þ þST15899þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þadr_pinksheets.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2440þ þ2989817a1f238e711e
7b2ea1d63ee529þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15880.pngþ þTEXT\0002\ST15880.txtþ
þST15881þ þST15881þ þST15881þ þST15881þ þST15881þ þST15881þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/amex_checked.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST15900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þamex_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2139þ þa9bce629185123741d2b05c
53b699c4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15881.pngþ þTEXT\0002\ST15881.txtþ
þST15882þ þST15882þ þST15882þ þST15882þ þST15882þ þST15882þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/amex.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST15901þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þame
x.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1933þ þ5f3984b629883c797660259e03dc0c82þ þ1þ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5882.pngþ þTEXT\0002\ST15882.txtþ
þST15883þ þST15883þ þST15883þ þST15883þ þST15883þ þST15883þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/amex5_checked.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST15902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þamex5_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2496þ þ4b4b67b16d8e56a637e0d
d691aa9beaeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0004\ST15883.pngþ þTEXT\0002\ST15883.txtþ
þST15884þ þST15884þ þST15884þ þST15884þ þST15884þ þST15884þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/amex5.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST15903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þam
ex5.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2278þ þ9fa3d7bdbe96e9043cb0a72c35846fe9þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T15884.pngþ þTEXT\0002\ST15884.txtþ
þST15885þ þST15885þ þST15885þ þST15885þ þST15885þ þST15885þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/nasdaq_checked.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST15904þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þnasdaq_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1491þ þ2e47ee8c7734968ec4
36b29f051f841bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST15885.pngþ þTEXT\0002\ST15885.txtþ
þST15886þ þST15886þ þST15886þ þST15886þ þST15886þ þST15886þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba
se/nasdaq.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST15905þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þn
asdaq.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1309þ þfa38cea35b82d3bb44d6441bb68bc639þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15886.pngþ þTEXT\0002\ST15886.txtþ
þST15887þ þST15887þ þST15887þ þST15887þ þST15887þ þST15887þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba

se/nasdaq5_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq5_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1721þ þ7cfb79d6c6badea8 3ab2838fa236e423þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0004\ST15887.pngþ þTEXT\0002\ST15887.txtþ
þST15888þ þST15888þ þST15888þ þST15888þ þST15888þ þST15888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba se/nasdaq5.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15907þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ nasdaq5.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1538þ þ445fb91bcda187a253d97d07620da79cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 04\ST15888.pngþ þTEXT\0002\ST15888.txtþ
þST15889þ þST15889þ þST15889þ þST15889þ þST15889þ þST15889þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba se/nyse_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15908þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þnyse_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2117þ þfc881a96f74553f48d2c430 64eb43596þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0004\ST15889.pngþ þTEXT\0002\ST15889.txtþ
þST15890þ þST15890þ þST15890þ þST15890þ þST15890þ þST15890þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba se/nyse.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15909þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnys e.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1909þ þ7dbfbb65ca7aaf841eef6a8704f5f5a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1 5890.pngþ þTEXT\0002\ST15890.txtþ
þST15891þ þST15891þ þST15891þ þST15891þ þST15891þ þST15891þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba se/nyse5_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15910þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse5_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2438þ þ29102b81b1d42c37e96ec c08eece9264þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15891.pngþ þTEXT\0002\ST15891.txtþ
þST15892þ þST15892þ þST15892þ þST15892þ þST15892þ þST15892þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba se/nyse5.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15911þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þny se5.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2210þ þ0053b0fc9056e4fecd6e2bf8f7c60875þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S T15892.pngþ þTEXT\0002\ST15892.txtþ
þST15893þ þST15893þ þST15893þ þST15893þ þST15893þ þST15893þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-ba se/otcbb_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST15912þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þotcbb_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1397þ þ4d389bf8102aa3d33eae7

b57844e13b0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15893.pngþ þTEXT\0002\ST15893.txtþ

þST15894þ þST15894þ þST15894þ þST15894þ þST15894þ þST15894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-base/otcbb.png.svn-baseþ þþ þþ þ0þ þ1þ þST15913þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þotcbb.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1219þ þffcc017d9dbc4897e3a363646b19a292þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15894.pngþ þTEXT\0002\ST15894.txtþ

þST15895þ þST15895þ þST15895þ þST15895þ þST15895þ þST15895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-base/pinksheet_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15914þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpinksheet_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1593þ þb212be95f276907ad0394b3fc6040fd3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15895.pngþ þTEXT\0002\ST15895.txtþ

þST15896þ þST15896þ þST15896þ þST15896þ þST15896þ þST15896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-base/pinksheet.png.svn-baseþ þþ þþ þ0þ þ1þ þST15915þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpinksheet.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1412þ þ0686426470a87bf295cfa43820bc3770þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15896.pngþ þTEXT\0002\ST15896.txtþ

þST15897þ þST15897þ þST15897þ þST15897þ þST15897þ þST15897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST15916þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6144þ þdef340afd0b64f53e977a298f8a25e1eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15897.svn-baseþ þþ

þST15898þ þST15898þ þST15898þ þST15898þ þST15898þ þST15898þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/adr_pinksheets_checked.pngþ þþ þþ þ0þ þ1þ þST15879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadr_pinksheets_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2651þ þ16af0ce0d9fd9a4ed350546bac67fb4fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15898.pngþ þTEXT\0002\ST15898.txtþ

þST15899þ þST15899þ þST15899þ þST15899þ þST15899þ þST15899þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/adr_pinksheets.pngþ þþ þþ þ0þ þ1þ þST15880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadr_pinksheets.pngþ þ.PNGþ þimage/pngþ þþ þ2440þ þ2989817a1f238e711e7b2ea1d63ee529þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15899.pngþ þTEXT\0002\ST15899.txtþ

þST15900þ þST15900þ þST15900þ þST15900þ þST15900þ þST15900þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/amex_checked.pngþ þþ þ0þ þ1þ þST15881þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2139þ þa9bce629185123741d2b05c53b699cb4þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15900.pngþ þTEXT\0002\ST15900.txtþ

þST15901þ þST15901þ þST15901þ þST15901þ þST15901þ þST15901þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/amex.pngþ þþ þþ þ0þ þ1þ þST15882þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex.pngþ þ.PNGþ þimage/pngþ þþ þ1933þ þ5f3984b629883c797660259e03dc0c82þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15901.pngþ þTEXT\0002\ST15901.txtþ

þST15902þ þST15902þ þST15902þ þST15902þ þST15902þ þST15902þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/amex5_checked.pngþ þþ þþ þ0þ þ1þ þST15883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex5_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2496þ þ4b4b67b16d8e56a637e0dd691aa9beaeþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15902.pngþ þTEXT\0002\ST15902.txtþ

þST15903þ þST15903þ þST15903þ þST15903þ þST15903þ þST15903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/amex5.pngþ þþ þþ þ0þ þ1þ þST15884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex5.pngþ þ.PNGþ þimage/pngþ þþ þ2278þ þ9fa3d7bdbe96e9043cb0a72c35846fe9þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15903.pngþ þTEXT\0002\ST15903.txtþ

þST15904þ þST15904þ þST15904þ þST15904þ þST15904þ þST15904þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nasdaq_checked.pngþ þþ þþ þ0þ þ1þ þST15885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1491þ þ2e47ee8c7734968ec436b29f051f841bþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15904.pngþ þTEXT\0002\ST15904.txtþ

þST15905þ þST15905þ þST15905þ þST15905þ þST15905þ þST15905þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nasdaq.pngþ þþ þþ þ0þ þ1þ þST15886þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq.pngþ þ.PNGþ þimage/pngþ þþ þ1309þ þfa38cea35b82d3bb44d6441bb68bc639þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15905.pngþ þTEXT\0002\ST15905.txtþ

þST15906þ þST15906þ þST15906þ þST15906þ þST15906þ þST15906þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nasdaq5_chec ked.pngþ þþ þþ þ0þ þ1þ þST15887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq5_checked. pngþ þ.PNGþ þimage/pngþ þþ þ1721þ þ7cfb79d6c6badea83ab2838fa236e423þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15906.pngþ þ TEXT\0002\ST15906.txtþ
þST15907þ þST15907þ þST15907þ þST15907þ þST15907þ þST15907þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nasdaq5.pngþ þþ þþ þ0þ þ1þ þST15888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq5.pngþ þ.PNGþ þimag e/pngþ þþ þ1538þ þ445fb91bcda187a253d97d07620da79cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15907.pngþ þTEXT\0002\ST15907 .txtþ
þST15908þ þST15908þ þST15908þ þST15908þ þST15908þ þST15908þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nyse_checked .pngþ þþ þþ þ0þ þ1þ þST15889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse_checked.pngþ þ .PNGþ þimage/pngþ þþ þ2117þ þfc881a96f74553f48d2c43064eb43596þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15908.pngþ þTEXT\00 02\ST15908.txtþ
þST15909þ þST15909þ þST15909þ þST15909þ þST15909þ þST15909þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nyse.pngþ þþ þþ þ1þ þST15890þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse.pngþ þ.PNGþ þimage/pngþ þþ þ1909þ þ7dbfbb65ca7aaf841eef6a8704f5f5a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15909.pngþ þTEXT\0002\ST15909.txtþ
þST15910þ þST15910þ þST15910þ þST15910þ þST15910þ þST15910þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nyse5_checke d.pngþ þþ þþ þ0þ þ1þ þST15891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse5_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2438þ þ29102b81b1d42c37e96ecc08eece9264þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15910.pngþ þTEXT\ 0002\ST15910.txtþ
þST15911þ þST15911þ þST15911þ þST15911þ þST15911þ þST15911þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/nyse5.pngþ þ þ þþ þ0þ þ1þ þST15892þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse5.pngþ þ.PNGþ þimage/p ngþ þþ þ2210þ þ0053b0fc9056e4fecd6e2bf8f7c60875þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15911.pngþ þTEXT\0002\ST15911.t xtþ
þST15912þ þST15912þ þST15912þ þST15912þ þST15912þ þST15912þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/otcbb_checke d.pngþ þþ þþ þ0þ þ1þ þST15893þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þotcbb_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1397þ þ4d389bf8102aa3d33eae7b57844e13b0þ þ1þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15912.pngþ þTEXT\0002\ST15912.txtþ

þST15913þ þST15913þ þST15913þ þST15913þ þST15913þ þST15913þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/otcbb.pngþ þ þ þþ þ0þ þ1þ þST15894þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þotcbb.pngþ þ.PNGþ þimage/p ngþ þþ þ1219þ þffcc017d9dbc4897e3a363646b19a292þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15913.pngþ þTEXT\0002\ST15913.t xtþ

þST15914þ þST15914þ þST15914þ þST15914þ þST15914þ þST15914þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/pinksheet_ch ecked.pngþ þþ þþ þ0þ þ1þ þST15895þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpinksheet_chec ked.pngþ þ.PNGþ þimage/pngþ þþ þ1593þ þb212be95f276907ad0394b3fc6040fd3þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15914.pn gþ þTEXT\0002\ST15914.txtþ

þST15915þ þST15915þ þST15915þ þST15915þ þST15915þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/pinksheet.pn gþ þþ þþ þ0þ þ1þ þST15896þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpinksheet.pngþ þ.PNGþ þ image/pngþ þþ þ1412þ þ0686426470a87bf295cfa43820bc3770þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15915.pngþ þTEXT\0002\ST1 5915.txtþ

þST15916þ þST15916þ þST15916þ þST15916þ þST15916þ þST15916þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/exchanges/Thumbs.dbþ þ þ þþ þ0þ þ1þ þST15897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplicat ion/x-tika-msofficeþ þþ þ6144þ þdef340afd0b64f53e977a298f8a25e1eþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15916.dbþ þþ þST15917þ þST15917þ þST15917þ þST15917þ þST15917þ þST15917þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/all-wc propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/ plainþ þþ þ619þ þ38c6e033d71270c1689bc47086c8eabfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST15917.txtþ þTEXT\0002\ST15917.txtþ

þST15918þ þST15918þ þST15919þ þST15918þ þST15919þ þST15918þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/entrie sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00 :00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ647þ þ4f8f21e256c60a3f420162 382117e192þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15918.txtþ þTEXT\0002\ST15918.txtþ

þST15920þ þST15920þ þST15920þ þST15920þ þST15920þ þST15920þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/prop-b
ase/copy.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;

ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;

ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18500; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopy.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15920.txtþ þTEXT\0002\ST15920.txtþ
þST15921þ þST15921þ þST15921þ þST15921þ þST15921þ þST15921þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/prop-base/save.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;

ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;

ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15921.txtþ þTEXT\0002\ST15921.txtþ
þST15922þ þST15922þ þST15922þ þST15922þ þST15922þ þST15922þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/prop-b
ase/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;

ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;

ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15922.txtþ þTEXT\0002\ST15922.txtþ
þST15923þ þST15923þ þST15923þ þST15923þ þST15923þ þST15923þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/text-b
ase/copy.png.svn-baseþ þþ þþ þ0þ þ1þ þST15926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þco
py.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ997þ þ02e78c7db1a53e6d60405a188d071d22þ þ1þ þco
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
5923.pngþ þþ
þST15924þ þST15924þ þST15924þ þST15924þ þST15924þ þST15924þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/text-b
ase/save.png.svn-baseþ þþ þþ þ0þ þ1þ þST15927þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsa
ve.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1267þ þ26d634243e0b33f378aba34b352c7a89þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
15924.pngþ þþ
þST15925þ þST15925þ þST15925þ þST15925þ þST15925þ þST15925þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/.svn/text-b
ase/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST15928þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
humbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6144þ þe881d51a5c873
95d5395ba50038d59daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0004\ST15925.svn-baseþ þþ
þST15926þ þST15926þ þST15926þ þST15926þ þST15926þ þST15926þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/copy.pngþ þ
þ þþ þ0þ þ1þ þST15923þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopy.pngþ þ.PNGþ þimage/pn
gþ þþ þ997þ þ02e78c7db1a53e6d60405a188d071d22þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15926.pngþ þþ
þST15927þ þST15927þ þST15927þ þST15927þ þST15927þ þST15927þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/save.pngþ þ
þ þþ þ0þ þ1þ þST15924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave.pngþ þ.PNGþ þimage/pn
gþ þþ þ1267þ þ26d634243e0b33f378aba34b352c7a89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15927.pngþ þþ
þST15928þ þST15928þ þST15928þ þST15928þ þST15928þ þST15928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/file_icons/Thumbs.dbþ
þþ þþ þ0þ þ1þ þST15925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplica
tion/x-tika-msofficeþ þþ þ6144þ þe881d51a5c87395d5395ba50038d59daþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15928.dbþ þþ
þST15929þ þST15929þ þST15930þ þST15929þ þST15930þ þST15929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/al
l-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt
ext/plainþ þþ þ2040þ þ4bbf5790937d2c6e8d97391b21ed15bfþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15929.txtþ þTEXT\0002\ST15929.txtþ

þST15931þ þST15931þ þST15933þ þST15931þ þST15933þ þST15931þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T0 0:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1750þ þe6dfaf6f31b96427e bc8af6f4bd0dbb0þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15931.txtþ þTEXT\0002\ST15931.txtþ

þST15934þ þST15934þ þST15934þ þST15934þ þST15934þ þST15934þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/prop-base/clear_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;

ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;

ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;

ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15934.txtþ þTEXT
\0002\ST15934.txtþ
þST15935þ þST15935þ þST15935þ þST15935þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/clear_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;

ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;

ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15935.txtþ þTEXT
\0002\ST15935.txtþ
þST15936þ þST15936þ þST15936þ þST15936þ þST15936þ þST15936þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/delete_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;

ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_dw.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15936.txtþ þTEXT\0002\ST15936.t
xtþ

þST15937þ þST15937þ þST15937þ þST15937þ þST15937þ þST15937þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/delete_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18957; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;

ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_up.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15937.txtþ þTEXT\0002\ST15937.t
xtþ
þST15938þ þST15938þ þST15938þ þST15938þ þST15938þ þST15938þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/edit_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;

ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16195; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17225; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15938.txtþ þTEXT\0002\ST15938.txtþ
þST15939þ þST15939þ þST15939þ þST15939þ þST15939þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/edit_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15919; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;

ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17225; ST17229; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15939.txtþ þTEXT\0002\ST15939.txtþ
þST15940þ þST15940þ þST15940þ þST15940þ þST15940þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/get_results_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;

ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þget_results_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15940.txtþ þTEXT\0002\ST15940.txtþ
þST15941þ þST15941þ þST15941þ þST15941þ þST15941þ þST15941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/get_results_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15942; ST15943; ST15944; ST15961; ST15962;

ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þget_results_up.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15941.txtþ þTEXT\0002\ST15941.txtþ
þST15942þ þST15942þ þST15942þ þST15942þ þST15942þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr op-base/save_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;

ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;

ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15942.txtþ þTEXT\0002\ST15942.txtþ
þST15943þ þST15943þ þST15943þ þST15943þ þST15943þ þST15943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/save_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;

ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;

ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15943.txtþ þTEXT\0002\ST15943.txtþ
þST15944þ þST15944þ þST15944þ þST15944þ þST15944þ þST15944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/pr
op-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579;  ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;

ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;

ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15944.txtþ þTEXT\0002\ST15944.txtþ
þST15945þ þST15945þ þST15945þ þST15945þ þST15945þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/te
xt-base/clear_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST15991þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þclear_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2278þ þ2127c2f608559532eca449b2a0
ad241dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0004\ST15945.pngþ þTEXT\0002\ST15945.txtþ
þST15946þ þST15946þ þST15946þ þST15946þ þST15946þ þST15946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/te
xt-base/clear_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST15992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þclear_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2192þ þ9069e05807b50916a3e9c84ecf
f90be9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0004\ST15946.pngþ þTEXT\0002\ST15946.txtþ
þST15947þ þST15947þ þST15947þ þST15947þ þST15947þ þST15947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/te
xt-base/delete_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST15993þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þdelete_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2437þ þc357719c080b931ce723e42
24ca7dfa5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15947.pngþ þþ
þST15948þ þST15948þ þST15948þ þST15948þ þST15948þ þST15948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/te
xt-base/delete_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST15994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þdelete_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2370þ þ6d478cf09379dabbf539950
5e8abe893þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST15948.pngþ þTEXT\0002\ST15948.txtþ

þST15949þ þST15949þ þST15949þ þST15949þ þST15949þ þST15949þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/edit_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST15995þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þedit_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2054þ þc7e5b2f2afc2694e76dd99a46306 6d62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0004\ST15949.pngþ þþ

þST15950þ þST15950þ þST15950þ þST15950þ þST15950þ þST15950þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/edit_up.png.svn-baseþ þþ þ0þ þ1þ þST15996þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þedit_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2012þ þce0a749676495aac7a29161466f1 1fd1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0004\ST15950.pngþ þTEXT\0002\ST15950.txtþ

þST15951þ þST15951þ þST15951þ þST15951þ þST15951þ þST15951þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/get_results_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST15997þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þget_results_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3593þ þ66b541a1055794304104751433c7418fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15951.pngþ þ þ

þST15952þ þST15952þ þST15952þ þST15952þ þST15952þ þST15952þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/get_results_up.png.svn-baseþ þþ þ0þ þ1þ þST15998þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þget_results_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3525þ þ99516b2c02c2c1c512de42454e2c4c22þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15952.pngþ þTEXT\0002\ST15952.txtþ

þST15953þ þST15953þ þST15953þ þST15953þ þST15953þ þST15953þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/save_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST15999þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þsave_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2304þ þbd6104e4aab091cbb79c2a5c7cb8 46a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0004\ST15953.pngþ þþ

þST15954þ þST15954þ þST15954þ þST15954þ þST15954þ þST15954þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/save_up.png.svn-baseþ þþ þ0þ þ1þ þST16000þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þsave_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2236þ þce13705d26467b0f3cdac78a5bbc 813aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0004\ST15954.pngþ þTEXT\0002\ST15954.txtþ

þST15955þ þST15955þ þST15955þ þST15955þ þST15955þ þST15955þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST16001þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6656þ þab8575ab f3f7650e2629bfe4865a9da6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0004\ST15955.svn-baseþ þþ

þST15956þ þST15956þ þST15957þ þST15956þ þST15957þ þST15956þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkboxes/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2240þ þ6e7f6489176a759c1230a9c1132aaf13þ þ2þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15956.txtþ þTEXT\0002\ST15956.txtþ

þST15958þ þST15958þ þST15960þ þST15958þ þST15960þ þST15958þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkboxes/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1736þ þc2cd22 3543e2a63637eccf62a38c7e5aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE þ þFALSEþ þTRUEþ þNATIVES\0004\ST15958.txtþ þTEXT\0002\ST15958.txtþ

þST15961þ þST15961þ þST15961þ þST15961þ þST15961þ þST15961þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkboxes/.svn/prop-base/custom_filters_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;

ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;

ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18332; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;

ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_filters_checked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15961.txtþ þTEXT\0002\ST15961.txtþ
þST15962þ þST15962þ þST15962þ þST15962þ þST15962þ þST15962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/custom_filters_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;

ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;

ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;

ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_filters_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15962.txtþ þTEXT\0
002\ST15962.txtþ
þST15963þ þST15963þ þST15963þ þST15963þ þST15963þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/my_saved_filters_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;

ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;

ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;

ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy_saved_filters_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15963.txtþ þTEXT\0
002\ST15963.txtþ
þST15964þ þST15964þ þST15964þ þST15964þ þST15964þ þST15964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/my_saved_filters_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;

ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;

ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;

ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy_saved_filters_unchecked.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15964.txtþ þTEXT\0002\ST15964.txtþ

þST15965þ þST15965þ þST15965þ þST15965þ þST15965þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkboxes/.svn/prop-base/preset_filter_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;

ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;

ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;

ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreset_filter_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15965.txtþ þTEXT\000
2\ST15965.txtþ

þST15966þ þST15966þ þST15966þ þST15966þ þST15966þ þST15966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/preset_filter_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;

ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16666;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;

ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;

ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreset_filter_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15966.txtþ þTEXT\00
02\ST15966.txtþ
þST15967þ þST15967þ þST15967þ þST15967þ þST15967þ þST15967þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/select_filter_option_header.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;

ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;

ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;

ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_filter_option_header.png.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15967.txtþ þTEX
T\0002\ST15967.txtþ
þST15968þ þST15968þ þST15968þ þST15968þ þST15968þ þST15968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/step1_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;

ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;

ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;

ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19792; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstep1_unchecked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15968.txtþ þTEXT\0002\ST15
968.txtþ

þST15969þ þST15969þ þST15969þ þST15969þ þST15969þ þST15969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/step2_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;

ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;

ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;

ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstep2_unchecked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15969.txtþ þTEXT\0002\ST15
969.txtþ
þST15970þ þST15970þ þST15970þ þST15970þ þST15970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/prop-base/step3_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;

ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;

ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;

ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstep3_unchecked.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15970.txtþ þTEXT\0002\ST15
970.txtþ
þST15971þ þST15971þ þST15971þ þST15971þ þST15971þ þST15971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/text-base/custom_filters_checked.png.svn-baseþ þþ þ0þ þ1þ þST15981þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_filters_checked.png.svn-baseþ þ.PNGþ þimage/p

T15977.txtþ
þST15978þ þST15978þ þST15978þ þST15978þ þST15978þ þST15978þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/text-base/step1_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15988þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þstep1_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1799þ þf
0e794e886631c92be1cf1116abb8448þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15978.pngþ þTEXT\0002\ST15978.txtþ
þST15979þ þST15979þ þST15979þ þST15979þ þST15979þ þST15979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/text-base/step2_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15989þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þstep2_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1740þ þ2
71ed9696e5b36e073f1bc505a97fdb1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15979.pngþ þTEXT\0002\ST15979.txtþ
þST15980þ þST15980þ þST15980þ þST15980þ þST15980þ þST15980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/.svn/text-base/step3_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST15990þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þstep3_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1812þ þd
ee31610119d552896c53b49b203b5ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15980.pngþ þTEXT\0002\ST15980.txtþ
þST15981þ þST15981þ þST15981þ þST15981þ þST15981þ þST15981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/custom_filters_checked.pngþ þþ þþ þ0þ þ1þ þST15971þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þcustom_filters_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1502þ þd9610847a62e4fe664b
4f7920893264cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0004\ST15981.pngþ þþ
þST15982þ þST15982þ þST15982þ þST15982þ þST15982þ þST15982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/custom_filters_unchecked.pngþ þþ þþ þ0þ þ1þ þST15972þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þcustom_filters_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1486þ þ8a3127a40d8b75f2
c284c4b27e72ad66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0004\ST15982.pngþ þþ
þST15983þ þST15983þ þST15983þ þST15983þ þST15983þ þST15983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/my_saved_filters_checked.pngþ þþ þþ þ0þ þ1þ þST15973þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þmy_saved_filters_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1664þ þ5b1594de5f4723f8
2434f3423be0d3adþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0004\ST15983.pngþ þþ
þST15984þ þST15984þ þST15984þ þST15984þ þST15984þ þST15984þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/my_saved_filters_unchecked.pngþ þþ þþ þ0þ þ1þ þST15974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þmy_saved_filters_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1653þ þ298ab8e4ff58
aaf1da0da5c95f05c4c6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0004\ST15984.pngþ þþ
þST15985þ þST15985þ þST15985þ þST15985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/preset_filter_checked.pngþ þþ þþ þ0þ þ1þ þST15975þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þpreset_filter_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1402þ þbae8671b6fdb71670b2d4b
c5e62e9e90þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0004\ST15985.pngþ þþ
þST15986þ þST15986þ þST15986þ þST15986þ þST15986þ þST15986þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/preset_filter_unchecked.pngþ þþ þþ þ0þ þ1þ þST15976þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þpreset_filter_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1376þ þ889ba099dc8ca7eb5
53f0bf1a9f9a453þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0004\ST15986.pngþ þþ
þST15987þ þST15987þ þST15987þ þST15987þ þST15987þ þST15987þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/select_filter_option_header.pngþ þþ þþ þ0þ þ1þ þST15977þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þselect_filter_option_header.pngþ þ.PNGþ þimage/pngþ þþ þ4455þ þfae77a1c9e
fb44f65bf8326e6a44f6f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0004\ST15987.pngþ þTEXT\0002\ST15987.txtþ
þST15988þ þST15988þ þST15988þ þST15988þ þST15988þ þST15988þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/step1_unchecked.pngþ þþ þþ þ0þ þ1þ þST15978þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
step1_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1799þ þf0e794e886631c92be1cf1116abb8448þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST15988.pngþ þTEXT\0002\ST15988.txtþ
þST15989þ þST15989þ þST15989þ þST15989þ þST15989þ þST15989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/step2_unchecked.pngþ þþ þþ þ0þ þ1þ þST15979þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
step2_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1740þ þ271ed9696e5b36e073f1bc505a97fdb1þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST15989.pngþ þTEXT\0002\ST15989.txtþ
þST15990þ þST15990þ þST15990þ þST15990þ þST15990þ þST15990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/checkbo
xes/step3_unchecked.pngþ þþ þþ þ0þ þ1þ þST15980þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
step3_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ1812þ þdee31610119d552896c53b49b203b5ecþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST15990.pngþ þTEXT\0002\ST15990.txtþ
þST15991þ þST15991þ þST15991þ þST15991þ þST15991þ þST15991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/clear_d
w.pngþ þþ þþ þ0þ þ1þ þST15945þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_dw.pngþ þ.PN
Gþ þimage/pngþ þþ þ2278þ þ2127c2f608559532eca449b2a0ad241dþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15991.pngþ þTEXT\0002
\ST15991.txtþ
þST15992þ þST15992þ þST15992þ þST15992þ þST15992þ þST15992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/clear_u
p.pngþ þþ þþ þ0þ þ1þ þST15946þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear_up.pngþ þ.PN
Gþ þimage/pngþ þþ þ2192þ þ9069e05807b50916a3e9c84ecff90be9þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15992.pngþ þTEXT\0002
\ST15992.txtþ
þST15993þ þST15993þ þST15993þ þST15993þ þST15993þ þST15993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/delete_
dw.pngþ þþ þþ þ0þ þ1þ þST15947þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_dw.pngþ þ.
PNGþ þimage/pngþ þþ þ2437þ þc357719c080b931ce723e4224ca7dfa5þ þ1þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15993.pngþ þþ
þST15994þ þST15994þ þST15994þ þST15994þ þST15994þ þST15994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/delete_
up.pngþ þþ þþ þ0þ þ1þ þST15948þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete_up.pngþ þ.
PNGþ þimage/pngþ þþ þ2370þ þ6d478cf09379dabbf5399505e8abe893þ þ1þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST15994.pngþ þTEXT\0002\ST15994.txtþ
þST15995þ þST15995þ þST15995þ þST15995þ þST15995þ þST15995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/edit_dw
.pngþ þþ þþ þ0þ þ1þ þST15949þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit_dw.pngþ þ.PNGþ
þimage/pngþ þþ þ2054þ þc7e5b2f2afc2694e76dd99a463066d62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15995.pngþ þþ
þST15996þ þST15996þ þST15996þ þST15996þ þST15996þ þST15996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/edit_up
.pngþ þþ þþ þ0þ þ1þ þST15950þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit_up.pngþ þ.PNGþ
þimage/pngþ þþ þ2012þ þce0a749676495aac7a29161466f11fd1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15996.pngþ þTEXT\0002\ST

15996.txtþ

þST15997þ þST15997þ þST15997þ þST15997þ þST15997þ þST15997þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/get_results_dw.pngþ þþ þþ þ0þ þ1þ þST15951þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þget_results_dw.pngþ þ.PNGþ þimage/pngþ þþ þ3593þ þ66b541a1055794304104751433c7418fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15997.pngþ þþ

þST15998þ þST15998þ þST15998þ þST15998þ þST15998þ þST15998þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/get_results_up.pngþ þþ þþ þ0þ þ1þ þST15952þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þget_results_up.pngþ þ.PNGþ þimage/pngþ þþ þ3525þ þ99516b2c02c2c1c512de42454e2c4c22þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15998.pngþ þTEXT\0002\ST15998.txtþ

þST15999þ þST15999þ þST15999þ þST15999þ þST15999þ þST15999þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/save_dw.pngþ þþ þþ þ0þ þ1þ þST15953þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2304þ þbd6104e4aab091cbb79c2a5c7cb846a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST15999.pngþ þþ

þST16000þ þST16000þ þST16000þ þST16000þ þST16000þ þST16000þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/save_up.pngþ þþ þþ þ0þ þ1þ þST15954þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave_up.pngþ þ.PNGþ þimage/pngþ þþ þ2236þ þce13705d26467b0f3cdac78a5bbc813aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16000.pngþ þTEXT\0002\ST16000.txtþ

þST16001þ þST16001þ þST16001þ þST16001þ þST16001þ þST16001þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/Thumbs.dbþ þþ þþ þþ þ0þ þ1þ þST15955þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ6656þ þab8575abf3f7650e2629bfe4865a9da6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16001.dbþ þþ

þST16002þ þST16002þ þST16002þ þST16002þ þST16002þ þST16002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_buttons/filter_now_o.pngþ þþ þþ þ0þ þ1þ þST15447þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_now_o.pngþ þ.PNGþ þimage/pngþ þþ þ1152þ þ350d3aed4fe395fe842bbbfe43c0d008þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16002.pngþ þTEXT\0002\ST16002.txtþ

þST16003þ þST16003þ þST16003þ þST16003þ þST16003þ þST16003þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_now_y.pngþ þþ þþ
 þ0þ þ1þ þST15448þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_now_y.pngþ þ.PNGþ þimag
e/pngþ þþ þ1002þ þ85e2f67db0fe54352d56182c87469f07þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16003.pngþ þTEXT\0002\ST16003
.txtþ

þST16004þ þST16004þ þST16004þ þST16004þ þST16004þ þST16004þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filter_now.pngþ þþ þþ þ
0þ þ1þ þST15449þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_now.pngþ þ.PNGþ þimage/p
ngþ þþ þ1218þ þde5fa77b18f343a1db5a1cec517b0811þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16004.pngþ þTEXT\0002\ST16004.t
xtþ

þST16005þ þST16005þ þST16005þ þST16005þ þST16005þ þST16005þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filters_o.pngþ þþ þþ þ0
þ þ1þ þST15450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_o.pngþ þ.PNGþ þimage/png
þ þþ þ1002þ þ56afeb64830e8a718f3038d50c8841c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16005.pngþ þþ

þST16006þ þST16006þ þST16006þ þST16006þ þST16006þ þST16006þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filters_y.pngþ þþ þþ þ0
þ þ1þ þST15451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_y.pngþ þ.PNGþ þimage/png
þ þþ þ858þ þ01bd0e32aa0ef408be847054661ebd60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16006.pngþ þTEXT\0002\ST16006.txtþ
þST16007þ þST16007þ þST16007þ þST16007þ þST16007þ þST16007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/filters.pngþ þþ þþ þ0þ
þ1þ þST15452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters.pngþ þ.PNGþ þimage/pngþ þþ
þ1074þ þ4249c3059e9de48a42c8b9da1c9897a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16007.pngþ þTEXT\0002\ST16007.txtþ
þST16008þ þST16008þ þST16008þ þST16008þ þST16008þ þST16008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Get
Results_click.pngþ þþ þþ þ0þ þ1þ þST15453þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGet
Results_click.pngþ þ.PNGþ þimage/pngþ þþ þ2547þ þd063890e8dab8268c2d1a4410dcb8a60þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16008.pngþ þTEXT\0002\ST16008.txtþ

þST16009þ þST16009þ þST16009þ þST16009þ þST16009þ þST16009þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Get
Results.pngþ þþ þþ þ0þ þ0þ þ1þ þST15454þ þþ þþ þþ þþ þþ þþ þþ þGet
Results.pngþ þ.PNGþ þimage/pngþ þþ þ2426þ þ5b811ba227fc60ff9ac03f009ac3e039þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þimage/png þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1600
9.pngþ þTEXT\0002\ST16009.txtþ

þST16010þ þST16010þ þST16010þ þST16010þ þST16010þ þST16010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/go_click.pngþ þþ þþ þ0þ þ1þ þST15455þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo_click.pngþ þ.PNGþ þimage/pngþ þ þ þ1413þ þ54c019baacf5969d220a101cebdb8a13þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16010.pngþ þþ

þST16011þ þST16011þ þST16011þ þST16011þ þST16011þ þST16011þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/go.pngþ þþ þþ þ0þ þ1þ þST15456þ þþ þþ þþ þþ þþ þþ þþ þþ þgo.pngþ þ.PNGþ þimage/pngþ þþ þ1368þ þe418eeb2765f60aa7769457086c1c6e0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16011.pngþ þþ

þST16012þ þST16012þ þST16016þ þST16012þ þST16016þ þST16012þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ8547þ þ620bb7b18f496fb739330106bd4ec59dþ þ5þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16012.txtþ þTEXT\0002\ST16012.txtþ

þST16017þ þST16017þ þST16025þ þST16017þ þST16025þ þST16017þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/25/2009þ þ00:00:00þ þ2009-11-25T00:00:00-05:00þ þ1259125200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ6654þ þ29ac50308fd08808bd921f162c65366cþ þ9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16017.txtþ þTEXT\0002\ST16017.txtþ

þST16026þ þST16026þ þST16026þ þST16026þ þST16026þ þST16026þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base/amex_major_market_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;

ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;

ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;

ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_major_market_index_checked.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16026.txtþ
þTEXT\0002\ST16026.txtþ
þST16027þ þST16027þ þST16027þ þST16027þ þST16027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/amex_major_market_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;

ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18789; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;

ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_major_market_index_unchecked.png.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16027.tx
tþ þTEXT\0002\ST16027.txtþ
þST16028þ þST16028þ þST16028þ þST16028þ þST16028þ þST16028þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/amex_oil_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;

ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_oil_index_checked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16028.txtþ þTEXT\0002\ST16028.txtþ
þST16029þ þST16029þ þST16029þ þST16029þ þST16029þ þST16029þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/amex_oil_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;

ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;

ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;

ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_oil_index_unchecked.png.svn-baseþ
 þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16029.txtþ þTEXT\0
002\ST16029.txtþ
þST16030þ þST16030þ þST16030þ þST16030þ þST16030þ þST16030þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/amex_sp_midcap400_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;

ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;

ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17616; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;

ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_sp_midcap400_checked.png.svn-base
þ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16030.txtþ þTEXT\
0002\ST16030.txtþ
þST16031þ þST16031þ þST16031þ þST16031þ þST16031þ þST16031þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/amex_sp_midcap400_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;

ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;

ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;

ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_sp_midcap400_unchecked.png.svn-ba
seþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ.þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16031.txtþ þTEX
T\0002\ST16031.txtþ
þST16032þ þST16032þ þST16032þ þST16032þ þST16032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dow_diamonds_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;

ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;

ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;

ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_diamonds_checked.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16032.txtþ þTEXT\0002
\ST16032.txtþ
þST16033þ þST16033þ þST16033þ þST16033þ þST16033þ þST16033þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dow_diamonds_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;

ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;

ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;

ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_diamonds_unchecked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16033.txtþ þTEXT\0002\ST16033.txtþ
þST16034þ þST16034þ þST16034þ þST16034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base

/dow_jones_ind_checked.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;

ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18589; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_jones_ind_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16034.txtþ þTEXT\000
2\ST16034.txtþ

þST16035þ þST16035þ þST16035þ þST16035þ þST16035þ þST16035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dow_jones_ind_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19762; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_jones_ind_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16035.txtþ þTEXT\00
02\ST16035.txtþ

þST16036þ þST16036þ þST16036þ þST16036þ þST16036þ þST16036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dowjones_ta_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;

ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;

```
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ta_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16036.txtþ þTEXT\0002\S

T16036.txtþ
þST16037þ þST16037þ þST16037þ þST16037þ þST16037þ þST16037þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dowjones_ta_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;

ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;

ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ta_unchecked.png.svn-baseþ þ.

TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16037.txtþ þTEXT\000
2\ST16037.txtþ
þST16038þ þST16038þ þST16038þ þST16038þ þST16038þ þST16038þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dowjones_ua_checkded.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;

ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;

ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;

ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ua_checkded.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16038.txtþ þTEXT\0002
\ST16038.txtþ
þST16039þ þST16039þ þST16039þ þST16039þ þST16039þ þST16039þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/dowjones_ua_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;

ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;

ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ua_uncheckded.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16039.txtþ þTEXT\0002\ST16039.txtþ
þST16040þ þST16040þ þST16040þ þST16040þ þST16040þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nasdaq_100_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15919; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;

ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;

ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;

ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_100_checked.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16040.txtþ þTEXT\0002\ST 16040.txtþ
þST16041þ þST16041þ þST16041þ þST16041þ þST16041þ þST16041þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base /nasdaq_100_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;

ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;

ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;

ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_100_unchecked.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16041.txtþ þTEXT\0002
\ST16041.txtþ
þST16042þ þST16042þ þST16042þ þST16042þ þST16042þ þST16042þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nasdaq_composite_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;

ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;

ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18580; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;

ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_composite_checked.png.svn-baseþ
 þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16042.txtþ þTEXT\0
002\ST16042.txtþ
þST16043þ þST16043þ þST16043þ þST16043þ þST16043þ þST16043þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nasdaq_composite_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;

ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;

ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;

ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_composite_unchecked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16043.txtþ þTEXT
\0002\ST16043.txtþ
þST16044þ þST16044þ þST16044þ þST16044þ þST16044þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nasdaq_computer_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;

ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;

ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;

ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_computer_index_checked.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16044.txtþ þ
TEXT\0002\ST16044.txtþ
þST16045þ þST16045þ þST16045þ þST16045þ þST16045þ þST16045þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nasdaq_computer_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;

ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;

ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;

ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_computer_index_unchecked.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16045.txtþ
þTEXT\0002\ST16045.txtþ
þST16046þ þST16046þ þST16046þ þST16046þ þST16046þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nyse_composite_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;

ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse_composite_index_checked.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16046.txtþ þT
EXT\0002\ST16046.txtþ
þST16047þ þST16047þ þST16047þ þST16047þ þST16047þ þST16047þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/nyse_composite_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;

ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17484; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;

ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;

ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse_composite_index_unchecked.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16047.txtþ þ
TEXT\0002\ST16047.txtþ
þST16048þ þST16048þ þST16048þ þST16048þ þST16048þ þST16048þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/phlx_gold_silver_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;

ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;

ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;

ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphlx_gold_silver_index_checked.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16048.txtþ þ
TEXT\0002\ST16048.txtþ

þST16049þ þST16049þ þST16049þ þST16049þ þST16049þ þST16049þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/phlx_gold_silver_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;

ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;

ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;

ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ pphlx_gold_silver_index_unchecked.png.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16049.txtþ þTEXT\0002\ST16049.txtþ
þST16050þ þST16050þ þST16050þ þST16050þ þST16050þ þST16050þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/phlx_semiconductor_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;

ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;

ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;

ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphlx_semiconductor_index_checked.png.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þtext/plainþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16050.txtþ þTEXT\0002\ST16050.txtþ
þST16051þ þST16051þ þST16051þ þST16051þ þST16051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/phlx_semiconductor_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;

ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;

ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;

ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphlx_semiconductor_index_unchecked.png
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16051.t
xtþ þTEXT\0002\ST16051.txtþ
þST16052þ þST16052þ þST16052þ þST16052þ þST16052þ þST16052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/qqq_power_shares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;

ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;

ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;

ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þqqq_power_shares_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16052.txtþ þTEXT\0
002\ST16052.txtþ

þST16053þ þST16053þ þST16053þ þST16053þ þST16053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/qqq_power_shares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þqqq_power_shares_unchecked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16053.txtþ þTEXT
\0002\ST16053.txtþ
þST16054þ þST16054þ þST16054þ þST16054þ þST16054þ þST16054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/russel_1000_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;

ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;

ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;

ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_1000_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16054.txtþ þTEXT\0002\S
T16054.txtþ

þST16055þ þST16055þ þST16055þ þST16055þ þST16055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/russel_1000_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_1000_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16055.txtþ þTEXT\000
2\ST16055.txtþ
þST16056þ þST16056þ þST16056þ þST16056þ þST16056þ þST16056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/russel_2000_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;

ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_2000_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16056.txtþ þTEXT\0002\S
T16056.txtþ
þST16057þ þST16057þ þST16057þ þST16057þ þST16057þ þST16057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/russel_2000_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;

ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;

ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17616; ST17617; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;

ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_2000_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16057.txtþ þTEXT\000
2\ST16057.txtþ
þST16058þ þST16058þ þST16058þ þST16058þ þST16058þ þST16058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/russel_3000_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;

ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;

ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;

ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_3000_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16058.txtþ þTEXT\0002\S
T16058.txtþ

þST16059þ þST16059þ þST16059þ þST16059þ þST16059þ þST16059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/russel_3000_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_3000_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16059.txtþ þTEXT\000
2\ST16059.txtþ
þST16060þ þST16060þ þST16060þ þST16060þ þST16060þ þST16060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/sp_100_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST16016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsp_100_checked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16060.txtþ þTEXT\0002\ST16060.txtþ
þST16061þ þST16061þ þST16061þ þST16061þ þST16061þ þST16061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/sp_100_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsp_100_unchecked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16061.txtþ þTEXT\0002\ST1
6061.txtþ
þST16062þ þST16062þ þST16062þ þST16062þ þST16062þ þST16062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/spdr_sp_500_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18636; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19737; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspdr_sp_500_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16062.txtþ þTEXT\0002\S
T16062.txtþ

þST16063þ þST16063þ þST16063þ þST16063þ þST16063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base

/spdr_sp_500_unchecked.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;

```
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspdr_sp_500_unchecked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16063.txtþ þTEXT\000
2\ST16063.txtþ
þST16064þ þST16064þ þST16064þ þST16064þ þST16064þ þST16064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
```

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/standard_poors_500_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstandard_poors_500_checked.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16064.txtþ þTEXT
\0002\ST16064.txtþ

þST16065þ þST16065þ þST16065þ þST16065þ þST16065þ þST16065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/standard_poors_500_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;

ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstandard_poors_500_unchecked.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16065.txtþ þT
EXT\0002\ST16065.txtþ
þST16066þ þST16066þ þST16066þ þST16066þ þST16066þ þST16066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base
/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;

ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20466; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain

þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16066.txtþ þTEXT\0002\ST16066.txtþ þST16067þ þST16067þ þST16067þ þST16067þ þST16067þ þST16067þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base /wilshire5000_eq_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;

ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;

ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18379; ST18380; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST19900; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwilshire5000_eq_index_checked.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16067.txtþ þ TEXT\0002\ST16067.txtþ

þST16068þ þST16068þ þST16068þ þST16068þ þST16068þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/prop-base /wilshire5000_eq_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST15026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;

ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;

ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;

ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwilshire5000_eq_index_unchecked.png.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16068.txtþ þTEXT\0002\ST16068.txtþ

þST16069þ þST16069þ þST16069þ þST16069þ þST16069þ þST16069þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /amex_major_market_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16112þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_major_market_index_checked.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ3484þ þ783b74fe44bbe6de94aa1204457cd7a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16069.pngþ þTEXT \0002\ST16069.txtþ

þST16070þ þST16070þ þST16070þ þST16070þ þST16070þ þST16070þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /amex_major_market_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16113þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þamex_major_market_index_unchecked.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ3320þ þ5243914cd7ee1cc38072c5e0a1f72670þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16070.pngþ þTEXT\0002\ST16070 .txtþ

þST16071þ þST16071þ þST16071þ þST16071þ þST16071þ þST16071þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /amex_oil_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16114þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þamex_oil_index_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3032þ þ49311 75df027eb63252b4f13cba820a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0004\ST16071.pngþ þTEXT\0002\ST16071.txtþ

þST16072þ þST16072þ þST16072þ þST16072þ þST16072þ þST16072þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /amex_oil_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16115þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þamex_oil_index_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2803þ þ1 6982c6391f5c887035a8dbf2191be4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16072.pngþ þTEXT\0002\ST16072.txtþ

þST16073þ þST16073þ þST16073þ þST16073þ þST16073þ þST16073þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /amex_sp_midcap400_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16116þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þamex_sp_midcap400_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3495þ þfd14514f0582c02c719a389cc4157219þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16073.pngþ þTEXT\0002\ST16073.txtþ

þST16074þ þST16074þ þST16074þ þST16074þ þST16074þ þST16074þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/amex_sp_midcap400_unchecked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16117þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þamex_sp_midcap400_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ33
48þ þc0a0c858ca67bc2bfd8a5a1d67dcbc4fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16074.pngþ þTEXT\0002\ST16074.txtþ
þST16075þ þST16075þ þST16075þ þST16075þ þST16075þ þST16075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dow_diamonds_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16118þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þdow_diamonds_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2394þ þd2d3958c4
a57ccf988aaee8426793b21þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0004\ST16075.pngþ þTEXT\0002\ST16075.txtþ
þST16076þ þST16076þ þST16076þ þST16076þ þST16076þ þST16076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dow_diamonds_unchecked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16119þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þdow_diamonds_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2247þ þdf779
4a6ebae7e1a4de013846ef1d119þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0004\ST16076.pngþ þTEXT\0002\ST16076.txtþ
þST16077þ þST16077þ þST16077þ þST16077þ þST16077þ þST16077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dow_jones_ind_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16120þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þdow_jones_ind_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3722þ þb4adfe610ab88f1ae4f23e913066856bþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16077.pngþ þ
TEXT\0002\ST16077.txtþ
þST16078þ þST16078þ þST16078þ þST16078þ þST16078þ þST16078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dow_jones_ind_unchecked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16121þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þdow_jones_ind_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3584þ þ778
0a814a71a2ceb3c87924ad7a0f2b4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16078.pngþ þTEXT\0002\ST16078.txtþ
þST16079þ þST16079þ þST16079þ þST16079þ þST16079þ þST16079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dowjones_ta_checked.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16122þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þdowjones_ta_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3884þ þ57b456b32c8
1a276e0f7a62e06feaea8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0004\ST16079.pngþ þTEXT\0002\ST16079.txtþ
þST16080þ þST16080þ þST16080þ þST16080þ þST16080þ þST16080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dowjones_ta_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16123þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þdowjones_ta_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3711þ þ047b71aa059934e2ea92baeafdbf4720þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16080.pngþ þ
TEXT\0002\ST16080.txtþ
þST16081þ þST16081þ þST16081þ þST16081þ þST16081þ þST16081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dowjones_ua_checkded.png.svn-baseþ þþ þþ þ0þ þ1þ þST16124þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þdowjones_ua_checkded.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3680þ þ345dd6502
f6fbfdfffe4ec1b7e42057dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0004\ST16081.pngþ þTEXT\0002\ST16081.txtþ
þST16082þ þST16082þ þST16082þ þST16082þ þST16082þ þST16082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/dowjones_ua_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16125þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þdowjones_ua_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3536þ þ5db97
16df884be452e4fb8d6250e45b4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0004\ST16082.pngþ þTEXT\0002\ST16082.txtþ
þST16083þ þST16083þ þST16083þ þST16083þ þST16083þ þST16083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nasdaq_100_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16126þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þnasdaq_100_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2574þ þ1d56ac565160b221711e073734f0388þþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16083.pngþ þ
TEXT\0002\ST16083.txtþ
þST16084þ þST16084þ þST16084þ þST16084þ þST16084þ þST16084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nasdaq_100_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16127þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þnasdaq_100_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2429þ þafe9dfe20
fe892870d46d71c8f56cd88þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0004\ST16084.pngþ þTEXT\0002\ST16084.txtþ
þST16085þ þST16085þ þST16085þ þST16085þ þST16085þ þST16085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nasdaq_composite_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16128þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þnasdaq_composite_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3989þ þ6
9c6506b658ae6e9f74f45394c4c0c67þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16085.pngþ þTEXT\0002\ST16085.txtþ
þST16086þ þST16086þ þST16086þ þST16086þ þST16086þ þST16086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nasdaq_composite_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16129þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þnasdaq_composite_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ383þ þffcfce7ba6612c9bed1303f74b8b350eþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16086.pngþ þ
TEXT\0002\ST16086.txtþ
þST16087þ þST16087þ þST16087þ þST16087þ þST16087þ þST16087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nasdaq_computer_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16130þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þnasdaq_computer_index_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ3678þ þ81b1d7715b698a7da48f908920c57b3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16087.pngþ þTEXT\0002\ST16087.txtþ
þST16088þ þST16088þ þST16088þ þST16088þ þST16088þ þST16088þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nasdaq_computer_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16131þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þnasdaq_computer_index_unchecked.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ3528þ þa8d9ba943bf10fa6f86fe36979494e18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16088.pngþ þTEXT
\0002\ST16088.txtþ
þST16089þ þST16089þ þST16089þ þST16089þ þST16089þ þST16089þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nyse_composite_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16132þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þnyse_composite_index_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ
3522þ þ31cf12274392fba0c6778fc2082cfd18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16089.pngþ þTEXT\0002\ST16089.txtþ
þST16090þ þST16090þ þST16090þ þST16090þ þST16090þ þST16090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/nyse_composite_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16133þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þnyse_composite_index_unchecked.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ3377þ þ376ce72df7b2f0d5bfff8d919e25c3d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16090.pngþ þTEXT\0002\ST16090.txtþ
þST16091þ þST16091þ þST16091þ þST16091þ þST16091þ þST16091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/phlx_gold_silver_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16134þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þphlx_gold_silver_index_checked.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ3397þ þ58aef3701f213840898a6b4f019947d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16091.pngþ þTEXT\0002\ST16091.txtþ
þST16092þ þST16092þ þST16092þ þST16092þ þST16092þ þST16092þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/phlx_gold_silver_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16135þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphlx_gold_silver_index_unchecked.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ3257þ þca6e3c94318fd4a18c6cf3255dfdbefbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16092.pngþ þTEXT\0002\ST16092.
txtþ
þST16093þ þST16093þ þST16093þ þST16093þ þST16093þ þST16093þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/phlx_semiconductor_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16136þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphlx_semiconductor_index_checked.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ3524þ þa3b77255ca2ebbab4c56cec39b95ead5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16093.pngþ þTEXT\0002\ST16093.
txtþ
þST16094þ þST16094þ þST16094þ þST16094þ þST16094þ þST16094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/phlx_semiconductor_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16137þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þphlx_semiconductor_index_unchecked.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ3382þ þc1363f747c921b1d6641be136ab10349þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16094.pngþ þTEXT\0002\ST16
094.txtþ
þST16095þ þST16095þ þST16095þ þST16095þ þST16095þ þST16095þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/qqq_power_shares_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16138þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þqqq_power_shares_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2959þ þe
5357052a4d449ff62c199d3b4e99373þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16095.pngþ þTEXT\0002\ST16095.txtþ
þST16096þ þST16096þ þST16096þ þST16096þ þST16096þ þST16096þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/qqq_power_shares_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16139þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þqqq_power_shares_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2811þ þbb2ba39b0a13eae02206db2368263aebþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16096.pngþ þ
TEXT\0002\ST16096.txtþ
þST16097þ þST16097þ þST16097þ þST16097þ þST16097þ þST16097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base
/russel_1000_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16140þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þrussel_1000_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2379þ þ0c6d1324663
9d72f4524787f320f8a05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0004\ST16097.pngþ þTEXT\0002\ST16097.txtþ
þST16098þ þST16098þ þST16098þ þST16098þ þST16098þ þST16098þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /russel_1000_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_1000_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2234þ þc50fe7a65c0aae40e718e6ed8cecce09þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16098.pngþ þTEXT\0002\ST16098.txtþ

þST16099þ þST16099þ þST16099þ þST16099þ þST16099þ þST16099þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /russel_2000_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16142þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þrussel_2000_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3131þ þe1787729be6 4c6f53f7a6cf7b097d582þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0004\ST16099.pngþ þTEXT\0002\ST16099.txtþ

þST16100þ þST16100þ þST16100þ þST16100þ þST16100þ þST16100þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /russel_2000_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16143þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_2000_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2986þ þf94c19735bd912dfe6c22a6bed4864fcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16100.pngþ þTEXT\0002\ST16100.txtþ

þST16101þ þST16101þ þST16101þ þST16101þ þST16101þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /russel_3000_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þrussel_3000_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2405þ þ9f19b5996a6 a8e9a0544eb60570a8456þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0004\ST16101.pngþ þTEXT\0002\ST16101.txtþ

þST16102þ þST16102þ þST16102þ þST16102þ þST16102þ þST16102þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /russel_3000_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þrussel_3000_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2259þ þffebe9f8f428ef9c817b552a9207ca86þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16102.pngþ þTEXT\0002\ST16102.txtþ

þST16103þ þST16103þ þST16103þ þST16103þ þST16103þ þST16103þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /sp_100_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16146þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þsp_100_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2725þ þ09a17bae2664e506cfb32 e8af360bb7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16103.pngþ þTEXT\0002\ST16103.txtþ

þST16104þ þST16104þ þST16104þ þST16104þ þST16104þ þST16104þ þþ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /sp_100_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16147þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þsp_100_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2582þ þ579e08f636a19d1f 320c521c8742aa54þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0004\ST16104.pngþ þTEXT\0002\ST16104.txtþ

þST16105þ þST16105þ þST16105þ þST16105þ þST16105þ þST16105þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /spdr_sp_500_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16148þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þspdr_sp_500_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2657þ þa224b6dfcf5 7fc73cd55f4dceaab2221þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0004\ST16105.pngþ þTEXT\0002\ST16105.txtþ

þST16106þ þST16106þ þST16106þ þST16106þ þST16106þ þST16106þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /spdr_sp_500_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16149þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þspdr_sp_500_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2510þ þb3b5c6e83df769c8963b5f237d78be6bdþ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16106.pngþ þ TEXT\0002\ST16106.txtþ

þST16107þ þST16107þ þST16107þ þST16107þ þST16107þ þST16107þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /standard_poors_500_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16150þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þstandard_poors_500_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2666þ þbbc858cc502400781a639d8bd34ba8d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16107.pngþ þ TEXT\0002\ST16107.txtþ

þST16108þ þST16108þ þST16108þ þST16108þ þST16108þ þST16108þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /standard_poors_500_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16151þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstandard_poors_500_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ 2522þ þe8f1abf98f67c37b0348467cfd20fdacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16108.pngþ þTEXT\0002\ST16108.txtþ

þST16109þ þST16109þ þST16109þ þST16109þ þST16109þ þST16109þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST16152þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThum bs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ68096þ þ6dcf1d56fd1e24f 1c377e6ab3f9f2a59þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0004\ST16109.svn-baseþ þþ

þST16110þ þST16110þ þST16110þ þST16110þ þST16110þ þST16110þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /wilshire5000_eq_index_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16153þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þwilshire5000_eq_index_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ3743þ þ091560f89821e0f817bea41864721380þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16110.pngþ þTEXT\0002\ST16110.txtþ þST16111þ þST16111þ þST16111þ þST16111þ þST16111þ þST16111þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/.svn/text-base /wilshire5000_eq_index_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16154þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwilshire5000_eq_index_unchecked.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ3638þ þ52aa2522ec220795412ee956410c660eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16111.pngþ þTEXT \0002\ST16111.txtþ
þST16112þ þST16112þ þST16112þ þST16112þ þST16112þ þST16112þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/amex_major_mar ket_index_checked.pngþ þþ þþ þ0þ þ1þ þST16069þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þam ex_major_market_index_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3484þ þ783b74fe44bbe6de94aa 1204457cd7a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0004\ST16112.pngþ þTEXT\0002\ST16112.txtþ
þST16113þ þST16113þ þST16113þ þST16113þ þST16113þ þST16113þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/amex_major_mar ket_index_unchecked.pngþ þþ þþ þ0þ þ1þ þST16070þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ amex_major_market_index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3320þ þ5243914cd7ee1cc3 8072c5e0a1f72670þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0004\ST16113.pngþ þTEXT\0002\ST16113.txtþ
þST16114þ þST16114þ þST16114þ þST16114þ þST16114þ þST16114þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/amex_oil_index _checked.pngþ þþ þþ þ0þ þ1þ þST16071þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_oil_in dex_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3032þ þ4931175df027eb63252b4f13cba820a9þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST 16114.pngþ þTEXT\0002\ST16114.txtþ
þST16115þ þST16115þ þST16115þ þST16115þ þST16115þ þST16115þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/amex_oil_index _unchecked.pngþ þþ þþ þ0þ þ1þ þST16072þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_oil_ index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2803þ þ16982c6391f5c887035a8dbf2191be4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 4\ST16115.pngþ þTEXT\0002\ST16115.txtþ
þST16116þ þST16116þ þST16116þ þST16116þ þST16116þ þST16116þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/amex_sp_midcap 400_checked.pngþ þþ þþ þ0þ þ1þ þST16073þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_sp_ midcap400_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3495þ þfd14514f0582c02c719a389cc4157219 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 004\ST16116.pngþ þTEXT\0002\ST16116.txtþ
þST16117þ þST16117þ þST16117þ þST16117þ þST16117þ þST16117þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/amex_sp_midcap 400_unchecked.pngþ þþ þþ þ0þ þ1þ þST16074þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þamex_s p_midcap400_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3348þ þc0a0c858ca67bc2bfd8a5a1d67dc bc4fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0004\ST16117.pngþ þTEXT\0002\ST16117.txtþ
þST16118þ þST16118þ þST16118þ þST16118þ þST16118þ þST16118þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dow_diamonds_c hecked.pngþ þþ þþ þ0þ þ1þ þST16075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_diamonds_ checked.pngþ þ.PNGþ þimage/pngþ þþ þ2394þ þd2d3958c4a57ccf988aaee8426793b21þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1611 8.pngþ þTEXT\0002\ST16118.txtþ
þST16119þ þST16119þ þST16119þ þST16119þ þST16119þ þST16119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dow_diamonds_u nchecked.pngþ þþ þþ þ0þ þ1þ þST16076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_diamond s_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2247þ þdf7794a6ebae7e1a4de013846ef1d119þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST 16119.pngþ þTEXT\0002\ST16119.txtþ
þST16120þ þST16120þ þST16120þ þST16120þ þST16120þ þST16120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dow_jones_ind_ checked.pngþ þþ þþ þ0þ þ1þ þST16077þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_jones_in d_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3722þ þb4adfe610ab88f1ae4f23e913066856bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16 120.pngþ þTEXT\0002\ST16120.txtþ
þST16121þ þST16121þ þST16121þ þST16121þ þST16121þ þST16121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dow_jones_ind_ unchecked.pngþ þþ þþ þ0þ þ1þ þST16078þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdow_jones_ ind_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3584þ þ7780a814a71a2ceb3c87924ad7a0f2b4þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ ST16121.pngþ þTEXT\0002\ST16121.txtþ
þST16122þ þST16122þ þST16122þ þST16122þ þST16122þ þST16122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dowjones_ta_ch
ecked.pngþ þþ þ0þ þ1þ þST16079þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ta_ch
ecked.pngþ þ.PNGþ þimage/pngþ þþ þ3884þ þ57b456b32c81a276e0f7a62e06feaea8þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16122.
pngþ þTEXT\0002\ST16122.txtþ
þST16123þ þST16123þ þST16123þ þST16123þ þST16123þ þST16123þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dowjones_ta_un
checked.pngþ þþ þþ þ0þ þ1þ þST16080þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ta_
unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3711þ þ047b71aa059934e2ea92baeafdbf4720þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16
123.pngþ þTEXT\0002\ST16123.txtþ
þST16124þ þST16124þ þST16124þ þST16124þ þST16124þ þST16124þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dowjones_ua_ch
eckded.pngþ þþ þþ þ0þ þ1þ þST16081þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ua_c
heckded.pngþ þ.PNGþ þimage/pngþ þþ þ3680þ þ345dd6502f6fbfdfffe4ec1b7e42057dþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1612
4.pngþ þTEXT\0002\ST16124.txtþ
þST16125þ þST16125þ þST16125þ þST16125þ þST16125þ þST16125þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/dowjones_ua_un
checked.pngþ þþ þþ þ0þ þ1þ þST16082þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_ua
_uncheckded.pngþ þ.PNGþ þimage/pngþ þþ þ3536þ þ5db9716df884be452e4fb8d6250e45b4þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16125.pngþ þTEXT\0002\ST16125.txtþ
þST16126þ þST16126þ þST16126þ þST16126þ þST16126þ þST16126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nasdaq_100_che
cked.pngþ þþ þþ þ0þ þ1þ þST16083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_100_chec
ked.pngþ þ.PNGþ þimage/pngþ þþ þ2574þ þ1d56ac565160b221711e073734f0388bþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16126.pn
gþ þTEXT\0002\ST16126.txtþ
þST16127þ þST16127þ þST16127þ þST16127þ þST16127þ þST16127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nasdaq_100_unc
hecked.pngþ þþ þþ þ0þ þ1þ þST16084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_100_un
checked.pngþ þ.PNGþ þimage/pngþ þþ þ2429þ þafe9dfe20fe892870d46d71c8f56cd88þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1612
7.pngþ þTEXT\0002\ST16127.txtþ
þST16128þ þST16128þ þST16128þ þST16128þ þST16128þ þST16128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nasdaq_composi
te_checked.pngþ þþ þþ þ0þ þ1þ þST16085þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_co

mposite_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3989þ þ69c6506b658ae6e9f74f45394c4c0c67þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 4\ST16128.pngþ þTEXT\0002\ST16128.txtþ

þST16129þ þST16129þ þST16129þ þST16129þ þST16129þ þST16129þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nasdaq_composi te_unchecked.pngþ þþ þþ þ0þ þ1þ þST16086þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasdaq_ composite_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3837þ þffcfce7ba6612c9bed1303f74b8b35 0eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16129.pngþ þTEXT\0002\ST16129.txtþ

þST16130þ þST16130þ þST16130þ þST16130þ þST16130þ þST16130þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nasdaq_compute r_index_checked.pngþ þþ þþ þ0þ þ1þ þST16087þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnasd aq_computer_index_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3678þ þ81b1d7715b698a7da48f9089 20c57b3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0004\ST16130.pngþ þTEXT\0002\ST16130.txtþ

þST16131þ þST16131þ þST16131þ þST16131þ þST16131þ þST16131þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nasdaq_compute r_index_unchecked.pngþ þþ þþ þ0þ þ1þ þST16088þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpna sdaq_computer_index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3528þ þa8d9ba943bf10fa6f86f e36979494e18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0004\ST16131.pngþ þTEXT\0002\ST16131.txtþ

þST16132þ þST16132þ þST16132þ þST16132þ þST16132þ þST16132þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nyse_composite _index_checked.pngþ þþ þþ þ0þ þ1þ þST16089þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnyse_ composite_index_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3522þ þ31cf12274392fba0c6778fc208 2cfd18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0004\ST16132.pngþ þTEXT\0002\ST16132.txtþ

þST16133þ þST16133þ þST16133þ þST16133þ þST16133þ þST16133þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/nyse_composite _index_unchecked.pngþ þþ þþ þ0þ þ1þ þST16090þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnys e_composite_index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3377þ þ376ce72df7b2f0d5bfff8d 919e25c3d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16133.pngþ þTEXT\0002\ST16133.txtþ

þST16134þ þST16134þ þST16134þ þST16134þ þST16134þ þST16134þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/phlx_gold_silv er_index_checked.pngþ þþ þþ þ0þ þ1þ þST16091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphl x_gold_silver_index_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3397þ þ58aef3701f213840898a6b 4f019947d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ

þNATIVES\0004\ST16134.pngþ þTEXT\0002\ST16134.txtþ

þST16135þ þST16135þ þST16135þ þST16135þ þST16135þ þST16135þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/phlx_gold_silver_index_unchecked.pngþ þþ þþ þ0þ þ1þ þST16092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ hlx_gold_silver_index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3257þ þca6e3c94318fd4a18c 6cf3255dfdbefbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0004\ST16135.pngþ þTEXT\0002\ST16135.txtþ

þST16136þ þST16136þ þST16136þ þST16136þ þST16136þ þST16136þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/phlx_semiconductor_index_checked.pngþ þþ þþ þ0þ þ1þ þST16093þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ hlx_semiconductor_index_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3524þ þa3b77255ca2ebbab4c 56cec39b95ead5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0004\ST16136.pngþ þTEXT\0002\ST16136.txtþ

þST16137þ þST16137þ þST16137þ þST16137þ þST16137þ þST16137þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/phlx_semiconductor_index_unchecked.pngþ þþ þþ þ0þ þ1þ þST16094þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphlx_semiconductor_index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3382þ þc1363f747c921b 1d6641be136ab10349þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0004\ST16137.pngþ þTEXT\0002\ST16137.txtþ

þST16138þ þST16138þ þST16138þ þST16138þ þST16138þ þST16138þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/qqq_power_shares_checked.pngþ þþ þþ þ0þ þ1þ þST16095þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þqqq_power _shares_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2959þ þe5357052a4d449ff62c199d3b4e99373þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 4\ST16138.pngþ þTEXT\0002\ST16138.txtþ

þST16139þ þST16139þ þST16139þ þST16139þ þST16139þ þST16139þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/qqq_power_shares_unchecked.pngþ þþ þþ þ0þ þ1þ þST16096þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þqqq_power_shares_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2811þ þbb2ba39b0a13eae02206db2368263a ebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16139.pngþ þTEXT\0002\ST16139.txtþ

þST16140þ þST16140þ þST16140þ þST16140þ þST16140þ þST16140þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/russel_1000_checked.pngþ þþ þþ þ0þ þ1þ þST16097þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_1000_ch ecked.pngþ þ.PNGþ þimage/pngþ þþ þ2379þ þ0c6d13246639d72f4524787f320f8a05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16140. pngþ þTEXT\0002\ST16140.txtþ

þST16141þ þST16141þ þST16141þ þST16141þ þST16141þ þST16141þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/russel_1000_unchecked.pngþ þþ þþ þþ þ0þ þ1þ þST16098þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_1000_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ234þ þc50fe7a65c0aae40e718e6ed8cecce09þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16141.pngþ þTEXT\0002\ST16141.txtþ

þST16142þ þST16142þ þST16142þ þST16142þ þST16142þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/russel_2000_checked.pngþ þþ þþ þþ þ0þ þ1þ þST16099þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_2000_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3131þ þe1787729be64c6f53f7a6cf7b097d582þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16142.pngþ þTEXT\0002\ST16142.txtþ

þST16143þ þST16143þ þST16143þ þST16143þ þST16143þ þST16143þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/russel_2000_unchecked.pngþ þþ þþ þþ þ0þ þ1þ þST16100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_2000_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2986þ þf94c19735bd912dfe6c22a6bed4864fcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16143.pngþ þTEXT\0002\ST16143.txtþ

þST16144þ þST16144þ þST16144þ þST16144þ þST16144þ þST16144þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/russel_3000_checked.pngþ þþ þþ þþ þ0þ þ1þ þST16101þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_3000_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2405þ þ9f19b5996a6a8e9a0544eb60570a8456þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16144.pngþ þTEXT\0002\ST16144.txtþ

þST16145þ þST16145þ þST16145þ þST16145þ þST16145þ þST16145þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/russel_3000_unchecked.pngþ þþ þþ þþ þ0þ þ1þ þST16102þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrussel_3000_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2259þ þfebe9f8f428ef9c817b552a9207ca86þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16145.pngþ þTEXT\0002\ST16145.txtþ

þST16146þ þST16146þ þST16146þ þST16146þ þST16146þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/sp_100_checked.pngþ þþ þþ þþ þ0þ þ1þ þST16103þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsp_100_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2725þ þ09a17bae2664e506cfb32e8af360bb7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16146.pngþ þTEXT\0002\ST16146.txtþ

þST16147þ þST16147þ þST16147þ þST16147þ þST16147þ þST16147þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/sp_100_uncheck
ed.pngþ þþ þþ þ0þ þ1þ þST16104þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsp_100_unchecked.
pngþ þ.PNGþ þimage/pngþ þþ þ2582þ þ579e08f636a19d1f320c521c8742aa54þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16147.pngþ þ
TEXT\0002\ST16147.txtþ
þST16148þ þST16148þ þST16148þ þST16148þ þST16148þ þST16148þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/spdr_sp_500_ch
ecked.pngþ þþ þþ þ0þ þ1þ þST16105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspdr_sp_500_ch
ecked.pngþ þ.PNGþ þimage/pngþ þþ þ2657þ þa224b6dfcf57fc73cd55f4dceaab2221þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16148.
pngþ þTEXT\0002\ST16148.txtþ
þST16149þ þST16149þ þST16149þ þST16149þ þST16149þ þST16149þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/spdr_sp_500_un
checked.pngþ þþ þþ þ0þ þ1þ þST16106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þspdr_sp_500_
unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2510þ þ3b5c6e83df769c8963b5f237d78be6bdþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16
149.pngþ þTEXT\0002\ST16149.txtþ
þST16150þ þST16150þ þST16150þ þST16150þ þST16150þ þST16150þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/standard_poors
_500_checked.pngþ þþ þþ þ0þ þ1þ þST16107þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstandar
d_poors_500_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2666þ þbbc858cc502400781a639d8bd34ba8
d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16150.pngþ þTEXT\0002\ST16150.txtþ
þST16151þ þST16151þ þST16151þ þST16151þ þST16151þ þST16151þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/standard_poors
_500_unchecked.pngþ þþ þþ þ0þ þ1þ þST16108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstand
ard_poors_500_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2522þ þe8f1abf98f67c37b0348467cfd
20fdacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0004\ST16151.pngþ þTEXT\0002\ST16151.txtþ
þST16152þ þST16152þ þST16152þ þST16152þ þST16152þ þST16152þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/Thumbs.dbþ þþ þ
þ þ0þ þ1þ þST16109þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication
/x-tika-msofficeþ þþ þ68096þ þ6dcf1d56fd1e24f1c377e6ab3f9f2a59þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16152.dbþ þþ þþ þþ
þST16153þ þST16153þ þST16153þ þST16153þ þST16153þ þST16153þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/wilshire5000_e
q_index_checked.pngþ þþ þþ þ0þ þ1þ þST16110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwils
hire5000_eq_index_checked.pngþ þ.PNGþ þimage/pngþ þþ þ3743þ þ091560f89821e0f817bea418

64721380þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0004\ST16153.pngþ þTEXT\0002\ST16153.txtþ

þST16154þ þST16154þ þST16154þ þST16154þ þST16154þ þST16154þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/indices/wilshire5000_e q_index_unchecked.pngþ þþ þþ þ0þ þ1þ þST16111þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwi lshire5000_eq_index_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ3638þ þ52aa2522ec220795412e e956410c660eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0004\ST16154.pngþ þTEXT\0002\ST16154.txtþ

þST16155þ þST16155þ þST16155þ þST16155þ þST16155þ þST16155þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Load_click.pngþ þþ þþ þ 0þ þ1þ þST15457þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoad_click.pngþ þ.PNGþ þimage/p ngþ þþ þ1568þ þc2cf02472485504b43946e9057fa9691þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16155.pngþ þTEXT\0002\ST16155.t xtþ

þST16156þ þST16156þ þST16156þ þST16156þ þST16156þ þST16156þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Load.pngþ þþ þþ þ0þ þ1þ þST15458þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoad.pngþ þ.PNGþ þimage/pngþ þþ þ1573þ þbb330a0e4fcccef90059de20725bc6ffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16156.pngþ þþ

þST16157þ þST16157þ þST16157þ þST16157þ þST16157þ þST16157þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/markets_o.pngþ þþ þþ þ0 þ þ1þ þST15459þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets_o.pngþ þ.PNGþ þimage/png þ þþ þ1326þ þfd040dcbc9aaeb7874e408f3cca68ebbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16157.pngþ þTEXT\0002\ST16157.txtþ þST16158þ þST16158þ þST16158þ þST16158þ þST16158þ þST16158þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/markets_y.pngþ þþ þþ þ0 þ þ1þ þST15460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets_y.pngþ þ.PNGþ þimage/png þ þþ þ1172þ þa278d308d4d641d228799cf914916269þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16158.pngþ þTEXT\0002\ST16158.txtþ þST16159þ þST16159þ þST16159þ þST16159þ þST16159þ þST16159þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/markets.pngþ þþ þþ þ0þ þ1þ þST15461þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarkets.pngþ þ.PNGþ þimage/pngþ þþ þ1395þ þebc8f133cb7aa5ec289c2e7643e27580þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16159.pngþ þTEXT\0002\ST16159.txtþ þST16160þ þST16160þ þST16160þ þST16160þ þST16160þ þST16160þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/mm_list_only_selected.

pngþ þþ þþ þ0þ þ1þ þST15462þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_list_only_selecte
d.pngþ þ.PNGþ þimage/pngþ þþ þ2438þ þ0fc78d41fa933f58db1d9dce3801330eþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16160.pngþ
þTEXT\0002\ST16160.txtþ

þST16161þ þST16161þ þST16161þ þST16161þ þST16161þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/mm_list_only_unselecte
d.pngþ þþ þ0þ þ1þ þST15463þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_list_only_unsel
ected.pngþ þ.PNGþ þimage/pngþ þþ þ2297þ þ5b99e36e09ad6b8061f5f3feb9290250þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16161.
pngþ þTEXT\0002\ST16161.txtþ

þST16162þ þST16162þ þST16162þ þST16162þ þST16162þ þST16162þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/mm_lsettings_default.p
ngþ þþ þþ þ0þ þ1þ þST15464þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_default.
pngþ þ.PNGþ þimage/pngþ þþ þ1847þ þ703f006c504fd5c887100fec52c958e2þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16162.pngþ þ
TEXT\0002\ST16162.txtþ

þST16163þ þST16163þ þST16163þ þST16163þ þST16163þ þST16163þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/mm_lsettings_o.pngþ þþ
þþ þ0þ þ1þ þST15465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_o.pngþ þ.PNGþ þ
image/pngþ þþ þ2024þ þ9d0ef7ffafc7f7a629ed29c06bd04a0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16163.pngþ þTEXT\0002\ST1
6163.txtþ

þST16164þ þST16164þ þST16164þ þST16164þ þST16164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/mm_lsettings_y.pngþ þþ
þþ þ0þ þ1þ þST15466þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_lsettings_y.pngþ þ.PNGþ þ
image/pngþ þþ þ1833þ þ91678dea7367353343618e45d3e2dbadþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16164.pngþ þTEXT\0002\ST1
6164.txtþ

þST16165þ þST16165þ þST16165þ þST16165þ þST16165þ þST16165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/News
Search_click.pngþ þþ þþ þ0þ þ1þ þST15467þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews
Search_click.png þ.PNGþ þimage/pngþ þþ þ3090þ þa5c2ba33b2954122efd8a2b01935f8e1þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16165.pngþ þTEXT\0002\ST16165.txtþ

þST16166þ þST16166þ þST16166þ þST16166þ þST16166þ þST16166þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/News
Search.pngþ þþ þþ þ0þ þ1þ þST15468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews
Search.pngþ þ.PNGþ þimage/pngþ þþ þ2885þ þf96bda5a175ae475a301aa3c145864a0þ þ1þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16166 .pngþ þTEXT\0002\ST16166.txtþ

þST16167þ þST16167þ þST16167þ þST16167þ þST16167þ þST16167þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_and_press_checked .pngþ þþ þþ þ0þ þ1þ þST15469þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_and_press_chec ked.pngþ þ.PNGþ þimage/pngþ þþ þ1717þ þ7ad100a54ccb07192db58b1eb70a23b9þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16167.pn gþ þTEXT\0002\ST16167.txtþ

þST16168þ þST16168þ þST16168þ þST16168þ þST16168þ þST16168þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_and_press.pngþ þþ þþ þþ þ0þ þ1þ þST15470þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_and_press.pngþ þ.PNGþ þ image/pngþ þþ þ1523þ þ107d29fb4346661c62bd3810815f8535þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16168.pngþ þTEXT\0002\ST1 6168.txtþ

þST16169þ þST16169þ þST16169þ þST16169þ þST16169þ þST16169þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_search_o.pngþ þþ þ þ þ0þ þ1þ þST15471þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_o.pngþ þ.PNGþ þim age/pngþ þþ þ1263þ þd0e705919a88f5c4c2d8502ef8d77fe0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16169.pngþ þTEXT\0002\ST16169.txtþ

þST16170þ þST16170þ þST16170þ þST16170þ þST16170þ þST16170þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_search_y.pngþ þþ þ þ þ0þ þ1þ þST15472þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_y.pngþ þ.PNGþ þim age/pngþ þþ þ1115þ þf01e19e91f437b7d3f4800ef919a7c70þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16170.pngþ þTEXT\0002\ST16170.txtþ

þST16171þ þST16171þ þST16171þ þST16171þ þST16171þ þST16171þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_search.pngþ þþ þþ þ0þ þ1þ þST15473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search.pngþ þ.PNGþ þimage /pngþ þþ þ1313þ þe9fccf8cbd8158c3740ee486c372a3a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16171.pngþ þTEXT\0002\ST16171.txtþ

þST16172þ þST16172þ þST16172þ þST16172þ þST16172þ þST16172þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_types_o.pngþ þþ þþ þ þ þ0þ þ1þ þST15474þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types_o.pngþ þ.PNGþ þimag e/pngþ þþ þ1240þ þ0068f6b85eaeb62dd4a5c56bda687a44þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16172.pngþ þTEXT\0002\ST16172 .txtþ

þST16173þ þST16173þ þST16173þ þST16173þ þST16173þ þST16173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_types_y.pngþ þþ þþ
 þ0þ þ1þ þST15475þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types_y.pngþ þ.PNGþ þimag
e/pngþ þþ þ1085þ þ154713777175be8d84da9e1a972c84a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16173.pngþ þTEXT\0002\ST16173
.txtþ

þST16174þ þST16174þ þST16174þ þST16174þ þST16174þ þST16174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/news_types.pngþ þþ þþ þ
0þ þ1þ þST15476þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_types.pngþ þ.PNGþ þimage/p
ngþ þþ þ1314þ þbf9f27780a14345080b62a7751133d12þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16174.pngþ þTEXT\0002\ST16174.t
xtþ

þST16175þ þST16175þ þST16178þ þST16175þ þST16178þ þST16175þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/all-w
cpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext
/plainþ þþ þ6488þ þ244882e89f238ef574d0bb55862d3ad5þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16175.txtþ þTEXT\0002\ST1617
5.txtþ

þST16179þ þST16179þ þST16186þ þST16179þ þST16186þ þST16179þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/entri
esþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:0
0:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ5148þ þ9c3e4e87e8b00412e629
6131ab07cc86þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0004\ST16179.txtþ þTEXT\0002\ST16179.txtþ

þST16187þ þST16187þ þST16187þ þST16187þ þST16187þ þST16187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/briefing_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbriefing_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16187.txtþ þTEXT\0002\ST1
6187.txtþ
þST16188þ þST16188þ þST16188þ þST16188þ þST16188þ þST16188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/briefing.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;

ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;

ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;

ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbriefing.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16188.txtþ þTEXT
\0002\ST16188.txtþ
þST16189þ þST16189þ þST16189þ þST16189þ þST16189þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/business_wire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbusiness_wire_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16189.txtþ þTEXT\000
2\ST16189.txtþ
þST16190þ þST16190þ þST16190þ þST16190þ þST16190þ þST16190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/business_wire.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;

ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbusiness_wire.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16190.txtþ þTEXT\0002\ST1619
0.txtþ
þST16191þ þST16191þ þST16191þ þST16191þ þST16191þ þST16191þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn-prop-
base/ca_newswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;

ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;

ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17616; ST17617; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;

ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þca_newswire_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16191.txtþ þTEXT\0002\S
T16191.txtþ
þST16192þ þST16192þ þST16192þ þST16192þ þST16192þ þST16192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/ca_newswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;

ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;

ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;

ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þca_newswire.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16192.txtþ þTEXT\0002\ST16192.txtþ
þST16193þ þST16193þ þST16193þ þST16193þ þST16193þ þST16193þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/cnn_mathews_checled.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcnn_mathews_checled.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16193.txtþ þTEXT\0002\S
T16193.txtþ
þST16194þ þST16194þ þST16194þ þST16194þ þST16194þ þST16194þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/cnn_mathews.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcnn_mathews.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16194.txtþ þTEXT\0002\ST16194.txtþ
þST16195þ þST16195þ þST16195þ þST16195þ þST16195þ þST16195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn-prop-
base/com_newsgroup_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;

ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;

ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;

ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcom_newsgroup_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16195.txtþ þTEXT\000
2\ST16195.txtþ
þST16196þ þST16196þ þST16196þ þST16196þ þST16196þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-

base/com_newsgroup.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;

ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18837; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcom_newsgroup.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16196.txtþ þTEXT\0002\ST1619
6.txtþ

þST16197þ þST16197þ þST16197þ þST16197þ þST16197þ þST16197þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/dowjones_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;

ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16796; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;

ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16197.txtþ þTEXT\0002\ST1
6197.txtþ
þST16198þ þST16198þ þST16198þ þST16198þ þST16198þ þST16198þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/dowjones.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;

ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;

ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16198.txtþ þTEXT
\0002\ST16198.txtþ

þST16199þ þST16199þ þST16199þ þST16199þ þST16199þ þST16199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/flyonwall_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;

ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflyonwall_checked.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16199.txtþ þTEXT\0002\ST16199.txtþ
þST16200þ þST16200þ þST16200þ þST16200þ þST16200þ þST16200þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/flyonwall.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15951; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;

ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;

ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflyonwall.png.svn-baseþ þ.TXTþ þtext/p

lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16200.txtþ þTEXT\0002\ST16200.t
xtþ

þST16201þ þST16201þ þST16201þ þST16201þ þST16201þ þST16201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/hugin_news_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;

ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;

ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;

ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhugin_news_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16201.txtþ þTEXT\0002\ST
16201.txtþ
þST16202þ þST16202þ þST16202þ þST16202þ þST16202þ þST16202þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/hugin_news.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;

ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;

ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;

ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ phugin_news.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16202.txtþ þTEXT\0002\ST16202.
txtþ

þST16203þ þST16203þ þST16203þ þST16203þ þST16203þ þST16203þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/investrend_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;

ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;

ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;

ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinvestrend_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16203.txtþ þTEXT\0002\ST
16203.txtþ
þST16204þ þST16204þ þST16204þ þST16204þ þST16204þ þST16204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/investrend.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;

ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinvestrend.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16204.txtþ þTEXT\0002\ST16204.
txtþ
þST16205þ þST16205þ þST16205þ þST16205þ þST16205þ þST16205þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/japan_corp_news_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjapan_corp_news_checked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16205.txtþ þTEXT\00
02\ST16205.txtþ

þST16206þ þST16206þ þST16206þ þST16206þ þST16206þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/japan_corp_news.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;

ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;

ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjapan_corp_news.png.svn-baseþ þ.TXTþ þ text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16206.txtþ þTEXT\0002\ST16 206.txtþ

þST16207þ þST16207þ þST16207þ þST16207þ þST16207þ þST16207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-base/knight_ridder_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;

ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;

ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;

ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þknight_ridder_checked.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16207.txtþ þTEXT\000
2\ST16207.txtþ
þST16208þ þST16208þ þST16208þ þST16208þ þST16208þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn-prop-
base/knight_ridder.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;

ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17225; ST17229; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þknight_ridder.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16208.txtþ þTEXT\0002\ST1620
8.txtþ
þST16209þ þST16209þ þST16209þ þST16209þ þST16209þ þST16209þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/m2presswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;

ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;

ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;

ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þm2presswire_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16209.txtþ þTEXT\0002\S
T16209.txtþ

þST16210þ þST16210þ þST16210þ þST16210þ þST16210þ þST16210þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/m2presswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;

ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;

ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;

ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ pm2presswire.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16210.txtþ þTEXT\0002\ST16210.txtþ
þST16211þ þST16211þ þST16211þ þST16211þ þST16211þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/marketwire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;

ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketwire_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16211.txtþ þTEXT\0002\ST
16211.txtþ

þST16212þ þST16212þ þST16212þ þST16212þ þST16212þ þST16212þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/marketwire.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;

ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;

ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;

ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20207; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketwire.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16212.txtþ þTEXT\0002\ST16212.
txtþ
þST16213þ þST16213þ þST16213þ þST16213þ þST16213þ þST16213þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/Newswires_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;

ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;

ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;

ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewswires_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16213.txtþ þTEXT\0002\ST16213.txtþ
þST16214þ þST16214þ þST16214þ þST16214þ þST16214þ þST16214þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/Newswires_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;

ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;

ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17815; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18131; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;

ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewswires_unchecked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16214.txtþ þTEXT\0002\S
T16214.txtþ
þST16215þ þST16215þ þST16215þ þST16215þ þST16215þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/pr_newswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;

ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;

ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;

ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpr_newswire_checked.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16215.txtþ þTEXT\0002\S
T16215.txtþ

þST16216þ þST16216þ þST16216þ þST16216þ þST16216þ þST16216þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/pr_newswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;

ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpr_newswire.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16216.txtþ þTEXT\0002\ST16216.txtþ
þST16217þ þST16217þ þST16217þ þST16217þ þST16217þ þST16217þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/primezone_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;

ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;

ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18780; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;

ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprimezone_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16217.txtþ þTEXT\0002\ST16217.txtþ
þST16218þ þST16218þ þST16218þ þST16218þ þST16218þ þST16218þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/primezone.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;

ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;

ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprimezone.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16218.txtþ þTEXT\0002\ST16218.t
xtþ
þST16219þ þST16219þ þST16219þ þST16219þ þST16219þ þST16219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn-prop-
base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;

ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;

ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17640; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16219.txtþ þTEXT\0002\ST16219.txtþ
þST16220þ þST16220þ þST16220þ þST16220þ þST16220þ þST16220þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn-prop-
base/usnewswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;

ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;

ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;

ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þusnewswire_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16220.txtþ þTEXT\0002\ST
16220.txtþ
þST16221þ þST16221þ þST16221þ þST16221þ þST16221þ þST16221þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/prop-
base/usnewswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;

ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;

ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;

ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þusnewswire.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16221.txtþ þTEXT\0002\ST16221.
txtþ
þST16222þ þST16222þ þST16222þ þST16222þ þST16222þ þST16222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/briefing_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þbriefing_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4790þ þ793625616ee0c
4563c7dd3764148ad0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0004\ST16222.pngþ þTEXT\0002\ST16222.txtþ
þST16223þ þST16223þ þST16223þ þST16223þ þST16223þ þST16223þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/briefing.png.svn-baseþ þþ þþ þ0þ þ1þ þST16258þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þbriefing.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4570þ þd3f62c7e9effb3f0369e57782f17
b199þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0004\ST16223.pngþ þTEXT\0002\ST16223.txtþ

þST16224þ þST16224þ þST16224þ þST16224þ þST16224þ þST16224þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/business_wire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16259þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbusiness_wire_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1627þ þ594 cac0f8640026d0d86cd9d12104ce1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16224.pngþ þTEXT\0002\ST16224.txtþ

þST16225þ þST16225þ þST16225þ þST16225þ þST16225þ þST16225þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/business_wire.png.svn-baseþ þþ þþ þ0þ þ1þ þST16260þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbusiness_wire.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1440þ þ2b283b3b42cfd80bd3 377d106d4a1b12þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0004\ST16225.pngþ þTEXT\0002\ST16225.txtþ

þST16226þ þST16226þ þST16226þ þST16226þ þST16226þ þST16226þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/ca_newswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16261þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þca_newswire_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1712þ þa8eeb41 e22fd1e9e47e7bcf442099a4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16226.pngþ þTEXT\0002\ST16226.txtþ

þST16227þ þST16227þ þST16227þ þST16227þ þST16227þ þST16227þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/ca_newswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST16262þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þca_newswire.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1514þ þ98de78ad7632eb09d89fa0a a9b4d64e3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0004\ST16227.pngþ þTEXT\0002\ST16227.txtþ

þST16228þ þST16228þ þST16228þ þST16228þ þST16228þ þST16228þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/cnn_mathews_checled.png.svn-baseþ þþ þþ þ0þ þ1þ þST16263þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcnn_mathews_checled.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1650þ þ493a843 5250ddeaf21cbd898be348b57þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16228.pngþ þTEXT\0002\ST16228.txtþ

þST16229þ þST16229þ þST16229þ þST16229þ þST16229þ þST16229þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/cnn_mathews.png.svn-baseþ þþ þþ þ0þ þ1þ þST16264þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcnn_mathews.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1457þ þc3f21c4dc9277a5113c6aa1 adadfa178þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0004\ST16229.pngþ þTEXT\0002\ST16229.txtþ

þST16230þ þST16230þ þST16230þ þST16230þ þST16230þ þST16230þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/com_newsgroup_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16265þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcom_newsgroup_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1799þ þ648 01f21c2253fbba5149c294cc84feaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16230.pngþ þTEXT\0002\ST16230.txtþ þST16231þ þST16231þ þST16231þ þST16231þ þST16231þ þST16231þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/com_newsgroup.png.svn-baseþ þþ þþ þ0þ þ1þ þST16266þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcom_newsgroup.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1613þ þbc46e660bdd8bb3fcb d210f06a062130þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16231.pngþ þTEXT\0002\ST16231.txtþ þST16232þ þST16232þ þST16232þ þST16232þ þST16232þ þST16232þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/dowjones_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16267þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4651þ þ2323c94262a7e 900c24916279e590947þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0004\ST16232.pngþ þTEXT\0002\ST16232.txtþ þST16233þ þST16233þ þST16233þ þST16233þ þST16233þ þST16233þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/dowjones.png.svn-baseþ þþ þþ þ0þ þ1þ þST16268þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ444þ þdc0054b7f44b26d85c110b255203 fb59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0004\ST16233.pngþ þTEXT\0002\ST16233.txtþ þST16234þ þST16234þ þST16234þ þST16234þ þST16234þ þST16234þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/flyonwall_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16269þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflyonwall_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5081þ þ4c95040d5255d5c33b24d2ca5d43f923þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16234.pngþ þTEXT\0002\ST16234.txtþ þST16235þ þST16235þ þST16235þ þST16235þ þST16235þ þST16235þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/flyonwall.png.svn-baseþ þþ þþ þ0þ þ1þ þST16270þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflyonwall.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4876þ þ2f2e59fecda71f236f38e4fa8481f29cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16235.pngþ þTEXT\0002\ST16235.txtþ þST16236þ þST16236þ þST16236þ þST16236þ þST16236þ þST16236þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/hugin_news_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16271þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þhugin_news_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1544þ þf5c160422 bf9559da94d0cc4c5b7d62aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0004\ST16236.pngþ þTEXT\0002\ST16236.txtþ þST16237þ þST16237þ þST16237þ þST16237þ þST16237þ þST16237þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/hugin_news.png.svn-baseþ þþ þþ þ0þ þ1þ þST16272þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þhugin_news.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1353þ þ5ccd7af01d06351b34051dbaf 744b6e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0004\ST16237.pngþ þTEXT\0002\ST16237.txtþ þST16238þ þST16238þ þST16238þ þST16238þ þST16238þ þST16238þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/investrend_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16273þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þinvestrend_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1473þ þ4b39878da 4c9d143984ca05fb37059f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0004\ST16238.pngþ þTEXT\0002\ST16238.txtþ þST16239þ þST16239þ þST16239þ þST16239þ þST16239þ þST16239þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/investrend.png.svn-baseþ þþ þþ þ0þ þ1þ þST16274þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þinvestrend.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1283þ þ4141c3c4485055ff1e848027d de19f3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0004\ST16239.pngþ þTEXT\0002\ST16239.txtþ þST16240þ þST16240þ þST16240þ þST16240þ þST16240þ þST16240þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/japan_corp_news_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16275þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þjapan_corp_news_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1750þ þ2c4829056c7d4f801236846ec539f20bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16240.pngþ þTEXT\0002\ST16240.txtþ þST16241þ þST16241þ þST16241þ þST16241þ þST16241þ þST16241þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/japan_corp_news.png.svn-baseþ þþ þþ þ0þ þ1þ þST16276þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þjapan_corp_news.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1554þ þ70322bd24d098c0 600ad5a26e3a35641þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16241.pngþ þTEXT\0002\ST16241.txtþ þST16242þ þST16242þ þST16242þ þST16242þ þST16242þ þST16242þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-

base/knight_ridder_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16277þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þknight_ridder_checked.png.svn-base þ.PNGþ þimage/pngþ þþ þ1753þ þ7ca
18419173e48c34a3e1243a3017405þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16242.pngþ þTEXT\0002\ST16242.txtþ
þST16243þ þST16243þ þST16243þ þST16243þ þST16243þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/knight_ridder.png.svn-baseþ þþ þþ þ0þ þ1þ þST16278þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þknight_ridder.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1557þ þ9065c16543ffafaf7e
2a22f96535cf79þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0004\ST16243.pngþ þTEXT\0002\ST16243.txtþ
þST16244þ þST16244þ þST16244þ þST16244þ þST16244þ þST16244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/m2presswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16279þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þm2presswire_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1564þ þ2516cdf
d808241f6e215e1a15954c783þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0004\ST16244.pngþ þTEXT\0002\ST16244.txtþ
þST16245þ þST16245þ þST16245þ þST16245þ þST16245þ þST16245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/m2presswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST16280þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þm2presswire.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1379þ þ07777cc74db95cc95896489
095623094þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0004\ST16245.pngþ þTEXT\0002\ST16245.txtþ
þST16246þ þST16246þ þST16246þ þST16246þ þST16246þ þST16246þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/marketwire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16281þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þmarketwire_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1607þ þ036cbcf39
7c01b51b34f185b64b612e0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0004\ST16246.pngþ þTEXT\0002\ST16246.txtþ
þST16247þ þST16247þ þST16247þ þST16247þ þST16247þ þST16247þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/marketwire.png.svn-baseþ þþ þþ þ0þ þ1þ þST16282þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þmarketwire.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1420þ þ5b073480da404397b36acf87f
3aefd3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0004\ST16247.pngþ þTEXT\0002\ST16247.txtþ
þST16248þ þST16248þ þST16248þ þST16248þ þST16248þ þST16248þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-
base/Newswires_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16283þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þNewswires_checked.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ2372þ þ187785a546a5e764a4b71a8fbc7ba74fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16248.pngþ þ TEXT\0002\ST16248.txtþ

þST16249þ þST16249þ þST16249þ þST16249þ þST16249þ þST16249þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/Newswires_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16284þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewswires_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2176þ þ2db9b50 12ebd96e321db36dab5f91d2dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16249.pngþ þTEXT\0002\ST16249.txtþ

þST16250þ þST16250þ þST16250þ þST16250þ þST16250þ þST16250þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/pr_newswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16285þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpr_newswire_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1569þ þ5493323 481ce318421d769d5e9b76768þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16250.pngþ þTEXT\0002\ST16250.txtþ

þST16251þ þST16251þ þST16251þ þST16251þ þST16251þ þST16251þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/pr_newswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST16286þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpr_newswire.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1380þ þfa6813a3c20936eed310b9c fd09d7212þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0004\ST16251.pngþ þTEXT\0002\ST16251.txtþ

þST16252þ þST16252þ þST16252þ þST16252þ þST16252þ þST16252þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/primezone_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16287þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprimezone_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1482þ þ725e7c84d465a82f831673de2b5f2aa6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16252.pngþ þ TEXT\0002\ST16252.txtþ

þST16253þ þST16253þ þST16253þ þST16253þ þST16253þ þST16253þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/primezone.png.svn-baseþ þþ þþ þ0þ þ1þ þST16288þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprimezone.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1297þ þ5611e858c2bc2dc58bc27e20cf7f1ae6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16253.pngþ þ TEXT\0002\ST16253.txtþ

þST16254þ þST16254þ þST16254þ þST16254þ þST16254þ þST16254þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST16289þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

Thumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ5632þ þ46634b94dc42 19d65c455738173c93adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0004\ST16254.svn-baseþ þþ

þST16255þ þST16255þ þST16255þ þST16255þ þST16255þ þST16255þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/usnewswire_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16290þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þusnewswire_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2182þ þ8ce398652 d59f730e920843e7bab1828þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0004\ST16255.pngþ þTEXT\0002\ST16255.txtþ

þST16256þ þST16256þ þST16256þ þST16256þ þST16256þ þST16256þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/.svn/text-base/usnewswire.png.svn-baseþ þþ þþ þ0þ þ1þ þST16291þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þusnewswire.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1981þ þc6d277065ffabe50519b6dbb4 5c78cf0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0004\ST16256.pngþ þTEXT\0002\ST16256.txtþ

þST16257þ þST16257þ þST16257þ þST16257þ þST16257þ þST16257þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/briefing_c hecked.pngþ þþ þþ þ0þ þ1þ þST16222þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbriefing_chec ked.pngþ þ.PNGþ þimage/pngþ þþ þ4790þ þ793625616ee0c4563c7dd3764148ad0bþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16257.pn gþ þTEXT\0002\ST16257.txtþ

þST16258þ þST16258þ þST16258þ þST16258þ þST16258þ þST16258þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/briefing.p ngþ þþ þþ þ0þ þ1þ þST16223þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbriefing.pngþ þ.PNGþ þ image/pngþ þþ þ4570þ þd3f62c7e9effb3f0369e57782f17b199þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16258.pngþ þTEXT\0002\ST1 6258.txtþ

þST16259þ þST16259þ þST16259þ þST16259þ þST16259þ þST16259þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/business_w ire_checked.pngþ þþ þþ þ0þ þ1þ þST16224þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbusiness _wire_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1627þ þ594cac0f8640026d0d86cd9d12104ce1þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ ST16259.pngþ þTEXT\0002\ST16259.txtþ

þST16260þ þST16260þ þST16260þ þST16260þ þST16260þ þST16260þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/business_w ire.pngþ þþ þþ þ0þ þ1þ þST16225þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbusiness_wire.pn gþ þ.PNGþ þimage/pngþ þþ þ1440þ þ2b283b3b42cfd80bd3377d106d4a1b12þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16260.pngþ þTEX

T\0002\ST16260.txtþ

þST16261þ ST16261þ þST16261þ þST16261þ þST16261þ þST16261þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/ca_newswir e_checked.pngþ þþ þþ þ0þ þ1þ þST16226þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þca_newswir e_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1712þ þa8eeb41e22fd1e9e47e7bcf442099a4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16 261.pngþ þTEXT\0002\ST16261.txtþ

þST16262þ þST16262þ þST16262þ þST16262þ þST16262þ þST16262þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/ca_newswir e.pngþ þþ þþ þ0þ þ1þ þST16227þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þca_newswire.pngþ þ .PNGþ þimage/pngþ þþ þ1514þ þ98de78ad7632eb09d89fa0aa9b4d64e3þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16262.pngþ þTEXT\00 02\ST16262.txtþ

þST16263þ þST16263þ þST16263þ þST16263þ þST16263þ þST16263þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/cnn_mathew s_checked.pngþ þþ þþ þ0þ þ1þ þST16228þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcnn_mathew s_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1650þ þ493a8435250ddeaf21cbd898be348b57þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16 263.pngþ þTEXT\0002\ST16263.txtþ

þST16264þ þST16264þ þST16264þ þST16264þ þST16264þ þST16264þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/cnn_mathew s.pngþ þþ þþ þ0þ þ1þ þST16229þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcnn_mathews.pngþ þ .PNGþ þimage/pngþ þþ þ1457þ þc3f21c4dc9277a5113c6aa1adadfa178þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16264.pngþ þTEXT\00 02\ST16264.txtþ

þST16265þ þST16265þ þST16265þ þST16265þ þST16265þ þST16265þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/com_newsgr oup_checked.pngþ þþ þþ þ0þ þ1þ þST16230þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcom_news group_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1799þ þ64801f21c2253fbba5149c294cc84feaþ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ ST16265.pngþ þTEXT\0002\ST16265.txtþ

þST16266þ þST16266þ þST16266þ þST16266þ þST16266þ þST16266þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/com_newsgr oup.pngþ þþ þþ þ0þ þ1þ þST16231þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcom_newsgroup.pn gþ þ.PNGþ þimage/pngþ þþ þ1613þ þbc46e660bdd8bb3fcbd210f06a062130þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16266.pngþ þTEX T\0002\ST16266.txtþ

þST16267þ þST16267þ þST16267þ þST16267þ þST16267þ þST16267þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/dowjones_checked.pngþ þþ þþ þþ þ0þ þ1þ þST16232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones_checked.pngþ þ.PNGþ þimage/pngþ þþ þ4651þ þ2323c94262a7e900c24916279e590947þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16267.pngþ þTEXT\0002\ST16267.txtþ

þST16268þ þST16268þ þST16268þ þST16268þ þST16268þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/dowjones.pngþ þþ þþ þþ þ0þ þ1þ þST16233þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdowjones.pngþ þ.PNGþ þimage/pngþ þþ þ4444þ þdc0054b7f44b26d85c110b255203fb59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16268.pngþ þTEXT\0002\ST16268.txtþ

þST16269þ þST16269þ þST16269þ þST16269þ þST16269þ þST16269þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/flyonwall_checked.pngþ þþ þþ þþ þ0þ þ1þ þST16234þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflyonwall_checked.pngþ þ.PNGþ þimage/pngþ þþ þ5081þ þ4c95040d5255d5c33b24d2ca5d43f923þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16269.pngþ þTEXT\0002\ST16269.txtþ

þST16270þ þST16270þ þST16270þ þST16270þ þST16270þ þST16270þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/flyonwall.pngþ þþ þþ þþ þ0þ þ1þ þST16235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflyonwall.pngþ þ.PNGþ þimage/pngþ þþ þ4876þ þ2f2e59fecda71f236f38e4fa8481f29cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16270.pngþ þTEXT\0002\ST16270.txtþ

þST16271þ þST16271þ þST16271þ þST16271þ þST16271þ þST16271þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/hugin_news_checked.pngþ þþ þþ þþ þ0þ þ1þ þST16236þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhugin_news_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1544þ þf5c160422bf9559da94d0cc4c5b7d62aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16271.pngþ þTEXT\0002\ST16271.txtþ

þST16272þ þST16272þ þST16272þ þST16272þ þST16272þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/hugin_news.pngþ þþ þþ þþ þ0þ þ1þ þST16237þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhugin_news.pngþ þ.PNGþ þimage/pngþ þþ þ1353þ þ5ccd7af01d06351b34051dbaf744b6e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16272.pngþ þTEXT\0002\ST16272.txtþ

þST16273þ þST16273þ þST16273þ þST16273þ þST16273þ þST16273þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/investrend _checked.pngþ þþ þ0þ þ1þ þST16238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinvestrend_ checked.png þ.PNGþ þimage/pngþ þþ þ1473þ þ4b39878da4c9d143984ca05fb37059f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1627 3.pngþ þTEXT\0002\ST16273.txtþ

þST16274þ þST16274þ þST16274þ þST16274þ þST16274þ þST16274þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/investrend .pngþ þþ þþ þ0þ þ1þ þST16239þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinvestrend.png þ.P NGþ þimage/pngþ þþ þ1283þ þ4141c3c4485055ff1e848027dde19f3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16274.pngþ þTEXT\000 2\ST16274.txtþ

þST16275þ þST16275þ þST16275þ þST16275þ þST16275þ þST16275þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/japan_corp _news_checked.pngþ þþ þþ þ0þ þ1þ þST16240þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjapan_ corp_news_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1750þ þ2c4829056c7d4f801236846ec539f20b þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 004\ST16275.pngþ þTEXT\0002\ST16275.txtþ

þST16276þ þST16276þ þST16276þ þST16276þ þST16276þ þST16276þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/japan_corp _news.pngþ þþ þþ þ0þ þ1þ þST16241þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjapan_corp_new s.pngþ þ.PNGþ þimage/pngþ þþ þ1554þ þ70322bd24d098c0600ad5a26e3a35641þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16276.pngþ þTEXT\0002\ST16276.txtþ

þST16277þ þST16277þ þST16277þ þST16277þ þST16277þ þST16277þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/knight_rid der_checked.pngþ þþ þþ þ0þ þ1þ þST16242þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þknight_r idder_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1753þ þ7ca18419173e48c34a3e1243a3017405þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ ST16277.pngþ þTEXT\0002\ST16277.txtþ

þST16278þ þST16278þ þST16278þ þST16278þ þST16278þ þST16278þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/knight_rid der.pngþ þþ þþ þ0þ þ1þ þST16243þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þknight_ridder.pn gþ þ.PNGþ þimage/pngþ þþ þ1557þ þ9065c16543ffafaf7e2a22f96535cf79þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16278.pngþ þTEX T\0002\ST16278.txtþ

þST16279þ þST16279þ þST16279þ þST16279þ þST16279þ þST16279þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/m2presswir e_checked.pngþ þþ þþ þ0þ þ1þ þST16244þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þm2presswir

e_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1564þ þ2516cdfd808241f6e215e1a15954c783þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16
279.pngþ þTEXT\0002\ST16279.txtþ

þST16280þ þST16280þ þST16280þ þST16280þ þST16280þ þST16280þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/m2presswir
e.pngþ þþ þþ þ0þ þ1þ þST16245þ þþ þþ þþ þþ þþ þþ þþ þþ þm2presswire.pngþ þ
.PNGþ þimage/pngþ þþ þ1379þ þ07777cc74db95cc95896489095623094þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16280.pngþ þTEXT\00
02\ST16280.txtþ

þST16281þ þST16281þ þST16281þ þST16281þ þST16281þ þST16281þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/marketwire
_checked.pngþ þþ þþ þ0þ þ1þ þST16246þ þþ þþ þþ þþ þþ þþ þþ þþ þmarketwire_
checked.pngþ þ.PNGþ þimage/pngþ þþ þ1607þ þ036cbcf397c01b51b34f185b64b612e0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1628
1.pngþ þTEXT\0002\ST16281.txtþ

þST16282þ þST16282þ þST16282þ þST16282þ þST16282þ þST16282þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/marketwire
.pngþ þþ þþ þ0þ þ1þ þST16247þ þþ þþ þþ þþ þþ þþ þþ þþ þmarketwire.pngþ þ.P
NGþ þimage/pngþ þþ þ1420þ þ5b073480da404397b36acf87f3aefd3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16282.pngþ þTEXT\000
2\ST16282.txtþ

þST16283þ þST16283þ þST16283þ þST16283þ þST16283þ þST16283þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/Newswires_
checked.pngþ þþ þþ þ0þ þ1þ þST16248þ þþ þþ þþ þþ þþ þþ þþ þþ þNewswires_ch
ecked.pngþ þ.PNGþ þimage/pngþ þþ þ2372þ þ187785a546a5e764a4b71a8fbc7ba74fþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16283.
pngþ þTEXT\0002\ST16283.txtþ

þST16284þ þST16284þ þST16284þ þST16284þ þST16284þ þST16284þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/Newswires_
unchecked.pngþ þþ þþ þ0þ þ1þ þST16249þ þþ þþ þþ þþ þþ þþ þþ þþ þNewswires_
unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2176þ þ2db9b5012ebd96e321db36dab5f91d2dþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16
284.pngþ þTEXT\0002\ST16284.txtþ

þST16285þ þST16285þ þST16285þ þST16285þ þST16285þ þST16285þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/pr_newswir
e_checked.pngþ þþ þþ þ0þ þ1þ þST16250þ þþ þþ þþ þþ þþ þþ þþ þþ þpr_newswir
e_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1569þ þ5493323481ce318421d769d5e9b76768þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16

285.pngþ þTEXT\0002\ST16285.txtþ

þST16286þ þST16286þ þST16286þ þST16286þ þST16286þ þST16286þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/pr_newswir e.pngþ þþ þþ þ0þ þ1þ þST16251þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpr_newswire.pngþ þ .PNGþ þimage/pngþ þþ þ1380þ þfa6813a3c20936eed310b9cfd09d7212þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16286.pngþ þTEXT\00 02\ST16286.txtþ

þST16287þ þST16287þ þST16287þ þST16287þ þST16287þ þST16287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/primezone_ checked.pngþ þþ þþ þ0þ þ1þ þST16252þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprimezone_ch ecked.pngþ þ.PNGþ þimage/pngþ þþ þ1482þ þ725e7c84d465a82f831673de2b5f2aa6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16287. pngþ þTEXT\0002\ST16287.txtþ

þST16288þ þST16288þ þST16288þ þST16288þ þST16288þ þST16288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/primezone. pngþ þþ þþ þ0þ þ1þ þST16253þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprimezone.pngþ þ.PNG þ þimage/pngþ þþ þ1297þ þ5611e858c2bc2dc58bc27e20cf7f1ae6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16288.pngþ þTEXT\0002\S T16288.txtþ

þST16289þ þST16289þ þST16289þ þST16289þ þST16289þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/Thumbs.dbþ þþ þþ þ0þ þ1þ þST16254þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplica tion/x-tika-msofficeþ þþ þ5632þ þ46634b94dc4219d65c455738173c93adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16289.dbþ þþ þST16290þ þST16290þ þST16290þ þST16290þ þST16290þ þST16290þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/usnewswire _checked.pngþ þþ þþ þ0þ þ1þ þST16255þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þusnewswire_ checked.pngþ þ.PNGþ þimage/pngþ þþ þ2182þ þ8ce398652d59f730e920843e7bab1828þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1629 0.pngþ þTEXT\0002\ST16290.txtþ

þST16291þ þST16291þ þST16291þ þST16291þ þST16291þ þST16291þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/newssources/usnewswire .pngþ þþ þþ þ0þ þ1þ þST16256þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þusnewswire.pngþ þ.P NGþ þimage/pngþ þþ þ1981þ þc6d277065ffabe50519b6dbb45c78cf0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16291.pngþ þTEXT\000 2\ST16291.txtþ

þST16292þ þST16292þ þST16292þ þST16292þ þST16292þ þST16292þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/non_mm_list_selected.p
ngþ þþ þþ þ0þ þ1þ þST15477þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_list_selected.
pngþ þ.PNGþ þimage/pngþ þþ þ2349þ þ4f5fb8cc06b089e0a9e791bd8c31ae65þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16292.pngþ þ
TEXT\0002\ST16292.txtþ
þST16293þ þST16293þ þST16293þ þST16293þ þST16293þ þST16293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/non_mm_list_unselected
.pngþ þþ þþ þ0þ þ1þ þST15478þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_list_unselec
ted.pngþ þ.PNGþ þimage/pngþ þþ þ1982þ þa6c4f68f0f39273a697fe76974263c56þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16293.pn
gþ þTEXT\0002\ST16293.txtþ
þST16294þ þST16294þ þST16294þ þST16294þ þST16294þ þST16294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/previous_data_checked.
pngþ þþ þþ þ0þ þ1þ þST15479þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprevious_data_checke
d.pngþ þ.PNGþ þimage/pngþ þþ þ1910þ þ484f14dfa1f03f833576993e4223627eþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16294.pngþ
þTEXT\0002\ST16294.txtþ
þST16295þ þST16295þ þST16295þ þST16295þ þST16295þ þST16295þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/previous_data.pngþ þþ þ
þ þ0þ þ1þ þST15480þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprevious_data.pngþ þ.PNGþ þim
age/pngþ þþ þ1739þ þ976c516b07da3742160767e769c02289þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16295.pngþ þTEXT\0002\ST16295.txtþ
þST16296þ þST16296þ þST16296þ þST16296þ þST16296þ þST16296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/pump_dump_checked.pngþ
 þþ þþ þ0þ þ1þ þST15481þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpump_dump_checked.pngþ þ
.PNGþ þimage/pngþ þþ þ1793þ þ62e6f42bba7fabaa412085604bac0a61þ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16296.pngþ þTEXT\00
02\ST16296.txtþ
þST16297þ þST16297þ þST16297þ þST16297þ þST16297þ þST16297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/pump_dump.pngþ þþ þþ þ0
þ þ1þ þST15482þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpump_dump.pngþ þ.PNGþ þimage/png
þ þþ þ1606þ þf44c2c4aee5e98667a4857d27e8f82ffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16297.pngþ þTEXT\0002\ST16297.txtþ
þST16298þ þST16298þ þST16298þ þST16298þ þST16298þ þST16298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Remove_click.pngþ þþ þþ
 þ0þ þ1þ þST15483þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRemove_click.pngþ þ.PNGþ þimag

e/pngþ þþ þ1880þ þb2cb3a66c689ab902ba3ffd7ebdfa699þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16298.pngþ þTEXT\0002\ST16298 .txtþ

þST16299þ þST16299þ þST16299þ þST16299þ þST16299þ þST16299þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Remove.pngþ þþ þþ þ0þ þ 1þ þST15484þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRemove.pngþ þ.PNGþ þimage/pngþ þþ þ1 796þ þ01b9bf45175230e6585cecaef2e79939þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16299.pngþ þTEXT\0002\ST16299.txtþ

þST16300þ þST16300þ þST16300þ þST16300þ þST16300þ þST16300þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Reset Default_click.pngþ þþ þþ þ0þ þ1þ þST15485þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þReset Default_click.pngþ þ.PNGþ þimage/pngþ þþ þ2784þ þ092fc4ca03a0305777a3599aa82fa87cþ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ ST16300.pngþ þTEXT\0002\ST16300.txtþ

þST16301þ þST16301þ þST16301þ þST16301þ þST16301þ þST16301þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Reset Default.pngþ þþ þþ þ0þ þ1þ þST15486þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þReset Default.pngþ þ.PNGþ þimage/pngþ þþ þ2602þ þ351c3437003274c9da445541592ff1fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1630 1.pngþ þTEXT\0002\ST16301.txtþ

þST16302þ þST16302þ þST16302þ þST16302þ þST16302þ þST16302þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Run_click.pngþ þþ þþ þ0 þ þ1þ þST15487þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRun_click.pngþ þ.PNGþ þimage/png þ þþ þ1435þ þe0892f78c70ea901f0e534ffb79bc283þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16302.pngþ þTEXT\0002\ST16302.txtþ þST16303þ þST16303þ þST16303þ þST16303þ þST16303þ þST16303þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Run.pngþ þþ þþ þ0þ þ1þ þ ST15488þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRun.pngþ þ.PNGþ þimage/pngþ þþ þ1443þ þ4 f01c2278bfa21671736a3ad48e666b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16303.pngþ þ

þST16304þ þST16304þ þST16304þ þST16304þ þST16304þ þST16304þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Save this filter_click.pngþ þþ þþ þ0þ þ1þ þST15489þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave this filter_click.pngþ þ.PNGþ þimage/pngþ þþ þ3035þ þ4cb19279c58cfa0b11eaacd5a01688c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S T16304.pngþ þTEXT\0002\ST16304.txtþ

þST16305þ þST16305þ þST16305þ þST16305þ þST16305þ þST16305þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Save this
filter.pngþ þþ þþ þ0þ þ1þ þST15490þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave this
filter.pngþ þ.PNGþ þimage/pngþ þþ þ2857þ þ340eb61f84ff9f834700d12e9efb5044þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16305
.pngþ þTEXT\0002\ST16305.txtþ
þST16306þ þST16306þ þST16306þ þST16306þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Save_click.pngþ þþ þþ þ
0þ þ1þ þST15491; ST15492;
ST16307þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave_click.pngþ þ.PNGþ þimage/pngþ þþ þ
1578þ þ063edc178bbacb46b17b8c1ddff7ca32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16306.pngþ þTEXT\0002\ST16306.txtþ
þST16307þ þST16307þ þST16307þ þST16307þ þST16307þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Save.pngþ þþ þþ þ0þ þ1þ
þST15491; 15492;
ST16306þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSave.pngþ þ.PNGþ þimage/pngþ þþ þ1578þ þ
063edc178bbacb46b17b8c1ddff7ca32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16307.pngþ þTEXT\0002\ST16307.txtþ
þST16308þ þST16308þ þST16308þ þST16308þ þST16308þ þST16308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sec_reg_filings_checke
d.pngþ þþ þþ þ0þ þ1þ þST15493þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsec_reg_filings_ch
ecked.pngþ þ.PNGþ þimage/pngþ þþ þ1829þ þ7ad2038d38d902774fc6bc5243196063þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16308.
pngþ þTEXT\0002\ST16308.txtþ
þST16309þ þST16309þ þST16309þ þST16309þ þST16309þ þST16309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sec_reg_filings.pngþ
þ þ þþ þ0þ þ1þ þST15494þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsec_reg_filings.pngþ þ.PNG
þ þimage/pngþ þþ þ1643þ þ614beb90b61def6927ce7de601c64eb6þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16309.pngþ þTEXT\0002\S
T16309.txtþ
þST16310þ þST16310þ þST16310þ þST16310þ þST16310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sectors_o.pngþ þþ þþ þ0
þ þ1þ þST15495þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors_o.pngþ þ.PNGþ þimage/pngþ
þ þþ þ1082þ þ4c4f7fa01c7d0b8ea72f3cd7f757f914þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16310.pngþ þþ
þST16311þ þST16311þ þST16311þ þST16311þ þST16311þ þST16311þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sectors_y.pngþ þþ þþ þ0

þ þ1þ þST15496þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors_y.pngþ þ.PNGþ þimage/png
þ þþ þ925þ þ328625bde9eae04f91df96ce7ee8b994þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16311.pngþ þTEXT\0002\ST16311.txtþ
þST16312þ þST16312þ þST16312þ þST16312þ þST16312þ þST16312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sectors.pngþ þþ þþ þ0þ
þ1þ þST15497þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors.pngþ þ.PNGþ þimage/pngþ þþ
þ1134þ þ4db1e21d51c981182c4c5debf67ab41bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16312.pngþ þþ
þST16313þ þST16313þ þST16313þ þST16313þ þST16313þ þST16313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_etf_o.pngþ þþ þþ
 þ0þ þ1þ þST15498þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_o.pngþ þ.PNGþ þimag
e/pngþ þþ þ1559þ þa36113c1aa8ea486d2972c751b974f6cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16313.pngþ þTEXT\0002\ST16313
.txtþ
þST16314þ þST16314þ þST16314þ þST16314þ þST16314þ þST16314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_etf_type_o.pngþ
 þþ þþ þ0þ þ1þ þST15499þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_type_o.pngþ
 þ.PNGþ þimage/pngþ þþ þ2037þ þ83ba3b9d1ef7cb0b98f1c558ec9e932fþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16314.pngþ þTEXT\00
02\ST16314.txtþ
þST16315þ þST16315þ þST16315þ þST16315þ þST16315þ þST16315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_etf_type_y.pngþ
 þþ þþ þ0þ þ1þ þST15500þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_type_y.pngþ þ
.PNGþ þimage/pngþ þþ þ1817þ þ9294281d59c202c86283410a9b9f8591þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16315.pngþ þTEXT\00
02\ST16315.txtþ
þST16316þ þST16316þ þST16316þ þST16316þ þST16316þ þST16316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_etf_type.pngþ þ
þ þþ þ0þ þ1þ þST15501þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_type.pngþ þ.PNG
þ þimage/pngþ þþ þ1945þ þ84e3653632d4414f13f81a62ceec500dþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16316.pngþ þTEXT\0002\S
T16316.txtþ
þST16317þ þST16317þ þST16317þ þST16317þ þST16317þ þST16317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_etf_y.pngþ þþ þþ
 þ0þ þ1þ þST15502þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf_y.pngþ þ.PNGþ þimag
e/pngþ þþ þ1412þ þ413bcf3352e2943f5d2fb483fd3829bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16317.pngþ þTEXT\0002\ST16317
.txtþ

þST16318þ þST16318þ þST16318þ þST16318þ þST16318þ þST16318þ þþ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_etf.pngþ þþ þþ þ 0þ þ1þ þST15503þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_etf.pngþ þ.PNGþ þimage/p ngþ þþ þ1396þ þ9df5aa7ea08388d5bea0e93d926ae1a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16318.pngþ þTEXT\0002\ST16318.t xtþ
þST16319þ þST16319þ þST16319þ þST16319þ þST16319þ þST16319þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_filter_universe .pngþ þþ þþ þ0þ þ1þ þST15504þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_filter_unive rse.pngþ þ.PNGþ þimage/pngþ þþ þ2009þ þ4b95d031e080d20a8aeda3a4b8a6853aþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16319.pn gþ þTEXT\0002\ST16319.txtþ
þST16320þ þST16320þ þST16320þ þST16320þ þST16320þ þST16320þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_fund_family_o.p ngþ þþ þþ þ0þ þ1þ þST15505þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family_o. pngþ þ.PNGþ þimage/pngþ þþ þ2098þ þ6b6d234a9bd631cc086a44bf45805838þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16320.pngþ þ TEXT\0002\ST16320.txtþ
þST16321þ þST16321þ þST16321þ þST16321þ þST16321þ þST16321þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_fund_family_y.p ngþ þþ þþ þ0þ þ1þ þST15506þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family_y. pngþ þ.PNGþ þimage/pngþ þþ þ1888þ þe77bfdc6110e77fa1f26a200f1377447þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16321.pngþ þ TEXT\0002\ST16321.txtþ
þST16322þ þST16322þ þST16322þ þST16322þ þST16322þ þST16322þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_fund_family.png þ þþ þþ þ0þ þ1þ þST15507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_fund_family.pngþ þ.PNGþ þimage/pngþ þþ þ1744þ þ76a81a952131955f5d02f5f83b80deebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16322.pngþ þTEXT\ 0002\ST16322.txtþ
þST16323þ þST16323þ þST16323þ þST16323þ þST16323þ þST16323þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_index_o.pngþ þþ þþ þ0þ þ1þ þST15508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_index_o.pngþ þ.PNGþ þ image/pngþ þþ þ1723þ þbed546d4a55fb7a4964f6be0b0a881dfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16323.pngþ þTEXT\0002\ST1 6323.txtþ
þST16324þ þST16324þ þST16324þ þST16324þ þST16324þ þST16324þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_index_y.pngþ þþ
þþ þ0þ þ1þ þST15509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_index_y.pngþ þ.PNGþ þ
image/pngþ þþ þ1562þ þ3c7943883d0543b1122f5a4b7659d551þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16324.pngþ þTEXT\0002\ST1
6324.txtþ

þST16325þ þST16325þ þST16325þ þST16325þ þST16325þ þST16325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/select_index.pngþ þþ þþ
 þ0þ þ1þ þST15510þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þselect_index.pngþ þ.PNGþ þimag
e/pngþ þþ þ1496þ þ38f3b76200f81c96f93e581e9c7f1fb0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16325.pngþ þTEXT\0002\ST16325
.txtþ

þST16326þ þST16326þ þST16326þ þST16326þ þST16326þ þST16326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/settings_o.pngþ þþ þþ þ
0þ þ1þ þST15511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_o.pngþ þ.PNGþ þimage/p
ngþ þþ þ1596þ þ2e58aeee61a928aa8f554f1d24e536a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16326.pngþ þTEXT\0002\ST16326.t
xtþ

þST16327þ þST16327þ þST16327þ þST16327þ þST16327þ þST16327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/settings_y.pngþ þþ þþ þ
0þ þ1þ þST15512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_y.pngþ þ.PNGþ þimage/p
ngþ þþ þ1003þ þ2c69c9f1401cba78f1b94b5cc4f0ea4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16327.pngþ þTEXT\0002\ST16327.t
xtþ

þST16328þ þST16328þ þST16328þ þST16328þ þST16328þ þST16328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/settings.pngþ þþ þþ þ0þ
 þ1þ þST15513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.pngþ þ.PNGþ þimage/pngþ þ
þ þ1182þ þ96ba7197e5b53ff29820aea4e2365d41þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16328.pngþ þTEXT\0002\ST16328.txtþ

þST16329þ þST16329þ þST16329þ þST16329þ þST16329þ þST16329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/short_alert_descriptor
_checked.pngþ þþ þþ þ0þ þ1þ þST15514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_alert
_descriptor_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1745þ þfb91f5545afb065b6765390ba44509
ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16329.pngþ þTEXT\0002\ST16329.txtþ

þST16330þ þST16330þ þST16330þ þST16330þ þST16330þ þST16330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/short_alert_descriptor
.pngþ þþ þþ þ0þ þ1þ þST15515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_alert_descrip

tor.pngþ þ.PNGþ þimage/pngþ þþ þ1555þ þad307a8239c9621cbb7b11d938d2ec32þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16330.pn gþ þTEXT\0002\ST16330.txtþ

þST16331þ þST16331þ þST16331þ þST16331þ þST16331þ þST16331þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/show_highs_checked.png þ þþ þþ þ0þ þ1þ þST15516þ þþ þþ þþ þþ þþ þþ þþ þshow_highs_checked.pngþ þ.PNGþ þimage/pngþ þþ þ1877þ þ625c1c64ee297762477f49a768fe1cd5þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16331.pngþ þTEXT\ 0002\ST16331.txtþ

þST16332þ þST16332þ þST16332þ þST16332þ þST16332þ þST16332þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/show_highs.pngþ þþ þþ þ 0þ þ1þ þST15517þ þþ þþ þþ þþ þþ þþ þþ þshow_highs.pngþ þ.PNGþ þimage/p ngþ þþ þ1690þ þ42b4194706f7325532f6b5fe44a43138þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16332.pngþ þTEXT\0002\ST16332.t xtþ

þST16333þ þST16333þ þST16333þ þST16333þ þST16333þ þST16333þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/show_lows_checked.pngþ þþ þþ þ0þ þ1þ þST15518þ þþ þþ þþ þþ þþ þþ þþ þþ þshow_lows_checked.pngþ þ .PNGþ þimage/pngþ þþ þ1859þ þc7985f12e1f4df6dcdf1f352126b4b3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16333.pngþ þTEXT\00 02\ST16333.txtþ

þST16334þ þST16334þ þST16334þ þST16334þ þST16334þ þST16334þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/show_lows.pngþ þþ þþ þ0 þ þ1þ þST15519þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_lows.pngþ þ.PNGþ þimage/png þ þþ þ1670þ þdacace0052b1f0e8f11ce3a4d024a417þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16334.pngþ þTEXT\0002\ST16334.txtþ þST16335þ þST16335þ þST16335þ þST16335þ þST16335þ þST16335þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sources_o.pngþ þþ þþ þ0 þ þ1þ þST15520þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources_o.pngþ þ.PNGþ þimage/png þ þþ þ1096þ þ3ad67287cafc95b51dc13f5e0a0e1db1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16335.pngþ þTEXT\0002\ST16335.txtþ þST16336þ þST16336þ þST16336þ þST16336þ þST16336þ þST16336þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sources_y.pngþ þþ þþ þ0 þ þ1þ þST15521þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources_y.pngþ þ.PNGþ þimage/png þ þþ þ941þ þ3357d4ca123e9eab4ac7beb642df3037þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16336.pngþ þTEXT\0002\ST16336.txtþ þST16337þ þST16337þ þST16337þ þST16337þ þST16337þ þST16337þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/sources.pngþ þþ þþ þ0þ
þ1þ þST15522þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsources.pngþ þ.PNGþ þimage/pngþ þþ
þ1176þ þ111e3b1c3b87102f3d4fc2c4e326bb68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16337.pngþ þþ
þST16338þ þST16338þ þST16338þ þST16338þ þST16338þ þST16338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stock_types_o.pngþ þþ þ
þ þ0þ þ1þ þST15523þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_types_o.pngþ þ.PNGþ þim
age/pngþ þþ þ1884þ þa4f923d6011320b67588b3300382f343þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16338.pngþ þTEXT\0002\ST16338.txtþ
þST16339þ þST16339þ þST16339þ þST16339þ þST16339þ þST16339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stock_types_y.pngþ þþ þ
þ þ0þ þ1þ þST15524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_types_y.pngþ þ.PNGþ þim
age/pngþ þþ þ1734þ þ57655dbcd6f3bb9913bf67a45c9dd2e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16339.pngþ þTEXT\0002\ST16339.txtþ
þST16340þ þST16340þ þST16340þ þST16340þ þST16340þ þST16340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stock_types.pngþ þþ þþ
þ0þ þ1þ þST15525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock_types.pngþ þ.PNGþ þimage
/pngþ þþ þ1796þ þ0d30098b3f3386ee987896cd5828b525þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16340.pngþ þTEXT\0002\ST16340.txtþ
þST16341þ þST16341þ þST16342þ þST16341þ þST16342þ þST16341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/all-wc
propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/
plainþ þþ þ2839þ þ50bef6203f3d49530ea1d832239a606dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16341.txtþ þTEXT\0002\ST16341
.txtþ
þST16343þ þST16343þ þST16346þ þST16343þ þST16346þ þST16343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/entrie
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/17/2009þ þ00:00:00þ þ2009-11-17T00:00
:00-05:00þ þ1258434000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2354þ þde8148bcee3216bc67a90
3a20ee5a326þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0004\ST16343.txtþ þTEXT\0002\ST16343.txtþ
þST16347þ þST16347þ þST16347þ þST16347þ þST16347þ þST16347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/adrs_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

```
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18957; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadrs_checked.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16347.txtþ þTEXT\0002\ST16347
.txtþ
þST16348þ þST16348þ þST16348þ þST16348þ þST16348þ þST16348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
```

ase/adrs_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;

ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadrs_unchecked.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16348.txtþ þTEXT\0002\ST16348.txtþ
þST16349þ þST16349þ þST16349þ þST16349þ þST16349þ þST16349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/bankrupt_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

```
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbankrupt_checked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16349.txtþ þTEXT\0002\ST1
6349.txtþ
þST16350þ þST16350þ þST16350þ þST16350þ þST16350þ þST16350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
```

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/bankrupt_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbankrupt_unchecked.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16350.txtþ þTEXT\0002\ST 16350.txtþ

þST16351þ þST16351þ þST16351þ þST16351þ þST16351þ þST16351þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/delinquent_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;

ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelinquent_checked.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16351.txtþ þTEXT\0002\ST 16351.txtþ

þST16352þ þST16352þ þST16352þ þST16352þ þST16352þ þST16352þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b ase/delinquent_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;

ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;

ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18381; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelinquent_unchecked.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16352.txtþ þTEXT\0002
\ST16352.txtþ

þST16353þ þST16353þ þST16353þ þST16353þ þST16353þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/etf_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;

ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;

ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;

ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_ch.png.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16353.txtþ þTEXT\0002\ST16353.txtþ þST16354þ þST16354þ þST16354þ þST16354þ þST16354þ þST16354þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b ase/etf_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;

ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;

ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;

ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_un.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16354.txtþ þTEXT\0002\ST16354.txtþ
þST16355þ þST16355þ þST16355þ þNATIVES\0004\ST16355þ þST16355þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/foreign_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;

ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;

ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þforeign_checked.png.svn-baseþ þ.TXTþ þ text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16355.txtþ þTEXT\0002\ST16 355.txtþ
þST16356þ þST16356þ þST16356þ þST16356þ þST16356þ þST16356þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b ase/foreign_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16357; ST16358; ST16359;

ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;

ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þforeign_unchecked.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16356.txtþ þTEXT\0002\ST16356.txtþ
þST16357þ þST16357þ þST16357þ þST16357þ þST16357þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/preffered_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15919; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;

ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;

ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;

ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreffered_ch.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16357.txtþ þTEXT\0002\ST16357
.txtþ
þST16358þ þST16358þ þST16358þ þST16358þ þST16358þ þST16358þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/preffered_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;

ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;

ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreffered_un.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16358.txtþ þTEXT\0002\ST16358
.txtþ
þST16359þ þST16359þ þST16359þ þST16359þ þST16359þ þST16359þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/reg_securities_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreg_securities_checked.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16359.txtþ þTEXT\0002\ST16359.txtþ
þST16360þ þST16360þ þST16360þ þST16360þ þST16360þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/reg_securities_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;

ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;

ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;

ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreg_securities_unchecked.png.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16360.txtþ þTEXT\0
002\ST16360.txtþ
þST16361þ þST16361þ þST16361þ þST16361þ þST16361þ þST16361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/prop-b
ase/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;

ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;

ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16361.txtþ þTEXT\0002\ST16361.txtþ
þST16362þ þST16362þ þST16362þ þST16362þ þST16362þ þST16362þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/adrs_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16377þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þadrs_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2655þ þfa6975b560e672b05d032d
b287ff1654þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0004\ST16362.pngþ þTEXT\0002\ST16362.txtþ
þST16363þ þST16363þ þST16363þ þST16363þ þST16363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/adrs_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16378þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þadrs_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2443þ þb07122e006d0b6f58
b8de154777bf6a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0004\ST16363.pngþ þTEXT\0002\ST16363.txtþ
þST16364þ þST16364þ þST16364þ þST16364þ þST16364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/bankrupt_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16379þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbankrupt_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2818þ þ989361b93ca584
9b15598cad99d4bf8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE
þ þTRUEþ þNATIVES\0004\ST16364.pngþ þTEXT\0002\ST16364.txtþ
þST16365þ þST16365þ þST16365þ þST16365þ þST16365þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/bankrupt_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16380þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þbankrupt_unchecked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2584þ þ20993e0def495d5b68c6ca4f9bf7766dþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16365.pngþ þ
TEXT\0002\ST16365.txtþ
þST16366þ þST16366þ þST16366þ þST16366þ þST16366þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b

ase/delinquent_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16381þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þdelinquent_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2651þ þ9e381b915bcd68e0287854f42146a158þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16366.pngþ þ
TEXT\0002\ST16366.txtþ
þST16367þ þST16367þ þST16367þ þST16367þ þST16367þ þST16367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/delinquent_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16382þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þdelinquent_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2442þ þef9a46
c98643378bca50d5bbbafa6f48þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0004\ST16367.pngþ þTEXT\0002\ST16367.txtþ
þST16368þ þST16368þ þST16368þ þST16368þ þST16368þ þST16368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/etf_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16383þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
etf_ch.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2622þ þa11704c066eeab4b8d15490709dbda7dþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST16368.pngþ þTEXT\0002\ST16368.txtþ
þST16369þ þST16369þ þST16369þ þST16369þ þST16369þ þST16369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/etf_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16384þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
etf_un.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2390þ þ616c83ec9be8c31a7e9566f341c546bþþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
4\ST16369.pngþ þTEXT\0002\ST16369.txtþ
þST16370þ þST16370þ þST16370þ þST16370þ þST16370þ þST16370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/foreign_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16385þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þforeign_checked.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ2493þ þfabc5d69ebe52533f17999f7b1a259dcþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16370.pngþ þ
TEXT\0002\ST16370.txtþ
þST16371þ þST16371þ þST16371þ þST16371þ þST16371þ þST16371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b
ase/foreign_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16386þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þforeign_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2290þ þ6b80a90109c7
9f0b7aa684cac95bf954þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0004\ST16371.pngþ þTEXT\0002\ST16371.txtþ
þST16372þ þST16372þ þST16372þ þST16372þ þST16372þ þST16372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b

ase/preffered_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16387þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreffered_ch.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2269þ þe6c2b55060b84e3a8c2e71 357b512831þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16372.pngþ þTEXT\0002\ST16372.txtþ

þST16373þ þST16373þ þST16373þ þST16373þ þST16373þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b ase/preffered_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16388þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreffered_un.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2069þ þf7cf2df1f560a3d08b4bd9 8e182b3d07þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16373.pngþ þTEXT\0002\ST16373.txtþ

þST16374þ þST16374þ þST16374þ þST16374þ þST16374þ þST16374þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b ase/reg_securities_checked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16389þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreg_securities_checked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2435þ þ42 b15a86e95f915f3d73e80ae5bf9253þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16374.pngþ þTEXT\0002\ST16374.txtþ

þST16375þ þST16375þ þST16375þ þST16375þ þST16375þ þST16375þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b ase/reg_securities_unchecked.png.svn-baseþ þþ þþ þ0þ þ1þ þST16390þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreg_securities_unchecked.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2224þ þ25769f89d6f9c965824183954cc10c32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16375.pngþ þTEXT\0002\ST16375.txtþ

þST16376þ þST16376þ þST16376þ þST16376þ þST16376þ þST16376þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/.svn/text-b ase/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST16391þ þþ þþ þþ þþ þþ þþ þþ þþ þT humbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ5632þ þa314465305491 dad75f361ee495945c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16376.svn-baseþ

þST16377þ þST16377þ þST16377þ þST16377þ þST16377þ þST16377þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/adrs_checke d.pngþ þþ þþ þ0þ þ1þ þST16362þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadrs_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2655þ þfa6975b560e672b05d032db287ff1654þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16377.pngþ þTEXT\0 002\ST16377.txtþ

þST16378þ þST16378þ þST16378þ þST16378þ þST16378þ þST16378þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/adrs_unchec ked.pngþ þþ þþ þ0þ þ1þ þST16363þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadrs_unchecked.p ngþ þ.PNGþ þimage/pngþ þþ þ2443þ þbb07122e006d0b6f58b8de154777bf6a6þ þ1þ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16378.pngþ þT EXT\0002\ST16378.txtþ

þST16379þ þST16379þ þST16379þ þST16379þ þST16379þ þST16379þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/bankrupt_ch ecked.pngþ þþ þþ þ0þ þ1þ þST16364þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbankrupt_check ed.pngþ þ.PNGþ þimage/pngþ þþ þ2818þ þ989361b93ca5849b15598cad99d4bf8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16379.pngþ þTEXT\0002\ST16379.txtþ

þST16380þ þST16380þ þST16380þ þST16380þ þST16380þ þST16380þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/bankrupt_un checked.pngþ þþ þþ þ0þ þ1þ þST16365þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbankrupt_unc hecked.pngþ þ.PNGþ þimage/pngþ þþ þ2584þ þ20993e0def495d5b68c6ca4f9bf7766dþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16380 .pngþ þTEXT\0002\ST16380.txtþ

þST16381þ þST16381þ þST16381þ þST16381þ þST16381þ þST16381þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/delinquent_ checked.pngþ þþ þþ þ0þ þ1þ þST16366þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelinquent_c hecked.pngþ þ.PNGþ þimage/pngþ þþ þ2651þ þ9e381b915bcd68e0287854f42146a158þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16381 .pngþ þTEXT\0002\ST16381.txtþ

þST16382þ þST16382þ þST16382þ þST16382þ þST16382þ þST16382þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/delinquent_ unchecked.pngþ þþ þþ þ0þ þ1þ þST16367þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelinquent _unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2442þ þef9a46c98643378bca50d5bbbafa6f48þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1 6382.pngþ þTEXT\0002\ST16382.txtþ

þST16383þ þST16383þ þST16383þ þST16383þ þST16383þ þST16383þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/etf_ch.pngþ þþ þþ þ0þ þ1þ þST16368þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_ch.pngþ þ.PNGþ þimage /pngþ þþ þ2622þ þa11704c066eeab4b8d15490709dbda7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16383.pngþ þTEXT\0002\ST16383.txtþ

þST16384þ þST16384þ þST16384þ þST16384þ þST16384þ þST16384þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/etf_un.pngþ þþ þþ þ0þ þ1þ þST16369þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_un.pngþ þ.PNGþ þimage /pngþ þþ þ2390þ þ616c83ec9be8c31a7e9566f341c546bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16384.pngþ þTEXT\0002\ST16384.txtþ

þST16385þ þST16385þ þST16385þ þST16385þ þST16385þ þST16385þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/foreign_checked.pngþ þþ þþ þ0þ þ1þ þST16370þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þforeign_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2493þ þfabc5d69ebe52533f17999f7b1a259dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16385.pngþ þTEXT\0002\ST16385.txtþ

þST16386þ þST16386þ þST16386þ þST16386þ þST16386þ þST16386þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/foreign_unchecked.pngþ þþ þþ þ0þ þ1þ þST16371þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þforeign_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2290þ þ6b80a90109c79f0b7aa684cac95bf954þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16386.pngþ þTEXT\0002\ST16386.txtþ

þST16387þ þST16387þ þST16387þ þST16387þ þST16387þ þST16387þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/preffered_ch.pngþ þþ þþ þ0þ þ1þ þST16372þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreffered_ch.pngþ þ.PNGþ þimage/pngþ þþ þ2269þ þe6c2b55060b84e3a8c2e71357b512831þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16387.pngþ þTEXT\0002\ST16387.txtþ

þST16388þ þST16388þ þST16388þ þST16388þ þST16388þ þST16388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/preffered_un.pngþ þþ þþ þ0þ þ1þ þST16373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreffered_un.pngþ þ.PNGþ þimage/pngþ þþ þ2069þ þf7cf2df1f560a3d08b4bd98e182b3d07þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16388.pngþ þTEXT\0002\ST16388.txtþ

þST16389þ þST16389þ þST16389þ þST16389þ þST16389þ þST16389þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/reg_securities_checked.pngþ þþ þþ þ0þ þ1þ þST16374þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreg_securities_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2435þ þ42b15a86e95f915f3d73e80ae5bf9253þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16389.pngþ þTEXT\0002\ST16389.txtþ

þST16390þ þST16390þ þST16390þ þST16390þ þST16390þ þST16390þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/reg_securities_unchecked.pngþ þþ þþ þ0þ þ1þ þST16375þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreg_securities_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2224þ þ25769f89d6f9c965824183954cc10c32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16390.pngþ þTEXT\0002\ST16390.txtþ

þST16391þ þST16391þ þST16391þ þST16391þ þST16391þ þST16391þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/stocktypes/Thumbs.dbþ
þþ þþ þ0þ þ1þ þST16376þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplica
tion/x-tika-msofficeþ þþ þ5632þ þa314465305491dad75f361ee495945c0þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16391.dbþ þþ
þST16392þ þST16392þ þST16392þ þST16392þ þST16392þ þST16392þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Submit_click.pngþ þþ þþ þþ
 þ0þ þ1þ þST15526þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSubmit_click.pngþ þ.PNGþ þimag
e/pngþ þþ þ1993þ þ34c32896f92923bdb7d8e9f9e1e2e83dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16392.pngþ þTEXT\0002\ST16392
.txtþ
þST16393þ þST16393þ þST16393þ þST16393þ þST16393þ þST16393þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Submit.pngþ þþ þþ þ0þ þ
1þ þST15527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSubmit.pngþ þ.PNGþ þimage/pngþ þþ þ1
883þ þd1d52f8c5bcb9f29396f88d66709a5ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16393.pngþ þþ
þST16394þ þST16394þ þST16394þ þST16394þ þST16394þ þST16394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/Thumbs.dbþ þþ þþ þ0þ þ1
þ þST15528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika
-msofficeþ þþ þ271872þ þ8f3a07e4901072c3e1c71fc83bb99473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16394.dbþ þþ þþ
þST16395þ þST16395þ þST16395þ þST16395þ þST16395þ þST16395þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/timeframe_o.pngþ þþ þþ
þ0þ þ1þ þST15529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimeframe_o.pngþ þ.PNGþ þimage
/pngþ þþ þ1095þ þc3da81166b2d6bec5ff37fb6d9fa3de0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16395.pngþ þTEXT\0002\ST16395.txtþ
þST16396þ þST16396þ þST16396þ þST16396þ þST16396þ þST16396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/timeframe_y.pngþ þþ þþ
þ0þ þ1þ þST15530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimeframe_y.pngþ þ.PNGþ þimage
/pngþ þþ þ936þ þ5a0f282edeb5f582d1828cde2dd0f54dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16396.pngþ þTEXT\0002\ST16396.
txtþ
þST16397þ þST16397þ þST16397þ þST16397þ þST16397þ þST16397þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/timeframe.pngþ þþ þþ þ0
þ þ1þ þST15531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimeframe.pngþ þ.PNGþ þimage/png
þ þþ þ1160þ þa5914d61e3261f1703d0dde4e5028b85þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16397.pngþ þTEXT\0002\ST16397.txtþ

þST16398þ þST16398þ þST16398þ þST16398þ þST16398þ þST16398þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/todays_data_checked.pngb þþ þþ þþ þ0þ þ1þ þST15532þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtodays_data_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2214þ þf54d13ea0224557c3db036abb72bbdf0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16398.pngþ þTEXT\0002\ST16398.txtþ

þST16399þ þST16399þ þST16399þ þST16399þ þST16399þ þST16399þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/todays_data.pngþ þþ þþ þ0þ þ1þ þST15533þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtodays_data.pngþ þ.PNGþ þimage/pngþ þþ þ1975þ þ642d634b71425aa1a9762f4698eed861þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16399.pngþ þTEXT\0002\ST16399.txtþ

þST16400þ þST16400þ þST16400þ þST16400þ þST16400þ þST16400þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/update_o.pngþ þþ þþ þ0þ þ1þ þST15534þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate_o.pngþ þ.PNGþ þimage/pngþ þþ þ1056þ þ3854beb590da8a0772c6f94908d18ea0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16400.pngþ þþ

þST16401þ þST16401þ þST16401þ þST16401þ þST16401þ þST16401þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/update_y.pngþ þþ þþ þ0þ þ1þ þST15535þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate_y.pngþ þ.PNGþ þimage/pngþ þþ þ898þ þa77eb6fae191a04cd2c715d6debf9f2dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16401.pngþ þþ

þST16402þ þST16402þ þST16402þ þST16402þ þST16402þ þST16402þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/update.pngþ þþ þþ þ0þ þ1þ þST15536þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þupdate.pngþ þ.PNGþ þimage/pngþ þþ þ1077þ þa33ede85dfe47bc36bc631f1dd5f7f81þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16402.pngþ þþ

þST16403þ þST16403þ þST16403þ þST16403þ þST16403þ þST16403þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/view_etf_type_checked.pngþ þþ þþ þ0þ þ1þ þST15537þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_etf_type_checked.pngþ þ.PNGþ þimage/pngþ þþ þ2625þ þ4eea3c13011e80f7043d7f5b8d8860deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16403.pngþ þTEXT\0002\ST16403.txtþ

þST16404þ þST16404þ þST16404þ þST16404þ þST16404þ þST16404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/view_etf_type_unchecked.pngþ þþ þþ þ0þ þ1þ þST15538þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_etf_type_unch

ecked.pngþ þ.PNGþ þimage/pngþ þþ þ2460þ þ87b0c6eaf676df6a346cf215a18e32fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16404. pngþ þTEXT\0002\ST16404.txtþ

þST16405þ þST16405þ þST16405þ þST16405þ þST16405þ þST16405þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/view_fund_family_check ed.pngþ þþ þþ þ0þ þ1þ þST15539þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_fund_family_ checked.pngþ þ.PNGþ þimage/pngþ þþ þ2768þ þ140cd8ed7e746873c4301196ba8e9f62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1640 5.pngþ þTEXT\0002\ST16405.txtþ

þST16406þ þST16406þ þST16406þ þST16406þ þST16406þ þST16406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/view_fund_family_unche cked.pngþ þþ þþ þ0þ þ1þ þST15540þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_fund_famil y_unchecked.pngþ þ.PNGþ þimage/pngþ þþ þ2615þ þ95be03ab4f4d960aabb313ff1cf503dþ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST 16406.pngþ þTEXT\0002\ST16406.txtþ

þST16407þ þST16407þ þST16407þ þST16407þ þST16407þ þST16407þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/view_my_watchlist_y.pn gþ þþ þþ þ0þ þ1þ þST15541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_my_watchlist_y.pn gþ þ.PNGþ þimage/pngþ þþ þ2171þ þ0c830dd2a2bed1cf4fd47c81fb1608fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16407.pngþ þTEX T\0002\ST16407.txtþ

þST16408þ þST16408þ þST16408þ þST16408þ þST16408þ þST16408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/view_my_watchlist.pngþ þþ þþ þ0þ þ1þ þST15542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_my_watchlist.pngþ þ .PNGþ þimage/pngþ þþ þ2156þ þ546823f4f0849b4f35f2bc8dfdddcf0cþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16408.pngþ þTEXT\00 02\ST16408.txtþ

þST16409þ þST16409þ þST16409þ þST16409þ þST16409þ þST16409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/watchlist_manager_o.pn gþ þþ þþ þ0þ þ1þ þST15543þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager_o.pn gþ þ.PNGþ þimage/pngþ þþ þ1453þ þ199a96371afafef429936536e7777e7bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16409.pngþ þTEX T\0002\ST16409.txtþ

þST16410þ þST16410þ þST16410þ þST16410þ þST16410þ þST16410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/watchlist_manager_y.pn gþ þþ þþ þ0þ þ1þ þST15544þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager_y.pn gþ þ.PNGþ þimage/pngþ þþ þ1300þ þcd78b721090ba095b45e9c7cafe71299þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16410.pngþ þTEX

T\0002\ST16410.txtþ
þST16411þ ST16411þ þST16411þ þST16411þ þST16411þ þST16411þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/com/equityfeed/gui/buttons/watchlist_manager.pngþ
 þþ þþ þ0þ þ1þ þST15545þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.pngþ þ
.PNGþ þimage/pngþ þþ þ1486þ þe821c81301feeae93477ebf569a32a89þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16411.pngþ þTEXT\00
02\ST16411.txtþ
þST16412þ þST16412þ þST16412þ þST16412þ þST16412þ þST16412þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ110þ þ75a20ec524adcc
d2608afe4606387dd2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE
þ þTRUEþ þNATIVES\0004\ST16412.txtþ þTEXT\0002\ST16412.txtþ
þST16413þ þST16413þ þST16413þ þST16413þ þST16413þ þST16413þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentrie
sþ þ.TXTþ þtext/plainþ þþ þ381þ þde4d07611bdc2771bc5d1fc58136abd9þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16413.txtþ þTEX
T\0002\ST16413.txtþ
þST16414þ þST16414þ þST16414þ þST16414þ þST16414þ þST16414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To
Query/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ479þ þ2510298fff78527aa4974aaae3813f65þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16414.tx
tþ þTEXT\0002\ST16414.txtþ
þST16415þ þST16415þ þST16415þ þST16415þ þST16415þ þST16415þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To
Query/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ
þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ528þ þ29857
aaa98ed2ca26ed9921c6afcbacdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0004\ST16415.txtþ þTEXT\0002\ST16415.txtþ
þST16416þ þST16416þ þST16416þ þST16416þ þST16416þ þST16416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To Query/.svn/prop-base/add to query
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;

ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;

ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;

ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd to query

over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16416.txtþ þTEXT\0002\ST16416.txtþ
þST16417þ þST16417þ þST16417þ þST16417þ þST16417þ þST16417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To Query/.svn/prop-base/add to query
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;

ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;

ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;

ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd to query
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6417.txtþ þTEXT\0002\ST16417.txtþ
þST16418þ þST16418þ þST16418þ þST16418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To Query/.svn/text-base/add to query
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16420þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd to
query
over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5554þ þ820d35663949a69e783bb98e6d6551d8þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\

ST16418.pngþ þTEXT\0002\ST16418.txtþ
þST16419þ þST16419þ þST16419þ þST16419þ þST16419þ þST16419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To Query/.svn/text-base/add to query
up.png.svn-baseþ þþ þ0þ þ1þ þST16421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd to
query
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2726þ þ3fa6984eca7579b0c9554d9b14c67026þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16419.pngþ þTEXT\0002\ST16419.txtþ
þST16420þ þST16420þ þST16420þ þST16420þ þST16420þ þST16420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To Query/add to query
over.pngþ þþ þþ þ0þ þ1þ þST16418þ þþ þþ þþ þþ þþ þþ þþ þþ þadd to query
over.pngþ þ.PNGþ þimage/pngþ þþ þ5554þ þ820d35663949a69e783bb98e6d6551d8þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16420.p
ngþ þTEXT\0002\ST16420.txtþ
þST16421þ þST16421þ þST16421þ þST16421þ þST16421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Add To Query/add to query
up.pngþ þþ þþ þ0þ þ1þ þST16419þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þadd to query
up.pngþ þ.PNGþ þimage/pngþ þþ þ2726þ þ3fa6984eca7579b0c9554d9b14c67026þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16421.pngþ þTEXT\0002\ST16421.txtþ
þST16422þ þST16422þ þST16422þ þST16422þ þST16422þ þST16422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear
Filter/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcp
ropsþ þ.TXTþ þtext/plainþ þþ þ469þ þb552253d8a8aa41be43070ca34ba258cþ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16422.txtþ þ
TEXT\0002\ST16422.txtþ
þST16423þ þST16423þ þST16423þ þST16423þ þST16423þ þST16423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear
Filter/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00
þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ526þ þa32
baa2fb148d4d92b60b2069ade5a24þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16423.txtþ þTEXT\0002\ST16423.txtþ
þST16424þ þST16424þ þST16424þ þST16424þ þST16424þ þST16424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear Filter/.svn/prop-base/clear filter
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;

ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;

ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;

ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þbclear filter
over.png.svn-baseþ þ.TXTþ þtext/plainþ þb þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þb þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16424.txtþ þTEXT\0002\ST16424.txtþ
þST16425þ þST16425þ þST16425þ þST16425þ þST16425þ þST16425þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear Filter/.svn/prop-base/clear filter
up.png.svn-baseþ þb þb þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;

ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;

ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;

ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear filter
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6425.txtþ þTEXT\0002\ST16425.txtþ
þST16426þ þST16426þ þST16426þ þST16426þ þST16426þ þST16426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear Filter/.svn/text-base/clear filter
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16428þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear
filter

over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5162þ þ13efde6eb8c17400e2d6392daa2d2348þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16426.pngþ þTEXT\0002\ST16426.txtþ
þST16427þ þST16427þ þST16427þ þST16427þ þST16427þ þST16427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear Filter/.svn/text-base/clear filter
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear
filter
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2283þ þ323c9f2a8b735ce2278467219b5eb3deþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16427.pngþ þTEXT\0002\ST16427.txtþ
þST16428þ þST16428þ þST16428þ þST16428þ þST16428þ þST16428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear Filter/clear filter
over.pngþ þþ þþ þ0þ þ1þ þST16426þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear filter
over.pngþ þ.PNGþ þimage/pngþ þþ þ5162þ þ13efde6eb8c17400e2d6392daa2d2348þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16428.p
ngþ þTEXT\0002\ST16428.txtþ
þST16429þ þST16429þ þST16429þ þST16429þ þST16429þ þST16429þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Clear Filter/clear filter
up.pngþ þþ þþ þ0þ þ1þ þST16427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear filter
up.pngþ þ.PNGþ þimage/pngþ þþ þ2283þ þ323c9f2a8b735ce2278467219b5eb3deþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16429.pngþ þTEXT\0002\ST16429.txtþ
þST16430þ þST16430þ þST16430þ þST16430þ þST16430þ þST16430þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Delete/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ415þ þ04ed6d
6082b041f7b84902356bc2f2aaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0004\ST16430.txtþ þTEXT\0002\ST16430.txtþ
þST16431þ þST16431þ þST16431þ þST16431þ þST16431þ þST16431þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Delete/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ506þ þ1eece77c8acfe50e834eb9c82b604a91þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16431.t
xtþ þTEXT\0002\ST16431.txtþ
þST16432þ þST16432þ þST16432þ þST16432þ þST16432þ þST16432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Delete/.svn/prop-base/delete
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;

ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;

ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;

ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18966; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete
over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16432.txtþ þTEXT\0002\ST16432.txtþ
þST16433þ þST16433þ þST16433þ þST16433þ þST16433þ þST16433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Delete/.svn/prop-base/delete
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;

ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;

ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;

ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6433.txtþ þTEXT\0002\ST16433.txtþ
þST16434þ þST16434þ þST16434þ þST16434þ þST16434þ þST16434þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Delete/.svn/text-base/delete
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete

over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4764þ þ09e7eba72f948b8528d592004feb4073þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ ST16434.pngþ þTEXT\0002\ST16434.txtþ

þST16435þ þST16435þ þST16435þ þST16435þ þST16435þ þST16435þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Delete/.svn/text-base/delete up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1870þ þdff16b803e2184616d99f856bb73e85dþ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST 16435.pngþ þTEXT\0002\ST16435.txtþ

þST16436þ þST16436þ þST16436þ þST16436þ þST16436þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Delete/delete over.pngþ þþ þþ þ0þ þ1þ þST16434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete over.pngþ þ.PNGþ þimage/pngþ þþ þ4764þ þ09e7eba72f948b8528d592004feb4073þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16436.p ngþ þTEXT\0002\ST16436.txtþ

þST16437þ þST16437þ þST16437þ þST16437þ þST16437þ þST16437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Delete/delete up.pngþ þþ þþ þ0þ þ1þ þST16435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdelete up.pngþ þ.PNGþ þimage/pngþ þþ þ1870þ þdff16b803e2184616d99f856bb73e85dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16437.pngþ þTEXT\0002\ST16437.txtþ

þST16438þ þST16438þ þST16438þ þST16438þ þST16438þ þST16438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Edit/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ401þ þ2f6c083e2 e1a5a1e18057e0181fe9e5bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0004\ST16438.txtþ þTEXT\0002\ST16438.txtþ

þST16439þ þST16439þ þST16439þ þST16439þ þST16439þ þST16439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Edit/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ500þ þ3010cbcc083dc195c2966d904d72ac76þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16439.txtþ þTEXT\0002\ST16439.txtþ

þST16440þ þST16440þ þST16440þ þST16440þ þST16440þ þST16440þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Edit/.svn/prop-base/edit over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;

ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;

ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;

ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit

over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16440.txtþ þTEXT\0002\ST16440.txtþ
þST16441þ þST16441þ þST16441þ þST16441þ þST16441þ þST16441þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Edit/.svn/prop-base/edit
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;

ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;

ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;

ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6441.txtþ þTEXT\0002\ST16441.txtþ
þST16442þ þST16442þ þST16442þ þST16442þ þST16442þ þST16442þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Edit/.svn/text-base/edit
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16444þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit
over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4413þ þ983d612b1403343271578591d95a35b5þ þ1

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16442.pngþ þTEXT\0002\ST16442.txtþ

þST16443þ þST16443þ þST16443þ þST16443þ þST16443þ þST16443þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Edit/.svn/text-base/edit
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16445þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1576þ þ37d5aacf28bc10d54d6828c2fa0c6ea0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16443.pngþ þTEXT\0002\ST16443.txtþ

þST16444þ þST16444þ þST16444þ þST16444þ þST16444þ þST16444þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Edit/edit
over.pngþ þþ þþ þ0þ þ1þ þST16442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit
over.pngþ þ.PNGþ þimage/pngþ þþ þ4413þ þ983d612b1403343271578591d95a35b5þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16444.p
ngþ þTEXT\0002\ST16444.txtþ

þST16445þ þST16445þ þST16445þ þST16445þ þST16445þ þST16445þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Edit/edit
up.pngþ þþ þþ þ0þ þ1þ þST16443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þedit
up.pngþ þ.PNGþ þimage/pngþ þþ þ1576þ þ37d5aacf28bc10d54d6828c2fa0c6ea0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16445.pngþ þTEXT\0002\ST16445.txtþ

þST16446þ þST16446þ þST16446þ þST16446þ þST16446þ þST16446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/My Saved
Filters/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc
propsþ þ.TXTþ þtext/plainþ þþ þ709þ þ5f7fa151ff0c218404675b50d83b4b47þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16446.txtþ
þTEXT\0002\ST16446.txtþ

þST16447þ þST16447þ þST16448þ þST16447þ þST16448þ þST16447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/My Saved
Filters/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:0
0þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ692þ þ54
52fcd4f0b9d4c33706e258402da6c7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16447.txtþ þTEXT\0002\ST16447.txtþ

þST16449þ þST16449þ þST16449þ þST16449þ þST16449þ þST16449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/.svn/prop-base/my saved
filters gray.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;

ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15323; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;

ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;

ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters
gray.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16449.txtþ þTEXT\0002\ST16449.txtþ
þST16450þ þST16450þ þST16450þ þST16450þ þST16450þ þST16450þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/.svn/prop-base/my saved
filters orange.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters
orange.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16450.txtþ þTEXT\0002\ST16450.txtþ
þST16451þ þST16451þ þST16451þ þST16451þ þST16451þ þST16451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/.svn/prop-base/my saved
filters yellow.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters
yellow.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16451.txtþ þTEXT\0002\ST16451.txtþ
þST16452þ þST16452þ þST16452þ þST16452þ þST16452þ þST16452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/.svn/text-base/my saved
filters

gray.png.svn-baseþ þþ þþ þ0þ þ1þ þST16455þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters

gray.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2101þ þa077f073f45f3ce228407755a6410e64þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16452.pngþ þTEXT\0002\ST16452.txtþ

þST16453þ þST16453þ þST16453þ þST16453þ þST16453þ þST16453þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/.svn/text-base/my saved filters

orange.png.svn-baseþ þþ þþ þ0þ þ1þ þST16456þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters

orange.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2278þ þb1a3e0d29308db158ad76214ec8937caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16453.pngþ þTEXT\0002\ST16453.txtþ

þST16454þ þST16454þ þST16454þ þST16454þ þST16454þ þST16454þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/.svn/text-base/my saved filters

yellow.png.svn-baseþ þþ þþ þ0þ þ1þ þST16457þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters

yellow.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2009þ þ24e5a8eeb63e0333256814b79c6a33bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16454.pngþ þTEXT\0002\ST16454.txtþ

þST16455þ þST16455þ þST16455þ þST16455þ þST16455þ þST16455þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/my saved filters

gray.pngþ þþ þþ þ0þ þ1þ þST16452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters

gray.pngþ þ.PNGþ þimage/pngþ þþ þ2101þ þa077f073f45f3ce228407755a6410e64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16455.pngþ þTEXT\0002\ST16455.txtþ

þST16456þ þST16456þ þST16456þ þST16456þ þST16456þ þST16456þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/my saved filters

orange.pngþ þþ þþ þ0þ þ1þ þST16453þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters

orange.pngþ þ.PNGþ þimage/pngþ þþ þ2278þ þb1a3e0d29308db158ad76214ec8937caþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16456.pngþ þTEXT\0002\ST16456.txtþ

þST16457þ þST16457þ þST16457þ þST16457þ þST16457þ þST16457þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/My Saved Filters/my saved filters

yellow.pngþ þþ þþ þ0þ þ1þ þST16454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy saved filters

yellow.pngþ þ.PNGþ þimage/pngþ þþ þ2009þ þ24e5a8eeb63e0333256814b79c6a33bfþ þ1þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16457
.pngþ þTEXT\0002\ST16457.txtþ
þST16458þ þST16458þ þST16458þ þST16458þ þST16458þ þST16458þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run
Filter/.svn/all-wcprops þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcp
ropsþ þ.TXTþ þtext/plainþ þþ þ455þ þ7af7e6d8491842faa29d49f1945aaaf9þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16458.txtþ þ
TEXT\0002\ST16458.txtþ
þST16459þ þST16459þ þST16459þ þST16459þ þST16459þ þST16459þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run
Filter/.svn/entries þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00
þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ520þ þ595
1bb19a1781ed2f1957fc312d58491þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16459.txtþ þTEXT\0002\ST16459.txtþ
þST16460þ þST16460þ þST16460þ þST16460þ þST16460þ þST16460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter/.svn/prop-base/run filter
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter
over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16460.txtþ þTEXT\0002\ST16460.txtþ
þST16461þ þST16461þ þST16461þ þST16461þ þST16461þ þST16461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter/.svn/prop-base/run filter
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;

ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;

ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;

ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6461.txtþ þTEXT\0002\ST16461.txtþ
þST16462þ þST16462þ þST16462þ þST16462þ þST16462þ þST16462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter/.svn/text-base/run filter
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16464þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun
filter
over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4914þ þ7ba0bad01f8580a8828182a7a707dc9bþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16462.pngþ þTEXT\0002\ST16462.txtþ
þST16463þ þST16463þ þST16463þ þST16463þ þST16463þ þST16463þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter/.svn/text-base/run filter
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun
filter
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2116þ þ135e18a5707529bd2596449d1f47ac73þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16463.pngþ þTEXT\0002\ST16463.txtþ
þST16464þ þST16464þ þST16464þ þST16464þ þST16464þ þST16464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter/run filter
over.pngþ þþ þþ þ0þ þ1þ þST16462þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter
over.pngþ þ.PNGþ þimage/pngþ þþ þ4914þ þ7ba0bad01f8580a8828182a7a707dc9bþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16464.p
ngþ þTEXT\0002\ST16464.txtþ
þST16465þ þST16465þ þST16465þ þST16465þ þST16465þ þST16465þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter/run filter

up.pngþ þþ þþ þ0þ þ1þ þST16463þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter
up.pngþ þ.PNGþ þimage/pngþ þþ þ2116þ þ135e18a5707529bd2596449d1f47ac73þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16465.pngþ þTEXT\0002\ST16465.txtþ
þST16466þ þST16466þ þST16466þ þST16466þ þST16466þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter
Results/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc
propsþ þ.TXTþ þtext/plainþ þþ þ521þ þ750d4698917e8998238abf90e6f1e16fþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16466.txtþ
þTEXT\0002\ST16466.txtþ
þST16467þ þST16467þ þST16467þ þST16467þ þST16467þ þST16467þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter
Results/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:0
0þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ546þ þea
7e697a7abb560dec06947cc86c5490þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16467.txtþ þTEXT\0002\ST16467.txtþ
þST16468þ þST16468þ þST16468þ þST16468þ þST16468þ þST16468þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter Results/.svn/prop-base/run
filter results over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;

ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;

ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;

ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter results
over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16468.txtþ þTEXT\0002\ST16468.txtþ
þST16469þ þST16469þ þST16469þ þST16469þ þST16469þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter Results/.svn/prop-base/run
filter results up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;

ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;

ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;

ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter results
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6469.txtþ þTEXT\0002\ST16469.txtþ
þST16470þ þST16470þ þST16470þ þST16470þ þST16470þ þST16470þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter Results/.svn/text-base/run
filter results
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16472þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun
filter results
over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6183þ þfc3d279b31b98483f8e67239f9acb9dbþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16470.pngþ þTEXT\0002\ST16470.txtþ
þST16471þ þST16471þ þST16471þ þST16471þ þST16471þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter Results/.svn/text-base/run
filter results
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun
filter results
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2905þ þ72eca06d3e77cf66a5f35bb1885211a5þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16471.pngþ þTEXT\0002\ST16471.txtþ
þST16472þ þST16472þ þST16472þ þST16472þ þST16472þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Run Filter Results/run filter results
over.pngþ þþ þþ þ0þ þ1þ þST16470þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter
results
over.pngþ þ.PNGþ þimage/pngþ þþ þ6183þ þfc3d279b31b98483f8e67239f9acb9dbþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16472.p

ngþ þTEXT\0002\ST16472.txtþ

þST16473þ þST16473þ þST16473þ þST16473þ þST16473þ þST16473þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/qfilter/Run Filter Results/run filter results up.pngþ þþ þ0þ þ1þ þST16471þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrun filter results

up.pngþ þ.PNGþ þimage/pngþ þþ þ2905þ þ72eca06d3e77cf66a5f35bb1885211a5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0004\ST16473.pngþ þTEXT\0002\ST16473.txtþ

þST16474þ þST16474þ þST16474þ þST16474þ þST16474þ þST16474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/qfilter/Save/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ433þ þ6c53c7a96 051d6b05d592e95c13d2de9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0004\ST16474.txtþ þTEXT\0002\ST16474.txtþ

þST16475þ þST16475þ þST16475þ þST16475þ þST16475þ þST16475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/qfilter/Save/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ þ2010-06-28T00:00:00-04:00þ þ1277697600þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ514þ þ62bf38a89e641f53acd9722e6a295307þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0004\ST16475.txtþ þTEXT\0002\ST16475.txtþ

þST16476þ þST16476þ þST16476þ þST16476þ þST16476þ þST16476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/buttons_img/src/qfilter/Save/.svn/prop-base/save filter over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;

ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;

ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;

ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave filter
over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16476.txtþ þTEXT\0002\ST16476.txtþ
þST16477þ þST16477þ þST16477þ þST16477þ þST16477þ þST16477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save/.svn/prop-base/save filter
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;

ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave filter
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6477.txtþ þTEXT\0002\ST16477.txtþ
þST16478þ þST16478þ þST16478þ þST16478þ þST16478þ þST16478þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save/.svn/text-base/save filter
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16480þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave
filter
over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ513þ þaf512b5c2f790589fe03603a3d9a08c3þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16478.pngþ þTEXT\0002\ST16478.txtþ
þST16479þ þST16479þ þST16479þ þST16479þ þST16479þ þST16479þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save/.svn/text-base/save filter
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16481þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave
filter
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2287þ þe9c365697df97a171fe6f02ab1a53171þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16479.pngþ þTEXT\0002\ST16479.txtþ
þST16480þ þST16480þ þST16480þ þST16480þ þST16480þ þST16480þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save/save filter
over.pngþ þþ þþ þ0þ þ1þ þST16478þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave filter

over.pngþ þ.PNGþ þimage/pngþ þþ þ5134þ þaf512b5c2f790589fe03603a3d9a08c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16480.p ngþ þTEXT\0002\ST16480.txtþ

þST16481þ þST16481þ þST16481þ þST16481þ þST16481þ þST16481þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Save/save filter up.pngþ þþ þþ þ0þ þ1þ þST16479þ þþ þþ þþ þþ þþ þþ þþ þþ þsave filter up.pngþ þ.PNGþ þimage/pngþ þþ þ2287þ þe9c365697df97a171fe6f02ab1a53171þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0004\ST16481.pngþ þTEXT\0002\ST16481.txtþ

þST16482þ þST16482þ þST16482þ þST16482þ þST16482þ þST16482þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Save As/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ433þ þcb0475369b55ab7478d125294bbf7592þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16482.tx tþ þTEXT\0002\ST16482.txtþ

þST16483þ þST16483þ þST16483þ þST16483þ þST16483þ þST16483þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Save As/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2010þ þ00:00:00þ þ20 10-06-28T00:00:00-04:00þ þ1277697600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ511þ þ35beff3a 15b82f3081d430b2c52bc560þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16483.txtþ þTEXT\0002\ST16483.txtþ

þST16484þ þST16484þ þST16484þ þST16484þ þST16484þ þST16484þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/buttons_img/src/qfilter/Save As/.svn/prop-base/save as over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;

ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;

ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;

ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave as
over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\S
T16484.txtþ þTEXT\0002\ST16484.txtþ
þST16485þ þST16485þ þST16485þ þST16485þ þST16485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save As/.svn/prop-base/save as
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;

ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;

ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;

ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þsave as
up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST1
6485.txtþ þTEXT\0002\ST16485.txtþ
þST16486þ þST16486þ þST16486þ þST16486þ þST16486þ þST16486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save As/.svn/text-base/save as
over.png.svn-baseþ þþ þþ þ0þ þ1þ þST16488þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave
as
over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5080þ þf4f436d8f5674320f3e847e3a2fc3001þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\
ST16486.pngþ þTEXT\0002\ST16486.txtþ
þST16487þ þST16487þ þST16487þ þST16487þ þST16487þ þST16487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save As/.svn/text-base/save as
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16489þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave as
up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2143þ þcd52a53d2c1cc0ffe657fadd96e527f9þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST
16487.pngþ þTEXT\0002\ST16487.txtþ
þST16488þ þST16488þ þST16488þ þST16488þ þST16488þ þST16488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save As/save as

over.pngþ þþ þþ þ0þ þ1þ þST16486þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave as
over.pngþ þ.PNGþ þimage/pngþ þþ þ5080þ þf4f436d8f5674320f3e847e3a2fc3001þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16488.p
ngþ þTEXT\0002\ST16488.txtþ
þST16489þ þST16489þ þST16489þ þST16489þ þST16489þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/src/qfilter/Save As/save as
up.pngþ þþ þþ þ0þ þ1þ þST16487þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave as
up.pngþ þ.PNGþ þimage/pngþ þþ þ2143þ þcd52a53d2c1cc0ffe657fadd96e527f9þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16489.pngþ þTEXT\0002\ST16489.txtþ
þST16490þ þST16490þ þST16490þ þST16490þ þST16490þ þST16490þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þ2efac3e601b57df7f3518
230bbb2b190þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0004\ST16490.txtþ þTEXT\0002\ST16490.txtþ
þST16491þ þST16491þ þST16491þ þST16491þ þST16491þ þST16491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þ09/04/2009þ þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ222þ þ7e490d7877
e92a090526ae89d1d61e8dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0004\ST16491.txtþ þTEXT\0002\ST16491.txtþ
þST16492þ þST16492þ þST16492þ þST16492þ þST16492þ þST16492þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/buttons_img.jarþ þþ þþ þ0þ þ1þ þST15186; ST22134; ST22652;
ST24141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuttons_img.jarþ þ.JARþ þapplication/j
ava-archiveþ þþ þ1235293þ þb8811f59d80e0c51a816179e14b96d39þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16492.jarþ þþ
þST16493þ þST16493þ þST16493þ þST16493þ þST16493þ þST16493þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ211þ þ6938feeb8f55be25601ee34745bb5
7f0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0004\ST16493.txtþ þTEXT\0002\ST16493.txtþ
þST16494þ þST16494þ þST16494þ þST16494þ þST16494þ þST16494þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834;
ST13920; ST14964; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222;
ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16494.txtþ þTEXT\0002\ST16494.txtþ

þST16495þ þST16495þ þST16495þ þST16495þ þST16495þ þST16495þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ1
0/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext
/plainþ þþ þ381þ þ1700990e952f0e650b0a477097d0aaf4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16495.txtþ þTEXT\0002\ST16495
.txtþ
þST16496þ þST16496þ þST16496þ þST16496þ þST16496þ þST16496þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST16497þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ3719þ þ0c249ad1b1723091e8be37ae30e0d017þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16496.x
mlþ þþ
þST16497þ þST16497þ þST16497þ þST16497þ þST16497þ þST16497þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/build.xmlþ þþ þþ þ0þ þ1þ þST16496þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3719þ þ0c249ad1b1723091e8be37ae3
0e0d017þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0004\ST16497.xmlþ þþ
þST16498þ þST16498þ þST16498þ þST16498þ þST16498þ þST16498þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ661þ þ11ef2304fb475e47e62
b949c9a05a1f1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0004\ST16498.txtþ þTEXT\0002\ST16498.txtþ
þST16499þ þST16499þ þST16499þ þST16499þ þST16499þ þST16499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660;
ST12555; ST14264; ST15023; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504;
ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086;
ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16499.txtþ þTEXT\0002\ST16499.txtþ
þST16500þ þST16500þ þST16501þ þST16500þ þST16501þ þST16500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.
TXTþ þtext/plainþ þþ þ743þ þa815f2912a3b82d4df4c7ddbdc4d5f43þ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0004\ST16500.txtþ þTEXT\0002\ST16500.txtþ
þST16502þ þST16502þ þST16502þ þST16502þ þST16502þ þST16502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ
0þ þ1þ þST16506þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ
 þapplication/xmlþ þþ þ48776þ þ3412b3a9878da0365ca673f074b49f64þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16502.xmlþ þ
þST16503þ þST16503þ þST16503þ þST16503þ þST16503þ þST16503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þ
þ þþ þ0þ þ1þ þST16507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ475þ þ5a0159a5ffb2aaa2875e8ea2e13ba203þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16503.txtþ þ
TEXT\0002\ST16503.txtþ
þST16504þ þST16504þ þST16504þ þST16504þ þST16504þ þST16504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/text-base/project.properties.svn-baseþ þþ
þþ þ0þ þ1þ þST16508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-base
þ þ.TXTþ þtext/plainþ þþ þ1914þ þ45a7c739fdc4cfdd490c9bc6eb1eb827þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0004\ST16504.txtþ þTEX
T\0002\ST16504.txtþ
þST16505þ þST16505þ þST16505þ þST16505þ þST16505þ þST16505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ
þ1þ þST16509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þappl
ication/xmlþ þþ þ578þ þ580a22bbf83edbac1312a6b6610f5e0aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16505.xmlþ þþ
þST16506þ þST16506þ þST16506þ þST16506þ þST16506þ þST16506þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST16502þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48776þ þ3412
b3a9878da0365ca673f074b49f64þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0005\ST16506.xmlþ þþ
þST16507þ þST16507þ þST16507þ þST16507þ þST16507þ þST16507þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST16503þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-pro
pertiesþ þþ þ475þ þ5a0159a5ffb2aaa2875e8ea2e13ba203þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16507.propertiesþ þþ
þST16508þ þST16508þ þST16508þ þST16508þ þST16508þ þST16508þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST16504þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-prope
rtiesþ þþ þ1914þ þ45a7c739fdc4cfdd490c9bc6eb1eb827þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16508.propertiesþ þþ
þST16509þ þST16509þ þST16509þ þST16509þ þST16509þ þST16509þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST16505þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ578þ þ580a22bbf83e dbac1312a6b6610f5e0aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0005\ST16509.xmlþ þþ

þST16510þ þST16510þ þST16510þ þST16510þ þST16510þ þST16510þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ100þ þ5d43705330a7ec65973f092179b96852þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16510.tx tþ þTEXT\0002\ST16510.txtþ

þST16511þ þST16511þ þST16511þ þST16511þ þST16511þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ10/01/2010þ þ00:00:00þ þ2010-10-01T00:00:00-04:00þ þ1285905600þ þentriesþ þ.TXTþ þt ext/plainþ þþ þ229þ þ9b5aa5c2cf7744b352df74b95390e342þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16511.txtþ þTEXT\0002\ST16 511.txtþ

þST16512þ þST16512þ þST16512þ þST16512þ þST16512þ þST16512þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ104þ þ732f3cc9c297f66698beb b1b047c66ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16512.txtþ þTEXT\0002\ST16512.txtþ

þST16513þ þST16513þ þST16513þ þST16513þ þST16513þ þST16513þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þ10/01/2010þ þ00:00:00þ þ2010
-10-01T00:00:00-04:00þ þ1285905600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ240þ þa067ef7bea f8f83d52a7b600ed00f396þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0005\ST16513.txtþ þTEXT\0002\ST16513.txtþ

þST16514þ þST16514þ þST16514þ þST16514þ þST16514þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ115þ þ26bb6e1e0023f2788ad863d85bbf837dþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16514.tx tþ þTEXT\0002\ST16514.txtþ

þST16515þ þST16515þ þST16515þ þST16515þ þST16515þ þST16515þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þ10/01/2010þ þ00:00:00þ þ2010-10-01T00:00:00-04:00þ þ1285905600þ þen

triesþ þ.TXTþ þtext/plainþ þþ þ244þ þfae40f8d872f1bf9b0fc627e70896be6þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16515.txtþ
þTEXT\0002\ST16515.txtþ

þST16516þ þST16516þ þST16516þ þST16516þ þST16516þ þST16516þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ255þ þ04a33
e3a74229c7efb92f3037483d7e7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0005\ST16516.txtþ þTEXT\0002\ST16516.txtþ

þST16517þ þST16517þ þST16517þ þST16517þ þST16517þ þST16517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þ10/01/2010þ þ00:00:00þ þ2010

-10-01T00:00:00-04:00þ þ1285905600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ479þ þfeda188a74
6634ccff475d23f922728eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST16517.txtþ þTEXT\0002\ST16517.txtþ

þST16518þ þST16518þ þST16518þ þST16518þ þST16518þ þST16518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/.svn/prop-base/tray.gif.svn-baseþ
þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;

ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;

ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;

ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þtray.gif.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16518.txtþ þTEXT\0002\ST16518.txtþ
þST16519þ þST16519þ þST16519þ þST16519þ þST16519þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/.svn/text-base/tray.gif.svn-baseþ
 þþ þþ þþ þ0þ þ1þ þST17184þ þþ þþ þþ þþ þþ þþ þþ þtray.gif.svn-baseþ þ.GIF
þ þimage/gifþ þþ þ927þ þc506ec0ece6e115bf57d960cabdb1ef2þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16519.gifþ þþ
þST16520þ þST16520þ þST16520þ þST16520þ þST16520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/.svn/all-wcpropsþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ
450þ þ262e1b6a21fd3be629d3e7e6d1e066caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16520.txtþ þTEXT\0002\ST16520.txtþ
þST16521þ þST16521þ þST16521þ þST16521þ þST16521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/.svn/entriesþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ
 þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ518þ þ17edfe5de9296ee903a93a2b2129a3b6
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
005\ST16521.txtþ þTEXT\0002\ST16521.txtþ
þST16522þ þST16522þ þST16522þ þST16522þ þST16522þ þST16522þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/.svn/prop-base/down_i
con.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;

ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;

ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;

ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown_icon.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16522.txtþ þTEXT\0002\ST16522.t
xtþ

þST16523þ þST16523þ þST16523þ þST16523þ þST16523þ þST16523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/.svn/prop-base/right_
icon.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;

ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;

ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;

ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þright_icon.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16523.txtþ þTEXT\0002\ST16523.
txtþ
þST16524þ þST16524þ þST16524þ þST16524þ þST16524þ þST16524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/.svn/text-base/down_i
con.png.svn-baseþ þþ þþ þ0þ þ1þ þST16526; ST17232; ST17234;
ST21991þ þþ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þdown_icon.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ2978þ þ2df99fa54ccd756160c95c4382796c40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16524.pngþ þþ

þST16525þ þST16525þ þST16525þ þST16525þ þST16525þ þST16525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/.svn/text-base/right_
icon.png.svn-baseþ þþ þþ þ0þ þ1þ þST16527; ST17233;
ST17235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þright_icon.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ2988þ þa11a951792a40b117585bf61465a3396þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16525.pngþ þþ
þST16526þ þST16526þ þST16526þ þST16526þ þST16526þ þST16526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/down_icon.pngþ þþ þþ þ
0þ þ1þ þST16524; ST17232; ST17234;
ST21991þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown_icon.pngþ þ.PNGþ þimage/pngþ þþ þ2
978þ þ2df99fa54ccd756160c95c4382796c40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16526.pngþ þþ
þST16527þ þST16527þ þST16527þ þST16527þ þST16527þ þST16527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/collapsible/right_icon.pngþ þþ þþ
þ0þ þ1þ þST16525; ST17233;
ST17235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þright_icon.pngþ þ.PNGþ þimage/pngþ þþ þ
2988þ þa11a951792a40b117585bf61465a3396þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16527.pngþ þþ
þST16528þ þST16528þ þST16528þ þST16528þ þST16528þ þST16528þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/all-wcpropsþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ
þþ þ593þ þ4eb3d09e90c724f2029515540b68dac0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16528.txtþ þTEXT\0002\ST16528.txtþ
þST16529þ þST16529þ þST16530þ þST16529þ þST16530þ þST16529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/entriesþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04
:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ640þ þf94760390e06962f7c8d55a46438
d3f0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0005\ST16529.txtþ þTEXT\0002\ST16529.txtþ
þST16531þ þST16531þ þST16531þ þST16531þ þST16531þ þST16531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/prop-base/do
wn.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;

ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;

ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18550; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;

ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16531.txtþ þTEXT\0002\ST16531.txtþ
þST16532þ þST16532þ þST16532þ þST16532þ þST16532þ þST16532þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/prop-base/fo
ward.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;

ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;

ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;

ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfoward.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16532.txtþ þTEXT\0002\ST16532.txtþ
þST16533þ þST16533þ þST16533þ þST16533þ þST16533þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/prop-base/up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;

ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;

ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;

ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þup.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16533.txtþ þTEXT\0002\ST16533.txtþ þST16534þ þST16534þ þST16534þ þST16534þ þST16534þ þST16534þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/text-base/down.png.svn-baseþ þþ þþ þ0þ þ1þ þST16537; ST17242;

ST17245þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ230þ þ41cfd85d0e4e0e58091042fb50193cc2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0005\ST16534.pngþ þþ þ þST16535þ þST16535þ þST16535þ þST16535þ þST16535þ þST16535þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/text-base/fo
ward.png.svn-baseþ þþ þþ þ0þ þ1þ þST16538; ST17243;
ST17246þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfoward.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ408þ þafba3a174ad367757d625e5c46f4d4c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16535.pngþ þþ
þST16536þ þST16536þ þST16536þ þST16536þ þST16536þ þST16536þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/.svn/text-base/up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16539; ST17244;
ST17247þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þup.png.svn-baseþ þ.PNGþ þimage/pngþ þþ
þ241þ þ81c235dc249b44b837da8df1488dadceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16536.pngþ þþ
þST16537þ þST16537þ þST16537þ þST16537þ þST16537þ þST16537þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/down.pngþ þþ þþ þ0
þ þ1þ þST16534; ST17242;
ST17245þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown.pngþ þ.PNGþ þimage/pngþ þþ þ230þ þ4
1cfd85d0e4e0e58091042fb50193cc2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16537.pngþ þþ
þST16538þ þST16538þ þST16538þ þST16538þ þST16538þ þST16538þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/foward.pngþ þþ þþ
þ0þ þ1þ þST16535; ST17243;
ST17246þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfoward.pngþ þ.PNGþ þimage/pngþ þþ þ408þ
þafba3a174ad367757d625e5c46f4d4c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16538.pngþ þþ
þST16539þ þST16539þ þST16539þ þST16539þ þST16539þ þST16539þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/customsplitpane/up.pngþ þþ þþ þ0þ
þ1þ þST16536; ST17244;
ST17247þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þup.pngþ þ.PNGþ þimage/pngþ þþ þ241þ þ81c
235dc249b44b837da8df1488dadceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16539.pngþ þþ
þST16540þ þST16540þ þST16541þ þST16540þ þST16541þ þST16540þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/all-wcpropsþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1898þ þd5231fdd4cb811151f1b4bbaef28b86aþ þ2þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16540.t
xtþ þTEXT\0002\ST16540.txtþ
þST16542þ þST16542þ þST16544þ þST16542þ þST16544þ þST16542þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/entriesþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/08/2010þ þ00:00:00þ þ2010-09-08T00:00:00-04:00þ þ128

3918400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1760þ þa1b12b8a5a9eaab0714beb9813170c6bþ þ3 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ ST16542.txtþ þTEXT\0002\ST16542.txtþ

þST16545þ þST16545þ þST16545þ þST16545þ þST16545þ þST16545þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/alerts_type _btn_.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;

ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;

ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_type_btn_.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16545.txtþ þTEXT\0002\ST16545.txtþ

þST16546þ þST16546þ þST16546þ þST16546þ þST16546þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/alerts_type _btn_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;

ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;

ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;

ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_type_btn_click.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0110093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16546.txtþ þTEXT\000
2\ST16546.txtþ
þST16547þ þST16547þ þST16547þ þST16547þ þST16547þ þST16547þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/arrow_rs.jp
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;

ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;

ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18252; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;

ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarrow_rs.jpg.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16547.txtþ þTEXT \0002\ST16547.txtþ

þST16548þ þST16548þ þST16548þ þST16548þ þST16548þ þST16548þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/EF_logo1.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;

ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;

ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;

ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEF_logo1.png.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16548.txtþ þTEXT \0002\ST16548.txtþ
þST16549þ þST16549þ þST16549þ þST16549þ þST16549þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/news_in.jpg .svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;

ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;

ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;

ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_in.jpg.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16549.txtþ þTEXT\0002\ST16549.txtþ
þST16550þ þST16550þ þST16550þ þST16550þ þST16550þ þST16550 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/news_search
_btn_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15919; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;

ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16544; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;

ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;

ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_btn_click.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16550.txtþ þTEXT\000
2\ST16550.txtþ
þST16551þ þST16551þ þST16551þ þST16551þ þST16551þ þST16551þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/news_search
_btn.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16461; ST16465; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;

ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;

ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_btn.png.svn-baseþ þ.TXTþ þ text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16551.txtþ þTEXT\0002\ST16 551.txtþ

þST16552þ þST16552þ þST16552þ þST16552þ þST16552þ þST16552þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/news_type_b tn_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;

ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_type_btn_click.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16552.txtþ þTEXT\0002\S
T16552.txtþ
þST16553þ þST16553þ þST16553þ þST16553þ þST16553þ þST16553þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/news_type_b
tn.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;

ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;

ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;

ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_type_btn.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16553.txtþ þTEXT\0002\ST1655
3.txtþ

ST16554þ þST16554þ þST16554þ þST16554þ þST16554þ þST16554þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/tab_icon.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;

ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;

ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;

ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtab_icon.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16554.txtþ þTEXT
\0002\ST16554.txtþ
þST16555þ þST16555þ þST16555þ þST16555þ þST16555þ þST16555þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/prop-base/Thumbs.db.s
vn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;

ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;

ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;

ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16555.txtþ þTEXT\0002\ST16555.txtþ
þST16556þ þST16556þ þST16556þ þST16556þ þST16556þ þST16556þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/alerts_type
_btn_.png.svn-baseþ þþ þþ þ0þ þ1þ þST16567þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert
s_type_btn_.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2853þ þ7c1447ca17ae1bf9c5e1d6d265d58
2f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0005\ST16556.pngþ þTEXT\0002\ST16556.txtþ
þST16557þ þST16557þ þST16557þ þST16557þ þST16557þ þST16557þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/alerts_type
_btn_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16568þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
alerts_type_btn_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3008þ þ04beba27adadd6061b9
ac3a2b86bd39eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0005\ST16557.pngþ þTEXT\0002\ST16557.txtþ
þST16558þ þST16558þ þST16558þ þST16558þ þST16558þ þST16558þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/arrow_rs.jp
g.svn-baseþ þþ þþ þ0þ þ1þ þST16569; ST17254;
ST17257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarrow_rs.jpg.svn-baseþ þ.JPEGþ þimage/
jpegþ þþ þ704þ þ2358e7a44a7b1441ce2239ed1d75c2ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16558.jpegþ þþ þ
þST16559þ þST16559þ þST16559þ þST16559þ þST16559þ þST16559þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/EF_logo1.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST16570; ST17255;
ST17258þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEF_logo1.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ4173þ þ895985bf11b98333746eb8d3a364f460þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16559.pngþ þTEXT\0002\ST16559.t
xtþ
þST16560þ þST16560þ þST16560þ þST16560þ þST16560þ þST16560þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/news_in.jpg
.svn-baseþ þþ þþ þ0þ þ1þ þST16571; ST17256;

ST17259þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_in.jpg.svn-baseþ þ.JPEGþ þimage/j
pegþ þþ þ787þ þa64bdd2c14999e28aa0ce886c3c0b22eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16560.jpegþ þþ
þST16561þ þST16561þ þST16561þ þST16561þ þST16561þ þST16561þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/news_search
_btn_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
news_search_btn_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3253þ þd1e85aa983eed194ea5
a70fe6cbb2b1cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0005\ST16561.pngþ þTEXT\0002\ST16561.txtþ
þST16562þ þST16562þ þST16562þ þST16562þ þST16562þ þST16562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/news_search
_btn.png.svn-baseþ þþ þþ þ0þ þ1þ þST16573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_s
earch_btn.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3067þ þe81fadd501eb5286f806ca60d899dd9
3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST16562.pngþ þþ
þST16563þ þST16563þ þST16563þ þST16563þ þST16563þ þST16563þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/news_type_b
tn_click.png.svn-baseþ þþ þþ þ0þ þ1þ þST16574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þne
ws_type_btn_click.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3126þ þ7af6da2d9092f89402637b5
9597b4476þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0005\ST16563.pngþ þTEXT\0002\ST16563.txtþ
þST16564þ þST16564þ þST16564þ þST16564þ þST16564þ þST16564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/news_type_b
tn.png.svn-baseþ þþ þþ þ0þ þ1þ þST16575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_typ
e_btn.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2930þ þd6bd4b0161e2d0d5c72c5b39254a0a1eþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16564.pngþ þTEXT\0002\ST16564.txtþ
þST16565þ þST16565þ þST16565þ þST16565þ þST16565þ þST16565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/tab_icon.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST16576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtab_icon.png.
svn-baseþ þ.PNGþ þimage/pngþ þþ þ401þ þa13d068ed7f8c0c41aac9ebd2f3afb2cþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16565.pn
gþ þþ
þST16566þ þST16566þ þST16566þ þST16566þ þST16566þ þST16566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/.svn/text-base/Thumbs.db.s
vn-baseþ þþ þþ þ0þ þ1þ þST16577þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-ba
seþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ21504þ þ0166fe82a4622f01b9ddfb280f3
1421cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE

S\0005\ST16566.svn-baseþ þþ

þST16567þ þST16567þ þST16567þ þST16567þ þST16567þ þST16567þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/alerts_type_btn_.pngþ þþ þþ þ0þ þ1þ þST16556þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_type_btn_.pngþ þ.PNGþ þ image/pngþ þþ þ2853þ þ7c1447ca17ae1bf9c5e1d6d265d582f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16567.pngþ þTEXT\0002\ST16567.txtþ

þST16568þ þST16568þ þST16568þ þST16568þ þST16568þ þST16568þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/alerts_type_btn_click.pngþ þþ þþ þ0þ þ1þ þST16557þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalerts_type_btn_click.pngþ þ.PNGþ þimage/pngþ þþ þ3008þ þ04beba27adadd6061b9ac3a2b86bd39eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16568.pngþ þTEXT\0002\ST16568.txtþ

þST16569þ þST16569þ þST16569þ þST16569þ þST16569þ þST16569þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/arrow_rs.jpgþ þþ þþ þ0þ þ1þ þST16558; ST17254; ST17257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarrow_rs.jpgþ þ.JPGþ þimage/jpegþ þþ þ704þ þ2358e7a44a7b1441ce2239ed1d75c2ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16569.jpgþ þþ

þST16570þ þST16570þ þST16570þ þST16570þ þST16570þ þST16570þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/EF_logo1.pngþ þþ þþ þ0þ þ1þ þST16559; ST17255; ST17258þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEF_logo1.pngþ þ.PNGþ þimage/pngþ þþ þ4173þ þ895985bf11b98333746eb8d3a364f460þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16570.pngþ þTEXT\0002\ST16570.txtþ

þST16571þ þST16571þ þST16571þ þST16571þ þST16571þ þST16571þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/news_in.jpgþ þþ þþ þ0þ þ1þ þST16560; ST17256; ST17259þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_in.jpgþ þ.JPGþ þimage/jpegþ þþ þ787þ þa64bdd2c14999e28aa0ce886c3c0b22eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16571.jpgþ þþ

þST16572þ þST16572þ þST16572þ þST16572þ þST16572þ þST16572þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/news_search_btn_click.pngþ þþ þþ þ0þ þ1þ þST16561þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_btn_click.pngþ þ.PNGþ þimage/pngþ þþ þ3253þ þd1e85aa983eed194ea5a70fe6cbb2b1cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16572.pngþ þTEXT\0002\ST16572.txtþ

þST16573þ þST16573þ þST16573þ þST16573þ þST16573þ þST16573þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/news_search_btn.pngþ þþ þþ þ0þ þ1þ þST16562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_search_btn.pngþ þ.PNGþ þimage/pngþ þþ þ3067þ þe81fadd501eb5286f806ca60d899dd93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16573.pngþ þþ þST16574þ þST16574þ þST16574þ þST16574þ þST16574þ þST16574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/news_type_btn_click.pngþ þ þ þþ þ0þ þ1þ þST16563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_type_btn_click.pngþ þ.PNGþ þimage/pngþ þþ þ3126þ þ7af6da2d9092f89402637b59597b4476þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16574.pngþ þTEXT\0002\ST16574.txtþ þST16575þ þST16575þ þST16575þ þST16575þ þST16575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/news_type_btn.pngþ þþ þþ þ0þ þ1þ þST16564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_type_btn.pngþ þ.PNGþ þimage/pngþ þþ þ2930þ þd6bd4b0161e2d0d5c72c5b39254a0a1eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST16575.pngþ þTEXT\0002\ST16575.txtþ þST16576þ þST16576þ þST16576þ þST16576þ þST16576þ þST16576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/tab_icon.pngþ þþ þþ þ0þ þ1þ þST16565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtab_icon.pngþ þ.PNGþ þimage/pngþ þþ þ401þ þa13d068ed7f8c0c41aac9ebd2f3afb2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16576.pngþ þþ þST16577þ þST16577þ þST16577þ þST16577þ þST16577þ þST16577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/images/Thumbs.dbþ þþ þþ þ0þ þ1þ þST 16566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-mso fficeþ þþ þ21504þ þ0166fe82a4622f01b9ddfb280f31421cþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16577.dbþ þþ þST16578þ þST16578þ þST16578þ þST16578þ þST16578þ þST16578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ130þ þ1752aeb3d4bdb686fb079a7918067181þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16578.txtþ þTEXT\0002\ST16578.txtþ þST16579þ þST16579þ þST16579þ þST16579þ þST16579þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ323þ þ18ee120d5c76e459a365d0a0741f46a5 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0

005\ST16579.txtþ þTEXT\0002\ST16579.txtþ
þST16580þ þST16580þ þST16580þ þST16580þ þST16580þ þST16580þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/all-
wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ143þ þf8eadf2d044343397ff0ddb626a24e17þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16580.tx
tþ þTEXT\0002\ST16580.txtþ
þST16581þ þST16581þ þST16581þ þST16581þ þST16581þ þST16581þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/entr
iesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ295þ þc5aa915cec
c3a7d2f6fa9e61d00f4579þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST16581.txtþ þTEXT\0002\ST16581.txtþ
þST16582þ þST16582þ þST16584þ þST16582þ þST16584þ þST16582þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ4006þ þe0974d6246411c240384bde794e20e15þ þ3þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16582.t
xtþ þTEXT\0002\ST16582.txtþ
þST16585þ þST16585þ þST16589þ þST16585þ þST16589þ þST16585þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-
09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ3117þ þf08ebd2dce
d0f320376b62a3c91c4e7dþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST16585.txtþ þTEXT\0002\ST16585.txtþ
þST16590þ þST16590þ þST16590þ þST16590þ þST16590þ þST16590þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/deal_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;

ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;

ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;

ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal_o.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16590.txtþ þTEXT\0002\ST16590.txtþ
þST16591þ þST16591þ þST16591þ þST16591þ þST16591þ þST16591þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/deal_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;

ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal_y.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16591.txtþ þTEXT\0002\ST16591.txtþ
þST16592þ þST16592þ þST16592þ þST16592þ þST16592þ þST16592þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/deal.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;

ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;

ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;

ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16592.txtþ þTEXT\0002\ST16592.txtþ
þST16593þ þST16593þ þST16593þ þST16593þ þST16593þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/dividends_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdividends_ch.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16593.txtþ þTEXT\0002\ST16593
.txtþ
þST16594þ þST16594þ þST16594þ þST16594þ þST16594þ þST16594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/dividends_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;

ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17124; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;

ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdividends_un.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16594.txtþ þTEXT\0002\ST16594
.txtþ

þST16595þ þST16595þ þST16595þ þST16595þ þST16595þ þST16595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/earnings_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;

ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;

ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;

ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_ch.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16595.txtþ þTEXT\0002\ST16595.txtþ
þST16596þ þST16596þ þST16596þ þST16596þ þST16596þ þST16596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/earnings_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_un.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16596.txtþ þTEXT\0002\ST16596.txtþ
þST16597þ þST16597þ þST16597þ þST16597þ þST16597þ þST16597þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/FDA_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;

ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;

ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;

ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFDA_ch.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16597.txtþ þTEXT\0002\ST16597.txtþ
þST16598þ þST16598þ þST16598þ þST16598þ þST16598þ þST16598þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/FDA_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;

ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;

ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;

ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFDA_un.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16598.txtþ þTEXT\0002\ST16598.txtþ
þST16599þ þST16599þ þST16599þ þST16599þ þST16599þ þST16599þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/financing_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;

ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;

ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;

ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancing_ch.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16599.txtþ þTEXT\0002\ST16599
.txtþ
þST16600þ þST16600þ þST16600þ þST16600þ þST16600þ þST16600þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/financing_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;

ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16795; ST16796; ST16797; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;

ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancing_un.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16600.txtþ þTEXT\0002\ST16600
.txtþ
þST16601þ þST16601þ þST16601þ þST16601þ þST16601þ þST16601þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/legal_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16602; ST16603; ST16604; ST16605;

ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;

ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlegal_ch.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113186892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16601.txtþ þTEXT

\0002\ST16601.txtþ
þST16602þ þST16602þ þST16602þ þST16602þ þST16602þ þST16602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/legal_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;

ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17999;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;

ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlegal_un.png.svn-baseþ þ.TXTþ þtext/pl

ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16602.txtþ þTEXT
\0002\ST16602.txtþ
þST16603þ þST16603þ þST16603þ þST16603þ þST16603þ þST16603þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/merger_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;

ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;

ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;

ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmerger_ch.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16603.txtþ þTEXT\0002\ST16603.t
xtþ
þST16604þ þST16604þ þST16604þ þST16604þ þST16604þ þST16604þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/merger_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;

ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;

ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmerger_un.png.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16604.txtþ þTEXT\0002\ST16604.t xtþ

þST16605þ þST16605þ þST16605þ þST16605þ þST16605þ þST16605þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/prop-base/partnership_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;

ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;

ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;

ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpartnership_ch.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16605.txtþ þTEXT\0002\ST16605.txtþ
þST16606þ þST16606þ þST16606þ þST16606þ þST16606þ þST16606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/partnership_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpartnership_un.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16606.txtþ þTEXT\0002\ST16606.txtþ
þST16607þ þST16607þ þST16607þ þST16607þ þST16607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/patent awards_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;

ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;

ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;

ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpatent
awards_ch.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0b
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
005\ST16607.txtþ þTEXT\0002\ST16607.txtþ
þST16608þ þST16608þ þST16608þ þST16608þ þST16608þ þST16608þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/patent awards_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;

ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;

ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;

ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpatent
awards_un.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0b
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
005\ST16608.txtþ þTEXT\0002\ST16608.txtþ
þST16609þ þST16609þ þST16609þ þST16609þ þST16609þ þST16609þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/stock_splits_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;

ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;

ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;

ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock
splits_ch.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0b
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
005\ST16609.txtþ þTEXT\0002\ST16609.txtþ
þST16610þ þST16610þ þST16610þ þST16610þ þST16610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/prop-base/stock splits_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;

ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;

ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;

ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþþ þþ þþ þþ þþ þþ þþ þstock

splits_un.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0b þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 005\ST16610.txtþ þTEXT\0002\ST16610.txtþ

þST16611þ þST16611þ þST16611þ þST16611þ þST16611þ þST16611þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/deal_o.png.svn-baseþ þþ þ0þ þ1þ þST16632þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2132þ þ6135228ae60a907f7bb0df6 f9ae519c9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0005\ST16611.pngþ þTEXT\0002\ST16611.txtþ

þST16612þ þST16612þ þST16612þ þST16612þ þST16612þ þST16612þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/deal_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST16633þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1958þ þ4e81b71419bbb92b5722f56 9fd8ead74þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0005\ST16612.pngþ þTEXT\0002\ST16612.txtþ

þST16613þ þST16613þ þST16613þ þST16613þ þST16613þ þST16613þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/deal.png.svn-baseþ þþ þþ þ0þ þ1þ þST16634þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2031þ þc423289230b3e3135880d2950572fda8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16613.pngþ þ TEXT\0002\ST16613.txtþ

þST16614þ þST16614þ þST16614þ þST16614þ þST16614þ þST16614þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/dividends_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16635þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdividends_ch.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1993þ þ76c3af208ab1b439ab22704da426b7daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16614.pngþ þ TEXT\0002\ST16614.txtþ

þST16615þ þST16615þ þST16615þ þST16615þ þST16615þ þST16615þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/dividends_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16636þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdividends_un.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ1782þ þ7d28d3983ccc94416ea8b544e026b70dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16615.pngþ þTEXT\0002\ST16615.txtþ

þST16616þ þST16616þ þST16616þ þST16616þ þST16616þ þST16616þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/earnings_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_ch.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ1892þ þbe5edbec171c2 5f9dff707e67f72bd54þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0005\ST16616.pngþ þTEXT\0002\ST16616.txtþ

þST16617þ þST16617þ þST16617þ þST16617þ þST16617þ þST16617þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/earnings_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16638þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_un.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ1676þ þ95b374da8ed07 c78067af35433c7e372þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0005\ST16617.pngþ þTEXT\0002\ST16617.txtþ

þST16618þ þST16618þ þST16618þ þST16618þ þST16618þ þST16618þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/FDA_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16639þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFDA_ch.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2071þ þ323f1cfd3ff24d00c725844 988ce679aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0005\ST16618.pngþ þTEXT\0002\ST16618.txtþ

þST16619þ þST16619þ þST16619þ þST16619þ þST16619þ þST16619þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/FDA_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16640þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFDA_un.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ1850þ þb0e6ab1a31f29686352438e c4dcf672fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0005\ST16619.pngþ þTEXT\0002\ST16619.txtþ

þST16620þ þST16620þ þST16620þ þST16620þ þST16620þ þST16620þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ .svn/text-base/financing_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16641þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancing_ch.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2249þ þ28d951268bd6c7228592e95088bfb11aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16620.pngþ þ TEXT\0002\ST16620.txtþ

þST16621þ þST16621þ þST16621þ þST16621þ þST16621þ þST16621þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/.svn/text-base/financing_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancing_un.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2026þ þ8eb0b75a4bafaadcc313bf8ddfadd488þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16621.pngþ þTEXT\0002\ST16621.txtþ

þST16622þ þST16622þ þST16622þ þST16622þ þST16622þ þST16622þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/.svn/text-base/legal_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16643þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þlegal_ch.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2050þ þ405e98f96a15410593106a9c2911ba0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16622.pngþ þTEXT\0002\ST16622.txtþ

þST16623þ þST16623þ þST16623þ þST16623þ þST16623þ þST16623þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/.svn/text-base/legal_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16644þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þlegal_un.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ1849þ þ6dca649126d4fcc1e3220175b6e7c5fcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16623.pngþ þTEXT\0002\ST16623.txtþ

þST16624þ þST16624þ þST16624þ þST16624þ þST16624þ þST16624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/.svn/text-base/merger_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16645þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmerger_ch.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2753þ þb9b94fc289e7e83280a0a6fddb5aed6aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16624.pngþ þTEXT\0002\ST16624.txtþ

þST16625þ þST16625þ þST16625þ þST16625þ þST16625þ þST16625þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/.svn/text-base/merger_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16646þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmerger_un.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2500þ þ09bed31dfe0b4400bc93df6f53bc86daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16625.pngþ þTEXT\0003\ST16625.txtþ

þST16626þ þST16626þ þST16626þ þST16626þ þST16626þ þST16626þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/.svn/text-base/partnership_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16647þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpartnership_ch.png.svn-baseþ þ.PNGþ þimageþpngþ þþ þ2150þ þafca4b3c6d6e9d2126d8763704258a8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0005\ST16626.pngþ þTEXT\0003\ST16626.txtþ

þST16627þ þST16627þ þST16627þ þST16627þ þST16627þ þST16627þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/text-base/partnership_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16648þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þpartnership_un.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1935þ þ4e2b2fb
286b5d5fbcbb96f3cad7f0ec0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0005\ST16627.pngþ þTEXT\0003\ST16627.txtþ
þST16628þ þST16628þ þST16628þ þST16628þ þST16628þ þST16628þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/text-base/patent
awards_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16649þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þp
atent
awards_ch.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2080þ þcd06bf84974c553b5b911689e54374d
cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST16628.pngþ þTEXT\0003\ST16628.txtþ
þST16629þ þST16629þ þST16629þ þST16629þ þST16629þ þST16629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/text-base/patent
awards_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16650þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þp
atent
awards_un.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1871þ þ7fed492b8c2c91551b588eb8133a953
9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST16629.pngþ þTEXT\0003\ST16629.txtþ
þST16630þ þST16630þ þST16630þ þST16630þ þST16630þ þST16630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/text-base/stock
splits_ch.png.svn-baseþ þþ þþ þ0þ þ1þ þST16651þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þs
tock
splits_ch.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2108þ þfbe7fe5b88f4705771f298234ab69f5
aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST16630.pngþ þTEXT\0003\ST16630.txtþ
þST16631þ þST16631þ þST16631þ þST16631þ þST16631þ þST16631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
.svn/text-base/stock
splits_un.png.svn-baseþ þþ þþ þ0þ þ1þ þST16652þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þs
tock
splits_un.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1885þ þ26a422342b0ba394e9e61ef0d688dbb
6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST16631.pngþ þTEXT\0003\ST16631.txtþ
þST16632þ þST16632þ þST16632þ þST16632þ þST16632þ þST16632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/

deal_o.pngþ þþ þþ þþ þ0þ þ1þ þST16611þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal_o.pngþ þ .PNGþ þimage/pngþ þþ þ2132þ þ6135228ae60a907f7bb0df6f9ae519c9þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16632.pngþ þTEXT\00 03\ST16632.txtþ

þST16633þ þST16633þ þST16633þ þST16633þ þST16633þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ deal_y.pngþ þþ þþ þþ þ0þ þ1þ þST16612þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal_y.pngþ þ .PNGþ þimage/pngþ þþ þ1958þ þ4e81b71419bbb92b5722f569fd8ead74þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16633.pngþ þTEXT\00 03\ST16633.txtþ

þST16634þ þST16634þ þST16634þ þST16634þ þST16634þ þST16634þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ deal.pngþ þþ þþ þþ þ0þ þ1þ þST16613þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdeal.pngþ þ.PNG þ þimage/pngþ þþ þ2031þ þc423289230b3e3135880d2950572fda8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16634.pngþ þTEXT\0003\S T16634.txtþ

þST16635þ þST16635þ þST16635þ þST16635þ þST16635þ þST16635þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ dividends_ch.pngþ þþ þþ þþ þ0þ þ1þ þST16614þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdividen ds_ch.pngþ þ.PNGþ þimage/pngþ þþ þ1993þ þ76c3af208ab1b439ab22704da426b7daþ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16635. pngþ þTEXT\0003\ST16635.txtþ

þST16636þ þST16636þ þST16636þ þST16636þ þST16636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ dividends_un.pngþ þþ þþ þþ þ0þ þ1þ þST16615þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdividen ds_un.pngþ þ.PNGþ þimage/pngþ þþ þ1782þ þ7d28d3983ccc94416ea8b544e026b70dþ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16636. pngþ þTEXT\0003\ST16636.txtþ

þST16637þ þST16637þ þST16637þ þST16637þ þST16637þ þST16637þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ earnings_ch.pngþ þþ þþ þþ þ0þ þ1þ þST16616þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings _ch.pngþ þ.PNGþ þimage/pngþ þþ þ1892þ þbe5edbec171c25f9dff707e67f72bd54þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16637.pn gþ þTEXT\0003\ST16637.txtþ

þST16638þ þST16638þ þST16638þ þST16638þ þST16638þ þST16638þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ earnings_un.pngþ þþ þþ þþ þ0þ þ1þ þST16617þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings _un.pngþ þ.PNGþ þimage/pngþ þþ þ1676þ þ95b374da8ed07c78067af35433c7e372þ þ1þ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16638.pn gþ þTEXT\0003\ST16638.txtþ

þST16639þ þST16639þ þST16639þ þST16639þ þST16639þ þST16639þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ FDA_ch.pngþ þþ þþ þ0þ þ1þ þST16618þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFDA_ch.pngþ þ .PNGþ þimage/pngþ þþ þ2071þ þ323f1cfd3ff24d00c725844988ce679aþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16639.pngþ þTEXT\00 03\ST16639.txtþ

þST16640þ þST16640þ þST16640þ þST16640þ þST16640þ þST16640þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ FDA_un.pngþ þþ þþ þ0þ þ1þ þST16619þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFDA_un.pngþ þ .PNGþ þimage/pngþ þþ þ1850þ þb0e6ab1a31f29686352438ec4dcf672fþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16640.pngþ þTEXT\00 03\ST16640.txtþ

þST16641þ þST16641þ þST16641þ þST16641þ þST16641þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ financing_ch.pngþ þþ þþ þ0þ þ1þ þST16620þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinanci ng_ch.pngþ þ.PNGþ þimage/pngþ þþ þ2249þ þ28d951268bd6c7228592e95088bfb11aþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16641. pngþ þTEXT\0003\ST16641.txtþ

þST16642þ þST16642þ þST16642þ þST16642þ þST16642þ þST16642þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ financing_un.pngþ þþ þþ þ0þ þ1þ þST16621þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinanci ng_un.pngþ þ.PNGþ þimage/pngþ þþ þ2026þ þ8eb0b75a4bafaadcc313bf8ddfadd488þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16642. pngþ þTEXT\0003\ST16642.txtþ

þST16643þ þST16643þ þST16643þ þST16643þ þST16643þ þST16643þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ legal_ch.pngþ þþ þþ þ0þ þ1þ þST16622þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlegal_ch.pn gþ þ.PNGþ þimage/pngþ þþ þ2050þ þ405e98f96a15410593106a9c2911ba0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16643.pngþ þTEX T\0003\ST16643.txtþ

þST16644þ þST16644þ þST16644þ þST16644þ þST16644þ þST16644þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/ legal_un.pngþ þþ þþ þ0þ þ1þ þST16623þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlegal_un.pn gþ þ.PNGþ þimage/pngþ þþ þ1849þ þ6dca649126d4fcc1e3220175b6e7c5fcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16644.pngþ þTEX T\0003\ST16644.txtþ

þST16645þ þST16645þ þST16645þ þST16645þ þST16645þ þST16645þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/merger_ch.pngþ þþ þþ þ0þ þ1þ þST16624þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmerger_ch.pngþ þ.PNGþ þimage/pngþ þþ þ2753þ þb9b94fc289e7e83280a0a6fddb5aed6aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16645.pngþ þTEXT\0003\ST16645.txtþ

þST16646þ þST16646þ þST16646þ þST16646þ þST16646þ þST16646þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/merger_un.pngþ þþ þþ þ0þ þ1þ þST16625þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmerger_un.pngþ þ.PNGþ þimage/pngþ þþ þ2500þ þ09bed31dfe0b4400bc93df6f53bc86daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16646.pngþ þTEXT\0003\ST16646.txtþ

þST16647þ þST16647þ þST16647þ þST16647þ þST16647þ þST16647þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/partnership_ch.pngþ þþ þþ þ0þ þ1þ þST16626þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpartnership_ch.pngþ þ.PNGþ þimage/pngþ þþ þ2150þ þafca4b3c6d6e9d2126d8763704258a8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16647.pngþ þTEXT\0003\ST16647.txtþ

þST16648þ þST16648þ þST16648þ þST16648þ þST16648þ þST16648þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/partnership_un.pngþ þþ þþ þ0þ þ1þ þST16627þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpartnership_un.pngþ þ.PNGþ þimage/pngþ þþ þ1935þ þ4e2b2fb286b5d5fbcbb96f3cad7f0ec0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16648.pngþ þTEXT\0003\ST16648.txtþ

þST16649þ þST16649þ þST16649þ þST16649þ þST16649þ þST16649þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/patent awards_ch.pngþ þþ þþ þ0þ þ1þ þST16628þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpatent awards_ch.pngþ þ.PNGþ þimage/pngþ þþ þ2080þ þcd06bf84974c553b5b911689e54374dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16649.pngþ þTEXT\0003\ST16649.txtþ

þST16650þ þST16650þ þST16650þ þST16650þ þST16650þ þST16650þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/patent awards_un.pngþ þþ þþ þ0þ þ1þ þST16629þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpatent awards_un.pngþ þ.PNGþ þimage/pngþ þþ þ1871þ þ7fed492b8c2c91551b588eb8133a9539þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16650.pngþ þTEXT\0003\ST16650.txtþ

þST16651þ þST16651þ þST16651þ þST16651þ þST16651þ þST16651þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
stock
splits_ch.pngþ þþ þþ þ0þ þ1þ þST16630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock
splits_ch.pngþ þ.PNGþ þimage/pngþ þþ þ2108þ þfbe7fe5b88f4705771f298234ab69f5aþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16
651.pngþ þTEXT\0003\ST16651.txtþ
þST16652þ þST16652þ þST16652þ þST16652þ þST16652þ þST16652þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/dealwire/
stock
splits_un.pngþ þþ þþ þ0þ þ1þ þST16631þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstock
splits_un.pngþ þ.PNGþ þimage/pngþ þþ þ1885þ þ26a422342b0ba394e9e61ef0d688dbb6þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16
652.pngþ þTEXT\0003\ST16652.txtþ
þST16653þ þST16653þ þST16653þ þST16653þ þST16653þ þST16653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif
ier/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcprop
sþ þ.TXTþ þtext/plainþ þþ þ540þ þ346a1fe2794a789dee88186b62e07652þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16653.txtþ þTEX
T\0003\ST16653.txtþ
þST16654þ þST16654þ þST16654þ þST16654þ þST16654þ þST16654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif
ier/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2
009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ550þ þ80ea05e
8b2ae6f0a0465291f685ec0b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0005\ST16654.txtþ þTEXT\0003\ST16654.txtþ
þST16655þ þST16655þ þST16655þ þST16655þ þST16655þ þST16655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif
ier/.svn/prop-base/login_normal.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;

ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;

ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_normal.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16655.txtþ þTEXT\0003\ST16655
.txtþ
þST16656þ þST16656þ þST16656þ þST16656þ þST16656þ þST16656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif
ier/.svn/prop-base/login_rollover.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;

ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;

ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17219; ST17192; ST17229; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;

ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_rollover.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þlogin_normal.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3417þ þ3423130
\0005\ST16656.txtþ þTEXT\0003\ST16656.txtþ
þST16657þ þST16657þ þST16657þ þST16657þ þST16657þ þST16657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif
ier/.svn/text-base/login_normal.png.svn-baseþ þþ þþ þ0þ þ1þ þST16659þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þlogin_normal.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3417þ þ3423130
63aa16194ade97371872ac37bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0005\ST16657.pngþ þþ
þST16658þ þST16658þ þST16658þ þST16658þ þST16658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif

ier/.svn/text-base/login_rollover.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST16660þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_rollover.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1204þ þb91 ef3a698e3de74278619dd4271fda6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16658.pngþ þþ

þST16659þ þST16659þ þST16659þ þST16659þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif ier/login_normal.pngþ þþ þþ þ0þ þ1þ þST16657þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlog in_normal.pngþ þ.PNGþ þimage/pngþ þþ þ3417þ þ342313063aa16194ade97371872ac37bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16 659.pngþ þþ

þST16660þ þST16660þ þST16660þ þST16660þ þST16660þ þST16660þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotif ier/login_rollover.pngþ þþ þþ þ0þ þ1þ þST16658þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þl ogin_rollover.pngþ þ.PNGþ þimage/pngþ þþ þ1204þ þb91ef3a698e3de74278619dd4271fda6þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ ST16660.pngþ þþ

þST16661þ þST16661þ þST16661þ þST16661þ þST16661þ þST16661þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/.svn/all-w cpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext /plainþ þþ þ142þ þ47ba0e644f127c8dfc07b8179968a8b0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16661.txtþ þTEXT\0003\ST16661 .txtþ

þST16662þ þST16662þ þST16662þ þST16662þ þST16662þ þST16662þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/.svn/entri esþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:0 0:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ271þ þcc1af10767ca549ea6f38 42c77d33f8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16662.txtþ þTEXT\0003\ST16662.txtþ

þST16663þ þST16663þ þST16663þ þST16663þ þST16663þ þST16663þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/ all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ509þ þ18a3f36b583bb66a60b2ed1f40f1785dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16663.txtþ þTEXT\0003\ST 16663.txtþ

þST16664þ þST16664þ þST16664þ þST16664þ þST16664þ þST16664þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/ entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04 T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ539þ þ111f5aef173a3c8e

8d99143ae427dea2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0005\ST16664.txtþ þTEXT\0003\ST16664.txtþ
þST16665þ þST16665þ þST16665þ þST16665þ þST16665þ þST16665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/
prop-base/tape_speed_new.jpg.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;

ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;

ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18381; ST18317; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed_new.jpg.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16665.txtþ þTEXT\0003\ST16665.txtþ
þST16666þ þST16666þ þST16666þ þST16666þ þST16666þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/
prop-base/tape_speed.jpg.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;

ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;

ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed.jpg.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16666.txtþ þTEXT\0003\ST16666. txtþ

þST16667þ þST16667þ þST16667þ þST16667þ þST16667þ þST16667þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/ text-base/tape_speed_new.jpg.svn-baseþ þþ þ0þ þ1þ þST16669; ST17725; ST17726þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed_new.jpg.svn-baseþ þ.JPEGþ þ image/jpegþ þþ þ1819þ þ6e90e4af3394b07b26dd9db1080599a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16667.jpegþ þTEXT\0003\S T16667.txtþ

þST16668þ þST16668þ þST16668þ þST16668þ þST16668þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/ text-base/tape_speed.jpg.svn-baseþ þþ þ0þ þ1þ þST16670þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þtape_speed.jpg.svn-baseþ þ.JPEGþ þimage/jpegþ þþ þ3489þ þf37e95beab149afe7d 2e6ba666060a9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0005\ST16668.jpegþ þþ

þST16669þ þST16669þ þST16669þ þST16669þ þST16669þ þST16669þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/tape_ speed_new.jpgþ þþ þþ þ0þ þ1þ þST16667; ST17725; ST17726þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed_new.jpgþ þ.JPGþ þimage/jpeg þ þþ þ1819þ þ6e90e4af3394b07b26dd9db1080599a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16669.jpegþ þTEXT\0003\ST16669.txtþ

þST16670þ þST16670þ þST16670þ þST16670þ þST16670þ þST16670þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tickertape/tape/tape_ speed.jpgþ þþ þþ þ0þ þ1þ þST16668þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed.jpg þ þ.JPGþ þimage/jpegþ þþ þ3489þ þf37e95beab149afe7d2e6ba666060a9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16670.jpgþ þþ

þST16671þ þST16671þ þST16672þ þST16671þ þST16672þ þST16671þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/al l-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt ext/plainþ þþ þ2118þ þ1cd918d41ee48e8ce906a528ee87ccb6þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16671.txtþ þTEXT\0003\ST1 6671.txtþ

þST16673þ þST16673þ þST16675þ þST16673þ þST16675þ þST16673þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/en triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T0

0:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1772þ þ5a1dc69f6a982fa97
3afe9e36aad2177þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0005\ST16673.txtþ þTEXT\0003\ST16673.txtþ
þST16676þ þST16676þ þST16676þ þST16676þ þST16676þ þST16676þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/block_more_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;

ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;

ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_2.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16676.txtþ þTEXT\0003\ST16676
.txtþ

þST16677þ þST16677þ þST16677þ þST16677þ þST16677þ þST16677þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/block_more_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;

ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;

ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18661; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_3.png.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16677.txtþ þTEXT\0003\ST16677 .txtþ

þST16678þ þST16678þ þST16678þ þST16678þ þST16678þ þST16678þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr op-base/block_more.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;

ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;

ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;

ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16678.txtþ þTEXT\0003\ST16678.
txtþ

þST16679þ þST16679þ þST16679þ þST16679þ þST16679þ þST16679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/block_trades.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;

ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;

ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;

ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_trades.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16679.txtþ þTEXT\0003\ST16679
.txtþ
þST16680þ þST16680þ þST16680þ þST16680þ þST16680þ þST16680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/load_history_2.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;

ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;

ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;

ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_2.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16680.txtþ þTEXT\0003\ST16680.txtþ
þST16681þ þST16681þ þST16681þ þST16681þ þST16681þ þST16681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/load_history_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_3.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16681.txtþ þTEXT\0003\ST16681.txtþ
þST16682þ þST16682þ þST16682þ þST16682þ þST16682þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/load_history.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;

ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;

ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23997; ST23999; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history.png.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16682.txtþ þTEXT\0003\ST16682 .txtþ
þST16683þ þST16683þ þST16683þ þST16683þ þST16683þ þST16683þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr op-base/new_highs.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;

ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;

ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_highs.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16683.txtþ þTEXT\0003\ST16683.t
xtþ
þST16684þ þST16684þ þST16684þ þST16684þ þST16684þ þST16684þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/new_lows.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;

ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;

ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_lows.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16684.txtþ þTEXT
\0003\ST16684.txtþ
þST16685þ þST16685þ þST16685þ þST16685þ þST16685þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/price_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;

ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17449; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprice_breakouts.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16685.txtþ þTEXT\0003\ST16
685.txtþ
þST16686þ þST16686þ þST16686þ þST16686þ þST16686þ þST16686þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/pr
op-base/volume_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;

ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume_breakouts.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16686.txtþ þTEXT\0003\ST16686.txtþ

þST16687þ þST16687þ þST16687þ þST16687þ þST16687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_more_2.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST16698; ST17743; ST17754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1735þ þa48effb38e60193fb40d761156dc00ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16687.pngþ þTEXT\0003\ST16687.txtþ

þST16688þ þST16688þ þST16688þ þST16688þ þST16688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_more_3.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST16699; ST17744; ST17755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_3.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2028þ þb05896e3dd994ff87142db864f426ab6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16688.pngþ þTEXT\0003\ST16688.txtþ

þST16689þ þST16689þ þST16689þ þST16689þ þST16689þ þST16689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_more.png.svn-baseþ þþ þþ þ0þ þ1þ þST16700; ST17745; ST17756þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1814þ þfe92cca7e879dfb4be0e5b1b55bbec5bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16689.pngþ þTEXT\0003\ST16689.txtþ

þST16690þ þST16690þ þST16690þ þST16690þ þST16690þ þST16690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_trades.png.svn-baseþ þþ þþ þ0þ þ1þ þST16701; ST17746;

ST17757þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_trades.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1304þ þ8597366b13f514d41d636d0367d142f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16690.pngþ þTEXT\0003\ST1669
0.txtþ

þST16691þ þST16691þ þST16691þ þST16691þ þST16691þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/te
xt-base/load_history_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST16702; ST17747;

ST17758þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_2.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2803þ þa1ee4322e06893137fcebfc1c3e8749aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16691.pngþ þTEXT\0003\ST16
691.txtþ

þST16692þ þST16692þ þST16692þ þST16692þ þST16692þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/te
xt-base/load_history_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST16703; ST17748;

ST17759þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_3.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2237þ þ57e286e5e712b56813bff5d12bb1ba18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16692.pngþ þTEXT\0003\ST16
692.txtþ

þST16693þ þST16693þ þST16693þ þST16693þ þST16693þ þST16693þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/te
xt-base/load_history.png.svn-baseþ þþ þþ þ0þ þ1þ þST16704; ST17749;

ST17760þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2364þ þa4b79a7bcff55bff225e7ae8d9ca97b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16693.pngþ þTEXT\0003\ST1669
3.txtþ

þST16694þ þST16694þ þST16694þ þST16694þ þST16694þ þST16694þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/te
xt-base/new_highs.png.svn-baseþ þþ þþ þ0þ þ1þ þST16705; ST17750;

ST17761þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_highs.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1269þ þdcecb58171158880b3c6087262b78436þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16694.pngþ þTEXT\0003\ST16694.
txtþ

þST16695þ þST16695þ þST16695þ þST16695þ þST16695þ þST16695þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/te
xt-base/new_lows.png.svn-baseþ þþ þþ þ0þ þ1þ þST16706; ST17751;

ST17762þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_lows.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1248þ þ8e83710ead75b09ba15ea76224fec4a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16695.pngþ þTEXT\0003\ST16695.t
xtþ

þST16696þ þST16696þ þST16696þ þST16696þ þST16696þ þST16696þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/price_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16707; ST17752; ST17763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprice_breakouts.png.svn-baseþ þ.PNGþ þ image/pngþ þþ þ1399þ þd3f2be9258335ce2eab56a5afc14ff8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16696.pngþ þTEXT\0003\ST16696.txtþ

þST16697þ þST16697þ þST16697þ þST16697þ þST16697þ þST16697þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/volume_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16708; ST17753; ST17764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume_breakouts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1454þ þ3f721535423431c266d0ad675abed376þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16697.pngþ þTEXT\0003\ST16697.txtþ

þST16698þ þST16698þ þST16698þ þST16698þ þST16698þ þST16698þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/block_more_2.pngþ þþ þþ þ0þ þ1þ þST16687; ST17743; ST17754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_2.pngþ þ.PNGþ þimage/pngþ þþ þ1735þ þa48effb38e60193fb40d761156dc00ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16698.pngþ þTEXT\0003\ST16698.txtþ þST16699þ þST16699þ þST16699þ þST16699þ þST16699þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/block_more_3.pngþ þþ þþ þ0þ þ1þ þST16688; ST17744; ST17755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_3.pngþ þ.PNGþ þimage/pngþ þþ þ2028þ þb05896e3dd994ff87142db864f426ab6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16699.pngþ þTEXT\0003\ST16699.txtþ þST16700þ þST16700þ þST16700þ þST16700þ þST16700þ þST16700þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/block_more.pngþ þþ þþ þ0þ þ1þ þST16689; ST17745; ST17756þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more.pngþ þ.PNGþ þimage/pngþ þþ þ1814þ þfe92cca7e879dfb4be0e5b1b55bbec5bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16700.pngþ þTEXT\0003\ST16700.txtþ þST16701þ þST16701þ þST16701þ þST16701þ þST16701þ þST16701þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/block_trades.pngþ þþ þþ þ0þ þ1þ þST16690; ST17746; ST17757þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_trades.pngþ þ.PNGþ þimage/pngþ þþ þ1304þ þ8597366b13f514d41d636d0367d142f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16701.pngþ þTEXT\0003\ST16701.txtþ þST16702þ þST16702þ þST16702þ þST16702þ þST16702þ þST16702þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/load_history_2.pngþ þþ þþ þ0þ þ1þ þST16691; ST17747;
ST17758þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_2.pngþ þ.PNGþ þimage/pngþ þþ þ2803þ þa1ee4322e06893137fcebfc1c3e8749aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16702.pngþ þTEXT\0003\ST16702.txtþ þST16703þ þST16703þ þST16703þ þST16703þ þST16703þ þST16703þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/load_history_3.pngþ þþ þþ þ0þ þ1þ þST16692; ST17748;
ST17759þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_3.pngþ þ.PNGþ þimage/pngþ þþ þ2237þ þ57e286e5e712b56813bff5d12bb1ba18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16703.pngþ þTEXT\0003\ST16703.txtþ þST16704þ þST16704þ þST16704þ þST16704þ þST16704þ þST16704þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/load_history.pngþ þþ þþ þ0þ þ1þ þST16693; ST17749;
ST17760þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history.pngþ þ.PNGþ þimage/pngþ þþ þ2364þ þa4b79a7bcff55bff225e7ae8d9ca97b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16704.pngþ þTEXT\0003\ST16704.txtþ þST16705þ þST16705þ þST16705þ þST16705þ þST16705þ þST16705þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/new_highs.pngþ þþ þþ þ0þ þ1þ þST16694; ST17750;
ST17761þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_highs.pngþ þ.PNGþ þimage/pngþ þþ þ1269þ þdcecb58171158880b3c6087262b78436þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16705.pngþ þTEXT\0003\ST16705.txtþ þST16706þ þST16706þ þST16706þ þST16706þ þST16706þ þST16706þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/new_lows.pngþ þþ þþ þ0þ þ1þ þST16695; ST17751;
ST17762þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_lows.pngþ þ.PNGþ þimage/pngþ þþ þ1248þ þ8e83710ead75b09ba15ea76224fec4a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16706.pngþ þTEXT\0003\ST16706.txtþ þST16707þ þST16707þ þST16707þ þST16707þ þST16707þ þST16707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/price_breakouts.pngþ þþ þþ þ0þ þ1þ þST16696; ST17752;
ST17763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprice_breakouts.pngþ þ.PNGþ þimage/pngþ þþ þ1399þ þd3f2be9258335ce2eab56a5afc14ff8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16707.pngþ þTEXT\0003\ST16707.txtþ þST16708þ þST16708þ þST16708þ þST16708þ þST16708þ þST16708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/tradingalerts/volume_
breakouts.pngþ þþ þþ þ0þ þ1þ þST16697; ST17753;
ST17764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume_breakouts.pngþ þ.PNGþ þimage/pn
gþ þþ þ1454þ þ3f721535423431c266d0ad675abed376þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16708.pngþ þTEXT
\0003\ST16708.txtþ
þST16709þ þST16709þ þST16709þ þST16709þ þST16709þ þST16709þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/all
-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þte
xt/plainþ þþ þ894þ þ75d5bc5d4b0c9c964dc2b06262754e11þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16709.txtþ þTEXT\0003\ST16709.txtþ
þST16710þ þST16710þ þST16711þ þST16710þ þST16710þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/ent
riesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00
:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ829þ þ041444282b2c42e9929
08cb9aaeda09fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0005\ST16710.txtþ þTEXT\0003\ST16710.txtþ
þST16712þ þST16712þ þST16712þ þST16712þ þST16712þ þST16712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/pro
p-base/equityfeed_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;

ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þequityfeed_logo.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16712.txtþ þTEXT\0003\ST16
712.txtþ
þST16713þ þST16713þ þST16713þ þST16713þ þST16713þ þST16713þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/pro
p-base/fundamentals_plat.png.svn-baseþ þ0þ þ0þ þ0þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;

ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;

ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;

ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_plat.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16713.txtþ þTEXT\0003\ST16713.txtþ
þST16714þ þST16714þ þST16714þ þST16714þ þST16714þ þST16714þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/pro
p-base/idea_generation_plat.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;

ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;

ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17563; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;

ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_plat.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade06bb þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16714.txtþ þTEXT\0003
\ST16714.txtþ
þST16715þ þST16715þ þST16715þ þST16715þ þST16715þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/pro
p-base/monitoring_plat.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;

ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;

ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18780; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;

ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmonitoring_plat.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16715.txtþ þTEXT\0003\ST16
715.txtþ

þST16716þ þST16716þ þST16716þ þST16716þ þST16716þ þST16716þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/tex
t-base/equityfeed_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST16720þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þequityfeed_logo.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ9955þ þ7e5ba87409319e869953e40d658b9a59þ þ1þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16716.pngþ þ
TEXT\0003\ST16716.txtþ

þST16717þ þST16717þ þST16717þ þST16717þ þST16717þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/tex
t-base/fundamentals_plat.png.svn-baseþ þþ þþ þ0þ þ1þ þST16721þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þfundamentals_plat.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8314þ þea4d2fbcb
74f4526c1acf14a541816e5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0005\ST16717.pngþ þTEXT\0003\ST16717.txtþ

þST16718þ þST16718þ þST16718þ þST16718þ þST16718þ þST16718þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/tex
t-base/idea_generation_plat.png.svn-baseþ þþ þþ þ0þ þ1þ þST16722þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þidea_generation_plat.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ8829þ þ3bbf329e743092cc0c999797c48ce1c0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16718.pngþ þ
TEXT\0003\ST16718.txtþ
þST16719þ þST16719þ þST16719þ þST16719þ þST16719þ þST16719þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/.svn/tex
t-base/monitoring_plat.png.svn-baseþ þþ þþ þ0þ þ1þ þST16723þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þmonitoring_plat.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ9667þ þ3a75e59a2da7122600856aa9a59f65e5þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16719.pngþ þ
TEXT\0003\ST16719.txtþ
þST16720þ þST16720þ þST16720þ þST16720þ þST16720þ þST16720þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/equityfe
ed_logo.pngþ þþ þþ þþ þ0þ þ1þ þST16716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þequityfeed_l
ogo.pngþ þ.PNGþ þimage/pngþ þþ þ9955þ þ7e5ba87409319e869953e40d658b9a59þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16720.pn
gþ þTEXT\0003\ST16720.txtþ
þST16721þ þST16721þ þST16721þ þST16721þ þST16721þ þST16721þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/fundamen
tals_plat.pngþ þþ þþ þ0þ þ1þ þST16717þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamenta
ls_plat.pngþ þ.PNGþ þimage/pngþ þþ þ8314þ þea4d2fbcb74f4526c1acf14a541816e5þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST1672
1.pngþ þTEXT\0003\ST16721.txtþ
þST16722þ þST16722þ þST16722þ þST16722þ þST16722þ þST16722þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/idea_gen
eration_plat.pngþ þþ þþ þ0þ þ1þ þST16718þ þþ þþ þþ þþ þþ þþ þþ þþ þidea_ge
neration_plat.pngþ þ.PNGþ þimage/pngþ þþ þ8829þ þ3bbf329e743092cc0c999797c48ce1c0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\
ST16722.pngþ þTEXT\0003\ST16722.txtþ
þST16723þ þST16723þ þST16723þ þST16723þ þST16723þ þST16723þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/multiviewer/vrpnl_images/monitori
ng_plat.pngþ þþ þþ þ0þ þ1þ þST16719þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmonitoring_p
lat.pngþ þ.PNGþ þimage/pngþ þþ þ9667þ þ3a75e59a2da7122600856aa9a59f65e5þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16723.pn
gþ þTEXT\0003\ST16723.txtþ
þST16724þ þST16724þ þST16724þ þST16724þ þST16724þ þST16724þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/.svn/all-wcpropsþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ12 7þ þ826f7392cfd9d057ab00e88a9628b772þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16724.txtþ þTEXT\0003\ST16724.txtþ þST16725þ þST16725þ þST16725þ þST16725þ þST16725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/.svn/entriesþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1 252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ259þ þaa8bd6da42d077d4d40ccf4a658bbbb2þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST16725.txtþ þTEXT\0003\ST16725.txtþ þST16726þ þST16726þ þST16726þ þST16726þ þST16726þ þST16726þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1490þ þaecff94c6c25d6c7b4df7436bb85f5d0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16726.txtþ þTEXT\0003\ST16726.txtþ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/entriesþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04 :00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1351þ þ02af8be1209e62815bf92da0f08 72f36þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0005\ST16727.txtþ þTEXT\0003\ST16727.txtþ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/ac tives_montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;

ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þactives_montage.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16730.txtþ þTEXT\0003\ST16
730.txtþ
þST16731þ þST16731þ þST16731þ þST16731þ þST16731þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/ch
art_montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;

ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;

ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16731.txtþ þTEXT\0003\ST1673
1.txtþ

þST16732þ þST16732þ þST16732þ þST16732þ þST16732þ þST16732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/le
vel_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;

ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16556; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;

ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;

ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel_2.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16732.txtþ þTEXT\0003\ST16732.txtþ
þST16733þ þST16733þ þST16733þ þST16733þ þST16733þ þST16733þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/li
mit_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;

ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;

ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;

ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24299; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16733.txtþ þTEXT\0003\ST16733
.txtþ
þST16734þ þST16734þ þST16734þ þST16734þ þST16734þ þST16734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/ne
ws_filings.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;

ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;

ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;

ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16734.txtþ þTEXT\0003\ST16734
.txtþ
þST16735þ þST16735þ þST16735þ þST16735þ þST16735þ þST16735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/st
reaming_filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;

ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;

ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filter.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16735.txtþ þTEXT\0003\ST1
6735.txtþ

þST16736þ þST16736þ þST16736þ þST16736þ þST16736þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/prop-base/tr
ading_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;

ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;

ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16736.txtþ þTEXT\0003\ST16736.txtþ
þST16737þ þST16737þ þST16737þ þST16737þ þST16737þ þST16737þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn-prop-base/wa
tchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15612; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

```
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16737.txtþ þTEXT\0003\ST16737.t
xtþ
þST16738þ þST16738þ þST16738þ þST16738þ þST16738þ þST16738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/ac
tives_montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST16746þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þactives_montage.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8681þ þ368d4187d65eeb8721b9f
9fedfabd5faþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0005\ST16738.pngþ þTEXT\0003\ST16738.txtþ
þST16739þ þST16739þ þST16739þ þST16739þ þST16739þ þST16739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/ch
art_montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST16747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þchart_montage.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8204þ þf369017701b52cebf2fec2b8a5
a04a27þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0005\ST16739.pngþ þTEXT\0003\ST16739.txtþ

þST16740þ þST16740þ þST16740þ þST16740þ þST16740þ þST16740þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/level_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST16748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel _2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6347þ þ76b92cfb918c2eafd79953519053066bþ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST 16740.pngþ þTEXT\0003\ST16740.txtþ

þST16741þ þST16741þ þST16741þ þST16741þ þST16741þ þST16741þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/limit_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16749þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ7405þ þ8d4e167cbaab6010c4157fcb4e5f 75c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0005\ST16741.pngþ þþ

þST16742þ þST16742þ þST16742þ þST16742þ þST16742þ þST16742þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/news_filings.png.svn-baseþ þþ þþ þ0þ þ1þ þST16750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8297þ þ661f30aa85e302438f6896d85156 4799þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0005\ST16742.pngþ þTEXT\0003\ST16742.txtþ

þST16743þ þST16743þ þST16743þ þST16743þ þST16743þ þST16743þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/streaming_filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST16751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filter.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8300þ þ9421edbd4c6791f950801792d162086dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16743.pngþ þ TEXT\0003\ST16743.txtþ

þST16744þ þST16744þ þST16744þ þST16744þ þST16744þ þST16744þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/trading_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8058þ þacbbec7f53920024f8820cc c39a33366þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0005\ST16744.pngþ þþ

þST16745þ þST16745þ þST16745þ þST16745þ þST16745þ þST16745þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/.svn/text-base/watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST16753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ7066þ þ1a305a3dc3c1b798325a2df69537a823þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 5\ST16745.pngþ þTEXT\0003\ST16745.txtþ

þST16746þ þST16746þ þST16746þ þST16746þ þST16746þ þST16746þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/actives_montage.p ngþ þþ þþ þþ þ0þ þ1þ þST16738þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þactives_montage.pngþ þ.PNGþ þimage/pngþ þþ þ8681þ þ368d4187d65eeb8721b9f9fedfabd5faþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16746.pngþ þTEXT\0 003\ST16746.txtþ
þST16747þ þST16747þ þST16747þ þST16747þ þST16747þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/chart_montage.png þþ þþ þþ þ0þ þ1þ þST16739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage.pngþ þ.PN Gþ þimage/pngþ þþ þ8204þ þf369017701b52cebf2fec2b8a5a04a27þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16747.pngþ þTEXT\0003 \ST16747.txtþ
þST16748þ þST16748þ þST16748þ þST16748þ þST16748þ þST16748þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/level_2.pngþ þþ þþ þ þ0þ þ1þ þST16740þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel_2.pngþ þ.PNGþ þimage/png þ þþ þ6347þ þ76b92cfb918c2eafd79953519053066bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16748.pngþ þTEXT\0003\ST16748.txtþ
þST16749þ þST16749þ þST16749þ þST16749þ þST16749þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/limit_alerts.pngþ þþ þþ þþ þ0þ þ1þ þST16741þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts.pngþ þ.PNGþ þimage/pngþ þþ þ7405þ þ8d4e167cbaab6010c4157fcb4e5f75c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16749.pngþ þþ
þST16750þ þST16750þ þST16750þ þST16750þ þST16750þ þST16750þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/news_filings.pngþ þþ þþ þþ þ0þ þ1þ þST16742þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings.pngþ þ.PNGþ þimage/pngþ þþ þ8297þ þ661f30aa85e302438f6896d851564799þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16750.pngþ þTEXT\0003\ST 16750.txtþ
þST16751þ þST16751þ þST16751þ þST16751þ þST16751þ þST16751þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/streaming_filter. pngþ þþ þþ þ0þ þ1þ þST16743þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filter.png þ þ.PNGþ þimage/pngþ þþ þ8300þ þ9421edbd4c6791f950801792d162086dþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16751.pngþ þTEXT \0003\ST16751.txtþ
þST16752þ þST16752þ þST16752þ þST16752þ þST16752þ þST16752þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/trading_alerts.pn gþ þþ þþ þ0þ þ1þ þST16744þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts.pngþ þ.

PNGþ þimage/pngþ þþ þ8058þ þacbbec7f53920024f8820ccc39a33366þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16752.pngþ þþ þST16753þ þST16753þ þST16753þ þST16753þ þST16753þ þST16753þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/settings/images/watchlist.pngþ þþ þþ þ0þ þ1þ þST16745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.pngþ þ.PNGþ þimage/pngþ þþ þ7066þ þ1a305a3dc3c1b798325a2df69537a823þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0þ þ1þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST16753.pngþ þTEXT\0003\ST16753.txtþ þST16754þ þST16754þ þST16759þ þST16754þ þST16759þ þST16754þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/all-wcpropsþ þþ þþ þ0 þ þ1þ þ0þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ773 0þ þaeac41f34fa6fc58aeed3783222b638eþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16754.txtþ þTEXT\0003\ST16754.txtþ þST16760þ þST16760þ þST16769þ þST16760þ þST16769þ þST16760þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/entriesþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þ10/01/2010þ þ00:00:00þ þ2010-10-01T00:00:00-04:00þ þ12 85905600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ6770þ þ02dd13f59443d937cf22c0dfcfdb56cfþ þ 10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 5\ST16760.txtþ þTEXT\0003\ST16760.txtþ þST16770þ þST16770þ þST16770þ þST16770þ þST16770þ þST16770þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Chart Montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;

ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17330; ST17339; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;

ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;

ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChart
Montage.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16770.txtþ þTEXT\0003\ST16770.txtþ
þST16771þ þST16771þ þST16771þ þST16771þ þST16771þ þST16771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/curvy_butt
on.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;

ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18886;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcurvy_button.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16771.txtþ þTEXT\0003\ST16771.txtþ

þST16772þ þST16772þ þST16772þ þST16772þ þST16772þ þST16772þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/defaultview_d.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;

ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;

ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18491; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;

ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_d.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16772.txtþ þTEXT\0003\ST1677
2.txtþ
þST16773þ þST16773þ þST16773þ þST16773þ þST16773þ þST16773þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/defaultvie
w_u.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;

ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;

ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_u.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16773.txtþ þTEXT\0003\ST1677
3.txtþ
þST16774þ þST16774þ þST16774þ þST16774þ þST16774þ þST16774þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/detach_dw.
png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;

ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;

ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;

ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_dw.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16774.txtþ þTEXT\0003\ST16774.t
xtþ
þST16775þ þST16775þ þST16775þ þST16775þ þST16775þ þST16775þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/detach_up.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;

ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;

ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18886;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;

ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22675; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_up.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16775.txtþ þTEXT\0003\ST16775.t
xtþ
þST16776þ þST16776þ þST16776þ þST16776þ þST16776þ þST16776þ þþ þSupplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Earnings
Calendar.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;

ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;

ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17640; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20466; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarnings
Calendar.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
05\ST16776.txtþ þTEXT\0003\ST16776.txtþ
þST16777þ þST16777þ þST16777þ þST16777þ þST16777þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/ETFView.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;

ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18568; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18669; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þETFView.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16777.txtþ þTEXT\0003\ST16777.txtþ
þST16778þ þST16778þ þST16778þ þST16778þ þST16778þ þST16778þ þ/;Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/excel_dw.p
ng.svn-baseþ þþ þþ þþ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;

ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18568; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23924; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16778.txtþ þTEXT
\0003\ST16778.txtþ
þST16779þ þST16779þ þST16779þ þST16779þ þST16779þ þST16779þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/excel_up.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;

ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;

ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;

ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22828; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16779.txtþ þTEXT
\0003\ST16779.txtþ
þST16780þ þST16780þ þST16780þ þST16780þ þST16780þ þST16780þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Filter
Builder.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;

ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;

ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilter
Builder.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16780.txtþ þTEXT\0003\ST16780.txtþ
þST16781þ þST16781þ þST16781þ þST16781þ þST16781þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn-prop-base/Full
Montage.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;

ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þFull
Montage.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16781.txtþ þTEXT\0003\ST16781.txtþ
þST16782þ þST16782þ þST16782þ þST16782þ þST16782þ þST16782þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Fundamenta
ls.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15676; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;

ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFundamentals.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16782.txtþ þTEXT\0003\ST16782
.txtþ
þST16783þ þST16783þ þST16783þ þST16783þ þST16783þ þST16783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/help_dw.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;

ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22327; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16783.txtþ þTEXT\0003\ST16783.txtþ
þST16784þ þST16784þ þST16784þ þST16784þ þST16784þ þST16784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/help_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;

ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16784.txtþ þTEXT\0003\ST16784.txtþ
þST16785þ þST16785þ þST16785þ þST16785þ þST16785þ þST16785þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/hide_dw.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;

ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16785.txtþ þTEXT\0003\ST16785.txtþ
þST16786þ þST16786þ þST16786þ þST16786þ þST16786þ þST16786þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/hide_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;

ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

```
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphide_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16786.txtþ þTEXT\0003\ST16786.txtþ
þST16787þ þST16787þ þST16787þ þST16787þ þST16787þ þST16787þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/IndexView.
png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;

ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexView.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa016093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16787.txtþ þTEXT\0003\ST16787.t
xtþ
þST16788þ þST16788þ þST16788þ þST16788þ þST16788þ þST16788þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/launchpad_
dw.png.svn-baseþ þþ þþ þþ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;

ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;

ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;

ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_dw.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ b113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16788.txtþ þTEXT\0003\ST16788.txtþ

þST16789þ þST16789þ þST16789þ þST16789þ þST16789þ þST16789þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/launchpad_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;

ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;

ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18550; ST18561; ST18567; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;

ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16789.txtþ þTEXT\0003\ST16789
.txtþ
þST16790þ þST16790þ þST16790þ þST16790þ þST16790þ þST16790þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/layout_dw.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;

ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;

ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;

ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22828; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_dw.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16790.txtþ þTEXT\0003\ST16790.t
xtþ

þST16791þ þST16791þ þST16791þ þST16791þ þST16791þ þST16791þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/layout_up.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;

ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;

ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;

ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_up.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16791.txtþ þTEXT\0003\ST16791.t
xtþ
þST16792þ þST16792þ þST16792þ þST16792þ þST16792þ þST16792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Level
2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;

ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;

ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;

ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel
2.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16
792.txtþ þTEXT\0003\ST16792.txtþ
þST16793þ þST16793þ þST16793þ þST16793þ þST16793þ þST16793þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Limit
Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;

ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;

ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18966; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLimit
Alerts.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16793.txtþ þTEXT\0003\ST16793.txtþ
þST16794þ þST16794þ þST16794þ þST16794þ þST16794þ þST16794þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/MarketView
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;

ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;

ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;

ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketView.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16794.txtþ þTEXT\0003\ST16794.
txtþ
þST16795þ þST16795þ þST16795þ þST16795þ þST16795þ þST16795þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/News.png.s
vn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;

ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;

ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;

ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16795.txtþ þTEXT\0003\ST16795.txtþ
þST16796þ þST16796þ þST16796þ þST16796þ þST16796þ þST16796þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/NonMM
Stocks.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;

ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;

ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19752; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonMM

Stocks.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16796.txtþ þTEXT\0003\ST16796.txtþ
þST16797þ þST16797þ þST16797þ þST16797þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Oliver

Velez Scanner.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOliver Velez
Scanner.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16797.txtþ þTEXT\0003\ST16797.txtþ
þST16798þ þST16798þ þST16798þ þST16798þ þST16798þ þST16798þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/screenshot
_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;

ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22226; ST22269; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16798.txtþ þTEXT\0003\ST1679
8.txtþ
þST16799þ þST16799þ þST16799þ þST16799þ þST16799þ þST16799þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/screenshot
_up.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;

ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;

ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16799.txtþ þTEXT\0003\ST1679
9.txtþ
þST16800þ þST16800þ þST16800þ þST16800þ þST16800þ þST16800þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Sectors.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;

ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;

ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18501; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19341; ST19342; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectors.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16800.txtþ þTEXT\0003\ST16800.txtþ
þST16801þ þST16801þ þST16801þ þST16801þ þST16801þ þST16801þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/settings_d
w.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;

ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;

ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18501; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16801.txtþ þTEXT\0003\ST16801.txtþ

þST16802þ þST16802þ þST16802þ þST16802þ þST16802þ þST16802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/settings_u
p.png.svn-baseþ þþ þþþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;

ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;

ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0005\ST16802.txtþ þTEXT\0003\ST16802.txtþ
þST16803þ þST16803þ þST16803þ þST16803þ þST16803þ þST16803þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/show_dw.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;

ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;

ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16803.txtþ þTEXT\0003\ST16803.txtþ
þST16804þ þST16804þ þST16804þ þST16804þ þST16804þ þST16804þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/show_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;

ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;

```
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16804.txtþ þTEXT\0003\ST16804.txtþ
þST16805þ þST16805þ þST16805þ þST16805þ þST16805þ þST16805þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Streaming
Filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;

ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;

ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreaming
Filter.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþþ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16805.txtþ þTEXT\0003\ST16805.txtþ
þST16806þ þST16806þ þST16806þ þST16806þ þST16806þ þST16806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Thumbs.db.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;

ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20536; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373Þ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ ÞThumbs.db.svn-baseÞ Þ .TXTÞ Þtext/plain

þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16806.txtþ þTEXT\0003\ST16806.txtþ þST16807þ þST16807þ þST16807þ þST16807þ þST16807þ þST16807þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Ticker Tape.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;

ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;

ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST19790; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicker

Tape.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\S
T16807.txtþ þTEXT\0003\ST16807.txtþ
þST16808þ þST16808þ þST16808þ þST16808þ þST16808þ þST16808þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_hide_
dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16808.txtþ þTEXT\0003\ST16808
.txtþ

þST16809þ þST16809þ þST16809þ þST16809þ þST16809þ þST16809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_hide_
up.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;

ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;

ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19426; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;

ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16809.txtþ þTEXT\0003\ST16809
.txtþ
þST16810þ þST16810þ þST16810þ þST16810þ þST16810þ þST16810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_show_
dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;

ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;

ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;

ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_dw.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16810.txtþ þTEXT\0003\ST16810.txtþ

þST16811þ þST16811þ þST16811þ þST16811þ þST16811þ þST16811þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_show_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;

ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;

ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;

ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16811.txtþ þTEXT\0003\ST16811.txtþ

þST16812þ þST16812þ þST16812þ þST16812þ þST16812þ þST16812þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/title_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;

ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;

ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;

ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16812.txtþ þTEXT
\0003\ST16812.txtþ
þST16813þ þST16813þ þST16813þ þST16813þ þST16813þ þST16813þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/title_up.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;

ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16461; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;

ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18667; ST18666; ST18674; ST18675; ST18682; ST18683; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;

ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16813.txtþ þTEXT
\0003\ST16813.txtþ
þST16814þ þST16814þ þST16814þ þST16814þ þST16814þ þST16814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Trading
Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;

ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18870; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrading
Alerts.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16814.txtþ þTEXT\0003\ST16814.txtþ
þST16815þ þST16815þ þST16815þ þST16815þ þST16815þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Universe
Manager.png.svn-baseþ þþ þþ þþþ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15919; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;

ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;

ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;

ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverse
Manager.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16815.txtþ þTEXT\0003\ST16815.txtþ
þST16816þ þST16816þ þST16816þ þST16816þ þST16816þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/VWAPCalcul
ator.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;

ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;

ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;

ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAPCalculator.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16816.txtþ þTEXT\0003\ST16816.txtþ
þST16817þ þST16817þ þST16817þ þST16817þ þST16817þ þST16817þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/prop-base/Watchlists
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;

ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17631; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;

ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;

ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlists.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16817.txtþ þTEXT\0003\ST16817. txtþ

þST16818þ þST16818þ þST16818þ þST16818þ þST16818þ þST16818þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Chart Montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST16866; ST17827;

ST17874þ þþ þþ þþ þþ þþ þþ þþ þþ þChart Montage.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5983þ þea316c038d09daae805f69d4e9043abfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 05\ST16818.pngþ þTEXT\0003\ST16818.txtþ

þST16819þ þST16819þ þST16819þ þST16819þ þST16819þ þST16819þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/curvy_butt on.png.svn-baseþ þþ þþ þ0þ þ1þ þST16867; ST17828;

ST17875þ þþ þþ þþ þþ þþ þþ þþ þþ þcurvy_button.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ330þ þe3a07927da21c2e43e7d1e647faaf517þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16819.pngþ þþ

þST16820þ þST16820þ þST16820þ þST16820þ þST16820þ þST16820þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/defaultvie w_d.png.svn-baseþ þþ þþ þ0þ þ1þ þST16868; ST17829;

ST17876þ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_d.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1095þ þ161f784088a6be79922b52802d408344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16820.pngþ þþ

þST16821þ þST16821þ þST16821þ þST16821þ þST16821þ þST16821þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/defaultvie w_u.png.svn-baseþ þþ þþ þ0þ þ1þ þST16869; ST17830;

ST17877þ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_u.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ989þ þ8c928e873a6cfd9f00d164190ddba9c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16821.pngþ þþ

þST16822þ þST16822þ þST16822þ þST16822þ þST16822þ þST16822þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/detach_dw.

png.svn-baseþ þþ þþ þ0þ þ1þ þST16870; ST17831;

ST17878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_dw.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1223þ þ1d1d4c7e9885c94350237f82ddae9763þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16822.pngþ þTEXT\0003\ST16822. txtþ

þST16823þ þST16823þ þST16823þ þST16823þ þST16823þ þST16823þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/detach_up. png.svn-baseþ þþ þþ þ0þ þ1þ þST16871; ST17832;

ST17879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_up.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1458þ þdb2915588b3967c5fb70fa4bd488138eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16823.pngþ þTEXT\0003\ST16823. txtþ

þST16824þ þST16824þ þST16824þ þST16824þ þST16824þ þST16824þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Earnings Calendar.png.svn-baseþ þþ þþ þ0þ þ1þ þST16872; ST17833;

ST17880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarnings Calendar.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6318þ þ5f9fa0ae02ad654dd84680d7305016c8 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 005\ST16824.pngþ þTEXT\0003\ST16824.txtþ

þST16825þ þST16825þ þST16825þ þST16825þ þST16825þ þST16825þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/ETFView.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST16873; ST17834;

ST17881þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þETFView.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ4900þ þac379135b253c0eb1349658dda11fd99þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16825.pngþ þTEXT \0003\ST16825.txtþ

þST16826þ þST16826þ þST16826þ þST16826þ þST16826þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/excel_dw.p ng.svn-baseþ þþ þþ þ0þ þ1þ þST16874; ST17835;

ST17882þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_dw.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ795þ þd0364df85b03b1a4b5d2bbd76943155aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16826.pngþ

þST16827þ þST16827þ þST16827þ þST16827þ þST16827þ þST16827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/excel_up.p ng.svn-baseþ þþ þþ þ0þ þ1þ þST16875; ST17836;

ST17883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_up.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ767þ þb1c3fb56e1c6444411782144dee452c5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16827.pngþ þþ

þST16828þ þST16828þ þST16828þ þST16828þ þST16828þ þST16828þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Filter
Builder.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16876; ST17837;
ST17884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilter
Builder.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5304þ þf8dfadd808940e6bef6120a6ea693dbbþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
05\ST16828.pngþ þTEXT\0003\ST16828.txtþ
þST16829þ þST16829þ þST16829þ þST16829þ þST16829þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Full
Montage.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16877; ST17838;
ST17885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFull
Montage.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5512þ þ49239e68c6643165103402727608bd56þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
05\ST16829.pngþ þTEXT\0003\ST16829.txtþ
þST16830þ þST16830þ þST16830þ þST16830þ þST16830þ þST16830þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Fundamenta
ls.png.svn-baseþ þþ þþ þþ0þ þ1þ þST16878; ST17839;
ST17886þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFundamentals.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ5478þ þ68e8c0e427f41427168e824ea34ff54dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16830.pngþ þTEXT\0003\ST1683
0.txtþ
þST16831þ þST16831þ þST16831þ þST16831þ þST16831þ þST16831þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/help_dw.pn
g.svn-baseþ þþ þþ þþ0þ þ1þ þST16879; ST17840;
ST17887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_dw.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ587þ þ496d613a567cca67a9fda4d6612af2c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16831.pngþ þþ
þST16832þ þST16832þ þST16832þ þST16832þ þST16832þ þST16832þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/help_up.pn
g.svn-baseþ þþ þþ þþ0þ þ1þ þST16880; ST17841;
ST17888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_up.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ536þ þ89e71ed05ad553553eca11fcec368451þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16832.pngþ þþ
þST16833þ þST16833þ þST16833þ þST16833þ þST16833þ þST16833þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/hide_dw.pn
g.svn-baseþ þþ þþ þþ0þ þ1þ þST16881; ST17842;
ST17889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_dw.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ560þ þc4266ea788a2a527a95811c5b4b6edfdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16833.pngþ þþ
þST16834þ þST16834þ þST16834þ þST16834þ þST16834þ þST16834þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/hide_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST16882; ST17843;
ST17890þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_up.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ579þ þ72a9970296f81c811e4249c4b9618f9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16834.pngþ þþ
þST16835þ þST16835þ þST16835þ þST16835þ þST16835þ þST16835þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/IndexView.
png.svn-baseþ þþ þþ þ0þ þ1þ þST16883; ST17844;
ST17891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexView.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ5230þ þ5189cbcc99cfe44affff1a5746a274e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16835.pngþ þTEXT\0003\ST16835.
txtþ
þST16836þ þST16836þ þST16836þ þST16836þ þST16836þ þST16836þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/launchpad_
dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16884; ST17845;
ST17892þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_dw.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ955þ þb417722725b6466e3fb8e7ebc8016de3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16836.pngþ þþ
þST16837þ þST16837þ þST16837þ þST16837þ þST16837þ þST16837þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/launchpad_
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16885; ST17846;
ST17893þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_up.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ835þ þd818300de864783b2f6e9676c580b094þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16837.pngþ þþ
þST16838þ þST16838þ þST16838þ þST16838þ þST16838þ þST16838þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/layout_dw.
png.svn-baseþ þþ þþ þ0þ þ1þ þST16886; ST17847;
ST17894þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_dw.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ649þ þa9913bcf505ff076da4d61635d545de1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16838.pngþ þþ
þST16839þ þST16839þ þST16839þ þST16839þ þST16839þ þST16839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/layout_up.
png.svn-baseþ þþ þþ þ0þ þ1þ þST16887; ST17848;
ST17895þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_up.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ483þ þ2cf60dcd538ede9a47a7c7b758082962þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16839.pngþ þþ
þST16840þ þST16840þ þST16840þ þST16840þ þST16840þ þST16840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Level
2.png.svn-baseþ þþ þþ þ0þ þ1þ þST16888; ST17849;
ST17896þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel
2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5463þ þacce4c6a32bd18b135326257dbd31414þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST1
6840.pngþ þTEXT\0003\ST16840.txtþ
þST16841þ þST16841þ þST16841þ þST16841þ þST16841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Limit
Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16889; ST17850;
ST17897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLimit
Alerts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5046þ þ038e1fa8371651396137e38448e9414cþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16841.pngþ þTEXT\0003\ST16841.txtþ
þST16842þ þST16842þ þST16842þ þST16842þ þST16842þ þST16842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/MarketView
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16890; ST17851;
ST17898þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketView.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ5291þ þ10db808ad2e549ddf4b817eb2bcb74c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16842.pngþ þTEXT\0003\ST16842.txtþ
þST16843þ þST16843þ þST16843þ þST16843þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/News.png.s
vn-baseþ þþ þþ þ0þ þ1þ þST16891; ST17852;
ST17899þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ5978þ þf7aa246014adb6ceea9664dafff0ab37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16843.pngþ þTEXT\0003\ST16843.txtþ
þST16844þ þST16844þ þST16844þ þST16844þ þST16844þ þST16844þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/NonMM
Stocks.png.svn-baseþ þþ þþ þ0þ þ1þ þST16892; ST17853;
ST17900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonMM
Stocks.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6319þ þ4fca43052c06922ae658704f9b5d8c18þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST16844.pngþ þTEXT\0003\ST16844.txtþ
þST16845þ þST16845þ þST16845þ þST16845þ þST16845þ þST16845þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Oliver
Velez Scanner.png.svn-baseþ þþ þþ þ0þ þ1þ þST16893; ST17854;
ST17901þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOliver Velez
Scanner.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6223þ þd3efc6fd5d847a137b649389a5aab954þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00

05\ST16845.pngþ þTEXT\0003\ST16845.txtþ

þST16846þ þST16846þ þST16846þ þST16846þ þST16846þ þST16846þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/screenshot _dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16894; ST17855;

ST17902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_dw.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1231þ þc332585c667759ec048d093e5aa4ec37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16846.pngþ þþ

þST16847þ þST16847þ þST16847þ þST16847þ þST16847þ þST16847þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/screenshot _up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16895; ST17856;

ST17903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_up.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1081þ þc2033e77e209fc405dd43b811a93d6b2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16847.pngþ þþ

þST16848þ þST16848þ þST16848þ þST16848þ þST16848þ þST16848þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Sectors.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST16896; ST17857;

ST17904þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectors.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ4075þ þ8396fe4b2ba613d09bac3357d4470a7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16848.pngþ þTEXT \0003\ST16848.txtþ

þST16849þ þST16849þ þST16849þ þST16849þ þST16849þ þST16849þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/settings_d w.png.svn-baseþ þþ þþ þ0þ þ1þ þST16897; ST17858;

ST17905þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_dw.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ859þ þe123c047e8e2971e4b389dc6ce94eda2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16849.pngþ þþ

þST16850þ þST16850þ þST16850þ þST16850þ þST16850þ þST16850þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/settings_u p.png.svn-baseþ þþ þþ þ0þ þ1þ þST16898; ST17859;

ST17906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_up.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ805þ þbaa4ff04c9ec776d98883eb5dff66af0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16850.pngþ þþ

þST16851þ þST16851þ þST16851þ þST16851þ þST16851þ þST16851þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/show_dw.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST16923; ST17860;

ST17931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_dw.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ568þ þd5b3422f4a65688f4a9a1a145027aa8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16851.pngþ þþ

þST16852þ þST16852þ þST16852þ þST16852þ þST16852þ þST16852þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/show_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16924; ST17861;
ST17932þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ576þ þa6706a9a744716143c7488579f95e3c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16852.pngþ þþ

þST16853þ þST16853þ þST16853þ þST16853þ þST16853þ þST16853þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Streaming Filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST16925; ST17862;
ST17933þ þþ þþ þþ þþ þþ þþ þþ þþ þStreaming Filter.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6192þ þ19f0fe70c990bc895dfa5527a644e37bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16853.pngþ þTEXT\0003\ST16853.txtþ

þST16854þ þST16854þ þST16854þ þST16854þ þST16854þ þST16854þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST16926þ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ49152þ þ0001c3139d38d1af5b7a29e6b1f62434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16854.svn-baseþ þþ

þST16855þ þST16855þ þST16855þ þST16855þ þST16855þ þST16855þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Ticker Tape.png.svn-baseþ þþ þþ þ0þ þ1þ þST16927; ST17863;
ST17934þ þþ þþ þþ þþ þþ þþ þþ þþ þTicker Tape.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5170þ þ085ad5949f85b26397abceca3af337b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16855.pngþ þTEXT\0003\ST16855.txtþ

þST16856þ þST16856þ þST16856þ þST16856þ þST16856þ þST16856þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_hide_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16928; ST17864;
ST17935þ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ575þ þ23f34ccd79f02eb8334a98cd46702d83þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16856.pngþ þþ

þST16857þ þST16857þ þST16857þ þST16857þ þST16857þ þST16857þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_hide_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16929; ST17865;
ST17936þ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ552þ þ62ade73c478e5c24523f444b4aa1128eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16857.pngþ þþ

þST16858þ þST16858þ þST16858þ þST16858þ þST16858þ þST16858þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_show_ dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16930; ST17866;
ST17937þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_dw.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ587þ þ9c64b67b9adecec05886050866495d8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16858.pngþ þþ
þST16859þ þST16859þ þST16859þ þST16859þ þST16859þ þST16859þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_show_ up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16931; ST17867;
ST17938þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_up.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ555þ þ6cb5606bd0854ea7497ccc7f142ef38dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16859.pngþ þþ
þST16860þ þST16860þ þST16860þ þST16860þ þST16860þ þST16860þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/title_dw.p ng.svn-baseþ þþ þþ þ0þ þ1þ þST16932; ST17868;
ST17939þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_dw.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ716þ þ436c0563163378bbda340ed75baf56dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16860.pngþ þþ
þST16861þ þST16861þ þST16861þ þST16861þ þST16861þ þST16861þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/title_up.p ng.svn-baseþ þþ þþ þ0þ þ1þ þST16933; ST17869;
ST17940þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_up.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ714þ þ1b2a40d5573f104cc9edf462418b2547þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16861.pngþ þþ
þST16862þ þST16862þ þST16862þ þST16862þ þST16862þ þST16862þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Trading Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16934; ST17870;
ST17941þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrading Alerts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5720þ þ182fd7832d4ad537e8e0b143b7c8a35fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 5\ST16862.pngþ þTEXT\0003\ST16862.txtþ
þST16863þ þST16863þ þST16863þ þST16863þ þST16863þ þST16863þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Universe Manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST16935; ST17871;
ST17942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverse Manager.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6521þ þ997d2555e3044810829e08f780e28525þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 05\ST16863.pngþ þTEXT\0003\ST16863.txtþ

þST16864þ þST16864þ þST16864þ þST16864þ þST16864þ þST16864þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/VWAPCalcul
ator.png.svn-baseþ þþ þþ þ0þ þ1þ þST16936; ST17872; ST17943; ST24280; ST24336;
ST24337þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAPCalculator.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d727þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16864.pngþ þTEXT\0003\ST16
864.txtþ
þST16865þ þST16865þ þST16865þ þST16865þ þST16865þ þST16865þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/.svn/text-base/Watchlists
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16937; ST17873;
ST17944þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlists.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ4888þ þ4296a3f8b7f3d515a965c077b5e1d1c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16865.pngþ þTEXT\0003\ST16865.txtþ
þST16866þ þST16866þ þST16866þ þST16866þ þST16866þ þST16866þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Chart
Montage.pngþ þþ þþ þ0þ þ1þ þST16818; ST17827;
ST17874þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChart
Montage.pngþ þ.PNGþ þimage/pngþ þþ þ5983þ þea316c038d09daae805f69d4e9043abfþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST1686
6.pngþ þTEXT\0003\ST16866.txtþ
þST16867þ þST16867þ þST16867þ þST16867þ þST16867þ þST16867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/curvy_button.pngþ þþ þþ þ0
þ þ1þ þST16819; ST17828;
ST17875þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcurvy_button.pngþ þ.PNGþ þimage/pngþ þþ
 þ330þ þe3a07927da21c2e43e7d1e647faaf517þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16867.pngþ þþ
þST16868þ þST16868þ þST16868þ þST16868þ þST16868þ þST16868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/defaultview_d.pngþ þþ þþ þ
0þ þ1þ þST16820; ST17829;
ST17876þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_d.pngþ þ.PNGþ þimage/pngþ
þ þ1095þ þ161f784088a6be79922b52802d408344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16868.pngþ þþ
þST16869þ þST16869þ þST16869þ þST16869þ þST16869þ þST16869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/defaultview_u.pngþ þþ þþ þ
0þ þ1þ þST16821; ST17830;
ST17877þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_u.pngþ þ.PNGþ þimage/pngþ þ
þ þ989þ þ8c928e873a6cfd9f00d164190ddba9c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16869.pngþ þþ
þST16870þ þST16870þ þST16870þ þST16870þ þST16870þ þST16870þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/detach_dw.pngþ þþ þþ þ0þ þ
1þ þST16822; ST17831;
ST17878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1
223þ þ1d1d4c7e9885c94350237f82ddae9763þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16870.png þTEXT\0003\ST16870.txtþ
þST16871þ þST16871þ þST16871þ þST16871þ þST16871þ þST16871þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/detach_up.pngþ þþ þþ þ0þ þ
1þ þST16823; ST17832;
ST17879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_up.pngþ þ.PNGþ þimage/pngþ þþ þ1
458þ þdb2915588b3967c5fb70fa4bd488138eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16871.pngþ þTEXT\0003\ST16871.txtþ
þST16872þ þST16872þ þST16872þ þST16872þ þST16872þ þST16872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Earnings
Calendar.pngþ þþ þþ þ0þ þ1þ þST16824; ST17833;
ST17880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarnings
Calendar.pngþ þ.PNGþ þimage/pngþ þþ þ6318þ þ5f9fa0ae02ad654dd84680d7305016c8þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST168
72.pngþ þTEXT\0003\ST16872.txtþ
þST16873þ þST16873þ þST16873þ þST16873þ þST16873þ þST16873þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/ETFView.pngþ þþ þþ þ0þ þ1þ
þST16825; ST17834;
ST17881þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þETFView.pngþ þ.PNGþ þimage/pngþ þþ þ490
0þ þac379135b253c0eb1349658dda11fd99þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16873.pngþ þTEXT\0003\ST16873.txtþ
þST16874þ þST16874þ þST16874þ þST16874þ þST16874þ þST16874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/excel_dw.pngþ þþ þþ þ0þ þ1
þ þST16826; ST17835;
ST17882þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_dw.pngþ þ.PNGþ þimage/pngþ þþ þ79
5þ þd0364df85b03b1a4b5d2bbd76943155aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16874.pngþ þþ
þST16875þ þST16875þ þST16875þ þST16875þ þST16875þ þST16875þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/excel_up.pngþ þþ þþ þ0þ þ1
þ þST16827; ST17836;
ST17883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_up.pngþ þ.PNGþ þimage/pngþ þþ þ76
7þ þb1c3fb56e1c6444411782144dee452c5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16875.pngþ þþ

þST16876þ þST16876þ þST16876þ þST16876þ þST16876þ þST16876þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Filter Builder.pngþ þþ þþ þþ þ0þ þ1þ þST16828; ST17837; ST17884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilter Builder.pngþ þ.PNGþ þimage/pngþ þþ þ5304þ þf8dfadd808940e6bef6120a6ea693dbbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16876.pngþ þTEXT\0003\ST16876.txtþ

þST16877þ þST16877þ þST16877þ þST16877þ þST16877þ þST16877þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Full Montage.pngþ þþ þþ þþ þ0þ þ1þ þST16829; ST17838; ST17885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFull Montage.pngþ þ.PNGþ þimage/pngþ þþ þ5512þ þ49239e68c6643165103402727608bd56þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16877.pngþ þTEXT\0003\ST16877.txtþ

þST16878þ þST16878þ þST16878þ þST16878þ þST16878þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Fundamentals.pngþ þþ þþ þ0þ þ1þ þST16830; ST17839; ST17886þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFundamentals.pngþ þ.PNGþ þimage/pngþ þþ þ5478þ þ68e8c0e427f41427168e824ea34ff54dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16878.pngþ þTEXT\0003\ST16878.txtþ

þST16879þ þST16879þ þST16879þ þST16879þ þST16879þ þST16879þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/help_dw.pngþ þþ þþ þ0þ þ1þ þST16831; ST17840; ST17887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_dw.pngþ þ.PNGþ þimage/pngþ þþ þ587þ þ496d613a567cca67a9fda4d6612af2c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16879.pngþ þþ

þST16880þ þST16880þ þST16880þ þST16880þ þST16880þ þST16880þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/help_up.pngþ þþ þþ þ0þ þ1þ þST16832; ST17841; ST17888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_up.pngþ þ.PNGþ þimage/pngþ þþ þ536þ þ89e71ed05ad553553eca11fcec368451þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16880.pngþ þþ

þST16881þ þST16881þ þST16881þ þST16881þ þST16881þ þST16881þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/hide_dw.pngþ þþ þþ þ0þ þ1þ þST16833; ST17842; ST17889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_dw.pngþ þ.PNGþ þimage/pngþ þþ þ560þ þc4266ea788a2a527a95811c5b4b6edfdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16881.pngþ þþ

þST16882þ þST16882þ þST16882þ þST16882þ þST16882þ þST16882þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/hide_up.pngþ þþ þ0þ þ1þ þST16843; ST17843;

ST17890þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphide_up.pngþ þ.PNGþ þimage/pngþ þþ þ579 þ þ72a9970296f81c811e4249c4b9618f9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16882.pngþ þþ

þST16883þ þST16883þ þST16883þ þST16883þ þST16883þ þST16883þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/IndexView.pngþ þþ þþ þ0þ þ1þ þST16835; ST17844;

ST17891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexView.pngþ þ.PNGþ þimage/pngþ þþ þ5 230þ þ5189cbcc99cfe44affff1a5746a274e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16883.pngþ þTEXT\0003\ST16883.txtþ

þST16884þ þST16884þ þST16884þ þST16884þ þST16884þ þST16884þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/launchpad_dw.pngþ þþ þþ þ0 þ þ1þ þST16836; ST17845;

ST17892þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_dw.pngþ þ.PNGþ þimage/pngþ þþ þ955þ þb417722725b6466e3fb8e7ebc8016de3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16884.pngþ þþ

þST16885þ þST16885þ þST16885þ þST16885þ þST16885þ þST16885þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/launchpad_up.pngþ þþ þþ þ0 þ þ1þ þST16837; ST17846;

ST17893þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_up.pngþ þ.PNGþ þimage/pngþ þþ þ835þ þd818300de864783b2f6e9676c580b094þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16885.pngþ þþ

þST16886þ þST16886þ þST16886þ þST16886þ þST16886þ þST16886þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/layout_dw.pngþ þþ þþ þ0þ þ1þ þST16838; ST17847;

ST17894þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_dw.pngþ þ.PNGþ þimage/pngþ þþ þ6 49þ þa9913bcf505ff076da4d61635d545de1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16886.pngþ þþ

þST16887þ þST16887þ þST16887þ þST16887þ þST16887þ þST16887þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/layout_up.pngþ þþ þþ þ0þ þ1þ þST16839; ST17848;

ST17895þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_up.pngþ þ.PNGþ þimage/pngþ þþ þ4 83þ þ2cf60dcd538ede9a47a7c7b758082962þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16887.pngþ þþ

þST16888þ þST16888þ þST16888þ þST16888þ þST16888þ þST16888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Level
2.pngþ þþ þþ þ0þ þ1þ þST16840; ST17849;
ST17896þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel
2.pngþ þ.PNGþ þimage/pngþ þþ þ5463þ þacce4c6a32bd18b135326257dbd31414þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16888.pngþ
þTEXT\0003\ST16888.txtþ
þST16889þ þST16889þ þST16889þ þST16889þ þST16889þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Limit
Alerts.pngþ þþ þþ þ0þ þ1þ þST16841; ST17850;
ST17897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLimit
Alerts.pngþ þ.PNGþ þimage/pngþ þþ þ5046þ þ038e1fa8371651396137e38448e9414cþ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16889
.pngþ þTEXT\0003\ST16889.txtþ
þST16890þ þST16890þ þST16890þ þST16890þ þST16890þ þST16890þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/MarketView.pngþ þþ þþ þ0þ
þ1þ þST16842; ST17851;
ST17898þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketView.pngþ þ.PNGþ þimage/pngþ þþ þ
5291þ þ10db808ad2e549ddf4b817eb2bcb74c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16890.pngþ þTEXT\0003\ST16890.txtþ
þST16891þ þST16891þ þST16891þ þST16891þ þST16891þ þST16891þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/News.pngþ þþ þþ þ0þ þ1þ þST
16843; ST17852;
ST17899þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.pngþ þ.PNGþ þimage/pngþ þþ þ5978þ þ
f7aa246014adb6ceea9664dafff0ab37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16891.pngþ þTEXT\0003\ST16891.txtþ
þST16892þ þST16892þ þST16892þ þST16892þ þST16892þ þST16892þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/NonMM
Stocks.pngþ þþ þþ þ0þ þ1þ þST16844; ST17853;
ST17900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonMM
Stocks.pngþ þ.PNGþ þimage/pngþ þþ þ6319þ þ4fca43052c06922ae658704f9b5d8c18þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16892
.pngþ þTEXT\0003\ST16892.txtþ
þST16893þ þST16893þ þST16893þ þST16893þ þST16893þ þST16893þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Oliver Velez
Scanner.pngþ þþ þþ þ0þ þ1þ þST16845; ST17854;
ST17901þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOliver Velez
Scanner.pngþ þ.PNGþ þimage/pngþ þþ þ6223þ þd3efc6fd5d847a137b649389a5aab954þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST1689
3.pngþ þTEXT\0003\ST16893.txtþ

þST16894þ þST16894þ þST16894þ þST16894þ þST16894þ þST16894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/screenshot_dw.pngþ þþ þþ þ 0þ þ1þ þST16846; ST17855;
ST17902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_dw.pngþ þ.PNGþ þimage/pngþ þ þ þ1231þ þc332585c667759ec048d093e5aa4ec37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16894.pngþ þþ
þST16895þ þST16895þ þST16895þ þST16895þ þST16895þ þST16895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/screenshot_up.pngþ þþ þþ þ 0þ þ1þ þST16847; ST17856;
ST17903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_up.pngþ þ.PNGþ þimage/pngþ þ þ þ1081þ þc2033e77e209fc405dd43b811a93d6b2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16895.pngþ þþ
þST16896þ þST16896þ þST16896þ þST16896þ þST16896þ þST16896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Sectors.pngþ þþ þþ þ0þ þ1þ þST16848; ST17857;
ST17904þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectors.pngþ þ.PNGþ þimage/pngþ þ þ407 5þ þ8396fe4b2ba613d09bac3357d4470a7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16896.pngþ þTEXT\0003\ST16896.txtþ
þST16897þ þST16897þ þST16897þ þST16897þ þST16897þ þST16897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/settings_dw.pngþ þþ þþ þ0þ þ1þ þST16849; ST17858;
ST17905þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_dw.pngþ þ.PNGþ þimage/pngþ þþ þ859þ þe123c047e8e2971e4b389dc6ce94eda2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16897.pngþ þþ
þST16898þ þST16898þ þST16898þ þST16898þ þST16898þ þST16898þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/settings_up.pngþ þþ þþ þ0þ þ1þ þST16850; ST17859;
ST17906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_up.pngþ þ.PNGþ þimage/pngþ þþ þ805þ þbaa4ff04c9ec776d98883eb5dff66af0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16898.pngþ þþ
þST16899þ þST16899þ þST16899þ þST16899þ þST16899þ þST16899þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1251þ þbcfbc2946c3ec38eec6f2ef877f63fccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16899.txtþ þTEXT\0003\ST16899.txtþ
þST16900þ þST16900þ þST16901þ þST16900þ þST16901þ þST16900þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/entriesþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:
00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1182þ þ787c5a2386c4123c2964df6b87bc
fa83þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0005\ST16900.txtþ þTEXT\0003\ST16900.txtþ
þST16902þ þST16902þ þST16902þ þST16902þ þST16902þ þST16902þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/lay
outs_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;

ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;

ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;

ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16902.txtþ þTEXT\0003\ST16902. txtþ

þST16903þ þST16903þ þST16903þ þST16903þ þST16903þ þST16903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/lay outs_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;

ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;

ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;

ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16903.txtþ þTEXT\0003\ST16903.txtþ

þST16904þ þST16904þ þST16904þ þST16904þ þST16904þ þST16904þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/links_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15919; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;

ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;

ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;

ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16904.txtþ þTEXT
\0003\ST16904.txtþ
þST16905þ þST16905þ þST16905þ þST16905þ þST16905þ þST16905þ þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/lin
ks_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16461; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;

ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;

ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16905.txtþ þTEXT
\0003\ST16905.txtþ
þST16906þ þST16906þ þST16906þ þST16906þ þST16906þ þST16906þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn-base/Lpa
d_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;

ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16906.txtþ þTEXT\0003\ST16906.txtþ
þST16907þ þST16907þ þST16907þ þST16907þ þST16907þ þST16907þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/Lpa
d_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;

ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16907.txtþ þTEXT\0003\ST16907.txtþ
þST16908þ þST16908þ þST16908þ þST16908þ þST16908þ þST16908þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/Thu
mbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;

ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;

ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16908.txtþ þTEXT\0003\ST16908.txtþ
þST16909þ þST16909þ þST16909þ þST16909þ þST16909þ þST16909þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/lay
outs_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16916; ST17917;
ST17924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1204þ þef227fab1e0dc0a700385fa0c2fe156bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16909.pngþ þTEXT\0003\ST16909.txtþ
þST16910þ þST16910þ þST16910þ þST16910þ þST16910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/lay
outs_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16917; ST17918;
ST17925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1218þ þ3c371771b4d2b339ceb2675e0faf7f95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST16910.pngþ þTEXT\0003\ST16910.txtþ
þST16911þ þST16911þ þST16911þ þST16911þ þST16911þ þST16911þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/lin
ks_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16918; ST17919;
ST17926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_dw.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ966þ þ453eee9dd0f0da52e13eb1708265cdc5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16911.pngþ þþ
þST16912þ þST16912þ þST16912þ þST16912þ þST16912þ þST16912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/lin
ks_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16919; ST17920;
ST17927þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_up.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1050þ þac042b4ce5fe2869bd1c76c2ad3f26f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16912.pngþ þþ
þST16913þ þST16913þ þST16913þ þST16913þ þST16913þ þST16913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/Lpa
d_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16920; ST17921;
ST17928þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_dw.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ963þ þ7eec2e37f1bc698e32024548e9d4f0f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16913.pngþ þTEXT\0003\ST16913.txtþ þST16914þ þST16914þ þST16914þ þST16914þ þST16914þ þST16914þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/Lpa d_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16921; ST17922;

ST17929þ þþ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þLpad_up.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ893þ þe2764086dabf91d09a92ce3d6a99e2f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16914.pngþ þTEXT\0003\ST16914.txtþ þST16915þ þST16915þ þST16915þ þST16915þ þST16915þ þST16915þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/Thu mbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST16922þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.d b.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ18432þ þ5e2c93e1167e1d06183 c12a3f46bb296þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16915.svn-baseþ þþ

þST16916þ þST16916þ þST16916þ þST16916þ þST16916þ þST16916þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/layouts_dw.pngþ þþ þþ þ0þ þ1þ þST16909; ST17917;

ST17924þ þþ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þlayouts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ 1204þ þef227fab1e0dc0a700385fa0c2fe156bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16916.pngþ þTEXT\0003\ST16916.txtþ þST16917þ þST16917þ þST16917þ þST16917þ þST16917þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/layouts_up.pngþ þþ þþ þ0þ þ1þ þST16910; ST17918;

ST17925þ þþ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þlayouts_up.pngþ þ.PNGþ þimage/pngþ þþ þ 1218þ þ3c371771b4d2b339ceb2675e0faf7f95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16917.pngþ þTEXT\0003\ST16917.txtþ þST16918þ þST16918þ þST16918þ þST16918þ þST16918þ þST16918þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/links_dw.pngþ þþ þþ þ0þ þ1þ þST16911; ST17919;

ST17926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_dw.pngþ þ.PNGþ þimage/pngþ þþ þ96 6þ þ453eee9dd0f0da52e13eb1708265cdc5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16918.pngþ þþ þST16919þ þST16919þ þST16919þ þST16919þ þST16919þ þST16919þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/links_up.pngþ þþ þþ þ0þ þ1þ þST16912; ST17920;

ST17927þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_up.pngþ þ.PNGþ þimage/pngþ þþ þ10 50þ þac042b4ce5fe2869bd1c76c2ad3f26f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16919.pngþ þþ þST16920þ þST16920þ þST16920þ þST16920þ þST16920þ þST16920þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/Lpad_dw.pngþ þþ þþ þ0þ þ1þ þST16913; ST17921;

ST17928þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_dw.pngþ þ.PNGþ þimage/pngþ þþ þ963 þ þ7eec2e37f1bc698e32024548e9d4f0f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16920.pngþ þTEXT\0003\ST16920.txtþ þST16921þ þST16921þ þST16921þ þST16921þ þST16921þ þST16921þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/Lpad_up.pngþ þþ þþ þ0þ þ1þ þST17922;

ST17929þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_up.pngþ þ.PNGþ þimage/pngþ þþ þ893 þ þe2764086dabf91d09a92ce3d6a99e2f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16921.pngþ þTEXT\0003\ST16921.txtþ þST16922þ þST16922þ þST16922þ þST16922þ þST16922þ þST16922þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/shcuts/Thumbs.dbþ þþ þþ þ0 þ þ1þ þST16915þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ18432þ þ5e2c93e1167e1d06183c12a3f46bb296þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16922.dbþ þþ þST16923þ þST16923þ þST16923þ þST16923þ þST16923þ þST16923þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/show_dw.pngþ þþ þþ þ0þ þ1þ þST16851; ST17860;

ST17931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_dw.pngþ þ.PNGþ þimage/pngþ þþ þ568 þ þd5b3422f4a65688f4a9a1a145027aa8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16923.pngþ þþ þST16924þ þST16924þ þST16924þ þST16924þ þST16924þ þST16924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/show_up.pngþ þþ þþ þ0þ þ1þ þST16852; ST17861;

ST17932þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_up.pngþ þ.PNGþ þimage/pngþ þþ þ576 þ þa6706a9a744716143c7488579f95e3c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16924.pngþ þþ þST16925þ þST16925þ þST16925þ þST16925þ þST16925þ þST16925þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Streaming Filter.pngþ þþ þþ þ0þ þ1þ þST16853; ST17862;

ST17933þ þþ þþ þþ þþ þþ þþ þþ þStreaming Filter.pngþ þ.PNGþ þimage/pngþ þþ þ6192þ þ19f0fe70c990bc895dfa5527a644e37bþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16925 .pngþ þTEXT\0003\ST16925.txtþ þST16926þ þST16926þ þST16926þ þST16926þ þST16926þ þST16926þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Thumbs.dbþ þþ þþ þ0þ þ1þ þS
T16854þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-ms
officeþ þþ þ49152þ þ0001c3139d38d1af5b7a29e6b1f62434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16926.dbþ þþ
þST16927þ þST16927þ þST16927þ þST16927þ þST16927þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Ticker
Tape.pngþ þþ þþ þ0þ þ1þ þST16855; ST17863;
ST17934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicker
Tape.pngþ þ.PNGþ þimage/pngþ þþ þ5170þ þ085ad5949f85b26397abceca3af337b6þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16927.p
ngþ þTEXT\0003\ST16927.txtþ
þST16928þ þST16928þ þST16928þ þST16928þ þST16928þ þST16928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/tiny_hide_dw.pngþ þþ þþ þ0
þ þ1þ þST16856; ST17864;
ST17935þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_dw.pngþ þ.PNGþ þimage/pngþ þþ
 þ575þ þ23f34ccd79f02eb8334a98cd46702d83þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16928.pngþ þþ
þST16929þ þST16929þ þST16929þ þST16929þ þST16929þ þST16929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/tiny_hide_up.pngþ þþ þþ þ0
þ þ1þ þST16857; ST17865;
ST17936þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_up.pngþ þ.PNGþ þimage/pngþ þþ
 þ552þ þ62ade73c478e5c24523f444b4aa1128eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16929.pngþ þþ
þST16930þ þST16930þ þST16930þ þST16930þ þST16930þ þST16930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/tiny_show_dw.pngþ þþ þþ þ0
þ þ1þ þST16858; ST17866;
ST17937þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_dw.pngþ þ.PNGþ þimage/pngþ þþ
 þ587þ þ9c64b67b9adecec05886050866495d8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16930.pngþ þþ
þST16931þ þST16931þ þST16931þ þST16931þ þST16931þ þST16931þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/tiny_show_up.pngþ þþ þþ þ0
þ þ1þ þST16859; ST17867;
ST17938þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_up.pngþ þ.PNGþ þimage/pngþ þþ
 þ555þ þ6cb5606bd0854ea7497ccc7f142ef38dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16931.pngþ þþ
þST16932þ þST16932þ þST16932þ þST16932þ þST16932þ þST16932þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/title_dw.pngþ þþ þþ þ0þ þ1
þ þST16860; ST17868;

ST17939þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_dw.pngþ þ.PNGþ þimage/pngþ þþ þ71 6þ þ436c0563163378bbda340ed75baf56dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16932.pngþ þþ

þST16933þ þST16933þ þST16933þ þST16933þ þST16933þ þST16933þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/title_up.pngþ þþ þþ þ0þ þ1 þ þST16861; ST17869;

ST17940þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_up.pngþ þ.PNGþ þimage/pngþ þþ þ71 4þ þ1b2a40d5573f104cc9edf462418b2547þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16933.pngþ þþ

þST16934þ þST16934þ þST16934þ þST16934þ þST16934þ þST16934þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Trading Alerts.pngþ þþ þþ þ0þ þ1þ þST16862; ST17870;

ST17941þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrading Alerts.png þ.PNGþ þimage/pngþ þþ þ5720þ þ182fd7832d4ad537e8e0b143b7c8a35fþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16934 .pngþ þTEXT\0003\ST16934.txtþ

þST16935þ þST16935þ þST16935þ þST16935þ þST16935þ þST16935þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Universe Manager.pngþ þþ þþ þ0þ þ1þ þST16863; ST17871;

ST17942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverse Manager.pngþ þ.PNGþ þimage/pngþ þþ þ6521þ þ997d2555e3044810829e08f780e28525þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST1693 5.pngþ þTEXT\0003\ST16935.txtþ

þST16936þ þST16936þ þST16936þ þST16936þ þST16936þ þST16936þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/VWAPCalculator.pngþ þþ þþ þ0þ þ1þ þST16864; ST17872; ST17943; ST24280; ST24336;

ST24337þ þþ þþ þþ þþ þþ þþ þþ þþ þ7þ þþ þþ þþ þVWAPCalculator.pngþ þ.PNGþ þimage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d727þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16936.pngþ þTEXT\0003\ST16936.txtþ

þST16937þ þST16937þ þST16937þ þST16937þ þST16937þ þST16937þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/toolbar/Watchlists.pngþ þþ þþ þ0þ þ1þ þST16865; ST17873;

ST17944þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlists.pngþ þ.PNGþ þimage/pngþ þþ þ 4888þ þ4296a3f8b7f3d515a965c077b5e1d1c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16937.pngþ þTEXT\0003\ST16937.txtþ

þST16938þ þST16938þ þST16941þ þST16938þ þST16941þ þST16938þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ5127þ

þb47349b2787562571ab4561f00f20ea2þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16938.txtþ þTEXT\0003\ST16938.txtþ
þST16942þ þST16942þ þST16948þ þST16942þ þST16948þ þST16942þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/entriesþþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ1283
832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ464þ þe18b9be7f63fe040c28bc132619415e1þ þ7þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\S
T16942.txtþ þTEXT\0003\ST16942.txtþ
þST16949þ þST16949þ þST16949þ þST16949þ þST16949þ þST16949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Cancel_g.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;

ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;

ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;

ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_g.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16949.txtþ þTEXT
\0003\ST16949.txtþ
þST16950þ þST16950þ þST16950þ þST16950þ þST16950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Cancel_o.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;

ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;

ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;

ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_o.png.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16950.txtþ þTEXT \0003\ST16950.txtþ

þST16951þ þST16951þ þST16951þ þST16951þ þST16951þ þST16951þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Cancel_y.png .svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;

ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17631; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;

ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;

ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_y.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16951.txtþ þTEXT
\0003\ST16951.txtþ
þST16952þ þST16952þ þST16952þ þST16952þ þST16952þ þST16952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Cancellation
_header.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;

ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;

ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancellation_header.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16952.txtþ þTEXT\0003\S
T16952.txtþ
þST16953þ þST16953þ þST16953þ þST16953þ þST16953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Confirmation
_header.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15919; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;

ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16195; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;

ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;

ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConfirmation_header.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16953.txtþ þTEXT\0003\S
T16953.txtþ
þST16954þ þST16954þ þST16954þ þST16954þ þST16954þ þST16954þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Create_g.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;

ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;

ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;

ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_g.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16954.txtþ þTEXT
\0003\ST16954.txtþ
þST16955þ þST16955þ þST16955þ þST16955þ þST16955þ þST16955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Create_o.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;

ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;

ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;

ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16955.txtþ þTEXT
\0003\ST16955.txtþ
þST16956þ þST16956þ þST16956þ þST16956þ þST16956þ þST16956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Create_y.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;

ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;

ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;

ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_y.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16956.txtþ þTEXT
\0003\ST16956.txtþ
þST16957þ þST16957þ þST16957þ þST16957þ þST16957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/greendot.PNG
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;

ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17318; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;

ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;

ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgreendot.PNG.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16957.txtþ þTEXT
\0003\ST16957.txtþ
þST16958þ þST16958þ þST16958þ þST16958þ þST16958þ þST16958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/liquidate_al
l_pos_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST11661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;

ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;

ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;

ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_all_pos_g.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16958.txtþ þTEXT\0003\S
T16958.txtþ

þST16959þ þST16959þ þST16959þ þST16959þ þST16959þ þST16959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/liquidate_al
l_pos_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;

ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15988; ST15989; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;

ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19203; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;

ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_all_pos_o.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16959.txtþ þTEXT\0003\S
T16959.txtþ

þST16960þ þST16960þ þST16960þ þST16960þ þST16960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/liquidate_no
w_g.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;

ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;

ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;

ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_now_g.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16960.txtþ þTEXT\0003\ST16
960.txtþ
þST16961þ þST16961þ þST16961þ þST16961þ þST16961þ þST16961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/liquidate_no
w_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;

ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16556; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;

ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_now_o.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16961.txtþ þTEXT\0003\ST16
961.txtþ
þST16962þ þST16962þ þST16962þ þST16962þ þST16962þ þST16962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Login_g.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_g.png.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16962.txtþ þTEXT\0003\ST16962.txtþ þST16963þ þST16963þ þST16963þ þST16963þ þST16963þ þST16963þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Login_o.png. svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18440; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_o.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16963.txtþ þTEXT\0003\ST16963.txtþ
þST16964þ þST16964þ þST16964þ þST16964þ þST16964þ þST16964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Login_y.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22122; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_y.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16964.txtþ þTEXT\0003\ST16964.txtþ
þST16965þ þST16965þ þST16965þ þST16965þ þST16965þ þST16965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Logout_g.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_g.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16965.txtþ þTEXT
\0003\ST16965.txtþ
þST16966þ þST16966þ þST16966þ þST16966þ þST16966þ þST16966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Logout_o.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;

ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;

ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;

ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16966.txtþ þTEXT
\0003\ST16966.txtþ
þST16967þ þST16967þ þST16967þ þST16967þ þST16967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Logout_y.png
.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;

ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;

ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;

ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_y.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16967.txtþ þTEXT
\0003\ST16967.txtþ
þST16968þ þST16968þ þST16968þ þST16968þ þST16968þ þST16968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Modification
_header.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;

ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;

ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22729; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModification_header.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16968.txtþ þTEXT\0003\S
T16968.txtþ
þST16969þ þST16969þ þST16969þ þST16969þ þST16969þ þST16969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Modify_g.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;

ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;

ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;

ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þ0þ þTRUEþ þFALSEþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16969.txtþ þTEXT
\0003\ST16969.txtþ
þST16970þ þST16970þ þST16970þ þST16970þ þST16970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Modify_o.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;

ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;

ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;

ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16970.txtþ þTEXT
\0003\ST16970.txtþ
þST16971þ þST16971þ þST16971þ þST16971þ þST16971þ þST16971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Modify_y.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;

ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;

ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;

ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23937; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_y.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16971.txtþ þTEXT
\0003\ST16971.txtþ
þST16972þ þST16972þ þST16972þ þST16972þ þST16972þ þST16972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/order_conf_g
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;

ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;

ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;

ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22120; ST22256; ST22259; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16972.txtþ þTEXT\0003\ST16972
.txtþ

þST16973þ þST16973þ þST16973þ þST16973þ þST16973þ þST16973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/order_conf_o
.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;

ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;

ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;

ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16973.txtþ þTEXT\0003\ST16973
.txtþ
þST16974þ þST16974þ þST16974þ þST16974þ þST16974þ þST16974þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Orders_heade
r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;

ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18568; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18669; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOrders_header.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16974.txtþ þTEXT\0003\ST1697
4.txtþ
þST16975þ þST16975þ þST16975þ þST16975þ þST16975þ þST16975þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Positions_he
ader.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15612; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPositions_header.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16975.txtþ þTEXT\0003\ST1
6975.txtþ
þST16976þ þST16976þ þST16976þ þST16976þ þST16976þ þST16976þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/reddot.PNG.s
vn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;

ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;

ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20443; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreddot.PNG.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16976.txtþ þTEXT\0003\ST16976.txtþ
þST16977þ þST16977þ þST16977þ þST16977þ þST16977þ þST16977þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/Thumbs.db.sv
n-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;

ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;

ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17977; ST17998; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;

ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16977.txtþ þTEXT\0003\ST16977.txtþ
þST16978þ þST16978þ þST16978þ þST16978þ þST16978þ þST16978þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/trade_logo.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;

ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;

ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_logo.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16978.txtþ þTEXT\0003\ST16978.
txtþ
þST16979þ þST16979þ þST16979þ þST16979þ þST16979þ þST16979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/TradeLog_hea
der.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;

ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeLog_header.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16979.txtþ þTEXT\0003\ST16
979.txtþ

þST16980þ þST16980þ þST16980þ þST16980þ þST16980þ þST16980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/prop-base/tradelogintm
.PNG.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15676; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST17016;

ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradelogintm.PNG.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16980.txtþ þTEXT\0003\ST16980
.txtþ
þST16981þ þST16981þ þST16981þ þST16981þ þST16981þ þST16981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Cancel_g.png
.svn-baseþ þþ þþ þ0þ þ1þ þST17140þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_g.png.s
vn-baseþ þ.PNGþ þimage/pngþ þþ þ1840þ þa818bb038f14dd8d33273af200bad0a9þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16981.pn
gþ þTEXT\0003\ST16981.txtþ
þST16982þ þST16982þ þST16982þ þST16982þ þST16982þ þST16982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Cancel_o.png
.svn-baseþ þþ þþ þ0þ þ1þ þST17141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_o.png.s

vn-baseþ þ.PNGþ þimage/pngþ þþ þ2100þ þ3a2db14ad72a61784304f44036256a65þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16982.pn gþ þTEXT\0003\ST16982.txtþ

þST16983þ þST16983þ þST16983þ þST16983þ þST16983þ þST16983þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Cancel_y.png .svn-baseþ þþ þþ þ0þ þ1þ þST17142þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_y.png.s vn-baseþ þ.PNGþ þimage/pngþ þþ þ1826þ þ7642414e56ea5d5c46e71ed87c7de45cþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16983.pn gþ þTEXT\0003\ST16983.txtþ

þST16984þ þST16984þ þST16984þ þST16984þ þST16984þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Cancellation _header.png.svn-baseþ þþ þþ þ0þ þ1þ þST17143; ST17960; ST18094þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancellation_header.png.svn-baseþ þ.PN Gþ þimage/pngþ þþ þ1165þ þd521481fb47c9dd939dee55ed594bd80þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16984.pngþ þTEXT\0003 \ST16984.txtþ

þST16985þ þST16985þ þST16985þ þST16985þ þST16985þ þST16985þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Confirmation _header.png.svn-baseþ þþ þþ þ0þ þ1þ þST17144; ST17961; ST18095þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConfirmation_header.png.svn-baseþ þ.PN Gþ þimage/pngþ þþ þ1153þ þf55475061d024b8c2e843d1f1d2f292aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16985.pngþ þTEXT\0003 \ST16985.txtþ

þST16986þ þST16986þ þST16986þ þST16986þ þST16986þ þST16986þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Create_g.png .svn-baseþ þþ þþ þ0þ þ1þ þST17145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_g.png.s vn-baseþ þ.PNGþ þimage/pngþ þþ þ1914þ þf7ae16bf0faf5fa5c19c71f6bc2c309aþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16986.pn gþ þTEXT\0003\ST16986.txtþ

þST16987þ þST16987þ þST16987þ þST16987þ þST16987þ þST16987þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Create_o.png .svn-baseþ þþ þþ þ0þ þ1þ þST17146þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_o.png.s vn-baseþ þ.PNGþ þimage/pngþ þþ þ1999þ þe9df9c9c01431f827f687266ad29db3dþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16987.pn gþ þTEXT\0003\ST16987.txtþ

þST16988þ þST16988þ þST16988þ þST16988þ þST16988þ þST16988þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Create_y.png .svn-baseþ þþ þþ þ0þ þ1þ þST17147þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_y.png.s

vn-baseþ þ.PNGþ þimage/pngþ þþ þ1823þ þa22e503592125efa8b3351c130021c89þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16988.pn gþ þTEXT\0003\ST16988.txtþ

þST16989þ þST16989þ þST16989þ þST16989þ þST16989þ þST16989þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/greendot.PNG .svn-baseþ þþ þþ þ0þ þ1þ þST17160; ST17962;

ST18108þ þþ þþ þþ þþ þþ þþ þþ þþ þgreendot.PNG.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ105þ þdc02b86dfe04c46348dca2f054379de7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16989.pngþ þþ

þST16990þ þST16990þ þST16990þ þST16990þ þST16990þ þST16990þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/liquidate_al l_pos_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17161þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliq uidate_all_pos_g.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2994þ þc5875cf03ac64de6a98050be 383348f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0005\ST16990.pngþ þTEXT\0003\ST16990.txtþ

þST16991þ þST16991þ þST16991þ þST16991þ þST16991þ þST16991þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/liquidate_al l_pos_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17162þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliq uidate_all_pos_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3471þ þ94dc33c2efeb21d63fa74609 5e5bb897þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0005\ST16991.pngþ þTEXT\0003\ST16991.txtþ

þST16992þ þST16992þ þST16992þ þST16992þ þST16992þ þST16992þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/liquidate_no w_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17163þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquida te_now_g.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2426þ þ8cfa9996a3d709a14394b6f4594b55bb þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 005\ST16992.pngþ þTEXT\0003\ST16992.txtþ

þST16993þ þST16993þ þST16993þ þST16993þ þST16993þ þST16993þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/liquidate_no w_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquida te_now_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2817þ þ1200fcaf7229282ed92788171aa7cc42 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 005\ST16993.pngþ þTEXT\0003\ST16993.txtþ

þST16994þ þST16994þ þST16994þ þST16994þ þST16994þ þST16994þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Login_g.png. svn-baseþ þþ þþ þ0þ þ1þ þST17165þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_g.png.svn -baseþ þ.PNGþ þimage/pngþ þþ þ1447þ þc8260c7be0801a479ded838d99b4519cþ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16994.pngþ

þTEXT\0003\ST16994.txtþ
þST16995þ þST16995þ þST16995þ þST16995þ þST16995þ þST16995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Login_o.png.
svn-baseþ þþ þþ þ0þ þ1þ þST17166þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_o.png.svn
-baseþ þ.PNGþ þimage/pngþ þþ þ1721þ þb0dd030366064f42a5a8f697e68b88b5þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16995.pngþ
þTEXT\0003\ST16995.txtþ
þST16996þ þST16996þ þST16996þ þST16996þ þST16996þ þST16996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Login_y.png.
svn-baseþ þþ þþ þ0þ þ1þ þST17167þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_y.png.svn
-baseþ þ.PNGþ þimage/pngþ þþ þ1205þ þa1e832fe51d8edd5ac9922ea574dacb0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16996.pngþ
þTEXT\0003\ST16996.txtþ
þST16997þ þST16997þ þST16997þ þST16997þ þST16997þ þST16997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Logout_g.png
.svn-baseþ þþ þþ þ0þ þ1þ þST17168þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_g.png.s
vn-baseþ þ.PNGþ þimage/pngþ þþ þ1695þ þ71cf3a0615e5a36f49045d7f8f7ddb93þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16997.pn
gþ þTEXT\0003\ST16997.txtþ
þST16998þ þST16998þ þST16998þ þST16998þ þST16998þ þST16998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Logout_o.png
.svn-baseþ þþ þþ þ0þ þ1þ þST17169þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_o.png.s
vn-baseþ þ.PNGþ þimage/pngþ þþ þ2021þ þ99363cdb598d655590bcf72139113767þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16998.pn
gþ þTEXT\0003\ST16998.txtþ
þST16999þ þST16999þ þST16999þ þST16999þ þST16999þ þST16999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Logout_y.png
.svn-baseþ þþ þþ þ0þ þ1þ þST17170þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_y.png.s
vn-baseþ þ.PNGþ þimage/pngþ þþ þ1315þ þ06204958b7e7740a04cdb130b15c6571þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST16999.pn
gþ þTEXT\0003\ST16999.txtþ
þST17000þ þST17000þ þST17000þ þST17000þ þST17000þ þST17000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Modification
_header.png.svn-baseþ þþ þþ þ0þ þ1þ þST17171; ST17963;
ST18109þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModification_header.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ1184þ þae28cda274cfd8f255cefa776579df64þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17000.pngþ þTEXT\0003
\ST17000.txtþ

þST17001þ þST17001þ þST17001þ þST17001þ þST17001þ þST17001þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Modify_g.png .svn-baseþ þþ þþ þ0þ þ1þ þST17109; ST17111; ST17172; ST18064; ST18066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ2303þ þ91e21b40b8d25b5dbef2ae5a9b3f5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17001.pngþ þTEXT\0003\ST17001.t xtþ

þST17002þ þST17002þ þST17002þ þST17002þ þST17002þ þST17002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Modify_o.png .svn-baseþ þþ þþ þ0þ þ1þ þST17110; ST17112; ST17173; ST18065; ST18067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ2662þ þ056a63d9c34364bee2abc30ba481d93eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17002.pngþ þTEXT\0003\ST17002.t xtþ

þST17003þ þST17003þ þST17003þ þST17003þ þST17003þ þST17003þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Modify_y.png .svn-baseþ þþ þþ þ0þ þ1þ þST17174þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_y.png.s vn-baseþ þ.PNGþ þimage/pngþ þþ þ1939þ þ30b85871b1790230f9633781e6e74d5dþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17003.pn gþ þTEXT\0003\ST17003.txtþ

þST17004þ þST17004þ þST17004þ þST17004þ þST17004þ þST17004þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/order_conf_g .png.svn-baseþ þþ þþ þ0þ þ1þ þST17088; ST17092; ST17175; ST18043; ST18047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ2438þ þ48f75ce3ba04f2dc3caed171fc7cb1e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17004.pngþ þTEXT\0003\ST1700 4.txtþ

þST17005þ þST17005þ þST17005þ þST17005þ þST17005þ þST17005þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/order_conf_o .png.svn-baseþ þþ þþ þ0þ þ1þ þST17089; ST17093; ST17176; ST18044; ST18048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ2829þ þ29006e20ebed8d407ae4b7a2d65411eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17005.pngþ þTEXT\0003\ST1700 5.txtþ

þST17006þ þST17006þ þST17006þ þST17006þ þST17006þ þST17006þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Orders_heade r.png.svn-baseþ þþ þþ þ0þ þ1þ þST17177; ST17964; ST18110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOrders_header.png.svn-baseþ þ.PNGþ þim

age/pngþ þþ þ1617þ þ05010ca64330d414c062c6eddca950feþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17006.pngþ þþ
þST17007þ þST17007þ þST17007þ þST17007þ þST17007þ þST17007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Positions_he
ader.png.svn-baseþ þþ þþ þ0þ þ1þ þST17178; ST17965;
ST18111þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPositions_header.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ1433þ þe4db3c46fc69de9258ab977f91557c62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17007.pngþ þþ
þST17008þ þST17008þ þST17008þ þST17008þ þST17008þ þST17008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/reddot.PNG.s
vn-baseþ þþ þþ þ0þ þ1þ þST17179; ST17966;
ST18112þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreddot.PNG.svn-baseþ þ.PNGþ þimage/png
þ þþ þ161þ þa6608edf34708caee4d00a7dd8abade1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17008.pngþ þþ
þST17009þ þST17009þ þST17009þ þST17009þ þST17009þ þST17009þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/Thumbs.db.sv
n-baseþ þþ þþ þ0þ þ1þ þST17180þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-
baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ5990þ þ8b7311e05eda4acba6d2be54d
f97f4a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0005\ST17009.svn-baseþ þþ
þST17010þ þST17010þ þST17010þ þST17010þ þST17010þ þST17010þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/trade_logo.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST17181; ST17967;
ST18113þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_logo.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ8497þ þ0a4c32bf8e6d53ea56cae410bf2e4c04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17010.pngþ þTEXT\0003\ST17010.txtþ
þST17011þ þST17011þ þST17011þ þST17011þ þST17011þ þST17011þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/TradeLog_hea
der.png.svn-baseþ þþ þþ þ0þ þ1þ þST17182; ST17968;
ST18114þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeLog_header.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ1404þ þfc0957304ed1be1777eb40ff0ee3ece1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17011.pngþ þþ
þST17012þ þST17012þ þST17012þ þST17012þ þST17012þ þST17012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/.svn/text-base/tradelogintm
.PNG.svn-baseþ þþ þþ þ0þ þ1þ þST17183; ST17969;
ST18115þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradelogintm.PNG.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ3656þ þf49bd7d404b1b073b383cec260098213þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17012.pngþ þTEXT\0003\ST1701 2.txtþ

þST17013þ þST17013þ þST17013þ þST17013þ þST17013þ þST17013þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ775þ þf43af211f197453633b37eb1b211c4f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17013.txtþ þTEXT\0003\ST17013.txtþ

þST17014þ þST17014þ þST17015þ þST17014þ þST17015þ þST17014þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/entriesþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00 þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ788þ þ2dc9368a915963c66c0450beb3d35c1 aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0005\ST17014.txtþ þTEXT\0003\ST17014.txtþ

þST17016þ þST17016þ þST17016þ þST17016þ þST17016þ þST17016þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/prop-base/ameri trade_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; þST11837; þST13777; þST13923; þST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;

ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;

ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;

ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17016.txtþ þTEXT\0003\ST17016
.txtþ

þST17017þ þST17017þ þST17017þ þST17017þ þST17017þ þST17017þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn-prop-base/ameri
trade.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24176; ST24235; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17017.txtþ þTEXT\0003\ST17017.
txtþ
þST17018þ þST17018þ þST17018þ þST17018þ þST17018þ þST17018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/prop-base/TDAm_
broker.JPG.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;

ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;

ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;

ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTDAm_broker.JPG.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17018.txtþ þTEXT\0003\ST17018.txtþ
þST17019þ þST17019þ þST17019þ þST17019þ þST17019þ þST17019þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/prop-base/Thumb
s.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;

ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;

ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;

ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17019.txtþ þTEXT\0003\ST17019.txtþ
þST17020þ þST17020þ þST17020þ þST17020þ þST17020þ þST17020 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/text-base/ameri
trade_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST17021; ST17024; ST17025; ST17977; ST17978;
ST17981;
ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17020.pngþ þTEXT\0003\ST1702
0.txtþ
þST17021þ þST17021þ þST17021þ þST17021þ þST17021þ þST17021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/text-base/ameri
trade.png.svn-baseþ þþ þþ þ0þ þ1þ þST17020; ST17024; ST17025; ST17977; ST17978;
ST17981;
ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17021.pngþ þTEXT\0003\ST17021.txtþ
þST17022þ þST17022þ þST17022þ þST17022þ þST17022þ þST17022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/text-base/TDAm_
broker.JPG.svn-baseþ þþ þþ þ0þ þ1þ þST17026; ST17979;
ST17983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTDAm_broker.JPG.svn-baseþ þ.JPEGþ þima
ge/jpegþ þþ þ1947þ þf3f14a2c01f1565d44d92da111f9f941þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17022.jpegþ þTEXT\0003\ST17022.txtþ
þST17023þ þST17023þ þST17023þ þST17023þ þST17023þ þST17023þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/.svn/text-base/Thumb s.db.svn-baseþ þþ þþ þþ0þ þ1þ þST17027þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ12288þ þ1a8369cd680bb438ed508 31a71f8a6a7þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17023.svn-baseþ þþ

þST17024þ þST17024þ þST17024þ þST17024þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/ameritrade_r.pngþ þþ þþ þ0þ þ1þ þST17020; ST17021; ST17025; ST17977; ST17978; ST17981; ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.pngþ þ.PNGþ þimage/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17024.pngþ þTEXT\0003\ST17024.txtþ þST17025þ þST17025þ þST17025þ þST17025þ þST17025þ þST17025þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/ameritrade.pngþ þþ þþ þ0þ þ1þ þST17020; ST17021; ST17024; ST17977; ST17978; ST17981; ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade.pngþ þ.PNGþ þimage/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17025.pngþ þTEXT\0003\ST17025.txtþ þST17026þ þST17026þ þST17026þ þST17026þ þST17026þ þST17026þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/TDAm_broker.JPGþ þþ þ þ þ0þ þ1þ þST17022; ST17979; ST17983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTDAm_broker.JPGþ þ.JPGþ þimage/jpegþ þþ þ1947þ þf3f14a2c01f1565d44d92da111f9f941þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17026.JPGþ þTEXT\0003\ST17026.txtþ þST17027þ þST17027þ þST17027þ þST17027þ þST17027þ þST17027þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/broker/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17023þ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-ti ka-msofficeþ þþ þ12288þ þ1a8369cd680bb438ed50831a71f8a6a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17027.dbþ þþ þST17028þ þST17028þ þST17028þ þST17028þ þST17028þ þST17028þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/all-wcpropsþ þ þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ þ þ890þ þ56c65d2fa025dd052ccd103e0aece2d0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17028.txtþ þTEXT\0003\ST17028.txtþ þST17029þ þST17029þ þST17030þ þST17029þ þST17030þ þST17029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010

-09-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1047þ þ2770916b0
ed0dab590b374f6af2edcd5þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0005\ST17029.txtþ þTEXT\0003\ST17029.txtþ
þST17031þ þST17031þ þST17031þ þST17031þ þST17031þ þST17031þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/BUY.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBUY.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17031.txtþ þTEXT\0003\ST17031.txtþ
þST17032þ þST17032þ þST17032þ þST17032þ þST17032þ þST17032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/COVE
R.png.svn-baseþþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17530; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCOVER.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17032.txtþ þTEXT\0003\ST17032.txtþ
þST17033þ þST17033þ þST17033þ þST17033þ þST17033þ þST17033þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/SELL
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17222; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17530; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSELL.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17033.txtþ þTEXT\0003\ST17033.txtþ
þST17034þ þST17034þ þST17034þ þST17034þ þST17034þ þST17034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/SHOR
T.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17530; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSHORT.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17034.txtþ þTEXT\0003\ST17034.txtþ
þST17035þ þST17035þ þST17035þ þST17035þ þST17035þ þST17035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/Thum
bs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;

ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;

ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17035.txtþ þTEXT\0003\ST17035.txtþ þST17036þ þST17036þ þST17036þ þST17036þ þST17036þ þST17036þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/text-base/BUY.png.svn-baseþ þþ þþ þ0þ þ1þ þST17049; ST17992;
ST18004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBUY.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ640þ þ326b5eb20b70a3c41c13425a677e621fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17036.pngþ þTEXT\0003\ST17036.txtþ þST17037þ þST17037þ þST17037þ þST17037þ þST17037þ þST17037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/text-base/COVER.png.svn-baseþ þþ þþ þ0þ þ1þ þST17096; ST17993;
ST18051þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCOVER.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1295þ þ4210b4440d2327cc53fd4e61e5a72864þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17037.txtþ þTEXT\0003\ST17037.txtþ þST17038þ þST17038þ þST17038þ þST17038þ þST17038þ þST17038þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/text-base/SELL.png.svn-baseþ þþ þþ þ0þ þ1þ þST17121; ST17994;
ST18076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSELL.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ590þ þ35e23e2315cf930728f22fd275752f7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17038.pngþ þTEXT\0003\ST17038.txtþ þST17039þ þST17039þ þST17039þ þST17039þ þST17039þ þST17039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/text-base/SHORT.png.svn-baseþ þþ þþ þ0þ þ1þ þST17138; ST17995;
ST18093þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSHORT.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ991þ þ1f9512e6ffc603d14128f75e2eb67145þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17039.pngþ þTEXT\0003\ST17039.txtþ þST17040þ þST17040þ þST17040þ þST17040þ þST17040þ þST17040þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17139; þ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6144þ þ02a5da9b1651153b91af22945978d5e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17040.svn-baseþ þþ
þST17041þ þST17041þ þST17041þ þST17041þ þST17041þ þST17041þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ450þ þcafa679cb1d422095edcc7b215ed7d9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17041.txtþ þTEXT\0003\ST17041.txtþ

þST17042þ þST17042þ þST17042þ þST17042þ þST17042þ þST17042þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/.svn/entriesþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T00:00:00
-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ518þ þcab230b0e42ebc57c37f29da4
59979e7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0005\ST17042.txtþ þTEXT\0003\ST17042.txtþ

þST17043þ þST17043þ þST17043þ þST17043þ þST17043þ þST17043þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/.svn/prop-base/
buy_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;

ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;

ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbbuy_g.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17043.txtþ þTEXT\0003\ST17043.txtþ
þST17044þ þST17044þ þST17044þ þST17044þ þST17044þ þST17044þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/.svn/prop-base/
buy_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;

ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;

ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;

ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_o.png.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17044.txtþ þTEXT\0003\ST17044.txtþ þST17045þ þST17045þ þST17045þ þST17045þ þST17045þ þST17045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/.svn/text-base/ buy_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17047; ST18000; ST18002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_g.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1632þ þc7b162adaf6493ed220bdf107270e13bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17045.pngþ þþ þST17046þ þST17046þ þST17046þ þST17046þ þST17046þ þST17046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/.svn/text-base/ buy_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17048; ST18001; ST18003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1709þ þ36072efb0b0a35289aef81c5052e9c38þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17046.pngþ þþ þST17047þ þST17047þ þST17047þ þST17047þ þST17047þ þST17047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/buy_g.pngþ þþ þþ þ0þ þ1þ þST17045; ST18000; ST18002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_g.pngþ þ.PNGþ þimage/pngþ þþ þ1632þ þc7b162adaf6493ed220bdf107270e13bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17047.pngþ þþ þST17048þ þST17048þ þST17048þ þST17048þ þST17048þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY/buy_o.pngþ þþ þþ þ0þ þ1þ þST17046; ST18001; ST18003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_o.pngþ þ.PNGþ þimage/pngþ þþ þ1709þ þ36072efb0b0a35289aef81c5052e9c38þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17048.pngþ þþ þST17049þ þST17049þ þST17049þ þST17049þ þST17049þ þST17049þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUY.pngþ þþ þþ þ0þ þ 1þ þST17036; ST17992; ST18004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBUY.pngþ þ.PNGþ þimage/pngþ þþ þ640þ þ32 6b5eb20b70a3c41c13425a677e621fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17049.pngþ þTEXT\0003\ST17049.txtþ þST17050þ þST17050þ þST17050þ þST17050þ þST17050þ þST17050þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/all
-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þte
xt/plainþ þþ þ508þ þ7be57d5856b5214d72a72d91696976faþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17050.txtþ þTEXT\0003\ST17050.txtþ
þST17051þ þST17051þ þST17051þ þST17051þ þST17051þ þST17051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/ent
riesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T00
:00:00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ543þ þ66a2cb8780c52a00f93
2627f03c30986þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0005\ST17051.txtþ þTEXT\0003\ST17051.txtþ
þST17052þ þST17052þ þST17052þ þST17052þ þST17052þ þST17052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/pro
p-base/buy_to_cover_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;

ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_g.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17052.txtþ þTEXT\0003\ST17052.txtþ
þST17053þ þST17053þ þST17053þ þST17053þ þST17053þ þST17053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/pro
p-base/buy_to_cover_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;

ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17053.txtþ þTEXT\0003\ST17053.txtþ
þST17054þ þST17054þ þST17054þ þST17054þ þST17054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/tex
t-base/buy_to_cover_g.png.svn-baseþ þþ þ0þ þ1þ þST17056; ST18009;
ST18011þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_g.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2437þ þ696ef7b097de212005acccd382a88043þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17054.pngþ þTEXT\0003\ST17
054.txtþ
þST17055þ þST17055þ þST17055þ þST17055þ þST17055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/tex
t-base/buy_to_cover_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST17057; ST18010;
ST18012þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_y.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2786þ þ0cff72f537cb62923603b65a01b0d6e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17055.pngþ þTEXT\0003\ST17
055.txtþ
þST17056þ þST17056þ þST17056þ þST17056þ þST17056þ þST17056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/buy_to_c
over_g.pngþ þþ þþ þ0þ þ1þ þST17054; ST18009;
ST18011þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_g.pngþ þ.PNGþ þimage/pngþ
þþ þ2437þ þ696ef7b097de212005acccd382a88043þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17056.pngþ þTEXT\0003\ST17056.txtþ
þST17057þ þST17057þ þST17057þ þST17057þ þST17057þ þST17057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/buy_to_c
over_y.pngþ þþ þþ þ0þ þ1þ þST17055; ST18010;
ST18012þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_y.pngþ þ.PNGþ þimage/pngþ

þþ þ2786þ þ0cff72f537cb62923603b65a01b0d6e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17057.pngþ þTEXT\0003\ST17057.txtþ
þST17058þ þST17058þ þST17058þ þST17058þ þST17058þ þST17058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/.svn/all-wcp
ropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ491þ þ324bdbdcbf1c95bb3f3a2185ec5d0ee5þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17058.tx
tþ þTEXT\0003\ST17058.txtþ

þST17059þ þST17059þ þST17059þ þST17059þ þST17059þ þST17059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/.svn/entries
þ þþ þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T00:00:
00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ537þ þ2d691df1a590fe91f700920
3f8409afdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0005\ST17059.txt þTEXT\0003\ST17059.txtþ

þST17060þ þST17060þ þST17060þ þST17060þ þST17060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/.svn/prop-ba
se/Cancel_Order_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;

ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;

ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order_2.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17060.txtþ þTEXT\0003\ST17060.txtþ
þST17061þ þST17061þ þST17061þ þST17061þ þST17061þ þST17061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/.svn/prop-ba
se/Cancel_Order.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;

ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;

ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17061.txtþ þTEXT\0003\ST17061
.txtþ

þST17062þ þST17062þ þST17062þ þST17062þ þST17062þ þST17062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/.svn/text-ba
se/Cancel_Order_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST17064; ST18017;
ST18019þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order_2.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2266þ þd6b2751074b791bf27766443e4032397þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17062.pngþ þTEXT\0003\ST17
062.txtþ

þST17063þ þST17063þ þST17063þ þST17063þ þST17063þ þST17063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/.svn/text-ba
se/Cancel_Order.png.svn-baseþ þþ þþ þ0þ þ1þ þST17065; ST18018;
ST18020þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2119þ þ53a4b915920dd58356c62a5ffc0b6500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17063.pngþ þTEXT\0003\ST1706
3.txtþ

þST17064þ þST17064þ þST17064þ þST17064þ þST17064þ þST17064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/Cancel_Order
_2.pngþ þþ þþ þ0þ þ1þ þST17062; ST18017;
ST18019þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order_2.pngþ þ.PNGþ þimage/pngþ
þþ þ2266þ þd6b2751074b791bf27766443e4032397þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17064.pngþ þTEXT\0003\ST17064.txtþ
þST17065þ þST17065þ þST17065þ þST17065þ þST17065þ þST17065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancel/Cancel_Order

.pngþ þþ þþ þ0þ þ1þ þST17063; ST18018;
ST18020þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order.pngþ þ.PNGþ þimage/pngþ þþ
 þ2119þ þ53a4b915920dd58356c62a5ffc0b6500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17065.pngþ þTEXT\0003\ST17065.txtþ
þST17066þ þST17066þ þST17066þ þST17066þ þST17066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/al
l-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt
ext/plainþ þ897þ þe582e5fc9fcff9ded5a65e53610a9689þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17066.txtþ þTEXT\0003\ST17
066.txtþ
þST17067þ þST17067þ þST17068þ þST17067þ þST17068þ þST17067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/en
triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T0
0:00:00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ834þ þ3b144df4ad1ae6b215
1a543bbe996c9cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0005\ST17067.txtþ þTEXT\0003\ST17067.txtþ
þST17069þ þST17069þ þST17069þ þST17069þ þST17069þ þST17069þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/pr
op-base/cancel_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_g.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17069.txtþ þTEXT\0003\ST17069.txtþ
þST17070þ þST17070þ þST17070þ þST17070þ þST17070þ þST17070þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/pr
op-base/cancel_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;

ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_o.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17070.txtþ þTEXT\0003\ST17070.txtþ
þST17071þ þST17071þ þST17071þ þST17071þ þST17071þ þST17071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/pr
op-base/send_order_cancel_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;

ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;

ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17616; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;

ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_g.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17071.txtþ þTEXT\0003\S
T17071.txtþ
þST17072þ þST17072þ þST17072þ þST17072þ þST17072þ þST17072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/pr
op-base/send_order_cancel_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;

ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;

ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;

ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_o.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17072.txtþ þTEXT\0003\S
T17072.txtþ
þST17073þ þST17073þ þST17073þ þST17073þ þST17073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/te
xt-base/cancel_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17077; ST18028;
ST18032þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_g.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2519þ þbf665098ca829263c663697fa05061ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17073.pngþ þTEXT\0003\ST17
073.txtþ
þST17074þ þST17074þ þST17074þ þST17074þ þST17074þ þST17074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/te
xt-base/cancel_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17078; ST18029;
ST18033þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_o.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2885þ þd376ecb89ac3bd705220ea8ddd590026þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17074.pngþ þTEXT\0003\ST17
074.txtþ
þST17075þ þST17075þ þST17075þ þST17075þ þST17075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/te

xt-base/send_order_cancel_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17079; ST18030;
ST18034þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_g.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ3300þ þfdff1c0378adfc50a0617a771005b3a9þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17075.pngþ þTEXT\0003
\ST17075.txtþ
þST17076þ þST17076þ þST17076þ þST17076þ þST17076þ þST17076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/te
xt-base/send_order_cancel_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17080; ST18031;
ST18035þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_o.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ3802þ þb7fe3828213cfc33d8504cccbcfa55f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17076.pngþ þTEXT\0003
\ST17076.txtþ
þST17077þ þST17077þ þST17077þ þST17077þ þST17077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/cancel_
order_g.pngþ þþ þþ þ0þ þ1þ þST17073; ST18028;
ST18032þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_g.pngþ þ.PNGþ þimage/pngþ
þþ þ2519þ þbf665098ca829263c663697fa05061ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17077.pngþ þTEXT\0003\ST17077.txtþ
þST17078þ þST17078þ þST17078þ þST17078þ þST17078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/cancel_
order_o.pngþ þþ þþ þ0þ þ1þ þST17074; ST18029;
ST18033þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_o.pngþ þ.PNGþ þimage/pngþ
þþ þ2885þ þd376ecb89ac3bd705220ea8ddd590026þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17078.pngþ þTEXT\0003\ST17078.txtþ
þST17079þ þST17079þ þST17079þ þST17079þ þST17079þ þST17079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/send_or
der_cancel_g.pngþ þþ þþ þ0þ þ1þ þST17075; ST18030;
ST18034þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_g.pngþ þ.PNGþ þimage
/pngþ þþ þ3300þ þfdff1c0378adfc50a0617a771005b3a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17079.pngþ þTEXT\0003\ST17079.txtþ
þST17080þ þST17080þ þST17080þ þST17080þ þST17080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/cancelorder/send_or
der_cancel_o.pngþ þþ þþ þ0þ þ1þ þST17076; ST18031;
ST18035þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_o.pngþ þ.PNGþ þimage
/pngþ þþ þ3802þ þb7fe3828213cfc33d8504cccbcfa55f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17080.pngþ þTEXT\0003\ST17080.txtþ
þST17081þ þST17081þ þST17081þ þST17081þ þST17081þ þST17081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/a
ll-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ894þ þ57cf44fd67df41ddceb57814e53f0e8aþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17081.tx
tþ þTEXT\0003\ST17081.txtþ
þST17082þ þST17082þ þST17083þ þST17082þ þST17083þ þST17082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/e
ntriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T
00:00:00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ831þ þ7497a5a73f47bfca8
c8e09f6d0bceb68þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0005\ST17082.txtþ þTEXT\0003\ST17082.txtþ
þST17084þ þST17084þ þST17084þ þST17084þ þST17084þ þST17084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/p
rop-base/order_conf_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;

ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17449; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17084.txtþ þTEXT\0003\ST17084
.txtþ
þST17085þ þST17085þ þST17085þ þST17085þ þST17085þ þST17085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/p
rop-base/order_conf_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;

ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21900; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ border_conf_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17085.txtþ þTEXT\0003\ST17085
.txtþ
þST17086þ þST17086þ þST17086þ þST17086þ þST17086þ þST17086þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/p
rop-base/send_modify_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;

ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_g.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17086.txtþ þTEXT\0003\S
T17086.txtþ
þST17087þ þST17087þ þST17087þ þST17087þ þST17087þ þST17087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/p
rop-base/send_modify_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_o.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17087.txtþ þTEXT\0003\S
T17087.txtþ
þST17088þ þST17088þ þST17088þ þST17088þ þST17088þ þST17088þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/t
ext-base/order_conf_g.png.svn-baseþ þþ þ0þ þ1þ þST17004; ST17092; ST17175;
ST18043;
ST18047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2438þ þ48f75ce3ba04f2dc3caed171fc7cb1e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17088.pngþ þTEXT\0003\ST1708
8.txtþ
þST17089þ þST17089þ þST17089þ þST17089þ þST17089þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/t
ext-base/order_conf_o.png.svn-baseþ þþ þ0þ þ1þ þST17005; ST17093; ST17176;
ST18044;
ST18048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2829þ þ29006e20ebed8d407ae4b7a2d65411eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17089.pngþ þTEXT\0003\ST1708
9.txtþ
þST17090þ þST17090þ þST17090þ þST17090þ þST17090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/t
ext-base/send_modify_order_g.png.svn-baseþ þþ þ0þ þ1þ þST17094; ST18045;
ST18049þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_g.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2746þ þ3aab24162cca66232b4453b05e954564þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17090.pngþ þTEXT\0003

\ST17090.txtþ
þST17091þ þST17091þ þST17091þ þST17091þ þST17091þ þST17091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/t
ext-base/send_modify_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17095; ST18046;
ST18050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_o.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ3250þ þ44900e7443b3054596827aeae7730cd0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17091.pngþ þTEXT\0003
\ST17091.txtþ
þST17092þ þST17092þ þST17092þ þST17092þ þST17092þ þST17092þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/order_
conf_g.pngþ þþ þþ þ0þ þ1þ þST17004; ST17088; ST17175; ST18043;
ST18047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.pngþ þ.PNGþ þimage/pngþ þþ
þ2438þ þ48f75ce3ba04f2dc3caed171fc7cb1e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17092.pngþ þTEXT\0003\ST17092.txtþ
þST17093þ þST17093þ þST17093þ þST17093þ þST17093þ þST17093þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/order_
conf_o.pngþ þþ þþ þ0þ þ1þ þST17005; ST17089; ST17176; ST18044;
ST18048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.pngþ þ.PNGþ þimage/pngþ þþ
þ2829þ þ29006e20ebed8d407ae4b7a2d65411eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17093.pngþ þTEXT\0003\ST17093.txtþ
þST17094þ þST17094þ þST17094þ þST17094þ þST17094þ þST17094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/send_m
odify_order_g.pngþ þþ þþ þ0þ þ1þ þST17090; ST18045;
ST18049þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_g.pngþ þ.PNGþ þimage
/pngþ þþ þ2746þ þ3aab24162cca66232b4453b05e954564þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17094.pngþ þTEXT\0003\ST17094.txtþ
þST17095þ þST17095þ þST17095þ þST17095þ þST17095þ þST17095þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/confirmorder/send_m
odify_order_o.pngþ þþ þþ þ0þ þ1þ þST17091; ST18046;
ST18050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_o.pngþ þ.PNGþ þimage
/pngþ þþ þ3250þ þ44900e7443b3054596827aeae7730cd0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17095.pngþ þTEXT\0003\ST17095.txtþ
þST17096þ þST17096þ þST17096þ þST17096þ þST17096þ þST17096þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/COVER.pngþ þþ þþ þ0þ
þ1þ þST17037; ST17993;
ST18051þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCOVER.pngþ þ.PNGþ þimage/pngþ þþ þ1295þ

þ4210b4440d2327cc53fd4e61e5a72864þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17096.pngþ þTEXT\0003\ST17096.txtþ
þST17097þ þST17097þ þST17097þ þST17097þ þST17097þ þST17097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/.svn/all-wcpro
psþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/pla
inþ þþ þ453þ þf2c58df344d203d389d50f751f819e9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17097.txtþ þTEXT
\0003\ST17097.txtþ
þST17098þ þST17098þ þST17098þ þST17098þ þST17098þ þST17098þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/.svn/entriesþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:0
0-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ516þ þ42bd443b3b6133dc0e04394c
f4430adfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0005\ST17098.txtþ þTEXT\0003\ST17098.txtþ
þST17099þ þST17099þ þST17099þ þST17099þ þST17099þ þST17099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/.svn/prop-base
/Edit_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24235;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_2.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17099.txtþ þTEXT\0003\ST17099.txtþ
þST17100þ þST17100þ þST17100þ þST17100þ þST17100þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/.svn/prop-base
/Edit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11883; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17107; ST17108;
ST17116; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þEdit.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17100.txtþ þTEXT\0003\ST17100.txtþ
þST17101þ þST17101þ þST17101þ þST17101þ þST17101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/.svn/text-base
/Edit_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST17103; ST18056;
ST18058þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_2.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1144þ þ51dabb4d029b2b3b1e87ead844b06e8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17101.pngþ þþ
þST17102þ þST17102þ þST17102þ þST17102þ þST17102þ þST17102þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/.svn/text-base
/Edit.png.svn-baseþ þþ þ0þ þ1þ þST17104; ST18057;
ST18059þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ1113þ þ081c8fbef1b103333bb0bf55f4d5b296þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17102.pngþ þþ
þST17103þ þST17103þ þST17103þ þST17103þ þST17103þ þST17103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/Edit_2.pngþ þþ
þþ þ0þ þ1þ þST17101; ST18056;
ST18058þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_2.pngþ þ.PNGþ þimage/pngþ þþ þ1144
þ þ51dabb4d029b2b3b1e87ead844b06e8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17103.pngþ þþ
þST17104þ þST17104þ þST17104þ þST17104þ þST17104þ þST17104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/edit/Edit.pngþ þþ þþ
 þ0þ þ1þ þST17102; ST18057;
ST18059þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.pngþ þ.PNGþ þimage/pngþ þþ þ1113þ þ
081c8fbef1b103333bb0bf55f4d5b296þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17104.pngþ þþ

þST17105þ þST17105þ þST17105þ þST17105þ þST17105þ þST17105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/al
l-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt
ext/plainþ þþ þ487þ þ435a6de1d4ff3b84230782fe89078c8aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17105.txtþ þTEXT\0003\ST17
105.txtþ

þST17106þ þST17106þ þST17106þ þST17106þ þST17106þ þST17106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/en
triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T0
0:00:00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ532þ þ09543889ce20459597
f10bbf04f599d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0005\ST17106.txtþ þTEXT\0003\ST17106.txtþ

þST17107þ þST17107þ þST17107þ þST17107þ þST17107þ þST17107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/pr
op-base/Modify_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;

ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;

ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18865; ST18866; ST18885; ST18886; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;

ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17107.txtþ þTEXT
\0003\ST17107.txtþ
þST17108þ þST17108þ þST17108þ þST17108þ þST17108þ þST17108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/pr
op-base/Modify_o.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;

ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;

ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;

ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17108.txtþ þTEXT
\0003\ST17108.txtþ
þST17109þ þST17109þ þST17109þ þST17109þ þST17109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/te
xt-base/Modify_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17001; ST17111; ST17172; ST18064;
ST18066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ2303þ þ91e21b40b8d25b5dbef2ae5a9b3f5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17109.pngþ þTEXT\0003\ST17109.t
xtþ
þST17110þ þST17110þ þST17110þ þST17110þ þST17110þ þST17110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/te
xt-base/Modify_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17002; ST17112; ST17173; ST18065;
ST18067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ2662þ þ056a63d9c34364bee2abc30ba481d93eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17110.pngþ þTEXT\0003\ST17110.t
xtþ
þST17111þ þST17111þ þST17111þ þST17111þ þST17111þ þST17111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/Modify_
g.pngþ þþ þþ þ0þ þ1þ þST17001; ST17109; ST17172; ST18064;
ST18066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.pngþ þ.PNGþ þimage/pngþ þþ þ23
03þ þ91e21b40b8d25b5dbef2ae5a9b3f5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17111.pngþ þTEXT\0003\ST17111.txtþ
þST17112þ þST17112þ þST17112þ þST17112þ þST17112þ þST17112þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/modifyorder/Modify_
o.pngþ þþ þþ þ0þ þ1þ þST17002; ST17110; ST17173; ST18065;
ST18067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.pngþ þ.PNGþ þimage/pngþ þþ þ26

62þ þ056a63d9c34364bee2abc30ba481d93eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17112.pngþ þTEXT\0003\ST17112.txtþ þST17113þ þST17113þ þST17113þ þST17113þ þST17113þ þST17113þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/.svn/all-wcpro psþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/pla inþ þþ þ457þ þ83b1cb5cea999b19a03f6d67798b1d3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17113.txtþ þTEXT \0003\ST17113.txtþ

þST17114þ þST17114þ þST17114þ þST17114þ þST17114þ þST17114þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009-10-05T00:00:0 0-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ521þ þ06fdfd974ef1558eb82ddd52 acec9abfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0005\ST17114.txtþ þTEXT\0003\ST17114.txtþ

þST17115þ þST17115þ þST17115þ þST17115þ þST17115þ þST17115þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/.svn/prop-base /sell_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24176; ST24276; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_g.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17115.txtþ þTEXT\0003\ST17115.txtþ
þST17116þ þST17116þ þST17116þ þST17116þ þST17116þ þST17116þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/.svn/prop-base
/sell_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;

ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;

ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_o.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17116.txtþ þTEXT\0003\ST17116.txtþ
þST17117þ þST17117þ þST17117þ þST17117þ þST17117þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/.svn/text-base
/sell_g.png.svn-baseþ þþ þþ0þ þ1þ þST17119; ST18072;
ST18074þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_g.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1481þ þ531c0f6025e71fabace8ee927bec6f82þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17117.pngþ þþ
þST17118þ þST17118þ þST17118þ þST17118þ þST17118þ þST17118þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/.svn/text-base
/sell_o.png.svn-baseþ þþ þþ0þ þ1þ þST17120; ST18073;
ST18075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_o.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1628þ þ6aa66bf7c5762f10bbefe966cf86c8cbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17118.pngþ þþ
þST17119þ þST17119þ þST17119þ þST17119þ þST17119þ þST17119þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/sell_g.pngþ þþ
þþ þ0þ þ1þ þST17117; ST18072;
ST18074þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_g.pngþ þ.PNGþ þimage/pngþ þþ þ1481
þ þ531c0f6025e71fabace8ee927bec6f82þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17119.pngþ þþ
þST17120þ þST17120þ þST17120þ þST17120þ þST17120þ þST17120þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL/sell_o.pngþ þþ
þþ þ0þ þ1þ þST17118; ST18073;
ST18075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_o.pngþ þ.PNGþ þimage/pngþ þþ þ1628
þ þ6aa66bf7c5762f10bbefe966cf86c8cbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17120.pngþ þþ

þST17121þ þST17121þ þST17121þ þST17121þ þST17121þ þST17121þ þþ þþ þ0þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELL.pngþ þþ þþ þ0þ
þ1þ þST17038; ST17994;
ST18076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSELL.pngþ þ.PNGþ þimage/pngþ þþ þ590þ þ3
5e23e2315cf930728f22fd275752f7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17121.pngþ þTEXT\0003\ST17121.txtþ
þST17122þ þST17122þ þST17122þ þST17122þ þST17122þ þST17122þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/all-
wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ497þ þ3b1a91568fc259a746836c113e995017þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17122.tx
tþ þTEXT\0003\ST17122.txtþ
þST17123þ þST17123þ þST17123þ þST17123þ þST17123þ þST17123þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/entr
iesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009
-10-05T00:00:00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ538þ þ493c94dc5a
2bf29657272da16ce47e07þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17123.txtþ þTEXT\0003\ST17123.txtþ
þST17124þ þST17124þ þST17124þ þST17124þ þST17124þ þST17124þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/prop
-base/sell_short_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;

ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17639; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;

ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_g.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17124.txtþ þTEXT\0003\ST17124
.txtþ

þST17125þ þST17125þ þST17125þ þST17125þ þST17125þ þST17125þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/prop
-base/sell_short_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;

ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þsell_short_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17125.txtþ þTEXT\0003\ST17125
.txtþ
þST17126þ þST17126þ þST17126þ þST17126þ þST17126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/text
-base/sell_short_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17128; ST18081;
ST18083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_g.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2136þ þ88eacdba5e7c98cbb4f988d29565c262þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17126.pngþ þTEXT\0003\ST1712
6.txtþ
þST17127þ þST17127þ þST17127þ þST17127þ þST17127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/text
-base/sell_short_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST17129; ST18082;
ST18084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_y.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2412þ þ068a70b9899b64fea8dfc6335a3c605bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17127.pngþ þTEXT\0003\ST1712
7.txtþ
þST17128þ þST17128þ þST17128þ þST17128þ þST17128þ þST17128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/sell_shor
t_g.pngþ þþ þþ þ0þ þ1þ þST17126; ST18081;
ST18083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_g.pngþ þ.PNGþ þimage/pngþ þþ

þ2136þ þ88eacdba5e7c98cbb4f988d29565c262þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17128.pngþ þTEXT\0003\ST17128.txtþ
þST17129þ þST17129þ þST17129þ þST17129þ þST17129þ þST17129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SELLSHORT/sell_shor
t_y.pngþ þþ þþ þ0þ þ1þ þST17127; ST18082;
ST18084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_y.pngþ þ.PNGþ þimage/pngþ þþ
 þ2412þ þ068a70b9899b64fea8dfc6335a3c605bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17129.pngþ þTEXT\0003\ST17129.txtþ
þST17130þ þST17130þ þST17130þ þST17130þ þST17130þ þST17130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/all-
wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ497þ þ5633423d9ec31cf5b9d0cc0d52dba321þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17130.tx
tþ þTEXT\0003\ST17130.txtþ
þST17131þ þST17131þ þST17131þ þST17131þ þST17131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/entr
iesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2009þ þ00:00:00þ þ2009
-10-05T00:00:00-04:00þ þ1254715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ538þ þdcb9110917
9bbfed047ef02489619f17þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17131.txtþ þTEXT\0003\ST17131.txtþ
þST17132þ þST17132þ þST17132þ þST17132þ þST17132þ þST17132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/prop
-base/send_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;

ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_g.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17132.txtþ þTEXT\0003\ST17132
.txtþ
þST17133þ þST17133þ þST17133þ þST17133þ þST17133þ þST17133þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/prop
-base/send_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;

ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17133.txtþ þTEXT\0003\ST17133
.txtþ
þST17134þ þST17134þ þST17134þ þST17134þ þST17134þ þST17134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/text
-base/send_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17136; ST18089;
ST18091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_g.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2073þ þ6b84d781ba38cdd2335db1e13c499052þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17134.pngþ þTEXT\0003\ST1713
4.txtþ
þST17135þ þST17135þ þST17135þ þST17135þ þST17135þ þST17135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/text
-base/send_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17137; ST18090;
ST18092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_o.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2429þ þ704f2af118d17dcad6e98311bef1fb39þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17135.pngþ þTEXT\0003\ST1713
5.txtþ
þST17136þ þST17136þ þST17136þ þST17136þ þST17136þ þST17136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/send_orde

r_g.pngþ þþ þþ þ0þ þ1þ þST17134; ST18089;
ST18091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_g.pngþ þ.PNGþ þimage/pngþ þþ
þ2073þ þ6b84d781ba38cdd2335db1e13c499052þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17136.pngþ þTEXT\0003\ST17136.txtþ
þST17137þ þST17137þ þST17137þ þST17137þ þST17137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/sendorder/send_orde
r_o.pngþ þþ þþ þ0þ þ1þ þST17135; ST18090;
ST18092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_o.pngþ þ.PNGþ þimage/pngþ þþ
þ2429þ þ704f2af118d17dcad6e98311bef1fb39þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17137.pngþ þTEXT\0003\ST17137.txtþ
þST17138þ þST17138þ þST17138þ þST17138þ þST17138þ þST17138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/SHORT.pngþ þþ þþ þ0þ
þ1þ þST17039; ST17995;
ST18093þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSHORT.pngþ þ.PNGþ þimage/pngþ þþ þ991þ þ
1f9512e6ffc603d14128f75e2eb67145þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17138.pngþ þTEXT\0003\ST17138.txtþ
þST17139þ þST17139þ þST17139þ þST17139þ þST17139þ þST17139þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/buttons/Thumbs.dbþ þþ þþ þ0þ
þ1þ þST17040þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-t
ika-msofficeþ þþ þ6144þ þ02a5da9b1651153b91af22945978d5e5þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17139.dbþ þþ
þST17140þ þST17140þ þST17140þ þST17140þ þST17140þ þST17140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Cancel_g.pngþ þþ þþ þ0þ þ1þ þ
ST16981þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_g.pngþ þ.PNGþ þimage/pngþ þþ þ18
40þ þa818bb038f14dd8d33273af200bad0a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17140.pngþ þTEXT\0003\ST17140.txtþ
þST17141þ þST17141þ þST17141þ þST17141þ þST17141þ þST17141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Cancel_o.pngþ þþ þþ þ0þ þ1þ þ
ST16982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_o.pngþ þ.PNGþ þimage/pngþ þþ þ21
00þ þ3a2db14ad72a61784304f44036256a65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17141.pngþ þTEXT\0003\ST17141.txtþ
þST17142þ þST17142þ þST17142þ þST17142þ þST17142þ þST17142þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Cancel_y.pngþ þþ þþ þ0þ þ1þ þ
ST16983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_y.pngþ þ.PNGþ þimage/pngþ þþ þ18
26þ þ7642414e56ea5d5c46e71ed87c7de45cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17142.pngþ þTEXT\0003\ST17142.txtþ
þST17143þ þST17143þ þST17143þ þST17143þ þST17143þ þST17143þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

```
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Cancellation_header.pngþ þþ
þþ þ0þ þ1þ þST16984; ST17960;
ST18094þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancellation_header.pngþ þ.PNGþ þimage
/pngþ þþ þ1165þ þd521481fb47c9dd939dee55ed594bd80þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17143.pngþ þTEXT\0003\ST17143.txtþ
þST17144þ þST17144þ þST17144þ þST17144þ þST17144þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Confirmation_header.pngþ þþ
þþ þ0þ þ1þ þST16985; ST17961;
ST18095þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConfirmation_header.pngþ þ.PNGþ þimage
/pngþ þþ þ1153þ þf55475061d024b8c2e843d1f1d2f292aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17144.pngþ þTEXT\0003\ST17144.txtþ
þST17145þ þST17145þ þST17145þ þST17145þ þST17145þ þST17145þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Create_g.pngþ þþ þþ þ0þ þ1þ þ
ST16986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_g.pngþ þ.PNGþ þimage/pngþ þþ þ19
14þ þf7ae16bf0faf5fa5c19c71f6bc2c309aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17145.pngþ þTEXT\0003\ST17145.txtþ
þST17146þ þST17146þ þST17146þ þST17146þ þST17146þ þST17146þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Create_o.pngþ þþ þþ þ0þ þ1þ þ
ST16987þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_o.pngþ þ.PNGþ þimage/pngþ þþ þ19
99þ þe9df9c9c01431f827f687266ad29db3dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17146.pngþ þTEXT\0003\ST17146.txtþ
þST17147þ þST17147þ þST17147þ þST17147þ þST17147þ þST17147þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Create_y.pngþ þþ þþ þ0þ þ1þ þ
ST16988þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCreate_y.pngþ þ.PNGþ þimage/pngþ þþ þ18
23þ þa22e503592125efa8b3351c130021c89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17147.pngþ þTEXT\0003\ST17147.txtþ
þST17148þ þST17148þ þST17148þ þST17148þ þST17148þ þST17148þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/all-wcpropsþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ
þ595þ þ2399b93a232a311f5097c47cba43bcdfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17148.txtþ þTEXT\0003\ST17148.txtþ
þST17149þ þST17149þ þST17150þ þST17149þ þST17150þ þST17149þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/entriesþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00
þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ644þ þaa8d22c3ebf7c745263d4dbd5854906
```

4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST17149.txtþ þTEXT\0003\ST17149.txtþ
þST17151þ þST17151þ þST17151þ þST17151þ þST17151þ þST17151þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/prop-base/icon_
dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15943; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;

ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20506; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_dw.png.svn-baseþ þ.TXTþ þtext/pla

inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17151.txtþ þTEXT\0003\ST17151.txtþ
þST17152þ þST17152þ þST17152þ þST17152þ þST17152þ þST17152þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/prop-base/icon_
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;

ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20506; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_up.png.svn-baseþ þ.TXTþ þtext/pla

inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17152.txtþ þTEXT\0003\ST17152.txtþ
þST17153þ þST17153þ þST17153þ þST17153þ þST17153þ þST17153þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/prop-base/Thumb
s.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;

ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;

ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20536; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ .TXTþ þtext/plain

þ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17153.txtþ þTEXT\0003\ST17153.txtþ þST17154þ þST17154þ þST17154þ þST17154þ þST17154þ þST17154þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/text-base/icon_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17157; ST18102; ST18105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_dw.png.svn-baseþ þ.PNGþ þimage/png þ þþ þ515þ þ93a54ed577286c5a12ab366e486ceca7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17154.pngþ þTEXT\0003\ST17154.txtþ þST17155þ þST17155þ þST17155þ þST17155þ þST17155þ þST17155þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/text-base/icon_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17158; ST18103; ST18106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_up.png.svn-baseþ þ.PNGþ þimage/png þ þþ þ526þ þ933c0844c1df9ae69e2aa7f938736b42þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17155.pngþ þþ þST17156þ þST17156þ þST17156þ þST17156þ þST17156þ þST17156þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17159þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6144þ þ86e715b0fc7458058b8c55ae6c858620þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17156.svn-baseþ þþ þ þST17157þ þST17157þ þST17157þ þST17157þ þST17157þ þST17157þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/icon_dw.pngþ þþ þþ þ0 þ þ1þ þST17154; ST18102; ST18105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_dw.pngþ þ.PNGþ þimage/pngþ þþ þ515 þ þ93a54ed577286c5a12ab366e486ceca7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17157.pngþ þTEXT\0003\ST17157.txtþ þST17158þ þST17158þ þST17158þ þST17158þ þST17158þ þST17158þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/icon_up.pngþ þþ þþ þ0 þ þ1þ þST17155; ST18103; ST18106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_up.pngþ þ.PNGþ þimage/pngþ þþ þ526 þ þ933c0844c1df9ae69e2aa7f938736b42þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17158.pngþ þþ þST17159þ þST17159þ þST17159þ þST17159þ þST17159þ þST17159þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/detach/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17156þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ6144þ þ86e715b0fc7458058b8c55ae6c858620þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17159.dbþ þþ þST17160þ þST17160þ þST17160þ þST17160þ þST17160þ þST17160þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/greendot.PNGþ þþ þþ þ0þ þ1þ þ ST16989; ST17962;

ST18108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgreendot.PNGþ þ.PNGþ þimage/pngþ þþ þ10 5þ þdc02b86dfe04c46348dca2f054379de7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17160.PNGþ þþ

þST17161þ þST17161þ þST17161þ þST17161þ þST17161þ þST17161þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/liquidate_all_pos_g.pngþ þþ þþ þ0þ þ1þ þST16990þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_all_pos_g.pngþ þ. PNGþ þimage/pngþ þþ þ2994þ þc5875cf03ac64de6a98050be383348f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17161.pngþ þTEXT\0003\ST17161.txtþ

þST17162þ þST17162þ þST17162þ þST17162þ þST17162þ þST17162þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/liquidate_all_pos_o.pngþ þþ þþ þ0þ þ1þ þST16991þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_all_pos_o.pngþ þ. PNGþ þimage/pngþ þþ þ3471þ þ94dc33c2efeb21d63fa746095e5bb897þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17162.pngþ þTEXT\0003\ST17162.txtþ

þST17163þ þST17163þ þST17163þ þST17163þ þST17163þ þST17163þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/liquidate_now_g.pngþ þþ þþ þ 0þ þ1þ þST16992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_now_g.pngþ þ.PNGþ þim age/pngþ þþ þ2426þ þ8cfa9996a3d709a14394b6f4594b55bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17163.pngþ þTEXT\0003\ST17163.txtþ

þST17164þ þST17164þ þST17164þ þST17164þ þST17164þ þST17164þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/liquidate_now_o.pngþ þþ þþ þ 0þ þ1þ þST16993þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þliquidate_now_o.pngþ þ.PNGþ þim age/pngþ þþ þ2817þ þ1200fcaf7229282ed92788171aa7cc42þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17164.pngþ þTEXT\0003\ST17164.txtþ

þST17165þ þST17165þ þST17165þ þST17165þ þST17165þ þST17165þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Login_g.pngþ þþ þþ þ0þ þ1þ þS T16994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_g.pngþ þ.PNGþ þimage/pngþ þþ þ1447 þ þc8260c7be0801a479ded838d99b4519cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17165.pngþ þTEXT\0003\ST17165.txtþ

þST17166þ þST17166þ þST17166þ þST17166þ þST17166þ þST17166þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Login_o.pngþ þþ þþ þ0þ þ1þ þS

T16995þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_o.pngþ þ.PNGþ þimage/pngþ þþ þ1721 þ þb0dd030366064f42a5a8f697e68b88b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17166.pngþ þTEXT\0003\ST17166.txtþ þST17167þ þST17167þ þST17167þ þST17167þ þST17167þ þST17167þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Login_y.pngþ þþ þþ þ0þ þ1þ þS T16996þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogin_y.pngþ þ.PNGþ þimage/pngþ þþ þ1205 þ þa1e832fe51d8edd5ac9922ea574dacb0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17167.pngþ þTEXT\0003\ST17167.txtþ þST17168þ þST17168þ þST17168þ þST17168þ þST17168þ þST17168þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Logout_g.pngþ þþ þþ þ0þ þ1þ þ ST16997þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_g.pngþ þ.PNGþ þimage/pngþ þþ þ16 95þ þ71cf3a0615e5a36f49045d7f8f7ddb93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17168.pngþ þTEXT\0003\ST17168.txtþ þST17169þ þST17169þ þST17169þ þST17169þ þST17169þ þST17169þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Logout_o.pngþ þþ þþ þ0þ þ1þ þ ST16998þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_o.pngþ þ.PNGþ þimage/pngþ þþ þ20 21þ þ99363cdb598d655590bcf72139113767þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17169.pngþ þTEXT\0003\ST17169.txtþ þST17170þ þST17170þ þST17170þ þST17170þ þST17170þ þST17170þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Logout_y.pngþ þþ þþ þ0þ þ1þ þ ST16999þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLogout_y.pngþ þ.PNGþ þimage/pngþ þþ þ13 15þ þ06204958b7e7740a04cdb130b15c6571þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17170.pngþ þTEXT\0003\ST17170.txtþ þST17171þ þST17171þ þST17171þ þST17171þ þST17171þ þST17171þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Modification_header.pngþ þþ þþ þ0þ þ1þ þST17000; ST17963; ST18109þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModification_header.pngþ þ.PNGþ þimage /pngþ þþ þ1184þ þae28cda274cfd8f255cefa776579df64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17171.pngþ þTEXT\0003\ST17171.txtþ þST17172þ þST17172þ þST17172þ þST17172þ þST17172þ þST17172þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Modify_g.pngþ þþ þþ þ0þ þ1þ þ ST17001; ST17109; ST17111; ST18064; ST18066þ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.pngþ þ.PNGþ þimage/pngþ þþ þ23 03þ þ91e21b40b8d25b5dbef2ae5a9b3f5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17172.pngþ þTEXT\0003\ST17172.txtþ þST17173þ þST17173þ þST17173þ þST17173þ þST17173þ þST17173þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Modify_o.pngþ þþ þþ þ0þ þ1þ þ
ST17002; ST17110; ST17112; ST18065;
ST18067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.pngþ þ.PNGþ þimage/pngþ þþ þ26
62þ þ056a63d9c34364bee2abc30ba481d93eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17173.pngþ þTEXT\0003\ST17173.txtþ
þST17174þ þST17174þ þST17174þ þST17174þ þST17174þ þST17174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Modify_y.pngþ þþ þþ þ0þ þ1þ þ
ST17003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_y.pngþ þ.PNGþ þimage/pngþ þþ þ19
39þ þ30b85871b1790230f9633781e6e74d5dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17174.pngþ þTEXT\0003\ST17174.txtþ
þST17175þ þST17175þ þST17175þ þST17175þ þST17175þ þST17175þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/order_conf_g.pngþ þþ þþ þ0þ
þ1þ þST17004; ST17088; ST17092; ST18043;
ST18047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.pngþ þ.PNGþ þimage/pngþ þþ
þ2438þ þ48f75ce3ba04f2dc3caed171fc7cb1e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17175.pngþ þTEXT\0003\ST17175.txtþ
þST17176þ þST17176þ þST17176þ þST17176þ þST17176þ þST17176þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/order_conf_o.pngþ þþ þþ þ0þ
þ1þ þST17005; ST17089; ST17093; ST18044;
ST18048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.pngþ þ.PNGþ þimage/pngþ þþ
 þ2829þ þ29006e20ebed8d407ae4b7a2d65411eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17176.pngþ þTEXT\0003\ST17176.txtþ
þST17177þ þST17177þ þST17177þ þST17177þ þST17177þ þST17177þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Orders_header.pngþ þþ þþ þ0þ
 þ1þ þST17006; ST17964;
ST18110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOrders_header.pngþ þ.PNGþ þimage/pngþ þ
þ þ1617þ þ05010ca64330d414c062c6eddca950feþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17177.pngþ
þST17178þ þST17178þ þST17178þ þST17178þ þST17178þ þST17178þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Positions_header.pngþ þþ þþ
þ0þ þ1þ þST17007; ST17965;
ST18111þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPositions_header.pngþ þ.PNGþ þimage/pn
gþ þþ þ1433þ þe4db3c46fc69de9258ab977f91557c62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17178.pngþ
þST17179þ þST17179þ þST17179þ þST17179þ þST17179þ þST17179þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/reddot.PNGþ þþ þþ þ0þ þ1þ þST
17008; ST17966;

ST18112þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreddot.PNGþ þ.PNGþ þimage/pngþ þþ þ161þ þa6608edf34708caee4d00a7dd8abade1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17179.PNGþ þþ

þST17180þ þST17180þ þST17180þ þST17180þ þST17180þ þST17180þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17009þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msoffice þ þþ þ59904þ þ8b7311e05eda4acba6d2be54df97f4a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17180.dbþ þþ

þST17181þ þST17181þ þST17181þ þST17181þ þST17181þ þST17181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/trade_logo.pngþ þþ þþ þ0þ þ1þ þST17010; ST17967;

ST18113þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_logo.pngþ þ.PNGþ þimage/pngþ þþ þ8497þ þ0a4c32bf8e6d53ea56cae410bf2e4c04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17181.pngþ þTEXT\0003\ST17181.txtþ

þST17182þ þST17182þ þST17182þ þST17182þ þST17182þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/TradeLog_header.pngþ þþ þþ þ0þ þ1þ þST17011; ST17968;

ST18114þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeLog_header.pngþ þ.PNGþ þimage/png þ þþ þ1404þ þfc0957304ed1be1777eb40ff0ee3ece1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17182.pngþ þþ

þST17183þ þST17183þ þST17183þ þST17183þ þST17183þ þST17183þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/trade/tradelogintm.PNGþ þþ þþ þ0þ þ1þ þST17012; ST17969;

ST18115þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradelogintm.PNGþ þ.PNGþ þimage/pngþ þþ þ3656þ þf49bd7d404b1b073b383cec260098213þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17183.PNGþ þTEXT\0003\ST17183.txtþ

þST17184þ þST17184þ þST17184þ þST17184þ þST17184þ þST17184þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/src/com/equityfeed/gui/tray.gifþ þþ þþ þ0þ þ1þ þST16519þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtray.gifþ þ.GIFþ þimage/gifþ þþ þ927þ þc506ec0ece6e115bf57d960cabdb1ef2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17184.gifþ þþ

þST17185þ þST17185þ þST17185þ þST17185þ þST17185þ þST17185þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/comm_img/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ100þ þaf1e98677bcd5eb3db19c01b9c9e87a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17185.txtþ þTEXT\0003\ST17185.txtþ

þST17186þ þST17186þ þST17186þ þST17186þ þST17186þ þST17186þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ219þ þ44b7a7d717191988cbbff01b07de6538þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17186.txtþ þTEXT\0003\ST1
7186.txtþ
þST17187þ þST17187þ þST17187þ þST17187þ þST17187þ þST17187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/comm_img.jarþ þþ þþ þ0þ þ1þ þST15187; ST22137; ST22654;
ST24435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcomm_img.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ690275þ þ3ac614b34d1d08021e32387510a88175þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17187.jarþ þþ
þST17188þ þST17188þ þST17188þ þST17188þ þST17188þ þST17188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ324þ þ4a2116f72cf487b92899efbc4b8c80b
8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0005\ST17188.txtþ þTEXT\0003\ST17188.txtþ
þST17189þ þST17189þ þST17189þ þST17189þ þST17189þ þST17189þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834;
ST13920; ST14964; ST16494; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222;
ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17189.txtþ þTEXT\0003\ST17189.txtþ
þST17190þ þST17190þ þST17191þ þST17190þ þST17191þ þST17190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/
18/2011þ þ00:00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/p
lainþ þþ þ529þ þa8c68adcaa58d23048728598d49bf7a7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17190.txtþ þTEXT\0003\ST17190.
txtþ
þST17192þ þST17192þ þST17192þ þST17192þ þST17192þ þST17192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/.svn/prop-base/images.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;

ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;

ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;

ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jar.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17192.txtþ þTEXT\0003\ST17192.txtþ
þST17193þ þST17193þ þST17193þ þST17193þ þST17193þ þST17193þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST17195þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ
3791þ þ2785bacd59e64b521770f162f21daef0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17193.xmlþ þþ
þST17194þ þST17194þ þST17194þ þST17194þ þST17194þ þST17194þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/.svn/text-base/images.jar.svn-baseþ þþ þþ þ0þ þ1þ þST14255;
ST17196; ST20752; ST23076; ST23680;

ST24303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jar.svn-baseþ þ.JARþ þapplicati

on/java-archiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17194.jarþ þþ
þST17195þ þST17195þ þST17195þ þST17195þ þST17195þ þST17195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/build.xmlþ þþ þþ þ0þ þ1þ þST17193þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3791þ þ2785bacd59e64b521770f162f21
daef0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0005\ST17195.xmlþ þþ
þST17196þ þST17196þ þST17196þ þST17196þ þST17196þ þST17196þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/images.jarþ þþ þþ þ0þ þ1þ þST14255; ST17194; ST20752;
ST23076; ST23680;
ST24303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17196.jarþ þþ
þST17197þ þST17197þ þST17197þ þST17197þ þST17197þ þST17197þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ652þ þd61bc9da5e8b26d14b753
e6b32cb67c6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0005\ST17197.txtþ þTEXT\0003\ST17197.txtþ
þST17198þ þST17198þ þST17198þ þST17198þ þST17198þ þST17198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660;
ST12555; ST14264; ST15023; ST16499; ST18293; ST19829; ST20028; ST20140; ST20504;
ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086;
ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17198.txtþ þTEXT\0003\ST17198.txtþ
þST17199þ þST17199þ þST17200þ þST17199þ þST17200þ þST17199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þ11/15/2010þ þ00:00:00þ þ2010
-11-15T00:00:00-05:00þ þ1289797200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ742þ þbb06f30a5e
9b550340a9a592a0bb015bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17199.txtþ þTEXT\0003\ST17199.txtþ
þST17201þ þST17201þ þST17201þ þST17201þ þST17201þ þST17201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ
 þ1þ þST14959;
ST17206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þappli
cation/xmlþ þþ þ48770þ þcfe00a8c616a3a1fe293a47723b2e637þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17201.xmlþ þþ

þST17202þ þST17202þ þST17202þ þST17202þ þST17202þ þST17202þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þ þ0þ þ1þ þST17207þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-base þ þ.TXTþ þtext/plainþ þþ þ475þ þ46a4b7529cb1c55fd1b2bdb36b1ce1d5þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17202.txtþ þTEXT \0003\ST17202.txtþ

þST17203þ þST17203þ þST17204þ þST17203þ þST17204þ þST17203þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST17208þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2313þ þ6e96d4682804409b331ee1585cc4a0feþ þ2þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17203.txtþ þTEXT \0003\ST17203.txtþ

þST17205þ þST17205þ þST17205þ þST17205þ þST17205þ þST17205þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1 þ þST17209þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplic ation/xmlþ þþ þ514þ þa508fdcfe34f56f08bdd9d49f4f5b81cþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17205.xmlþ

þST17206þ þST17206þ þST17206þ þST17206þ þST17206þ þST17206þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST14959; ST17201þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xm lþ þþ þ48770þ þcfe00a8c616a3a1fe293a47723b2e637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17206.xmlþ þþ

þST17207þ þST17207þ þST17207þ þST17207þ þST17207þ þST17207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST17202þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-prop ertiesþ þþ þ475þ þ46a4b7529cb1c55fd1b2bdb36b1ce1d5þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17207.propertiesþ þþ

þST17208þ þST17208þ þST17208þ þST17208þ þST17208þ þST17208þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST17203þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-proper tiesþ þþ þ2313þ þ6e96d4682804409b331ee1585cc4a0feþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17208.propertiesþ þþ

þST17209þ þST17209þ þST17209þ þST17209þ þST17209þ þST17209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST17205þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ514þ þa508fdcfe34f56 f08bdd9d49f4f5b81cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ

TRUEþ þNATIVES\0005\ST17209.xmlþ þþ

þST17210þ þST17210þ þST17210þ þST17210þ þST17210þ þST17210þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ98þ þ95e9d35bd53631282b20dfd64deb 0f96þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0005\ST17210.txtþ þTEXT\0003\ST17210.txtþ

þST17211þ þST17211þ þST17211þ þST17211þ þST17211þ þST17211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/18/2011þ þ00:00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þte xt/plainþ þþ þ288þ þ1e18cb99005c00aef5659b8c858f405cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17211.txtþ þTEXT\0003\ST17211.txtþ

þST17212þ þST17212þ þST17212þ þST17212þ þST17212þ þST17212þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þf0124a68dc992fb012dfe86 a218166eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0005\ST17212.txtþ þTEXT\0003\ST17212.txtþ

þST17213þ þST17213þ þST17213þ þST17213þ þST17213þ þST17213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ239þ þddf7bbd6bfece4a91c26362656247aeaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17213.txtþ þTEXT\0003\ST 17213.txtþ

þST17214þ þST17214þ þST17214þ þST17214þ þST17214þ þST17214þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ113þ þ6f44a5d5f2b 05fd1066f1f4a05d5b738þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0005\ST17214.txtþ þTEXT\0003\ST17214.txtþ

þST17215þ þST17215þ þST17215þ þST17215þ þST17215þ þST17215þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-05:00þ þ1296795600þ þent riesþ þ.TXTþ þtext/plainþ þþ þ243þ þ4d3e26c068a525f020d8cd4b78e306bfþ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17215.txtþ þ TEXT\0003\ST17215.txtþ

þST17216þ þST17216þ þST17216þ þST17216þ þST17216þ þST17216þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ405þ þfaa2abed
3e1735c8f7ca67de132c7c5cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0005\ST17216.txtþ þTEXT\0003\ST17216.txtþ
þST17217þ þST17217þ þST17218þ þST17217þ þST17218þ þST17217þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-05:00þ þ1296795600þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ639þ þaa9dd5df17392e0f7217a6618c40fd5dþ þ2þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17217.t
xtþ þTEXT\0003\ST17217.txtþ
þST17219þ þST17219þ þST17219þ þST17219þ þST17219þ þST17219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/.svn/prop-base/logo_pro.png.svn-bas
eþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;

ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;

ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;

ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo_pro.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17219.txtþ þTEXT
\0003\ST17219.txtþ
þST17220þ þST17220þ þST17220þ þST17220þ þST17220þ þST17220þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/.svn/prop-base/tray_icon.png.svn-ba
seþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;

ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;

ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;

ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtray_icon.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17220.txtþ þTEXT\0003\ST17220.t
xtþ

þST17221þ þST17221þ þST17221þ þST17221þ þST17221þ þST17221þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/.svn/text-base/logo_pro.png.svn-bas
eþ þþ þþ þ0þ þ1þ þST17717þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo_pro.png.svn-baseþ
þ.PNGþ þimage/pngþ þþ þ17168þ þa6b60ba64d3a038e5f71ad012ada93e6þ þ1þ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17221.pngþ þþ þþ
þST17222þ þST17222þ þST17222þ þST17222þ þST17222þ þST17222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/.svn/text-base/tray_icon.png.svn-ba
seþ þþ þþ þ0þ þ1þ þST18116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtray_icon.png.svn-bas
eþ þ.PNGþ þimage/pngþ þþ þ2690þ þf81e30e9c2aecd65a9832165a2497050þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17222.pngþ þþ þþ
þST17223þ þST17223þ þST17223þ þST17223þ þST17223þ þST17223þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/buttons/.svn/all-wcpropsþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ287þ
þe08d15dbcadb374af1bf188e3bfb6c0dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17223.txtþ þTEXT\0003\ST17223.txtþ
þST17224þ þST17224þ þST17224þ þST17224þ þST17224þ þST17224þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/buttons/.svn/entriesþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ1286
164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ383þ þ258a5ded936704f1d13feebb5410f4beþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\S
T17224.txtþ þTEXT\0003\ST17224.txtþ
þST17225þ þST17225þ þST17225þ þST17225þ þST17225þ þST17225þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/buttons/.svn/prop-base/combo_wrappe
r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;

ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;

ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;

ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcombo_wrapper.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17225.txtþ þTEXT\0003\ST1722
5.txtþ

þST17226þ þST17226þ þST17226þ þST17226þ þST17226þ þST17226þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/buttons/.svn/text-base/combo_wrappe
r.png.svn-baseþ þþ þþ þ0þ þ1þ þST15426; ST15569;

ST17227þ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þþ þþ þcombo_wrapper.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ669þ þbaadcc17fd96b2fd7c770951bb1a6417þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17226.pngþ þþ
þST17227þ þST17227þ þST17227þ þST17227þ þST17227þ þST17227þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/buttons/combo_wrapper.pngþ þþ þþ þ0þ
þ1þ þST15426; ST15569þ

ST17226þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcombo_wrapper.pngþ þ.PNGþ þimage/pngþ þ
þ þ669þ þbaadcc17fd96b2fd7c770951bb1a6417þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17227.pngþ þþ
þST17228þ þST17228þ þST17228þ þST17228þ þST17228þ þST17228þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/.svn/all-wcpropsþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ4
47þ þ012e9c0ef0de437ae4b19d1e5b2584b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17228.txtþ þTEXT\0003\ST17228.txtþ
þST17229þ þST17229þ þST17229þ þST17229þ þST17229þ þST17229þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/.svn/entriesþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ
1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ519þ þ795a4767cc76b75c924a1731fb79e9c4þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
5\ST17229.txtþ þTEXT\0003\ST17229.txtþ

þST17230þ þST17230þ þST17230þ þST17230þ þST17230þ þST17230þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/.svn/prop-base/down_ico
n.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;

ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17231; ST17220; ST17225; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;

ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;

ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown_icon.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17230.txtþ þTEXT\0003\ST17230.t
xtþ

þST17231þ þST17231þ þST17231þ þST17231þ þST17231þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/.svn/prop-base/right_ic
on.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;

ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;

ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;

ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þright_icon.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17231.txtþ þTEXT\0003\ST17231.
txtþ
þST17232þ þST17232þ þST17232þ þST17232þ þST17232þ þST17232þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/.svn/text-base/down_ico
n.png.svn-baseþ þþ þþ þ0þ þ1þ þST16524; ST16526; ST17234;
ST21991þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown_icon.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ2978þ þ2df99fa54ccd756160c95c4382796c40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17232.pngþ þþ
þST17233þ þST17233þ þST17233þ þST17233þ þST17233þ þST17233þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/.svn/text-base/right_ic
on.png.svn-baseþ þþ þþ þ0þ þ1þ þST16525; ST16527;
ST17235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þright_icon.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ2988þ þa11a951792a40b117585bf61465a3396þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17233.pngþ þþ
þST17234þ þST17234þ þST17234þ þST17234þ þST17234þ þST17234þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/down_icon.pngþ þþ þþ þ0þ
 þ1þ þST16526; ST17232;
ST21991þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown_icon.pngþ þ.PNGþ þimage/pngþ þþ þ2
978þ þ2df99fa54ccd756160c95c4382796c40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17234.pngþ þþ

þST17235þ þST17235þ þST17235þ þST17235þ þST17235þ þST17235þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/collapsible/right_icon.pngþ þþ þþ þ0
þ þ1þ þST16525; ST16527;
ST17233þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þright_icon.pngþ þ.PNGþ þimage/pngþ þþ þ
2988þ þa11a951792a40b117585bf61465a3396þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17235.pngþ þþ
þST17236þ þST17236þ þST17236þ þST17236þ þST17236þ þST17236þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/all-wcpropsþ þ
þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ
þ þ þ588þ þf16405f28136fe4306b974ccc8fc5c4eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17236.txtþ þTEXT\0003\ST17236.txtþ
þST17237þ þST17237þ þST17238þ þST17237þ þST17238þ þST17237þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/entriesþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010
-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ642þ þ3072447df1
bd5151b4846266e514b6faþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17237.txtþ þTEXT\0003\ST17237.txtþ
þST17239þ þST17239þ þST17239þ þST17239þ þST17239þ þST17239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/prop-base/down
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22225; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17239.txtþ þTEXT\0003\ST17239.txtþ
þST17240þ þST17240þ þST17240þ þST17240þ þST17240þ þST17240þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/prop-base/fowa
rd.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22120; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfoward.png.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17240.txtþ þTEXT\0003\ST17240.txtþ þST17241þ þST17241þ þST17241þ þST17241þ þST17241þ þST17241þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/prop-base/up.p ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;

ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þup.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17241.txtþ þTEXTþ\0003\ST17241.txtþ
þST17242þ þST17242þ þST17242þ þST17242þ þST17242þ þST17242þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/text-base/down
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16534; ST16537;
ST17245þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ230þ þ41cfd85d0e4e0e58091042fb50193cc2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17242.pngþ þþ
þST17243þ þST17243þ þST17243þ þST17243þ þST17243þ þST17243þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/text-base/fowa
rd.png.svn-baseþ þþ þþ þ0þ þ1þ þST16535; ST16538;
ST17246þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfoward.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ408þ þafba3a174ad367757d625e5c46f4d4c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17243.pngþ þþ
þST17244þ þST17244þ þST17244þ þST17244þ þST17244þ þST17244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/.svn/text-base/up.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST16536; ST16539;
ST17247þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þup.png.svn-baseþ þ.PNGþ þimage/pngþ þþ
þ241þ þ81c235dc249b44b837da8df1488dadceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17244.pngþ þþ
þST17245þ þST17245þ þST17245þ þST17245þ þST17245þ þST17245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/down.pngþ þþ þþ þ0þ
þ1þ þST16534; ST16537;
ST17242þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown.pngþ þ.PNGþ þimage/pngþ þþ þ230þ þ4
1cfd85d0e4e0e58091042fb50193cc2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17245.pngþ þþ
þST17246þ þST17246þ þST17246þ þST17246þ þST17246þ þST17246þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/foward.pngþ þþ þþ þ0
þ þ1þ þST16535; ST16538;
ST17243þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfoward.pngþ þ.PNGþ þimage/pngþ þþ þ408þ
þafba3a174ad367757d625e5c46f4d4c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17246.pngþ þþ
þST17247þ þST17247þ þST17247þ þST17247þ þST17247þ þST17247þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/customsplitpane/up.pngþ þþ þþ þ0þ þ1
þ þST16536; ST16539;
ST17244þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þup.pngþ þ.PNGþ þimage/pngþ þþ þ241þ þ81c
235dc249b44b837da8df1488dadceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17247.pngþ þþ
þST17248þ þST17248þ þST17248þ þST17248þ þST17248þ þST17248þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/all-wcpropsþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ572þ þ
b94dc5c38b7fb4f1086e27db5e258860þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17248.txtþ þTEXT\0003\ST17248.txtþ
þST17249þ þST17249þ þST17250þ þST17249þ þST17250þ þST17249þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þ11/17/2010þ þ00:00:00þ þ2010
-11-17T00:00:00-05:00þ þ1289970000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ647þ þdee8a4ae29
859239dcf0651a35febe46þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17249.txtþ þTEXT\0003\ST17249.txtþ
þST17251þ þST17251þ þST17251þ þST17251þ þST17251þ þST17251þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/prop-base/arrow_rs.jpg.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15676; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarrow_rs.jpg.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17251.txtþ þTEXT
\0003\ST17251.txtþ
þST17252þ þST17252þ þST17252þ þST17252þ þST17252þ þST17252þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/prop-base/EF_logo1.png.
svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEF_logo1.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17252.txtþ þTEXT
\0003\ST17252.txtþ
þST17253þ þST17253þ þST17253þ þST17253þ þST17253þ þST17253þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/prop-base/news_in.jpg.s
vn-baseþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;

ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;

ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;

ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_in.jpg.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17253.txtþ þTEXT\0003\ST17253.txtþ
þST17254þ þST17254þ þST17254þ þST17254þ þST17254þ þST17254þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/text-base/arrow_rs.jpg.
svn-baseþ þþ þþ þ0þ þ1þ þST16558; ST16569;
ST17257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarrow_rs.jpg.svn-baseþ þ.JPEGþ þimage/
jpegþ þþ þ704þ þ2358e7a44a7b1441ce2239ed1d75c2ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17254.jpegþ þþ
þST17255þ þST17255þ þST17255þ þST17255þ þST17255þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/text-base/EF_logo1.png.

svn-baseþ þþ þþ þ0þ þ1þ þST16559; ST16570;
ST17258þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEF_logo1.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ4173þ þ895985bf11b98333746eb8d3a364f460þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17255.pngþ þTEXT\0003\ST17255.t
xtþ
þST17256þ þST17256þ þST17256þ þST17256þ þST17256þ þST17256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/.svn/text-base/news_in.jpg.s
vn-baseþ þþ þþ þ0þ þ1þ þST16560; ST16571;
ST17259þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_in.jpg.svn-baseþ þ.JPEGþ þimage/j
pegþ þþ þ787þ þa64bdd2c14999e28aa0ce886c3c0b22eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17256.jpegþ þþ
þST17257þ þST17257þ þST17257þ þST17257þ þST17257þ þST17257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/arrow_rs.jpgþ þþ þþ þ0þ þ1þ þS
T16558; ST16569;
ST17254þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þarrow_rs.jpgþ þ.JPGþ þimage/jpegþ þþ þ7
04þ þ2358e7a44a7b1441ce2239ed1d75c2ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17257.jpgþ þþ
þST17258þ þST17258þ þST17258þ þST17258þ þST17258þ þST17258þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/EF_logo1.pngþ þþ þþ þ0þ þ1þ þS
T16570;
ST17255þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEF_logo1.pngþ þ.PNGþ þimage/pngþ þþ þ41
73þ þ895985bf11b98333746eb8d3a364f460þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17258.pngþ þTEXT\0003\ST17258.txtþ
þST17259þ þST17259þ þST17259þ þST17259þ þST17259þ þST17259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/images/news_in.jpgþ þþ þþ þ0þ þ1þ þST
16560; ST16571;
ST17256þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_in.jpgþ þ.JPGþ þimage/jpegþ þþ þ78
7þ þa64bdd2c14999e28aa0ce886c3c0b22eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17259.jpgþ þþ
þST17260þ þST17260þ þST17260þ þST17260þ þST17260þ þST17260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/.svn/all-wcpropsþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ
þ þ133þ þae841d618372feabe012befab1e9b45dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17260.txtþ þTEXT\0003\ST17260.txtþ
þST17261þ þST17261þ þST17261þ þST17261þ þST17261þ þST17261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/.svn/entriesþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010
-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ265þ þ03403f354e

0f6ca86cdc41aefce6bac1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17261.txtþ þTEXT\0003\ST17261.txtþ
þST17262þ þST17262þ þST17262þ þST17262þ þST17262þ þST17262þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/.svn/all-wcp
ropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ140þ þa5e154ffa8406a4edf6a65108ee8702cþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17262.tx
tþ þTEXT\0003\ST17262.txtþ
þST17263þ þST17263þ þST17263þ þST17263þ þST17263þ þST17263þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/.svn/entries
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:
00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ402þ þa00fd3d3f802414091acd0a
8243fa472þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0005\ST17263.txtþ þTEXT\0003\ST17263.txtþ
þST17264þ þST17264þ þST17264þ þST17264þ þST17264þ þST17264þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/all-
wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1368þ þ8c8155a5b52df2135030a78a200b967dþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17264.t
xtþ þTEXT\0003\ST17264.txtþ
þST17265þ þST17265þ þST17266þ þST17265þ þST17266þ þST17265þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/entr
iesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010
-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1217þ þ6794f7127
3b00084aa17544f1476012abþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0005\ST17265.txtþ þTEXT\0003\ST17265.txtþ
þST17267þ þST17267þ þST17267þ þST17267þ þST17267þ þST17267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/hpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;

ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;

ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;

ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_dt.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17267.txtþ þTEXT\0003\ST17267.
txtþ

þST17268þ þST17268þ þST17268þ þST17268þ þST17268þ þST17268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/hpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;

ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;

ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_hf.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17268.txtþ þTEXT\0003\ST17268.
txtþ
þST17269þ þST17269þ þST17269þ þST17269þ þST17269þ þST17269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/hpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;

ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;

ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;

ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18947; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_pro.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17269.txtþ þTEXTþ\0003\ST17269.txtþ
þST17270þ þST17270þ þST17270þ þST17270þ þST17270þ þST17270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/Vpad_bg_dt_.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;

ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;

ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt_.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17270.txtþ þTEXT\0003\ST17270.txtþ
þST17271þ þST17271þ þST17271þ þST17271þ þST17271þ þST17271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/Vpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;

ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;

ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17271.txtþ þTEXT\0003\ST17271.
txtþ

þST17272þ þST17272þ þST17272þ þST17272þ þST17272þ þST17272þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/Vpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;

ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;

ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;

ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_hf.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtext/
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17272.txtþ þTEXT\0003\ST17272.
txtþ
þST17273þ þST17273þ þST17273þ þST17273þ þST17273þ þST17273þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/prop
-base/Vpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;

ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;

ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;

ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_pro.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17273.txtþ þTEXT\0003\ST17273.txtþ
þST17274þ þST17274þ þST17274þ þST17274þ þST17274þ þST17274þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text
-base/hpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST17281; ST18349;
ST18356þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_dt.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ14887þ þfb7f1acba7c8c5705f3d119bbc193c18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17274.pngþ þTEXT\0003\ST17274
.txtþ

þST17275þ þST17275þ þST17275þ þST17275þ þST17275þ þST17275þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text-base/hpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST17282; ST18350; ST18357þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphad_bg_hf.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ14897þ þ0202a02df8dbf91180fd0eca75b0a454þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17275.pngþ þTEXT\0003\ST17275.txtþ

þST17276þ þST17276þ þST17276þ þST17276þ þST17276þ þST17276þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text-base/hpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST17283; ST18351; ST18358þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þphad_bg_pro.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ14929þ þ5f523282e5fa2ac9bdcd0cf84657e9c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17276.pngþ þTEXT\0003\ST17276.txtþ

þST17277þ þST17277þ þST17277þ þST17277þ þST17277þ þST17277þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text-base/Vpad_bg_dt_.png.svn-baseþ þþ þþ þ0þ þ1þ þST17284; ST18352; ST18359þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt_.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ39085þ þ5b8daab12ee42b931affa7c64175940aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17277.pngþ þTEXT\0003\ST17277.txtþ

þST17278þ þST17278þ þST17278þ þST17278þ þST17278þ þST17278þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text-base/Vpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST17285; ST18353; ST18360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ15000þ þ6e7f0618b70e27c09c02b0a71a34169bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17278.pngþ þTEXT\0003\ST17278.txtþ

þST17279þ þST17279þ þST17279þ þST17279þ þST17279þ þST17279þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text-base/Vpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST17286; ST18354; ST18361þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_hf.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ26749þ þ8843655fc070fe25265ab353c3c4774dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17279.pngþ þTEXT\0003\ST17279.txtþ

þST17280þ þST17280þ þST17280þ þST17280þ þST17280þ þST17280þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/.svn/text-base/Vpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST17287; ST18355;

ST18362þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_pro.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ26801þ þ4554c0b0a328d315286ee10cd4ee66f1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17280.pngþ þTEXT\0003\ST1728 0.txtþ

þST17281þ þST17281þ þST17281þ þST17281þ þST17281þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/hpad_bg_d t.pngþ þþ þþ þ0þ þ1þ þST17274; ST18349;

ST18356þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_dt.pngþ þ.PNGþ þimage/pngþ þþ þ 14887þ þfb7f1acba7c8c5705f3d119bbc193c18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17281.pngþ þTEXT\0003\ST17281.txtþ þST17282þ þST17282þ þST17282þ þST17282þ þST17282þ þST17282þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/hpad_bg_h f.pngþ þþ þþ þ0þ þ1þ þST17275; ST18350;

ST18357þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_hf.pngþ þ.PNGþ þimage/pngþ þþ þ 14897þ þ0202a02df8dbf91180fd0eca75b0a454þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17282.pngþ þTEXT\0003\ST17282.txtþ þST17283þ þST17283þ þST17283þ þST17283þ þST17283þ þST17283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/hpad_bg_p ro.pngþ þþ þþ þ0þ þ1þ þST17276; ST18351;

ST18358þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_pro.pngþ þ.PNGþ þimage/pngþ þþ þ14929þ þ5f523282e5fa2ac9bdcd0cf84657e9c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17283.pngþ þTEXT\0003\ST17283.txtþ þST17284þ þST17284þ þST17284þ þST17284þ þST17284þ þST17284þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_d t_.pngþ þþ þþ þ0þ þ1þ þST17277; ST18352;

ST18359þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt_.pngþ þ.PNGþ þimage/pngþ þþ þ39085þ þ5b8daab12ee42b931affa7c64175940aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17284.pngþ þTEXT\0003\ST17284.txtþ þST17285þ þST17285þ þST17285þ þST17285þ þST17285þ þST17285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_d t.pngþ þþ þþ þ0þ þ1þ þST17278; ST18353;

ST18360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt.pngþ þ.PNGþ þimage/pngþ þþ þ 15000þ þ6e7f0618b70e27c09c02b0a71a34169bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17285.pngþ þTEXT\0003\ST17285.txtþ þST17286þ þST17286þ þST17286þ þST17286þ þST17286þ þST17286þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_h f.pngþ þþ þþ þ0þ þ1þ þST17279; ST18354;

ST18361þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_hf.pngþ þ.PNGþ þimage/pngþ þþ þ

26749þ þ8843655fc070fe25265ab353c3c4774dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17286.pngþ þTEXT\0003\ST17286.txtþ þST17287þ þST17287þ þST17287þ þST17287þ þST17287þ þST17287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_p ro.pngþ þþ þ0þ þ1þ þST17280; ST18355;

ST18362þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_pro.pngþ þ.PNGþ þimage/pngþ þþ þ26801þ þ4554c0b0a328d315286ee10cd4ee66f1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17287.pngþ þTEXT\0003\ST17287.txtþ þST17288þ þST17288þ þST17288þ þST17288þ þST17288þ þST17288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/ all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1210þ þ4939873bdf869152ddb4ae296e6d5b66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17288.txtþ þTEXT\0003\S T17288.txtþ

þST17289þ þST17290þ þST17289þ þST17290þ þST17289þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/ entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05 T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1122þ þ7b5cede34cdcd0a d73bcbe701e3c00deþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17289.txtþ þTEXT\0003\ST17289.txtþ

þST17291þ þST17291þ þST17291þ þST17291þ þST17291þ þST17291þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/ prop-base/charts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;

ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17291.txtþ þTEXT\0003\ST17291.
txtþ
þST17292þ þST17292þ þST17292þ þST17292þ þST17292þ þST17292þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
prop-base/charts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;

ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;

ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;

ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17292.txtþ þTEXT\0003\ST17292.txtþ
þST17293þ þST17293þ þST17293þ þST17293þ þST17293þ þST17293þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
prop-base/charts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;

ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17294; ST17295; ST17296; ST17305;

ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;

ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17293.txtþ þTEXT\0003\ST17293.txtþ
þST17294þ þST17294þ þST17294þ þST17294þ þST17294þ þST17294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
prop-base/chartsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;

ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17295; ST17296;

ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;

ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17294.txtþ þTEXT\0003\ST17294.txtþ
þST17295þ þST17295þ þST17295þ þST17295þ þST17295þ þST17295þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
prop-base/chartsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;

ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;

ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;

ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17295.txtþ þTEXT\0003\ST17295
.txtþ
þST17296þ þST17296þ þST17296þ þST17296þ þST17296þ þST17296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
prop-base/chartsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;

ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;

ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;

ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcchartsv.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17296.txtþ þTEXT\0003\ST17296.txtþ
þST17297þ þST17297þ þST17297þ þST17297þ þST17297þ þST17297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
text-base/charts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17311; ST18372;
ST18386þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1429þ þc707e457df05616e4bf0dfa2e5ad6655þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17297.pngþ þþ
þST17298þ þST17298þ þST17298þ þST17298þ þST17298þ þST17298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
text-base/charts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17320; ST18373;
ST18395þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1429þ þ7111c1e3aacd5a256e1c809277fb1a93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17298.pngþ þþ
þST17299þ þST17299þ þST17299þ þST17299þ þST17299þ þST17299þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
text-base/charts.png.svn-baseþ þþ þþ þ0þ þ1þ þST17321; ST18374; ST18396; ST18822;
ST18844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1303þ þa7cc7f039edcd6866c9bc35ee3078cf9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17299.pngþ þTEXT\0003\ST17299.txtþ
þST17300þ þST17300þ þST17300þ þST17300þ þST17300þ þST17300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
text-base/chartsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18375;
ST18397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1727þ þ8b512f25c86ae314db51c6f83c8d1a5aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17300.pngþ þþ
þST17301þ þST17301þ þST17301þ þST17301þ þST17301þ þST17301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
text-base/chartsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17323; ST18376;
ST18398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1730þ þd0dae15c8edb5400d4a4b991ad1e7414þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17301.pngþ þþ
þST17302þ þST17302þ þST17302þ þST17302þ þST17302þ þST17302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/.svn/
text-base/chartsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17324; ST18377;
ST18399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ1524þ þfaf03526f9832c852043c401257b81b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17302.pngþ þTEXT
\0003\ST17302.txtþ
þST17303þ þST17303þ þST17303þ þST17303þ þST17303þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_advanced/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall
-wcpropsþ þ.TXTþ þtext/plainþ þþ þ584þ þ16858e3f5bfa1efff7d92f386f7555f1þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17303.t
xtþ þTEXT\0003\ST17303.txtþ
þST17304þ þST17304þ þST17304þ þST17304þ þST17304þ þST17304þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_advanced/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:0
0:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ570þ
þ62e16b01e860d3edcedb93d309590b4fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17304.txtþ þTEXT\0003\ST17304.txtþ
þST17305þ þST17305þ þST17305þ þST17305þ þST17305þ þST17305þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_advanced/.svn/prop-base/charts_advanced_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;

ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;

ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17305.txtþ þTEXT\0003\ST
17305.txtþ

þST17306þ þST17306þ þST17306þ þST17306þ þST17306þ þST17306þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_advanced/.svn/prop-base/charts_advanced_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;

ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;

ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22898; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17306.txtþ þTEXT\0003\ST 17306.txtþ

þST17307þ þST17307þ þST17307þ þST17307þ þST17307þ þST17307þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart s_advanced/.svn/text-base/charts_advanced_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17309; ST18382; ST18384; ST18830;

ST18832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2514þ þ9c01bd08952c82320a53769a4154b1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17307.pngþ þTEXT\0003\S T17307.txtþ

þST17308þ þST17308þ þST17308þ þST17308þ þST17308þ þST17308þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart s_advanced/.svn/text-base/charts_advanced_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17310; ST18383; ST18385; ST18831;

ST18833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2532þ þe8dae8f4c30e0b632138d094e5408dcaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17308.pngþ þTEXT\0003\S T17308.txtþ

þST17309þ þST17309þ þST17309þ þST17309þ þST17309þ þST17309þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart s_advanced/charts_advanced_dw.pngþ þþ þþ þ0þ þ1þ þST17307; ST18382; ST18384; ST18830; ST18832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.pngþ þ.PNGþ þimage/ pngþ þþ þ2514þ þ9c01bd08952c82320a53769a4154b1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17309.pngþ þTEXT\0003\ST17309. txtþ

þST17310þ þST17310þ þST17310þ þST17310þ þST17310þ þST17310þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart s_advanced/charts_advanced_up.pngþ þþ þþ þ0þ þ1þ þST17308; ST18383; ST18385; ST18831; ST18833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.pngþ þ.PNGþ þimage/ pngþ þþ þ2532þ þe8dae8f4c30e0b632138d094e5408dcaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17310.pngþ þTEXT\0003\ST17310. txtþ

þST17311þ þST17311þ þST17311þ þST17311þ þST17311þ þST17311þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart s_hit.pngþ þþ þþ þ0þ þ1þ þST17297; ST18372; ST18386þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.pngþ þ.PNGþ þimage/pngþ þþ þ 1429þ þc707e457df05616e4bf0dfa2e5ad6655þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17311.pngþ þþ

þST17312þ þST17312þ þST17312þ þST17312þ þST17312þ þST17312þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ577þ þ4a3a25dafc6e42c3b2ea8ef7c14a5fe7þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17312.tx
tþ þTEXT\0003\ST17312.txtþ
þST17313þ þST17313þ þST17313þ þST17313þ þST17313þ þST17313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00
:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ567þ þ
737726db4d48108fea73d7893a6b932aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17313.txtþ þTEXT\0003\ST17313.txtþ
þST17314þ þST17314þ þST17314þ þST17314þ þST17314þ þST17314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/.svn/prop-base/charts_montage_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;

ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;

ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;

ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17314.txtþ þTEXTþ\0003\ST17314.txtþ
þST17315þ þST17315þ þST17315þ þST17315þ þST17315þ þST17315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/.svn/prop-base/charts_montage_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;

ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;

ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;

ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22226;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17315.txtþ þTEXT\0003\ST17315.txtþ

þST17316þ þST17316þ þST17316þ þST17316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/.svn/text-base/charts_montage_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17318;
ST18391; ST18393; ST18839;

ST18841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ2190þ þb75ad942c18816c4cd858a2ecb826148þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17316.pngþ þTEXT\0003\ST
17316.txtþ

þST17317þ þST17317þ þST17317þ þST17317þ þST17317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/.svn/text-base/charts_montage_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17319;
ST18392; ST18394; ST18840;

ST18842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ2198þ þe3363ce4d0aa4c85c9411a4867f089bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17317.pngþ þTEXT\0003\ST
17317.txtþ

þST17318þ þST17318þ þST17318þ þST17318þ þST17318þ þST17318þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/charts_montage_dw.pngþ þþ þþ þ0þ þ1þ þST17316; ST18391; ST18393; ST18840þ
ST18841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.pngþ þ.PNGþ þimage/p
ngþ þþ þ2190þ þb75ad942c18816c4cd858a2ecb826148þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17318.pngþ þTEXT\0003\ST17318.t
xtþ

þST17319þ þST17319þ þST17319þ þST17319þ þST17319þ þST17319þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_montage/charts_montage_up.pngþ þþ þþ þ0þ þ1þ þST17317; ST18392; ST18394; ST18840;
ST18842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.pngþ þ.PNGþ þimage/p
ngþ þþ þ2198þ þe3363ce4d0aa4c85c9411a4867f089bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17319.pngþ þTEXT\0003\ST17319.t
xtþ
þST17320þ þST17320þ þST17320þ þST17320þ þST17320þ þST17320þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s_over.pngþ þþ þþ þ0þ þ1þ þST17298; ST18373;
ST18395þ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.pngþ þ.PNGþ þimage/pngþ þþ
þ1429þ þ7111c1e3aacd5a256e1c809277fb1a93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17320.pngþ þ
þST17321þ þST17321þ þST17321þ þST17321þ þST17321þ þST17321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
s.pngþ þþ þ0þ þ1þ þST17299; ST18374; ST18396; ST18822;
ST18844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.pngþ þ.PNGþ þimage/pngþ þþ þ1303
þ þa7cc7f039edcd6866c9bc35ee3078cf9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17321.pngþ þTEXT\0003\ST17321.txtþ
þST17322þ þST17322þ þST17322þ þST17322þ þST17322þ þST17322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
sv_hit.pngþ þþ þþ þ0þ þ1þ þST17300; ST18375;
ST18397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.pngþ þ.PNGþ þimage/pngþ þþ
þ1727þ þ8b512f25c86ae314db51c6f83c8d1a5aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17322.pngþ þ
þST17323þ þST17323þ þST17323þ þST17323þ þST17323þ þST17323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
sv_over.pngþ þþ þþ þ0þ þ1þ þST17301; ST18376;
ST18398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.pngþ þ.PNGþ þimage/pngþ þþ
þ1730þ þd0dae15c8edb5400d4a4b991ad1e7414þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17323.pngþ þ
þST17324þ þST17324þ þST17324þ þST17324þ þST17324þ þST17324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/charts/chart
sv.pngþ þþ þ0þ þ1þ þST17302; ST18377;
ST18399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.pngþ þ.PNGþ þimage/pngþ þþ þ152
4þ þfaf03526f9832c852043c401257b81b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17324.pngþ þTEXT\0003\ST17324.txtþ
þST17325þ þST17325þ þST17325þ þST17325þ þST17325þ þST17325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler

ts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1362þ þ43a8b529e19ae3dbec12edb56e31d8fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17325.txtþ þTEXT\0003\ST17325.txtþ

þST17326þ þST17326þ þST17327þ þST17326þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1288þ þ8be0a41c3360cd0f5a10e5633f43c563þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17326.txtþ þTEXT\0003\ST17326.txtþ

þST17328þ þST17328þ þST17328þ þST17328þ þST17328þ þST17328þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/.svn/prop-base/filters_alerts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;

ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;

ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;

ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þfFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17328.txtþ þTEXT\0003\ST
17328.txtþ
þST17329þ þST17329þ þST17329þ þST17329þ þST17329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/prop-base/filters_alerts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;

ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17449; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;

ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;

ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17329.txtþ þTEXT\0003\S
T17329.txtþ
þST17330þ þST17330þ þST17330þ þST17330þ þST17330þ þST17330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/prop-base/filters_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;

ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17072; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;

ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;

ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17330.txtþ þTEXT\0003\ST17330.txtþ
þST17331þ þST17331þ þST17331þ þST17331þ þST17331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/prop-base/filters_alertsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;

ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;

ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;

ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.png.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17331.txtþ þTEXT\0003\S T17331.txtþ

þST17332þ þST17332þ þST17332þ þST17332þ þST17332þ þST17332þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/.svn/prop-base/filters_alertsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;

ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;

ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;

ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17332.txtþ þTEXT\0003
\ST17332.txtþ
þST17333þ þST17333þ þST17333þ þST17333þ þST17333þ þST17333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/prop-base/filters_alertsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;

ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;

ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;

ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17333.txtþ þTEXT\0003\ST17
333.txtþ
þST17334þ þST17334þ þST17334þ þST17334þ þST17334þ þST17334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/text-base/filters_alerts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17356; ST18409;
ST18431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2279þ þ94738a4de7f078f5a45554ebc4426d2cþ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17334.pngþ þþ
þST17335þ þST17335þ þST17335þ þST17335þ þST17335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/text-base/filters_alerts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17357; ST18410;
ST18432þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2269þ þd118e3ddc73c5f2fe83d898c4ad28753þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17335.pngþ þþ
þST17336þ þST17336þ þST17336þ þST17336þ þST17336þ þST17336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/text-base/filters_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST17358; ST18411;
ST18433; ST18859;
ST18889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2040þ þ739dfabfe9f378774f0fd0b8fc103735þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17336.pngþ þTEXT\0003\ST17
336.txtþ

þST17337þ þST17337þ þST17337þ þST17337þ þST17337þ þST17337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/text-base/filters_alertsv_hit.png.svn-baseþ þþ þ0þ þ0þ þ1þ þST17359; ST18412;
ST18434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2374þ þ2b07980890a3050aa3612b1dd07fa47fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17337.pngþ þþ
þST17338þ þST17338þ þST17338þ þST17338þ þST17338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/text-base/filters_alertsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17360; ST18413;
ST18435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.png.svn-baseþ þ.P
NGþ þimage/pngþ þþ þ2378þ þd6cfe099e1ac188e10d1351f7c23b3e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17338.pngþ þþ
þST17339þ þST17339þ þST17339þ þST17339þ þST17339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/.svn/text-base/filters_alertsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17361; ST18414;
ST18436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ2119þ þd84ec861bfd5551554d80b86cafb5fc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17339.pngþ þTEXT\0003\ST1
7339.txtþ
þST17340þ þST17340þ þST17340þ þST17340þ þST17340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ601þ þb83cd812afb9d6b4c61d32358e374f71þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17340.tx
tþ þTEXT\0003\ST17340.txtþ
þST17341þ þST17341þ þST17341þ þST17341þ þST17341þ þST17341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010
þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ
 þ575þ þ5d31c0c337d10756978f5057826ea4f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17341.txtþ þTEXT\0003\ST17341.txtþ
þST17342þ þST17342þ þST17342þ þST17342þ þST17342þ þST17342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/.svn/prop-base/assent_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST115
79; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;

ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;

ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;

ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18712; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17342.txtþ þTEXT\0003\ST17342.txtþ
þST17343þ þST17343þ þST17343þ þST17343þ þST17343þ þST17343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/.svn/prop-base/assent_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST115
79; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;

ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;

ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;

ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18745; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_up.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17343.txtþ þTEXT\0003\ST17343.txtþ
þST17344þ þST17344þ þST17344þ þST17344þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler

ts/assent_filters/.svn/text-base/assent_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST173
46; ST18419;

ST18421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_dw.png.svn-baseþ þ.PNGþ
 þimage/pngþ þþ þ2818þ þ1ff657bb98ea55484f1ab222a3c687a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17344.pngþ þTEXT\0003\ST
17344.txtþ

þST17345þ þST17345þ þST17345þ þST17345þ þST17345þ þST17345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/.svn/text-base/assent_filters_up.png.svn-baseþ þþ þ0þ þ1þ þST173
47; ST18420;

ST18422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_up.png.svn-baseþ þ.PNGþ
 þimage/pngþ þþ þ2823þ þ054ee3b62a58e80d3aee6b6989618cf6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17345.pngþ þTEXT\0003\ST
17345.txtþ

þST17346þ þST17346þ þST17346þ þST17346þ þST17346þ þST17346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/assent_filters_dw.pngþ þþ þþ þ0þ þ1þ þST17344; ST18419;

ST18421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_dw.pngþ þ.PNGþ þimage/p
ngþ þþ þ2818þ þ1ff657bb98ea55484f1ab222a3c687a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17346.pngþ þTEXT\0003\ST17346.t
xtþ

þST17347þ þST17347þ þST17347þ þST17347þ þST17347þ þST17347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/assent_filters/assent_filters_up.pngþ þþ þþ þ0þ þ1þ þST17345; ST18420;

ST18422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_up.pngþ þ.PNGþ þimage/p
ngþ þþ þ2823þ þ054ee3b62a58e80d3aee6b6989618cf6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17347.pngþ þTEXT\0003\ST17347.t
xtþ

þST17348þ þST17348þ þST17348þ þST17348þ þST17348þ þST17348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/custom_limit_alerts/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ636þ þb2cb640e6e35f22080ad375833445b94þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17348.tx
tþ þTEXT\0003\ST17348.txtþ

þST17349þ þST17349þ þST17349þ þST17349þ þST17349þ þST17349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/custom_limit_alerts/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05
/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ590þ þf7aefbfe90767a0b147177628009f7dfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17349.txtþ þTEXT
\0003\ST17349.txtþ
þST17350þ þST17350þ þST17350þ þST17350þ þST17350þ þST17350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/custom_limit_alerts/.svn/prop-base/custom_limit_alerts_dw.png.svn-baseþ þþ þþ þ0þ
 þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;

ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;

ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVEþ
\0005\ST17350.txtþ þTEXT\0003\ST17350.txtþ
þST17351þ þST17351þ þST17351þ þST17351þ þST17351þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/custom_limit_alerts/.svn/prop-base/custom_limit_alerts_up.png.svn-baseþ þþ þþ þ0þ
 þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;

ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;

ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;

ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17351.txtþ þTEXT\0003\ST17351.txtþ þST17352þ þST17352þ þST17352þ þST17352þ þST17352þ þST17352þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/custom_limit_alerts/.svn/text-base/custom_limit_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17354; ST18427; ST18429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.png.svn-baseþ þ .PNGþ þimage/pngþ þþ þ2509þ þ97f462e7dc9f22fe7e18f49d085da381þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17352.pngþ þTEXT\00 03\ST17352.txtþ þST17353þ þST17353þ þST17353þ þST17353þ þST17353þ þST17353þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/custom_limit_alerts/.svn/text-base/custom_limit_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17355; ST18428; ST18430; ST18876; ST18878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.png.svn-baseþ þ .PNGþ þimage/pngþ þþ þ2510þ þ4f0b627e7119166a1d23f36e166a65a1þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17353.pngþ þTEXT\00 03\ST17353.txtþ þST17354þ þST17354þ þST17354þ þST17354þ þST17354þ þST17354þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/custom_limit_alerts/custom_limit_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST17352; ST18427; ST18429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.pngþ þ.PNGþ þim age/pngþ þþ þ2509þ þ97f462e7dc9f22fe7e18f49d085da381þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17354.pngþ þTEXT\0003\ST17354.txtþ þST17355þ þST17355þ þST17355þ þST17355þ þST17355þ þST17355þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/custom_limit_alerts/custom_limit_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17353; ST18428; ST18430; ST18876; ST18878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.pngþ þ.PNGþ þim age/pngþ þþ þ2510þ þ4f0b627e7119166a1d23f36e166a65a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17355.pngþ þTEXT\0003\ST17355.txtþ þST17356þ þST17356þ þST17356þ þST17356þ þST17356þ þST17356þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/filters_alerts_hit.pngþ þþ þþ þ0þ þ1þ þST17334; ST18409;

ST18431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.pngþ þ.PNGþ þimage/ pngþ þþ þ2279þ þ94738a4de7f078f5a45554ebc4426d2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17356.pngþ þþ þST17357þ þST17357þ þST17357þ þST17357þ þST17357þ þST17357þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/filters_alerts_over.pngþ þþ þþ þ0þ þ1þ þST17335; ST18410;

ST18432þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.pngþ þ.PNGþ þimage /pngþ þþ þ2269þ þd118e3ddc73c5f2fe83d898c4ad28753þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17357.pngþ þþ þST17358þ þST17358þ þST17358þ þST17358þ þST17358þ þST17358þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/filters_alerts.pngþ þþ þ0þ þ1þ þST17336; ST18411; ST18433; ST18859;

ST18889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.pngþ þ.PNGþ þimage/pngþ þþ þ2040þ þ739dfabfe9f378774f0fd0b8fc103735þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17358.pngþ þTEXT\0003\ST17358.txtþ þST17359þ þST17359þ þST17359þ þST17359þ þST17359þ þST17359þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/filters_alertsv_hit.pngþ þþ þþ þ0þ þ1þ þST17337; ST18412;

ST18434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.pngþ þ.PNGþ þimage /pngþ þþ þ2374þ þ2b07980890a3050aa3612b1dd07fa47fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17359.pngþ þþ þST17360þ þST17360þ þST17360þ þST17360þ þST17360þ þST17360þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/filters_alertsv_over.pngþ þþ þþ þ0þ þ1þ þST17338; ST18413;

ST18435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.pngþ þ.PNGþ þimag e/pngþ þþ þ2378þ þd6cfe099e1ac188e10d1351f7c23b3e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17360.pngþ þþ þST17361þ þST17361þ þST17361þ þST17361þ þST17361þ þST17361þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/filters_alertsv.pngþ þþ þþ þ0þ þ1þ þST17339; ST18414;

ST18436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.pngþ þ.PNGþ þimage/png þ þþ þ2119þ þd84ec861bfd5551554d80b86cafb5fc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17361.pngþ þTEXT\0003\ST17361.txtþ þST17362þ þST17362þ þST17362þ þST17362þ þST17362þ þST17362þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/news_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ580þ þf38310cf5bbe01660d29a3d87e396eccþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST173

62.txtþ þTEXT\0003\ST17362.txtþ
þST17363þ þST17363þ þST17363þ þST17363þ þST17363þ þST17363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/news_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ
00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5
66þ þ006812270a0233f6068bc6ff5f5bfef3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17363.txtþ þTEXT\0003\ST17363.txtþ
þST17364þ þST17364þ þST17364þ þST17364þ þST17364þ þST17364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/news_alerts/.svn/prop-base/news_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;

ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;

ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;

ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17364.txtþ þTEXT\0003\ST17364.txtþ
þST17365þ þST17365þ þST17365þ þST17365þ þST17365þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/news_alerts/.svn/prop-base/news_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;

ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;

ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;

ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17365.txtþ þTEXT\0003\ST17365.txtþ
þST17366þ þST17366þ þST17366þ þST17366þ þST17366þ þST17366þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/news_alerts/.svn/text-base/news_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17368; ST18441;
ST18443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2100þ þ2cb8af0c495b42080750e7f129593d6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17366.pngþ þTEXT\0003\ST17 366.txtþ
þST17367þ þST17367þ þST17367þ þST17367þ þST17367þ þST17367þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/news_alerts/.svn/text-base/news_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17369; ST18442; ST18444; ST18898;
ST18900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2103þ þ53c3c2260b09408fd1fc7dabf748bcddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17367.pngþ þTEXT\0003\ST17 367.txtþ
þST17368þ þST17368þ þST17368þ þST17368þ þST17368þ þST17368þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/news_alerts/news_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST17366; ST18441;
ST18443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2100þ þ2cb8af0c495b42080750e7f129593d6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17368.pngþ þTEXT\0003\ST17368.txtþ
þST17369þ þST17369þ þST17369þ þST17369þ þST17369þ þST17369þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/news_alerts/news_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17367; ST18442; ST18444; ST18898;
ST18900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.pngþ þ.PNGþ þimage/pngþ þþ þ2103þ þ53c3c2260b09408fd1fc7dabf748bcddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17369.pngþ þTEXT\0003\ST17369.txtþ
þST17370þ þST17370þ þST17370þ þST17370þ þST17370þ þST17370þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/.svn/all-wcpropsþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ685þ þcfd07a7fbca916d921698ebc1f ae822dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0005\ST17370.txtþ þTEXT\0003\ST17370.txtþ

þST17371þ þST17371þ þST17371þ þST17371þ þST17371þ þST17371þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010

-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ611þ þed9b9ec589 b8b8382ca6fbb53773d53cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0005\ST17371.txtþ þTEXT\0003\ST17371.txtþ

þST17372þ þST17372þ þST17372þ þST17372þ þST17372þ þST17372þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/.svn/prop-base/pattern_recognition_alerts_dw.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;

ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;

ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;

ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17372.txtþ þ
TEXT\0003\ST17372.txtþ

þST17373þ þST17373þ þST17373þ þST17373þ þST17373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/pattern_recognition_alerts/.svn/prop-base/pattern_recognition_alerts_up.png.svn-
baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870

ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;

ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;

ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17373.txtþ þ TEXT\0003\ST17373.txtþ
þST17374þ þST17374þ þST17374þ þST17374þ þST17374þ þST17374þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/.svn/text-base/pattern_recognition_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17376; ST18449;
ST18451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.png.svn-baseþ þ .PNGþ þimage/pngþ þþ þ3076þ þbd4c7fea28874d2a128fdb6e3dea3004þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17374.pngþ þ TEXT\0003\ST17374.txtþ
þST17375þ þST17375þ þST17375þ þST17375þ þST17375þ þST17375þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/.svn/text-base/pattern_recognition_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17377; ST18450;
ST18452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.png.svn-baseþ þ .PNGþ þimage/pngþ þþ þ3060þ þ83f4de1af1e9b06ef103778932dc2cd9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17375.pngþ þ TEXT\0003\ST17375.txtþ
þST17376þ þST17376þ þST17376þ þST17376þ þST17376þ þST17376þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/pattern_recognition_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST17374; ST18449;
ST18451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.pngþ þ.P NGþ þimage/pngþ þþ þ3076þ þbd4c7fea28874d2a128fdb6e3dea3004þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17376.pngþ þTEXT\000 3\ST17376.txtþ

þST17377þ ST17377þ þST17377þ þST17377þ ST17377þ ST17377þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/pattern_recognition_alerts/pattern_recognition_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17375; ST18450; ST18452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.pngþ þ.PNGþ þimage/pngþ þþ þ3060þ þ83f4de1af1e9b06ef103778932dc2cd9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17377.pngþ þTEXT\0003\ST17377.txtþ

þST17378þ þST17378þ þST17378þ þST17378þ þST17378þ þST17378þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/streaming_algorithmic_filter/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ699þ þ33096ae7ab77215b567b5feebec25e8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17378.txtþ þTEXT\0003\ST17378.txtþ

þST17379þ þST17379þ þST17379þ þST17379þ þST17379þ þST17379þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/streaming_algorithmic_filter/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ617þ þc15b40a55716f2813839711cc2e32608þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17379.txtþ þTEXT\0003\ST17379.txtþ

þST17380þ þST17380þ þST17380þ þST17380þ þST17380þ þST17380þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/streaming_algorithmic_filter/.svn/prop-base/streaming_algorithmic_filter_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;

ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;

ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17380.txtþ
þTEXT\0003\ST17380.txtþ
þST17381þ þST17381þ þST17381þ þST17381þ þST17381þ þST17381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/streaming_algorithmic_filter/.svn/prop-base/streaming_algorithmic_filter_up.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;

ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;

ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;

ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST23122; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17381.txtþ
þTEXT\0003\ST17381.txtþ
þST17382þ þST17382þ þST17382þ þST17382þ þST17382þ þST17382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/streaming_algorithmic_filter/.svn/text-base/streaming_algorithmic_filter_dw.png.
svn-baseþ þþ þþ þ0þ þ1þ þST17384; ST18457;
ST18459þ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.png.sv
n-baseþ þ.PNGþ þimage/pngþ þþ þ3054þ þc3c991df38a83e34440f4cbcaa0e217fþ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17382.pngþ þTEXT\0003\ST17382.txtþ
þST17383þ þST17383þ þST17383þ þST17383þ þST17383þ þST17383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/streaming_algorithmic_filter/.svn/text-base/streaming_algorithmic_filter_up.png.
svn-baseþ þþ þþ þ0þ þ1þ þST17385; ST18458;
ST18460þ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.png.sv
n-baseþ þ.PNGþ þimage/pngþ þþ þ3054þ þ53277cacd310b494946ef97152946509þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0005\ST17383.pngþ þTEXT\0003\ST17383.txtþ

þST17384þ þST17384þ þST17384þ þST17384þ þST17384þ þST17384þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/streaming_algorithmic_filter/streaming_algorithmic_filter_dw.pngþ þþ þþ þ0þ þ1þ þST17382; ST18457;

ST18459þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.pngþ þ.PNGþ þimage/pngþ þþ þ3054þ þc3c991df38a83e34440f4cbcaa0e217fþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17384.pngþ þTEXT\0003\ST17384.txtþ

þST17385þ þST17385þ þST17385þ þST17385þ þST17385þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/streaming_algorithmic_filter/streaming_algorithmic_filter_up.pngþ þþ þþ þ0þ þ1þ þST17383; ST18458;

ST18460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.pngþ þ.PNGþ þimage/pngþ þþ þ3054þ þ53277cacd310b494946ef97152946509þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17385.pngþ þTEXT\0003\ST17385.txtþ

þST17386þ þST17386þ þST17386þ þST17386þ þST17386þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/valez_filters/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ594þ þ7b05e3a0047a23aef57ec92a67496591þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17386.txtþ þTEXT\0003\ST17386.txtþ

þST17387þ þST17387þ þST17387þ þST17387þ þST17387þ þST17387þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/valez_filters/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010

-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ572þ þf781d20f7d5d58b123c47bd50c3abc23þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17387.txtþ þTEXT\0003\ST17387.txtþ

þST17388þ þST17388þ þST17388þ þST17388þ þST17388þ þST17388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/valez_filters/.svn/prop-base/valez_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;

ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;

ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;

ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17388.txtþ þTEXT\0003\ST1
7388.txtþ
þST17389þ þST17389þ þST17389þ þST17389þ þST17389þ þST17389þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/valez_filters/.svn/prop-base/valez_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579
; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;

ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;

ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;

ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18790; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_up.png.svn-baseþ þ .TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade00þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þPNGþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17389.txtþ þTEXT\0003\ST1
7389.txtþ

þST17390þ þST17390þ þST17390þ þST17390þ þST17390þ þST17390þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler
ts/valez_filters/.svn/text-base/valez_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17392
; ST18465;

ST18467þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_dw.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ2322þ þ6cd714d5491919562e831376be7e8686þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17390.pngþ þTEXT\0003\ST 17390.txtþ

þST17391þ þST17391þ þST17391þ þST17391þ þST17391þ þST17391þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/valez_filters/.svn/text-base/valez_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17393 ; ST18466;

ST18468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2329þ þ12e0638a12bdcbf69a9e2925de0399eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17391.pngþ þTEXT\0003\ST 17391.txtþ

þST17392þ þST17392þ þST17392þ þST17392þ þST17392þ þST17392þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/valez_filters/valez_filters_dw.pngþ þþ þþ þ0þ þ1þ þST17390; ST18465; ST18467þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_dw.pngþ þ.PNGþ þimage/pn gþ þþ þ2322þ þ6cd714d5491919562e831376be7e8686þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17392.pngþ þTEXT \0003\ST17392.txtþ

þST17393þ þST17393þ þST17393þ þST17393þ þST17393þ þST17393þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/filters_aler ts/valez_filters/valez_filters_up.pngþ þþ þþ þ0þ þ1þ þST17391; ST18466; ST18468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_up.pngþ þ.PNGþ þimage/pn gþ þþ þ2329þ þ12e0638a12bdcbf69a9e2925de0399eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17393.pngþ þTEXT \0003\ST17393.txtþ

þST17394þ þST17394þ þST17394þ þST17394þ þST17394þ þST17394þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/.svn/a ll-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ147þ þeceabaf6581197293c1208f16b8de8a0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17394.tx tþ þTEXT\0003\ST17394.txtþ

þST17395þ þST17395þ þST17395þ þST17395þ þST17395þ þST17395þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/.svn/e ntriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T 00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ303þ þ83714a41c573240a2 cecbe28a171db72þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0005\ST17395.txtþ þTEXT\0003\ST17395.txtþ

þST17396þ þST17396þ þST17396þ þST17396þ þST17396þ þST17396þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/

.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ509þ þ180213559548b0d29477d8a549e8008cþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17396.tx tþ þTEXT\0003\ST17396.txtþ

þST17397þ þST17397þ þST17397þ þST17397þ þST17397þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/ .svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ538þ þ64e638e3aff e767fe35fd92507a0e255þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0005\ST17397.txtþ þTEXT\0003\ST17397.txtþ

þST17398þ þST17398þ þST17398þ þST17398þ þST17398þ þST17398þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/ .svn/prop-base/close_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;

ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;

ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;

ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17398.txtþ þTEXT\0003\ST17398.
txtþ
þST17399þ þST17399þ þST17399þ þST17399þ þST17399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/
.svn/prop-base/close.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;

ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17399.txtþ þTEXT\0003\ST17399.txtþ
þST17400þ þST17400þ þST17400þ þST17400þ þST17400þ þST17400 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/
.svn/text-base/close_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17402; ST18475;
ST18477þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ380þ þ721c1a4f26036fafbc02ec45a8fd7603þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17400.pngþ þþ
þST17401þ þST17401þ þST17401þ þST17401þ þST17401þ þST17401 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/
.svn/text-base/close.png.svn-baseþ þþ þþ þ0þ þ1þ þST17403; ST18476; ST18478; ST18924;
ST18926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ431þ þe8464279cda2c0ffae641950fcfc0a37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17401.pngþ þþ
þST17402þ þST17402þ þST17402þ þST17402þ þST17402þ þST17402 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/
close_over.pngþ þþ þþ þ0þ þ1þ þST17400; ST18475;
ST18477þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.pngþ þ.PNGþ þimage/pngþ þþ þ
380þ þ721c1a4f26036fafbc02ec45a8fd7603þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17402.pngþ þþ
þST17403þ þST17403þ þST17403þ þST17403þ þST17403þ þST17403 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/close/
close.pngþ þþ þþ þ0þ þ1þ þST17401; ST18476; ST18478; ST18924;
ST18926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.pngþ þ.PNGþ þimage/pngþ þþ þ431þ þ
e8464279cda2c0ffae641950fcfc0a37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17403.pngþ þþ
þST17404þ þST17404þ þST17404þ þST17404þ þST17404þ þST17404 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/.

svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.
TXTþ þtext/plainþ þþ þ502þ þe0216342c67ee1e3b375a1948ae5ca9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17404.txtþ þTEXT\0003\ST17404.txtþ
þST17405þ þST17405þ þST17405þ þST17405þ þST17405þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/.
svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-1
0-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ535þ þa5221cb67a62
49314d6ac60ff73ee564þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0005\ST17405.txtþ þTEXT\0003\ST17405.txtþ
þST17406þ þST17406þ þST17406þ þST17406þ þST17406þ þST17406þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/.
svn/prop-base/flip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;

ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;

ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;

ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17406.txtþ þTEXT\0003\ST17406.t
xtþ
þST17407þ þST17407þ þST17407þ þST17407þ þST17407þ þST17407þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/.
svn/prop-base/flip.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;

ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ b113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17407.txtþ þTEXT\0003\ST17407.txtþ þST17408þ þST17408þ þST17408þ þST17408þ þST17408þ þST17408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/.svn/text-base/flip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17410; ST18483; ST18485þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ520þ þ5361da314740523bb8c3efb010f4c506þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17408.pngþ þþ þST17409þ þST17409þ þST17409þ þST17409þ þST17409þ þST17409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/.svn/text-base/flip.png.svn-baseþ þþ þ0þ þ1þ þST17411; ST18484; ST18486; ST18932; ST18934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ560þ þ3434c5a2a302f99ec2c302e138ccb500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17409.pngþ þST17410þ þST17410þ þST17410þ þST17410þ þST17410þ þST17410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/flip_over.pngþ þþ þþ þ0þ þ1þ þST17408; ST18483; ST18485þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.pngþ þ.PNGþ þimage/pngþ þþ þ5 20þ þ5361da314740523bb8c3efb010f4c506þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17410.pngþ þþ þST17411þ þST17411þ þST17411þ þST17411þ þST17411þ þST17411þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/flip/flip.pngþ þþ þþ þ0þ þ1þ þST17409; ST18484; ST18486; ST18932; ST18934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.pngþ þ.PNGþ þimage/pngþ þþ þ560þ þ3 434c5a2a302f99ec2c302e138ccb500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ FALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17411.pngþ þþ þST17412þ þST17412þ þST17412þ þST17412þ þST17412þ þST17412þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi

ze/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ530þ þ278eeb7d5e141f2530f8564d9f7f4b7dþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17412.tx
tþ þTEXT\0003\ST17412.txtþ

þST17413þ þST17413þ þST17413þ þST17413þ þST17413þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ20
10-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ547þ þe6d2a23e
1ca1d19aa6957aef1bc81b13þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0005\ST17413.txtþ þTEXT\0003\ST17413.txtþ

þST17414þ þST17414þ þST17414þ þST17414þ þST17414þ þST17414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/.svn/prop-base/minimize_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;

ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;

ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;

ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17414.txtþ þTEXT\0003\ST1741
4.txtþ
þST17415þ þST17415þ þST17415þ þST17415þ þST17415þ þST17415þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/.svn/prop-base/minimize.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;

ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17415.txtþ þTEXT
\0003\ST17415.txtþ
þST17416þ þST17416þ þST17416þ þST17416þ þST17416þ þST17416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/.svn/text-base/minimize_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17418; ST18491;
ST18493þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ290þ þ8650a25dff2bd8ac57cc27feda60c911þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17416.pngþ þþ
þST17417þ þST17417þ þST17417þ þST17417þ þST17417þ þST17417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/.svn/text-base/minimize.png.svn-baseþ þþ þþ þ0þ þ1þ þST17419; ST18492; ST18494;
ST18940;
ST18942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ316þ þafe954050a39792a2caae72065ddcea3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17417.pngþ þþ
þST17418þ þST17418þ þST17418þ þST17418þ þST17418þ þST17418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/minimize_over.pngþ þþ þþ þ0þ þ1þ þST17416; ST18491;
ST18493þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.pngþ þ.PNGþ þimage/pngþ þ
þ þ290þ þ8650a25dff2bd8ac57cc27feda60c911þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17418.pngþ þþ
þST17419þ þST17419þ þST17419þ þST17419þ þST17419þ þST17419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/icons/minimi
ze/minimize.pngþ þþ þþ þ0þ þ1þ þST17417; ST18492; ST18494; ST18940;
ST18942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.pngþ þ.PNGþ þimage/pngþ þþ þ31
6þ þafe954050a39792a2caae72065ddcea3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17419.pngþ þþ
þST17420þ þST17420þ þST17420þ þST17420þ þST17420þ þST17420þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1418þ þ8cdf05e0e73c1c343b1a99a170258dd9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17420.txtþ þTEXT\0003\ST17420.txtþ
þST17421þ þST17421þ þST17422þ þST17421þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1244þ þbecabeeedcb22ba2535cdd743f683277þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17421.txtþ þTEXT\0003\ST17421.txtþ
þST17423þ þST17423þ þST17423þ þST17423þ þST17423þ þST17423þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/prop-base/mm_suite_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;

ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;

ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;

ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17423.txtþ þTEXT\0003\ST17423
.txtþ
þST17424þ þST17424þ þST17424þ þST17424þ þST17424þ þST17424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/prop-base/mm_suite_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;

ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17424.txtþ þTEXT\0003\ST1742
4.txtþ
þST17425þ þST17425þ þST17425þ þST17425þ þST17425þ þST17425þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/prop-base/mm_suite.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;

ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;

ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17425.txtþ þTEXT
\0003\ST17425.txtþ
þST17426þ þST17426þ þST17426þ þST17426þ þST17426þ þST17426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/prop-base/mm_suitev_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15968; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17426.txtþ þTEXT\0003\ST1742
6.txtþ

þST17427þ þST17427þ þST17427þ þST17427þ þST17427þ þST17427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/prop-base/mm_suitev_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;

ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17427.txtþ þTEXT\0003\ST17427.txtþ
þST17428þ þST17428þ þST17428þ þST17428þ þST17428þ þST17428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/prop-base/mm_suitev.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;

ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;

ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;

ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17428.txtþ þTEXT\0003\ST17428.t
xtþ
þST17429þ þST17429þ þST17429þ þST17429þ þST17429þ þST17429þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/prop-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;

ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17429.txtþ þTEXT\0003\ST17429.txtþ
þST17430þ þST17430þ þST17430þ þST17430þ þST17430þ þST17430þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/text-base/mm_suite_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17437; ST18505;
ST18512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_hit.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1670þ þ4a36b8a3371b0fa6ee317139cfa8dbacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17430.pngþ þþ
þST17431þ þST17431þ þST17431þ þST17431þ þST17431þ þST17431þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/text-base/mm_suite_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17438; ST18506;
ST18513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1660þ þ73a79afc30ea2975e8a2bdedf404ac7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17431.pngþ þþ
þST17432þ þST17432þ þST17432þ þST17432þ þST17432þ þST17432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.sv
n/text-base/mm_suite.png.svn-baseþ þþ þþ þ0þ þ1þ þST17439; ST18507;
ST18514þ þþ þþ þþ þþ þþ þþ þþ þmm_suite.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1501þ þfbf56644d855b1ec1e7e26d104822096þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17432.pngþ þTEXT\0003\ST17432.t

xtþ

þST17433þ þST17433þ þST17433þ þST17433þ þST17433þ þST17433þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/text-base/mm_suitev_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17440; ST18508; ST18515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1770þ þ7e50e8c98d3e3f0e835cbbc5f60b82bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17433.pngþ þþ

þST17434þ þST17434þ þST17434þ þST17434þ þST17434þ þST17434þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/text-base/mm_suitev_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17441; ST18509; ST18516þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1767þ þ860128e055a2a8028364845d26be8a6cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17434.pngþ þþ

þST17435þ þST17435þ þST17435þ þST17435þ þST17435þ þST17435þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/text-base/mm_suitev.png.svn-baseþ þþ þþ þ0þ þ1þ þST17442; ST18510; ST18517þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1573þ þ82197c36585314488289549f3559c92bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17435.pngþ þTEXT\0003\ST17435.txtþ

þST17436þ þST17436þ þST17436þ þST17436þ þST17436þ þST17436þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17455; ST18511; ST18530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ8704þ þ55c2d6900e77ff5af5555e99f2c05fd7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17436.svn-baseþ þþ

þST17437þ þST17437þ þST17437þ þST17437þ þST17437þ þST17437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/mm_suite_hit.pngþ þþ þþ þ0þ þ1þ þST17430; ST18505; ST18512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1670þ þ4a36b8a3371b0fa6ee317139cfa8dbacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17437.pngþ þþ

þST17438þ þST17438þ þST17438þ þST17438þ þST17438þ þST17438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/mm_suite_over.pngþ þþ þþ þ0þ þ1þ þST17431; ST18506; ST18513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_over.pngþ þ.PNGþ þimage/pngþ þþ þ1660þ þ73a79afc30ea2975e8a2bdedf404ac7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17438.pngþ þþ
þST17439þ þST17439þ þST17439þ þST17439þ þST17439þ þST17439þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/mm_
suite.pngþ þþ þþ þ0þ þ1þ þST17432; ST18507;
ST18514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite.pngþ þ.PNGþ þimage/pngþ þþ þ15
01þ þfbf56644d855b1ec1e7e26d104822096þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17439.pngþ þTEXT\0003\ST17439.txtþ
þST17440þ þST17440þ þST17440þ þST17440þ þST17440þ þST17440þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/mm_
suitev_hit.pngþ þþ þþ þ0þ þ1þ þST17433; ST18508;
ST18515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_hit.pngþ þ.PNGþ þimage/pngþ þþ þ
þ þ1770þ þ7e50e8c98d3e3f0e835cbbc5f60b82bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17440.pngþ þþ
þST17441þ þST17441þ þST17441þ þST17441þ þST17441þ þST17441þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/mm_
suitev_over.pngþ þþ þþ þ0þ þ1þ þST17434; ST18509;
ST18516þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_over.pngþ þ.PNGþ þimage/pngþ
þþ þ1767þ þ860128e055a2a8028364845d26be8a6cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17441.pngþ þþ
þST17442þ þST17442þ þST17442þ þST17442þ þST17442þ þST17442þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/mm_
suitev_over.pngþ þþ þþ þ0þ þ1þ þST17435; ST18510;
ST18517þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev.pngþ þ.PNGþ þimage/pngþ þþ þ1
573þ þ82197c36585314488289549f3559c92bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17442.pngþ þTEXT\0003\ST17442.txtþ
þST17443þ þST17443þ þST17443þ þST17443þ þST17443þ þST17443þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM
/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ
þ.TXTþ þtext/plainþ þþ þ680þ þ91aceb4365f2fbdfd47fb3952616c7a8þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17443.txtþ þTEXT\0
003\ST17443.txtþ
þST17444þ þST17444þ þST17445þ þST17444þ þST17445þ þST17444þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM
/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010
-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ667þ þ7ec3808bf5
edda5d8dd54f4131317fe7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17444.txtþ þTEXT\0003\ST17444.txtþ
þST17446þ þST17446þ þST17446þ þST17446þ þST17446þ þST17446þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM
/.svn/prop-base/nMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;

ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;

ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_dw.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17446.txtþ þTEXT\0003\ST17446.txtþ

þST17447þ þST17447þ þST17447þ þST17447þ þST17447þ þST17447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM
/.svn/prop-base/nMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;

ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_up.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17447.txtþ þTEXT\0003\ST17447.txtþ
þST17448þ þST17448þ þST17448þ þST17448þ þST17448þ þST17448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM
/.svn/prop-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;

ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;

ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain

þ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17448.txtþ þTEXT\0003\ST17448.txtþ þST17449þ þST17449þ þST17449þ þST17449þ þST17449þ þST17449þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM /.svn/text-base/nMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17452; ST18524; ST18527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_dw.png.svn-baseþ þ.PNGþ þimage/png þ þþ þ2283þ þ9ce33d7439a54c475baa8ee843db0e64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17449.pngþ þTEXT\0003\ST17449.txtþ þST17450þ þST17450þ þST17450þ þST17450þ þST17450þ þST17450þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM /.svn/text-base/nMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17453; ST18525; ST18528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_up.png.svn-baseþ þ.PNGþ þimage/png þ þþ þ2277þ þ1baaffbaebdd49e29c2ddf4ab5b0abffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17450.pngþ þTEXT\0003\ST17450.txtþ þST17451þ þST17451þ þST17451þ þST17451þ þST17451þ þST17451þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM /.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17454; ST18526; ST18529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þappli cation/x-tika-msofficeþ þþ þ5120þ þ5712d5f912bcf715d8db5e2dc2fa8f60þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17451.svn-bas eþ þþ þST17452þ þST17452þ þST17452þ þST17452þ þST17452þ þST17452þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM /nMM_dw.pngþ þþ þþ þ0þ þ1þ þST17449; ST18524; ST18527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2283 þ þ9ce33d7439a54c475baa8ee843db0e64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17452.pngþ þTEXT\0003\ST17452.txtþ þST17453þ þST17453þ þST17453þ þST17453þ þST17453þ þST17453þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM /nMM_up.pngþ þþ þþ þ0þ þ1þ þST17450; ST18525; ST18528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_up.pngþ þ.PNGþ þimage/pngþ þþ þ2277 þ þ1baaffbaebdd49e29c2ddf4ab5b0abffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17453.pngþ þTEXT\0003\ST17453.txtþ þST17454þ þST17454þ þST17454þ þST17454þ þST17454þ þST17454þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/nMM /Thumbs.dbþ þþ þþ þ0þ þ1þ þST17451; ST18526; ST18529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-m sofficeþ þþ þ5120þ þ5712d5f912bcf715d8db5e2dc2fa8f60þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17454.dbþ þþ
þST17455þ þST17455þ þST17455þ þST17455þ þST17455þ þST17455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/Thu
mbs.dbþ þþ þþ þ0þ þ1þ þST17436; ST18511;
ST18530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-m
sofficeþ þþ þ8704þ þ55c2d6900e77ff5af5555e99f2c05fd7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17455.dbþ þþ
þST17456þ þST17456þ þST17456þ þST17456þ þST17456þ þST17456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ
þ.TXTþ þtext/plainþ þþ þ680þ þf77d24aaf01329b84714f33640671769þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17456.txtþ þTEXT\0
003\ST17456.txtþ
þST17457þ þST17457þ þST17458þ þST17457þ þST17458þ þST17457þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ10/05/2010þ þ00:00:00þ þ2010
-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ667þ þa4462a567b
cea5e2cdc27227eb73f746þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0005\ST17457.txtþ þTEXT\0003\ST17457.txtþ
þST17459þ þST17459þ þST17459þ þST17459þ þST17459þ þST17459þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/prop-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;

ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;

ST17446; ST17447; ST17448; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;

ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17459.txtþ þTEXT\0003\ST17459.txtþ
þST17460þ þST17460þ þST17460þ þST17460þ þST17460þ þST17460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/prop-base/uMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;

ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;

ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;

ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_dw.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17460.txtþ þTEXT\0003\ST17460.txtþ
þST17461þ þST17461þ þST17461þ þST17461þ þST17461þ þST17461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/prop-base/uMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;

ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;

ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;

ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_up.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17461.txtþ þTEXT\0003\ST17461.txtþ
þST17462þ þST17462þ þST17462þ þST17462þ þST17462þ þST17462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/text-base/Thumbs.db.svn-baseþ þþ þ0þ þ1þ þST17465; ST18537;
ST18540þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þappli
cation/x-tika-msofficeþ þþ þ5120þ þf3f0de3f271a5697fa3a22d80693157fþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17462.svn-bas
eþ þþ
þST17463þ þST17463þ þST17463þ þST17463þ þST17463þ þST17463þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/text-base/uMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17466; ST18538;
ST18541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_dw.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ2535þ þ705f4e2814c30feaf061581c74f82103þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17463.pngþ þTEXT\0003\ST17463.txtþ
þST17464þ þST17464þ þST17464þ þST17464þ þST17464þ þST17464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/.svn/text-base/uMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17467; ST18539;

ST18542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_up.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ2529þ þ50b8f60c234359b4f72b2b4dc83c9f3cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17464.pngþ þTEXT\0003\ST17464.txtþ
þST17465þ þST17465þ þST17465þ þST17465þ þST17465þ þST17465þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17462; ST18537;
ST18540þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-m
sofficeþ þþ þ5120þ þf3f0de3f271a5697fa3a22d80693157fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17465.dbþ þþ
þST17466þ þST17466þ þST17466þ þST17466þ þST17466þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/uMM_dw.pngþ þþ þþ þ0þ þ1þ þST17463; ST18538;
ST18541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2535
þ þ705f4e2814c30feaf061581c74f82103þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17466.pngþ þTEXT\0003\ST17466.txtþ
þST17467þ þST17467þ þST17467þ þST17467þ þST17467þ þST17467þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/mm_suite/uMM
/uMM_up.pngþ þþ þþ þ0þ þ1þ þST17464; ST18539;
ST18542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_up.pngþ þ.PNGþ þimage/pngþ þþ þ2529
þ þ50b8f60c234359b4f72b2b4dc83c9f3cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17467.pngþ þTEXT\0003\ST17467.txtþ
þST17468þ þST17468þ þST17468þ þST17468þ þST17468þ þST17468þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/al
l-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt
ext/plainþ þþ þ1172þ þ54cc36a298b39b6c3a008be060dd2911þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17468.txtþ þTEXT\0003\ST1
7468.txtþ
þST17469þ þST17470þ þST17469þ þST17470þ þST17469þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/en
triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T0
0:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1133þ þ3abf73414b4a13cbe
3e64e74d7c9311aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0005\ST17469.txtþ þTEXT\0003\ST17469.txtþ
þST17471þ þST17471þ þST17471þ þST17471þ þST17471þ þST17471þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/pr
op-base/news_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;

ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17471.txtþ þTEXT
\0003\ST17471.txtþ
þST17472þ þST17472þ þST17472þ þST17472þ þST17472þ þST17472þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/pr
op-base/news_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;

ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17472.txtþ þTEXT\0003\ST17472.t
xtþ
þST17473þ þST17473þ þST17473þ þST17473þ þST17473þ þST17473þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/pr
op-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;

ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17473.txtþ þTEXT\0003\ST17473.txtþ
þST17474þ þST17474þ þST17474þ þST17474þ þST17474þ þST17474þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/pr
op-base/newsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;

```
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
```

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17474.txtþ þTEXT\0003\ST17474.t
xtþ

þST17475þ þST17475þ þST17475þ þST17475þ þST17475þ þST17475þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/pr

op-base/newsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18837; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17475.txtþ þTEXT\0003\ST17475.
txtþ
þST17476þ þST17476þ þST17476þ þST17476þ þST17476þ þST17476þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/pr
op-base/newsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;

ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17476.txtþ þTEXT\0003\ST17476.txtþ
þST17477þ þST17477þ þST17477þ þST17477þ þST17477þ þST17477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/te xt-base/news_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17499; ST18552; ST18574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ1484þ þ561ec89b580b9eb666a7811ddfdf7b60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17477.pngþ þþ þST17478þ þST17478þ þST17478þ þST17478þ þST17478þ þST17478þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/te xt-base/news_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17500; ST18553; ST18575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1477þ þ099960be7a5407a0f4808bceb4150e95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17478.pngþ þþ þST17479þ þST17479þ þST17479þ þST17479þ þST17479þ þST17479þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/te xt-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST17509; ST18554; ST18584; ST18975; ST19005þ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ1316þ þ0000068b541b4170b5d257aae37f5b7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17479.pngþ þTEXT\0003\ST17479.txtþ þST17480þ þST17480þ þST17480þ þST17480þ þST17480þ þST17480þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/te xt-base/newsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17510; ST18555; ST18585þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1750þ þ83ac4f0794b6ff5d0fe7f7aba052ae8aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17480.pngþ þþ þST17481þ þST17481þ þST17481þ þST17481þ þST17481þ þST17481þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/te xt-base/newsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17511; ST18556; ST18586þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.png.svn-baseþ þ.PNGþ þimage /pngþ þþ þ1749þ þd413d1b295296af29644c07cb8214ae7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17481.pngþ þþ þST17482þ þST17482þ þST17482þ þST17482þ þST17482þ þST17482þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/.svn/te xt-base/newsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17512; ST18557; ST18587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1522þ þcfd6b028df4d75761743c72e2d71753fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17482.pngþ þTEXT\0003\ST17482.txtþ þST17483þ þST17483þ þST17483þ þST17483þ þST17483þ þST17483þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir e/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ

þ.TXTþ þtext/plainþ þþ þ529þ þ07e063f9bfcee3cb5122c11e1267e451þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17483.txtþ þTEXT\
0003\ST17483.txtþ
þST17484þ þST17484þ þST17484þ þST17484þ þST17484þ þST17484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ201
0-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ547þ þ460ad5b65
1ed95fe70479d49e44958f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0005\ST17484.txtþ þTEXT\0003\ST17484.txtþ
þST17485þ þST17485þ þST17485þ þST17485þ þST17485þ þST17485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/.svn/prop-base/dealwire_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;

ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;

ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;

ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17485.txtþ þTEXT\0003\ST17485.txtþ
þST17486þ þST17486þ þST17486þ þST17486þ þST17486þ þST17486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/.svn/prop-base/dealwire_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;

ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;

ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17486.txtþ þTEXT\0003\ST17486.txtþ
þST17487þ þST17487þ þST17487þ þST17487þ þST17487þ þST17487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/.svn/text-base/dealwire_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17489; ST18562;
ST18564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1905þ þ0e297046813540cd1f936edee3b515fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17487.pngþ þTEXT\0003\ST17487
.txtþ
þST17488þ þST17488þ þST17488þ þST17488þ þST17488þ þST17488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/.svn/text-base/dealwire_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17490; ST18563; ST18565;
ST18984;
ST18986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1896þ þf9555730309b379f8bdbbbfb6607a42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17488.pngþ þTEXT\0003\ST17488
.txtþ
þST17489þ þST17489þ þST17489þ þST17489þ þST17489þ þST17489þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/dealwire_dw.pngþ þþ þþ þ0þ þ1þ þST17487; ST18562;
ST18564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.pngþ þ.PNGþ þimage/pngþ þþ þ
þ1905þ þ0e297046813540cd1f936edee3b515fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17489.pngþ þTEXT\0003\ST17489.txtþ
þST17490þ þST17490þ þST17490þ þST17490þ þST17490þ þST17490þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/dealwir
e/dealwire_up.pngþ þþ þþ þ0þ þ1þ þST17488; ST18563; ST18565; ST18984;
ST18986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.pngþ þ.PNGþ þimage/pngþ þþ þ
þ1896þ þf9555730309b379f8bdbbbfb6607a42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17490.pngþ þTEXT\0003\ST17490.txtþ

þST17491þ þST17491þ þST17491þ þST17491þ þST17491þ þST17491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/histori
cal_news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ578þ þ3e51c918cd1a6e373a5a112dbb89ceceþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17491.tx
tþ þTEXT\0003\ST17491.txtþ

þST17492þ þST17492þ þST17492þ þST17492þ þST17492þ þST17492þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/histori
cal_news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:
00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ568þ þ7
771617251632127e57bcfd137f6a154þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17492.txtþ þTEXT\0003\ST17492.txtþ

þST17493þ þST17493þ þST17493þ þST17493þ þST17493þ þST17493þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/histori
cal_news/.svn/prop-base/historical_news_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;

ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;

ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;

ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17493.txtþ þTEXT\0003\ST
17493.txtþ
þST17494þ þST17494þ þST17494þ þST17494þ þST17494þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/histori
cal_news/.svn/prop-base/historical_news_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;

ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;

ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18789; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;

ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17494.txtþ þTEXT\0003\ST17494.txtþ
þST17495þ þST17495þ þST17495þ þST17495þ þST17495þ þST17495þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/historical_news/.svn/text-base/historical_news_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17497; ST18570;
ST18572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2139þ þf3558430ac5263c193d7344b81ae11f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17495.pngþ þTEXT\0003\ST17495.txtþ
þST17496þ þST17496þ þST17496þ þST17496þ þST17496þ þST17496þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/historical_news/.svn/text-base/historical_news_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17498; ST18571; ST18573; ST18992;
ST18994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2130þ þc06011734417f5bba6b7f2413c87068dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17496.pngþ þTEXT\0003\ST17496.txtþ
þST17497þ þST17497þ þST17497þ þST17497þ þST17497þ þST17497þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/historical_news/historical_news_dw.pngþ þþ þþ þ0þ þ1þ þST17495; ST18570;
ST18572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2139þ þf3558430ac5263c193d7344b81ae11f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17497.pngþ þTEXT\0003\ST17497.txtþ
þST17498þ þST17498þ þST17498þ þST17498þ þST17498þ þST17498þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/histori
cal_news/historical_news_up.pngþ þþ þþ þ0þ þ1þ þST17496; ST18571; ST18573; ST18992;
ST18994þ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.pngþ þ.PNGþ þimage/
pngþ þþ þ2130þ þc06011734417f5bba6b7f2413c87068dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17498.pngþ þTEXT\0003\ST17498.
txtþ
þST17499þ þST17499þ þST17499þ þST17499þ þST17499þ þST17499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_hi
t.pngþ þþ þþ þ0þ þ1þ þST17477; ST18552;
ST18574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.pngþ þ.PNGþ þimage/pngþ þþ þ14
84þ þ561ec89b580b9eb666a7811ddfdf7b60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17499.pngþ þþ
þST17500þ þST17500þ þST17500þ þST17500þ þST17500þ þST17500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_ov
er.pngþ þþ þþ þ0þ þ1þ þST17478; ST18553;
ST18575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.pngþ þ.PNGþ þimage/pngþ þþ þ1
477þ þ099960be7a5407a0f4808bceb4150e95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17500.pngþ þþ
þST17501þ þST17501þ þST17501þ þST17501þ þST17501þ þST17501þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_ta
pe/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ536þ þeb29e246100e101afc122e853e55e905þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17501.tx
tþ þTEXT\0003\ST17501.txtþ
þST17502þ þST17502þ þST17502þ þST17502þ þST17502þ þST17502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_ta
pe/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ20
10-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ550þ þ10301fca
67a23c3480676e90a9ec0feeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0005\ST17502.txtþ þTEXT\0003\ST17502.txtþ
þST17503þ þST17503þ þST17503þ þST17503þ þST17503þ þST17503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_ta
pe/.svn/prop-base/news_tape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;

ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;

ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;

ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17503.txtþ þTEXT\0003\ST17503
.txtþ
þST17504þ þST17504þ þST17504þ þST17504þ þST17504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_ta
pe/.svn/prop-base/news_tape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;

ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;

ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;

ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17504.txtþ þTEXT\0003\ST17504
.txtþ
þST17505þ þST17505þ þST17505þ þST17505þ þST17505þ þST17505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_ta
pe/.svn/text-base/news_tape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17507; ST18580;
ST18582þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.png.svn-baseþ þ.PNGþ þima

ge/pngþ þþ þ1904þ þ44bad841f9052de01842efa4305ec025þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17505.pngþ þTEXT\0003\ST17505.txtþ

þST17506þ þST17506þ þST17506þ þST17506þ þST17506þ þST17506þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/.svn/text-base/news_tape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17508; ST18581; ST18583; ST19002; ST19004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1903þ þ079fbf4586e66614e71ba55f93b747ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17506.pngþ þTEXT\0003\ST17506.txtþ

þST17507þ þST17507þ þST17507þ þST17507þ þST17507þ þST17507þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/news_tape_dw.pngþ þþ þþ þ0þ þ1þ þST17505; ST18580; ST18582þ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1904þ þ44bad841f9052de01842efa4305ec025þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17507.pngþ þTEXT\0003\ST17507.txtþ

þST17508þ þST17508þ þST17508þ þST17508þ þST17508þ þST17508þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/news_tape_up.pngþ þþ þþ þ0þ þ1þ þST17506; ST18581; ST18583; ST19002; ST19004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.pngþ þ.PNGþ þimage/pngþ þþ þ1903þ þ079fbf4586e66614e71ba55f93b747ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17508.pngþ þTEXT\0003\ST17508.txtþ

þST17509þ þST17509þ þST17509þ þST17509þ þST17509þ þST17509þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/news.pngþ þþ þþ þ0þ þ1þ þST17479; ST18554; ST18584; ST18975; ST19005þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.pngþ þ.PNGþ þimage/pngþ þþ þ1316þ þ0000068b541b4170b5d257aae37f5b7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17509.pngþ þTEXT\0003\ST17509.txtþ

þST17510þ þST17510þ þST17510þ þST17510þ þST17510þ þST17510þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/newsv_hit.pngþ þþ þþ þ0þ þ1þ þST17480; ST18555; ST18585þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1750þ þ83ac4f0794b6ff5d0fe7f7aba052ae8aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17510.pngþ þþ

þST17511þ þST17511þ þST17511þ þST17511þ þST17511þ þST17511þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/newsv_over.pngþ þþ þþ þ0þ þ1þ þST17481; ST18556;

ST18586þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ
1749þ þd413d1b295296af29644c07cb8214ae7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17511.pngþ þþ

þST17512þ þST17512þ þST17512þ þST17512þ þST17512þ þST17512þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/newsv.p
ngþ þþ þþ þ0þ þ1þ þST17482; ST18557;

ST18587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.pngþ þ.PNGþ þimage/pngþ þþ þ1522þ
þcfd6b028df4d75761743c72e2d71753fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17512.pngþ þTEXT\0003\ST17512.txtþ

þST17513þ þST17513þ þST17513þ þST17513þ þST17513þ þST17513þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streame
r/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ
 þ.TXTþ þtext/plainþ þþ þ529þ þ72f17cc4351095967456ad77f26f05c6þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17513.txtþ þTEXT\
0003\ST17513.txtþ

þST17514þ þST17514þ þST17514þ þST17514þ þST17514þ þST17514þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streame
r/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ201
0-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ547þ þcfb4f6835
ce895fd4062b88cc3303918þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0005\ST17514.txtþ þTEXT\0003\ST17514.txtþ

þST17515þ þST17515þ þST17515þ þST17515þ þST17515þ þST17515þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streame
r/.svn/prop-base/streamer_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;

ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;

ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;

ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ p53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17515.txtþ þTEXT\0003\ST17515.txtþ
þST17516þ þST17516þ þST17516þ þST17516þ þST17516þ þST17516þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streame
r/.svn/prop-base/streamer_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;

ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;

ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;

ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17516.txtþ þTEXT\0003\ST17516.txtþ
þST17517þ þST17517þ þST17517þ þST17517þ þST17517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streame
r/.svn/text-base/streamer_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17519; ST18592;
ST18594þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1864þ þ5377d274c8d0c45c3cd8f9a6e5dfc3c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17517.pngþ þTEXT\0003\ST17517
.txtþ
þST17518þ þST17518þ þST17518þ þST17518þ þST17518þ þST17518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streame
r/.svn/text-base/streamer_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17520; ST18593; ST18595;
ST19014;
ST19016þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1862þ þ777dfeaeb003920df1b40e6c299357e6þ þ1þ þþ þþ þþ þþ þþ þþ þ.PNGþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17518.pngþ þTEXT\0003\ST17518
.txtþ

þST17519þ þST17519þ þST17519þ þST17519þ þST17519þ þST17519þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streamer_dw.pngþ þþ þþ þ0þ þ1þ þST17517; ST18592;
ST18594þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1864þ þ5377d274c8d0c45c3cd8f9a6e5dfc3c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17519.pngþ þTEXT\0003\ST17519.txtþ
þST17520þ þST17520þ þST17520þ þST17520þ þST17520þ þST17520þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/news/streamer/streamer_up.pngþ þþ þþ þ0þ þ1þ þST17518; ST18593; ST18595; ST19014;
ST19016þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.pngþ þ.PNGþ þimage/pngþ þþ þ1862þ þ777dfeaeb003920df1b40e6c299357e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17520.pngþ þTEXT\0003\ST17520.txtþ
þST17521þ þST17521þ þST17521þ þST17521þ þST17521þ þST17521þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1248þ þbbd340fbc09bfdecb46b7305adca0dc5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17521.txtþ þTEXT\0003\ST17521.txtþ
þST17522þ þST17522þ þST17523þ þST17522þ þST17523þ þST17522þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1124þ þb50994aad1b6e7edd6df86df94f148e4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17522.txtþ þTEXT\0003\ST17522.txtþ
þST17524þ þST17521þ þST17524þ þST17524þ þST17524þ þST17524þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.svn/prop-base/settings_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17524.txtþ þTEXT\0003\ST17524
.txtþ

þST17525þ þST17525þ þST17525þ þST17525þ þST17525þ þST17525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/prop-base/settings_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17525.txtþ þTEXT\0003\ST1752
5.txtþ

þST17526þ þST17526þ þST17526þ þST17526þ þST17526þ þST17526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/prop-base/settings.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;

ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;

ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;

ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18947; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17526.txtþ þTEXT
\0003\ST17526.txtþ
þST17527þ þST17527þ þST17527þ þST17527þ þST17527þ þST17527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/prop-base/settingsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;

ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;

ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17527.txtþ þTEXT\0003\ST1752
7.txtþ
þST17528þ þST17528þ þST17528þ þST17528þ þST17528þ þST17528þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/prop-base/settingsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;

ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;

ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17044; ST17045; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;

ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17528.txtþ þTEXT\0003\ST17528.txtþ
þST17529þ þST17529þ þST17529þ þST17529þ þST17529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/prop-base/settingsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;

ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17529.txtþ þTEXT\0003\ST17529.t
xtþ
þST17530þ þST17530þ þST17530þ þST17530þ þST17530þ þST17530þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/text-base/settings_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17552; ST18605;
ST18627þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1930þ þ6aa9d9cdde7f554783a00853e56f8a0eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17530.pngþ þþ
þST17531þ þST17531þ þST17531þ þST17531þ þST17531þ þST17531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/text-base/settings_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17553; ST18606;
ST18628þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1926þ þ60526b341b9624930d2c3e2a9471f398þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17531.pngþ þþ
þST17532þ þST17532þ þST17532þ þST17532þ þST17532þ þST17532þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/text-base/settings.png.svn-baseþ þþ þþ þ0þ þ1þ þST17554; ST18607; ST18629; ST19028;
ST19050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1694þ þdec36cff52763699d002774a8f852caaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17532.pngþ þTEXT\0003\ST17532.t
xtþ
þST17533þ þST17533þ þST17533þ þST17533þ þST17533þ þST17533þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/text-base/settingsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17555; ST18608;
ST18630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ2021þ þ66ff21d319f646d7afcfb1d16ff2f8ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17533.pngþ þþ
þST17534þ þST17534þ þST17534þ þST17534þ þST17534þ þST17534þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/text-base/settingsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17556; ST18609;
ST18631þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2024þ þ0fc87109b34b6579aec409f7c98dc6a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17534.pngþ þþ
þST17535þ þST17535þ þST17535þ þST17535þ þST17535þ þST17535þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/.sv
n/text-base/settingsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17557; ST18610;
ST18632þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1786þ þb80cd37ca1fc0939fcd1e1ac72e5f80aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17535.pngþ þTEXT\0003\ST17535.
txtþ
þST17536þ þST17536þ þST17536þ þST17536þ þST17536þ þST17536þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col
orfonts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc
propsþ þ.TXTþ þtext/plainþ þþ þ555þ þ8f6f9dea5cae0d8e8ed8174fbb9606c1þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17536.txtþ

þTEXT\0003\ST17536.txtþ
þST17537þ þST17537þ þST17537þ þST17537þ þST17537þ þST17537þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col
orfonts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:0
0þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ557þ þdb
8ef75a27952f0fa590b4957f0d4328þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17537.txtþ þTEXT\0003\ST17537.txtþ
þST17538þ þST17538þ þST17538þ þST17538þ þST17538þ þST17538þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col
orfonts/.svn/prop-base/colorfonts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;

ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;

ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;

ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17538.txtþ þTEXT\0003\ST1753
8.txtþ

þST17539þ þST17539þ þST17539þ þST17539þ þST17539þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col
orfonts/.svn/prop-base/colorfonts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;

ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17662; ST17663; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;

ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;

ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.png.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17539.txtþ þTEXT\0003\ST1753 9.txtþ

þST17540þ þST17540þ þST17540þ þST17540þ þST17540þ þST17540þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col orfonts/.svn/text-base/colorfonts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17542; ST18615; ST18617þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ2056þ þc4bdac47720313f057bf8a55a8d39272þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17540.pngþ þTEXT\0003\ST17540.txtþ

þST17541þ þST17541þ þST17541þ þST17541þ þST17541þ þST17541þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col orfonts/.svn/text-base/colorfonts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17543; ST18616; ST18618; ST19037;

ST19039þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ2059þ þ2d57c3e1142c5d8d1165bad5bdb63fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0005\ST17541.pngþ þTEXT\0003\ST17541.txtþ

þST17542þ þST17542þ þST17542þ þST17542þ þST17542þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col orfonts/colorfonts_dw.pngþ þþ þþ þ0þ þ1þ þST17540; ST18615; ST18617þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.pngþ þ.PNGþ þimage/pngþ þ þ þ2056þ þc4bdac47720313f057bf8a55a8d39272þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17542.pngþ þTEXT\0003\ST17542.txtþ þST17543þ þST17543þ þST17543þ þST17543þ þST17543þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/col orfonts/colorfonts_up.pngþ þþ þþ þ0þ þ1þ þST17541; ST18616; ST18618; ST19037; ST19039þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.pngþ þ.PNGþ þimage/pngþ þ þ þ2059þ þ2d57c3e1142c5d8d1165bad5bdb63fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17543.pngþ þTEXT\0003\ST17543.txtþ þST17544þ þST17544þ þST17544þ þST17544þ þST17544þ þST17544þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpro
psþ þ.TXTþ þtext/plainþ þþ þ534þ þda16ef8cddb59d5d497827efc555f270þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17544.txtþ þT
EXT\0003\ST17544.txtþ
þST17545þ þST17545þ þST17545þ þST17545þ þST17545þ þST17545þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ
2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ548þ þ31838c
94ec511fab44888cf73539d061þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0005\ST17545.txtþ þTEXT\0003\ST17545.txtþ
þST17546þ þST17546þ þST17546þ þST17546þ þST17546þ þST17546þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/.svn/prop-base/layouts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;

ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;

ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18445; ST18446; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;

ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17546.txtþ þTEXT\0003\ST17546.
txtþ
þST17547þ þST17547þ þST17547þ þST17547þ þST17547þ þST17547þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/.svn/prop-base/layouts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;

ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;

ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;

ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17547.txtþ þTEXT\0003\ST17547.
txtþ
þST17548þ þST17548þ þST17548þ þST17548þ þST17548þ þST17548þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/.svn/text-base/layouts_dw.png.svn-baseþ þþ þ0þ þ1þ þST17550; ST18623;
ST18625þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ169þ þe2e4511d91f90a2d21916da4751b39a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17548.pngþ þTEXT\0003\ST17548.txtþ
þST17549þ þST17549þ þST17549þ þST17549þ þST17549þ þST17549þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/.svn/text-base/layouts_up.png.svn-baseþ þþ þ0þ þ1þ þST17551; ST18624;
ST18626; ST19045;
ST19047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ177þ þee3cc3ee99ccf48c1bccb9ec7edf29b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17549.pngþ þTEXT\0003\ST17549.txtþ
þST17550þ þST17550þ þST17550þ þST17550þ þST17550þ þST17550þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/layouts_dw.pngþ þþ þþ þ0þ þ1þ þST17548; ST18623;
ST18625þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ
169þ þe2e4511d91f90a2d21916da4751b39a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17550.pngþ þTEXT\0003\ST17550.txtþ
þST17551þ þST17551þ þST17551þ þST17551þ þST17551þ þST17551þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/lay
outs/layouts_up.pngþ þþ þþ þ0þ þ1þ þST17549; ST18624; ST18626; ST19045;

ST19047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.pngþ þ.PNGþ þimage/pngþ þþ þ 1773þ þee3cc3ee99ccf48c1bccb9ec7edf29b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17551.pngþ þTEXT\0003\ST17551.txtþ þST17552þ þST17552þ þST17552þ þST17552þ þST17552þ þST17552þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/settings_hit.pngþ þþ þþ þ0þ þ1þ þST17530; ST18605;

ST18627þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1930þ þ6aa9d9cdde7f554783a00853e56f8a0eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17552.pngþ þþ þST17553þ þST17553þ þST17553þ þST17553þ þST17553þ þST17553þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/settings_over.pngþ þþ þþ þ0þ þ1þ þST17531; ST18606;

ST18628þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.pngþ þ.PNGþ þimage/pngþ þ þ þ1926þ þ60526b341b9624930d2c3e2a9471f398þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17553.pngþ þþ þST17554þ þST17554þ þST17554þ þST17554þ þST17554þ þST17554þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/settings.pngþ þþ þþ þ0þ þ1þ þST17532; ST18607; ST18629; ST19028;

ST19050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.pngþ þ.PNGþ þimage/pngþ þþ þ1694þ þdec36cff52763699d002774a8f852caaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17554.pngþ þTEXT\0003\ST17554.txtþ þST17555þ þST17555þ þST17555þ þST17555þ þST17555þ þST17555þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/settingsv_hit.pngþ þþ þþ þ0þ þ1þ þST17533; ST18608;

ST18630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.pngþ þ.PNGþ þimage/pngþ þ þ þ2021þ þ66ff21d319f646d7afcfb1d16ff2f8ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17555.pngþ þþ þST17556þ þST17556þ þST17556þ þST17556þ þST17556þ þST17556þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/settingsv_over.pngþ þþ þþ þ0þ þ1þ þST17534; ST18609;

ST18631þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ2024þ þ0fc87109b34b6579aec409f7c98dc6a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17556.pngþ þþ þST17557þ þST17557þ þST17557þ þST17557þ þST17557þ þST17557þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/settings/settingsv.pngþ þþ þþ þ0þ þ1þ þST17535; ST18610;

ST18632þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.pngþ þ.PNGþ þimage/pngþ þþ þ1786þ þb80cd37ca1fc0939fcd1e1ac72e5f80aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17557.pngþ þTEXT\0003\ST17557.txtþ
þST17558þ þST17558þ þST17558þ þST17558þ þST17558þ þST17558þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXT
þ þtext/plainþ þþ þ1229þ þ93a5db80700de632e0ee822fb8c89223þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17558.txtþ þTEXT\0003
\ST17558.txtþ
þST17559þ þST17559þ þST17560þ þST17559þ þST17560þ þST17559þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-0
5T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1231þ þabdf45f6729c88
6672f11b22d85092bdþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE
þ þTRUEþ þNATIVES\0005\ST17559.txtþ þTEXT\0003\ST17559.txtþ
þST17561þ þST17561þ þST17561þ þST17561þ þST17561þ þST17561þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/prop-base/toolbox_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;

ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0005\ST17561.txtþ þTEXT\0003\ST17561.txtþ
þST17562þ þST17562þ þST17562þ þST17562þ þST17562þ þST17562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/prop-base/toolbox_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;

ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17529; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;

ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17562.txtþ þTEXT\0003\ST17562.txtþ
þST17563þ þST17563þ þST17563þ þST17563þ þST17563þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn/prop-base/toolbox.png.svn-baseþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;

ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17564; ST17565; ST17566; ST17575; ST17576;

ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;

ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.png.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17563.txtþ þTEXT\0003\ST17563.txtþ þST17564þ þST17564þ þST17564þ þST17564þ þST17564þ þST17564þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn /prop-base/toolboxv_hit.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;

ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17565; ST17566; ST17575;

ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;

ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0005\ST17564.txtþ þTEXT\0003\ST17564.txtþ

þST17565þ þST17565þ þST17565þ þST17565þ þST17565þ þST17565þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn/prop-base/toolboxv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;

ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;

ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18131; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;

ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17565.txtþ þTEXT\0003\ST1756
5.txtþ
þST17566þ þST17566þ þST17566þ þST17566þ þST17566þ þST17566þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/prop-base/toolboxv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;

ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

```
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17566.txtþ þTEXT
\0003\ST17566.txtþ
þST17567þ þST17567þ þST17567þ þST17567þ þST17567þ þST17567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/text-base/toolbox_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17621; ST18642;
ST18696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1611þ þfe19c75eb1919c653905351723862ac3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17567.pngþ þþ
þST17568þ þST17568þ þST17568þ þST17568þ þST17568þ þST17568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/text-base/toolbox_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17622; ST18643;
ST18697þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1591þ þ16cedda53f5d86c9a9fba64f97bef505þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17568.pngþ þþ
þST17569þ þST17569þ þST17569þ þST17569þ þST17569þ þST17569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/text-base/toolbox.png.svn-baseþ þþ þþ þ0þ þ1þ þST17623; ST18644; ST18698; ST19065;
ST19119þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ1409þ þ0b6fbb18f35fbab7847a0d1643e9f115þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17569.pngþ þTEXT
```

\0003\ST17569.txtþ
þST17570þ þST17570þ þST17570þ þST17570þ þST17570þ þST17570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/text-base/toolboxv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17624; ST18645;
ST18699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1766þ þ32288153273b4f7cf2464530eb27a261þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17570.pngþ þþ
þST17571þ þST17571þ þST17571þ þST17571þ þST17571þ þST17571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/text-base/toolboxv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17625; ST18646;
ST18700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1766þ þ93517058a340b5019603cf61efa1281dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17571.pngþ þþ
þST17572þ þST17572þ þST17572þ þST17572þ þST17572þ þST17572þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn
/text-base/toolboxv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17626; ST18647;
ST18701þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1549þ þ2ce139e3eabe2facec48eec989921b94þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þimage þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17572.pngþ þTEXT\0003\ST17572.t
xtþ
þST17573þ þST17573þ þST17573þ þST17573þ þST17573þ þST17573þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ601þ þ7ae4dccece1ce60f6ed761abfa664de2þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1757
3.txtþ þTEXT\0003\ST17573.txtþ
þST17574þ þST17574þ þST17574þ þST17574þ þST17574þ þST17574þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ0
0:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þ57
7þ þa69fd600ab006bca50be30e4e76f7a26þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17574.txtþ þTEXT\0003\ST17574.txtþ
þST17575þ þST17575þ þST17575þ þST17575þ þST17575þ þST17575þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/.svn/prop-base/earnings_calendar_dw.svn-baseþ þþ þþ þ0þ þ1þ þST11157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;

ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;

ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;

ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17575.txtþ þTEXT\0003
\ST17575.txtþ
þST17576þ þST17576þ þST17576þ þST17576þ þST17576þ þST17576þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/.svn/prop-base/earnings_calendar_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;

ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;

ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;

ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17576.txtþ þTEXT\0003
\ST17576.txtþ
þST17577þ þST17577þ þST17577þ þST17577þ þST17577þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn

ings_calendar/.svn/text-base/earnings_calendar_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1757
9; ST18652;

ST18654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.png.svn-baseþ þ.P
NGþ þimage/pngþ þþ þ2363þ þ699e8de5bed2f5e6215ad24b421df5fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17577.pngþ þTEXT\000
3\ST17577.txtþ

þST17578þ þST17578þ þST17578þ þST17578þ þST17578þ þST17578þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/.svn/text-base/earnings_calendar_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1758
0; ST18653; ST18655; ST19074;

ST19076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.png.svn-baseþ þ.P
NGþ þimage/pngþ þþ þ2380þ þee2de082024e012e8adcc4d78496a783þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17578.pngþ þTEXT\000
3\ST17578.txtþ

þST17579þ þST17579þ þST17579þ þST17579þ þST17579þ þST17579þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/earnings_calendar_dw.pngþ þþ þþ þ0þ þ1þ þST17577; ST18652;

ST18654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.pngþ þ.PNGþ þimag
e/pngþ þþ þ2363þ þ699e8de5bed2f5e6215ad24b421df5fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17579.pngþ þTEXT\0003\ST17579
.txtþ

þST17580þ þST17580þ þST17580þ þST17580þ þST17580þ þST17580þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/earn
ings_calendar/earnings_calendar_up.pngþ þþ þþ þ0þ þ1þ þST17578; ST18653; ST18655;
ST19074;

ST19076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.pngþ þ.PNGþ þimag
e/pngþ þþ þ2380þ þee2de082024e012e8adcc4d78496a783þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17580.pngþ þTEXT\0003\ST17580
.txtþ

þST17581þ þST17581þ þST17581þ þST17581þ þST17581þ þST17581þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund
amentals/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ566þ þ8fee5b3a5ea39601c1c3d4f61c85797dþ þ1þ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17581.tx
tþ þTEXT\0003\ST17581.txtþ

þST17582þ þST17582þ þST17582þ þST17582þ þST17582þ þST17582þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund
amentals/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:
00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ562þ þe
e73ae38feb5632768c7d07425e056d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

FALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17582.txtþ þTEXT\0003\ST17582.txtþ
þST17583þ þST17583þ þST17583þ þST17583þ þST17583þ þST17583þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund
amentals/.svn/prop-base/fundamentals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;

ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;

ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.png.svn-baseþ þ.TXTþ þ

text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17583.txtþ þTEXT\0003\ST17
583.txtþ
þST17584þ þST17584þ þST17584þ þST17584þ þST17584þ þST17584þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund
amentals/.svn/prop-base/fundamentals_up.png.svn-baseþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;

ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;

ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;

ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.png.svn-baseþ þ.TXTþ þ text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17584.txtþ þTEXT\0003\ST17 584.txtþ

þST17585þ þST17585þ þST17585þ þST17585þ þST17585þ þST17585þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund amentals/.svn/text-base/fundamentals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17587; ST18660;

ST18662þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.png.svn-baseþ þ.PNGþ þ image/pngþ þþ þ2023þ þb95968a769e76b46f2de642374adbf36þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17585.pngþ þTEXT\0003\ST1 7585.txtþ

þST17586þ þST17586þ þST17586þ þST17586þ þST17586þ þST17586þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund amentals/.svn/text-base/fundamentals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17588; ST18661; ST18663; ST19082;

ST19084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.png.svn-baseþ þ.PNGþ þ image/pngþ þþ þ2025þ þ53867b493e0d35f2b9cfca3d03c5316fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17586.pngþ þTEXT\0003\ST1 7586.txtþ

þST17587þ þST17587þ þST17587þ þST17587þ þST17587þ þST17587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund amentals/fundamentals_dw.pngþ þþ þþ þ0þ þ1þ þST17585; ST18660;

ST18662þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.pngþ þ.PNGþ þimage/png þ þþ þ2023þ þb95968a769e76b46f2de642374adbf36þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17587.pngþ þTEXT\0003\ST17587.txtþ þST17588þ þST17588þ þST17588þ þST17588þ þST17588þ þST17588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/fund amentals/fundamentals_up.pngþ þþ þþ þ0þ þ1þ þST17586; ST18661; ST18663; ST19082;

ST19084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.pngþ þ.PNGþ þimage/png þ þþ þ2025þ þ53867b493e0d35f2b9cfca3d03c5316fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17588.pngþ þTEXT\0003\ST17588.txtþ þST17589þ þST17589þ þST17589þ þST17589þ þST17589þ þST17589þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indi ces_dashboard/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ601þ þd32482306cb2678c980ecea6ff40e2c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1758 9.txtþ þTEXT\0003\ST17589.txtþ

þST17590þ þST17590þ þST17590þ þST17590þ þST17590þ þST17590þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indi
ces_dashboard/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ0
0:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ57
7þ þ9de2bdc57e68418ed232a54026afba12þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17590.txtþ þTEXT\0003\ST17590.txtþ
þST17591þ þST17591þ þST17591þ þST17591þ þST17591þ þST17591þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indi
ces_dashboard/.svn/prop-base/indices_dashboard_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;

ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;

ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;

ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.png.svn-baseþ þ.T XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17591.txtþ þTEXT\0003 \ST17591.txtþ
þST17592þ þST17592þ þST17592þ þST17592þ þST17592þ þST17592þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indi ces_dashboard/.svn/prop-base/indices_dashboard_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157 9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;

ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;

ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;

ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17592.txtþ þTEXT\0003\ST17592.txtþ

þST17593þ þST17593þ þST17593þ þST17593þ þST17593þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indices_dashboard/.svn/text-base/indices_dashboard_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17595; ST18668;

ST18670þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2421þ þe73c23bcbc7c131c27e53ad69755ef98þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17593.pngþ þTEXT\0003\ST17593.txtþ

þST17594þ þST17594þ þST17594þ þST17594þ þST17594þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indices_dashboard/.svn/text-base/indices_dashboard_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17596; ST18669; ST18671; ST19090;

ST19092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2423þ þ2c2539518738520db9dccf1dc4910faaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17594.pngþ þTEXT\0003\ST17594.txtþ

þST17595þ þST17595þ þST17595þ þST17595þ þST17595þ þST17595þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indices_dashboard/indices_dashboard_dw.pngþ þþ þþ þ0þ þ1þ þST17593; ST18668;

ST18670þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2421þ þe73c23bcbc7c131c27e53ad69755ef98þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17595.pngþ þTEXT\0003\ST17595.txtþ

þST17596þ þST17596þ þST17596þ þST17596þ þST17596þ þST17596þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/indices_dashboard/indices_dashboard_up.pngþ þþ þþ þ0þ þ1þ þST17594; ST18669; ST18671; ST19090;

ST19092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.pngþ þ.PNGþ þimage/pngþ þþ þ2423þ þ2c2539518738520db9dccf1dc4910faaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17596.pngþ þTEXT\0003\ST17596.txtþ

þST17597þ þST17597þ þST17597þ þST17597þ þST17597þ þST17597þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/market_internals/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ594þ þ32bbd7dbf4148bc2e22fe06c1bce9838þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17597 .txtþ þTEXT\0003\ST17597.txtþ

þST17598þ þST17598þ þST17598þ þST17598þ þST17598þ þST17598þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/market_internals/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00 :00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ574 þ þd07902d58dd7e516f1bb9ea21f6c5cdfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17598.txtþ þTEXT\0003\ST17598.txtþ

þST17599þ þST17599þ þST17599þ þST17599þ þST17599þ þST17599þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/market_internals/.svn/prop-base/market_internals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;

ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;

ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;

ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17599.txtþ þTEXT\0003\S
T17599.txtþ

þST17600þ þST17600þ þST17600þ þST17600þ þST17600þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/mark
et_internals/.svn/prop-base/market_internals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;

ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;

ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;

ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17600.txtþ þTEXT\0003\S
T17600.txtþ
þST17601þ þST17601þ þST17601þ þST17601þ þST17601þ þST17601þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/mark
et_internals/.svn/text-base/market_internals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17603;
ST18676;
ST18678þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2124þ þae499290fa2c80284feb847d45dfac18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17601.pngþ þTEXT\0003
\ST17601.txtþ
þST17602þ þST17602þ þST17602þ þST17602þ þST17602þ þST17602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/mark
et_internals/.svn/text-base/market_internals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17604;
ST18677; ST18679; ST19098;
ST19100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2125þ þ3c5855966d3b5b8895a1d450a82519d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17602.pngþ þTEXT\0003
\ST17602.txtþ
þST17603þ þST17603þ þST17603þ þST17603þ þST17603þ þST17603þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/mark
et_internals/market_internals_dw.pngþ þþ þþ þ0þ þ1þ þST17601; ST18676;
ST18678þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.pngþ þ.PNGþ þimage
/pngþ þþ þ2124þ þae499290fa2c80284feb847d45dfac18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17603.pngþ þTEXT\0003\ST17603.txtþ
þST17604þ þST17604þ þST17604þ þST17604þ þST17604þ þST17604þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/market_internals/market_internals_up.pngþ þþ þþ þ0þ þ1þ þST17602; ST18677; ST18679; ST19098; ST19100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.pngþ þ.PNGþ þimage/pngþ þþ þ2125þ þ3c5855966d3b5b8895a1d450a82519d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17604.pngþ þTEXT\0003\ST17604.txtþ

þST17605þ þST17605þ þST17605þ þST17605þ þST17605þ þST17605þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ552þ þ8374f8a7ef3fa47baeaed96037ae48c5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17605.txtþ þTEXT\0003\ST17605.txtþ

þST17606þ þST17606þ þST17606þ þST17606þ þST17606þ þST17606þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þ556þ þ8586cb38c2f554dc8e6c2e34c6638110þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17606.txtþ þTEXT\0003\ST17606.txtþ

þST17607þ þST17607þ þST17607þ þST17607þ þST17607þ þST17607þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/.svn/prop-base/tickertape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;

ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;

ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;

ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17607.txtþ þTEXT\0003\ST1760
7.txtþ

þST17608þ þST17608þ þST17608þ þST17608þ þST17608þ þST17608þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tick
ertape/.svn/prop-base/tickertape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;

ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16666;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;

ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;

ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17608.txtþ þTEXT\0003\ST1760
8.txtþ

þST17609þ þST17609þ þST17609þ þST17609þ þST17609þ þST17609þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tick
ertape/.svn/text-base/tickertape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17611; ST18684;
ST18686þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1854þ þ373e2f7a44ec79fbc277610a96589feaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17609.pngþ þTEXT\0003\ST17609.txtþ

þST17610þ þST17610þ þST17610þ þST17610þ þST17610þ þST17610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tick
ertape/.svn/text-base/tickertape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17612; ST18685;
ST18687; ST19106;
ST19108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1851þ þa79763abb57799e0e9135804d8a2dd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17610.pngþ þTEXT\0003\ST17610.txtþ

þST17611þ þST17611þ þST17611þ þST17611þ þST17611þ þST17611þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tick
ertape/tickertape_dw.pngþ þþ þþ þ0þ þ1þ þST17609; ST18684;
ST18686þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.pngþ þ.PNGþ þimage/pngþ þ
þ þ1854þ þ373e2f7a44ec79fbc277610a96589feaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17611.pngþ þTEXT\0003\ST17611.txtþ
þST17612þ þST17612þ þST17612þ þST17612þ þST17612þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tick
ertape/tickertape_up.pngþ þþ þþ þ0þ þ1þ þST17610; ST18685; ST18687; ST19106;
ST19108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.pngþ þ.PNGþ þimage/pngþ þþ þþ þþ þ
þ þ1851þ þa79763abb57799e0e9135804d8a2dd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17612.pngþ þTEXT\0003\ST17612.txtþ
þST17613þ þST17613þ þST17613þ þST17613þ þST17613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/time
sales/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ545þ þ54864328c794412d6ad750a5ddb10c41þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17613.tx
tþ þTEXT\0003\ST17613.txtþ
þST17614þ þST17614þ þST17614þ þST17614þ þST17614þ þST17614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/time
sales/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ
þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ553þ þd842b
f61197edcf515eb77693865d0c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0006\ST17614.txtþ þTEXT\0003\ST17614.txtþ
þST17615þ þST17615þ þST17615þ þST17615þ þST17615þ þST17615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/time
sales/.svn/prop-base/timesales_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;

ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;

ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;

ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17615.txtþ þTEXT\0003\ST17615
.txtþ
þST17616þ þST17616þ þST17616þ þST17616þ þST17616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/time
sales/.svn/prop-base/timesales_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;

ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;

ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18789; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;

ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17616.txtþ þTEXT\0003\ST17616
.txtþ
þST17617þ þST17617þ þST17617þ þST17617þ þST17617þ þST17617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/time
sales/.svn/text-base/timesales_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17619; ST18692;
ST18694þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2148þ þ4d532f007e2649cded875c33a2c0356cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17617.pngþ þTEXT\0003\ST1761
7.txtþ
þST17618þ þST17618þ þST17618þ þST17618þ þST17618þ þST17618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/time
sales/.svn/text-base/timesales_up.png.svn-baseþ þþ þ0þ þ1þ þST17620; ST18693;
ST18695; ST19114;
ST19116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.png.svn-baseþ þ.PNGþ þima

ge/pngþ þþ þ2139þ þ542af80749eef22bcd12c4105ca1e1b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17618.pngþ þTEXT\0003\ST17618.txtþ

þST17619þ þST17619þ þST17619þ þST17619þ þST17619þ þST17619þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/timesales_dw.pngþ þþ þþ þ0þ þ1þ þST17617; ST18692;

ST18694þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2148þ þ4d532f007e2649cded875c33a2c0356cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17619.pngþ þTEXT\0003\ST17619.txtþ

þST17620þ þST17620þ þST17620þ þST17620þ þST17620þ þST17620þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/timesales_up.pngþ þþ þþ þ0þ þ1þ þST17618; ST18693; ST18695; ST19114;

ST19116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.pngþ þ.PNGþ þimage/pngþ þþ þ2139þ þ542af80749eef22bcd12c4105ca1e1b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17620.pngþ þTEXT\0003\ST17620.txtþ

þST17621þ þST17621þ þST17621þ þST17621þ þST17621þ þST17621þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolbox_hit.pngþ þþ þþ þ0þ þ1þ þST17567; ST18642;

ST18696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1611þ þfe19c75eb1919c653905351723862ac3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17621.pngþ þþ

þST17622þ þST17622þ þST17622þ þST17622þ þST17622þ þST17622þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolbox_over.pngþ þþ þþ þ0þ þ1þ þST17568; ST18643;

ST18697þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.pngþ þ.PNGþ þimage/pngþ þþ þ1591þ þ16cedda53f5d86c9a9fbaa64f97bef505þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17622.pngþ þþ

þST17623þ þST17623þ þST17623þ þST17623þ þST17623þ þST17623þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolbox.pngþ þþ þþ þ0þ þ1þ þST17569; ST18644; ST18698; ST19065;

ST19119þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.pngþ þ.PNGþ þimage/pngþ þþ þ1409þ þ0b6fbb18f35fbab7847a0d1643e9f115þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17623.pngþ þTEXT\0003\ST17623.txtþ

þST17624þ þST17624þ þST17624þ þST17624þ þST17624þ þST17624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolboxv_hit.pngþ þþ þþ þ0þ þ1þ þST17570; ST18645;

ST18699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1766þ þ32288153273b4f7cf2464530eb27a261þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17624.pngþ þþ
þST17625þ þST17625þ þST17625þ þST17625þ þST17625þ þST17625þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tool
boxv_over.pngþ þþ þþ þ0þ þ1þ þST17571; ST18646;
ST18700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.pngþ þ.PNGþ þimage/pngþ þ
þ þ1766þ þ93517058a340b5019603cf61efa1281dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17625.pngþ þþ
þST17626þ þST17626þ þST17626þ þST17626þ þST17626þ þST17626þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/tool
boxv.pngþ þþ þþ þ0þ þ1þ þST17572; ST18647;
ST18701þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.pngþ þ.PNGþ þimage/pngþ þþ þ15
49þ þ2ce139e3eabe2facec48eec989921b94þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17626.pngþ þTEXT\0003\ST17626.txtþ
þST17627þ þST17627þ þST17627þ þST17627þ þST17627þ þST17627þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þal
l-wcpropsþ þ.TXTþ þtext/plainþ þþ þ587þ þa14bf2d067ef2a87068105999d8f043fþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17627.
txtþ þTEXT\0003\ST17627.txtþ
þST17628þ þST17628þ þST17628þ þST17628þ þST17628þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:
00:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ571þ
þc2abf38ceee6dd4155af69aae320b842þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17628.txtþ þTEXT\0003\ST17628.txtþ
þST17629þ þST17629þ þST17629þ þST17629þ þST17629þ þST17629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/.svn/prop-base/vwap_calculator_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;

ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;

ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;

ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17629.txtþ þTEXT\0003\ST
17629.txtþ

þST17630þ þST17630þ þST17630þ þST17630þ þST17630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/.svn/prop-base/vwap_calculator_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;

ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;

ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;

ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17630.txtþ þTEXT\0003\ST
17630.txtþ
þST17631þ þST17631þ þST17631þ þST17631þ þST17631þ þST17631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/.svn/text-base/vwap_calculator_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17633;
ST18706;
ST18708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2520þ þcdb03d80067f38a761f3a6155ee9d761þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17631.pngþ þTEXT\0003\S
T17631.txtþ
þST17632þ þST17632þ þST17632þ þST17632þ þST17632þ þST17632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/.svn/text-base/vwap_calculator_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17634;
ST18707; ST18709; ST19128;
ST19130þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2513þ þa45503e3312f20813fd144c9f681da4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17632.pngþ þTEXT\0003\S
T17632.txtþ
þST17633þ þST17633þ þST17633þ þST17633þ þST17633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/vwap_calculator_dw.pngþ þþ þþ þ0þ þ1þ þST18706;
ST18708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.pngþ þ.PNGþ þimage/
pngþ þþ þ2520þ þcdb03d80067f38a761f3a6155ee9d761þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17633.pngþ þTEXT\0003\ST17633.
txtþ
þST17634þ þST17634þ þST17634þ þST17634þ þST17634þ þST17634þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap
_calculator/vwap_calculator_up.pngþ þþ þþ þ0þ þ1þ þST17632; ST18707; ST18709;
ST19128;
ST19130þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.pngþ þ.PNGþ þimage/
pngþ þþ þ2513þ þa45503e3312f20813fd144c9f681da4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17634.pngþ þTEXT\0003\ST17634.
txtþ
þST17635þ þST17635þ þST17635þ þST17635þ þST17635þ þST17635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.
TXTþ þtext/plainþ þþ þ1286þ þ5a443585bbc8ba483d641e5d1615f71cþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17635.txtþ þTEXT\00
03\ST17635.txtþ
þST17636þ þST17636þ þST17637þ þST17636þ þST17637þ þST17636þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-1
0-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1192þ þ0078c288a62
a51f4673eae13e0f34993þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0006\ST17636.txtþ þTEXT\0003\ST17636.txtþ
þST17638þ þST17638þ þST17638þ þST17638þ þST17638þ þST17638þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/prop-base/view_feeds_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;

ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;

ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;

ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17638.txtþ þTEXT\0003\ST17638.txtþ
þST17639þ þST17639þ þST17639þ þST17639þ þST17639þ þST17639þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.svn/prop-base/view_feeds_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;

ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;

ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;

ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17639.txtþ þTEXT\0003\ST17
639.txtþ
þST17640þ þST17640þ þST17640þ þST17640þ þST17640þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.

svn/prop-base/view_feeds.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;

ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;

ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17640.txtþ þTEXT\0003\ST17640.
txtþ
þST17641þ þST17641þ þST17641þ þST17641þ þST17641þ þST17641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/prop-base/view_feedsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;

ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17641.txtþ þTEXT\0003\ST17
641.txtþ

þST17642þ þST17642þ þST17642þ þST17642þ þST17642þ þST17642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/prop-base/view_feedsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;

ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;

ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17642.txtþ þTEXT\0003\ST1
7642.txtþ
þST17643þ þST17643þ þST17643þ þST17643þ þST17643þ þST17643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/prop-base/view_feedsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;

ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;

ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18381; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17643.txtþ þTEXT\0003\ST17643.txtþ
þST17644þ þST17644þ þST17644þ þST17644þ þST17644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/text-base/view_feeds_hit.png.svn-baseþ þþ þ0þ þ1þ þST17690; ST18719;
ST18765þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ1989þ þd460602974a5947f33a2ee52e49310a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17644.pngþ þþ
þST17645þ þST17645þ þST17645þ þST17645þ þST17645þ þST17645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/text-base/view_feeds_over.png.svn-baseþ þþ þ0þ þ1þ þST17691; ST18720;
ST18766þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ1982þ þ7203c0042d22829a5a8548e855c4a344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17645.pngþ þþ
þST17646þ þST17646þ þST17646þ þST17646þ þST17646þ þST17646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/text-base/view_feeds.png.svn-baseþ þþ þþ þ0þ þ1þ þST17692; ST18721;
ST18767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1762þ þ3ce46baf793e62838a602d1d0fd5f8b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17646.pngþ þTEXT\0003\ST17646.txtþ
þST17647þ þST17647þ þST17647þ þST17647þ þST17647þ þST17647þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/text-base/view_feedsv_hit.png.svn-baseþ þþ þ0þ þ1þ þST17693; ST18722;
ST18768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ2221þ þae224919f4560e72c45f127520e6fab5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17647.pngþ þþ
þST17648þ þST17648þ þST17648þ þST17648þ þST17648þ þST17648þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/text-base/view_feedsv_over.png.svn-baseþ þþ þ0þ þ1þ þST17694; ST18723;
ST18769þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ2217þ þ5426cad475f8f39742eb5648f2d964f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17648.pngþ þþ
þST17649þ þST17649þ þST17649þ þST17649þ þST17649þ þST17649þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.
svn/text-base/view_feedsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17695; ST18724;

ST18770þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ1922þ þ052cf918152cea3fe65efb61445967daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17649.pngþ þTEXT\0003\ST17649 .txtþ

þST17650þ þST17650þ þST17650þ þST17650þ þST17650þ þST17650þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e tf_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc propsþ þ.TXTþ þtext/plainþ þþ þ547þ þb71ab64e28f17b7ea2e31a2504da94ceþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17650.txtþ þTEXT\0003\ST17650.txtþ

þST17651þ þST17651þ þST17651þ þST17651þ þST17651þ þST17651þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e tf_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:0 0þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ553þ þ91 32d3eae1c4beb1a07d09f2b4a70e02þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17651.txtþ þTEXT\0003\ST17651.txtþ

þST17652þ þST17652þ þST17652þ þST17652þ þST17652þ þST17652þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e tf_view/.svn/prop-base/etf_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;

ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;

ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;

ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17652.txtþ þTEXT\0003\ST17652.txtþ
þST17653þ þST17653þ þST17653þ þST17653þ þST17653þ þST17653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e
tf_view/.svn/prop-base/etf_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;

ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;

ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;

ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17653.txtþ þTEXT\0003\ST17653.txtþ
þST17654þ þST17654þ þST17654þ þST17654þ þST17654þ þST17654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e
tf_view/.svn/text-base/etf_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17656; ST18729;
ST18731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1620þ þ59214c19c56a8fcb607f8159d672ec7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17654.pngþ þTEXT\0003\ST17654
.txtþ
þST17655þ þST17655þ þST17655þ þST17655þ þST17655þ þST17655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e
tf_view/.svn/text-base/etf_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17657; ST18730;
ST18732; ST19180;
ST19182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1628þ þ7bbe5af4892d2c5910310d8bc20e0ce8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17655.pngþ þTEXT\0003\ST17655
.txtþ
þST17656þ þST17656þ þST17656þ þST17656þ þST17656þ þST17656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e
tf_view/etf_view_dw.pngþ þþ þþ þ0þ þ1þ þST17654; ST18729;
ST18731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.pngþ þ.PNGþ þimage/pngþ þþ
þ1620þ þ59214c19c56a8fcb607f8159d672ec7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17656.pngþ þTEXT\0003\ST17656.txtþ
þST17657þ þST17657þ þST17657þ þST17657þ þST17657þ þST17657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/e
tf_view/etf_view_up.pngþ þþ þþ þ0þ þ1þ þST17655; ST18730; ST18732; ST19180;
ST19182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.pngþ þ.PNGþ þimage/pngþ þþ
þ1628þ þ7bbe5af4892d2c5910310d8bc20e0ce8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17657.pngþ þTEXT\0003\ST17657.txtþ
þST17658þ þST17658þ þST17658þ þST17658þ þST17658þ þST17658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/i
ndex_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ561þ þ918cc426b407b43c7fe3ab9ad0516f38þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17658.tx
tþ þTEXT\0003\ST17658.txtþ
þST17659þ þST17659þ þST17659þ þST17659þ þST17659þ þST17659þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/i
ndex_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00
:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ559þ þ
3fc716e698338520ceb205cab815ab1dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17659.txtþ þTEXT\0003\ST17659.txtþ
þST17660þ þST17660þ þST17660þ þST17660þ þST17660þ þST17660þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/i
ndex_view/.svn/prop-base/index_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;

ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;

ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;

ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17660.txtþ þTEXT\0003\ST1766
0.txtþ
þST17661þ þST17661þ þST17661þ þST17661þ þST17661þ þST17661þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/i
ndex_view/.svn/prop-base/index_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;

ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16666;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17043; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;

ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;

ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17661.txtþ þTEXT\0003\ST1766
1.txtþ

þST17662þ þST17662þ þST17662þ þST17662þ þST17662þ þST17662þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/i
ndex_view/.svn/text-base/index_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17664; ST18737;
ST18739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1844þ þ90a5a08b776dbdf30802280d76936125þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17662.pngþ þTEXT\0003\ST17662.txtþ

þST17663þ þST17663þ þST17663þ þST17663þ þST17663þ þST17663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/i
ndex_view/.svn/text-base/index_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17665; ST18738;
ST18740; ST19188;
ST19190þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1840þ þ8c9db6b74771d078107467a04c0c2660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17663.pngþ þTEXT\0003\ST17663.txtþ

þST17664þ þST17664þ þST17664þ þST17664þ þST17664þ þST17664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/index_view/index_view_dw.pngþ þþ þþ þ0þ þ1þ þST17662; ST18737;
ST18739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.pngþ þ.PNGþ þimage/pngþ þ þ1844þ þ90a5a08b776dbdf30802280d76936125þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17664.pngþ þTEXT\0003\ST17664.txtþ þST17665þ þST17665þ þST17665þ þST17665þ þST17665þ þST17665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/index_view/index_view_up.pngþ þþ þþ þ0þ þ1þ þST17663; ST18738; ST18740; ST19188;
ST19190þ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.pngþ þ.PNGþ þimage/pngþ þ þ1840þ þ8c9db6b74771d078107467a04c0c2660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17665.pngþ þTEXT\0003\ST17665.txtþ þST17666þ þST17666þ þST17666þ þST17666þ þST17666þ þST17666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/market_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þST17578; þþ þþ þþ þþ þþ þall
-wcpropsþ þ.TXTþ þtext/plainþ þþ þ568þ þ2329e3d30150f9c79543517c11b6ab44þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17666.txtþ þTEXT\0003\ST17666.txtþ
þST17667þ þST17667þ þST17667þ þST17667þ þST17667þ þST17667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/market_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:0
0:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ562þ
þ77ad05a94e3a86694f471d9e319ed498þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17667.txtþ þTEXT\0003\ST17667.txtþ
þST17668þ þST17668þ þST17668þ þST17668þ þST17668þ þST17668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/market_view/.svn/prop-base/market_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;

ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;

ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;

ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17668.txtþ þTEXT\0003\ST17668.txtþ
þST17669þ þST17669þ þST17669þ þST17669þ þST17669þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/m
arket_view/.svn/prop-base/market_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;

ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;

ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;

ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17669.txtþ þTEXT\0003\ST17669.txtþ
þST17670þ þST17670þ þST17670þ þST17670þ þST17670þ þST17670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/m
arket_view/.svn/text-base/market_view_dw.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST17672;
ST18745;
ST18747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2023þ þ88f0dda2c70c7034e6f8ba9df5b34b65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17670.pngþ þTEXT\0003\ST17
670.txtþ
þST17671þ þST17671þ þST17671þ þST17671þ þST17671þ þST17671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/m
arket_view/.svn/text-base/market_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17673;
ST18746; ST18748; ST19196;

ST19198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2029þ þ2f814694b1857cd884b2f276b5c6947eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17671.pngþ þTEXT\0003\ST17 671.txtþ

þST17672þ þST17672þ þST17672þ þST17672þ þST17672þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/m arket_view/market_view_dw.pngþ þþ þþ þ0þ þ1þ þST17670; ST18745;

ST18747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2023þ þ88f0dda2c70c7034e6f8ba9df5b34b65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17672.pngþ þTEXT\0003\ST17672.txtþ þST17673þ þST17673þ þST17673þ þST17673þ þST17673þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/m arket_view/market_view_up.pngþ þþ þþ þ0þ þ1þ þST17671; ST18746; ST18748; ST19196;

ST19198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.pngþ þ.PNGþ þimage/pngþ þþ þ2029þ þ2f814694b1857cd884b2f276b5c6947eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17673.pngþ þTEXT\0003\ST17673.txtþ þST17674þ þST17674þ þST17674þ þST17674þ þST17674þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s ector_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþall -wcpropsþ þ.TXTþ þtext/plainþ þþ þ568þ þa62788179653350d903c57833edc9e8cþ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17674.t xtþ þTEXT\0003\ST17674.txtþ

þST17675þ þST17675þ þST17675þ þST17675þ þST17675þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s ector_view/.svn/entriesþ þþ þþ þ0þ þþ þþ þ10/05/2010þ þ00:0 0:00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ562þ þcec1659ddef5b166d366002b2b12b6ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17675.txtþ þTEXT\0003\ST17675.txtþ þST17676þ þST17676þ þST17676þ þST17676þ þST17676þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s ector_view/.svn/prop-base/sector_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;

ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;

ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;

ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17676.txtþ þTEXT\0003\ST17676.txtþ
þST17677þ þST17677þ þST17677þ þST17677þ þST17677þ þST17677þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s
ector_view/.svn/prop-base/sector_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;

ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;

ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;

ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17677.txtþ þTEXT\0003\ST17677.txtþ
þST17678þ þST17678þ þST17678þ þST17678þ þST17678þ þST17678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s
ector_view/.svn/text-base/sector_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17680;
ST18753;
ST18755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ1988þ þ5ced24f02df5fc678180db2c98575b05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17678.pngþ þTEXT\0003\ST17
678.txtþ

þST17679þ þST17679þ þST17679þ þST17679þ þST17679þ þST17679þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/sector_view/.svn/text-base/sector_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17681; ST18754; ST18756; ST19204; ST19206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1984þ þe44bd47b080dca5b68873f152aeca5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17679.pngþ þTEXT\0003\ST17679.txtþ

þST17680þ þST17680þ þST17680þ þST17680þ þST17680þ þST17680þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/sector_view/sector_view_dw.pngþ þþ þþ þ0þ þ1þ þST17678; ST18753; ST18755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1988þ þ5ced24f02df5fc678180db2c98575b05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17680.pngþ þTEXT\0003\ST17680.txtþ

þST17681þ þST17681þ þST17681þ þST17681þ þST17681þ þST17681þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/sector_view/sector_view_up.pngþ þþ þþ þ0þ þ1þ þST17679; ST18754; ST18756; ST19204; ST19206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.pngþ þ.PNGþ þimage/pngþ þþ þ1984þ þe44bd47b080dca5b68873f152aeca5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17681.pngþ þTEXT\0003\ST17681.txtþ

þST17682þ þST17682þ þST17682þ þST17682þ þST17682þ þST17682þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/short_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ561þ þf8fb7a66be0f2ee5da827403178d5f1cþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17682.txtþ þTEXT\0003\ST17682.txtþ

þST17683þ þST17683þ þST17683þ þST17683þ þST17683þ þST17683þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/short_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00 :00þ þ2010-10-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ559þ þ5215af703dd6b62751a3a02de26b1f8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17683.txtþ þTEXT\0003\ST17683.txtþ

þST17684þ þST17684þ þST17684þ þST17684þ þST17684þ þST17684þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/short_view/.svn/prop-base/short_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;

ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;

ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;

ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17684.txtþ þTEXT\0003\ST1768
4.txtþ
þST17685þ þST17685þ þST17685þ þST17685þ þST17685þ þST17685þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s
hort_view/.svn/prop-base/short_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;

ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;

ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18380; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;

ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17685.txtþ þTEXT\0003\ST1768
5.txtþ
þST17686þ þST17686þ þST17686þ þST17686þ þST17686þ þST17686þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s

hort_view/.svn/text-base/short_view_dw.png.svn-baseþ þþ þþ þ þ0þ þ1þ þST17688; ST18761; ST18763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1780þ þc30e6ca3aa868b2f1339d6319b463ed3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0006\ST17686.pngþ þTEXTþ\0003\ST17686.txtþ

þST17687þ þST17687þ þST17687þ þST17687þ þST17687þ þST17687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s hort_view/.svn/text-base/short_view_up.png.svn-baseþ þþ þ0þ þ1þ þST17689; ST18762; ST18764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1795þ þf8abeffbcfd51dbd1ef473e5748b3840þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0006\ST17687.pngþ þTEXTþ\0003\ST17687.txtþ

þST17688þ þST17688þ þST17688þ þST17688þ þST17688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s hort_view/short_view_dw.pngþ þþ þþ þ0þ þ1þ þST17686; ST18761; ST18763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.pngþ þ.PNGþ þimage/pngþ þ þ1780þ þc30e6ca3aa868b2f1339d6319b463ed3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17688.pngþ þTEXTþ\0003\ST17688.txtþ þST17689þ þST17689þ þST17689þ þST17689þ þST17689þ þST17689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/s hort_view/short_view_up.pngþ þþ þþ þ0þ þ1þ þST17687; ST18762; ST18764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.pngþ þ.PNGþ þimage/pngþ þ þ1795þ þf8abeffbcfd51dbd1ef473e5748b3840þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17689.pngþ þTEXTþ\0003\ST17689.txtþ þST17690þ þST17690þ þST17690þ þST17690þ þST17690þ þST17690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/v iew_feeds_hit.pngþ þþ þþ þ0þ þ1þ þST17644; ST18719; ST18765þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1989þ þd460602974a5947f33a2ee52e49310a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17690.pngþ þþ

þST17691þ þST17691þ þST17691þ þST17691þ þST17691þ þST17691þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/v iew_feeds_over.pngþ þþ þþ þ0þ þ1þ þST17645; ST18720; ST18766þ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.pngþ þ.PNGþ þimage/png þ þþ þ1982þ þ7203c0042d22829a5a8548e855c4a344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17691.pngþ þþ

þST17692þ þST17692þ þST17692þ þST17692þ þST17692þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/v

iew_feeds.pngþ þþ þþ þ0þ þ1þ þST17646; ST18721;
ST18767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.pngþ þ.PNGþ þimage/pngþ þþ þ
1762þ þ3ce46baf793e62838a602d1d0fd5f8b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17692.pngþ þTEXT\0003\ST17692.txtþ
þST17693þ þST17693þ þST17693þ þST17693þ þST17693þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/v
iew_feedsv_hit.pngþ þþ þþ þ0þ þ1þ þST17647; ST18722;
ST18768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.pngþ þ.PNGþ þimage/png
þ þþ þ2221þ þae224919f4560e72c45f127520e6fab5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17693.pngþ þþ
þST17694þ þST17694þ þST17694þ þST17694þ þST17694þ þST17694þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/v
iew_feedsv_over.pngþ þþ þþ þ0þ þ1þ þST17648; ST18723;
ST18769þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.pngþ þ.PNGþ þimage/pn
gþ þþ þ2217þ þ5426cad475f8f39742eb5648f2d964f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17694.pngþ þþ
þST17695þ þST17695þ þST17695þ þST17695þ þST17695þ þST17695þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/view_feeds/v
iew_feedsv.pngþ þþ þþ þ0þ þ1þ þST17649; ST18724;
ST18770þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.pngþ þ.PNGþ þimage/pngþ þþ
þ1922þ þ052cf918152cea3fe65efb61445967daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17695.pngþ þTEXT\0003\ST17695.txtþ
þST17696þ þST17696þ þST17696þ þST17696þ þST17696þ þST17696þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.T
XTþ þtext/plainþ þþ þ1267þ þc6b1c637130d9fb82346215fb31cc7b2þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17696.txtþ þTEXT\0003\ST17696.txtþ
þST17697þ þST17697þ þST17698þ þST17697þ þST17698þ þST17697þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10
-05T00:00:00-04:00þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1100þ þ1e471cdcbcf8
ec8f9b6b5981bed4a944þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0006\ST17697.txtþ þTEXT\0003\ST17697.txtþ
þST17699þ þST17699þ þST17699þ þST17699þ þST17699þ þST17699þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/prop-base/watchlist_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;

ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;

ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;

ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19147; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17699.txtþ þTEXT\0003\ST1769
9.txtþ
þST17700þ þST17700þ þST17700þ þST17700þ þST17700þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s

vn/prop-base/watchlist_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;

ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;

ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17700.txtþ þTEXT\0003\ST17700.txtþ
þST17701þ þST17701þ þST17701þ þST17701þ þST17701þ þST17701þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/prop-base/watchlist.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;

ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17701.txtþ þTEXT\0003\ST17701.t
xtþ

þST17702þ þST17702þ þST17702þ þST17702þ þST17702þ þST17702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/prop-base/watchlistv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;

ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17129; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17702.txtþ þTEXT\0003\ST17702.txtþ
þST17703þ þST17703þ þST17703þ þST17703þ þST17703þ þST17703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/prop-base/watchlistv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;

ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;

ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18379; ST18381; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17703.txtþ þTEXT\0003\ST17
703.txtþ

þST17704þ þST17704þ þST17704þ þST17704þ þST17704þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/prop-base/watchlistv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;

ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;

ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;

ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17704.txtþ þTEXT\0003\ST17704. txtþ

þST17705þ þST17705þ þST17705þ þST17705þ þST17705þ þST17705þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s vn/text-base/watchlist_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17711; ST18780;

ST18786þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1968þ þda301e91b03ef7ee0e42baf376140142þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17705.pngþ þþ

þST17706þ þST17706þ þST17706þ þST17706þ þST17706þ þST17706þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s vn/text-base/watchlist_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17712; ST18781;

ST18787þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ1967þ þ17e178bc0a2e8a455ef1b38545631eb6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17706.pngþ þþ

þST17707þ þST17707þ þST17707þ þST17707þ þST17707þ þST17707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s vn/text-base/watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST17713; ST18782; ST18788; ST19232;

ST19238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1759þ þ1b39a4b338139a9a26cee7ff6e370fd4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17707.pngþ þTEXT\0003\ST17707. txtþ

þST17708þ þST17708þ þST17708þ þST17708þ þST17708þ þST17708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s vn/text-base/watchlistv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17714; ST18783;

ST18789þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2065þ þc830ce5f84ed930d6d2d66330ce10453þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17708.pngþ þþ

þST17709þ þST17709þ þST17709þ þST17709þ þST17709þ þST17709þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s vn/text-base/watchlistv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17715; ST18784;

ST18790þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.png.svn-baseþ þ.PNGþ þ image/pngþ þþ þ2076þ þf2d13460f94b7edfbfd34c0d13b3d7caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17709.pngþ þþ

þST17710þ þST17710þ þST17710þ þST17710þ þST17710þ þST17710þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/.s
vn/text-base/watchlistv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17716; ST18785;
ST18791þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1834þ þd76a57e1a8041aa93d85dd7d2d594317þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17710.pngþ þTEXT\0003\ST17710.txtþ
þST17711þ þST17711þ þST17711þ þST17711þ þST17711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/wa
tchlist_hit.pngþ þþ þþ þ0þ þ1þ þST17705; ST18780;
ST18786þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.pngþ þ.PNGþ þimage/pngþ
þ þ1968þ þda301e91b03ef7ee0e42baf376140142þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17711.pngþ þþ
þST17712þ þST17712þ þST17712þ þST17712þ þST17712þ þST17712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/wa
tchlist_over.pngþ þþ þþ þ0þ þ1þ þST17706; ST18781;
ST18787þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.pngþ þ.PNGþ þimage/pngþ
þþ þ1967þ þ17e178bc0a2e8a455ef1b38545631eb6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17712.pngþ þþ
þST17713þ þST17713þ þST17713þ þST17713þ þST17713þ þST17713þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/wa
tchlist.pngþ þþ þþ þ0þ þ1þ þST17707; ST18782; ST18788; ST19232;
ST19238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.pngþ þ.PNGþ þimage/pngþ þþ þ1
759þ þ1b39a4b338139a9a26cee7ff6e370fd4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17713.pngþ þTEXT\0003\ST17713.txtþ
þST17714þ þST17714þ þST17714þ þST17714þ þST17714þ þST17714þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/wa
tchlistv_hit.pngþ þþ þþ þ0þ þ1þ þST17708; ST18783;
ST18789þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.pngþ þ.PNGþ þimage/pngþ
þþ þ2065þ þc830ce5f84ed930d6d2d66330ce10453þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17714.pngþ þþ
þST17715þ þST17715þ þST17715þ þST17715þ þST17715þ þST17715þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/wa
tchlistv_over.pngþ þþ þþ þ0þ þ1þ þST17709; ST18784;
ST18790þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.pngþ þ.PNGþ þimage/png
þ þþ þ2076þ þf2d13460f94b7edfbfd34c0d13b3d7caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17715.pngþ þþ
þST17716þ þST17716þ þST17716þ þST17716þ þST17716þ þST17716þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/launchpad_group/images/watchlist/watchlistv.pngþ þþ þþ þ0þ þ1þ þST17710; ST18785;
ST18791þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.pngþ þ.PNGþ þimage/pngþ þþ þ 1834þ þd76a57e1a8041aa93d85dd7d2d594317þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17716.pngþ þTEXT\0003\ST17716.txtþ þST17717þ þST17717þ þST17717þ þST17717þ þST17717þ þST17717þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/logo_pro.pngþ þþ þþ þ0þ þ1þ þST17221þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo_pro.pngþ þ.PNGþ þimage/pngþ þþ þ17168þ þa6b60ba64d3a038e5f71ad012ada93e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17717.pngþ þST17718þ þST17718þ þST17718þ þST17718þ þST17718þ þST17718þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ129þ þ96c50f6186a51795fdb59796c684b1c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17718.txtþ þTEXT\0003\ST17718.txtþ þST17719þ þST17719þ þST17719þ þST17719þ þST17719þ þST17719þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ285þ þ611ace821520eef45cf5314d236e0b74þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17719.txtþ þTEXT\0003\ST17719.txtþ þST17720þ þST17720þ þST17720þ þST17720þ þST17720þ þST17720þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ140þ þ63b311053de04440f8964a580e965a75þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17720.txtþ þTEXT\0003\ST17720.txtþ
þST17721þ þST17721þ þST17721þ þST17721þ þST17721þ þST17721þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ270þ þ6d852c64d34b15d6190e96f6684635bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17721.txtþ þTEXT\0003\ST17721.txtþ
þST17722þ þST17722þ þST17722þ þST17722þ þST17722þ þST17722þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ330þ þ05315ea725639f652fb281ca57cb3b1bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17722.txtþ þTEXT\0003\ST17

722.txtþ

þST17723þ þST17723þ þST17723þ þST17723þ þST17723þ þST17723þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/en
triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T0
0:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ404þ þ85b6e38abc24b527d1
0ed765f8ac8ac5b þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0006\ST17723.txtþ þTEXT\0003\ST17723.txtþ

þST17724þ þST17724þ þST17724þ þST17724þ þST17724þ þST17724þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/pr
op-base/tape_speed_new.jpg.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed_new.jpg.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17724.txtþ þTEXT\0003\ST17724.txtþ
þST17725þ þST17725þ þST17725þ þST17725þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/te
xt-base/tape_speed_new.jpg.svn-baseþ þþ þ0þ þ1þ þST16667; ST16669;
ST17726þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed_new.jpg.svn-baseþ þ.JPEGþ þ
image/jpegþ þþ þ1819þ þ6e90e4af3394b07b26dd9db1080599a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17725.jpegþ þTEXT\0003\S
T17725.txtþ
þST17726þ þST17726þ þST17726þ þST17726þ þST17726þ þST17726þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tickertape/tape/tape_sp
eed_new.jpgþ þþ þþ þ0þ þ1þ þST16667; ST16669;
ST17725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape_speed_new.jpgþ þ.JPGþ þimage/jpeg
þ þþ þ1819þ þ6e90e4af3394b07b26dd9db1080599a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17726.jpgþ þTEXT\0003\ST17726.txtþ
þST17727þ þST17727þ þST17728þ þST17727þ þST17728þ þST17727þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/all-
wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ2106þ þd46495cdd39200ba3be2d4f680e46e95þ þ2þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17727.t
xtþ þTEXT\0003\ST17727.txtþ
þST17729þ þST17729þ þST17731þ þST17729þ þST17731þ þST17729þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/entr
iesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010
-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1782þ þe25c12a3a
28a55013e5963f7c8838450þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0006\ST17729.txtþ þTEXT\0003\ST17729.txtþ
þST17732þ þST17732þ þST17732þ þST17732þ þST17732þ þST17732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/block_more_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;

ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_2.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ.TXTþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17732.txtþ þTEXT\0003\ST17732
.txtþ

þST17733þ þST17733þ þST17733þ þST17733þ þST17733þ þST17733þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/block_more_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;

ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18957; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_3.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17733.txtþ þTEXT\0003\ST17733
.txtþ

þST17734þ þST17734þ þST17734þ þST17734þ þST17734þ þST17734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop

-base/block_more.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17734.txtþ þTEXT\0003\ST17734.
txtþ
þST17735þ þST17735þ þST17735þ þST17735þ þST17735þ þST17735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/block_trades.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;

ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16796; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_trades.png.svn-baseþ þ.TXTþ þtex

t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17735.txtþ þTEXT\0003\ST17735
.txtþ

þST17736þ þST17736þ þST17736þ þST17736þ þST17736þ þST17736þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

```
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/load_history_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
```

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;

```
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_2.png.svn-baseþ þ.TXTþ þt
ext/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17736.txtþ þTEXT\0003\ST17736.txtþ
þST17737þ þST17737þ þST17737þ þST17737þ þST17737þ þST17737þ þþ þ/Supplemental,
```

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/load_history_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16221; ST16219; ST16220; ST16221; ST16347; ST16348; ST16348; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;

ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;

ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þload_history_3.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17737.txtþ þTEXT\0003\ST17737.txtþ

þST17738þ þST17738þ þST17738þ þST17738þ þST17738þ þST17738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/load_history.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15919; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;

ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;

```
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17738.txtþ þTEXT\0003\ST17738

```
.txtþ
þST17739þ þST17739þ þST17739þ þST17739þ þST17739þ þST17739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop
-base/new_highs.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
```

ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;

ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_highs.pngþ.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17739.txtþ þTEXT\0003\ST17739.txtþ

þST17740þ þST17740þ þST17740þ þST17740þ þST17740þ þST17740þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop-base/new_lows.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;

ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;

ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_lows.png.svn-baseþ þ.TXTþ þtext/pl

ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17740.txtþ þTEXT \0003\ST17740.txtþ

þST17741þ þST17741þ þST17741þ þST17741þ þST17741þ þST17741þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop -base/price_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;

ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;

ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;

ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprice_breakouts.png.svn-baseþ þ.TXTþ þ text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17741.txtþ þTEXT\0003\ST17 741.txtþ
þST17742þ þST17742þ þST17742þ þST17742þ þST17742þ þST17742þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/prop -base/volume_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;

ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;

ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume_breakouts.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17742.txtþ þTEXT\0003\ST17742.txtþ

þST17743þ þST17743þ þST17743þ þST17743þ þST17743þ þST17743þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_more_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST16687; ST16698;

ST17754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1735þ þa48effb38e60193fb40d76115dc00ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17743.pngþ þTEXT\0003\ST17743.txtþ

þST17744þ þST17744þ þST17744þ þST17744þ þST17744þ þST17744þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_more_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST16688; ST16699;

ST17755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_3.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2028þ þb05896e3dd994ff87142db864f426ab6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17744.pngþ þTEXT\0003\ST17744.txtþ

þST17745þ þST17745þ þST17745þ þST17745þ þST17745þ þST17745þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_more.png.svn-baseþ þþ þþ þ0þ þ1þ þST16689; ST16700;

ST17756þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1814þ þfe92cca7e879dfb4be0e5b1b55bbec5bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17745.pngþ þTEXT\0003\ST17745.txtþ

þST17746þ þST17746þ þST17746þ þST17746þ þST17746þ þST17746þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/block_trades.png.svn-baseþ þþ þþ þ0þ þ1þ þST16690; ST16701;

ST17757þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_trades.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1304þ þ8597366b13f514d41d636d0367d142f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17746.pngþ þTEXT\0003\ST17746.txtþ

þST17747þ þST17747þ þST17747þ þST17747þ þST17747þ þST17747þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/load_history_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST16691; ST16702;

ST17758þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2803þ þa1ee4322e06893137fcebfc1c3e8749aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17747.pngþ þTEXT\0003\ST17747.txtþ

þST17748þ þST17748þ þST17748þ þST17748þ þST17748þ þST17748þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/load_history_3.png.svn-baseþ þþ þþ þ0þ þ1þ þST16692; ST16703; ST17759þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_3.pngþ þ.PNGþ þimage/pngþ þþ þ2237þ þ57e286e5e712b56813bff5d12bb1ba18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17748.pngþ þTEXT\0003\ST17748.txtþ

þST17749þ þST17749þ þST17749þ þST17749þ þST17749þ þST17749þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/load_history.png.svn-baseþ þþ þþ þ0þ þ1þ þST16693; ST16704; ST17760þ þþ þþ þþ þþ þþ þþ þþ þþ þload_history.pngþ þ.PNGþ þimage/pngþ þþ þ2364þ þa4b79a7bcff55bff225e7ae8d9ca97b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17749.pngþ þTEXT\0003\ST17749.txtþ

þST17750þ þST17750þ þST17750þ þST17750þ þST17750þ þST17750þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/new_highs.png.svn-baseþ þþ þþ þ0þ þ1þ þST16694; ST16705; ST17761þ þþ þþ þþ þþ þþ þþ þþ þþ þnew_highs.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1269þ þdcecb58171158880b3c6087262b78436þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17750.pngþ þTEXT\0003\ST17750.txtþ

þST17751þ þST17751þ þST17751þ þST17751þ þST17751þ þST17751þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/new_lows.png.svn-baseþ þþ þþ þ0þ þ1þ þST16695; ST16706; ST17762þ þþ þþ þþ þþ þþ þþ þþ þþ þnew_lows.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1248þ þ8e83710ead75b09ba15ea76224fec4a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17751.pngþ þTEXT\0003\ST17751.txtþ

þST17752þ þST17752þ þST17752þ þST17752þ þST17752þ þST17752þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/price_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16696; ST16707; ST17763þ þþ þþ þþ þþ þþ þþ þþ þþ þprice_breakouts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1399þ þd3f2be9258335ce2eab56a5afc14ff8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17752.pngþ þTEXT\0003\ST17752.txtþ

þST17753þ þST17753þ þST17753þ þST17753þ þST17753þ þST17753þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text-base/price_breakouts.png.svn-base

Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/.svn/text
-base/volume_breakouts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16697; ST16708;
ST17764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume_breakouts.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ1454þ þ3f721535423431c266d0ad675abed376þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17753.pngþ þTEXT\0003\ST
17753.txtþ
þST17754þ þST17754þ þST17754þ þST17754þ þST17754þ þST17754þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/block_mor
e_2.pngþ þþ þþ þ0þ þ1þ þST16687; ST16698;
ST17743þ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_2.pngþ þ.PNGþ þimage/pngþ þþ
þ1735þ þa48effb38e60193fb40d761156dc00ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17754.pngþ þTEXT\0003\ST17754.txtþ
þST17755þ þST17755þ þST17755þ þST17755þ þST17755þ þST17755þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/block_mor
e_3.pngþ þþ þþ þ0þ þ1þ þST16688; ST16699;
ST17744þ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more_3.pngþ þ.PNGþ þimage/pngþ þþ
þ2028þ þb05896e3dd994ff87142db864f426ab6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17755.pngþ þTEXT\0003\ST17755.txtþ
þST17756þ þST17756þ þST17756þ þST17756þ þST17756þ þST17756þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/block_mor
e.pngþ þþ þþ þ0þ þ1þ þST16689; ST16700;
ST17745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_more.pngþ þ.PNGþ þimage/pngþ þþ þ
1814þ þfe92cca7e879dfb4be0e5b1b55bbec5bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17756.pngþ þTEXT\0003\ST17756.txtþ
þST17757þ þST17757þ þST17757þ þST17757þ þST17757þ þST17757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/block_tra
des.pngþ þþ þþ þ0þ þ1þ þST16690; ST16701;
ST17746þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þblock_trades.pngþ þ.PNGþ þimage/pngþ þþ
þ1304þ þb8597366b13f514d41d636d0367d142f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17757.pngþ þTEXT\0003\ST17757.txtþ
þST17758þ þST17758þ þST17758þ þST17758þ þST17758þ þST17758þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/load_hist
ory_2.pngþ þþ þþ þ0þ þ1þ þST16691; ST16702;
ST17747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_2.pngþ þ.PNGþ þimage/pngþ
þþ þ2803þ þa1ee4322e06893137fcebfc1c3e8749aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17758.pngþ þTEXT\0003\ST17758.txtþ
þST17759þ þST17759þ þST17759þ þST17759þ þST17759þ þST17759þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/load_hist

ory_3.pngþ þþ þþ þ0þ þ1þ þST16692; ST16703;
ST17748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history_3.pngþ þ.PNGþ þimage/pngþ þþ þ2237þ þ57e286e5e712b56813bff5d12bb1ba18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17759.pngþ þTEXT\0003\ST17759.txtþ þST17760þ þST17760þ þST17760þ þST17760þ þST17760þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/load_history.pngþ þþ þþ þ0þ þ1þ þST16693; ST16704;
ST17749þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þload_history.pngþ þ.PNGþ þimage/pngþ þþ þ2364þ þa4b79a7bcff55bff225e7ae8d9ca97b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17760.pngþ þTEXT\0003\ST17760.txtþ þST17761þ þST17761þ þST17761þ þST17761þ þST17761þ þST17761þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/new_highs.pngþ þþ þþ þ0þ þ1þ þST16694; ST16705;
ST17750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_highs.pngþ þ.PNGþ þimage/pngþ þþ þ1269þ þdcecb58171158880b3c6087262b78436þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17761.pngþ þTEXT\0003\ST17761.txtþ þST17762þ þST17762þ þST17762þ þST17762þ þST17762þ þST17762þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/new_lows.pngþ þþ þþ þ0þ þ1þ þST16695; ST16706;
ST17751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_lows.pngþ þ.PNGþ þimage/pngþ þþ þ1248þ þ8e83710ead75b09ba15ea76224fec4a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17762.pngþ þTEXT\0003\ST17762.txtþ þST17763þ þST17763þ þST17763þ þST17763þ þST17763þ þST17763þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/price_breakouts.pngþ þþ þþ þ0þ þ1þ þST16696; ST16707;
ST17752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprice_breakouts.pngþ þ.PNGþ þimage/pngþ þþ þ1399þ þd3f2be9258335ce2eab56a5afc14ff8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17763.pngþ þTEXT\0003\ST17763.txtþ þST17764þ þST17764þ þST17764þ þST17764þ þST17764þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/multiviewer/tradingalerts/volume_breakouts.pngþ þþ þþ þ0þ þ1þ þST16697; ST16708;
ST17753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume_breakouts.pngþ þ.PNGþ þimage/pngþ þþ þ1454þ þ3f721535423431c266d0ad675abed376þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17764.pngþ þTEXT\0003\ST17764.txtþ
þST17765þ þST17765þ þST17769þ þST17765þ þST17769þ þST17765þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ7532þ

þ393080be264feff2eb6853c0defad964þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17765.txtþ þTEXT\0003\ST17765.txtþ
þST17770þ þST17770þ þST17779þ þST17770þ þST17779þ þST17770þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/entriesþþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00þ þ1286
251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ6684þ þ9ce732f0e1338fcbd4308360f4691702þ þ10
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\
ST17770.txtþ þTEXT\0003\ST17770.txtþ
þST17780þ þST17780þ þST17780þ þST17780þ þST17780þ þST17780þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Chart
Montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;

ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;

ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;

ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19761; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChart
Montage.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
6\ST17780.txtþ þTEXT\0003\ST17780.txtþ
þST17781þ þST17781þ þST17781þ þST17781þ þST17781þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/curvy_button
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;

ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;

ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;

ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcurvy_button.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17781.txtþ þTEXT\0003\ST17781.txtþ

þST17782þ þST17782þ þST17782þ þST17782þ þST17782þ þST17782þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/defaultview_d.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;

ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;

ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;

ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_d.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17782.txtþ þTEXT\0003\ST1778
2.txtþ

þST17783þ þST17783þ þST17783þ þST17783þ þST17783þ þST17783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/defaultview_
u.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;

ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;

ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;

ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_u.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17783.txtþ þTEXT\0003\ST1778
3.txtþ
þST17784þ þST17784þ þST17784þ þST17784þ þST17784þ þST17784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/detach_dw.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;

ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;

ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;

ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_dw.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17784.txtþ þTEXT\0003\ST17784.t
xtþ
þST17785þ þST17785þ þST17785þ þST17785þ þST17785þ þST17785þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/detach_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;

ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17786; ST17787; ST17788; ST17789;

ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;

ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23932; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_up.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17785.txtþ þTEXT\0003\ST17785.t
xtþ

þST17786þ þST17786þ þST17786þ þST17786þ þST17786þ þST17786þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Earnings
Calendar.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;

ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;

ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;

ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarnings
Calendar.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
06\ST17786.txtþ þTEXT\0003\ST17786.txtþ
þST17787þ þST17787þ þST17787þ þST17787þ þST17787þ þST17787þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/ETFView.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;

ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;

ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;

ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þETFView.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17787.txtþ þTEXT\0003\ST17787.txtþ
þST17788þ þST17788þ þST17788þ þST17788þ þST17788þ þST17788þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/excel_dw.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;

ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;

ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;

ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20463; ST20508; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17788.txtþ þTEXT
\0003\ST17788.txtþ
þST17789þ þST17789þ þST17789þ þST17789þ þST17789þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/excel_up.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;

ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;

ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;

ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17789.txtþ þTEXT
\0003\ST17789.txtþ
þST17790þ þST17790þ þST17790þ þST17790þ þST17790þ þST17790þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Filter
Builder.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;

ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;

ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;

ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilter
Builder.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
6\ST17790.txtþ þTEXT\0003\ST17790.txtþ
þST17791þ þST17791þ þST17791þ þST17791þ þST17791þ þST17791þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Full
Montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;

ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;

ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19203; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;

ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFull
Montage.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
6\ST17791.txtþ þTEXT\0003\ST17791.txtþ
þST17792þ þST17792þ þST17792þ þST17792þ þST17792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Fundamentals
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;

ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;

ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;

ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFundamentals.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17792.txtþ þTEXT\0003\ST17792
.txtþ

þST17793þ þST17793þ þST17793þ þST17793þ þST17793þ þST17793þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/help_dw.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17793.txtþ þTEXT\0003\ST17793.txtþ
þST17794þ þST17794þ þST17794þ þST17794þ þST17794þ þST17794þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/help_up.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17794.txtþ þTEXT\0003\ST17794.txtþ
þST17795þ þST17795þ þST17795þ þST17795þ þST17795þ þST17795þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/hide_dw.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17795.txtþ þTEXT\0003\ST17795.txtþ
þST17796þ þST17796þ þST17796þ þST17796þ þST17796þ þST17796þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/hide_up.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17796.txtþ þTEXT\0003\ST17796.txtþ
þST17797þ þST17797þ þST17797þ þST17797þ þST17797þ þST17797þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/IndexView.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexView.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17797.txtþ þTEXT\0003\ST17797.t
xtþ
þST17798þ þST17798þ þST17798þ þST17798þ þST17798þ þST17798þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/launchpad_dw
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;

ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;

ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;

ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17798.txtþ þTEXT\0003\ST17798
.txtþ

þST17799þ þST17799þ þST17799þ þST17799þ þST17799þ þST17799þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/launchpad_up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;

ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;

ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;

ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17799.txtþ þTEXT\0003\ST17799
.txtþ
þST17800þ þST17800þ þST17800þ þST17800þ þST17800þ þST17800þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/layout_dw.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;

ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;

ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;

ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_dw.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17800.txtþ þTEXT\0003\ST17800.t
xtþ
þST17801þ þST17801þ þST17801þ þST17801þ þST17801þ þST17801þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/layout_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_up.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17801.txtþ þTEXT\0003\ST17801.t
xtþ

þST17802þ þST17802þ þST17802þ þST17802þ þST17802þ þST17802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Level
2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;

ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;

ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;

ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel
2.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17
802.txtþ þTEXT\0003\ST17802.txtþ
þST17803þ þST17803þ þST17803þ þST17803þ þST17803þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Limit
Alerts.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;

ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17225; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;

ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;

ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLimit
Alerts.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17803.txtþ þTEXT\0003\ST17803.txtþ
þST17804þ þST17804þ þST17804þ þST17804þ þST17804þ þST17804þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/MarketView.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;

ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;

ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;

ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketView.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17804.txtþ þTEXT\0003\ST17804.
txtþ
þST17805þ þST17805þ þST17805þ þST17805þ þST17805þ þST17805þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/News.png.svn
-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;

ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;

ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18734; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;

ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22269; ST22297; ST22298; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17805.txtþ þTEXT\0003\ST17805.txtþ
þST17806þ þST17806þ þST17806þ þST17806þ þST17806þ þST17806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/NonMM
Stocks.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;

ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;

ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;

ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonMM

Stocks.png.svn-baseþ þ.TXTþ þtext/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17806.txtþ þTEXT\0003\ST17806.txtþ
þST17807þ þST17807þ þST17807þ þST17807þ þST17807þ þST17807þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Oliver Velez
Scanner.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;

ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;

ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þ0liver Velez
Scanner.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
6\ST17807.txtþ þTEXT\0003\ST17807.txtþ
þST17808þ þST17808þ þST17808þ þST17808þ þST17808þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/screenshot_d
w.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;

ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18558; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17808.txtþ þTEXT\0003\ST1780
8.txtþ
þST17809þ þST17809þ þST17809þ þST17809þ þST17809þ þST17809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/screenshot_u
p.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;

ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;

ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22828; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17809.txtþ þTEXT\0003\ST1780
9.txtþ
þST17810þ þST17810þ þST17810þ þST17810þ þST17810þ þST17810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Sectors.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;

ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectors.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17810.txtþ þTEXT\0003\ST17810.txtþ
þST17811þ þST17811þ þST17811þ þST17811þ þST17811þ þST17811þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/settings_dw.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;

ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17811.txtþ þTEXT\0003\ST17811.txtþ
þST17812þ þST17812þ þST17812þ þST17812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/settings_up.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;

ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;

ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17812.txtþ þTEXT\0003\ST17812.txtþ
þST17813þ þST17813þ þST17813þ þST17813þ þST17813þ þST17813þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/show_dw.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

```
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17813.txtþ þTEXT\0003\ST17813.txtþ
þST17814þ þST17814þ þST17814þ þST17814þ þST17814þ þST17814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/show_up.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
```

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

```
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17814.txtþ þTEXT\0003\ST17814.txtþ
þST17815þ þST17815þ þST17815þ þST17815þ þST17815þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Streaming
Filter.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
```

ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;

ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;

ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23992; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreaming
Filter.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17815.txtþ þTEXT\0003\ST17815.txtþ
þST17816þ þST17816þ þST17816þ þST17816þ þST17816þ þST17816þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Ticker
Tape.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;

ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22270; ST22288; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þTicker
Tape.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\S
T17816.txtþ þTEXT\0003\ST17816.txtþ
þST17817þ þST17817þ þST17817þ þST17817þ þST17817þ þST17817þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_hide_dw
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;

ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;

ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;

ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17817.txtþ þTEXT\0003\ST17817
.txtþ
þST17818þ þST17818þ þST17818þ þST17818þ þST17818þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_hide_up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;

ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;

ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;

ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17818.txtþ þTEXT\0003\ST17818
.txtþ
þST17819þ þST17819þ þST17819þ þST17819þ þST17819þ þST17819þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_show_dw
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;

ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;

ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;

ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22828; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17819.txtþ þTEXT\0003\ST17819
.txtþ

þST17820þ þST17820þ þST17820þ þST17820þ þST17820þ þST17820þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/tiny_show_up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;

ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;

ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;

ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17820.txtþ þTEXT\0003\ST17820
.txtþ
þST17821þ þST17821þ þST17821þ þST17821þ þST17821þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/title_dw.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;

ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;

ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;

ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17821.txtþ þTEXT
\0003\ST17821.txtþ
þST17822þ þST17822þ þST17822þ þST17822þ þST17822þ þST17822þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/title_up.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;

ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;

ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;

ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17822.txtþ þTEXT
\0003\ST17822.txtþ
þST17823þ þST17823þ þST17823þ þST17823þ þST17823þ þST17823þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Trading
Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;

ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;

ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrading
Alerts.png.svn-baseþ þ.TXTþ þtext/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17823.txtþ þTEXT\0003\ST17823.txtþ
þST17824þ þST17824þ þST17824þ þST17824þ þST17824þ þST17824þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Universe
Manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;

ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;

ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19752; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverse
Manager.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
6\ST17824.txtþ þTEXT\0003\ST17824.txtþ
þST17825þ þST17825þ þST17825þ þST17825þ þST17825þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/VWAPCalculat

or.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;

ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;

ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24276; ST24335.

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAPCalculator.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17825.txtþ þTEXT\0003\ST17825.txtþ
þST17826þ þST17826þ þST17826þ þST17826þ þST17826þ þST17826þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/prop-base/Watchlists.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;

ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;

ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlists.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17826.txtþ þTEXT\0003\ST17826.
txtþ

þST17827þ þST17827þ þST17827þ þST17827þ þST17827þ þST17827þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Chart
Montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST16818; ST16866;
ST17874þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChart
Montage.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5983þ þea316c038d09daae805f69d4e9043abfþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
06\ST17827.pngþ þTEXT\0003\ST17827.txtþ
þST17828þ þST17828þ þST17828þ þST17828þ þST17828þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/curvy_button
.png.svn-baseþ þþ þþ þ0þ þ1þ þST16819; ST16867;
ST17875þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcurvy_button.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ330þ þe3a07927da21c2e43e7d1e647faaf517þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17828.png þ
þST17829þ þST17829þ þST17829þ þST17829þ þST17829þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/defaultview_
d.png.svn-baseþ þþ þþ þ0þ þ1þ þST16820; ST16868;
ST17876þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_d.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1095þ þ161f784088a6be79922b52802d408344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17829.png þþ
þST17830þ þST17830þ þST17830þ þST17830þ þST17830þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/defaultview_
u.png.svn-baseþ þþ þþ þ0þ þ1þ þST16821; ST16869;
ST17877þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_u.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ989þ þ8c928e873a6cfd9f00d164190ddba9c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17830.png þþ
þST17831þ þST17831þ þST17831þ þST17831þ þST17831þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/detach_dw.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST16822; ST16870;
ST17878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_dw.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1223þ þ1d1d4c7e9885c94350237f82ddae9763þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17831.png þ þTEXT\0003\ST17831.
txtþ
þST17832þ þST17832þ þST17832þ þST17832þ þST17832þ þST17832þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/detach_up.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST16823; ST16871;
ST17879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_up.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1458þ þdb2915588b3967c5fb70fa4bd488138eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17832.pngþ þTEXT\0003\ST17832.
txtþ
þST17833þ þST17833þ þST17833þ þST17833þ þST17833þ þST17833þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Earnings Calendar.png.svn-baseþ þþ þþ þ0þ þ1þ þST16824; ST16872;

ST17880þ þþ þþ þþ þþ þþ þþ þþ þEarnings Calendar.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6318þ þ5f9fa0ae02ad654dd84680d7305016c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17833.pngþ þTEXT\0003\ST17833.txtþ

þST17834þ þST17834þ þST17834þ þST17834þ þST17834þ þST17834þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/ETFView.png.svn-baseþ þþ þþ þ0þ þ1þ þST16825; ST16873;

ST17881þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þETFView.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4900þ þac379135b253c0eb1349658dda11fd99þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17834.pngþ þTEXT\0003\ST17834.txtþ

þST17835þ þST17835þ þST17835þ þST17835þ þST17835þ þST17835þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/excel_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16826; ST16874;

ST17882þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ795þ þd0364df85b03b1a4b5d2bbd76943155aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17835.pngþ þþ

þST17836þ þST17836þ þST17836þ þST17836þ þST17836þ þST17836þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/excel_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16827; ST16875;

ST17883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ767þ þb1c3fb56e1c6444411782144dee452c5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17836.pngþ þþ

þST17837þ þST17837þ þST17837þ þST17837þ þST17837þ þST17837þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Filter Builder.png.svn-baseþ þþ þþ þ0þ þ1þ þST16828; ST16876;

ST17884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilter Builder.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5304þ þf8dfadd808940e6bef6120a6ea693dbbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17837.pngþ þTEXT\0003\ST17837.txtþ

þST17838þ þST17838þ þST17838þ þST17838þ þST17838þ þST17838þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Full Montage.png.svn-baseþ þþ þþ þ0þ þ1þ þST16829; ST16877;

ST17885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFull Montage.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5512þ þ49239e68c6643165103402727608bd56þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00

06\ST17838.pngþ þTEXT\0003\ST17838.txtþ

þST17839þ þST17839þ þST17839þ þST17839þ þST17839þ þST17839þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Fundamentals .png.svn-baseþ þþ þþ þ0þ þ1þ þST16830; ST16878;

ST17886þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFundamentals.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ5478þ þ68e8c0e427f41427168e824ea34ff54dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17839.pngþ þTEXT\0003\ST1783 9.txtþ

þST17840þ þST17840þ þST17840þ þST17840þ þST17840þ þST17840þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/help_dw.png. svn-baseþ þþ þþ þ0þ þ1þ þST16831; ST16879;

ST17887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_dw.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ587þ þ496d613a567cca67a9fda4d6612af2c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17840.pngþ þþ

þST17841þ þST17841þ þST17841þ þST17841þ þST17841þ þST17841þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/help_up.png. svn-baseþ þþ þþ þ0þ þ1þ þST16832; ST16880;

ST17888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_up.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ536þ þ89e71ed05ad553553eca11fcec368451þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17841.pngþ þþ

þST17842þ þST17842þ þST17842þ þST17842þ þST17842þ þST17842þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/hide_dw.png. svn-baseþ þþ þþ þ0þ þ1þ þST16833; ST16881;

ST17889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_dw.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ560þ þc4266ea788a2a527a95811c5b4b6edfdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17842.pngþ þþ

þST17843þ þST17843þ þST17843þ þST17843þ þST17843þ þST17843þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/hide_up.png. svn-baseþ þþ þþ þ0þ þ1þ þST16834; ST16882;

ST17890þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_up.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ579þ þ72a9970296f81c811e4249c4b9618f9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17843.pngþ þþ

þST17844þ þST17844þ þST17844þ þST17844þ þST17844þ þST17844þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/IndexView.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST16835; ST16883;

ST17891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexView.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ5230þ þ5189cbcc99cfe44affff1a5746a274e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17844.pngþ þTEXT\0003\ST17844.

txtþ

þST17845þ þST17845þ þST17845þ þST17845þ þST17845þ þST17845þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/launchpad_dw .png.svn-baseþ þþ þþ þ0þ þ1þ þST16836; ST16884;
ST17892þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_dw.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ955þ þb417722725b6466e3fb8e7ebc8016de3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17845.pngþ þþ
þST17846þ þST17846þ þST17846þ þST17846þ þST17846þ þST17846þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/launchpad_up .png.svn-baseþ þþ þþ þ0þ þ1þ þST16837; ST16885;
ST17893þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_up.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ835þ þd818300de864783b2f6e9676c580b094þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17846.pngþ þþ
þST17847þ þST17847þ þST17847þ þST17847þ þST17847þ þST17847þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/layout_dw.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST16838; ST16886;
ST17894þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_dw.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ649þ þa9913bcf505ff076da4d61635d545de1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17847.pngþ þþ
þST17848þ þST17848þ þST17848þ þST17848þ þST17848þ þST17848þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/layout_up.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST16839; ST16887;
ST17895þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_up.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ483þ þ2cf60dcd538ede9a47a7c7b758082962þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17848.pngþ þþ
þST17849þ þST17849þ þST17849þ þST17849þ þST17849þ þST17849þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Level 2.png.svn-baseþ þþ þþ þ0þ þ1þ þST16840; ST16888;
ST17896þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel 2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5463þ þacce4c6a32bd18b135326257dbd31414þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1 7849.pngþ þTEXT\0003\ST17849.txtþ
þST17850þ þST17850þ þST17850þ þST17850þ þST17850þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Limit Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16841; ST16889;
ST17897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLimit Alerts.png.svn-base þ.PNGþ þimage/pngþ þþ þ5046þ þ038e1fa8371651396137e38448e9414cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000

6\ST17850.pngþ þTEXT\0003\ST17850.txtþ

þST17851þ þST17851þ þST17851þ þST17851þ þST17851þ þST17851þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/MarketView.png.svn-baseþ þþ þþ þ0þ þ1þ þST16842; ST16890;

ST17898þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketView.png.svn-baseþ þ.PNGþ þimage /pngþ þþ þ5291þ þ10db808ad2e549ddf4b817eb2bcb74c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17851.pngþ þTEXT\0003\ST17851.txtþ

þST17852þ þST17852þ þST17852þ þST17852þ þST17852þ þST17852þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/News.png.svn -baseþ þþ þþ þ0þ þ1þ þST16843; ST16891;

ST17899þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ5978þ þf7aa246014adb6ceea9664dafff0ab37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17852.pngþ þTEXT\0003\ST17852.txtþ þST17853þ þST17853þ þST17853þ þST17853þ þST17853þ þST17853þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/NonMM Stocks.png.svn-baseþ þþ þþ þ0þ þ1þ þST16844; ST16892;

ST17900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonMM Stocks.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6319þ þ4fca43052c06922ae658704f9b5d8c18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 6\ST17853.pngþ þTEXT\0003\ST17853.txtþ

þST17854þ þST17854þ þST17854þ þST17854þ þST17854þ þST17854þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Oliver Velez Scanner.png.svn-baseþ þþ þþ þ0þ þ1þ þST16845; ST16893;

ST17901þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOliver Velez Scanner.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6223þ þd3efc6fd5d847a137b649389a5aab954þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 06\ST17854.pngþ þTEXT\0003\ST17854.txtþ

þST17855þ þST17855þ þST17855þ þST17855þ þST17855þ þST17855þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/screenshot_d w.png.svn-baseþ þþ þþ þ0þ þ1þ þST16846; ST16894;

ST17902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_dw.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1231þ þc332585c667759ec048d093e5aa4ec37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17855.pngþ þþ

þST17856þ þST17856þ þST17856þ þST17856þ þST17856þ þST17856þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/screenshot_u p.png.svn-baseþ þþ þþ þ0þ þ1þ þST16847; ST16895;

ST17903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_up.png.svn-baseþ þ.PNGþ þim

age/pngþ þþ þ1081þ þc2033e77e209fc405dd43b811a93d6b2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17856.pngþ þþ þST17857þ þST17857þ þST17857þ þST17857þ þST17857þ þST17857þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Sectors.png. svn-baseþ þþ þþ þ0þ þ1þ þST16848; ST16896;

ST17904þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectors.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ4075þ þ8396fe4b2ba613d09bac3357d4470a7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17857.pngþ þTEXT \0003\ST17857.txtþ þST17858þ þST17858þ þST17858þ þST17858þ þST17858þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/settings_dw. png.svn-baseþ þþ þþ þ0þ þ1þ þST16849; ST16897;

ST17905þ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þþ þsettings_dw.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ859þ þe123c047e8e2971e4b389dc6ce94eda2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17858.pngþ þþ þST17859þ þST17859þ þST17859þ þST17859þ þST17859þ þST17859þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/settings_up. png.svn-baseþ þþ þþ þ0þ þ1þ þST16850; ST16898;

ST17906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_up.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ805þ þbaa4ff04c9ec776d98883eb5dff66af0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17859.pngþ þþ þST17860þ þST17860þ þST17860þ þST17860þ þST17860þ þST17860þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/show_dw.png. svn-baseþ þþ þþ þ0þ þ1þ þST16851; ST16923;

ST17931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_dw.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ568þ þd5b3422f4a65688f4a9a1a145027aa8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17860.pngþ þþ þST17861þ þST17861þ þST17861þ þST17861þ þST17861þ þST17861þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/show_up.png. svn-baseþ þþ þ0þ þ1þ þST16852; ST16924;

ST17932þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_up.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ576þ þa6706a9a744716143c7488579f95e3c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17861.pngþ þþ þST17862þ þST17862þ þST17862þ þST17862þ þST17862þ þST17862þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Streaming Filter.png.svn-baseþ þþ þ0þ þ1þ þST16853; ST16925;

ST17933þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreaming Filter.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6192þ þ19f0fe70c990bc895dfa5527a644e37bþ

þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 6\ST17862.pngþ þTEXT\0003\ST17862.txtþ

þST17863þ þST17863þ þST17863þ þST17863þ þST17863þ þST17863þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Ticker Tape.png.svn-baseþ þþ þþ þ0þ þ1þ þST16855; ST16927; ST17934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicker Tape.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5170þ þ085ad5949f85b26397abceca3af337b6þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ ST17863.pngþ þTEXT\0003\ST17863.txtþ

þST17864þ þST17864þ þST17864þ þST17864þ þST17864þ þST17864þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_hide_dw .png.svn-baseþ þþ þþ þ0þ þ1þ þST16856; ST16928; ST17935þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_dw.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ575þ þ23f34ccd79f02eb8334a98cd46702d83þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17864.png þ þþ

þST17865þ þST17865þ þST17865þ þST17865þ þST17865þ þST17865þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_hide_up .png.svn-baseþ þþ þþ þ0þ þ1þ þST16857; ST16929; ST17936þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_up.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ552þ þ62ade73c478e5c24523f444b4aa1128eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17865.png þ þþ

þST17866þ þST17866þ þST17866þ þST17866þ þST17866þ þST17866þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_show_dw .png.svn-baseþ þþ þþ þ0þ þ1þ þST16858; ST16930; ST17937þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_dw.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ587þ þ9c64b67b9adecec05886050866495d8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17866.png þ þþ

þST17867þ þST17867þ þST17867þ þST17867þ þST17867þ þST17867þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/tiny_show_up .png.svn-baseþ þþ þþ þ0þ þ1þ þST16859; ST16931; ST17938þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_up.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ555þ þ6cb5606bd0854ea7497ccc7f142ef38dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17867.png þ þþ

þST17868þ þST17868þ þST17868þ þST17868þ þST17868þ þST17868þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/title_dw.png .svn-baseþ þþ þþ þ0þ þ1þ þST16860; ST16932; ST17939þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_dw.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ716þ þ436c0563163378bbda340ed75baf56dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17868.pngþ þþ
þST17869þ þST17869þ þST17869þ þST17869þ þST17869þ þST17869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/title_up.png
.svn-baseþ þþ þþ þ0þ þ1þ þST16861; ST16933;
ST17940þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_up.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ714þ þ1b2a40d5573f104cc9edf462418þ2547þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17869.pngþ þþ
þST17870þ þST17870þ þST17870þ þST17870þ þST17870þ þST17870þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Trading
Alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST16862; ST16934;
ST17941þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrading
Alerts.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5720þ þ182fd7832d4ad537e8e0b143b7c8a35fþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
6\ST17870.pngþ þTEXT\0003\ST17870.txtþ
þST17871þ þST17871þ þST17871þ þST17871þ þST17871þ þST17871þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Universe
Manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST16863; ST16935;
ST17942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverse
Manager.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6521þ þ997d2555e3044810829e08f780e28525þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
06\ST17871.pngþ þTEXT\0003\ST17871.txtþ
þST17872þ þST17872þ þST17872þ þST17872þ þST17872þ þST17872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/VWAPCalculat
or.png.svn-baseþ þþ þþ þ0þ þ1þ þST16864; ST16936; ST17943; ST24280; ST24336;
ST24337þ þþ þþ þþ þþ þþ þþ þþ þþ þVWAPCalculator.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d727þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17872.pngþ þTEXT\0003\ST17
872.txtþ
þST17873þ þST17873þ þST17873þ þST17873þ þST17873þ þST17873þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/.svn/text-base/Watchlists.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST16865; ST16937;
ST17944þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlists.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ4888þ þ4296a3f8b7f3d515a965c077b5e1d1c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17873.pngþ þTEXT\0003\ST17873.txtþ
þST17874þ þST17874þ þST17874þ þST17874þ þST17874þ þST17874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Chart
Montage.pngþ þþ þþ þ0þ þ1þ þST16818; ST16866;

ST17827þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þChart
Montage.pngþ þ.PNGþ þimage/pngþ þþ þ5983þ þea316c038d09daae805f69d4e9043abfþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17874.pngþ þTEXT\0003\ST17874.txtþ
þST17875þ þST17875þ þST17875þ þST17875þ þST17875þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/curvy_button.pngþ þþ þþ þ0þ
þ1þ þST16819; ST16867;
ST17828þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcurvy_button.pngþ þ.PNGþ þimage/pngþ þþ
 þ330þ þe3a07927da21c2e43e7d1e647faaf517þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17875.pngþ þþ
þST17876þ þST17876þ þST17876þ þST17876þ þST17876þ þST17876þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/defaultview_d.pngþ þþ þþ þ0þ
 þ1þ þST16820; ST16868;
ST17829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_d.pngþ þ.PNGþ þimage/pngþ þ
þ þ1095þ þ161f784088a6be79922b52802d408344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17876.pngþ þþ
þST17877þ þST17877þ þST17877þ þST17877þ þST17877þ þST17877þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/defaultview_u.pngþ þþ þþ þ0þ
 þ1þ þST16821; 16869;
ST17830þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdefaultview_u.pngþ þ.PNGþ þimage/pngþ
þ þ989þ þ8c928e873a6cfd9f00d164190ddba9c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17877.pngþ þþ
þST17878þ þST17878þ þST17878þ þST17878þ þST17878þ þST17878þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/detach_dw.pngþ þþ þþ þ0þ þ1þ
þST16822; ST16870;
ST17831þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1
223þ þ1d1d4c7e9885c94350237f82ddae9763þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17878.pngþ þTEXT\0003\ST17878.txtþ
þST17879þ þST17879þ þST17879þ þST17879þ þST17879þ þST17879þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/detach_up.pngþ þþ þþ þ0þ þ1þ
þST16823; ST16871;
ST17832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdetach_up.pngþ þ.PNGþ þimage/pngþ þþ þ1
458þ þdb2915588b3967c5fb70fa4bd488138eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17879.pngþ þTEXT\0003\ST17879.txtþ
þST17880þ þST17880þ þST17880þ þST17880þ þST17880þ þST17880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Earnings
Calendar.pngþ þþ þþ þ0þ þ1þ þST16824; ST16872;
ST17833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEarnings

Calendar.pngþ þ.PNGþ þimage/pngþ þþ þ6318þ þ5f9fa0ae02ad654dd84680d7305016c8þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST178 80.pngþ þTEXT\0003\ST17880.txtþ

þST17881þ þST17881þ þST17881þ þST17881þ þST17881þ þST17881þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/ETFView.pngþ þþ þþ þ0þ þ1þ þS T16825; ST16873;

ST17834þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þETFView.pngþ þ.PNGþ þimage/pngþ þþ þ490 0þ þac379135b253c0eb1349658dda11fd99þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17881.pngþ þTEXT\0003\ST17881.txtþ

þST17882þ þST17882þ þST17882þ þST17882þ þST17882þ þST17882þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/excel_dw.pngþ þþ þþ þ0þ þ1þ þ ST16826; ST16874;

ST17835þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_dw.pngþ þ.PNGþ þimage/pngþ þþ þ79 5þ þd0364df85b03b1a4b5d2bbd76943155aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17882.pngþ þþ

þST17883þ þST17883þ þST17883þ þST17883þ þST17883þ þST17883þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/excel_up.pngþ þþ þþ þ0þ þ1þ þ ST16827; ST16875;

ST17836þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þexcel_up.pngþ þ.PNGþ þimage/pngþ þþ þ76 7þ þb1c3fb56e1c6444411782144dee452c5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17883.pngþ þþ

þST17884þ þST17884þ þST17884þ þST17884þ þST17884þ þST17884þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Filter Builder.pngþ þþ þþ þ0þ þ1þ þST16828; ST16876;

ST17837þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilter Builder.pngþ þ.PNGþ þimage/pngþ þþ þ5304þ þf8dfadd808940e6bef6120a6ea693dbbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1788 4.pngþ þTEXT\0003\ST17884.txtþ

þST17885þ þST17885þ þST17885þ þST17885þ þST17885þ þST17885þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Full Montage.pngþ þþ þþ þ0þ þ1þ þST16829; ST16877;

ST17838þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFull Montage.pngþ þ.PNGþ þimage/pngþ þþ þ5512þ þ49239e68c6643165103402727608bd56þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1788 5.pngþ þTEXT\0003\ST17885.txtþ

þST17886þ þST17886þ þST17886þ þST17886þ þST17886þ þST17886þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Fundamentals.pngþ þþ þþ þ0þ þ1þ þST16830; ST16878;

ST17839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFundamentals.pngþ þ.PNGþ þimage/pngþ þþ þ5478þ þ68e8c0e427f41427168e824ea34ff54dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17886.pngþ þTEXT\0003\ST17886.txtþ þST17887þ þST17887þ þST17887þ þST17887þ þST17887þ þST17887þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/help_dw.pngþ þþ þþ þ0þ þ1þ þST16831; ST16879;

ST17840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_dw.pngþ þ.PNGþ þimage/pngþ þþ þ587þ þ496d613a567cca67a9fda4d6612af2c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17887.pngþ þþ þST17888þ þST17888þ þST17888þ þST17888þ þST17888þ þST17888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/help_up.pngþ þþ þþ þ0þ þ1þ þST16832; ST16880;

ST17841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhelp_up.pngþ þ.PNGþ þimage/pngþ þþ þ536þ þ89e71ed05ad553553eca11fcec368451þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17888.pngþ þþ þST17889þ þST17889þ þST17889þ þST17889þ þST17889þ þST17889þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/hide_dw.pngþ þþ þþ þ0þ þ1þ þST16833; ST16881;

ST17842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_dw.pngþ þ.PNGþ þimage/pngþ þþ þ560þ þc4266ea788a2a527a95811c5b4b6edfdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17889.pngþ þþ þST17890þ þST17890þ þST17890þ þST17890þ þST17890þ þST17890þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/hide_up.pngþ þþ þþ þ0þ þ1þ þST16834; ST16882;

ST17843þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhide_up.pngþ þ.PNGþ þimage/pngþ þþ þ579þ þ72a9970296f81c811e4249c4b9618f9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17890.pngþ þþ þST17891þ þST17891þ þST17891þ þST17891þ þST17891þ þST17891þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/IndexView.pngþ þþ þþ þ0þ þ1þ þST16835; ST16883;

ST17844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndexView.pngþ þ.PNGþ þimage/pngþ þþ þ5230þ þ5189cbcc99cfe44affff1a5746a274e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17891.pngþ þTEXT\0003\ST17891.txtþ þST17892þ þST17892þ þST17892þ þST17892þ þST17892þ þST17892þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/launchpad_dw.pngþ þþ þþ þ0þ þ1þ þST16836; ST16884;

ST17845þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_dw.pngþ þ.PNGþ þimage/pngþ þþ þ955þ þb417722725b6466e3fb8e7ebc8016de3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17892.pngþ þþ

þST17893þ þST17893þ þST17893þ þST17893þ þST17893þ þST17893þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/launchpad_up.pngþ þþ þþ þ0þ þ1þ þST16837; ST16885;

ST17846þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_up.pngþ þ.PNGþ þimage/pngþ þþ þ835þ þd818300de864783b2f6e9676c580b094þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17893.pngþ þþ

þST17894þ þST17894þ þST17894þ þST17894þ þST17894þ þST17894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/layout_dw.pngþ þþ þþ þ0þ þ1þ þST16838; ST16886;

ST17847þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_dw.pngþ þ.PNGþ þimage/pngþ þþ þ649þ þa9913bcf505ff076da4d61635d545de1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17894.pngþ þþ

þST17895þ þST17895þ þST17895þ þST17895þ þST17895þ þST17895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/layout_up.pngþ þþ þþ þ0þ þ1þ þST16839; ST16887;

ST17848þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_up.pngþ þ.PNGþ þimage/pngþ þþ þ483þ þ2cf60dcd538ede9a47a7c7b758082962þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17895.pngþ þþ

þST17896þ þST17896þ þST17896þ þST17896þ þST17896þ þST17896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Level 2.pngþ þþ þþ þ0þ þ1þ þST16840; ST16888;

ST17849þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel 2.pngþ þ.PNGþ þimage/pngþ þþ þ5463þ þacce4c6a32bd18b135326257dbd31414þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17896.pngþ þTEXT\0003\ST17896.txtþ

þST17897þ þST17897þ þST17897þ þST17897þ þST17897þ þST17897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Limit Alerts.pngþ þþ þþ þ0þ þ1þ þST16841; ST16889;

ST17850þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLimit Alerts.pngþ þ.PNGþ þimage/pngþ þþ þ5046þ þ038e1fa8371651396137e38448e9414cþ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17897.pngþ þTEXT\0003\ST17897.txtþ

þST17898þ þST17898þ þST17898þ þST17898þ þST17898þ þST17898þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/MarketView.pngþ þþ þþ þ0þ þ1þ þST16842; ST16890;

ST17851þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketView.pngþ þ.PNGþ þimage/pngþ þþ þ5291þ þ10db808ad2e549ddf4b817eb2bcb74c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17898.pngþ þTEXT\0003\ST17898.txtþ þST17899þ þST17899þ þST17899þ þST17899þ þST17899þ þST17899þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/News.pngþ þþ þþ þ0þ þ1þ þST16843; ST16891;

ST17852þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNews.pngþ þ.PNGþ þimage/pngþ þþ þ5978þ þ f7aa246014adb6ceea9664dafff0ab37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17899.pngþ þTEXT\0003\ST17899.txtþ þST17900þ þST17900þ þST17900þ þST17900þ þST17900þ þST17900þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/NonMM Stocks.pngþ þþ þþ þ0þ þ1þ þST16844; ST16892;

ST17853þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNonMM Stocks.pngþ þ.PNGþ þimage/pngþ þþ þ6319þ þ4fca43052c06922ae658704f9b5d8c18þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17900 .pngþ þTEXT\0003\ST17900.txtþ þST17901þ þST17901þ þST17901þ þST17901þ þST17901þ þST17901þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Oliver Velez Scanner.pngþ þþ þþ þ0þ þ1þ þST16845; ST16893;

ST17854þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOliver Velez Scanner.pngþ þ.PNGþ þimage/pngþ þþ þ6223þ þd3efc6fd5d847a137b649389a5aab954þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17901 .pngþ þTEXT\0003\ST17901.txtþ þST17902þ þST17902þ þST17902þ þST17902þ þST17902þ þST17902þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/screenshot_dw.pngþ þþ þþ þ0þ þ1þ þST16846; ST16894;

ST17855þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_dw.pngþ þ.PNGþ þimage/pngþ þ þ1231þ þc332585c667759ec048d093e5aa4ec37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17902.pngþ þþ þST17903þ þST17903þ þST17903þ þST17903þ þST17903þ þST17903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/screenshot_up.pngþ þþ þþ þ0þ þ1þ þST16847; ST16895;

ST17856þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þscreenshot_up.pngþ þ.PNGþ þimage/pngþ þ þ1081þ þc2033e77e209fc405dd43b811a93d6b2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17903.pngþ þþ þST17904þ þST17904þ þST17904þ þST17904þ þST17904þ þST17904þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Sectors.pngþ þþ þþ þ0þ þ1þ þS T16848; ST16896;

ST17857þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectors.pngþ þ.PNGþ þimage/pngþ þþ þ407 5þ þ8396fe4b2ba613d09bac3357d4470a7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17904.pngþ þTEXT\0003\ST17904.txtþ
þST17905þ þST17905þ þST17905þ þST17905þ þST17905þ þST17905þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/settings_dw.pngþ þþ þþ þ0þ þ
1þ þST16849; ST16897;
ST17858þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_dw.pngþ þ.PNGþ þimage/pngþ þþ
þ859þ þe123c047e8e2971e4b389dc6ce94eda2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17905.pngþ þþ
þST17906þ þST17906þ þST17906þ þST17906þ þST17906þ þST17906þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/settings_up.pngþ þþ þþ þ0þ þ
1þ þST16850; ST16898;
ST17859þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_up.pngþ þ.PNGþ þimage/pngþ þþ
þ805þ þbaa4ff04c9ec776d98883eb5dff66af0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17906.pngþ þþ
þST17907þ þST17907þ þST17907þ þST17907þ þST17907þ þST17907þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/all-wcpropsþ þþ
þþ þ0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ
þ1243þ þf51ee138181949619eea23b7c32a4db2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17907.txtþ þTEXT\0003\ST17907.txtþ
þST17908þ þST17908þ þST17909þ þST17908þ þST17909þ þST17908þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/entriesþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2010þ þ00:00:00þ þ2010-10-05T00:00:00-04:00
þ þ1286251200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1188þ þ390d915827ef6ca74ea033fa126084
5eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17908.txtþ þTEXT\0003\ST17908.txtþ
þST17910þ þST17910þ þST17910þ þST17910þ þST17910þ þST17910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/layou
ts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;

ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;

ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;

ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17910.txtþ þTEXT\0003\ST17910.
txtþ
þST17911þ þST17911þ þST17911þ þST17911þ þST17911þ þST17911þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/layou
ts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15612; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;

ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21901; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17911.txtþ þTEXT\0003\ST17911.
txtþ
þST17912þ þST17912þ þST17912þ þST17912þ þST17912þ þST17912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/links
_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;

ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;

ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;

ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_dw.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17912.txtþ þTEXT
\0003\ST17912.txtþ
þST17913þ þST17913þ þST17913þ þST17913þ þST17913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/links
_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;

ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;

ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_up.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17913.txtþ þTEXT
\0003\ST17913.txtþ
þST17914þ ST17914þ þST17914þ þST17914þ þST17914þ þST17914þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/Lpad_
dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17914.txtþ þTEXT\0003\ST17914.txtþ
þST17915þ þST17915þ þST17915þ þST17915þ þST17915þ þST17915þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/Lpad_
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17915.txtþ þTEXT\0003\ST17915.txtþ
þST17916þ þST17916þ þST17916þ þST17916þ þST17916þ þST17916þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/prop-base/Thumb
s.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17916.txtþ þTEXT\0003\ST17916.txtþ
þST17917þ þST17917þ þST17917þ þST17917þ þST17917þ þST17917þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/layou
ts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16909; ST16916;
ST17924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.PNGþ þimage
/pngþ þ1204þ þef227fab1e0dc0a700385fa0c2fe156bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17917.pngþ þTEXT\0003\ST17917.txtþ
þST17918þ þST17918þ þST17918þ þST17918þ þST17918þ þST17918þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/layou
ts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16910; ST16917;

ST17925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.PNGþ þimage /pngþ þþ þ1218þ þ3c371771b4d2b339ceb2675e0faf7f95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST17918.pngþ þTEXT\0003\ST17918.txtþ

þST17919þ þST17919þ þST17919þ þST17919þ þST17919þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/links _dw.png.svn-baseþ þþ þ0þ þ1þ þST16911; ST16918;

ST17926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_dw.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ966þ þ453eee9dd0f0da52e13eb1708265cdc5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17919.pngþ þþ

þST17920þ þST17920þ þST17920þ þST17920þ þST17920þ þST17920þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/links _up.png.svn-baseþ þþ þ0þ þ1þ þST16912; ST16919;

ST17927þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_up.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ1050þ þac042b4ce5fe2869bd1c76c2ad3f26f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17920.pngþ þþ

þST17921þ þST17921þ þST17921þ þST17921þ þST17921þ þST17921þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/Lpad_ dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST16913; ST16920;

ST17928þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_dw.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ963þ þ7eec2e37f1bc698e32024548e9d4f0f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17921.pngþ þTEXT\0003\ST17921.txtþ þST17922þ þST17922þ þST17922þ þST17922þ þST17922þ þST17922þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/Lpad_ up.png.svn-baseþ þþ þþ þ0þ þ1þ þST16914; ST16921;

ST17929þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_up.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ893þ þe2764086dabf91d09a92ce3d6a99e2f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17922.pngþ þTEXT\0003\ST17922.txtþ þST17923þ þST17923þ þST17923þ þST17923þ þST17923þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/.svn/text-base/Thumb s.db.svn-baseþ þþ þþ þ0þ þ1þ þST17930þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db. svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6656þ þ1c8e25c2c7f551b7db84d7 c45605160dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0006\ST17923.svn-baseþ þþ

þST17924þ þST17924þ þST17924þ þST17924þ þST17924þ þST17924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/layouts_dw.pngþ þþ þþ þ0þ þ1þ þST16909; ST16916;

ST17917þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ

1204þ þef227fab1e0dc0a700385fa0c2fe156bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17924.pngþ þTEXT\0003\ST17924.txtþ
þST17925þ þST17925þ þST17925þ þST17925þ þST17925þ þST17925þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/layouts_up.pngþ þþ þþ
 þ0þ þ1þ þST16910; ST16917;
ST17918þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.pngþ þ.PNGþ þimage/pngþ þþ þ
1218þ þ3c371771b4d2b339ceb2675e0faf7f95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17925.pngþ þTEXT\0003\ST17925.txtþ
þST17926þ þST17926þ þST17926þ þST17926þ þST17926þ þST17926þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/links_dw.pngþ þþ þþ þ
0þ þ1þ þST16911; ST16918;
ST17919þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_dw.pngþ þ.PNGþ þimage/pngþ þþ þ96
6þ þ453eee9dd0f0da52e13eb1708265cdc5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17926.pngþ þþ
þST17927þ þST17927þ þST17927þ þST17927þ þST17927þ þST17927þ þþ þ/Supplemental; Highly
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/links_up.pngþ þþ þ
0þ þ1þ þST16912; ST16919;
ST17920þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlinks_up.pngþ þ.PNGþ þimage/pngþ þþ þ10
50þ þac042b4ce5fe2869bd1c76c2ad3f26f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17927.pngþ þþ
þST17928þ þST17928þ þST17928þ þST17928þ þST17928þ þST17928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/Lpad_dw.pngþ þþ þ0
þ þ1þ þST16913; ST16920;
ST17921þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_dw.pngþ þ.PNGþ þimage/pngþ þþ þ963
þ þ7eec2e37f1bc698e32024548e9d4f0f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17928.pngþ þTEXT\0003\ST17928.txtþ
þST17929þ þST17929þ þST17929þ þST17929þ þST17929þ þST17929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/Lpad_up.pngþ þþ þþ þ0
þ þ1þ þST16914; ST16921;
ST17922þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLpad_up.pngþ þ.PNGþ þimage/pngþ þþ þ893
þ þe2764086dabf91d09a92ce3d6a99e2f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17929.pngþ þTEXT\0003\ST17929.txtþ
þST17930þ þST17930þ þST17930þ þST17930þ þST17930þ þST17930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/shcuts/Thumbs.dbþ þþ þþ þ0þ
þ1þ þST17923þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-ti
ka-msofficeþ þþ þ6656þ þ1c8e25c2c7f551b7db84d7c45605160dþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17930.dbþ þþ
þST17931þ þST17931þ þST17931þ þST17931þ þST17931þ þST17931þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/show_dw.pngþ þþ þþ þ0þ þ1þ þS T16851; ST16923;

ST17860þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_dw.pngþ þ.PNGþ þimage/pngþ þþ þ568 þ þd5b3422f4a65688f4a9a1a145027aa8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17931.pngþ þþ

þST17932þ þST17932þ þST17932þ þST17932þ þST17932þ þST17932þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/show_up.pngþ þþ þþ þ0þ þ1þ þS T16852; ST16924;

ST17861þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshow_up.pngþ þ.PNGþ þimage/pngþ þþ þ576 þ þa6706a9a744716143c7488579f95e3c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17932.pngþ þþ

þST17933þ þST17933þ þST17933þ þST17933þ þST17933þ þST17933þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Streaming Filter.pngþ þþ þþ þ0þ þ1þ þST16853; ST16925;

ST17862þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreaming Filter.pngþ þ.PNGþ þimage/pngþ þþ þ6192þ þ19f0fe70c990bc895dfa5527a644e37bþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17933 .pngþ þTEXT\0003\ST17933.txtþ

þST17934þ þST17934þ þST17934þ þST17934þ þST17934þ þST17934þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Ticker Tape.pngþ þþ þþ þ0þ þ1þ þST16855; ST16927;

ST17863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicker Tape.pngþ þ.PNGþ þimage/pngþ þþ þ5170þ þ085ad5949f85b26397abceca3af337b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17934.p ngþ þTEXT\0003\ST17934.txtþ

þST17935þ þST17935þ þST17935þ þST17935þ þST17935þ þST17935þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/tiny_hide_dw.pngþ þþ þþ þ0þ þ1þ þST16856; ST16928;

ST17864þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_dw.pngþ þ.PNGþ þimage/pngþ þþ þ575þ þ23f34ccd79f02eb8334a98cd46702d83þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17935.pngþ þþ

þST17936þ þST17936þ þST17936þ þST17936þ þST17936þ þST17936þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/tiny_hide_up.pngþ þþ þþ þ0þ þ1þ þST16857; ST16929;

ST17865þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_hide_up.pngþ þ.PNGþ þimage/pngþ þþ þ552þ þ62ade73c478e5c24523f444b4aa1128eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17936.pngþ þþ

þST17937þ þST17937þ þST17937þ þST17937þ þST17937þ þST17937þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/tiny_show_dw.pngþ þþ þþ þ0þ þ1þ þST16858; ST16930;

ST17866þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_dw.pngþ þ.PNGþ þimage/pngþ þþ þ587þ þ9c64b67b9adecec05886050866495d8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17937.pngþ þþ þST17938þ þST17938þ þST17938þ þST17938þ þST17938þ þST17938þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/tiny_show_up.pngþ þþ þþ þ0þ þ1þ þST16859; ST16931;

ST17867þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtiny_show_up.pngþ þ.PNGþ þimage/pngþ þþ þ555þ þ6cb5606bd0854ea7497ccc7f142ef38dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17938.pngþ þþ þST17939þ þST17939þ þST17939þ þST17939þ þST17939þ þST17939þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/title_dw.pngþ þþ þþ þ0þ þ1þ þ ST16860; ST16932;

ST17868þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_dw.pngþ þ.PNGþ þimage/pngþ þþ þ71 6þ þ436c0563163378bbda340ed75baf56dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17939.pngþ þþ þST17940þ þST17940þ þST17940þ þST17940þ þST17940þ þST17940þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/title_up.pngþ þþ þþ þ0þ þ1þ þ ST16861; ST16933;

ST17869þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtitle_up.pngþ þ.PNGþ þimage/pngþ þþ þ71 4þ þ1b2a40d5573f104cc9edf462418b2547þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17940.pngþ þþ þST17941þ þST17941þ þST17941þ þST17941þ þST17941þ þST17941þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Trading Alerts.pngþ þþ þþ þ0þ þ1þ þST16862; ST16934;

ST17870þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTrading Alerts.pngþ þ.PNGþ þimage/pngþ þþ þ5720þ þ182fd7832d4ad537e8e0b143b7c8a35fþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17941 .pngþ þTEXT\0003\ST17941.txtþ þþ þST17942þ þST17942þ þST17942þ þST17942þ þST17942þ þST17942þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Universe Manager.pngþ þþ þþ þ0þ þ1þ þST16863; ST16935;

ST17871þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverse Manager.pngþ þ.PNGþ þimage/pngþ þþ þ6521þ þ997d2555e3044810829e08f780e28525þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1794 2.pngþ þTEXT\0003\ST17942.txtþ þþ þST17943þ þST17943þ þST17943þ þST17943þ þST17943þ þST17943þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/VWAPCalculator.pngþ þþ þþ þ0 þ þ1þ þST16864; ST16936; ST17872; ST24280; ST24336;
ST24337þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAPCalculator.pngþ þ.PNGþ þimage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d727þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17943.pngþ þTEXT\0003\ST17943.txtþ þST17944þ þST17944þ þST17944þ þST17944þ þST17944þ þST17944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/toolbar/Watchlists.pngþ þþ þþ þ0þ þ1 þ þST16865; ST16937;
ST17873þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlists.pngþ þ.PNGþ þimage/pngþ þþ þ 4888þ þ4296a3f8b7f3d515a965c077b5e1d1c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17944.pngþ þTEXT\0003\ST17944.txtþ þST17945þ þST17945þ þST17945þ þST17945þ þST17946þ þST17945þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/all-wcpropsþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1733þ þ 8bb1cd274eaf92f857f0c29cfdfb8112þ þ2þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17945.txtþ þTEXT\0003\ST17945.txtþ þST17947þ þST17947þ þST17949þ þST17947þ þST17949þ þST17947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-05:00þ þ129679 5600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1680þ þ66b9e91bafd7c009c1490e94a1b66a43þ þ3þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST 17947.txtþ þTEXT\0003\ST17947.txtþ
þST17950þ þST17950þ þST17950þ þST17950þ þST17950þ þST17950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/Cancellation_h eader.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;

ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;

ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;

ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancellation_header.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17950.txtþ þTEXT\0003\S
T17950.txtþ

þST17951þ þST17951þ þST17951þ þST17951þ þST17951þ þST17951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/Confirmation_h
eader.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;

ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;

ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConfirmation_header.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17951.txtþ þTEXT\0003\S
T17951.txtþ
þST17952þ þST17952þ þST17952þ þST17952þ þST17952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/greendot.PNG.s
vn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;

ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18558; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18669; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgreendot.PNG.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17952.txtþ þTEXT
\0003\ST17952.txtþ
þST17953þ þST17953þ þST17953þ þST17953þ þST17953þ þST17953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/Modification_h
eader.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15615; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;

ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;

ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModification_header.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17953.txtþ þTEXT\0003\S
T17953.txtþ
þST17954þ þST17954þ þST17954þ þST17954þ þST17954þ þST17954þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/Orders_header.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;

```
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOrders_header.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17954.txtþ þTEXT\0003\ST1795
4.txtþ
þST17955þ þST17955þ þST17955þ þST17955þ þST17955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/Positions_head
er.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;

```
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
```

ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;

ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPositions_header.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17955.txtþ þTEXT\0003\ST1
7955.txtþ

þST17956þ þST17956þ þST17956þ þST17956þ þST17956þ þST17956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/reddot.PNG.svn
-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;

ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;

ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;

ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreddot.PNG.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17956.txtþ þTEXT\0003\ST17956.txtþ
þST17957þ þST17957þ þST17957þ þST17957þ þST17957þ þST17956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/trade_logo.png
.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15676; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24435;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_logo.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17957.txtþ þTEXT\0003\ST17957.
txtþ
þST17958þ þST17958þ þST17958þ þST17958þ þST17958þ þST17958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/TradeLog_heade
r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeLog_header.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17958.txtþ þTEXT\0003\ST17
958.txtþ

þST17959þ þST17959þ þST17959þ þST17959þ þST17959þ þST17959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/prop-base/tradelogintm.P
NG.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;

ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;

ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;

```
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradelogintm.PNG.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17959.txtþ þTEXT\0003\ST17959
.txtþ

þST17960þ þST17960þ þST17960þ þST17960þ þST17960þ þST17960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/Cancellation_h
eader.png.svn-baseþ þþ þþ þ0þ þ1þ þST16984; ST17143;

ST18094þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancellation_header.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ1165þ þd521481fb47c9dd939dee55ed594bd80þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17960.pngþ þTEXT\0003
\ST17960.txtþ

þST17961þ þST17961þ þST17961þ þST17961þ þST17961þ þST17961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/Confirmation_h
eader.png.svn-baseþ þþ þ0þ þ1þ þST16985; ST17144;
ST18095þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConfirmation_header.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ1153þ þf55475061d024b8c2e843d1f1d2f292aþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17961.pngþ þTEXT\0003
\ST17961.txtþ
þST17962þ þST17962þ þST17962þ þST17962þ þST17962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/greendot.PNG.s
vn-baseþ þþ þ0þ þ1þ þST16989; ST17160;
ST18108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgreendot.PNG.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ105þ þdc02b86dfe04c46348dca2f054379de7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17962.pngþ þþ
þST17963þ þST17963þ þST17963þ þST17963þ þST17963þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/Modification_h
eader.png.svn-baseþ þþ þ0þ þ1þ þST17000; ST17171;
ST18109þ þþ þþ þþ þþ þþ þþ þþ þ1þ þþ þþ þþ þþ þModification_header.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ1184þ þae28cda274cfd8f255cefa776579df64þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17963.pngþ þTEXT\0003
\ST17963.txtþ
þST17964þ þST17964þ þST17964þ þST17964þ þST17964þ þST17964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/Orders_header.
png.svn-baseþ þþ þ0þ þ1þ þST17006; ST17177;
ST18110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOrders_header.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1617þ þ05010ca64330d414c062c6eddca950feþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17964.pngþ þþ
þST17965þ þST17965þ þST17965þ þST17965þ þST17965þ þST17965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/Positions_head
er.png.svn-baseþ þþ þ0þ þ1þ þST17007; ST17178;
ST18111þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPositions_header.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ1433þ þe4db3c46fc69de9258ab977f91557c62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17965.pngþ þþ
þST17966þ þST17966þ þST17966þ þST17966þ þST17966þ þST17966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/reddot.PNG.svn
-baseþ þþ þ0þ þ1þ þST17008; ST17179;
ST18112þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreddot.PNG.svn-baseþ þ.PNGþ þimage/png
þ þþ þ161þ þa6608edf34708caee4d00a7dd8abade1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17966.pngþ þþ
þST17967þ þST17967þ þST17967þ þST17967þ þST17967þ þST17967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/trade_logo.png
.svn-baseþ þþ þþ þ0þ þ1þ þST17010; ST17181;
ST18113þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_logo.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ8497þ þ0a4c32bf8e6d53ea56cae410bf2e4c04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17967.pngþ þTEXT\0003\ST17967.txtþ
þST17968þ þST17968þ þST17968þ þST17968þ þST17968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/TradeLog_heade
r.png.svn-baseþ þþ þþ þ0þ þ1þ þST17011; ST17182;
ST18114þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeLog_header.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ1404þ þfc0957304ed1be1777eb40ff0ee3ece1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17968.pngþ þ
þST17969þ þST17969þ þST17969þ þST17969þ þST17969þ þST17969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/.svn/text-base/tradelogintm.P
NG.svn-baseþ þþ þþ þ0þ þ1þ þST17012; ST17183;
ST18115þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradelogintm.PNG.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ3656þ þf49bd7d404b1b073b383cec260098213þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17969.pngþ þTEXT\0003\ST1796
9.txtþ
þST17970þ þST17970þ þST17970þ þST17970þ þST17970þ þST17970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/all-wcpropsþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ769þ þ75315c888a5f577c8c53db090ee307ffþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17970.tx
tþ þTEXT\0003\ST17970.txtþ
þST17971þ þST17971þ þST17972þ þST17971þ þST17971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/entriesþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ
þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ791þ þfaec75a33ae0654680d39ca119f6facc
þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
006\ST17971.txtþ þTEXT\0004\ST17971.txtþ
þST17973þ þST17973þ þST17973þ þST17973þ þST17973þ þST17973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/prop-base/ameritr
ade_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;

ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;

ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;

ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17973.txtþ þTEXT\0004\ST17973
.txtþ
þST17974þ þST17974þ þST17974þ þST17974þ þST17974þ þST17974þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/prop-base/ameritr
ade.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;

ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;

ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17975; ST17976; ST17977; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;

ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17974.txtþ þTEXT\0004\ST17974.
txtþ
þST17975þ þST17975þ þST17975þ þST17975þ þST17975þ þST17975þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/prop-base/TDAm_br
oker.JPG.svn-baseþ þþ þþ þþ þþ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;

ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;

ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;

ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTDAm_broker.JPG.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17975.txtþ þTEXT\0004\ST17975.txtþ
þST17976þ þST17976þ þST17976þ þST17976þ þST17976þ þST17976þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/prop-base/Thumbs.
db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;

ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;

ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;

ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17976.txtþ þTEXT\0004\ST17976.txtþ
þST17977þ þST17977þ þST17977þ þST17977þ þST17977þ þST17977þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/text-base/ameritr
ade_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST17020; ST17021; ST17024; ST17025; ST17978;
ST17981;
ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.png.svn-baseþ þ.PNGþ þima

ge/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17977.pngþ þTEXT\0004\ST17977.txtþ

þST17978þ þST17978þ þST17978þ þST17978þ þST17978þ þST17978þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/text-base/ameritrade.png.svn-baseþ þþ þþ þ0þ þ1þ þST17020; ST17021; ST17024; ST17025; ST17977; ST17981;

ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17978.pngþ þTEXT\0004\ST17978.txtþ

þST17979þ þST17979þ þST17979þ þST17979þ þST17979þ þST17979þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/text-base/TDAm_broker.JPG.svn-baseþ þþ þþ þ0þ þ1þ þST17022; ST17026;

ST17983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTDAm_broker.JPG.svn-baseþ þ.JPEGþ þimage/jpegþ þþ þ1947þ þf3f14a2c01f1565d44d92da111f9f941þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST17979.jpegþ þTEXT\0004\ST17979.txtþ

þST17980þ þST17980þ þST17980þ þST17980þ þST17980þ þST17980þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17984þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ5632þ þ06fb0a44ed6d35197fc54d7f28388e2dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17980.svn-baseþ þþ

þST17981þ þST17981þ þST17981þ þST17981þ þST17981þ þST17981þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/ameritrade_r.pngþ þþ þþ þ0þ þ1þ þST17020; ST17021; ST17024; ST17025; ST17977; ST17978;

ST17982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.pngþ þ.PNGþ þimage/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17981.pngþ þTEXT\0004\ST17981.txtþ

þST17982þ þST17982þ þST17982þ þST17982þ þST17982þ þST17982þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/ameritrade.pngþ þþ þþ þ0þ þ1þ þST17020; ST17021; ST17024; ST17025; ST17977; ST17978;

ST17981þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade.pngþ þ.PNGþ þimage/pngþ þþ þ3756þ þb62797f981e2c87f6b8db5875102c9deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17982.pngþ þTEXT\0004\ST17982.txtþ

þST17983þ þST17983þ þST17983þ þST17983þ þST17983þ þST17983þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/TDAm_broker.JPGþ þþ þþ

þ0þ þ1þ þST17022; ST17026;

ST17979þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTDAm_broker.JPGþ þ.JPGþ þimage/jpegþ þþ þ1947þ þf3f14a2c01f1565d44d92da111f9f941þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17983.JPGþ þTEXT\0004\ST17983.txtþ þST17984þ þST17984þ þST17984þ þST17984þ þST17984þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/broker/Thumbs.dbþ þþ þþ þ0þ þ1 þ þST17980þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika -msofficeþ þþ þ5632þ þ06fb0a44ed6d35197fc54d7f28388e2dþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17984.dbþ þþ þST17985þ þST17985þ þST17985þ þST17985þ þST17985þ þST17985þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/all-wcpropsþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ 731þ þ3c2bbffc1612af0afec2dcdaebd4781cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17985.txtþ þTEXT\0004\ST17985.txtþ þST17986þ þST17987þ þST17986þ þST17987þ þST17986þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/entriesþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ925þ þc5504129a4312dabc9eaf8dcc6b0d4d3 þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 006\ST17986.txtþ þTEXT\0004\ST17986.txtþ þST17988þ þST17988þ þST17988þ þST17988þ þST17988þ þST17988þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/BUY.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBUY.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17988.txtþ þTEXT\0004\ST17988.txtþ
þST17989þ þST17989þ þST17989þ þST17989þ þST17989þ þST17989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/COVER.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCOVER.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17989.txtþ þTEXT\0004\ST17989.txtþ
þST17990þ þST17990þ þST17990þ þST17990þ þST17990þ þST17990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/SELL.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSELL.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17990.txtþ þTEXT\0004\ST17990.txtþ
þST17991þ þST17991þ þST17991þ þST17991þ þST17991þ þST17991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/prop-base/SHORT.
png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;

ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;

ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;

ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSHORT.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17991.txtþ þTEXT\0004\ST17991.txtþ
þST17992þ þST17992þ þST17992þ þST17992þ þST17992þ þST17992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/text-base/BUY.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST17036; ST17049;
ST18004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBUY.png.svn-baseþ þ.PNGþ þimage/pngþ þþ
 þ640þ þ326b5eb20b70a3c41c13425a677e621fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17992.pngþ þTEXT\0004\ST17992.txtþ
þST17993þ þST17993þ þST17993þ þST17993þ þST17993þ þST17993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/text-base/COVER.
png.svn-baseþ þþ þþ þ0þ þ1þ þST17037; ST17096;
ST18051þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCOVER.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ1295þ þ4210b4440d2327cc53fd4e61e5a72864þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17993.pngþ þTEXT\0004\ST17993.txtþ
þST17994þ þST17994þ þST17994þ þST17994þ þST17994þ þST17994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/text-base/SELL.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST17038; ST17121;
ST18076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSELL.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ590þ þ35e23e2315cf930728f22fd275752f7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17994.pngþ þTEXT\0004\ST17994.txtþ

þST17995þ þST17995þ þST17995þ þST17995þ þST17995þ þST17995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/.svn/text-base/SHORT.
png.svn-baseþ þþ þþ þ0þ þ1þ þST17039; ST17138;
ST18093þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSHORT.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ991þ þ1f9512e6ffc603d14128f75e2eb67145þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17995.pngþ þTEXT\0004\ST17995.txtþ
þST17996þ þST17996þ þST17996þ þST17996þ þST17996þ þST17996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/.svn/all-wcpropsþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ
 þþ þ447þ þ6a2492bb1dc5152f12338deb5ab6e3e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17996.txtþ þTEXT\0004\ST17996.txtþ
þST17997þ þST17997þ þST17997þ þST17997þ þST17997þ þST17997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/.svn/entriesþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-05
:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ519þ þ942f21f846d1a4ad24389b290e1e
be8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0006\ST17997.txtþ þTEXT\0004\ST17997.txtþ
þST17998þ þST17998þ þST17998þ þST17998þ þST17998þ þST17998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/.svn/prop-base/bu
y_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;

ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_g.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17998.txtþ þTEXT\0004\ST17998.txtþ
þST17999þ þST17999þ þST17999þ þST17999þ þST17999þ þST17999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/.svn/prop-base/bu
y_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;

ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_o.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ5þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST17999.txtþ þTEXT\0004\ST17999.txtþ
þST18000þ þST18000þ þST18000þ þST18000þ þST18000þ þST18000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/.svn/text-base/bu
y_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17045; ST17047;
ST18002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_g.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ1632þ þc7b162adaf6493ed220bdf107270e13bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18000.pngþ þþ
þST18001þ þST18001þ þST18001þ þST18001þ þST18001þ þST18001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/.svn/text-base/bu
y_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17046; ST17048;
ST18003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_o.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ1709þ þ36072efb0b0a35289aef81c5052e9c38þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18001.pngþ þþ
þST18002þ þST18002þ þST18002þ þST18002þ þST18002þ þST18002þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/buy_g.pngþ þþ þþ þ
0þ þ1þ þST17045; ST17047;
ST18000þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_g.pngþ þ.PNGþ þimage/pngþ þþ þ1632þ
þc7b162adaf6493ed220bdf107270e13bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18002.pngþ þþ
þST18003þ þST18003þ þST18003þ þST18003þ þST18003þ þST18003þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY/buy_o.pngþ þþ þþ þ 0þ þ1þ þST17046; ST17048;

ST18001þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_o.pngþ þ.PNGþ þimage/pngþ þþ þ1709þ þ36072efb0b0a35289aef81c5052e9c38þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18003.pngþ þþ

þST18004þ þST18004þ þST18004þ þST18004þ þST18004þ þST18004þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUY.pngþ þþ þþ þ0þ þ1þ þST17036; ST17049;

ST17992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBUY.pngþ þ.PNGþ þimage/pngþ þþ þ640þ þ32 6b5eb20b70a3c41c13425a677e621fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18004.pngþ þTEXT\0004\ST18004.txtþ

þST18005þ þST18005þ þST18005þ þST18005þ þST18005þ þST18005þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/all-w cpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext /plainþ þ505þ þ24cbff8c98cd57572fdee8fabaf50bc3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18005.txtþ þTEXT\0004\ST18005 .txtþ

þST18006þ þST18006þ þST18006þ þST18006þ þST18006þ þST18006þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/entri esþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:0 0:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þ544þ þef52f3cf5eed5aaedd4bb edb05dcb560þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18006.txtþ þTEXT\0004\ST18006.txtþ

þST18007þ þST18007þ þST18007þ þST18007þ þST18007þ þST18007þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/prop-base/buy_to_cover_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;

ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;

ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;

ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_g.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18007.txtþ þTEXT\0004\ST18007.txtþ
þST18008þ þST18008þ þST18008þ þST18008þ þST18008þ þST18008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/prop-
base/buy_to_cover_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;

ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;

ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_y.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18008.txtþ þTEXT\0004\ST18008.txtþ

þST18009þ þST18009þ þST18009þ þST18009þ þST18009þ þST18009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/text-base/buy_to_cover_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17054; ST17056;
ST18011þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_g.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2437þ þ696ef7b097de212005acccd382a88043þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18009.pngþ þTEXT\0004\ST18 009.txtþ

þST18010þ þST18010þ þST18010þ þST18010þ þST18010þ þST18010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/.svn/text-base/buy_to_cover_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST17055; ST17057;
ST18012þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_y.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2786þ þ0cff72f537cb62923603b65a01b0d6e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18010.pngþ þTEXT\0004\ST18 010.txtþ

þST18011þ þST18011þ þST18011þ þST18011þ þST18011þ þST18011þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/buy_to_cov
er_g.pngþ þþ þþ þ0þ þ1þ þST17054; ST17056;
ST18009þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_g.pngþ þ.PNGþ þimage/pngþ
þþ þ2437þ þ696ef7b097de212005acccd382a88043þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18011.pngþ þTEXT\0004\ST18011.txtþ
þST18012þ þST18012þ þST18012þ þST18012þ þST18012þ þST18012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/BUYTOCOVER/buy_to_cov
er_y.pngþ þþ þþ þ0þ þ1þ þST17055; ST17057;
ST18010þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuy_to_cover_y.pngþ þ.PNGþ þimage/pngþ
þþ þ2786þ þ0cff72f537cb62923603b65a01b0d6e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18012.pngþ þTEXT\0004\ST18012.txtþ
þST18013þ þST18013þ þST18013þ þST18013þ þST18013þ þST18013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/.svn/all-wcpro
psþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/pla
inþ þþ þ488þ þ94cb7b827464f951361a6f16a00ffd16þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18013.txtþ þTEXT
\0004\ST18013.txtþ
þST18014þ þST18014þ þST18014þ þST18014þ þST18014þ þST18014þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/.svn/entriesþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:0
0-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ538þ þddaf16aec6b25bbdee51d6d1
ed9aa090þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0006\ST18014.txtþ þTEXT\0004\ST18014.txtþ
þST18015þ þST18015þ þST18015þ þST18015þ þST18015þ þST18015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/.svn/prop-base
/Cancel_Order_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;

ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;

ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order_2.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18015.txtþ þTEXT\0004\ST18015.txtþ
þST18016þ þST18016þ þST18016þ þST18016þ þST18016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/.svn/prop-base
/Cancel_Order.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;

ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18016.txtþ þTEXT\0004\ST18016
.txtþ
þST18017þ þST18017þ þST18017þ þST18017þ þST18017þ þST18017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/.svn/text-base
/Cancel_Order_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST17062; ST17064;
ST18019þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order_2.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2266þ þd6b2751074b791bf27766443e4032397þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18017.pngþ þTEXT\0004\ST18
017.txtþ
þST18018þ þST18018þ þST18018þ þST18018þ þST18018þ þST18018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/.svn/text-base
/Cancel_Order.png.svn-baseþ þþ þþ þ0þ þ1þ þST17063; ST17065;
ST18020þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2119þ þ53a4b915920dd58356c62a5ffc0b6500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18018.pngþ þTEXT\0004\ST1801

8.txtþ
þST18019þ þST18019þ þST18019þ þST18019þ þST18019þ þST18019þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/Cancel_Order_2
.pngþ þþ þþ þ0þ þ1þ þST17062; ST17064;
ST18017þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order_2.pngþ þ.PNGþ þimage/pngþ
þþ þ2266þ þd6b2751074b791bf27766443e4032397þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18019.pngþ þTEXT\0004\ST18019.txtþ
þST18020þ þST18020þ þST18020þ þST18020þ þST18020þ þST18020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancel/Cancel_Order.p
ngþ þþ þþ þ0þ þ1þ þST17063; ST17065;
ST18018þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancel_Order.pngþ þ.PNGþ þimage/pngþ þþ
 þ2119þ þ53a4b915920dd58356c62a5ffc0b6500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18020.pngþ þTEXT\0004\ST18020.txtþ
þST18021þ þST18021þ þST18021þ þST18021þ þST18021þ þST18021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/all-
wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ892þ þbccd54dcdaf540039360a930d2637817þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18021.tx
tþ þTEXT\0004\ST18021.txtþ
þST18022þ þST18022þ þST18023þ þST18023þ þST18022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/entr
iesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011
-02-04T00:00:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ837þ þ0bdf6bfff8
817775b5e94b6f25a2a460þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18022.txtþ þTEXT\0004\ST18022.txtþ
þST18024þ þST18024þ þST18024þ þST18024þ þST18024þ þST18024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/prop
-base/cancel_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;

ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;

ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;

ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_g.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18024.txtþ þTEXT\0004\ST18024.txtþ
þST18025þ þST18025þ þST18025þ þST18025þ þST18025þ þST18025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/prop
-base/cancel_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;

ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;

ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;

```
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_o.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18025.txtþ þTEXT\0004\ST18025.txtþ
þST18026þ þST18026þ þST18026þ þST18026þ þST18026þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/prop
-base/send_order_cancel_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
```

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;

ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_g.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18026.txtþ þTEXT\0004\S
T18026.txtþ
þST18027þ þST18027þ þST18027þ þST18027þ þST18027þ þST18027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/prop
-base/send_order_cancel_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;

ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;

ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_o.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18027.txtþ þTEXT\0004\S
T18027.txtþ

þST18028þ þST18028þ þST18028þ þST18028þ þST18028þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/text
-base/cancel_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17073; ST17077;

ST18032þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_g.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2519þ þbf665098ca829263c663697fa05061ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18028.pngþ þTEXT\0004\ST18
028.txtþ

þST18029þ þST18029þ þST18029þ þST18029þ þST18029þ þST18029þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/text
-base/cancel_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17074; ST17078;
ST18033þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_o.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2885þ þd376ecb89ac3bd705220ea8ddd590026þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18029.pngþ þTEXT\0004\ST18
029.txtþ
þST18030þ þST18030þ þST18030þ þST18030þ þST18030þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/text
-base/send_order_cancel_g.png.svn-baseþ þþ þþ þþ þST17075; ST17079;
ST18034þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_g.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ3300þ þfdff1c0378adfc50a0617a771005b3a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18030.pngþ þTEXT\0004
\ST18030.txtþ
þST18031þ þST18031þ þST18031þ þST18031þ þST18031þ þST18031þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/.svn/text
-base/send_order_cancel_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17076; ST17080;
ST18035þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_o.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ3802þ þb7fe3828213cfc33d8504cccbcfa55f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18031.pngþ þTEXT\0004
\ST18031.txtþ
þST18032þ þST18032þ þST18032þ þST18032þ þST18032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/cancel_or
der_g.pngþ þþ þþ þ0þ þ1þ þST17073; ST17077;
ST18028þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_g.pngþ þ.PNGþ þimage/pngþ
þþ þ2519þ þbf665098ca829263c663697fa05061ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18032.pngþ þTEXT\0004\ST18032.txtþ
þST18033þ þST18033þ þST18033þ þST18033þ þST18033þ þST18033þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/cancel_or
der_o.pngþ þþ þþ þ0þ þ1þ þST17074; ST17078;
ST18029þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcancel_order_o.pngþ þ.PNGþ þimage/pngþ
þþ þ2885þ þd376ecb89ac3bd705220ea8ddd590026þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18033.pngþ þTEXT\0004\ST18033.txtþ
þST18034þ þST18034þ þST18034þ þST18034þ þST18034þ þST18034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/send_orde
r_cancel_g.pngþ þþ þþ þ0þ þ1þ þST17075; ST17079;
ST18030þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_g.pngþ þ.PNGþ þimage
/pngþ þþ þ3300þ þfdff1c0378adfc50a0617a771005b3a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18034.pngþ þTEXT\0004\ST18034.txtþ

þST18035þ þST18035þ þST18035þ þST18035þ þST18035þ þST18035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/cancelorder/send_orde
r_cancel_o.pngþ þþ þþ þ0þ þ1þ þST17076; ST17080;
ST18031þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_cancel_o.pngþ þ.PNGþ þimage
/pngþ þþ þ3802þ þb7fe3828213cfc33d8504cccbcfa55f5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18035.pngþ þTEXTþ \0004\ST18035.txtþ
þST18036þ þST18036þ þST18036þ þST18036þ þST18036þ þST18036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/all
-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þte
xt/plainþ þþ þ889þ þ504f14eebb02e9ddd397b1a8303ced6dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18036.txtþ þTEXTþ \0004\ST18036.txtþ
þST18037þ þST18037þ þST18038þ þST18037þ þST18038þ þST18037þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/ent
riesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00
:00:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ834þ þ8715f195c76c0570eb0
398fda864fd41þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0006\ST18037.txtþ þTEXTþ \0004\ST18037.txtþ
þST18039þ þST18039þ þST18039þ þST18039þ þST18039þ þST18039þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/pro
p-base/order_conf_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;

ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;

ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373Þ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þorder_conf_g.png.svn-baseÞ Þ.TXTÞ Þtex
t/plainÞ Þþ Þ53Þ Þ113136892f2137aa0116093a524ade0bÞ Þ1Þ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þþ Þ
Þ Þþ Þþ Þþ Þþ Þþ ÞFALSEÞ ÞFALSEÞ ÞTRUEÞ ÞNATIVES\0006\ST18039.txtÞ ÞTEXT\0004\ST18039
.txtÞ
ÞST18040Þ ÞST18040Þ ÞST18040Þ ÞST18040Þ ÞST18040Þ ÞST18040Þ Þþ Þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/pro
p-base/order_conf_o.png.svn-baseÞ Þþ Þþ Þ0Þ Þ1Þ ÞST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;

ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18000; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18040.txtþ þTEXT\0004\ST18040
.txtþ

þST18041þ þST18041þ þST18041þ þST18041þ þST18041þ þST18041þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/pro
p-base/send_modify_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;

ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;

ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;

ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_g.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18041.txtþ þTEXT\0004\S
T18041.txtþ
þST18042þ þST18042þ þST18042þ þST18042þ þST18042þ þST18042þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/pro
p-base/send_modify_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;

ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;

ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;

ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_o.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18042.txtþ þTEXT\0004\S
T18042.txtþ
þST18043þ þST18043þ þST18043þ þST18043þ þST18043þ þST18043þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/tex
t-base/order_conf_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17004; ST17088; ST17092; ST17175;
ST18047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2438þ þ48f75ce3ba04f2dc3caed171fc7cb1e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18043.pngþ þTEXT\0004\ST1804
3.txtþ
þST18044þ þST18044þ þST18044þ þST18044þ þST18044þ þST18044þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/tex
t-base/order_conf_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17005; ST17089; ST17093; ST17176;
ST18048þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2829þ þ29006e20ebed8d407ae4b7a2d65411eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18044.pngþ þTEXT\0004\ST1804
4.txtþ
þST18045þ þST18045þ þST18045þ þST18045þ þST18045þ þST18045þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/text-base/send_modify_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17090; ST17094; ST18049þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_g.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2746þ þ3aab24162cca66232b4453b05e954564þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18045.pngþ þTEXT\0004\ST18045.txtþ

þST18046þ þST18046þ þST18046þ þST18046þ þST18046þ þST18046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/.svn/text-base/send_modify_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17091; ST17095; ST18050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3250þ þ44900e7443b3054596827aeae7730cd0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18046.pngþ þTEXT\0004\ST18046.txtþ

þST18047þ þST18047þ þST18047þ þST18047þ þST18047þ þST18047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/order_conf_g.pngþ þþ þþ þ0þ þ1þ þST17004; ST17088; ST17092; ST17175; ST18043þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_g.pngþ þ.PNGþ þimage/pngþ þþ þ2438þ þ48f75ce3ba04f2dc3caed171fc7cb1e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18047.pngþ þTEXT\0004\ST18047.txtþ

þST18048þ þST18048þ þST18048þ þST18048þ þST18048þ þST18048þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/order_conf_o.pngþ þþ þþ þ0þ þ1þ þST17005; ST17089; ST17093; ST17176; ST18044þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þorder_conf_o.pngþ þ.PNGþ þimage/pngþ þþ þ2829þ þ29006e20ebed8d407ae4b7a2d65411eaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18048.pngþ þTEXT\0004\ST18048.txtþ

þST18049þ þST18049þ þST18049þ þST18049þ þST18049þ þST18049þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/send_modify_order_g.pngþ þþ þþ þ0þ þ1þ þST17090; ST17094; ST18045þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_g.pngþ þ.PNGþ þimage/pngþ þþ þ2746þ þ3aab24162cca66232b4453b05e954564þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18049.pngþ þTEXT\0004\ST18049.txtþ

þST18050þ þST18050þ þST18050þ þST18050þ þST18050þ þST18050þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/confirmorder/send_modify_order_o.pngþ þþ þþ þ0þ þ1þ þST17091; ST17095; ST18046þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_modify_order_o.pngþ þ.PNGþ þimage/pngþ þþ þ3250þ þ44900e7443b3054596827aeae7730cd0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0006\ST18050.pngþ þTEXT\0004\ST18050.txtþ
þST18051þ þST18051þ þST18051þ þST18051þ þST18051þ þST18051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/COVER.pngþ þþ þþ þ0þ þ
1þ þST17037; ST17096;
ST17993þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCOVER.pngþ þ.PNGþ þimage/pngþ þþ þ1295þ
þ4210þ4440d2327cc53fd4e61e5a72864þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18051.pngþ þTEXT\0004\ST18051.txtþ
þST18052þ þST18052þ þST18052þ þST18052þ þST18052þ þST18052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/.svn/all-wcprops
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plain
þ þþ þ450þ þ78e0df5f510632186b6083be4cd4f309þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18052.txtþ þTEXT\0004\ST18052.txtþ
þST18053þ þST18053þ þST18053þ þST18053þ þST18053þ þST18053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/.svn/entriesþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-0
5:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ520þ þ2c0c3f60a1e57bce63701067104
3f575þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0006\ST18053.txtþ þTEXT\0004\ST18053.txtþ
þST18054þ þST18054þ þST18054þ þST18054þ þST18054þ þST18054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/.svn/prop-base/E
dit_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;

ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17639; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;

ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_2.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18054.txtþ þTEXT\0004\ST18054.txtþ
þST18055þ þST18055þ þST18055þ þST18055þ þST18055þ þST18055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/.svn/prop-base/E
dit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;

ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;

ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18055.txtþ þTEXT\0004\ST18055.txtþ
þST18056þ þST18056þ þST18056þ þST18056þ þST18056þ þST18056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/.svn/text-base/E
dit_2.png.svn-baseþ þþ þþ þ0þ þ1þ þST17101; ST17103;
ST18058þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_2.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1144þ þ51dabb4d029b2b3b1e87ead844b06e8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18056.pngþ þþ
þST18057þ þST18057þ þST18057þ þST18057þ þST18057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/.svn/text-base/E
dit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17102; ST17104;
ST18059þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ1113þ þ081c8fbef1b103333bb0bf55f4d5b296þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18057.pngþ þþ
þST18058þ þST18058þ þST18058þ þST18058þ þST18058þ þST18058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/Edit_2.pngþ þþ þþ
 þ0þ þ1þ þST17101; ST17103;
ST18056þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit_2.pngþ þ.PNGþ þimage/pngþ þþ þ1144
þ þ51dabb4d029b2b3b1e87ead844b06e8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18058.pngþ þþ
þST18059þ þST18059þ þST18059þ þST18059þ þST18059þ þST18059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/edit/Edit.pngþ þþ þþ þ
0þ þ1þ þST17102; ST17104;
ST18057þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEdit.pngþ þ.PNGþ þimage/pngþ þþ þ1113þ þ
081c8fbef1b103333bb0bf55f4d5b296þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18059.pngþ þþ
þST18060þ þST18060þ þST18060þ þST18060þ þST18060þ þST18060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/all-
wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ484þ þde9646e988ab2ffaa0e45a9ac4022d79þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18060.tx
tþ þTEXT\0004\ST18060.txtþ
þST18061þ þST18061þ þST18061þ þST18061þ þST18061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/entr
iesþ þþ þ1þ þþ þ0þ þ1þ þþ þ00:00:00þ þ2011
-02-04T00:00:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þ533þ þ73b4e8d0e2
d4ae319fd88fb649d23a3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18061.txtþ þTEXT\0004\ST18061.txtþ
þST18062þ þST18062þ þST18062þ þST18062þ þST18062þ þST18062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/prop
-base/Modify_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;

ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;

ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18062.txtþ þTEXT
\0004\ST18062.txtþ
þST18063þ þST18063þ þST18063þ þST18063þ þST18063þ þST18063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/prop
-base/Modify_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;

ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;

ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17816; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;

ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0006\ST18063.txtþ þTEXT
\0004\ST18063.txtþ
þST18064þ þST18064þ þST18064þ þST18064þ þST18064þ þST18064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/text
-base/Modify_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17001; ST17109; ST17111; ST17172;
ST18066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ2303þ þ91e21b40b8d25b5dbef2ae5a9b3f5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18064.pngþ þTEXT\0004\ST18064.t
xtþ
þST18065þ þST18065þ þST18065þ þST18065þ þST18065þ þST18065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/.svn/text
-base/Modify_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17002; ST17110; ST17112; ST17173;
ST18067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ2662þ þ056a63d9c34364bee2abc30ba481d93eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18065.pngþ þTEXT\0004\ST18065.t
xtþ
þST18066þ þST18066þ þST18066þ þST18066þ þST18066þ þST18066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/Modify_g.
pngþ þþ þþ þ0þ þ1þ þST17001; ST17109; ST17111; ST17172;
ST18064þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_g.pngþ þ.PNGþ þimage/pngþ þþ þ23
03þ þ91e21b40b8d25b5dbef2ae5a9b3f5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18066.pngþ þTEXT\0004\ST18066.txtþ

þST18067þ þST18067þ þST18067þ þST18067þ þST18067þ þST18067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/modifyorder/Modify_o.
pngþ þþ þþ þþ þ0þ þ1þ þST17002; ST17110; ST17112; ST17173;
ST18065þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModify_o.pngþ þ.PNGþ þimage/pngþ þþ þ26
62þ þ056a63d9c34364bee2abc30ba481d93eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18067.pngþ þTEXT\0004\ST18067.txtþ
þST18068þ þST18068þ þST18068þ þST18068þ þST18068þ þST18068þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/.svn/all-wcprops
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plain
þ þþ þ454þ þd9023d0f751ad6ff90b864f50896101aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18068.txtþ þTEXT\0004\ST18068.txtþ
þST18069þ þST18069þ þST18069þ þST18069þ þST18069þ þST18069þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/.svn/entriesþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00:00-0
5:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ522þ þ27de313e150f7b01e46d69596f5
d8ba5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0006\ST18069.txtþ þTEXT\0004\ST18069.txtþ
þST18070þ þST18070þ þST18070þ þST18070þ þST18070þ þST18070þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/.svn/prop-base/s
ell_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;

ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_g.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18070.txtþ þTEXT\0004\ST18070.txtþ
þST18071þ þST18071þ þST18071þ þST18071þ þST18071þ þST18071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/.svn/prop-base/s
ell_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;

ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_o.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18071.txtþ þTEXT\0004\ST18071.txtþ
þST18072þ þST18072þ þST18072þ þST18072þ þST18072þ þST18072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/.svn/text-base/s
ell_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17117; ST17119;
ST18074þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_g.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1481þ þ531c0f6025e71fabace8ee927bec6f82þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18072.pngþ þþ
þST18073þ þST18073þ þST18073þ þST18073þ þST18073þ þST18073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/.svn/text-base/s
ell_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17118; ST17120;
ST18075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_o.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1628þ þ6aa66bf7c5762f10bbefe966cf86c8cbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18073.pngþ þþ
þST18074þ þST18074þ þST18074þ þST18074þ þST18074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/sell_g.pngþ þþ þþ
 þ0þ þ1þ þST17117; ST17119;
ST18072þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_g.pngþ þ.PNGþ þimage/pngþ þþ þ1481
þ þ531c0f6025e71fabace8ee927bec6f82þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18074.pngþ þþ
þST18075þ þST18075þ þST18075þ þST18075þ þST18075þ þST18075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL/sell_o.pngþ þþ þþ
 þ0þ þ1þ þST17118; ST17120;
ST18073þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_o.pngþ þ.PNGþ þimage/pngþ þþ þ1628
þ þ6aa66bf7c5762f10bbefe966cf86c8cbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18075.pngþ þþ
þST18076þ þST18076þ þST18076þ þST18076þ þST18076þ þST18076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELL.pngþ þþ þþ þ0þ þ1
þ þST17038; ST17121;
ST17994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSELL.pngþ þ.PNGþ þimage/pngþ þþ þ590þ þ3
5e23e2315cf930728f22fd275752f7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18076.pngþ þTEXT\0004\ST18076.txtþ
þST18077þ þST18077þ þST18077þ þST18077þ þST18077þ þST18077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/all-wc
propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/
plainþ þþ þ494þ þ3db941e34bcc7ad8838dec5e9bfd92ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18077.txtþ þTEXT\0004\ST18077.txtþ
þST18078þ þST18078þ þST18078þ þST18078þ þST18078þ þST18078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/entrie
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ00:00:00þ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00
:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ539þ þ5f57a72d6893715ba1fe4e
49c5206d85þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0006\ST18078.txtþ þTEXT\0004\ST18078.txtþ
þST18079þ þST18079þ þST18079þ þST18079þ þST18079þ þST18079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/prop-b
ase/sell_short_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;

ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;

ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;

ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_g.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18079.txtþ þTEXT\0004\ST18079
.txtþ
þST18080þ þST18080þ þST18080þ þST18080þ þST18080þ þST18080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/prop-b
ase/sell_short_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;

ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;

ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18080.txtþ þTEXT\0004\ST18080
.txtþ

þST18081þ þST18081þ þST18081þ þST18081þ þST18081þ þST18081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/text-b
ase/sell_short_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17126; ST17128;
ST18083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_g.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2136þ þ88eacdba5e7c98cbb4f988d29565c262þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18081.pngþ þTEXT\0004\ST1808
1.txtþ

þST18082þ þST18082þ þST18082þ þST18082þ þST18082þ þST18082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/.svn/text-b
ase/sell_short_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST17127; ST17129;
ST18084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_y.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2412þ þ068a70b9899b64fea8dfc6335a3c605bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18082.pngþ þTEXT\0004\ST1808
2.txtþ

þST18083þ þST18083þ þST18083þ þST18083þ þST18083þ þST18083þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/sell_short_
g.pngþ þþ þþ þ0þ þ1þ þST17126; ST17128;
ST18081þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_g.pngþ þ.PNGþ þimage/pngþ þþ
þ2136þ þ88eacdba5e7c98cbb4f988d29565c262þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18083.pngþ þTEXT\0004\ST18083.txtþ
þST18084þ þST18084þ þST18084þ þST18084þ þST18084þ þST18084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SELLSHORT/sell_short_
y.pngþ þþ þþ þ0þ þ1þ þST17127; ST17129;
ST18082þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsell_short_y.pngþ þ.PNGþ þimage/pngþ þþ
þ2412þ þ068a70b9899b64fea8dfc6335a3c605bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18084.pngþ þTEXT\0004\ST18084.txtþ
þST18085þ þST18085þ þST18085þ þST18085þ þST18085þ þST18085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/all-wc
propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/
plainþ þþ þ494þ þ17071693a65bd90c4edf95ea875180b1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18085.txtþ þTEXT\0004\ST18085.txtþ
þST18086þ þST18086þ þST18086þ þST18086þ þST18086þ þST18086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/entrie
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/04/2011þ þ00:00:00þ þ2011-02-04T00:00
:00-05:00þ þ1296795600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ539þ þa09b9315e2cd77bbcb25bd
60e3e0f29cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0006\ST18086.txtþ þTEXT\0004\ST18086.txtþ
þST18087þ þST18087þ þST18087þ þST18087þ þST18087þ þST18087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/prop-b
ase/send_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;

ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18088; ST18089; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;

ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþsend_order_g.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18087.txtþ þTEXT\0004\ST18087
.txtþ

þST18088þ þST18088þ þST18088þ þST18088þ þST18088þ þST18088þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/prop-b
ase/send_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;

ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_o.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18088.txtþ þTEXT\0004\ST18088
.txtþ
þST18089þ þST18089þ þST18089þ þST18089þ þST18089þ þST18089þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/text-b
ase/send_order_g.png.svn-baseþ þþ þþ þ0þ þ1þ þST17134; ST17136;
ST18091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_g.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2073þ þ6b84d781ba38cdd2335db1e13c499052þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18089.pngþ þTEXT\0004\ST1808
9.txtþ
þST18090þ þST18090þ þST18090þ þST18090þ þST18090þ þST18090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/.svn/text-b
ase/send_order_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST17135; ST17137;
ST18092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_o.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2429þ þ704f2af118d17dcad6e98311bef1fb39þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18090.pngþ þTEXT\0004\ST1809

0.txtþ
þST18091þ þST18091þ þST18091þ þST18091þ þST18091þ þST18091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/send_order_
g.pngþ þþ þþ þ0þ þ1þ þST17134; ST17136;
ST18089þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_g.pngþ þ.PNGþ þimage/pngþ þþ
þ2073þ þ6b84d781ba38cdd2335db1e13c499052þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18091.pngþ þTEXT\0004\ST18091.txtþ
þST18092þ þST18092þ þST18092þ þST18092þ þST18092þ þST18092þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/sendorder/send_order_
o.pngþ þþ þþ þ0þ þ1þ þST17135; ST17137;
ST18090þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsend_order_o.pngþ þ.PNGþ þimage/pngþ þþ
þ2429þ þ704f2af118d17dcad6e98311bef1fb39þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18092.pngþ þTEXT\0004\ST18092.txtþ
þST18093þ þST18093þ þST18093þ þST18093þ þST18093þ þST18093þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/buttons/SHORT.pngþ þþ þþ þ0þ þ
1þ þST17039; ST17138;
ST17995þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSHORT.pngþ þ.PNGþ þimage/pngþ þþ þ991þ þ
1f9512e6ffc603d14128f75e2eb67145þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18093.pngþ þTEXT\0004\ST18093.txtþ
þST18094þ þST18094þ þST18094þ þST18094þ þST18094þ þST18094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/Cancellation_header.pngþ þþ þþ
 þ0þ þ1þ þST16984; ST17143;
ST17960þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCancellation_header.pngþ þ.PNGþ þimage
/pngþ þþ þ1165þ þd521481fb47c9dd939dee55ed594bd80þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18094.pngþ þTEXT\0004\ST18094.txtþ
þST18095þ þST18095þ þST18095þ þST18095þ þST18095þ þST18095þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/Confirmation_header.pngþ þþ þþ
 þ0þ þ1þ þST16985; ST17144;
ST17961þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConfirmation_header.pngþ þ.PNGþ þimage
/pngþ þþ þ1153þ þf55475061d024b8c2e843d1f1d2f292aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18095.pngþ þTEXT\0004\ST18095.txtþ
þST18096þ þST18096þ þST18096þ þST18096þ þST18096þ þST18096þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/all-wcpropsþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ590þ þecdffd445603496b31ecf452ec31dceeþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18096.tx

tþ þTEXT\0004\ST18096.txtþ

þST18097þ þST18097þ þST18098þ þST18097þ þST18098þ þST18097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/entriesþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ
þ1286164800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ646þ þ18ee77969f6ddc2af7adb5bb0006feac
þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
006\ST18097.txtþ þTEXT\0004\ST18097.txtþ

þST18099þ þST18099þ þST18099þ þST18099þ þST18099þ þST18099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/prop-base/icon_dw
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15969; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;

ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_dw.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18099.txtþ þTEXT\0004\ST18099.txtþ
þST18100þ þST18100þ þST18100þ þST18100þ þST18100þ þST18100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn-prop-base/icon_up
.png.svn-baseþ þþ þþ þþ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;

ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_up.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18100.txtþ þTEXT\0004\ST18100.txtþ
þST18101þ þST18101þ þST18101þ þST18101þ þST18101þ þST18101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/prop-base/Thumbs.
db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;

ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ b113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18101.txtþ þTEXT\0004\ST18101.txtþ þST18102þ þST18102þ þST18102þ þST18102þ þST18102þ þST18102þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/text-base/icon_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17154; ST17157;
ST18105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_dw.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ515þ þ93a54ed577286c5a12ab366e486ceca7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18102.pngþ þTEXT\0004\ST18102.txtþ þST18103þ þST18103þ þST18103þ þST18103þ þST18103þ þST18103þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/text-base/icon_up .png.svn-baseþ þþ þþ þ0þ þ1þ þST17155; ST17158;
ST18106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_up.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ526þ þ933c0844c1df9ae69e2aa7f938736b42þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18103.pngþ þþ
þST18104þ þST18104þ þST18104þ þST18104þ þST18104þ þST18104þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/.svn/text-base/Thumbs. db.svn-baseþ þþ þþ þ0þ þ1þ þST18107þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.sv n-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ6144þ þabea3ddac06650bc451ef3ef d5ff0031þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0006\ST18104.svn-baseþ þþ
þST18105þ þST18105þ þST18105þ þST18105þ þST18105þ þST18105þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/icon_dw.pngþ þþ þþ þ0þ þ1þ þST17154; ST17157;
ST18102þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_dw.pngþ þ.PNGþ þimage/pngþ þþ þ515 þ þ93a54ed577286c5a12ab366e486ceca7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18105.pngþ þTEXT\0004\ST18105.txtþ þST18106þ þST18106þ þST18106þ þST18106þ þST18106þ þST18106þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/icon_up.pngþ þþ þþ þ0þ þ1þ þST17155; ST17158;
ST18103þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þicon_up.pngþ þ.PNGþ þimage/pngþ þþ þ526 þ þ933c0844c1df9ae69e2aa7f938736b42þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18106.pngþ þþ
þST18107þ þST18107þ þST18107þ þST18107þ þST18107þ þST18107þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/detach/Thumbs.dbþ þþ þþ þ0þ þ1 þ þST18104þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika -msofficeþ þþ þ6144þ þabea3ddac06650bc451ef3efd5ff0031þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18107.dbþ þþ þST18108þ þST18108þ þST18108þ þST18108þ þST18108þ þST18108þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/greendot.PNGþ þþ þþ þ0þ þ1þ þST 16989; ST17160; ST17962þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgreendot.PNGþ þ.PNGþ þimage/pngþ þþ þ10 5þ þdc02b86dfe04c46348dca2f054379de7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18108.PNGþ þþ þST18109þ þST18109þ þST18109þ þST18109þ þST18109þ þST18109þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/Modification_header.pngþ þþ þþ þ0þ þ1þ þST17000; ST17171; ST17963þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModification_header.pngþ þ.PNGþ þimage /pngþ þþ þ1184þ þae28cda274cfd8f255cefa776579df64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18109.pngþ þTEXT\0004\ST18109.txtþ þST18110þ þST18110þ þST18110þ þST18110þ þST18110þ þST18110þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/Orders_header.pngþ þþ þþ þ0þ þ 1þ þST17006; ST17177; ST17964þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOrders_header.pngþ þ.PNGþ þimage/pngþ þ þ þ1617þ þ05010ca64330d414c062c6eddca950feþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18110.pngþ þþ þST18111þ þST18111þ þST18111þ þST18111þ þST18111þ þST18111þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/Positions_header.pngþ þþ þþ þ0 þ þ1þ þST17007; ST17178; ST17965þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPositions_header.pngþ þ.PNGþ þimage/pn gþ þþ þ1433þ þe4db3c46fc69de9258ab977f91557c62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18111.pngþ þþ þST18112þ þST18112þ þST18112þ þST18112þ þST18112þ þST18112þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/com/equityfeed/gui/trade/reddot.PNGþ þþ þþ þ0þ þ1þ þST17 008; ST17179; ST17966þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreddot.PNGþ þ.PNGþ þimage/pngþ þþ þ161þ þa6608edf34708caee4d00a7dd8abade1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18112.PNGþ þþ þST18113þ þST18113þ þST18113þ þST18113þ þST18113þ þST18113þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/trade_logo.pngþ þþ þþ þ0þ þ1þ þ ST17010; ST17181;

ST17967þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_logo.pngþ þ.PNGþ þimage/pngþ þþ þ 8497þ þ0a4c32bf8e6d53ea56cae410bf2e4c04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18113.pngþ þTEXT\0004\ST18113.txtþ þST18114þ þST18114þ þST18114þ þST18114þ þST18114þ þST18114þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/TradeLog_header.pngþ þþ þþ þ0þ þ1þ þST17011; ST17182;

ST17968þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradeLog_header.pngþ þ.PNGþ þimage/png þ þþ þ1404þ þfc0957304ed1be1777eb40ff0ee3ece1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18114.pngþ þþ

þST18115þ þST18115þ þST18115þ þST18115þ þST18115þ þST18115þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/trade/tradelogintm.PNGþ þþ þþ þ0þ þ1 þ þST17012; ST17183;

ST17969þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradelogintm.PNGþ þ.PNGþ þimage/pngþ þþ þ3656þ þf49bd7d404b1b073b383cec260098213þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18115.PNGþ þTEXT\0004\ST18115.txtþ þST18116þ þST18116þ þST18116þ þST18116þ þST18116þ þST18116þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/com/equityfeed/gui/tray_icon.pngþ þþ þþ þ0þ þ1þ þST17222 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtray_icon.pngþ þ.PNGþ þimage/pngþ þþ þ2690þ þf8 1e30e9c2aecd65a9832165a2497050þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18116.pngþ þþ

þST18117þ þST18117þ þST18117þ þST18117þ þST18117þ þST18117þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/jnlpstart/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ108þ þ56234b1c92d71bfa8 6e9f1193d1bae69þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0006\ST18117.txtþ þTEXT\0004\ST18117.txtþ

þST18118þ þST18118þ þST18118þ þST18118þ þST18118þ þST18118þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/jnlpstart/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þ04/19/2011þ þ00:00:00þ þ2011-04-19T00:00:00-04:00þ þ1303185600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ238þ þ96a64837f25d933aeefcd57fd63870c4þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18118.txtþ þTEXT\0 004\ST18118.txtþ

þST18119þ þST18119þ þST18119þ þST18119þ þST18119þ þST18119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/images/src/jnlpstart/logo/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ113þ þ58d00eab4b8 fecf80c8ed445117d9684þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0006\ST18119.txtþ þTEXT\0004\ST18119.txtþ

þST18120þ þST18120þ þST18120þ þST18120þ þST18120þ þST18120þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ04/19/2011þ þ00:00:00þ þ2011-04-19T00:00-04:00þ þ1303185600þ þent
riesþ þ.TXTþ þtext/plainþ þþ þ272þ þ058fc955795060b6effaca208b79dfe8þ þ1þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18120.txtþ þ
TEXT\0004\ST18120.txtþ
þST18121þ þST18121þ þST18121þ þST18121þ þST18121þ þST18121þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ406þ þ0ef9a2a5c2a22563e8678b040ccb0eafþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18121.tx
tþ þTEXT\0004\ST18121.txtþ
þST18122þ þST18122þ þST18122þ þST18122þ þST18122þ þST18122þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ02/03/2011þ þ00:00:00þ þ2011-02-03T00:00:00-05:00þ þ129670920
0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ504þ þa0b0ffde8e5de90b6bcc347bbfa2f4aaþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1812
2.txtþ þTEXT\0004\ST18122.txtþ
þST18123þ þST18123þ þST18123þ þST18123þ þST18123þ þST18123þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/.svn/prop-base/logo_blue.png.svn
-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;

ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;

ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;

ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo_blue.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18123.txtþ þTEXT\0004\ST18123.t
xtþ

þST18124þ þST18124þ þST18124þ þST18124þ þST18124þ þST18124þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/.svn/prop-base/logo.png.svn-base
þ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;

ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;

ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;

ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18124.txtþ þTEXT\0004\ST18124.txtþ
þST18125þ þST18125þ þST18125þ þST18125þ þST18125þ þST18125þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/.svn/text-base/logo_blue.png.svn
-baseþ þþ þþ þ0þ þ1þ þST18127þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo_blue.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ16514þ þ2183cbca1ede167f74ab33f9b72c699cþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18125.pngþ
þTEXT\0004\ST18125.txtþ
þST18126þ þST18126þ þST18126þ þST18126þ þST18126þ þST18126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/.svn/text-base/logo.png.svn-base
þ þþ þþ þþ þ0þ þ1þ þST18128þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ6279þ þ3bb0de1d82d3d3d9da7f517f784c319fþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18126.pngþ þ
þ
þST18127þ þST18127þ þST18127þ þST18127þ þST18127þ þST18127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/logo_blue.pngþ þþ þþ þ0þ þ1þ þST18
125þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo_blue.pngþ þ.PNGþ þimage/pngþ þþ þ16514
þ þ2183cbca1ede167f74ab33f9b72c699cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18127.pngþ þTEXT\0004\ST18127.txtþ
þST18128þ þST18128þ þST18128þ þST18128þ þST18128þ þST18128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/common/logo.pngþ þþ þþ þ0þ þ1þ þST18126þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.pngþ þ.PNGþ þimage/pngþ þþ þ6279þ þ3bb0de1d
82d3d3d9da7f517f784c319fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0006\ST18128.pngþ þþ
þST18129þ þST18129þ þST18129þ þST18129þ þST18129þ þST18129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/pristine/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ262þ þc88
4de0ae1f91c8c883d9b496d25f763þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18129.txtþ þTEXT\0004\ST18129.txtþ
þST18130þ þST18130þ þST18130þ þST18130þ þST18130þ þST18130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/pristine/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/19/2011þ þ00:00:00þ þ2011-04-19T00:00:00-04:00þ þ1303185
600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ371þ þ85584b69b35066df7ce8e6c102f60a83þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST181
30.txtþ þTEXT\0004\ST18130.txtþ
þST18131þ þST18131þ þST18131þ þST18131þ þST18131þ þST18131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/pristine/.svn/prop-base/logo.png.svn-ba
seþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;

ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;

ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;

ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18131.txtþ þTEXT\0004\ST18131.txtþ
þST18132þ þST18132þ þST18132þ þST18132þ þST18132þ þST18132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/pristine/.svn/text-base/logo.png.svn-ba
seþ þþ þþ þ0þ þ1þ þST18133þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.png.svn-baseþ þ.
PNGþ þimage/pngþ þþ þ26507þ þac685e1f60857c0fb7aeca59d83d31ecþ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18132.pngþ þTEXT\00
04\ST18132.txtþ
þST18133þ þST18133þ þST18133þ þST18133þ þST18133þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/pristine/logo.pngþ þþ þþ þ0þ þ1þ þST18132
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.pngþ þ.PNGþ þimage/pngþ þþ þ26507þ þac685e
1f60857c0fb7aeca59d83d31ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0006\ST18133.pngþ þTEXT\0004\ST18133.txtþ
þST18134þ þST18134þ þST18134þ þST18134þ þST18134þ þST18134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/velez/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ256þ þ6c1fb
4c9efaac718c8d9e7ba236fada7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0006\ST18134.txtþ þTEXT\0004\ST18134.txtþ
þST18135þ þST18135þ þST18135þ þST18135þ þST18135þ þST18135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/velez/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/03/2011þ þ00:00:00þ þ2011
-02-03T00:00:00-05:00þ þ1296709200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ368þ þ9084ae2179
48ce95bd66f45c6c4d4e34þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18135.txtþ þTEXT\0004\ST18135.txtþ

þST18136þ þST18136þ þST18136þ þST18136þ þST18136þ þST18136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/jnlpstart/logo/velez/.svn/prop-base/logo.png.svn-baseþ
þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;

ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16772; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;

```
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18136.txtþ þTEXT\0004\ST18136.txtþ

þST18137þ þST18137þ þST18137þ þST18137þ þST18137þ þST18137þ þþ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/jnlpstart/logo/velez/.svn/text-base/logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST18138þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ24104þ þea7e9e840a33443e21b3fbce47b55b63þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18137.pngþ þþ þST18138þ þST18138þ þST18138þ þST18138þ þST18138þ þST18138þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/jnlpstart/logo/velez/logo.pngþ þþ þþ þ0þ þ1þ þST18137þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogo.pngþ þ.PNGþ þimage/pngþ þþ þ24104þ þea7e84 0a33443e21b3fbce47b55b63þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18138.pngþ þþ

þST18139þ þST18139þ þST18140þ þST18139þ þST18140þ þST18139þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ2062þ þb36e5 2f1cc3ec6b2b0dd08f4e9266948þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0006\ST18139.txtþ þTEXT\0004\ST18139.txtþ

þST18141þ þST18141þ þST18144þ þST18141þ þST18144þ þST18141þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þ05/18/2011þ þþ þ00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2003þ þebf0e7c01c5585eb8b3d2c3b4300423eþ þ4þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18141 .txtþ þTEXT\0004\ST18141.txtþ

þST18145þ þST18145þ þST18145þ þST18145þ þST18145þ þST18145þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/copyright.png.svn-b aseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;

ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;

ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;

ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopyright.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18145.txtþ þTEXT\0004\ST18145.t
xtþ
þST18146þ þST18146þ þST18146þ þST18146þ þST18146þ þST18146þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/decision_support.pn
g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;

ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;

ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;

ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22122; ST22256; ST22279; ST22789; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18146.txtþ þTEXT\0004\ST1
8146.txtþ

þST18147þ þST18147þ þST18147þ þST18147þ þST18147þ þST18147þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/go.png.svn-baseþ þþ
þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;

ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;

ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;

ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18147.txtþ þTEXT\0004\ST18147.txtþ
þST18148þ þST18148þ þST18148þ þST18148þ þST18148þ þST18148þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/idea_generation_app
lications.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;

ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;

ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;

ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_applications.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18148.txtþ þT
EXT\0004\ST18148.txtþ
þST18149þ þST18149þ þST18149þ þST18149þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/launchpad_logo_dela
y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;

ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;

ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;

ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo_delay.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18149.txtþ þTEXT\0004
\ST18149.txtþ

þST18150þ þST18150þ þST18150þ þST18150þ þST18150þ þST18150þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/launchpad_logo.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;

ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;

ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22828; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18150.txtþ þTEXT\0004\ST18150.txtþ
þST18151þ þST18151þ þST18151þ þST18151þ þST18151þ þST18151þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/layout_manager.png.
svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;

ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;

ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17998; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;

```
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_manager.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18151.txtþ þTEXT\0004\ST18151.txtþ
þST18152þ þST18152þ þST18152þ þST18152þ þST18152þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/market_monitoring_a
pplications.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
```

ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;

ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_monitoring_applications.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18152.txtþ þ
TEXT\0004\ST18152.txtþ
þST18153þ þST18153þ þST18153þ þST18153þ þST18153þ þST18153þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/news_applications.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;

ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;

ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17193; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;

ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_applications.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18153.txtþ þTEXT\0004\ST18153.txtþ
þST18154þ þST18154þ þST18154þ þST18154þ þST18154þ þST18154þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/pristine_launchpad.
png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;

ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22769; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpristine_launchpad.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18154.txtþ þTEXT\0004\ST
18154.txtþ

þST18155þ þST18155þ þST18155þ þST18155þ þST18155þ þST18155þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/trading_interface.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;

ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;

ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;

ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_interface.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18155.txtþ þTEXT\0004\ST18155.txtþ
þST18156þ þST18156þ þST18156þ þST18156þ þST18156þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/prop-base/watchlist_manager.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;

ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;

ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18550; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;

ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18156.txtþ þTEXT\0004\ST18156.txtþ
þST18157þ þST18157þ þST18157þ þST18157þ þST18157þ þST18157þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/copyright.png.svn-b
aseþ þþ þ0þ þ1þ þST18169; ST19735;
ST19745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopyright.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ2321þ þfd6141eabcb64f081e77e16911ddd25eþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18157.pngþ þTEXT\0004\ST18157.
txtþ
þST18158þ þST18158þ þST18158þ þST18158þ þST18158þ þST18158þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/decision_support.png.svn-baseþ þþ þþ þ0þ þ1þ þST18170; ST19736;

ST19746þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6329þ þ86af1d87edbd44472860d618cc1bbf4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18158.pngþ þTEXT\0004\ST 18158.txtþ

þST18159þ þST18159þ þST18159þ þST18159þ þST18159þ þST18159þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/go.png.svn-baseþ þþ þþ þ0þ þ1þ þST18171; ST19737;

ST19747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ523þ þ21b19bae6308b7f2e527eac669c258e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18159.pngþ þþ

þST18160þ þST18160þ þST18160þ þST18160þ þST18160þ þST18160þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/idea_generation_app lications.png.svn-baseþ þþ þþ þ0þ þ1þ þST18172; ST19738;

ST19748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_applications.png.svn-b aseþ þ.PNGþ þimage/pngþ þþ þ5817þ þ6af9c9a7787e45f1cc1fc809babf2b9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18160.pngþ þ TEXT\0004\ST18160.txtþ

þST18161þ þST18161þ þST18161þ þST18161þ þST18161þ þST18161þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/launchpad_logo_dela y.png.svn-baseþ þþ þþ þ0þ þ1þ þST18173þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad _logo_delay.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ18980þ þ0d1cea7df3dc18f6d4c651dfc8f4 cae3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0006\ST18161.pngþ þTEXT\0004\ST18161.txtþ

þST18162þ þST18162þ þST18162þ þST18162þ þST18162þ þST18162þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/launchpad_logo.png. svn-baseþ þþ þþ þ0þ þ1þ þST18174þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo. png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ18356þ þ7555e3021f711b453c80b639f6f45e55þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18 162.pngþ þþ

þST18163þ þST18163þ þST18163þ þST18163þ þST18163þ þST18163þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/layout_manager.png. svn-baseþ þþ þþ þ0þ þ1þ þST18175; ST19740;

ST19750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_manager.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ4884þ þ6fa17067c0bc39eb4dc8eb13937ac497þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18163.pngþ þTEXT\0004\ST18 163.txtþ

þST18164þ þST18164þ þST18164þ þST18164þ þST18164þ þST18164þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/market_monitoring_applications.png.svn-baseþ þþ þ0þ þ1þ þST18176; ST19741;
ST19751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_monitoring_applications.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6556þ þea0ed06be811e50255921ed5edb35293þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18164.pngþ þTEXT\0004\ST18164.txtþ
þST18165þ þST18165þ þST18165þ þST18165þ þST18165þ þST18165þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/news_applications.png.svn-baseþ þþ þþ þ0þ þ1þ þST18177; ST19742;
ST19752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_applications.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5939þ þ0564e5a8825c101a9788b10bba3018c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18165.pngþ þTEXT\0004\ST18165.txtþ
þST18166þ þST18166þ þST18166þ þST18166þ þST18166þ þST18166þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/pristine_launchpad.png.svn-baseþ þþ þþ þ0þ þ1þ þST18178þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpristine_launchpad.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ12556þ þ1869716feabe96549da0c87fbca666c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18166.pngþ þþ
þST18167þ þST18167þ þST18167þ þST18167þ þST18167þ þST18167þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/trading_interface.png.svn-baseþ þþ þþ þ0þ þ1þ þST18179; ST19743;
ST19753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_interface.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4984þ þ8f7efe882cb9827efbc9726e9ebf5305þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18167.pngþ þTEXT\0004\ST18167.txtþ
þST18168þ þST18168þ þST18168þ þST18168þ þST18168þ þST18168þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/.svn/text-base/watchlist_manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST18180; ST19744;
ST19754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5648þ þ1ea86dca30e39d673711c511e254645cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18168.pngþ þTEXT\0004\ST18168.txtþ
þST18169þ þST18169þ þST18169þ þST18169þ þST18169þ þST18169þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/copyright.pngþ þþ þþ þ0þ þ1þ þST18157; ST19735;
ST19745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopyright.pngþ þ.PNGþ þimage/pngþ þþ þ2

321þ þfd6141eabcb64f081e77e16911ddd25eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18169.pngþ þTEXT\0004\ST18169.txtþ þST18170þ þST18170þ þST18170þ þST18170þ þST18170þ þST18170þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/decision_support.pngþ þþ þþ þ0þ þ1þ þST18158; ST19736;

ST19746þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support.pngþ þ.PNGþ þimage/png gþ þþ þ6329þ þ86af1d87edbd44472860d618cc1bbf4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18170.pngþ þTEXT \0004\ST18170.txtþ

þST18171þ þST18171þ þST18171þ þST18171þ þST18171þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/go.pngþ þþ þþ þ0þ þ1þ þST18159; ST19737;

ST19747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.pngþ þ.PNGþ þimage/pngþ þþ þ523þ þ21b 19bae6308b7f2e527eac669c258e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18171.pngþ

þST18172þ þST18172þ þST18172þ þST18172þ þST18172þ þST18172þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/idea_generation_applications.pngþ þþ þþ þ0þ þ1þ þST18160; ST19738;

ST19748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_applications.pngþ þ.PN Gþ þimage/pngþ þþ þ5817þ þ6af9c9a7787e45f1cc1fc809babf2b9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18172.pngþ þTEXT\0004 \ST18172.txtþ

þST18173þ þST18173þ þST18173þ þST18173þ þST18173þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/launchpad_logo_delay.pngþ þþ þþ þ0þ þ1þ þST18161þ þþ þþ þþ þþ þþ þþ þlaunchpad_logo_delay.pngþ þ.PNGþ þimage/pngþ þþ þ18980þ þ0d1cea7df3dc18f6d4c651dfc8f4cae3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18173.pngþ þTEXT\0004\S T18173.txtþ

þST18174þ þST18174þ þST18174þ þST18174þ þST18174þ þST18174þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/launchpad_logo.pngþ þþ þþ þþ þ0þ þ1þ þS T18162þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo.pngþ þ.PNGþ þimage/pngþ þ þ18356þ þ7555e3021f711b453c80b639f6f45e55þ þ1þ þþ þþ þþ þþ þþ þþ þ.þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18174.pngþ þþ

þST18175þ þST18175þ þST18175þ þST18175þ þST18175þ þST18175þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/layout_manager.pngþ þþ þþ þ0þ þ1þ þS T18163; ST19740;

ST19750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_manager.pngþ þ.PNGþ þimage/pngþ þþ þ4884þ þ6fa17067c0bc39eb4dc8eb13937ac497þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18175.pngþ þTEXT\0004\ST18175.txtþ þST18176þ þST18176þ þST18176þ þST18176þ þST18176þ þST18176þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/market_monitoring_applications.png þ þþ þþ þ0þ þ1þ þST18164; ST19741;
ST19751þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_monitoring_applications.pngþ þ.PNGþ þimage/pngþ þþ þ6556þ þea0ed06be811e50255921ed5edb35293þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18176.pngþ þTEXT\0004\ST18176.txtþ
þST18177þ þST18177þ þST18177þ þST18177þ þST18177þ þST18177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/news_applications.pngþ þþ þþ þ0þ þ1þ þST18165; ST19742;
ST19752þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_applications.pngþ þ.PNGþ þimage/p ngþ þþ þ5939þ þ0564e5a8825c101a9788b10bba3018c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18177.pngþ þTEXT\0004\ST18177.t xtþ
þST18178þ þST18178þ þST18178þ þST18178þ þST18178þ þST18178þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/pristine_launchpad.pngþ þþ þþ þ0þ þ 1þ þST18166þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpristine_launchpad.pngþ þ.PNGþ þima ge/pngþ þþ þ12556þ þ1869716feabe96549da0c87fbca666c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18178.pngþ þ
þST18179þ þST18179þ þST18179þ þST18179þ þST18179þ þST18179þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/trading_interface.pngþ þþ þþ þ0þ þ1 þ þST18167; ST19743;
ST19753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_interface.pngþ þ.PNGþ þimage/p ngþ þþ þ4984þ þ8f7efe882cb9827efbc9726e9ebf5305þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18179.pngþ þTEXT\0004\ST18179.t xtþ
þST18180þ þST18180þ þST18180þ þST18180þ þST18180þ þST18180þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/launchpad_portfolio/watchlist_manager.pngþ þþ þþ þ0þ þ1 þ þST18168; ST19744;
ST19754þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.pngþ þ.PNGþ þimage/p ngþ þþ þ5648þ þ1ea86dca30e39d673711c511e254645cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18180.pngþ þTEXT\0004\ST18180.t xtþ
þST18181þ þST18181þ þST18182þ þST18181þ þST18182þ þST18181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1842þ þ7f8a9575d05e7 7fdb76de2305958c8f8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS

Eþ þTRUEþ þNATIVES\0006\ST18181.txtþ þTEXT\0004\ST18181.txtþ
þST18183þ þST18183þ þST18186þ þST18183þ þST18186þ þST18183þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ04/01/2011þ þ00:00:00þ þ2011-04-01T00:00:00-04:00þ þ1301630400þ þentrie
sþ þ.TXTþ þtext/plainþ þþ þ1999þ þba29bc910f6eeff1695fad2231020acdþ þ4þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18183.txtþ þT
EXT\0004\ST18183.txtþ
þST18187þ þST18187þ þST18187þ þST18187þ þST18187þ þST18187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/calculator.png.svn-baseþ þ
þ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15945; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;

ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;

ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;

ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22266; ST22619; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalculator.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18187.txtþ þTEXT\0004\ST18187.
txtþ

þST18188þ þST18188þ þST18188þ þST18188þ þST18188þ þST18188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/clear.png.svn-baseþ þþ þþ þ
0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;

ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;

ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;

ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20520; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18188.txtþ þTEXT\0004\ST18188.txtþ
þST18189þ þST18189þ þST18189þ þST18189þ þST18189þ þST18189þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/date.png.svn-baseþ þþ þþ þ0
þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;

ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;

ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;

ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdate.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18189.txtþ þTEXT\0004\ST18189.txtþ
þST18190þ þST18190þ þST18190þ þST18190þ þST18190þ þST18190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/go.png.svn-baseþ þþ þþ þ0þ
þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;

ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;

ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;

ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18190.txtþ þTEXT\0004\ST18190.txtþ
þST18191þ þST18191þ þST18191þ þST18191þ þST18191þ þST18191þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/layout_mng.png.svn-baseþ þ
þ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;

ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;

ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;

ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_mng.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18191.txtþ þTEXT\0004\ST18191.
txtþ

þST18192þ þST18192þ þST18192þ þST18192þ þST18192þ þST18192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/money.png.svn-baseþ þþ þþ þ
0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;

ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;

ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;

ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmoney.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18192.txtþ þTEXT\0004\ST18192.txtþ
þST18193þ þST18193þ þ ST18193þ þST18193þ þST18193þ þST18193þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]/jnlp_images/images/src/screen_icons/.svn/prop-base/news.png.svn-baseþ þþ þþ þ0
þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;

ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;

ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;

ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18193.txtþ þTEXT\0004\ST18193.txtþ
þST18194þ þST18194þ þST18194þ þST18194þ þST18194þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/print.png.svn-baseþ þþ þþ þ
0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;

ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;

ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;

ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprint.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18194.txtþ þTEXT\0004\ST18194.txtþ
þST18195þ þST18195þ þST18195þ þST18195þ þST18195þ þST18195þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/sys_view.png.svn-baseþ þþ þ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;

ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;

ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;

ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsys_view.png.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18195.txtþ þTEXT \0004\ST18195.txtþ

þST18196þ þST18196þ þST18196þ þST18196þ þST18196þ þST18196þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/trade.png.svn-baseþ þþ þþ þ 0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;

ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;

ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;

ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19516; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18196.txtþ þTEXT\0004\ST18196.txtþ
þST18197þ þST18197þ þST18197þ þST18197þ þST18197þ þST18197þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/wrench.png.svn-baseþ þþ þþþ
þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;

ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;

ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;

ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwrench.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18197.txtþ þTEXT\0004\ST18197.txtþ
þST18198þ þST18198þ þST18198þ þST18198þ þST18198þ þST18198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/zoom_in.png.svn-baseþ þþ þþ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;

ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;

ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;

ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19426; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þzoom_in.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18198.txtþ þTEXT\0004\ST18198.txtþ
þST18199þ þST18199þ þST18199þ þST18199þ þST18199þ þST18199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/prop-base/zoom_out.png.svn-baseþ þþ þ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;

ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;

ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;

ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þzoom_out.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18199.txtþ þTEXT
\0004\ST18199.txtþ
þST18200þ þST18200þ þST18200þ þST18200þ þST18200þ þST18200þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/text-base/calculator.png.svn-baseþ
þ þþ þ0þ þ1þ þST18218þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalculator.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ543þ þcad6353affffa2a0a39e09bc20d9b9a4þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18200.pngþ þ
þ
þST18201þ þST18201þ þST18201þ þST18201þ þST18201þ þST18201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/text-base/clear.png.svn-baseþ þþ þ
0þ þ1þ þST18231þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ608þ þ718fa0a3cf9e8c9a4007488232f614b0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18201.pngþ þþ
þST18202þ þST18202þ þST18202þ þST18202þ þST18202þ þST18202þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/text-base/date.png.svn-baseþ þþ þþ þ0
þ þ1þ þST18232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdate.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ799þ þ334b601f54d62d0774af406dfa8f7a74þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18202.pngþ þþ
þST18203þ þST18203þ þST18203þ þST18203þ þST18203þ þST18203þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/text-base/go.png.svn-baseþ þþ þþ þ0þ
þ1þ þST18233þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ634þ þc7a623f83cd8f35cadb4d250586a6127þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18203.pngþ þþ
þST18204þ þST18204þ þST18204þ þST18204þ þST18204þ þST18204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/.svn/text-base/layout_mng.png.svn-baseþ
þ þþ þ0þ þ1þ þST18270þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_mng.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ519þ þ2956279f25e10decbeb231d391247a45þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18204.pngþ þ
þ

þST18205þ þST18205þ þST18205þ þST18205þ þST18205þ þST18205þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/money.png.svn-baseþ þþ þþ þ0þ þ1þ þST18271þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmoney.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ738þ þ9095b4c0e705f5dd0e42317ed586346aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18205.pngþ þþ

þST18206þ þST18206þ þST18206þ þST18206þ þST18206þ þST18206þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST18272þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ779þ þfff970c448a73bee09b41f82b01996e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18206.pngþ þþ

þST18207þ þST18207þ þST18207þ þST18207þ þST18207þ þST18207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/print.png.svn-baseþ þþ þþ þ0þ þ1þ þST18273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprint.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ731þ þ242421c98dbd8b054fc76a036d04321cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18207.pngþ þþ

þST18208þ þST18208þ þST18208þ þST18208þ þST18208þ þST18208þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/sys_view.png.svn-baseþ þþ þþ þ0þ þ1þ þST18282þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsys_view.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ465þ þb812fd1dc52bb98af4982b67049e85bcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18208.pngþ þþ

þST18209þ þST18209þ þST18209þ þST18209þ þST18209þ þST18209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/trade.png.svn-baseþ þþ þþ þ0þ þ1þ þST18283þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ630þ þe16d2aab722972df9a6bc11778fada5cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18209.pngþ þþ

þST18210þ þST18210þ þST18210þ þST18210þ þST18210þ þST18210þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/wrench.png.svn-baseþ þþ þþ þ0þ þ1þ þST18284þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwrench.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ610þ þa137eb4441860564ce1655357af26de8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18210.pngþ þþ

þST18211þ þST18211þ þST18211þ þST18211þ þST18211þ þST18211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/zoom_in.png.svn-baseþ þþ þþ þ0þ þ1þ þST18285þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þzoom_in.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ725þ þ921231814a5be0c07bfa6f07b2f0ac8dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18211.pngþ þþ

þST18212þ þST18212þ þST18212þ þST18212þ þST18212þ þST18212þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/.svn/text-base/zoom_out.png.svn-baseþ þþ þ þ þ0þ þ1þ þST18286þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þzoom_out.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ708þ þ59f31ca44f7519074a1ddf1255a61879þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18212.pngþ þþ þST18213þ þST18213þ þST18213þ þST18213þ þST18213þ þST18213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/alert/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ254þ þ4da4b718 a5e1ffb062411176775d474dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18213.txtþ þTEXT\0004\ST18213.txtþ þST18214þ þST18214þ þST18214þ þST18214þ þST18214þ þST18214þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/alert/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ1þ þ þ þþ þþ þþ þþ þþ þþ þ03/14/2011þ þ00:00:00þ þ2011-03-14T00:00:00-04:00þ þ1300075200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ367þ þ9b89c1104209b5c6554092b06cea5ba8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18214.t xtþ þTEXT\0004\ST18214.txtþ þST18215þ þST18215þ þST18215þ þST18215þ þST18215þ þST18215þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/alert/.svn/prop-base/alert.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;

ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;

ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;

ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18215.txtþ þTEXT\0004\ST18215.txtþ
þST18216þ þST18216þ þST18216þ þST18216þ þST18216þ þST18216þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/alert/.svn/text-base/alert.png.svn-baseþ
þþ þþ þ0þ þ1þ þST18217þ þþ þþ þþ þalert.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ610þ þ8158cd1e7493e88be977a0be37d73aafþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18216.pngþ þþ
þST18217þ þST18217þ þST18217þ þST18217þ þST18217þ þST18217þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/alert/alert.pngþ þþ þþ þ0þ þ1þ þST18216þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þalert.pngþ þ.PNGþ þimage/pngþ þþ þ610þ þ8158cd1e749
3e88be977a0be37d73aafþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0006\ST18217.pngþ þþ
þST18218þ þST18218þ þST18218þ þST18218þ þST18218þ þST18218þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/calculator.pngþ þþ þþ þ0þ þ1þ þST18200þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcalculator.pngþ þ.PNGþ þimage/pngþ þþ þ543þ þcad6353
affffa2a0a39e09bc20d9b9a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0006\ST18218.pngþ þþ
þST18219þ þST18219þ þST18219þ þST18219þ þST18219þ þST18219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/chat/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ554þ þ597d50047
d37a52866c9ae4504db08a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0006\ST18219.txtþ þTEXT\0004\ST18219.txtþ
þST18220þ þST18220þ þST18221þ þST18220þ þST18221þ þST18220þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/chat/.svn/entriesþ þþ þþ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þ03/22/2011þ þ00:00:00þ þ2011-03-22T00:00:00-04:00þ þ1300766400þ þe
ntriesþ þ.TXTþ þtext/plainþ þþ þ643þ þe153500e0001a4e0cdfb90fb93b7830fþ þ2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18220.txtþ þTEXT\0004\ST18220.txtþ
þST18222þ þST18222þ þST18222þ þST18222þ þST18222þ þST18222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/chat/.svn/prop-base/chart_bar.png.svn-bas
eþ þþ þþ þ0þ þ1þ þþST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;

ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;

ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18957; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;

ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_bar.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18222.txtþ þTEXT\0004\ST18222.t
xtþ
þST18223þ þST18223þ þST18223þ þST18223þ þST18223þ þST18223þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/chat/.svn/prop-base/chart_curve.png.svn-b
aseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;

ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;

ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;

ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_curve.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18223.txtþ þTEXT\0004\ST18223.txtþ
þST18224þ þST18224þ þST18224þ þST18224þ þST18224þ þST18224þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/chat/.svn/prop-base/chart_line.png.svn-ba
seþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;

ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;

ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19115; ST19116; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;

ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_line.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18224.txtþ þTEXT\0004\ST18224. txtþ

þST18225þ þST18225þ þST18225þ þST18225þ þST18225þ þST18225þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/chat/.svn/text-base/chart_bar.png.svn-bas eþ þþ þ0þ þ1þ þST18228þ þþ þþ þþ þþ þþ þchart_bar.png.svn-base þ þ.PNGþ þimage/pngþ þþ þ541þ þ8d60518c6d18af693cfeea9c066026c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18225.pngþ þþ

þST18226þ þST18226þ þST18226þ þST18226þ þST18226þ þST18226þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/chat/.svn/text-base/chart_curve.png.svn-b aseþ þþ þ0þ þ1þ þST18229þ þþ þþ þþ þchart_curve.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ710þ þafce1cc5f8e8d02c4fb914c109789c58þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18226.pngþ þ þ

þST18227þ þST18227þ þST18227þ þST18227þ þST18227þ þST18227þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/chat/.svn/text-base/chart_line.png.svn-ba seþ þþ þþ þ0þ þ1þ þST18230þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_line.png.svn-ba seþ þ.PNGþ þimage/pngþ þþ þ526þ þ61f7ee1d30fadfd9652468e6d6ddb05bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18227.pngþ þþ þST18228þ þST18228þ þST18228þ þST18228þ þST18228þ þST18228þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/chat/chart_bar.pngþ þþ þþ þ0þ þ1þ þST18225þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_bar.pngþ þ.PNGþ þimage/pngþ þþ þ541þ þ8d60 518c6d18af693cfeea9c066026c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL SEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18228.pngþ þþ

þST18229þ þST18229þ þST18229þ þST18229þ þST18229þ þST18229þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/chat/chart_curve.pngþ þþ þþ þ0þ þ1þ þST1822 6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_curve.pngþ þ.PNGþ þimage/pngþ þþ þ710þ þ afce1cc5f8e8d02c4fb914c109789c58þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18229.pngþ þþ

þST18230þ þST18230þ þST18230þ þST18230þ þST18230þ þST18230þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/chat/chart_line.pngþ þþ þþ þ0þ þ1þ þST18227

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_line.pngþ þ.PNGþ þimage/pngþ þþ þ526þ þ61 f7ee1d30fadfd9652468e6d6ddb05bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18230.pngþ þþ

þST18231þ þST18231þ þST18231þ þST18231þ þST18231þ þST18231þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/clear.pngþ þþ þþ þ0þ þ1þ þST18201þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclear.pngþ þ.PNGþ þimage/pngþ þþ þ608þ þ718fa0a3cf9e8c9a4 007488232f614b0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0006\ST18231.pngþ þþ

þST18232þ þST18232þ þST18232þ þST18232þ þST18232þ þST18232þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/date.pngþ þþ þþ þ0þ þ1þ þST18202þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdate.pngþ þ.PNGþ þimage/pngþ þþ þ799þ þ334b601f54d62d0774a f406dfa8f7a74þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0006\ST18232.pngþ þþ

þST18233þ þST18233þ þST18233þ þST18233þ þST18233þ þST18233þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/go.pngþ þþ þþ þ0þ þ1þ þST18203þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þgo.pngþ þ.PNGþ þimage/pngþ þþ þ634þ þc7a623f83cd8f35cadb4d25 0586a6127þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0006\ST18233.pngþ þþ

þST18234þ þST18234þ þST18234þ þST18234þ þST18234þ þST18234þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ886þ þ9265a89c4d 08e48fd146c5ba6e5db368þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0006\ST18234.txtþ þTEXT\0004\ST18234.txtþ

þST18235þ þST18235þ þST18236þ þST18235þ þST18236þ þST18235þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þ04/01/2011þ þþ þ00:00:00þ þ2011 -04-01T00:00:00-04:00þ þ1301630400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1003þ þb53a5cc81 a77893fbc2156d66584043dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0006\ST18235.txtþ þTEXT\0004\ST18235.txtþ

þST18237þ þST18237þ þST18237þ þST18237þ þST18237þ þST18237þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/prop-base/1.png.svn-baseþ þþ þþ þ0 þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ1.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18237.txtþ þTEXT\0004\ST18237.txtþ
þST18238þ þST18238þ þST18238þ þST18238þ þST18238þ þST18238þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/prop-base/2y.png.svn-baseþ þþ þþ þ
0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ2y.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18238.txtþ þTEXT\0004\ST18238.txtþ
þST18239þ þST18239þ þST18239þ þST18239þ þST18239þ þST18239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/prop-base/3.png.svn-baseþ þþ þþ þ0
þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ3.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18239.txtþ þTEXT\0004\ST18239.txtþ
þST18240þ þST18240þ þST18240þ þST18240þ þST18240þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/prop-base/av.png.svn-baseþ þþ þþ þ
0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þav.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18240.txtþ þTEXT\0004\ST18240.txtþ
þST18241þ þST18241þ þST18241þ þST18241þ þST18241þ þST18241þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/prop-base/av1.png.svn-baseþ þþ þþ
þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þav1.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18241.txtþ þTEXT\0004\ST18241.txtþ
þST18242þ þST18242þ þST18242þ þST18242þ þST18242þ þST18242þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/prop-base/Thumbs.db.svn-baseþ þþ þ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18242.txtþ þTEXT\0004\ST18242.txtþ
þST18243þ þST18243þ þST18243þ þST18243þ þST18243þ þST18243þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/text-base/1.png.svn-baseþ þþ þþ þ0
þ þ1þ þST18249þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ1.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ754þ þa1bed871e74bdc2a0705658acda2dfd2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18243.pngþ þþ
þST18244þ þST18244þ þST18244þ þST18244þ þST18244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L1/.svn/text-base/2y.png.svn-baseþ þþ þþ þ

0þ þ1þ þST18250þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ2y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ738þ þde6a555ebc224fb90ed33ce9e6b2f569þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18244.pngþ þþ

þST18245þ þST18245þ þST18245þ þST18245þ þST18245þ þST18245þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/text-base/3.png.svn-baseþþ þþ þ0 þ þ1þ þST18251þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ3.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ733þ þ4a7ba0fe43ff56730ddf3fa7c01b2191þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18245.pngþ þþ

þST18246þ þST18246þ þST18246þ þST18246þ þST18246þ þST18246þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/text-base/av.png.svn-baseþ þþ þþ þ0þ þ1þ þST18252þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þav.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ503þ þf16310717a66a2d4bbf204897788f81cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18246.pngþ þþ

þST18247þ þST18247þ þST18247þ þST18247þ þST18247þ þST18247þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/text-base/av1.png.svn-baseþ þþ þþ þ0þ þ1þ þST18253þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þav1.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ495þ þab52593b300c0136c8b20c80e5e3e6edþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18247.pngþ þþ

þST18248þ þST18248þ þST18248þ þST18248þ þST18248þ þST18248þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/.svn/text-base/Thumbs.db.svn-baseþ þþ þ þ þ0þ þ1þ þST18254þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BA SEþ þapplication/x-tika-msofficeþ þþ þ16896þ þa5320c1c6f4d14a61d33671543475947þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST182 48.svn-baseþ þþ

þST18249þ þST18249þ þST18249þ þST18249þ þST18249þ þST18249þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/1.pngþ þþ þþ þþ þ0þ þ1þ þST18243þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ1.pngþ þ.PNGþ þimage/pngþ þþ þ754þ þa1bed871e74bdc2a070565 8acda2dfd2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18249.pngþ þþ

þST18250þ þST18250þ þST18250þ þST18250þ þST18250þ þST18250þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/2y.pngþ þþ þþ þþ þ0þ þ1þ þST18244þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þ2y.pngþ þ.PNGþ þimage/pngþ þþ þ738þ þde6a555ebc224fb90ed3 3ce9e6b2f569þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0006\ST18250.pngþ þþ

þST18251þ þST18251þ þST18251þ þST18251þ þST18251þ þST18251þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/3.pngþþ þþ þþ þ0þ þ1þ þST18245þ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ3.pngþ þ.PNGþ þimage/pngþ þþ þ733þ þ4a7ba0fe43ff56730ddf3f a7c01b2191þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18251.pngþ þþ

þST18252þ þST18252þ þST18252þ þST18252þ þST18252þ þST18252þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/av.pngþ þþ þþ þ0þ þ1þ þST18246þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þav.pngþ þ.PNGþ þimage/pngþ þþ þ503þ þf16310717a66a2d4bbf2 04897788f81cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0006\ST18252.pngþ þþ

þST18253þ þST18253þ þST18253þ þST18253þ þST18253þ þST18253þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/av1.pngþ þþ þþ þ0þ þ1þ þST18247þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þav1.pngþ þ.PNGþ þimage/pngþ þþ þ495þ þab52593b300c0136c8 b20c80e5e3e6edþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0006\ST18253.pngþ þþ

þST18254þ þST18254þ þST18254þ þST18254þ þST18254þ þST18254þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L1/Thumbs.dbþ þþ þþ þ0þ þ1þ þST18248þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ16 896þ þa5320c1c6f4d14a61d33671543475947þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18254.dbþ þþ

þST18255þ þST18255þ þST18255þ þST18255þ þST18255þ þST18255þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ644þ þ5049c6311d c4b0250ae5c5367bf260b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0006\ST18255.txtþ þTEXT\0004\ST18255.txtþ

þST18256þ þST18256þ þST18257þ þST18256þ þST18257þ þST18256þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þ03/24/2011þ þ00:00:00þ þ2011 -03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ754þ þc5b5c42cf0 5ba94da5f2ba2c8e8fd442þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0006\ST18256.txtþ þTEXT\0004\ST18256.txtþ

þST18258þ þST18258þ þST18258þ þST18258þ þST18258þ þST18258þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/.svn/prop-base/log.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

```
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlog.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18258.txtþ þTEXT\0004\ST18258.txtþ
þST18259þ þST18259þ þST18259þ þST18259þ þST18259þ þST18259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L2/.svn/prop-base/stream.png.svn-baseþ þþ
þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
```

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstream.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18259.txtþ þTEXT\0004\ST18259.txtþ
þST18260þ þST18260þ þST18260þ þST18260þ þST18260þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L2/.svn/prop-base/sum.png.svn-baseþ þþ þ
þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsum.png.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18260.txtþ þTEXT\0004\ST18260.txtþ
þST18261þ þST18261þ þST18261þ þST18261þ þST18261þ þST18261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L2/.svn/prop-base/Thumbs.db.svn-baseþ þþ þ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18261.txtþ þTEXT\0004\ST18261.txtþ
þST18262þ þST18262þ þST18262þ þST18262þ þST18262þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L2/.svn/text-base/log.png.svn-baseþ þþ þþ
þ0þ þ1þ þST18266þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlog.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ660þ þd1e4c2a046e04632297c02af419335a8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18262.pngþ þþ
þST18263þ þST18263þ þST18263þ þST18263þ þST18263þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/L2/.svn/text-base/stream.png.svn-baseþ þþ

þþ þ0þ þ1þ þST18267þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstream.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ566þ þa14ad6f55f712d9da54f38194e6081b9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18263.pngþ þþ þST18264þ þST18264þ þST18264þ þST18264þ þST18264þ þST18264þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/.svn/text-base/sum.png.svn-baseþ þþ þþ þ0þ þ1þ þST18268þ þþ þþ þþ þþ þþ þþ þþ þþ þsum.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ607þ þ48019bbc44223e249d1e0b48dd79e1fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18264.pngþ þþ þST18265þ þST18265þ þST18265þ þST18265þ þST18265þ þST18265þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/.svn/text-base/Thumbs.db.svn-baseþ þþ þ þ þ0þ þ1þ þST18269þ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þapplication/x-tika-msofficeþ þþ þ13312þ þ3d5b29db89c0cbd54c3b4b44f564fb88þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18265.svn-baseþ þþ þST18266þ þST18266þ þST18266þ þST18266þ þST18266þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/log.pngþ þþ þþ þ0þ þ1þ þST18262þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlog.pngþ þ.PNGþ þimage/pngþ þþ þ660þ þd1e4c2a046e0463229 7c02af419335a8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18266.pngþ þþ þST18267þ þST18267þ þST18267þ þST18267þ þST18267þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/stream.pngþ þþ þþ þ0þ þ1þ þST18263þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstream.pngþ þ.PNGþ þimage/pngþ þþ þ566þ þa14ad6f55f71 2d9da54f38194e6081b9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18267.pngþ þþ þST18268þ þST18268þ þST18268þ þST18268þ þST18268þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/sum.pngþ þþ þþ þ0þ þ1þ þST18264þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsum.pngþ þ.PNGþ þimage/pngþ þþ þ607þ þ48019bbc44223e249d 1e0b48dd79e1fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18268.pngþ þþ þST18269þ þST18269þ þST18269þ þST18269þ þST18269þ þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/L2/Thumbs.dbþ þþ þþ þ0þ þ1þ þST18265þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ13 312þ þ3d5b29db89c0cbd54c3b4b44f564fb88þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18269.dbþ þþ þST18270þ þST18270þ þST18270þ þST18270þ þST18270þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/layout_mng.pngþ þþ þþ þ0þ þ1þ þST18204þ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_mng.pngþ þ.PNGþ þimage/pngþ þþ þ519þ þ2956279 f25e10decbeb231d391247a45þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18270.pngþ þþ

þST18271þ þST18271þ þST18271þ þST18271þ þST18271þ þST18271þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/money.pngþ þþ þþ þ0þ þ1þ þST18205þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þmoney.pngþ þ.PNGþ þimage/pngþ þþ þ738þ þ9095b4c0e705f5dd0 e42317ed586346aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0006\ST18271.pngþ þþ

þST18272þ þST18272þ þST18272þ þST18272þ þST18272þ þST18272þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/news.pngþ þþ þþ þ0þ þ1þ þST18206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.pngþ þ.PNGþ þimage/pngþ þþ þ779þ þfff970c448a73bee09b 41f82b01996e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0006\ST18272.pngþ þþ

þST18273þ þST18273þ þST18273þ þST18273þ þST18273þ þST18273þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/print.pngþ þþ þþ þ0þ þ1þ þST18207þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þprint.pngþ þ.PNGþ þimage/pngþ þþ þ731þ þ242421c98dbd8b054 fc76a036d04321cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0006\ST18273.pngþ þþ

þST18274þ þST18274þ þST18274þ þST18274þ þST18274þ þST18274þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/save/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ384þ þ8191f8c05 892c5af49cb4b4ea5da690cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0006\ST18274.txtþ þTEXT\0004\ST18274.txtþ

þST18275þ þST18275þ þST18275þ þST18275þ þST18275þ þST18275þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/save/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/14/2011þ þ00:00:00þ þ2011-03-14T00:00:00-04:00þ þ1300075200þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ495þ þ4ed01bf19423d45299bad4f4a30e5ac6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18275.txtþ þTEXT\0004\ST18275.txtþ

þST18276þ þST18276þ þST18276þ þST18276þ þST18276þ þST18276þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/save/.svn/prop-base/disk.png.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdisk.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18276.txtþ þTEXT\0004\ST18276.txtþ
þST18277þ þST18277þ þST18277þ þST18277þ þST18277þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/save/.svn/prop-base/save.png.svn-baseþ þþ
þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;

ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;

ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;

ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24135;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18277.txtþ þTEXT\0004\ST18277.txtþ
þST18278þ þST18278þ þST18278þ þST18278þ þST18278þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/save/.svn/text-base/disk.png.svn-baseþþ
þþ þ0þ þ1þ þST18280þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdisk.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ620þ þbb6d3c6dd2b1182ca4877d05f7e67a91þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18278.pngþ þþ
þST18279þ þST18279þ þST18279þ þST18279þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/images/src/screen_icons/save/.svn/text-base/save.png.svn-baseþ þþ

þþ þ0þ þ1þ þST18281þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ774þ þ7ac72068e24479becb4e524b43c0363aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18279.pngþ þþ

þST18280þ þST18280þ þST18280þ þST18280þ þST18280þ þST18280þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/save/disk.pngþ þþ þþ þ0þ þ1þ þST18278þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdisk.pngþ þ.PNGþ þimage/pngþ þþ þ620þ þbb6d3c6dd2b118 2ca4877d05f7e67a91þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0006\ST18280.pngþ þþ

þST18281þ þST18281þ þST18281þ þST18281þ þST18281þ þST18281þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/save/save.pngþ þþ þþ þ0þ þ1þ þST18279þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsave.pngþ þ.PNGþ þimage/pngþ þþ þ774þ þ7ac72068e24479 becb4e524b43c0363aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0006\ST18281.pngþ þþ

þST18282þ þST18282þ þST18282þ þST18282þ þST18282þ þST18282þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/sys_view.pngþ þþ þþ þ0þ þ1þ þST18208þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsys_view.pngþ þ.PNGþ þimage/pngþ þþ þ465þ þb812fd1dc5 2bb98af4982b67049e85bcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0006\ST18282.pngþ þþ

þST18283þ þST18283þ þST18283þ þST18283þ þST18283þ þST18283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/trade.pngþ þþ þþ þ0þ þ1þ þST18209þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þtrade.pngþ þ.PNGþ þimage/pngþ þþ þ630þ þe16d2aab722972df9 a6bc11778fada5cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0006\ST18283.pngþ þþ

þST18284þ þST18284þ þST18284þ þST18284þ þST18284þ þST18284þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/wrench.pngþ þþ þþ þ0þ þ1þ þST18210þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwrench.pngþ þ.PNGþ þimage/pngþ þþ þ610þ þa137eb444186056 4ce1655357af26de8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18284.pngþ þþ

þST18285þ þST18285þ þST18285þ þST18285þ þST18285þ þST18285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/zoom_in.pngþ þþ þþ þ0þ þ1þ þST18211þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þzoom_in.pngþ þ.PNGþ þimage/pngþ þþ þ725þ þ921231814a5b e0c07bfa6f07b2f0ac8dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL SEþ þTRUEþ þNATIVES\0006\ST18285.pngþ þþ

þST18286þ þST18286þ þST18286þ þST18286þ þST18286þ þST18286þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/images/src/screen_icons/zoom_out.pngþ þþ þþ þ0þ þ1þ þST18212þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þzoom_out.pngþ þ.PNGþ þimage/pngþ þþ þ708þ þ59f31ca44f

7519074a1ddf1255a61879þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18286.pngþ þþ

þST18287þ þST18287þ þST18287þ þST18287þ þST18287þ þST18287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ220þ þ17f060a73a6e2e67e7a7ff3d bee25dd1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0006\ST18287.txtþ þTEXT\0004\ST18287.txtþ

þST18288þ þST18288þ þST18288þ þST18288þ þST18288þ þST18288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18288.txtþ þTEXT\0004\ST18288.txtþ

þST18289þ þST18289þ þST18289þ þST18289þ þST18289þ þST18289þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/22/2010þ þ00:00:00þ þ2010-09-22T00:00:00-04:00þ þ1285128000þ þentriesþ þ.TXTþ þ text/plainþ þþ þ385þ þa88ee742c2ca6ed82e2d29737eaefc24þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18289.txtþ þTEXT\0004\ST1 8289.txtþ

þST18290þ þST18290þ þST18290þ þST18290þ þST18290þ þST18290þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST1 8291þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/x mlþ þþ þ3734þ þbde99c146cbd656fed81610e0107e1b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18290.xmlþ þþ

þST18291þ þST18291þ þST18291þ þST18291þ þST18291þ þST18291þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/build.xmlþ þþ þþ þ0þ þ1þ þST18290þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3734þ þbde99c146cbd656fed81 610e0107e1b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18291.xmlþ þþ

þST18292þ þST18292þ þST18292þ þST18292þ þST18292þ þST18292þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ682þ þ804b487ab5a7e6 d2886e093c00cfca2bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0006\ST18292.txtþ þTEXT\0004\ST18292.txtþ

þST18293þ þST18293þ þST18293þ þST18293þ þST18293þ þST18293þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18293.txtþ þTEXT\0004\ST18293.txtþ þST18294þ þST18294þ þST18295þ þST18294þ þST18295þ þST18294þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/22/2010þ þ00:00:00þ þ2010-09-22T00:00:00-04:00þ þ1285128000þ þentrie sþ þ.TXTþ þtext/plainþ þþ þ744þ þcf50a85ea108269c51644a67e74cb8abþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18294.txtþ þTEX T\0004\ST18294.txtþ

þST18296þ þST18296þ þST18296þ þST18296þ þST18296þ þST18296þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þ þ þþ þþ þ0þ þ1þ þST18300þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild- impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ48791þ þ426b8b0b42ed87eeea0211a961334 92eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0006\ST18296.xmlþ þþ

þST18297þ þST18297þ þST18297þ þST18297þ þST18297þ þST18297þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/.svn/text-base/genfiles.properties.svn-ba seþ þþ þþ þ0þ þ1þ þST18301þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ475þ þ45bcc492481833b9313e79f0d52f05b9þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18297.tx tþ þTEXT\0004\ST18297.txtþ

þST18298þ þST18298þ þST18298þ þST18298þ þST18298þ þST18298þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/.svn/text-base/project.properties.svn-bas eþ þþ þþ þ0þ þ1þ þST18302þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn -baseþ þ.TXTþ þtext/plainþ þþ þ1919þ þ70a2e456835485fa0fd53d165b160265þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18298.txtþ þTEXT\0004\ST18298.txtþ

þST18299þ þST18299þ þST18299þ þST18299þ þST18299þ þST18299þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þ þ0þ þ1þ þST18303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þ application/xmlþ þþ þ583þ þdecce3bf191a2a5ae3fe2f52f5aa3d0aþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18299.xmlþ þþ þST18300þ þST18300þ þST18300þ þST18300þ þST18300þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST18296þ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48791þ þ426b8b0b42ed87eeea0211a96133492eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18300.xmlþ þþ

þST18301þ þST18301þ þST18301þ þST18301þ þST18301þ þST18301þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST18297 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ45bcc492481833b9313e79f0d52f05b9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18301.propertiesþ þþ

þST18302þ þST18302þ þST18302þ þST18302þ þST18302þ þST18302þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST18298þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ1919þ þ70a2e456835485fa0fd53d165b160265þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18302.propertiesþ þþ

þST18303þ þST18303þ þST18303þ þST18303þ þST18303þ þST18303þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST18299þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ583þ þdecce3bf191a2a5ae3fe2f52f5aa3d0aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18303.xmlþ þþ

þST18304þ þST18304þ þST18304þ þST18304þ þST18304þ þST18304þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ104þ þaee015243e8a4be73cf5352fa60d6adfþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18304.txtþ þTEXT\0004\ST18304.txtþ

þST18305þ þST18305þ þST18305þ þST18305þ þST18305þ þST18305þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/22/2010þ þ00:00:00þ þ2010-09-22T00:00:00-04:00þ þ1285128000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ259þ þdfa73d8aff3535aacb028990c3b877f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18305.txtþ þTEXT\0004\ST18305.txtþ

þST18306þ þST18306þ þST18306þ þST18306þ þST18306þ þST18306þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ108þ þ60135f791e1fe589e6a35717dad3291fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18306.txtþ þTEXT\0004\ST18306.txtþ

þST18307þ þST18307þ þST18307þ þST18307þ þST18307þ þST18307þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010
-09-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ244þ þda64f06610
740400f0b8db2311410fffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18307.txtþ þTEXT\0004\ST18307.txtþ
þST18308þ þST18308þ þST18308þ þST18308þ þST18308þ þST18308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ119þ þ540260f30d9a239cf0649d4620536448þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18308.tx
tþ þTEXT\0004\ST18308.txtþ
þST18309þ þST18309þ þST18309þ þST18309þ þST18309þ þST18309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ128383200
0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ248þ þ9214ed4fe7968076f671802273c02b16þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1830
9.txtþ þTEXT\0004\ST18309.txtþ
þST18310þ þST18310þ þST18310þ þST18310þ þST18310þ þST18310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ123þ þ
689b1d2502837557ec29eace67715acdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18310.txtþ þTEXT\0004\ST18310.txtþ
þST18311þ þST18311þ þST18311þ þST18311þ þST18311þ þST18311þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010
-09-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ317þ þbe58b5a8bc
7515cea66def0190d3fac2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18311.txtþ þTEXT\0004\ST18311.txtþ
þST18312þ þST18312þ þST18312þ þST18312þ þST18312þ þST18312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/.svn/all-wcpropsþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ
þþ þ133þ þ492c81cdc9db3013e513729ec7902070þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18312.txtþ þTEXT\0004\ST18312.txtþ
þST18313þ þST18313þ þST18313þ þST18313þ þST18313þ þST18313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/.svn/entriesþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:
00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ265þ þ7f8d88533ccc3f3269607329b4ea0
397þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE

S\0006\ST18313.txtþ þTEXT\0004\ST18313.txtþ
þST18314þ þST18314þ þST18314þ þST18314þ þST18314þ þST18314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/all-wc
propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/
plainþ þþ þ1126þ þcae4d4431fba33e8c2b1c3a4c827e262þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18314.txtþ þTEXT\0004\ST18314
.txtþ
þST18315þ þST18315þ þST18316þ þST18315þ þST18316þ þST18315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/entrie
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00
:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1049þ þ3b4e8e05cd4ece144f614
c986da5d385þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0006\ST18315.txtþ þTEXT\0004\ST18315.txtþ
þST18317þ þST18317þ þST18317þ þST18317þ þST18317þ þST18317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/prop-b
ase/bg_h_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;

ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;

ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;

ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ bg_h_ind.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18317.txtþ þTEXT
\0004\ST18317.txtþ
þST18318þ þST18318þ þST18318þ þST18318þ þST18318þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/prop-b
ase/bg_h_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;

```
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_h_pro.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18318.txtþ þTEXT
\0004\ST18318.txtþ
þST18319þ þST18319þ þST18319þ þST18319þ þST18319þ þST18319þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/prop-b
ase/bg_pro.gif.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
```

ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16556; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;

ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18775; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;

ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ bg_pro.gif.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18319.txtþ þTEXT\0004\ST18319.txtþ
þST18320þ þST18320þ þST18320þ þST18320þ þST18320þ þST18320þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/prop-b
ase/bg_v_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;

ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;

ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ bbg_v_ind.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18320.txtþ þTEXT
\0004\ST18320.txtþ
þST18321þ þST18321þ þST18321þ þST18321þ þST18321þ þST18321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/prop-b
ase/bg_v_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;

ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;

ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_v_pro.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18321.txtþ þTEXT
\0004\ST18321.txtþ
þST18322þ þST18322þ þST18322þ þST18322þ þST18322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/prop-b
ase/bg.gif.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;

ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;

ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;

ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg.gif.svn-baseþ þ.TXTþ þtext/plainþ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18322.txtþ þTEXTþ þ0004\ST18322.txtþ þST18323þ þST18323þ þST18323þ þST18323þ þST18323þ þST18323þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/text-base/bg_h_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST18329þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þbg_h_ind.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6002þ þd5d8577b909495d56cc39f6640f54 28cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18323.pngþ þTEXTþ þ0004\ST18323.txtþ þST18324þ þST18324þ þST18324þ þST18324þ þST18324þ þST18324þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/text-base/bg_h_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST18330þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þbg_h_pro.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ10121þ þ302b1b2d7a3b0d7e11a7bf8bb819 ad15þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18324.pngþ þTEXTþ þ0004\ST18324.txtþ þST18325þ þST18325þ þST18325þ þST18325þ þST18325þ þST18325þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/text-base/bg_pro.gif.svn-baseþ þþ þþ þ0þ þ1þ þST18331þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ bg_pro.gif.svn-baseþ þ.GIFþ þimage/gifþ þþ þ9096þ þ1711cbcf0ab2de264ba9ff7d32cbca3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18325.gifþ þTEXTþ þ0004\ST18325.txtþ þST18326þ þST18326þ þST18326þ þST18326þ þST18326þ þST18326þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/text-base/bg_v_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST18332þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þbg_v_ind.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ9790þ þ1d2a1d342e1979e6ac4e7009c50f2 084þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0006\ST18326.pngþ þTEXT\0004\ST18326.txtþ

þST18327þ þST18327þ þST18327þ þST18327þ þST18327þ þST18327þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/text-b ase/bg_v_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST18333þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þbg_v_pro.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ9956þ þ9c6c56bc182e1346546f5fa1aa4f9 751þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0006\ST18327.pngþ þTEXT\0004\ST18327.txtþ

þST18328þ þST18328þ þST18328þ þST18328þ þST18328þ þST18328þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/.svn/text-b ase/bg.gif.svn-baseþ þþ þþ þ0þ þ1þ þST18334þ þþ þþ þþ þþ þþ þþ þþ þþ þbg.g if.svn-baseþ þ.GIFþ þimage/gifþ þþ þ7781þ þb79118554f5a414ab5f9a381f839f9e8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST1832 8.gifþ þTEXT\0004\ST18328.txtþ

þST18329þ þST18329þ þST18329þ þST18329þ þST18329þ þST18329þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/bg_h_ind.pn gþ þþ þþ þ0þ þ1þ þST18323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_h_ind.pngþ þ.PNGþ þi mage/pngþ þþ þ6002þ þd5d8577b909495d56cc39f6640f5428cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18329.pngþ þTEXT\0004\ST18 329.txtþ

þST18330þ þST18330þ þST18330þ þST18330þ þST18330þ þST18330þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/bg_h_pro.pn gþ þþ þþ þ0þ þ1þ þST18324þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_h_pro.pngþ þ.PNGþ þi mage/pngþ þþ þ10121þ þ302b1b2d7a3b0d7e11a7bf8bb819ad15þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18330.pngþ þTEXT\0004\ST1 8330.txtþ

þST18331þ þST18331þ þST18331þ þST18331þ þST18331þ þST18331þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/bg_pro.gifþ þþ þþ þ0þ þ1þ þST18325þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_pro.gifþ þ.GIFþ þimage /gifþ þþ þ9096þ þ1711cbcf0ab2de264ba9ff7d32cbca3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18331.gifþ þTEXT\0004\ST18331.txtþ

þST18332þ þST18332þ þST18332þ þST18332þ þST18332þ þST18332þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/bg_v_ind.pn gþ þþ þþ þ0þ þ1þ þST18326þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_v_ind.pngþ þ.PNGþ þi mage/pngþ þþ þ9790þ þ1d2a1d342e1979e6ac4e7009c50f2084þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18332.pngþ þTEXT\0004\ST18

332.txtþ
þST18333þ þST18333þ þST18333þ þST18333þ þST18333þ þST18333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/bg_v_pro.pn
gþ þþ þþ þ0þ þ1þ þST18327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg_v_pro.pngþ þ.PNGþ þi
mage/pngþ þþ þ9956þ þ9c6c56bc182e1346546f5fa1aa4f9751þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18333.pngþ þTEXT\0004\ST18
333.txtþ
þST18334þ þST18334þ þST18334þ þST18334þ þST18334þ þST18334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad/images/bg.gifþ þþ þ
þ þ0þ þ1þ þST18328þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbg.gifþ þ.GIFþ þimage/gifþ þþ þ
þ7781þ þb79118554f5a414ab5f9a381f839f9e8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18334.gifþ þTEXT\0004\ST18334.txtþ
þST18335þ þST18335þ þST18335þ þST18335þ þST18335þ þST18335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/.svn/all-wcp
ropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ139þ þ6dc25f239d5ae90d348360000bdb602cþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18335.tx
tþ þTEXT\0004\ST18335.txtþ
þST18336þ þST18336þ þST18336þ þST18336þ þST18336þ þST18336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/.svn/entries
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:
00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ271þ þ3a701d12da209f146f54da7
5fd6428a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0006\ST18336.txtþ þTEXT\0004\ST18336.txtþ
þST18337þ þST18337þ þST18337þ þST18337þ þST18337þ þST18337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/.svn/
all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ
þtext/plainþ þþ þ147þ þ77d2a3c13e3d99cf881276dd3cb50dfcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18337.txtþ þTEXT\0004\ST
18337.txtþ
þST18338þ þST18338þ þST18338þ þST18338þ þST18338þ þST18338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/.svn/
entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07
T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ408þ þ88fa9ff273221e00
b47d189552ff1ca0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0006\ST18338.txtþ þTEXT\0004\ST18338.txtþ
þST18339þ þST18339þ þST18339þ þST18339þ þST18339þ þST18339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/all-wcpropsþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.T
XTþ þtext/plainþ þþ þ1416þ þbca7c9e7ea20e97dd74e129919b454a8þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18339.txtþ þTEXT\0004\ST18339.txtþ
þST18340þ þST18340þ þST18341þ þST18340þ þST18341þ þST18340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09
-07T00:00:00-04:00þ þ1283832000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1216þ þd17cab4f2588
7bd7e5977e1204d88ec2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0006\ST18340.txtþ þTEXT\0004\ST18340.txtþ
þST18342þ þST18342þ þST18342þ þST18342þ þST18342þ þST18342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/hpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;

ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;

ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_dt.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18342.txtþ þTEXT\0004\ST18342.
txtþ
þST18343þ þST18343þ þST18343þ þST18343þ þST18343þ þST18343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/hpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;

ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;

ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_hf.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18343.txtþ þTEXT\0004\ST18343.
txtþ
þST18344þ þST18344þ þST18344þ þST18344þ þST18344þ þST18344þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/hpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;

ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;

ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_pro.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18344.txtþ þTEXT\0004\ST18344.txtþ
þST18345þ þST18345þ þST18345þ þST18345þ þST18345þ þST18345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/Vpad_bg_dt_.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;

ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt_.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18345.txtþ þTEXT\0004\ST18345.txtþ
þST18346þ þST18346þ þST18346þ þST18346þ þST18346þ þST18346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/Vpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;

ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;

ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18346.txtþ þTEXT\0004\ST18346.
txtþ
þST18347þ þST18347þ þST18347þ þST18347þ þST18347þ þST18347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/Vpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;

ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;

ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;

ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_hf.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18347.txtþ þTEXT\0004\ST18347.
txtþ
þST18348þ þST18348þ þST18348þ þST18348þ þST18348þ þST18348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/prop-base/Vpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;

ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;

ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;

ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_pro.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18348.txtþ þTEXT\0004\ST18348.txtþ
þST18349þ þST18349þ þST18349þ þST18349þ þST18349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/text-base/hpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST17274; ST17281;
ST18356þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_dt.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ14887þ þfb7f1acba7c8c5705f3d119bbc193c18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18349.pngþ þTEXT\0004\ST18349
.txtþ
þST18350þ þST18350þ þST18350þ þST18350þ þST18350þ þST18350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/text-base/hpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST17275; ST17282;
ST18357þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_hf.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ14897þ þ0202a02df8dbf91180fd0eca75b0a454þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18350.pngþ þTEXT\0004\ST18350
.txtþ
þST18351þ þST18351þ þST18351þ þST18351þ þST18351þ þST18351þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s

vn/text-base/hpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST17276; ST17283;
ST18358þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_pro.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ14929þ þ5f523282e5fa2ac9bdcd0cf84657e9c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18351.pngþ þTEXT\0004\ST1835
1.txtþ
þST18352þ þST18352þ þST18352þ þST18352þ þST18352þ þST18352þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/text-base/Vpad_bg_dt_.png.svn-baseþ þþ þþ þ0þ þ1þ þST17277; ST17284;
ST18359þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt_.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ39085þ þ5b8daab12ee42b931affa7c64175940aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18352.pngþ þTEXT\0004\ST1835
2.txtþ
þST18353þ þST18353þ þST18353þ þST18353þ þST18353þ þST18353þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/text-base/Vpad_bg_dt.png.svn-baseþ þþ þþ þ0þ þ1þ þST17278; ST17285;
ST18360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ15000þ þ6e7f0618b70e27c09c02b0a71a34169bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18353.pngþ þTEXT\0004\ST18353
.txtþ
þST18354þ þST18354þ þST18354þ þST18354þ þST18354þ þST18354þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/text-base/Vpad_bg_hf.png.svn-baseþ þþ þþ þ0þ þ1þ þST17279; ST17286;
ST18361þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_hf.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ26749þ þ8843655fc070fe25265ab353c3c4774dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18354.pngþ þTEXT\0004\ST18354
.txtþ
þST18355þ þST18355þ þST18355þ þST18355þ þST18355þ þST18355þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/.s
vn/text-base/Vpad_bg_pro.png.svn-baseþ þþ þþ þ0þ þ1þ þST17280; ST17287;
ST18362þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_pro.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ26801þ þ4554c0b0a328d315286ee10cd4ee66f1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18355.pngþ þTEXT\0004\ST1835
5.txtþ
þST18356þ þST18356þ þST18356þ þST18356þ þST18356þ þST18356þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/hp
ad_bg_dt.pngþ þþ þþ þ0þ þ1þ þST17274; ST17281;
ST18349þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_dt.pngþ þ.PNGþ þimage/pngþ þþ þ
14887þ þfb7f1acba7c8c5705f3d119bbc193c18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18356.pngþ þTEXT\0004\ST18356.txtþ
þST18357þ þST18357þ þST18357þ þST18357þ þST18357þ þST18357þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/hpad_bg_hf.pngþ þþ þþ þ0þ þ1þ þST17275; ST17282;
ST18350þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_hf.pngþ þ.PNGþ þimage/pngþ þþ þ 14897þ þ0202a02df8dbf91180fd0eca75b0a454þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18357.pngþ þTEXT\0004\ST18357.txtþ þST18358þ þST18358þ þST18358þ þST18358þ þST18358þ þST18358þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/hpad_bg_pro.pngþ þþ þþ þ0þ þ1þ þST17276; ST17283;
ST18351þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_pro.pngþ þ.PNGþ þimage/pngþ þþ þ14929þ þ5f523282e5fa2ac9bdcd0cf84657e9c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18358.pngþ þTEXT\0004\ST18358.txtþ þST18359þ þST18359þ þST18359þ þST18359þ þST18359þ þST18359þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_dt_.pngþ þþ þþ þ0þ þ1þ þST17277; ST17284;
ST18352þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt_.pngþ þ.PNGþ þimage/pngþ þþ þ39085þ þ5b8daab12ee42b931affa7c64175940aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18359.pngþ þTEXT\0004\ST18359.txtþ þST18360þ þST18360þ þST18360þ þST18360þ þST18360þ þST18360þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_dt.pngþ þþ þþ þ0þ þ1þ þST17278; ST17285;
ST18353þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_dt.pngþ þ.PNGþ þimage/pngþ þþ þ 15000þ þ6e7f0618b70e27c09c02b0a71a34169bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18360.pngþ þTEXT\0004\ST18360.txtþ þST18361þ þST18361þ þST18361þ þST18361þ þST18361þ þST18361þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_hf.pngþ þþ þþ þ0þ þ1þ þST17279; ST17286;
ST18354þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_hf.pngþ þ.PNGþ þimage/pngþ þþ þ 26749þ þ8843655fc070fe25265ab353c3c4774dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18361.pngþ þTEXT\0004\ST18361.txtþ þST18362þ þST18362þ þST18362þ þST18362þ þST18362þ þST18362þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/bg/Vpad_bg_pro.pngþ þþ þþ þ0þ þ1þ þST17280; ST17287;
ST18355þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_pro.pngþ þ.PNGþ þimage/pngþ þþ þ26801þ þ4554c0b0a328d315286ee10cd4ee66f1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18362.pngþ þTEXT\0004\ST18362.txtþ þST18363þ þST18363þ þST18363þ þST18363þ þST18363þ þST18363þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ
 þ.TXTþ þtext/plainþ þþ þ1252þ þb4734c6564f29ce16039fcdd00624f69þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18363.txtþ þTEXT
\0004\ST18363.txtþ
þST18364þ þST18364þ þST18365þ þST18364þ þST18365þ þST18364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ200
9-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1122þ þfd0d1513
f207bf9ce36782b0d8d7118aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0006\ST18364.txtþ þTEXT\0004\ST18364.txtþ
þST18366þ þST18366þ þST18366þ þST18366þ þST18366þ þST18366þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/prop-base/charts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;

ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;

ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18366.txtþ þTEXT\0004\ST18366.
txtþ
þST18367þ þST18367þ þST18367þ þST18367þ þST18367þ þST18367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/prop-base/charts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;

ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;

ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;

ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18367.txtþ þTEXT\0004\ST18367.txtþ
þST18368þ þST18368þ þST18368þ þST18368þ þST18368þ þST18368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/prop-base/charts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;

ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18368.txtþ þTEXT\0004\ST18368.txtþ
þST18369þ þST18369þ þST18369þ þST18369þ þST18369þ þST18369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/prop-base/chartsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;

ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;

ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18369.txtþ þTEXT\0004\ST18369.txtþ
þST18370þ þST18370þ þST18370þ þST18370þ þST18370þ þST18370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/prop-base/chartsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15968; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;

ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18370.txtþ þTEXT\0004\ST18370
.txtþ

þST18371þ þST18371þ þST18371þ þST18371þ þST18371þ þST18371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/prop-base/chartsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;

ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;

ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18371.txtþ þTEXT\0004\ST18371.txtþ
þST18372þ þST18372þ þST18372þ þST18372þ þST18372þ þST18372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/text-base/charts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17297; ST17311;
ST18386þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1429þ þc707e457df05616e4bf0dfa2e5ad6655þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18372.pngþ þþ
þST18373þ þST18373þ þST18373þ þST18373þ þST18373þ þST18373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/text-base/charts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17298; ST17320;
ST18395þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1429þ þ7111c1e3aacd5a256e1c809277fb1a93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18373.pngþ þþ
þST18374þ þST18374þ þST18374þ þST18374þ þST18374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/text-base/charts.png.svn-baseþ þþ þþ þ0þ þ1þ þST17299; ST17321; ST18396;
ST18822;
ST18844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1303þ þa7cc7f039edcd6866c9bc35ee3078cf9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18374.pngþ þTEXT\0004\ST18374.txtþ
þST18375þ þST18375þ þST18375þ þST18375þ þST18375þ þST18375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/text-base/chartsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17300; ST17322;
ST18397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1727þ þ8b512f25c86ae314db51c6f83c8d1a5aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18375.pngþ þþ
þST18376þ þST18376þ þST18376þ þST18376þ þST18376þ þST18376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/text-base/chartsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17301; ST17323;
ST18398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1730þ þd0dae15c8edb5400d4a4b991ad1e7414þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18376.pngþ þþ
þST18377þ þST18377þ þST18377þ þST18377þ þST18377þ þST18377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/.svn/text-base/chartsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17302; ST17324;
ST18399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ1524þ þfaf03526f9832c852043c401257b81b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18377.pngþ þTEXT
\0004\ST18377.txtþ
þST18378þ þST18378þ þST18378þ þST18378þ þST18378þ þST18378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ602þ þdd89b7009d0b7b5e27d75bf3b385852fþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18378.tx
tþ þTEXT\0004\ST18378.txtþ
þST18379þ þST18379þ þST18379þ þST18379þ þST18379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009
þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ
þ574þ þ2f7d4fac65570db1b2e3f7140ef2aedcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18379.txtþ þTEXT\0004\ST18379.txtþ
þST18380þ þST18380þ þST18380þ þST18380þ þST18380þ þST18380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/.svn/prop-base/charts_advanced_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11
579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;

ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;

ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;

ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18380.txtþ þTEXT\0004\ST
18380.txtþ
þST18381þ þST18381þ þST18381þ þST18381þ þST18381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/.svn/prop-base/charts_advanced_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11
579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;

ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;

ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18276; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;

ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18381.txtþ þTEXT\0004\ST
18381.txtþ
þST18382þ þST18382þ þST18382þ þST18382þ þST18382þ þST18382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/.svn/text-base/charts_advanced_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17
307; ST17309; ST18384; ST18830;

ST18832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2514þ þ9c01bd08952c82320a53769a4154b1f4þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18382.pngþ þTEXT\0004\S
T18382.txtþ

þST18383þ þST18383þ þST18383þ þST18383þ þST18383þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/.svn/text-base/charts_advanced_.up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17
308; ST17310; ST18385; ST18831;

ST18833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2532þ þe8dae8f4c30e0b632138d094e5408dcaþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18383.pngþ þTEXT\0004\S
T18383.txtþ

þST18384þ þST18384þ þST18384þ þST18384þ þST18384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/charts_advanced_dw.pngþ þþ þþ þ0þ þ1þ þST17307; ST17309; ST18382;
ST18830;

ST18832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.pngþ þ.PNGþ þimage/
pngþ þþ þ2514þ þ9c01bd08952c82320a53769a4154b1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18384.pngþ þTEXT\0004\ST18384.
txtþ

þST18385þ þST18385þ þST18385þ þST18385þ þST18385þ þST18385þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_advanced/charts_advanced_up.pngþ þþ þþ þ0þ þ1þ þST17308; ST17310; ST18383;
ST18831;

ST18833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.pngþ þ.PNGþ þimage/
pngþ þþ þ2532þ þe8dae8f4c30e0b632138d094e5408dcaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18385.pngþ þTEXT\0004\ST18385.
txtþ

þST18386þ þST18386þ þST18386þ þST18386þ þST18386þ þST18386þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_hit.pngþ þþ þþ þ0þ þ1þ þST17297; ST17311;

ST18372þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.pngþ þ.PNGþ þimage/pngþ þþ þ
1429þ þc707e457df05616e4bf0dfa2e5ad6655þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18386.pngþ þþ

þST18387þ þST18387þ þST18387þ þST18387þ þST18387þ þST18387þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_montage/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ595þ þbbc4ea9bf2fc034e97f2dde3fa21d8a7þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST
18387.txtþ þTEXT\0004\ST18387.txtþ

þST18388þ þST18388þ þST18388þ þST18388þ þST18388þ þST18388þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_montage/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
 þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ571þ þb608d6a38c
7575d43f0844557f84427cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18388.txtþ þTEXT\0004\ST18388.txtþ
þST18389þ þST18389þ þST18389þ þST18389þ þST18389þ þST18389þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart
s/charts_montage/.svn/prop-base/charts_montage_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;

ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;

ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;

ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18389.txtþ þTEXT\0004\ST18389.txtþ
þST18390þ þST18390þ þST18390þ þST18390þ þST18390þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/charts/charts_montage/.svn/prop-base/charts_montage_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;

ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;

ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;

ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18390.txtþ þTEXT\0004\ST18390.txtþ

þST18391þ þST18391þ þST18391þ þST18391þ þST18391þ þST18391þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart s/charts_montage/.svn/text-base/charts_montage_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1731 6; ST17318; ST18393; ST18839;

ST18841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2190þ þb75ad942c18816c4cd858a2ecb826148þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18391.pngþ þTEXT\0004\ST 18391.txtþ

þST18392þ þST18392þ þST18392þ þST18392þ þST18392þ þST18392þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart s/charts_montage/.svn/text-base/charts_montage_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1731 7; ST17319; ST18394; ST18840;

ST18842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2198þ þe3363ce4d0aa4c85c9411a4867f089bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18392.pngþ þTEXT\0004\ST 18392.txtþ

þST18393þ þST18393þ þST18393þ þST18393þ þST18393þ þST18393þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart s/charts_montage/charts_montage_dw.pngþ þþ þþ þ0þ þ1þ þST17316; ST17318; ST18391; ST18839;

ST18841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.pngþ þ.PNGþ þimage/p ngþ þþ þ2190þ þb75ad942c18816c4cd858a2ecb826148þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18393.pngþ þTEXT\0004\ST18393.t xtþ

þST18394þ þST18394þ þST18394þ þST18394þ þST18394þ þST18394þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/chart s/charts_montage/charts_montage_up.pngþ þþ þþ þ0þ þ1þ þST17317; ST17319; ST18392; ST18840;

ST18842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.pngþ þ.PNGþ þimage/p

ngþ þþ þ2198þ þe3363ce4d0aa4c85c9411a4867f089bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18394.pngþ þTEXT\0004\ST18394.txtþ
þST18395þ þST18395þ þST18395þ þST18395þ þST18395þ þST18395þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/charts/charts_over.pngþ þþ þþ þ0þ þ1þ þST17298; ST17320;
ST18373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.pngþ þ.PNGþ þimage/pngþ þþ þ1429þ þ7111c1e3aacd5a256e1c809277fb1a93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18395.pngþ þþ
þST18396þ þST18396þ þST18396þ þST18396þ þST18396þ þST18396þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/charts/charts.pngþ þþ þþ þ0þ þ1þ þST17299; ST17321; ST18374; ST18822;
ST18844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.pngþ þ.PNGþ þimage/pngþ þþ þ1303þ þa7cc7f039edcd6866c9bc35ee3078cf9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18396.pngþ þTEXT\0004\ST18396.txtþ
þST18397þ þST18397þ þST18397þ þST18397þ þST18397þ þST18397þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/charts/chartsv_hit.pngþ þþ þþ þ0þ þ1þ þST17300; ST17322;
ST18375þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1727þ þ8b512f25c86ae314db51c6f83c8d1a5aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18397.pngþ þþ
þST18398þ þST18398þ þST18398þ þST18398þ þST18398þ þST18398þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/charts/chartsv_over.pngþ þþ þþ þ0þ þ1þ þST17301; ST17323;
ST18376þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ1730þ þd0dae15c8edb5400d4a4b991ad1e7414þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18398.pngþ þþ
þST18399þ þST18399þ þST18399þ þST18399þ þST18399þ þST18399þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/charts/chartsv.pngþ þþ þþ þ0þ þ1þ þST17302; ST17324;
ST18377þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.pngþ þ.PNGþ þimage/pngþ þþ þ1524þ þfaf03526f9832c852043c401257b81b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18399.pngþ þTEXT\0004\ST18399.txtþ
þST18400þ þST18400þ þST18400þ þST18400þ þST18400þ þST18400þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1404þ þ33e91c3ecdca47cbedc27010226b3c24þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18400.t

xtþ þTEXT\0004\ST18400.txtþ
þST18401þ þST18401þ þST18402þ þST18401þ þST18402þ þST18401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/20/2009þ þ00:00
:00þ þ2009-11-20T00:00:00-05:00þ þ1258693200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1288þ
þ2b7790bd0790b149ae7f74eeeb20b048þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18401.txtþ þTEXT\0004\ST18401.txtþ
þST18403þ þST18403þ þST18403þ þST18403þ þST18403þ þST18403þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/prop-base/filters_alerts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;

ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;

ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;

ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.png.svn-baseþ .TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18403.txtþ þTEXT\0004\ST 18403.txtþ

þST18404þ þST18404þ þST18404þ þST18404þ þST18404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/.svn/prop-base/filters_alerts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;

ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;

ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;

ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.png.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18404.txtþ þTEXT\0004\S T18404.txtþ

þST18405þ þST18405þ þST18405þ þST18405þ þST18405þ þST18405þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/.svn/prop-base/filters_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;

ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;

ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18591; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;

ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18405.txtþ þTEXT\0004\ST18405.txtþ
þST18406þ þST18406þ þST18406þ þST18406þ þST18406þ þST18406þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/prop-base/filters_alertsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;

ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;

ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;

ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22938; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18406.txtþ þTEXT\0004\S
T18406.txtþ

þST18407þ þST18407þ þST18407þ þST18407þ þST18407þ þST18407þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn-prop-base/filters_alertsv_over.png.svn-baseþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;

ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;

ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;

ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18407.txtþ þTEXT\0004
\ST18407.txtþ
þST18408þ þST18408þ þST18408þ þST18408þ þST18408þ þST18408þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/prop-base/filters_alertsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;

ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;

ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;

ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;

ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18408.txtþ þTEXT\0004\ST18
408.txtþ
þST18409þ þST18409þ þST18409þ þST18409þ þST18409þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/text-base/filters_alerts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17334;
ST17356;
ST18431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2279þ þ94738a4de7f078f5a45554ebc4426d2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18409.pngþ þ
þST18410þ þST18410þ þST18410þ þST18410þ þST18410þ þST18410þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/text-base/filters_alerts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17335;
ST17357;
ST18432þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2269þ þd118e3ddc73c5f2fe83d898c4ad28753þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18410.pngþ þ
þST18411þ þST18411þ þST18411þ þST18411þ þST18411þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/.svn/text-base/filters_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST17336;
ST17358; ST18433; ST18859;
ST18889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2040þ þ739dfabfe9f378774f0fd0b8fc103735þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18411.pngþ þTEXT\0004\ST18
411.txtþ
þST18412þ þST18412þ þST18412þ þST18412þ þST18412þ þST18412þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/.svn/text-base/filters_alertsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17337; ST17359;
ST18434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2374þ þ2b07980890a3050aa3612b1dd07fa47fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18412.pngþ þþ þST18413þ þST18413þ þST18413þ þST18413þ þST18413þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/.svn/text-base/filters_alertsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17338; ST17360;
ST18435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2378þ þd6cfe099e1ac188e10d1351f7c23b3e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18413.pngþ þþ þST18414þ þST18414þ þST18414þ þST18414þ þST18414þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/.svn/text-base/filters_alertsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17339; ST17361;
ST18436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.png.svn-baseþ þ.PNGþ þ image/pngþ þþ þ2119þ þd84ec861bfd5551554d80b86cafb5fc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18414.pngþ þTEXT\0004\ST18414.txtþ
þST18415þ þST18415þ þST18415þ þST18415þ þST18415þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/assent_filters/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ619þ þb45d5c5756a6277948a12b89e896514cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18415.txtþ þTEXT\0004\ST18415.txtþ
þST18416þ þST18416þ þST18416þ þST18416þ þST18416þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/assent_filters/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ11/20/2009þ þ00:00:00þ þ2009-11-20T00:00:00-05:00þ þ1258693200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ579þ þaabfddd9052bccd198d5630862185dc3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18416.txtþ þTEXT\0004\ST18416.txtþ
þST18417þ þST18417þ þST18417þ þST18417þ þST18417þ þST18417þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/assent_filters/.svn/prop-base/assent_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;

ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;

ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;

ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19135; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18417.txtþ þTEXT\0004\ST18417.txtþ
þST18418þ þST18418þ þST18418þ þST18418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte

rs_alerts/assent_filters/.svn/prop-base/assent_filters_up.png.svn-baseþ þþ þþ þ0þ þ1
þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;

ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17675; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;

ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_up.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18418.txtþ þTEXT\0004\ST18418.txtþ
þST18419þ þST18419þ þST18419þ þST18419þ þST18419þ þST18419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/assent_filters/.svn/text-base/assent_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1
þ þST17344; ST17346;
ST18421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_dw.png.svn-baseþ þ.PNGþ
 þimage/pngþ þþ þ2818þ þ1ff657bb98ea55484f1ab222a3c687a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18419.pngþ þTEXT\0004\ST
18419.txtþ
þST18420þ þST18420þ þST18420þ þST18420þ þST18420þ þST18420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/assent_filters/.svn/text-base/assent_filters_up.png.svn-baseþ þþ þþ þ0þ þ1
þ þST17345; ST17347;
ST18422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_up.png.svn-baseþ þ.PNGþ
 þimage/pngþ þþ þ2823þ þ054ee3b62a58e80d3aee6b6989618cf6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18420.pngþ þTEXT\0004\ST
18420.txtþ
þST18421þ þST18421þ þST18421þ þST18421þ þST18421þ þST18421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/assent_filters/assent_filters_dw.pngþ þþ þþ þ0þ þ1þ þST17344; ST17346;
ST18419þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_dw.pngþ þ.PNGþ þimage/p
ngþ þþ þ2818þ þ1ff657bb98ea55484f1ab222a3c687a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18421.pngþ þTEXT\0004\ST18421.t
xtþ
þST18422þ þST18422þ þST18422þ þST18422þ þST18422þ þST18422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/assent_filters/assent_filters_up.pngþ þþ þþ þ0þ þ1þ þST17345; ST17347;
ST18420þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þassent_filters_up.pngþ þ.PNGþ þimage/p
ngþ þþ þ2823þ þ054ee3b62a58e80d3aee6b6989618cf6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18422.pngþ þTEXT\0004\ST18422.t
xtþ
þST18423þ þST18423þ þST18423þ þST18423þ þST18423þ þST18423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/custom_limit_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ654þ þ1ea8a9c496d63a3ab4d711254c
c733dfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0006\ST18423.txtþ þTEXT\0004\ST18423.txtþ
þST18424þ þST18424þ þST18424þ þST18424þ þST18424þ þST18424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/custom_limit_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ09/04/2009þ þ00:00:00þ þ2009

-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ594þ þb47bc49927
31251d0f9b0e52db060e69þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0006\ST18424.txtþ þTEXT\0004\ST18424.txtþ
þST18425þ þST18425þ þST18425þ þST18425þ þST18425þ þST18425þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/custom_limit_alerts/.svn/prop-base/custom_limit_alerts_dw.png.svn-baseþ þ
þ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;

ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;

ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;

ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18425.txtþ þTEXT\0004\ST18425.txtþ
þST18426þ þST18426þ þST18426þ þST18426þ þST18426þ þST18426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/custom_limit_alerts/.svn/prop-base/custom_limit_alerts_up.png.svn-baseþ þ
þ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184;
ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267;
ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276;
ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285;
ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294;
ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303;
ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312;
ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321;
ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330;
ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339;
ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348;
ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357;
ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366;
ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375;
ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384;
ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393;
ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402;
ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621;
ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630;
ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639;
ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648;
ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657;
ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666;
ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675;
ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684;
ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861;
ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870;
ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920;
ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940;
ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965;
ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029;
ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038;
ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047;
ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056;
ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065;
ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192;
ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201;
ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210;
ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;
ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;

ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;
ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;

ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903;
ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938;
ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969;
ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000;
ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034;
ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062;
ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103;
ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137;
ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167;
ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202;
ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285;
ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294;
ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303;
ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312;
ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321;
ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330;
ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339;
ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348;
ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357;
ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366;
ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375;
ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384;
ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393;
ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402;
ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411;
ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420;
ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725;
ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;

ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18426.txtþ þTEXT\0004\ST18426.txtþ
þST18427þ þST18427þ þST18427þ þST18427þ þST18427þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/custom_limit_alerts/.svn/text-base/custom_limit_alerts_dw.png.svn-baseþ þ þþ þþ þ0þ þ1þ þST17352; ST17354;
ST18429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.png.svn-baseþ þ .PNGþ þimage/pngþ þþ þ2509þ þ97f462e7dc9f22fe7e18f49d085da381þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18427.pngþ þTEXT\00 04\ST18427.txtþ
þST18428þ þST18428þ þST18428þ þST18428þ þST18428þ þST18428þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/custom_limit_alerts/.svn/text-base/custom_limit_alerts_up.png.svn-baseþ þ þþ þþ þ0þ þ1þ þST17353; ST17355; ST18430; ST18876;
ST18878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.png.svn-baseþ þ .PNGþ þimage/pngþ þþ þ2510þ þ4f0b627e7119166a1d23f36e166a65a1þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18428.pngþ þTEXT\00 04\ST18428.txtþ
þST18429þ þST18429þ þST18429þ þST18429þ þST18429þ þST18429þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/custom_limit_alerts/custom_limit_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST17352; ST17354;
ST18427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.pngþ þ.PNGþ þim age/pngþ þþ þ2509þ þ97f462e7dc9f22fe7e18f49d085da381þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18429.pngþ þTEXT\0004\ST18429.txtþ
þST18430þ þST18430þ þST18430þ þST18430þ þST18430þ þST18430þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/custom_limit_alerts/custom_limit_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17353; ST17355; ST18428; ST18876;
ST18878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.pngþ þ.PNGþ þim age/pngþ þþ þ2510þ þ4f0b627e7119166a1d23f36e166a65a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0006\ST18430.pngþ þTEXT\0004\ST18430.txtþ
þST18431þ þST18431þ þST18431þ þST18431þ þST18431þ þST18431þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/filters_alerts_hit.pngþ þþ þþ þ0þ þ1þ þST17334; ST17356;
ST18409þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.pngþ þ.PNGþ þimage/
pngþ þþ þ2279þ þ94738a4de7f078f5a45554ebc4426d2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18431.pngþ þþ
þST18432þ þST18432þ þST18432þ þST18432þ þST18432þ þST18432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/filters_alerts_over.pngþ þþ þþ þ0þ þ1þ þST17335; ST17357;
ST18410þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.pngþ þ.PNGþ þimage
/pngþ þþ þ2269þ þd118e3ddc73c5f2fe83d898c4ad28753þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18432.pngþ þþ
þST18433þ þST18433þ þST18433þ þST18433þ þST18433þ þST18433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/filters_alerts.pngþ þþ þþ þ0þ þ1þ þST17336; ST17358; ST18411; ST18859;
ST18889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.pngþ þ.PNGþ þimage/pngþ
þþ þ2040þ þ739dfabfe9f378774f0fd0b8fc103735þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18433.pngþ þTEXT\0004\ST18433.txtþ
þST18434þ þST18434þ þST18434þ þST18434þ þST18434þ þST18434þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/filters_alertsv_hit.pngþ þþ þþ þ0þ þ1þ þST17337;
ST18412þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.pngþ þ.PNGþ þimage
/pngþ þþ þ2374þ þ2b07980890a3050aa3612b1dd07fa47fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18434.pngþ þþ
þST18435þ þST18435þ þST18435þ þST18435þ þST18435þ þST18435þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/filters_alertsv_over.pngþ þþ þþ þ0þ þ1þ þST17338; ST17360;
ST18413þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.pngþ þ.PNGþ þimag
e/pngþ þþ þ2378þ þd6cfe099e1ac188e10d1351f7c23b3e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18435.pngþ þþ
þST18436þ þST18436þ þST18436þ þST18436þ þST18436þ þST18436þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/filters_alertsv.pngþ þþ þþ þ0þ þ1þ þST17339; ST17361;
ST18414þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.pngþ þ.PNGþ þimage/png
þ þþ þ2119þ þd84ec861bfd5551554d80b86cafb5fc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18436.pngþ þTEXT\0004\ST18436.txtþ
þST18437þ þST18437þ þST18437þ þST18437þ þST18437þ þST18437þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/news_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ598þ þ16b62b5315423840d5b07e3fc22efd2aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 6\ST18437.txtþ þTEXT\0004\ST18437.txtþ þST18438þ þST18438þ þST18438þ þST18438þ þST18438þ þST18438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/news_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/ 2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plai nþ þþ þ570þ þacefb89eed11f4989762386af207fe6bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18438.txtþ þTEXT\0004\ST18438.txtþ þST18439þ þST18439þ þST18439þ þST18439þ þST18439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/news_alerts/.svn/prop-base/news_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11 579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;

ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;

ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;

ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22760; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18439.txtþ þTEXT\0004\ST18439.txtþ
þST18440þ þST18440þ þST18440þ þST18440þ þST18440þ þST18440þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/news_alerts/.svn/prop-base/news_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11
579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;

ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;

ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;

ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18440.txtþ þTEXT\0004\ST18440.txtþ
þST18441þ ST18441þ þST18441þ þST18441þ þST18441þ þST18441þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/news_alerts/.svn/text-base/news_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17
366; ST17368;
ST18443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2100þ þ2cb8af0c495b42080750e7f129593d6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18441.pngþ þTEXT\0004\ST18
441.txtþ
þST18442þ þST18442þ þST18442þ þST18442þ þST18442þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/news_alerts/.svn/text-base/news_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17
367; ST17369; ST18444; ST18898;
ST18900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2103þ þ53c3c2260b09408fd1fc7dabf748bcddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18442.pngþ þTEXT\0004\ST18
442.txtþ
þST18443þ þST18443þ þST18443þ þST18443þ þST18443þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/news_alerts/news_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST17366; ST17368;
ST18441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.pngþ þ.PNGþ þimage/pngþ
þþ þ2100þ þ2cb8af0c495b42080750e7f129593d6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18443.txtþ
þST18444þ þST18444þ þST18444þ þST18444þ þST18444þ þST18444þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/news_alerts/news_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17367; ST17369; ST18442;
ST18898;
ST18900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.pngþ þ.PNGþ þimage/pngþ

þþ þ2103þ þ53c3c2260b09408fd1fc7dabf748bcddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18444.pngþ þTEXT\0004\ST18444.txtþ
þST18445þ þST18445þ þST18445þ þST18445þ þST18445þ þST18445þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/.svn/all-wcpropsþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ703þ þa742ff400e10bcae4ff
8bc5342abababþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0006\ST18445.txtþ þTEXT\0004\ST18445.txtþ
þST18446þ þST18446þ þST18446þ þST18446þ þST18446þ þST18446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.
TXTþ þtext/plainþ þþ þ615þ þ516f640522f0d3c7b515f130971ba9a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18446.txtþ þTEXT\0004\ST18446.txtþ
þST18447þ þST18447þ þST18447þ þST18447þ þST18447þ þST18447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/.svn/prop-base/pattern_recognition_alerts_dw.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;

ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;

ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;

ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20406; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18447.txtþ þ
TEXT\0004\ST18447.txtþ
þST18448þ þST18448þ þST18448þ þST18448þ þST18448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/.svn/prop-base/pattern_recognition_alerts_up.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;

ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;

ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;

ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18448.txtþ þ
TEXT\0004\ST18448.txtþ
þST18449þ þST18449þ þST18449þ þST18449þ þST18449þ þST18449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/.svn/text-base/pattern_recognition_alerts_dw.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST17374; ST17376;
ST18451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3076þ þbd4c7fea28874d2a128fdb6e3dea3004þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18449.pngþ þ
TEXT\0004\ST18449.txtþ
þST18450þ þST18450þ þST18450þ þST18450þ þST18450þ þST18450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/.svn/text-base/pattern_recognition_alerts_up.p
ng.svn-baseþ þþ þþ þ0þ þ1þ þST17375; ST17377;
ST18452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3060þ þ83f4de1af1e9b06ef103778932dc2cd9þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18450.pngþ þ
TEXT\0004\ST18450.txtþ
þST18451þ þST18451þ þST18451þ þST18451þ þST18451þ þST18451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/pattern_recognition_alerts/pattern_recognition_alerts_dw.pngþ þþ þþ þ0þ þ1
þ þST17374; ST17376;
ST18449þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.pngþ þ.P

NGþ þimage/pngþ þþ þ3076þ þbd4c7fea28874d2a128fdb6e3dea3004þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18451.pngþ þTEXT\000 4\ST18451.txtþ

þST18452þ þST18452þ þST18452þ þST18452þ þST18452þ þST18452þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/pattern_recognition_alerts/pattern_recognition_alerts_up.pngþ þþ þþ þ0þ þ1 þ þST17375; ST17377;

ST18450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.pngþ þ.P NGþ þimage/pngþ þþ þ3060þ þ83f4de1af1e9b06ef103778932dc2cd9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18452.pngþ þTEXT\000 4\ST18452.txtþ

þST18453þ þST18453þ þST18453þ þST18453þ þST18453þ þST18453þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/streaming_algorithmic_filter/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ717þ þe14c3a063d45643ff 760574c35a6a0c6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0006\ST18453.txtþ þTEXT\0004\ST18453.txtþ

þST18454þ þST18454þ þST18454þ þST18454þ þST18454þ þST18454þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/streaming_algorithmic_filter/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ621þ þaefeafd010f30ac7ab4c5bd3f36344d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18454.txtþ þTEXT\0 004\ST18454.txtþ

þST18455þ þST18455þ þST18455þ þST18455þ þST18455þ þST18455þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte rs_alerts/streaming_algorithmic_filter/.svn/prop-base/streaming_algorithmic_filter_ dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;

ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;

ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17640; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;

ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18455.txtþ
þTEXT\0004\ST18455.txtþ
þST18456þ þST18456þ þST18456þ þST18456þ þST18456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/streaming_algorithmic_filter/.svn/prop-base/streaming_algorithmic_filter_
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;

ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;

ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17338; ST17339; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;

ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22228; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18456.txtþ
þTEXT\0004\ST18456.txtþ
þST18457þ þST18457þ þST18457þ þST18457þ þST18457þ þST18457þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/streaming_algorithmic_filter/.svn/text-base/streaming_algorithmic_filter_
dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17382; ST17384;
ST18459þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.png.sv
n-baseþ þ.PNGþ þimage/pngþ þþ þ3054þ þc3c991df38a83e34440f4cbcaa0e217fþ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18457.pngþ þTEXT\0004\ST18457.txtþ
þST18458þ þST18458þ þST18458þ þST18458þ þST18458þ þST18458þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/streaming_algorithmic_filter/.svn/text-base/streaming_algorithmic_filter_
up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17383; ST17385;

ST18460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.png.sv
n-baseþ þ.PNGþ þimage/pngþ þþ þ3054þ þ53277cacd310b494946ef97152946509þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18458.pngþ þTEXT\0004\ST18458.txtþ
þST18459þ þST18459þ þST18459þ þST18459þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/streaming_algorithmic_filter/streaming_algorithmic_filter_dw.pngþ þþ þþ þ0
þ þ1þ þST17382; ST17384;
ST18457þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.pngþ þ
.PNGþ þimage/pngþ þþ þ3054þ þc3c991df38a83e34440f4cbcaa0e217fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18459.pngþ þTEXT\00
04\ST18459.txtþ
þST18460þ þST18460þ þST18460þ þST18460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/streaming_algorithmic_filter/streaming_algorithmic_filter_up.pngþ þþ þþ þ0
þ þ1þ þST17383; ST17385;
ST18458þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.pngþ þ
.PNGþ þimage/pngþ þþ þ3054þ þ53277cacd310b494946ef97152946509þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18460.pngþ þTEXT\00
04\ST18460.txtþ
þST18461þ þST18461þ þST18461þ þST18461þ þST18461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/valez_filters/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ612þ þc14e9f0f9d4e211c9cc25e8efaa6a431
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
006\ST18461.txtþ þTEXT\0004\ST18461.txtþ
þST18462þ þST18462þ þST18462þ þST18462þ þST18462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/valez_filters/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/2
0/2009þ þ00:00:00þ þ2009-11-20T00:00:00-05:00þ þ1258693200þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ576þ þ27d4ebddf4f82bf456104c50daa4d12dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18462.txtþ þTEXT\0004\ST18462.t
xtþ
þST18463þ þST18463þ þST18463þ þST18463þ þST18463þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/valez_filters/.svn/prop-base/valez_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þ
þ ST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;

ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15945; ST15946; ST15947; ST15948; ST15949; ST15950; ST15951;
ST15952; ST15953; ST15954; ST15955; ST15956; ST15957;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;

ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;

ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18991; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19792; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18463.txtþ þTEXT\0004\ST1
8463.txtþ
þST18464þ þST18464þ þST18464þ þST18464þ þST18464þ þST18464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/valez_filters/.svn/prop-base/valez_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þ
ST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;

ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;

ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17998; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;

ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_up.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18464.txtþ þTEXT\0004\ST1
8464.txtþ
þST18465þ þST18465þ þST18465þ þST18465þ þST18465þ þST18465þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filte
rs_alerts/valez_filters/.svn/text-base/valez_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þ

ST17390; ST17392;

ST18467þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2322þ þ6cd714d5491919562e831376be7e8686þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18465.pngþ þTEXT\0004\ST18465.txtþ

þST18466þ þST18466þ þST18466þ þST18466þ þST18466þ þST18466þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/valez_filters/.svn/text-base/valez_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þ ST17391; ST17393;

ST18468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2329þ þ12e0638a12bdcbf69a9e2925de0399eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18466.pngþ þTEXT\0004\ST18466.txtþ

þST18467þ þST18467þ þST18467þ þST18467þ þST18467þ þST18467þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/valez_filters/valez_filters_dw.pngþ þþ þþ þ0þ þ1þ þST17390; ST17392;

ST18465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_dw.pngþ þ.PNGþ þimage/pnþ gþ þþ þ2322þ þ6cd714d5491919562e831376be7e8686þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18467.pngþ þTEXT \0004\ST18467.txtþ

þST18468þ þST18468þ þST18468þ þST18468þ þST18468þ þST18468þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/filters_alerts/valez_filters/valez_filters_up.pngþ þþ þþ þ0þ þ1þ þST17391; ST17393;

ST18466þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvalez_filters_up.pngþ þ.PNGþ þimage/pnþ gþ þþ þ2329þ þ12e0638a12bdcbf69a9e2925de0399eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18468.pngþ þTEXT \0004\ST18468.txtþ

þST18469þ þST18469þ þST18469þ þST18469þ þST18469þ þST18469þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ153þ þf580fbfa987c2bc1a3685e151a4d00b9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18469.txtþ þTEXT\0004\ST18469.txtþ

þST18470þ þST18470þ þST18470þ þST18470þ þST18470þ þST18470þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ309þ þ4388de98e7e63b5fb619207437b8c9b7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18470.txtþ þTEXT\0004\ST18470.txtþ

þST18471þ þST18471þ þST18471þ þST18471þ þST18471þ þST18471þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons /close/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcp ropsþ þ.TXTþ þtext/plainþ þþ þ527þ þ17ad33313557dc82f2e4b559fd7625b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18471.txtþ þ TEXT\0004\ST18471.txtþ
þST18472þ þST18472þ þST18472þ þST18472þ þST18472þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons /close/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00 þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ542þ þ5f3 81f8cd16fabad9c62792a3f0d2b4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18472.txtþ þTEXT\0004\ST18472.txtþ
þST18473þ þST18473þ þST18473þ þST18473þ þST18473þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons /close/.svn/prop-base/close_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;

ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17653; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;

ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;

ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18473.txtþ þTEXT\0004\ST18473.
txtþ

þST18474þ þST18474þ þST18474þ þST18474þ þST18474þ þST18474þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/close/.svn/prop-base/close.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;

ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18474.txtþ þTEXT\0004\ST18474.txtþ
þST18475þ þST18475þ þST18475þ þST18475þ þST18475þ þST18475þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/close/.svn/text-base/close_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17400; ST17402;
ST18477þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ380þ þ721c1a4f26036fafbc02ec45a8fd7603þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18475.pngþ þþ
þST18476þ þST18476þ þST18476þ þST18476þ þST18476þ þST18476þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/close/.svn/text-base/close.png.svn-baseþ þþ þþ þ0þ þ1þ þST17401; ST17403; ST18478;
ST18924;
ST18926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ431þ þe8464279cda2c0ffae641950fcfc0a37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18476.pngþ þþ
þST18477þ þST18477þ þST18477þ þST18477þ þST18477þ þST18477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/close/close_over.pngþ þþ þþ þ0þ þ1þ þST17400; ST17402;
ST18475þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.pngþ þ.PNGþ þimage/pngþ þþ þ
380þ þ721c1a4f26036fafbc02ec45a8fd7603þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þTRUEþ þNATIVES\0006\ST18477.pngþ þþ
þST18478þ þST18478þ þST18478þ þST18478þ þST18478þ þST18478þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/close/close.pngþ þþ þþ þ0þ þ1þ þST17401; ST17403; ST18476; ST18924;
ST18926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.pngþ þ.PNGþ þimage/pngþ þþ þ431þ þ
e8464279cda2c0ffae641950fcfc0a37þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18478.pngþ þþ
þST18479þ þST18479þ þST18479þ þST18479þ þST18479þ þST18479þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ520þ þ81d6c272bcbf0c39f010fd336d64d97dþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18479.tx
tþ þTEXT\0004\ST18479.txtþ
þST18480þ þST18480þ þST18480þ þST18480þ þST18480þ þST18480þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ
þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ539þ þ69b8a
30a93d9ebc7fd7ef05dfb5d1392þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0006\ST18480.txtþ þTEXT\0004\ST18480.txtþ
þST18481þ þST18481þ þST18481þ þST18481þ þST18481þ þST18481þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/.svn/prop-base/flip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;

ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;

ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;

ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18481.txtþ þTEXT\0004\ST18481.t
xtþ
þST18482þ þST18482þ þST18482þ þST18482þ þST18482þ þST18482þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/.svn/prop-base/flip.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;

ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;

ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18482.txtþ þTEXT\0004\ST18482.txtþ
þST18483þ þST18483þ þST18483þ þST18483þ þST18483þ þST18483þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/.svn/text-base/flip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17408; ST17410;
ST18485þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.PNGþ þimage/
pngþ þ520þ þ5361da314740523bb8c3efb010f4c506þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18483.pngþ þþ
þST18484þ þST18484þ þST18484þ þST18484þ þST18484þ þST18484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/.svn/text-base/flip.png.svn-baseþ þþ þþ þ0þ þ1þ þST17409; ST17411; ST18486;
ST18932;
ST18934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ560þ þ3434c5a2a302f99ec2c302e138ccb500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18484.pngþ þþ
þST18485þ þST18485þ þST18485þ þST18485þ þST18485þ þST18485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/flip_over.pngþ þþ þþ þ0þ þ1þ þST17408; ST17410;
ST18483þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.pngþ þ.PNGþ þimage/pngþ þþ þ5
20þ þ5361da314740523bb8c3efb010f4c506þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18485.pngþ þþ
þST18486þ þST18486þ þST18486þ þST18486þ þST18486þ þST18486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/flip/flip.pngþ þþ þþ þ0þ þ1þ þST17409; ST17411; ST18484; ST18932;

ST18934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.pngþ þ.PNGþ þimage/pngþ þþ þ560þ þ3
434c5a2a302f99ec2c302e138ccb500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18486.pngþ þþ
þST18487þ þST18487þ þST18487þ þST18487þ þST18487þ þST18487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/.svn/all-wcpropsþ þþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ548þ þb56bb08f1eb8b3fa2bf3c8fdb0770194þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18487.tx
tþ þTEXT\0004\ST18487.txtþ
þST18488þ þST18488þ þST18488þ þST18488þ þST18488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00
:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ551þ þ
5e9eb9f75f91ffb78f3ad15a109b2c30þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þTRUEþ þNATIVES\0006\ST18488.txtþ þTEXT\0004\ST18488.txtþ
þST18489þ þST18489þ þST18489þ þST18489þ þST18489þ þST18489þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/.svn/prop-base/minimize_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;

ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;

ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;

ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18489.txtþ þTEXT\0004\ST1848
9.txtþ

þST18490þ þST18490þ þST18490þ þST18490þ þST18490þ þST18490þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/.svn/prop-base/minimize.png.svn-baseþ þ0þ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;

ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;

ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;

ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335.

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18490.txtþ þTEXT
\0004\ST18490.txtþ

þST18491þ þST18491þ þST18491þ þST18491þ þST18491þ þST18491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/.svn/text-base/minimize_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17416; ST17418;
ST18493þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ290þ þ8650a25dff2bd8ac57cc27feda60c911þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18491.pngþ þþ

þST18492þ þST18492þ þST18492þ þST18492þ þST18492þ þST18492þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/.svn/text-base/minimize.png.svn-baseþ þþ þþ þ0þ þ1þ þST17417; ST17419;
ST18494; ST18940;
ST18942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ316þ þafe954050a39792a2caae72065ddcea3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18492.pngþ þþ

þST18493þ þST18493þ þST18493þ þST18493þ þST18493þ þST18493þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/minimize_over.pngþ þþ þþ þ0þ þ1þ þST17416; ST17418;
ST18491þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.pngþ þ.PNGþ þimage/pngþ þ
þ þ290þ þ8650a25dff2bd8ac57cc27feda60c911þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18493.pngþ þþ

þST18494þ þST18494þ þST18494þ þST18494þ þST18494þ þST18494þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/icons
/minimize/minimize.pngþ þþ þþ þ0þ þ1þ þST17417; ST17419; ST18492; ST18940;
ST18942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.pngþ þ.PNGþ þimage/pngþ þþ þ31
6þ þafe954050a39792a2caae72065ddcea3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18494.pngþ þþ
þST18495þ þST18495þ þST18495þ þST18495þ þST18495þ þST18495þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcprop
sþ þ.TXTþ þtext/plainþ þþ þ1466þ þa34955d8e34c768a1fe9e1990ee6486dþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18495.txtþ þT
EXT\0004\ST18495.txtþ
þST18496þ þST18496þ þST18497þ þST18496þ þST18497þ þST18496þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2
009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1243þ þcd4428
8620fbf8729c81ab1a18e9d3f8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0006\ST18496.txtþ þTEXT\0004\ST18496.txtþ
þST18498þ þST18498þ þST18498þ þST18498þ þST18498þ þST18498þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/mm_suite_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;

ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;

ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17989; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;

ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18498.txtþ þTEXT\0004\ST18498
.txtþ
þST18499þ þST18499þ þST18499þ þST18499þ þST18499þ þST18499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/mm_suite_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;

ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;

ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18332; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;

ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18499.txtþ þTEXT\0004\ST1849
9.txtþ
þST18500þ þST18500þ þST18500þ þST18500þ þST18500þ þST18500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/mm_suite.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;

ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;

ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;

ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18500.txtþ þTEXT
\0004\ST18500.txtþ
þST18501þ þST18501þ þST18501þ þST18501þ þST18501þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/mm_suitev_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;

ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;

ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;

ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18501.txtþ þTEXT\0004\ST1850
1.txtþ
þST18502þ þST18502þ þST18502þ þST18502þ þST18502þ þST18502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/mm_suitev_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;

ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;

ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;

ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18502.txtþ þTEXT\0004\ST18502.txtþ
þST18503þ þST18503þ þST18503þ þST18503þ þST18503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/mm_suitev.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18503.txtþ þTEXT\0004\ST18503.t
xtþ
þST18504þ þST18504þ þST18504þ þST18504þ þST18504þ þST18504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/prop-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18504.txtþ þTEXT\0004\ST18504.txtþ
þST18505þ þST18505þ þST18505þ þST18505þ þST18505þ þST18505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/mm_suite_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17430; ST17437;
ST18512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_hit.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1670þ þ4a36b8a3371b0fa6ee317139cfa8dbacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18505.pngþ þþ
þST18506þ þST18506þ þST18506þ þST18506þ þST18506þ þST18506þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/mm_suite_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17431; ST17438;
ST18513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1660þ þ73a79afc30ea2975e8a2bdedf404ac7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18506.pngþ þþ
þST18507þ þST18507þ þST18507þ þST18507þ þST18507þ þST18507þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/mm_suite.png.svn-baseþ þþ þþ þ0þ þ1þ þST17432; ST17439;
ST18514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1501þ þfbf56644d855b1ec1e7e26d104822096þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18507.pngþ þTEXT\0004\ST18507.t
xtþ
þST18508þ þST18508þ þST18508þ þST18508þ þST18508þ þST18508þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/mm_suitev_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17433; ST17440;
ST18515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_hit.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1770þ þb7e50e8c98d3e3f0e835cbbc5f60b82bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18508.pngþ þþ
þST18509þ þST18509þ þST18509þ þST18509þ þST18509þ þST18509þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/mm_suitev_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17434; ST17441;
ST18516þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev_over.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ1767þ þ860128e055a2a8028364845d26be8a6cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18509.pngþ þþ
þST18510þ þST18510þ þST18510þ þST18510þ þST18510þ þST18510þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/mm_suitev.png.svn-baseþ þþ þþ þ0þ þ1þ þST17435; ST17442;
ST18517þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suitev.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1573þ þ82197c36585314488289549f3559c92bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18510.pngþ þTEXT\0004\ST18510.
txtþ
þST18511þ þST18511þ þST18511þ þST18511þ þST18511þ þST18511þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17436; ST17455;
ST18530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þappli
cation/x-tika-msofficeþ þþ þ8704þ þ55c2d6900e77ff5af5555e99f2c05fd7þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18511.svn-bas
eþ þþ
þST18512þ þST18512þ þST18512þ þST18512þ þST18512þ þST18512þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/mm_suite_hit.pngþ þþ þþ þ0þ þ1þ þST17430; ST17437;
ST18505þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_suite_hit.pngþ þ.PNGþ þimage/pngþ þþ

þ1670þ þ4a36b8a3371b0fa6ee317139cfa8dbacþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18512.pngþ þþ

þST18513þ þST18513þ þST18513þ þST18513þ þST18513þ þST18513þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/mm_suite_over.pngþ þþ þþ þ0þ þ1þ þST17431; ST17438; ST18506þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ mm_suite_over.pngþ þ.PNGþ þimage/pngþ þ þ1660þ þ73a79afc30ea2975e8a2bdedf404ac7dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18513.pngþ þþ

þST18514þ þST18514þ þST18514þ þST18514þ þST18514þ þST18514þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/mm_suite.pngþ þþ þþ þ0þ þ1þ þST17432; ST17439; ST18507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ mm_suite.pngþ þ.PNGþ þimage/pngþ þþ þ15 01þ þfbf56644d855b1ec1e7e26d104822096þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18514.pngþ þTEXT\0004\ST18514.txtþ þST18515þ þST18515þ þST18515þ þST18515þ þST18515þ þST18515þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/mm_suitev_hit.pngþ þþ þþ þ0þ þ1þ þST17433; ST17440; ST18508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ mm_suitev_hit.pngþ þ.PNGþ þimage/pngþ þ þ1770þ þ7e50e8c98d3e3f0e835cbbc5f60b82bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18515.pngþ þþ

þST18516þ þST18516þ þST18516þ þST18516þ þST18516þ þST18516þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/mm_suitev_over.pngþ þþ þþ þ0þ þ1þ þST17434; ST17441; ST18509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ mm_suitev_over.pngþ þ.PNGþ þimage/pngþ þþ þ1767þ þ860128e055a2a8028364845d26be8a6cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18516.pngþ þþ

þST18517þ þST18517þ þST18517þ þST18517þ þST18517þ þST18517þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/mm_suitev.pngþ þþ þþ þ0þ þ1þ þST17435; ST17442; ST18510þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ mm_suitev.pngþ þ.PNGþ þimage/pngþ þþ þ1 573þ þ82197c36585314488289549f3559c92bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18517.pngþ þTEXT\0004\ST18517.txtþ þST18518þ þST18518þ þST18518þ þST18518þ þST18518þ þST18518þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc propsþ þ.TXTþ þtext/plainþ þþ þ704þ þafc4289a2460cab5dda2abb158b8517eþ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18518.txtþ þTEXT\0004\ST18518.txtþ

þST18519þ þST18519þ þST18520þ þST18519þ þST18520þ þST18519þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/nMM/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:0
0þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ670þ þa2
507b2ccd2885d1659edbbb07c6895aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18519.txtþ þTEXT\0004\ST18519.txtþ
þST18521þ þST18521þ þST18521þ þST18521þ þST18521þ þST18521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/nMM/.svn/prop-base/nMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;

ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;

ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;

ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_dw.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18521.txtþ þTEXT\0004\ST18521.txtþ
þST18522þ þST18522þ þST18522þ þST18522þ þST18522þ þST18522þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/nMM/.svn/prop-base/nMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;

ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;

ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_up.png.svn-baseþ .TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18522.txtþ þTEXT\0004\ST18522.txtþ
þST18523þ þST18523þ þST18523þ þST18523þ þST18523þ þST18523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/nMM/.svn/prop-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;

ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;

ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;

ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18523.txtþ þTEXT\0004\ST18523.txtþ þST18524þ þST18524þ þST18524þ þST18524þ þST18524þ þST18524þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/.svn/text-base/nMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17449; ST17452;

ST18527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_dw.png.svn-baseþ þ.PNGþ þimage/png þ þþ þ2283þ þ9ce33d7439a54c475baa8ee843db0e64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18524.pngþ þTEXT\0004\ST18524.txtþ þST18525þ þST18525þ þST18525þ þST18525þ þST18525þ þST18525þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/.svn/text-base/nMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17450; ST17453;

ST18528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_up.png.svn-baseþ þ.PNGþ þimage/png þ þþ þ2277þ þ1baaffbaebdd49e29c2ddf4ab5b0abffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18525.pngþ þTEXT\0004\ST18525.txtþ þST18526þ þST18526þ þST18526þ þST18526þ þST18526þ þST18526þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17451; ST17454;

ST18529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þappli cation/x-tika-msofficeþ þþ þ5120þ þ5712d5f912bcf715d8db5e2dc2fa8f60þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18526.svn-bas eþ þþ þST18527þ þST18527þ þST18527þ þST18527þ þST18527þ þST18527þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/nMM_dw.pngþ þþ þþ þ0þ þ1þ þST17449; ST17452;

ST18524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2283 þ þ9ce33d7439a54c475baa8ee843db0e64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18527.pngþ þTEXT\0004\ST18527.txtþ þST18528þ þST18528þ þST18528þ þST18528þ þST18528þ þST18528þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/nMM_up.pngþ þþ þþ þ0þ þ1þ þST17450; ST17453;

ST18525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnMM_up.pngþ þ.PNGþ þimage/pngþ þþ þ2277

þ þ1baaffbaebdd49e29c2ddf4ab5b0abffþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18528. pngþ þTEXT\0004\ST18528. txtþ þST18529þ þST18529þ þST18529þ þST18529þ þST18529þ þST18529þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/nMM/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17451; ST17454;
ST18526þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-m sofficeþ þþ þ5120þ þ5712d5f912bcf715d8db5e2dc2fa8f60þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18529.dbþ þþ
þST18530þ þST18530þ þST18530þ þST18530þ þST18530þ þST18530þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17436; ST17455;
ST18511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-m sofficeþ þþ þ8704þ þ55c2d6900e77ff5af5555e99f2c05fd7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18530.dbþ þþ
þST18531þ þST18531þ þST18531þ þST18531þ þST18531þ þST18531þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/uMM/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc propsþ þ.TXTþ þtext/plainþ þþ þ704þ þ1c89b730735f8ab68ab6d5f20ce472edþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18531.txtþ þTEXT\0004\ST18531.txtþ
þST18532þ þST18532þ þST18533þ þST18532þ þST18533þ þST18532þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/uMM/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:0 0þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ670þ þc9 a32a980ada9fd9eac8797d37966a3eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18532.txtþ þTEXT\0004\ST18532.txtþ
þST18534þ þST18534þ þST18534þ þST18534þ þST18534þ þST18534þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su ite/uMM/.svn/prop-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18534.txtþ þTEXT\0004\ST18534.txtþ
þST18535þ þST18535þ þST18535þ þST18535þ þST18535þ þST18535þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/.svn/prop-base/uMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;

ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_dw.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18535.txtþ þTEXT\0004\ST18535.txtþ
þST18536þ þST18536þ þST18536þ þST18536þ þST18536þ þST18536þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/.svn/prop-base/uMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;

ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;

ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17448; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;

ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_up.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18536.txtþ þTEXT\0004\ST18536.txtþ
þST18537þ þST18537þ þST18537þ þST18537þ þST18537þ þST18537þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/.svn/text-base/Thumbs.db.svn-baseþ þþ þþ þ0þ þ1þ þST17462; ST17465;
ST18540þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.db.svn-baseþ þ.SVN-BASEþ þappli
cation/x-tika-msofficeþ þþ þ5120þ þf3f0de3f271a5697fa3a22d80693157fþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18537.svn-bas
eþ þþ
þST18538þ þST18538þ þST18538þ þST18538þ þST18538þ þST18538þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su

ite/uMM/.svn/text-base/uMM_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17463; ST17466;
ST18541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_dw.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ2535þ þ705f4e2814c30feaf061581c74f82103þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18538.pngþ þTEXT\0004\ST18538.txtþ
þST18539þ þST18539þ þST18539þ þST18539þ þST18539þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/.svn/text-base/uMM_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17464; ST17467;
ST18542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_up.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ2529þ þ50b8f60c234359b4f72b2b4dc83c9f3cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18539.pngþ þTEXT\0004\ST18539.txtþ
þST18540þ þST18540þ þST18540þ þST18540þ þST18540þ þST18540þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/Thumbs.dbþ þþ þþ þ0þ þ1þ þST17462; ST17465;
ST18537þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-m
sofficeþ þþ þ5120þ þf3f0de3f271a5697fa3a22d806931157fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18540.dbþ þþ
þST18541þ þST18541þ þST18541þ þST18541þ þST18541þ þST18541þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/uMM_dw.pngþ þþ þþ þ0þ þ1þ þST17463; ST17466;
ST18538þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2535
þ þ705f4e2814c30feaf061581c74f82103þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18541.pngþ þTEXT\0004\ST18541.txtþ
þST18542þ þST18542þ þST18542þ þST18542þ þST18542þ þST18542þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/mm_su
ite/uMM/uMM_up.pngþ þþ þþ þ0þ þ1þ þST17464; ST17467;
ST18539þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuMM_up.pngþ þ.PNGþ þimage/pngþ þþ þ2529
þ þ50b8f60c234359b4f72b2b4dc83c9f3cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18542.pngþ þTEXT\0004\ST18542.txtþ
þST18543þ þST18543þ þST18543þ þST18543þ þST18543þ þST18543þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1214þ þ7f175d00915401596d6b58ccd75316b3þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18543.t
xtþ þTEXT\0004\ST18543.txtþ
þST18544þ þST18544þ þST18545þ þST18544þ þST18545þ þST18544þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-
09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1133þ þd528b38eca

55997f1a2249871168ea35þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18544.txtþ þTEXT\0004\ST18544.txtþ þST18546þ þST18546þ þST18546þ þST18546þ þST18546þ þST18546þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/.svn/prop-base/news_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;

ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;

ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18379; ST18380; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18546.txtþ þTEXT
\0004\ST18546.txtþ
þST18547þ þST18547þ þST18547þ þST18547þ þST18547þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
.svn/prop-base/news_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;

ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;

ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;

ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.png.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18547.txtþ þTEXT\0004\ST18547.t xtþ

þST18548þ þST18548þ þST18548þ þST18548þ þST18548þ þST18548þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/prop-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;

ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;

ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;

ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18548.txtþ þTEXT\0004\ST18548.txtþ
þST18549þ þST18549þ þST18549þ þST18549þ þST18549þ þST18549þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
.svn/prop-base/newsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;

ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;

ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;

ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18549.txtþ þTEXT\0004\ST18549.t
xtþ
þST18550þ þST18550þ þST18550þ þST18550þ þST18550þ þST18550þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
.svn/prop-base/newsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;

ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;

ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;

ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18550.txtþ þTEXT\0004\ST18550. txtþ

þST18551þ þST18551þ þST18551þ þST18551þ þST18551þ þST18551þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/prop-base/newsv.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;

ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;

ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;

ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.png.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18551.txtþ þTEXT\0004\ST18551.txtþ þST18552þ þST18552þ þST18552þ þST18552þ þST18552þ þST18552þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/text-base/news_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17477; ST17499; ST18574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ1484þ þ561ec89b580b9eb666a7811ddfdf7b60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18552.pngþ þþ þST18553þ þST18553þ þST18553þ þST18553þ þST18553þ þST18553þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/text-base/news_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17478; ST17500; ST18575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1477þ þ099960be7a5407a0f4808bceb4150e95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18553.pngþ þþ þST18554þ þST18554þ þST18554þ þST18554þ þST18554þ þST18554þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/text-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST17479; ST17509; ST18584; ST18975; ST19005þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ1316þ þ0000068b541b4170b5d257aae37f5b7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18554.pngþ þTEXT\0004\ST18554.txtþ þST18555þ þST18555þ þST18555þ þST18555þ þST18555þ þST18555þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/text-base/newsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17480; ST17510; ST18585þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ1750þ þ83ac4f0794b6ff5d0fe7f7aba052ae8aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18555.pngþ þþ þST18556þ þST18556þ þST18556þ þST18556þ þST18556þ þST18556þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/text-base/newsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17481; ST17511; ST18586þ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.png.svn-baseþ þ.PNGþ þimage /pngþ þþ þ1749þ þd413d1b295296af29644c07cb8214ae7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18556.pngþ þþ

þST18557þ þST18557þ þST18557þ þST18557þ þST18557þ þST18557þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ .svn/text-base/newsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17482; ST17512; ST18587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1522þ þcfd6b028df4d75761743c72e2d71753fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18557.pngþ þTEXT\0004\ST18557.txtþ þST18558þ þST18558þ þST18558þ þST18558þ þST18558þ þST18558þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ dealwire/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ547þ þ1d8688bdab1083d1477acf299b6e1aafþ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18558.txtþ þTEXT\0004\ST18558.txtþ þST18559þ þST18559þ þST18559þ þST18559þ þST18559þ þST18559þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ dealwire/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00: 00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ551þ þ1 62bec440c6415fea7f3043665cb479aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18559.txtþ þTEXT\0004\ST18559.txtþ þST18560þ þST18560þ þST18560þ þST18560þ þST18560þ þST18560þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ dealwire/.svn/prop-base/dealwire_dw.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;

ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;

ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18332; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;

ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18560.txtþ þTEXT\0004\ST18560.txtþ
þST18561þ þST18561þ þST18561þ þST18561þ þST18561þ þST18561þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
dealwire/.svn/prop-base/dealwire_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;

ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;

ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;

ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18561.txtþ þTEXT\0004\ST18561.txtþ
þST18562þ þST18562þ þST18562þ þST18562þ þST18562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
dealwire/.svn/text-base/dealwire_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17487; ST17489;
ST18564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1905þ þ0e297046813540cd1f936edee3b515fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18562.pngþ þTEXT\0004\ST18562
.txtþ
þST18563þ þST18563þ þST18563þ þST18563þ þST18563þ þST18563þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
dealwire/.svn/text-base/dealwire_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17488; ST17490;
ST18565; ST18984;
ST18986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1896þ þf9555730309b379f8dbbbfb6607a42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18563.pngþ þTEXT\0004\ST18563
.txtþ
þST18564þ þST18564þ þST18564þ þST18564þ þST18564þ þST18564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
dealwire/dealwire_dw.pngþ þþ þþ þ0þ þ1þ þST17487; ST17489;
ST18562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.pngþ þ.PNGþ þimage/pngþ þþ
þ1905þ þ0e297046813540cd1f936edee3b515fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18564.pngþ þTEXT\0004\ST18564.txtþ
þST18565þ þST18565þ þST18565þ þST18565þ þST18565þ þST18565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
dealwire/dealwire_up.pngþ þþ þþ þ0þ þ1þ þST17488; ST17490; ST18563; ST18984;
ST18986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.pngþ þ.PNGþ þimage/pngþ þþ
þ1896þ þf9555730309b379f8bdbbbfb6607a42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18565.pngþ þTEXT\0004\ST18565.txtþ
þST18566þ þST18566þ þST18566þ þST18566þ þST18566þ þST18566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
historical_news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ596þ þ1ab8294d94d16893bf72aafb719124d6þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18
566.txtþ þTEXT\0004\ST18566.txtþ
þST18567þ þST18567þ þST18567þ þST18567þ þST18567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
historical_news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
572þ þ5b54d0c5d3d72f7d36fc3679c9c2e1e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18567.txtþ þTEXT\0004\ST18567.txtþ
þST18568þ þST18568þ þST18568þ þST18568þ þST18568þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
historical_news/.svn/prop-base/historical_news_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;

Case 1:20-cv-22957-RNS   Document 69-13   Entered on FLSD Docket 04/11/2021   Page 3631 of 5374

ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;

ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;

ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22788; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18568.txtþ þTEXT\0004\ST
18568.txtþ

þST18569þ þST18569þ þST18569þ þST18569þ þST18569þ þST18569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
historical_news/.svn/prop-base/historical_news_up.png.svn-baseþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;

ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;

ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;

ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18569.txtþ þTEXT\0004\ST
18569.txtþ
þST18570þ þST18570þ þST18570þ þST18570þ þST18570þ þST18570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
historical_news/.svn/text-base/historical_news_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1749
5; ST17497;
ST18572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2139þ þf3558430ac5263c193d7344b81ae11f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18570.pngþ þTEXT\0004\S
T18570.txtþ
þST18571þ þST18571þ þST18571þ þST18571þ þST18571þ þST18571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
historical_news/.svn/text-base/historical_news_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1749
6; ST17498; ST18573; ST18992;
ST18994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.png.svn-baseþ þ.PNG

þ þimage/pngþ þ þ2130þ þc06011734417f5bba6b7f2413c87068dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18571.pngþ þTEXT\0004\ST18571.txtþ

þST18572þ þST18572þ þST18572þ þST18572þ þST18572þ þST18572þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/historical_news/historical_news_dw.pngþ þþ þþ þ0þ þ1þ þST17495; ST17497; ST18570þ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2139þ þf3558430ac5263c193d7344b81ae11f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18572.pngþ þTEXT\0004\ST18572.txtþ

þST18573þ þST18573þ þST18573þ þST18573þ þST18573þ þST18573þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/historical_news/historical_news_up.pngþ þþ þþ þ0þ þ1þ þST17496; ST17498; ST18571; ST18992þ þST18994þ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.pngþ þ.PNGþ þimage/pngþ þþ þ2130þ þc06011734417f5bba6b7f2413c87068dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18573.pngþ þTEXT\0004\ST18573.txtþ

þST18574þ þST18574þ þST18574þ þST18574þ þST18574þ þST18574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_hit.pngþ þþ þþ þ0þ þ1þ þST17477; ST17499; ST18552þ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1484þ þ561ec89b580b9eb666a7811ddfdf7b60þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18574.pngþ þþ

þST18575þ þST18575þ þST18575þ þST18575þ þST18575þ þST18575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_over.pngþ þþ þþ þ0þ þ1þ þST17478; ST17500; ST18553þ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.pngþ þ.PNGþ þimage/pngþ þþ þ1477þ þ099960be7a5407a0f4808bceb4150e95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18575.pngþ þþ

þST18576þ þST18576þ þST18576þ þST18576þ þST18576þ þST18576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ554þ þ686846022b2654e5acd668296e882bf2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18576.txtþ þTEXT\0004\ST18576.txtþ

þST18577þ þST18577þ þST18577þ þST18577þ þST18577þ þST18577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/

news_tape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00
:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ554þ þ
06fa09b87846e5d9bab29f1c39fae16cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18577.txtþ þTEXT\0004\ST18577.txtþ
þST18578þ þST18578þ þST18578þ þST18578þ þST18578þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
news_tape/.svn/prop-base/news_tape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;

ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16716; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;

ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;

ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18578.txtþ þTEXT\0004\ST18578
.txtþ
þST18579þ þST18579þ þST18579þ þST18579þ þST18579þ þST18579þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
news_tape/.svn/prop-base/news_tape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;

ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;

ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;

ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18579.txtþ þTEXT\0004\ST18579.txtþ

þST18580þ þST18580þ þST18580þ þST18580þ þST18580þ þST18580þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/.svn/text-base/news_tape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17505; ST17507; ST18582þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1904þ þ44bad841f9052de01842efa4305ec025þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18580.pngþ þTEXT\0004\ST18580.txtþ

þST18581þ þST18581þ þST18581þ þST18581þ þST18581þ þST18581þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/.svn/text-base/news_tape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17506; ST17508; ST19002; ST19004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1903þ þ079fbf4586e66614e71ba55f93b747ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18581.pngþ þTEXT\0004\ST18581.txtþ

þST18582þ þST18582þ þST18582þ þST18582þ þST18582þ þST18582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/news_tape_dw.pngþ þþ þþ þ0þ þ1þ þST17505; ST17507; ST18580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1904þ þ44bad841f9052de01842efa4305ec025þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18582.pngþ þTEXT\0004\ST18582.txtþ

þST18583þ þST18583þ þST18583þ þST18583þ þST18583þ þST18583þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news_tape/news_tape_up.pngþ þþ þþ þ0þ þ1þ þST17506; ST17508; ST18581; ST19002; ST19004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.pngþ þ.PNGþ þimage/pngþ þþ þ1903þ þ079fbf4586e66614e71ba55f93b747ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18583.pngþ þTEXT\0004\ST18583.txtþ

þST18584þ þST18584þ þST18584þ þST18584þ þST18584þ þST18584þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/news.pngþ þþ þþ þ0þ þ1þ þST17479; ST17509; ST18554; ST18975; ST19005þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.pngþ þ.PNGþ þimage/pngþ þþ þ1316þ þ0000068b541b4170b5d257aae37f5b7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18584.pngþ þTEXT\0004\ST18584.txtþ þST18585þ þST18585þ þST18585þ þST18585þ þST18585þ þST18585þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ newsv_hit.pngþ þþ þþ þ0þ þ1þ þST17480; ST17510; ST18555þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1 750þ þ83ac4f0794b6ff5d0fe7f7aba052ae8aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18585.pngþ þþ

þST18586þ þST18586þ þST18586þ þST18586þ þST18586þ þST18586þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ newsv_over.pngþ þþ þþ þ0þ þ1þ þST17481; ST17511; ST18556þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.pngþ þ.PNGþ þimage/pngþ þþ þþ þ 1749þ þd413d1b295296af29644c07cb8214ae7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18586.pngþ þþ

þST18587þ þST18587þ þST18587þ þST18587þ þST18587þ þST18587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ newsv.pngþ þþ þþ þ0þ þ1þ þST17482; ST17512; ST18557þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.pngþ þ.PNGþ þimage/pngþ þþ þ1522þ þcfd6b028df4d75761743c72e2d71753fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18587.pngþ þTEXT\0004\ST18587.txtþ þST18588þ þST18588þ þST18588þ þST18588þ þST18588þ þST18588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ streamer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ547þ þc804d1da2876795c129187aca231ff2bþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18588.tx tþ þTEXT\0004\ST18588.txtþ

þST18589þ þST18589þ þST18589þ þST18589þ þST18589þ þST18589þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ streamer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00: 00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ551þ þ7 3c522b92838110f414b9ff9e95e59fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ FALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18589.txtþ þTEXT\0004\ST18589.txtþ

þST18590þ þST18590þ þST18590þ þST18590þ þST18590þ þST18590þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/ streamer/.svn/prop-base/streamer_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;

ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;

ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18591; ST18599; ST18600; ST18601; ST18602;

ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18590.txtþ þTEXT\0004\ST18590.txtþ
þST18591þ þST18591þ þST18591þ þST18591þ þST18591þ þST18591þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
streamer/.svn/prop-base/streamer_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;

ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;

ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;

ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ p53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18591.txtþ þTEXT\0004\ST18591.txtþ
þST18592þ þST18592þ þST18592þ þST18592þ þST18592þ þST18592þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
streamer/.svn/text-base/streamer_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17517; ST17519;

ST18594þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1864þ þ5377d274c8d0c45c3cd8f9a6e5dfc3c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18592.pngþ þTEXT\0004\ST18592
.txtþ

þST18593þ þST18593þ þST18593þ þST18593þ þST18593þ þST18593þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
streamer/.svn/text-base/streamer_up.png.svn-baseþ þþ þ0þ þ1þ þST17518; ST17520;
ST18595; ST19014;
ST19016þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1862þ þ777dfeaeb003920df1b40e6c299357e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18593.pngþ þTEXT\0004\ST18593
.txtþ

þST18594þ þST18594þ þST18594þ þST18594þ þST18594þ þST18594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
streamer/streamer_dw.pngþ þþ þ0þ þ1þ þST17517; ST17519;
ST18592þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.pngþ þ.PNGþ þimage/pngþ þþ
þ1864þ þ5377d274c8d0c45c3cd8f9a6e5dfc3c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18594.pngþ þTEXT\0004\ST18594.txtþ
þST18595þ þST18595þ þST18595þ þST18595þ þST18595þ þST18595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/news/
streamer/streamer_up.pngþ þþ þ0þ þ1þ þST17518; ST17520; ST18593; ST19014;
ST19016þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.pngþ þ.PNGþ þimage/pngþ þþ
þ1862þ þ777dfeaeb003920df1b40e6c299357e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18595.pngþ þTEXT\0004\ST18595.txtþ
þST18596þ þST18596þ þST18596þ þST18596þ þST18596þ þST18596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcprop
sþ þ.TXTþ þtext/plainþ þþ þ1290þ þ55b48a65bdc841292a59f3d39dc6cdb4þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18596.txtþ þT
EXT\0004\ST18596.txtþ
þST18597þ þST18597þ þST18598þ þST18597þ þST18598þ þST18597þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2
009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1124þ þe786c8
0124bd8ff30d5a39fc3984e163þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0006\ST18597.txtþ þTEXT\0004\ST18597.txtþ
þST18599þ þST18599þ þST18599þ þST18599þ þST18599þ þST18599þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti

ngs/.svn/prop-base/settings_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;

ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;

ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18578; ST18579; ST18590; ST18591; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18599.txtþ þTEXT\0004\ST18599
.txtþ
þST18600þ þST18600þ þST18600þ þST18600þ þST18600þ þST18600þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/prop-base/settings_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;

ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;

ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18600.txtþ þTEXT\0004\ST1860
0.txtþ

þST18601þ þST18601þ þST18601þ þST18601þ þST18601þ þST18601þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/prop-base/settings.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;

ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;

ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18601.txtþ þTEXT
\0004\ST18601.txtþ
þST18602þ þST18602þ þST18602þ þST18602þ þST18602þ þST18602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/prop-base/settingsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;

ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;

ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18602.txtþ þTEXT\0004\ST1860
2.txtþ

þST18603þ þST18603þ þST18603þ þST18603þ þST18603þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/prop-base/settingsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;

ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;

ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18885; ST18886; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;

ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0006\ST18603.txtþ þTEXT\0004\ST18603.txtþ
þST18604þ þST18604þ þST18604þ þST18604þ þST18604þ þST18604þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti ngs/.svn/prop-base/settingsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;

ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;

ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;

ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.png.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18604.txtþ þTEXT\0004\ST18604.t xtþ

þST18605þ þST18605þ þST18605þ þST18605þ þST18605þ þST18605þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti ngs/.svn/text-base/settings_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17530; ST17552; ST18627þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ1930þ þ6aa9d9cdde7f554783a00853e56f8a0eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18605.pngþ þþ

þST18606þ þST18606þ þST18606þ þST18606þ þST18606þ þST18606þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti ngs/.svn/text-base/settings_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17531; ST17553; ST18628þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1926þ þ60526b341b9624930d2c3e2a9471f398þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18606.pngþ þþ

þST18607þ þST18607þ þST18607þ þST18607þ þST18607þ þST18607þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti ngs/.svn/text-base/settings.png.svn-baseþ þþ þþ þ0þ þ1þ þST17532; ST17554; ST18629; ST19028;

ST19050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.PNGþ þimage/p ngþ þþ þ1694þ þdec36cff52763699d002774a8f852caaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18607.pngþ þTEXT\0004\ST18607.t xtþ

þST18608þ þST18608þ þST18608þ þST18608þ þST18608þ þST18608þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti ngs/.svn/text-base/settingsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17533; ST17555; ST18630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ2021þ þ66ff21d319f646d7afcfb1d16ff2f8ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18608.pngþ þþ

þST18609þ þST18609þ þST18609þ þST18609þ þST18609þ þST18609þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti ngs/.svn/text-base/settingsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17534; ST17556; ST18631þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2024þ þ0fc87109b34b6579aec409f7c98dc6a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18609.pngþ þþ

þST18610þ þST18610þ þST18610þ þST18610þ þST18610þ þST18610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/.svn/text-base/settingsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17535; ST17557;
ST18632þ þþ þþþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1786þ þb80cd37ca1fc0939fcd1e1ac72e5f80aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18610.pngþ þTEXT\0004\ST18610.
txtþ

þST18611þ þST18611þ þST18611þ þST18611þ þST18611þ þST18611þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ573þ þ5c094ca8b3d40740c2c4383626cce609þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST186
11.txtþ þTEXT\0004\ST18611.txtþ

þST18612þ þST18612þ þST18612þ þST18612þ þST18612þ þST18612þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ09/04/2009þ þ
00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ5
61þ þc48995c785e77234de14ba71f832313fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0006\ST18612.txtþ þTEXT\0004\ST18612.txtþ

þST18613þ þST18613þ þST18613þ þST18613þ þST18613þ þST18613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/.svn/prop-base/colorfonts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;

ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;

ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;

ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18613.txtþ þTEXT\0004\ST1861
3.txtþ
þST18614þ þST18614þ þST18614þ þST18614þ þST18614þ þST18614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/.svn/prop-base/colorfonts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;

ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;

ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;

ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þTXTþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18614.txtþ þTEXT\0004\ST1861
4.txtþ

þST18615þ þST18615þ þST18615þ þST18615þ þST18615þ þST18615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/.svn/text-base/colorfonts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17540;
ST17542;

ST18617þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ2056þ þc4bdac47720313f057bf8a55a8d39272þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18615.pngþ þTEXT\0004\ST18615.txtþ

þST18616þ þST18616þ þST18616þ þST18616þ þST18616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/.svn/text-base/colorfonts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17541;
ST17543; ST18618; ST19037;

ST19039þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ2059þ þ2d57c3e1142c5d8d1165bad5bdb63fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18616.pngþ þTEXT\0004\ST18616.txtþ

þST18617þ þST18617þ þST18617þ þST18617þ þST18617þ þST18617þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/colorfonts_dw.pngþ þþ þþ þ0þ þ1þ þST17540; ST17542;
ST18615þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.pngþ þ.PNGþ þimage/pngþ þ
þ þ2056þ þc4bdac47720313f057bf8a55a8d39272þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18617.pngþ þTEXT\0004\ST18617.txtþ
þST18618þ þST18618þ þST18618þ þST18618þ þST18618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/colorfonts/colorfonts_up.pngþ þþ þþ þ0þ þ1þ þST17541; ST18616; ST19037;
ST19039þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.pngþ þ.PNGþ þimage/pngþ þ
þ þ2059þ þ2d57c3e1142c5d8d1165bad5bdb63fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18618.pngþ þTEXT\0004\ST18618.txtþ
þST18619þ þST18619þ þST18619þ þST18619þ þST18619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þal
l-wcpropsþ þ.TXTþ þtext/plainþ þþ þ552þ þe17e06bd61ebee81fbb53bdf3cff73a4þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18619.
txtþ þTEXT\0004\ST18619.txtþ
þST18620þ þST18620þ þST18620þ þST18620þ þST18620þ þST18620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009 þ00:
00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ552þ
þ8cfadfe87aaed5856ba03e09987bcb9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18620.txtþ þTEXT\0004\ST18620.txtþ
þST18621þ þST18621þ þST18621þ þST18621þ þST18621þ þST18621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/.svn/prop-base/layouts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;

ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;

ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;

ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18621.txtþ þTEXT\0004\ST18621.
txtþ
þST18622þ þST18622þ þST18622þ þST18622þ þST18622þ þST18622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/.svn/prop-base/layouts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;

ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;

ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;

ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þ0þ þ1þ þST17548; ST17550;
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18622.txtþ þTEXT\0004\ST18622.
txtþ
þST18623þ þST18623þ þST18623þ þST18623þ þST18623þ þST18623þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/.svn/text-base/layouts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17548; ST17550;
ST18625þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1697þ þe2e4511d91f90a2d21916da4751b39a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18623.pngþ þTEXT\0004\ST18623.txtþ
þST18624þ þST18624þ þST18624þ þST18624þ þST18624þ þST18624þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/.svn/text-base/layouts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17549; ST17551;
ST18626; ST19045;

ST19047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1773þ þee3cc3ee99ccf48c1bccb9ec7edf29b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18624.pngþ þTEXT\0004\ST18624.txtþ
þST18625þ þST18625þ þST18625þ þST18625þ þST18625þ þST18625þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/layouts_dw.pngþ þþ þþ þ0þ þ1þ þST17548; ST17550;
ST18623þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ
1697þ þe2e4511d91f90a2d21916da4751b39a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18625.txtþ þTEXT\0004\ST18625.txtþ
þST18626þ þST18626þ þST18626þ þST18626þ þST18626þ þST18626þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/layouts/layouts_up.pngþ þþ þþ þ0þ þ1þ þST17549; ST17551; ST18624; ST19045;
ST19047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.pngþ þ.PNGþ þimage/pngþ þþ þ
1773þ þee3cc3ee99ccf48c1bccb9ec7edf29b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18626.pngþ þTEXT\0004\ST18626.txtþ
þST18627þ þST18627þ þST18627þ þST18627þ þST18627þ þST18627þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/settings_hit.pngþ þþ þþ þ0þ þ1þ þST17530; ST17552;
ST18605þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.pngþ þ.PNGþ þimage/pngþ þþ
 þ1930þ þ6aa9d9cdde7f554783a00853e56f8a0eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18627.pngþ þþ
þST18628þ þST18628þ þST18628þ þST18628þ þST18628þ þST18628þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/settings_over.pngþ þþ þþ þ0þ þ1þ þST17531; ST17553;
ST18606þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.pngþ þ.PNGþ þimage/pngþ
þ þ1926þ þ60526b341b9624930d2c3e2a9471f398þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18628.pngþ þþ
þST18629þ þST18629þ þST18629þ þST18629þ þST18629þ þST18629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/settings.pngþ þþ þþ þ0þ þ1þ þST17532; ST17554; ST18607; ST19028;
ST19050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.pngþ þ.PNGþ þimage/pngþ þþ þ16
94þ þdec36cff52763699d002774a8f852caaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18629.pngþ þTEXT\0004\ST18629.txtþ
þST18630þ þST18630þ þST18630þ þST18630þ þST18630þ þST18630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/setti
ngs/settingsv_hit.pngþ þþ þþ þ0þ þ1þ þST17533; ST17555;
ST18608þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.pngþ þ.PNGþ þimage/pngþ þ

þ þ2021þ þ66ff21d319f646d7afcfb1d16ff2f8ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18630.pngþ þþ
þST18631þ þST18631þ þST18631þ þST18631þ þST18631þ þST18631þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/settings/settingsv_over.pngþ þþ þþ þ0þ þ1þ þST17534; ST17556; ST18609þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ2024þ þ0fc87109b34b6579aec409f7c98dc6a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18631.pngþ þþ
þST18632þ þST18632þ þST18632þ þST18632þ þST18632þ þST18632þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/settings/settingsv.pngþ þþ þþ þ0þ þ1þ þST17535; ST17557; ST18610þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.pngþ þ.PNGþ þimage/pngþ þþ þ1 786þ þb80cd37ca1fc0939fcd1e1ac72e5f80aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18632.pngþ þTEXT\0004\ST18632.txtþ
þST18633þ þST18633þ þST18633þ þST18633þ þST18633þ þST18633þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1271þ þa9eb3d6e701644871ce764a684723234þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18633.txtþ þTEXT\0004\ST18633.txtþ
þST18634þ þST18634þ þST18635þ þST18634þ þST18635þ þST18634þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1231þ þ4e07ff2f9bfe1b24fdfa4332534e808dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0007\ST18634.txtþ þTEXT\0004\ST18634.txtþ
þST18636þ þST18636þ þST18636þ þST18636þ þST18636þ þST18636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/.svn/prop-base/toolbox_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18636.txtþ þTEXT\0004\ST18636.txtþ
þST18637þ þST18637þ þST18637þ þST18637þ þST18637þ þST18637þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/prop-base/toolbox_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;

ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST15926; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;

ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;

ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18637.txtþ þTEXT\0004\ST18637
.txtþ
þST18638þ þST18638þ þST18638þ þST18638þ þST18638þ þST18638þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/prop-base/toolbox.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;

ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;

ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;

ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18638.txtþ þTEXT\0004\ST18638.txtþ
þST18639þ þST18639þ þST18639þ þST18639þ þST18639þ þST18639þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/prop-base/toolboxv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;

ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;

ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17043; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;

ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18639.txtþ þTEXT\0004\ST18639
.txtþ

þST18640þ þST18640þ þST18640þ þST18640þ þST18640þ þST18640þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/prop-base/toolboxv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;

ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;

ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;

ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18640.txtþ þTEXT\0004\ST1864
0.txtþ
þST18641þ þST18641þ þST18641þ þST18641þ þST18641þ þST18641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/prop-base/toolboxv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;

ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;

ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;

ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18641.txtþ þTEXT
\0004\ST18641.txtþ
þST18642þ þST18642þ þST18642þ þST18642þ þST18642þ þST18642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/text-base/toolbox_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17567; ST17621;

ST18696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1611þ þfe19c75eb1919c653905351723862ac3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18642.pngþ þþ
þST18643þ þST18643þ þST18643þ þST18643þ þST18643þ þST18643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/text-base/toolbox_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17568; ST17622;
ST18697þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1591þ þ16cedda53f5d86c9a9fba64f97bef505þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18643.pngþ þþ
þST18644þ þST18644þ þST18644þ þST18644þ þST18644þ þST18644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/text-base/toolbox.png.svn-baseþ þþ þþ þ0þ þ1þ þST17569; ST17623; ST18698;
ST19065;
ST19119þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ1409þ þ0b6fbb18f35fbab7847a0d1643e9f115þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18644.pngþ þTEXT
\0004\ST18644.txtþ
þST18645þ þST18645þ þST18645þ þST18645þ þST18645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/text-base/toolboxv_hit.png.svn-baseþ þþ þþ þ1þ þST17570; ST17624;
ST18699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ1766þ þ32288153273b4f7cf2464530eb27a261þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18645.pngþ þþ
þST18646þ þST18646þ þST18646þ þST18646þ þST18646þ þST18646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/text-base/toolboxv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17571; ST17625;
ST18700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1766þ þ93517058a340d5019603cf61efa1281dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18646.pngþ þþ
þST18647þ þST18647þ þST18647þ þST18647þ þST18647þ þST18647þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/.svn/text-base/toolboxv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17572; ST17626;
ST18701þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1549þ þ2ce139e3eabe2facec48eec989921b94þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18647.pngþ þTEXT\0004\ST18647.t
xtþ
þST18648þ þST18648þ þST18648þ þST18648þ þST18648þ þST18648þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb

ox/earnings_calendar/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ619þ þ12bca21f588cc65f25650c4440f2f6ffþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18648.txtþ þTEXT\0004\ST18648.txtþ

þST18649þ þST18649þ þST18649þ þST18649þ þST18649þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2
009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ581þ þ38b8493b6e84f7def92390ab3bcc9e93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18649.txtþ þTEXT\0004\ST18649.txtþ
þST18650þ þST18650þ þST18650þ þST18650þ þST18650þ þST18650þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/.svn/prop-base/earnings_calendar_dw.png.svn-baseþ þþ þþ þ0þ þ1þ
þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15945; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;

ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;

ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17990; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;

ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18650.txtþ þTEXT\0004
\ST18650.txtþ
þST18651þ þST18651þ þST18651þ þST18651þ þST18651þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/.svn/prop-base/earnings_calendar_up.png.svn-baseþ þþ þþ þ0þ þ1þ
þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;

ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;

ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;

ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18651.txtþ þTEXT\0004
\ST18651.txtþ

þST18652þ þST18652þ þST18652þ þST18652þ þST18652þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/.svn/text-base/earnings_calendar_dw.png.svn-baseþ þþ þþ þ0þ þ1þ
þST17577; ST17579;

ST18654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.png.svn-baseþ þ.P
NGþ þimage/pngþ þþ þ2363þ þ699e8de5bed2f5e6215ad24b421df5fbþ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18652.pngþ þTEXT\000
4\ST18652.txtþ

þST18653þ þST18653þ þST18653þ þST18653þ þST18653þ þST18653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/.svn/text-base/earnings_calendar_up.png.svn-baseþ þþ þþ þ0þ þ1þ
þST17578; ST17580; ST18655; ST19074;

ST19076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.png.svn-baseþ þ.P
NGþ þimage/pngþ þþ þ2380þ þee2de082024e012e8adcc4d78496a783þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18653.pngþ þTEXT\000
4\ST18653.txtþ

þST18654þ þST18654þ þST18654þ þST18654þ þST18654þ þST18654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/earnings_calendar_dw.pngþ þþ þþ þ0þ þ1þ þST17577; ST17579;

ST18652þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.pngþ þ.PNGþ þimag
e/pngþ þþ þ2363þ þ699e8de5bed2f5e6215ad24b421df5fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18654.pngþ þTEXT\0004\ST18654
.txtþ

þST18655þ þST18655þ þST18655þ þST18655þ þST18655þ þST18655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/earnings_calendar/earnings_calendar_up.pngþ þþ þþ þ0þ þ1þ þST17578; ST17580;

ST18653; ST19074;

ST19076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.pngþ þ.PNGþ þimag
e/pngþ þþ þ2380þ þee2de082024e012e8adcc4d78496a783þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18655.pngþ þTEXT\0004\ST18655
.txtþ

þST18656þ þST18656þ þST18656þ þST18656þ þST18656þ þST18656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ584þ þ0480192b41df1d6f27fbec5cf3235ddaþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18
656.txtþ þTEXT\0004\ST18656.txtþ

þST18657þ þST18657þ þST18657þ þST18657þ þST18657þ þST18657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
566þ þ9c076a4f003221ae9948e4bae3c992c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18657.txtþ þTEXT\0004\ST18657.txtþ
þST18658þ þST18658þ þST18658þ þST18658þ þST18658þ þST18658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/.svn/prop-base/fundamentals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST18367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;

ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;

ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;

ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18658.txtþ þTEXT\0004\ST18
658.txtþ
þST18659þ þST18659þ þST18659þ þST18659þ þST18659þ þST18659þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/.svn/prop-base/fundamentals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;

ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;

```
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
```

ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18659.txtþ þTEXT\0004\ST18
659.txtþ

þST18660þ þST18660þ þST18660þ þST18660þ þST18660þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/.svn/text-base/fundamentals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17585;
ST17587;

ST18662þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ2023þ þb95968a769e76b46f2de642374adbf36þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18660.pngþ þTEXT\0004\ST1
8660.txtþ

þST18661þ þST18661þ þST18661þ þST18661þ þST18661þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/.svn/text-base/fundamentals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17586;
ST17588; ST18663; ST19082;

ST19084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ2025þ þ53867b493e0d35f2b9cfca3d03c5316fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18661.pngþ þTEXT\0004\ST1
8661.txtþ

þST18662þ þST18662þ þST18662þ þST18662þ þST18662þ þST18662þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/fundamentals_dw.pngþ þþ þþ þ0þ þ1þ þST17585; ST17587;

ST18660þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.pngþ þ.PNGþ þimage/png
þ þþ þ2023þ þb95968a769e76b46f2de642374adbf36þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18662.pngþ þTEXT\0004\ST18662.txtþ
þST18663þ þST18663þ þST18663þ þST18663þ þST18663þ þST18663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/fundamentals/fundamentals_up.pngþ þþ þþ þ0þ þ1þ þST17586; ST17588; ST18661;
ST19082;
ST19084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.pngþ þ.PNGþ þimage/png
þ þþ þ2025þ þ53867b493e0d35f2b9cfca3d03c5316fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18663.pngþ þTEXT\0004\ST18663.txtþ
þST18664þ þST18664þ þST18664þ þST18664þ þST18664þ þST18664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/indices_dashboard/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ619þ þd43c3a05a0410e7240885b30aed16b90þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18664.txtþ þTEXT\0004\ST18664.txtþ
þST18665þ þST18665þ þST18665þ þST18665þ þST18665þ þST18665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/indices_dashboard/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2
009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ581þ þ3f10b35a1ac6f311fcb4f5d4a0ded7e3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18665.txtþ þTEXT\0004\ST18665.txtþ
þST18666þ þST18666þ þST18666þ þST18666þ þST18666þ þST18666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/indices_dashboard/.svn/prop-base/indices_dashboard_dw.png.svn-baseþ þþ þþ þ0þ þ1þ
þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;

ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;

ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;

ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.png.svn-baseþ þ.T XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18666.txtþ þTEXT\0004 \ST18666.txtþ

þST18667þ þST18667þ þST18667þ þST18667þ þST18667þ þST18667þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/indices_dashboard/.svn/prop-base/indices_dashboard_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;

ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;

ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;

ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.png.svn-baseþ þ.T XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18667.txtþ þTEXT\0004 \ST18667.txtþ

þST18668þ þST18668þ þST18668þ þST18668þ þST18668þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/indices_dashboard/.svn/text-base/indices_dashboard_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17593; ST17595;

ST18670þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.png.svn-baseþ þ.P NGþ þimage/pngþ þþ þ2421þ þe73c23bcbc7c131c27e53ad69755ef98þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18668.pngþ þTEXT\000 4\ST18668.txtþ

þST18669þ þST18669þ þST18669þ þST18669þ þST18669þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/indices_dashboard/.svn/text-base/indices_dashboard_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17594; ST17596; ST18671; ST19090;

ST19092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.png.svn-baseþ þ.P NGþ þimage/pngþ þþ þ2423þ þ2c2539518738520db9dccf1dc4910faaþ þ1þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18669.pngþ þTEXT\000
4\ST18669.txtþ

þST18670þ þST18670þ þST18670þ þST18670þ þST18670þ þST18670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/indices_dashboard/indices_dashboard_dw.pngþ þþ þþ þ0þ þ1þ þST17593; ST17595;
ST18668þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.pngþ þ.PNGþ þimag
e/pngþ þþ þ2421þ þe73c23bcbc7c131c27e53ad69755ef98þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18670.pngþ þTEXT\0004\ST18670
.txtþ

þST18671þ þST18671þ þST18671þ þST18671þ þST18671þ þST18671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/indices_dashboard/indices_dashboard_up.pngþ þþ þþ þ0þ þ1þ þST17594; ST17596;
ST18669; ST19090;
ST19092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.pngþ þ.PNGþ þimag
e/pngþ þþ þ2423þ þ2c2539518738520db9dccf1dc4910faaþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18671.pngþ þTEXT\0004\ST18671
.txtþ

þST18672þ þST18672þ þST18672þ þST18672þ þST18672þ þST18672þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ612þ þ65c4d1f77e1081d8873b0f386c84f52fþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\
ST18672.txtþ þTEXT\0004\ST18672.txtþ

þST18673þ þST18673þ þST18673þ þST18673þ þST18673þ þST18673þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/20
09þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ578þ þdddf1846ba0c54cdb34ea1e3f118e649þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18673.txtþ þTEXT\0004\ST18673.txtþ

þST18674þ þST18674þ þST18674þ þST18674þ þST18674þ þST18674þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/.svn/prop-base/market_internals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þS
T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;

ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;

ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17107; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;

ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18674.txtþ þTEXT\0004\S
T18674.txtþ
þST18675þ þST18675þ þST18675þ þST18675þ þST18675þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/.svn/prop-base/market_internals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þS
T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;

ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15879; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;

ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;

ST18659; ST18666; ST18667; ST18674; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.png.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18675.txtþ þTEXT\0004\S T18675.txtþ

þST18676þ þST18676þ þST18676þ þST18676þ þST18676þ þST18676þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/market_internals/.svn/text-base/market_internals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þS T17601; ST17603;

ST18678þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.png.svn-baseþ þ.PN Gþ þimage/pngþ þþ þ2124þ þae499290fa2c80284feb847d45dfac18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18676.pngþ þTEXT\0004

\ST18676.txtþ
þST18677þ þST18677þ þST18677þ þST18677þ þST18677þ þST18677þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/.svn/text-base/market_internals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þS
T17602; ST17604; ST18679; ST19098;
ST19100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2125þ þ3c5855966d3b5b8895a1d450a82519d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18677.pngþ þTEXT\0004
\ST18677.txtþ
þST18678þ þST18678þ þST18678þ þST18678þ þST18678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/market_internals_dw.pngþ þþ þþ þ0þ þ1þ þST17601; ST17603;
ST18676þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.pngþ þ.PNGþ þimage
/pngþ þþ þ2124þ þae499290fa2c80284feb847d45dfac18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18678.pngþ þTEXT\0004\ST18678.txtþ
þST18679þ þST18679þ þST18679þ þST18679þ þST18679þ þST18679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/market_internals/market_internals_up.pngþ þþ þþ þ0þ þ1þ þST17602; ST17604;
ST18677; ST19098;
ST19100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.pngþ þ.PNGþ þimage
/pngþ þþ þ2125þ þ3c5855966d3b5b8895a1d450a82519d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18679.pngþ þTEXT\0004\ST18679.txtþ
þST18680þ þST18680þ þST18680þ þST18680þ þST18680þ þST18680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/tickertape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ570þ þ3be9dc2612bee8624609b6cfa9ce7346þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1868
0.txtþ þTEXT\0004\ST18680.txtþ
þST18681þ þST18681þ þST18681þ þST18681þ þST18681þ þST18681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/tickertape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ09/04/2009þ þ0
0:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ56
0þ þ38a3bb2cca31e87c9c1e39d486fa62edþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18681.txtþ þTEXT\0004\ST18681.txtþ
þST18682þ þST18682þ þST18682þ þST18682þ þST18682þ þST18682þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb

ox/tickertape/.svn/prop-base/tickertape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;

ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;

ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18682.txtþ þTEXT\0004\ST1868
2.txtþ
þST18683þ þST18683þ þST18683þ þST18683þ þST18683þ þST18683þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/tickertape/.svn/prop-base/tickertape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;

ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;

ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18683.txtþ þTEXT\0004\ST1868
3.txtþ

þST18684þ þST18684þ þST18684þ þST18684þ þST18684þ þST18684þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/.svn/text-base/tickertape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17609; ST17611;
ST18686þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1854þ þ373e2f7a44ec79fbc277610a96589feaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18684.pngþ þTEXT\0004\ST18684.txtþ
þST18685þ þST18685þ þST18685þ þST18685þ þST18685þ þST18685þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/.svn/text-base/tickertape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17610; ST17612; ST18687; ST19106;
ST19108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1851þ þa79763abb57799e0e9135804d8a2dd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18685.pngþ þTEXT\0004\ST18685.txtþ
þST18686þ þST18686þ þST18686þ þST18686þ þST18686þ þST18686þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/tickertape_dw.pngþ þþ þþ þ0þ þ1þ þST17609; ST17611;
ST18684þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1854þ þ373e2f7a44ec79fbc277610a96589feaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18686.pngþ þTEXT\0004\ST18686.txtþ
þST18687þ þST18687þ þST18687þ þST18687þ þST18687þ þST18687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/tickertape/tickertape_up.pngþ þþ þþ þ0þ þ1þ þST17610; ST17612; ST18685; ST19106;
ST19108þ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.pngþ þ.PNGþ þimage/pngþ þþ þ1851þ þa79763abb57799e0e9135804d8a2dd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18687.pngþ þTEXT\0004\ST18687.txtþ
þST18688þ þST18688þ þST18688þ þST18688þ þST18688þ þST18688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ563þ þ52e18c3071823573c5608c5574633c11þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18688 .txtþ þTEXT\0004\ST18688.txtþ
þST18689þ þST18689þ þST18689þ þST18689þ þST18689þ þST18689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00 :00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ557

þ þa152cee3c8497b71298f3442714bcee3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18689.txtþ þTEXT\0004\ST18689.txtþ þST18690þ þST18690þ þST18690þ þST18690þ þST18690þ þST18690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/.svn/prop-base/timesales_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;

ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;

ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18690.txtþ þTEXT\0004\ST18690 .txtþ

þST18691þ þST18691þ þST18691þ þST18691þ þST18691þ þST18691þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/.svn/prop-base/timesales_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;

ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;

ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;

ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18691.txtþ þTEXT\0004\ST18691.txtþ
þST18692þ þST18692þ þST18692þ þST18692þ þST18692þ þST18692þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/.svn/text-base/timesales_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17617; ST17619;
ST18694þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2148þ þ4d532f007e2649cded875c33a2c0356cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18692.pngþ þTEXT\0004\ST18692.txtþ
þST18693þ þST18693þ þST18693þ þST18693þ þST18693þ þST18693þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/.svn/text-base/timesales_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17618; ST17620; ST18695; ST19114;
ST19116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2139þ þ542af80749eef22bcd12c4105ca1e1b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18693.pngþ þTEXT\0004\ST18693.txtþ
þST18694þ þST18694þ þST18694þ þST18694þ þST18694þ þST18694þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/timesales_dw.pngþ þþ þþ þ0þ þ1þ þST17617; ST17619;
ST18692þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2148þ þ4d532f007e2649cded875c33a2c0356cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18694.pngþ þTEXT\0004\ST18694.txtþ
þST18695þ þST18695þ þST18695þ þST18695þ þST18695þ þST18695þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/timesales/timesales_up.pngþ þþ þþ þ0þ þ1þ þST17618; ST17620; ST18693; ST19114;
ST19116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.pngþ þ.PNGþ þimage/pngþ þþ þ2139þ þ542af80749eef22bcd12c4105ca1e1b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18695.pngþ þTEXT\0004\ST18695.txtþ
þST18696þ þST18696þ þST18696þ þST18696þ þST18696þ þST18696þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolbox_hit.pngþ þþ þþ þ0þ þ1þ þST17567; ST17621;
ST18642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1611þ þfe19c75eb1919c653905351723862ac3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18696.pngþ þþ

þST18697þ þST18697þ þST18697þ þST18697þ þST18697þ þST18697þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolbox_over.pngþ þþ þþ þ0þ þ1þ þST17568; ST17622;
ST18643þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.pngþ þ.PNGþ þimage/pngþ þþ þ1591þ þ16cedda53f5d86c9a9fba64f97bef505þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18697.pngþ þþ
þST18698þ þST18698þ þST18698þ þST18698þ þST18698þ þST18698þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolbox.pngþ þþ þþ þ0þ þ1þ þST17569; ST17623; ST18644; ST19065;
ST19119þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.pngþ þ.PNGþ þimage/pngþ þþ þ1409þ þ0b6fbb18f35fbab7847a0d1643e9f115þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18698.pngþ þTEXT\0004\ST18698.txtþ
þST18699þ þST18699þ þST18699þ þST18699þ þST18699þ þST18699þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolboxv_hit.pngþ þþ þþ þ0þ þ1þ þST17570; ST17624;
ST18645þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1766þ þ32288153273b4f7cf2464530eb27a261þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18699.pngþ þþ
þST18700þ þST18700þ þST18700þ þST18700þ þST18700þ þST18700þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolboxv_over.pngþ þþ þþ þ0þ þ1þ þST17571; ST17625;
ST18646þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.pngþ þ.PNGþ þimage/pngþ þ þ1766þ þ93517058a340b5019603cf61efa1281dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18700.pngþ þþ
þST18701þ þST18701þ þST18701þ þST18701þ þST18701þ þST18701þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/toolboxv.pngþ þþ þþ þ0þ þ1þ þST17572; ST17626;
ST18647þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.pngþ þ.PNGþ þimage/pngþ þþ þ1549þ þ2ce139e3eabe2facec48eec989921b94þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18701.pngþ þTEXT\0004\ST18701.txtþ
þST18702þ þST18702þ þST18702þ þST18702þ þST18702þ þST18702þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolbox/vwap_calculator/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ605þ þ0dd71717a8b679aad213fde3254190daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18702.txtþ þTEXT\0004\ST18702.txtþ
þST18703þ þST18703þ þST18703þ þST18703þ þST18703þ þST18703þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/vwap_calculator/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/200
9þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ575þ þ45e8e654dbb41e14018e42995ded94baþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18703.txtþ þTEXT\0004\ST18703.txtþ
þST18704þ þST18704þ þST18704þ þST18704þ þST18704þ þST18704þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/vwap_calculator/.svn/prop-base/vwap_calculator_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
1579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;

ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;

ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;

ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18704.txtþ þTEXT\0004\ST
18704.txtþ
þST18705þ þST18705þ þST18705þ þST18705þ þST18705þ þST18705þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb
ox/vwap_calculator/.svn/prop-base/vwap_calculator_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
1579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;

ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;

ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;

ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18705.txtþ þTEXT\0004\ST 18705.txtþ

þST18706þ þST18706þ þST18706þ þST18706þ þST18706þ þST18706þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/vwap_calculator/.svn/text-base/vwap_calculator_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1 7631; ST17633;

ST18708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2520þ þcdb03d80067f38a761f3a6155ee9d761þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18706.pngþ þTEXT\0004\S T18706.txtþ

þST18707þ þST18707þ þST18707þ þST18707þ þST18707þ þST18707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/vwap_calculator/.svn/text-base/vwap_calculator_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1 7632; ST17634; ST18709; ST19128;

ST19130þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2513þ þa45503e3312f20813fd144c9f681da4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18707.pngþ þTEXT\0004\S T18707.txtþ

þST18708þ þST18708þ þST18708þ þST18708þ þST18708þ þST18708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/vwap_calculator/vwap_calculator_dw.pngþ þþ þþ þ0þ þ1þ þST17631; ST17633;

ST18706þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.pngþ þ.PNGþ þimage/ pngþ þþ þ2520þ þcdb03d80067f38a761f3a6155ee9d761þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18708.pngþ þTEXT\0004\ST18708. txtþ

þST18709þ þST18709þ þST18709þ þST18709þ þST18709þ þST18709þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/toolb ox/vwap_calculator/vwap_calculator_up.pngþ þþ þþ þ0þ þ1þ þST17632; ST17634; ST18707; ST19128;

ST19130þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.pngþ þ.PNGþ þimage/ pngþ þþ þ2513þ þa45503e3312f20813fd144c9f681da4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18709.pngþ þTEXT\0004\ST18709. txtþ

þST18710þ þST18710þ þST18710þ þST18710þ þST18710þ þST18710þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1328þ þ005e5032e58eadea3b13d3f11064087eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18710.txtþ þTEXT\0004\ST18710.txtþ
þST18711þ þST18711þ þST18712þ þST18711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1192þ þ094c48471b8f448f3431c3d7f4712bd3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0007\ST18711.txtþ þTEXT\0004\ST18711.txtþ
þST18713þ þST18713þ þST18713þ þST18713þ þST18713þ þST18713þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_feeds/.svn/prop-base/view_feeds_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;

ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;

ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;

ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18713.txtþ þTEXT\0004\ST18713.txtþ
þST18714þ þST18714þ þST18714þ þST18714þ þST18714þ þST18714þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/prop-base/view_feeds_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;

ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;

ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;

ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18714.txtþ þTEXT\0004\ST18
714.txtþ
þST18715þ þST18715þ þST18715þ þST18715þ þST18715þ þST18715þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/prop-base/view_feeds.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;

ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST15976; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;

ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;

ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18715.txtþ þTEXT\0004\ST18715.
txtþ
þST18716þ þST18716þ þST18716þ þST18716þ þST18716þ þST18716þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/prop-base/view_feedsv_hit.png.svn-baseþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;

ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;

ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;

ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18716.txtþ þTEXT\0004\ST18
716.txtþ
þST18717þ þST18717þ þST18717þ þST18717þ þST18717þ þST18717þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/prop-base/view_feedsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;

ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;

ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;

ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18717.txtþ þTEXT\0004\ST1
8717.txtþ

þST18718þ þST18718þ þST18718þ þST18718þ þST18718þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/prop-base/view_feedsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;

ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;

ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;

ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18718.txtþ þTEXT\0004\ST18718.txtþ
þST18719þ þST18719þ þST18719þ þST18719þ þST18719þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/text-base/view_feeds_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17644; ST17690;
ST18765þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.png.svn-baseþ þ.PNGþ þþ þi
mage/pngþ þþ þ1989þ þd460602974a5947f33a2ee52e49310a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18719.pngþ þþ
þST18720þ þST18720þ þST18720þ þST18720þ þST18720þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/text-base/view_feeds_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17645;
ST18766þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.png.svn-baseþ þ.PNGþ þþ þ
image/pngþ þþ þ1982þ þ7203c0042d22829a5a8548e855c4a344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18720.pngþ þþ
þST18721þ þST18721þ þST18721þ þST18721þ þST18721þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/.svn/text-base/view_feeds.png.svn-baseþ þþ þþ þ0þ þ1þ þST17646; ST17692;
ST18767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1762þ þ3ce46baf793e62838a602d1d0fd5f8b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18721.pngþ þTEXT\0004\ST18721.txtþ

þST18722þ þST18722þ þST18722þ þST18722þ þST18722þ þST18722þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/.svn/text-base/view_feedsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17647; ST17693; ST18768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.png.svn-baseþ þ.PNGþ þ image/pngþ þþ þ2221þ þae224919f4560e72c45f127520e6fab5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18722.pngþ þþ

þST18723þ þST18723þ þST18723þ þST18723þ þST18723þ þST18723þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/.svn/text-base/view_feedsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17648; ST17694; ST18769þ þ.PNGþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2217þ þ5426cad475f8f39742eb5648f2d964f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18723.pngþ þþ

þST18724þ þST18724þ þST18724þ þST18724þ þST18724þ þST18724þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/.svn/text-base/view_feedsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17649; ST17695; ST18770þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.png.svn-baseþ þ.PNGþ þimag e/pngþ þþ þ1922þ þ052cf918152cea3fe65efb61445967daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18724.pngþ þTEXT\0004\ST18724 .txtþ

þST18725þ þST18725þ þST18725þ þST18725þ þST18725þ þST18725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/etf_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ565þ þ597d64b06b0a175a66480cee6f64e9ebþ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST187 25.txtþ þTEXT\0004\ST18725.txtþ

þST18726þ þST18726þ þST18726þ þST18726þ þST18726þ þST18726þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/etf_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ 00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5 57þ þ1a47879c20c00202837cd7f5bcd600ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18726.txtþ þTEXT\0004\ST18726.txtþ

þST18727þ þST18727þ þST18727þ þST18727þ þST18727þ þST18727þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/etf_view/.svn/prop-base/etf_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;

ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;

ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;

ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ p53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18727.txtþ þTEXT\0004\ST18727.txtþ
þST18728þ þST18728þ þST18728þ þST18728þ þST18728þ þST18728þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/etf_view/.svn/prop-base/etf_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;

ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;

ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;

ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18866; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18728.txtþ þTEXT\0004\ST18728.txtþ
þST18729þ þST18729þ þST18729þ þST18729þ þST18729þ þST18729þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/etf_view/.svn/text-base/etf_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17654;
ST17656;
ST18731þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1620þ þ59214c19c56a8fcb607f8159d672ec7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18729.pngþ þTEXT\0004\ST18729
.txtþ
þST18730þ þST18730þ þST18730þ þST18730þ þST18730þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/etf_view/.svn/text-base/etf_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17655;
ST17657; ST18732; ST19180;
ST19182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1628þ þ7bbe5af4892d2c5910310d8bc20e0ce8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18730.pngþ þTEXT\0004\ST18730
.txtþ
þST18731þ þST18731þ þST18731þ þST18731þ þST18731þ þST18731þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/etf_view/etf_view_dw.pngþ þþ þþ þ0þ þ1þ þST17654; ST17656;
ST18729þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.pngþ þ.PNGþ þimage/pngþ þþ
þ1620þ þ59214c19c56a8fcb607f8159d672ec7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18731.pngþ þTEXT\0004\ST18731.txtþ
þST18732þ þST18732þ þST18732þ þST18732þ þST18732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/etf_view/etf_view_up.pngþ þþ þþ þ0þ þ1þ þST17655; ST17657; ST18730; ST19180;
ST19182þ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.pngþ þ.PNGþ þimage/pngþ þþ
þ1628þ þ7bbe5af4892d2c5910310d8bc20e0ce8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18732.pngþ þTEXT\0004\ST18732.txtþ
þST18733þ þST18733þ þST18733þ þST18733þ þST18733þ þST18733þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/index_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ579þ þfb1530511e00a9079acd21f20d87610þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST
18733.txtþ þTEXT\0004\ST18733.txtþ
þST18734þ þST18734þ þST18734þ þST18734þ þST18734þ þST18734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/index_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ563þ þ78fa960cd3
0f883a59c5aa9439426b8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0007\ST18734.txtþ þTEXT\0004\ST18734.txtþ

þST18735þ þST18735þ þST18735þ þST18735þ þST18735þ þST18735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/index_view/.svn/prop-base/index_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16443; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;

ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;

ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18682; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22828; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18735.txtþ þTEXT\0004\ST1873
5.txtþ
þST18736þ þST18736þ þST18736þ þST18736þ þST18736þ þST18736þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/index_view/.svn/prop-base/index_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;

ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;

ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.png.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18736.txtþ þTEXT\0004\ST1873 6.txtþ

þST18737þ þST18737þ þST18737þ þST18737þ þST18737þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/index_view/.svn/text-base/index_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17662; ST17664;

ST18739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1844þ þb90a5a08b776dbdf30802280d76936125þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18737.pngþ þTEXT\0004\ST18737.txtþ

þST18738þ þST18738þ þST18738þ þST18738þ þST18738þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/index_view/.svn/text-base/index_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17663; ST17665; ST18740; ST19188;

ST19190þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1840þ þ8c9db6b74771d078107467a04c0c2660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18738.pngþ þTEXT\0004\ST18738.txtþ

þST18739þ þST18739þ þST18739þ þST18739þ þST18739þ þST18739þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/index_view/index_view_dw.pngþ þþ þþ þ0þ þ1þ þST17662; ST17664;

ST18737þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.pngþ þ.PNGþ þimage/pngþ þ þ þ1844þ þb90a5a08b776dbdf30802280d76936125þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18739.pngþ þTEXT\0004\ST18739.txtþ

þST18740þ þST18740þ þST18740þ þST18740þ þST18740þ þST18740þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/index_view/index_view_up.pngþ þþ þþ þ0þ þ1þ þST17663; ST17665; ST18738; ST19188;

ST19190þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.pngþ þ.PNGþ þimage/pngþ þ þ þ1840þ þ8c9db6b74771d078107467a04c0c2660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18740.pngþ þTEXT\0004\ST18740.txtþ

þST18741þ þST18741þ þST18741þ þST18741þ þST18741þ þST18741þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/market_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ586þ þ13ef6009c886822fc8a336a5fca92390þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18741.tx tþ þTEXT\0004\ST18741.txtþ

þST18742þ þST18742þ þST18742þ þST18742þ þST18742þ þST18742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/market_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009
þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ
þ566þ þe6cac34baf357ef676a21f16ac45ac06þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18742.txtþ þTEXT\0004\ST18742.txtþ
þST18743þ þST18743þ þST18743þ þST18743þ þST18743þ þST18743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/market_view/.svn/prop-base/market_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;

ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;

ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;

ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18743.txtþ þTEXT\0004\ST18743.txtþ
þST18744þ þST18744þ þST18744þ þST18744þ þST18744þ þST18744þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/market_view/.svn/prop-base/market_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;

ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;

ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;

ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19732; ST19731; ST19732; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0007\ST18744.txtþ þTEXT\0004\ST18744.txtþ

þST18745 þST18745 þST18745 þST18745þ þST18745þ þST18745þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/market_view/.svn/text-base/market_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17670; ST17672;

ST18747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2023þ þ88f0dda2c70c7034e6f8ba9df5b34b65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18745.pngþ þTEXT\0004\ST18 745.txtþ

þST18746þ þST18746þ þST18746þ þST18746þ þST18746þ þST18746þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/market_view/.svn/text-base/market_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17671; ST17673; ST18748; ST19196;

ST19198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ2029þ þ2f814694b1857cd884b2f276b5c6947eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18746.pngþ þTEXT\0004\ST18 746.txtþ

þST18747þ þST18747þ þST18747þ þST18747þ þST18747þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/market_view/market_view_dw.pngþ þþ þþ þ0þ þ1þ þST17670; ST17672;

ST18745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2023þ þ88f0dda2c70c7034e6f8ba9df5b34b65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18747.txtþ þST18748þ þST18748þ þST18748þ þST18748þ þST18748þ þST18748þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/market_view/market_view_up.pngþ þþ þþ þ0þ þ1þ þST17671; ST17673; ST18746; ST19196;

ST19198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.pngþ þ.PNGþ þimage/pngþ þþ þ2029þ þ2f814694b1857cd884b2f276b5c6947eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18748.pngþ þTEXT\0004\ST18748.txtþ þST18749þ þST18749þ þST18749þ þST18749þ þST18749þ þST18749þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/sector_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ ball-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ586þ þf30871c348a4519b025dca9b7ba1c27bþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18749.tx tþ þTEXT\0004\ST18749.txtþ
þST18750þ þST18750þ þST18750þ þST18750þ þST18750þ þST18750þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/sector_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009 þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ566þ þ985957644024f8e6c422bebbf23c6a02þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18750.txtþ þTEXT\0004\ST18750.txtþ þST18751þ þST18751þ þST18751þ þST18751þ þST18751þ þST18751þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/sector_view/.svn/prop-base/sector_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;

ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;

ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19192; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;

ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18751.txtþ þTEXT\0004\ST18751.txtþ
þST18752þ þST18752þ þST18752þ þST18752þ þST18752þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/sector_view/.svn/prop-base/sector_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;

ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;

ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19136; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;

ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.png.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18752.txtþ þTEXT\0004\ST18752.txtþ
þST18753þ þST18753þ þST18753þ þST18753þ þST18753þ þST18753þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/sector_view/.svn/text-base/sector_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17678; ST17680;
ST18755þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ1988þ þ5ced24f02df5fc678180db2c98575b05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18753.pngþ þTEXT\0004\ST18 753.txtþ
þST18754þ þST18754þ þST18754þ þST18754þ þST18754þ þST18754þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/sector_view/.svn/text-base/sector_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17679; ST17681; ST18756; ST19204;
ST19206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.png.svn-baseþ þ.PNGþ þi mage/pngþ þþ þ1984þ þe44bd47b080dca5b68873f152aeca5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18754.pngþ þTEXT\0004\ST18 754.txtþ
þST18755þ þST18755þ þST18755þ þST18755þ þST18755þ þST18755þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_ feeds/sector_view/sector_view_dw.pngþ þþ þþ þ0þ þ1þ þST17678; ST17680;
ST18753þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1988þ þ5ced24f02df5fc678180db2c98575b05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18755.pngþ þTEXT\0004\ST18755.txtþ
þST18756þ þST18756þ þST18756þ þST18756þ þST18756þ þST18756þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/sector_view/sector_view_up.pngþ þþ þþ þ0þ þ1þ þST17679; ST17681; ST18754;
ST19204;
ST19206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.pngþ þ.PNGþ þimage/pngþ
þþ þ1984þ þe44bd47b080dca5b68873f152aeca5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18756.pngþ þTEXT\0004\ST18756.txtþ
þST18757þ þST18757þ þST18757þ þST18757þ þST18757þ þST18757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ579þ þ0421c66d4b94cfdd1157d4dd07b7a53eþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST
18757.txtþ þTEXT\0004\ST18757.txtþ
þST18758þ þST18758þ þST18758þ þST18758þ þST18758þ þST18758þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
 þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ563þ þ5c6f5a1599
bd65507168eae08f790c01þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0007\ST18758.txtþ þTEXT\0004\ST18758.txtþ
þST18759þ þST18759þ þST18759þ þST18759þ þST18759þ þST18759þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/.svn/prop-base/short_view_dw.png.svn-baseþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;

ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;

ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;

ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18759.txtþ þTEXT\0004\ST1875
9.txtþ
þST18760þ þST18760þ þST18760þ þST18760þ þST18760þ þST18760þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/.svn/prop-base/short_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;

ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;

ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;

ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18760.txtþ þTEXT\0004\ST1876
0.txtþ
þST18761þ þST18761þ þST18761þ þST18761þ þST18761þ þST18761þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/.svn/text-base/short_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17686;
ST17688;
ST18763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1780þ þc30e6ca3aa868b2f1339d6319b463ed3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18761.pngþ þTEXT\0004\ST18761.txtþ
þST18762þ þST18762þ þST18762þ þST18762þ þST18762þ þST18762þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/.svn/text-base/short_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17687;
ST17689;
ST18764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1795þ þf8abeffbcfd51dbd1ef473e5748b3840þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18762.pngþ þTEXT\0004\ST18762.txtþ
þST18763þ þST18763þ þST18763þ þST18763þ þST18763þ þST18763þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/short_view_dw.pngþ þþ þþ þ0þ þ1þ þST17686; ST17688;
ST18761þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.pngþ þ.PNGþ þimage/pngþ þ
þ þ1780þ þc30e6ca3aa868b2f1339d6319b463ed3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18763.pngþ þTEXT\0004\ST18763.txtþ
þST18764þ þST18764þ þST18764þ þST18764þ þST18764þ þST18764þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/short_view/short_view_up.pngþ þþ þþ þ0þ þ1þ þST17687; ST17689;
ST18762þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.pngþ þ.PNGþ þimage/pngþ þ
þ þ1795þ þf8abeffbcfd51dbd1ef473e5748b3840þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18764.pngþ þTEXT\0004\ST18764.txtþ
þST18765þ þST18765þ þST18765þ þST18765þ þST18765þ þST18765þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/view_feeds_hit.pngþ þþ þþ þ0þ þ1þ þST17644; ST17690;
ST18719þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.pngþ þ.PNGþ þimage/pngþ
þþ þ1989þ þd460602974a5947f33a2ee52e49310a2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18765.pngþ þþ
þST18766þ þST18766þ þST18766þ þST18766þ þST18766þ þST18766þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/view_feeds_over.pngþ þþ þþ þ0þ þ1þ þST17645; ST17691;
ST18720þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.pngþ þ.PNGþ þimage/png
þ þþ þ1982þ þ7203c0042d22829a5a8548e855c4a344þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18766.pngþ þþ
þST18767þ þST18767þ þST18767þ þST18767þ þST18767þ þST18767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/view_feeds.pngþ þþ þþ þ0þ þ1þ þST17646; ST17692;
ST18721þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.pngþ þ.PNGþ þimage/pngþ þþ þ
1762þ þ3ce46baf793e62838a602d1d0fd5f8b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18767.pngþ þTEXT\0004\ST18767.txtþ
þST18768þ þST18768þ þST18768þ þST18768þ þST18768þ þST18768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/view_feedsv_hit.pngþ þþ þþ þ0þ þ1þ þST17647; ST17693;
ST18722þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.pngþ þ.PNGþ þimage/png
þ þþ þ2221þ þae224919f4560e72c45f127520e6fab5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18768.pngþ þþ
þST18769þ þST18769þ þST18769þ þST18769þ þST18769þ þST18769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_

feeds/view_feedsv_over.pngþ þþ þþ þþ þ0þ þ1þ þST17648; ST17694;
ST18723þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.pngþ þ.PNGþ þimage/pn
gþ þþ þ2217þ þ5426cad475f8f39742eb5648f2d964f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18769.pngþ þþ
þST18770þ þST18770þ þST18770þ þST18770þ þST18770þ þ/; Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/view_
feeds/view_feedsv.pngþ þþ þþ þ0þ þ1þ þST17649; ST17695;
ST18724þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.pngþ þ.PNGþ þimage/pngþ þþ
þ1922þ þ052cf918152cea3fe65efb61445967daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18770.pngþ þTEXT\0004\ST18770.txtþ
þST18771þ þST18771þ þST18771þ þST18771þ þST18771þ þST18771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpro
psþ þ.TXTþ þtext/plainþ þþ þ1309þ þ8404f73cbd2870394e4cfd87e3d6d15dþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18771.txtþ þ
TEXT\0004\ST18771.txtþ
þST18772þ þST18772þ þST18773þ þST18772þ þST18773þ þST18772þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ
2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1100þ þ41ff8
1df8aab55a107f5f34fa4175b3cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0007\ST18772.txtþ þTEXT\0004\ST18772.txtþ
þST18774þ þST18774þ þST18774þ þST18774þ þST18774þ þST18774þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/prop-base/watchlist_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;

ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;

ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;

ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18774.txtþ þTEXT\0004\ST1877
4.txtþ
þST18775þ þST18775þ þST18775þ þST18775þ þST18775þ þST18775þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/prop-base/watchlist_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;

ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;

ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18885; ST18886; ST18885; ST18886; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;

ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18775.txtþ þTEXT\0004\ST18775.txtþ
þST18776þ þST18776þ þST18776þ þST18776þ þST18776þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/prop-base/watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18776.txtþ þTEXT\0004\ST18776.t
xtþ

þST18777þ þST18777þ þST18777þ þST18777þ þST18777þ þST18777þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/prop-base/watchlistv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;

ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;

ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;

ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18777.txtþ þTEXT\0004\ST18777.txtþ
þST18778þ þST18778þ þST18778þ þST18778þ þST18778þ þST18778þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/prop-base/watchlistv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;

ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;

ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;

ST18776; ST18777; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18778.txtþ þTEXT\0004\ST18
778.txtþ
þST18779þ þST18779þ þST18779þ þST18779þ þST18779þ þST18779þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/prop-base/watchlistv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;

ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;

ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;

ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þTÞ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18779.txtþ þTEXT\0004\ST18779.
txtþ
þST18780þ þST18780þ þST18780þ þST18780þ þST18780þ þST18780þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/text-base/watchlist_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17705; ST17711;
ST18786þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ1968þ þda301e91b03ef7ee0e42baf376140142þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18780.pngþ þþ
þST18781þ þST18781þ þST18781þ þST18781þ þST18781þ þST18781þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/text-base/watchlist_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17706; ST17712;
ST18787þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ1967þ þ17e178bc0a2e8a455ef1b38545631eb6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18781.pngþ þþ
þST18782þ þST18782þ þST18782þ þST18782þ þST18782þ þST18782þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/text-base/watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST17707; ST17713; ST18788;
ST19232;
ST19238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1759þ þ1b39a4b338139a9a26cee7ff6e370fd4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18782.pngþ þTEXT\0004\ST18782.
txtþ
þST18783þ þST18783þ þST18783þ þST18783þ þST18783þ þST18783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/text-base/watchlistv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST17708; ST17714;
ST18789þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2065þ þc830ce5f84ed930d6d2d66330ce10453þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18783.pngþ þþ
þST18784þ þST18784þ þST18784þ þST18784þ þST18784þ þST18784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/text-base/watchlistv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST17709; ST17715;
ST18790þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ2076þ þf2d13460f94b7edfbfd34c0d13b3d7caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18784.pngþ þþ
þST18785þ þST18785þ þST18785þ þST18785þ þST18785þ þST18785þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/.svn/text-base/watchlistv.png.svn-baseþ þþ þþ þ0þ þ1þ þST17710; ST17716;
ST18791þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1834þ þd76a57e1a8041aa93d85dd7d2d594317þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18785.pngþ þTEXT\0004\ST18785.txtþ
þST18786þ þST18786þ þST18786þ þST18786þ þST18786þ þST18786þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/watchlist_hit.pngþ þþ þþ þ0þ þ1þ þST17705; ST17711;
ST18780þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.pngþ þ.PNGþ þimage/pngþ þ
þ þ1968þ þda301e91b03ef7ee0e42baf376140142þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18786.pngþ þþ
þST18787þ þST18787þ þST18787þ þST18787þ þST18787þ þST18787þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/watchlist_over.pngþ þþ þþ þ0þ þ1þ þST17706; ST17712;
ST18781þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.pngþ þ.PNGþ þimage/pngþ
þþ þ1967þ þ17e178bc0a2e8a455ef1b38545631eb6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18787.pngþ þþ
þST18788þ þST18788þ þST18788þ þST18788þ þST18788þ þST18788þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/watchlist.pngþ þþ þþ þ0þ þ1þ þST17707; ST17713; ST18782; ST19232;
ST19238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.pngþ þ.PNGþ þimage/pngþ þþ þ1
759þ þ1b39a4b338139a9a26cee7ff6e370fd4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18788.pngþ þTEXT\0004\ST18788.txtþ
þST18789þ þST18789þ þST18789þ þST18789þ þST18789þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/watchlistv_hit.pngþ þþ þþ þ0þ þ1þ þST17708; ST17714;
ST18783þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.pngþ þ.PNGþ þimage/pngþ
þþ þ2065þ þc830ce5f84ed930d6d2d66330ce10453þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18789.pngþ þþ
þST18790þ þST18790þ þST18790þ þST18790þ þST18790þ þST18790þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/watchlistv_over.pngþ þþ þþ þ0þ þ1þ þST17709; ST17715;
ST18784þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.pngþ þ.PNGþ þimage/png
þ þþ þ2076þ þf2d13460f94b7edfbfd34c0d13b3d7caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18790.pngþ þþ
þST18791þ þST18791þ þST18791þ þST18791þ þST18791þ þST18791þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_group/images/watch
list/watchlistv.pngþ þþ þþ þ0þ þ1þ þST17710; ST17716;
ST18785þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.pngþ þ.PNGþ þimage/pngþ þþ þ
1834þ þd76a57e1a8041aa93d85dd7d2d594317þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18791.pngþ þTEXT\0004\ST18791.txtþ
þST18792þ þST18792þ þST18792þ þST18792þ þST18792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/.svn/all-wcpro
psþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/pla
inþ þþ þ137þ þ68dcfa9b8af6a0749fee7c3d891eb0b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18792.txtþ þTEXT
\0004\ST18792.txtþ
þST18793þ þST18793þ þST18793þ þST18793þ þST18793þ þST18793þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/.svn/entriesþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/19/2010þ þ00:00:00þ þ2010-07-19T00:00:0
0-04:00þ þ1279512000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ269þ þa88f18db5a6f374b8c405815
99880abbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0007\ST18793.txtþ þTEXT\0004\ST18793.txtþ
þST18794þ þST18794þ þST18794þ þST18794þ þST18794þ þST18794þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/.svn/al
l-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt
ext/plainþ þþ þ145þ þd0f4b28f7709ca7522a6c04298796a0dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18794.txtþ þTEXT\0004\ST18
794.txtþ
þST18795þ þST18795þ þST18795þ þST18795þ þST18795þ þST18795þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/.svn/en
triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/19/2010þ þ00:00:00þ þ2010-07-19T0
0:00:00-04:00þ þ1279512000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ418þ þ09d4d2cd1fc7de2efa
cde7320feefc41þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0007\ST18795.txtþ þTEXT\0004\ST18795.txtþ
þST18796þ þST18796þ þST18796þ þST18796þ þST18796þ þST18796þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXT
þ þtext/plainþ þþ þ900þ þc4119415ad1f24d130722dc03826000dþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18796.txtþ þTEXT\0004\S
T18796.txtþ
þST18797þ þST18797þ þST18798þ þST18797þ þST18798þ þST18797þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/02/2009þ þ00:00:00þ þ2009-10-0
2T00:00:00-04:00þ þ1254456000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ826þ þf87f28f3ad39ce6
0a576ec2ca28b598cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0007\ST18797.txtþ þTEXT\0004\ST18797.txtþ
þST18799þ þST18799þ þST18799þ þST18799þ þST18799þ þST18799þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/prop-base/hpad_bg_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;

ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;

ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_ind.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18799.txtþ þTEXT\0004\ST18799.txtþ
þST18800þ þST18800þ þST18800þ þST18800þ þST18800þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/prop-base/Launchpad_trading_h.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;

ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;

ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17043; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;

ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchpad_trading_h.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18800.txtþ þTEXT\0004\S
T18800.txtþ

þST18801þ þST18801þ þST18801þ þST18801þ þST18801þ þST18801þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/prop-base/Launchpad_trading_v.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;

ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;

ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;

ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchpad_trading_v.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18801.txtþ þTEXT\0004\S
T18801.txtþ
þST18802þ þST18802þ þST18802þ þST18802þ þST18802þ þST18802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/prop-base/Vpad_bg_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;

ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;

ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;

ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_ind.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ p53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18802.txtþ þTEXT\0004\ST18802.txtþ
þST18803þ þST18803þ þST18803þ þST18803þ þST18803þ þST18803þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/text-base/hpad_bg_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST18807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þhpad_bg_ind.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ14606þ þeb6b010765df04abe0770b48dc3fd7a8þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18803.pngþ
þþ

þST18804þ þST18804þ þST18804þ þST18804þ þST18804þ þST18804þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/text-base/Launchpad_trading_h.png.svn-baseþ þþ þ0þ þ1þ þST18808þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þLaunchpad_trading_h.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ16874þ þ
db4b1f91afb42f2a94977e27d47ab226þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18804.pngþ þþ

þST18805þ þST18805þ þST18805þ þST18805þ þST18805þ þST18805þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/text-base/Launchpad_trading_v.png.svn-baseþ þþ þ0þ þ1þ þST18809þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þLaunchpad_trading_v.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ39559þ þ
8da0537e312122a838fec640a414fe40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18805.pngþ þTEXT\0004\ST18805.txtþ

þST18806þ þST18806þ þST18806þ þST18806þ þST18806þ þST18806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/.svn
/text-base/Vpad_bg_ind.png.svn-baseþ þþ þþ þ0þ þ1þ þST18810þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þVpad_bg_ind.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ31019þ þbff8897c192b1b0d68ab4df165b6efddþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18806.pngþ
þTEXT\0004\ST18806.txtþ

þST18807þ þST18807þ þST18807þ þST18807þ þST18807þ þST18807þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/hpad
_bg_ind.pngþ þþ þþ þ0þ þ1þ þST18803þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhpad_bg_ind.
pngþ þ.PNGþ þimage/pngþ þþ þ14606þ þeb6b010765df04abe0770b48dc3fd7a8þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18807.pngþ þ
þ

þST18808þ þST18808þ þST18808þ þST18808þ þST18808þ þST18808þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/Laun
chpad_trading_h.pngþ þþ þþ þ0þ þ1þ þST18804þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaun
chpad_trading_h.pngþ þ.PNGþ þimage/pngþ þþ þ16874þ þdb4b1f91afb42f2a94977e27d47ab226þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
07\ST18808.pngþ þþ

þST18809þ þST18809þ þST18809þ þST18809þ þST18809þ þST18809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/Laun
chpad_trading_v.pngþ þþ þþ þ0þ þ1þ þST18805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaun

chpad_trading_v.pngþ þ.PNGþ þimage/pngþ þþ þ39559þ þ8da0537e312122a838fec640a414fe40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 07\ST18809.pngþ þTEXT\0004\ST18809.txtþ

þST18810þ þST18810þ þST18810þ þST18810þ þST18810þ þST18810þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/bg/Vpad _bg_ind.pngþ þþ þþ þþ þ0þ þ1þ þST18806þ þþ þþ þþ þþ þþ þþ þþ þVpad_bg_ind. pngþ þ.PNGþ þimage/pngþ þþ þ31019þ þbff8897c192b1b0d68ab4df165b6efddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18810.pngþ þ TEXT\0004\ST18810.txtþ

þST18811þ þST18811þ þST18811þ þST18811þ þST18811þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ .svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1238þ þ36b27baef3b8e2d84748a3e728a70a51þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18811.t xtþ þTEXT\0004\ST18811.txtþ

þST18812þ þST18812þ þST18813þ þST18812þ þST18813þ þST18812þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ .svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009- 09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1120þ þ05338134a1 6c08232a9db82b3802eb99þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0007\ST18812.txtþ þTEXT\0004\ST18812.txtþ

þST18814þ þST18814þ þST18814þ þST18814þ þST18814þ þST18814þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ .svn/prop-base/charts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;

ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;

ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;

ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hit.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18814.txtþ þTEXT\0004\ST18814.
txtþ

þST18815þ þST18815þ þST18815þ þST18815þ þST18815þ þST18815þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/prop-base/charts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;

ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;

ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;

ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_over.png.svn-baseþ þ.TXTþ þtext /plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18815.txtþ þTEXT\0004\ST18815.txtþ
þST18816þ þST18816þ þST18816þ þST18816þ þST18816þ þST18816þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/prop-base/charts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;

ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;

ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;

ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.png.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18816.txtþ þTEXT\0004\ST18816.txtþ þST18817þ þST18817þ þST18817þ þST18817þ þST18817þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ .svn/prop-base/chartsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18817.txtþ þTEXT\0004\ST18817.txtþ
þST18818þ þST18818þ þST18818þ þST18818þ þST18818þ þST18818þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/prop-base/chartsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18818.txtþ þTEXT\0004\ST18818
.txtþ
þST18819þ þST18819þ þST18819þ þST18819þ þST18819þ þST18819þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/prop-base/chartsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;

ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;

ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17191; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;

ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18819.txtþ þTEXT\0004\ST18819.txtþ
þST18820þ þST18820þ þST18820þ þST18820þ þST18820þ þST18820þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/text-base/charts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18834þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þcharts_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1300þ þ1c453d68bd230a7
b4867c62e7ce325c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0007\ST18820.pngþ þTEXT\0004\ST18820.txtþ
þST18821þ þST18821þ þST18821þ þST18821þ þST18821þ þST18821þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/text-base/charts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18843þ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þcharts_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1297þ þc665b86b672fe
d79c6a9740fb12475dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST18821.pngþ þTEXT\0004\ST18821.txtþ
þST18822þ þST18822þ þST18822þ þST18822þ þST18822þ þST18822þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/text-base/charts.png.svn-baseþ þþ þþ þ0þ þ1þ þST17299; ST17321; ST18374;
ST18396;
ST18844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.png.svn-baseþ þ.PNGþ þimage/png
þ þþ þ1303þ þa7cc7f039edcd6866c9bc35ee3078cf9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18822.pngþ þTEXT\0004\ST18822.txtþ
þST18823þ þST18823þ þST18823þ þST18823þ þST18823þ þST18823þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/text-base/chartsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18845þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þchartsv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1474þ þ03562a4eae98c
f162ccbfbac9792db47þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST18823.pngþ þTEXT\0004\ST18823.txtþ
þST18824þ þST18824þ þST18824þ þST18824þ þST18824þ þST18824þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/text-base/chartsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18846þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þchartsv_over.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1480þ þ52d9b2b254819e34eb936f202312521bþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18824.pngþ þ
TEXT\0004\ST18824.txtþ
þST18825þ þST18825þ þST18825þ þST18825þ þST18825þ þST18825þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
.svn/text-base/chartsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST18847þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þchartsv.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1560þ þ5e65606ab2dbf5db375512f3a60d6bb9þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18825.pngþ þ
TEXT\0004\ST18825.txtþ
þST18826þ þST18826þ þST18826þ þST18826þ þST18826þ þST18826þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_advanced/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ596þ þ4a3d101353c4f3a2b6302fde4f1c15e8þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18
826.txtþ þTEXT\0004\ST18826.txtþ
þST18827þ þST18827þ þST18827þ þST18827þ þST18827þ þST18827þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/

charts_advanced/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
572þ þ6fca7304b9186bda670059ff490e6d73þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18827.txtþ þTEXT\0004\ST18827.txtþ
þST18828þ þST18828þ þST18828þ þST18828þ þST18828þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_advanced/.svn/prop-base/charts_advanced_dw.png.svn-baseþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;

ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;

ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;

ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18828.txtþ þTEXT\0004\ST 18828.txtþ

þST18829þ þST18829þ þST18829þ þST18829þ þST18829þ þST18829þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_advanced/.svn/prop-base/charts_advanced_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157 9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;

ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;

ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;

ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18829.txtþ þTEXT\0004\ST 18829.txtþ

þST18830þ þST18830þ þST18830þ þST18830þ þST18830þ þST18830þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_advanced/.svn/text-base/charts_advanced_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1730 7; ST17309; ST18382; ST18384;

ST18832þ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2514þ þ9c01bd08952c82320a53769a4154b1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18830.pngþ þTEXT\0004\S T18830.txtþ

þST18831þ þST18831þ þST18831þ þST18831þ þST18831þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_advanced/.svn/text-base/charts_advanced_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1730 8; ST17310; ST18383; ST18385;

ST18833þ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.png.svn-baseþ þ.PNG þ þimage/pngþ þþ þ2532þ þe8dae8f4c30e0b632138d094e5408dcaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0007\ST18831.pngþ þTEXT\0004\S T18831.txtþ

þST18832þ þST18832þ þST18832þ þST18832þ þST18832þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_advanced/charts_advanced_dw.pngþ þþ þþ þ0þ þ1þ þST17307; ST17309; ST18382; ST18384;

ST18830þ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_dw.pngþ þ.PNGþ þimage/ pngþ þþ þ2514þ þ9c01bd08952c82320a53769a4154b1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18832.pngþ þTEXT\0004\ST18832. txtþ

þST18833þ þST18833þ þST18833þ þST18833þ þST18833þ þST18833þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_advanced/charts_advanced_up.pngþ þþ þþ þ0þ þ1þ þST17308; ST17310; ST18383; ST18385;

ST18831þ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_advanced_up.pngþ þ.PNGþ þimage/ pngþ þþ þ2532þ þe8dae8f4c30e0b632138d094e5408dcaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18833.pngþ þTEXT\0004\ST18833. txtþ

þST18834þ þST18834þ þST18834þ þST18834þ þST18834þ þST18834þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_hit.pngþ þþ þþ þ0þ þ1þ þST18820þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_hi
t.pngþ þ.PNGþ þimage/pngþ þþ þ1300þ þ1c453d68bd230a7b4867c62e7ce325c7þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18834.pngþ
þTEXT\0004\ST18834.txtþ

þST18835þ þST18835þ þST18835þ þST18835þ þST18835þ þST18835þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_montage/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ589þ þ485e899f2bbefd41fb2694d75325a33eþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST188
35.txtþ þTEXT\0004\ST18835.txtþ

þST18836þ þST18836þ þST18836þ þST18836þ þST18836þ þST18836þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_montage/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ
00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5
69þ þc60afe9c26698791945a4706957af090þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18836.txtþ þTEXT\0004\ST18836.txtþ
þST18837þ þST18837þ þST18837þ þST18837þ þST18837þ þST18837þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_montage/.svn/prop-base/charts_montage_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;

ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;

ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;

ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22898; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þbin þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18837.txtþ þTEXT\0004\ST18837.txtþ
þST18838þ þST18838þ þST18838þ þST18838þ þST18838þ þST18838þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_montage/.svn/prop-base/charts_montage_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;

ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;

ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;

ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18838.txtþ þTEXT\0004\ST18838.txtþ
þST18839þ þST18839þ þST18839þ þST18839þ þST18839þ þST18839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_montage/.svn/text-base/charts_montage_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST17316;
ST17318; ST18391; ST18393;
ST18841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ2190þ þb75ad942c18816c4cd858a2ecb826148þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18839.pngþ þTEXT\0004\ST
18839.txtþ
þST18840þ þST18840þ þST18840þ þST18840þ þST18840þ þST18840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
charts_montage/.svn/text-base/charts_montage_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17317;
ST17319; ST18392; ST18394;
ST18842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ2198þ þe3363ce4d0aa4c85c9411a4867f089bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18840.pngþ þTEXT\0004\ST
18840.txtþ
þST18841þ þST18841þ þST18841þ þST18841þ þST18841þ þST18841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/

charts_montage/charts_montage_dw.pngþ þþ þþ þ0þ þ1þ þST17316; ST17318; ST18391; ST18393;
ST18839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_dw.pngþ þ.PNGþ þimage/p ngþ þþ þ2190þ þb75ad942c18816c4cd858a2ecb826148þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18841.pngþ þTEXT\0004\ST18841.t xtþ
þST18842þ þST18842þ þST18842þ þST18842þ þST18842þ þST18842þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_montage/charts_montage_up.pngþ þþ þþ þ0þ þ1þ þST17317; ST17319; ST18392; ST18394;
ST18840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_montage_up.pngþ þ.PNGþ þimage/p ngþ þþ þ2198þ þe3363ce4d0aa4c85c9411a4867f089bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18842.pngþ þTEXT\0004\ST18842.t xtþ
þST18843þ þST18843þ þST18843þ þST18843þ þST18843þ þST18843þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts_over.pngþ þþ þþ þ0þ þ1þ þST18821þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts_o ver.pngþ þ.PNGþ þimage/pngþ þþ þ1297þ þc665b86b672fed79c6a9740fb12475dcþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18843.pn gþ þTEXT\0004\ST18843.txtþ
þST18844þ þST18844þ þST18844þ þST18844þ þST18844þ þST18844þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ charts.pngþ þþ þþ þ0þ þ1þ þST17299; ST17321; ST18374; ST18396;
ST18822þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcharts.pngþ þ.PNGþ þimage/pngþ þþ þ1303 þ þa7cc7f039edcd6866c9bc35ee3078cf9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18844.pngþ þTEXT\0004\ST18844.txtþ
þST18845þ þST18845þ þST18845þ þST18845þ þST18845þ þST18845þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ chartsv_hit.pngþ þþ þþ þ0þ þ1þ þST18823þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv_ hit.pngþ þ.PNGþ þimage/pngþ þþ þ1474þ þ03562a4eae98cf162ccbfbac9792db47þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18845.pn gþ þTEXT\0004\ST18845.txtþ
þST18846þ þST18846þ þST18846þ þST18846þ þST18846þ þST18846þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/ chartsv_over.pngþ þþ þþ þ0þ þ1þ þST18824þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv _over.pngþ þ.PNGþ þimage/pngþ þþ þ1480þ þ52d9b2b254819e34eb936f202312521bþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18846. pngþ þTEXT\0004\ST18846.txtþ
þST18847þ þST18847þ þST18847þ þST18847þ þST18847þ þST18847þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/charts/
chartsv.pngþ þþ þþ þ0þ þ1þ þST18825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchartsv.pngþ
þ.PNGþ þimage/pngþ þþ þ1560þ þ5e65606ab2dbf5db375512f3a60d6bb9þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18847.pngþ þTEXT\
0004\ST18847.txtþ

þST18848þ þST18848þ þST18848þ þST18848þ þST18848þ þST18848þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc
propsþ þ.TXTþ þtext/plainþ þþ þ1390þ þc135bd79cbfed5aa29f2f7df59c911baþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18848.txtþ þTEXT\0004\ST18848.txtþ

þST18849þ þST18850þ þST18849þ þST18850þ þST18849þ þST18850þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ07/19/2010þ þ00:00:0
0þ þ2010-07-19T00:00:00-04:00þ þ1279512000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1286þ þ8
b4c2466aedb580f9b18ae64a7ff6885þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18849.txtþ þTEXT\0004\ST18849.txtþ

þST18851þ þST18851þ þST18851þ þST18851þ þST18851þ þST18851þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/prop-base/filters_alerts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;

ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;

ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;

ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18851.txtþ þTEXT\0004\ST
18851.txtþ
þST18852þ þST18852þ þST18852þ þST18852þ þST18852þ þST18852þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/prop-base/filters_alerts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;

ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;

ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;

ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18852.txtþ þTEXT\0004\S
T18852.txtþ
þST18853þ þST18853þ þST18853þ þST18853þ þST18853þ þST18853þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/prop-base/filters_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;

ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;

ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18999; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;

ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18853.txtþ þTEXT\0004\ST18853.txtþ
þST18854þ þST18854þ þST18854þ þST18854þ þST18854þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/prop-base/filters_alertsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;

ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;

ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;

ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18854.txtþ þTEXT\0004\S
T18854.txtþ
þST18855þ þST18855þ þST18855þ þST18855þ þST18855þ þST18855þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/prop-base/filters_alertsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;

ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;

ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;

ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18855.txtþ þTEXT\0004
\ST18855.txtþ

þST18856þ þST18856þ þST18856þ þST18856þ þST18856þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/prop-base/filters_alertsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370

ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;

ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;

ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18856.txtþ þTEXT\0004\ST18
856.txtþ
þST18857þ þST18857þ þST18857þ þST18857þ þST18857þ þST18857þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/text-base/filters_alerts_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18868;
ST18870;
ST18887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2072þ þ0658070cc27ed7aa5f39d87452973791þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18857.pngþ þTEXT\0004\S
T18857.txtþ
þST18858þ þST18858þ þST18858þ þST18858þ þST18858þ þST18858þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/text-base/filters_alerts_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18888þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_over.png.svn-baseþ þ.PNGþ þimage/pngþ

þþ þ2167þ þ1305cf2626d7eafa9d4ccac7105af4ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18858.pngþ þTEXT\0004\ST18858.txtþ
þST18859þ þST18859þ þST18859þ þST18859þ þST18859þ þST18859þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/text-base/filters_alerts.png.svn-baseþ þþ þþ þ0þ þ1þ þST17336; ST17358;
ST18411; ST18433;
ST18889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2040þ þ739dfabfe9f378774f0fd0b8fc103735þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18859.pngþ þTEXT\0004\ST18
859.txtþ
þST18860þ þST18860þ þST18860þ þST18860þ þST18860þ þST18860þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/text-base/filters_alertsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18890þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ2110þ þ2bfd50af2eb6a61872ac6aa3f9a11ce7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18860.pngþ þTEXT\0004\ST18860.txtþ
þST18861þ þST18861þ þST18861þ þST18861þ þST18861þ þST18861þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/text-base/filters_alertsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18891þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv_over.png.svn-baseþ þ.PNGþ þimage/pn
gþ þþ þ2203þ þ8ab5eae59d9c868f9c01aa3cad82af4aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18861.pngþ þTEXT
\0004\ST18861.txtþ
þST18862þ þST18862þ þST18862þ þST18862þ þST18862þ þST18862þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/.svn/text-base/filters_alertsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST18892þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alertsv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2145
þ þ0d85033275f9ad3ae358468e024e5958þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18862.pngþ þTEXT\0004\ST18862.txtþ
þST18863þ þST18863þ þST18863þ þST18863þ þST18863þ þST18863þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/analytic_filters/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ627þ þ3aad65d75123852b01b31e478276cac
aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0007\ST18863.txtþ þTEXT\0004\ST18863.txtþ
þST18864þ þST18864þ þST18864þ þST18864þ þST18864þ þST18864þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/analytic_filters/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/

19/2010þ þ00:00:00þ þ2010-07-19T00:00:00-04:00þ þ1279512000þ þentriesþ þ.TXTþ þtext/p
lainþ þþ þ583þ þa3a8eafce9b844f4044d599f80b1ff1bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18864.txtþ þTEXT\0004\ST18864.
txtþ

þST18865þ þST18865þ þST18865þ þST18865þ þST18865þ þST18865þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/analytic_filters/.svn/prop-base/analytic_filters_dw.png.svn-baseþ þþ þþ þ0þ
þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;

ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;

ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;

ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þanalytic_filters_dw.png.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18865.txtþ þTEXT\0004\S T18865.txtþ

þST18866þ þST18866þ þST18866þ þST18866þ þST18866þ þST18866þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/analytic_filters/.svn/prop-base/analytic_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;

ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16533; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;

ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;

ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þanalytic_filters_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18866.txtþ þTEXT\0004\ST18866.txtþ
þST18867þ þST18867þ þST18867þ þST18867þ þST18867þ þST18867þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters_alerts/analytic_filters/.svn/text-base/analytic_filters_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST18869þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þanalytic_filters_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ936þ þ65fb10ba87b814f19f3fd7036f8fcd32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18867.pngþ þþ
þST18868þ þST18868þ þST18868þ þST18868þ þST18868þ þST18868þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters_alerts/analytic_filters/.svn/text-base/analytic_filters_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST18857; ST18870;
ST18887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þanalytic_filters_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2072þ þ0658070cc27ed7aa5f39d87452973791þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18868.pngþ þTEXT\0004\ST18868.txtþ
þST18869þ þST18869þ þST18869þ þST18869þ þST18869þ þST18869þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters_alerts/analytic_filters/analytic_filters_dw.pngþ þþ þþ þ0þ þ1þ þST18867þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þanalytic_filters_dw.pngþ þ.PNGþ þimage/pngþ þþ þ936þ þ65fb10ba87b814f19f3fd7036f8fcd32þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18869.pngþ þþ
þST18870þ þST18870þ þST18870þ þST18870þ þST18870þ þST18870þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters_alerts/analytic_filters/analytic_filters_up.pngþ þþ þþ þ0þ þ1þ þST18857; ST18868;
ST18887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þanalytic_filters_up.pngþ þ.PNGþ þimage/pngþ þþ þ2072þ þ0658070cc27ed7aa5f39d87452973791þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18870.pngþ þTEXT\0004\ST18870.txtþ
þST18871þ þST18871þ þST18871þ þST18871þ þST18871þ þST18871þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters_alerts/custom_limit_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ648þ þ3a70fde015f9084f0376195cc4716c9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV

ES\0007\ST18871.txtþ þTEXT\0004\ST18871.txtþ
þST18872þ þST18872þ þST18872þ þST18872þ þST18872þ þST18872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/custom_limit_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtex
t/plainþ þþ þ592þ þb8d4b01ecc24347472902dd8a993fb53þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18872.txtþ þTEXT\0004\ST1887
2.txtþ
þST18873þ þST18873þ þST18873þ þST18873þ þST18873þ þST18873þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/custom_limit_alerts/.svn/prop-base/custom_limit_alerts_dw.png.svn-baseþ þþ þ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;
ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;

ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;
ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;

ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;

ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18873.txtþ þTEXT\0004\ST18873.txtþ
þST18874þ þST18874þ þST18874þ þST18874þ þST18874þ þST18874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/custom_limit_alerts/.svn/prop-base/custom_limit_alerts_up.png.svn-baseþ þþ þ
þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185;
ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268;
ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277;
ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286;
ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295;
ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304;
ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313;
ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322;
ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331;
ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340;
ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349;
ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358;
ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367;
ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376;
ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385;
ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394;
ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613;
ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622;
ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631;
ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640;
ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649;
ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658;
ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667;
ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676;
ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685;
ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862;
ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871;
ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921;
ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941;
ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966;
ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030;
ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039;
ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048;

ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057;
ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066;
ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193;
ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202;
ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211;
ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220;
ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354;
ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417;
ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451;
ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518;
ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548;
ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591;
ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600;
ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609;
ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679;
ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713;
ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736;
ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777;
ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786;
ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795;
ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804;
ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813;
ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906;
ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955;
ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964;
ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973;
ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017;
ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044;
ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084;
ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116;
ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219;
ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252;
ST17253; ST17257; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291;
ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315;
ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350;
ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389;
ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425;
ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460;
ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486;
ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526;
ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562;
ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591;
ST17592; ST17593; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630;
ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660;
ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700;
ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735;
ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781;
ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790;
ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799;
ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808;

ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817;
ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826;
ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951;
ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973;
ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999;
ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039;
ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071;
ST18079; ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123; ST18124;
ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151;
ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190;
ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199;
ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241;
ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318;
ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346;
ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380;
ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408;
ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455;
ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490;
ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522;
ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550;
ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591;
ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621;
ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651;
ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690;
ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718;
ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759;
ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800;
ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828;
ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856;
ST18865; ST18866; ST18873; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19219; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;

ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ \0007\ST18874.txtþ þTEXT\0004\ST18874.txtþ

þST18875þ þST18875þ þST18875þ þST18875þ þST18875þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/custom_limit_alerts/.svn/text-base/custom_limit_alerts_dw.png.svn-baseþ þþ þ þ þ0þ þ1þ þST18877þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.png.s vn-baseþ þ.PNGþ þimage/pngþ þþ þ2189þ þ16779327ac094f3c2c528e34b515480eþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18875.pn gþ þTEXT\0004\ST18875.txtþ

þST18876þ þST18876þ þST18876þ þST18876þ þST18876þ þST18876þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/custom_limit_alerts/.svn/text-base/custom_limit_alerts_up.png.svn-baseþ þþ þ þ þ0þ þ1þ þST17353; ST17355; ST18428; ST18430;

ST18878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.png.svn-baseþ þ1þ þ .PNGþ þimage/pngþ þþ þ2510þ þ4f0b627e7119166a1d23f36e166a65a1þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18876.pngþ þTEXT\00 04\ST18876.txtþ

þST18877þ þST18877þ þST18877þ þST18877þ þST18877þ þST18877þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/custom_limit_alerts/custom_limit_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST18875þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ21 89þ þ16779327ac094f3c2c528e34b515480eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18877.pngþ þTEXT\0004\ST18877.txtþ

þST18878þ þST18878þ þST18878þ þST18878þ þST18878þ þST18878þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/custom_limit_alerts/custom_limit_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17353; ST17355; ST18428; ST18430;

ST18876þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcustom_limit_alerts_up.pngþ þ.PNGþ þim age/pngþ þþ þ2510þ þ4f0b627e7119166a1d23f36e166a65a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0007\ST18878.pngþ þTEXTþ\0004\ST18878.txtþ
þST18879þ þST18879þ þST18879þ þST18879þ þST18879þ þST18879þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ592þ þd2515cfbc4cd2ec7d41b0b0763100936þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\
ST18879.txtþ þTEXTþ\0004\ST18879.txtþ
þST18880þ þST18880þ þST18880þ þST18880þ þST18880þ þST18880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/19/20
10þ þ00:00:00þ þ2010-07-19T00:00:00-04:00þ þ1279512000þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ568þ þe7496cdf7383bfcb7c12baef586fdae2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18880.txtþ þTEXTþ\0004\ST18880.txtþ
þST18881þ þST18881þ þST18881þ þST18881þ þST18881þ þST18881þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/.svn/prop-base/filter_beta_dw.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;

ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;

ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;

ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_beta_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18881.txtþ þTEXT\0004\ST18881.txtþ
þST18882þ þST18882þ þST18882þ þST18882þ þST18882þ þST18882þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/.svn/prop-base/filter_beta_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;

ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;

ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19097; ST19098; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;

ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_beta_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18882.txtþ þTEXT\0004\ST18882.txtþ
þST18883þ þST18883þ þST18883þ þST18883þ þST18883þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/.svn/text-base/filter_beta_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1888
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_beta_dw.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ2334þ þ07dac2c44a91657f5c0d3fd649f05ea8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18883.pngþ þTEXT\0004\ST18883.t
xtþ
þST18884þ þST18884þ þST18884þ þST18884þ þST18884þ þST18884þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/.svn/text-base/filter_beta_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1888
6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilter_beta_up.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ2003þ þ94ed2cc7d24764d3cb68106fc1d58fadþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18884.pngþ þTEXT\0004\ST18884.t
xtþ
þST18885þ þST18885þ þST18885þ þST18885þ þST18885þ þST18885þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/filter_beta_dw.pngþ þþ þþ þ0þ þ1þ þST18883þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þfilter_beta_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2334þ þ07dac2c44a91657f5c0d
3fd649f05ea8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0007\ST18885.pngþ þTEXT\0004\ST18885.txtþ
þST18886þ þST18886þ þST18886þ þST18886þ þST18886þ þST18886þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filter_beta/filter_beta_up.pngþ þþ þþ þ0þ þ1þ þST18884þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þfilter_beta_up.pngþ þ.PNGþ þimage/pngþ þþ þ2003þ þ94ed2cc7d24764d3cb68
106fc1d58fadþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0007\ST18886.pngþ þTEXT\0004\ST18886.txtþ
þST18887þ þST18887þ þST18887þ þST18887þ þST18887þ þST18887þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filters_alerts_hit.pngþ þþ þþ þ0þ þ1þ þST18857; ST18868;
ST18870þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts_hit.pngþ þ.PNG þ þimage/
pngþ þþ þ2072þ þ0658070cc27ed7aa5f39d87452973791þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18887.pngþ þTEXT\0004\ST18887.
txtþ
þST18888þ þST18888þ þST18888þ þST18888þ þST18888þ þST18888þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filters_alerts_over.pngþ þþ þþ þ0þ þ1þ þST18858þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þfilters_alerts_over.pngþ þ.PNGþ þimage/pngþ þþ þ2167þ þ1305cf2626d7eafa9d4cc
ac7105af4ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST18888.pngþ þTEXT\0004\ST18888.txtþ
þST18889þ þST18889þ þST18889þ þST18889þ þST18889þ þST18889þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filters_alerts.pngþ þþ þþ þ0þ þ1þ þST17336; ST17358; ST18411; ST18433;
ST18859þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfilters_alerts.pngþ þ.PNGþ þimage/pngþ
þþ þ2040þ þ739dfabfe9f378774f0fd0b8fc103735þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18889.pngþ þTEXT\0004\ST18889.txtþ
þST18890þ þST18890þ þST18890þ þST18890þ þST18890þ þST18890þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filters_alertsv_hit.pngþ þþ þþ þ0þ þ1þ þST18860þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þfilters_alertsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ2110þ þ2bfd50af2eb6a61872ac6
aa3f9a11ce7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST18890.pngþ þTEXT\0004\ST18890.txtþ
þST18891þ þST18891þ þST18891þ þST18891þ þST18891þ þST18891þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/filters_alertsv_over.pngþ þþ þþ þ0þ þ1þ þST18861þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þfilters_alertsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ2203þ þ8ab5eae59d9c868f9c01
aa3cad82af4aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0007\ST18891.pngþ þTEXT\0004\ST18891.txtþ
þST18892þ þST18892þ þST18892þ þST18892þ þST18892þ þST18892þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters

_alerts/filters_alertsv.pngþ þþ þþ þ0þ þ1þ þST18862þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þfilters_alertsv.pngþ þ.PNGþ þimage/pngþ þþ þ2145þ þ0d85033275f9ad3ae358468e024e59
58þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18892.pngþ þTEXT\0004\ST18892.txtþ
þST18893þ þST18893þ þST18893þ þST18893þ þST18893þ þST18893þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ592þ þ66808316dcaa4899f7db64a048506ec1þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\
ST18893.txtþ þTEXT\0004\ST18893.txtþ
þST18894þ þST18894þ þST18894þ þST18894þ þST18894þ þST18894þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/20
09þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ568þ þa332fbe9d45e13c2192f7f19f210d5ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18894.txtþ þTEXT\0004\ST18894.txtþ
þST18895þ þST18895þ þST18895þ þST18895þ þST18895þ þST18895þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/.svn/prop-base/news_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;

ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;

ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;

ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18895.txtþ þTEXT\0004\ST18895.txtþ
þST18896þ þST18896þ þST18896þ þST18896þ þST18896þ þST18896þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/.svn/prop-base/news_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1157
9; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;

ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;

ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18885; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;

ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18896.txtþ þTEXT\0004\ST18896.txtþ
þST18897þ þST18897þ þST18897þ þST18897þ þST18897þ þST18897þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/.svn/text-base/news_alerts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1889
9þ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_dw.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ1908þ þ81e6edc1f57ef84a0f80624ade430067þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18897.pngþ þTEXT\0004\ST18897.t
xtþ
þST18898þ þST18898þ þST18898þ þST18898þ þST18898þ þST18898þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/.svn/text-base/news_alerts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1736
7; ST17369; ST18442; ST18444;
ST18900þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2103þ þ53c3c2260b09408fd1fc7dabf748bcddþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18898.pngþ þTEXT\0004\ST18
898.txtþ
þST18899þ þST18899þ þST18899þ þST18899þ þST18899þ þST18899þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/news_alerts_dw.pngþ þþ þþ þ0þ þ1þ þST18897þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þnews_alerts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1908þ þ81e6edc1f57ef84a0f80
624ade430067þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE

þ þNATIVES\0007\ST18899.pngþ þTEXT\0004\ST18899.txtþ
þST18900þ þST18900þ þST18900þ þST18900þ þST18900þ þST18900þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/news_alerts/news_alerts_up.pngþ þþ þþ þ0þ þ1þ þST17367; ST17369; ST18442;
ST18444;
ST18898þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_alerts_up.pngþ þ.PNGþ þimage/pngþ
þþ þ2103þ þ53c3c2260b09408fd1fc7dabf748bcddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18900.pngþ þTEXT\0004\ST18900.txtþ
þST18901þ þST18901þ þST18901þ þST18901þ þST18901þ þST18901þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/pattern_recognition_alerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ697þ þ1de7eb06ea21ad348d528
890c8b798e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST18901.txtþ þTEXT\0004\ST18901.txtþ
þST18902þ þST18902þ þST18902þ þST18902þ þST18902þ þST18902þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/pattern_recognition_alerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ07/19/2010þ þ00:00:00þ þ2010
-07-19T00:00:00-04:00þ þ1279512000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ613þ þd5841b6a29
1c327788634e82d97eb6afþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0007\ST18902.txtþ þTEXT\0004\ST18902.txtþ
þST18903þ þST18903þ þST18903þ þST18903þ þST18903þ þST18903þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/pattern_recognition_alerts/.svn/prop-base/pattern_recognition_alerts_dw.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;

ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;

ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;

ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18903.txtþ þ
TEXT\0004\ST18903.txtþ
þST18904þ þST18904þ þST18904þ þST18904þ þST18904þ þST18904þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/pattern_recognition_alerts/.svn/prop-base/pattern_recognition_alerts_up.png
.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;

ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;

ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;

ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22122; ST22256; ST22276; ST22992; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18904.txtþ þ
TEXT\0004\ST18904.txtþ
þST18905þ þST18905þ þST18905þ þST18905þ þST18905þ þST18905þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/pattern_recognition_alerts/.svn/text-base/pattern_recognition_alerts_dw.png
.svn-baseþ þþ þþ þ0þ þ1þ þST18907þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recogn
ition_alerts_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2268þ þ12a0205238975c378b245a35b
7bbff67þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0007\ST18905.pngþ þTEXT\0004\ST18905.txtþ
þST18906þ þST18906þ þST18906þ þST18906þ þST18906þ þST18906þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/pattern_recognition_alerts/.svn/text-base/pattern_recognition_alerts_up.png
.svn-baseþ þþ þþ þ0þ þ1þ þST18908þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recogn
ition_alerts_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1975þ þ5e7d062fa2fa04d771f936140
bf975ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0007\ST18906.pngþ þTEXT\0004\ST18906.txtþ
þST18907þ þST18907þ þST18907þ þST18907þ þST18907þ þST18907þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/pattern_recognition_alerts/pattern_recognition_alerts_dw.pngþ þþ þþ þ0þ þ1þ þ ST18905þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_dw.pngþ þ.P NGþ þimage/pngþ þþ þ2268þ þ12a0205238975c378b245a35b7bbff67þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18907.pngþ þTEXT\000 4\ST18907.txtþ

þST18908þ þST18908þ þST18908þ þST18908þ þST18908þ þST18908þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/pattern_recognition_alerts/pattern_recognition_alerts_up.pngþ þþ þþ þ0þ þ1þ þ ST18906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpattern_recognition_alerts_up.pngþ þ.P NGþ þimage/pngþ þþ þ1975þ þ5e7d062fa2fa04d771f936140bf975ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18908.pngþ þTEXT\000 4\ST18908.txtþ

þST18909þ þST18909þ þST18909þ þST18909þ þST18909þ þST18909þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/streaming_algorithmic_filter/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ711þ þ44c869f351beeb20471 742cd11e29c2aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0007\ST18909.txtþ þTEXT\0004\ST18909.txtþ

þST18910þ þST18910þ þST18910þ þST18910þ þST18910þ þST18910þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/streaming_algorithmic_filter/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/19/2010þ þ00:00:00þ þ2010-07-19T00:00:00-04:00þ þ1279512000þ þentriesþ þ. TXTþ þtext/plainþ þþ þ619þ þ0c40026b761ff888f66de854727bedb7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18910.txtþ þTEXT\0004\ST18910.txtþ

þST18911þ þST18911þ þST18911þ þST18911þ þST18911þ þST18911þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters _alerts/streaming_algorithmic_filter/.svn/prop-base/streaming_algorithmic_filter_dw .png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;

ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;

ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;

ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18911.txtþ
þTEXT\0004\ST18911.txtþ
þST18912þ þST18912þ þST18912þ þST18912þ þST18912þ þST18912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/streaming_algorithmic_filter/.svn/prop-base/streaming_algorithmic_filter_up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;

ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;

ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;

ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;
ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST23234; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.png.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18912.txtþ
þTEXT\0004\ST18912.txtþ
þST18913þ þST18913þ þST18913þ þST18913þ þST18913þ þST18913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/streaming_algorithmic_filter/.svn/text-base/streaming_algorithmic_filter_dw
.png.svn-baseþ þþ þþ þ0þ þ1þ þST18915þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_
algorithmic_filter_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2353þ þb5c91a100fc04818d83
d194b0b3e81ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0007\ST18913.pngþ þTEXT\0004\ST18913.txtþ
þST18914þ þST18914þ þST18914þ þST18914þ þST18914þ þST18914þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/streaming_algorithmic_filter/.svn/text-base/streaming_algorithmic_filter_up
.png.svn-baseþ þþ þþ þ0þ þ1þ þST18916þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_
algorithmic_filter_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2071þ þd0bd127b6f275095cec
74222285c3f57þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0007\ST18914.pngþ þTEXT\0004\ST18914.txtþ
þST18915þ þST18915þ þST18915þ þST18915þ þST18915þ þST18915þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/streaming_algorithmic_filter/streaming_algorithmic_filter_dw.pngþ þþ þþ þ0þ
þ1þ þST18913þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_dw.p
ngþ þ.PNGþ þimage/pngþ þþ þ2353þ þb5c91a100fc04818d83d194b0b3e81ecþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18915.pngþ þT
EXT\0004\ST18915.txtþ
þST18916þ þST18916þ þST18916þ þST18916þ þST18916þ þST18916þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/filters
_alerts/streaming_algorithmic_filter/streaming_algorithmic_filter_up.pngþ þþ þþ þ0þ
þ1þ þST18914þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_algorithmic_filter_up.p
ngþ þ.PNGþ þimage/pngþ þþ þ2071þ þd0bd127b6f275095cec74222285c3f57þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18916.pngþ þT
EXT\0004\ST18916.txtþ
þST18917þ þST18917þ þST18917þ þST18917þ þST18917þ þST18917þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/.
svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.
TXTþ þtext/plainþ þþ þ151þ þ054b09db8cf5fe38bc8c22850fdf4f81þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18917.txtþ þTEXT\0004\ST18917.txtþ
þST18918þ þST18918þ þST18918þ þST18918þ þST18918þ þST18918þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/.
svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-0
9-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ307þ þ3a0581f34fe8
723ebe5dbdf3450851edþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0007\ST18918.txtþ þTEXT\0004\ST18918.txtþ
þST18919þ þST18919þ þST18919þ þST18919þ þST18919þ þST18919þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/c
lose/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpro
psþ þ.TXTþ þtext/plainþ þþ þ521þ þ3d1d25638a7add886f0b4b26c648f91aþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18919.txtþ þT
EXT\0004\ST18919.txtþ
þST18920þ þST18920þ þST18920þ þST18920þ þST18920þ þST18920þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/c
lose/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ
2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ540þ þ7baa91
69c98d1b2a6d07675693483acfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0007\ST18920.txtþ þTEXT\0004\ST18920.txtþ
þST18921þ þST18921þ þST18921þ þST18921þ þST18921þ þST18921þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/c
lose/.svn/prop-base/close_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;

ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;

ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;

ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18921.txtþ þTEXT\0004\ST18921.txtþ

þST18922þ þST18922þ þST18922þ þST18922þ þST18922þ þST18922þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/close/.svn/prop-base/close.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;

ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;

ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;

ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ b113136892f2137aa0116093a524ade0bþ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18922.txtþ þTEXT\0004\ST18922.txtþ þST18923þ þST18923þ þST18923þ þST18923þ þST18923þ þST18923þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/close/.svn/text-base/close_over.png.svn-baseþ þþ þþ þ0þ b1þ þST18925þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ385þ þf3abdf4090b5240b30a65e9202a2f5b9þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18923.pngþ þþ

þST18924þ þST18924þ þST18924þ þST18924þ þST18924þ þST18924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/close/.svn/text-base/close.png.svn-baseþ þþ þþ þ0þ b1þ þST17401; ST17403; ST18476; ST18478;

ST18926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ431þ þe8464279cda2c0ffae641950fcfc0a37þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18924.pngþ þþ

þST18925þ þST18925þ þST18925þ þST18925þ þST18925þ þST18925þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/close/close_over.pngþ þþ þþ þ0þ b1þ þST18923þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.pngþ þ.PNGþ þimage/pngþ þþ þ385þ þf3abdf4090b5240b30a65e9202a2f5b9þ b1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18925.pngþ þþ

þST18926þ þST18926þ þST18926þ þST18926þ þST18926þ þST18926þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/close/close.pngþ þþ þþ þ0þ b1þ þST17401; ST17403; ST18476; ST18478;

ST18924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.pngþ þ.PNGþ þimage/pngþ þþ þ431þ þe8464279cda2c0ffae641950fcfc0a37þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18926.pngþ þþ

þST18927þ þST18927þ þST18927þ þST18927þ þST18927þ þST18927þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/flip/.svn/all-wcpropsþ þþ þþ þ0þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ514þ þdd6ecc589b6e704537356267a63a8a14þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18927.txtþ þTEXT\0004\ST18927.txtþ

þST18928þ þST18928þ þST18928þ þST18928þ þST18928þ þST18928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/f
lip/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2
009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ537þ þ1e86510
add0aeb97500f832062d8ee7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0007\ST18928.txtþ þTEXT\0004\ST18928.txtþ
þST18929þ þST18929þ þST18929þ þST18929þ þST18929þ þST18929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/f
lip/.svn/prop-base/flip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;

ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;

ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;

ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18929.txtþ þTEXT\0004\ST18929.t
xtþ
þST18930þ þST18930þ þST18930þ þST18930þ þST18930þ þST18930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/f
lip/.svn/prop-base/flip.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;

ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;

ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;

ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18930.txtþ þTEXT\0004\ST18930.txtþ þST18931þ þST18931þ þST18931þ þST18931þ þST18931þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/flip/.svn/text-base/flip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18933þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ506þ þ44c7f28a329c904fa0b5cec591d70a54þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0007\ST18931.þ
þST18932þ þST18932þ þST18932þ þST18932þ þST18932þ þST18932þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/flip/.svn/text-base/flip.png.svn-baseþ þþ þþ þ0þ þ1þ þST17409; ST17411; ST18484; ST18486;
ST18934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ þ560þ þ3434c5a2a302f99ec2c302e138ccb500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18932.pngþ þþ
þST18933þ þST18933þ þST18933þ þST18933þ þST18933þ þST18933þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/flip/flip_over.pngþ þþ þþ þ0þ þ1þ þST18931þ þþ þþ þþ þþ þþ þflip_over.pngþ þ.PNGþ þimage/pngþ þ þ506þ þ44c7f28a329c904fa0b5cec591d70a54þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST18933.pngþ þþ
þST18934þ þST18934þ þST18934þ þST18934þ þST18934þ þST18934þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/flip/flip.pngþ þþ þþ þ0þ þ1þ þST17409; ST17411; ST18484; ST18486;
ST18932þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.pngþ þ.PNGþ þimage/pngþ þþ þ560þ þ3434c5a2a302f99ec2c302e138ccb500þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ FALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18934.pngþ þþ
þST18935þ þST18935þ þST18935þ þST18935þ þST18935þ þST18935þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/minimize/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc propsþ þ.TXTþ þtext/plainþ þþ þ542þ þ6ec0ed43e51abeec2a7cd3483a5442f1þ þ1þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18935.txtþ þTEXT\0004\ST18935.txtþ

þST18936þ þST18936þ þST18936þ þST18936þ þST18936þ þST18936þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/minimize/.svn/entriesþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ549þ þ2f 39760875b32075ddcb3d39399bff50þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18936.txtþ þTEXT\0004\ST18936.txtþ

þST18937þ þST18937þ þST18937þ þST18937þ þST18937þ þST18937þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/minimize/.svn/prop-base/minimize_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;

ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;

ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;

ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18937.txtþ þTEXT\0004\ST1893
7.txtþ
þST18938þ þST18938þ þST18938þ þST18938þ þST18938þ þST18938þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/m
inimize/.svn/prop-base/minimize.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;

ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;

ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;

ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18938.txtþ þTEXT
\0004\ST18938.txtþ
þST18939þ þST18939þ þST18939þ þST18939þ þST18939þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/m
inimize/.svn/text-base/minimize_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18941þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þminimize_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ294þ þb5
1a076499ccc918132cea29ca6c328fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18939.pngþ
þST18940þ þST18940þ þST18940þ þST18940þ þST18940þ þST18940þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/m
inimize/.svn/text-base/minimize.png.svn-baseþ þþ þþ þ0þ þ1þ þST17417; ST17419;
ST18492; ST18494;
ST18942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.png.svn-baseþ þ.PNGþ þimage/p
ngþ þþ þ316þ þafe954050a39792a2caae72065ddcea3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18940.pngþ þþ
þST18941þ þST18941þ þST18941þ þST18941þ þST18941þ þST18941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/m
inimize/minimize_over.pngþ þþ þþ þ0þ þ1þ þST18939þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þminimize_over.pngþ þ.PNGþ þimage/pngþ þþ þ294þ þb51a076499ccc918132cea29ca6c328fþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18941.pngþ þþ
þST18942þ þST18942þ þST18942þ þST18942þ þST18942þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/icons/m
inimize/minimize.pngþ þþ þþ þ0þ þ1þ þST17417; ST17419; ST18492; ST18494;
ST18940þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þminimize.pngþ þ.PNGþ þimage/pngþ þþ þ31
6þ þafe954050a39792a2caae72065ddcea3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18942.pngþ þþ
þST18943þ þST18943þ þST18943þ þST18943þ þST18943þ þST18943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/all-wcprops þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1238þ þ87f3f4905bb9a26b605c22d04b094ebbþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18943.t
xtþ þTEXT\0004\ST18943.txtþ
þST18944þ þST18944þ þST18945þ þST18944þ þST18945þ þST18944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-
09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1077þ þ7e97422b7a
65f28c427cca7598b44ea4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0007\ST18944.txtþ þTEXT\0004\ST18944.txtþ
þST18946þ þST18946þ þST18946þ þST18946þ þST18946þ þST18946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/prop-base/level2_hit.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;

ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;

ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2_hit.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18946.txtþ þTEXT\0004\ST18946. txtþ

þST18947þ þST18947þ þST18947þ þST18947þ þST18947þ þST18947þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/ .svn/prop-base/level2_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;

ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;

ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;

ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2_over.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18947.txtþ þTEXT\0004\ST18947.txtþ
þST18948þ þST18948þ þST18948þ þST18948þ þST18948þ þST18948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/prop-base/level2.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;

ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18948.txtþ þTEXT\0004\ST18948.txtþ
þST18949þ þST18949þ þST18949þ þST18949þ þST18949þ þST18949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2
/.svn/prop-base/level2v_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;

ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;

ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2v_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18949.txtþ þTEXT\0004\ST18949.txtþ
þST18950þ þST18950þ þST18950þ þST18950þ þST18950þ þST18950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/prop-base/level2v_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;

ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15968; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;

ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2v_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18950.txtþ þTEXT\0004\ST18950
.txtþ

þST18951þ þST18951þ þST18951þ þST18951þ þST18951þ þST18951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/prop-base/level2v.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;

ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;

ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2v.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18951.txtþ þTEXT\0004\ST18951.txtþ
þST18952þ þST18952þ þST18952þ þST18952þ þST18952þ þST18952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/text-base/level2_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18958þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þlevel2_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1300þ þ34f388859ec46ab
51db4c10ed5382076þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0007\ST18952.pngþ þTEXT\0004\ST18952.txtþ
þST18953þ þST18953þ þST18953þ þST18953þ þST18953þ þST18953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/text-base/level2_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18959þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þlevel2_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1315þ þ403ce00243f8b
9d77ac9d19277ffb02dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST18953.pngþ þTEXT\0004\ST18953.txtþ
þST18954þ þST18954þ þST18954þ þST18954þ þST18954þ þST18954þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/text-base/level2.png.svn-baseþ þþ þþ þ0þ þ1þ þST18960þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þlevel2.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1312þ þ54f0cb409cc4426c063b174
5aad1ad46þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST18954.pngþ þTEXT\0004\ST18954.txtþ
þST18955þ þST18955þ þST18955þ þST18955þ þST18955þ þST18955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/text-base/level2v_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18961þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þlevel2v_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1409þ þbdcbe6fc62b69
7d23e05149ea2f057bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST18955.pngþ þTEXT\0004\ST18955.txtþ
þST18956þ þST18956þ þST18956þ þST18956þ þST18956þ þST18956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/text-base/level2v_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18962þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þlevel2v_over.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1417þ þ988b9ec5f158dc8ebe849e8cf31142b9þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18956.pngþ þ
TEXT\0004\ST18956.txtþ
þST18957þ þST18957þ þST18957þ þST18957þ þST18957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
.svn/text-base/level2v.png.svn-baseþ þþ þþ þ0þ þ1þ þST18963þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þlevel2v.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1452þ þ33e73cbf808e591a30f3157d58ce0b03þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18957.pngþ þ
TEXT\0004\ST18957.txtþ
þST18958þ þST18958þ þST18958þ þST18958þ þST18958þ þST18958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
level2_hit.pngþ þþ þþ þ0þ þ1þ þST18952þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2_hi
t.pngþ þ.PNGþ þimage/pngþ þþ þ1300þ þ34f388859ec46ab51db4c10ed5382076þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18958.pngþ
þTEXT\0004\ST18958.txtþ
þST18959þ þST18959þ þST18959þ þST18959þ þST18959þ þST18959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
level2_over.pngþ þþ þþ þ0þ þ1þ þST18953þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2_o
ver.pngþ þ.PNGþ þimage/pngþ þþ þ1315þ þ403ce00243f8b9d77ac9d19277ffb02dþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ1þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18959.pn
gþ þTEXT\0004\ST18959.txtþ
þST18960þ þST18960þ þST18960þ þST18960þ þST18960þ þST18960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
level2.pngþ þþ þþ þ0þ þ1þ þST18954þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2.pngþ þ
.PNGþ þimage/pngþ þþ þ1312þ þ54f0cb409cc4426c063b1745aad1ad46þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18960.pngþ þTEXT\00
04\ST18960.txtþ
þST18961þ þST18961þ þST18961þ þST18961þ þST18961þ þST18961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
level2v_hit.pngþ þþ þþ þ0þ þ1þ þST18955þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2v_
hit.pngþ þ.PNGþ þimage/pngþ þþ þ1409þ þbdcbe6fc62b697d23e05149ea2f057bdþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18961.pn
gþ þTEXT\0004\ST18961.txtþ
þST18962þ þST18962þ þST18962þ þST18962þ þST18962þ þST18962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
level2v_over.pngþ þþ þþ þ0þ þ1þ þST18956þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2v
_over.pngþ þ.PNGþ þimage/pngþ þþ þ1417þ þ988b9ec5f158dc8ebe849e8cf31142b9þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18962.
pngþ þTEXT\0004\ST18962.txtþ
þST18963þ þST18963þ þST18963þ þST18963þ þST18963þ þST18963þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/level2/
level2v.pngþ þþ þþ þ0þ þ1þ þST18957þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2v.pngþ
þ.PNGþ þimage/pngþ þþ þ1452þ þ33e73cbf808e591a30f3157d58ce0b03þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18963.pngþ þTEXT\
0004\ST18963.txtþ
þST18964þ þST18964þ þST18964þ þST18964þ þST18964þ þST18964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.T
XTþ þtext/plainþ þþ þ1200þ þcd84d714a9af57350395625490ee4ddaþ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18964.txtþ þTEXT\0004\ST18964.txtþ
þST18965þ þST18965þ þST18966þ þST18965þ þST18966þ þST18965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.sl
vn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09
-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1131þ þba116efdd7e3
8920e4210ddcc29eef98þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0007\ST18965.txtþ þTEXT\0004\ST18965.txtþ
þST18967þ þST18967þ þST18967þ þST18967þ þST18967þ þST18967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/prop-base/news_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;

ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;

ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18967.txtþ þTEXT
\0004\ST18967.txtþ
þST18968þ þST18968þ þST18968þ þST18968þ þST18968þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/prop-base/news_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;

ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;

ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17044; ST17045; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;

ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18968.txtþ þTEXT\0004\ST18968.t
xtþ

þST18969þ þST18969þ þST18969þ þST18969þ þST18969þ þST18969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/prop-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;

ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18969.txtþ þTEXT\0004\ST18969.txtþ
þST18970þ þST18970þ þST18970þ þST18970þ þST18970þ þST18970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/prop-base/newsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;

ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;

ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;

ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18970.txtþ þTEXT\0004\ST18970.t
xtþ
þST18971þ þST18971þ þST18971þ þST18971þ þST18971þ þST18971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/prop-base/newsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;

ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;

ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;

ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18971.txtþ þTEXT\0004\ST18971.
txtþ
þST18972þ þST18972þ þST18972þ þST18972þ þST18972þ þST18972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/prop-base/newsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;

ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;

ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18972.txtþ þTEXT\0004\ST18972.txtþ
þST18973þ þST18973þ þST18973þ þST18973þ þST18973þ þST18973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s
vn/text-base/news_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST18995þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þnews_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ1336þ þ2571f5f8db32ad52283a1 825343fdbf3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18973.pngþ þTEXT\0004\ST18973.txtþ

þST18974þ þST18974þ þST18974þ þST18974þ þST18974þ þST18974þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s vn/text-base/news_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST18996þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1332þ þ409a123f830f7ae3c109825d313c648aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18974.pngþ þTEXT\0004\ST18974.txtþ

þST18975þ þST18975þ þST18975þ þST18975þ þST18975þ þST18975þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s vn/text-base/news.png.svn-baseþ þþ þþ þ0þ þ1þ þST17479; ST17509; ST18554; ST18584; ST19005þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.png.svn-baseþ þ.PNGþ þimage/pngþ þ þ1316þ þ0000068b541b4170b5d257aae37f5b7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18975.pngþ þTEXT\0004\ST18975.txtþ

þST18976þ þST18976þ þST18976þ þST18976þ þST18976þ þST18976þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s vn/text-base/newsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19006þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1499þ þ1f7b34e8db997166b9174c89e3a40fc4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18976.pngþ þTEXT\0004\ST18976.txtþ

þST18977þ þST18977þ þST18977þ þST18977þ þST18977þ þST18977þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s vn/text-base/newsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19007þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þnewsv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1503þ þfbc35f6191e91b63a a2d4301e5b272e8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0007\ST18977.pngþ þTEXT\0004\ST18977.txtþ

þST18978þ þST18978þ þST18978þ þST18978þ þST18978þ þST18978þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/.s vn/text-base/newsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST19008þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1554þ þ357a82a683beb9ad2536750cea 3b7086þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0007\ST18978.pngþ þTEXT\0004\ST18978.txtþ

þST18979þ þST18979þ þST18979þ þST18979þ þST18979þ þST18979þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de alwire/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcp

ropsþ þ.TXTþ þtext/plainþ þþ þ541þ þc21ee6e508307cc758b30a44385b8a3dþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18979.txtþ þ
TEXT\0004\ST18979.txtþ

þST18980þ þST18980þ þST18980þ þST18980þ þST18980þ þST18980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00
þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ549þ þed5
0d512b4805c5f9d9a8e19d67f95bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18980.txtþ þTEXT\0004\ST18980.txtþ

þST18981þ þST18981þ þST18981þ þST18981þ þST18981þ þST18981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/.svn/prop-base/dealwire_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;

ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;

ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;

ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18981.txtþ þTEXT\0004\ST18981.txtþ
þST18982þ þST18982þ þST18982þ þST18982þ þST18982þ þST18982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/.svn/prop-base/dealwire_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;

ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;

ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18578; ST18579; ST18590; ST18591; ST18591; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;

ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18982.txtþ þTEXT\0004\ST18982.txtþ
þST18983þ þST18983þ þST18983þ þST18983þ þST18983þ þST18983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/.svn/text-base/dealwire_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST18985þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þdealwire_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1684þ þc1195c
06cfb15699ad84053c8f1e1ac7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0007\ST18983.pngþ þTEXT\0004\ST18983.txtþ
þST18984þ þST18984þ þST18984þ þST18984þ þST18984þ þST18984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/.svn/text-base/dealwire_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17488; ST17490;
ST18563; ST18565;
ST18986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1896þ þf9555730309b379f8bdbbbfb6607a42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18984.pngþ þTEXT\0004\ST18984
.txtþ
þST18985þ þST18985þ þST18985þ þST18985þ þST18985þ þST18985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/dealwire_dw.pngþ þþ þþ þ0þ þ1þ þST18983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þd
ealwire_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1684þ þc1195c06cfb15699ad84053c8f1e1ac7þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1
8985.pngþ þTEXT\0004\ST18985.txtþ
þST18986þ þST18986þ þST18986þ þST18986þ þST18986þ þST18986þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/de
alwire/dealwire_up.pngþ þþ þþ þ0þ þ1þ þST17488; ST17490; ST18563; ST18565;
ST18984þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdealwire_up.pngþ þ.PNGþ þimage/pngþ þþ þ
þ1896þ þf9555730309b379f8bdbbbfb6607a42bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18986.pngþ þTEXT\0004\ST18986.txtþ
þST18987þ þST18987þ þST18987þ þST18987þ þST18987þ þST18987þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/historical_news/.svn/all-wcprops þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ590þ þc32bc835f6f6dc83ab141780ccd63d65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18987.txtþ þTEXT\0004\ST18987.txtþ

þST18988þ þST18988þ þST18988þ þST18988þ þST18988þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/historical_news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0 0:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ570þ þa53d145cf08431407fd32e582e715009þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18988.txtþ þTEXT\0004\ST18988.txtþ þST18989þ þST18989þ þST18989þ þST18989þ þST18989þ þST18989þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/historical_news/.svn/prop-base/historical_news_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;

ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;

ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;

ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18989.txtþ þTEXT\0004\ST 18989.txtþ

þST18990þ þST18990þ þST18990þ þST18990þ þST18990þ þST18990þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/hi storical_news/.svn/prop-base/historical_news_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;

ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;

ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;

ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18990.txtþ þTEXT\0004\ST
18990.txtþ
þST18991þ þST18991þ þST18991þ þST18991þ þST18991þ þST18991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/hi
storical_news/.svn/text-base/historical_news_dw.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST18993þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_dw.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1913þ þ1206f56c0a46a8a85cffbf6c4bfa07c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST18991.pngþ þTEXT\0004\ST18991.txtþ
þST18992þ þST18992þ þST18992þ þST18992þ þST18992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/hi
storical_news/.svn/text-base/historical_news_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17496;
ST17498; ST18571; ST18573;
ST18994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2130þ þc06011734417f5bba6b7f2413c87068dþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18992.pngþ þTEXT\0004\S
T18992.txtþ
þST18993þ þST18993þ þST18993þ þST18993þ þST18993þ þST18993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/hi
storical_news/historical_news_dw.pngþ þþ þþ þþ þ0þ þ1þ þST18991þ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þhistorical_news_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1913þ þ1206f56c0a46a8a85c
ffbf6c4bfa07c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0007\ST18993.pngþ þTEXT\0004\ST18993.txtþ
þST18994þ þST18994þ þST18994þ þST18994þ þST18994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/hi

storical_news/historical_news_up.pngþ þþ þþ þ0þ þ1þ þST17496; ST17498; ST18571; ST18573;

ST18992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhistorical_news_up.pngþ þ.PNGþ þimage/ pngþ þþ þ213Øþ þc06011734417f5bba6b7f2413c87068dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18994.pngþ þTEXT\0004\ST18994. txtþ

þST18995þ þST18995þ þST18995þ þST18995þ þST18995þ þST18995þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne ws_hit.pngþ þþ þþ þ0þ þ1þ þST18973þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1336þ þ2571f5f8db32ad52283a1825343fdbf3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18995.pngþ þTEXT\ 0004\ST18995.txtþ

þST18996þ þST18996þ þST18996þ þST18996þ þST18996þ þST18996þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne ws_over.pngþ þþ þþ þ0þ þ1þ þST18974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_over.pn gþ þ.PNGþ þimage/pngþ þþ þ1332þ þ409a123f830f7ae3c109825d313c648aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18996.pngþ þTEX T\0004\ST18996.txtþ

þST18997þ þST18997þ þST18997þ þST18997þ þST18997þ þST18997þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne ws_tape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wc propsþ þ.TXTþ þtext/plainþ þþ þ548þ þfc3b7992650f6038650bfbb719c4eeb2þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18997.txtþ þTEXT\0004\ST18997.txtþ

þST18998þ þST18998þ þST18998þ þST18998þ þST18998þ þST18998þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne ws_tape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:0 0þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ552þ þ74 6ba2026eec1ba2a52ed2471cba9ae2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18998.txtþ þTEXT\0004\ST18998.txtþ

þST18999þ þST18999þ þST18999þ þST18999þ þST18999þ þST18999þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne ws_tape/.svn/prop-base/news_tape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;

ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;

ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;

ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST18999.txtþ þTEXT\0004\ST18999
.txtþ
þST19000þ þST19000þ þST19000þ þST19000þ þST19000þ þST19000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne
ws_tape/.svn/prop-base/news_tape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;

ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;

ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;

ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19000.txtþ þTEXT\0004\ST19000
.txtþ
þST19001þ þST19001þ þST19001þ þST19001þ þST19001þ þST19001þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/ne
ws_tape/.svn/text-base/news_tape_dw.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST19003þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þnews_tape_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1698þ þ0a5
f81564d89cff8fd56108cc7a3111eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19001.pngþ þTEXT\0004\ST19001.txtþ

þST19002þ þST19002þ þST19002þ þST19002þ þST19002þ þST19002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/news_tape/.svn/text-base/news_tape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17506; ST17508; ST18581; ST18583; ST19004þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1903þ þ079fbf4586e66614e71ba55f93b747ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19002.pngþ þTEXT\0004\ST19002.txtþ

þST19003þ þST19003þ þST19003þ þST19003þ þST19003þ þST19003þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/news_tape/news_tape_dw.pngþ þþ þþ þ0þ þ1þ þST19001þ þþ þþ þþ þnews_tape_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1698þ þ0a5f81564d89cff8fd56108cc7a3111eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19003.pngþ þTEXT\0004\ST19003.txtþ

þST19004þ þST19004þ þST19004þ þST19004þ þST19004þ þST19004þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/news_tape/news_tape_up.pngþ þþ þþ þ0þ þ1þ þST17506; ST17508; ST18581; ST18583; ST19002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_tape_up.pngþ þ.PNGþ þimage/pngþ þþ þ1903þ þ079fbf4586e66614e71ba55f93b747ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19004.txtþ þTEXT\0004\ST19004.txtþ

þST19005þ þST19005þ þST19005þ þST19005þ þST19005þ þST19005þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/news.pngþ þþ þþ þ0þ þ1þ þST17479; ST17509; ST18554; ST18584; ST18975þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.pngþ þ.PNGþ þimage/pngþ þþ þ1316þ þ0000068b541b4170b5d257aae37f5b7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19005.pngþ þTEXT\0004\ST19005.txtþ

þST19006þ þST19006þ þST19006þ þST19006þ þST19006þ þST19006þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/newsv_hit.pngþ þþ þþ þ0þ þ1þ þST18976þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1499þ þ1f7b34e8db997166b9174c89e3a40fc4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19006.pngþ þTEXT\0004\ST19006.txtþ

þST19007þ þST19007þ þST19007þ þST19007þ þST19007þ þST19007þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/newsv_over.pngþ þþ þþ þ0þ þ1þ þST18977þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ1503þ þfbc35f6191e91b63aa2d4301e5b272e8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19007.pngþ þTEXT\0004\ST19007.txtþ

þST19008þ þST19008þ þST19008þ þST19008þ þST19008þ þST19008þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/newsv.pngþ þþ þþ þ0þ þ1þ þST18978þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnewsv.pngþ þ.PNG þ þimage/pngþ þþ þ1554þ þ357a82a683beb9ad2536750cea3b7086þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19008.pngþ þTEXT\0004\ST19008.txtþ

þST19009þ þST19009þ þST19009þ þST19009þ þST19009þ þST19009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/streamer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ541þ þ83d51347101b772c1e4986457ae2765aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19009.txtþ þTEXT\0004\ST19009.txtþ

þST19010þ þST19010þ þST19010þ þST19010þ þST19010þ þST19010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/streamer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00 þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ549þ þc27da586a150ede2a6a25155580a638fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19010.txtþ þTEXT\0004\ST19010.txtþ

þST19011þ þST19011þ þST19011þ þST19011þ þST19011þ þST19011þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/streamer/.svn/prop-base/streamer_dw.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;

ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;

ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18332; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;

ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19011.txtþ þTEXT\0004\ST19011.txtþ
þST19012þ þST19012þ þST19012þ þST19012þ þST19012þ þST19012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/st
reamer/.svn/prop-base/streamer_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;

ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;

ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;

ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19012.txtþ þTEXT\0004\ST19012.txtþ
þST19013þ þST19013þ þST19013þ þST19013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/st
reamer/.svn/text-base/streamer_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19015þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þstreamer_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1656þ þ3044be
e41e93229d28a8b33e264b2e4dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0007\ST19013.pngþ þTEXT\0004\ST19013.txtþ
þST19014þ þST19014þ þST19014þ þST19014þ þST19014þ þST19014þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/st
reamer/.svn/text-base/streamer_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17518; ST17520;
ST18593; ST18595;
ST19016þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1862þ þ777dfeaeb003920df1b40e6c299357e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19014.pngþ þTEXT\0004\ST19014
.txtþ
þST19015þ þST19015þ þST19015þ þST19015þ þST19015þ þST19015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/st

reamer/streamer_dw.pngþ þþ þþ þ0þ þ1þ þST19013þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þs
treamer_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1656þ þ3044bee41e93229d28a8b33e264b2e4dþ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1
9015.pngþ þTEXT\0004\ST19015.txtþ

þST19016þ þST19016þ þST19016þ þST19016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/news/st
reamer/streamer_up.pngþ þþ þ0þ þ1þ þST17518; ST17520; ST18593; ST18595;
ST19014þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreamer_up.pngþ þ.PNGþ þimage/pngþ þþ
þ1862þ þ777dfeaeb003920df1b40e6c299357e6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19016.pngþ þTEXT\0004\ST19016.txtþ
þST19017þ þST19017þ þST19017þ þST19017þ þST19017þ þST19017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ
 þ.TXTþ þtext/plainþ þþ þ1276þ þ2beca3f6fdd714c6d577be3898e821ebþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19017.txtþ þTEXT
\0004\ST19017.txtþ

þST19018þ þST19018þ þST19019þ þST19018þ þST19019þ þST19018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ200
9-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1122þ þe909b526
2fe5b54b0d76c0061b2a1509þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0007\ST19018.txtþ þTEXT\0004\ST19018.txtþ

þST19020þ þST19020þ þST19020þ þST19020þ þST19020þ þST19020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/prop-base/settings_hit.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;

ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;

ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18780; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;

ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19020.txtþ þTEXT\0004\ST19020
.txtþ
þST19021þ þST19021þ þST19021þ þST19021þ þST19021þ þST19021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/prop-base/settings_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;

ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;

ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;

ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19021.txtþ þTEXT\0004\ST1902
1.txtþ

þST19022þ þST19022þ þST19022þ þST19022þ þST19022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/prop-base/settings.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18789; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;

ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19022.txtþ þTEXT
\0004\ST19022.txtþ
þST19023þ þST19023þ þST19023þ þST19023þ þST19023þ þST19023þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/prop-base/settingsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;

ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16666;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;

ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;

ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18899; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19023.txtþ þTEXT\0004\ST1902
3.txtþ

þST19024þ þST19024þ þST19024þ þST19024þ þST19024þ þST19024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/prop-base/settingsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;

ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;

ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;

ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19024.txtþ þTEXT\0004\ST19024.txtþ
þST19025þ þST19025þ þST19025þ þST19025þ þST19025þ þST19025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/prop-base/settingsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;

ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;

ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;

ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19025.txtþ þTEXT\0004\ST19025.t
xtþ

þST19026þ þST19026þ þST19026þ þST19026þ þST19026þ þST19026þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/.svn/text-base/settings_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19048þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þsettings_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1691þ þd588b51fc
85fa03d36eda0e29fa370faþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0007\ST19026.pngþ þTEXT\0004\ST19026.txtþ

þST19027þ þST19027þ þST19027þ þST19027þ þST19027þ þST19027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/settings/.svn/text-base/settings_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19049þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þsettings_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1713þ þ5d98f60262fdf3f98d3d1b830f5e7d65þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19027.pngþ þTEXT\0004\ST19027.txtþ þST19028þ þST19028þ þST19028þ þST19028þ þST19028þ þST19028þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/settings/.svn/text-base/settings.png.svn-baseþ þþ þþ þ0þ þ1þ þST17532; ST17554; ST18607; ST18629; ST19050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1694þ þdec36cff52763699d002774a8f852caaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19028.pngþ þTEXT\0004\ST19028.txtþ þST19029þ þST19029þ þST19029þ þST19029þ þST19029þ þST19029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/settings/.svn/text-base/settingsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19051þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þsettingsv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1765þ þf0c0233d780c062505b0dfd0a50c1bf2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19029.pngþ þTEXT\0004\ST19029.txtþ þST19030þ þST19030þ þST19030þ þST19030þ þST19030þ þST19030þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/settings/.svn/text-base/settingsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19052þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1771þ þ668e3d4c3112239967632951d92aaa8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19030.pngþ þTEXT\0004\ST19030.txtþ þST19031þ þST19031þ þST19031þ þST19031þ þST19031þ þST19031þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/settings/.svn/text-base/settingsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST19053þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettingsv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1829þ þ93fb3626be2e1e85014da85b517e005fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19031.pngþ þTEXT\0004\ST19031.txtþ þST19032þ þST19032þ þST19032þ þST19032þ þST19032þ þST19032þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/settings/colorfonts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ567þ þ3f3cae031b25e2b2377d57e0b295be60þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19032.txtþ þTEXT\0004\ST19032.txtþ þST19033þ þST19033þ þST19033þ þST19033þ þST19033þ þST19033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/colorfonts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00
:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ559
þ þe7fcb3c8482dc21706dcd76788d35d6eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19033.txtþ þTEXT\0004\ST19033.txtþ
þST19034þ þST19034þ þST19034þ þST19034þ þST19034þ þST19034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/colorfonts/.svn/prop-base/colorfonts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;

ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;

ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;

ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19034.txtþ þTEXT\0004\ST1903
4.txtþ
þST19035þ þST19035þ þST19035þ þST19035þ þST19035þ þST19035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/colorfonts/.svn/prop-base/colorfonts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;

ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;

ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;

ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.png.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19035.txtþ þTEXT\0004\ST1903 5.txtþ

þST19036þ þST19036þ þST19036þ þST19036þ þST19036þ þST19036þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting s/colorfonts/.svn/text-base/colorfonts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19038þ þþ þþ þþ þþ þcolorfonts_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ18 43þ þ7622fd05c8daaa54ea88724d27917a7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19036.pngþ þTEXT\0004\ST19036.txtþ

þST19037þ þST19037þ þST19037þ þST19037þ þST19037þ þST19037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting s/colorfonts/.svn/text-base/colorfonts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17541; ST17543; ST18616; ST18618;

ST19039þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ2059þ þ2d57c3e1142c5d8d1165bad5bdb63fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19037.pngþ þTEXT\0004\ST19037.txtþ

þST19038þ þST19038þ þST19038þ þST19038þ þST19038þ þST19038þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting s/colorfonts/colorfonts_dw.pngþ þþ þþ þ0þ þ1þ þST19036þ þþ þþ þþ þþ þ þ þþ þcolorfonts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1843þ þ7622fd05c8daaa54ea88724d2791 7a7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0007\ST19038.pngþ þTEXT\0004\ST19038.txtþ

þST19039þ þST19039þ þST19039þ þST19039þ þST19039þ þST19039þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting s/colorfonts/colorfonts_up.pngþ þþ þþ þ0þ þ1þ þST17541; ST17543; ST18616; ST18618; ST19037þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcolorfonts_up.pngþ þ.PNGþ þimage/pngþ þ þ þ2059þ þ2d57c3e1142c5d8d1165bad5bdb63fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19039.pngþ þTEXT\0004\ST19039.txtþ

þST19040þ þST19040þ þST19040þ þST19040þ þST19040þ þST19040þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting s/layouts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ546þ þfb737a6b0427e22b7c0d307bb845bc36þ þ1þ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19040.tx
tþ þTEXT\0004\ST19040.txtþ

þST19041þ þST19041þ þST19041þ þST19041þ þST19041þ þST19041þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00
:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ550þ þ
a2c8a893292d9528279c12e94e84a15dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19041.txtþ þTEXT\0004\ST19041.txtþ

þST19042þ þST19042þ þST19042þ þST19042þ þST19042þ þST19042þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/.svn/prop-base/layouts_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;

ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;

ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;

ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19042.txtþ þTEXT\0004\ST19042.
txtþ
þST19043þ þST19043þ þST19043þ þST19043þ þST19043þ þST19043þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/.svn/prop-base/layouts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;

ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;

ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;

ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19043.txtþ þTEXT\0004\ST19043.
txtþ
þST19044þ þST19044þ þST19044þ þST19044þ þST19044þ þST19044þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/.svn/text-base/layouts_dw.png.svn-baseþ þþ þ0þ þ1þ þST19046þ þþ þþ þþ
þ þþ þþ þþ þþ þþ þlayouts_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1487þ þdabdf
9e64c2b822e2cad3140038630a5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0007\ST19044.pngþ þTEXT\0004\ST19044.txtþ
þST19045þ þST19045þ þST19045þ þST19045þ þST19045þ þST19045þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/.svn/text-base/layouts_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17549; ST17551;
ST18624; ST18626;
ST19047þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.png.svn-baseþ þ.PNGþ þimage
/pngþ þþ þ1773þ þee3cc3ee99ccf48c1bccb9ec7edf29b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19045.pngþ þTEXT\0004\ST19045.txtþ
þST19046þ þST19046þ þST19046þ þST19046þ þST19046þ þST19046þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/layouts_dw.pngþ þþ þþ þ0þ þ1þ þST19044þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þlayouts_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1487þ þdabdf9e64c2b822e2cad3140038630a5þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST
19046.pngþ þTEXT\0004\ST19046.txtþ
þST19047þ þST19047þ þST19047þ þST19047þ þST19047þ þST19047þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/layouts/layouts_up.pngþ þþ þþ þ0þ þ1þ þST17549; ST17551; ST18624; ST18626;
ST19045þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayouts_up.pngþ þ.PNGþ þimage/pngþ þþ þ
1773þ þee3cc3ee99ccf48c1bccb9ec7edf29b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19047.pngþ þTEXT\0004\ST19047.txtþ
þST19048þ þST19048þ þST19048þ þST19048þ þST19048þ þST19048þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/settings_hit.pngþ þþ þþ þ0þ þ1þ þST19026þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsetti
ngs_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1691þ þd588b51fc85fa03d36eda0e29fa370faþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1904
8.pngþ þTEXT\0004\ST19048.txtþ
þST19049þ þST19049þ þST19049þ þST19049þ þST19049þ þST19049þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/settings_over.pngþ þþ þþ þ0þ þ1þ þST19027þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsett
ings_over.pngþ þ.PNGþ þimage/pngþ þþ þ1713þ þ5d98f60262fdf3f98d3d1b830f5e7d65þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19
049.pngþ þTEXT\0004\ST19049.txtþ
þST19050þ þST19050þ þST19050þ þST19050þ þST19050þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/settings.pngþ þþ þþ þ0þ þ1þ þST17532; ST17554; ST18607; ST18629;
ST19028þ þþ þþ þþ þþ þþ þþ þþ þsettings.pngþ þ.PNGþ þimage/pngþ þþ þ16
94þ þdec36cff52763699d002774a8f852caaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19050.pngþ þTEXT\0004\ST19050.txtþ
þST19051þ þST19051þ þST19051þ þST19051þ þST19051þ þST19051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/settingsv_hit.pngþ þþ þþ þ0þ þ1þ þST19029þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsett
ingsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1765þ þf0c0233d780c062505b0dfd0a50c1bf2þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19
051.pngþ þTEXT\0004\ST19051.txtþ
þST19052þ þST19052þ þST19052þ þST19052þ þST19052þ þST19052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/settingsv_over.pngþ þþ þþ þ0þ þ1þ þST19030þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þset
tingsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ1771þ þ668e3d4c3112239967632951d92aaa8cþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST
19052.pngþ þTEXT\0004\ST19052.txtþ
þST19053þ þST19053þ þST19053þ þST19053þ þST19053þ þST19053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/setting
s/settingsv.pngþ þþ þþ þ0þ þ1þ þST19031þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings
v.pngþ þ.PNGþ þimage/pngþ þþ þ1829þ þ93fb3626be2e1e85014da85b517e005fþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19053.pngþ
þTEXT\0004\ST19053.txtþ
þST19054þ þST19054þ þST19054þ þST19054þ þST19054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox

/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ
þ.TXTþ þtext/plainþ þþ þ1257þ þ41fa370ef8ebefb16bb6aa9fdde2707cþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19054.txtþ þTEXT
\0004\ST19054.txtþ

þST19055þ þST19055þ þST19056þ þST19055þ þST19056þ þST19055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1229þ þ03e7816a0
5b5bc02b3dc2f0d4bf315e3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0007\ST19055.txtþ þTEXT\0004\ST19055.txtþ

þST19057þ þST19057þ þST19057þ þST19057þ þST19057þ þST19057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/prop-base/toolbox_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;

ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;

ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;

ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19057.txtþ þTEXT\0004\ST19057.txtþ
þST19058þ þST19058þ þST19058þ þST19058þ þST19058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/prop-base/toolbox_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;

ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;

ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19058.txtþ þTEXT\0004\ST19058
.txtþ
þST19059þ þST19059þ þST19059þ þST19059þ þST19059þ þST19059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/prop-base/toolbox.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;

ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;

ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19209; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19059.txtþ þTEXT\0004\ST19059.txtþ
þST19060þ þST19060þ þST19060þ þST19060þ þST19060þ þST19060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/prop-base/toolboxv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;

ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;

ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19060.txtþ þTEXT\0004\ST19060
.txtþ
þST19061þ þST19061þ þST19061þ þST19061þ þST19061þ þST19061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/prop-base/toolboxv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;

ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;

ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19061.txtþ þTEXT\0004\ST1906
1.txtþ
þST19062þ þST19062þ þST19062þ þST19062þ þST19062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/.svn/prop-base/toolboxv_over.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;

ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;

ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17722; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;

ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.png.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19062.txtþ þTEXT \0004\ST19062.txtþ
þST19063þ þST19063þ þST19063þ þST19063þ þST19063þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /.svn/text-base/toolbox_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19117þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1393þ þa0bf316314a1260fe70376dcc530739eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19063.pngþ þ TEXT\0004\ST19063.txtþ
þST19064þ þST19064þ þST19064þ þST19064þ þST19064þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /.svn/text-base/toolbox_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19118þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þtoolbox_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1414þ þf35eca8c92 a6b9f4eeeabc3b16113f10þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0007\ST19064.pngþ þTEXT\0004\ST19064.txtþ
þST19065þ þST19065þ þST19065þ þST19065þ þST19065þ þST19065þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /.svn/text-base/toolbox.png.svn-baseþ þþ þþ þ0þ þ1þ þST17569; ST17623; ST18644; ST18698;
ST19119þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox.png.svn-baseþ þ.PNGþ þimage/pn gþ þþ þ1409þ þ0b6fbb18f35fbab7847a0d1643e9f115þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19065.pngþ þTEXT \0004\ST19065.txtþ

þST19066þ þST19066þ þST19066þ þST19066þ þST19066þ þST19066þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/.svn/text-base/toolboxv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19120þ þþ þþ þ þ þþ þþ þþ þþ þþ þtoolboxv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1504þ þ6d5e5225d5 8b6c75c9d08f37dae87baeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0007\ST19066.pngþ þTEXT\0004\ST19066.txtþ

þST19067þ þST19067þ þST19067þ þST19067þ þST19067þ þST19067þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/.svn/text-base/toolboxv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19121þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1514þ þf64638a0 6d02303c8d505115613f4111þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19067.pngþ þTEXT\0004\ST19067.txtþ

þST19068þ þST19068þ þST19068þ þST19068þ þST19068þ þST19068þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/.svn/text-base/toolboxv.png.svn-baseþ þþ þþ þ0þ þ1þ þST19122þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1574þ þ420ce61945f7f5fde7 f9735156636ffdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0007\ST19068.pngþ þTEXT\0004\ST19068.txtþ

þST19069þ þST19069þ þST19069þ þST19069þ þST19069þ þST19069þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/earnings_calendar/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ613þ þde0c5f12731901494e287ed76a586981þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\S T19069.txtþ þTEXT\0004\ST19069.txtþ

þST19070þ þST19070þ þST19070þ þST19070þ þST19070þ þST19070þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/earnings_calendar/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/200 9þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ þ þ579þ þc3c27070222cee89103617eae98e391cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19070.txtþ þTEXT\0004\ST19070.txtþ

þST19071þ þST19071þ þST19071þ þST19071þ þST19071þ þST19071þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/earnings_calendar/.svn/prop-base/earnings_calendar_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þS T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;

ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;

ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;

ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19071.txtþ þTEXT\0004
\ST19071.txtþ
þST19072þ þST19072þ þST19072þ þST19072þ þST19072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/earnings_calendar/.svn/prop-base/earnings_calendar_up.png.svn-baseþþ þþ þ0þ þ1þ þS
T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;

ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;

ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;

ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19072.txtþ þTEXT\0004
\ST19072.txtþ
þST19073þ þST19073þ þST19073þ þST19073þ þST19073þ þST19073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/earnings_calendar/.svn/text-base/earnings_calendar_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þS
T19075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_dw.png.svn-baseþ þ.PN

Gþ þimage/pngþ þþ þ2115þ þe35ffef1b3ba0fbd45802e7b809cb352þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19073.pngþ þTEXT\0004 \ST19073.txtþ

þST19074þ þST19074þ þST19074þ þST19074þ þST19074þ þST19074þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /earnings_calendar/.svn/text-base/earnings_calendar_up.png.svn-baseþ þþ þþ þ0þ þ1þ þS T17578; ST17580; ST18653; ST18655;

ST19076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.png.svn-baseþ þ.P NGþ þimage/pngþ þþ þ2380þ þee2de082024e012e8adcc4d78496a783þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19074.pngþ þTEXT\000 4\ST19074.txtþ

þST19075þ þST19075þ þST19075þ þST19075þ þST19075þ þST19075þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /earnings_calendar/earnings_calendar_dw.pngþ þþ þþ þ0þ þ1þ þST19073þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þearnings_calendar_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2115þ þe35ffef1b 3ba0fbd45802e7b809cb352þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0007\ST19075.pngþ þTEXT\0004\ST19075.txtþ

þST19076þ þST19076þ þST19076þ þST19076þ þST19076þ þST19076þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /earnings_calendar/earnings_calendar_up.pngþ þþ þþ þ0þ þ1þ þST17578; ST17580; ST18653; ST18655;

ST19074þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_up.pngþ þ.PNGþ þimag e/pngþ þþ þ2380þ þee2de082024e012e8adcc4d78496a783þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19076.pngþ þTEXT\0004\ST19076 .txtþ

þST19077þ þST19077þ þST19077þ þST19077þ þST19077þ þST19077þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /fundamentals/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ578þ þa1863a5aef9ef8fc420133f2866c783fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1907 7.txtþ þTEXT\0004\ST19077.txtþ

þST19078þ þST19078þ þST19078þ þST19078þ þST19078þ þST19078þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /fundamentals/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ0 0:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ56 4þ þcfe244e45c05d6d42faed7920602ec2aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19078.txtþ þTEXT\0004\ST19078.txtþ

þST19079þ þST19079þ þST19079þ þST19079þ þST19079þ þST19079þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/fundamentals/.svn/prop-base/fundamentals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;

ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17994; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;

ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18780; ST18781; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19079.txtþ þTEXT\0004\ST19
079.txtþ
þST19080þ þST19080þ þST19080þ þST19080þ þST19080þ þST19080þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/fundamentals/.svn/prop-base/fundamentals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;

ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;

ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19080.txtþ þTEXT\0004\ST19

080.txtþ
þST19081þ þST19081þ þST19081þ þST19081þ þST19081þ þST19081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/fundamentals/.svn/text-base/fundamentals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19083þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þ
þ þ1763þ þ9db294b7e7beca52cd129f4bf04735e0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19081.pngþ þTEXT\0004\ST19081.txtþ
þST19082þ þST19082þ þST19082þ þST19082þ þST19082þ þST19082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/fundamentals/.svn/text-base/fundamentals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17586;
ST17588; ST18661; ST18663;
ST19084þ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.png.svn-baseþ þ.PNGþ þ
image/pngþ þþ þ2025þ þ53867b493e0d35f2b9cfca3d03c5316fþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19082.pngþ þTEXT\0004\ST1
9082.txtþ
þST19083þ þST19083þ þST19083þ þST19083þ þST19083þ þST19083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/fundamentals/fundamentals_dw.pngþ þþ þþ þ0þ þ1þ þST19081þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þfundamentals_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1763þ þ9db294b7e7beca52cd129f4b
f04735e0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0007\ST19083.pngþ þTEXT\0004\ST19083.txtþ
þST19084þ þST19084þ þST19084þ þST19084þ þST19084þ þST19084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/fundamentals/fundamentals_up.pngþ þþ þþ þ0þ þ1þ þST17586; ST17588; ST18661; ST18663;
ST19082þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_up.pngþ þ.PNGþ þimage/png
þ þþ þ2025þ þ53867b493e0d35f2b9cfca3d03c5316fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0007\ST19084.pngþ þTEXT\0004\ST19084.txtþ
þST19085þ þST19085þ þST19085þ þST19085þ þST19085þ þST19085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/indices_dashboard/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ613þ þe109f424be7f10e1997018c06c645d70þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\S
T19085.txtþ þTEXT\0004\ST19085.txtþ
þST19086þ þST19086þ þST19086þ þST19086þ þST19086þ þST19086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/indices_dashboard/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/200
9þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ579þ þ02c8baf265a7c2d5fcbb7c65bc49579aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19086.txtþ þTEXT\0004\ST19086.txtþ
þST19087þ þST19087þ þST19087þ þST19087þ þST19087þ þST19087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/indices_dashboard/.svn/prop-base/indices_dashboard_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þS
T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;

ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;

ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18991; ST18992; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.png.svn-baseþ þ.T

XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19087.txtþ þTEXT\0004 \ST19087.txtþ

þST19088þ þST19088þ þST19088þ þST19088þ þST19088þ þST19088þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /indices_dashboard/.svn/prop-base/indices_dashboard_up.png.svn-baseþ þþ þþ þ0þ þ1þ þS T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;

ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;

ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18330; ST18331; ST18332; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;

ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.png.svn-baseþ þ.T XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19088.txtþ þTEXT\0004 \ST19088.txtþ

þST19089þ þST19089þ þST19089þ þST19089þ þST19089þ þST19089þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /indices_dashboard/.svn/text-base/indices_dashboard_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þS T19091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.png.svn-baseþ þ.PN Gþ þimage/pngþ þþ þ2150þ þ68bd0e371efcd9caf85b6f7ab6872b95þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19089.pngþ þTEXT\0004 \ST19089.txtþ

þST19090þ þST19090þ þST19090þ þST19090þ þST19090þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /indices_dashboard/.svn/text-base/indices_dashboard_up.png.svn-baseþ þþ þþ þ0þ þ1þ þS T17594; ST17596; ST18669; ST18671;

ST19092þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.png.svn-baseþ þ.P NGþ þimage/pngþ þþ þ2423þ þ2c2539518738520db9dccf1dc4910faaþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19090.pngþ þTEXT\000 4\ST19090.txtþ

þST19091þ þST19091þ þST19091þ þST19091þ þST19091þ þST19091þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /indices_dashboard/indices_dashboard_dw.pngþ þþ þþ þ0þ þ1þ þST19089þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þindices_dashboard_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2150þ þ68bd0e371 efcd9caf85b6f7ab6872b95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0007\ST19091.pngþ þTEXT\0004\ST19091.txtþ

þST19092þ þST19092þ þST19092þ þST19092þ þST19092þ þST19092þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /indices_dashboard/indices_dashboard_up.pngþ þþ þþ þ0þ þ1þ þST17594; ST17596; ST18669; ST18671;

ST19090þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_dashboard_up.pngþ þ.PNGþ þimag e/pngþ þþ þ2423þ þ2c2539518738520db9dccf1dc4910faaþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19092.pngþ þTEXT\0004\ST19092 .txtþ

þST19093þ þST19093þ þST19093þ þST19093þ þST19093þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /market_internals/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ606þ þ8bcfd21496457688003bf44fb666238fþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19093.tx

tþ þTEXT\0004\ST19093.txtþ
þST19094þ þST19094þ þST19094þ þST19094þ þST19094þ þST19094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009
þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ
þ576þ þ5c13a17a407a8a17dc398a39abaecb8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19094.txtþ þTEXT\0004\ST19094.txtþ
þST19095þ þST19095þ þST19095þ þST19095þ þST19095þ þST19095þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/.svn/prop-base/market_internals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
1579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;

ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;

ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18089; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;

ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19095.txtþ þTEXT\0004\S
T19095.txtþ

þST19096þ þST19096þ þST19096þ þST19096þ þST19096þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/.svn/prop-base/market_internals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
1579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;

ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;

ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;

ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22722; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19096.txtþ þTEXT\0004\S
T19096.txtþ
þST19097þ þST19097þ þST19097þ þST19097þ þST19097þ þST19097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/.svn/text-base/market_internals_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
9099þ þþ þþ þþ þþ þþ þþ þmarket_internals_dw.png.svn-baseþ þ.PNGþ
þimage/pngþ þþ þ1880þ þb02b6f78883c8ff9be6303c4ac5ae3baþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19097.pngþ þTEXT\0004\ST
19097.txtþ
þST19098þ þST19098þ þST19098þ þST19098þ þST19098þ þST19098þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/.svn/text-base/market_internals_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
7602; ST17604; ST18677; ST18679;
ST19100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.png.svn-baseþ þ.PN
Gþ þimage/pngþ þþ þ2125þ þ3c5855966d3b5b8895a1d450a82519d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19098.pngþ þTEXT\0004
\ST19098.txtþ
þST19099þ þST19099þ þST19099þ þST19099þ þST19099þ þST19099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/market_internals_dw.pngþ þþ þþ þ0þ þ1þ þST19097þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þmarket_internals_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1880þ þb02b6f78883c
8ff9be6303c4ac5ae3baþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0007\ST19099.pngþ þTEXT\0004\ST19099.txtþ
þST19100þ þST19100þ þST19100þ þST19100þ þST19100þ þST19100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/market_internals/market_internals_up.pngþ þþ þþ þ0þ þ1þ þST17602; ST17604; ST18677;
ST18679;
ST19098þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_up.pngþ þ.PNGþ þimage
/pngþ þþ þ2125þ þ3c5855966d3b5b8895a1d450a82519d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19100.pngþ þTEXT\0004\ST19100.txtþ

þST19101þ þST19101þ þST19101þ þST19101þ þST19101þ þST19101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/tickertape/.svn/all-wcpropsþþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þal
l-wcpropsþ þ.TXTþ þtext/plainþ þþ þ564þ þ2964b79a0f5d56abb2e2aff211f9a566þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19101.
txtþ þTEXT\0004\ST19101.txtþ
þST19102þ þST19102þ þST19102þ þST19102þ þST19102þ þST19102þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/tickertape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:
00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ558þ
 þd49351e5c3118329d22a3be9febda6d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19102.txtþ þTEXT\0004\ST19102.txtþ
þST19103þ þST19103þ þST19103þ þST19103þ þST19103þ þST19103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/tickertape/.svn/prop-base/tickertape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;

ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;

ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;

ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19103.txtþ þTEXT\0004\ST1910
3.txtþ

þST19104þ þST19104þ þST19104þ þST19104þ þST19104þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/tickertape/.svn/prop-base/tickertape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;

ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;

ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;

ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19104.txtþ þTEXT\0004\ST19104.txtþ

þST19105þ þST19105þ þST19105þ þST19105þ þST19105þ þST19105þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /tickertape/.svn/text-base/tickertape_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19107þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þtickertape_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1622þ þ2598497391cb9af90bd99da5427adb8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19105.pngþ þTEXT\0004\ST19105.txtþ þST19106þ þST19106þ þST19106þ þST19106þ þST19106þ þST19106þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /tickertape/.svn/text-base/tickertape_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17610; ST17612; ST18685; ST18687;
ST19108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1851þ þa79763abb57799e0e9135804d8a2dd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19106.pngþ þTEXT\0004\ST19106.txtþ
þST19107þ þST19107þ þST19107þ þST19107þ þST19107þ þST19107þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox /tickertape/tickertape_dw.pngþ þþ þþ þ0þ þ1þ þST19105þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1622þ þ2598497391cb9af90bd99da5427adb 8bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19107.pngþ þTEXT\0004\ST19107.txtþ
þST19108þ þST19108þ þST19108þ þST19108þ þST19108þ þST19108þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox

/tickertape/tickertape_up.pngþ þþ þþ þ0þ þ1þ þST17610; ST17612; ST18685; ST18687;
ST19106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertape_up.pngþ þ.PNGþ þimage/pngþ þ
þ þ1851þ þa79763abb57799e0e9135804d8a2dd1aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19108.pngþ þTEXT\0004\ST19108.txtþ
þST19109þ þST19109þ þST19109þ þST19109þ þST19109þ þST19109þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall
-wcpropsþ þ.TXTþ þtext/plainþ þþ þ557þ þ5947ce6a6c87c3df1b31d2a43394b301þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19109.t
xtþ þTEXT\0004\ST19109.txtþ
þST19110þ þST19110þ þST19110þ þST19110þ þST19110þ þST19110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:0
0:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ555þ
þa0dfd748b45fcd39d88d074c11c0c096þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19110.txtþ þTEXT\0004\ST19110.txtþ
þST19111þ þST19111þ þST19111þ þST19111þ þST19111þ þST19111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/.svn/prop-base/timesales_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;

ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;

ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18225; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;

ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_dw.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19111.txtþ þTEXT\0004\ST19111
.txtþ

þST19112þ þST19112þ þST19112þ þST19112þ þST19112þ þST19112þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/.svn/prop-base/timesales_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;

ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;

ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17989; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;

ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ.þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19112.txtþ þTEXT\0004\ST19112
.txtþ

þST19113þ þST19113þ þST19113þ þST19113þ þST19113þ þST19113þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/.svn/text-base/timesales_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19115þ þþ þþ þþ þ
þ þþ þþ þþ þþ þtimesales_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1886þ þ
14b2d101af4a63146db42ff705786962þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19113.pngþ þTEXT\0004\ST19113.txtþ

þST19114þ þST19114þ þST19114þ þST19114þ þST19114þ þST19114þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/.svn/text-base/timesales_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17618; ST17620;
ST18693; ST18695;

ST19116þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ2139þ þ542af80749eef22bcd12c4105ca1e1b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19114.pngþ þTEXT\0004\ST1911
4.txtþ

þST19115þ þST19115þ þST19115þ þST19115þ þST19115þ þST19115þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/timesales_dw.pngþ þþ þþ þ0þ þ1þ þST19113þ þþ þþ þST19114þ þþ þ/Supplemental,
 þþ þtimesales_dw.pngþ þ.PNGþ þimage/pngþ þ1886þ þ14b2d101af4a63146db42ff705786962þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
07\ST19115.pngþ þTEXT\0004\ST19115.txtþ

þST19116þ þST19116þ þST19116þ þST19116þ þST19116þ þST19116þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/timesales/timesales_up.pngþ þþ þþ þ0þ þ1þ þST17618; ST17620; ST18693; ST18695;
ST19114þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimesales_up.pngþ þ.PNGþ þimage/pngþ þþ
þ2139þ þ542af80749eef22bcd12c4105ca1e1b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19116.pngþ þTEXT\0004\ST19116.txtþ
þST19117þ þST19117þ þST19117þ þST19117þ þST19117þ þST19117þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/toolbox_hit.pngþ þþ þþ þ0þ þ1þ þST19063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbox
_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1393þ þa0bf316314a1260fe70376dcc530739eþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19117.p
ngþ þTEXT\0004\ST19117.txtþ
þST19118þ þST19118þ þST19118þ þST19118þ þST19118þ þST19118þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/toolbox_over.pngþ þþ þþ þ0þ þ1þ þST19064þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbo
x_over.pngþ þ.PNGþ þimage/pngþ þþ þ1414þ þf35eca8c92a6b9f4eeeabc3b16113f10þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19118
.pngþ þTEXT\0004\ST19118.txtþ
þST19119þ þST19119þ þST19119þ þST19119þ þST19119þ þST19119þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/toolbox.pngþ þþ þþ þ0þ þ1þ þST17569; ST17623; ST18644; ST18698;
ST19065þ þþ þþ þþ þþ þþ þþ þþ þtoolbox.pngþ þ.PNGþ þimage/pngþ þþ þ140
9þ þ0b6fbb18f35fbab7847a0d1643e9f115þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19119.pngþ þTEXT\0004\ST19119.txtþ
þST19120þ þST19120þ þST19120þ þST19120þ þST19120þ þST19120þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/toolboxv_hit.pngþ þþ þþ þ0þ þ1þ þST19066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolbo
xv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1504þ þ6d5e5225d58b6c75c9d08f37dae87baeþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19120
.pngþ þTEXT\0004\ST19120.txtþ
þST19121þ þST19121þ þST19121þ þST19121þ þST19121þ þST19121þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/toolboxv_over.pngþ þþ þþ þ0þ þ1þ þST19067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolb
oxv_over.pngþ þ.PNGþ þimage/pngþ þþ þ1514þ þf64638a06d02303c8d505115613f4111þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST191
21.pngþ þTEXT\0004\ST19121.txtþ
þST19122þ þST19122þ þST19122þ þST19122þ þST19122þ þST19122þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/toolboxv.pngþ þþ þþ þ0þ þ1þ þST19068þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtoolboxv.pngþ þ.PNGþ þimage/pngþ þþ þ1574þ þ420ce61945f7f5fde7f9735156636ffdþ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19122.pngþ þTEXT\0004\ST19122.txtþ

þST19123þ þST19123þ þST19123þ þST19123þ þST19123þ þST19123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/vwap_calculator/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ599þ þe6cfe0d839597932b4aadccbb33db237þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19123.txtþ þTEXT\0004\ST19123.txtþ

þST19124þ þST19124þ þST19124þ þST19124þ þST19124þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/vwap_calculator/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ573þ þ811710bd9a072ffbfc5ed66ffadfa58eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19124.txtþ þTEXT\0004\ST19124.txtþ

þST19125þ þST19125þ þST19125þ þST19125þ þST19125þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox/vwap_calculator/.svn/prop-base/vwap_calculator_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;

ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16531; ST16532; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;

ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;

ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aaa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19125.txtþ þTEXT\0004\ST
19125.txtþ
þST19126þ þST19126þ þST19126þ þST19126þ þST19126þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/vwap_calculator/.svn/prop-base/vwap_calculator_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST115
79; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;

ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;

ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;

ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22727; ST22828; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19126.txtþ þTEXT\0004\ST
19126.txtþ
þST19127þ þST19127þ þST19127þ þST19127þ þST19127þ þST19127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/vwap_calculator/.svn/text-base/vwap_calculator_dw.png.svn-baseþ þþ þ0þ þ1þ þST191
29þ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.png.svn-baseþ þ.PNGþ þim
age/pngþ þþ þ2354þ þ21548754dae5f63771a599656a432c2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19127.pngþ þTEXT\0004\ST19127.txtþ
þST19128þ þST19128þ þST19128þ þST19128þ þST19128þ þST19128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/vwap_calculator/.svn/text-base/vwap_calculator_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST176
32; ST17634; ST18707; ST18709;
ST19130þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.png.svn-baseþ þ.PNG
þ þimage/pngþ þþ þ2513þ þa45503e3312f20813fd144c9f681da4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19128.pngþ þTEXT\0004\S
T19128.txtþ
þST19129þ þST19129þ þST19129þ þST19129þ þST19129þ þST19129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox

/vwap_calculator/vwap_calculator_dw.pngþ þþ þþ þþ þ0þ þ1þ þST19127þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þvwap_calculator_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2354þ þ21548754dae5f63
771a599656a432c2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0007\ST19129.pngþ þTEXT\0004\ST19129.txtþ

þST19130þ þST19130þ þST19130þ þST19130þ þST19130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/toolbox
/vwap_calculator/vwap_calculator_up.pngþ þþ þþ þ0þ þ1þ þST17632; ST17634; ST18707;
ST18709;
ST19128þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_up.pngþ þ.PNGþ þimage/
pngþ þþ þ2513þ þa45503e3312f20813fd144c9f681da4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19130.pngþ þTEXT\0004\ST19130.
txtþ

þST19131þ þST19131þ þST19131þ þST19131þ þST19131þ þST19131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þall-wcpropsþ
þ.TXTþ þtext/plainþ þþ þ1257þ þ144dcf681215e31f7803a6ff7318a91eþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19131.txtþ þTEXT
\0004\ST19131.txtþ

þST19132þ þST19132þ þST19133þ þST19132þ þST19133þ þST19132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009
-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1098þ þ28d2b8485
a33681e5fe63eff69558899þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0007\ST19132.txtþ þTEXT\0004\ST19132.txtþ

þST19134þ þST19134þ þST19134þ þST19134þ þST19134þ þST19134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/prop-base/trading_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;

ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;

ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;

ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_hit.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19134.txtþ þTEXT\0004\ST19134.txtþ
þST19135þ þST19135þ þST19135þ þST19135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only/]jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/prop-base/trading_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18789; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;

ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_over.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19135.txtþ þTEXT\0004\ST19135
.txtþ
þST19136þ þST19136þ þST19136þ þST19136þ þST19136þ þST19136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/prop-base/trading.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;

ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;

ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;

ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19136.txtþ þTEXT\0004\ST19136.txtþ
þST19137þ þST19137þ þST19137þ þST19137þ þST19137þ þST19137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/prop-base/tradingv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;

ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;

ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17722; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;

ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradingv_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19137.txtþ þTEXT\0004\ST19137
.txtþ
þST19138þ þST19138þ þST19138þ þST19138þ þST19138þ þST19138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/prop-base/tradingv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;

ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;

ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;

ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradingv_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19138.txtþ þTEXT\0004\ST1913
8.txtþ

þST19139þ þST19139þ þST19139þ þST19139þ þST19139þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/prop-base/tradingv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;

ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;

ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17044; ST17045; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;

ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradingv.png.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19139.txtþ þTEXT
\0004\ST19139.txtþ
þST19140þ þST19140þ þST19140þ þST19140þ þST19140þ þST19140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/.svn/text-base/trading_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19151; ST19153;
ST19154þ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_hit.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ2112þ þ10fc40d061b57163a0feff43523b0879þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19140.pngþ þTEXT\0004\ST19140
.txtþ

þST19141þ þST19141þ þST19141þ þST19141þ þST19141þ þST19141þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading/.svn/text-base/trading_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19150; ST19152; ST19155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_over.png.svn-baseþ þ.PNGþ þima ge/pngþ þþ þ2112þ þffe8fdcdc218f8159bcf7e98c027f3e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19141.pngþ þTEXT\0004\ST19141.txtþ

þST19142þ þST19142þ þST19142þ þST19142þ þST19142þ þST19142þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading/.svn/text-base/trading.png.svn-baseþ þþ þþ þ0þ þ1þ þST19156þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2054þ þ63a9d3979d1770ff7307 5dd43e914edbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0007\ST19142.pngþ þTEXT\0004\ST19142.txtþ

þST19143þ þST19143þ þST19143þ þST19143þ þST19143þ þST19143þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading/.svn/text-base/tradinq_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19157þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þtradinq_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2154þ þdac28c96ae 590db7805978fe9d2f3fceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0007\ST19143.pngþ þTEXT\0004\ST19143.txtþ

þST19144þ þST19144þ þST19144þ þST19144þ þST19144þ þST19144þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading/.svn/text-base/tradingv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19158þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradingv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2162þ þp4f9f75d2 fd536a11e0f7e4aed402c437þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19144.pngþ þTEXT\0004\ST19144.txtþ

þST19145þ þST19145þ þST19145þ þST19145þ þST19145þ þST19145þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading/.svn/text-base/tradingv.png.svn-baseþ þþ þþ þ0þ þ1þ þST19159þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradingv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2128þ þa9a28a5b373d6a7638 6c0d2d781d26b9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0007\ST19145.pngþ þTEXT\0004\ST19145.txtþ

þST19146þ þST19146þ þST19146þ þST19146þ þST19146þ þST19146þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading/trading/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ543þ þa6516f2e7d09527b1b39a6b61c9bc5fbþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19146.tx tþ þTEXT\0004\ST19146.txtþ

þST19147þ þST19147þ þST19147þ þST19147þ þST19147þ þST19147þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/trading/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:
00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ549þ þ4
37d5566d7bcfb1b224a3f2eff0e291eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19147.txtþ þTEXT\0004\ST19147.txtþ
þST19148þ þST19148þ þST19148þ þST19148þ þST19148þ þST19148þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/trading/.svn/prop-base/trading_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST15026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;

ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;

ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;

ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_dw.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19148.txtþ þTEXT\0004\ST19148.
txtþ
þST19149þ þST19149þ þST19149þ þST19149þ þST19149þ þST19149þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/trading/.svn/prop-base/trading_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;

ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;

ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;

ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_up.png.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19149.txtþ þTEXT\0004\ST19149. txtþ

þST19150þ þST19150þ þST19150þ þST19150þ þST19150þ þST19150þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading /trading/.svn/text-base/trading_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19141; ST19152; ST19155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_dw.png.svn-baseþ þ.PNGþ þimage /pngþ þþ þ2112þ þffe8fdcdc218f8159bcf7e98c027f3e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19150.pngþ þTEXT\0004\ST19150.txtþ

þST19151þ þST19151þ þST19151þ þST19151þ þST19151þ þST19151þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading /trading/.svn/text-base/trading_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST19140; ST19153; ST19154þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_up.png.svn-baseþ þ.PNGþ þimage /pngþ þþ þ2112þ þ10fc40d061b57163a0feff43523b0879þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19151.pngþ þTEXT\0004\ST19151.txtþ

þST19152þ þST19152þ þST19152þ þST19152þ þST19152þ þST19152þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading /trading/trading_dw.pngþ þþ þþ þ0þ þ1þ þST19141; ST19150; ST19155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_dw.pngþ þ.PNGþ þimage/pngþ þþ þ 2112þ þffe8fdcdc218f8159bcf7e98c027f3e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19152.pngþ þTEXT\0004\ST19152.txtþ þST19153þ þST19153þ þST19153þ þST19153þ þST19153þ þST19153þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading /trading/trading_up.pngþ þþ þþ þ0þ þ1þ þST19140; ST19151; ST19154þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_up.pngþ þ.PNGþ þimage/pngþ þþ þ 2112þ þ10fc40d061b57163a0feff43523b0879þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19153.pngþ þTEXT\0004\ST19153.txtþ þST19154þ þST19154þ þST19154þ þST19154þ þST19154þ þST19154þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading /trading/trading_hit.pngþ þþ þþ þ0þ þ1þ þST19140; ST19151;

ST19153þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_hit.pngþ þ.PNGþ þimage/pngþ þþ
þ2112þ þ10fc40d061b57163a0feff43523b0879þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19154.pngþ þTEXT\0004\ST19154.txtþ
þST19155þ þST19155þ þST19155þ þST19155þ þST19155þ þST19155þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/trading_over.pngþ þþ þþ þ0þ þ1þ þST19141; ST19150;
ST19152þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_over.pngþ þ.PNGþ þimage/pngþ þþ
 þ2112þ þffe8fdcdc218f8159bcf7e98c027f3e4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19155.pngþ þTEXT\0004\ST19155.txtþ
þST19156þ þST19156þ þST19156þ þST19156þ þST19156þ þST19156þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/trading.pngþ þþ þþ þ0þ þ1þ þST19142þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading.png
þ þ.PNGþ þimage/pngþ þþ þ2054þ þ63a9d3979d1770ff73075dd43e914edbþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19156.pngþ þTEXT
\0004\ST19156.txtþ
þST19157þ þST19157þ þST19157þ þST19157þ þST19157þ þST19157þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/tradingv_hit.pngþ þþ þþ þ0þ þ1þ þST19143þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradin
gv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ2154þ þdac28c96ae590db7805978fe9d2f3fceþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19157
.pngþ þTEXT\0004\ST19157.txtþ
þST19158þ þST19158þ þST19158þ þST19158þ þST19158þ þST19158þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/tradingv_over.pngþ þþ þþ þ0þ þ1þ þST19144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradi
ngv_over.pngþ þ.PNGþ þimage/pngþ þþ þ2162þ þb4f9f75d2fd536a11e0f7e4aed402c437þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST191
58.pngþ þTEXT\0004\ST19158.txtþ
þST19159þ þST19159þ þST19159þ þST19159þ þST19159þ þST19159þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/trading
/tradingv.pngþ þþ þþ þ0þ þ1þ þST19145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradingv.p
ngþ þ.PNGþ þimage/pngþ þþ þ2128þ þa9a28a5b373d6a76386c0d2d781d26b9þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19159.pngþ þT
EXT\0004\ST19159.txtþ
þST19160þ þST19160þ þST19160þ þST19160þ þST19160þ þST19160þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcprop
sþ þ.TXTþ þtext/plainþ þþ þ1314þ þ3888a647140fdba0827f7060eeba2170þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19160.txtþ þT

EXT\0004\ST19160.txtþ
þST19161þ þST19161þ þST19162þ þST19161þ þST19162þ þST19161þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2
009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1190þ þ04072e
c9137b056a5e46fb692906c024þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0007\ST19161.txtþ þTEXT\0004\ST19161.txtþ
þST19163þ þST19163þ þST19163þ þST19163þ þST19163þ þST19163þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/prop-base/view_feeds_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;

ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;

ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;

ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19163.txtþ þTEXT\0004\ST19163.txtþ
þST19164þ þST19164þ þST19164þ þST19164þ þST19164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/prop-base/view_feeds_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;

ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;

ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;

ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds_over.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19164.txtþ þTEXT\0004\ST19
164.txtþ
þST19165þ þST19165þ þST19165þ þST19165þ þST19165þ þST19165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/prop-base/view_feeds.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;

ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;

ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feeds.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19165.txtþ þTEXT\0004\ST19165.
txtþ
þST19166þ þST19166þ þST19166þ þST19166þ þST19166þ þST19166þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/prop-base/view_feedsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;

ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;

ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;

ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19166.txtþ þTEXT\0004\ST19
166.txtþ
þST19167þ þST19167þ þST19167þ þST19167þ þST19167þ þST19167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/prop-base/view_feedsv_over.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;

ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;

ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;

ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_over.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19167.txtþ þTEXT\0004\ST1
9167.txtþ

þST19168þ þST19168þ þST19168þ þST19168þ þST19168þ þST19168þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/prop-base/view_feedsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;

ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST15976; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;

ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;

ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19168.txtþ þTEXT\0004\ST19168.txtþ
þST19169þ þST19169þ þST19169þ þST19169þ þST19169þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/text-base/view_feeds_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19215þ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þview_feeds_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1818þ þec7
7e4ecfde53b040845dec8159c485dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19169.pngþ þTEXT\0004\ST19169.txtþ
þST19170þ þST19170þ þST19170þ þST19170þ þST19170þ þST19170þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/text-base/view_feeds_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19216þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þview_feeds_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1815þ þbd
5291cc0bf39fa1c986c39874534dd38þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19170.pngþ þTEXT\0004\ST19170.txtþ
þST19171þ þST19171þ þST19171þ þST19171þ þST19171þ þST19171þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/text-base/view_feeds.png.svn-baseþ þþ þþ þ0þ þ1þ þST19217þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þview_feeds.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1748þ þ8c1f168e389
c46b7663684b43218e1a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0007\ST19171.pngþ þTEXT\0004\ST19171.txtþ
þST19172þ þST19172þ þST19172þ þST19172þ þST19172þ þST19172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/text-base/view_feedsv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19218þ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_feedsv_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1941þ þ7
974967eaa491fb6875a9587c9e4f4e7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19172.pngþ þTEXT\0004\ST19172.txtþ
þST19173þ þST19173þ þST19173þ þST19173þ þST19173þ þST19173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/text-base/view_feedsv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19219þ þþ þþ þþ þ
þ þþ þþ þþ þþ þview_feedsv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1945þ
þe3343fd2a105bf8c68e13957853d09e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19173.pngþ þTEXT\0004\ST19173.txtþ
þST19174þ þST19174þ þST19174þ þST19174þ þST19174þ þST19174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/.svn/text-base/view_feedsv.png.svn-baseþ þþ þþ þ0þ þ1þ þST19220þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þview_feedsv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1958þ þf54b92bb7
c95f6cc906ae5152c8affd7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0007\ST19174.pngþ þTEXT\0004\ST19174.txtþ
þST19175þ þST19175þ þST19175þ þST19175þ þST19175þ þST19175þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þa
ll-wcpropsþ þ.TXTþ þtext/plainþ þþ þ559þ þ85d3d5b6ca052269245bcd8d28c00be3þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19175
.txtþ þTEXT\0004\ST19175.txtþ
þST19176þ þST19176þ þST19176þ þST19176þ þST19176þ þST19176þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00
:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ555
þ þec5375ae87815cebfd2883a161cd7be7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19176.txtþ þTEXT\0004\ST19176.txtþ
þST19177þ þST19177þ þST19177þ þST19177þ þST19177þ þST19177þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/.svn/prop-base/etf_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;

ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;

ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;

ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19177.txtþ þTEXT\0004\ST19177.txtþ
þST19178þ þST19178þ þST19178þ þST19178þ þST19178þ þST19178þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/.svn/prop-base/etf_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;

ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;

ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;

ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19178.txtþ þTEXT\0004\ST19178.txtþ
þST19179þ þST19179þ þST19179þ þST19179þ þST19179þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/.svn/text-base/etf_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19181þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1442þ þ
8ee239feffacd35c1a65df0261fed56aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19179.pngþ þTEXT\0004\ST19179.txtþ
þST19180þ þST19180þ þST19180þ þST19180þ þST19180þ þST19180þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/.svn/text-base/etf_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17655;
ST17657; ST18730; ST18732;
ST19182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.png.svn-baseþ þ.PNGþ þimag
e/pngþ þþ þ1628þ þ7bbe5af4892d2c5910310d8bc20e0ce8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19180.pngþ þTEXT\0004\ST19180
.txtþ
þST19181þ þST19181þ þST19181þ þST19181þ þST19181þ þST19181þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/etf_view_dw.pngþ þþ þþ þ0þ þ1þ þST19179þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þetf_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1442þ þ8ee239feffacd35c1a65df0261fed56aþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
07\ST19181.pngþ þTEXT\0004\ST19181.txtþ
þST19182þ þST19182þ þST19182þ þST19182þ þST19182þ þST19182þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/etf_view/etf_view_up.pngþ þþ þþ þ0þ þ1þ þST17655; ST17657; ST18730; ST18732;
ST19180þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_view_up.pngþ þ.PNGþ þimage/pngþ þþ
þ1628þ þ7bbe5af4892d2c5910310d8bc20e0ce8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19182.pngþ þTEXT\0004\ST19182.txtþ
þST19183þ þST19183þ þST19183þ þST19183þ þST19183þ þST19183þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/index_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ573þ þ134c9778497388f66b4cb9bd94b53b91þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST191
83.txtþ þTEXT\0004\ST19183.txtþ
þST19184þ þST19184þ þST19184þ þST19184þ þST19184þ þST19184þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/index_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ09/04/2009þ þ
00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5
61þ þc5565a35d6e407e669d5d139c8383b5dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19184.txtþ þTEXT\0004\ST19184.txtþ
þST19185þ þST19185þ þST19185þ þST19185þ þST19185þ þST19185þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/index_view/.svn/prop-base/index_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;

ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;

ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;

ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22788; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19185.txtþ þTEXT\0004\ST1918
5.txtþ

þST19186þ þST19186þ þST19186þ þST19186þ þST19186þ þST19186þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/index_view/.svn/prop-base/index_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;

ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;

ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;

```
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19186.txtþ þTEXT\0004\ST1918
6.txtþ
þST19187þ þST19187þ þST19187þ þST19187þ þST19187þ þST19187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/index_view/.svn/text-base/index_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19189þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ
1668þ þ4082f61e7b7eed37b12aef85c0ed2a55þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ

þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19187.pngþ þTEXT\0004\ST19187.txtþ þST19188þ þST19188þ þST19188þ þST19188þ þST19188þ þST19188þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/index_view/.svn/text-base/index_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17663; ST17665; ST18738; ST18740; ST19190þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.png.svn-baseþ þ.PNGþ þim age/pngþ þþ þ1840þ þ8c9d6b74771d078107467a04c0c2660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19188.pngþ þTEXT\0004\ST19188.txtþ þST19189þ þST19189þ þST19189þ þST19189þ þST19189þ þST19189þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/index_view/index_view_dw.pngþ þþ þþ þ0þ þ1þ þST19187þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1668þ þ4082f61e7b7eed37b12aef85c0e d2a55þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0007\ST19189.pngþ þTEXT\0004\ST19189.txtþ þST19190þ þST19190þ þST19190þ þST19190þ þST19190þ þST19190þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/index_view/index_view_up.pngþ þþ þþ þ0þ þ1þ þST17663; ST17665; ST18738; ST18740; ST19188þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_up.pngþ þ.PNGþ þimage/pngþ þ þ1840þ þ8c9d6b74771d078107467a04c0c2660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19190.pngþ þTEXT\0004\ST19190.txtþ þST19191þ þST19191þ þST19191þ þST19191þ þST19191þ þST19191þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/market_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ580þ þd1006c342bf4d310ad3572f99f4d87b4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19 191.txtþ þTEXT\0004\ST19191.txtþ þST19192þ þST19192þ þST19192þ þST19192þ þST19192þ þST19192þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/market_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ 564þ þ6a8a3f2ea182d0d645b95727f4324f18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19192.txtþ þTEXT\0004\ST19192.txtþ þST19193þ þST19193þ þST19193þ þST19193þ þST19193þ þST19193þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/market_view/.svn/prop-base/market_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;

ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;

ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;

ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18682; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19193.txtþ þTEXT\0004\ST19193.txtþ
þST19194þ þST19194þ þST19194þ þST19194þ þST19194þ þST19194þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/market_view/.svn/prop-base/market_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;

ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;

ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;

ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19194.txtþ þTEXT\0004\ST19194.txtþ
þST19195þ þST19195þ þST19195þ þST19195þ þST19195þ þST19195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/market_view/.svn/text-base/market_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19197þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_dw.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ1849þ þ3337a7cdfc7e5c3084b88342069cceedþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19195.pngþ þTEXT\0004\ST19195.txtþ
þST19196þ þST19196þ þST19196þ þST19196þ þST19196þ þST19196þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/market_view/.svn/text-base/market_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17671;
ST17673; ST18746; ST18748;
ST19198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ2029þ þ2f814694b1857cd884b2f276b5c6947eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19196.pngþ þTEXT\0004\ST19
196.txtþ
þST19197þ þST19197þ þST19197þ þST19197þ þST19197þ þST19197þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/market_view/market_view_dw.pngþ þþ þþ þ0þ þ1þ þST19195þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þmarket_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1849þ þ3337a7cdfc7e5c3084b88342
069cceedþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0007\ST19197.pngþ þTEXT\0004\ST19197.txtþ
þST19198þ þST19198þ þST19198þ þST19198þ þST19198þ þST19198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/market_view/market_view_up.pngþ þþ þþ þ0þ þ1þ þST17671; ST17673; ST18746;
ST18748;
ST19196þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_view_up.pngþ þ.PNGþ þimage/pngþ
þþ þ2029þ þ2f814694b1857cd884b2f276b5c6947eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19198.pngþ þTEXT\0004\ST19198.txtþ
þST19199þ þST19199þ þST19199þ þST19199þ þST19199þ þST19199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ580þ þbb3e349df393226dcb07313ba24b6223þ þ1þ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19
199.txtþ þTEXT\0004\ST19199.txtþ
þST19200þ þST19200þ þST19200þ þST19200þ þST19200þ þST19200þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ
þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
564þ þdd1bd1e0c280fbdfe78d7da308bd4040þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19200.txtþ þTEXT\0004\ST19200.txtþ
þST19201þ þST19201þ þST19201þ þST19201þ þST19201þ þST19201þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/.svn/prop-base/sector_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;

ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;

ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19201.txtþ þTEXT\0004\ST19201.txtþ

þST19202þ þST19202þ þST19202þ þST19202þ þST19202þ þST19202þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/sector_view/.svn/prop-base/sector_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;

ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;

ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18682; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19202.txtþ þTEXT\0004\ST19202.txtþ

þST19203þ þST19203þ þST19203þ þST19203þ þST19203þ þST19203þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/.svn/text-base/sector_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19205þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_dw.png.svn-baseþ þ.PNGþ þimage/pngþ
þþ þ1878þ þe84bb6cd0856ad1288eb685c35ecafedþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19203.pngþ þTEXT\0004\ST19203.txtþ

þST19204þ þST19204þ þST19204þ þST19204þ þST19204þ þST19204þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/.svn/text-base/sector_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST17679;
ST17681; ST18754; ST18756;
ST19206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.png.svn-baseþ þ.PNGþ þi
mage/pngþ þþ þ1984þ þe44bd47b080dca5b68873f152aeca5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19204.pngþ þTEXT\0004\ST19
204.txtþ

þST19205þ þST19205þ þST19205þ þST19205þ þST19205þ þST19205þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/sector_view_dw.pngþ þþ þþ þ0þ þ1þ þST19203þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þsector_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1878þ þe84bb6cd0856ad1288eb685c
35ecafedþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0007\ST19205.pngþ þTEXT\0004\ST19205.txtþ

þST19206þ þST19206þ þST19206þ þST19206þ þST19206þ þST19206þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/sector_view/sector_view_up.pngþ þþ þþ þ0þ þ1þ þST17679; ST17681; ST18754;
ST18756;
ST19204þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_view_up.pngþ þ.PNGþ þimage/pngþ
þþ þ1984þ þe44bd47b080dca5b68873f152aeca5f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19206.pngþ þTEXT\0004\ST19206.txtþ

þST19207þ þST19207þ þST19207þ þST19207þ þST19207þ þST19207þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/short_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ573þ þ8a626dd671c051240defda845c3b4467þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST192
07.txtþ þTEXT\0004\ST19207.txtþ

þST19208þ þST19208þ þST19208þ þST19208þ þST19208þ þST19208þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/short_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ

00:00:00þ 2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5 61þ þ8f6ef2a7f24f62cf9e4e5183c407c66fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19208.txtþ þTEXT\0004\ST19208.txtþ þST19209þ þST19209þ þST19209þ þST19209þ þST19209þ þST19209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/short_view/.svn/prop-base/short_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;

ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;

ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;

ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19209.txtþ þTEXT\0005\ST1920
9.txtþ
þST19210þ þST19210þ þST19210þ þST19210þ þST19210þ þST19210þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/short_view/.svn/prop-base/short_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;

ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;

ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;

ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.png.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19210.txtþ þTEXT\0005\ST1921 0.txtþ

þST19211þ þST19211þ þST19211þ þST19211þ þST19211þ þST19211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/short_view/.svn/text-base/short_view_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19213þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ 1449þ þ9955c138bdc0982e1b607b60f1a09a31þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19211.pngþ þTEXT\0005\ST19211.txtþ

þST19212þ þST19212þ þST19212þ þST19212þ þST19212þ þST19212þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/short_view/.svn/text-base/short_view_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST19214þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_view_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ 1635þ þ9254a31862eae5cf3dc6f1f3bdeb7a79þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19212.pngþ þTEXT\0005\ST19212.txtþ

þST19213þ þST19213þ þST19213þ þST19213þ þST19213þ þST19213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/short_view/short_view_dw.pngþ þþ þþ þ0þ þ1þ þST19211þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þshort_view_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1449þ þ9955c138bdc0982e1b607b60f1a 09a31þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0007\ST19213.pngþ þTEXT\0005\ST19213.txtþ

þST19214þ þST19214þ þST19214þ þST19214þ þST19214þ þST19214þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/short_view/short_view_up.pngþ þþ þþ þ0þ þ1þ þST19212þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þshort_view_up.pngþ þ.PNGþ þimage/pngþ þþ þ1635þ þ9254a31862eae5cf3dc6f1f3bde b7a79þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0007\ST19214.pngþ þTEXT\0005\ST19214.txtþ

þST19215þ þST19215þ þST19215þ þST19215þ þST19215þ þST19215þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe eds/view_feeds_hit.pngþ þþ þþ þ0þ þ1þ þST19169þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þv iew_feeds_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1818þ þec77e4ecfde53b040845dec8159c485dþ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ ST19215.pngþ þTEXT\0005\ST19215.txtþ

þST19216þ þST19216þ þST19216þ þST19216þ þST19216þ þST19216þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/view_feeds_over.pngþ þþ þþ þ0þ þ1þ þST19170þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
view_feeds_over.pngþ þ.PNGþ þimage/pngþ þþ þ1815þ þd5291cc0bf39fa1c986c39874534dd38þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
7\ST19216.pngþ þTEXT\0005\ST19216.txtþ
þST19217þ þST19217þ þST19217þ þST19217þ þST19217þ þST19217þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/view_feeds.pngþ þþ þþ þ0þ þ1þ þST19171þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview_
feeds.pngþ þ.PNGþ þimage/pngþ þþ þ1748þ þ8c1f168e389c46b7663684b43218e1a7þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19217.
pngþ þTEXT\0005\ST19217.txtþ
þST19218þ þST19218þ þST19218þ þST19218þ þST19218þ þST19218þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/view_feedsv_hit.pngþ þþ þþ þ0þ þ1þ þST19172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
view_feedsv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1941þ þ7974967eaa491fb6875a9587c9e4f4e7þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
7\ST19218.pngþ þTEXT\0005\ST19218.txtþ
þST19219þ þST19219þ þST19219þ þST19219þ þST19219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/view_feedsv_over.pngþ þþ þþ þ0þ þ1þ þST19173þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þview_feedsv_over.pngþ þ.PNGþ þimage/pngþ þþ þ1945þ þe3343fd2a105bf8c68e13957853d09e9
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
007\ST19219.pngþ þTEXT\0005\ST19219.txtþ
þST19220þ þST19220þ þST19220þ þST19220þ þST19220þ þST19220þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/view_fe
eds/view_feedsv.pngþ þþ þþ þ0þ þ1þ þST19174þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þview
_feedsv.pngþ þ.PNGþ þimage/pngþ þþ þ1958þ þf54b92bb7c95f6cc906ae5152c8affd7þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1922
0.pngþ þTEXT\0005\ST19220.txtþ
þST19221þ þST19221þ þST19221þ þST19221þ þST19221þ þST19221þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1295þ þb85d8c6df82410b9571c9826bc3c1da2þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19221.t
xtþ þTEXT\0005\ST19221.txtþ
þST19222þ þST19222þ þST19223þ þST19222þ þST19223þ þST19222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ20

09-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1098þ þ61ac833
ae05076b3d1320c4e913dfd88þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0007\ST19222.txtþ þTEXT\0005\ST19222.txtþ
þST19224þ þST19224þ þST19224þ þST19224þ þST19224þ þST19224þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/prop-base/watchlist_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15879; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;

ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17043; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;

ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18332; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;

ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_hit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19224.txtþ þTEXT\0005\ST1922
4.txtþ
þST19225þ þST19225þ þST19225þ þST19225þ þST19225þ þST19225þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/prop-base/watchlist_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;

ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;

ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;

ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_over.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19225.txtþ þTEXT\0005\ST19225.txtþ
þST19226þ þST19226þ þST19226þ þST19226þ þST19226þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/prop-base/watchlist.png.svn-baseþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;

ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;

ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;

ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19226.txtþ þTEXT\0005\ST19226.t
xtþ
þST19227þ þST19227þ þST19227þ þST19227þ þST19227þ þST19227þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/prop-base/watchlistv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;

ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;

ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;

ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_hit.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19227.txtþ þTEXT\0005\ST19227.txtþ
þST19228þ þST19228þ þST19228þ þST19228þ þST19228þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/prop-base/watchlistv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;

ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;

ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;

ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19228.txtþ þTEXT\0005\ST19
228.txtþ
þST19229þ þST19229þ þST19229þ þST19229þ þST19229þ þST19229þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/prop-base/watchlistv.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;

ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;

ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlistv.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19229.txtþ þTEXT\0005\ST19229.
txtþ

þST19230þ þST19230þ þST19230þ þST19230þ þST19230þ þST19230þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/text-base/watchlist_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19236þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þwatchlist_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1747þ þdefcd9
92ebc6f131d757451008101d05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0007\ST19230.pngþ þTEXT\0005\ST19230.txtþ

þST19231þ þST19231þ þST19231þ þST19231þ þST19231þ þST19231þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/text-base/watchlist_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19237þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þwatchlist_over.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1768þ þb4ed1e266e86ca80e6fdd8a7922513d25þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19231.pngþ þ
TEXT\0005\ST19231.txtþ

þST19232þ þST19232þ þST19232þ þST19232þ þST19232þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/text-base/watchlist.png.svn-baseþ þþ þþ þ0þ þ1þ þST17707; ST17713; ST18782;
ST18788;
ST19238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ1759þ þ1b39a4b338139a9a26cee7ff6e370fd4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19232.pngþ þTEXT\0005\ST19232.
txtþ

þST19233þ þST19233þ þST19233þ þST19233þ þST19233þ þST19233þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/text-base/watchlistv_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19239þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þwatchlistv_hit.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ1809þ þ07f97fcfc600e55ac04fdb8b661abd53þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19233.pngþ

TEXT\0005\ST19233.txtþ
þST19234þ þST19234þ þST19234þ þST19234þ þST19234þ þST19234þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/text-base/watchlistv_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19240þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þwatchlistv_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1826þ þ9e
fdc4b3e254c956b539d60bd00ae3acþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19234.pngþ þTEXT\0005\ST19234.txtþ
þST19235þ þST19235þ þST19235þ þST19235þ þST19235þ þST19235þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/.svn/text-base/watchlistv.png.svn-baseþ þþ þþ þ0þ þ1þ þST19241þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þwatchlistv.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1880þ þa21a490d6396
3c83aa38e9185aea9638þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0007\ST19235.pngþ þTEXT\0005\ST19235.txtþ
þST19236þ þST19236þ þST19236þ þST19236þ þST19236þ þST19236þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/watchlist_hit.pngþ þþ þþ þ0þ þ1þ þST19230þ þþ þþ þþ þþ þþ þþ þþ þþ þwat
chlist_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1747þ þdefcd992ebc6f131d757451008101d05þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST1
9236.pngþ þTEXT\0005\ST19236.txtþ
þST19237þ þST19237þ þST19237þ þST19237þ þST19237þ þST19237þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/watchlist_over.pngþ þþ þþ þ0þ þ1þ þST19231þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwa
tchlist_over.pngþ þ.PNGþ þimage/pngþ þþ þ1768þ þb4ed1e266e86ca80e6fdd8a7922513d25þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\S
T19237.pngþ þTEXT\0005\ST19237.txtþ
þST19238þ þST19238þ þST19238þ þST19238þ þST19238þ þST19238þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/watchlist.pngþ þþ þþ þ0þ þ1þ þST17707; ST17713; ST18782; ST18788;
ST19232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.pngþ þ.PNGþ þimage/pngþ þþ þ1
759þ þb39a4b338139a9a26cee7ff6e370fd4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19238.pngþ þTEXT\0005\ST19238.txtþ
þST19239þ þST19239þ þST19239þ þST19239þ þST19239þ þST19239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli
st/watchlistv_hit.pngþ þþ þþ þ0þ þ1þ þST19233þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwa
tchlistv_hit.pngþ þ.PNGþ þimage/pngþ þþ þ1809þ þ07f97fcfc600e55ac04fdb8b661abd53þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\S
T19239.pngþ þTEXT\0005\ST19239.txtþ
þST19240þ þST19240þ þST19240þ þST19240þ þST19240þ þST19240þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli st/watchlistv_over.pngþ þþ þþ þ0þ þ1þ þST19234þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þw atchlistv_over.pngþ þ.PNGþ þimage/pngþ þþ þ1826þ þ9efdc4b3e254c956b539d60bd00ae3acþ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19240.pngþ þTEXT\0005\ST19240.txtþ
þST19241þ þST19241þ þST19241þ þST19241þ þST19241þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad_ind/images/watchli st/watchlistv.pngþ þþ þþ þþ þ0þ þ1þ þST19235þ þþ þþ þþ þþ þþ þþ þwatchl istv.pngþ þ.PNGþ þimage/pngþ þþ þ1880þ þa21a490d63963c83aa38e9185aea9638þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19241.p ngþ þTEXT\0005\ST19241.txtþ
þST19242þ þST19242þ þST19256þ þST19242þ þST19256þ þST19242þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ24931þ þbf5eec0183f808367e835eceb4cf6a95þ þ15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19242.txtþ þTEXT \0005\ST19242.txtþ
þST19257þ þST19257þ þST19284þ þST19257þ þST19284þ þST19257þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/entriesþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04 :00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ20066þ þ1bfba09a44f8dbe907d2fd7a48 3f4f61þ þ28þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0007\ST19257.txtþ þTEXT\0005\ST19257.txtþ
þST19285þ þST19285þ þST19285þ þST19285þ þST19285þ þST19285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ac count_admin_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;

ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;

ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþaccount_admin_dw.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19285.txtþ þTEXT\0005\ST1
9285.txtþ

þST19286þ þST19286þ þST19286þ þST19286þ þST19286þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ac
count_admin_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þaccount_admin_up.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19286.txtþ þTEXT\0005\ST1
9286.txtþ
þST19287þ þST19287þ þST19287þ þST19287þ þST19287þ þST19287þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/am
eritrade_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;

ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15612; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;

ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;

ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19042; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19287.txtþ þTEXT\0005\ST19287
.txtþ
þST19288þ þST19288þ þST19288þ þST19288þ þST19288þ þST19288þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/am
eritrade_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;

ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;

ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;

ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19285; ST19286; ST19287; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19288.txtþ þTEXT\0005\ST19288
.txtþ
þST19289þ þST19289þ þST19289þ þST19289þ þST19289þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ch
art_montage_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;

ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage_r.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19289.txtþ þTEXT\0005\ST19
289.txtþ
þST19290þ þST19290þ þST19290þ þST19290þ þST19290þ þST19290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ch
art_montage_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;

ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;

ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;

ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage_y.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19290.txtþ þTEXT\0005\ST19
290.txtþ
þST19291þ þST19291þ þST19291þ þST19291þ þST19291þ þST19291þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ch
art_only_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_only_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19291.txtþ þTEXT\0005\ST19291
.txtþ

þST19292þ þST19292þ þST19292þ þST19292þ þST19292þ þST19292þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ch
art_only_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;

ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;

ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþchart_only_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19292.txtþ þTEXT\0005\ST19292
.txtþ
þST19293þ þST19293þ þST19293þ þST19293þ þST19293þ þST19293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/cl
ose_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;

ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;

ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;

ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24146; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19293.txtþ þTEXT\0005\ST19293.
txtþ
þST19294þ þST19294þ þST19294þ þST19294þ þST19294þ þST19294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/cl
ose.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;

ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;

ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;

ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19294.txtþ þTEXT\0005\ST19294.txtþ
þST19295þ þST19295þ þST19295þ þST19295þ þST19295þ þST19295þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/co
mpany_description_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;

ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;

ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;

ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompany_description_r.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19295.txtþ þTEXT\000
5\ST19295.txtþ

þST19296þ þST19296þ þST19296þ þST19296þ þST19296þ þST19296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/co
mpany_description_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;

ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

```
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompany_description_y.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19296.txtþ þTEXT\000
5\ST19296.txtþ
þST19297þ þST19297þ þST19297þ þST19297þ þST19297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/de
cision_support_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
```

ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;

ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17722; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;

ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_default.png.svn-baseþ
 þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19297.txtþ þTEXT\0
005\ST19297.txtþ
þST19298þ þST19298þ þST19298þ þST19298þ þST19298þ þST19298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/de
cision_support_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;

ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;

ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;

ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hdefault.png.svn-base
þ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19298.txtþ þTEXT\
0005\ST19298.txtþ
þST19299þ þST19299þ þST19299þ þST19299þ þST19299þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/de

cision_support_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;

ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hhit.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19299.txtþ þTEXT\000
5\ST19299.txtþ
þST19300þ þST19300þ þST19300þ þST19300þ þST19300þ þST19300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/de
cision_support_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;

ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;

ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18780; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hit.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19300.txtþ þTEXT\0005
\ST19300.txtþ
þST19301þ þST19301þ þST19301þ þST19301þ þST19301þ þST19301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/de
cision_support_hover.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hover.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19301.txtþ þTEXT\0005\ST19301.txtþ
þST19302þ þST19302þ þST19302þ þST19302þ þST19302þ þST19302þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/de
cision_support_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;

ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;

ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_over.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19302.txtþ þTEXT\000
5\ST19302.txtþ

þST19303þ þST19303þ þST19303þ þST19303þ þST19303þ þST19303þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ea
rnings_calendar_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;

ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_r.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19303.txtþ þTEXT\0005\S

T19303.txtþ
þST19304þ þST19304þ þST19304þ þST19304þ þST19304þ þST19304þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ea
rnings_calendar_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;

ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;

ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_y.png.svn-baseþ þ.TX
Tþ þtext/plainþþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19304.txtþ þTEXT\0005\ST19304.txtþ

þST19305þ þST19305þ þST19305þ þST19305þ þST19305þ þST19305þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/etf_funds_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;

ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;

ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18886; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_funds_r.png.svn-baseþ þ.TXTþ þtext

/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19305.txtþ þTEXT\0005\ST19305.txtþ
þST19306þ þST19306þ þST19306þ þST19306þ þST19306þ þST19306þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/et
f_funds_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;

ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;

ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_funds_y.png.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19306.txtþ þTEXT\0005\ST19306.txtþ
þST19307þ þST19307þ þST19307þ þST19307þ þST19307þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/fi
nancial_ststements_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;

ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;

ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancial_ststements_r.png.svn-baseþ þ .TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0007\ST19307.txtþ þTEXT\0005\ST19307.txtþ
þST19308þ þST19308þ þST19308þ þST19308þ þST19308þ þST19308þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/financial_ststements_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;

ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;

ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancial_ststements_y.png.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19308.txtþ þTEXT\0005\ST19308.txtþ
þST19309þ þST19309þ þST19309þ þST19309þ þST19309þ þST19309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/fl
ip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;

ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;

ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;

ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.png.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19309.txtþ þTEXT\0005\ST19309.t xtþ

þST19310þ þST19310þ þST19310þ þST19310þ þST19310þ þST19310þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/fl ip.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;

ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;

ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;

ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ.svn-þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19310.txtþ þTEXT\0005\ST19310.txtþ þST19311þ þST19311þ þST19311þ þST19311þ þST19311þ þST19311þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/fundamentals_r.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;

ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;

ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;

ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19311.txtþ þTEXT\0005\ST19311.txtþ
þST19312þ þST19312þ þST19312þ þST19312þ þST19312þ þST19312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]\jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/fu
ndamentals_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;

ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;

ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19312.txtþ þTEXT\0005\ST19312.txtþ
þST19313þ þST19313þ þST19313þ þST19313þ þST19313þ þST19313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
dex_dashboard_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;

ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;

ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_dashboard_r.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19313.txtþ þTEXT\0005\ST19313.txtþ
þST19314þ þST19314þ þST19314þ þST19314þ þST19314þ þST19314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
dex_dashboard_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;

ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;

ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18580; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;

ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19761; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_dashboard_y.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19314.txtþ þTEXT\0005\ST19314.txtþ
þST19315þ þST19315þ þST19315þ þST19315þ þST19315þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only)/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/index_view_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;

ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;

ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19315.txtþ þTEXT\0005\ST19315
.txtþ
þST19316þ þST19316þ þST19316þ þST19316þ þST19316þ þST19316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
dex_view_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16213; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;

ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19316.txtþ þTEXT\0005\ST19316
.txtþ

þST19317þ þST19317þ þST19317þ þST19317þ þST19317þ þST19317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
dices_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;

ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_r.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19317.txtþ þTEXT\0005\ST19317.t
xtþ
þST19318þ þST19318þ þST19318þ þST19318þ þST19318þ þST19318þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
dices_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;

ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;

ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19318.txtþ þTEXT\0005\ST19318.t
xtþ
þST19319þ þST19319þ þST19319þ þST19319þ þST19319þ þST19319þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
sider_trading_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;

ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;

ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;

ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinsider_trading_r.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19319.txtþ þTEXT\0005\ST19319.txtþ
þST19320þ þST19320þ þST19320þ þST19320þ þST19320þ þST19320þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
sider_trading_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;

ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;

ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22269; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinsider_trading_y.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19320.txtþ þTEXT\0005\ST19320.txtþ
þST19321þ þST19321þ þST19321þ þST19321þ þST19321þ þST19321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
st_holdings_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;

ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;

ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;

ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinst_holdings_r.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19321.txtþ þTEXT\0005\ST19
321.txtþ

þST19322þ þST19322þ þST19322þ þST19322þ þST19322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
st_holdings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19323; ST19324; ST19325; ST19326; ST19327;

ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24206; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinst_holdings_y.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19322.txtþ þTEXT\0005\ST19
322.txtþ

þST19323þ þST19323þ þST19323þ þST19323þ þST19323þ þST19323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
teractive_brokers_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;

ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinteractive_brokers_r.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19323.txtþ þTEXT\000
5\ST19323.txtþ

þST19324þ þST19324þ þST19324þ þST19324þ þST19324þ þST19324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/in
teractive_brokers_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;

ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinteractive_brokers_y.png.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19324.txtþ þTEXT\000
5\ST19324.txtþ
þST19325þ þST19325þ þST19325þ þST19325þ þST19325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/le
vel_2_depth_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;

ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;

ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;

ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel_2_depth_r.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19325.txtþ þTEXT\0005\ST19
325.txtþ
þST19326þ þST19326þ þST19326þ þST19326þ þST19326þ þST19326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/le
vel_2_depth_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;

ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel_2_depth_y.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19326.txtþ þTEXT\0005\ST19
326.txtþ

þST19327þ þST19327þ þST19327þ þST19327þ þST19327þ þST19327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/li
mit_alerts_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;

ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;

ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18131; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;

ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22256; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19327.txtþ þTEXT\0005\ST19327.txtþ
þST19328þ þST19328þ þST19328þ þST19328þ þST19328þ þST19328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/li
mit_alerts_y.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;

ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;

ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17616; ST17615; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;

ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19328.txtþ þTEXT\0005\ST19328.txtþ
þST19329þ þST19329þ þST19329þ þST19329þ þST19329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/lo
gin_broker_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;

ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;

ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_broker_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19329.txtþ þTEXT\0005\ST19329.txtþ
þST19330þ þST19330þ þST19330þ þST19330þ þST19330þ þST19330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/lo
gin_broker_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;

ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;

ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;

ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_broker_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19330.txtþ þTEXT\0005\ST19330.txtþ
þST19331þ þST19331þ þST19331þ þST19331þ þST19331þ þST19331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
nagement_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;

ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanagement_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19331.txtþ þTEXT\0005\ST19331
.txtþ
þST19332þ þST19332þ þST19332þ þST19332þ þST19332þ þST19332þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
nagement_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;

ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17225; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;

ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18790; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;

ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanagement_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19332.txtþ þTEXT\0005\ST19332
.txtþ
þST19333þ þST19333þ þST19333þ þST19333þ þST19333þ þST19333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rket_internals_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;

ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;

ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;

ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_r.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19333.txtþ þTEXT\0005\ST
19333.txtþ
þST19334þ þST19334þ þST19334þ þST19334þ þST19334þ þST19334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rket_internals_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;

ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;

ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_y.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19334.txtþ þTEXT\0005\ST
19334.txtþ

þST19335þ þST19335þ þST19335þ þST19335þ þST19335þ þST19335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rket_maker_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;

ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;

ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_default.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19335.txtþ þTEXT\0005
\ST19335.txtþ

þST19336þ þST19336þ þST19336þ þST19336þ þST19336þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rket_maker_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23822; ST23922; ST23997; ST24103; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_hit.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19336.txtþ þTEXT\0005\ST1
9336.txtþ
þST19337þ þST19337þ þST19337þ þST19337þ þST19337þ þST19337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rket_maker_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;

ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;

ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;

ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_over.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19337.txtþ þTEXT\0005\ST19337.txtþ
þST19338þ þST19338þ þST19338þ þST19338þ þST19338þ þST19338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rketview_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;

ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;

ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;

ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketview_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19338.txtþ þTEXT\0005\ST19338
.txtþ
þST19339þ þST19339þ þST19339þ þST19339þ þST19339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ma
rketview_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;

ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;

ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;

ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þmarketview_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19339.txtþ þTEXT\0005\ST19339
.txtþ
þST19340þ þST19340þ þST19340þ þST19340þ þST19340þ þST19340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/mb
_trading_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;

ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;

ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;

ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18947; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmb_trading_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19340.txtþ þTEXT\0005\ST19340
.txtþ
þST19341þ þST19341þ þST19341þ þST19341þ þST19341þ þST19341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/mb
_trading_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;

ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;

ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;

ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22777; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmb_trading_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19341.txtþ þTEXT\0005\ST19341
.txtþ
þST19342þ þST19342þ þST19342þ þST19342þ þST19342þ þST19342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/mm
_news_r.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;

ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15945; ST15946; ST15947;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;

ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_news_r.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19342.txtþ þTEXT\0005\ST19342.t
xtþ

þST19343þ þST19343þ þST19343þ þST19343þ þST19343þ þST19343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/mm
_news_y.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;

ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;

ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;

ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24276; ST24335; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_news_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19343.txtþ þTEXT\0005\ST19343.t
xtþ

þST19344þ þST19344þ þST19344þ þST19344þ þST19344þ þST19344þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/my
_layouts_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;

ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;

ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;

ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy_layouts_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19344.txtþ þTEXT\0005\ST19344
.txtþ
þST19345þ þST19345þ þST19345þ þST19345þ þST19345þ þST19345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/my
_layouts_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;

ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;

ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;

ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18772; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy_layouts_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19345.txtþ þTEXT\0005\ST19345
.txtþ
þST19346þ þST19346þ þST19346þ þST19346þ þST19346þ þST19346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/my
_settings_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;

ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;

ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;

ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþmy_settings_r.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19346.txtþ þTEXT\0005\ST1934
6.txtþ
þST19347þ þST19347þ þST19347þ þST19347þ þST19347þ þST19347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/my
_settings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;

ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16460; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;

ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;

ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmy_settings_y.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19347.txtþ þTEXT\0005\ST1934
7.txtþ
þST19348þ þST19348þ þST19348þ þST19348þ þST19348þ þST19348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
w_filter_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;

ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;

ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;

ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_filter_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ.þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19348.txtþ þTEXT\0005\ST19348
.txtþ
þST19349þ þST19349þ þST19349þ þST19349þ þST19349þ þST19349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
w_filter_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;

ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;

ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;

ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnew_filter_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19349.txtþ þTEXT\0005\ST19349
.txtþ

þST19350þ þST19350þ þST19350þ þST19350þ þST19350þ þST19350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne

ws_ctg_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;

ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;

ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_ctg_r.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19350.txtþ þTEXT\0005\ST19350.
txtþ
þST19351þ þST19351þ þST19351þ þST19351þ þST19351þ þST19351þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
ws_ctg_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;

ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;

ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_ctg_y.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19351.txtþ þTEXT\0005\ST19351.
txtþ
þST19352þ þST19352þ þST19352þ þST19352þ þST19352þ þST19352þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
ws_filings_ntf_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_ntf_r.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19352.txtþ þTEXT\0005\ST
19352.txtþ
þST19353þ þST19353þ þST19353þ þST19353þ þST19353þ þST19353þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/news_filings_ntf_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST11068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16221; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;

ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;

ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_ntf_y.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19353.txtþ þTEXT\0005\ST
19353.txtþ

þST19354þ þST19354þ þST19354þ þST19354þ þST19354þ þST19354þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/news_filings_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;

ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;

ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524adе0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0007\ST19354.txtþ þTEXT\0005\ST19354.txtþ
þST19355þ þST19355þ þST19355þ þST19355þ þST19355þ þST19355þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
ws_filings_src_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;

ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;

ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_src_r.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19355.txtþ þTEXT\0005\ST 19355.txtþ

þST19356þ þST19356þ þST19356þ þST19356þ þST19356þ þST19356þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne ws_filings_src_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;

ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;

ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_src_y.png.svn-baseþ þ.TXT

þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19356.txtþ þTEXT\0005\ST
19356.txtþ
þST19357þ þST19357þ þST19357þ þST19357þ þST19357þ þST19357þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
ws_filings_str_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;

ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;

ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_str_r.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19357.txtþ þTEXT\0005\ST
19357.txtþ

þST19358þ þST19358þ þST19358þ þST19358þ þST19358þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
ws_filings_str_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;

ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;

ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_str_y.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19358.txtþ þTEXT\0005\ST 19358.txtþ

þST19359þ þST19359þ þST19359þ þST19359þ þST19359þ þST19359þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne ws_filings_tape_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;

ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17972; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;

ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;

ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_tape_r.png.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19359.txtþ þTEXT\0005\S T19359.txtþ

þST19360þ þST19360þ þST19360þ þST19360þ þST19360þ þST19360þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne ws_filings_tape_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;

ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;

ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;

ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_tape_y.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19360.txtþ þTEXT\0005\S
T19360.txtþ
þST19361þ þST19361þ þST19361þ þST19361þ þST19361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ne
ws_filings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;

ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;

ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;

ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19361.txtþ þTEXT\0005\ST19361.txtþ
þST19362þ þST19362þ þST19362þ þST19362þ þST19362þ þST19362þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]\jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/no
n_mm_stocks_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;

ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;

ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;

ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_stocks_r.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19362.txtþ þTEXT\0005\ST19
362.txtþ

þST19363þ þST19363þ þST19363þ þST19363þ þST19363þ þST19363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/no
n_mm_stocks_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;

ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;

ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;

ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_stocks_y.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19363.txtþ þTEXT\0005\ST19
363.txtþ
þST19364þ þST19364þ þST19364þ þST19364þ þST19364þ þST19364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ol
d_filter_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15919; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;

ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;

ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;

ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þold_filter_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19364.txtþ þTEXT\0005\ST19364
.txtþ

þST19365þ þST19365þ þST19365þ þST19365þ þST19365þ þST19365þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ol
d_filter_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;

ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;

ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þold_filter_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19365.txtþ þTEXT\0005\ST19365
.txtþ
þST19366þ þST19366þ þST19366þ þST19366þ þST19366þ þST19366þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pa
d_bg_ver.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;

ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_bg_ver.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19366.txtþ þTEXT\0005\ST19366.
txtþ
þST19367þ þST19367þ þST19367þ þST19367þ þST19367þ þST19367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pa
d_bg.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18957; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;

ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_bg.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19367.txtþ þTEXT\0005\ST19367.txtþ
þST19368þ þST19368þ þST19368þ þST19368þ þST19368þ þST19368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pa
d_new_bg.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19369; ST19370; ST19371; ST19372; ST19373;

ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_new_bg.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19368.txtþ þTEXT\0005\ST19368.
txtþ
þST19369þ þST19369þ þST19369þ þST19369þ þST19369þ þST19369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pa
d_pro_bg.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;

ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16195; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17225; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;

ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;

ST19364; ST19365; ST19366; ST19367; ST19368; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_pro_bg.png.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19369.txtþ þTEXT\0005\ST19369.
txtþ
þST19370þ þST19370þ þST19370þ þST19370þ þST19370þ þST19370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/po
sition_manager_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;

ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;

ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;

ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þposition_manager_r.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19370.txtþ þTEXT\0005\ST
19370.txtþ

þST19371þ þST19371þ þST19371þ þST19371þ þST19371þ þST19371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/po
sition_manager_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;

ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;

ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;

ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þposition_manager_y.png.svn-baseþ þ.TXT þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19371.txtþ þTEXT\0005\ST 19371.txtþ

þST19372þ þST19372þ þST19372þ þST19372þ þST19372þ þST19372þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pr eferences_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;

ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;

ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_default.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19372.txtþ þTEXT\0005\S
T19372.txtþ

þST19373þ þST19373þ þST19373þ þST19373þ þST19373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pr
eferences_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hdefault.png.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19373.txtþ þTEXT\0005
\ST19373.txtþ
þST19374þ þST19374þ þST19374þ þST19374þ þST19374þ þST19374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pr
eferences_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;

ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hhit.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19374.txtþ þTEXT\0005\ST1
9374.txtþ

þST19375þ þST19375þ þST19375þ þST19375þ þST19375þ þST19375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pr
eferences_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;

ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hit.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19375.txtþ þTEXT\0005\ST19
375.txtþ
þST19376þ þST19376þ þST19376þ þST19376þ þST19376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pr
eferences_hover.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;

ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;

ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;

ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hover.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19.txtþ þTEXT\0005\ST19376.txtþ
þST19377þ þST19377þ þST19377þ þST19377þ þST19377þ þST19377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/pr
eferences_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;

ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_over.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19377.txtþ þTEXT\0005\ST1
9377.txtþ

þST19378þ þST19378þ þST19378þ þST19378þ þST19378þ þST19378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
duce_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;

ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreduce_over.png.svn-baseþ þ.TXTþ þtext
/plainþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19378.txtþ þTEXT\0005\ST19378.txtþ
þST19379þ þST19379þ þST19379þ þST19379þ þST19379þ þST19379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
duce.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;

ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17363; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17639; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;

ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreduce.png.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19379.txtþ þTEXT\0005\ST19379.txtþ
þST19380þ þST19380þ þST19380þ þST19380þ þST19380þ þST19380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
search_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;

ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;

ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;

ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_default.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19380.txtþ þTEXT\0005\ST1
9380.txtþ

þST19381þ þST19381þ þST19381þ þST19381þ þST19381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
search_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;

ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;

ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;

ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24204; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hdefault.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19381.txtþ þTEXT\0005\ST19381.txtþ
þST19382þ þST19382þ þST19382þ þST19382þ þST19382þ þST19382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
search_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;

ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;

ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;

ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hhit.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19382.txtþ þTEXT\0005\ST1938
2.txtþ

þST19383þ þST19383þ þST19383þ þST19383þ þST19383þ þST19383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
search_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;

ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16666; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;

ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;

ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hit.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19383.txtþ þTEXT\0005\ST19383
.txtþ
þST19384þ þST19384þ þST19384þ þST19384þ þST19384þ þST19384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
search_hover.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;

ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;

ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18780; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;

ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hover.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19384.txtþ þTEXT\0005\ST19384.txtþ
þST19385þ þST19385þ þST19385þ þST19385þ þST19385þ þST19385þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/re
search_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;

ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15879; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;

ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;

ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24399; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_over.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19385.txtþ þTEXT\0005\ST1938
5.txtþ
þST19386þ þST19386þ þST19386þ þST19386þ þST19386þ þST19386þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/se
ctor_tools_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;

ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;

ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;

ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_tools_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19386.txtþ þTEXT\0005\ST19386.txtþ
þST19387þ þST19387þ þST19387þ þST19387þ þST19387þ þST19387þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/se
ctor_tools_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;

ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;

ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;

ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_tools_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19387.txtþ þTEXT\0005\ST19387.txtþ
þST19388þ þST19388þ þST19388þ þST19388þ þST19388þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/sh
ort_sale_view_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;

ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;

ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;

ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþshort_sale_view_r.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0007\ST19388.txtþ þTEXT\0005\ST19388.txtþ
þST19389þ þST19389þ þST19389þ þST19389þ þST19389þ þST19389þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/sh
ort_sale_view_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;

ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;

ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;

ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_sale_view_y.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19389.txtþ þTEXT\0005\ST19389.txtþ
þST19390þ þST19390þ þST19390þ þST19390þ þST19390þ þST19390þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/st
reaming_filters_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;

ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;

ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;

ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20067; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filters_r.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19390.txtþ þTEXT\0005\S
T19390.txtþ

þST19391þ þST19391þ þST19391þ þST19391þ þST19391þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/st
reaming_filters_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;

ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;

ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;

ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filters_y.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19391.txtþ þTEXT\0005\S
T19391.txtþ
þST19392þ þST19392þ þST19392þ þST19392þ þST19392þ þST19392þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/sy
stem_update_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;

ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;

ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;

ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsystem_update_o.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19392.txtþ þTEXT\0005\ST19
392.txtþ
þST19393þ þST19393þ þST19393þ þST19393þ þST19393þ þST19393þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/sy
stem_update_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;

ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;

ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;

ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsystem_update_y.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19393.txtþ þTEXT\0005\ST19
393.txtþ

þST19394þ þST19394þ þST19394þ þST19394þ þST19394þ þST19394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/sy
stem_update.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;

ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;

ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;

ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18866; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20000; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þsystem_update.png.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade00þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19394.txtþ þTEXT\0005\ST1939
4.txtþ

þST19395þ þST19395þ þST19395þ þST19395þ þST19395þ þST19395þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/te
chnicals_ratios_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;

ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;

ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;

ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtechnicals_ratios_r.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19395.txtþ þTEXT\0005\S
T19395.txtþ
þST19396þ þST19396þ þST19396þ þST19396þ þST19396þ þST19396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/te
chnicals_ratios_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;

ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;

ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;

ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtechnicals_ratios_y.png.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19396.txtþ þTEXT\0005\S
T19396.txtþ

þST19397þ þST19397þ þST19397þ þST19397þ þST19397þ þST19397þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/te
ct_support_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;

ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;

ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;

ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtect_support_dw.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19397.txtþ þTEXT\0005\ST19
397.txtþ
þST19398þ þST19398þ þST19398þ þST19398þ þST19398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/te
ct_support_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;

ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;

ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;

ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtect_support_up.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19398.txtþ þTEXT\0005\ST19
398.txtþ
þST19399þ þST19399þ þST19399þ þST19399þ þST19399þ þST19399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ti
cker_tapes_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;

ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;

ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;

ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18790; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þticker_tapes_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19399.txtþ þTEXT\0005\ST19399.txtþ
þST19400þ þST19400þ þST19400þ þST19400þ þST19400þ þST19400þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ti
cker_tapes_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;

ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;

ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;

ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19162; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þticker_tapes_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19400.txtþ þTEXT\0005\ST19400.txtþ
þST19401þ þST19401þ þST19401þ þST19401þ þST19401þ þST19401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ti
me_sales_hist_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;

ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;

ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;

ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_hist_r.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19401.txtþ þTEXT\0005\ST19401.txtþ
þST19402þ þST19402þ þST19402þ þST19402þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ti

me_sales_hist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;

ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;

ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþtime_sales_hist_y.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19402.txtþ þTEXTþ \0005\ST19402.txtþ
þST19403þ þST19403þ þST19403þ þST19403þ þST19403þ þST19403þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ti
me_sales_real_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;

ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16796; ST16797; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;

ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18789; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_real_r.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19403.txtþ þTEXT\0005\ST19403.txtþ
þST19404þ þST19404þ þST19404þ þST19404þ þST19404þ þST19404þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/ti
me_sales_real_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;

ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;

```
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_real_y.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19404.txtþ þTEXT\0005\ST19404.txtþ
þST19405þ þST19405þ þST19405þ þST19405þ þST19405þ þST19405þ þþ þ/Supplemental,
```

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ade_idea_generation_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;

ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;

ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_default.png.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19405.txtþ þ

TEXT\0005\ST19405.txtþ
þST19406þ þST19406þ þST19406þ þST19406þ þST19406þ þST19406þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ade_idea_generation_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;

ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;

ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hdefault.png.svn

-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19406.txtþ þTEXT\0005\ST19406.txtþ

þST19407þ þST19407þ þST19407þ þST19407þ þST19407þ þST19407þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/trade_idea_generation_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;

ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17044; ST17045; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;

ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;

ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hhit.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19407.txtþ þTEXT
\0005\ST19407.txtþ
þST19408þ þST19408þ þST19408þ þST19408þ þST19408þ þST19408þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ade_idea_generation_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;

ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;

ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;

ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hit.png.svn-base
þ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19408.txtþ þTEXT\
0005\ST19408.txtþ
þST19409þ þST19409þ þST19409þ þST19409þ þST19409þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ade_idea_generation_hover.png.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;

ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;

ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;

ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hover.png.svn-ba seþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19409.txtþ þTEX T\0005\ST19409.txtþ
þST19410þ þST19410þ þST19410þ þST19410þ þST19410þ þST19410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr ade_idea_generation_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;

ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;

ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;

ST19407; ST19408; ST19409; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_over.png.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19410.txtþ þTEXT
\0005\ST19410.txtþ
þST19411þ þST19411þ þST19411þ þST19411þ þST19411þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ade_window_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;

ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;

ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;

ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_window_r.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19411.txtþ þTEXT\0005\ST19411.txtþ
þST19412þ þST19412þ þST19412þ þST19412þ þST19412þ þST19412þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ade_window_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;

ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;

ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;

ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_window_y.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19412.txtþ þTEXT\0005\ST19412.txtþ
þST19413þ þST19413þ þST19413þ þST19413þ þST19413þ þST19413þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ading_alerts_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;

ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;

ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;

ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts_r.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bb þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19413.txtþ þTEXT\0005\ST1
9413.txtþ
þST19414þ þST19414þ þST19414þ þST19414þ þST19414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ading_alerts_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15879; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;

ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;

ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;

ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts_y.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19414.txtþ þTEXT\0005\ST1
9414.txtþ

þST19415þ þST19415þ þST19415þ þST19415þ þST19415þ þST19415þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ading_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;

ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;

ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;

ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_o.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19415.txtþ þTEXT\0005\ST19415.t
xtþ
þST19416þ þST19416þ þST19416þ þST19416þ þST19416þ þST19416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ading_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;

ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;

ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;

ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_y.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19416.txtþ þTEXT\0005\ST19416.t
xtþ
þST19417þ þST19417þ þST19417þ þST19417þ þST19417þ þST19417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/tr
ading.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;

ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;

ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;

ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19417.txtþ þTEXT\0005\ST19417.txtþ
þST19418þ þST19418þ þST19418þ þST19418þ þST19418þ þST19418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/un
iverse_manager_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;

ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;

ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;

ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse_manager_r.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19418.txtþ þTEXT\0005\ST
19418.txtþ

þST19419þ þST19419þ þST19419þ þST19419þ þST19419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/un
iverse_manager_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;

ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;

ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;

```
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse_manager_y.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19419.txtþ þTEXT\0005\ST
19419.txtþ
þST19420þ þST19420þ þST19420þ þST19420þ þST19420þ þST19420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/vi
deo_tutorials_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
```

ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;

ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;

ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22769; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvideo_tutorials_dw.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19420.txtþ þTEXT\0005\ST
19420.txtþ

þST19421þ þST19421þ þST19421þ þST19421þ þST19421þ þST19421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/vi
deo_tutorials_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;

ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;

ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;

ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvideo_tutorials_up.png.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19421.txtþ þTEXT\0005\ST
19421.txtþ

þST19422þ þST19422þ þST19422þ þST19422þ þST19422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/vw
ap_calculator_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;

ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;

ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18445; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;

ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_r.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19422.txtþ þTEXT\0005\ST19422.txtþ
þST19423þ þST19423þ þST19423þ þST19423þ þST19423þ þST19423þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/vw
ap_calculator_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;

ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;

ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;

ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_y.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19423.txtþ þTEXT\0005\ST19423.txtþ
þST19424þ þST19424þ þST19424þ þST19424þ þST19424þ þST19424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/wa
tch_list_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;

ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;

ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;

ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatch_list_r.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19424.txtþ þTEXT\0005\ST19424
.txtþ
þST19425þ þST19425þ þST19425þ þST19425þ þST19425þ þST19425þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/prop-base/wa
tch_list_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;

ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16665; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;

ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17639; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;

ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þwatch_list_y.png.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19425.txtþ þTEXT\0005\ST19425
.txtþ

þST19426þ þST19426þ þST19426þ þST19426þ þST19426þ þST19426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ac
count_admin_dw.png.svn-baseþ þþ þ0þ þ1þ þST19567þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þaccount_admin_dw.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ2147þ þc0f0a6b761511d21354993dddb2c37beþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19426.pngþ þ
TEXT\0005\ST19426.txtþ

þST19427þ þST19427þ þST19427þ þST19427þ þST19427þ þST19427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ac
count_admin_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST19568þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þaccount_admin_up.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ2144þ þ9e921965f1e6cf0b96e66a0b65f19ca5þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19427.pngþ þ
TEXT\0005\ST19427.txtþ

þST19428þ þST19428þ þST19428þ þST19428þ þST19428þ þST19428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/am
eritrade_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19429; ST19569;
ST19570þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_r.png.svn-baseþ þ.PNGþ þima
ge/pngþ þþ þ4000þ þbba30574e92726f2deba8beb74bd038fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19428.pngþ þTEXT\0005\ST19428.txtþ

þST19429þ þST19429þ þST19429þ þST19429þ þST19429þ þST19429þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ameritrade_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19428; ST19569; ST19570þ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4000þ þbba30574e92726f2deba8beb74bd038fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19429.pngþ þTEXT\0005\ST19429.txtþ

þST19430þ þST19430þ þST19430þ þST19430þ þST19430þ þST19430þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/chart_montage_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19571þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3716þ þfe8bc3e578ce9e5d0e4ad6f9b034ef9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19430.pngþ þþ

þST19431þ þST19431þ þST19431þ þST19431þ þST19431þ þST19431þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/chart_montage_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3816þ þe5cd4cd7061ac4ce1d7fd02483fa993cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19431.pngþ þþ

þST19432þ þST19432þ þST19432þ þST19432þ þST19432þ þST19432þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/chart_only_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_only_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3601þ þfc22e8d695cd87a97ee99f1b1f61a45bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19432.pngþ þTEXT\0005\ST19432.txtþ

þST19433þ þST19433þ þST19433þ þST19433þ þST19433þ þST19433þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/chart_only_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_only_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3279þ þ4c7a97c5f8ac7657dcbe9ae9a0f7adbaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19433.pngþ þTEXT\0005\ST19433.txtþ

þST19434þ þST19434þ þST19434þ þST19434þ þST19434þ þST19434þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/close_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ342þ þd39464e04cd1036b1cff790bd3baf370þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00

07\ST19434.pngþ þþ

þST19435þ þST19435þ þST19435þ þST19435þ þST19435þ þST19435þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/close.png.svn-baseþ þþ þþ þ0þ þ1þ þST19576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ230þ þ500d5a2617b3c6b1e701e05c4822bc62þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19435.pngþ þþ

þST19436þ þST19436þ þST19436þ þST19436þ þST19436þ þST19436þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/company_description_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19577þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompany_description_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3411þ þef9664e6f28d867799068034d6683ad0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19436.pngþ þTEXT\0005\ST19436.txtþ

þST19437þ þST19437þ þST19437þ þST19437þ þST19437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/company_description_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19578þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompany_description_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3350þ þ6d0b55ca8b86962e80a9d3370fee69b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19437.pngþ þTEXT\0005\ST19437.txtþ

þST19438þ þST19438þ þST19438þ þST19438þ þST19438þ þST19438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/decision_support_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST19579þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_default.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ946þ þ1551bb6ceb27d3b47d3ee1ae668b5eb3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19438.pngþ þTEXT\0005\ST19438.txtþ

þST19439þ þST19439þ þST19439þ þST19439þ þST19439þ þST19439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/decision_support_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST19580þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þdecision_support_hdefault.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ971þ þb31c4f3f8a5229b5cb0b80f2fed76a8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19439.pngþ þTEXT\0005\ST19439.txtþ

þST19440þ þST19440þ þST19440þ þST19440þ þST19440þ þST19440þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/decision_support_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19581þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hhit.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ2607þ þ391f2bda56fa7727a91602c5da3cbca1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19440.pngþ þTEXT\0005\ST19440.txtþ

þST19441þ þST19441þ þST19441þ þST19441þ þST19441þ þST19441þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/decision_support_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19582þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2968þ þ1d9185705736fa59b09f406661ebe14eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19441.pngþ þTEXT\0005\ST19441.txtþ

þST19442þ þST19442þ þST19442þ þST19442þ þST19442þ þST19442þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/decision_support_hover.png.svn-baseþ þþ þþ þ0þ þ1þ þST19583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þdecision_support_hover.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2565þ þf16837ce7b3cd8b862f56cdd3dc57a1fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19442.pngþ þTEXT\0005\ST19442.txtþ

þST19443þ þST19443þ þST19443þ þST19443þ þST19443þ þST19443þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/decision_support_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19584þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2762þ þ733d0e3e2de2b1c0fec8046b5660cc7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19443.pngþ þTEXT\0005\ST19443.txtþ

þST19444þ þST19444þ þST19444þ þST19444þ þST19444þ þST19444þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/earnings_calendar_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19585þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3248þ þe98d4d3368a448112104ee310f5113f8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19444.pngþ

þST19445þ þST19445þ þST19445þ þST19445þ þST19445þ þST19445þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/earnings_calendar_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19586þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2966þ þ04f8eff7e5b8ef84e11c738b3b8b5cd6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19445.pngþ þTEXT\0005\ST19445.txtþ

þST19446þ þST19446þ þST19446þ þST19446þ þST19446þ þST19446þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/etf_funds_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_funds_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4543þ þc3f64776995b82f7b824908b761005

e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19446.pngþ þTEXT\0005\ST19446.txtþ
þST19447þ þST19447þ þST19447þ þST19447þ þST19447þ þST19447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/et
f_funds_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19588þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þe
tf_funds_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3851þ þc253992b716cb87d3a046543df086f
8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19447.pngþ þTEXT\0005\ST19447.txtþ
þST19448þ þST19448þ þST19448þ þST19448þ þST19448þ þST19448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/fi
nancial_ststements_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19589þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þfinancial_ststements_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3359þ þ6861ae6a
2c63cbf1727ba8e8c7a6beb7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0007\ST19448.pngþ þTEXT\0005\ST19448.txtþ
þST19449þ þST19449þ þST19449þ þST19449þ þST19449þ þST19449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/fi
nancial_ststements_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19590þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þfinancial_ststements_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3425þ þ1219cd92
d4edf2c2912ef6603413c1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0007\ST19449.pngþ þTEXT\0005\ST19449.txtþ
þST19450þ þST19450þ þST19450þ þST19450þ þST19450þ þST19450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/fl
ip_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19591þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfli
p_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ797þ þ393f2d1fb704d6fc16008a78cc44461cþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19450.pngþ þþ
þST19451þ þST19451þ þST19451þ þST19451þ þST19451þ þST19451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/fl
ip.png.svn-baseþ þþ þþ þ0þ þ1þ þST19592þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.png
.svn-baseþ þ.PNGþ þimage/pngþ þþ þ486þ þaf39c57e7b6107aac413c98e1f36f040þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19451.p
ngþ þþ
þST19452þ þST19452þ þST19452þ þST19452þ þST19452þ þST19452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/fu
ndamentals_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19593þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þfundamentals_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3455þ þ8785c6af59ad7a2fbe99ad3
a13503cf6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19452.pngþ þTEXT\0005\ST19452.txtþ

þST19453þ þST19453þ þST19453þ þST19453þ þST19453þ þST19453þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/fundamentals_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19594þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þfundamentals_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3233þ þ2e2d91f739b396ffddfa45f4f903ed02þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19453.pngþ þTEXT\0005\ST19453.txtþ

þST19454þ þST19454þ þST19454þ þST19454þ þST19454þ þST19454þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/index_dashboard_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19595þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þindex_dashboard_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4004þ þ955cd7eb8240159b96364d6cb051f589þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19454.pngþ þTEXT\0005\ST19454.txtþ

þST19455þ þST19455þ þST19455þ þST19455þ þST19455þ þST19455þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/index_dashboard_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19596þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þindex_dashboard_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3385þ þ953139bb6f86de1b3c367d8d11d07d34þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19455.pngþ þTEXT\0005\ST19455.txtþ

þST19456þ þST19456þ þST19456þ þST19456þ þST19456þ þST19456þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/index_view_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19597þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þindex_view_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4560þ þa64bf39fde253ea56a404337004cf5c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19456.pngþ þTEXT\0005\ST19456.txtþ

þST19457þ þST19457þ þST19457þ þST19457þ þST19457þ þST19457þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/index_view_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19598þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þindex_view_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3873þ þ25a6d1d2558fa2119787b6f02bc04d21þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19457.pngþ þTEXT\0005\ST19457.txtþ

þST19458þ þST19458þ þST19458þ þST19458þ þST19458þ þST19458þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/indices_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19599þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4227þ þfb5a2cc181c19fcb7c15962409dd1e46þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19458.pngþ þTEXT\0005\ST19458.txtþ

þST19459þ þST19459þ þST19459þ þST19459þ þST19459þ þST19459þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
dices_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19600þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þind
ices_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3670þ þ9e9a3e7e6db1d6fb5a0142a2c444d3d6þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
7\ST19459.pngþ þTEXT\0005\ST19459.txtþ
þST19460þ þST19460þ þST19460þ þST19460þ þST19460þ þST19460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
sider_trading_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19601þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þ
þ þþ þinsider_trading_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3028þ þf829cb609f702724e9
16af871544e496þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0007\ST19460.pngþ þþ
þST19461þ þST19461þ þST19461þ þST19461þ þST19461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
sider_trading_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19602þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þinsider_trading_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2994þ þac811dd0d653360ffa
684a92fbb80025þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0007\ST19461.pngþ þþ
þST19462þ þST19462þ þST19462þ þST19462þ þST19462þ þST19462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
st_holdings_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19603þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þinst_holdings_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3185þ þbe6519db5d72830be7353
d1f67b7718eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19462.pngþ þTEXT\0005\ST19462.txtþ
þST19463þ þST19463þ þST19463þ þST19463þ þST19463þ þST19463þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
st_holdings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19604þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þinst_holdings_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3104þ þ7e8ecae9d5379bba04941
16586021822þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19463.pngþ þTEXT\0005\ST19463.txtþ
þST19464þ þST19464þ þST19464þ þST19464þ þST19464þ þST19464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
teractive_brokers_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19465;
ST19606þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinteractive_brokers_r.png.svn-baseþ þ.
PNGþ þimage/pngþ þþ þ5288þ þ84b068e2c83c078829422125266f945cþ þ1þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19464.pngþ þTEXT\0005\ST19464.txtþ
þST19465þ þST19465þ þST19465þ þST19465þ þST19465þ þST19465þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/in
teractive_brokers_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19464; ST19605;
ST19606þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinteractive_brokers_y.png.svn-baseþ þ.
PNGþ þimage/pngþ þþ þ5288þ þ84b068e2c83c078829422125266f945cþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19465.pngþ þTEXT\0005\ST19465.txtþ
þST19466þ þST19466þ þST19466þ þST19466þ þST19466þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/le
vel_2_depth_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19607þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þlevel_2_depth_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3343þ þ292f601214cea22f84de8
dd487f4cfc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19466.pngþ þTEXT\0005\ST19466.txtþ
þST19467þ þST19467þ þST19467þ þST19467þ þST19467þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/le
vel_2_depth_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19608þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þlevel_2_depth_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3120þ þ3c922e736d9d78f9564f4
d2b22f0108dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19467.pngþ þTEXT\0005\ST19467.txtþ
þST19468þ þST19468þ þST19468þ þST19468þ þST19468þ þST19468þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/li
mit_alerts_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19609þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þlimit_alerts_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2839þ þ0ea3a9cc3861329cea47829
f2c264fc9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19468.pngþ þTEXT\0005\ST19468.txtþ
þST19469þ þST19469þ þST19469þ þST19469þ þST19469þ þST19469þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/li
mit_alerts_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19610þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þlimit_alerts_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2612þ þ35f782b4918ca749c7efaf1
b68b4cee1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19469.pngþ þTEXT\0005\ST19469.txtþ
þST19470þ þST19470þ þST19470þ þST19470þ þST19470þ þST19470þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/lo
gin_broker_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19611þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þlogin_broker_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1767þ þc701056a66f9b0a77a67a54
57e97d82aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19470.pngþ þTEXT\0005\ST19470.txtþ
þST19471þ þST19471þ þST19471þ þST19471þ þST19471þ þST19471þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/lo

gin_broker_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19612þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þlogin_broker_y.png.svn-base þ.PNGþ þimage/pngþ þþ þ1697þ þcc5afe396ddfa0dd2784a0a 488abea2eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0007\ST19471.pngþ þTEXT\0005\ST19471.txtþ

þST19472þ þST19472þ þST19472þ þST19472þ þST19472þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ma nagement_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19625þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ management_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3060þ þbfb2cc2bacf8f4f01ee933545ff1 e9ebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0007\ST19472.pngþ þTEXT\0005\ST19472.txtþ

þST19473þ þST19473þ þST19473þ þST19473þ þST19473þ þST19473þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ma nagement_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19626þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ management_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2945þ þc205ac9d9cff40d92cc413fcf78c dbc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0007\ST19473.pngþ þþ

þST19474þ þST19474þ þST19474þ þST19474þ þST19474þ þST19474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ma rket_internals_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19627þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3518þ þ110238ae53562a7b cd1fc54e51c8ff09þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0007\ST19474.pngþ þþ

þST19475þ þST19475þ þST19475þ þST19475þ þST19475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ma rket_internals_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19628þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3256þ þ7fdd3ecfbe822c49 3d7fd98e635f08b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0007\ST19475.pngþ þTEXT\0005\ST19475.txtþ

þST19476þ þST19476þ þST19476þ þST19476þ þST19476þ þST19476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ma rket_maker_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST19629þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þmarket_maker_default.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8372þ þ708d5d59b08 cc1da3761fe7c8039e750þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0007\ST19476.pngþ þTEXT\0005\ST19476.txtþ

þST19477þ þST19477þ þST19477þ þST19477þ þST19477þ þST19477þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ma rket_maker_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_hit.png.svn-

baseþ þ.PNGþ þimage/pngþ þþ þ8663þ þ091b387ad4feef749dc64ca17e988882þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19477.pngþ þ þ

þST19478þ þST19478þ þST19478þ þST19478þ þST19478þ þST19478þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/market_maker_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19631þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ8816þ þe0912e64ff0f4792c221563f9e0740e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19478.pngþ þTEXT\0005\ST19478.txtþ

þST19479þ þST19479þ þST19479þ þST19479þ þST19479þ þST19479þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/marketview_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19632þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketview_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3229þ þ7734072d60b43ffc5b54f89e6bd4573fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19479.pngþ þTEXT\0005\ST19479.txtþ

þST19480þ þST19480þ þST19480þ þST19480þ þST19480þ þST19480þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/marketview_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19633þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketview_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3041þ þdc671f35fd6d506e5d1a43dedd721727þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19480.pngþ þTEXT\0005\ST19480.txtþ

þST19481þ þST19481þ þST19481þ þST19481þ þST19481þ þST19481þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/mb_trading_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19482; ST19634; ST19635þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmb_trading_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4367þ þ6498eb1a01492f9308b84a0777e735d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19481.pngþ þTEXT\0005\ST19481.txtþ

þST19482þ þST19482þ þST19482þ þST19482þ þST19482þ þST19482þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/mb_trading_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19481; ST19634; ST19635þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmb_trading_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4367þ þ6498eb1a01492f9308b84a0777e735d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19482.pngþ þTEXT\0005\ST19482.txtþ

þST19483þ þST19483þ þST19483þ þST19483þ þST19483þ þST19483þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/mm_news_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19484; ST19636;

ST19637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_news_r.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ3072þ þ540308a9689dea0219f5f3d52fa71699þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19483.pngþ þþ
þST19484þ þST19484þ þST19484þ þST19484þ þST19484þ þST19484þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/mm
_news_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19483; ST19636;
ST19637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_news_y.png.svn-baseþ þ.PNGþ þimage/
pngþ þþ þ3072þ þ540308a9689dea0219f5f3d52fa71699þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19484.pngþ þþ
þST19485þ þST19485þ þST19485þ þST19485þ þST19485þ þST19485þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/my
_layouts_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19638þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
my_layouts_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1389þ þf12fac373ec9251b44074c83c342
999dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0007\ST19485.pngþ þþ
þST19486þ þST19486þ þST19486þ þST19486þ þST19486þ þST19486þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/my
_layouts_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19639þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
my_layouts_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1299þ þcf867272acca724a04922ab6acb2
7832þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0007\ST19486.pngþ þTEXT\0005\ST19486.txtþ
þST19487þ þST19487þ þST19487þ þST19487þ þST19487þ þST19487þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/my
_settings_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19640þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þmy_settings_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2802þ þe94ba362a9044f3538647527a6
fe5709þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0007\ST19487.pngþ þTEXT\0005\ST19487.txtþ
þST19488þ þST19488þ þST19488þ þST19488þ þST19488þ þST19488þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/my
_settings_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19641þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þmy_settings_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2745þ þ91c185885c070195e3fd08c51f
8edd10þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0007\ST19488.pngþ þTEXT\0005\ST19488.txtþ
þST19489þ þST19489þ þST19489þ þST19489þ þST19489þ þST19489þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
w_filter_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
new_filter_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3627þ þ45ac29902ba53f3d944421520f7d
c97aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV

ES\0007\ST19489.pngþ þTEXT\0005\ST19489.txtþ
þST19490þ þST19490þ þST19490þ þST19490þ þST19490þ þST19490þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
w_filter_y.png.svn-baseþ þþ þþ þþ þ0þ þ1þ þST19643þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
new_filter_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3247þ þ2a9465e419f840bf4577664f4ce1
cdcfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0007\ST19490.pngþ þTEXT\0005\ST19490.txtþ
þST19491þ þST19491þ þST19491þ þST19491þ þST19491þ þST19491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
ws_ctg_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19644þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þne
ws_ctg_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1683þ þ860f0ed9f8ae38c353f0bbe73853bf5f
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
007\ST19491.pngþ þTEXT\0005\ST19491.txtþ
þST19492þ þST19492þ þST19492þ þST19492þ þST19492þ þST19492þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
ws_ctg_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19645þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
ws_ctg_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1370þ þ4efad3bc19d6da65e42e912674bb9a70
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
007\ST19492.pngþ þTEXT\0005\ST19492.txtþ
þST19493þ þST19493þ þST19493þ þST19493þ þST19493þ þST19493þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
ws_filings_ntf_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19646þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þnews_filings_ntf_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1792þ þ4f11b81ed811d1fd
8220bbd5fdf7206bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0007\ST19493.pngþ þ
þST19494þ þST19494þ þST19494þ þST19494þ þST19494þ þST19494þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
ws_filings_ntf_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19647þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þnews_filings_ntf_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1576þ þ5b4c6e2c2bd33880
e568cd4b721ff0a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0007\ST19494.pngþ þTEXT\0005\ST19494.txtþ
þST19495þ þST19495þ þST19495þ þST19495þ þST19495þ þST19495þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
ws_filings_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19648þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þnews_filings_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3316þ þefa09122b92bec16022666e
4347a331cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19495.pngþ þTEXT\0005\ST19495.txtþ
þST19496þ þST19496þ þST19496þ þST19496þ þST19496þ þST19496þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/news_filings_src_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19649þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_src_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2000þ þ6b64785d4f8a03d44420aa4b0159e7d8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19496.pngþ þTEXT\0005\ST19496.txtþ
þST19497þ þST19497þ þST19497þ þST19497þ þST19497þ þST19497þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/news_filings_src_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19650þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_src_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1793þ þ33afde0c8067bf5c3255281a3fab8bd1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19497.pngþ þTEXT\0005\ST19497.txtþ
þST19498þ þST19498þ þST19498þ þST19498þ þST19498þ þST19498þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/news_filings_str_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19651þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_str_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1570þ þcfd1559afa1855a98f2f9500862a35fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19498.pngþ þþ
þST19499þ þST19499þ þST19499þ þST19499þ þST19499þ þST19499þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/news_filings_str_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19652þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_str_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1403þ þf97eb613266823daaddc239436ddde19þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19499.pngþ þþ
þST19500þ þST19500þ þST19500þ þST19500þ þST19500þ þST19500þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/news_filings_tape_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19653þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_tape_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1767þ þ9cd010225a80b700565ce1edad3b0cbeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19500.pngþ þTEXT\0005\ST19500.txtþ
þST19501þ þST19501þ þST19501þ þST19501þ þST19501þ þST19501þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/news_filings_tape_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_tape_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1598þ þb4e1b5debbceb62651bcc1cdda6e5a08þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19501.pngþ þþ
þST19502þ þST19502þ þST19502þ þST19502þ þST19502þ þST19502þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ne
ws_filings_y.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19655þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þnews_filings_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3007þ þd5c6ad13ba099b04c6d742f
ed49b1c25þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19502.pngþ þþ

þST19503þ þST19503þ þST19503þ þST19503þ þST19503þ þST19503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/no
n_mm_stocks_r.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19656þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þnon_mm_stocks_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4029þ þbc5c0508119ffcca9bc12
5d730ba9acbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19503.pngþ þTEXT\0005\ST19503.txtþ

þST19504þ þST19504þ þST19504þ þST19504þ þST19504þ þST19504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/no
n_mm_stocks_y.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19657þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þnon_mm_stocks_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3636þ þ755ebd1b2e681b970442a
78ba67b8392þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19504.pngþ þTEXT\0005\ST19504.txtþ

þST19505þ þST19505þ þST19505þ þST19505þ þST19505þ þST19505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ol
d_filter_r.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19658þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þold_filter_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3607þ þc4c8b35547da8c6a86ec1a6e07a1
8471þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0007\ST19505.pngþ þTEXT\0005\ST19505.txtþ

þST19506þ þST19506þ þST19506þ þST19506þ þST19506þ þST19506þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ol
d_filter_y.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19659þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þold_filter_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3227þ þ51f433ae4d7a41cbfc52a6e7c5f1
75d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0007\ST19506.pngþ þTEXT\0005\ST19506.txtþ

þST19507þ þST19507þ þST19507þ þST19507þ þST19507þ þST19507þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pa
d_bg_ver.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19660þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþa
d_bg_ver.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ17749þ þf21d8357be5ccdc2310c644d80b1b9c
3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0007\ST19507.pngþ þTEXT\0005\ST19507.txtþ

þST19508þ þST19508þ þST19508þ þST19508þ þST19508þ þST19508þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pa
d_bg.png.svn-baseþ þþ þþ þþ0þ þ1þ þST19661þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_bg

.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ9485þ þ607743b2756cf4857d6500525119a300þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19
508.pngþ þþ

þST19509þ þST19509þ þST19509þ þST19509þ þST19509þ þST19509þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pa
d_new_bg.png.svn-baseþ þþ þþ þ0þ þ1þ þST19662þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
d_new_bg.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ18216þ þ79f5c84161b0a2fd387f0ae0cbf45bb
5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0007\ST19509.pngþ þTEXT\0005\ST19509.txtþ

þST19510þ þST19510þ þST19510þ þST19510þ þST19510þ þST19510þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pa
d_pro_bg.png.svn-baseþ þþ þþ þ0þ þ1þ þST19663þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpa
d_pro_bg.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5451þ þ8333487728717231e09424d88aea7742
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
007\ST19510.pngþ þþ

þST19511þ þST19511þ þST19511þ þST19511þ þST19511þ þST19511þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/po
sition_manager_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19664þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þposition_manager_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1954þ þ430dacb3ccc1882f
db9065928a161fe7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0007\ST19511.pngþ þTEXT\0005\ST19511.txtþ

þST19512þ þST19512þ þST19512þ þST19512þ þST19512þ þST19512þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/po
sition_manager_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19665þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þposition_manager_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1796þ þ0e036309f944d25d
f236398b337debc6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0007\ST19512.pngþ þTEXT\0005\ST19512.txtþ

þST19513þ þST19513þ þST19513þ þST19513þ þST19513þ þST19513þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pr
eferences_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST19666þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þpreferences_default.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3813þ þ4bf4c259ed308
962f5aa54709dbca495þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST19513.pngþ þTEXT\0005\ST19513.txtþ

þST19514þ þST19514þ þST19514þ þST19514þ þST19514þ þST19514þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pr
eferences_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST19667þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þpreferences_hdefault.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4165þ þ8c67ad8071a
5cad2554189770e26afcdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA

LSEþ þTRUEþ þNATIVES\0007\ST19514.pngþ þþ

þST19515þ þST19515þ þST19515þ þST19515þ þST19515þ þST19515þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pr
eferences_hhit.png.svn-baseþ þþ þ0þ þ1þ þST19668þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þpreferences_hhit.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ4788þ þ038383f87e6ddadd1369251bb99bba4cþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19515.pngþ þ
þ

þST19516þ þST19516þ þST19516þ þST19516þ þST19516þ þST19516þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pr
eferences_hit.png.svn-baseþ þþ þ0þ þ1þ þST19669þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þpreferences_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6021þ þ6d062a493faaba7c025fa
77c5d1c5870þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0007\ST19516.pngþ þþ

þST19517þ þST19517þ þST19517þ þST19517þ þST19517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pr
eferences_hover.png.svn-baseþ þþ þ0þ þ1þ þST19670þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þpreferences_hover.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4860þ þ3963f13f7ecfb6df24
e17d9c89f9d9ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0007\ST19517.pngþ þþ

þST19518þ þST19518þ þST19518þ þST19518þ þST19518þ þST19518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/pr
eferences_over.png.svn-baseþ þþ þ0þ þ1þ þST19671þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þpreferences_over.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ5726þ þ9d2e8f258b85823c31ffe9f645866749þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19518.pngþ þ
þ

þST19519þ þST19519þ þST19519þ þST19519þ þST19519þ þST19519þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
duce_over.png.svn-baseþ þþ þ0þ þ1þ þST19672þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þr
educe_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ267þ þe7edcf473d752d21a4425bd70b8c63d
4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0007\ST19519.pngþ þþ

þST19520þ þST19520þ þST19520þ þST19520þ þST19520þ þST19520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
duce.png.svn-baseþ þþ þþ þ0þ þ1þ þST19673þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreduce
.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ267þ þ9dd1e57c605862bee9e58c499799c28cþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST195

20.pngþ þþ
þST19521þ þST19521þ þST19521þ þST19521þ þST19521þ þST19521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
search_default.png.svn-baseþ þþ þ0þ þ1þ þST19674þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þresearch_default.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3584þ þ05befb348abb6e0e8215d246a951cd9eþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19521.pngþ þ
TEXT\0005\ST19521.txtþ
þST19522þ þST19522þ þST19522þ þST19522þ þST19522þ þST19522þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
search_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST19675þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þresearch_hdefault.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3682þ þ3b889aad173a9629bf
51ce9fbbdf8da8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0007\ST19522.pngþ þþ
þST19523þ þST19523þ þST19523þ þST19523þ þST19523þ þST19523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
search_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19676þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þresearch_hhit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4551þ þ4ee84d57749f4544daaefc300a
974c3bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0007\ST19523.pngþ þþ
þST19524þ þST19524þ þST19524þ þST19524þ þST19524þ þST19524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
search_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19677þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
research_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4851þ þ2896717ecf7f4a4847af66e85ec3
9a9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0007\ST19524.pngþ þTEXT\0005\ST19524.txtþ
þST19525þ þST19525þ þST19525þ þST19525þ þST19525þ þST19525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
search_hover.png.svn-baseþ þþ þþ þ0þ þ1þ þST19678þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þresearch_hover.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4611þ þ669de8f120000de07415caa
1edfbaeebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19525.pngþ þþ
þST19526þ þST19526þ þST19526þ þST19526þ þST19526þ þST19526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/re
search_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19679þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þresearch_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4735þ þ5673befd3130463a008145fa67
c4dc45þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0007\ST19526.pngþ þTEXT\0005\ST19526.txtþ

þST19527þ þST19527þ þST19527þ þST19527þ þST19527þ þST19527þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/sector_tools_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19680þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þsector_tools_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3207þ þ1f7177f83d66ee3b06432ca 36ae84c7bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0007\ST19527.pngþ þþ

þST19528þ þST19528þ þST19528þ þST19528þ þST19528þ þST19528þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/sector_tools_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19681þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þsector_tools_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2939þ þb306773a66b95cc8aed7adb 4bf768b09þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0007\ST19528.pngþ þþ

þST19529þ þST19529þ þST19529þ þST19529þ þST19529þ þST19529þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/short_sale_view_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19682þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þshort_sale_view_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4953þ þ078bbb02530c603957 3c549707c159d7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0007\ST19529.pngþ þTEXT\0005\ST19529.txtþ

þST19530þ þST19530þ þST19530þ þST19530þ þST19530þ þST19530þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/short_sale_view_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19683þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þshort_sale_view_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4216þ þc3f89b32610929a893 b026176fff0fe8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0007\ST19530.pngþ þTEXT\0005\ST19530.txtþ

þST19531þ þST19531þ þST19531þ þST19531þ þST19531þ þST19531þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/streaming_filters_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19684þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þstreaming_filters_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3461þ þb502d4d648260 a7177bafc6f4e40360eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0007\ST19531.pngþ þþ

þST19532þ þST19532þ þST19532þ þST19532þ þST19532þ þST19532þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/streaming_filters_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19685þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þstreaming_filters_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3120þ þb9ea9989df2b9f d4c30a10155839b17bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0007\ST19532.pngþ þTEXT\0005\ST19532.txtþ

þST19533þ þST19533þ þST19533þ þST19533þ þST19533þ þST19533þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/sy
stem_update_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST19686þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þsystem_update_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4841þ þ285ab1155d9055713a60b
b7621762876þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19533.pngþ þTEXT\0005\ST19533.txtþ
þST19534þ þST19534þ þST19534þ þST19534þ þST19534þ þST19534þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/sy
stem_update_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19687þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þsystem_update_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4612þ þec5de8e4d0eee7429aac3
91055ce99eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19534.pngþ þTEXT\0005\ST19534.txtþ
þST19535þ þST19535þ þST19535þ þST19535þ þST19535þ þST19535þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/sy
stem_update.png.svn-baseþ þþ þþ þ0þ þ1þ þST19688þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þsystem_update.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2895þ þec887cd1b8e1b3777df2df6d8c
8ea5bcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0007\ST19535.pngþ þTEXT\0005\ST19535.txtþ
þST19536þ þST19536þ þST19536þ þST19536þ þST19536þ þST19536þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/te
chnicals_ratios_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19689þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þtechnicals_ratios_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3408þ þ74be22dc188b9
69ff1a040fff0ee2b82þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST19536.pngþ þTEXT\0005\ST19536.txtþ
þST19537þ þST19537þ þST19537þ þST19537þ þST19537þ þST19537þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/te
chnicals_ratios_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19690þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þtechnicals_ratios_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3265þ þ480a60408b14e
85434b6a6c3cb1d60f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0007\ST19537.pngþ þTEXT\0005\ST19537.txtþ
þST19538þ þST19538þ þST19538þ þST19538þ þST19538þ þST19538þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/te
ct_support_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19691þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þtect_support_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1604þ þ480f37c242e34d53e1a71
1a0791fba77þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0007\ST19538.pngþ þTEXT\0005\ST19538.txtþ
þST19539þ þST19539þ þST19539þ þST19539þ þST19539þ þST19539þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/te

ct_support_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST19692þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtect_support_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1604þ þ9c11b8a6abd9c1cfdbdbe ba650c71917þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19539.pngþ þTEXT\0005\ST19539.txtþ þST19540þ þST19540þ þST19540þ þST19540þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ticker_tapes_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19693þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þticker_tapes_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3193þ þ22a2db07d44524e80bb4a31 e358841bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19540.pngþ þTEXT\0005\ST19540.txtþ þST19541þ þST19541þ þST19541þ þST19541þ þST19541þ þST19541þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/ticker_tapes_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19694þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þticker_tapes_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2929þ þ62b9ca92ce5e0fac3f56052 3b3bbac89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19541.pngþ þTEXT\0005\ST19541.txtþ þST19542þ þST19542þ þST19542þ þST19542þ þST19542þ þST19542þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/time_sales_hist_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19695þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_hist_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3387þ þc7a0ff605ebe9154a5 8e72d37c2b3194þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19542.pngþ þTEXT\0005\ST19542.txtþ þST19543þ þST19543þ þST19543þ þST19543þ þST19543þ þST19543þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/time_sales_hist_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_hist_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3095þ þb7630143f2d3aa5125 23b9374a0169b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19543.pngþ þTEXT\0005\ST19543.txtþ þST19544þ þST19544þ þST19544þ þST19544þ þST19544þ þST19544þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/time_sales_real_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19697þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_real_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3111þ þc51a7324b48a9294eb 27c62f0dc389e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19544.pngþ þTEXT\0005\ST19544.txtþ þST19545þ þST19545þ þST19545þ þST19545þ þST19545þ þST19545þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/time_sales_real_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_real_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ2788þ þe2d566effd0ab33be6

1f0cf76efcd491þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19545.pngþ þTEXT\0005\ST19545.txtþ

þST19546þ þST19546þ þST19546þ þST19546þ þST19546þ þST19546þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trade_idea_generation_default.png.svn-baseþ þþ þþ þ0þ þ1þ þST19699þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_default.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3283þ þ9255aee56e0445c61dc450ea7e9141eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19546.pngþ þTEXT\0005\ST19546.txtþ

þST19547þ þST19547þ þST19547þ þST19547þ þST19547þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trade_idea_generation_hdefault.png.svn-baseþ þþ þþ þ0þ þ1þ þST19700þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þtrade_idea_generation_hdefault.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3443þ þbf228e0342cfb6e6d98069516599e4d8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19547.txtþ

þST19548þ þST19548þ þST19548þ þST19548þ þST19548þ þST19548þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trade_idea_generation_hhit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19701þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hhit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4431þ þ1aec3b9c454c7c7dea7729929f3c66a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19548.pngþ þTEXT\0005\ST19548.txtþ

þST19549þ þST19549þ þST19549þ þST19549þ þST19549þ þST19549þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trade_idea_generation_hit.png.svn-baseþ þþ þþ þ0þ þ1þ þST19702þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þtrade_idea_generation_hit.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4797þ þ435095689fa07500ae2a62eba06f8922þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19549.pngþ þTEXT\0005\ST19549.txtþ

þST19550þ þST19550þ þST19550þ þST19550þ þST19550þ þST19550þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trade_idea_generation_hover.png.svn-baseþ þþ þþ þ0þ þ1þ þST19703þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þtrade_idea_generation_hover.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4140þ þedb97090447ef97decf030f01c967943þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19550.pngþ þTEXT\0005\ST19550.txtþ

þST19551þ þST19551þ þST19551þ þST19551þ þST19551þ þST19551þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trade_idea_generation_over.png.svn-baseþ þþ þþ þ0þ þ1þ þST19704þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_over.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4399þ þb698d888ee8ba7eadc1172ebcd50bda8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19551.pngþ þTEXT\0005\ST19551.txtþ
þST19552þ þST19552þ þST19552þ þST19552þ þST19552þ þST19552þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/tr
ade_window_r.png.svn-baseþ þþ þ0þ þ1þ þST19705þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þtrade_window_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1804þ þa16cd39d4a84effcd6f2759
3b8834818þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19552.pngþ þþ
þST19553þ þST19553þ þST19553þ þST19553þ þST19553þ þST19553þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/tr
ade_window_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19706þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þtrade_window_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1706þ þ1111cd559bff26a005db8a6
ade3ee6d0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0007\ST19553.pngþ þTEXT\0005\ST19553.txtþ
þST19554þ þST19554þ þST19554þ þST19554þ þST19554þ þST19554þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/tr
ading_alerts_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19707þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þtrading_alerts_r.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3476þ þ00b2cd4fd54fa612e58022c56f4476aeþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19554.pngþ þ
þ
þST19555þ þST19555þ þST19555þ þST19555þ þST19555þ þST19555þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/tr
ading_alerts_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þtrading_alerts_y.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ3246þ þ13515dfc9d436c04ea208e4b90bc9f8fþ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19555.pngþ þ
TEXT\0005\ST19555.txtþ
þST19556þ þST19556þ þST19556þ þST19556þ þST19556þ þST19556þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/tr
ading_o.png.svn-baseþ þþ þþ þ0þ þ1þ þST19709þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtra
ding_o.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5858þ þa79fe8b4a5290117957a16bf4b37754eþ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000
7\ST19556.pngþ þTEXT\0005\ST19556.txtþ
þST19557þ þST19557þ þST19557þ þST19557þ þST19557þ þST19557þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/tr
ading_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19710þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtra
ding_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5659þ þ7647aa76ad27db341d1aaa7a67d32013þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000

7\ST19557.pngþ þTEXT\0005\ST19557.txtþ

þST19558þ þST19558þ þST19558þ þST19558þ þST19558þ þST19558þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/trading.png.svn-baseþ þþ þþ þ0þ þ1þ þST19711þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtradi ng.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5356þ þa543c916e1b4c4f8eb6b611b9c617d8cþ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST 19558.pngþ þTEXT\0005\ST19558.txtþ

þST19559þ þST19559þ þST19559þ þST19559þ þST19559þ þST19559þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/universe_manager_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19712þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse_manager_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3937þ þca40f61caa244e1a 21877dbf18e3a540þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0007\ST19559.pngþ þTEXT\0005\ST19559.txtþ

þST19560þ þST19560þ þST19560þ þST19560þ þST19560þ þST19560þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/universe_manager_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19713þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse_manager_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3611þ þ3a6adea365c2612a bb3b429b47b7e5a4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0007\ST19560.pngþ þTEXT\0005\ST19560.txtþ

þST19561þ þST19561þ þST19561þ þST19561þ þST19561þ þST19561þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/video_tutorials_dw.png.svn-baseþ þþ þþ þ0þ þ1þ þST19714þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvideo_tutorials_dw.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1705þ þ6675aac5957aa1a4 666ab04e4ee78a1fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0007\ST19561.pngþ þTEXT\0005\ST19561.txtþ

þST19562þ þST19562þ þST19562þ þST19562þ þST19562þ þST19562þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/video_tutorials_up.png.svn-baseþ þþ þþ þ0þ þ1þ þST19715þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvideo_tutorials_up.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ1699þ þ50d0634865d18f95 f663f168a924ae5dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0007\ST19562.pngþ þTEXT\0005\ST19562.txtþ

þST19563þ þST19563þ þST19563þ þST19563þ þST19563þ þST19563þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/vwap_calculator_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þvwap_calculator_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3786þ þdde833d98a392fb09b 264fad822cab99þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0007\ST19563.pngþ þTEXT\0005\ST19563.txtþ

þST19564þ þST19564þ þST19564þ þST19564þ þST19564þ þST19564þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/vwap_calculator_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19717þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þvwap_calculator_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3224þ þf8705e8234500b19a5e750e3070d52c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19564.pngþ þTEXT\0005\ST19564.txtþ

þST19565þ þST19565þ þST19565þ þST19565þ þST19565þ þST19565þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/watch_list_r.png.svn-baseþ þþ þþ þ0þ þ1þ þST19718þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ watch_list_r.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3216þ þ42703940fdce5571908a93a425f9e513þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19565.pngþ þþ

þST19566þ þST19566þ þST19566þ þST19566þ þST19566þ þST19566þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/.svn/text-base/watch_list_y.png.svn-baseþ þþ þþ þ0þ þ1þ þST19719þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ watch_list_y.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ3026þ þf64f051f0123ac5c3109546fd14da660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19566.pngþ þþ

þST19567þ þST19567þ þST19567þ þST19567þ þST19567þ þST19567þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/account_admin_dw.pngþ þþ þþ þ0þ þ1þ þST19426þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þaccount_admin_dw.pngþ þ.PNGþ þimage/pngþ þþ þ2147þ þc0f0a6b761511d21354993dddb2c37beþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19567.pngþ þTEXT\0005\ST19567.txtþ

þST19568þ þST19568þ þST19568þ þST19568þ þST19568þ þST19568þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/account_admin_up.pngþ þþ þþ þ0þ þ1þ þST19427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þaccount_admin_up.pngþ þ.PNGþ þimage/pngþ þþ þ2144þ þ9e921965f1e6cf0b96e66a0b65f19ca5þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19568.pngþ þTEXT\0005\ST19568.txtþ

þST19569þ þST19569þ þST19569þ þST19569þ þST19569þ þST19569þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/ameritrade_r.pngþ þþ þþ þ0þ þ1þ þST19428; ST19429; ST19570þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þameritrade_r.pngþ þ.PNGþ þimage/pngþ þþ þ4000þ þbba30574e92726f2deba8beb74bd038fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19569.pngþ þTEXT\0005\ST19569.txtþ

þST19570þ þST19570þ þST19570þ þST19570þ þST19570þ þST19570þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/ameritrade_y.pngþ þþ þþ þ0þ þ1þ þST19428; ST19429;
ST19569þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þameritrade_y.pngþ þ.PNGþ þimage/pngþ þþ þ4000þ þbba30574e92726f2deba8beb74bd038fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19570.pngþ þTEXT\0005\ST19570.txtþ þST19571þ þST19571þ þST19571þ þST19571þ þST19571þ þST19571þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/chart_montage_r.p ngþ þþ þþ þ0þ þ1þ þST19430þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage_r.pngþ þ.PNGþ þimage/pngþ þþ þ3716þ þfe8bc3e578ce9e5d0e4ad6f9b034ef9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19571.pngþ þþ þST19572þ þST19572þ þST19572þ þST19572þ þST19572þ þST19572þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/chart_montage_y.p ngþ þþ þþ þ0þ þ1þ þST19431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_montage_y.pngþ þ.PNGþ þimage/pngþ þþ þ3816þ þe5cd4cd7061ac4ce1d7fd02483fa993cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19572.pngþ þþ þST19573þ þST19573þ þST19573þ þST19573þ þST19573þ þST19573þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/chart_only_r.pngþ þþ þþ þ0þ þ1þ þST19432þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_only_r.pngþ þ.PNGþ þimage/pngþ þþ þ3601þ þfc22e8d695cd87a97ee99f1b1f61a45bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19573.pngþ þTEXT\0005\ST 19573.txtþ
þST19574þ þST19574þ þST19574þ þST19574þ þST19574þ þST19574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/chart_only_y.pngþ þþ þþ þ0þ þ1þ þST19433þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchart_only_y.pngþ þ.PNGþ þimage/pngþ þþ þ3279þ þ4c7a97c5f8ac7657dcbe9ae9a0f7adbaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19574.pngþ þTEXT\0005\ST 19574.txtþ
þST19575þ þST19575þ þST19575þ þST19575þ þST19575þ þST19575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/close_over.pngþ þ þ þþ þþ þ0þ þ1þ þST19434þ þþ þþ þþ þþ þþ þþ þþ þþ þclose_over.pngþ þ.PNGþ þim age/pngþ þþ þ342þ þd39464e04cd1036b1cff790bd3baf370þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19575.pngþ þþ
þST19576þ þST19576þ þST19576þ þST19576þ þST19576þ þST19576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/close.pngþ þþ þ þ0þ þ1þ þST19435þ þþ þþ þþ þþ þþ þþ þþ þclose.pngþ þ.PNGþ þimage/pngþ þþ þ230þ þ500d5a2617b3c6b1e701e05c4822bc62þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19576.pngþ þþ
þST19577þ þST19577þ þST19577þ þST19577þ þST19577þ þST19577þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/company_description_r.pngþ þþ þþ þ0þ þ1þ þST19436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompany_description_r.pngþ þ.PNGþ þimage/pngþ þþ þ3411þ þef9664e6f28d867799068034d6683ad0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19577.pngþ þTEXT\0005\ST19577.txtþ
þST19578þ þST19578þ þST19578þ þST19578þ þST19578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/company_description_y.pngþ þþ þþ þ0þ þ1þ þST19437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcompany_description_y.pngþ þ.PNGþ þimage/pngþ þþ þ3350þ þ6d0b55ca8b86962e80a9d3370fee69b6þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19578.pngþ þTEXT\0005\ST19578.txtþ
þST19579þ þST19579þ þST19579þ þST19579þ þST19579þ þST19579þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/decision_support_default.pngþ þþ þþ þ0þ þ1þ þST19438þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_default.pngþ þ.PNGþ þimage/pngþ þþ þ946þ þ1551bb6ceb27d3b47d3ee1ae668b5eb3þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19579.pngþ þTEXT\0005\ST19579.txtþ
þST19580þ þST19580þ þST19580þ þST19580þ þST19580þ þST19580þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/decision_support_hdefault.pngþ þþ þþ þ0þ þ1þ þST19439þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hdefault.pngþ þ.PNGþ þimage/pngþ þþ þ971þ þb31c4f3f8a5229b5cb0b80f2fed76a8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19580.pngþ þTEXT\0005\ST19580.txtþ
þST19581þ þST19581þ þST19581þ þST19581þ þST19581þ þST19581þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/decision_support_hhit.pngþ þþ þþ þ0þ þ1þ þST19440þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hhit.pngþ þ.PNGþ þimage/pngþ þþ þ2607þ þ391f2bda56fa7727a91602c5da3cbca1þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19581.pngþ þTEXT\0005\ST19581.txtþ
þST19582þ þST19582þ þST19582þ þST19582þ þST19582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/decision_support_hit.pngþ þþ þþ þ0þ þ1þ þST19441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support_hit.pngþ þ.PNGþ þimage/pngþ þþ þ2968þ þ1d9185705736fa59b09f406661ebe14eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19582.pngþ þTEXT\0005\ST19582.txtþ
þST19583þ þST19583þ þST19583þ þST19583þ þST19583þ þST19583þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/decision_support_
hover.pngþ þþ þþ þ0þ þ1þ þST19442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_suppo
rt_hover.pngþ þ.PNGþ þimage/pngþ þþ þ2565þ þf16837ce7b3cd8b862f56cdd3dc57a1fþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST195
83.pngþ þTEXT\0005\ST19583.txtþ
þST19584þ þST19584þ þST19584þ þST19584þ þST19584þ þST19584þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/decision_support_
over.pngþ þþ þþ þ0þ þ1þ þST19443þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_suppo
rt_over.pngþ þ.PNGþ þimage/pngþ þþ þ2762þ þ733d0e3e2de2b1c0fec8046b5660cc7cþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19584
.pngþ þTEXT\0005\ST19584.txtþ
þST19585þ þST19585þ þST19585þ þST19585þ þST19585þ þST19585þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/earnings_calendar
_r.pngþ þþ þþ þ0þ þ1þ þST19444þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar
_r.pngþ þ.PNGþ þimage/pngþ þþ þ3248þ þe98d4d3368a448112104ee310f5113f8þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19585.pngþ þþ
þST19586þ þST19586þ þST19586þ þST19586þ þST19586þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/earnings_calendar
_y.pngþ þþ þþ þ0þ þ1þ þST19445þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þearnings_calendar
_y.pngþ þ.PNGþ þimage/pngþ þþ þ2966þ þ04f8eff7e5b8ef84e11c738b3b8b5cd6þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19586.pngþ þTEXT\0005\ST19586.txtþ
þST19587þ þST19587þ þST19587þ þST19587þ þST19587þ þST19587þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/etf_funds_r.pngþ
þþ þþ þ0þ þ1þ þST19446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_funds_r.pngþ þ.PNGþ þ
image/pngþ þþ þ4543þ þc3f64776995b82f7b824908b761005e1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19587.pngþ þTEXT\0005\ST1
9587.txtþ
þST19588þ þST19588þ þST19588þ þST19588þ þST19588þ þST19588þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/etf_funds_y.pngþ
þþ þþ þ0þ þ1þ þST19447þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þetf_funds_y.pngþ þ.PNGþ þ
image/pngþ þþ þ3851þ þc253992b716cb87d3a046543df086f8fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19588.pngþ þTEXT\0005\ST1
9588.txtþ
þST19589þ þST19589þ þST19589þ þST19589þ þST19589þ þST19589þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/financial_ststeme
nts_r.pngþ þþ þþ þ0þ þ1þ þST19448þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancial_stst

ements_r.pngþ þ.PNGþ þimage/pngþ þþ þ3359þ þ6861ae6a2c63cbf1727ba8e8c7a6beb7þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST195
89.pngþ þTEXT\0005\ST19589.txtþ
þST19590þ þST19590þ þST19590þ þST19590þ þST19590þ þST19590þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/financial_ststeme
nts_y.pngþ þþ þþ þ0þ þ1þ þST19449þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfinancial_stst
ements_y.pngþ þ.PNGþ þimage/pngþ þþ þ3425þ þ1219cd92d4edf2c2912ef6603413c1f4þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST195
90.pngþ þTEXT\0005\ST19590.txtþ
þST19591þ þST19591þ þST19591þ þST19591þ þST19591þ þST19591þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/flip_over.pngþ þþ
þþ þ0þ þ1þ þST19450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip_over.pngþ þ.PNGþ þimage
/pngþ þþ þ797þ þ393f2d1fb704d6fc16008a78cc44461cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19591.pngþ þþ
þST19592þ þST19592þ þST19592þ þST19592þ þST19592þ þST19592þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/flip.pngþ þþ þþ þ0
þ þ1þ þST19451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þflip.pngþ þ.PNGþ þimage/pngþ þþ þ
486þ þaf39c57e7b6107aac413c98e1f36f040þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19592.pngþ þþ
þST19593þ þST19593þ þST19593þ þST19593þ þST19593þ þST19593þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/fundamentals_r.pn
gþ þþ þþ þ0þ þ1þ þST19452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_r.pngþ þ.
PNGþ þimage/pngþ þþ þ3455þ þ8785c6af59ad7a2fbe99ad3a13503cf6þ þ1þ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19593.pngþ þTEXT\0005\ST19593.txtþ
þST19594þ þST19594þ þST19594þ þST19594þ þST19594þ þST19594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/fundamentals_y.pn
gþ þþ þþ þ0þ þ1þ þST19453þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfundamentals_y.pngþ þ.
PNGþ þimage/pngþ þþ þ3233þ þ2e2d91f739b396ffddfa45f4f903ed02þ þ1þ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19594.pngþ þTEXT\0005\ST19594.txtþ
þST19595þ þST19595þ þST19595þ þST19595þ þST19595þ þST19595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/index_dashboard_r
.pngþ þþ þþ þ0þ þ1þ þST19454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_dashboard_r.p
ngþ þ.PNGþ þimage/pngþ þþ þ4004þ þ955cd7eb8240159b96364d6cb051f589þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19595.pngþ þT
EXT\0005\ST19595.txtþ
þST19596þ þST19596þ þST19596þ þST19596þ þST19596þ þST19596þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/index_dashboard_y .pngþ þþ þþ þ0þ þ1þ þST19455þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_dashboard_y.p ngþ þ.PNGþ þimage/pngþ þþ þ3385þ þ953139bb6f86de1b3c367d8d11d07d34þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19596.pngþ þT EXT\0005\ST19596.txtþ

þST19597þ þST19597þ þST19597þ þST19597þ þST19597þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/index_view_r.pngþ þþ þþ þ0þ þ1þ þST19456þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_r.pngþ þ.PNGþ þimage/pngþ þþ þ4560þ þa64bf39fde253ea56a404337004cf5c8þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19597.pngþ þTEXT\0005\ST 19597.txtþ

þST19598þ þST19598þ þST19598þ þST19598þ þST19598þ þST19598þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/index_view_y.pngþ þþ þþ þ0þ þ1þ þST19457þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindex_view_y.pngþ þ.PNGþ þimage/pngþ þþ þ3873þ þ25a6d1d2558fa2119787b6f02bc04d21þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19598.pngþ þTEXT\0005\ST 19598.txtþ

þST19599þ þST19599þ þST19599þ þST19599þ þST19599þ þST19599þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/indices_r.pngþ þþ þþ þ0þ þ1þ þST19458þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_r.pngþ þ.PNGþ þimage /pngþ þþ þ4227þ þfb5a2cc181c19fcb7c15962409dd1e46þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19599.pngþ þTEXT\0005\ST19599.txtþ

þST19600þ þST19600þ þST19600þ þST19600þ þST19600þ þST19600þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/indices_y.pngþ þþ þþ þ0þ þ1þ þST19459þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þindices_y.pngþ þ.PNGþ þimage /pngþ þþ þ3670þ þ9e9a3e7e6db1d6fb5a0142a2c444d3d6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0007\ST19600.pngþ þTEXT\0005\ST19600.txtþ

þST19601þ þST19601þ þST19601þ þST19601þ þST19601þ þST19601þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/insider_trading_r .pngþ þþ þþ þ0þ þ1þ þST19460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinsider_trading_r.p ngþ þ.PNGþ þimage/pngþ þþ þ3028þ þf829cb609f702724e916af871544e496þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19601.pngþ þþ þST19602þ þST19602þ þST19602þ þST19602þ þST19602þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/insider_trading_y

.pngþ þþ þþ þ0þ þ1þ þST19461þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinsider_trading_y.p ngþ þ.PNGþ þimage/pngþ þþ þ2994þ þac811dd0d653360ffa684a92fbb80025þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19602.pngþ þþ þST19603þ þST19603þ þST19603þ þST19603þ þST19603þ þST19603þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/inst_holdings_r.p ngþ þþ þþ þ0þ þ1þ þST19462þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinst_holdings_r.pngþ þ.PNGþ þimage/pngþ þþ þ3185þ þbe6519db5d72830be7353d1f67b7718eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19603.pngþ þTEXT\0 005\ST19603.txtþ

þST19604þ þST19604þ þST19604þ þST19604þ þST19604þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/inst_holdings_y.p ngþ þþ þþ þ0þ þ1þ þST19463þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinst_holdings_y.pngþ þ.PNGþ þimage/pngþ þþ þ3104þ þ7e8ecae9d5379bba0494116586021822þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19604.pngþ þTEXT\0 005\ST19604.txtþ

þST19605þ þST19605þ þST19605þ þST19605þ þST19605þ þST19605þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/interactive_broke rs_r.pngþ þþ þþ þ0þ þ1þ þST19464; ST19465; ST19606þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinteractive_brokers_r.pngþ þ.PNGþ þima ge/pngþ þþ þ5288þ þ84b068e2c83c078829422125266f945cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19605.pngþ þTEXT\0005\ST1960 5.txtþ

þST19606þ þST19606þ þST19606þ þST19606þ þST19606þ þST19606þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/interactive_broke rs_y.pngþ þþ þþ þ0þ þ1þ þST19464; ST19465; ST19605þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þinteractive_brokers_y.pngþ þ.PNGþ þima ge/pngþ þþ þ5288þ þ84b068e2c83c078829422125266f945cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19606.pngþ þTEXT\0005\ST1960 6.txtþ

þST19607þ þST19607þ þST19607þ þST19607þ þST19607þ þST19607þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/level_2_depth_r.p ngþ þþ þþ þ0þ þ1þ þST19466þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel_2_depth_r.pngþ þ.PNGþ þimage/pngþ þþ þ3343þ þ292f601214cea22f84de8dd487f4cfc8þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19607.pngþ þTEXT\0 005\ST19607.txtþ

þST19608þ þST19608þ þST19608þ þST19608þ þST19608þ þST19608þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/level_2_depth_y.p ngþ þþ þþ þ0þ þ1þ þST19467þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel_2_depth_y.pngþ

þ.PNGþ þimage/pngþ þþ þ3120þ þ3c922e736d9d78f9564f4d2b22f0108dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19608.pngþ þTEXT\0005\ST19608.txtþ

þST19609þ þST19609þ þST19609þ þST19609þ þST19609þ þST19609þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/limit_alerts_r.png þgþ þþ þþ þ0þ þ1þ þST19468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts_r.pngþ þ.PNGþ þimage/pngþ þþ þ2839þ þ0ea3a9cc3861329cea47829f2c264fc9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19609.pngþ þTEXT\0005\ST19609.txtþ

þST19610þ þST19610þ þST19610þ þST19610þ þST19610þ þST19610þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/limit_alerts_y.png þgþ þþ þþ þ0þ þ1þ þST19469þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlimit_alerts_y.pngþ þ.PNGþ þimage/pngþ þþ þ2612þ þ35f782b4918ca749c7efaf1b68b4cee1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19610.pngþ þTEXT\0005\ST19610.txtþ

þST19611þ þST19611þ þST19611þ þST19611þ þST19611þ þST19611þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/login_broker_r.png þgþ þþ þþ þ0þ þ1þ þST19470þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_broker_r.pngþ þ.PNGþ þimage/pngþ þþ þ1767þ þc701056a66f9b0a77a67a5457e97d82aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19611.pngþ þTEXT\0005\ST19611.txtþ

þST19612þ þST19612þ þST19612þ þST19612þ þST19612þ þST19612þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/login_broker_y.png þgþ þþ þþ þ0þ þ1þ þST19471þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlogin_broker_y.pngþ þ.PNGþ þimage/pngþ þþ þ1697þ þcc5afe396ddfa0dd2784a0a488abea2eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19612.pngþ þTEXT\0005\ST19612.txtþ

þST19613þ þST19613þ þST19613þ þST19613þ þST19613þ þST19613þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/all-wc propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ659þ þ8e4e96884d3c4233a847b8e6814949e7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19613.pngþ þTEXT\0005\ST19613.txtþ

þST19614þ þST19614þ þST19615þ þST19614þ þST19615þ þST19614þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/entrie sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ667þ þ170dbcdb8b374271db44f5fdc8ff7d74þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ

þNATIVES\0007\ST19614.txtþ þTEXT\0005\ST19614.txtþ
þST19616þ þST19616þ þST19616þ þST19616þ þST19616þ þST19616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/prop-b
ase/ef_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;

ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;

ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þef_logo.png.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19616.txtþ þTEXT\0005\ST19616.txtþ
þST19617þ þST19617þ þST19617þ þST19617þ þST19617þ þST19617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/prop-b
ase/firsttrade_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;

ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;

ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfirsttrade_logo.png.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19617.txtþ þTEXT\0005\ST19
617.txtþ
þST19618þ þST19618þ þST19618þ þST19618þ þST19618þ þST19618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/prop-b
ase/hudson_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;

ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;

```
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhudson_logo.png.svn-baseþ þ.TXTþ þtext
```

/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
\0007\ST19618.txtþ þTEXT\0005\ST19618.txtþ
þST19619þ þST19619þ þST19619þ þST19619þ þST19619þ þST19619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/text-b
ase/ef_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST19622þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þef_logo.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ12624þ þ283501cf0466cfd8024d870b7ffe6a8
aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0007\ST19619.pngþ þTEXT\0005\ST19619.txtþ
þST19620þ þST19620þ þST19620þ þST19620þ þST19620þ þST19620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/text-b
ase/firsttrade_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST19623þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þfirsttrade_logo.png.svn-
baseþ þ.PNGþ þimage/pngþ þþ þ7148þ þffed02c4022590c7bf889472ed1721a3þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19620.pngþ þ
þ
þST19621þ þST19621þ þST19621þ þST19621þ þST19621þ þST19621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/.svn/text-b
ase/hudson_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST19624þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þhudson_logo.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4719þ þ7872ff09f8bf2d7558f28a25
a208d25dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0007\ST19621.pngþ þTEXT\0005\ST19621.txtþ
þST19622þ þST19622þ þST19622þ þST19622þ þST19622þ þST19622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/ef_logo.png
þ þþ þþ þ0þ þ1þ þST19619þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þef_logo.pngþ þ.PNGþ þima
ge/pngþ þþ þ12624þ þ283501cf0466cfd8024d870b7ffe6a8aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19622.pngþ þTEXT\0005\ST19622.txtþ
þST19623þ þST19623þ þST19623þ þST19623þ þST19623þ þST19623þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/firsttrade_
logo.pngþ þþ þþ þ0þ þ1þ þST19620þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þfirsttrade_logo
.pngþ þ.PNGþ þimage/pngþ þþ þ7148þ þffed02c4022590c7bf889472ed1721a3þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19623.pngþ þ
þ
þST19624þ þST19624þ þST19624þ þST19624þ þST19624þ þST19624þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/logos/hudson_logo
.pngþ þþ þþ þ0þ þ1þ þST19621þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhudson_logo.pngþ þ.
PNGþ þimage/pngþ þþ þ4719þ þ7872ff09f8bf2d7558f28a25a208d25dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19624.pngþ þTEXT\0005\ST19624.txtþ
þST19625þ þST19625þ þST19625þ þST19625þ þST19625þ þST19625þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/management_r.pngþ
 þþ þþ þþ þ0þ þ1þ þST19472þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanagement_r.pngþ þ.PNGþ
þimage/pngþ þþ þ3060þ þbfb2cc2bacf8f4f01ee933545ff1e9ebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19625.pngþ þTEXT\0005\ST
19625.txtþ
þST19626þ þST19626þ þST19626þ þST19626þ þST19626þ þST19626þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/management_y.pngþ
 þþ þþ þþ þ0þ þ1þ þST19473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanagement_y.pngþ þ.PNGþ
þimage/pngþ þþ þ2945þ þc205ac9d9cff40d92cc413fcf78cdbc8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ2945þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19626.pngþ þþ
þST19627þ þST19627þ þST19627þ þST19627þ þST19627þ þST19627þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/market_internals_
r.pngþ þþ þþ þþ þ0þ þ1þ þST19474þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_r
.pngþ þ.PNGþ þimage/pngþ þþ þ3518þ þ110238ae53562a7bcd1fc54e51c8ff09þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19627.pngþ þ
þ
þST19628þ þST19628þ þST19628þ þST19628þ þST19628þ þST19628þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/market_internals_
y.pngþ þþ þþ þþ þ0þ þ1þ þST19475þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_internals_y
.pngþ þ.PNGþ þimage/pngþ þþ þ3256þ þb7fdd3ecfbe822c493d7fd98e635f08b8þ þ1þ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19628.pngþ þ
TEXT\0005\ST19628.txtþ
þST19629þ þST19629þ þST19629þ þST19629þ þST19629þ þST19629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/market_maker_defa
ult.pngþ þþ þþ þþ þ0þ þ1þ þST19476þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_def
ault.pngþ þ.PNGþ þimage/pngþ þþ þ8372þ þ708d5d59b08cc1da3761fe7c8039e750þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19629.p
ngþ þTEXT\0005\ST19629.txtþ
þST19630þ þST19630þ þST19630þ þST19630þ þST19630þ þST19630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/market_maker_hit.
pngþ þþ þþ þþ þ0þ þ1þ þST19477þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_hit.png
þ þ.PNGþ þimage/pngþ þþ þ8663þ þ091b387ad4feef749dc64ca17e988882þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19630.pngþ þþ
þST19631þ þST19631þ þST19631þ þST19631þ þST19631þ þST19631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/market_maker_over
.pngþ þþ þþ þ0þ þ1þ þST19478þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_maker_over.p
ngþ þ.PNGþ þimage/pngþ þþ þ8816þ þe0912e64ff0f4792c221563f9e0740e2þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19631.pngþ þT
EXT\0005\ST19631.txtþ
þST19632þ þST19632þ þST19632þ þST19632þ þST19632þ þST19632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/marketview_r.pngþ
 þþ þþ þþ þ0þ þ1þ þST19479þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketview_r.pngþ þ.PNGþ
þimage/pngþ þþ þ3229þ þ7734072d60b43ffc5b54f89e6bd4573fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19632.pngþ þTEXT\0005\ST
19632.txtþ
þST19633þ þST19633þ þST19633þ þST19633þ þST19633þ þST19633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/marketview_y.pngþ
 þþ þþ þ0þ þ1þ þST19480þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketview_y.pngþ þ.PNGþ
þimage/pngþ þþ þ3041þ þdc671f35fd6d506e5d1a43dedd721727þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19633.pngþ þTEXT\0005\ST
19633.txtþ
þST19634þ þST19634þ þST19634þ þST19634þ þST19634þ þST19634þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/mb_trading_r.pngþ
 þþ þþ þ0þ þ1þ þST19481; ST19482;
ST19635þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmb_trading_r.pngþ þ.PNGþ þimage/pngþ þþ
 þ4367þ þ6498eb1a01492f9308b84a0777e735d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19634.pngþ þTEXT\0005\ST19634.txtþ
þST19635þ þST19635þ þST19635þ þST19635þ þST19635þ þST19635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/mb_trading_y.pngþ
 þþ þþ þ0þ þ1þ þST19481; ST19482;
ST19634þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmb_trading_y.pngþ þ.PNGþ þimage/pngþ þþ
 þ4367þ þ6498eb1a01492f9308b84a0777e735d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19635.pngþ þTEXT\0005\ST19635.txtþ
þST19636þ þST19636þ þST19636þ þST19636þ þST19636þ þST19636þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/mm_news_r.pngþ þþ
þþ þ0þ þ1þ þST19483; ST19484;
ST19637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_news_r.pngþ þ.PNGþ þimage/pngþ þþ þ3
072þ þ540308a9689dea0219f5f3d52fa71699þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19636.pngþ þþ
þST19637þ þST19637þ þST19637þ þST19637þ þST19637þ þST19637þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/mm_news_y.pngþ þþ

þþ þ0þ þ1þ þST19483; ST19484;

ST19636þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmm_news_y.pngþ þ.PNGþ þimage/pngþ þþ þ3 072þ þ540308a9689dea0219f5f3d52fa71699þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19637.pngþ þþ

þST19638þ þST19638þ þST19638þ þST19638þ þST19638þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/my_layouts_r.pngþ þþ þþ þ0þ þ1þ þST19485þ þþ þþ þþ þþ þþ þþ þþ þþ þmy_layouts_r.pngþ þ.PNGþ þimage/pngþ þþ þ1389þ þf12fac373ec9251b44074c83c342999dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19638.pngþ þþ

þST19639þ þST19639þ þST19639þ þST19639þ þST19639þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/my_layouts_y.pngþ þþ þþ þ0þ þ1þ þST19486þ þþ þþ þþ þþ þþ þþ þþ þþ þmy_layouts_y.pngþ þ.PNGþ þimage/pngþ þþ þ1299þ þcf867272acca724a04922ab6acb27832þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19639.pngþ þTEXT\0005\ST 19639.txtþ

þST19640þ þST19640þ þST19640þ þST19640þ þST19640þ þST19640þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/my_settings_r.png þ þþ þþ þ0þ þ1þ þST19487þ þþ þþ þþ þþ þþ þþ þþ þþ þmy_settings_r.pngþ þ.PN Gþ þimage/pngþ þþ þ2802þ þe94ba362a9044f3538647527a6fe5709þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19640.pngþ þTEXT\0005 \ST19640.txtþ

þST19641þ þST19641þ þST19641þ þST19641þ þST19641þ þST19641þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/my_settings_y.png þ þþ þþ þ0þ þ1þ þST19488þ þþ þþ þþ þþ þþ þþ þþ þþ þmy_settings_y.pngþ þ.PN Gþ þimage/pngþ þþ þ2745þ þ91c185885c070195e3fd08c51f8edd10þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19641.pngþ þTEXT\0005 \ST19641.txtþ

þST19642þ þST19642þ þST19642þ þST19642þ þST19642þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/new_filter_r.pngþ þþ þþ þ0þ þ1þ þST19489þ þþ þþ þþ þþ þþ þþ þþ þþ þnew_filter_r.pngþ þ.PNGþ þimage/pngþ þþ þ3627þ þ45ac29902ba53f3d944421520f7dc97aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19642.pngþ þTEXT\0005\ST 19642.txtþ

þST19643þ þST19643þ þST19643þ þST19643þ þST19643þ þST19643þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/new_filter_y.pngþ þþ þþ þ0þ þ1þ þST19490þ þþ þþ þþ þþ þþ þþ þþ þþ þnew_filter_y.pngþ þ.PNGþ þimage/pngþ þþ þ3247þ þ2a9465e419f840bf4577664f4ce1cdcfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19643.pngþ þTEXT\0005\ST

19643.txtþ
þST19644þ þST19644þ þST19644þ þST19644þ þST19644þ þST19644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_ctg_r.pngþ þ
þ þþ þ0þ þ1þ þST19491þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_ctg_r.pngþ þ.PNGþ þim
age/pngþ þþ þ1683þ þ860f0ed9f8ae38c353f0bbe73853bf5fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19644.pngþ þTEXT\0005\ST19644.txtþ
þST19645þ þST19645þ þST19645þ þST19645þ þST19645þ þST19645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_ctg_y.pngþ þ
þ þþ þ0þ þ1þ þST19492þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_ctg_y.pngþ þ.PNGþ þim
age/pngþ þþ þ1370þ þb4efad3bc19d6da65e42e912674bb9a70þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19645.pngþ þTEXT\0005\ST19645.txtþ
þST19646þ þST19646þ þST19646þ þST19646þ þST19646þ þST19646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_ntf_
r.pngþ þþ þþ þ0þ þ1þ þST19493þ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_ntf_r
.pngþ þ.PNGþ þimage/pngþ þþ þ1792þ þ4f11b81ed811d1fd8220bbd5fdf7206bþ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19646.pngþ þ
þ
þST19647þ þST19647þ þST19647þ þST19647þ þST19647þ þST19647þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_ntf_
y.pngþ þþ þþ þ0þ þ1þ þST19494þ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_ntf_y
.pngþ þ.PNGþ þimage/pngþ þþ þ1576þ þ5b4c6e2c2bd33880e568cd4b721ff0a1þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19647.pngþ þ
TEXT\0005\ST19647.txtþ
þST19648þ þST19648þ þST19648þ þST19648þ þST19648þ þST19648þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_r.pn
gþ þþ þþ þ0þ þ1þ þST19495þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_r.pngþ þ.
PNGþ þimage/pngþ þþ þ3316þ þefa09122b92bec16022666e4347a331cþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19648.pngþ þTEXT\0005\ST19648.txtþ
þST19649þ þST19649þ þST19649þ þST19649þ þST19649þ þST19649þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_src_
r.pngþ þþ þþ þ0þ þ1þ þST19496þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_src_r
.pngþ þ.PNGþ þimage/pngþ þþ þ2000þ þ6b64785d4f8a03d44420aa4b0159e7d8þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19649.pngþ þ
TEXT\0005\ST19649.txtþ
þST19650þ þST19650þ þST19650þ þST19650þ þST19650þ þST19650þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_src_y.pngþ þþ þþ þ0þ þ1þ þST19497þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_src_y.pngþ þ.PNGþ þimage/pngþ þþ þ1793þ þ33afde0c8067bf5c3255281a3fab8bd1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19650.pngþ þTEXT\0005\ST19650.txtþ
þST19651þ þST19651þ þST19651þ þST19651þ þST19651þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_str_r.pngþ þþ þþ þ0þ þ1þ þST19498þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_str_r.pngþ þ.PNGþ þimage/pngþ þþ þ1570þ þcfd1559afa1855a98f2f9500862a35fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19651.pngþ þ þ
þST19652þ þST19652þ þST19652þ þST19652þ þST19652þ þST19652þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_str_y.pngþ þþ þþ þ0þ þ1þ þST19499þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_str_y.pngþ þ.PNGþ þimage/pngþ þþ þ1403þ þf97eb613266823daaddc239436ddde19þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19652.pngþ þ þ
þST19653þ þST19653þ þST19653þ þST19653þ þST19653þ þST19653þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_tape_r.pngþ þþ þþ þ0þ þ1þ þST19500þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_tape_r.pngþ þ.PNGþ þimage/pngþ þþ þ1767þ þ9cd010225a80b700565ce1edad3b0cbeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19653.pngþ þTEXT\0005\ST19653.txtþ
þST19654þ þST19654þ þST19654þ þST19654þ þST19654þ þST19654þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_tape_y.pngþ þþ þþ þ0þ þ1þ þST19501þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_tape_y.pngþ þ.PNGþ þimage/pngþ þþ þ1598þ þb4e1b5debbceb62651bcc1cdda6e5a08þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19654.pngþ þþ
þST19655þ þST19655þ þST19655þ þST19655þ þST19655þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/news_filings_y.pngþ þþ þþ þ0þ þ1þ þST19502þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_filings_y.pngþ þ.PNGþ þimage/pngþ þþ þ3007þ þd5c6ad13ba099b04c6d742fed49b1c25þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19655.pngþ þþ
þST19656þ þST19656þ þST19656þ þST19656þ þST19656þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/non_mm_stocks_r.p

ngþ þþ þþ þþ þ0þ þ1þ þST19503þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_stocks_r.pngþ þ.PNGþ þimage/pngþ þþ þ4029þ þbc5c0508119ffcca9bc125d730ba9acbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19656.pngþ þTEXT\0005\ST19656.txtþ

þST19657þ þST19657þ þST19657þ þST19657þ þST19657þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/non_mm_stocks_y.pngþ ngþ þþ þþ þ0þ þ1þ þST19504þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnon_mm_stocks_y.pngþ þ.PNGþ þimage/pngþ þþ þ3636þ þ755ebd1b2e681b970442a78ba67b8392þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19657.pngþ þTEXT\0005\ST19657.txtþ

þST19658þ þST19658þ þST19658þ þST19658þ þST19658þ þST19658þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/old_filter_r.pngþ þþ þþ þþ þ0þ þ1þ þST19505þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þold_filter_r.pngþ þ.PNGþ þimage/pngþ þþ þ3607þ þc4c8b35547da8c6a86ec1a6e07a18471þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19658.pngþ þTEXT\0005\ST19658.txtþ

þST19659þ þST19659þ þST19659þ þST19659þ þST19659þ þST19659þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/old_filter_y.pngþ þþ þþ þþ þ0þ þ1þ þST19506þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þold_filter_y.pngþ þ.PNGþ þimage/pngþ þþ þ3227þ þ51f433ae4d7a41cbfc52a6e7c5f175d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19659.pngþ þTEXT\0005\ST19659.txtþ

þST19660þ þST19660þ þST19660þ þST19660þ þST19660þ þST19660þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/pad_bg_ver.pngþ þþ þþ þþ þ0þ þ1þ þST19507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_bg_ver.pngþ þ.PNGþ þim age/pngþ þþ þ17749þ þf21d8357be5ccdc2310c644d80b1b9c3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19660.pngþ þTEXT\0005\ST19660.txtþ

þST19661þ þST19661þ þST19661þ þST19661þ þST19661þ þST19661þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/pad_bg.pngþ þþ þþ þ0þ þ1þ þST19508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_bg.pngþ þ.PNGþ þimage/pngþ þþ þ9485þ þ607743b2756cf4857d6500525119a300þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19661.pngþ þþ

þST19662þ þST19662þ þST19662þ þST19662þ þST19662þ þST19662þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/pad_new_bg.pngþ þþ þþ þ0þ þ1þ þST19509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad_new_bg.pngþ þ.PNGþ þim age/pngþ þþ þ18216þ þ79f5c84161b0a2fd387f0ae0cbf45bb5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19662.pngþ þTEXT\0005\ST19

662.txtþ
þST19663þ þST19663þ þST19663þ þST19663þ þST19663þ þST19663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/pad_pro_bg.pngþ þ
þ þþ þ0þ þ1þ þST19510þ þþ þþ þþ þþ þþ þþ þþ þþ þpad_pro_bg.pngþ þ.PNGþ þim
age/pngþ þþ þ5451þ þ833348772871723le09424d88aea7742þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19663.pngþ þþ
þST19664þ þST19664þ þST19664þ þST19664þ þST19664þ þST19664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/position_manager_
r.pngþ þþ þþ þ0þ þ1þ þST19511þ þþ þþ þþ þþ þþ þþ þþ þþ þposition_manager_r
.pngþ þ.PNGþ þimage/pngþ þþ þ1954þ þ430dacb3ccc1882fdb9065928a161fe7þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19664.pngþ þ
TEXT\0005\ST19664.txtþ
þST19665þ þST19665þ þST19665þ þST19665þ þST19665þ þST19665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/position_manager_
y.pngþ þþ þþ þ0þ þ1þ þST19512þ þþ þþ þþ þþ þþ þþ þþ þþ þposition_manager_y
.pngþ þ.PNGþ þimage/pngþ þþ þ1796þ þ0e036309f944d25df236398b337debc6þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19665.pngþ þ
TEXT\0005\ST19665.txtþ
þST19666þ þST19666þ þST19666þ þST19666þ þST19666þ þST19666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/preferences_defau
lt.pngþ þþ þþ þ0þ þ1þ þST19513þ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_defau
lt.pngþ þ.PNGþ þimage/pngþ þþ þ3813þ þ4bf4c259ed308962f5aa54709dbca495þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0007\ST19666.pngþ þTEXT\0005\ST19666.txtþ
þST19667þ þST19667þ þST19667þ þST19667þ þST19667þ þST19667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/preferences_hdefa
ult.pngþ þþ þþ þ0þ þ1þ þST19514þ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hdef
ault.pngþ þ.PNGþ þimage/pngþ þþ þ4165þ þ8c67ad8071a5cad2554189770e26afcdþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0007\ST19667.p
ngþ þþ
þST19668þ þST19668þ þST19668þ þST19668þ þST19668þ þST19668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/preferences_hhit.
pngþ þþ þþ þ0þ þ1þ þST19515þ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hhit.png
þ þ.PNGþ þimage/pngþ þþ þ4788þ þ038383f87e6ddadd1369251bb99bba4cþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19668.pngþ þþ
þST19669þ þST19669þ þST19669þ þST19669þ þST19669þ þST19669þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/preferences_hit.p
ngþ þþ þþ þ0þ þ1þ þST19516þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hit.pngþ
þ.PNGþ þimage/pngþ þþ þ6021þ þ6d062a493faaba7c025fa77c5d1c5870þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19669.pngþ þþ
þST19670þ þST19670þ þST19670þ þST19670þ þST19670þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/preferences_hover
.pngþ þþ þþ þ0þ þ1þ þST19517þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_hover.p
ngþ þ.PNGþ þimage/pngþ þþ þ4860þ þ3963f13f7ecfb6df24e17d9c89f9d9ceþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19670.pngþ þþ
þST19671þ þST19671þ þST19671þ þST19671þ þST19671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/preferences_over.
pngþ þþ þþ þ0þ þ1þ þST19518þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpreferences_over.png
þ þ.PNGþ þimage/pngþ þþ þ5726þ þ9d2e8f258b85823c31ffe9f645866749þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19671.pngþ þþ
þST19672þ þST19672þ þST19672þ þST19672þ þST19672þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/reduce_over.pngþ
þþ þþ þ0þ þ1þ þST19519þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreduce_over.pngþ þ.PNGþ þ
image/pngþ þþ þ267þ þe7edcf473d752d21a4425bd70b8c63d4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19672.pngþ þþ
þST19673þ þST19673þ þST19673þ þST19673þ þST19673þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/reduce.pngþ þþ þþ
þ0þ þ1þ þST19520þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þreduce.pngþ þ.PNGþ þimage/pngþ
þþ þ267þ þ9dd1e57c605862bee9e58c499799c28cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19673.pngþ þþ
þST19674þ þST19674þ þST19674þ þST19674þ þST19674þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/research_default.
pngþ þþ þþ þ0þ þ1þ þST19521þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_default.png
þ þ.PNGþ þimage/pngþ þþ þ3584þ þ05befb348abb6e0e8215d246a951cd9eþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19674.pngþ þTEXT
\0005\ST19674.txtþ
þST19675þ þST19675þ þST19675þ þST19675þ þST19675þ þST19675þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/research_hdefault
.pngþ þþ þþ þ0þ þ1þ þST19522þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hdefault.p
ngþ þ.PNGþ þimage/pngþ þþ þ3682þ þ3b889aad173a9629bf51ce9fbbdf8da8þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19675.pngþ þþ
þST19676þ þST19676þ þST19676þ þST19676þ þST19676þ þST19676þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/research_hhit.png
þ þþ þþ þþ þ0þ þ1þ þST19523þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hhit.pngþ þ.PN
Gþ þimage/pngþ þþ þ4551þ þ4ee84d57749f4544daaefc300a974c3þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19676.pngþ þT
þST19677þ þST19677þ þST19677þ þST19677þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/research_hit.pngþ
þþ þþ þþ þ0þ þ1þ þST19524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hit.pngþ þ.PNGþ
þimage/pngþ þþ þ4851þ þ2896717ecf7f4a4847af66e85ec39a9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19677.pngþ þTEXT\0005\ST
19677.txtþ
þST19678þ þST19678þ þST19678þ þST19678þ þST19678þ þST19678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/research_hover.pn
gþ þþ þþ þþ þ0þ þ1þ þST19525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_hover.pngþ þ.
PNGþ þimage/pngþ þþ þ4611þ þ669de8f120000de07415caa1edfbaeebþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19678.pngþ þT
þST19679þ þST19679þ þST19679þ þST19679þ þST19679þ þST19679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/research_over.png
þ þþ þþ þþ þ0þ þ1þ þST19526þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þresearch_over.pngþ þ.PN
Gþ þimage/pngþ þþ þ4735þ þ5673befd3130463a008145fa67c4dc45þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19679.pngþ þTEXT\0005
\ST19679.txtþ
þST19680þ þST19680þ þST19680þ þST19680þ þST19680þ þST19680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/sector_tools_r.pn
gþ þþ þþ þþ þ0þ þ1þ þST19527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_tools_r.pngþ þ.
PNGþ þimage/pngþ þþ þ3207þ þ1f7177f83d66ee3b06432ca36ae84c7bþ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19680.pngþ þT
þST19681þ þST19681þ þST19681þ þST19681þ þST19681þ þST19681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/sector_tools_y.pn
gþ þþ þþ þþ þ0þ þ1þ þST19528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsector_tools_y.pngþ þ.
PNGþ þimage/pngþ þþ þ2939þ þb306773a66b95cc8aed7adb4bf768b09þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19681.pngþ þT
þST19682þ þST19682þ þST19682þ þST19682þ þST19682þ þST19682þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/short_sale_view_r
.pngþ þþ þþ þþ þ0þ þ1þ þST19529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_sale_view_r.pn
gþ þ.PNGþ þimage/pngþ þþ þ4953þ þ078bbb02530c6039573c549707c159d7þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19682.pngþ þT
EXT\0005\ST19682.txtþ
þST19683þ þST19683þ þST19683þ þST19683þ þST19683þ þST19683þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/short_sale_view_y .pngþ þþ þþ þ0þ þ1þ þST19530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshort_sale_view_y.p ngþ þ.PNGþ þimage/pngþ þþ þ4216þ þc3f89b32610929a893b026176fff0fe8þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19683.pngþ þT EXT\0005\ST19683.txtþ

þST19684þ þST19684þ þST19684þ þST19684þ þST19684þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/streaming_filters _r.pngþ þþ þþ þ0þ þ1þ þST19531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filters _r.pngþ þ.PNGþ þimage/pngþ þþ þ3461þ þb502d4d648260a7177bafc6f4e40360eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19684.pngþ þþ

þST19685þ þST19685þ þST19685þ þST19685þ þST19685þ þST19685þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/streaming_filters _y.pngþ þþ þþ þ0þ þ1þ þST19532þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þstreaming_filters _y.pngþ þ.PNGþ þimage/pngþ þþ þ3120þ þ9ea9989df2b9fd4c30a10155839b17bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19685.pngþ þTEXT\0005\ST19685.txtþ

þST19686þ þST19686þ þST19686þ þST19686þ þST19686þ þST19686þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/system_update_o.p ngþ þþ þþ þ0þ þ1þ þST19533þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsystem_update_o.pngþ þ.PNGþ þimage/pngþ þþ þ4841þ þ285ab1155d9055713a60bb7621762876þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19686.pngþ þTEXT\0 005\ST19686.txtþ

þST19687þ þST19687þ þST19687þ þST19687þ þST19687þ þST19687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/system_update_y.p ngþ þþ þþ þ0þ þ1þ þST19534þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsystem_update_y.pngþ þ.PNGþ þimage/pngþ þþ þ4612þ þec5de8e4d0eee7429aac391055ce99eeþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19687.pngþ þTEXT\0 005\ST19687.txtþ

þST19688þ þST19688þ þST19688þ þST19688þ þST19688þ þST19688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/system_update.png þ þþ þþ þ0þ þ1þ þST19535þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsystem_update.pngþ þ.PN Gþ þimage/pngþ þþ þ2895þ þec887cd1b8e1b3777df2df6d8c8ea5bcþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19688.pngþ þTEXT\0005 \ST19688.txtþ

þST19689þ þST19689þ þST19689þ þST19689þ þST19689þ þST19689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/technicals_ratios _r.pngþ þþ þ0þ þ1þ þST19536þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtechnicals_ratios _r.pngþ þ.PNGþ þimage/pngþ þþ þ3408þ þ74be22dc188b969ff1a040fff0ee2b82þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19689.pngþ þTEXT\0005\ST19689.txtþ

þST19690þ þST19690þ þST19690þ þST19690þ þST19690þ þST19690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/technicals_ratios _y.pngþ þþ þ0þ þ1þ þST19537þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtechnicals_ratios _y.pngþ þ.PNGþ þimage/pngþ þþ þ3265þ þ480a60408b14e85434b6a6c3cb1d60f2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19690.pngþ þTEXT\0005\ST19690.txtþ

þST19691þ þST19691þ þST19691þ þST19691þ þST19691þ þST19691þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/tect_support_dw.p ngþ þþ þþ þ0þ þ1þ þST19538þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtect_support_dw.pngþ þ.PNGþ þimage/pngþ þþ þ1604þ þ480f37c242e34d53e1a711a0791fba77þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19691.pngþ þTEXT\0 005\ST19691.txtþ

þST19692þ þST19692þ þST19692þ þST19692þ þST19692þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/tect_support_up.p ngþ þþ þþ þ0þ þ1þ þST19539þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtect_support_up.pngþ þ.PNGþ þimage/pngþ þþ þ1604þ þ9c11b8a6abd9c1cfdbdbeba650c71917þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19692.pngþ þTEXT\0 005\ST19692.txtþ

þST19693þ þST19693þ þST19693þ þST19693þ þST19693þ þST19693þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/ticker_tapes_r.pn gþ þþ þþ þ0þ þ1þ þST19540þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þticker_tapes_r.pngþ þ. PNGþ þimage/pngþ þþ þ3193þ þ22a2db07d44524e80bb4a31e358841bdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19693.pngþ þTEXT\0005\ST19693.txtþ

þST19694þ þST19694þ þST19694þ þST19694þ þST19694þ þST19694þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/ticker_tapes_y.pn gþ þþ þþ þ0þ þ1þ þST19541þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þticker_tapes_y.pngþ þ. PNGþ þimage/pngþ þþ þ2929þ þ62b9ca92ce5e0fac3f560523b3bbac89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19694.pngþ þTEXT\0005\ST19694.txtþ

þST19695þ þST19695þ þST19695þ þST19695þ þST19695þ þST19695þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/time_sales_hist_r .pngþ þþ þþ þ0þ þ1þ þST19542þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtime_sales_hist_r.p

ngþ þ.PNGþ þimage/pngþ þþ þ3387þ þc7a0ff605ebe9154a58e72d37c2b3194þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19695.pngþ þT EXT\0005\ST19695.txtþ

þST19696þ þST19696þ þST19696þ þST19696þ þST19696þ þST19696þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/time_sales_hist_y .pngþ þþ þþ þ0þ þ1þ þST19543þ þþ þþ þþ þþ þþ þþ þþ þtime_sales_hist_y.p ngþ þ.PNGþ þimage/pngþ þþ þ3095þ þb7630143f2d3aa512523b9374a0169b6þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19696.pngþ þT EXT\0005\ST19696.txtþ

þST19697þ þST19697þ þST19697þ þST19697þ þST19697þ þST19697þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/time_sales_real_r .pngþ þþ þþ þ0þ þ1þ þST19544þ þþ þþ þþ þþ þþ þþ þþ þtime_sales_real_r.p ngþ þ.PNGþ þimage/pngþ þþ þ3111þ þc51a7324b48a9294eb27c62f0dc389e1þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19697.pngþ þT EXT\0005\ST19697.txtþ

þST19698þ þST19698þ þST19698þ þST19698þ þST19698þ þST19698þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/time_sales_real_y .pngþ þþ þþ þ0þ þ1þ þST19545þ þþ þþ þþ þþ þþ þþ þþ þtime_sales_real_y.p ngþ þ.PNGþ þimage/pngþ þþ þ2788þ þe2d566effd0ab33be61f0cf76efcd491þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19698.pngþ þT EXT\0005\ST19698.txtþ

þST19699þ þST19699þ þST19699þ þST19699þ þST19699þ þST19699þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_idea_genera tion_default.pngþ þþ þþ þ0þ þ1þ þST19546þ þþ þþ þþ þþ þþ þþ þþ þtrade_i dea_generation_default.pngþ þ.PNGþ þimage/pngþ þþ þ3283þ þ9255aee56e0445c61dc450ea7e9 141eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0008\ST19699.pngþ þTEXT\0005\ST19699.txtþ

þST19700þ þST19700þ þST19700þ þST19700þ þST19700þ þST19700þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_idea_genera tion_hdefault.pngþ þþ þþ þ0þ þ1þ þST19547þ þþ þþ þþ þþ þþ þþ þþ þtrade_ idea_generation_hdefault.pngþ þ.PNGþ þimage/pngþ þþ þ3443þ þbf228e0342cfb6e6d98069516 599e4d8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0008\ST19700.pngþ þTEXT\0005\ST19700.txtþ

þST19701þ þST19701þ þST19701þ þST19701þ þST19701þ þST19701þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_idea_genera tion_hhit.pngþ þþ þþ þ0þ þ1þ þST19548þ þþ þþ þþ þþ þþ þþ þþ þtrade_idea _generation_hhit.pngþ þ.PNGþ þimage/pngþ þþ þ4431þ þ1aec3b9c454c7c7dea7729929f3c66a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00

08\ST19701.pngþ þTEXT\0005\ST19701.txtþ

þST19702þ þST19702þ þST19702þ þST19702þ þST19702þ þST19702þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_idea_generation_hit.pngþ þþ þþ þ0þ þ1þ þST19549þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hit.pngþ þ.PNGþ þimage/pngþ þþ þ4797þ þ435095689fa07500ae2a62eba06f8922þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19702.pngþ þTEXT\0005\ST19702.txtþ

þST19703þ þST19703þ þST19703þ þST19703þ þST19703þ þST19703þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_idea_generation_hover.pngþ þþ þþ þ0þ þ1þ þST19550þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_hover.pngþ þ.PNGþ þimage/pngþ þþ þ4140þ þedb97090447ef97decf030f01c96794 3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19703.pngþ þTEXT\0005\ST19703.txtþ

þST19704þ þST19704þ þST19704þ þST19704þ þST19704þ þST19704þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_idea_generation_over.pngþ þþ þþ þ0þ þ1þ þST19551þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_idea_generation_over.pngþ þ.PNGþ þimage/pngþ þþ þ4399þ þb698d888ee8ba7eadc1172ebcd50bda8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 08\ST19704.pngþ þTEXT\0005\ST19704.txtþ

þST19705þ þST19705þ þST19705þ þST19705þ þST19705þ þST19705þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_window_r.pn gþ þþ þþ þ0þ þ1þ þST19552þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_window_r.pngþ þ. PNGþ þimage/pngþ þþ þ1804þ þa16cd39d4a84effcd6f27593b8834818þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19705.pngþ þþ

þST19706þ þST19706þ þST19706þ þST19706þ þST19706þ þST19706þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trade_window_y.pn gþ þþ þþ þ0þ þ1þ þST19553þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrade_window_y.pngþ þ. PNGþ þimage/pngþ þþ þ1706þ þ1111cd559bff26a005db8a6ade3ee6d0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19706.pngþ þTEXT\0005\ST19706.txtþ

þST19707þ þST19707þ þST19707þ þST19707þ þST19707þ þST19707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trading_alerts_r. pngþ þþ þþ þ0þ þ1þ þST19554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts_r.png þ þ.PNGþ þimage/pngþ þþ þ3476þ þ00b2cd4fd54fa612e58022c56f4476aeþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19707.pngþ þþ

þST19708þ þST19708þ þST19708þ þST19708þ þST19708þ þST19708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trading_alerts_y.
pngþ þþ þþ þ0þ þ1þ þST19555þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_alerts_y.png
þ þ.PNGþ þimage/pngþ þþ þ3246þ þ13515dfc9d436c04ea208e4b90bc9f8fþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19708.pngþ þTEXT
\0005\ST19708.txtþ
þST19709þ þST19709þ þST19709þ þST19709þ þST19709þ þST19709þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trading_o.pngþ þþ
þþ þ0þ þ1þ þST19556þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_o.pngþ þ.PNGþ þimage
/pngþ þþ þ5858þ þa79fe8b4a5290117957a16bf4b37754eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19709.pngþ þTEXT\0005\ST19709.txtþ
þST19710þ þST19710þ þST19710þ þST19710þ þST19710þ þST19710þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trading_y.pngþ þþ
þþ þ0þ þ1þ þST19557þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_y.pngþ þ.PNGþ þimage
/pngþ þþ þ5659þ þ7647aa76ad27db341d1aaa7a67d32013þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19710.pngþ þTEXT\0005\ST19710.txtþ
þST19711þ þST19711þ þST19711þ þST19711þ þST19711þ þST19711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/trading.pngþ þþ þþ
þ0þ þ1þ þST19558þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading.pngþ þ.PNGþ þimage/png
þ þþ þ5356þ þa543c916e1b4c4f8eb6b611b9c617d8cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19711.pngþ þTEXT\0005\ST19711.txtþ
þST19712þ þST19712þ þST19712þ þST19712þ þST19712þ þST19712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/universe_manager_
r.pngþ þþ þþ þ0þ þ1þ þST19559þ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse_manager_r
.pngþ þ.PNGþ þimage/pngþ þþ þ3937þ þca40f61caa244e1a21877dbf18e3a540þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19712.pngþ þ
TEXT\0005\ST19712.txtþ
þST19713þ þST19713þ þST19713þ þST19713þ þST19713þ þST19713þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/universe_manager_
y.pngþ þþ þþ þ0þ þ1þ þST19560þ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse_manager_y
.pngþ þ.PNGþ þimage/pngþ þþ þ3611þ þ3a6adea365c2612abb3b429b47b7e5a4þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19713.pngþ þ
TEXT\0005\ST19713.txtþ
þST19714þ þST19714þ þST19714þ þST19714þ þST19714þ þST19714þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/video_tutorials_d
w.pngþ þþ þþ þ0þ þ1þ þST19561þ þþ þþ þþ þþ þþ þþ þþ þþ þvideo_tutorials_dw
.pngþ þ.PNGþ þimage/pngþ þþ þ1705þ þ6675aac5957aa1a4666ab04e4ee78a1fþ þ1þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19714.pngþ þ TEXT\0005\ST19714.txtþ

þST19715þ þST19715þ þST19715þ þST19715þ þST19715þ þST19715þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/video_tutorials_up.pngþ þþ þþ þþ þ0þ þ1þ þST19562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvideo_tutorials_up.pngþ þ.PNGþ þimage/pngþ þþ þ1699þ þ50d0634865d18f95f663f168a924ae5dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19715.pngþ þ TEXT\0005\ST19715.txtþ

þST19716þ þST19716þ þST19716þ þST19716þ þST19716þ þST19716þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/vwap_calculator_r.pngþ þþ þþ þþ þ0þ þ1þ þST19563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_r.pngþ þ.PNGþ þimage/pngþ þþ þ3786þ þdde833d98a392fb09b264fad822cab99þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19716.pngþ þT EXT\0005\ST19716.txtþ

þST19717þ þST19717þ þST19717þ þST19717þ þST19717þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/vwap_calculator_y.pngþ þþ þþ þ0þ þ1þ þST19564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap_calculator_y.pngþ þ.PNGþ þimage/pngþ þþ þ3224þ þf8705e8234500b19a5e750e3070d52c3þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19717.pngþ þT EXT\0005\ST19717.txtþ

þST19718þ þST19718þ þST19718þ þST19718þ þST19718þ þST19718þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/watch_list_r.pngþ þþ þþ þþ þ0þ þ1þ þST19565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatch_list_r.pngþ þ.PNGþ þimage/pngþ þþ þ3216þ þ42703940fdce5571908a93a425f9e513þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19718.pngþ þþ

þST19719þ þST19719þ þST19719þ þST19719þ þST19719þ þST19719þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/com/equityfeed/gui/launchpad2/watch_list_y.pngþ þþ þþ þþ þ0þ þ1þ þST19566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatch_list_y.pngþ þ.PNGþ þimage/pngþ þþ þ3026þ þf64f051f0123ac5c3109546fd14da660þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19719.pngþ þþ

þST19720þ þST19720þ þST19721þ þST19720þ þST19721þ þST19720þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1800þ þ61679e948155561f17e77e0d513d937bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19720.txtþ þTEXT\0005\ST19720.txtþ

þST19722þ þST19722þ þST19724þ þST19722þ þST19724þ þST19722þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/entriesþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/22/2010þ þ00:00:00þ þ2010-09-22T00:00:00-04:00þ þ1285 128000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1657þ þfa42bb62be1b54769f3f171084b49a76þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\S T19722.txtþ þTEXT\0005\ST19722.txtþ

þST19725þ þST19725þ þST19725þ þST19725þ þST19725þ þST19725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/copyright.pn g.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;

ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;

ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;

ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopyright.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19725.txtþ þTEXT\0005\ST19725.t
xtþ
þST19726þ þST19726þ þST19726þ þST19726þ þST19726þ þST19726þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/decision_sup
port.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;

ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;

ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732;

ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19726.txtþ þTEXT\0005\ST19726.txtþ

þST19727þ þST19727þ þST19727þ þST19727þ þST19727þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/go.png.svn-baseþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219;

ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353;
ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416;
ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450;
ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485;
ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547;
ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590;
ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599;
ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608;
ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678;
ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712;
ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735;
ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776;
ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785;
ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794;
ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803;
ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812;
ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905;
ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954;
ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963;
ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972;
ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016;
ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043;
ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072;
ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115;
ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192;
ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251;
ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273;
ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314;
ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343;
ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388;
ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424;
ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459;
ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485;
ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525;
ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561;
ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584;
ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629;
ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653;
ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699;
ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734;
ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780;
ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789;
ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798;
ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807;
ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816;
ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825;
ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950;
ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959;
ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998;
ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027;

ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070;
ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123;
ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150;
ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189;
ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198;
ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240;
ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317;
ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345;
ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371;
ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407;
ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448;
ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489;
ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521;
ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549;
ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590;
ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614;
ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650;
ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683;
ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717;
ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752;
ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799;
ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819;
ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855;
ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896;
ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937;
ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968;
ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999;
ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025;
ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061;
ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096;
ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136;
ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166;
ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201;
ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229;
ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293;
ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302;
ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311;
ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320;
ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329;
ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338;
ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347;
ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356;
ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365;
ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374;
ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383;
ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392;
ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401;
ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410;
ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419;
ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618;

ST19725; ST19726; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734;
ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225;
ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821;
ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19727.txtþ þTEXT\0005\ST19727.txtþ
þST19728þ þST19728þ þST19728þ þST19728þ þST19728þ þST19728þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/idea_generat
ion_applications.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15919; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;
ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;

ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;
ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;

ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;
ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;

ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_applications.png.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19728.txtþ þT
EXT\0005\ST19728.txtþ
þST19729þ þST19729þ þST19729þ þST19729þ þST19729þ þST19729þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/launchpad_lo
go.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;
ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;

ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;

ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;

ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19730; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19729.txtþ þTEXT\0005\ST19729.txtþ
þST19730þ þST19730þ þST19730þ þST19730þ þST19730þ þST19730þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/layout_manag
er.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183;
ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266;
ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275;
ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284;
ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293;
ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302;
ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311;
ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320;
ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329;
ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338;
ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347;
ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356;
ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365;
ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374;
ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383;
ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392;
ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401;
ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620;
ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629;
ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638;
ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647;
ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656;
ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665;
ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674;
ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683;
ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860;
ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869;
ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878;
ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939;
ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964;
ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028;
ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037;
ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046;
ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055;
ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064;
ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191;
ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200;

ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209;
ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218;
ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352;
ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361;
ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441; ST16449;
ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477; ST16484;
ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545; ST16546;
ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554; ST16555;
ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597; ST16598;
ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606; ST16607;
ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676; ST16677;
ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685; ST16686;
ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733; ST16734;
ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774; ST16775;
ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783; ST16784;
ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792; ST16793;
ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801; ST16802;
ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810; ST16811;
ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903; ST16904;
ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952; ST16953;
ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961; ST16962;
ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970; ST16971;
ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979; ST16980;
ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034; ST17035;
ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070; ST17071;
ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107; ST17108;
ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152; ST17153;
ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240; ST17241;
ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271; ST17272;
ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305; ST17306;
ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333; ST17342;
ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380; ST17381;
ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415; ST17423;
ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447; ST17448;
ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475; ST17476;
ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516; ST17524;
ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546; ST17547;
ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576; ST17583;
ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615; ST17616;
ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643; ST17652;
ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684; ST17685;
ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732; ST17733;
ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741; ST17742;
ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787; ST17788;
ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796; ST17797;
ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805; ST17806;
ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814; ST17815;
ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823; ST17824;
ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915; ST17916;
ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957; ST17958;

```
ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990; ST17991;
ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025; ST18026;
ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062; ST18063;
ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100; ST18101;
ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148; ST18149;
ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187; ST18188;
ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196; ST18197;
ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238; ST18239;
ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276; ST18277;
ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343; ST18344;
ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369; ST18370;
ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405; ST18406;
ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440; ST18447;
ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481; ST18482;
ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503; ST18504;
ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547; ST18548;
ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578; ST18579;
ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604; ST18613;
ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640; ST18641;
ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675; ST18682;
ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715; ST18716;
ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744; ST18751;
ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778; ST18779;
ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817; ST18818;
ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853; ST18854;
ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882; ST18895;
ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929; ST18930;
ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951; ST18967;
ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989; ST18990;
ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023; ST19024;
ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059; ST19060;
ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088; ST19095;
ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134; ST19135;
ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164; ST19165;
ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193; ST19194;
ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227; ST19228;
ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291; ST19292;
ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300; ST19301;
ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309; ST19310;
ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318; ST19319;
ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327; ST19328;
ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336; ST19337;
ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345; ST19346;
ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354; ST19355;
ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363; ST19364;
ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372; ST19373;
ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382;
ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391;
ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400;
ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409;
```

ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418;
ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617;
ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19731; ST19732; ST19733;
ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174;
ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583;
ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_manager.png.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19730.txtþ þTEXT\0005\ST19730.txtþ
þST19731þ þST19731þ þST19731þ þST19731þ þST19731þ þST19731þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/market_monit
oring_applications.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923;
ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264;
ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273;
ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282;
ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291;
ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300;
ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309;
ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318;
ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327;
ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336;
ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345;
ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354;
ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363;
ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372;
ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381;
ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390;
ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399;
ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618;
ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627;
ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636;
ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645;
ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654;
ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663;
ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672;
ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681;
ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690;
ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867;
ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876;
ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937;
ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962;
ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026;
ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035;
ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044;
ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053;
ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062;
ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189;

ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198;
ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207;
ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216;
ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350;
ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359;
ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440;
ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476;
ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533;
ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553;
ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596;
ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605;
ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666;
ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684;
ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732;
ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773;
ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782;
ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791;
ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800;
ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809;
ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902;
ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951;
ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960;
ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969;
ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978;
ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033;
ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069;
ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100;
ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151;
ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239;
ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270;
ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296;
ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332;
ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373;
ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414;
ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446;
ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474;
ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515;
ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539;
ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575;
ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608;
ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642;
ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677;
ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724;
ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740;
ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786;
ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795;
ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804;
ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813;
ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822;
ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914;

ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956;
ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989;
ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024;
ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055;
ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099;
ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147;
ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156;
ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195;
ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237;
ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261;
ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342;
ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368;
ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404;
ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439;
ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474;
ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502;
ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546;
ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569;
ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603;
ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639;
ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674;
ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714;
ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743;
ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777;
ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816;
ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852;
ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881;
ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922;
ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950;
ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982;
ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022;
ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058;
ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087;
ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126;
ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163;
ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186;
ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226;
ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290;
ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299;
ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308;
ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317;
ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326;
ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335;
ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344;
ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353;
ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362;
ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371;
ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380;
ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389;
ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398;

ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407;
ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416;
ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425;
ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;
ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_monitoring_applications.png.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19731.txtþ þ
TEXT\0005\ST19731.txtþ
þST19732þ þST19732þ þST19732þ þST19732þ þST19732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/news_applica
tions.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;

ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;

ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;

ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_applications.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19732.txtþ þTEXT\0005\ST19732.txtþ
þST19733þ þST19733þ þST19733þ þST19733þ þST19733þ þST19733þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/trading_inte
rface.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;
ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;

ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;

ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;

ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586;
ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345;
ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_interface.png.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19733.txtþ þTEXT\0005\ST19733.txtþ
þST19734þ þST19734þ þST19734þ þST19734þ þST19734þ þST19734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/prop-base/watchlist_ma
nager.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967;
ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265;
ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274;
ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283;
ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292;
ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301;
ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310;
ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319;
ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328;
ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337;
ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346;
ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355;
ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364;
ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373;
ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382;
ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391;
ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400;
ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619;
ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628;
ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637;
ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646;
ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655;
ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664;
ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673;
ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682;
ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691;
ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868;
ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877;
ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938;
ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963;
ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027;
ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036;
ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045;

ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054;
ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063;
ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190;
ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199;
ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208;
ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217;
ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351;
ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360;
ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;
ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;

ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17973; ST17975; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;
ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18957; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;

ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19734.txtþ þTEXT\0005\ST19734.txtþ
þST19735þ þST19735þ þST19735þ þST19735þ þST19735þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/copyright.png.svn-baseþ þþ þþ þ0þ þ1þ þST18157; ST18169;
ST19745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopyright.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ2321þ þfd6141eabcb64f081e77e16911ddd25eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19735.pngþ þTEXT\0005\ST19735. txtþ
þST19736þ þST19736þ þST19736þ þST19736þ þST19736þ þST19736þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/decision_sup port.png.svn-baseþ þþ þþ þ0þ þ1þ þST18158; ST18170;
ST19746þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6329þ þ86af1d87edbd44472860d618cc1bbf4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þ6þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19736.pngþ þTEXT\0005\ST 19736.txtþ
þST19737þ þST19737þ þST19737þ þST19737þ þST19737þ þST19737þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/go.png.svn-b aseþ þþ þþ þ0þ þ1þ þST18159; ST18171;
ST19747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ523þ þ21b19bae6308b7f2e527eac669c258e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ6þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19737.pngþ þþ
þST19738þ þST19738þ þST19738þ þST19738þ þST19738þ þST19738þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/idea_generat ion_applications.png.svn-baseþ þþ þþ þ0þ þ1þ þST18160; ST18172;
ST19748þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_applications.png.svn-b aseþ þ.PNGþ þimage/pngþ þþ þ5817þ þ6af9c9a7787e45f1cc1fc809babf2b9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19738.pngþ þ TEXT\0005\ST19738.txtþ
þST19739þ þST19739þ þST19739þ þST19739þ þST19739þ þST19739þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/launchpad_logo.png.svn-baseþ þþ þþ þ0þ þ1þ þST19749þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ13047þ þ7dd2d4833d5462d2d5368e5413d5be22þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19739.pngþ þTEXT\0005\ST19739.txtþ

þST19740þ þST19740þ þST19740þ þST19740þ þST19740þ þST19740þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/layout_manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST18175; ST19750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_manager.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4884þ þ6fa17067c0bc39eb4dc8eb13937ac497þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19740.pngþ þTEXT\0005\ST19740.txtþ

þST19741þ þST19741þ þST19741þ þST19741þ þST19741þ þST19741þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/market_monitoring_applications.png.svn-baseþ þþ þþ þ0þ þ1þ þST18164; ST18176; ST19751þ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_monitoring_applications.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ6556þ þea0ed06be811e50255921ed5edb35293þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19741.pngþ þTEXT\0005\ST19741.txtþ

þST19742þ þST19742þ þST19742þ þST19742þ þST19742þ þST19742þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/news_applications.png.svn-baseþ þþ þþ þ0þ þ1þ þST18165; ST18177; ST19752þ þþ þþ þþ þþ þþ þþ þþ þnews_applications.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5939þ þ0564e5a8825c101a9788b10bba3018c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19742.pngþ þTEXT\0005\ST19742.txtþ

þST19743þ þST19743þ þST19743þ þST19743þ þST19743þ þST19743þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/trading_interface.png.svn-baseþ þþ þþ þ0þ þ1þ þST18167; ST18179; ST19753þ þþ þþ þþ þþ þþ þþ þþ þtrading_interface.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ4984þ þ8f7efe882cb9827efbc9726e9ebf5305þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19743.pngþ þTEXT\0005\ST19743.txtþ

þST19744þ þST19744þ þST19744þ þST19744þ þST19744þ þST19744þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/.svn/text-base/watchlist_manager.png.svn-baseþ þþ þþ þ0þ þ1þ þST18168; ST18180; ST19754þ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ5648þ þ1ea86dca30e39d673711c511e254645cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19744.pngþ þTEXT\0005\ST 19744.txtþ

þST19745þ þST19745þ þST19745þ þST19745þ þST19745þ þST19745þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/copyright.pngþ þþ þþ þ0þ þ1þ þST18157; ST18169;

ST19735þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcopyright.pngþ þ.PNGþ þimage/pngþ þþ þ2 321þ þfd6141eabcb64f081e77e16911ddd25eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19745.pngþ þTEXT\0005\ST19745.txtþ

þST19746þ þST19746þ þST19746þ þST19746þ þST19746þ þST19746þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/decision_support.pngþ þþ þþ þ0þ þ1þ þST18158; ST18170;

ST19736þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdecision_support.pngþ þ.PNGþ þimage/pn gþ þþ þ6329þ þ86af1d87edbd44472860d618cc1bbf4cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19746.pngþ þTEXT \0005\ST19746.txtþ

þST19747þ þST19747þ þST19747þ þST19747þ þST19747þ þST19747þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/go.pngþ þþ þþ þ0þ þ1þ þST1815 9; ST18171;

ST19737þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgo.pngþ þ.PNGþ þimage/pngþ þþ þ523þ þ21b 19bae6308b7f2e527eac669c258e9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19747.pngþ þþ

þST19748þ þST19748þ þST19748þ þST19748þ þST19748þ þST19748þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/idea_generation_application s.pngþ þþ þþ þ0þ þ1þ þST18160; ST18172;

ST19738þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þidea_generation_applications.pngþ þ.PN Gþ þimage/pngþ þþ þ5817þ þ6af9c9a7787e45f1cc1fc809babf2b9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19748.pngþ þTEXT\0005 \ST19748.txtþ

þST19749þ þST19749þ þST19749þ þST19749þ þST19749þ þST19749þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/launchpad_logo.pngþ þþ þþ þ0 þ þ1þ þST19739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlaunchpad_logo.pngþ þ.PNGþ þimag e/pngþ þþ þ13047þ þ7dd2d4833d5462d2d5368e5413d5be22þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19749.pngþ þTEXT\0005\ST1974 9.txtþ

þST19750þ þST19750þ þST19750þ þST19750þ þST19750þ þST19750þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/layout_manager.pngþ þþ þþ þ0 þ þ1þ þST18163; ST18175;

ST19740þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlayout_manager.pngþ þ.PNGþ þimage/pngþ

þþ þ4884þ þ6fa17067c0bc39eb4dc8eb13937ac497þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19750.pngþ þTEXT\0005\ST19750.txtþ þST19751þ þST19751þ þST19751þ þST19751þ þST19751þ þST19751þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/market_monitoring_applications.pngþ þþ þþ þ0þ þ1þ þST18164; ST18176;

ST19741þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarket_monitoring_applications.pngþ þ.PNGþ þimage/pngþ þþ þ6556þ þea0ed06be811e50255921ed5edb35293þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19751.pngþ þTEXT\0005\ST19751.txtþ

þST19752þ þST19752þ þST19752þ þST19752þ þST19752þ þST19752þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/news_applications.pngþ þþ þþ þ0þ þ1þ þST18165; ST18177;

ST19742þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews_applications.pngþ þ.PNGþ þimage/pngþ þþ þ5939þ þ0564e5a8825c101a9788b10bba3018c0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19752.pngþ þTEXT\0005\ST19752.txtþ

þST19753þ þST19753þ þST19753þ þST19753þ þST19753þ þST19753þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/trading_interface.pngþ þþ þþ þ0þ þ1þ þST18167; ST18179;

ST19743þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrading_interface.pngþ þ.PNGþ þimage/pngþ þþ þ4984þ þ8f7efe882cb9827efbc9726e9ebf5305þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19753.pngþ þTEXT\0005\ST19753.txtþ

þST19754þ þST19754þ þST19754þ þST19754þ þST19754þ þST19754þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/src/launchpad_portfolio/watchlist_manager.pngþ þþ þþ þ0þ þ1þ þST18168; ST18180;

ST19744þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist_manager.pngþ þ.PNGþ þimage/pngþ þþ þ5648þ þ1ea86dca30e39d673711c511e254645cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19754.pngþ þTEXT\0005\ST19754.txtþ

þST19755þ þST19755þ þST19755þ þST19755þ þST19755þ þST19755þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ105þ þ1f289d9e6584111cdb593df5536f6598þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19755.txtþ þTEXT\0005\ST19755.txtþ

þST19756þ þST19756þ þST19756þ þST19756þ þST19756þ þST19756þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jnlp_images/launchpad_img/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/04/2009þ þ00:00:00þ þ2009-09-04T00:00:00-04:00þ þ1252036800þ þentriesþ þ.

TXTþ þtext/plainþ þþ þ224þ þb5437936cbafdc9fb328cb5337f1540aþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19756.txtþ þTEXT\0005\ST19756.txtþ
þST19757þ þST19757þ þST19757þ þST19757þ þST19757þ þST19757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jnlp_images/launchpad_img.jarþ þþ þþ þþ þ0þ þ1þ þST15188þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þlaunchpad_img.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ1419007þ þ35635857bd23c729c719030ced968cb1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19757.jarþ þþ
þST19758þ þST19758þ þST19758þ þST19758þ þST19758þ þST19758þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ272þ þ2250783e3dec50a91df11f2f9cdef160þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19758.tx
tþ þTEXT\0005\ST19758.txtþ
þST19759þ þST19759þ þST19759þ þST19759þ þST19759þ þST19759þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099;
ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19759.txtþ þTEXT\0005\ST19759.txtþ
þST19760þ þST19760þ þST19761þ þST19760þ þST19761þ þST19760þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/22/2010þ þ00:00
:00þ þ2010-11-22T00:00:00-05:00þ þ1290402000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ529þ þ
959bdd0ff4e3ef23d49ac767218e23eeþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19760.txtþ þTEXT\0005\ST19760.txtþ
þST19762þ þST19762þ þST19762þ þST19762þ þST19762þ þST19762þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/.svn/prop-base/jtb.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;

ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;
ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;

ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;
ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;

ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;
ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388;
ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397;
ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406;
ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415;
ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424;
ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729;
ST19730; ST19731; ST19732; ST19733; ST19734; ST20090; ST20267; ST20406; ST20463;
ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769;
ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276;
ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jar.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19762.txtþ þTEXT\0005\ST19762.txtþ
þST19763þ þST19763þ þST19763þ þST19763þ þST19763þ þST19763þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST19824þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3783þ þ347c17789
4337379cadf161b64402736þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0008\ST19763.xmlþ þþ
þST19764þ þST19764þ þST19764þ þST19764þ þST19764þ þST19764þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/.svn/text-base/jtb.jar.svn-baseþ þþ þþ þ0þ þ1þ þST14258; ST19827; ST20134;
ST23077; ST23402; ST23681;

ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jar.svn-baseþ þ.JARþ þapplication/
java-archiveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19764.jarþ þþ
þST19765þ þST19765þ þST19765þ þST19765þ þST19765þ þST19765þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ67þ þ8ae2040cd
90c6755c1b16f3c25b16c58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0008\ST19765.propertiesþ
þST19766þ þST19766þ þST19766þ þST19766þ þST19766þ þST19766þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/column/ColumnDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þColumnDescriptor.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ908þ þda23ecb9799937908d06055d6ea71a8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19766.classþ þ
þST19767þ þST19767þ þST19767þ þST19767þ þST19767þ þST19767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/column/SortedColumnDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSortedColumnDescriptor.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ1444þ þ58fd5c442c59e1f6bc8675217aeeb2e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19767.classþ
þST19768þ þST19768þ þST19768þ þST19768þ þST19768þ þST19768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/column/TableInstanceDescriptor.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableInstanceDescriptor.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ2007þ þ75621013c3e20cb58fc511b44675c670þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19768.classþ þ
þST19769þ þST19769þ þST19769þ þST19769þ þST19769þ þST19769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/constants/JTBConstants.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þJTBConstants.classþ þ.CLASSþ þapplication/java-vmþ þþ þ114
3þ þ23345c9ed32e4389a2c41505d507b208þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19769.classþ þþ þ
þST19770þ þST19770þ þST19770þ þST19770þ þST19770þ þST19770þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/constants/TableConstantsCellPadding.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsCellPadding.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1653þ þdddbbb074d7e93075bb855590aaa4b08þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19770.classþ þþ
þST19771þ þST19771þ þST19771þ þST19771þ þST19771þ þST19771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/constants/TableConstantsColorCoded.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorCoded.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1202þ þ88fe6cb1221481cc677d517d2d792860þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19771.classþ þþ
þST19772þ þST19772þ þST19772þ þST19772þ þST19772þ þST19772þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/constants/TableConstantsColorScheme.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorScheme.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1904þ þc141923f24cbdaa000652d0624e3bde5þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19772.classþ þþ
þST19773þ þST19773þ þST19773þ þST19773þ þST19773þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/constants/TableConstantsFlashBorder.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFlashBorder.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1275þ þd5e7203d50daad4d7ee037f301b02214þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19773.classþ þþ
þST19774þ þST19774þ þST19774þ þST19774þ þST19774þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/constants/TableConstantsFontFamily.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFontFamily.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ2207þ þ0f5f603d7cec6438769a6d6562aa2307þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19774.classþ þþ
þST19775þ þST19775þ þST19775þ þST19775þ þST19775þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/constants/TableConstantsFontSize.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFontSize.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1639þ þf9783e2d8cdb4e2267ecefcc5f5dad4cþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19775.classþ þþ
þST19776þ þST19776þ þST19776þ þST19776þ þST19776þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/DefaultTableParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDefaultTableParameters.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ2024þ þ5a8acc775cd8ab87ddc470efa1d3b0c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19776.classþ þþ
þST19777þ þST19777þ þST19777þ þST19777þ þST19777þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/header/HeaderPopupMenu.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenu.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
4248þ þ50b8179be2515f312221ba106766061dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19777.classþ þþ
þST19778þ þST19778þ þST19778þ þST19778þ þST19778þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/header/HeaderPopupMenu$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenu$1.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ794þ þbc18381173fb3cde030fbf2b5bc61e00þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19778.classþ þþ
þST19779þ þST19779þ þST19779þ þST19779þ þST19779þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/header/HeaderPopupMenu$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenu$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ857þ þb76f7d85df61877b525a5903720e20c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19779.classþ þþ

þST19780þ þST19780þ þST19780þ þST19780þ þST19780þ þST19780þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/header/HeaderPopupMenu$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenu$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ794þ þ49c0bb96ca20dd53c1edfbdb045a42ceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19780.classþ þþ

þST19781þ þST19781þ þST19781þ þST19781þ þST19781þ þST19781þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/header/IHeaderPopupMenuController.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIHeaderPopupMenuController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ453þ þccd2149394d2119c56c38a13a8bd3edfþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19781.classþ þþ

þST19782þ þST19782þ þST19782þ þST19782þ þST19782þ þST19782þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/header/MyMouseMoveListeningHeaderRenderer.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyMouseMoveListeningHeaderRenderer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2927þ þe587bab29a104e21bf1a9501b9c5aefdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19782.classþ þþ

þST19783þ þST19783þ þST19783þ þST19783þ þST19783þ þST19783þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/header/MyMouseMoveListeningHeaderRenderer$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyMouseMoveListeningHeaderRenderer$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ812þ þf9805c6041732d75e589a4b33d90fd4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19783.classþ þþ

þST19784þ þST19784þ þST19784þ þST19784þ þST19784þ þST19784þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/IColumns.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þIColumns.classþ þ.CLASSþ þapplication/java-vmþ þþ þ183þ þ4f3be3cc49bb864abd97be8e8dca92b4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19784.classþ þþ

þST19785þ þST19785þ þST19785þ þST19785þ þST19785þ þST19785þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/icons/arrow/IconArrow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þIconArrow.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1122þ þf13c089b9e6c99f5445e798375715c29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19785.classþ þþ

þST19786þ þST19786þ þST19786þ þST19786þ þST19786þ þST19786þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/arrow/IconArrowDown.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowDown.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
1156þ þ4064bb8f6148b7d2c00310b82ec1dd5eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19786.classþ þþ
þST19787þ þST19787þ þST19787þ þST19787þ þST19787þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/arrow/IconArrowDownMenus.classþ þþ þþ þ0þ þ1þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowDownMenus.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ992þ þd66f73f917a3f256e4ba5a58ec691fafþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19787.classþ þþ
þST19788þ þST19788þ þST19788þ þST19788þ þST19788þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/arrow/IconArrowUp.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowUp.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1150
þ þa46a770d83d51af6bce7d00a7ea3e0cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19788.classþ þþ
þST19789þ þST19789þ þST19789þ þST19789þ þST19789þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/IconBlank.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þIconBlank.classþ þ.CLASSþ þapplication/java-vmþ þþ þ789þ þ09d4f79b
d788d6ef00e6b26bbd1c316aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0008\ST19789.classþ þþ
þST19790þ þST19790þ þST19790þ þST19790þ þST19790þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/twoarrows/IconDoubleArrowDown.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconDoubleArrowDown.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ851þ þed41bbb71c61e3e54f49e47d17f8c1a8þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19790.classþ þþ
þST19791þ þST19791þ þST19791þ þST19791þ þST19791þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/twoarrows/IconDoubleArrowUp.classþ þþ þþ þ0þ þ1þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconDoubleArrowUp.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ841þ þ10cc53766b2031f68648807ccd2142d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19791.classþ þþ
þST19792þ þST19792þ þST19792þ þST19792þ þST19792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/twoarrows/IconSingleArrowDown.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowDown.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ818þ þd3dffebb0dd726fb03d55065a65743c5þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19792.classþ þþ
þST19793þ þST19793þ þST19793þ þST19793þ þST19793þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/build/classes/jtb/icons/twoarrows/IconSingleArrowUp.classþ þþ þþ þ0þ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowUp.classþ þ.CLASSþ þapplication /java-vmþ þþ þ810þ þd8f93c33e7894983d9e0cab6ba2550f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19793.classþ þþ þST19794þ þST19794þ þST19794þ þST19794þ þST19794þ þST19794þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/icons/twoarrows/IconTwoArrows.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconTwoArrows.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2892þ þ67b3cf2e8f0c114de50fd76bf1c56ffcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19794.classþ þþ þST19795þ þST19795þ þST19795þ þST19795þ þST19795þ þST19795þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/IDataRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þIDataRejector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ156þ þ5ba3b0 81fd80679668e21edc6e6d517aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19795.classþ þþ þST19796þ þST19796þ þST19796þ þST19796þ þST19796þ þST19796þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/IDataUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDataUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ425þ þa69c0f79 2b8eaa672a7d004fdc08b5dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST19796.classþ þþ þST19797þ þST19797þ þST19797þ þST19797þ þST19797þ þST19797þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/IModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þIModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ930þ þ175430d32606f9ddc5d2 92ef02c915baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19797.classþ þþ þST19798þ þST19798þ þST19798þ þST19798þ þST19798þ þST19798þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/IRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þIRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ352þ þ8aa8da09f49dcb d35e9a1030b11bf951þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0008\ST19798.classþ þþ þST19799þ þST19799þ þST19799þ þST19799þ þST19799þ þST19799þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ITableController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þITableController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ588þ þ 908900fc02b794dcc4cb932069e135d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19799.classþ þþ þST19800þ þST19800þ þST19800þ þST19800þ þST19800þ þST19800þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ITableManager.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þITableManager.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1348þ þc8aa6

688ccf80a48e8cf670546e74299þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19800.classþ þþ

þST19801þ þST19801þ þST19801þ þST19801þ þST19801þ þST19801þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ITableParameters.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þITableParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ778þ þ 3850ab738cf6bda9d8cdafb4928a1f01þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19801.classþ þþ

þST19802þ þST19802þ þST19802þ þST19802þ þST19802þ þST19802þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ListModelLimited.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þListModelLimited.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1267þ þa11bfc41863c67a985b641f54186b021þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19802.classþ þþ

þST19803þ þST19803þ þST19803þ þST19803þ þST19803þ þST19803þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ListModelUnlimited.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListModelUnlimited.classþ þ.CLASSþ þapplication/java-vmþ þþ þ42 88þ þ0632d89eb23c2736781332c82ccbca25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19803.classþ þþ

þST19804þ þST19804þ þST19804þ þST19804þ þST19804þ þST19804þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/MultiviewerRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þMultiviewerRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 891þ þb981e46db335d3adda5e66f2c52cef8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19804.classþ þþ

þST19805þ þST19805þ þST19805þ þST19805þ þST19805þ þST19805þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/renderers/IMarked.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMarked.classþ þ.CLASSþ þapplication/java-vmþ þþ þ134þ þ799c4cbf 81327baa3ee1de8a360125daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST19805.classþ þþ

þST19806þ þST19806þ þST19806þ þST19806þ þST19806þ þST19806þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/renderers/MyBorderedRenderer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyBorderedRenderer.classþ þ.CLASSþ þapplication/java -vmþ þþ þ2533þ þ23487de61ad3f65e30cc77021cd845b7þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19806.classþ þþ

þST19807þ þST19807þ þST19807þ þST19807þ þST19807þ þST19807þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/renderers/MyDoubleLabelRenderer.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyDoubleLabelRenderer.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ4804þ þ8bd283a520746603906db82ef88193d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19807.classþ þþ
þST19808þ þST19808þ þST19808þ þST19808þ þST19808þ þST19808þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/renderers/MyRenderer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þMyRenderer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8310þ þ9
130ae600881162523dd7062da7d1d45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19808.classþ þþ
þST19809þ þST19809þ þST19809þ þST19809þ þST19809þ þST19809þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/TableController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ25393þ þ
dee836caa5358ad25a64485d19fbcbcaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19809.classþ þþ
þST19810þ þST19810þ þST19810þ þST19810þ þST19810þ þST19810þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/TableController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ123
5þ þdae5122670eae650a8c44ac6a004cb57þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19810.classþ þþ
þST19811þ þST19811þ þST19811þ þST19811þ þST19811þ þST19811þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/TableController$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableController$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ111
8þ þed7a1de7bc899123dbd5e8b090bee7f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19811.classþ þþ
þST19812þ þST19812þ þST19812þ þST19812þ þST19812þ þST19812þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/TableController$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableController$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ123
3þ þ94c38811738de5e829fc70368fd403f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19812.classþ þþ
þST19813þ þST19813þ þST19813þ þST19813þ þST19813þ þST19813þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/TableController$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableController$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ271
8þ þd19bbba0682ffc972ce2726ad32c9addþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19813.classþ þþ
þST19814þ þST19814þ þST19814þ þST19814þ þST19814þ þST19814þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/build/classes/jtb/TableController$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableController$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ110
2þ þ19db94bfe764a69a5677e157639c169cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19814.classþ þþ

þST19815þ þST19815þ þST19815þ þST19815þ þST19815þ þST19815þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TableController$6.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableController$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ111 4þ þ1a8100d69465e13006ba27874c269168þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19815.classþ þþ
þST19816þ þST19816þ þST19816þ þST19816þ þST19816þ þST19816þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TableController$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableController$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ103 4þ þaab8e648b5d9b85e6f8fafe3fd96f534þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19816.classþ þþ
þST19817þ þST19817þ þST19817þ þST19817þ þST19817þ þST19817þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TableController$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableController$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ102 7þ þ921768f644584bd8efa2a5236e9cd33aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19817.classþ þþ
þST19818þ þST19818þ þST19818þ þST19818þ þST19818þ þST19818þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TableController$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableController$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ102 7þ þ600c7594485a6b1d02d17b66a869498cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19818.classþ þþ
þST19819þ þST19819þ þST19819þ þST19819þ þST19819þ þST19819þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TableController$DragCursorIcon.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableController$DragCursorIcon.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1697þ þ6701ef1a3f5b8c8c1d3918c8d0d96716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19819.classþ þþ
þST19820þ þST19820þ þST19820þ þST19820þ þST19820þ þST19820þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TableParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12673þ þ4ef5e022abdd7671c18db9a792800f31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19820.classþ þþ
þST19821þ þST19821þ þST19821þ þST19821þ þST19821þ þST19821þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/TablePopupMenu.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTablePopupMenu.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1468þ þdda ec4d86d4cb7fafa000d7b2ccd45ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST19821.classþ þþ
þST19822þ þST19822þ þST19822þ þST19822þ þST19822þ þST19822þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ToggleRowSorter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToggleRowSorter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5043þ þ8 96a0fbff272728ba4f3f0b10dda908dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19822.classþ þþ

þST19823þ þST19823þ þST19823þ þST19823þ þST19823þ þST19823þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build/classes/jtb/ToggleRowSorter$SortParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToggleRowSorter$SortParameters.classþ þ.CLASSþ þap plication/java-vmþ þþ þ600þ þ6927dc777b59fb601323503ddfee06bdþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19823.classþ þþ þST19824þ þST19824þ þST19824þ þST19824þ þST19824þ þST19824þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/build.xmlþ þþ þþ þ0þ þ1þ þST19763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuil d.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3783þ þ347c177894337379cadf161b64402736þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19824. xmlþ þþ

þST19825þ þST19825þ þST19825þ þST19825þ þST19825þ þST19825þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/dist/jtb.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java- archiveþ þþ þ134587þ þ2846d7aaae6be2aa56d3960fc2f279d7þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19825.jarþ þþ þST19826þ þST19826þ þST19826þ þST19826þ þST19826þ þST19826þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREADM E.TXTþ þ.TXTþ þtext/plainþ þþ þ1319þ þb926af546bc1ce0ba17faf3fb4f3b1d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19826.TXTþ þTEXT\0005\ST19826.txtþ

þST19827þ þST19827þ þST19827þ þST19827þ þST19827þ þST19827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/jtb.jarþ þþ þþ þ0þ þ1þ þST14258; ST19764; ST20134; ST23077; ST23402; ST23681; ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch iveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19827.jarþ þþ þST19828þ þST19828þ þST19828þ þST19828þ þST19828þ þST19828þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ575þ þ0832497a3b406e1093bc8a0ee481576eþ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ ST19828.txtþ þTEXT\0005\ST19828.txtþ

þST19829þ þST19829þ þST19829þ þST19829þ þST19829þ þST19829þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST20028; ST20140; ST20504; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19829.txtþ þTEXT\0005\ST19829.txtþ
þST19830þ þST19830þ þST19831þ þST19830þ þST19831þ þST19830þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/09/20
10þ þ00:00:00þ þ2010-11-09T00:00:00-05:00þ þ1289278800þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ731þ þ2419b771f454fde4cfefe4777bfcf5ebþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19830.txtþ þTEXT\0005\ST19830.txtþ
þST19832þ þST19832þ þST19832þ þST19832þ þST19832þ þST19832þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST19836þ þ
þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xml
þ þþ þ48761þ þf5b7a68d6c36f3b5523e0baa21aaad66þ þþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19832.xmlþ þþ
þST19833þ þST19833þ þST19833þ þST19833þ þST19833þ þST19833þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST198
37þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ475þ þf4528864a2c72b3eb41539d30fcb8920þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19833.txtþ þTEXT\0005\ST19833.txtþ
þST19834þ þST19834þ þST19834þ þST19834þ þST19834þ þST19834þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1981þ þ408c98ccc129cb9dac55463a7624cd5fþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19834.txtþ
þTEXT\0005\ST19834.txtþ
þST19835þ þST19835þ þST19835þ þST19835þ þST19835þ þST19835þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST19844þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ511þ þ2bd420cf1f9b83e5591f947ad6bb6a08þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19835.xm
lþ þþ
þST19836þ þST19836þ þST19836þ þST19836þ þST19836þ þST19836þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þST19832þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48761þ þf5b7a68d6c36
f3b5523e0baa21aaad66þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0008\ST19836.xmlþ þþ

þST19837þ þST19837þ þST19837þ þST19837þ þST19837þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þST19833þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þf4528864a2c72b3eb41539d
30fcb8920þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0008\ST19837.txtþ þTEXT\0005\ST19837.txtþ

þST19838þ þST19838þ þST19838þ þST19838þ þST19838þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þbuild-
impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56275þ þ48e8de3d66b9f4604431e5f2ecddc3efþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19
838.xmlþ þþ

þST19839þ þST19839þ þST19839þ þST19839þ þST19839þ þST19839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ475þ þ84f33b7d802f4961924663709c09e362þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19839.propertiesþ þþ
þST19840þ þST19840þ þST19840þ þST19840þ þST19840þ þST19840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd4
1d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19840.propertiesþ þþ

þST19841þ þST19841þ þST19841þ þST19841þ þST19841þ þST19841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST22163; ST23424;
ST23913; ST24042;
ST24164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ269þ þ5c164ef077c3f8dde5ecd6dadb7affb7þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19841.propertiesþ þ
þþ

þST19842þ þST19842þ þST19842þ þST19842þ þST19842þ þST19842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ464þ þd33880c2d98005b5c27482de2b16
ab72þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19842.xmlþ þþ

þST19843þ þST19843þ þST19843þ þST19843þ þST19843þ þST19843þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/nbproject/project.propertiesþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2251þ þ6790f5 77d35705d701a1560a055b4b6bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19843.propertiesþ þþ

þST19844þ þST19844þ þST19844þ þST19844þ þST19844þ þST19844þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST19835þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ511þ þ2bd420cf1f9b83e5591f947ad6bb 6a08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19844.xmlþ þþ

þST19845þ þST19845þ þST19845þ þST19845þ þST19845þ þST19845þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ83þ þ638696fbad3dfeabcdb042f845f409cfþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19845 .txtþ þTEXT\0005\ST19845.txtþ

þST19846þ þST19846þ þST19846þ þST19846þ þST19846þ þST19846þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/01/2011 þ þ0 0:00:00þ þ2011-06-01T00:00:00-04:00þ þ1306900800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ21 2þ þ41b3fab5e9d14e7426c7fef41fd4a341þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19846.txtþ þTEXT\0005\ST19846.txtþ þST19847þ þST19847þ þST19848þ þST19847þ þST19848þ þST19847þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ2112þ þd81c8e0ee7c3ebd6c3ca5939547ec309þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19847.t xtþ þTEXT\0005\ST19847.txtþ

þST19849þ þST19849þ þST19853þ þST19849þ þST19853þ þST19849þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/01/2011 þ þ00:00:00þ þ2011-06-01T00:00:00-04:00þ þ1306900800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2455þ þb8b3bead5e79c0aa3d0d473eb24db5a5þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19849.txtþ þTEXT\0005\ST19849.txtþ þST19854þ þST19854þ þST19855þ þST19854þ þST19855þ þST19854þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/DefaultTableParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST19922þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/18/2007þ þ00:00:00þ þ2007-09-18T00:00:00-04:0 0þ þ1190088000þ þDefaultTableParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2388þ þ 51d778277bf2e46e62dfdd1b2f4f6c8dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19854.txtþ þTEXT\0005\ST19854.txtþ

þST19856þ þST19856þ þST19856þ þST19856þ þST19856þ þST19856þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/IColumns.java.svn-baseþ þþ þþ þ0þ þ1þ þST19934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIColumns.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ404þ þ8a50476fadca06a6e539fa94cb35b46dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19856.txtþ þTEXT\0005\ST19856.txtþ

þST19857þ þST19857þ þST19857þ þST19857þ þST19857þ þST19857þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/IDataRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST19965þ þþ þþ þþ þþ þþ þþ þ10/02/2007þ þ00:00:00þ þ2007-10-02T00:00:00-04:00þ þ1191297600þ þIDataRejector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ321þ þ00da07c06e2019c7d01149a8b6c4def6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19857.txtþ þTEXT\0005\ST19857.txtþ

þST19858þ þST19858þ þST19858þ þST19858þ þST19858þ þST19858þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/IDataUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST19966þ þþ þþ þþ þþ þþ þþ þ07/18/2007þ þ00:00:00þ þ2007-07-18T00:00:00-04:00þ þ1184731200þ þIDataUpdater.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ734þ þ00667b95d93694b9018c0e42cf79f0e5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19858.txtþ þTEXT\0005\ST19858.txtþ

þST19859þ þST19859þ þST19859þ þST19859þ þST19859þ þST19859þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/IModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST19967þ þþ þþ þþ þþ þþ þþ þþ þþ þIModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1396þ þ78bd9b6aa46d043a25be35a8ba290281þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19859.txtþ þTEXT\0005\ST19859.txtþ

þST19860þ þST19860þ þST19860þ þST19860þ þST19860þ þST19860þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/IRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST19968þ þþ þþ þþ þþ þþ þþ þ07/17/2007þ þ00:00:00þ þ2007-07-17T00:00:00-04:00þ þ1184464480þ þIRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ650þ þc83ebff0c07f37f9a42e665300a2aa30þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19860.txtþ þTEXT\0005\ST19860.txtþ

þST19861þ þST19861þ þST19861þ þST19861þ þST19861þ þST19861þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/ITableController.java.svn-baseþ þþ þþ þ0þ þ1þ þST19969þ þþ þþ þþ þþ þþ þþ þ07/06/2007þ þ00:00:00þ þ2007-07-06T00:00:00-04:00þ þ1183694400þ þITableController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ963þ þd6702c18f7d9bd7b5bb4091e4b2e4c55þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19861.txtþ þTEXT\0005\ST19861.txtþ

þST19862þ þST19862þ þST19862þ þST19862þ þST19862þ þST19862þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/src/jtb/.svn/text-base/ITableManager.java.svn-baseþ þþ þþ þ0þ þ1þ þST19970þ
 þþ þþ þþ þþ þþ þþ þþ þþ þ08/10/2007þ þ00:00:00þ þ2007
-08-10T00:00:00-04:00þ þ1186718400þ þITableManager.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ1990þ þ08d1f55052b4a6f293a071f5ac5f804bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19862.txtþ þTEXT\0005\ST19862.txtþ
þST19863þ þST19863þ þST19863þ þST19863þ þST19863þ þST19863þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/.svn/text-base/ITableParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST199
71þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/31/2007þ þ00:00:00þ þ2007-07-31T00:00:00-04:00þ þ11
85854400þ þITableParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1054þ þ76e5e56897a
aca3db93cec0f93f9c68cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0008\ST19863.txtþ þTEXT\0005\ST19863.txtþ
þST19864þ þST19864þ þST19865þ þST19864þ þST19865þ þST19864þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/.svn/text-base/ListModelLimited.java.svn-baseþ þþ þþ þ0þ þ1þ þST199
72þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListModelLimited.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ1660þ þ0836db25727b927a87632f310e8aab43þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19864.txtþ þTEXT\0005\ST19864.txtþ
þST19866þ þST19866þ þST19868þ þST19866þ þST19868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/.svn/text-base/ListModelUnlimited.java.svn-baseþ þþ þþ þ0þ þ1þ þST1
9973þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/05/2007þ þ00:00:00þ þ2007-07-05T00:00:00-04:00þ þ
1183608000þ þListModelUnlimited.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4597þ þe31ea37
712277e03d1050d26bdc765f4þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0008\ST19866.txtþ þTEXT\0005\ST19866.txtþ
þST19869þ þST19869þ þST19869þ þST19869þ þST19869þ þST19869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/.svn/text-base/MultiviewerRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST
19974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerRowModel.java.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ745þ þb5d4769984911659aee95f5ed147aac4þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19869.txtþ þTEXT\0005\S
T19869.txtþ
þST19870þ þST19870þ þST19883þ þST19870þ þST19883þ þST19870þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/.svn/text-base/TableController.java.svn-baseþ þþ þþ þ0þ þ1þ þST1999
7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27/2007þ þ00:00:00þ þ2007-07-27T00:00:00-04:00þ þ118
5508800þ þTableController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ34128þ þ18ed819606dd
8767dc08083f5a1002a2þ þ14þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0008\ST19870.txtþ þTEXT\0005\ST19870.txtþ
þST19884þ þST19884þ þST19890þ þST19884þ þST19890þ þST19884þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/.svn/text-base/TableParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST1999
8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/12/2007þ þ00:00:00þ þ2007-07-12T00:00:00-04:00þ þ118

4212800þ þTableParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ17130þ þ77d2eec366c6 26d412d2aa3186ca5624þ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL SEþ þTRUEþ þNATIVES\0008\ST19884.txtþ þTEXT\0005\ST19884.txtþ

þST19891þ þST19891þ þST19891þ þST19891þ þST19891þ þST19891þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/TablePopupMenu.java.svn-baseþ þþ þþ þ0þ þ1þ þST19999 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTablePopupMenu.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ1593þ þa6dd062fc35fb599874d875d3bcf455eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19891.txtþ þTEXT\0005\ST19891. txtþ

þST19892þ þST19892þ þST19895þ þST19892þ þST19895þ þST19892þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/.svn/text-base/ToggleRowSorter.java.svn-baseþ þþ þþ þ0þ þ1þ þST2000 0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToggleRowSorter.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ6838þ þ78910a32f4fa88ad5f291a546e11aa3þþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19892.txtþ þTEXT\0005\ST19892 .txtþ

þST19896þ þST19896þ þST19896þ þST19896þ þST19896þ þST19896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ530þ þbc14f550d723d91cbb943acdc033895 2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0008\ST19896.txtþ þTEXT\0005\ST19896.txtþ

þST19897þ þST19897þ þST19897þ þST19897þ þST19897þ þST19897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/ 08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/p lainþ þþ þ582þ þ1dd93fc619022976ed5dbd139bad4576þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19897.txtþ þTEXT\0005\ST19897. txtþ

þST19898þ þST19898þ þST19898þ þST19898þ þST19898þ þST19898þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/.svn/text-base/ColumnDescriptor.java.svn-baseþ þþ þþ þ0þ þ1 þ þST19902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/23/2007þ þ00:00:00þ þ2007-09-23T00:00:00-04 :00þ þ1190520000þ þColumnDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ855þ þ6bd61 349333e7fae8a58a839935fc6c2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST19898.txtþ þTEXT\0005\ST19898.txtþ

þST19899þ þST19899þ þST19899þ þST19899þ þST19899þ þST19899þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/.svn/text-base/SortedColumnDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST19903þ þþ þþ þþ þþ þþ þþ þSortedColumnDescriptor.java.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ1519þ þadb1b17192373db7864bf06af077f641þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19899.t xtþ þTEXT\0005\ST19899.txtþ

þST19900þ þST19900þ þST19901þ þST19900þ þST19901þ þST19900þ þþ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/.svn/text-base/TableInstanceDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST19904þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableInstanceDescriptor.java. svn-baseþ þ.TXTþ þtext/plainþ þþ þ2734þ þ65bfb0f86c101e22e328902668e22f3aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19900. txtþ þTEXT\0005\ST19900.txtþ

þST19902þ þST19902þ þST19902þ þST19902þ þST19902þ þST19902þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/ColumnDescriptor.javaþ þþ þþ þ0þ þ1þ þST19898þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þColumnDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ855þ þ 6bd61349333e7fae8a58a839935fc6c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19902.javaþ þþ

þST19903þ þST19903þ þST19903þ þST19903þ þST19903þ þST19903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/SortedColumnDescriptor.javaþ þþ þþ þ0þ þ1þ þST19899þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSortedColumnDescriptor.javaþ þ.JAVAþ þtext/x-java-sourc eþ þþ þ1519þ þadb1b17192373db7864bf06af077f641þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19903.javaþ þþ

þST19904þ þST19904þ þST19904þ þST19904þ þST19904þ þST19904þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/column/TableInstanceDescriptor.javaþ þþ þþ þ0þ þ1þ þST19900þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableInstanceDescriptor.javaþ þ.JAVAþ þtext/x-java-so urceþ þþ þ2734þ þ65bfb0f86c101e22e328902668e22f3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19904.javaþ þþ

þST19905þ þST19905þ þST19905þ þST19905þ þST19905þ þST19905þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1166þ þ832cc95bdaa2d450809b8285a9e 07f53þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI VES\0008\ST19905.txtþ þTEXT\0005\ST19905.txtþ

þST19906þ þST19906þ þST19907þ þST19906þ þST19907þ þST19906þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ 05/10/2010þ þ00:00:00þ þ2010-05-10T00:00:00-04:00þ þ1273464000þ þentriesþ þ.TXTþ þtex t/plainþ þþ þ1208þ þf6b1ce8dec4b0b82f8dea8484c92e1d0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST19906.txtþ þTEXT\0005\ST19906.txtþ

þST19908þ þST19908þ þST19908þ þST19908þ þST19908þ þST19908þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/JTBConstants.java.svn-baseþ þþ þþ þ0þ þ1þ þST19915þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/09/2007þ þ00:00:00þ þ2007-07-09T00:00:00-04:0 0þ þ1183953600þ þJTBConstants.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1249þ þb7eb1a19ef

c0f6301e06fca4dcbac0b3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST19908.txtþ þTEXT\0005\ST19908.txtþ

þST19909þ þST19909þ þST19909þ þST19909þ þST19909þ þST19909þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/TableConstantsCellPadding.java.svn-baseþ þþ þþ þþ þ0þ þ1þ þST19916þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsCellPaddin g.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1143þ þ5ee39d08caf0d6092f5d0558d611a509þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\S T19909.txtþ þTEXT\0005\ST19909.txtþ

þST19910þ þST19910þ þST19910þ þST19910þ þST19910þ þST19910þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/TableConstantsColorCoded.java.svn-baseþ þþ þþ þ0þ þ1þ þST19917þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorCoded .java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ912þ þ72ae0400f065c6a931c265248330bb40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST1 9910.txtþ þTEXT\0005\ST19910.txtþ

þST19911þ þST19911þ þST19911þ þST19911þ þST19911þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/TableConstantsColorScheme.java.svn-baseþ þþ þþ þ0þ þ1þ þST19918þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorSchem e.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1873þ þc2c9a0d2250d8df0706a46d30410542eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\S T19911.txtþ þTEXT\0005\ST19911.txtþ

þST19912þ þST19912þ þST19912þ þST19912þ þST19912þ þST19912þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/TableConstantsFlashBorder.java.svn-baseþ þþ þþ þ0þ þ1þ þST19919þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFlashBorde r.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ998þ þca3f0d03debdf1243be1ed519b969155þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST 19912.txtþ þTEXT\0005\ST19912.txtþ

þST19913þ þST19913þ þST19913þ þST19913þ þST19913þ þST19913þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/TableConstantsFontFamily.java.svn-baseþ þþ þþ þ0þ þ1þ þST19920þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFontFamily .java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1587þ þ34030e8b70b456a930e4203977babb86þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST 19913.txtþ þTEXT\0005\ST19913.txtþ

þST19914þ þST19914þ þST19914þ þST19914þ þST19914þ þST19914þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/.svn/text-base/TableConstantsFontSize.java.svn-baseþ þþ þþ þþ þ0þ þ1þ þST19921þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFontSize.java .svn-baseþ þ.TXTþ þtext/plainþ þþ þ1130þ þ6d5d4ceeb88db409acf618272a399b71þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19914 .txtþ þTEXT\0005\ST19914.txtþ

þST19915þ þST19915þ þST19915þ þST19915þ þST19915þ þST19915þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/JTBConstants.javaþ þþ þþ þ0þ þ1þ þST19908þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þJTBConstants.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1249þ þb7eb1a19efc0f6301e06fca4dcbac0b3þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19915.javaþ þþ
þST19916þ þST19916þ þST19916þ þST19916þ þST19916þ þST19916þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/TableConstantsCellPadding.javaþ þþ þþ þ0þ þ1þ þST19909þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsCellPadding.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1143þ þ5ee39d08caf0d6092f5d0558d611a509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19916.javaþ þþ
þST19917þ þST19917þ þST19917þ þST19917þ þST19917þ þST19917þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/TableConstantsColorCoded.javaþ þþ þþ þ0þ þ1þ þST19910þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorCoded.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ912þ þ72ae0400f065c6a931c265248330bb40þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19917.javaþ þþ
þST19918þ þST19918þ þST19918þ þST19918þ þST19918þ þST19918þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/TableConstantsColorScheme.javaþ þþ þþ þ0þ þ1þ þST19911þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorScheme.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1873þ þc2c9a0d2250d8df0706a46d30410542eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19918.javaþ þþ
þST19919þ þST19919þ þST19919þ þST19919þ þST19919þ þST19919þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/TableConstantsFlashBorder.javaþ þþ þþ þ0þ þ1þ þST19912þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFlashBorder.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ998þ þca3f0d03debdf1243be1ed519b969155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19919.javaþ þþ
þST19920þ þST19920þ þST19920þ þST19920þ þST19920þ þST19920þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/TableConstantsFontFamily.javaþ þþ þþ þ0þ þ1þ þST19913þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFontFamily.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1587þ þ34030e8b70b456a930e4203977babb86þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19920.javaþ þþ
þST19921þ þST19921þ þST19921þ þST19921þ þST19921þ þST19921þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/constants/TableConstantsFontSize.javaþ þþ þþ þ0þ þ1þ þST19914þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsFontSize.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1130þ þ6d5d4ceeb88db409acf618272a399b71þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19921.javaþ þþ
þST19922þ þST19922þ þST19922þ þST19922þ þST19922þ þST19922þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/DefaultTableParameters.javaþ þþ þþ þ0þ þ1þ þST19854þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDefaultTableParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2 388þ þ51d778277bf2e46e62dfdd1b2f4f6c8dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19922.javaþ þþ

þST19923þ þST19923þ þST19923þ þST19923þ þST19923þ þST19923þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/header/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ562þ þ62d5cb7e129eaba68a7ac264b48f1bc fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19923.txtþ þTEXT\0005\ST19923.txtþ

þST19924þ þST19924þ þST19925þ þST19924þ þST19925þ þST19924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/header/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/01/2011þ þ00:00:00þ þ2011-06-01T00:00:00-04:00þ þ1306900800þ þentriesþ þ.TXTþ þtext/p lainþ þþ þ690þ þ9b81e65d0109dad76b5b056f92a10d94þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19924.txtþ þTEXT\0005\ST19924.txtþ

þST19926þ þST19926þ þST19927þ þST19926þ þST19927þ þST19926þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/header/.svn/text-base/HeaderPopupMenu.java.svn-baseþ þþ þþ þ0þ þ1þ þST19931þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/27/2007þ þ00:00:00þ þ2007-10-27T00:00:00-04:0 0þ þ1193457600þ þHeaderPopupMenu.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2537þ þ42026b8 9c29fa94f3dc067262279e78bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19926.txtþ þTEXT\0005\ST19926.txtþ

þST19928þ þST19928þ þST19928þ þST19928þ þST19928þ þST19928þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/header/.svn/text-base/IHeaderPopupMenuController.java.svn-baseþ þ þ þþ þ0þ þ1þ þST19932þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/27/2007þ þ00:00:00þ þ2007-10-27T0 0:00:00-04:00þ þ1193457600þ þIHeaderPopupMenuController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ861þ þ2ea86c82785a202c9476550a4908e910þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19928.txtþ þTEXT\0005\ST19928.txtþ

þST19929þ þST19929þ þST19930þ þST19929þ þST19930þ þST19929þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/header/.svn/text-base/MyMouseMoveListeningHeaderRenderer.java.svn -baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/18/2007þ þ00:00:00þ þ2007-07-18T00:00:00-04:00þ þ1184731200þ þMyMouseMoveListeningHeaderRenderer.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ4415þ þ06ca126b5968e22979272ab925e7a18bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19929.txtþ þTEXT\0005\ST19929.txtþ

þST19931þ þST19931þ þST19931þ þST19931þ þST19931þ þST19931þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/jtb/src/jtb/header/HeaderPopupMenu.javaþ þþ þþ þ0þ þ1þ þST19926þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2537þ þ4
2026b89c29fa94f3dc067262279e78bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19931.javaþ þþ
þST19932þ þST19932þ þST19932þ þST19932þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/header/IHeaderPopupMenuController.javaþ þþ þ0þ þ1þ þST19928þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIHeaderPopupMenuController.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ861þ þ2ea86c82785a202c9476550a4908e910þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19932.javaþ þþ
þST19933þ þST19933þ þST19933þ þST19933þ þST19933þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/header/MyMouseMoveListeningHeaderRenderer.javaþ þþ þþ þ0þ þ1þ þST19
929þ þþ þþ þþ þþ þþ þþ þþ þMyMouseMoveListeningHeaderRenderer.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ4415þ þ06ca126b5968e22979272ab925e7a18bþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19933.javaþ þþ
þST19934þ þST19934þ þST19934þ þST19934þ þST19934þ þST19934þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/IColumns.javaþ þþ þþ þ0þ þ1þ þST19856þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þIColumns.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ404þ þ8a50476fadca06a6e539fa
94cb35b46dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0008\ST19934.javaþ þþ
þST19935þ þST19935þ þST19935þ þST19935þ þST19935þ þST19935þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/icons/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ214þ þd3c233b135d2b728b6e8537a13e7a0f8
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
008\ST19935.txtþ þTEXT\0005\ST19935.txtþ
þST19936þ þST19936þ þST19936þ þST19936þ þST19936þ þST19936þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/icons/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ03/0
8/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ319þ þa1b89a5b07ca5a71f6b0e473477323fdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19936.txtþ þTEXT\0005\ST19936.t
xtþ
þST19937þ þST19937þ þST19937þ þST19937þ þST19937þ þST19937þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/icons/.svn/text-base/IconBlank.java.svn-baseþ þþ þ0þ þ1þ þST1994
9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/11/2007þ þ00:00:00þ þ2007-07-11T00:00:00-04:00þ þ118
4126400þ þIconBlank.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ792þ þ17b60e273fdb54863e1b
612954192af1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0008\ST19937.txtþ þTEXT\0005\ST19937.txtþ
þST19938þ þST19938þ þST19938þ þST19938þ þST19938þ þST19938þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ640þ þ53ccb205be8128b74e55199598 90c538þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0008\ST19938.txtþ þTEXT\0005\ST19938.txtþ

þST19939þ þST19939þ þST19939þ þST19939þ þST19939þ þST19939þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010

-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ696þ þ92644cd994 3f26547b4e3c1be8b72e1eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST19939.txtþ þTEXT\0005\ST19939.txtþ

þST19940þ þST19940þ þST19941þ þST19940þ þST19941þ þST19940þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/.svn/text-base/IconArrow.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST19945þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/11/2007þ þ00:00:00þ þ2007-07-11T00:00:00-04:00 þ þ1184126400þ þIconArrow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1686þ þ29bb49a36d4af1 409e5aa4d0e1a34b24þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0008\ST19940.txtþ þTEXT\0005\ST19940.txtþ

þST19942þ þST19942þ þST19942þ þST19942þ þST19942þ þST19942þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/.svn/text-base/IconArrowDown.java.svn-baseþ þþ þþ þ0þ þ1þ þST19946þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:00:00- 04:00þ þ1184040000þ þIconArrowDown.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1036þ þ401d5 ac9a3cb5742c0d575e5a147b648þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST19942.txtþ þTEXT\0005\ST19942.txtþ

þST19943þ þST19943þ þST19943þ þST19943þ þST19943þ þST19943þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/.svn/text-base/IconArrowDownMenus.java.svn-baseþ þþ þ þ0þ þ1þ þST19947þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:00 :00-04:00þ þ1184040000þ þIconArrowDownMenus.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ91 4þ þ37f3e957a14619da56c6e8c5e9ee6f3dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19943.txtþ þTEXT\0005\ST19943.txtþ

þST19944þ þST19944þ þST19944þ þST19944þ þST19944þ þST19944þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/.svn/text-base/IconArrowUp.java.svn-baseþ þþ þþ þ0þ þ1 þ þST19948þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:00:00-04 :00þ þ1184040000þ þIconArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1039þ þ4b89675af 41b60c173c2346320aa0bb0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0008\ST19944.txtþ þTEXT\0005\ST19944.txtþ

þST19945þ þST19945þ þST19945þ þST19945þ þST19945þ þST19945þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/IconArrow.javaþ þþ þþ þ0þ þ1þ þST19940þ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þIconArrow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1686þ þ29bb49a3 6d4af1409e5aa4d0e1a34b24þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST19945.javaþ þþ

þST19946þ þST19946þ þST19946þ þST19946þ þST19946þ þST19946þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/IconArrowDown.javaþ þþ þþ þ0þ þ1þ þST19942þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þIconArrowDown.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1036þ þ 401d5ac9a3cb5742c0d575e5a147b648þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19946.javaþ þþ

þST19947þ þST19947þ þST19947þ þST19947þ þST19947þ þST19947þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/IconArrowDownMenus.javaþ þþ þþ þ0þ þ1þ þST19943þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þIconArrowDownMenus.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ914þ þ37f3e957a14619da56c6e8c5e9ee6f3dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19947.javaþ þþ

þST19948þ þST19948þ þST19948þ þST19948þ þST19948þ þST19948þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/arrow/IconArrowUp.javaþ þþ þþ þ0þ þ1þ þST19944þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIconArrowUp.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1039þ þ4b89 675af41b60c173c2346320aa0bb0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0008\ST19948.javaþ þþ

þST19949þ þST19949þ þST19949þ þST19949þ þST19949þ þST19949þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/IconBlank.javaþ þþ þþ þ0þ þ1þ þST19937þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þIconBlank.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ792þ þ17b60e273fdb548 63e1b612954192af1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0008\ST19949.javaþ þþ

þST19950þ þST19950þ þST19950þ þST19950þ þST19950þ þST19950þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ842þ þbb8e9008ea4c410e807ee2 053fdbf13dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19950.txtþ þTEXT\0005\ST19950.txtþ

þST19951þ þST19951þ þST19952þ þST19951þ þST19952þ þST19951þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXT þ þtext/plainþ þþ þ853þ þc8ef8e57485f7596ead8a1d1b7218392þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19951.txtþ þTEXT\0005\S T19951.txtþ

þST19953þ þST19953þ þST19953þ þST19953þ þST19953þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/text-base/IconDoubleArrowDown.java.svn-baseþ

þþ þþ þ0þ þ1þ þST19960þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T 00:00:00-04:00þ þ1193284800þ þIconDoubleArrowDown.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1237þ þe97ef23680673433400037ddb0a459daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19953.txtþ þTEXT\0005\ST19953.txtþ þST19954þ þST19954þ þST19954þ þST19954þ þST19954þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/text-base/IconDoubleArrowUp.java.svn-baseþ þ þþ þ0þ þ1þ þST19961þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T0 0:00:00-04:00þ þ1193284800þ þIconDoubleArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1244þ þ3e011e5c8ed46109e13b9b60838d52b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19954.txtþ þTEXT\0005\ST19954.txtþ þST19955þ þST19955þ þST19955þ þST19955þ þST19955þ þST19955þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/text-base/IconSingleArrowDown.java.svn-baseþ þþ þþ þ0þ þ1þ þST19962þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T 00:00:00-04:00þ þ1193284800þ þIconSingleArrowDown.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ786þ þff448fe099e01e443f7f2253b5034b43þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19955.txtþ þTEXT\0005\ST19955.txtþ þST19956þ þST19956þ þST19956þ þST19956þ þST19956þ þST19956þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/text-base/IconSingleArrowUp.java.svn-baseþ þ þ þþ þ0þ þ1þ þST19963þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T0 0:00:00-04:00þ þ1193284800þ þIconSingleArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ851þ þ76a2b2379864e291466df85ad6b69101þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19956.txtþ þTEXT\0005\ST19956.txtþ þST19957þ þST19957þ þST19959þ þST19957þ þST19959þ þST19957þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/.svn/text-base/IconTwoArrows.java.svn-baseþ þþ þþ þ0þ þ1þ þST19964þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T00: 00-04:00þ þ1193284800þ þIconTwoArrows.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4027þ þ20 affb483a67ecfee600e6c3390462f3þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19957.txtþ þTEXT\0005\ST19957.txtþ þST19960þ þST19960þ þST19960þ þST19960þ þST19960þ þST19960þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/IconDoubleArrowDown.javaþ þþ þþ þ0þ þ1þ þST19953þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconDoubleArrowDown.javaþ þ.JAVAþ þtext/x-java-s ourceþ þþ þ1237þ þe97ef23680673433400037ddb0a459daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19960.javaþ þþ þST19961þ þST19961þ þST19961þ þST19961þ þST19961þ þST19961þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/IconDoubleArrowUp.javaþ þþ þþ þ0þ þ1þ þST19954þ þþ þ þ þþ þþ þþ þþ þþ þIconDoubleArrowUp.javaþ þ.JAVAþ þtext/x-java-source þ þþ þ1244þ þ3e011e5c8ed46109e13b9b60838d52b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19961.javaþ þþ

þST19962þ þST19962þ þST19962þ þST19962þ þST19962þ þST19962þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/IconSingleArrowDown.javaþ þþ þþ þ0þ þ1þ þST19955þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowDown.javaþ þ.JAVAþ þtext/x-java-s ourceþ þþ þ786þ þff448fe099e01e443f7f2253b5034b43þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19962.javaþ þþ
þST19963þ þST19963þ þST19963þ þST19963þ þST19963þ þST19963þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/IconSingleArrowUp.javaþ þþ þþ þ0þ þ1þ þST19956þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowUp.javaþ þ.JAVAþ þtext/x-java-source þ þþ þ851þ þ76a2b2379864e291466df85ad6b69101þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19963.javaþ þþ
þST19964þ þST19964þ þST19964þ þST19964þ þST19964þ þST19964þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/icons/twoarrows/IconTwoArrows.javaþ þþ þþ þ0þ þ1þ þST19957þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconTwoArrows.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ402 7þ þ20affb483a67ecfee600e6c3390462f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19964.javaþ þþ
þST19965þ þST19965þ þST19965þ þST19965þ þST19965þ þST19965þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/IDataRejector.javaþ þþ þþ þ0þ þ1þ þST19857þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þIDataRejector.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ321þ þ00da07c06e201 9c7d01149a8b6c4def6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19965.javaþ þþ
þST19966þ þST19966þ þST19966þ þST19966þ þST19966þ þST19966þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/IDataUpdater.javaþ þþ þþ þ0þ þ1þ þST19858þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDataUpdater.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ734þ þ00667b95d93694b9018c0e42cf79f0e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19966.javaþ þþ
þST19967þ þST19967þ þST19967þ þST19967þ þST19967þ þST19967þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/IModel.javaþ þþ þþ þ0þ þ1þ þST19859þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1396þ þ78bd9b6aa46d043a25be35a8ba 290281þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0008\ST19967.javaþ þþ
þST19968þ þST19968þ þST19968þ þST19968þ þST19968þ þST19968þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/IRowModel.javaþ þþ þþ þ0þ þ1þ þST19860þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRowModel.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ650þ þc83ebff0c07f37f9a42e665300a2aa30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19968.javaþ þþ
þST19969þ þST19969þ þST19969þ þST19969þ þST19969þ þST19969þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/ITableController.javaþ þþ þþ þ0þ þ1þ þST19861þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITableController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ963þ þd6702c1 8f7d9bd7b5bb4091e4b2e4c55þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0008\ST19969.javaþ þþ

þST19970þ þST19970þ þST19970þ þST19970þ þST19970þ þST19970þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/ITableManager.javaþ þþ þþ þ0þ þ1þ þST19862þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þITableManager.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1990þ þ08d1f55052b4 a6f293a071f5ac5f804bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0008\ST19970.javaþ þþ

þST19971þ þST19971þ þST19971þ þST19971þ þST19971þ þST19971þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/ITableParameters.javaþ þþ þþ þ0þ þ1þ þST19863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITableParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1054þ þ76e5e5 6897aaca3db93cec0f93f9c68cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19971.javaþ þþ

þST19972þ þST19972þ þST19972þ þST19972þ þST19972þ þST19972þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/ListModelLimited.javaþ þþ þþ þ0þ þ1þ þST19864þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þListModelLimited.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1660þ þ0836db 25727b927a87632f310e8aab43þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19972.javaþ þþ

þST19973þ þST19973þ þST19973þ þST19973þ þST19973þ þST19973þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/ListModelUnlimited.javaþ þþ þþ þ0þ þ1þ þST19866þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þListModelUnlimited.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4597þ þe3 1ea37712277e03d1050d26bdc765f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19973.javaþ þþ

þST19974þ þST19974þ þST19974þ þST19974þ þST19974þ þST19974þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/MultiviewerRowModel.javaþ þþ þþ þ0þ þ1þ þST19869þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMultiviewerRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ745þ þþ 5d4769984911659aee95f5ed147aac4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19974.javaþ þþ

þST19975þ þST19975þ þST19975þ þST19975þ þST19975þ þST19975þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/renderers/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ790þ þc7b9c7f16e521badc89c51ec3691 9104þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0008\ST19975.txtþ þTEXT\0005\ST19975.txtþ

þST19976þ þST19976þ þST19977þ þST19976þ þST19977þ þST19976þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtex
t/plainþ þþ þ839þ þ458ce51af9034020234655e0d970d033þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19976.txtþ þTEXT\0005\ST1997
6.txtþ
þST19978þ þST19978þ þST19978þ þST19978þ þST19978þ þST19978þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/.svn/text-base/IMarked.java.svn-baseþ þþ þþ þ0þ þ1þ þST19
992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMarked.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ212þ þ31ddcb758f59696683e2452fbb5daebaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19978.txtþ þTEXT\0005\ST19978.txtþ
þST19979þ þST19979þ þST19980þ þST19979þ þST19980þ þST19979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/.svn/text-base/MyBorderedRenderer.java.svn-baseþ þþ þþ þ
0þ þ1þ þST19993þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/03/2007þ þ00:00:00þ þ2007-08-03T00:00:0
0-04:00þ þ1186113600þ þMyBorderedRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4114
þ þ5d0c7e30e3f288ed17c93c4585a59989þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19979.txtþ þTEXT\0005\ST19979.txtþ
þST19981þ þST19981þ þST19981þ þST19981þ þST19981þ þST19981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/.svn/text-base/MyDoubleLabelRenderer.form.svn-baseþ þþ þþ þ
þ þ0þ þ1þ þST19994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyDoubleLabelRenderer.form.s
vn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2511þ þ9aa78575b68488b6affa56a556749aa5þ þ2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19981.xmlþ þþ
þST19982þ þST19982þ þST19984þ þST19982þ þST19984þ þST19982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/.svn/text-base/MyDoubleLabelRenderer.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST19995þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/09/2008þ þ00:00:00þ þ2008-04-09T00:0
0:00-04:00þ þ1207713600þ þMyDoubleLabelRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ5095þ þ311aea7ac7f6226dd20bcf83255e1c53þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19982.txtþ þTEXT\0005\ST19982.txtþ
þST19985þ þST19985þ þST19991þ þST19985þ þST19991þ þST19985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/.svn/text-base/MyRenderer.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T19996þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/09/2007þ þ00:00:00þ þ2007-07-09T00:00:00-04:00þ
þ1183953600þ þMyRenderer.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ12645þ þ2edc2de70422bd14245491b9bb16120bþ þ7þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST19985.txtþ þTEXT\0005\ST19985.txtþ
þST19992þ þST19992þ þST19992þ þST19992þ þST19992þ þST19992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/IMarked.javaþ þþ þþ þ0þ þ1þ þST19978þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þIMarked.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ212þ þ31ddcb758f59696683e2452fbb5daebaþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19992.javaþ þþ
þST19993þ þST19993þ þST19993þ þST19993þ þST19993þ þST19993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/MyBorderedRenderer.javaþ þþ þþ þ0þ þ1þ þST19979þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þMyBorderedRenderer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ4114þ þ5d0c7e30e3f288ed17c93c4585a59989þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19993.javaþ þþ
þST19994þ þST19994þ þST19994þ þST19994þ þST19994þ þST19994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/MyDoubleLabelRenderer.formþ þþ þþ þ0þ þ1þ þST19981þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyDoubleLabelRenderer.formþ þ.XMLþ þapplication/xmlþ
þþ þ2511þ þ9aa78575b68488b6affa56a556749aa5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19994.xmlþ þþ
þST19995þ þST19995þ þST19995þ þST19995þ þST19995þ þST19995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/MyDoubleLabelRenderer.javaþ þþ þþ þ0þ þ1þ þST19982þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyDoubleLabelRenderer.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ5095þ þ311aea7ac7f6226dd20bcf83255e1c53þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19995.javaþ þþ
þST19996þ þST19996þ þST19996þ þST19996þ þST19996þ þST19996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/renderers/MyRenderer.javaþ þþ þþ þ0þ þ1þ þST19985þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þMyRenderer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ12645þ þ2edc2de
70422bd14245491b9bb16120bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST19996.javaþ þþ
þST19997þ þST19997þ þST19997þ þST19997þ þST19997þ þST19997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/TableController.javaþ þþ þþ þ0þ þ1þ þST19870þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTableController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ34128þ þ18ed819
606dd8767dc08083f5a1002a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST19997.javaþ þþ
þST19998þ þST19998þ þST19998þ þST19998þ þST19998þ þST19998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/TableParameters.javaþ þþ þþ þ0þ þ1þ þST19884þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTableParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ17130þ þ77d2eec
366ca626d412d2aa3186ca5624þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST19998.javaþ þþ
þST19999þ þST19999þ þST19999þ þST19999þ þST19999þ þST19999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/jtb/src/jtb/TablePopupMenu.javaþ þþ þþ þ0þ þ1þ þST19891þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTablePopupMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1593þ þa6dd062fc3

5fb599874d875d3bcf455eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST19999.javaþ þþ

þST20000þ þST20000þ þST20000þ þST20000þ þST20000þ þST20000þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/src/jtb/ToggleRowSorter.javaþ þþ þþ þ0þ þ1þ þST19892þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þToggleRowSorter.javaþ þ.JAVAþ þtext/x-java-sourceþ þ6838þ þ78910a32 f4fa88ad5f291a546e11aa3bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20000.javaþ þþ

þST20001þ þST20001þ þST20001þ þST20001þ þST20001þ þST20001þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ83þ þ7201a11b916e3f52dad921cd1ba7cfb9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2000 1.txtþ þTEXT\0005\ST20001.txtþ

þST20002þ þST20002þ þST20002þ þST20002þ þST20002þ þST20002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/jtb/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ 00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1 54þ þefd28723395d44806104ca0711ce1a79þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20002.txtþ þTEXT\0005\ST20002.txtþ

þST20003þ þST20003þ þST20003þ þST20003þ þST20003þ þST20003þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ184þ þ954264b66fc75316ec1970d6dba18e15þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20003 .txtþ þTEXT\0005\ST20003.txtþ

þST20004þ þST20004þ þST20004þ þST20004þ þST20004þ þST20004þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20460; ST20583; ST21222; ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20004.txtþ þTEXT\0005\ST20004.txtþ

þST20005þ þST20005þ þST20006þ þST20005þ þST20006þ þST20005þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/07/2011þ þ00 :00:00þ þ2011-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ389 þ þ41b3d880a196a6dad583ce04b3985c82þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20005.txtþ þTEXT\0005\ST20005.txtþ

þST20007þ þST20007þ þST20007þ þST20007þ þST20007þ þST20007þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20025þ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þ97e59c
8e6bd34dd1e1451d08b9daf35eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0008\ST20007.xmlþ þþ

þST20008þ þST20008þ þST20008þ þST20008þ þST20008þ þST20008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þbuilt-
jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ70þ þ5b1e96cd3f925cbac2dc4
4531ac0e67aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0008\ST20008.propertiesþ þþ

þST20009þ þST20009þ þST20009þ þST20009þ þST20009þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/GlobalLayoutFrameMng.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þGlobalLayoutFrameMng.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ3452þ þf487d3f330224d8402422386e0d340f0þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20009.classþ þþ

þST20010þ þST20010þ þST20010þ þST20010þ þST20010þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutConfiguration.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þLayoutConfiguration.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ2174þ þ970906f3cbc253de1d253cf215c740b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20010.classþ þþ

þST20011þ þST20011þ þST20011þ þST20011þ þST20011þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutMap.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þLayoutMap.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3547þ þda89e63
afaf2a7bc573f887bf9e8b78aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20011.classþ þþ

þST20012þ þST20012þ þST20012þ þST20012þ þST20012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutMng.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þLayoutMng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4313þ þ750aac9
a2f098daf91929f0e0ec48887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20012.classþ þþ

þST20013þ þST20013þ þST20013þ þST20013þ þST20013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutMng$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þLayoutMng$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1899þ þ463
fdbeea0bb9386124316996cccc9d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20013.classþ þþ

þST20014þ þST20014þ þST20014þ þST20014þ þST20014þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutMng$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þLayoutMng$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1753þ þfa6
72d6ea1457ae2c190f89266c3730fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20014.classþ þþ
þST20015þ þST20015þ þST20015þ þST20015þ þST20015þ þST20015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5606þ þ741
6d588c6c830cb8b6bced74b31ab76þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20015.classþ þþ
þST20016þ þST20016þ þST20016þ þST20016þ þST20016þ þST20016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ740þ þ
badec0e4b9e50b438ef73c4884910775þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20016.classþ þþ
þST20017þ þST20017þ þST20017þ þST20017þ þST20017þ þST20017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ747þ þ
929591c2f0fde51ac727be7b62f17ad6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20017.classþ þþ
þST20018þ þST20018þ þST20018þ þST20018þ þST20018þ þST20018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ747þ þ
2c588422c48534e00022c9458b3bb893þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20018.classþ þþ
þST20019þ þST20019þ þST20019þ þST20019þ þST20019þ þST20019þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ747þ þ
17be8667f440a4682d1038eb79546b4aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20019.classþ þþ
þST20020þ þST20020þ þST20020þ þST20020þ þST20020þ þST20020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ747þ þ
67f5ae5948404ac406ffdf6dfc3671deþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20020.classþ þþ
þST20021þ þST20021þ þST20021þ þST20021þ þST20021þ þST20021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutPanel$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ747þ þ

3a9199e4271009dafe3505b721c3140aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20021.classþ þþ

þST20022þ þST20022þ þST20022þ þST20022þ þST20022þ þST20022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ þLayoutUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6232þ þ7a3a5
0ef77bf0049b1430003db85f292þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0008\ST20022.classþ þþ

þST20023þ þST20023þ þST20023þ þST20023þ þST20023þ þST20023þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/LayoutValidatorSortKeys.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þLayoutValidatorSortKeys.classþ þ.CLASSþ þapplicatio
n/java-vmþ þþ þ9194þ þc90833d92b45b709d135749d3b98f117þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20023.classþ þþ

þST20024þ þST20024þ þST20024þ þST20024þ þST20024þ þST20024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build/classes/layout/ResourceProvider.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þ þResourceProvider.classþ þ.CLASSþ þapplication/java-vmþ þþ
þ1440þ þfb2bf85885ab1beeb2e07cdce02eee3bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20024.classþ þþ

þST20025þ þST20025þ þST20025þ þST20025þ þST20025þ þST20025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/build.xmlþ þþ þþ þ0þ þ1þ þST20007þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
uild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þ97e59c8e6bd34dd1e1451d08b9daf35eþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST200
25.xmlþ þþ

þST20026þ þST20026þ þST20026þ þST20026þ þST20026þ þST20026þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/dist/layout.jarþ þþ þþ þ0þ þ1þ þST21449þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þlayout.jarþ þ.JARþ þapplication/java-archiveþ þþ þ46587þ þ846c1520a46b03c52c5af3
33a8cd1840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0008\ST20026.jarþ þþ

þST20027þ þST20027þ þST20027þ þST20027þ þST20027þ þST20027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ592þ þffeb287d83a6f842b4c446071b95a238þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20027.tx
tþ þTEXT\0005\ST20027.txtþ

þST20028þ þST20028þ þST20028þ þST20028þ þST20028þ þST20028þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/nbproject/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20140; ST20504; ST20760; ST21191;

ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ33þ þ 06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20028.txtþ þTEXT\0005\ST20028.txtþ þST20029þ þST20029þ þST20031þ þST20029þ þST20031þ þST20029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/07 /2011þ þ00:00:00þ þ2011-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ.TXTþ þtext/pla inþ þþ þ906þ þ921e0adf6039a85fa2243293d680a112þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20029.txtþ þTEXT \0005\ST20029.txtþ

þST20032þ þST20032þ þST20032þ þST20032þ þST20032þ þST20032þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ56284þ þ6aa69bddab95fac31f76426f6d62905dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20032.xmlþ þþ

þST20033þ þST20033þ þST20033þ þST20033þ þST20033þ þST20033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ475þ þ5f046fbc58b1bbe2384e6087442b3b1eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20033.txtþ þTEXT\0005\ST20033.txtþ

þST20034þ þST20034þ þST20035þ þST20034þ þST20035þ þST20034þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST2 0042þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext /plainþ þþ þ2753þ þb9136dd370adc19a47615d4a5c4a3b6bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20034.txtþ þTEXT\0005\ST2003 4.txtþ

þST20036þ þST20036þ þST20036þ þST20036þ þST20036þ þST20036þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20043þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þ þ þ514þ þdf3bfb4ceee7cb0b5ee58915518b700aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20036.xmlþ þþ

þST20037þ þST20037þ þST20037þ þST20037þ þST20037þ þST20037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56333þ þec1c435ec756860bdee78bbc bbd4d712þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0008\ST20037.xmlþ þþ

þST20038þ þST20038þ þST20038þ þST20038þ þST20038þ þST20038þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties þ.PROPERTIESþ þtext/x-java-propertiesþ þ475þ þee2c9d228e3f5267821d1f8c2a4f1354þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20038.propertiesþ þþ þST20039þ þST20039þ þST20039þ þST20039þ þST20039þ þST20039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20039.propertiesþ þþ þST20040þ þST20040þ þST20040þ þST20040þ þST20040þ þST20040þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST13720; ST20774; ST21201; ST21874; ST21986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ167þ þcff71ad810ea6c612e5d1753281be068þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20040.propertiesþ þþ þST20041þ þST20041þ þST20041þ þST20041þ þST20041þ þST20041þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281; ST15176; ST21474; ST21987; ST22676; ST24043; ST24165; ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20041.xmlþ þþ þST20042þ þST20042þ þST20042þ þST20042þ þST20042þ þST20042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST20034þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2753þ þb9136dd370adc19a47615d4a5c4a3b6bþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20042.propertiesþ þþ þST20043þ þST20043þ þST20043þ þST20043þ þST20043þ þST20043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST20036þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ514þ þdf3bfb4ceee7cb0b5ee58915518b700aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20043.xmlþ þþ þST20044þ þST20044þ þST20044þ þST20044þ þST20044þ þST20044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ86þ þf457de504302f0ecb3d8c19532c38380þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20

044.txtþ þTEXT\0005\ST20044.txtþ

þST20045þ þST20045þ þST20045þ þST20045þ þST20045þ þST20045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/07/2011þ þ00:00:00þ þ2011

-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ221þ þd07e3111b6 5103e059e5ba74930bf2b8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST20045.txtþ þTEXT\0005\ST20045.txtþ

þST20046þ þST20046þ þST20046þ þST20046þ þST20046þ þST20046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1294þ þ6a5940d1066f7105d0129b409d2e6cb 7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0008\ST20046.txtþ þTEXT\0005\ST20046.txtþ

þST20047þ þST20047þ þST20052þ þST20047þ þST20052þ þST20047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/0 7/2011þ þ00:00:00þ þ2011-07-07T00:00:00-04:00þ þ1310011200þ þentriesþ þ.TXTþ þtext/pl ainþ þþ þ1826þ þ71da18515aa0310983ea8fe2fa9fe7e5þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20047.txtþ þTEXT\0005\ST20047. txtþ

þST20053þ þST20053þ þST20054þ þST20053þ þST20054þ þST20053þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/GlobalLayoutFrameMng.java.svn-baseþ þþ þþ þ0þ þ1þ þST20076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalLayoutFrameMng.java.svn-ba seþ þ.TXTþ þtext/plainþ þþ þ3249þ þ5976c5e4e6ee87eb0df11302a7c67796þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20053.txtþ þ TEXT\0005\ST20053.txtþ

þST20055þ þST20055þ þST20056þ þST20055þ þST20056þ þST20055þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/LayoutConfiguration.java.svn-baseþ þþ þþ þ0þ þ1þ þST20077þ þþ þþ þþ þþ þþ þ09/17/2007þ þ00:00:00þ þ2007-09-17T00:00:00- 04:00þ þ1190001600þ þLayoutConfiguration.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1802þ þ421b616a73340c7abc0e4344b28f6959þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20055.txtþ þTEXT\0005\ST20055.txtþ

þST20057þ þST20057þ þST20058þ þST20057þ þST20058þ þST20057þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/LayoutMap.java.svn-baseþ þþ þþ þ0þ þ1þ þST2007 8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutMap.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3198þ þ732718e79fa928fa30fcb67194ddd2daþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20057.txtþ þTEXT\0005\ST20057.txtþ

þST20059þ þST20059þ þST20060þ þST20059þ þST20060þ þST20059þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/layout/src/layout/.svn/text-base/LayoutMng.java.svn-baseþ þþ þþ þ0þ þ1þ þST2007 9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/17/2007þ þ00:00:00þ þ2007-09-17T00:00:00-04:00þ þ119 0001600þ þLayoutMng.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4367þ þad08e96dc026dab5c60 5ac522e90242cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0008\ST20059.txtþ þTEXT\0005\ST20059.txtþ

þST20061þ þST20061þ þST20061þ þST20061þ þST20061þ þST20061þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/LayoutPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST20 080þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel.form.svn-baseþ þ.XMLþ þapplica tion/xmlþ þþ þ9570þ þ6c6600b2e4dec7b88ca42b261132034bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20061 þþ

þST20062þ þST20062þ þST20065þ þST20062þ þST20065þ þST20062þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/LayoutPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20 081þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/2007þ þ00:00:00þ þ2007-08-31T00:00:00-04:00þ þ1 188532800þ þLayoutPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7776þ þ6df6abb1ddebd43 8581aedd31a605a67þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20062.txtþ þTEXT\0005\ST20062.txtþ

þST20066þ þST20066þ þST20069þ þST20066þ þST20069þ þST20066þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/LayoutUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST200 82þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutUtil.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ7495þ þ03c31ce3a662dd4286fb8d458ea129c9þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20066.txtþ þTEXT \0005\ST20066.txtþ

þST20070þ þST20070þ þST20074þ þST20070þ þST20074þ þST20070þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/LayoutValidatorSortKeys.java.svn-baseþ þþ þþ þ0þ þ1þ þST20083þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutValidatorSortKeys.java. svn-baseþ þ.TXTþ þtext/plainþ þþ þ11133þ þ412432f40ef867d0b6d3babb842cb914þ þ5þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20070 .txtþ þTEXT\0005\ST20070.txtþ

þST20075þ þST20075þ þST20075þ þST20075þ þST20075þ þST20075þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/.svn/text-base/ResourceProvider.java.svn-baseþ þþ þþ þ0þ þ1þ þST20084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResourceProvider.java.svn-baseþ þ.TXT þ þtext/plainþ þþ þ965þ þ305b2670e50edce9983a1ef12b21cce5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20075.txtþ þTEXT\0005\S T20075.txtþ

þST20076þ þST20076þ þST20076þ þST20076þ þST20076þ þST20076þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/layout/src/layout/GlobalLayoutFrameMng.javaþ þþ þþ þ0þ þ1þ þST20053þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGlobalLayoutFrameMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3249þ þ5976c5e4e6ee87eb0df11302a7c67796þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20076.javaþ þþ
þST20077þ þST20077þ þST20077þ þST20077þ þST20077þ þST20077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutConfiguration.javaþ þþ þþ þ0þ þ1þ þST20055þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þLayoutConfiguration.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þþ þ
1802þ þ421b616a73340c7abc0e4344b28f6959þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20077.javaþ þþ
þST20078þ þST20078þ þST20078þ þST20078þ þST20078þ þST20078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutMap.javaþ þþ þ0þ þ1þ þST20057þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þLayoutMap.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3198þ þ732718e79fa928
fa30fcb67194ddd2daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0008\ST20078.javaþ þþ
þST20079þ þST20079þ þST20079þ þST20079þ þST20079þ þST20079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutMng.javaþ þþ þ0þ þ1þ þST20059þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þLayoutMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4367þ þad08e96dc026da
b5c605ac522e90242cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0008\ST20079.javaþ þþ
þST20080þ þST20080þ þST20080þ þST20080þ þST20080þ þST20080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutPanel.formþ þþ þ0þ þ1þ þST20061þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þLayoutPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ9570þ þ6c6600b2e4dec7
b88ca42b261132034bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0008\ST20080.xmlþ þþ
þST20081þ þST20081þ þST20081þ þST20081þ þST20081þ þST20081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutPanel.javaþ þþ þ0þ þ1þ þST20062þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þLayoutPanel.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ7776þ þ6df6abb1ddebd438581aedd31a605a67þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20081.javaþ þþ
þST20082þ þST20082þ þST20082þ þST20082þ þST20082þ þST20082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutUtil.javaþ þþ þþ þ0þ þ1þ þST20066þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þLayoutUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7495þ þ03c31ce3a662
dd4286fb8d458ea129c9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0008\ST20082.javaþ þþ
þST20083þ þST20083þ þST20083þ þST20083þ þST20083þ þST20083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/LayoutValidatorSortKeys.javaþ þþ þþ þ0þ þ1þ þST20070þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þLayoutValidatorSortKeys.javaþ þ.JAVAþ þtext/x-java-sour
ceþ þþ þ11133þ þ412432f40ef867d0b6d3babb842cb914þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20083.javaþ þþ

þST20084þ ST20084þ þST20084þ þST20084þ þST20084þ þST20084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/layout/src/layout/ResourceProvider.javaþ þþ þþ þ0þ þ1þ þST20075þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þResourceProvider.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ965þ þ3
05b2670e50edce9983a1ef12b21cce5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20084.javaþ þþ

þST20085þ ST20085þ þST20085þ þST20085þ þST20085þ þST20085þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þa
ll-wcpropsþ þ.TXTþ þtext/plainþ þþ þ394þ þc9400c4a88219858db4463e4d54f6d13þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20085
.txtþ þTEXT\0005\ST20085.txtþ

þST20086þ ST20086þ þST20086þ þST20086þ þST20086þ þST20086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST21171; ST23994; ST24100;
ST24370þ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ37þ þ
95b1dc06f4396b718d98db8334cf8c66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20086.txtþ þTEXT\0005\ST20086.txtþ

þST20087þ þST20087þ þST20089þ þST20087þ þST20089þ þST20087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/09/2011þ þ00
:00:00þ þ2011-05-09T00:00:00-04:00þ þ1304913600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ752
þ þ05023c821402f522024875717ff3517aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20087.txtþ þTEXT\0005\ST20087.txtþ

þST20090þ ST20090þ þST20090þ þST20090þ þST20090þ þST20090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/prop-base/level1.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;

ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16665; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;

ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;

ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20267; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel1.jar.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þ. þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20090.txtþ þTEXT\0005\ST20090.txtþ
þST20091þ þST20091þ þST20091þ þST20091þ þST20091þ þST20091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20131þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3792þ þ7670cc
2f7dc8588d036164d7f98687d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0008\ST20091.xmlþ þþ
þST20092þ þST20092þ þST20092þ þST20092þ þST20092þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/text-base/level1.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þlevel1.jar.svn-
baseþ þ.JARþ þapplication/java-archiveþ þþ þ87251þ þ4fb45308c38c904807d10d0ca07048e9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20092.jarþ þþ
þST20093þ þST20093þ þST20093þ þST20093þ þST20093þ þST20093þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567; ST13780;
ST13783; ST13907; ST13926; ST14262; ST15167; ST20138; ST20270; ST20273; ST20408;
ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860;
ST23585; ST23693; ST23823;

ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/plainþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20093.txtþ þTEXT\0005\ST20093.txtþ þST20094þ þST20094þ þST20094þ þST20094þ þST20094þ þST20094þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ70þ þ0e654d36d7671789c5966bebb638d164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20094.propertiesþ þþ
þST20095þ þST20095þ þST20095þ þST20095þ þST20095þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/core/Controller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2942þ þ46cf1095924ac1fd5908b0ac7368e3f9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20095.classþ þþ
þST20096þ þST20096þ þST20096þ þST20096þ þST20096þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/core/tableobj/ADRDataRow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADRDataRow.classþ þ.CLASSþ þapplication/java-vmþ þ þ826þ þb8046b76b05e09a6ccfe57b57112fe93þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20096.classþ þþ
þST20097þ þST20097þ þST20097þ þST20097þ þST20097þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/core/tableobj/ADTDataRow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADTDataRow.classþ þ.CLASSþ þapplication/java-vmþ þ þ825þ þf26a5cf4c06ad92dbb7bb76eb32a308bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20097.classþ þþ
þST20098þ þST20098þ þST20098þ þST20098þ þST20098þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/core/tableobj/ADVDataRow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADVDataRow.classþ þ.CLASSþ þapplication/java-vmþ þ þ819þ þ773da51e8ed4b5f2d2cafbb70afef998þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20098.classþ þþ
þST20099þ þST20099þ þST20099þ þST20099þ þST20099þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/core/tableobj/HLDataRow.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þHLDataRow.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4656þ þ1137c44604cc87a89170767ee8a92495þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20099.classþ þþ
þST20100þ þST20100þ þST20100þ þST20100þ þST20100þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/core/tableobj/IntradayPCDataRow.classþ þþ þþ þ0þ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntradayPCDataRow.classþ þ .CLASSþ þapplica
tion/java-vmþ þþ þ1855þ þa796e1631e142dd54b15ffb7dbf68f3cþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20100.classþ þþ
þST20101þ þST20101þ þST20101þ þST20101þ þST20101þ þST20101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/core/tableobj/MainDataRow.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMainDataRow.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ1667þ þa04f7db5331472639c01b0a623db23baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20101.classþ þþ
þST20102þ þST20102þ þST20102þ þST20102þ þST20102þ þST20102þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/core/tableobj/MPADataRow.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þMPADataRow.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ826þ þ4c485e350f07428736e9a84b40915db8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20102.classþ þþ
þST20103þ þST20103þ þST20103þ þST20103þ þST20103þ þST20103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/core/Util.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1053þ þ7b85c2ea6059
473943d92105f168ec4eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0008\ST20103.classþ þþ
þST20104þ þST20104þ þST20104þ þST20104þ þST20104þ þST20104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/ITPController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þITPController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ24
0þ þab5a78d9ea0eb3a7126accad7075a4d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20104.classþ þþ
þST20105þ þST20105þ þST20105þ þST20105þ þST20105þ þST20105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1Panel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þLevel1Panel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ10190
þ þc914c647eae818f3dcaca3c96ffae002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20105.classþ þþ
þST20106þ þST20106þ þST20106þ þST20106þ þST20106þ þST20106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv.classþ þþ þþ þ0þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ12930þ þ2f84ce296090c7dcee71034726d6db9cþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20106.classþ þþ
þST20107þ þST20107þ þST20107þ þST20107þ þST20107þ þST20107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$1.classþ þ.CLASSþ þa

pplication/java-vmþ þþ þ855þ þ27c1056e581b6fec2495f7b4bb194f74þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20107.classþ þþ
þST20108þ þST20108þ þST20108þ þST20108þ þST20108þ þST20108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$10.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$10.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ1243þ þ9077958621b665ad1e78b7660f51bdb7þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20108.classþ þþ
þST20109þ þST20109þ þST20109þ þST20109þ þST20109þ þST20109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$2.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$2.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1195þ þbd496d474be2910e7be0532893b3f453þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20109.classþ þþ
þST20110þ þST20110þ þST20110þ þST20110þ þST20110þ þST20110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$3.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$3.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ855þ þf6c938497444797888909056ff26ee8619þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20110.classþ þþ
þST20111þ þST20111þ þST20111þ þST20111þ þST20111þ þST20111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$4.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$4.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1195þ þc59b7038646901ce2e9e4eff3d55327dþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20111.classþ þþ
þST20112þ þST20112þ þST20112þ þST20112þ þST20112þ þST20112þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$5.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$5.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ855þ þ2255d6d89f3fce649f876fde3f41641cþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20112.classþ þþ
þST20113þ þST20113þ þST20113þ þST20113þ þST20113þ þST20113þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$6.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$6.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1195þ þf17021e107b8eb73683771dcaa51c6fdbþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20113.classþ þþ
þST20114þ þST20114þ þST20114þ þST20114þ þST20114þ þST20114þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$7.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$7.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ855þ þ09b7d548f0379ca31b94e0eb48cd72feþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20114.classþ þþ þST20115þ þST20115þ þST20115þ þST20115þ þST20115þ þST20115þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1195þ þ178555fa0022a44d1d0ea351c6b7a13fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20115.classþ þþ þST20116þ þST20116þ þST20116þ þST20116þ þST20116þ þST20116þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/Level1PanelTableViewsAv$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ855þ þ4d0cb1cf3848c1e0b9f73d4da4924994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20116.classþ þþ þST20117þ þST20117þ þST20117þ þST20117þ þST20117þ þST20117þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/PanelTableView.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þPanelTableView.classþ þ.CLASSþ þapplication/java-vmþ þþ þ289þ þf5a48f57f0aef7e6c54ed1dc5b1638c5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20117.classþ þþ þST20118þ þST20118þ þST20118þ þST20118þ þST20118þ þST20118þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/TableDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þ þ1792þ þ9a7f0e6598373d934cf06946217cb834þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20118.classþ þþ þST20119þ þST20119þ þST20119þ þST20119þ þST20119þ þST20119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/TableHighlighter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTableHighlighter.classþ þ.CLASSþ þapplication/java-vm þ þþ þ2106þ þ5d5112161fa2018876118d4139243bb5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20119.classþ þþ þST20120þ þST20120þ þST20120þ þST20120þ þST20120þ þST20120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/tables/TablePanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTablePanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4810þ þ144deea43d3a70005e2dc26b69af8accþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20120.classþ þþ þST20121þ þST20121þ þST20121þ þST20121þ þST20121þ þST20121þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/tables/TablePanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þTablePanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1320þ þ269a0d75e7e0f97156e1955fed69b692þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20121.classþ þþ

þST20122þ þST20122þ þST20122þ þST20122þ þST20122þ þST20122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/tables/TVHL_Panel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTVHL_Panel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 1122þ þa1becde4844ceb763b31c9413b01bc08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20122.classþ þþ
þST20123þ þST20123þ þST20123þ þST20123þ þST20123þ þST20123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/tables/TVMD_Panel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTVMD_Panel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 966þ þ11e5e4d8a005a619b10891bef5a454bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20123.classþ þþ
þST20124þ þST20124þ þST20124þ þST20124þ þST20124þ þST20124þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/TableUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTableUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2818þ þ103 354ab369de46bdcb62d84f718c7e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20124.classþ þþ
þST20125þ þST20125þ þST20125þ þST20125þ þST20125þ þST20125þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/test/Level1PanelTableViewsHL.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsHL.classþ þ.CLASSþ þ application/java-vmþ þþ þ5239þ þ3e04ea6f15c66c7caf6fcb41d782efb1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20125.classþ þþ
þST20126þ þST20126þ þST20126þ þST20126þ þST20126þ þST20126þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/test/Level1PanelTableViewsHL$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsHL$1.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ1388þ þ0e7635c5ea94c92227407fbfbbc7789cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20126.classþ þþ
þST20127þ þST20127þ þST20127þ þST20127þ þST20127þ þST20127þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/test/Level1PanelTableViewsMD.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsMD.classþ þ.CLASSþ þ application/java-vmþ þþ þ4987þ þdadc665687202968f40f4f04b1b46421þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20127.classþ þþ
þST20128þ þST20128þ þST20128þ þST20128þ þST20128þ þST20128þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/build/classes/level1/gui/test/Level1PanelTableViewsMD$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsMD$1.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ1292þ þe2169149212736623cff916f4d01d2bcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20128.classþ

þþ
þST20129þ þST20129þ þST20129þ þST20129þ þST20129þ þST20129þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/TM_Average.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ1þ þþ þþ þþ þþ þTM_Average.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3537þ þ7
aac82bbcaf1c4024f42a8467f2de127þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20129.classþ þþ
þST20130þ þST20130þ þST20130þ þST20130þ þST20130þ þST20130þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build/classes/level1/gui/TV.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTV.classþ þ.CLASSþ þapplication/java-vmþ þþ þ890þ þ613f0634768c3b756a
790088ad2a0574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0008\ST20130.classþ þþ
þST20131þ þST20131þ þST20131þ þST20131þ þST20131þ þST20131þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/build.xmlþ þþ þþ þ0þ þ1þ þST20091þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
uild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3792þ þ7670cc2f7dc8588d036164d7f98687d7þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST201
31.xmlþ þþ
þST20132þ þST20132þ þST20132þ þST20132þ þST20132þ þST20132þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/dist/level1.jarþ þþ þþ þ0þ þ1þ þST20137þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þlevel1.jarþ þ.JARþ þapplication/java-archiveþ þþ þ88186þ þ41062c9c52167f3050096a
01005d2315þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0008\ST20132.jarþ þþ
þST20133þ þST20133þ þST20133þ þST20133þ þST20133þ þST20133þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1427039þ þb17bd40ece7a83dcfb78e5c46
62c6e93þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0008\ST20133.jarþ þþ
þST20134þ þST20134þ þST20134þ þST20134þ þST20134þ þST20134þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST14258; ST19764; ST19827; ST23077;
ST23402; ST23681;
ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20134.jarþ þþ
þST20135þ þST20135þ þST20135þ þST20135þ þST20135þ þST20135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST21451; ST22142;
ST22659; ST23081; ST23686; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a

rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20135.jarþ þþ
þST20136þ þST20136þ þST20136þ þST20136þ þST20136þ þST20136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRE
ADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1322þ þe8f24dbc86b1f6c7712f1b7938234ce6þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20136.
TXTþ þTEXT\0005\ST20136.txtþ
þST20137þ þST20137þ þST20137þ þST20137þ þST20137þ þST20137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/level1.jarþ þþ þþ þ0þ þ1þ þST20132þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
level1.jarþ þ.JARþ þapplication/java-archiveþ þþ þ88186þ þ41062c9c52167f3050096a01005
d2315þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20137.jarþ þþ
þST20138þ þST20138þ þST20138þ þST20138þ þST20138þ þST20138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926;
ST14262; ST15167; ST20093; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908;
ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þbmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20138.txtþ þTEXT\0005\ST20138.txtþ
þST20139þ þST20139þ þST20139þ þST20139þ þST20139þ þST20139þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ592þ þf45c430403b37e80bc270bdd6368db5eþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20139.tx
tþ þTEXT\0005\ST20139.txtþ
þST20140þ þST20140þ þST20140þ þST20140þ þST20140þ þST20140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/nbproject/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20504; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ33þ þ
06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20140.txtþ þTEXT\0005\ST20140.txtþ
þST20141þ þST20141þ þST20143þ þST20141þ þST20143þ þST20141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ03/09
/2011þ þ00:00:00þ þ2011-03-09T00:00:00-05:00þ þ1299646800þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ886þ þ4ac64786f807856a06c18bf13ded0ce1þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20141.txtþ þTEXT

\0005\ST20141.txtþ

þST20144þ þST20144þ þST20144þ þST20144þ þST20144þ þST20144þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ48770þ þe0657306a8d94872a98f6a5a17e5a015þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20144.xmlþ þþ

þST20145þ þST20145þ þST20145þ þST20145þ þST20145þ þST20145þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ475þ þa54a4b29804cecd1293ef2fc6ea4e2ceþ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20145.txtþ þTEXT\0005\ST20145.txtþ þST20146þ þST20146þ þST20147þ þST20146þ þST20147þ þST20146þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2651þ þ4dd55bf0721124cf8184ad48dfeab2b8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20146.txtþ þTEXT\0005\ST20146.txtþ þST20148þ þST20148þ þST20148þ þST20148þ þST20148þ þST20148þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20154þ þ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ þ514þ þ97dd4c1a5ab94c94b230994ca85aa195þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20148.xmlþ þþ

þST20149þ þST20149þ þST20149þ þST20149þ þST20149þ þST20149þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þ56333þ þcc88fcfd72685768bae1a102 5b04873þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0008\ST20149.xmlþ þþ

þST20150þ þST20150þ þST20150þ þST20150þ þST20150þ þST20150þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x- java-propertiesþ þþ þ475þ þ8dc6bda751adf5077996d49cb59fe116þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20150.propertiesþ þþ þST20151þ þST20151þ þST20151þ þST20151þ þST20151þ þST20151þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20151.propertiesþ þþ

þST20152þ þST20152þ þST20152þ þST20152þ þST20152þ þST20152þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST22370þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ168þ þ48f786299c3924092534734857d45fcfþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20152.propertiesþ þþ þST20153þ þST20153þ þST20153þ þST20153þ þST20153þ þST20153þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2634þ þ2af6 b39d18f7a6d339e13c7d5d5929dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0008\ST20153.propertiesþ þþ þST20154þ þST20154þ þST20154þ þST20154þ þST20154þ þST20154þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST20148þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ514þ þ97dd4c1a5ab94c94b230994ca8 5aa195þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0008\ST20154.xmlþ þþ þST20155þ þST20155þ þST20155þ þST20155þ þST20155þ þST20155þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ86þ þ06e3f010faa1c655446b1315c1c38231þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20 155.txtþ þTEXT\0005\ST20155.txtþ þST20156þ þST20156þ þST20156þ þST20156þ þST20156þ þST20156þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/05/2011þ þ00:00:00þ þ2011 -05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ218þ þ575072b13e 9ef332357a442e0bce131bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST20156.txtþ þTEXT\0005\ST20156.txtþ þST20157þ þST20157þ þST20157þ þST20157þ þST20157þ þST20157þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ93þ þ3c6e1c9c1bc562a4d6cd78822bfe69ceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 08\ST20157.txtþ þTEXT\0005\ST20157.txtþ þST20158þ þST20158þ þST20158þ þST20158þ þST20158þ þST20158þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/0 5/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/pl ainþ þþ þ233þ þ4b37e711c81260ba1d90d8127fea2684þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20158.txtþ þTEXT\0005\ST20158.t

xtþ

þST20159þ þST20159þ þST20159þ þST20159þ þST20159þ þST20159þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ346þ þ9dbc00c197dd6442fe2fa5dfb14
afd40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0008\ST20159.txtþ þTEXT\0005\ST20159.txtþ

þST20160þ þST20160þ þST20161þ þST20160þ þST20161þ þST20160þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ05/05/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ532þ þ8e238accf40ec5ba78a954ae875c12faþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20160.txtþ þTEXT\0005\ST20160.txtþ

þST20162þ þST20162þ þST20163þ þST20163þ þST20162þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/.svn/text-base/Controller.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST20165þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þController.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ3236þ þd243b3dcdd1d4998eb756a7a1a45d26cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20162.txtþ þTEXT\0005\ST2016
2.txtþ

þST20164þ þST20164þ þST20164þ þST20164þ þST20164þ þST20164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þST2018
7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1
062þ þc1b2196a83dd05ea1d2fadd63839594dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20164.txtþ þTEXT\0005\ST20164.txtþ

þST20165þ þST20165þ þST20165þ þST20165þ þST20165þ þST20165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/Controller.javaþ þþ þþ þ0þ þ1þ þST20162þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3236þ þd243b3d
cdd1d4998eb756a7a1a45d26cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20165.javaþ þþ

þST20166þ þST20166þ þST20166þ þST20166þ þST20166þ þST20166þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1094þ þf6b898b37982c6ed3
86682eec37905eeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0008\ST20166.txtþ þTEXT\0005\ST20166.txtþ

þST20167þ þST20167þ þST20170þ þST20167þ þST20170þ þST20167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þ03/25/2011þ þ00:00:00þ þ2011-03-25T00:00:00-04:00þ þ1301025600þ þentriesþ þ

.TXTþ þtext/plainþ þþ þ1300þ þ817716a185952e5addc0735a9ec8bef7þ þ4þ þþ þþ þþ þþ þþ þþ
þþ þþþ þþ þþ þþ þþ þþ þþ þþþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20167.txtþ þTEXT\0
005\ST20167.txtþ

þST20171þ þST20171þ þST20171þ þST20171þ þST20171þ þST20171þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/text-base/ADRDataRow.java.svn-baseþ þþ þþ
 þ0þ þ1þ þST20180þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADRDataRow.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ691þ þb133080c65f37da333dc8096dc576fceþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20171.txtþ þTEXT\000
5\ST20171.txtþ

þST20172þ þST20172þ þST20172þ þST20172þ þST20172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/text-base/ADTDataRow.java.svn-baseþ þþ þþ
 þ0þ þ1þ þST20181þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADTDataRow.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ685þ þ35b659b97d574b5f982a76fc240a60d9þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20172.txtþ þTEXT\000
5\ST20172.txtþ

þST20173þ þST20173þ þST20173þ þST20173þ þST20173þ þST20173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/text-base/ADVDataRow.java.svn-baseþ þþ þþ
 þ0þ þ1þ þST20182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADVDataRow.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ685þ þ3a3f781a10a02adbe199e8faead6d7f3þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20173.txtþ þTEXT\000
5\ST20173.txtþ

þST20174þ þST20174þ þST20176þ þST20174þ þST20176þ þST20174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/text-base/HLDataRow.java.svn-baseþ þþ þþ
þ0þ þ1þ þST20183þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHLDataRow.java.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ5716þ þa0cb1eab4f24df2b35bbf529b58e93e5þ þ3þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20174.txtþ þTEXT\0005
\ST20174.txtþ

þST20177þ þST20177þ þST20177þ þST20177þ þST20177þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/text-base/IntradayPCDataRow.java.svn-bas
eþ þþ þþ þ0þ þ1þ þST20184þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntradayPCDataRow.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1833þ þead6080acc61762d639686879ba154b1þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20177
.txtþ þTEXT\0005\ST20177.txtþ

þST20178þ þST20178þ þST20178þ þST20178þ þST20178þ þST20178þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/.svn/text-base/MainDataRow.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST20185þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMainDataRow.java.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ1083þ þ5886997dbdc6c357e124d0139a957b8dþ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20178.txtþ þTEXT\0

005\ST20178.txtþ

þST20179þ þST20179þ þST20179þ þST20179þ þST20179þ þST20179þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/.svn/text-base/MPADataRow.java.svn-baseþ þþ þþ þ0þ þ1þ þST20186þ þþ þþ þþ þþ þþ þþ þþ þþ þMPADataRow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ683þ þ82d68bd7a53269834de955d61f4b7709þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20179.txtþ þTEXT\0005\ST20179.txtþ

þST20180þ þST20180þ þST20180þ þST20180þ þST20180þ þST20180þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/ADRDataRow.javaþ þþ þþ þ0þ þ1þ þST20171þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADRDataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ691þ þb133080c65f37da333dc8096dc576fceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20180.javaþ þþ

þST20181þ þST20181þ þST20181þ þST20181þ þST20181þ þST20181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/ADTDataRow.javaþ þþ þþ þ0þ þ1þ þST20172þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADTDataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ685þ þ35b659b97d574b5f982a76fc240a60d9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20181.javaþ þþ

þST20182þ þST20182þ þST20182þ þST20182þ þST20182þ þST20182þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/ADVDataRow.javaþ þþ þþ þ0þ þ1þ þST20173þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þADVDataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ685þ þ3a3f781a10a02adbe199e8faead6d7f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20182.javaþ þþ

þST20183þ þST20183þ þST20183þ þST20183þ þST20183þ þST20183þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/HLDataRow.javaþ þþ þþ þ0þ þ1þ þST20174þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHLDataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5716þ þa0cb1eab4f24df2b35bbf529b58e93e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20183.javaþ þþ

þST20184þ þST20184þ þST20184þ þST20184þ þST20184þ þST20184þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/IntradayPCDataRow.javaþ þþ þþ þ0þ þ1þ þST20177þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIntradayPCDataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1833þ þead6080acc61762d639686879ba154b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20184.javaþ þþ

þST20185þ þST20185þ þST20185þ þST20185þ þST20185þ þST20185þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/core/tableobj/MainDataRow.javaþ þþ þþ þ0þ þ1þ þST20178þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMainDataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1083þ þ5886997dbdc6c357e124d0139a957b8dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20185.javaþ þþ
þST20186þ þST20186þ þST20186þ þST20186þ þST20186þ þST20186þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/tableobj/MPADataRow.javaþ þþ þþ þ0þ þ1þ þST20179þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þMPADataRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ683þ
 þ82d68bd7a53269834de955d61f4b7709þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20186.javaþ þþ
þST20187þ þST20187þ þST20187þ þST20187þ þST20187þ þST20187þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/core/Util.javaþ þþ þþ þ0þ þ1þ þST20164þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1062þ þc1b2196a83dd05ea1d2
fadd63839594dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
 þNATIVES\0008\ST20187.javaþ þþ
þST20188þ þST20188þ þST20189þ þST20188þ þST20189þ þST20188þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/all-wcpropsþ þþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1590þ þ0ca2f051be0fe94da1535e5e6b9
f1ae9þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0008\ST20188.txtþ þTEXT\0005\ST20188.txtþ
þST20190þ þST20190þ þST20196þ þST20190þ þST20196þ þST20190þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/.svn/entriesþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
05/05/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtex
t/plainþ þþ þ1961þ þ0c12a50428ee104ce0f21a21cda605edþ þ7þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20190.txtþ þTEXT\0005\ST20190.txtþ
þST20197þ þST20197þ þST20197þ þST20197þ þST20197þ þST20197þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/.svn/text-base/ITPController.java.svn-baseþ þþ þþ þ0þ þ1
þ þST20224þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITPController.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ293þ þ992bde0d3c1100ae2d1c7c8e18879aadþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20197.txtþ þTEXT\0005\ST
20197.txtþ
þST20198þ þST20198þ þST20198þ þST20198þ þST20198þ þST20198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/.svn/text-base/Level1Panel.form.svn-baseþ þþ þþ þ0þ þ1þ þ
ST20225þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1Panel.form.svn-baseþ þ.XMLþ þapp
lication/xmlþ þþ þ47143þ þ0ef3799d6db1a797f68cc17686b11af4þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20198.xmlþ þþ
þST20199þ þST20199þ þST20206þ þST20199þ þST20206þ þST20199þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/.svn/text-base/Level1Panel.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST20226þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/01/2011þ þ00:00:00þ þ2011-03-01T00:00:00-05:00

þ þ1298955600þ þLevel1Panel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ18604þ þb6b6131abb2 69001bcd7498253f1b44eþ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20199.txtþ þTEXT\0005\ST20199.txtþ

þST20207þ þST20207þ þST20207þ þST20207þ þST20207þ þST20207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/Level1PanelTableViewsAv.form.svn-baseþ þ þ þþ þ0þ þ1þ þST20227þ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv.f orm.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ17016þ þ1e03888cf6db3ab2f1c61812687ff319þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ ST20207.xmlþ þþ

þST20208þ þST20215þ þST20208þ þST20215þ þST20208þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/gui/.svn/text-base/Level1PanelTableViewsAv.java.svn-baseþ þ þ þþ þ0þ þ1þ þST20228þ þþ þþ þþ þþ þþ þþ þþ þ03/08/2011þ þ00:00:00þ þ2011-03-08T0 0:00:00-05:00þ þ1299560400þ þLevel1PanelTableViewsAv.java.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ19139þ þ49efec92ffb91155e4227aa70b90cb2eþ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20208.txtþ þTEXT\0005\ST20208. txtþ

þST20216þ þST20216þ þST20216þ þST20216þ þST20216þ þST20216þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/PanelTableView.java.svn-baseþ þþ þþ þ0þ þ 1þ þST20229þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTableView.java.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ191þ þ2fee01441a10bbf0454ff396002b1db2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20216.txtþ þTEXT\0005 \ST20216.txtþ

þST20217þ þST20218þ þST20217þ þST20218þ þST20217þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/TableDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST20230þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableDescriptor.java.svn-baseþ þ. TXTþ þtext/plainþ þþ þ1638þ þ0dae2eb7c611885998181438d35c15fþ þ2þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20217.txtþ þTEXT\00 05\ST20217.txtþ

þST20219þ þST20219þ þST20220þ þST20219þ þST20220þ þST20219þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/TableHighlighter.java.svn-baseþ þþ þþ þ0þ þ1þ þST20231þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableHighlighter.java.svn-baseþ þ .TXTþ þtext/plainþ þþ þ2120þ þ23efabd8a8a51783139efb733de38342þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20219.txtþ þTEXT\0 005\ST20219.txtþ

þST20221þ þST20221þ þST20221þ þST20221þ þST20221þ þST20221þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/TableUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST 20242þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUtil.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ1984þ þ8daad6b677bc6c793888abfac601d1f3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20221.txtþ þTEXT\0005\ST20221.txtþ

þST20222þ þST20222þ þST20222þ þST20222þ þST20222þ þST20222þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/TM_Average.java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Average.java.svn-baseþ þ.HTMLþ þtext/htmlþ þ þ57285þ þba62feb1708c5450acf0ea272464fa36þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20222.htmlþ þTEXT\0005\ST20222.txtþ

þST20223þ þST20223þ þST20223þ þST20223þ þST20223þ þST20223þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/.svn/text-base/TV.java.svn-baseþ þþ þþ þ0þ þ1þ þST20260þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTV.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ866þ þ 18a35136423c7849cfbdacd2ef00a269þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ FALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20223.txtþ þTEXT\0005\ST20223.txtþ

þST20224þ þST20224þ þST20224þ þST20224þ þST20224þ þST20224þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/ITPController.javaþ þþ þþ þ0þ þ1þ þST20197þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þITPController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ293þ þ992 bde0d3c1100ae2d1c7c8e18879aadþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20224.javaþ þþ

þST20225þ þST20225þ þST20225þ þST20225þ þST20225þ þST20225þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/Level1Panel.formþ þþ þþ þ0þ þ1þ þST20198þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1Panel.formþ þ.XMLþ þapplication/xmlþ þþ þ47143þ þ0ef3799d6 db1a797f68cc17686b11af4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20225.xmlþ þþ

þST20226þ þST20226þ þST20226þ þST20226þ þST20226þ þST20226þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/Level1Panel.javaþ þþ þþ þ0þ þ1þ þST20199þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1Panel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ18604þ þb6b61 31abb269001bcd7498253f1b44eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20226.javaþ þþ

þST20227þ þST20227þ þST20227þ þST20227þ þST20227þ þST20227þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/Level1PanelTableViewsAv.formþ þþ þþ þ0þ þ1þ þST20207þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv.formþ þ.XMLþ þapplication/x mlþ þþ þ17016þ þ1e03888cf6db3ab2f1c61812687ff319þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20227.xmlþ þþ

þST20228þ þST20228þ þST20228þ þST20228þ þST20228þ þST20228þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/Level1PanelTableViewsAv.javaþ þþ þþ þ0þ þ1þ þST20208þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsAv.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ19139þ þ49efec92ffb91155e4227aa70b90cb2eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20228.javaþ þþ
þST20229þ þST20229þ þST20229þ þST20229þ þST20229þ þST20229þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/PanelTableView.javaþ þþ þþ þ0þ þ1þ þST20216þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þPanelTableView.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ191þ þ2
fee01441a10bbf0454ff396002b1db2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20229.javaþ þþ
þST20230þ þST20230þ þST20230þ þST20230þ þST20230þ þST20230þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/TableDescriptor.javaþ þþ þþ þ0þ þ1þ þST20217þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTableDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1638
þ þ0dae2eb7c6118859981814388d35c15fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20230.javaþ þþ
þST20231þ þST20231þ þST20231þ þST20231þ þST20231þ þST20231þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/TableHighlighter.javaþ þþ þþ þ0þ þ1þ þST20219þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTableHighlighter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ21
20þ þ23efabd8a8a51783139efb733de38342þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20231.javaþ þþ
þST20232þ þST20232þ þST20232þ þST20232þ þST20232þ þST20232þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/tables/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ512þ þf1532edd877baf29d83e0
e549d27ca89þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0008\ST20232.txtþ þTEXT\0005\ST20232.txtþ
þST20233þ þST20233þ þST20234þ þST20233þ þST20234þ þST20233þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/tables/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ05/05/2011þ þ00:00:00þ þ2011
-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ680þ þ8af64c9177
6815e3624ae030daa7ebb1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0008\ST20233.txtþ þTEXT\0005\ST20233.txtþ
þST20235þ þST20235þ þST20236þ þST20235þ þST20236þ þST20235þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/tables/.svn/text-base/TablePanel.java.svn-baseþ þþ þþ þ0
þ þ1þ þST20239þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTablePanel.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ4561þ þbedf2b3dd39e537695d2247705b2305aþ þ2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20235.txtþ þTEXT\0005\S
T20235.txtþ
þST20237þ þST20237þ þST20237þ þST20237þ þST20237þ þST20237þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/tables/.svn/text-base/TVHL_Panel.java.svn-baseþ þþ þþ þ0
þ þ1þ þST20240þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTVHL_Panel.java.svn-baseþ þ.TXTþ

þtext/plainþ þþ þ814þ þ2d253abb8ce2ef264ec3ac20c30b5be1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20237.txtþ þTEXT\0005\ST 20237.txtþ

þST20238þ þST20238þ þST20238þ þST20238þ þST20238þ þST20238þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/tables/.svn/text-base/TVMD_Panel.java.svn-baseþ þþ þþ þ0 þ þ1þ þST20241þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTVMD_Panel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ724þ þ0c5f1045577767bf377c2bb8760871a3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20238.txtþ þTEXT\0005\ST 20238.txtþ

þST20239þ þST20239þ þST20239þ þST20239þ þST20239þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/tables/TablePanel.javaþ þþ þþ þ0þ þ1þ þST20235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTablePanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4561þ þb edf2b3dd39e537695d2247705b2305aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20239.javaþ þþ

þST20240þ þST20240þ þST20240þ þST20240þ þST20240þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/tables/TVHL_Panel.javaþ þþ þþ þ0þ þ1þ þST20237þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTVHL_Panel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ814þ þ2d 253abb8ce2ef264ec3ac20c30b5be1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20240.javaþ þþ

þST20241þ þST20241þ þST20241þ þST20241þ þST20241þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/tables/TVMD_Panel.javaþ þþ þþ þ0þ þ1þ þST20238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTVMD_Panel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ724þ þ0c 5f1045577767bf377c2bb8760871a3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20241.javaþ þþ

þST20242þ þST20242þ þST20242þ þST20242þ þST20242þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/TableUtil.javaþ þþ þþ þ0þ þ1þ þST20221þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1984þ þ8daad6b677 bc6c793888abfac601d1f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0008\ST20242.javaþ þþ

þST20243þ þST20243þ þST20243þ þST20243þ þST20243þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ742þ þad9ef024e44b12e87769114 c352501adþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0008\ST20243.txtþ þTEXT\0005\ST20243.txtþ

þST20244þ þST20244þ þST20246þ þST20244þ þST20246þ þST20244þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þ05/05/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ
þtext/plainþ þþ þ885þ þ0ee4cd6f5f67c7601dd36f518780ba8aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20244.txtþ þTEXT\0005\ST
20244.txtþ

þST20247þ þST20247þ þST20247þ þST20247þ þST20247þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/test/.svn/text-base/Level1PanelTableViewsHL.form.svn-ba
seþ þþ þþ þ0þ þ1þ þST20255þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViews
HL.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ5039þ þ30bae5754f60c4bad7e7b0b0b2e23d4
cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
08\ST20247.xmlþ þþ

þST20248þ þST20248þ þST20250þ þST20248þ þST20250þ þST20248þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/test/.svn/text-base/Level1PanelTableViewsHL.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST20256þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2011þ þ00:00:00þ þ2011-03-
08T00:00:00-05:00þ þ1299560400þ þLevel1PanelTableViewsHL.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ5476þ þ13ed834db811d6f2050496707c518f40þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20248.txtþ þTEXT\0005\ST2024
8.txtþ

þST20251þ þST20251þ þST20251þ þST20251þ þST20251þ þST20251þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/test/.svn/text-base/Level1PanelTableViewsMD.form.svn-ba
seþ þþ þþ þ0þ þ1þ þST20257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViews
MD.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ4219þ þ97126b6ec2eb3a36aed5bc9574e529a
fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
08\ST20251.xmlþ þþ

þST20252þ þST20252þ þST20254þ þST20252þ þST20254þ þST20252þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/test/.svn/text-base/Level1PanelTableViewsMD.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST20258þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2011þ þ00:00:00þ þ2011-03-
08T00:00:00-05:00þ þ1299560400þ þLevel1PanelTableViewsMD.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ4965þ þc90121ba460398d456a9cb26f489b3c5þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20252.txtþ þTEXT\0005\ST2025
2.txtþ

þST20255þ þST20255þ þST20255þ þST20255þ þST20255þ þST20255þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/test/Level1PanelTableViewsHL.formþ þþ þþ þ0þ þ1þ þST20247
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsHL.formþ þ.XMLþ þapplica
tion/xmlþ þþ þ5039þ þ30bae5754f60c4bad7e7b0b0b2e23d4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20255.xmlþ þþ

þST20256þ þST20256þ þST20256þ þST20256þ þST20256þ þST20256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level1/src/level1/gui/test/Level1PanelTableViewsHL.javaþ þþ þþ þ0þ þ1þ þST20248
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsHL.javaþ þ.JAVAþ þtext/x

-java-sourceþ þþ þ5476þ þ13ed834db811d6f2050496707c518f40þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20256.javaþ þþ þST20257þ þST20257þ þST20257þ þST20257þ þST20257þ þST20257þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/test/Level1PanelTableViewsMD.formþ þþ þ0þ þ1þ þST20251 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsMD.formþ þ.XMLþ þapplica tion/xmlþ þþ þ4219þ þ97126b6ec2eb3a36aed5bc9574e529afþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20257.xmlþ þþ þST20258þ þST20258þ þST20258þ þST20258þ þST20258þ þST20258þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/test/Level1PanelTableViewsMD.javaþ þþ þþ þ0þ þ1þ þST20252 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLevel1PanelTableViewsMD.javaþ þ.JAVAþ þtext/x -java-sourceþ þþ þ4965þ þc90121ba460398d456a9cb26f489b3c5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20258.javaþ þþ þST20259þ þST20259þ þST20259þ þST20259þ þST20259þ þST20259þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/TM_Average.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTM_Average.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4656þ þ3046a600d6a9188 ce33e2fbcd3c9bc4þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0008\ST20259.javaþ þþ þST20260þ þST20260þ þST20260þ þST20260þ þST20260þ þST20260þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/src/level1/gui/TV.javaþ þþ þ0þ þ1þ þST20223þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTV.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ866þ þ18a35136423c7849cfbdacd2ef00a269þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20260.javaþ þþ þST20261þ þST20261þ þST20261þ þST20261þ þST20261þ þST20261þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þ8d3e93eff49e60dad30d615ea617e6afþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20261.txtþ þTEXT\0005\ST20261.txtþ þST20262þ þST20262þ þST20262þ þST20262þ þST20262þ þST20262þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level1/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/02/2011 þ þ00:00:00þ þ2011-03-02T00:00:00-05:00þ þ1299042000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ206þ þ3354d1ddbec2695de996dd89eb5d3a80þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20262.txtþ þTEXT\0005\ST20262.txtþ þST20263þ þST20263þ þST20263þ þST20263þ þST20263þ þST20263þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þa ll-wcpropsþ þ.TXTþ þtext/plainþ þþ þ394þ þ7901b85b3493f6795f55c519b5695ae6þ þ1þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20263
.txtþ þTEXT\0005\ST20263.txtþ
þST20264þ þST20264þ þST20266þ þST20264þ þST20266þ þST20264þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00
:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ679
þ þ9aee80ce225d2197ba61451a695a590aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20264.txtþ þTEXT\0005\ST20264.txtþ
þST20267þ þST20267þ þST20267þ þST20267þ þST20267þ þST20267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/.svn/prop-base/level2.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;

ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;

ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;

ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20406;
ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2.jar.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20267.txtþ þTEXT\0005\ST20267.txtþ
þST20268þ þST20268þ þST20268þ þST20268þ þST20268þ þST20268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20271þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3792þ þ6bba4e
ad52c86d31286ca2791dcd0767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0008\ST20268.xmlþ þþ
þST20269þ þST20269þ þST20269þ þST20269þ þST20269þ þST20269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/.svn/text-base/level2.jar.svn-baseþ þþ þþ þ0þ þ1þ þST20272þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þlevel2.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ95
074þ þ57d26126c51e5d123c5fbd621c681e15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20269.jarþ þþ
þST20270þ þST20270þ þST20270þ þST20270þ þST20270þ þST20270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567; ST13780;
ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20273; ST20408;
ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860;
ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20270.txtþ þTEXT\0005\ST20270.txtþ
þST20271þ þST20271þ þST20271þ þST20271þ þST20271þ þST20271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/build.xmlþ þþ þþ þ0þ þ1þ þST20268þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþb
uild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3792þ þ6bba4ead52c86d31286ca2791dcd0767þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST202
71.xmlþ þþ
þST20272þ þST20272þ þST20272þ þST20272þ þST20272þ þST20272þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/level2.jarþ þþ þþ þ0þ þ1þ þST20269þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
level2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ95074þ þ57d26126c51e5d123c5fbd621c6
81e15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20272.jarþ þþ
þST20273þ þST20273þ þST20273þ þST20273þ þST20273þ þST20273þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/level2/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823; ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20273.txtþ þTEXT\0005\ST20273.txtþ þST20274þ þST20274þ þST20274þ þST20274þ þST20274þ þST20274þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ592þ þ18629e6f6d1ec9af18ad954ef8722b0dþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20274.txtþ þTEXT\0005\ST20274.txtþ þST20275þ þST20275þ þST20277þ þST20275þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ824þ þc431fe51ebb6411c59c7c93e8e01d405þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20275.txtþ þTEXT\0005\ST20275.txtþ þST20278þ þST20278þ þST20278þ þST20278þ þST20278þ þST20278þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20283þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ48770þ þ7eda519b719e99a9b7d5cf2e8cbaf82bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20278.xmlþ þþ þST20279þ þST20279þ þST20279þ þST20279þ þST20279þ þST20279þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST20284þ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ475þ þ8a25f967c86266958b63ef03e52efd2cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20279.txtþ þTEXT\0005\ST20279.txtþ þST20280þ þST20280þ þST20281þ þST20280þ þST20281þ þST20280þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST20285þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2656þ þ8d36da8bd2c7a18af914a05ed4f66931þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20280.txtþ þTEXT\0005\ST20280.txtþ þST20282þ þST20282þ þST20282þ þST20282þ þST20282þ þST20282þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20286þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þ

þ þ514þ þefaa4a31adb56637c6bf801086d7ee68þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20282.xmlþ þþ

þST20283þ þST20283þ þST20283þ þST20283þ þST20283þ þST20283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST20278þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48770þ þ7eda519b719e99a9b7 d5cf2e8cbaf82bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0008\ST20283.xmlþ þþ

þST20284þ þST20284þ þST20284þ þST20284þ þST20284þ þST20284þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST20279þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ47 5þ þ8a25f967c86266958b63ef03e52efd2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20284.propertiesþ þþ

þST20285þ þST20285þ þST20285þ þST20285þ þST20285þ þST20285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST20280þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2656 þ þ8d36da8bd2c7a18af914a05ed4f66931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20285.propertiesþ þþ

þST20286þ þST20286þ þST20286þ þST20286þ þST20286þ þST20286þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST20282þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ514þ þefaa4a31adb56637c6bf801086 d7ee68þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0008\ST20286.xmlþ þþ

þST20287þ þST20287þ þST20287þ þST20287þ þST20287þ þST20287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ86þ þ1e0a83a95d057839114b4d97630e8932þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20 287.txtþ þTEXT\0005\ST20287.txtþ

þST20288þ þST20288þ þST20288þ þST20288þ þST20288þ þST20288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011 -03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ218þ þe3572ee112 890878fd8183e69151226eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST20288.txtþ þTEXT\0005\ST20288.txtþ

þST20289þ þST20289þ þST20289þ þST20289þ þST20289þ þST20289þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ93þ þ9a4b472c5520c3d96accebb8a1168fd6þ

þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
08\ST20289.txtþ þTEXT\0005\ST20289.txtþ

þST20290þ þST20290þ þST20290þ þST20290þ þST20290þ þST20290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/0
3/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ233þ þ69fcd0b8fee6ff4db8dda51c054d2c3fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20290.txtþ þTEXT\0005\ST20290.t
xtþ

þST20291þ þST20291þ þST20291þ þST20291þ þST20291þ þST20291þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1042þ þ1e192a3a200f0ecde3b8f1aee2
b24dd5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0008\ST20291.txtþ þTEXT\0005\ST20291.txtþ

þST20292þ þST20292þ þST20295þ þST20292þ þST20295þ þST20292þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þte
xt/plainþ þþ þ1305þ þ417ab39834cabefae7c3d2fa301cb025þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20292.txtþ þTEXT\0005\ST20
292.txtþ

þST20296þ þST20296þ þST20297þ þST20296þ þST20297þ þST20296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/.svn/text-base/ActionLevel2.java.svn-baseþ þþ þþ þ0þ þ1
þ þST20323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þActionLevel2.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ2534þ þ65bb7a7def6522ac56972ca867a314a1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20296.txtþ þTEXT\0005\ST
20296.txtþ

þST20298þ þST20298þ þST20301þ þST20298þ þST20301þ þST20298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/.svn/text-base/Controller.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST20324þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þController.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ7116þ þ2eba5c964d0ab3ef446c02a4855b0cdbþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20298.txtþ þTEXT\0005\ST2029
8.txtþ

þST20302þ þST20302þ þST20306þ þST20302þ þST20306þ þST20302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/.svn/text-base/Level2Dispatcher.java.svn-baseþ þþ þþ þ0
þ þ1þ þST20325þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/17/2010þ þ00:00:00þ þ2010-11-17T00:00:00
-05:00þ þ1289970000þ þLevel2Dispatcher.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9789þ þf
0db6a8fa0920eda118e526c13535f33þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20302.txtþ þTEXT\0005\ST20302.txtþ

þST20307þ þST20307þ þST20312þ þST20307þ þST20312þ þST20307þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/.svn/text-base/MarketMaker.java.svn-baseþ þþ þþ þ0þ þ1þ þST20326þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketMaker.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ8394þ þad05954c98b5780c5a6cc5916407ced0þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20307.txtþ þTEXT\0005\ST20 307.txtþ

þST20313þ þST20318þ þST20313þ þST20318þ þST20313þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/.svn/text-base/TM_Level2Data.java.svn-baseþ þþ þþ þ0þ þ 1þ þST20327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2Data.java.svn-baseþ þ.TXT þ þtext/plainþ þþ þ12247þ þafa6ab694ac24139e23270c13d25fc4cþ þ6þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20313.txtþ þTEXT\000 5\ST20313.txtþ

þST20319þ þST20319þ þST20319þ þST20319þ þST20319þ þST20319þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/.svn/text-base/TM_Level2Entry.java.svn-baseþ þþ þþ þ0þ þ1þ þST20328þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2Entry.java.svn-baseþ þ.T XTþ þtext/plainþ þþ þ661þ þ6378344597d78234d7db0f7d25384a6dþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20319.txtþ þTEXT\000 5\ST20319.txtþ

þST20320þ þST20320þ þST20322þ þST20320þ þST20322þ þST20320þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/.svn/text-base/TM_Settings.java.svn-baseþ þþ þþ þ0þ þ1þ þST20329þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Settings.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ4636þ þbf8ee1c969c49b48d1a7d560f2415bd6þ þ3þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20320.txtþ þTEXT\0005\ST20 320.txtþ

þST20323þ þST20323þ þST20323þ þST20323þ þST20323þ þST20323þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/ActionLevel2.javaþ þþ þþ þ0þ þ1þ þST20296þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þActionLevel2.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2534þ þ65b b7a7def6522ac56972ca867a314a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20323.javaþ þþ

þST20324þ þST20324þ þST20324þ þST20324þ þST20324þ þST20324þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/Controller.javaþ þþ þþ þ0þ þ1þ þST20298þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þContro.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7116þ þ2eba5c9 64d0ab3ef446c02a4855b0cdbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0008\ST20324.javaþ þþ

þST20325þ þST20325þ þST20325þ þST20325þ þST20325þ þST20325þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/core/Level2Dispatcher.javaþ þþ þþ þ0þ þ1þ þST20302þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þLevel2Dispatcher.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ97

89þ þf0db6a8fa0920eda118e526c13535f33þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20325.javaþ þþ
þST20326þ þST20326þ þST20326þ þST20326þ þST20326þ þST20326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/MarketMaker.javaþ þþ þþ þ0þ þ1þ þST20307þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þMarketMaker.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ8394þ þad05954c98b5780c5a6cc5916407ced0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20326.javaþ þþ
þST20327þ þST20327þ þST20327þ þST20327þ þST20327þ þST20327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/TM_Level2Data.javaþ þþ þþ þ0þ þ1þ þST20313þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTM_Level2Data.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ12247þ þ
afa6ab694ac24139e23270c13d25fc4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20327.javaþ þþ
þST20328þ þST20328þ þST20328þ þST20328þ þST20328þ þST20328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/TM_Level2Entry.javaþ þþ þþ þ0þ þ1þ þST20319þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTM_Level2Entry.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ661þ þ
6378344597d78234d7db0f7d25384a6dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20328.javaþ þþ
þST20329þ þST20329þ þST20329þ þST20329þ þST20329þ þST20329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/core/TM_Settings.javaþ þþ þþ þ0þ þ1þ þST20320þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTM_Settings.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ4636þ þbf8ee1c969c49b48d1a7d560f2415bd6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20329.javaþ þþ
þST20330þ þST20330þ þST20330þ þST20330þ þST20330þ þST20330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ887þ þfcad49c4cf1910df97eb9afc9b7b
5a96þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0008\ST20330.txtþ þTEXT\0005\ST20330.txtþ
þST20331þ þST20331þ þST20334þ þST20331þ þST20334þ þST20331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtex
t/plainþ þþ þ1174þ þ63b886cd613d97b98e521e71d0b16af5þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20331.txtþ þTEXT\0005\ST20331.txtþ
þST20335þ þST20335þ þST20336þ þST20335þ þST20336þ þST20335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/text-base/TM_Arrow.java.svn-baseþ þþ þþ þ0þ þ1þ þST2
0396þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Arrow.java.svn-baseþ þ.TXTþ þtext/plai

nþ þþ þ1602þ þ3aa0063231cc667381343f161cbbb7e0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20335.txtþ þTEXT
\0005\ST20335.txtþ

þST20337þ þST20337þ þST20337þ þST20337þ þST20337þ þST20337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/text-base/TM_Icons.java.svn-baseþ þþ þþ þ0þ þ1þ þST2
0397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Icons.java.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ735þ þf19e660c0ae5050d04752c19436a2384þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20337.txtþ þTEXT\0005\ST20337.txtþ

þST20338þ þST20338þ þST20339þ þST20338þ þST20339þ þST20338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/text-base/TM_Level2.java.svn-baseþ þþ þþ þ0þ þ1þ þST
20398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ1765þ þ67120c4304e97ce501ea04dde2a57c3dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20338.txtþ þTEXT\0005\ST20338.
txtþ

þST20340þ þST20340þ þST20342þ þST20340þ þST20342þ þST20340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/text-base/TM_Level2History.java.svn-baseþ þþ þþ þ0þ
 þ1þ þST20399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2History.java.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ3631þ þ03e60bd89e9eff8e5d93c93a649efb49þ þ3þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20340.txtþ þTEXT\0
005\ST20340.txtþ

þST20343þ þST20343þ þST20347þ þST20343þ þST20347þ þST20343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/text-base/TM_Level2Summary.java.svn-baseþ þþ þþ þ0þ
 þ1þ þST20400þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2Summary.java.svn-baseþ
.TXTþ þtext/plainþ þþ þ7815þ þ930d7a4bec386484bd521546c3896763þ þ5þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20343.txtþ þTEXT\0
005\ST20343.txtþ

þST20348þ þST20348þ þST20348þ þST20348þ þST20348þ þST20348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/.svn/text-base/TM_ToolTips.java.svn-baseþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_ToolTips.java.svn-baseþ þ.HTMLþ þtext/html
þ þþ þ36888þ þ7e7151de291f44277df525e2183d3099þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20348.htmlþ þTEXT\0005\ST20348.tx
tþ

þST20349þ þST20349þ þST20349þ þST20349þ þST20349þ þST20349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_history/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ427þ þ04262ece2ab5a796
2167c5d4e7df475aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ
TRUEþ þNATIVES\0008\ST20349.txtþ þTEXT\0005\ST20349.txtþ

þST20350þ þST20350þ þST20351þ þST20350þ þST20351þ þST20350þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011 -03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ564þ þ45a78864b8 cf5a92179362a05719433aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST20350.txtþ þTEXT\0005\ST20350.txtþ

þST20352þ þST20352þ þST20352þ þST20352þ þST20352þ þST20352þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/.svn/text-base/LII_HistoryLogPanel.form.svn -baseþ þþ þþ þ0þ þ1þ þST20357þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLII_HistoryLogPane l.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3805þ þ3b4f435d880e970d9c5e0b244371b842 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 8\ST20352.xmlþ þþ

þST20353þ þST20353þ þST20356þ þST20353þ þST20356þ þST20353þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/.svn/text-base/LII_HistoryLogPanel.java.svn -baseþ þþ þþ þ0þ þ1þ þST20358þ þþ þþ þþ þþ þþ þ08/12/2009þ þ00:00:00þ þ2009- 08-12T00:00:00-04:00þ þ1250049600þ þLII_HistoryLogPanel.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ7095þ þ315caa39cef203c0ea2d164d8a403609þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20353.txtþ þTEXT\0005\ST20353 .txtþ

þST20357þ þST20357þ þST20357þ þST20357þ þST20357þ þST20357þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/LII_HistoryLogPanel.formþ þþ þþ þ0þ þ1þ þST20 352þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLII_HistoryLogPanel.formþ þ.XMLþ þapplicat ion/xmlþ þþ þ3805þ þ3b4f435d880e970d9c5e0b244371b842þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20357.xmlþ þþ

þST20358þ þST20358þ þST20358þ þST20358þ þST20358þ þST20358þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/LII_HistoryLogPanel.javaþ þþ þþ þ0þ þ1þ þST20 353þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLII_HistoryLogPanel.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ7095þ þ315caa39cef203c0ea2d164d8a403609þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20358.javaþ þþ

þST20359þ þST20359þ þST20359þ þST20359þ þST20359þ þST20359þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ531þ þb13ba284d266fd7e3f49afe895615e05þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20359.tx tþ þTEXT\0005\ST20359.txtþ

þST20360þ þST20360þ þST20361þ þST20360þ þST20361þ þST20360þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þen triesþ þ.TXTþ þtext/plainþ þþ þ600þ þ995e618888ae407ac7a557adfc57f9b1þ þ2þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20360.txtþ þTEXT\0005\ST20360.txtþ

þST20362þ þST20362þ þST20362þ þST20362þ þST20362þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/table/.svn/text-base/CustomColumnTableCellR endererLII_HistoryLog.java.svn-baseþ þþ þþ þ0þ þ1þ þST20365þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRendererLII_HistoryLog.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ1350þ þ96c6757ca1363f39128afa0747137b64þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20362.txtþ þTEXT\0005\ST20362 .txtþ

þST20363þ þST20363þ þST20364þ þST20363þ þST20364þ þST20363þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/table/.svn/text-base/CustomTableCellRendere rLII_HistoryLog.java.svn-baseþ þþ þþ þ0þ þ1þ þST20366þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRendererLII_HistoryLog.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1 854þ þ012fb833f94972a32ecf5ae68c402943þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20363.txtþ þTEXT\0005\ST20363.txtþ

þST20365þ þST20365þ þST20365þ þST20365þ þST20365þ þST20365þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/table/CustomColumnTableCellRendererLII_Hist oryLog.javaþ þþ þþ þ0þ þ1þ þST20362þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumn TableCellRendererLII_HistoryLog.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1350þ þ96c6757 ca1363f39128afa0747137b64þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0008\ST20365.javaþ

þST20366þ þST20366þ þST20366þ þST20366þ þST20366þ þST20366þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_history/table/CustomTableCellRendererLII_HistoryLog .javaþ þþ þþ þ0þ þ1þ þST20363þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRen dererLII_HistoryLog.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1854þ þ012fb833f94972a32ec f5ae68c402943þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20366.javaþ þþ

þST20367þ þST20367þ þST20367þ þST20367þ þST20367þ þST20367þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ374þ þ57f90e48f79c79d3189 15e303b35b192þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0008\ST20367.txtþ þTEXT\0005\ST20367.txtþ

þST20368þ þST20368þ þST20369þ þST20368þ þST20369þ þST20368þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ. TXTþ þtext/plainþ þþ þ540þ þd9b312b57e434e036c8ebf50aa16c460þ þ2þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20368.txtþ þTEXT\0005\ST20368.txtþ

þST20370þ þST20370þ þST20370þ þST20370þ þST20370þ þST20370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/.svn/text-base/LII_View.form.svn-baseþ þþ þþ þ0
þ þ1þ þST20376þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLII_View.form.svn-baseþ þ.XMLþ þ
application/xmlþ þþ þ5381þ þ1c8d02bb539e407a86168ca34c21ebd2þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20370.xmlþ þ

þST20371þ þST20371þ þST20375þ þST20371þ þST20375þ þST20371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/.svn/text-base/LII_View.java.svn-baseþ þþ þþ þ0
þ þ1þ þST20377þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/18/2009þ þ00:00:00þ þ2009-08-18T00:00:00
-04:00þ þ1250568000þ þLII_View.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8856þ þabba3070e
3b2af3e6e105af604c9ce01þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20371.txtþ þTEXT\0005\ST20371.txtþ

þST20376þ þST20376þ þST20376þ þST20376þ þST20376þ þST20376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/LII_View.formþ þþ þþ þ0þ þ1þ þST20370þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þLII_View.formþ þ.XMLþ þapplication/xmlþ þþ þ5381þ þ1c8d02b
b539e407a86168ca34c21ebd2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20376.xmlþ þþ

þST20377þ þST20377þ þST20377þ þST20377þ þST20377þ þST20377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/LII_View.javaþ þþ þþ þ0þ þ1þ þST20371þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þLII_View.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ8856þ þabba3070e3b2af3e6e105af604c9ce01þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20377.javaþ þþ

þST20378þ þST20378þ þST20378þ þST20378þ þST20378þ þST20378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/tables/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ469þ þ63426ddbfdc
1eccf616944356c217a0fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0008\ST20378.txtþ þTEXT\0005\ST20378.txtþ

þST20379þ þST20379þ þST20380þ þST20379þ þST20380þ þST20379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/tables/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þent
riesþ þ.TXTþ þtext/plainþ þþ þ590þ þ577b337fd9f63f2e19675e43ec105fdbþ þ2þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20379.txtþ þ
TEXT\0005\ST20379.txtþ

þST20381þ þST20381þ þST20381þ þST20381þ þST20381þ þST20381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/level2/src/level2/gui/LII_view/tables/.svn/text-base/CustomColumnTableCellRen

derer.java.svn-baseþ þþ þþ þ0þ þ1þ þST20394þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1362þ þ623725þ235c89becfe4266af4f5d3856þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20381.txtþ þTEXT\0005\ST20381.txtþ
þST20382þ þST20382þ þST20383þ þST20382þ þST20383þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/.svn/text-base/CustomTableCellRenderer.java.svn-baseþ þþ þþ þ0þ þ1þ þST20395þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1927þ þ40936be04420adeb91a9f991917a9a88þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20382.txtþ þTEXT\0005\ST20382.txtþ
þST20384þ þST20384þ þST20384þ þST20384þ þST20384þ þST20384þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/ask/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ274þ þ2062e45efacc05bf44dd3db2f597335dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20384.txtþ þTEXT\0005\ST20384.txtþ
þST20385þ þST20385þ þST20385þ þST20385þ þST20385þ þST20385þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/ask/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ393þ þb0b33287e8f74fbe2c1a8142f5fcf709þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20385.txtþ þTEXT\0005\ST20385.txtþ
þST20386þ þST20386þ þST20387þ þST20386þ þST20387þ þST20386þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/ask/.svn/text-base/ASK_TableModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20388þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þASK_TableModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1817þ þea65641d5c62f7080deb229e45ba666aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20386.txtþ þTEXT\0005\ST20386.txtþ
þST20388þ þST20388þ þST20388þ þST20388þ þST20388þ þST20388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/ask/ASK_TableModel.javaþ þþ þþ þ0þ þ1þ þST20386þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þASK_TableModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þ1817þ þea65641d5c62f7080deb229e45ba666aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20388.javaþ þþ
þST20389þ þST20389þ þST20389þ þST20389þ þST20389þ þST20389þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/bid/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ274þ þ75294f69d77ecaaba26352cb45d18f7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0008\ST20389.txtþ þTEXT\0005\ST20389.txtþ
þST20390þ þST20390þ þST20390þ þST20390þ þST20390þ þST20390þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/bid/.svn/entriesþ þþ þþ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ393þ þ0ffafb03ede2ae3fdcb84ed7b1820780þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20.txtþ þTEXT\0005\ST20390.txtþ

þST20391þ þST20391þ þST20392þ þST20391þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/bid/.svn/text-base/BID_TableModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20393þ þþ þþ þþ þþ þþ þþ þþ þþ þBID_TableModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1899þ þd4755d825f7be172c966337eaadfdb7dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20391.txtþ þTEXT\0005\ST20391.txtþ

þST20393þ þST20393þ þST20393þ þST20393þ þST20393þ þST20393þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/bid/BID_TableModel.javaþ þþ þþ þ0þ þ1þ þST20391þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBID_TableModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1899þ þd4755d825f7be172c966337eaadfdb7dþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20393.javaþ þþ

þST20394þ þST20394þ þST20394þ þST20394þ þST20394þ þST20394þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/CustomColumnTableCellRenderer.javaþ þþ þ þ0þ þ1þ þST20381þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1362þ þ623725b235c89becfe4266af4f5d3856þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20394.javaþ þþ

þST20395þ þST20395þ þST20395þ þST20395þ þST20395þ þST20395þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/LII_view/tables/CustomTableCellRenderer.javaþ þþ þþ þ0þ þ1þ þST20382þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRenderer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1927þ þ40936be04420adeb91a9f991917a9a88þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20395.javaþ þþ

þST20396þ þST20396þ þST20396þ þST20396þ þST20396þ þST20396þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/TM_Arrow.javaþ þþ þþ þ0þ þ1þ þST20335þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTM_Arrow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1602þ þ3aa0063231cc667381343f161cbbb7e0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þNATIVES\0008\ST20396.javaþ þþ

þST20397þ þST20397þ þST20397þ þST20397þ þST20397þ þST20397þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/TM_Icons.javaþ þþ þþ þ0þ þ1þ þST20337þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTM_Icons.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ735þ þf19e660c0ae50

50d04752c19436a2384þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20397.javaþ þþ

þST20398þ þST20398þ þST20398þ þST20398þ þST20398þ þST20398þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/TM_Level2.javaþ þþ þ0þ þ1þ þST20338þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1765þ þ67120c4304 e97ce501ea04dde2a57c3dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20398.javaþ þþ

þST20399þ þST20399þ þST20399þ þST20399þ þST20399þ þST20399þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/TM_Level2History.javaþ þþ þ0þ þ1þ þST20340þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2History.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ36 31þ þ03e60bd89e9eff8e5d93c93a649efb49þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20399.javaþ þþ

þST20400þ þST20400þ þST20400þ þST20400þ þST20400þ þST20400þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/TM_Level2Summary.javaþ þþ þ0þ þ1þ þST20343þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Level2Summary.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ78 15þ þ930d7a4bec386484bd521546c3896763þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20400.javaþ þþ

þST20401þ þST20401þ þST20401þ þST20401þ þST20401þ þST20401þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/level2/src/level2/gui/TM_ToolTips.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_ToolTips.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2274þ þe9fd5a862b2e6 3eed7c35a0c05261d0dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20401.javaþ þþ

þST20402þ þST20402þ þST20402þ þST20402þ þST20402þ þST20402þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ412þ þ633a3b12e05dfb92bf0bd3a349094c9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20 402.txtþ þTEXT\0005\ST20402.txtþ

þST20403þ þST20403þ þST20405þ þST20403þ þST20405þ þST20403þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/08/2011þ þ00:00:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ 696þ þbf2d4e35a322c554e5ed9a890e761e63þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20403.txt þTEXT\0005\ST20403.txtþ þST20406þ þST20406þ þST20406þ þST20406þ þST20406þ þST20406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/.svn/prop-base/marketmap.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;

ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;

ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;

ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketmap.jar.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20406.txtþ þTEXT\0005\ST20406.t
xtþ

þST20407þ þST20407þ þST20407þ þST20407þ þST20407þ þST20407þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20410þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3802þ þ6c2

7e5e8034541c2f7d02ffd1fe32179þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20407.xmlþ þþ

þST20408þ þST20408þ þST20408þ þST20408þ þST20408þ þST20408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823; ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/plainþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20408.txtþ þTEXT\0005\ST20408.txtþ þST20409þ þST20409þ þST20409þ þST20409þ þST20409þ þST20409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/.svn/text-base/marketmap.jar.svn-baseþ þþ þþ þ0þ þ1þ þST20412þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þmarketmap.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ44431þ þc06c3bfcf8757e0a7063de8d217d524fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20409.jarþ þþ

þST20410þ þST20410þ þST20410þ þST20410þ þST20410þ þST20410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/build.xmlþ þþ þþ þ0þ þ1þ þST20407 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3802þ þ6c27e5e8034541c2f7d02ffd1fe32179þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20410.xmlþ þþ

þST20411þ þST20411þ þST20411þ þST20411þ þST20411þ þST20411þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823; ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20411.txtþ þTEXT\0005\ST20411.txtþ þST20412þ þST20412þ þST20412þ þST20412þ þST20412þ þST20412þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/marketmap.jarþ þþ þþ þ0þ þ1þ þST20409 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmarketmap.jarþ þ.JARþ þapplication/java-archiveþ þþ þ44431þ þc06c3bfcf8757e0a7063de8d217d524fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0008\ST20412.jarþ þþ

þST20413þ þST20413þ þST20413þ þST20413þ þST20413þ þST20413þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ607þ þc98286c68b668f50134e7cc5f197ddeeþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20413.tx

tþ þTEXT\0005\ST20413.txtþ

þST20414þ þST20414þ þST20416þ þST20414þ þST20416þ þST20414þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06 /08/2011þ þ00:00:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/ plainþ þþ þ827þ þ834b1059797a9cc483353ef45cb09ba0þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20414.txtþ þTEXT\0005\ST20414.txtþ

þST20417þ þST20417þ þST20417þ þST20417þ þST20417þ þST20417þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20 422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplicati on/xmlþ þþ þ48779þ þ43b67a3093b2c37443d13a2ca0e719e6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20417.xmlþ þþ

þST20418þ þST20418þ þST20418þ þST20418þ þST20418þ þST20418þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST20423þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ475þ þ556d7511a6b839c0ce39560afc3a88bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20418.txtþ þTEXT\0005\ST 20418.txtþ

þST20419þ þST20419þ þST20420þ þST20419þ þST20420þ þST20419þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þ ST20424þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ2871þ þa520c3d659ce510300a122d17e74f454þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20419.txtþ þTEXT\0005\ST2 0419.txtþ

þST20421þ þST20421þ þST20421þ þST20421þ þST20421þ þST20421þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20425 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xml þ þþ þ517þ þc3891a8af181069387433fcb902438caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20421.xmlþ þþ

þST20422þ þST20422þ þST20422þ þST20422þ þST20422þ þST20422þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST20417þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48779þ þ43b67a3093b2c37443d13a2ca0e719e6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20 422.xmlþ þþ

þST20423þ þST20423þ þST20423þ þST20423þ þST20423þ þST20423þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST20418þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ
þ475þ þ556d7511a6b839c0ce39560afc3a88bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20423.propertiesþ þþ

þST20424þ þST20424þ þST20424þ þST20424þ þST20424þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST20419þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ
2871þ þa520c3d659ce510300a122d17e74f454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20424.propertiesþ þþ

þST20425þ þST20425þ þST20425þ þST20425þ þST20425þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST20421þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ517þ þc3891a8af181069387433fc
b902438caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0008\ST20425.xmlþ þþ

þST20426þ þST20426þ þST20426þ þST20426þ þST20426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þb6e810804bfb0a0d2819cdad33e71b62þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\S
T20426.txtþ þTEXT\0005\ST20426.txtþ

þST20427þ þST20427þ þST20427þ þST20427þ þST20427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/08/20
11þ þ00:00:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ224þ þ456489e84b5ccefb12c11a8d324a5617þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20427.txtþ þTEXT\0005\ST20427.txtþ

þST20428þ þST20428þ þST20428þ þST20428þ þST20428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/src/marketmap/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ627þ þ6dc8db91db187f109750c8d2cd
b831a8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0008\ST20428.txtþ þTEXT\0005\ST20428.txtþ

þST20429þ þST20429þ þST20431þ þST20429þ þST20431þ þST20429þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/src/marketmap/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þ06/08/2011þ þ00:00:00þ þ2011
 -06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ833þ þ81a83c3d7c
434088a548620fb2f6b394þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0008\ST20429.txtþ þTEXT\0005\ST20429.txtþ

þST20432þ þST20432þ þST20448þ þST20432þ þST20448þ þST20432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/marketmap/src/marketmap/.svn/text-base/MarketMap.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST20453þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketMap.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ35882þ þ106d2c836fc3b16ecbcba1194d5bda2bþ þ17þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20432.txtþ þTEXT\0005\ST20432.txtþ
þST20449þ þST20449þ þST20449þ þST20449þ þST20449þ þST20449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/src/marketmap/.svn/text-base/MarketMapDescriptor.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST20454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketMapDescriptor.java.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ1029þ þ8e275cd170f00827c06ec1c0331c1e58þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20449.txtþ þTEXT\0005\ST20449.txtþ
þST20450þ þST20450þ þST20450þ þST20450þ þST20450þ þST20450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/src/marketmap/.svn/text-base/MMFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST
20455þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMFrame.form.svn-baseþ þ.XMLþ þapplicati
on/xmlþ þþ þ6622þ þ363ee91ecf62e4e80a24f70607d7fc3dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20450.xmlþ þþ
þST20451þ þST20451þ þST20452þ þST20451þ þST20452þ þST20451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/src/marketmap/.svn/text-base/MMFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST
20456þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/07/2011þ þ00:00:00þ þ2011-06-07T00:00:00-04:00þ
þ1307419200þ þMMFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4358þ þ5aa0ce4cc3d07598þ
1e58f4232127b94þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0008\ST20451.txtþ þTEXT\0005\ST20451.txtþ
þST20453þ þST20453þ þST20453þ þST20453þ þST20453þ þST20453þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/src/marketmap/MarketMap.javaþ þþ þþ þ0þ þ1þ þST20432þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þMarketMap.javaþ þ.JAVAþ þtext/x-java-sourceþ þ35882þ þ106d2c8
36fc3b16ecbcba1194d5bda2bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20453.javaþ þþ
þST20454þ þST20454þ þST20454þ þST20454þ þST20454þ þST20454þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/src/marketmap/MarketMapDescriptor.javaþ þþ þþ þ0þ þ1þ þST20449þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketMapDescriptor.javaþ þ.JAVAþ þtext/x-java-sourc
eþ þþ þ1029þ þ8e275cd170f00827c06ec1c0331c1e58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20454.javaþ þþ
þST20455þ þST20455þ þST20455þ þST20455þ þST20455þ þST20455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/marketmap/src/marketmap/MMFrame.formþ þþ þþ þ0þ þ1þ þST20450þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þMMFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ6622þ þ363ee91ecf62e4e8
0a24f70607d7fc3dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR
UEþ þNATIVES\0008\ST20455.xmlþ þþ
þST20456þ þST20456þ þST20456þ þST20456þ þST20456þ þST20456þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/src/marketmap/MMFrame.javaþ þþ þþ þ0þ þ1þ þST20451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4358þ þ5aa0ce4cc3d0 7598b1e58f4232127b94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0008\ST20456.javaþ þþ

þST20457þ þST20457þ þST20457þ þST20457þ þST20457þ þST20457þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ90þ þd01fe8d0b9b466a41f40e4c83ec4a665þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ ST20457.txtþ þTEXT\0005\ST20457.txtþ

þST20458þ þST20458þ þST20458þ þST20458þ þST20458þ þST20458þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/marketmap/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/08/2 011þ þ00:00:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/plain þ þþ þ209þ þ5e6b1e8621f09ce7f5526fa7df6a9ba7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20458.txtþ þTEXT\0005\ST20458.txtþ þST20459þ þST20459þ þST20459þ þST20459þ þST20459þ þST20459þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall -wcpropsþ þ.TXTþ þtext/plainþ þþ þ277þ þe2aabff7ba6c4867eb001423066abe31þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20459.t xtþ þTEXT\0005\ST20459.txtþ

þST20460þ þST20460þ þST20460þ þST20460þ þST20460þ þST20460þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20583; ST21222; ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20460.txtþ þTEXT\0005\ST20460.txtþ þST20461þ þST20461þ þST20462þ þST20461þ þST20462þ þST20461þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:0 0:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ524þ þ78284792849d45d4031c731be9200173þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20461.txtþ þTEXT\0005\ST20461.txtþ þST20463þ þST20463þ þST20463þ þST20463þ þST20463þ þST20463þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/.svn/prop-base/more.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;

ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;

ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;

ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmore.jar.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20463.txtþ þTEXT\0005\ST20463.txtþ
þST20464þ þST20464þ þST20464þ þST20464þ þST20464þ þST20464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ0þ þ1þ þST20500þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þa780f47b
a45105ccf25bc0b306dd1f83þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0008\ST20464.xmlþ þþ

þST20465þ þST20465þ þST20465þ þST20465þ þST20465þ þST20465þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/.svn/text-base/more.jar.svn-baseþ þþ þþ þ0þ þ1þ þST20502þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þmore.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ71528þ þ a944871cd5e40c4cfe2d48248f958276þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20465.jarþ þþ
þST20466þ þST20466þ þST20466þ þST20466þ þST20466þ þST20466þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ66þ þcca2a99 7c212901943b63b5a83725fbaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0008\ST20466.propertiesþ þþ
þST20467þ þST20467þ þST20467þ þST20467þ þST20467þ þST20467þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconArrow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIconArrow.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1112þ þ638f2 cc6aea2ee18eea1de01a21dc66bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20467.classþ þþ
þST20468þ þST20468þ þST20468þ þST20468þ þST20468þ þST20468þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconArrowDown.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þIconArrowDown.classþ þ.CLASSþ þapplication/java-vmþ þþ þ114 1þ þ382fdc4a911af4e6c5faca51ba7a3875þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20468.classþ þþ
þST20469þ þST20469þ þST20469þ þST20469þ þST20469þ þST20469þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconArrowUp.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þIconArrowUp.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1135þ þ1 3b3c05d1e4f69f7c4bee0dc57166871þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20469.classþ þþ
þST20470þ þST20470þ þST20470þ þST20470þ þST20470þ þST20470þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconBlank.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIconBlank.classþ þ.CLASSþ þapplication/java-vmþ þþ þ791þ þ4ab3d5 b49580202396b72415d6454891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20470.classþ þþ
þST20471þ þST20471þ þST20471þ þST20471þ þST20471þ þST20471þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconSingleArrowDown.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowDown.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ791þ þ4181336f8b2ca0ce41ab3fa7122a3f5cþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20471.classþ þþ
þST20472þ þST20472þ þST20472þ þST20472þ þST20472þ þST20472þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconSingleArrowUp.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowUp.classþ þ.CLASSþ þapplication/java-vmþ þþ þ783þ þ2397bb683f40f03548b131655db1e03aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20472.classþ þþ

þST20473þ þST20473þ þST20473þ þST20473þ þST20473þ þST20473þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/icons/IconTwoArrows.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconTwoArrows.classþ þ.CLASSþ þapplication/java-vmþ þþ þ294 3þ þf264dd151d38e620d6c7e4c1669e6b2bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20473.classþ þþ

þST20474þ þST20474þ þST20474þ þST20474þ þST20474þ þST20474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/MoreTrades.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoreTrades.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3494þ þeb6331e22 16ba1414686263652db5e96þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20474.classþ þþ

þST20475þ þST20475þ þST20475þ þST20475þ þST20475þ þST20475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/MoreTrades$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þMoreTrades$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ843þ þ134005 3480b8f01708fa9e5eaa46ba50þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20475.classþ þþ

þST20476þ þST20476þ þST20476þ þST20476þ þST20476þ þST20476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/MoreTrades$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þMoreTrades$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ786þ þ545f88 6b4422dc54aff14c7b07917118þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20476.classþ þþ

þST20477þ þST20477þ þST20477þ þST20477þ þST20477þ þST20477þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/MoreTrades$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þMoreTrades$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ724þ þe5e6a0 d12a3c50376369e25244c32b1eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20477.classþ þþ

þST20478þ þST20478þ þST20478þ þST20478þ þST20478þ þST20478þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/table/CustomColumnTableCellRenderer.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ1490þ þd27b301ea206cc8c32bca0b22d419713þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20478.clas sþ þþ

þST20479þ þST20479þ þST20479þ þST20479þ þST20479þ þST20479þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/table/CustomTableCellRenderer.classþ þþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRenderer.classþ þ.CLASSþ þapplica tion/java-vmþ þ3916þ þ19fdc049ec09619b6cc2f8fca1b9f01cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20479.classþ þþ þST20480þ þST20480þ þST20480þ þST20480þ þST20480þ þST20480þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSaleHistoryDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSaleHistoryDescriptor.classþ þ.CLASSþ þapplicati on/java-vmþ þ608þ þ19c992dd36c5cebb9b3de42450b210ceþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20480.classþ þþ þST20481þ þST20481þ þST20481þ þST20481þ þST20481þ þST20481þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSales_history.pngþ þþ þþ þ0þ þ1þ þST20530; ST20576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales_history.pngþ þ.PNGþ þimage/p ngþ þþ þ7782þ þfc059bdf6a950e66d65e041a4be25596þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20481.pngþ þTEXT\0005\ST20481.t xtþ þST20482þ þST20482þ þST20482þ þST20482þ þST20482þ þST20482þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame.classþ þ.CLASSþ þapplication/java-v mþ þþ þ24538þ þ5c3af2a490b22812316ad751f4f0d0bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20482.classþ þþ þST20483þ þST20483þ þST20483þ þST20483þ þST20483þ þST20483þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$1.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ778þ þ0f4e4d384d1232605452e4f765013f63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20483.classþ þþ þST20484þ þST20484þ þST20484þ þST20484þ þST20484þ þST20484þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$10.classþ þ.CLASSþ þapplication /java-vmþ þþ þ807þ þ4a0962ee3b7116e38e7ccdebbb52c489þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20484.classþ þþ þST20485þ þST20485þ þST20485þ þST20485þ þST20485þ þST20485þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$11.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$11.classþ þ.CLASSþ þapplication /java-vmþ þþ þ764þ þdbb19a36c799b7c7846ff1150d1996d9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20485.classþ þþ þST20486þ þST20486þ þST20486þ þST20486þ þST20486þ þST20486þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$12.classþ þ.CLASSþ þapplication /java-vmþ þþ þ808þ þd36044d6fe86c75b6e82a406e5a9dd3fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20486.classþ þþ þST20487þ þST20487þ þST20487þ þST20487þ þST20487þ þST20487þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$13.classþ þ.CLASSþ þapplication /java-vmþ þþ þ777þ þ7824009eaf635ccabc455a68a5b3da17þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20487.classþ þþ þST20488þ þST20488þ þST20488þ þST20488þ þST20488þ þST20488þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$14.classþ þ.CLASSþ þapplication /java-vmþ þþ þ817þ þc36624e2b414fe024d4e475d18e73e3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20488.classþ þþ þST20489þ þST20489þ þST20489þ þST20489þ þST20489þ þST20489þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$15.classþ þ.CLASSþ þapplication /java-vmþ þþ þ1123þ þ1de9a8ecd9dfce6f513379bd9b3b332dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20489.classþ þþ þST20490þ þST20490þ þST20490þ þST20490þ þST20490þ þST20490þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$16.classþ þ.CLASSþ þapplication /java-vmþ þþ þ738þ þ7f90c7dcd753f59db1ef65879c367ddfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20490.classþ þþ þST20491þ þST20491þ þST20491þ þST20491þ þST20491þ þST20491þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$2.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ805þ þ800e4412438d70860dcb417a6fdda951þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20491.classþ þþ þST20492þ þST20492þ þST20492þ þST20492þ þST20492þ þST20492þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/build/classes/more/TimeSalesHistoryFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$3.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ761þ þ55d312b3d8f41e421d482acf9f196533þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20492.classþ þþ þST20493þ þST20493þ þST20493þ þST20493þ þST20493þ þST20493þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeSalesHistoryFrame$4.class þ þ þ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$4.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ774þ þ8589d460c0ccfcfebc9d95a74627be1eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20493.classþ þþ
þST20494þ þST20494þ þST20494þ þST20494þ þST20494þ þST20494þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeSalesHistoryFrame$5.class þ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$5.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ805þ þa2ba9c23bcccfde0af34cf2eef31641cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20494.classþ þþ
þST20495þ þST20495þ þST20495þ þST20495þ þST20495þ þST20495þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeSalesHistoryFrame$6.class þ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$6.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ798þ þb6cb9c558dd865c09a0e6c627b91ddb9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20495.classþ þþ
þST20496þ þST20496þ þST20496þ þST20496þ þST20496þ þST20496þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeSalesHistoryFrame$7.class þ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$7.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ798þ þp50c91171552771b3e9bf27c2cd6f2680þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20496.classþ þþ
þST20497þ þST20497þ þST20497þ þST20497þ þST20497þ þST20497þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeSalesHistoryFrame$8.class þ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$8.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ805þ þ1cb7fe40dd7a0b0441821f71019c62d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20497.classþ þþ
þST20498þ þST20498þ þST20498þ þST20498þ þST20498þ þST20498þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeSalesHistoryFrame$9.class þ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame$9.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ761þ þ4c54523334637998d1eeeaa5d1b24c58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20498.classþ þþ
þST20499þ þST20499þ þST20499þ þST20499þ þST20499þ þST20499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/build/classes/more/TimeTrade.class þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTimeTrade.classþ þ.CLASSþ þapplication/java-vmþ þþ þ322þ þe0e725416f89
4dd98b66472fd05dcf2eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0008\ST20499.classþ þþ
þST20500þ þST20500þ þST20500þ þST20500þ þST20500þ þST20500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/more/build.xmlþ þþ þþ þ0þ þ1þ þST20464þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbui
ld.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þa780f47ba45105ccf25bc0b306dd1f83þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20500
.xmlþ þþ
þST20501þ þST20501þ þST20501þ þST20501þ þST20501þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/dist/more.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmore.j
arþ þ.JARþ þapplication/java-archiveþ þþ þ71356þ þ2e3c77f8f4a574608d070729abe6dd2bþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\S
T20501.jarþ þþ
þST20502þ þST20502þ þST20502þ þST20502þ þST20502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/more.jarþ þþ þþ þ0þ þ1þ þST20465þ þþ þþ þþ þþ þþ þþ þþ þþ þmore
.jarþ þ.JARþ þapplication/java-archiveþ þþ þ71528þ þa944871cd5e40c4cfe2d48248f958276þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20502.jarþ þþ
þST20503þ þST20503þ þST20503þ þST20503þ þST20503þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ580þ þ57e6cff039f06b376b28fcb16a1fce97þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20503.txtþ þTEXT\0005\ST20503.txtþ
þST20504þ þST20504þ þST20504þ þST20504þ þST20504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20760; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20504.txtþ þTEXT\0005\ST20504.txtþ
þST20505þ þST20505þ þST20506þ þST20505þ þST20506þ þST20505þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/10/2
010þ þ00:00:00þ þ2010-11-10T00:00:00-05:00þ þ1289365200þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ701þ þ25402cab3e5fd42864944c6367e19a59þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20505.txtþ þTEXT\0005\ST20505.txtþ
þST20507þ þST20507þ þST20507þ þST20507þ þST20507þ þST20507þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20512;
ST20514þ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þappli
cation/xmlþ þþ þ48764þ þ5f5f6516b9e69a9aefeea94d3a6cafabþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20507.xmlþ þþ
þST20508þ þST20508þ þST20508þ þST20508þ þST20508þ þST20508þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST20513;
ST20515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þ text/plainþ þþ þ475þ þ0b2f45477ee175968483373940f17074þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20508.txtþ þTEXT\0005\ST20508.txtþ
þST20509þ þST20509þ þST20510þ þST20509þ þST20510þ þST20509þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST20519þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2554þ þead7d66df1364e75cc9f1c409074f3d3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20509.txtþ þTEXT\0005\ST20509.txtþ
þST20511þ þST20511þ þST20511þ þST20511þ þST20511þ þST20511þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20520þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ512þ þeb333eb2642d04e983f066c42dc91ee8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20511.xmlþ þþ
þST20512þ þST20512þ þST20512þ þST20512þ þST20512þ þST20512þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/.svn/tmp/build-impl.xml.tmpþ þþ þþ þ0þ þ1þ þST20507;
ST20514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48764þ þ5f5f6516b9e69a9aefeea94d3a6cafabþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20512.xmlþ þþ
þST20513þ þST20513þ þST20513þ þST20513þ þST20513þ þST20513þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/.svn/tmp/genfiles.properties.tmpþ þþ þþ þ0þ þ1þ þST20508;
ST20515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þ0b2f45477ee175968483373940f17074þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20513.txtþ þTEXT\0005\ST20513.txtþ
þST20514þ þST20514þ þST20514þ þST20514þ þST20514þ þST20514þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST20507;
ST20512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48764þ þ5f5f6516b9e69a9aefeea94d3a6cafabþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20514.xmlþ þþ
þST20515þ þST20515þ þST20515þ þST20515þ þST20515þ þST20515þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST20508;
ST20513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þte

xt/x-java-propertiesþ þþ þ475þ þ0b2f45477ee175968483373940f17074þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20515.propertiesþ þþ

þST20516þ þST20516þ þST20516þ þST20516þ þST20516þ þST20516þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd 41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20516.propertiesþ þþ

þST20517þ þST20517þ þST20517þ þST20517þ þST20517þ þST20517þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ269þ þ452c396d60e2aa50a09fd3367af2fd40þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20517.propertiesþ þþ

þST20518þ þST20518þ þST20518þ þST20518þ þST20518þ þST20518þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ466þ þ5535e2be934a39320216736e0d2 d3017þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0008\ST20518.xmlþ þþ

þST20519þ þST20519þ þST20519þ þST20519þ þST20519þ þST20519þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST20509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2554þ þead7d66df1364e75cc9f1c409074f3d3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20519.propertiesþ þþ

þST20520þ þST20520þ þST20520þ þST20520þ þST20520þ þST20520þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST20511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ512þ þeb333eb2642d04e983f066c42dc9 1ee8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20520.xmlþ þþ

þST20521þ þST20521þ þST20521þ þST20521þ þST20521þ þST20521þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þ8d7c231fac5434761648b06bc5931cfaþ þ1þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2052 1.txtþ þTEXT\0005\ST20521.txtþ

þST20522þ þST20522þ þST20522þ þST20522þ þST20522þ þST20522þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ 00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2

14þ þ8f30155743fa603e591d9cdcf2b9dbfaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20522.txtþ þTEXT\0005\ST20522.txtþ
þST20523þ þST20523þ þST20523þ þST20523þ þST20523þ þST20523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ895þ þdc96364e377ea52cfdc191f334d0edfeþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20523.txtþ þTEXT\0005\ST20523.txtþ
þST20524þ þST20524þ þST20525þ þST20524þ þST20525þ þST20524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/20
11þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ1081þ þ123290a64868e5cec50e04a56e10e74aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20524.txtþ þTEXT\0005\ST20524.txtþ
þST20526þ þST20526þ þST20526þ þST20526þ þST20526þ þST20526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/prop-base/TimeSales_history.png.svn-baseþ þþ þþ þ0þ þ1þ þST1
1579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;

ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;
ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17097; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;

ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;
ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;

ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales_history.png.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20526.txtþ þTEXT\0005\ST20526.txtþ
þST20527þ þST20527þ þST20528þ þST20527þ þST20528þ þST20527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/text-base/MoreTrades.java.svn-baseþ þþ þþ þ0þ þ1þ þST20566þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoreTrades.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ3635þ þd6abe53161cde8b6c03440e0ff2cdcb3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20527.txtþ þTEXT\0005\ST20527.txtþ
þST20529þ þST20529þ þST20529þ þST20529þ þST20529þ þST20529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/text-base/TimeSaleHistoryDescriptor.java.svn-baseþ þþ þþ þ0
þ þ1þ þST20575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSaleHistoryDescriptor.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ436þ þ60f6e624b8e93f72c3f21f6d33f28b67þ þ1þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20529.t
xtþ þTEXT\0005\ST20529.txtþ
þST20530þ þST20530þ þST20530þ þST20530þ þST20530þ þST20530þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/text-base/TimeSales_history.png.svn-baseþ þþ þþ þ0þ þ1þ þST2
0481;
ST20576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales_history.png.svn-baseþ þ.PNGþ
 þimage/pngþ þþ þ7782þ þfc059bdf6a950e66d65e041a4be25596þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20530.pngþ þTEXT\0005\ST
20530.txtþ
þST20531þ þST20531þ þST20531þ þST20531þ þST20531þ þST20531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/more/src/more/.svn/text-base/TimeSalesHistoryFrame.form.svn-baseþ þþ þþ þ0þ þ1
þ þST20577þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame.form.svn-base
þ þ.XMLþ þapplication/xmlþ þþ þ31403þ þf29d15f4bf6ea511696742be4269494fþ þþ þþ þST20531.xmlþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20531.xmlþ
þþ
þST20532þ þST20532þ þST20544þ þST20532þ þST20544þ þST20532þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/.svn/text-base/TimeSalesHistoryFrame.java.svn-baseþ þþ þþ þ0þ þ1 þ þST20578þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ12/20/2007þ þ00:00:00þ þ2007-12-20T00:00:00-05 :00þ þ1198126800þ þTimeSalesHistoryFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ29649 þ þ6b929dda66494f06ee011cf72c9caa24þ þ13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20532.txtþ þTEXT\0005\ST20532.txtþ þST20545þ þST20545þ þST20545þ þST20545þ þST20545þ þST20545þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/.svn/text-base/TimeTrade.java.svn-baseþ þþ þþ þ0þ þ1þ þST20579þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeTrade.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ 231þ þddb3715bed74e72a7ae2c31e56a56223þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20545.txtþ þTEXT\0005\ST20545.txtþ þST20546þ þST20546þ þST20546þ þST20546þ þST20546þ þST20546þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1018þ þ4f7c916df8eb9219d0f8dfad682c8f81þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20546.t xtþ þTEXT\0005\ST20546.txtþ þST20547þ þST20547þ þST20547þ þST20548þ þST20547þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03 /08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/ plainþ þþ þ1089þ þ71825501fa43e698ca629555aa6004e7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20547.txtþ þTEXT\0005\ST20547 .txtþ þST20549þ þST20549þ þST20550þ þST20549þ þST20550þ þST20549þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconArrow.java.svn-baseþ þþ þþ þ0þ þ1þ þST20 559þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/11/2007þ þ00:00:00þ þ2007-07-11T00:00:00-04:00þ þ1 184126400þ þIconArrow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1613þ þ0e03b59781791b3cc 3c5f94b43ba44f8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0008\ST20549.txtþ þTEXT\0005\ST20549.txtþ þST20551þ þST20551þ þST20551þ þST20551þ þST20551þ þST20551þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconArrowDown.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST20560þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:00:00-04:00 þ þ1184040000þ þIconArrowDown.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ991þ þ2673f13fac0 aaa216df4babea0d167cfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20551.txtþ þTEXT\0005\ST20551.txtþ þST20552þ þST20552þ þST20552þ þST20552þ þST20552þ þST20552þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconArrowUp.java.svn-baseþ þþ þþ þ0þ þ1þ þST

20561þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:00:00-04:00þ þ1184040000þ þIconArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ993þ þ51eeb6dd11d938 e384638e2d271e8d0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ þTRUEþ þNATIVES\0008\ST20552.txtþ þTEXT\0005\ST20552.txtþ

þST20553þ þST20553þ þST20553þ þST20553þ þST20553þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconBlank.java.svn-baseþ þþ þþ þ0þ þ1þ þST20 562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconBlank.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ689þ þb22c55a4574853286665b2f8032c4234þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20553.txtþ þTEXT\0005\ST20553.txtþ

þST20554þ þST20554þ þST20554þ þST20554þ þST20554þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconSingleArrowDown.java.svn-baseþ þþ þþ þ0þ þ1þ þST20563þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T00:00:00 -04:00þ þ1193284800þ þIconSingleArrowDown.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ745þ þ1f26414f15ba1eadbd4d763ce3d9209cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20554.txtþ þTEXT\0005\ST20554.txtþ

þST20555þ þST20555þ þST20555þ þST20555þ þST20555þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconSingleArrowUp.java.svn-baseþ þþ þþ þ0þ þ1þ þST20564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T00:00:00- 04:00þ þ1193284800þ þIconSingleArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ809þ þ86 f57b7a9b5d0ded284fc1da4d206cf9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20555.txtþ þTEXT\0005\ST20555.txtþ

þST20556þ þST20556þ þST20558þ þST20556þ þST20558þ þST20556þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/.svn/text-base/IconTwoArrows.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST20565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T00:00:00-04:00 þ þ1193284800þ þIconTwoArrows.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3768þ þd56fca64eb 5163aad1ed71772285b98aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0008\ST20556.txtþ þTEXT\0005\ST20556.txtþ

þST20559þ þST20559þ þST20559þ þST20559þ þST20559þ þST20559þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconArrow.javaþ þþ þþ þ0þ þ1þ þST20549þ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrow.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ1613þ þ0e03b59781791b3cc3c5f94b43ba44f8þ þþ þþ þþ þþ þþ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20559.javaþ þþ

þST20560þ þST20560þ þST20560þ þST20560þ þST20560þ þST20560þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconArrowDown.javaþ þþ þþ þ0þ þ1þ þST20551þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowDown.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ991þ þ2673f 13fac0aaa216df4babea0d167cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20560.javaþ þþ

þST20561þ þST20561þ þST20561þ þST20561þ þST20561þ þST20561þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconArrowUp.javaþ þþ þþ þ0þ þ1þ þST20552þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowUp.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ993þ þ51eeb6dd1 1d938e384638e2d271e8d0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20561.javaþ þþ

þST20562þ þST20562þ þST20562þ þST20562þ þST20562þ þST20562þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconBlank.javaþ þþ þþ þ0þ þ1þ þST20553þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconBlank.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ689þ þb22c55a4574853286665b2f8032c4234þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20562.javaþ þþ

þST20563þ þST20563þ þST20563þ þST20563þ þST20563þ þST20563þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconSingleArrowDown.javaþ þþ þþ þ0þ þ1þ þST20554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowDown.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ745þ þ1f26414f15ba1eadbd4d763ce3d9209cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20563.javaþ þþ

þST20564þ þST20564þ þST20564þ þST20564þ þST20564þ þST20564þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconSingleArrowUp.javaþ þþ þþ þ0þ þ1þ þST20555þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowUp.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ80 9þ þ86f57b7a9b5d0ded284fc1da4d206cf9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20564.javaþ þþ

þST20565þ þST20565þ þST20565þ þST20565þ þST20565þ þST20565þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/icons/IconTwoArrows.javaþ þþ þþ þ0þ þ1þ þST20556þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconTwoArrows.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3768þ þd56f ca64eb5163aad1ed71772285b98aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0008\ST20565.javaþ þþ

þST20566þ þST20566þ þST20566þ þST20566þ þST20566þ þST20566þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/MoreTrades.javaþ þþ þþ þ0þ þ1þ þST20527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoreTrades.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3635þ þd6abe53161cde8b6c03440e0ff2cdcb3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20566.javaþ þþ

þST20567þ þST20567þ þST20567þ þST20567þ þST20567þ þST20567þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ410þ þe74e4ed3c7b433251bccac338346d41eþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20567.tx tþ þTEXT\0005\ST20567.txtþ

þST20568þ þST20568þ þST20568þ þST20568þ þST20568þ þST20568þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/table/.svn/entries þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ455þ þfd11969d0953f3ec678ad22c45916bfcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20568.txtþ þTEXT\0005\ST20568.txtþ
þST20569þ þST20569þ þST20569þ þST20569þ þST20569þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/table/.svn/text-base/CustomColumnTableCellRenderer.java.svn-baseþ þþ þ0þ þ1þ þST20573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ136þ þ65510da560ef1c58e58175907478feddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20569.txtþ þTEXT\0005\ST20569.txtþ
þST20570þ þST20570þ þST20572þ þST20570þ þST20572þ þST20570þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/table/.svn/text-base/CustomTableCellRenderer.java.svn-baseþ þþ þþ þ0þ þ1þ þST20574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6274þ þ0804c67d168a3bc8c2befb690cdc9f62þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20570.txtþ þTEXT\0005\ST20570.txtþ
þST20573þ þST20573þ þST20573þ þST20573þ þST20573þ þST20573þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/table/CustomColumnTableCellRenderer.javaþ þþ þþ þ0þ þ1þ þST20569þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ136þ þ65510da560ef1c58e58175907478feddþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20573.javaþ þþ
þST20574þ þST20574þ þST20574þ þST20574þ þST20574þ þST20574þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/table/CustomTableCellRenderer.javaþ þþ þþ þ0þ þ1þ þST20570þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRenderer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6274þ þ0804c67d168a3bc8c2befb690cdc9f62þ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20574.javaþ þþ
þST20575þ þST20575þ þST20575þ þST20575þ þST20575þ þST20575þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/TimeSaleHistoryDescriptor.javaþ þþ þþ þ0þ þ1þ þST20529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSaleHistoryDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ436þ þ60f6e624b8e93f72c3f21f6d33f28b67þ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20575.javaþ þþ
þST20576þ þST20576þ þST20576þ þST20576þ þST20576þ þST20576þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/TimeSales_history.pngþ þþ þþ þ0þ þ1þ þST20481;
ST20530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales_history.pngþ þ.PNGþ þimage/pngþ þþ þ7782þ þfc059bdf6a950e66d65e041a4be25596þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20576.pngþ þTEXT\0005\ST20576.txtþ

þST20577þ þST20577þ þST20577þ þST20577þ þST20577þ þST20577þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/TimeSalesHistoryFrame.formþ þþ þþ þ0þ þ1þ þST20531þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ31403þ þf29d15f4bf6ea511696742be4269494fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20577.xmlþ þ

þST20578þ þST20578þ þST20578þ þST20578þ þST20578þ þST20578þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/TimeSalesHistoryFrame.javaþ þþ þþ þ0þ þ1þ þST20532þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesHistoryFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ29649þ þ6b929dda66494f06ee011cf72c9caa24þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20578.javaþ þþ

þST20579þ þST20579þ þST20579þ þST20579þ þST20579þ þST20579þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/src/more/TimeTrade.javaþ þþ þþ þ0þ þ1þ þST20545þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeTrade.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ231þ þddb3715bed74e72a7ae2c31e56a56223þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20579.javaþ þþ

þST20580þ þST20580þ þST20580þ þST20580þ þST20580þ þST20580þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þ6c61be848533b6939fdf7565e4275996þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20580.txtþ þTEXT\0005\ST20580.txtþ

þST20581þ þST20581þ þST20581þ þST20581þ þST20581þ þST20581þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/more/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ155þ þ5bd3cd0886afde483a8bc67d3dc2fffdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20581.txtþ þTEXT\0005\ST20581.txtþ

þST20582þ þST20582þ þST20582þ þST20582þ þST20582þ þST20582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ277þ þ58564a627d3f1537ad460d071be21ad7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20582.txtþ þTEXT\0005\ST20582.txtþ

þST20583þ þST20583þ þST20583þ þST20583þ þST20583þ þST20583þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST21222; ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;

ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20583.txtþ þTEXT\0005\ST20583.txtþ
þST20584þ þST20584þ þST20585þ þST20584þ þST20585þ þST20584þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ04/01/2011þ þ00:0
0:00þ þ2011-04-01T00:00:00-04:00þ þ1301630400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ524þ
þ894ed181ebce3ce2a617ad297f3ff3cdþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20584.txtþ þTEXT\0005\ST20584.txtþ
þST20586þ þST20586þ þST20586þ þST20586þ þST20586þ þST20586þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/.svn/prop-base/news.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;

ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;

ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;

ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.jar.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20586.txtþ þTEXT\0005\ST20586.txtþ þST20587þ þST20587þ þST20587þ þST20587þ þST20587þ þST20587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þ97a8d34fac165f6 ecfe578039001e05eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0008\ST20587.xmlþ þþ

þST20588þ þST20588þ þST20588þ þST20588þ þST20588þ þST20588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/.svn/text-base/news.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þnews.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ408608þ þ4f5678 60a3a1b3afc070564d495bc23bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20588.jarþ þþ

þST20589þ þST20589þ þST20589þ þST20589þ þST20589þ þST20589þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ68þ þ89abf64 d5b597e8457bfaf710ed812b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0008\ST20589.propertiesþ þþ

þST20590þ þST20590þ þST20590þ þST20590þ þST20590þ þST20590þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/categories/NewsCatego riesController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCatego riesController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1595þ þa929587457434e87f95b3 3a32bdffc48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ NATIVES\0008\ST20590.classþ þþ

þST20591þ þST20591þ þST20591þ þST20591þ þST20591þ þST20591þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/categories/NewsCatego riesDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCatego riesDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ428þ þ16707884a3abe7bd27d00f 721c4f4038þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0008\ST20591.classþ þþ

þST20592þ þST20592þ þST20592þ þST20592þ þST20592þ þST20592þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/core/multiviewer/news/INewsComponentManager
.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsComponentManager.cl
assþ þ.CLASSþ þapplication/java-vmþ þþ þ494þ þ29f1faf635058feaae86a98eb509872eþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST205
92.classþ þþ
þST20593þ þST20593þ þST20593þ þST20593þ þST20593þ þST20593þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsC
ontroller.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsContr
oller.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6843þ þ84911f30ba4bb0d5ac28be4ce305d2
f5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
008\ST20593.classþ þþ
þST20594þ þST20594þ þST20594þ þST20594þ þST20594þ þST20594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsC
ontroller$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsCon
troller$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1121þ þc42ea6360a4dc29080481c647d
0e219dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0008\ST20594.classþ þþ
þST20595þ þST20595þ þST20595þ þST20595þ þST20595þ þST20595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsC
ontroller$2.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsCon
troller$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ957þ þ880c1bffec16eb721d4ff058768
91d60þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20595.classþ þþ
þST20596þ þST20596þ þST20596þ þST20596þ þST20596þ þST20596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsD
escriptor.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsDescr
iptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ420þ þ17a2ffb70185dfb3daa95adc38ba6d2
aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
08\ST20596.classþ þþ
þST20597þ þST20597þ þST20597þ þST20597þ þST20597þ þST20597þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsF
rameController.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNews
FrameController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3156þ þ7066968e5622552957ca
d0bfe0afc5d6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0008\ST20597.classþ þþ
þST20598þ þST20598þ þST20598þ þST20598þ þST20598þ þST20598þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsF
rameController$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNe

wsFrameController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2536þ þf60a3be724f47372
139f5271fa1b5b0dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR
UEþ þNATIVES\0008\ST20598.classþ þþ

þST20599þ þST20599þ þST20599þ þST20599þ þST20599þ þST20599þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsF
rameController$1$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarket
NewsFrameController$1$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1223þ þ8a868e15d7c9
01297c346eabcae1f2bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0008\ST20599.classþ þþ

þST20600þ þST20600þ þST20600þ þST20600þ þST20600þ þST20600þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsP
arameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsParam
eters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2072þ þf8ebd95d1bbeb92aae9b1ae2ee79e8
d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
008\ST20600.classþ þþ

þST20601þ þST20601þ þST20601þ þST20601þ þST20601þ þST20601þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsR
ejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsRejecto
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1960þ þe338def2770ef3250e124b76da14d807þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20601.classþ þþ

þST20602þ þST20602þ þST20602þ þST20602þ þST20602þ þST20602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsR
owModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsRowMode
l.classþ þ.CLASSþ þapplication/java-vmþ þþ þ846þ þd20c53be6ddfae45289755603981b4cfþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\S
T20602.classþ þþ

þST20603þ þST20603þ þST20603þ þST20603þ þST20603þ þST20603þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsU
pdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsUpdater.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ2075þ þa89b6ec6a4d108439383011f5e142ec0þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST
20603.classþ þþ

þST20604þ þST20604þ þST20604þ þST20604þ þST20604þ þST20604þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterC
ontroller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterCont
roller.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8663þ þ7f0b5b79cf3fb068bd8d979c0d0be
1e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\

0008\ST20604.classþ þþ
þST20605þ þST20605þ þST20605þ þST20605þ þST20605þ þST20605þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterC
ontroller$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterCo
ntroller$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1223þ þ927489747b964b0ae4d2cfce2
d7cb4faþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0008\ST20605.classþ þþ
þST20606þ þST20606þ þST20606þ þST20606þ þST20606þ þST20606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterD
escriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterDesc
riptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ421þ þb5d17abb858be43fb5b8fca4582fe0
30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
008\ST20606.classþ þþ
þST20607þ þST20607þ þST20607þ þST20607þ þST20607þ þST20607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterF
rameController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerte
rFrameController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5207þ þ0f122ad87c138f0b2a8
7a1f9f1681bbfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0008\ST20607.classþ þþ
þST20608þ þST20608þ þST20608þ þST20608þ þST20608þ þST20608þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterF
rameController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAler
terFrameController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3835þ þ0dae35140b12121
c919ce1f524d69bedþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0008\ST20608.classþ þþ
þST20609þ þST20609þ þST20609þ þST20609þ þST20609þ þST20609þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterF
rameController$1$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAl
erterFrameController$1$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2292þ þef6f6fe167a
3343ad6a2c01e457a7edcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0008\ST20609.classþ þþ
þST20610þ þST20610þ þST20610þ þST20610þ þST20610þ þST20610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterP
arameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterPara
meters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2181þ þ11c326be8c074eaaa67117ee26652
b25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0008\ST20610.classþ þþ
þST20611þ þST20611þ þST20611þ þST20611þ þST20611þ þST20611þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterR
ejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterReject
or.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4739þ þ06135f40f7ea172f1723438f96674c39þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20611.classþ þþ
þST20612þ þST20612þ þST20612þ þST20612þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterR
owModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterRowMod
el.classþ þ.CLASSþ þapplication/java-vmþ þþ þ847þ þ76c58b397c7cdc862858ec8fca554a85þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20612.classþ þþ
þST20613þ þST20613þ þST20613þ þST20613þ þST20613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterU
pdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterUpdater
.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2076þ þad6bd063ab01a7c205ab3cae0e71336dþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST
20613.classþ þþ
þST20614þ þST20614þ þST20614þ þST20614þ þST20614þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/NewsController.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsController.classþ þ.CLASSþ þ
application/java-vmþ þþ þ12183þ þ2d14524ac802b5d871d8a01ac0c44129þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20614.classþ þþ
þST20615þ þST20615þ þST20615þ þST20615þ þST20615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/NewsController$1.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsController$1.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ2107þ þ521f413433f821562da6de69404256a1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20615.class
þ þþ
þST20616þ þST20616þ þST20616þ þST20616þ þST20616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/NewsController$1$1.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsController$1$1.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ1285þ þb6ffed3b9a3d5a811b9b37bffda82582þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20616.cl
assþ þþ
þST20617þ þST20617þ þST20617þ þST20617þ þST20617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/NewsDescriptor.classþ

þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsDescriptor.classþ þ.CLASSþ þ application/java-vmþ þþ þ3733þ þa2da209c200a4ebf35e8821859bd4b2aþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20617.classþ þþ þST20618þ þST20618þ þST20618þ þST20618þ þST20618þ þST20618þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/newsnotifier/NewsNoti fierFrameController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsN otifierFrameController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9742þ þab4df53ac2f3c f64958453573847365bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20618.classþ þþ þST20619þ þST20619þ þST20619þ þST20619þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/newsnotifier/NewsNoti fierFrameController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNew sNotifierFrameController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1017þ þ2c475385a 97c28ac2dade75f50c25ce0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20619.classþ þþ þST20620þ þST20620þ þST20620þ þST20620þ þST20620þ þST20620þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/newsnotifier/NewsNoti fierFrameController$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNew sNotifierFrameController$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1051þ þb799f471d a9a8af146dc6f8e39f54e64þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20620.classþ þþ þST20621þ þST20621þ þST20621þ þST20621þ þST20621þ þST20621þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/newsnotifier/NewsNoti fierFrameController$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNew sNotifierFrameController$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1626þ þ5c27ee41f 904ac354699b5ae11d0cf47þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0008\ST20621.classþ þþ þST20622þ þST20622þ þST20622þ þST20622þ þST20622þ þST20622þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsCategory.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCategory.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ926þ þ405b8babf6e0a853e38d4e53c60b5a17þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20622.classþ þ þ þST20623þ þST20623þ þST20623þ þST20623þ þST20623þ þST20623þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchCont roller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchControll er.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12474þ þ3837faa8134476502b45f0f00bd516df þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000

8\ST20623.classþ þþ

þST20624þ þST20624þ þST20624þ þST20624þ þST20624þ þST20624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ931þ þa265ccdc4d288aac1056b7da83747f77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ\0008\ST20624.classþ þþ

þST20625þ þST20625þ þST20625þ þST20625þ þST20625þ þST20625þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1536þ þ7dcf03167f7aefe905a33091f69fe176þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20625.classþ þþ

þST20626þ þST20626þ þST20626þ þST20626þ þST20626þ þST20626þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2362þ þb5e255a198585e66a72cd7bbe0616142þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20626.classþ þþ

þST20627þ þST20627þ þST20627þ þST20627þ þST20627þ þST20627þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchRejector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1381þ þ169de739be59a07eef154dac4bd48603þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20627.classþ þþ

þST20628þ þST20628þ þST20628þ þST20628þ þST20628þ þST20628þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ837þ þ132aca7c10142eac934a47ca7b7dcce1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20628.classþ þþ

þST20629þ þST20629þ þST20629þ þST20629þ þST20629þ þST20629þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1343þ þ0773c5b8de16ea7c5e3227a59fc46c5bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20629.classþ þþ

þST20630þ þST20630þ þST20630þ þST20630þ þST20630þ þST20630þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsSearchUtil .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchUtil.classþ þ. CLASSþ þapplication/java-vmþ þþ þ6321þ þb79839c71c1459b7aad701d53a310d71þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20630.cla ssþ þþ

þST20631þ þST20631þ þST20631þ þST20631þ þST20631þ þST20631þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/NewsTimeSorter .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTimeSorter.classþ þ. CLASSþ þapplication/java-vmþ þþ þ1212þ þf1ea459299d45a4f4ec18aa87c963d5fþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20631.cla ssþ þþ

þST20632þ þST20632þ þST20632þ þST20632þ þST20632þ þST20632þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/search/SearchRequest. classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSearchRequest.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ1530þ þ22c9e2228dd6789581d00d198de84990þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20632.clas sþ þþ

þST20633þ þST20633þ þST20633þ þST20633þ þST20633þ þST20633þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamCont roller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamControll er.classþ þ.CLASSþ þapplication/java-vmþ þþ þ11510þ þcca5bedb023c8503c04b576c868a9c04 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 8\ST20633.classþ þþ

þST20634þ þST20634þ þST20634þ þST20634þ þST20634þ þST20634þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamCont roller$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamContro ller$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1554þ þd85722100536f194c742dbba8662c abcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0008\ST20634.classþ þþ

þST20635þ þST20635þ þST20635þ þST20635þ þST20635þ þST20635þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamCont roller$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamContro ller$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ942þ þ1fe5868dd0c3e7429741909fdf49bc 3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 008\ST20635.classþ þþ

þST20636þ þST20636þ þST20636þ þST20636þ þST20636þ þST20636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamDesc
riptor.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamDescript
or.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1274þ þ190daf1a571d9618ab9309bca6a7df82þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20636.classþ þþ

þST20637þ þST20637þ þST20637þ þST20637þ þST20637þ þST20637þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamPara
meters.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamParamete
rs.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2356þ þ779d23b1bf295b7e037fb2471ba3fa84þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20637.classþ þþ

þST20638þ þST20638þ þST20638þ þST20638þ þST20638þ þST20638þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamReje
ctor.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamRejector.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ5679þ þe123c9252b51199f8569b4b5a719cda5þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2
0638.classþ þþ

þST20639þ þST20639þ þST20639þ þST20639þ þST20639þ þST20639þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamRowM
odel.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamRowModel.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ837þ þ125692c04745dc8e4d67f99106d6f112þ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20
639.classþ þþ

þST20640þ þST20640þ þST20640þ þST20640þ þST20640þ þST20640þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/core/multiviewer/news/stream/NewsStreamUpda
ter.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamUpdater.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ2069þ þf3241ea46e41341f13f41a7e697954b5þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST206
40.classþ þþ

þST20641þ þST20641þ þST20641þ þST20641þ þST20641þ þST20641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/alerter/INewsAl
erterPanelListener.classþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsA
lerterPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ241þ þda41d493d152b8793
9eda47d2f441d35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0008\ST20641.classþ þþ

þST20642þ þST20642þ þST20642þ þST20642þ þST20642þ þST20642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/alerter/NewsAle
rterPanel.classþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterPane

l.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2521þ þe036be2f3642ae7b93ef971b58931d4aþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20642.classþ þþ

þST20643þ þST20643þ þST20643þ þST20643þ þST20643þ þST20643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/alerter/NewsAle
rterPanel$1.classþ þþ þþ þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterPa
nel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1152þ þa7838fd07e33240e2be7302a9431d0
27þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
008\ST20643.classþ þþ

þST20644þ þST20644þ þST20644þ þST20644þ þST20644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/INewsPanelListe
ner.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsPanelListener.cl
assþ þ.CLASSþ þapplication/java-vmþ þþ þ446þ þ61d456a5692b3360d929848ea6c7ed22þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST206
44.classþ þþ

þST20645þ þST20645þ þST20645þ þST20645þ þST20645þ þST20645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/IMark
etNewsPanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMark
etNewsPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ333þ þa8282a1dce1b1593d
c540fb8ffdeefcdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0008\ST20645.classþ þþ

þST20646þ þST20646þ þST20646þ þST20646þ þST20646þ þST20646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/Marke
tNewsPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsPane
l.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6152þ þ9efe27f4a7a029040d0d1d0fd4faedfdþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20646.classþ þþ

þST20647þ þST20647þ þST20647þ þST20647þ þST20647þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/Marke
tNewsPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsPa
nel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1157þ þ27fc05b9232733b86d6c2d530124a3
f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
008\ST20647.classþ þþ

þST20648þ þST20648þ þST20648þ þST20648þ þST20648þ þST20648þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/Marke
tNewsPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsPa
nel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1075þ þ0bb21d29fc20d7459cd0d514b551e1
6cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0

008\ST20648.classþ þþ

þST20649þ þST20649þ þST20649þ þST20649þ þST20649þ þST20649þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/MarketNewsPanel$3.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1005þ þ28cee96bce7444d37b3b213d819dc576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20649.classþ þþ

þST20650þ þST20650þ þST20650þ þST20650þ þST20650þ þST20650þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/INewsNotifierListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsNotifierListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ500þ þ1fe34d6f722ac8456ec675d7c614006cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20650.classþ þþ

þST20651þ þST20651þ þST20651þ þST20651þ þST20651þ þST20651þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ18862þ þ106b5e0edff98c94c5ca8a7f82c5920dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20651.classþ þþ

þST20652þ þST20652þ þST20652þ þST20652þ þST20652þ þST20652þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1042þ þa5bdde4989ec32c5273f2c14985b297eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20652.classþ þþ

þST20653þ þST20653þ þST20653þ þST20653þ þST20653þ þST20653þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1083þ þ2965b75414368f28aa870dcac89a65caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20653.classþ þþ

þST20654þ þST20654þ þST20654þ þST20654þ þST20654þ þST20654þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1407þ þce2a09b6f7d7761593d9320c5ecfc3bcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20654.classþ þþ

þST20655þ þST20655þ þST20655þ þST20655þ þST20655þ þST20655þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1083þ þ3011e360009bd88a3469f538cb005a60þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20655.classþ þþ

þST20656þ þST20656þ þST20656þ þST20656þ þST20656þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1083þ þ09bb41112c043bc0475e50ea3277cd29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20656.classþ þþ

þST20657þ þST20657þ þST20657þ þST20657þ þST20657þ þST20657þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifTableRow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifTableRow.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2662þ þd7ad6aab225bf91c75fb93b1b042d2daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20657.classþ þþ

þST20658þ þST20658þ þST20658þ þST20658þ þST20658þ þST20658þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/PopupNotificator.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupNotificator.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5008þ þ8ff448a3063f38571a9e654b47260b2dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20658.classþ þþ

þST20659þ þST20659þ þST20659þ þST20659þ þST20659þ þST20659þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/PopupNotificator$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupNotificator$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1277þ þ5bc40f5973c49f9a7d01a907b3ac22ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20659.classþ þþ

þST20660þ þST20660þ þST20660þ þST20660þ þST20660þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/PopupNotificator$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupNotificator$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ705þ þ0e42c7ba081cb5952a3ffb994fee3f93þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20660.classþ þþ

þST20661þ þST20661þ þST20661þ þST20661þ þST20661þ þST20661þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ19519þ þ24e949c0b86b1993d75a5a176af8d49fþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20661.classþ þþ
þST20662þ þST20662þ þST20662þ þST20662þ þST20663þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$1.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$1.classþ þ.CLASSþ þ
application/java-vmþ þþ þ1055þ þ17871ee9a9b8aa9d3d9acb28e45be6f5þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20662.classþ þþ
þST20663þ þST20663þ þST20663þ þST20663þ þST20663þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$10.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$10.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1022þ þ1d87f1ae4bfd758c091966fd7532a27fþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20663.classþ þ
þ
þST20664þ þST20664þ þST20664þ þST20664þ þST20664þ þST20664þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$11.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$11.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1007þ þ5c008c50fc90552458ec766c337a427cþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20664.classþ þ
þ
þST20665þ þST20665þ þST20665þ þST20665þ þST20665þ þST20665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$12.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$12.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ978þ þ01ff1c3c26ea2448b7881f01204200ccþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20665.classþ þþ
þST20666þ þST20666þ þST20666þ þST20666þ þST20666þ þST20666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$13.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$13.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ930þ þ725c43ded71bee46fb1e69f23d6d38b0þ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20666.classþ þþ
þST20667þ þST20667þ þST20667þ þST20667þ þST20667þ þST20667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$2.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$2.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þ214e4fde26011c2d3033157fdc641ebbþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20667.classþ þþ
þST20668þ þST20668þ þST20668þ þST20668þ þST20668þ þST20668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$3.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$3.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þdfa33f763614235c1744e84e1d213f6fþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20668.classþ þþ
þST20669þ þST20669þ þST20669þ þST20669þ þST20669þ þST20669þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$4.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$4.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þf5f4506aedda705c45a22580c01df4fdþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20669.classþ þþ
þST20670þ þST20670þ þST20670þ þST20670þ þST20670þ þST20670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$5.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$5.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þc6601e3c3cbf704fa991ee8c70d1f9ffþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20670.classþ þþ
þST20671þ þST20671þ þST20671þ þST20671þ þST20671þ þST20671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$6.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$6.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þf55afaf67a69a949935a3a8b604077baþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20671.classþ þþ
þST20672þ þST20672þ þST20672þ þST20672þ þST20672þ þST20672þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$7.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$7.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þf48ecbeacac7a946312fbc0321718b90þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20672.classþ þþ
þST20673þ þST20673þ þST20673þ þST20673þ þST20673þ þST20673þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$8.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$8.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þ10794eb26cb3e411f9a2e1642825742eþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20673.classþ þþ
þST20674þ þST20674þ þST20674þ þST20674þ þST20674þ þST20674þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel$9.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel$9.classþ þ.CLASSþ þ
application/java-vmþ þþ þ949þ þ58bf8516791d1a6892b35ddc0038e30cþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20674.classþ þþ
þST20675þ þST20675þ þST20675þ þST20675þ þST20675þ þST20675þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame.classþ þ.C
LASSþ þapplication/java-vmþ þþ þ8529þ þacfa963b31214809f9c0d984afed4fdaþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20675.classþ þþ
þST20676þ þST20676þ þST20676þ þST20676þ þST20676þ þST20676þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame$
1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ952þ þcef089be5fa338cc0a321e265b4d819fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20676.classþ þþ
þST20677þ þST20677þ þST20677þ þST20677þ þST20677þ þST20677þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame$
2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1008þ þd9eb1d3c056274b41eb6dd655a5e8ca1þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20677.classþ þþ
þST20678þ þST20678þ þST20678þ þST20678þ þST20678þ þST20678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame$
3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ984þ þe3321b3fa85a00a75c04d7ed74b175fcþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20678.classþ þþ
þST20679þ þST20679þ þST20679þ þST20679þ þST20679þ þST20679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame$
4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ984þ þ5553f5cd334c541bb6285649799ca0feþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20679.classþ þþ
þST20680þ þST20680þ þST20680þ þST20680þ þST20680þ þST20680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame$
5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ984þ þaa337e094eebaef66ee1a7725d5b8cb5þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20680.classþ þþ
þST20681þ þST20681þ þST20681þ þST20681þ þST20681þ þST20681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/INewsSea
rchPanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsSea

rchPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ330þ þ404abd5dd6d68ef2203d a59bbb021a30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20681.classþ þþ

þST20682þ þST20682þ þST20682þ þST20682þ þST20682þ þST20682þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSear chPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel.c lassþ þ.CLASSþ þapplication/java-vmþ þþ þ15049þ þ44abdbbaedfb5c97a30bc04e2cb86461þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST 20682.classþ þþ

þST20683þ þST20683þ þST20683þ þST20683þ þST20683þ þST20683þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSear chPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1139þ þf370d761afb042b35560edac8a8fcf34þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20683.classþ þþ

þST20684þ þST20684þ þST20684þ þST20684þ þST20684þ þST20684þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSear chPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel $2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1033þ þd73e388d5097b1553a69326643ce933bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20684.classþ þþ

þST20685þ þST20685þ þST20685þ þST20685þ þST20685þ þST20685þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSear chPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel $3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1033þ þ6c72dd151920fbfb21c52d8a2cc5cc56þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20685.classþ þþ

þST20686þ þST20686þ þST20686þ þST20686þ þST20686þ þST20686þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSear chPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel $4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1033þ þ220ec395f7044c88e9532e8ba5a19238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20686.classþ þþ

þST20687þ þST20687þ þST20687þ þST20687þ þST20687þ þST20687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSear chPanel$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel $5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1033þ þda7263b254c5d1e2cd9e872ae2e2e967þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES

\0008\ST20687.classþ þþ

þST20688þ þST20688þ þST20688þ þST20688þ þST20688þ þST20688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSearchPanel$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1057þ þ8743c56543e2fe77bef7a1dc933b50cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20688.classþ þþ

þST20689þ þST20689þ þST20689þ þST20689þ þST20689þ þST20689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/stream/INewsStreamPanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsStreamPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ330þ þ658970771e56f565cee46e1eb303b232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20689.classþ þþ

þST20690þ þST20690þ þST20690þ þST20690þ þST20690þ þST20690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/stream/NewsStreamPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ10467þ þc976512ba3cd37fb0360bf464a20b703þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20690.classþ þþ

þST20691þ þST20691þ þST20691þ þST20691þ þST20691þ þST20691þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/stream/NewsStreamPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1139þ þb02534d1385b6d84f03420c5759e926eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20691.classþ þþ

þST20692þ þST20692þ þST20692þ þST20692þ þST20692þ þST20692þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/stream/NewsStreamPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1001þ þ6a2283137c4a7d9a0cef64734b80a1d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20692.classþ þþ

þST20693þ þST20693þ þST20693þ þST20693þ þST20693þ þST20693þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/stream/NewsStreamPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1057þ þdb3690a18021a463b759e2fdb7aab9a5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20693.classþ þþ

þST20694þ þST20694þ þST20694þ þST20694þ þST20694þ þST20694þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/INewsKeywordListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsKeywordListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ220þ þ74d80f803645fc3522e0c7be49fc0a46þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20694.classþ þþ

þST20695þ þST20695þ þST20695þ þST20695þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5505þ þ8ca17d11023ff75cdc33b434193fdd32þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20695.classþ þþ

þST20696þ þST20696þ þST20696þ þST20696þ þST20696þ þST20696þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1035þ þ0563c9ea561bb7ce21b93912a26c86d9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20696.classþ þþ

þST20697þ þST20697þ þST20697þ þST20697þ þST20697þ þST20697þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1076þ þdc18984e4004e0e4f242006d5e0fa4f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20697.classþ þþ

þST20698þ þST20698þ þST20698þ þST20698þ þST20698þ þST20698þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1076þ þ11a3e87881d8e2c349c78cbfe1f14396þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20698.classþ þþ

þST20699þ þST20699þ þST20699þ þST20699þ þST20699þ þST20699þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordProp.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordProp.classþ þ.CLASSþ þapplication/java-vmþ þþ þ528þ þ62cfadbe5d511cc6c03fe4ceb5fbaddcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20699.classþ þþ

þST20700þ þST20700þ þST20700þ þST20700þ þST20700þ þST20700þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/NewsBodyTe
xtZoomer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsBodyTextZoom
er.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1461þ þd2cffeafdd96c5a95b3bab3ee3172f93þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20700.classþ þþ
þST20701þ þST20701þ þST20701þ þST20701þ þST20701þ þST20701þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/NewsBodyTe
xtZoomer$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsBodyTextZo
omer$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1323þ þfa8bd2de6cbd0f6a026c046067bd1
c45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0008\ST20701.classþ þþ
þST20702þ þST20702þ þST20702þ þST20702þ þST20702þ þST20702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/NewsEntitl
ements.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsEntitlements.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1553þ þac720d863545a31e45a5c087ad1da29eþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2
0702.classþ þþ
þST20703þ þST20703þ þST20703þ þST20703þ þST20703þ þST20703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/com/equityfeed/gui/multiviewer/newsfilings/util/NewsFormat
ter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsFormatter.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ1156þ þc3563706a6197164bfd342d1955558e1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20703.
classþ þþ
þST20704þ þST20704þ þST20704þ þST20704þ þST20704þ þST20704þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/AppNewsNotificatorPreferences.classþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppNewsNotificatorPreferences.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ3811þ þe55a5d81015f46adf6913771b1671a54þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20704.classþ þþ
þST20705þ þST20705þ þST20705þ þST20705þ þST20705þ þST20705þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/DataCenterNews.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þDataCenterNews.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6302þ þ6
42b0ec69233638cc434c7a655633c73þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20705.classþ þþ
þST20706þ þST20706þ þST20706þ þST20706þ þST20706þ þST20706þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/DataLoaderNF.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þDataLoaderNF.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4708þ þ10f8c
b8976ed6bbed81c382266e764edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0008\ST20706.classþ þþ

þST20707þ þST20707þ þST20707þ þST20707þ þST20707þ þST20707þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/DataLoaderNF$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderNF$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ752þ þ1f cd1cd081f7b4a25a7d1a69096e3cbdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20707.classþ þþ

þST20708þ þST20708þ þST20708þ þST20708þ þST20708þ þST20708þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/Input.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInput.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3988þ þc91afe0d9f3a803265a 432549cea7b4dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20708.classþ þþ

þST20709þ þST20709þ þST20709þ þST20709þ þST20709þ þST20709þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsProvider.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsProvider.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 893þ þ64caca3b9f09884dc69d74a295d0036dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20709.classþ þþ

þST20710þ þST20710þ þST20710þ þST20710þ þST20710þ þST20710þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsProvider$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsProvider$1.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1347þ þ312694cd374258041ccffbcb54d81178þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20710.classþ þþ

þST20711þ þST20711þ þST20711þ þST20711þ þST20711þ þST20711þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsSearch.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsSearch.classþ þ.CLASS þapplication/java-vmþ þþ þ1739 þ þ867e674b9969ded7a8143ca81ec3641eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20711.classþ þþ

þST20712þ þST20712þ þST20712þ þST20712þ þST20712þ þST20712þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsSearch$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsSearch$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 750þ þ0a43f99c76595056b0481f89def09d3fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20712.classþ þþ

þST20713þ þST20713þ þST20713þ þST20713þ þST20713þ þST20713þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsSearch$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsSearch$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 1254þ þf7b4643326978d19df35fbf3a7ec71a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20713.classþ þþ

þST20714þ þST20714þ þST20714þ þST20714þ þST20714þ þST20714þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsSearch$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsSearch$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 613þ þ8ed1dae97f746c60e308474fe8fdb58fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20714.classþ þþ

þST20715þ þST20715þ þST20715þ þST20715þ þST20715þ þST20715þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsStory.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsStory.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1821þ þ11014e8270d0021c800f78840609f5efþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20715.classþ þþ

þST20716þ þST20716þ þST20716þ þST20716þ þST20716þ þST20716þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsStory$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsStory$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ68 2þ þf870c3ed558ff5d0aca46a2e1729d0ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20716.classþ þþ

þST20717þ þST20717þ þST20717þ þST20717þ þST20717þ þST20717þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsStory$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsStory$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ15 27þ þc273796daad79db18c9b90334c393107þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20717.classþ þþ

þST20718þ þST20718þ þST20718þ þST20718þ þST20718þ þST20718þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/LoaderNewsStory$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsStory$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ98 7þ þ3a54d3d3b2ce37fa8e2a7057496a31d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20718.classþ þþ

þST20719þ þST20719þ þST20719þ þST20719þ þST20719þ þST20719þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/NewsProvider.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þNewsProvider.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2842þ þ30823 4a1abf7561fb68776381ad4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20719.classþ þþ

þST20720þ þST20720þ þST20720þ þST20720þ þST20720þ þST20720þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/build/classes/news/NewsProviderManager.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þNewsProviderManager.classþ þ.CLASSþ þapplication/java-vmþ þ þ1492þ þ2cfcd3788516e9e0e9c906a09afe4ce4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20720.classþ þþ

þST20721þ þST20721þ þST20721þ þST20721þ þST20721þ þST20721þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/NewsUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þNewsUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2127þ þ1e9117b0fe970
b4104d125063fe46cdaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0008\ST20721.classþ þþ
þST20722þ þST20722þ þST20722þ þST20722þ þST20722þ þST20722þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/NewsUtil$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þNewsUtil$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1388þ þaa0556265
b8c9897ccfa257fbdf0bb30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0008\ST20722.classþ þþ
þST20723þ þST20723þ þST20723þ þST20723þ þST20723þ þST20723þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/notificator/AppenderNewsNotification.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppenderNewsNotification.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ331þ þ31de8a611f6e5706932a2d16b09cfe74þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20723.classþ þþ
þST20724þ þST20724þ þST20724þ þST20724þ þST20724þ þST20724þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/notificator/CleanerNewsNotification.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCleanerNewsNotification.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ328þ þ660ce6d7f45967d58f454345cbe51a1aþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20724.classþ þþ
þST20725þ þST20725þ þST20725þ þST20725þ þST20725þ þST20725þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/notificator/LoaderNewsPendingNotifications.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsPendingNotifications.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ349þ þb3e48b4219664dbe3c87981df930ef97þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20725
.classþ þþ
þST20726þ þST20726þ þST20726þ þST20726þ þST20726þ þST20726þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/notificator/NewsNotificatorManager.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotificatorManager.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ2675þ þdb19c6006c18985bd8806bcf77e8ed2bþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20726.classþ þþ
þST20727þ þST20727þ þST20727þ þST20727þ þST20727þ þST20727þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/RejectorNewsKeyword.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsKeyword.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1746þ þ16a2910714165cd79bda1baa31873187þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20727.classþ þþ
þST20728þ þST20728þ þST20728þ þST20728þ þST20728þ þST20728þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/StateHandlerNF.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þStateHandlerNF.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2027þ þ5
4adb9dbd3364f79b15e7b630eb2474aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20728.classþ þþ
þST20729þ þST20729þ þST20729þ þST20729þ þST20729þ þST20729þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/StreamHandlerNF.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þStreamHandlerNF.classþ þ.CLASSþ þapplication/java-vmþ þþ þ837þ þ
4951210fcdef10d02ecae44b80b0e1f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20729.classþ þþ
þST20730þ þST20730þ þST20730þ þST20730þ þST20730þ þST20730þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/StreamHandlerNF$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerNF$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ13
11þ þ4631c1f7139924f34c82ec51598c787aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20730.classþ þþ
þST20731þ þST20731þ þST20731þ þST20731þ þST20731þ þST20731þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/StreamHandlerNF$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerNF$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ91
6þ þ7cf7f3835002dccf7be9bc6d543b5cddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20731.classþ þþ
þST20732þ þST20732þ þST20732þ þST20732þ þST20732þ þST20732þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/news/StreamNF.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þStreamNF.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1702þ þ96ed8d9489208
d31a361b2bf335d527bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0008\ST20732.classþ þþ
þST20733þ þST20733þ þST20733þ þST20733þ þST20733þ þST20733þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/tickernews/core/Loader.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þLoader.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1140þ þ93c97e
654fc5b1acf8c891602f4604d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0008\ST20733.classþ þþ
þST20734þ þST20734þ þST20734þ þST20734þ þST20734þ þST20734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/tickernews/core/Loader$1.classþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þLoader$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1727þ þ92
a82c3e4eecb2e93d35728287bd6979þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20734.classþ þþ
þST20735þ þST20735þ þST20735þ þST20735þ þST20735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/core/sort/NewsDateTimeSorter.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsDateTimeSorter.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ945þ þ5ccc8c912ddc7ff9b4022de9c20a8e15þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20735.classþ þþ
þST20736þ þST20736þ þST20736þ þST20736þ þST20736þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/core/sort/NewsTimeSorter.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTimeSorter.classþ þ.CLASSþ þapplication/jav
a-vmþ þþ þ1166þ þbb1147312b75a1849c72350abc3673ecþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20736.classþ þþ
þST20737þ þST20737þ þST20737þ þST20737þ þST20737þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/core/TickerNewsController.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerNewsController.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ5710þ þa8254e5f18d4fb1ae33d6ba85bf291bfþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20737.classþ þþ
þST20738þ þST20738þ þST20738þ þST20738þ þST20738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/core/TM_NewsEntry.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_NewsEntry.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7
37þ þfda22701e207b2becddcc2cd02e04b1cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20738.classþ þþ
þST20739þ þST20739þ þST20739þ þST20739þ þST20739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/core/TM_Settings.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTM_Settings.classþ þ.CLASSþ þapplication/java-vmþ þþ þ386
3þ þfb15bf76387af54446e827792fa1a6d0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20739.classþ þþ
þST20740þ þST20740þ þST20740þ þST20740þ þST20740þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/core/Util.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ981þ þee154e1d20d
025a5d7a440ea885cf04aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0008\ST20740.classþ þþ
þST20741þ þST20741þ þST20741þ þST20741þ þST20741þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/gui/TM_News.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTM_News.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8212þ þ93409
1f2af09ad39e2013565b9895250þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0008\ST20741.classþ þþ
þST20742þ þST20742þ þST20742þ þST20742þ þST20742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/build/classes/tickernews/gui/TM_News$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_News$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ709þ þ76
f8d3645c8b9bf3587868e0eb795bc0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20742.classþ þþ
þST20743þ þST20743þ þST20743þ þST20743þ þST20743þ þST20743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/tickernews/gui/TM_News$Painter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTM_News$Painter.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ6281þ þc0a9367c4f9df76ea24f8c08f375c707þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20743.classþ þþ
þST20744þ þST20744þ þST20744þ þST20744þ þST20744þ þST20744þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/tickernews/gui/TM_News$Painter$1.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_News$Painter$1.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ2142þ þab972e09c6034e6efede2643c8caea2aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20744.classþ þþ
þST20745þ þST20745þ þST20745þ þST20745þ þST20745þ þST20745þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build/classes/tickernews/gui/TM_Panel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTM_Panel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1221þ þ72b
2490c1d7dc534d1ffaa4f6e6f76d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20745.classþ þþ
þST20746þ þST20746þ þST20746þ þST20746þ þST20746þ þST20746þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/build.xmlþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xmlþ
 þ.XMLþ þapplication/xmlþ þþ þ3795þ þdd6d2eda8f71e865749945f418ab307þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20746.xmlþ þþ
þST20747þ þST20747þ þST20747þ þST20747þ þST20747þ þST20747þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þc
core.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1395038þ þ105e408b72be247a706a8ce7263
bce03þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20747.jarþ þþ
þST20748þ þST20748þ þST20748þ þST20748þ þST20748þ þST20748þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þST22136;
ST24143þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclib.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ69517þ þe1900f28b3c69788f8d0a9267b8f3bbcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20748.jarþ þþ
þST20749þ þST20749þ þST20749þ þST20749þ þST20749þ þST20749þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/dich.jarþ þþ þþ þ0þ þ1þ þST12541; ST15014;
ST22138þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdich.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ74052þ þced046dfecf530a35046b318a9cfc04eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20749.jarþ þþ
þST20750þ þST20750þ þST20750þ þST20750þ þST20750þ þST20750þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST22139;
ST24144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ812371þ þfc74af6f2908ebc0906d60ec12f1e3e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20750.jarþ þþ
þST20751þ þST20751þ þST20751þ þST20751þ þST20751þ þST20751þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/httputil.jarþ þþ þ0þ þ1þ þST12544þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þhttputil.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ25137þ þf33e1bae53e3f06eb7c60f2817762401þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20751.jarþ þþ
þST20752þ þST20752þ þST20752þ þST20752þ þST20752þ þST20752þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST14255; ST17194; ST17196; ST23076;
ST23680;
ST24303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20752.jarþ þþ
þST20753þ þST20753þ þST20753þ þST20753þ þST20753þ þST20753þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST12547; ST15016; ST22140; ST22354;
ST24023;
ST24145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20753.jarþ þþ
þST20754þ þST20754þ þST20754þ þST20754þ þST20754þ þST20754þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/msg.jarþ þþ þþ þ0þ þ1þ þST12548; ST23078;
ST24438þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmsg.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ25753þ þf5e0cad954bff191fbe6328a44cf9bc1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20754.jarþ þþ
þST20755þ þST20755þ þST20755þ þST20755þ þST20755þ þST20755þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST22141;
ST24147þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ229018þ þ6d4a7efec4e743159f950cd64de1da4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20755.jarþ þþ
þST20756þ þST20756þ þST20756þ þST20756þ þST20756þ þST20756þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þST15019; ST22143; ST23082;
ST24442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvsclib.jarþ þ.JARþ þapplication/java-a

rchiveþ þþ þ193434þ þ5e3a47b13f9368cad558e7ede25864dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20756.jarþ þþ
þST20757þ þST20757þ þST20757þ þST20757þ þST20757þ þST20757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/news.jarþ þþ þþ þ0þ þ1þ þST20778þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ413275þ þecaac641a28cd3f1359b5d44677
f61edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20757.jarþ þþ
þST20758þ þST20758þ þST20758þ þST20758þ þST20758þ þST20758þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREAD
ME.TXTþ þ.TXTþ þtext/plainþ þþ þ1320þ þd2527f33fc5894f311edbfec8f7851b7þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20758.TX
Tþ þTEXT\0005\ST20758.txtþ
þST20759þ þST20759þ þST20759þ þST20759þ þST20759þ þST20759þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ579þ þ81d654597da3b4c11c121576f521ccceþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20759.txtþ þTEXT\0005\ST20759.txtþ
þST20760þ þST20760þ þST20760þ þST20760þ þST20760þ þST20760þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST21191;
ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20760.txtþ þTEXT\0005\ST20760.txtþ
þST20761þ þST20761þ þST20762þ þST20761þ þST20762þ þST20761þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þST20763þ þþ þþ þþ þþ þþ þþ þ02/17/2
011þ þ00:00:00þ þ2011-02-17T00:00:00-05:00þ þ1297918800þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ734þ þdb58ac214aea53341a1963e25bdebf3aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20761.txtþ þTEXT\0005\ST20761.txtþ
þST20763þ þST20763þ þST20763þ þST20763þ þST20763þ þST20763þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20769þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xm
lþ þþ þ48764þ þ20c3c26fbf8996758e2cfd6fe2917865þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20763.xmlþ þþ
þST20764þ þST20764þ þST20764þ þST20764þ þST20764þ þST20764þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST20
768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ475þ þ675173aae58ea0d96e365870f5d72b0dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20764.txtþ þTEXT\0005\ST20764
.txtþ
þST20765þ þST20765þ þST20766þ þST20765þ þST20766þ þST20765þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ
 þ3187þ þefdb89eb1bb8a19ead3c3575e17c4a8fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20765.txtþ þTEXT\0005\ST20765.txtþ
þST20767þ þST20767þ þST20767þ þST20767þ þST20767þ þST20767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST20777þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ
523þ þb84b5d5adc52007c34b941d03908a41eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20766.xmlþ þ
þST20768þ þST20768þ þST20768þ þST20768þ þST20768þ þST20768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þST20764þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þ675173aae58ea0d96e
365870f5d72b0dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0008\ST20768.txtþ þTEXT\0005\ST20768.txtþ
þST20769þ þST20769þ þST20769þ þST20769þ þST20769þ þST20769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þST20763þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þtempfile.3.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48764þ þ20c3c26fbf8
996758e2cfd6fe2917865þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0008\ST20769.txtþ
þST20770þ þST20770þ þST20770þ þST20770þ þST20770þ þST20770þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ615þ þa4d46be90b532827ab22513e085fa
655þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20770.txtþ þTEXT\0005\ST20770.txtþ
þST20771þ þST20771þ þST20771þ þST20771þ þST20771þ þST20771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56327þ þadaa8d26600220110b5d771e0ec
f2985þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20771.xmlþ þþ
þST20772þ þST20772þ þST20772þ þST20772þ þST20772þ þST20772þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ0f4ee
1bcd00482259e266fe2d28c5b29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0008\ST20772.propertiesþ þþ

þST20773þ þST20773þ þST20773þ þST20773þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd
41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20773.propertiesþ þþ

þST20774þ þST20774þ þST20774þ þST20774þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST13720; ST20040;
ST21201; ST21874;

ST21986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ167þ þcff71ad810ea6c612e5d1753281be068þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20774.propertiesþ
þþ

þST20775þ þST20775þ þST20775þ þST20775þ þST20775þ þST20775þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ674þ þc504ad779ab928f5a1374243a5c
1b8aeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20775.xmlþ þþ

þST20776þ þST20776þ þST20776þ þST20776þ þST20776þ þST20776þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ3156þ þ235144fd5f4350c3b61f1287284139b3þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20776.propertiesþ þþ
þST20777þ þST20777þ þST20777þ þST20777þ þST20777þ þST20777þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST20767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ523þ þb84b5d5adc52007c34b941d03908
a41eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20777.xmlþ þþ

þST20778þ þST20778þ þST20778þ þST20778þ þST20778þ þST20778þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/news.jarþ þþ þþ þ0þ þ1þ þST20757þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews
.jarþ þ.JARþ þapplication/java-archiveþ þþ þ413275þ þecaac641a28cd3f1359b5d44677f61ed
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
8\ST20778.jarþ þþ

þST20779þ þST20779þ þST20779þ þST20779þ þST20779þ þST20779þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þ53f7da49c546e0f59ff120a2dbf16427þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2077
9.txtþ þTEXT\0005\ST20779.txtþ
þST20780þ þST20780þ þST20780þ þST20780þ þST20780þ þST20780þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ
00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2
41þ þ6b0e8e2da464529e71667cf73fa220a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20780.txtþ þTEXT\0005\ST20780.txtþ
þST20781þ þST20781þ þST20781þ þST20781þ þST20781þ þST20781þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þ1dd131f7f828827755946482a39efc3eþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST
20781.txtþ þTEXT\0005\ST20781.txtþ
þST20782þ þST20782þ þST20782þ þST20782þ þST20782þ þST20782þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/201
1þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ224þ þ1b97428b490c1b275eb1bbf163d4982dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20782.txtþ þTEXT\0005\ST20782.txtþ
þST20783þ þST20783þ þST20783þ þST20783þ þST20783þ þST20783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ99þ þ284f88198aa254fa1d96687c887
77052þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0008\ST20783.txtþ þTEXT\0005\ST20783.txtþ
þST20784þ þST20784þ þST20784þ þST20784þ þST20784þ þST20784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þ05/17/2011þ þ00:00:00þ þ2011
-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ239þ þ5ea5afae28
147f1eb1547ad717525999þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0008\ST20784.txtþ þTEXT\0005\ST20784.txtþ
þST20785þ þST20785þ þST20785þ þST20785þ þST20785þ þST20785þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ104þ þ8f330ff81302c64028ac2
214903cecb8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0008\ST20785.txtþ þTEXT\0005\ST20785.txtþ
þST20786þ þST20786þ þST20786þ þST20786þ þST20786þ þST20786þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þ05/17/2011þ þ00:00:00þ þ2011
-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ241þ þeb19f75a2c
7ee067208296aea303dbcdþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0008\ST20786.txtþ þTEXT\0005\ST20786.txtþ
þST20787þ þST20787þ þST20787þ þST20787þ þST20787þ þST20787þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ116þ þ2162e157a
ed4d67b2c82aaaa6889daaeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20787.txtþ þTEXT\0005\ST20787.txtþ
þST20788þ þST20788þ þST20788þ þST20788þ þST20788þ þST20788þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þe
ntriesþ þ.TXTþ þtext/plainþ þþ þ246þ þ240a292295471ed75df4812072bcbb75þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20788.txtþ þTEXT\0005\ST20788.txtþ
þST20789þ þST20789þ þST20789þ þST20789þ þST20789þ þST20789þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ619þ þ6862
fc6b48168f42f1e49e82bb242826þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20789.txtþ þTEXT\0005\ST20789.txtþ
þST20790þ þST20790þ þST20791þ þST20790þ þST20791þ þST20790þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ13056048
00þ þentriesþ þ.TXTþ þtext/plainþ þ738þ þec1ce2050c594ef66691d499fe18a389þ þ2þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20790.txtþ þTEXT\0005\ST20790.txtþ
þST20792þ þST20792þ þST20792þ þST20792þ þST20792þ þST20792þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/.svn/text-base/INewsComponentMa
nager.java.svn-baseþ þþ þþ þ0þ þ1þ þST20808þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/10/2007þ þ0
0:00:00þ þ2007-10-10T00:00:00-04:00þ þ1191988800þ þINewsComponentManager.java.svn-ba
seþ þ.TXTþ þtext/plainþ þ726þ þa143d77a03ae381429a2b754b085da8bþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20792.txtþ þT
EXT\0005\ST20792.txtþ
þST20793þ þST20793þ þST20799þ þST20793þ þST20799þ þST20793þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/.svn/text-base/NewsController.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST20855þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/09/2007þ þ00:00:00

þ þ2007-10-09T00:00:00-04:00þ þ1191902400þ þNewsController.java.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ13373þ þ78857b83de9c8405723a9b5bec63ec7eþ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20793.txtþ þTEXT\0005\ST20 793.txtþ

þST20800þ þST20801þ þST20800þ þST20801þ þST20800þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/.svn/text-base/NewsDescriptor.j ava.svn-baseþ þþ þþ þ1þ þST20856þ þþ þþ þþ þþ þþ þþ þþ þ10/09/2007þ þ00:00:00 þ þ2007-10-09T00:00:00-04:00þ þ1191902400þ þNewsDescriptor.java.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ3254þ þ81fbc66c10feb183832a4b6f88eb55c8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20800.txtþ þTEXT\0005\ST20800.txtþ

þST20802þ þST20802þ þST20802þ þST20802þ þST20802þ þST20802þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/categories/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ515þ þfb7c6973b060c0d5b17f8840a385ff28þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20802.txtþ þTEXT\0005\ST20802.txtþ þST20803þ þST20803þ þST20803þ þST20803þ þST20803þ þST20803þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/categories/.svn/entriesþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/21/2010þ þ00:00:00þ þ2010-06-21T00:00:00-04:00 þ þ1277092800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ488þ þa5dc893c99d7b1828c6db8006e1f2c9 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0008\ST20803.txtþ þTEXT\0005\ST20803.txtþ

þST20804þ þST20804þ þST20804þ þST20804þ þST20804þ þST20804þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/categories/.svn/text-base/NewsC ategoriesController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20806þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þNewsCategoriesController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1116þ þ076e 8ab41022526f88e501de3450f7adþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL SEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20804.txtþ þTEXT\0005\ST20804.txtþ þST20805þ þST20805þ þST20805þ þST20805þ þST20805þ þST20805þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/categories/.svn/text-base/NewsC ategoriesDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST20807þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þNewsCategoriesDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ312þ þ7c892 8a8484778d839dc2f77586bad13þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0008\ST20805.txtþ þTEXT\0005\ST20805.txtþ

þST20806þ þST20806þ þST20806þ þST20806þ þST20806þ þST20806þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/categories/NewsCategoriesContro ller.javaþ þþ þþ þ0þ þ1þ þST20804þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCategories Controller.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1116þ þ076e8ab41022526f88e501de3450

f7adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20806.javaþ þþ
þST20807þ þST20807þ þST20807þ þST20807þ þST20807þ þST20807þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/categories/NewsCategoriesDescri
ptor.javaþ þþ þþ þ0þ þ1þ þST20805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCategories
Descriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ312þ þ7c8928a8484778d839dc2f77586ba
d13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0008\ST20807.javaþ þþ
þST20808þ þST20808þ þST20808þ þST20808þ þST20808þ þST20808þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/INewsComponentManager.javaþ þþ þ
þ þ0þ þ1þ þST20792þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsComponentManager.javaþ
þ.JAVAþ þtext/x-java-sourceþ þþ þ726þ þa143d77a03ae381429a2b754b085da8þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20808.javaþ þþ
þST20809þ þST20809þ þST20809þ þST20809þ þST20809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/all-wcpropsþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ
1411þ þ6e5b494ca225899d5f8dda9fc4f790a1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20809.txtþ þTEXT\0005\ST20809.txtþ
þST20810þ þST20810þ þST20811þ þST20810þ þST20811þ þST20810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/entriesþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/24/2010þ þ00:00:00þ þ2010-11-24T00:00:00-05:00þ
 þ1290574800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1215þ þbdffe820d8d3beddc5d9075eccf6961
fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0008\ST20810.txtþ þTEXT\0005\ST20810.txtþ
þST20812þ þST20812þ þST20813þ þST20812þ þST20813þ þST20812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market
NewsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20823þ þþ þþ þþ þþ þþ þþ þþ þ10/05
/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þMarketNewsController.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6217þ þ0e39cde6909a74f8cb43b8bfbef6ae07þ þ2þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2081
2.txtþ þTEXT\0005\ST20812.txtþ
þST20814þ þST20814þ þST20814þ þST20814þ þST20814þ þST20814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market
NewsDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST20824þ þþ þþ þþ þþ þþ þþ þþ þ10/05
/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þMarketNewsDescriptor.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ531þ þbe9846bc61a1fed9f5782312bc7e4dccþ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20814

.txtþ þTEXT\0005\ST20814.txtþ

þST20815þ þST20815þ þST20816þ þST20815þ þST20816þ þST20815þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market NewsFrameController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þMarketNewsFrameController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3807þ þ09b 28322ed44cbfb273a9a887142236eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20815.txtþ þTEXT\0005\ST20815.txtþ

þST20817þ þST20817þ þST20818þ þST20817þ þST20818þ þST20817þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market NewsParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST20826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05 /2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þMarketNewsParameters.jav a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2167þ þ19882a1e04dc22c9246f8f7be3d99bf8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2081 7.txtþ þTEXT\0005\ST20817.txtþ

þST20819þ þST20819þ þST20819þ þST20819þ þST20819þ þST20819þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market NewsRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST20827þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2 007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þMarketNewsRejector.java.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ1788þ þcd19710c58c13654c1be31f60f2fe069þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20819.tx tþ þTEXT\0005\ST20819.txtþ

þST20820þ þST20820þ þST20820þ þST20820þ þST20820þ þST20820þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market NewsRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20828þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2 007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þMarketNewsRowModel.java.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ846þ þcffa6bd7934108c9de89abd2880af380þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20820.txtþ þTEXT\0005\ST20820.txtþ

þST20821þ þST20821þ þST20822þ þST20821þ þST20822þ þST20821þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/.svn/text-base/Market NewsUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST20829þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/20 07þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þMarketNewsUpdater.java.svn- baseþ þ.TXTþ þtext/plainþ þþ þ2386þ þf15e6371d1ace4119bdb62025e8ed31eþ þ2þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20821.txtþ þTEXT\0005\ST20821.txtþ

þST20823þ þST20823þ þST20823þ þST20823þ þST20823þ þST20823þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsController. javaþ þþ þ0þ þ1þ þST20812þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsControlle

r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6217þ þ0e39cde6909a74f8cb43b8bfbef6ae07þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2 0823.javaþ þþ

þST20824þ þST20824þ þST20824þ þST20824þ þST20824þ þST20824þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsDescriptor. javaþ þþ þþ þ0þ þ1þ þST20814þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsDescripto r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ531þ þbe9846bc61a1fed9f5782312bc7e4dccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20 824.javaþ þþ

þST20825þ þST20825þ þST20825þ þST20825þ þST20825þ þST20825þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsFrameContro ller.javaþ þþ þþ þ0þ þ1þ þST20815þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsFram eController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3807þ þ09b28322ed44cbfb273a9a88714 2236eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0008\ST20825.javaþ þþ

þST20826þ þST20826þ þST20826þ þST20826þ þST20826þ þST20826þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsParameters. javaþ þþ þþ þ0þ þ1þ þST20817þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsParameter s.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2167þ þ19882a1e04dc22c9246f8f7be3d99bf8þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2 0826.javaþ þþ

þST20827þ þST20827þ þST20827þ þST20827þ þST20827þ þST20827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsRejector.ja vaþ þþ þþ þ0þ þ1þ þST20819þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsRejector.ja vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1788þ þcd19710c58c13654c1be31f60f2fe069þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20827 .javaþ þþ

þST20828þ þST20828þ þST20828þ þST20828þ þST20828þ þST20828þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsRowModel.ja vaþ þþ þþ þ0þ þ1þ þST20820þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsRowModel.ja vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ846þ þcffa6bd7934108c9de89abd2880af380þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20828. javaþ þþ

þST20829þ þST20829þ þST20829þ þST20829þ þST20829þ þST20829þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/mn_stream/MarketNewsUpdater.jav aþ þþ þþ þ0þ þ1þ þST20821þ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsUpdater.java þ þ.JAVAþ þtext/x-java-sourceþ þþ þ2386þ þf15e6371d1ace4119bdb62025e8ed31eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20829.j

avaþ þþ

þST20830þ þST20830þ þST20830þ þST20830þ þST20830þ þST20830þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/all-wcpropsþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1416þ þ6354d2e399e0226f4d5b28868160d69fþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20830.t
xtþ þTEXT\0005\ST20830.txtþ

þST20831þ þST20831þ þST20832þ þST20831þ þST20832þ þST20831þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/entriesþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/23/2010þ þ00:00:00þ þ2010-11-23T00:00:00-05:00þ
þ1290488400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1223þ þc08aebd2f7e70f6753c2c6a4224137c
0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0008\ST20831.txtþ þTEXT\0005\ST20831.txtþ

þST20833þ þST20833þ þST20835þ þST20833þ þST20835þ þST20833þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle
rterController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20848þ þþ þþ þþ þþ þþ þþ þþ þ10/05
/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsAlerterController.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7410þ þc0462aade4408b2cedca6ae1363c8c28þ þ3þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST208
33.txtþ þTEXT\0005\ST20833.txtþ

þST20836þ þST20836þ þST20836þ þST20836þ þST20836þ þST20836þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle
rterDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST20849þ þþ þþ þþ þþ þþ þþ þþ þ10/05
/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsAlerterDescriptor.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ532þ þ9ae7700ef823bfc4c6d75488fc43d615þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2083
6.txtþ þTEXT\0005\ST20836.txtþ

þST20837þ þST20837þ þST20839þ þST20837þ þST20839þ þST20837þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle
rterFrameController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20850þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þNewsAlerterFrameController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4920þ þd3
a0bf0bdc529b2780b55ab03b21fc26þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20837.txtþ þTEXT\0005\ST20837.txtþ

þST20840þ þST20840þ þST20841þ þST20840þ þST20841þ þST20840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle
rterParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST20851þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05
/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsAlerterParameters.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2395þ þc0f879e689edd739b866f57ff97e73c2þ þ2þ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST208 40.txtþ þTEXT\0005\ST20840.txtþ

þST20842þ þST20842þ þST20844þ þST20842þ þST20844þ þST20842þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle rterRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST20852þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2 007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsAlerterRejector.java.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ5391þ þ6aa2387dde8bb2ec6d7151bb868b2749þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20842.t xtþ þTEXT\0005\ST20842.txtþ

þST20845þ þST20845þ þST20845þ þST20845þ þST20845þ þST20845þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle rterRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20853þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2 007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsAlerterRowModel.java.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ847þ þ9f882a34dc35a888fd4d319057074da5þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20845.tx tþ þTEXT\0005\ST20845.txtþ

þST20846þ þST20846þ þST20847þ þST20846þ þST20847þ þST20846þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/.svn/text-base/NewsAle rterUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST20854þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/20 07þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsAlerterUpdater.java.svn -baseþ þ.TXTþ þtext/plainþ þþ þ2387þ þ6217f5a30daa22d61dde9a48b873d774þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20846.txtþ þTEXT\0005\ST20846.txtþ

þST20848þ þST20848þ þST20848þ þST20848þ þST20848þ þST20848þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterController. javaþ þþ þþ þ0þ þ1þ þST20833þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterControll er.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7410þ þc0462aade4408b2cedca6ae1363c8c28þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST 20848.javaþ þþ

þST20849þ þST20849þ þST20849þ þST20849þ þST20849þ þST20849þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterDescriptor. javaþ þþ þþ þ0þ þ1þ þST20836þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterDescript or.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ532þ þ9ae7700ef823bfc4c6d75488fc43d615þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST2 0849.javaþ þþ

þST20850þ þST20850þ þST20850þ þST20850þ þST20850þ þST20850þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterFrameContro ller.javaþ þþ þþ þ0þ þ1þ þST20837þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterFra

meController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4920þ þd3a0bf0bdc529b2780b55ab03b 21fc26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0008\ST20850.javaþ þþ

þST20851þ þST20851þ þST20851þ þST20851þ þST20851þ þST20851þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterParameters. javaþ þþ þþ þ0þ þ1þ þST20840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterParamete rs.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2395þ þc0f879e689edd739b866f57ff97e73c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST 20851.javaþ þþ

þST20852þ þST20852þ þST20852þ þST20852þ þST20852þ þST20852þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterRejector.ja vaþ þþ þþ þ0þ þ1þ þST20842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterRejector.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5391þ þ6aa2387dde8bb2ec6d7151bb868b2749þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20852.javaþ þþ

þST20853þ þST20853þ þST20853þ þST20853þ þST20853þ þST20853þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterRowModel.ja vaþ þþ þþ þ0þ þ1þ þST20845þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterRowModel.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ847þ þ9f882a34dc35a888fd4d319057074da5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20853 .javaþ þþ

þST20854þ þST20854þ þST20854þ þST20854þ þST20854þ þST20854þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/nalerter/NewsAlerterUpdater.jav aþ þþ þþ þ0þ þ1þ þST20846þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterUpdater.jav aþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2387þ þ6217f5a30daa22d61dde9a48b873d774þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20854. javaþ þþ

þST20855þ þST20855þ þST20855þ þST20855þ þST20855þ þST20855þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/NewsController.javaþ þþ þþ þ0þ þ 1þ þST20793þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsController.javaþ þ.JAVAþ þtext/ x-java-sourceþ þþ þ13373þ þ78857b83de9c8405723a9b5bec63ec7eþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20855.javaþ þþ þST20856þ þST20856þ þST20856þ þST20856þ þST20856þ þST20856þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/NewsDescriptor.javaþ þþ þþ þ0þ þ 1þ þST20800þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsDescriptor.javaþ þ.JAVAþ þtext/ x-java-sourceþ þþ þ3254þ þ81fbc66c10feb183832a4b6f88eb55c8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20856.javaþ þþ

þST20857þ þST20857þ þST20857þ þST20857þ þST20857þ þST20857þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/newsnotifier/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ335þ þ39e491d6bcab05e4e96d1c851fba56daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20857.txtþ þTEXT\0005\ST20857.txtþ þST20858þ þST20858þ þST20858þ þST20858þ þST20858þ þST20858þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/newsnotifier/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ424þ þe7e203dc437ad19567f23b51b88e0663þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20858.txtþ þTEXT\0005\ST20858.txtþ þST20859þ þST20859þ þST20864þ þST20859þ þST20864þ þST20859þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/newsnotifier/.svn/text-base/NewsNotifierFrameController.java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierFrameController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ11215þ þc6b9172343d0a960c1af921756e44a9bþ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20859.txtþ þTEXT\0005\ST20859.txtþ þST20865þ þST20865þ þST20865þ þST20865þ þST20865þ þST20865þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/newsnotifier/NewsNotifierFrameController.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierFrameController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11125þ þ8167b0422bbc50dc3871ecf89f248d96þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20865.javaþ þþ þST20866þ þST20866þ þST20867þ þST20866þ þST20867þ þST20866þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1865þ þe9640c38e83361e8bdc7f61a3899b6e9þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20866.txtþ þTEXT\0005\ST20866.txtþ þST20868þ þST20868þ þST20870þ þST20868þ þST20870þ þST20868þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/05/2011þ þ00:00:00þ þ2011-01-05T00:00:00-05:00þ þ1294203600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1599þ þb2a5316b1f71e72a180257ad932d402cþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20868.txtþ þTEXT\0005\ST20868.txtþ þST20871þ þST20871þ þST20871þ þST20871þ þST20871þ þST20871þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsCategory.java.svn-baseþ þþ þþ þ0þ þ1þ þST20897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCa

tegory.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ678þ þf1086828fe5c98afa1351ee68f263b9aþ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
08\ST20871.txtþ þTEXT\0005\ST20871.txtþ

þST20872þ þST20872þ þST20875þ þST20872þ þST20875þ þST20872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20889;

ST20898þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/09/2007þ þ00:00:00þ þ2007-10-09T00:00:00-04:00
þ þ1191902400þ þNewsSearchController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ12703þ þc5
97c5ebd2419fe83203ef6133a0728bþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF
ALSEþ þFALSEþ þNATIVES\0008\ST20872.txtþ þTEXT\0005\ST20872.txtþ

þST20876þ þST20876þ þST20877þ þST20876þ þST20877þ þST20876þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST20899þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/09/20
07þ þ00:00:00þ þ2007-10-09T00:00:00-04:00þ þ1191902400þ þNewsSearchDescriptor.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ1627þ þ93c41431f03fb12162e16eb1f942dac5þ þ2þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20876.t
xtþ þTEXT\0005\ST20876.txtþ

þST20878þ þST20878þ þST20879þ þST20878þ þST20879þ þST20878þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST20900þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/10/20
07þ þ00:00:00þ þ2007-10-10T00:00:00-04:00þ þ1191988800þ þNewsSearchParameters.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ2383þ þ66de2fc9448dbf8472f2e53bd064510fþ þ2þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20878.t
xtþ þTEXT\0005\ST20878.txtþ

þST20880þ þST20880þ þST20880þ þST20880þ þST20880þ þST20880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST20901þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/14/2007
þ þ00:00:00þ þ2007-10-14T00:00:00-04:00þ þ1192334400þ þNewsSearchRejector.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ1216þ þf4ccbe36aaf8f4e6f0515a8b308114b5þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20880.txtþ þ
TEXT\0005\ST20880.txtþ

þST20881þ þST20881þ þST20881þ þST20881þ þST20881þ þST20881þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20902þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/10/2007
þ þ00:00:00þ þ2007-10-10T00:00:00-04:00þ þ1191988800þ þNewsSearchRowModel.java.svn-b
aseþ þ.TXTþ þtext/plainþ þþ þ829þ þ16089158a8556bb4bdebc703479a298aþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20881.txtþ þ
TEXT\0005\ST20881.txtþ

þST20882þ þST20882þ þST20882þ þST20882þ þST20882þ þST20882þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST20903þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/10/2007þ
 þ00:00:00þ þ2007

-10-10T00:00:00-04:00þ þ1191988800þ þNewsSearchUpdater.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ1694þ þ1f7f385027fa8f74eca57c9fb93d1079þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20882.txtþ þTEXT\0005\ST20882.txtþ
þST20883þ þST20883þ þST20886þ þST20883þ þST20886þ þST20883þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsSearc
hUtil.java.svn-baseþ þþ þ0þ þ1þ þST20904þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ0
0:00:00þ þ2007-10-12T00:00:00-04:00þ þ1192161600þ þNewsSearchUtil.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ8513þ þ07856b67b9280620ad9d4a75f9903ad8þ þ4þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20883.txtþ þTEXT\0005\ST20883.txtþ
þST20887þ þST20887þ þST20887þ þST20887þ þST20887þ þST20887þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/NewsTimeS
orter.java.svn-baseþ þþ þ0þ þ1þ þST20905þ þþ þþ þþ þþ þþ þþ þþ þNews
TimeSorter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ948þ þcd3bcb7bfaa227206075405f9dd28
750þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0008\ST20887.txtþ þTEXT\0005\ST20887.txtþ
þST20888þ þST20888þ þST20888þ þST20888þ þST20888þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/text-base/SearchReq
uest.java.svn-baseþ þþ þ0þ þ1þ þST20906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSearc
hRequest.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1041þ þd74a14231e2030a7e7d033c237b5d1
efþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20888.txtþ þTEXT\0005\ST20888.txtþ
þST20889þ þST20889þ þST20892þ þST20889þ þST20892þ þST20889þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/tmp/tempfile.2.tmpþ
 þþ þþ þ0þ þ1þ þST20872;
ST20898þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/09/2007þ þ00:00:00þ þ2007-10-09T00:00:00-04:00
þ þ1191902400þ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ12703þ þc597c5ebd2419fe83203ef
6133a0728bþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0008\ST20889.txtþ þTEXT\0005\ST20889.txtþ
þST20893þ þST20893þ þST20896þ þST20893þ þST20896þ þST20893þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/core/multiviewer/news/search/.svn/tmp/tempfile.tmpþ þ
þ þþ þ0þ þ1þ þST20896þ þþ þþ þþ þþ þþ þþ þ10/09/2007þ þ00:00:00þ þ2007-10-09T00:00:00
-04:00þ þ1191902400þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ11087þ þ114eb0afb6a9f95def
284bbcd6757973þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0008\ST20893.txtþ þTEXT\0005\ST20893.txtþ

þST20897þ þST20897þ þST20897þ þST20897þ þST20897þ þST20897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsCategory.javaþ þþ þþ þ0þ þ1þ þST20871þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsCategory.javaþ þ.JAVAþ þte xt/x-java-sourceþ þþ þ678þ þf1086828fe5c98afa1351ee68f263b9aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20897.javaþ þþ þST20898þ þST20898þ þST20898þ þST20898þ þST20898þ þST20898þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchController.jav aþ þþ þþ þ0þ þ1þ þST20872;
ST20889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchController.javaþ þ.JAVAþ þte xt/x-java-sourceþ þþ þ12703þ þc597c5ebd2419fe83203ef6133a0728bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20898.javaþ þþ þST20899þ þST20899þ þST20899þ þST20899þ þST20899þ þST20899þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchDescriptor.jav aþ þþ þþ þ0þ þ1þ þST20876þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchDescriptor.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1627þ þ93c41431f03fb12162e16eb1f942dac5þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20899.javaþ þþ
þST20900þ þST20900þ þST20900þ þST20900þ þST20900þ þST20900þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchParameters.jav aþ þþ þþ þ0þ þ1þ þST20878þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchParameters.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2383þ þ66de2fc9448dbf8472f2e53bd064510fþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20900.javaþ þþ
þST20901þ þST20901þ þST20901þ þST20901þ þST20901þ þST20901þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchRejector.javaþ þþ þþ þ1þ þST20880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchRejector.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ1216þ þf4ccbe36aaf8f4e6f0515a8b308114b5þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20901.javaþ þþ þST20902þ þST20902þ þST20902þ þST20902þ þST20902þ þST20902þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchRowModel.javaþ þþ þþ þ0þ þ1þ þST20881þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchRowModel.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ829þ þ16089158a8556bb4bdebc703479a298aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20902.javaþ þþ þST20903þ þST20903þ þST20903þ þST20903þ þST20903þ þST20903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchUpdater.javaþ þþ þþ þ0þ þ1þ þST20882þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchUpdater.javaþ þ .JAVAþ þtext/x-java-sourceþ þþ þ1694þ þ1f7f385027fa8f74eca57c9fb93d1079þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20903.javaþ þþ

þST20904þ þST20904þ þST20904þ þST20904þ þST20904þ þST20904þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsSearchUtil.javaþ þþ þ þ þ0þ þ1þ þST20883þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8513þ þ07856b67b9280620ad9d4a75f9903ad8þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20904.javaþ þþ þST20905þ þST20905þ þST20905þ þST20905þ þST20905þ þST20905þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/search/NewsTimeSorter.javaþ þþ þ þ þ0þ þ1þ þST20887þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTimeSorter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ948þ þcd3bcb7bfaa227206075405f9dd28750þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20905.javaþ þþ þST20906þ þST20906þ þST20906þ þST20906þ þST20906þ þST20906þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/search/SearchRequest.javaþ þþ þ þ0þ þ1þ þST20888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSearchRequest.javaþ þ.JAVAþ þt ext/x-java-sourceþ þþ þ1041þ þd74a14231e2030a7e7d033c237b5d1efþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20906.javaþ þþ þST20907þ þST20907þ þST20907þ þST20907þ þST20907þ þST20907þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/all-wcpropsþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ11 97þ þ7079d67df4d423ef3f241d57b03aa4dfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20907.txtþ þTEXT\0005\ST20907.txtþ þST20908þ þST20908þ þST20909þ þST20908þ þST20909þ þST20908þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/entriesþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/10/2011þ þ00:00:00þ þ2011-02-10T00:00:00-05:00þ þ1 297314000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1077þ þc72ef9710af866c20b7d4a80fa95a983þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 8\ST20908.txtþ þTEXT\0005\ST20908.txtþ

þST20910þ þST20910þ þST20913þ þST20910þ þST20913þ þST20910þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/text-base/NewsStrea mController.java.svn-baseþ þþ þþ þ0þ þ1þ þST20928þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/20 07þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsStreamController.java.s vn-baseþ þ.TXTþ þtext/plainþ þþ þ11385þ þd6e50a21ca17c1d5203ea2fa36b8fe2aþ þ4þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20910. txtþ þTEXT\0005\ST20910.txtþ

þST20914þ þST20914þ þST20914þ þST20914þ þST20914þ þST20914þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/text-base/NewsStreamDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST20929þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsStreamDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1215þ þ80e53337c93752c18436eb6a3828e916þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20914.txtþ þTEXT\0005\ST20914.txtþ

þST20915þ þST20915þ þST20916þ þST20915þ þST20916þ þST20915þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/text-base/NewsStreamParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST20930þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsStreamParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2614þ þ5e6baf836dfbea3b512f9f6d51ad9c23þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20915.txtþ þTEXT\0005\ST20915.txtþ

þST20917þ þST20917þ þST20920þ þST20920þ þST20917þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/text-base/NewsStreamRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST20931þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsStreamRejector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7433þ þ8e8d5b6d4376f0c155d2841f0057c046þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20917.txtþ þTEXT\0005\ST20917.txtþ

þST20921þ þST20921þ þST20921þ þST20921þ þST20921þ þST20921þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/text-base/NewsStreamRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20932þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þNewsStreamRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ842þ þcc01321a78a6f0c4008efbf5cef78a1eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20921.txtþ þTEXT\0005\ST20921.txtþ

þST20922þ þST20922þ þST20923þ þST20922þ þST20923þ þST20922þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/text-base/NewsStreamUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST20933þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007 -10-05T00:00:00-04:00þ þ1191556800þ þNewsStreamUpdater.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2468þ þ25a01e8639fb2becf24e4b2bad51f0e0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20922.txtþ þTEXT\0005\ST20922.txtþ

þST20924þ þST20924þ þST20927þ þST20924þ þST20927þ þST20924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/.svn/tmp/tempfile.tmpþ þ

þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007-10-05T00:00:00 -04:00þ þ1191556800þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ7396þ þe7981b663f82bab9762 bfb042b3f6696þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0008\ST20924.txtþ þTEXT\0005\ST20924.txtþ

þST20928þ þST20928þ þST20928þ þST20928þ þST20928þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/NewsStreamController.jav aþ þþ þþ þ0þ þ1þ þST20910þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamController.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11385þ þd6e50a21ca17c1d5203ea2fa36b8fe2aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST209 28.javaþ þþ

þST20929þ þST20929þ þST20929þ þST20929þ þST20929þ þST20929þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/NewsStreamDescriptor.jav aþ þþ þþ þ0þ þ1þ þST20914þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamDescriptor.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1215þ þ80e53337c93752c18436eb6a3828e916þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20929.javaþ þþ

þST20930þ þST20930þ þST20930þ þST20930þ þST20930þ þST20930þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/NewsStreamParameters.jav aþ þþ þþ þ0þ þ1þ þST20915þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamParameters.j avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2614þ þ5e6baf836dfbea3b512f9f6d51ad9c23þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0008\ST20930.javaþ þþ

þST20931þ þST20931þ þST20931þ þST20931þ þST20931þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/NewsStreamRejector.javaþ þþ þþ þ0þ þ1þ þST20917þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamRejector.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ7433þ þ8e8d5b6d4376f0c155d2841f0057c046þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20931.javaþ þþ

þST20932þ þST20932þ þST20932þ þST20932þ þST20932þ þST20932þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/NewsStreamRowModel.javaþ þþ þþ þ0þ þ1þ þST20921þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamRowModel.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ842þ þcc01321a78a6f0c4008efbf5cef78a1eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20932.javaþ þþ

þST20933þ þST20933þ þST20933þ þST20933þ þST20933þ þST20933þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/core/multiviewer/news/stream/NewsStreamUpdater.javaþ þþ þþ þ0þ þ1þ þST20922þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamUpdater.javaþ þ .JAVAþ þtext/x-java-sourceþ þþ þ2468þ þ25a01e8639fb2becf24e4b2bad51f0e0þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20933.javaþ þþ

þST20934þ þST20934þ þST20934þ þST20934þ þST20934þ þST20934þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þdc795d035fc33e802c1eb8
c340934b69þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0008\ST20934.txtþ þTEXT\0005\ST20934.txtþ

þST20935þ þST20935þ þST20935þ þST20935þ þST20935þ þST20935þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ01/20/2011þ þ00:00:00þ þ2011-01-20T00:00:00-05:00þ þ1295499600þ þentriesþ þ.TXT
þ þtext/plainþ þþ þ243þ þ68580c75f36cf3264d4a17e3447272b1þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20935.txtþ þTEXT\0005\S
T20935.txtþ

þST20936þ þST20936þ þST20936þ þST20936þ þST20936þ þST20936þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ115þ þ0312c6b74a7c6879203216500daa2efcþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20936.tx
tþ þTEXT\0005\ST20936.txtþ

þST20937þ þST20937þ þST20937þ þST20937þ þST20937þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ01/20/2011þ þ00:00:00þ þ2011-01-20T00:00:00-05:00þ þ1295499600þ þen
triesþ þ.TXTþ þtext/plainþ þþ þ255þ þ326dd4301292fd2b9da2e09214f8465fþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20937.txtþ
þTEXT\0005\ST20937.txtþ

þST20938þ þST20938þ þST20938þ þST20938þ þST20938þ þST20938þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/all-wcpropsþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ954
þ þf49e3c10f1a04cd6cf936d91e315caaeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20938.txtþ þTEXT\0005\ST20938.txtþ

þST20939þ þST20939þ þST20940þ þST20939þ þST20940þ þST20939þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/entriesþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/20/2011þ þ00:00:00þ þ2011-01-20T00:00:00-05:00þ þ12
95499600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ989þ þ4f6da6b337beb40758cf7c6feae089a5þ þ2
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\
ST20939.txtþ þTEXT\0005\ST20939.txtþ

þST20941þ þST20941þ þST20941þ þST20941þ þST20941þ þST20941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/text-base/INewsPanel
Listener.java.svn-baseþ þþ þþ þ0þ þ1þ þST20974þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ
 þ00:00:00þ þ2007
-10-05T00:00-04:00þ þ1191556800þ þINewsPanelListener.java.svn-base þ.TXTþ þtext/
plainþ þþ þ691þ þ209eef9ae30291b16c37eb6c4b532d29þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20941.txtþ þTEXT\0005\ST20941.txtþ
þST20942þ þST20942þ þST20942þ þST20942þ þST20942þ þST20942þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/text-base/NewsPanel.
form.svn-baseþ þþ þþ þ0þ þ1þ þST21012þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel.
form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ11191þ þ13ab2cf79493fa09a681ed3a8464e144þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0008\ST20942.xmlþ þþ
þST20943þ þST20943þ þST20955þ þST20943þ þST20955þ þST20943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/text-base/NewsPanel.
java.svn-baseþ þþ þþ þ0þ þ1þ þST21013þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/30/2007þ þ00:00:0
0þ þ2007-07-30T00:00:00-04:00þ þ1185768000þ þNewsPanel.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ30385þ þ00b8d5edbad388e5d0dcd8419b68f246þ þ13þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20943.txtþ þTEXT\0005\ST20943
.txtþ
þST20956þ þST20956þ þST20956þ þST20956þ þST20956þ þST20956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/text-base/NewsStoryF
rame.form.svn-baseþ þþ þþ þ0þ þ1þ þST21014þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsS
toryFrame.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ8560þ þf88040bd54fec657a49917f3
604af72fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0008\ST20956.xmlþ þþ
þST20957þ þST20957þ þST20960þ þST20957þ þST20960þ þST20957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/text-base/NewsStoryF
rame.java.svn-baseþ þþ þþ þ0þ þ1þ þST20961;
ST21015þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/13/2008þ þ00:00:00þ þ2008-03-13T00:00:00-04:00
þ þ1205380800þ þNewsStoryFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8788þ þ24a5e5e8c
33952d1bd6b9463b4d90f1aþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0008\ST20957.txtþ þTEXT\0005\ST20957.txtþ
þST20961þ þST20961þ þST20964þ þST20961þ þST20964þ þST20961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/.svn/tmp/tempfile.tmpþ þþ
þþ þþþ þ1þ þST20957;
ST21015þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/13/2008þ þ00:00:00þ þ2008-03-13T00:00:00-04:00
þ þ1205380800þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ8788þ þ24a5e5e8c33952d1bd6b9463b
4d90f1aþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA

TIVES\0008\ST20961.txtþ þTEXT\0005\ST20961.txtþ
þST20965þ þST20965þ þST20965þ þST20965þ þST20965þ þST20965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/.svn/all-wcpropsþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ
 þþ þ689þ þaa13b92b3d0d802e29643df4f5a7e871þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20965.txtþ þTEXT\0005\ST20965.txtþ
þST20966þ þST20966þ þST20966þ þST20966þ þST20966þ þST20966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/.svn/entriesþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ06/21/2010þ þ00:00:00þ þ2010-06-21T00:00:00-04
:00þ þ1277092800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ619þ þ45ee607e632a97085ac37463e2d1
5c05þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0008\ST20966.txtþ þTEXT\0005\ST20966.txtþ
þST20967þ þST20967þ þST20967þ þST20967þ þST20967þ þST20967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/.svn/text-base/IN
ewsAlerterPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST20971þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þINewsAlerterPanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ326þ þ
3c54c654aed35f866810285abeb46789þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0008\ST20967.txtþ þTEXT\0005\ST20967.txtþ
þST20968þ þST20968þ þST20968þ þST20968þ þST20968þ þST20968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/.svn/text-base/Ne
wsAlerterPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST20972þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þNewsAlerterPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2381þ þ649e97ff7801
bd5f0e1a0ae23b381e83þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0009\ST20968.xmlþ þþ
þST20969þ þST20969þ þST20970þ þST20969þ þST20969þ þST20969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/.svn/text-base/Ne
wsAlerterPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20973þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/29
/2008þ þ00:00:00þ þ2008-09-29T00:00:00-04:00þ þ1222660800þ þNewsAlerterPanel.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ2329þ þ5cb1efaa0002940facf92608c09c66f0þ þ2þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20969.tx
tþ þTEXT\0005\ST20969.txtþ
þST20971þ þST20971þ þST20971þ þST20971þ þST20971þ þST20971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/INewsAlerterPanel
Listener.javaþ þþ þþ þ0þ þ1þ þST20967þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsAlert
erPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ326þ þ3c54c654aed35f866810285a
beb46789þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0009\ST20971.javaþ þþ
þST20972þ þST20972þ þST20972þ þST20972þ þST20972þ þST20972þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/NewsAlerterPanel.formþ þþ þþ þ0þ þ1þ þST20968þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ2381þ þ649e97ff7801bd5f0e1a0ae23b381e83þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20972.xml þ þþ

þST20973þ þST20973þ þST20973þ þST20973þ þST20973þ þST20973þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/alerter/NewsAlerterPanel.javaþ þþ þþ þ0þ þ1þ þST20969þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsAlerterPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2329þ þ5cb1efaa0002940facf92608c09c66f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20973.javaþ þþ

þST20974þ þST20974þ þST20974þ þST20974þ þST20974þ þST20974þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/INewsPanelListener.javaþ þþ þþ þ0þ þ1þ þST20941þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ691þ þ209eef9ae30291b16c37eb6c4b532d29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST20974.javaþ þþ

þST20975þ þST20975þ þST20975þ þST20975þ þST20975þ þST20975þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/.svn/all-wcprop sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plai nþ þþ þ694þ þ9f1b57c763f6b414de630c16cac29e23þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20975.txtþ þTEXT\0005\ST20975.txtþ

þST20976þ þST20976þ þST20976þ þST20976þ þST20976þ þST20976þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/.svn/entriesþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/07/2011þ þ00:00:00þ þ2011-01-07T00:00:00 -05:00þ þ1294376400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ663þ þ70a8b3d72998620e5c1810915 356bec0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST20976.txtþ þTEXT\0005\ST20976.txtþ

þST20977þ þST20977þ þST20977þ þST20977þ þST20977þ þST20977þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/.svn/text-base/ IMarketNewsPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST20982þ þþ þþ þþ þþ þþ þþ þ þ þ10/05/2007þ þ00:00:00þ þ2007-10-05T00:00:00-04:00þ þ1191556800þ þIMarketNewsPan elListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ573þ þ62670a7072a4c75d8e4a27197c8e6 f42þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0009\ST20977.txtþ þTEXT\0005\ST20977.txtþ

þST20978þ þST20978þ þST20978þ þST20978þ þST20978þ þST20978þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/.svn/text-base/
MarketNewsPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST20983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þMarketNewsPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ7583þ þ5d1802042cd4
2129535edb95270c6d21þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0009\ST20978.xmlþ þþ

þST20979þ þST20979þ þST20981þ þST20979þ þST20981þ þST20979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/.svn/text-base/
MarketNewsPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST20984þ þþ þþ þþ þþ þþ þþ þþ þ07/3
0/2007þ þ00:00:00þ þ2007-07-30T00:00:00-04:00þ þ1185768000þ þMarketNewsPanel.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ6545þ þ7be4a4c2a47286cdc6adffa3a952b4b3þ þ3þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20979.tx
tþ þTEXT\0005\ST20979.txtþ

þST20982þ þST20982þ þST20982þ þST20982þ þST20982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/IMarketNewsPane
lListener.javaþ þþ þþ þ0þ þ1þ þST20977þ þþ þþ þþ þþ þþ þþ þþ þþ þIMarketNe
wsPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ573þ þ62670a7072a4c75d8e4a2719
7c8e6f42þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0009\ST20982.javaþ þþ

þST20983þ þST20983þ þST20983þ þST20983þ þST20983þ þST20983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/MarketNewsPanel
.formþ þþ þþ þ0þ þ1þ þST20978þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsPanel.fo
rmþ þ.XMLþ þapplication/xmlþ þþ þ7583þ þ5d1802042cd42129535edb95270c6d21þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20983.xml
þ þþ

þST20984þ þST20984þ þST20984þ þST20984þ þST20984þ þST20984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/mn_stream/MarketNewsPanel
.javaþ þþ þþ þ0þ þ1þ þST20979þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMarketNewsPanel.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6545þ þ7be4a4c2a47286cdc6adffa3a952b4b3þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20984
.javaþ þþ

þST20985þ þST20985þ þST20985þ þST20985þ þST20985þ þST20985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/all-wcp
ropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1263þ þc43e5dd6222c5d446350c6060c249996þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20985.t
xtþ þTEXT\0005\ST20985.txtþ

þST20986þ þST20986þ þST20987þ þST20986þ þST20986þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/entries

þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/26/2010þ þ00:00:00þ þ2010-11-26T00:00:00-05:00þ þ1290747600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1068þ þ8a54bd934a438a76abd01e5dc6ed310bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20986.txtþ þTEXT\0005\ST20986.txtþ
þST20988þ þST20988þ þST20988þ þST20988þ þST20988þ þST20988þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/text-base/INewsNotifierListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST21006þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þINewsNotifierListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ513þ þb7f5cb3f9db60d158b293c9ca10e782bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0009\ST20988.txtþ þTEXT\0005\ST20988.txtþ
þST20989þ þST20989þ þST20989þ þST20989þ þST20989þ þST20989þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/text-base/NewsNotifierPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST21007þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ13706þ þ0d712c7732d092cbdb76186d769a62ecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20989.xmlþ þþ
þST20990þ þST20990þ þST20999þ þST20990þ þST20999þ þST20990þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/text-base/NewsNotifierPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST21008þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/06/2008þ þ00:00:00þ þ2008-10-06T00:00:00-04:00þ þ1223265600þ þNewsNotifierPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ24208þ þ99b5ad1061296470da8faeb3cf7aab4dþ þ10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST20990.txtþ þTEXT\0005\ST20990.txtþ
þST21000þ þST21000þ þST21001þ þST21000þ þST21001þ þST21000þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/text-base/NewsNotifTableRow.java.svn-baseþ þþ þþ þ0þ þ1þ þST21009þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifTableRow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2241þ þ05aa5e6db6961998b85fdf7718353156þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21000.txtþ þTEXT\0005\ST21000.txtþ
þST21002þ þST21002þ þST21002þ þST21002þ þST21002þ þST21002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/text-base/PopupNotificator.form.svn-baseþ þþ þþ þ0þ þ1þ þST21010þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þPopupNotificator.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3761þ þec769cb325b4fb89dcce2e65b6c56f97þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21002.xmlþ þþ
þST21003þ þST21003þ þST21005þ þST21003þ þST21005þ þST21003þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/.svn/text-base/PopupNotificator.java.svn-baseþ þþ þþ þ0þ þ1þ þST21011þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

10/08/2008þ þ00:00:00þ þ2008-10-08T00:00:00-04:00þ þ1223438400þ þPopupNotificator.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4679þ þbcd0961c1552246be971d0836ea93280þ þ3þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21003.txtþ þTEXT\0005\ST21003.txtþ

þST21006þ þST21006þ þST21006þ þST21006þ þST21006þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/INewsNotifierListener.javaþ þþ þþ þ0þ þ1þ þST20988þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsNotifierListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ513þ þb7f5cb3f9db60d158b293c9ca10e782bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21006.javaþ þþ

þST21007þ þST21007þ þST21007þ þST21007þ þST21007þ þST21007þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel.formþ þþ þþ þ0þ þ1þ þST20989þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ13706þ þ0d712c7732d092cdbd76186d769a62ecþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21007.xmlþ þþ

þST21008þ þST21008þ þST21008þ þST21008þ þST21008þ þST21008þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifierPanel.javaþ þþ þþ þ0þ þ1þ þST20990þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifierPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ24208þ þ99b5ad1061296470da8faeb3cf7aab4dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21008.javaþ þþ

þST21009þ þST21009þ þST21009þ þST21009þ þST21009þ þST21009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/NewsNotifTableRow.javaþ þþ þþ þ0þ þ1þ þST21000þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotifTableRow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2241þ þ05aa5e6db6961998b85fdf7718353156þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21009.javaþ þþ

þST21010þ þST21010þ þST21010þ þST21010þ þST21010þ þST21010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/PopupNotificator.formþ þþ þþ þ0þ þ1þ þST21002þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupNotificator.formþ þ.XMLþ þapplication/xmlþ þþ þ3761þ þec769cb325b4fb89dcce2e65b6c56f97þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21010.xmlþ þþ

þST21011þ þST21011þ þST21011þ þST21011þ þST21011þ þST21011þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/newsnotifier/PopupNotificator.javaþ þþ þþ þ0þ þ1þ þST21003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupNotificator.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4679þ þbcd0961c1552246be971d0836ea93280þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST 21011.javaþ þþ

þST21012þ þST21012þ þST21012þ þST21012þ þST21012þ þST21012þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel.formþ þþ þþ þ0þ þ1þ þST20942þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel.formþ þ.XMLþ þapplicatio n/xmlþ þþ þ11191þ þ13ab2cf79493fa09a681ed3a8464e144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21012.xmlþ þþ

þST21013þ þST21013þ þST21013þ þST21013þ þST21013þ þST21013þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/NewsPanel.javaþ þþ þþ þ0þ þ1þ þST20943þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPanel.javaþ þ.JAVAþ þtext/x-ja va-sourceþ þþ þ30385þ þ00b8d5edbad388e5d0dcd8419b68f246þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21013.javaþ þþ

þST21014þ þST21014þ þST21014þ þST21014þ þST21014þ þST21014þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame.formþ þþ þþ þ0þ þ1þ þST20956þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame.formþ þ.XMLþ þa pplication/xmlþ þþ þ8560þ þf88040bd54fec657a49917f3604af72fþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21014.xmlþ þþ

þST21015þ þST21015þ þST21015þ þST21015þ þST21015þ þST21015þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/NewsStoryFrame.javaþ þþ þ0þ þ1þ þST20957;

ST20961þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStoryFrame.javaþ þ.JAVAþ þtext/x-j ava-sourceþ þþ þ8788þ þ24a5e5e8c33952d1bd6b9463b4d90f1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21015.javaþ þþ

þST21016þ þST21016þ þST21016þ þST21016þ þST21016þ þST21016þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ682þ þ8afa1f2da75bfc4ed09496064ccef781þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21016.txtþ þTEXT\0005\ST21016.txtþ

þST21017þ þST21017þ þST21017þ þST21017þ þST21017þ þST21017þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ01/07/2011þ þ00:00:00þ þ2011-01-07T00:00:00:00þ þ1294376400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ660þ þ21d0f63ba6b426096d5557a16a46f 924þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0009\ST21017.txtþ þTEXT\0005\ST21017.txtþ

þST21018þ þST21018þ þST21018þ þST21018þ þST21018þ þST21018þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/.svn/text-base/INe

wsSearchPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST21027þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007

-10-05T00:00:00-04:00þ þ1191556800þ þINewsSearchPanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ539þ þc7f97332d957320a648719ae692bb303þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21018.txtþ þTEXT\0005\ST21018.txtþ

þST21019þ þST21019þ þST21019þ þST21019þ þST21019þ þST21019þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/.svn/text-base/NewsSearchPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST21028þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ19000þ þ2cfaed5072a395cb6365ea150ac88cbdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21019.xmlþ þþ

þST21020þ þST21020þ þST21026þ þST21020þ þST21020þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/.svn/text-base/NewsSearchPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST21029þ þþ þþ þþ þþ þþ þ07/30/2007þ þ00:00:00þ þ2007-07-30T00:00:00-04:00þ þ1185768000þ þNewsSearchPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ17619þ þ34a2907f64ad70c473cf3e481e634f23þ þ7þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21020.txtþ þTEXT\0005\ST21020.txtþ

þST21027þ þST21027þ þST21027þ þST21027þ þST21027þ þST21027þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/INewsSearchPanelListener.javaþ þþ þþ þ0þ þ1þ þST21018þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsSearchPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ539þ þc7f97332d957320a648719ae692bb303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21027.javaþ þþ

þST21028þ þST21028þ þST21028þ þST21028þ þST21028þ þST21028þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSearchPanel.formþ þþ þþ þ0þ þ1þ þST21019þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ19000þ þ2cfaed5072a395cb6365ea150ac88cbdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21028.xmlþ þþ

þST21029þ þST21029þ þST21029þ þST21029þ þST21029þ þST21029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/search/NewsSearchPanel.javaþ þþ þþ þ0þ þ1þ þST21020þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsSearchPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ17619þ þ34a2907f64ad70c473cf3e481e634f23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21029.javaþ þþ

þST21030þ þST21030þ þST21030þ þST21030þ þST21030þ þST21030þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ682þ þf2c8cbc29d87406f505dc57e23166600þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21030.txtþ þTEXT\0005\ST21030.txtþ þST21031þ þST21031þ þST21031þ þST21031þ þST21031þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/.svn/entriesþ þþ þþþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/20/2011þ þ00:00:00þ þ2011-01-20T00:00:00-05: 00þ þ1295499600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ666þ þ1df31deefc22f5cdcdea0016d4fd7 b08þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0009\ST21031.txtþ þTEXT\0005\ST21031.txtþ þST21032þ þST21032þ þST21032þ þST21032þ þST21032þ þST21032þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/.svn/text-base/INe wsStreamPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST21044þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/05/2007þ þ00:00:00þ þ2007 -10-05T00:00:00-04:00þ þ1191556800þ þINewsStreamPanelListener.java.svn-base þ.TXTþ þtext/plainþ þþ þ540þ þbfddf5c6332c6e02b2886fbb577202feþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21032.txtþ þTEXT\0005\ST 21032.txtþ þST21033þ þST21033þ þST21033þ þST21033þ þST21033þ þST21033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/.svn/text-base/New sStreamPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST21045þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ9007þ þ2d68792d524861 9ca8d72911f67fa6b3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0009\ST21033.xmlþ þþ þST21034þ þST21034þ þST21038þ þST21034þ þST21038þ þST21034þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/.svn/text-base/New sStreamPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST21046þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/30/2 007þ þ00:00:00þ þ2007-07-30T00:00:00-04:00þ þ1185768000þ þNewsStreamPanel.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ10363þ þ82e35db7e2017a12675b75989c5195e3þ þ5þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21034.txtþ þTEXT\0005\ST21034.txtþ þST21039þ þST21039þ þST21043þ þST21039þ þST21039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/.svn/tmp/tempfile. tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/30/2007þ þ00:00:00þ þ2007 -07-30T00:00:00-04:00þ þ1185768000þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ10650þ þ6d9 cb4204017814096c6337d67a2a0a4þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21039.txtþ þTEXT\0005\ST21039.txtþ þST21044þ þST21044þ þST21044þ þST21044þ þST21044þ þST21044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/INewsStreamPanelLi
stener.javaþ þþ þþ þ0þ þ1þ þST21032þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsStreamP
anelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ540þ þbfddf5c6332c6e02b2886fbb577
202feþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0009\ST21044.javaþ þþ
þST21045þ þST21045þ þST21045þ þST21045þ þST21045þ þST21045þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/NewsStreamPanel.fo
rmþ þþ þþ þ0þ þ1þ þST21033þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel.formþ
 þ.XMLþ þapplication/xmlþ þþ þ9007þ þ2d68792d5248619ca8d72911f67fa6b3þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21045.xmlþ þþ
þST21046þ þST21046þ þST21046þ þST21046þ þST21046þ þST21046þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/stream/NewsStreamPanel.ja
vaþ þþ þþ þ0þ þ1þ þST21034þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsStreamPanel.javaþ
 þ.JAVAþ þtext/x-
java-sourceþ þþ þ10363þ þ82e35db7e2017a12675b75989c5195e3þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21046.javaþ þþ
þST21047þ þST21047þ þST21047þ þST21047þ þST21047þ þST21047þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/.svn/all-wcpropsþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ
þ659þ þ524f32d2b56dc631f3d7983e0bb24cd6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21047.txtþ þTEXT\0005\ST21047.txtþ
þST21048þ þST21048þ þST21049þ þST21048þ þST21049þ þST21048þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/.svn/entriesþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/07/2011þ þ00:00:00þ þ2011-01-07T00:00:00-05:00
þ þ1294376400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ667þ þf30ea978d8d9366ed602a448f7a9ed4
9þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0009\ST21048.txtþ þTEXT\0005\ST21048.txtþ
þST21050þ þST21050þ þST21050þ þST21050þ þST21050þ þST21050þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/.svn/text-base/NewsB
odyTextZoomer.java.svn-baseþ þþ þþ þ0þ þ1þ þST21066þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þNewsBodyTextZoomer.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ1306þ þ07066667ead8b66620e9675fc064b28cþ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21050.txtþ
þTEXT\0005\ST21050.txtþ
þST21051þ þST21051þ þST21051þ þST21051þ þST21051þ þST21051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/.svn/text-base/NewsE
ntitlements.java.svn-baseþ þþ þþ þ0þ þ1þ þST21067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þNewsEntitlements.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1086þ þ62d60bffe46d0fd41ca

06084f67499daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0009\ST21051.txtþ þTEXT\0005\ST21051.txtþ

þST21052þ þST21052þ þST21052þ þST21052þ þST21052þ þST21052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/.svn/text-base/NewsF
ormatter.java.svn-baseþ þþ þþ þ0þ þ1þ þST21068þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þN
ewsFormatter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ804þ þ039d71104af00ba5bbd4a6f137d
40644þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0009\ST21052.txtþ þTEXT\0005\ST21052.txtþ

þST21053þ þST21053þ þST21053þ þST21053þ þST21053þ þST21053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/.svn/all-wcp
ropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ884þ þ3d4ca322b10cb5ad23944a908beb1c86þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21053.tx
tþ þTEXT\0005\ST21053.txtþ

þST21054þ þST21054þ þST21055þ þST21054þ þST21054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/.svn/entries
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ01/07/2011þ þ00:00:00þ þ2011-01-07T00:00:
00-05:00þ þ1294376400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ798þ þ81c51e89a7af33094663aaa
52b20eb59þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST21054.txtþ þTEXT\0005\ST21054.txtþ

þST21056þ þST21056þ þST21056þ þST21056þ þST21056þ þST21056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/.svn/text-ba
se/INewsKeywordListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST21062þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þINewsKeywordListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ283þ þfe9d9
01a76e41f447600eb05e7f2c935þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST21056.txtþ þTEXT\0005\ST21056.txtþ

þST21057þ þST21057þ þST21057þ þST21057þ þST21057þ þST21057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/.svn/text-ba
se/NewsKeywordPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST21063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þNewsKeywordPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ5865þ þ814daa6
6a3f90d9357efc9875fe178f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0009\ST21057.xmlþ þþ

þST21058þ þST21058þ þST21060þ þST21058þ þST21058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/.svn/text-ba
se/NewsKeywordPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST21064þ þþ þþ þþ þþ þ
03/04/2009þ þ00:00:00þ þ2009-03-04T00:00:00-05:00þ þ1236142800þ þNewsKeywordPanel.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5480þ þfed5dff954df4ea8cf1649d46adc18f7þ þ3þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST210

58.txtþ þTEXT\0005\ST21058.txtþ
þST21061þ þST21061þ þST21061þ þST21061þ þST21061þ þST21061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/.svn/text-ba
se/NewsKeywordProp.java.svn-baseþ þþ þþ þ0þ þ1þ þST21065þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þNewsKeywordProp.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ334þ þcad07ca8095c6afc959978b51827c6dcþ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21061.txtþ þ
TEXT\0005\ST21061.txtþ
þST21062þ þST21062þ þST21062þ þST21062þ þST21062þ þST21062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/INewsKeyword
Listener.javaþ þþ þþ þ0þ þ1þ þST21056þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þINewsKeywo
rdListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ283þ þfe9d901a76e41f447600eb05e7f2c
935þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0009\ST21062.javaþ þþ
þST21063þ þST21063þ þST21063þ þST21063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordP
anel.formþ þþ þþ þ0þ þ1þ þST21057þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordPan
el.formþ þ.XMLþ þapplication/xmlþ þþ þ5865þ þ814daa66a3f90d9357efc9875fe178f8þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21063.xmlþ þþ
þST21064þ þST21064þ þST21064þ þST21064þ þST21064þ þST21064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordP
anel.javaþ þþ þþ þ0þ þ1þ þST21058þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordPan
el.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5480þ þfed5dff954df4ea8cf1649d46adc18f7þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST
21064.javaþ þþ
þST21065þ þST21065þ þST21065þ þST21065þ þST21065þ þST21065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/keyword/NewsKeywordP
rop.javaþ þþ þþ þ0þ þ1þ þST21061þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsKeywordProp
.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ334þ þcad07ca8095c6afc959978b51827c6dcþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST210
65.javaþ þþ
þST21066þ þST21066þ þST21066þ þST21066þ þST21066þ þST21066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/NewsBodyTextZoomer.j
avaþ þþ þþ þ0þ þ1þ þST21050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsBodyTextZoomer.j
avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1306þ þ07066667ead8b66620e9675fc064b28cþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21066.javaþ þþ

þST21067þ þST21067þ þST21067þ þST21067þ þST21067þ þST21067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/NewsEntitlements.jav
aþ þþ þþ þ0þ þ1þ þST21051þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsEntitlements.javaþ
 þ.JAVAþ þtext/x-
java-sourceþ þþ þ1086þ þ62d60bffe46d0fd41ca06084f67499daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21067.javaþ þþ
þST21068þ þST21068þ þST21068þ þST21068þ þST21068þ þST21068þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/com/equityfeed/gui/multiviewer/newsfilings/util/NewsFormatter.javaþ
þþ þþ þ0þ þ1þ þST21052þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsFormatter.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þþ þ804þ þ039d71104af00ba5bbd4a6f137d40644þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21068.javaþ þþ
þST21069þ þST21069þ þST21070þ þST21069þ þST21070þ þST21069þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ1909þ þaacdc75408814ebf8cbdaa906adca58aþ þ
2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21069.txtþ þTEXT\0005\ST21069.txtþ
þST21071þ þST21071þ þST21075þ þST21071þ þST21075þ þST21071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/12/20
11þ þ00:00:00þ þ2011-05-12T00:00:00-04:00þ þ1305172800þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ2238þ þ6189f2d75055aa35cc3d1697c403c8fbþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21071.txtþ þTEXT\0005\ST21071.txtþ
þST21076þ þST21076þ þST21077þ þST21076þ þST21077þ þST21076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/AppNewsNotificatorPreferences.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST21107þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppNewsNotificatorPreference
s.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3353þ þ6b054887d41b57f31a15f772806a73aaþ þ2þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\S
T21076.txtþ þTEXT\0005\ST21076.txtþ
þST21078þ þST21078þ þST21080þ þST21078þ þST21080þ þST21078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/DataCenterNews.java.svn-baseþ þþ þþ þ0þ þ1þ þST211
08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterNews.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ6262þ þa17cfcc8280073b1a9c0018e186a37d9þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21078.txtþ þTEXT\0005\ST21078
.txtþ
þST21081þ þST21081þ þST21083þ þST21081þ þST21083þ þST21081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/DataLoaderNF.java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þ DataLoaderNF.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4

282þ þe0f3e68f60466ecf90eda7714ee51858þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21081.txtþ þTEXT\0005\ST21081.txtþ þST21084þ þST21084þ þST21086þ þST21084þ þST21086þ þST21084þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/text-base/Input.java.svn-baseþ þþ þþ þ0þ þ1þ þST21110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/2007þ þ00:00:00þ þ2007-08-31T00:00:00-04:00þ þ1188532800þ þInput.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3719þ þ5ec81f081e3167b5684cee2010a75f11þ þ3þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21084.txtþ þTEXT\0005\ST21084.txtþ

þST21087þ þST21087þ þST21087þ þST21087þ þST21087þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/text-base/LoaderNewsProvider.java.svn-baseþ þþ þþ þ0þ þ1þ þST21111þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsProvider.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1118þ þ25c977db77072fe79e4f0858391eda8cþ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21087.txtþ þTEXT\0005\ST21087.txtþ

þST21088þ þST21088þ þST21089þ þST21088þ þST21089þ þST21088þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/text-base/LoaderNewsSearch.java.svn-baseþ þþ þþ þ0þ þ1þ þST21112þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsSearch.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2389þ þ06d1523f936fe1cbc2eaa1882473828dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21088.txtþ þTEXT\0005\ST21088.txtþ

þST21090þ þST21090þ þST21091þ þST21090þ þST21091þ þST21090þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/text-base/LoaderNewsStory.java.svn-baseþ þþ þþ þ0þ þ1þ þST21113þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsStory.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2559þ þb9b5a91084fabe8aa0c9ecd5b6c9cd2d4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21090.txtþ þTEXT\0005\ST21090.txtþ

þST21092þ þST21092þ þST21092þ þST21092þ þST21092þ þST21092þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/text-base/NewsProvider.java.svn-baseþ þþ þþ þ0þ þ1þ þST21114þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsProvider.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1663þ þ55b2409f6a0d66d59a62de018fb03c3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21092.txtþ þTEXT\0005\ST21092.txtþ

þST21093þ þST21093þ þST21093þ þST21093þ þST21093þ þST21093þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/text-base/NewsProviderManager.java.svn-baseþ þþ þþ þ0þ þ1þ þST21115þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsProviderManager.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1276þ þa6f86643c77069c2dff3a4dc993381baþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0009\ST21093.txtþ þTEXT\0005\ST21093.txtþ
þST21094þ þST21094þ þST21095þ þST21094þ þST21095þ þST21094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/NewsUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST21116þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ30
50þ þ32087226323eaf4d21e30ecec7293d91þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21094.txtþ þTEXT\0005\ST21094.txtþ
þST21096þ þST21096þ þST21096þ þST21096þ þST21096þ þST21096þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/RejectorNewsKeyword.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST21127þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorNewsKeyword.java.svn-baseþ þ.T
XTþ þtext/plainþ þþ þ1162þ þf9d3ff20529f21d6f1258c86dac6f23aþ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21096.txtþ þTEXT\0005\ST21096.txtþ
þST21097þ þST21097þ þST21097þ þST21097þ þST21097þ þST21097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/StateHandlerNF.java.svn-baseþ þþ þþ þ0þ þ1þ þST211
28þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerNF.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ1627þ þ074376b51c35595bd3c603b3dc0b523dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21097.txtþ þTEXT\0005\ST21097
.txtþ
þST21098þ þST21098þ þST21098þ þST21098þ þST21098þ þST21098þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/StreamHandlerNF.java.svn-baseþ þþ þþ þ0þ þ1þ þST21
129þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerNF.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ1557þ þ8e272e4cbf27fabe1d8b847637d28d7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21098.txtþ þTEXT\0005\ST21098.txtþ
þST21099þ þST21099þ þST21099þ þST21099þ þST21099þ þST21099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/text-base/StreamNF.java.svn-baseþ þþ þþ þ0þ þ1þ þST21130þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamNF.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ12
69þ þ39c6aa0ce17cd805047e9e6612143696þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21099.txtþ þTEXT\0005\ST21099.txtþ
þST21100þ þST21100þ þST21101þ þST21100þ þST21101þ þST21100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ1739þ þ65dab8c15adf079708e6b964e
acd757eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0009\ST21100.txtþ þTEXT\0005\ST21100.txtþ
þST21102þ þST21102þ þST21103þ þST21102þ þST21103þ þST21102þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þtempfile.3.tmpþ þ.TXTþ þtext/plainþ þþ þ2637þ þd29b07aaed38dc7f0ad413241 4b3a261þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST21102.txtþ þTEXT\0005\ST21102.txtþ

þST21104þ þST21104þ þST21104þ þST21104þ þST21104þ þST21104þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/tmp/tempfile.4.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þtempfile.4.tmpþ þ.TXTþ þtext/plainþ þþ þ1697þ þ80b100d6901c4b96bfa87eaf6 e63ba88þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST21104.txtþ þTEXT\0005\ST21104.txtþ

þST21105þ þST21105þ þST21106þ þST21105þ þST21106þ þST21105þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ2545þ þ671c44d9f27b8e259eeca5ab96660 a72þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0009\ST21105.txtþ þTEXT\0005\ST21105.txtþ

þST21107þ þST21107þ þST21107þ þST21107þ þST21107þ þST21107þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/AppNewsNotificatorPreferences.javaþ þþ þþ þ0þ þ1þ þST21076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppNewsNotificatorPreferences.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3353þ þ6b054887d41b57f31a15f772806a73aaþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21107.javaþ þþ

þST21108þ þST21108þ þST21108þ þST21108þ þST21108þ þST21108þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/DataCenterNews.javaþ þþ þþ þ0þ þ1þ þST21078þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterNews.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6262þ þa17cfcc8 280073b1a9c0018e186a37d9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21108.javaþ þþ

þST21109þ þST21109þ þST21109þ þST21109þ þST21109þ þST21109þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/DataLoaderNF.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þDataLoaderNF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4283þ þ1d6e99550719769b66 db43f22b59a41cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0009\ST21109.javaþ þþ

þST21110þ þST21110þ þST21110þ þST21110þ þST21110þ þST21110þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/Input.javaþ þþ þþ þ0þ þ1þ þST21084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þInput.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3719þ þ5ec81f081e3167b5684cee201 0a75f11þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0009\ST21110.javaþ þþ

þST21111þ þST21111þ þST21111þ þST21111þ þST21111þ þST21111þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/LoaderNewsProvider.javaþ þþ þþ þ0þ þ1þ þST21087þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsProvider.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1118þ þ

25c977db77072fe79e4f0858391eda8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21111.javaþ þþ

þST21112þ þST21112þ þST21112þ þST21112þ þST21112þ þST21112 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/LoaderNewsSearch.javaþ þþ þþ þ0þ þ1þ þST21088þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þLoaderNewsSearch.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2389þ þ06d1
523f936fe1cbc2eaa1882473828dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21112.javaþ þþ

þST21113þ þST21113þ þST21113þ þST21113þ þST21113þ þST21113 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/LoaderNewsStory.javaþ þþ þþ þ0þ þ1þ þST21090þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þLoaderNewsStory.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2559þ þ9b5a91084fabe8aa0c9ecd5b6c9cd2d4þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21113.javaþ þþ

þST21114þ þST21114þ þST21114þ þST21114þ þST21114þ þST21114 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/NewsProvider.javaþ þþ þþ þ0þ þ1þ þST21092þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þNewsProvider.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1663þ þ55b2409f6a0d
66d59a62de018f0b03c3eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0009\ST21114.javaþ þþ

þST21115þ þST21115þ þST21115þ þST21115þ þST21115þ þST21115 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/NewsProviderManager.javaþ þþ þþ þ0þ þ1þ þST21093þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þNewsProviderManager.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1276
þ þa6f86643c77069c2dff3a4dc993381baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21115.javaþ þþ

þST21116þ þST21116þ þST21116þ þST21116þ þST21116þ þST21116 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/NewsUtil.javaþ þþ þþ þ0þ þ1þ þST21094þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þNewsUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3050þ þ32087226323eaf4d21e3
0ecec7293d91þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0009\ST21116.javaþ þþ

þST21117þ þST21117þ þST21117þ þST21117þ þST21117þ þST21117 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/notificator/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ746þ þ0a9b08adeb427038a681eb66
055c54e5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0009\ST21117.txtþ þTEXT\0005\ST21117.txtþ

þST21118þ þST21118þ þST21118þ þST21118þ þST21118þ þST21118 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/notificator/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þ06/21/2010þ þ00:00:00þ þ2010-06-21T00:00:00-04:00þ þ1277092800þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ746þ þaf420eb7c666055ce345120ebd348d7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21118.txtþ þTEXT\0005\ST2 1118.txtþ

þST21119þ þST21119þ þST21119þ þST21119þ þST21119þ þST21119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/notificator/.svn/text-base/AppenderNewsNotification.java.svn-ba seþ þþ þþ þ0þ b1þ þST21123þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppenderNewsNotificat ion.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ199þ þc3d28587cc9d3ebc3ba5cac3fd8dac90þ b1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST21119.txtþ þTEXT\0005\ST21119.txtþ

þST21120þ þST21120þ þST21120þ þST21120þ þST21120þ þST21120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/notificator/.svn/text-base/CleanerNewsNotification.java.svn-bas eþ þþ þþ þ0þ b1þ þST21124þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCleanerNewsNotificatio n.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ198þ þd1becc4f4d924611ba573cd84ee5473bþ b1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST 21120.txtþ þTEXT\0005\ST21120.txtþ

þST21121þ þST21121þ þST21121þ þST21121þ þST21121þ þST21121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/notificator/.svn/text-base/LoaderNewsPendingNotifications.java. svn-baseþ þþ þþ þ0þ b1þ þST21125þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsPendi ngNotifications.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ205þ þ3189a461d2500ba172f84669 443a1245þ b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0009\ST21121.txtþ þTEXT\0005\ST21121.txtþ

þST21122þ þST21122þ þST21122þ þST21122þ þST21122þ þST21122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/notificator/.svn/text-base/NewsNotificatorManager.java.svn-base þ þþ þþ þ0þ b1þ þST21126þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotificatorManager. java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1553þ þfe0452808f5dc54da566a30b4404ff9aþ b1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2 1122.txtþ þTEXT\0005\ST21122.txtþ

þST21123þ þST21123þ þST21123þ þST21123þ þST21123þ þST21123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/notificator/AppenderNewsNotification.javaþ þþ þþ þ0þ b1þ þST21119 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAppenderNewsNotification.javaþ þ.JAVAþ þtext/ x-java-sourceþ þþ þ199þ þc3d28587cc9d3ebc3ba5cac3fd8dac90þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21123.javaþ þþ

þST21124þ þST21124þ þST21124þ þST21124þ þST21124þ þST21124þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/news/notificator/CleanerNewsNotification.javaþ þþ þþ þ0þ b1þ þST21120þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCleanerNewsNotification.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ198þ þd1becc4f4d924611ba573cd84ee5473bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21124.javaþ þþ

þST21125þ þST21125þ þST21125þ þST21125þ þST21125þ þST21125þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/notificator/LoaderNewsPendingNotifications.javaþ þþ þþ þ0þ þ1þ þS
T21121þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoaderNewsPendingNotifications.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ205þ þ3189a461d2500ba172f84669443a1245þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21125.javaþ
þþ
þST21126þ þST21126þ þST21126þ þST21126þ þST21126þ þST21126þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/notificator/NewsNotificatorManager.javaþ þþ þþ þ0þ þ1þ þST21122þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsNotificatorManager.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ1553þ þfe0452808f5dc54da566a30b4404ff9aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21126.javaþ þþ
þST21127þ þST21127þ þST21127þ þST21127þ þST21127þ þST21127þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/RejectorNewsKeyword.javaþ þþ þþ þ0þ þ1þ þST21096þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þRejectorNewsKeyword.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1162
þ þf9d3ff20529f21d6f1258c86dac6f23aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21127.javaþ þþ
þST21128þ þST21128þ þST21128þ þST21128þ þST21128þ þST21128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/StateHandlerNF.javaþ þþ þþ þ0þ þ1þ þST21097þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þStateHandlerNF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1627þ þ074376b5
1c35595bd3c603b3dc0b523dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0009\ST21128.javaþ þþ
þST21129þ þST21129þ þST21129þ þST21129þ þST21129þ þST21129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/StreamHandlerNF.javaþ þþ þþ þ0þ þ1þ þST21098þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þStreamHandlerNF.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1557þ þ8e272e4cbf27fabe1d8b847637d28d7cþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21129.javaþ þþ
þST21130þ þST21130þ þST21130þ þST21130þ þST21130þ þST21130þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/news/StreamNF.javaþ þþ þþ þ0þ þ1þ þST21099þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þStreamNF.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1269þ þ39c6aa0ce17cd805047e
9e6612143696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0009\ST21130.javaþ þþ
þST21131þ þST21131þ þST21131þ þST21131þ þST21131þ þST21131þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/news/src/tickernews/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ95þ þ132879067d3facd9a928e0afce514e77þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21131.txtþ þTEXT\0005\ST21131.txtþ
þST21132þ þST21132þ þST21132þ þST21132þ þST21132þ þST21132þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/01/2011þ þ00:00:00þ þ2011-04-01T00:00:00-04:00þ þ1301630400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ235þ þ3bed8af9d2c890962037c7bd47d6a6d7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21132.txtþ þTEXT\0005\ST21132.txtþ

þST21133þ þST21133þ þST21133þ þST21133þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ766þ þ2dedb75c5f61556a32f4031cf02df28dþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21133.txtþ þTEXT\0005\ST21133.txtþ

þST21134þ þST21134þ þST21135þ þST21134þ þST21135þ þST21134þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ04/01/2011þ þ00:00:00þ þ2011-04-01T00:00:00-04:00þ þ1301630400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ894þ þ810d35f7711b2823ca242c07637ca32dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21134.txtþ þTEXT\0005\ST21134.txtþ

þST21136þ þST21136þ þST21136þ þST21136þ þST21136þ þST21136þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/text-base/Loader.java.svn-baseþ þþ þþ þ0þ þ1þ þST21145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1899þ þ8ed298c57900a5e7c8699c1b91d7a149þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21136.txtþ þTEXT\0005\ST21136.txtþ

þST21137þ þST21137þ þST21139þ þST21137þ þST21139þ þST21137þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/text-base/TickerNewsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST21152þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerNewsController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4449þ þ80e45cee6adfe27c2732afb17b71bf23þ þ3þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21137.txtþ þTEXT\0005\ST21137.txtþ

þST21140þ þST21140þ þST21140þ þST21140þ þST21140þ þST21140þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/text-base/TM_NewsEntry.java.svn-baseþ þþ þ0þ þ1þ þST21153þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_NewsEntry.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ519þ þc6134d853925de23e9fd1c31898b9331þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21140.txtþ þTEXT\0005\ST21140.txtþ

þST21141þ þST21141þ þST21143þ þST21141þ þST21143þ þST21141þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/text-base/TM_Settings.java.svn-baseþ þþ þþ þ0þ þ

1þ þST21154þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Settings.java.svn-baseþ þ.TXTþ þ text/plainþ þþ þ4378þ þ54f211a6afdbdc9ee1234e04cb16b414þ þ3þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21141.txtþ þTEXT\0005\ST 21141.txtþ

þST21144þ þST21144þ þST21144þ þST21144þ þST21144þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þST21 155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1037þ þ465cf8254efb0ddfd2ec1c8a34fbce7eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21144.txtþ þTEXT\0005\ST21144.txtþ þST21145þ þST21145þ þST21145þ þST21145þ þST21145þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/Loader.javaþ þþ þ0þ þ0þ þ1þ þST21136þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1899þ þ8ed298c57900a 5e7c8699c1b91d7a149þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21145.javaþ þþ

þST21146þ þST21146þ þST21146þ þST21146þ þST21146þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/sort/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ403þ þ886dcb659bb0316173fa9c3cb9750ab9þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21146.tx tþ þTEXT\0005\ST21146.txtþ

þST21147þ þST21147þ þST21147þ þST21147þ þST21147þ þST21147þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/sort/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þ03/04/2011þ þ00:00:00þ þ2011-03-04T00:00:00-05:00þ þ1299214800þ þentriesþ þ.T XTþ þtext/plainþ þþ þ490þ þ5092de37884d2bd9e84c0a6f2dd5da86þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21147.txtþ þTEXT\000 5\ST21147.txtþ

þST21148þ þST21148þ þST21148þ þST21148þ þST21148þ þST21148þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/sort/.svn/text-base/NewsDateTimeSorter.java.svn-base þ þþ þþ þ0þ þ1þ þST21150þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsDateTimeSorter.java .svn-baseþ þ.TXTþ þtext/plainþ þþ þ784þ þ31a27253b8d5f85d44c409a47308f365þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21148. txtþ þTEXT\0005\ST21148.txtþ

þST21149þ þST21149þ þST21149þ þST21149þ þST21149þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/sort/.svn/text-base/NewsTimeSorter.java.svn-baseþ þþ þ0þ þ0þ þ1þ þST21151þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTimeSorter.java.svn-bas eþ þ.TXTþ þtext/plainþ þþ þ925þ þ098f990bbf9cc0892a7ff5b5a92c5660þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21149.txtþ þTEX T\0005\ST21149.txtþ

þST21150þ þST21150þ þST21150þ þST21150þ þST21150þ þST21150þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/sort/NewsDateTimeSorter.javaþ þþ þþ þ0þ þ1þ þST21148þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsDateTimeSorter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ784þ þ31a27253b8d5f85d44c409a47308f365þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21150.javaþ þþ
þST21151þ þST21151þ þST21151þ þST21151þ þST21151þ þST21151þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/sort/NewsTimeSorter.javaþ þþ þþ þ0þ þ1þ þST21149þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsTimeSorter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ925þ þ098f990bbf9cc0892a7ff5b5a92c5660þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21151.javaþ þþ
þST21152þ þST21152þ þST21152þ þST21152þ þST21152þ þST21152þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/TickerNewsController.javaþ þþ þþ þ0þ þ1þ þST21137þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerNewsController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4449þ þ80e45cee6adfe27c2732afb17b71bf23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21152.javaþ þþ
þST21153þ þST21153þ þST21153þ þST21153þ þST21153þ þST21153þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/TM_NewsEntry.javaþ þþ þþ þ0þ þ1þ þST21140þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTM_NewsEntry.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ519þ þc6134d853925de23e9fd1c31898b9331þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21153.javaþ þþ
þST21154þ þST21154þ þST21154þ þST21154þ þST21154þ þST21154þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/TM_Settings.javaþ þþ þþ þ0þ þ1þ þST21141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Settings.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4378þ þ54f211a6afdbdc9ee1234e04cb16b414þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21154.javaþ þþ
þST21155þ þST21155þ þST21155þ þST21155þ þST21155þ þST21155þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/core/Util.javaþ þþ þþ þ0þ þ1þ þST21144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1037þ þ465cf8254efb0ddfd2ec1c8a34fbce7eþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21155.javaþ þþ
þST21156þ þST21156þ þST21156þ þST21156þ þST21156þ þST21156þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ351þ þ5f2bb95997112d677c42304ae2b331d8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21156.txtþ þTEXT\0005\ST21156.txtþ
þST21157þ þST21157þ þST21158þ þST21157þ þST21158þ þST21157þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/01/2011þ þ00:00:00þ þ2011

-04-01T00:00:00-04:00þ þ1301630400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ494þ þ21e510ac2d 8deebeddd0bef38ae70bc8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21157.txtþ þTEXT\0005\ST21157.txtþ

þST21159þ þST21159þ þST21166þ þST21159þ þST21166þ þST21159þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/gui/.svn/text-base/TM_News.java.svn-baseþ þþ þþ þ0þ þ1þ þST 21168þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_News.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ15483þ þc088c5e916401bcc9bfc9e1f40e6fdfdþ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21159.txtþ þTEXT\0005\ST21159.t xtþ

þST21167þ þST21167þ þST21167þ þST21167þ þST21167þ þST21167þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/gui/.svn/text-base/TM_Panel.java.svn-baseþ þþ þþ þ0þ þ1þ þS T21169þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_Panel.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ1277þ þffc18490a83f38376ff719daf6ad9b33þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21167.txtþ þTEXT\0005\ST21167. txtþ

þST21168þ þST21168þ þST21168þ þST21168þ þST21168þ þST21168þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/gui/TM_News.javaþ þþ þþ þ0þ þ1þ þST21159þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_News.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ15483þ þc088c5e9164 01bcc9bfc9e1f40e6fdfdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0009\ST21168.javaþ þþ

þST21169þ þST21169þ þST21169þ þST21169þ þST21169þ þST21169þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/news/src/tickernews/gui/TM_Panel.javaþ þþ þþ þ0þ þ1þ þST21167þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTM_Panel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1277þ þffc18490a8 3f38376ff719daf6ad9b33þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0009\ST21169.javaþ þþ

þST21170þ þST21170þ þST21170þ þST21170þ þST21170þ þST21170þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þal l-wcpropsþ þ.TXTþ þtext/plainþ þþ þ283þ þcd7d7ead0e9ef14ee8f0c3ba3922f821þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21170. txtþ þTEXT\0005\ST21170.txtþ

þST21171þ þST21171þ þST21171þ þST21171þ þST21171þ þST21171þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST20086; ST23994; ST24100; ST24370þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þ95b1dc06f4396b718d98db8334cf8c66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21171.txtþ þTEXT\0005\ST21171.txtþ
þST21172þ þST21172þ þST21173þ þST21172þ þST21173þ þST21172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/31/2011þ þ00:
00:00þ þ2011-05-31T00:00:00-04:00þ þ1306814400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ553þ
 þ29659e1e672d160045fe86c9fb1ceb52þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21172.txtþ þTEXT\0005\ST21172.txtþ
þST21174þ þST21174þ þST21174þ þST21174þ þST21174þ þST21174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/.svn/prop-base/oclib.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;

ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;

ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;

ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þoclib.jar.svn-baseþ þ.TXTþ þtext/plain þ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21174.txtþ þTEXT\0005\ST21174.txtþ þST21175þ þST21175þ þST21175þ þST21175þ þST21175þ þST21175þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21188þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3836þ þed47e151956742411a60a5192d7dcadfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21175.xmlþ þþ

ST21176þ þST21176þ þST21176þ þST21176þ þST21176þ þST21176þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/.svn/text-base/oclib.jar.svn-baseþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þoclib.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ18591þ þ2949af6318cc4dd14966032dd7f9918eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21176.jarþ þþ

ST21177þ þST21177þ þST21177þ þST21177þ þST21177þ þST21177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ69þ þ5756d6d9638c37481d4cd03a535e7b58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21177.propertiesþ þþ

ST21178þ þST21178þ þST21178þ þST21178þ þST21178þ þST21178þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/build/classes/oclib/Loader_OC.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þLoader_OC.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2762þ þbdc9ca3f96d871e1aebb06758f37023fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21178.classþ þþ

ST21179þ þST21179þ þST21179þ þST21179þ þST21179þ þST21179þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/build/classes/oclib/Loader_OC$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OC$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1420þ þ16d51279045905b340aa972e598e3e6cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21179.classþ þþ

ST21180þ þST21180þ þST21180þ þST21180þ þST21180þ þST21180þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/build/classes/oclib/Loader_OC$OCInstrument.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OC$OCInstrument.classþ þ.CLASSþ þapplication/java-vmþ þþ þ484þ þec8f5cee323b84e6bd2923d1170b43deþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21180.classþ þþ
þST21181þ þST21181þ þST21181þ þST21181þ þST21181þ þST21181þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OCContent.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OCContent.classþ þ.CLASSþ þapplication/java-vmþ þþ þ24
88þ þ2c204413d95a5547c444576db3f8843cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21181.classþ þþ
þST21182þ þST21182þ þST21182þ þST21182þ þST21182þ þST21182þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OCContent$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OCContent$1.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1112þ þd075006e5de862252bd36d87204be02cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21182.classþ þþ
þST21183þ þST21183þ þST21183þ þST21183þ þST21183þ þST21183þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OCContent$OCContent.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OCContent$OCContent.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ459þ þf131f0265d301be461842d635ef04a21þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21183.classþ þþ
þST21184þ þST21184þ þST21184þ þST21184þ þST21184þ þST21184þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OpenClose.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OpenClose.classþ þ.CLASSþ þapplication/java-vmþ þþ þ52
50þ þf2bbc21360f339b1115b7b1a96b80e26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21184.classþ þþ
þST21185þ þST21185þ þST21185þ þST21185þ þST21185þ þST21185þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OpenClose$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OpenClose$1.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1300þ þ2d5ea41c73e57a78f81b802e200edc1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21185.classþ þþ
þST21186þ þST21186þ þST21186þ þST21186þ þST21186þ þST21186þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OpenClose$1$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OpenClose$1$1.classþ þ.CLASSþ þapplication/java-v
mþ þþ þ786þ þ25b074bcf3897532aafbf2622f31de40þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21186.classþ þþ
þST21187þ þST21187þ þST21187þ þST21187þ þST21187þ þST21187þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/oclib/build/classes/oclib/Loader_OpenClose$Values.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þLoader_OpenClose$Values.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ419þ þ5e75e4d7947946d561599cb464c6a353þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21187.classþ þþ

þST21188þ þST21188þ þST21188þ þST21188þ þST21188þ þST21188þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/build.xmlþ þþ þ0þ þ1þ þST21175þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3836þ þed47e151956742411a60a5192d7dcadfþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21188.xmlþ þþ
þST21189þ þST21189þ þST21189þ þST21189þ þST21189þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/dist/oclib.jarþ þþ þþ þ0þ þ1þ þST12549; ST21205þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þoclib.jarþ þ.JARþ þapplication/java-archiveþ þ18272þ þ067fd80d917f8500b80675564bd320aaþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21189.jarþ þþ
þST21190þ þST21190þ þST21190þ þST21190þ þST21190þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ466þ þ7b4c78bca5fba44bb448ffe9bc1da2f9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21190.txtþ þTEXT\0005\ST21190.txtþ
þST21191þ þST21191þ þST21191þ þST21191þ þST21191þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20104; ST20504; ST20760; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308; ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21191.txtþ þTEXT\0005\ST21191.txtþ
þST21192þ þST21192þ þST21193þ þST21192þ þST21193þ þST21192þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/31/2011þ þ00:00:00þ þ2011-05-31T00:00:00-04:00þ þ1306814400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ744þ þbf22bbdc17d8eaf0fdc8eaf531b5b30cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21192.txtþ þTEXT\0005\ST21192.txtþ
þST21194þ þST21194þ þST21194þ þST21194þ þST21194þ þST21194þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plainþ þ þ þ475þ þbe81b8be164fa3227baa1b563f9fb44fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21194.txtþ þTEXT\0005\ST21194.txtþ
þST21195þ þST21195þ þST21196þ þST21195þ þST21196þ þST21195þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þ

þ þ2433þ þ300d4c2763c3690c0d66527dcec5207eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21195.txtþ þTEXT\0005\ST21195.txtþ þST21197þ þST21197þ þST21197þ þST21197þ þST21197þ þST21197þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21204þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ513þ þ5778f7be4fa080fda7c5c1c232d55518þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21197.xmlþ þþ þST21198þ þST21198þ þST21198þ þST21198þ þST21198þ þST21198þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56330þ þ3d151f8a915546fc7b9d1ffbea f98224þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0009\ST21198.xmlþ þþ þST21199þ þST21199þ þST21199þ þST21199þ þST21199þ þST21199þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ65f9 63db51346b7ebe1ce804f3c521bcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21199.propertiesþ þþ þST21200þ þST21200þ þST21200þ þST21200þ þST21200þ þST21200þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þ d41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21200.propertiesþ þþ þST21201þ þST21201þ þST21201þ þST21201þ þST21201þ þST21201þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST13720; ST20040; ST20774; ST21874; ST21986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex t/x-java-propertiesþ þþ þ167þ þcff71ad810ea6c612e5d1753281be068þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21201.propertiesþ þþ þST21202þ þST21202þ þST21202þ þST21202þ þST21202þ þST21202þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ554þ þdf122befb00da9a7487c1681ac 51ae65þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0009\ST21202.xmlþ þþ þST21203þ þST21203þ þST21203þ þST21203þ þST21203þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþroject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2423þ þf176a 933203d73ff81b02f9f8aeeaf29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21203.propertiesþ þþ

þST21204þ þST21204þ þST21204þ þST21204þ þST21204þ þST21204þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST21197þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþroject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ513þ þ5778f7be4fa080fda7c5c1c232d 55518þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0009\ST21204.xmlþ þþ

þST21205þ þST21205þ þST21205þ þST21205þ þST21205þ þST21205þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/oclib.jarþ þþ þþ þ0þ þ1þ þST12549; ST21189þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþoclib.jarþ þ.JARþ þapplication/java-ar chiveþ þ18272þ þ067fd80d917f8500b80675564bd320aaþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21205.jarþ þþ

þST21206þ þST21206þ þST21206þ þST21206þ þST21206þ þST21206þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ85þ þ4f28d406ea7062b28d6cd7fbc8e6b65fþ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST212 06.txtþ þTEXT\0005\ST21206.txtþ

þST21207þ þST21207þ þST21207þ þST21207þ þST21207þ þST21207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/2011þ þ00:00:00þ þ2011-06-28T00:00:00-04:00þ þ1309233600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ 219þ þ784ea79acfb8e4990c23189342f06349þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21207.txtþ þTEXT\0005\ST21207.txtþ

þST21208þ þST21208þ þST21208þ þST21208þ þST21208þ þST21208þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ482þ þ0c4cdcc3a5de1921b388059f51cee21aþ þ1þ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 9\ST21208.txtþ þTEXT\0005\ST21208.txtþ

þST21209þ þST21209þ þST21210þ þST21209þ þST21210þ þST21209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/28/ 2011þ þ00:00:00þ þ2011-06-28T00:00:00-04:00þ þ1309233600þ þentriesþ þ.TXTþ þtext/plai nþ þþ þ692þ þ0145bb96a38e3477670c998ccf87b997þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21209.txtþ þTEXT\0005\ST21209.txtþ

þST21211þ þST21211þ þST21212þ þST21211þ þST21212þ þST21211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/.svn/text-base/Loader_OC.java.svn-baseþ þþ þþ þ0þ þ1þ þST21218þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OC.java.svn-

baseþ þ.TXTþ þtext/plainþ þþ þ2250þ þcdf0f49f9c20e52cfe267dec649f5f1þ þ2þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21211.txtþ þTEXT\0005\ST21211.txtþ

þST21213þ þST21213þ þST21214þ þST21213þ þST21214þ þST21213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/.svn/text-base/Loader_OCContent.java.svn-baseþ þþ þþ þ0þ þ1þ þST21219þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OCContent.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1968þ þ9903fefbb8afbd9684e6612785217bdaþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21213.txtþ þTEXT\0005\ST21213.txtþ

þST21215þ þST21215þ þST21217þ þST21215þ þST21217þ þST21215þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/.svn/text-base/Loader_OpenClose.java.svn-baseþ þþ þþ þ0þ þ1þ þST21220þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_OpenClose.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5293þ þc1f1023965af290efe3b7aacb17f204dþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21215.txtþ þTEXT\0005\ST21215.txtþ

þST21218þ þST21218þ þST21218þ þST21218þ þST21218þ þST21218þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/Loader_OC.javaþ þþ þþ þ0þ þ1þ þST21211þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þLoader_OC.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2250þ þcdf0f49f9c20e52cfe267dec649f5f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21218.javaþ þþ

þST21219þ þST21219þ þST21219þ þST21219þ þST21219þ þST21219þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/Loader_OCContent.javaþ þþ þþ þ0þ þ1þ þST21213þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þLoader_OCContent.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1968þ þ9903fefbb8afbd9684e6612785217bdaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21219.javaþ þþ

þST21220þ þST21220þ þST21220þ þST21220þ þST21220þ þST21220þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/oclib/src/oclib/Loader_OpenClose.javaþ þþ þþ þ0þ þ1þ þST21215þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þLoader_OpenClose.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5293þ þc1f1023965af290efe3b7aacb17f204dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21220.javaþ þþ

þST21221þ þST21221þ þST21221þ þST21221þ þST21221þ þST21221þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ273þ þ7916e13dd583bc73ce81dc444c0a882bþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21221.txtþ þTEXT\0005\ST21221.txtþ

þST21222þ þST21222þ þST21222þ þST21222þ þST21222þ þST21222þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/pad/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21843; ST22099;
ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21222.txtþ þTEXT\0005\ST21222.txtþ
þST21223þ þST21223þ þST21224þ þST21223þ þST21224þ þST21223þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/13/2011þ þ00:00
:00þ þ2011-06-13T00:00:00-04:00þ þ1307937600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ534þ þ
79c8639d50ad0a3379bc02a967ad20ffþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21223.txtþ þTEXT\0005\ST21223.txtþ
þST21225þ þST21225þ þST21225þ þST21225þ þST21225þ þST21225þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/.svn/prop-base/pad.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777;
ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263;
ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272;
ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281;
ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290;
ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299;
ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308;
ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317;
ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326;
ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335;
ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344;
ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353;
ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362;
ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371;
ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380;
ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389;
ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398;
ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617;
ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626;
ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635;
ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644;
ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653;
ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662;
ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671;
ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680;
ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689;
ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866;
ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875;
ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936;
ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961;
ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970;
ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034;
ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043;
ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052;

ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061;
ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188;
ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197;
ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206;
ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215;
ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349;
ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358;
ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433;
ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469;
ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532;
ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552;
ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595;
ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604;
ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665;
ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683;
ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731;
ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772;
ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781;
ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790;
ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799;
ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808;
ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817;
ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950;
ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959;
ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968;
ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977;
ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032;
ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061;
ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099;
ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133;
ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231;
ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269;
ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295;
ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331;
ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372;
ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407;
ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429;
ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473;
ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504;
ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538;
ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566;
ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607;
ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641;
ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676;
ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704;
ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739;
ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785;
ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794;
ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803;
ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812;

ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821;
ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913;
ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955;
ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988;
ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016;
ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054;
ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088;
ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146;
ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155;
ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194;
ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224;
ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260;
ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322;
ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367;
ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403;
ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426;
ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473;
ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501;
ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536;
ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568;
ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602;
ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638;
ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667;
ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713;
ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736;
ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776;
ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815;
ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851;
ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874;
ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921;
ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949;
ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981;
ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021;
ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057;
ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080;
ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125;
ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149;
ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185;
ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225;
ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289;
ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298;
ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307;
ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316;
ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325;
ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334;
ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343;
ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352;
ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361;
ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370;
ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379;

ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad.jar.svn-baseþ þ.TXTþ þtext/plainþ þ þ þ53þ þ113136892f2137aa0116093a524ade00þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21225.txtþ þTEXT\0005\ST21225.txtþ þST21226þ þST21226þ þST21226þ þST21226þ þST21226þ þST21226þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21443þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3792þ þ65f057cd7 ff9a831ea3845d9c60c9e98þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0009\ST21226.xmlþ þþ

ST21227þ þST21227þ þST21227þ þST21227þ þST21227þ þST21227þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/.svn/text-base/pad.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ453697þ þ7d303a536 64283d6ab425a9a16e6b4bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0009\ST21227.jarþ þþ

ST21228þ þST21228þ þST21228þ þST21228þ þST21228þ þST21228þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ67þ þe134f2122 71e91acd94b057a9f307478þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0009\ST21228.propertiesþ þþ

ST21229þ þST21229þ þST21229þ þST21229þ þST21229þ þST21229þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/AccountLogin.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAccountLogin.classþ þ.CLASSþ þapplication/java-vmþ þþ þ787þ þ9ef67ddc 46b223075c271c9a68448dfcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21229.classþ þþ

ST21230þ þST21230þ þST21230þ þST21230þ þST21230þ þST21230þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/BanckleChatMng.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þBanckleChatMng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4988þ þ0b1 a261bf5aa63c5e626bad9a79a17c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST21230.classþ þþ

ST21231þ þST21231þ þST21231þ þST21231þ þST21231þ þST21231þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/LaunchPad.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPad.classþ þ.CLASSþ þapplication/java-vmþ þþ þ535þ þ82853337 4727caafc91a385d5a57d93aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21231.classþ þþ þST21232þ þST21232þ þST21232þ þST21232þ þST21232þ þST21232þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þPadFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ31500þ þ997ee500 1ee4794ee611cb4758c44c03þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21232.classþ þþ þST21233þ þST21233þ þST21233þ þST21233þ þST21233þ þST21233þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þPadFrame$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ699þ þ27b333 d0dfa401f86dcd00c1ea26dfdbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21233.classþ þþ þST21234þ þST21234þ þST21234þ þST21234þ þST21234þ þST21234þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1082þ þ0bf e2f49fd525953c203f899937791d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST21234.classþ þþ þST21235þ þST21235þ þST21235þ þST21235þ þST21235þ þST21235þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ906þ þfdb0 f93d1adf46ba16b567167072218bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21235.classþ þþ þST21236þ þST21236þ þST21236þ þST21236þ þST21236þ þST21236þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ906þ þ98ee c835ff8815b250eefc45a7c65e6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21236.classþ þþ þST21237þ þST21237þ þST21237þ þST21237þ þST21237þ þST21237þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ907þ þ0c95 c27f64e2cc23cebc8f9d5acaea87þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21237.classþ þþ þST21238þ þST21238þ þST21238þ þST21238þ þST21238þ þST21238þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ908þ þ4805
8b648ec71813964f42e84faa3070þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21238.classþ þþ
þST21239þ þST21239þ þST21239þ þST21239þ þST21239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ905þ þ104c
def00dc9a05cb23f7d9745f3ba96þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21239.classþ þþ
þST21240þ þST21240þ þST21240þ þST21240þ þST21240þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ908þ þ13b8
794684dc47fff4271674bdc31deeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21240.classþ þþ
þST21241þ þST21241þ þST21241þ þST21241þ þST21241þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ906þ þ7618
cecab3d987c90e9801c3513b8bc3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21241.classþ þþ
þST21242þ þST21242þ þST21242þ þST21242þ þST21242þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$18.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ907þ þ4dc4
1fd43fab21669153fe4e8b84022cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21242.classþ þþ
þST21243þ þST21243þ þST21243þ þST21243þ þST21243þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$19.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ907þ þ2c1d
6f78892abeb49755bbfe89b36f88þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21243.classþ þþ
þST21244þ þST21244þ þST21244þ þST21244þ þST21244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þPadFrame$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1417þ þa714e
c0f48e0d2303e745aa2719be0f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0009\ST21244.classþ þþ
þST21245þ þST21245þ þST21245þ þST21245þ þST21245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/group/PadFrame$20.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$20.classþ þ.CLASSþ þapplication/java-vmþ þþ þ912þ þ8e00 01e914686ab5b1fea55d427c4f63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21245.classþ þþ

þST21246þ þST21246þ þST21246þ þST21246þ þST21246þ þST21246þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$21.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$21.classþ þ.CLASSþ þapplication/java-vmþ þþ þ911þ þc855 4f5d4b0ff896166ef18dd2a24401þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21246.classþ þþ

þST21247þ þST21247þ þST21247þ þST21247þ þST21247þ þST21247þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$22.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$22.classþ þ.CLASSþ þapplication/java-vmþ þþ þ909þ þ160d 8844e2c11b258cab365a771c6c69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21247.classþ þþ

þST21248þ þST21248þ þST21248þ þST21248þ þST21248þ þST21248þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$23.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$23.classþ þ.CLASSþ þapplication/java-vmþ þþ þ906þ þ0600 bae593552ea77d1cb81d91ebe59bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21248.classþ þþ

þST21249þ þST21249þ þST21249þ þST21249þ þST21249þ þST21249þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$24.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame$24.classþ þ.CLASSþ þapplication/java-vmþ þþ þ909þ þ9e5a 6215c4b5be9acf9f1f2ebf291b4bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21249.classþ þþ

þST21250þ þST21250þ þST21250þ þST21250þ þST21250þ þST21250þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1575þ þacf7a e6c9876812e4cc4c06e1bac62ccþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21250.classþ þþ

þST21251þ þST21251þ þST21251þ þST21251þ þST21251þ þST21251þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1585þ þ40568 a1deedc331acce22c34754de450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21251.classþ þþ

þST21252þ þST21252þ þST21252þ þST21252þ þST21252þ þST21252þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þPadFrame$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ713þ þ220f15

469b49012cc5278b260b3a125dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21252.classþ þþ

þST21253þ þST21253þ þST21253þ þST21253þ þST21253þ þST21253þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þPadFrame$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ828þ þ4fb437 821b5a7034f3d2e997c582cb9aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21253.classþ þþ

þST21254þ þST21254þ þST21254þ þST21254þ þST21254þ þST21254þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þPadFrame$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ744þ þb9e82d d9865cafa2c62162bbc22e8014þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21254.classþ þþ

þST21255þ þST21255þ þST21255þ þST21255þ þST21255þ þST21255þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þPadFrame$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ828þ þ696918 9fea3a8e03c0aedfc26d900c4aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21255.classþ þþ

þST21256þ þST21256þ þST21256þ þST21256þ þST21256þ þST21256þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/PadFrame$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þPadFrame$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ744þ þ0f7abd c66066f50212c28778af5eb0d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21256.classþ þþ

þST21257þ þST21257þ þST21257þ þST21257þ þST21257þ þST21257þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame.classþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ29097þ þ2e3115729694bd3301ab1a0e5730d8e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21257.classþ þþ

þST21258þ þST21258þ þST21258þ þST21258þ þST21258þ þST21258þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$1.classþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ792þ þ15dfddf7d816ca674496592bdaf35a7eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST21258.classþ þþ

þST21259þ þST21259þ þST21259þ þST21259þ þST21259þ þST21259þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$10.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$10.classþ þ.CLASSþ þapplicat

ion/java-vmþ þþ þ1141þ þd88940a40a0faade9fdb362898d6a1ceþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21259.classþ þþ þST21260þ þST21260þ þST21260þ þST21260þ þST21260þ þST21260þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$11.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$11.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ999þ þ385909ed9da298f6ebe188b0c2052a95þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21260.classþ þþ þST21261þ þST21261þ þST21261þ þST21261þ þST21261þ þST21261þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$12.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$12.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ999þ þa423a63c638033760618bf7710341e9f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21261.classþ þþ þST21262þ þST21262þ þST21262þ þST21262þ þST21262þ þST21262þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$13.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$13.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ1000þ þ690aa95c26806f95e4cde9224570ec24þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21262.classþ þþ þST21263þ þST21263þ þST21263þ þST21263þ þST21263þ þST21263þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$14.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$14.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ1001þ þ9b124474d19217aad5740521d2bc0069þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21263.classþ þþ þST21264þ þST21264þ þST21264þ þST21264þ þST21264þ þST21264þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$15.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$15.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ998þ þda6f1699a8a205d10d8df0712fc5e2cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21264.classþ þþ þST21265þ þST21265þ þST21265þ þST21265þ þST21265þ þST21265þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$16.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$16.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ1001þ þ19a4f092e6b679d985afd74997a4338cþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21265.classþ þþ þST21266þ þST21266þ þST21266þ þST21266þ þST21266þ þST21266þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$17.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$17.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ999þ þ8361c1d0eefa7c012d96a85a4f57493cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21266.classþ þþ
þST21267þ þST21267þ þST21267þ þST21267þ þST21267þ þST21267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$18.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$18.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1000þ þbf950be7438062a33d24754888786692þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21267.classþ þþ
þST21268þ þST21268þ þST21268þ þST21268þ þST21268þ þST21268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$19.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$19.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1000þ þb1519bc4ab12177b6258a913e6f59eafþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21268.classþ þþ
þST21269þ þST21269þ þST21269þ þST21269þ þST21269þ þST21269þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$2.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1527þ þa3658d75f018ab08186e23c646b772dfþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21269.classþ þþ
þST21270þ þST21270þ þST21270þ þST21270þ þST21270þ þST21270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$20.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$20.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1005þ þ6e65f2f107610c4b27968a9b246745bfþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21270.classþ þþ
þST21271þ þST21271þ þST21271þ þST21271þ þST21271þ þST21271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$21.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$21.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1004þ þdc91ef767eb9c74ad738320db0de1e56þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21271.classþ þþ
þST21272þ þST21272þ þST21272þ þST21272þ þST21272þ þST21272þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$22.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$22.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1002þ þc7e6e2342f4d8aba9e09963926235463þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21272.classþ þþ
þST21273þ þST21273þ þST21273þ þST21273þ þST21273þ þST21273þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$23.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$23.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ999þ þa225248b9426638518a148e3fce65618þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21273.classþ þþ
þST21274þ þST21274þ þST21274þ þST21274þ þST21274þ þST21274þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$24.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame$24.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1002þ þ6306c8b5f898f13213cb8ed387688dd7þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21274.classþ þþ
þST21275þ þST21275þ þST21275þ þST21275þ þST21275þ þST21275þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$3.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1719þ þ8d19b20d595e9158987ec32b155c555dþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21275.classþ þþ
þST21276þ þST21276þ þST21276þ þST21276þ þST21276þ þST21276þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$4.classþ þþ þþ þ0þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1729þ þedc3b654a724cd143441583a83932aa0þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21276.classþ þþ
þST21277þ þST21277þ þST21277þ þST21277þ þST21277þ þST21277þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$5.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ823þ þ65e53c27ad32241faa3852bf67ef3da8þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21277.classþ þþ
þST21278þ þST21278þ þST21278þ þST21278þ þST21278þ þST21278þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$6.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ938þ þ14d0aea0075e53212f56ca382d1d9699þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21278.classþ þþ
þST21279þ þST21279þ þST21279þ þST21279þ þST21279þ þST21279þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$7.classþ þþ þþ þ0þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ854þ þfeec9e71ec354212ac5f71003d9075d8þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21279.classþ þþ
þST21280þ þST21280þ þST21280þ þST21280þ þST21280þ þST21280þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$8.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ938þ þd7e7d01cde401ec705a5c774ed9ba146þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21280.classþ þþ
þST21281þ þST21281þ þST21281þ þST21281þ þST21281þ þST21281þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/pristine/PristinePadFrame$9.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame
$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ854þ þ14df3bfa076a24d4cf28f35bc734296fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21281.classþ þþ
þST21282þ þST21282þ þST21282þ þST21282þ þST21282þ þST21282þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/velez/ValesPadV.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þV, þ ValesPadV.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4205þ þf
75d61eb1a1ee7ba0067b5fc23f1ad9dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21282.classþ þþ
þST21283þ þST21283þ þST21283þ þST21283þ þST21283þ þST21283þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/velez/ValesPadV$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1072þ þ98cb6caa1f0f64a75df01e315066f97aþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21283.classþ þþ
þST21284þ þST21284þ þST21284þ þST21284þ þST21284þ þST21284þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/velez/ValesPadV$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1079þ þ215e27e2fbe415f3140fb126c70dcfbeþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21284.classþ þþ
þST21285þ þST21285þ þST21285þ þST21285þ þST21285þ þST21285þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/velez/ValesPadV$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ954þ þe4e8f341bad661831e4a878110e2bc46þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21285.classþ þþ
þST21286þ þST21286þ þST21286þ þST21286þ þST21286þ þST21286þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/group/velez/ValesPadV$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV

$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1037þ þb0d0b8763d53ae9d3ea36cb0094e5113þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21286.classþ þþ

þST21287þ þST21287þ þST21287þ þST21287þ þST21287þ þST21287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/velez/ValesPadV$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV

$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1780þ þ7b163eb18aac883ff0f90966baf25304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21287.classþ þþ

þST21288þ þST21288þ þST21288þ þST21288þ þST21288þ þST21288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/velez/ValesPadV$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV

$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1235þ þ5e5422d72fa8105d9ba4b080dcb29b0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21288.classþ þþ

þST21289þ þST21289þ þST21289þ þST21289þ þST21289þ þST21289þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/velez/ValesPadV$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV

$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ773þ þd216710e69fe5afc19c7f12717ac2f9fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST21289.classþ þþ

þST21290þ þST21290þ þST21290þ þST21290þ þST21290þ þST21290þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/velez/ValezUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þValezUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3684þ þ8 bf05ef83de391e55b05adeffb5a155bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21290.classþ þþ

þST21291þ þST21291þ þST21291þ þST21291þ þST21291þ þST21291þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/velez/ValezUtil$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValezUtil

$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1025þ þ7d7b4067ae22b1ea1b033406372c75d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21291.classþ þþ

þST21292þ þST21292þ þST21292þ þST21292þ þST21292þ þST21292þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/group/velez/ValezUtil$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValezUtil

$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1170þ þ6f50f24817ab063d38feaead93a3317cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21292.classþ þþ

þST21293þ þST21293þ þST21293þ þST21293þ þST21293þ þST21293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ29778þ þddab3112229af76a7b8ae41451997fb1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21293.classþ þþ
þST21294þ þST21294þ þST21294þ þST21294þ þST21294þ þST21294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$1.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ754þ þb7900e13633d78a3866e1f96b705eb22þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21294.classþ þþ
þST21295þ þST21295þ þST21295þ þST21295þ þST21295þ þST21295þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$10.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1015þ þ9ae5479105ac987c67b2239e7d28a3c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21295.classþ þþ
þST21296þ þST21296þ þST21296þ þST21296þ þST21296þ þST21296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$11.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$11.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ896þ þae20cc339674f883317dee7561dc6f1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21296.classþ þþ
þST21297þ þST21297þ þST21297þ þST21297þ þST21297þ þST21297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$12.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$12.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ811þ þ437d1ccba4ba631d8ed56f696e1dd261þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21297.classþ þþ
þST21298þ þST21298þ þST21298þ þST21298þ þST21298þ þST21298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$13.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$13.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ1015þ þ9621a5aaa3cec13ea90acf2b3d879003þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21298.classþ þþ
þST21299þ þST21299þ þST21299þ þST21299þ þST21299þ þST21299þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$14.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$14.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ896þ þ5e80a53749eae881dee733076c985258þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21299.classþ þþ
þST21300þ þST21300þ þST21300þ þST21300þ þST21300þ þST21300þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$15.classþ þþ þþ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ811þ þ730d450cd508d45dff68cc90b6071ccdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21300.classþ þþ þST21301þ þST21301þ þST21301þ þST21301þ þST21301þ þST21301þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1119þ þ8c49ec3ee977f068a646b89182a075faþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21301.classþ þþ þST21302þ þST21302þ þST21302þ þST21302þ þST21302þ þST21302þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1481þ þc89c7eeef441d9ee730c08cf0332b274þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21302.classþ þþ þST21303þ þST21303þ þST21303þ þST21303þ þST21303þ þST21303þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1667þ þ7cffc7b46b277104c692fb64ca29ebf5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21303.classþ þþ þST21304þ þST21304þ þST21304þ þST21304þ þST21304þ þST21304þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1657þ þb6a9df9c3330277072aaee6b2d60d9f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21304.classþ þþ þST21305þ þST21305þ þST21305þ þST21305þ þST21305þ þST21305þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ777þ þ2577c7ec7c408903f35a6f2659e961daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21305.classþ þþ þST21306þ þST21306þ þST21306þ þST21306þ þST21306þ þST21306þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1010þ þ8437e7f23d38201d15f6bbbf61eb572dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21306.classþ þþ þST21307þ þST21307þ þST21307þ þST21307þ þST21307þ þST21307þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$7.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1010þ þ1f7b056a3b0503e6627feec2ba0d1797þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21307.classþ þþ
þST21308þ þST21308þ þST21308þ þST21308þ þST21308þ þST21308þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$8.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1013þ þ5f84836179b5624bdbadd928401c3ea3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21308.classþ þþ
þST21309þ þST21309þ þST21309þ þST21309þ þST21309þ þST21309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadDinamicFrame$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame$9.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1013þ þ958648455e554a4b93338a33baa90468þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21309.classþ þþ
þST21310þ þST21310þ þST21310þ þST21310þ þST21310þ þST21310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ27532þ þ3a3
5d36de87b47ff5f751fe50f1f091aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST21310.classþ þþ
þST21311þ þST21311þ þST21311þ þST21311þ þST21311þ þST21311þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ712þ þdd2a8df219a849fbb5ed1b96460c25a4þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21311.classþ þþ
þST21312þ þST21312þ þST21312þ þST21312þ þST21312þ þST21312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1091þ
 þ7e5bbbf5bb7a03cea628698e5636e273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21312.classþ þþ
þST21313þ þST21313þ þST21313þ þST21313þ þST21313þ þST21313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ919þ
þa45328b4975183cc4d184e0e525f6890þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21313.classþ þþ
þST21314þ þST21314þ þST21314þ þST21314þ þST21314þ þST21314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ919þ
þf9644d7969ec6ac5317ce2c428887042þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21314.classþ þþ
þST21315þ þST21315þ þST21315þ þST21315þ þST21315þ þST21315þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ920þ
þ4a1e23886c3ad9e7a0bd6dcfd8fe670dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21315.classþ þþ
þST21316þ þST21316þ þST21316þ þST21316þ þST21316þ þST21316þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ921þ
þ92060f24972eaeb981bb6479b24a8a79þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21316.classþ þþ
þST21317þ þST21317þ þST21317þ þST21317þ þST21317þ þST21317þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ918þ
þ54b2636567a621629bc4cb932f951834þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21317.classþ þþ
þST21318þ þST21318þ þST21318þ þST21318þ þST21318þ þST21318þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ921þ
þ2012fa799f98dbbe1b2b43ff14e434e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21318.classþ þþ
þST21319þ þST21319þ þST21319þ þST21319þ þST21319þ þST21319þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ919þ
þ87a96cd74906d6514df7bc94270d53d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21319.classþ þþ
þST21320þ þST21320þ þST21320þ þST21320þ þST21320þ þST21320þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$18.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ920þ
þ9a56e2ce55abafb6d1e753cb9c975f94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21320.classþ þþ
þST21321þ þST21321þ þST21321þ þST21321þ þST21321þ þST21321þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/indv/IndPadFrame$19.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame$19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ920þ
þ8afce29c251645d4d939b18c174ab59cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21321.classþ þþ
þST21322þ þST21322þ þST21322þ þST21322þ þST21322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1432þ þda47af3e3da1c414bed781841a5b26d2þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21322.classþ þþ
þST21323þ þST21323þ þST21323þ þST21323þ þST21323þ þST21323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$20.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadFrame$20.classþ þ.CLASSþ þapplication/java-vmþ þþ þ925þ
þfe02345f61c6d63991ffc097617bb478þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21323.classþ þþ
þST21324þ þST21324þ þST21324þ þST21324þ þST21324þ þST21324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$21.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadFrame$21.classþ þ.CLASSþ þapplication/java-vmþ þþ þ924þ
þ7bb849d1cd30ef3e17387a1d20e165e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21324.classþ þþ
þST21325þ þST21325þ þST21325þ þST21325þ þST21325þ þST21325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$22.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadFrame$22.classþ þ.CLASSþ þapplication/java-vmþ þþ þ922þ
þd2fa7ec37d5f8489ba0f4340458d3cf8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21325.classþ þþ
þST21326þ þST21326þ þST21326þ þST21326þ þST21326þ þST21326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$23.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadFrame$23.classþ þ.CLASSþ þapplication/java-vmþ þþ þ919þ
þ29d718a0050ed15591e05caeb555f274þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21326.classþ þþ
þST21327þ þST21327þ þST21327þ þST21327þ þST21327þ þST21327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$24.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadFrame$24.classþ þ.CLASSþ þapplication/java-vmþ þþ þ922þ
þf34c1b104f5a19b2afdc8aa267c59118þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21327.classþ þþ
þST21328þ þST21328þ þST21328þ þST21328þ þST21328þ þST21328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/indv/IndPadFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1604þ þedb2264da38ac4ba0dbecb2fd19d6fd2þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21328.classþ þþ
þST21329þ þST21329þ þST21329þ þST21329þ þST21329þ þST21329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1594þ þaea5fde6237fb079e20573650005b8acþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21329.classþ þþ
þST21330þ þST21330þ þST21330þ þST21330þ þST21330þ þST21330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ728þ þ041537f6c892a81e6f76bc3e36fb5e9fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21330.classþ þþ
þST21331þ þST21331þ þST21331þ þST21331þ þST21331þ þST21331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ843þ þf3a58e48a121f158aef3bd4352d89fd1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21331.classþ þþ
þST21332þ þST21332þ þST21332þ þST21332þ þST21332þ þST21332þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ759þ þa92cb74829aea0439d1c4d662c0a12c2þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21332.classþ þþ
þST21333þ þST21333þ þST21333þ þST21333þ þST21333þ þST21333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame
$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ843þ þe2e7395fb21d9440fdecf556b539cb5dþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21333.classþ þþ
þST21334þ þST21334þ þST21334þ þST21334þ þST21334þ þST21334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadFrame$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame

$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ759þ þcd2651f9c7f62ca6cd703bdb1b797ea9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21334.classþ þþ

þST21335þ þST21335þ þST21335þ þST21335þ þST21335þ þST21335þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ23489þ þ5
9208e57c6906fefc927bbff2e291bd5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21335.classþ þþ

þST21336þ þST21336þ þST21336þ þST21336þ þST21336þ þST21336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadXFrame$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ718þ
þ21a6d774d9a9bebca98c483e7c612797þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21336.classþ þþ

þST21337þ þST21337þ þST21337þ þST21337þ þST21337þ þST21337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ852
þ þbc109c22d13748819bf7f5066f7a47506þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21337.classþ þþ

þST21338þ þST21338þ þST21338þ þST21338þ þST21338þ þST21338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ769
þ þ1d56438c2bcd495725c1b35f25920554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21338.classþ þþ

þST21339þ þST21339þ þST21339þ þST21339þ þST21339þ þST21339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ784
þ þebb08df191bad6ee143976c887176be0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21339.classþ þþ

þST21340þ þST21340þ þST21340þ þST21340þ þST21340þ þST21340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ854
þ þ77862e0e6d873d6b6ec42f0396a21d77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21340.classþ þþ

þST21341þ þST21341þ þST21341þ þST21341þ þST21341þ þST21341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ769

þ þe38c7b04a064e7a8ce4e86524f813205þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21341.classþ þþ

þST21342þ þST21342þ þST21342þ þST21342þ þST21342þ þST21342þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ922 þ b1cfe1a04045de49a0c45462bbfbb5651þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21342.classþ þþ

þST21343þ þST21343þ þST21343þ þST21343þ þST21343þ þST21343þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ922 þ b159ad5d63c3c8c1f63328faff03bbbdfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21343.classþ þþ

þST21344þ þST21344þ þST21344þ þST21344þ þST21344þ þST21344þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ109 5þ b225df761ab8e93e6a804882bd3691d38þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21344.classþ þþ

þST21345þ þST21345þ þST21345þ þST21345þ þST21345þ þST21345þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1439þ þd559d5d519dabf29c3bd13ef55358a09þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21345.classþ þþ

þST21346þ þST21346þ þST21346þ þST21346þ þST21346þ þST21346þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1613þ þc8dacadac05c4d1da3b42e4ac23e250dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21346.classþ þþ

þST21347þ þST21347þ þST21347þ þST21347þ þST21347þ þST21347þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1603þ þ2ed0e6c168fb3c8c701ac16caca42b94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21347.classþ þþ

þST21348þ þST21348þ þST21348þ þST21348þ þST21348þ þST21348þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/indv/IndPadXFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ781þ þ663a1d3a0751060d2ba508f818a238fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21348.classþ þþ
þST21349þ þST21349þ þST21349þ þST21349þ þST21349þ þST21349þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$6.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadXFrame$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ781þ
þ7f3375a4971d3431efc180143badcf99þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21349.classþ þþ
þST21350þ þST21350þ þST21350þ þST21350þ þST21350þ þST21350þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$7.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadXFrame$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ781þ
þ1b626ef2414a40b1da801e6a91dfec5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21350.classþ þþ
þST21351þ þST21351þ þST21351þ þST21351þ þST21351þ þST21351þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$8.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadXFrame$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ781þ
þb8e0ae082eb5ae563de902ef4e552b5eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21351.classþ þþ
þST21352þ þST21352þ þST21352þ þST21352þ þST21352þ þST21352þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/indv/IndPadXFrame$9.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadXFrame$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ781þ
þea06aa1aa6cfda7179cc28dc0a96dbc4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21352.classþ þþ
þST21353þ þST21353þ þST21353þ þST21353þ þST21353þ þST21353þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/LaunchPadController.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þLaunchPadController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
5302þ þ6d731545c96dd176c2f478ddd708b3baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21353.classþ þþ
þST21354þ þST21354þ þST21354þ þST21354þ þST21354þ þST21354þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/LaunchPadController$1.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þLaunchPadController$1.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ2060þ þ31f2bbdaab147649836f341a86d7e373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21354.classþ þþ
þST21355þ þST21355þ þST21355þ þST21355þ þST21355þ þST21355þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/LaunchPadController$2.classþ þþ þb0þ þ1þ þþ þþ þþ þþ þ
þ þþ þ1391þ þ85881de4f72623add8785c763c07d839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21355.classþ þþ

þST21356þ þST21356þ þST21356þ þST21356þ þST21356þ þST21356þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$3.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1239þ þa35834f88f3ead02f2bdac76b8d838e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21356.classþ þþ
þST21357þ þST21357þ þST21357þ þST21357þ þST21357þ þST21357þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$4.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1205þ þ7d087a9a86572a8475b678aed1771d2aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21357.classþ þþ
þST21358þ þST21358þ þST21358þ þST21358þ þST21358þ þST21358þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$5.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1208þ þ4c2ed4ddceb11dbd453e4aff59f4aa36þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21358.classþ þþ
þST21359þ þST21359þ þST21359þ þST21359þ þST21359þ þST21359þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$6.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1226þ þ162c3e6120a1ce40bb4a394ddbe272cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21359.classþ þþ
þST21360þ þST21360þ þST21360þ þST21360þ þST21360þ þST21360þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$7.classþ þ.CLASSþ þapplication/java-vm þ þþ þ1205þ þead7c64ff998f783971fe90b57d50a2fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21360.classþ þþ
þST21361þ þST21361þ þST21361þ þST21361þ þST21361þ þST21361þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$8.classþ þ.CLASSþ þapplication/java-vm þ þþ þ920þ þ35119a09a3d5afe40055fdc3e430b0f3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21361.classþ þþ
þST21362þ þST21362þ þST21362þ þST21362þ þST21362þ þST21362þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchPadController$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController$9.classþ þ.CLASSþ þapplication/java-vm þ þþ þ702þ þf2e62f599cfd1f11cc318fc573f5e295þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21362.classþ þþ
þST21363þ þST21363þ þST21363þ þST21363þ þST21363þ þST21363þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/LaunchpadPref.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchpadPref.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2042þ þ98e8a 438440bd35a9a113014b55cc880þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21363.classþ þþ

þST21364þ þST21364þ þST21364þ þST21364þ þST21364þ þST21364þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3729 þ b23e566dbbe85d385a9159e22bd7e87c3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21364.classþ þþ

þST21365þ þST21365þ þST21365þ þST21365þ þST21365þ þST21365þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 905þ þ9ff68642a5a7d44676ba9a10ce10da81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21365.classþ þþ

þST21366þ þST21366þ þST21366þ þST21366þ þST21366þ þST21366þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$10.classþ þ.CLASSþ þapplication/java-vmþ þ b913þ þ062d6b58f0b8fda0d717607778bcc3baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21366.classþ þþ

þST21367þ þST21367þ þST21367þ þST21367þ þST21367þ þST21367þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$11.classþ þ.CLASSþ þapplication/java-vmþ þ b912þ þad8f7c9a24adaaff4b904873b9013b01þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21367.classþ þþ

þST21368þ þST21368þ þST21368þ þST21368þ þST21368þ þST21368þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$12.classþ þ.CLASSþ þapplication/java-vmþ þ b910þ þ4ed3b8050732a162786ed2ced30f7229þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21368.classþ þþ

þST21369þ þST21369þ þST21369þ þST21369þ þST21369þ þST21369þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$13.classþ þ.CLASSþ þapplication/java-vmþ þ b907þ þ518da0165b5129bd5b062b4e21c9289fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21369.classþ þþ

þST21370þ þST21370þ þST21370þ þST21370þ þST21370þ þST21370þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$14.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ910þ þcb7d4cabb9b6e1fcd1cf9b52302f7269þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21370.classþ þþ
þST21371þ þST21371þ þST21371þ þST21371þ þST21371þ þST21371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
905þ þc67846e54a0a3c0c67117ef51e036e7fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21371.classþ þþ
þST21372þ þST21372þ þST21372þ þST21372þ þST21372þ þST21372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
906þ þ9c2812758a13ea3c34779c04ecf82418þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21372.classþ þþ
þST21373þ þST21373þ þST21373þ þST21373þ þST21373þ þST21373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
907þ þ2dc70d16f2fa2db575567b97585fe8a4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21373.classþ þþ
þST21374þ þST21374þ þST21374þ þST21374þ þST21374þ þST21374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
904þ þ71f34eeb1adc830bf9fb3dc786788dd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21374.classþ þþ
þST21375þ þST21375þ þST21375þ þST21375þ þST21375þ þST21375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
907þ þe5aadf4a9a3a4f74f82ae5c102b47eacþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21375.classþ þþ
þST21376þ þST21376þ þST21376þ þST21376þ þST21376þ þST21376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
905þ þb5662f37a5be1b30a4401bf648812387þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21376.classþ þþ
þST21377þ þST21377þ þST21377þ þST21377þ þST21377þ þST21377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$8.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 906þ þ3ebbee8741c28a98f3187d506e913ef6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21377.classþ þþ

þST21378þ þST21378þ þST21378þ þST21378þ þST21378þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/lookandfeel/LFPopupMenu$9.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 906þ þ8f052c9d8cc5f7f5a09cd872afc6a045þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21378.classþ þþ

þST21379þ þST21379þ þST21379þ þST21379þ þST21379þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/lookandfeel/LookFill.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLookFill.classþ þ.CLASSþ þapplication/java-vmþ þ þ2256þ þc57 f77fa7cb5f1f3c561909d51d2717eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST21379.classþ þþ

þST21380þ þST21380þ þST21380þ þST21380þ þST21380þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/menu/CMenu.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCMenu.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2104þ þ12b1606c6e6d77cb 086436f383ec76b3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR UEþ þNATIVES\0009\ST21380.classþ þþ

þST21381þ þST21381þ þST21381þ þST21381þ þST21381þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/menu/CMenuItem.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þCMenuItem.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2541þ þb7b34448 01ce1340efd8b40138fa2b1bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21381.classþ þþ

þST21382þ þST21382þ þST21382þ þST21382þ þST21382þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/menu/CPopupMenu.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þCPopupMenu.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1952þ þ0a437b 6cbb914a0b1e6859e65a4eee02dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21382.classþ þþ

þST21383þ þST21383þ þST21383þ þST21383þ þST21383þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/MouseDragAdapter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þMouseDragAdapter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2902þ þcc118272f28919aab5e01ecd8af643c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21383.classþ þþ

þST21384þ þST21384þ þST21384þ þST21384þ þST21384þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/MouseDragAdapter$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapter

$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ825þ þ00c8464bc351e118f1dbc0332b219e43þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST21384.classþ þþ

þST21385þ þST21385þ þST21385þ þST21385þ þST21385þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/OSUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þOSUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ866þ þ37e889b2e5f1b3dd6001 0666a8638a90þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21385.classþ þþ

þST21386þ þST21386þ þST21386þ þST21386þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/pro/ProPadFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ24909þ þ5271 9890de7c142dd79c32c5a29b2b04þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0009\ST21386.classþ þþ

þST21387þ þST21387þ þST21387þ þST21387þ þST21387þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/pro/ProPadFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þProPadFrame$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ707þ þed 3fbbac959437441b235a9506a0b396þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21387.classþ þþ

þST21388þ þST21388þ þST21388þ þST21388þ þST21388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/pro/ProPadFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þProPadFrame

$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ914þ þ3e4a2c74d28b5225821906a8c9e6c1acþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21388.classþ þþ

þST21389þ þST21389þ þST21389þ þST21389þ þST21389þ þST21389þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/pro/ProPadFrame$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þProPadFrame

$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ915þ þ34a4d85a4fdffeb98f0e186fd58d715eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21389.classþ þþ

þST21390þ þST21390þ þST21390þ þST21390þ þST21390þ þST21390þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/pro/ProPadFrame$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þProPadFrame

$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ916þ þ2eed6648b5d840235200accd99b8159dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21390.classþ þþ

þST21391þ þST21391þ þST21391þ þST21391þ þST21391þ þST21391þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ913þ þbcfcdf9a30d617e73768549186c2c63cþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21391.classþ þþ
þST21392þ þST21392þ þST21392þ þST21392þ þST21392þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ916þ þ0b190a539957aaad05ae51cd8dadac5aþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21392.classþ þþ
þST21393þ þST21393þ þST21393þ þST21393þ þST21393þ þST21393þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ914þ þ925834e1e7f496cfe80339056f207d57þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21393.classþ þþ
þST21394þ þST21394þ þST21394þ þST21394þ þST21394þ þST21394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ915þ þ2b744d6aa043cdc69cc8c1c881e10826þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21394.classþ þþ
þST21395þ þST21395þ þST21395þ þST21395þ þST21395þ þST21395þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ915þ þ448bb23382cbb9e462786f8387957ce5þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21395.classþ þþ
þST21396þ þST21396þ þST21396þ þST21396þ þST21396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$18.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ920þ þ0fb3863d57c6d7288996f4092f4c8a95þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21396.classþ þþ
þST21397þ þST21397þ þST21397þ þST21397þ þST21397þ þST21397þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/pro/ProPadFrame$19.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ919þ þ9bc10cd3bf1b516aabaa4578e4c05e99þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21397.classþ þþ
þST21398þ þST21398þ þST21398þ þST21398þ þST21398þ þST21398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þProPadFrame$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1426þ þ6
a304221705043ba64214b8dbde5abfaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21398.classþ þþ
þST21399þ þST21399þ þST21399þ þST21399þ þST21399þ þST21399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$20.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þProPadFrame
$20.classþ þ.CLASSþ þapplication/java-vmþ þþ þ917þ þcb9c4588d160c676811831b9d8886262þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21399.classþ þþ
þST21400þ þST21400þ þST21400þ þST21400þ þST21400þ þST21400þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$21.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þProPadFrame
$21.classþ þ.CLASSþ þapplication/java-vmþ þþ þ914þ þ716921a35df95c84da032295326a6b58þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21400.classþ þþ
þST21401þ þST21401þ þST21401þ þST21401þ þST21401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$22.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þProPadFrame
$22.classþ þ.CLASSþ þapplication/java-vmþ þþ þ917þ þ84e1874de8a2fcdeaa61504ad1e8d2aeþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21401.classþ þþ
þST21402þ þST21402þ þST21402þ þST21402þ þST21402þ þST21402þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þProPadFrame$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1596þ þf
8fd5b1629481e5ef8d5227645f8b076þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21402.classþ þþ
þST21403þ þST21403þ þST21403þ þST21403þ þST21403þ þST21403þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/pro/ProPadFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þProPadFrame$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1586þ þa
9455749a657bfd10d1522b8f199de37þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21403.classþ þþ

þST21404þ þST21404þ þST21404þ þST21404þ þST21404þ þST21404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/pro/ProPadFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ722þ þ24 5e4a361ec5aa7bc123f85503c0267bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21404.classþ þþ

þST21405þ þST21405þ þST21405þ þST21405þ þST21405þ þST21405þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/pro/ProPadFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ837þ þ14 92b4605bc66f8b2351626f423fd8beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21405.classþ þþ

þST21406þ þST21406þ þST21406þ þST21406þ þST21406þ þST21406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/pro/ProPadFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ753þ þb6 280db94459716159996e6156534745þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21406.classþ þþ

þST21407þ þST21407þ þST21407þ þST21407þ þST21407þ þST21407þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/pro/ProPadFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1086þ þa 17f19b68de467d899fe653f6139e133þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21407.classþ þþ

þST21408þ þST21408þ þST21408þ þST21408þ þST21408þ þST21408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/pro/ProPadFrame$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ912þ þb3 22283bc2699276194bd7cf4bb25cd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21408.classþ þþ

þST21409þ þST21409þ þST21409þ þST21409þ þST21409þ þST21409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad.classþ þ.CLASSþ þapplication/java-vmþ þþ þ16241þ þ f3bb3b501ccbff912b1d08a5e48cbc68þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21409.classþ þþ

þST21410þ þST21410þ þST21410þ þST21410þ þST21410þ þST21410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757 þ þ614e3a11a0df6d33df9882a47345d23fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21410.classþ þþ

þST21411þ þST21411þ þST21411þ þST21411þ þST21411þ þST21411þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad

$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ759þ þ5efd9c14402fee044715e8ed11cd6587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21411.classþ þþ þST21412þ þST21412þ þST21412þ þST21412þ þST21412þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad

$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ02cd35a218b3eabb8eccac52c38ee050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21412.classþ þþ þST21413þ þST21413þ þST21413þ þST21413þ þST21413þ þST21413þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad

$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ367aa0b16c8342e977720da6c0aa5b35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21413.classþ þþ þST21414þ þST21414þ þST21414þ þST21414þ þST21414þ þST21414þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad

$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ8c51fa0d5c80f33e102b7c0139674802þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21414.classþ þþ þST21415þ þST21415þ þST21415þ þST21415þ þST21415þ þST21415þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad

$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ11ee63b060520c6a9fc412b7a4bbaf27þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21415.classþ þþ þST21416þ þST21416þ þST21416þ þST21416þ þST21416þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad

$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þcb9196753061b283f4f1e661f06f3202þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21416.classþ þþ þST21417þ þST21417þ þST21417þ þST21417þ þST21417þ þST21417þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad
$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þab0c447fbc3cc050e4db3a5f5630be72þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21417.classþ þþ
þST21418þ þST21418þ þST21418þ þST21418þ þST21418þ þST21418þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/SimpleLaunchpad$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad
$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ1d7c00be752da864d1268459e5f660e9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21418.classþ þþ
þST21419þ þST21419þ þST21419þ þST21419þ þST21419þ þST21419þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/SimpleLaunchpad$18.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad
$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þa6880ca815bb995eed0e9783497821abþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21419.classþ þþ
þST21420þ þST21420þ þST21420þ þST21420þ þST21420þ þST21420þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/SimpleLaunchpad$19.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad
$19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ6aac358d9cff948d26854e22787e6a13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21420.classþ þþ
þST21421þ þST21421þ þST21421þ þST21421þ þST21421þ þST21421þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/SimpleLaunchpad$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þca1157399e3a92720cf8fa8d43b1c8bcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þNATIVES\0009\ST21421.classþ þþ
þST21422þ þST21422þ þST21422þ þST21422þ þST21422þ þST21422þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/SimpleLaunchpad$20.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad
$20.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ623f8ebd265eaa224df8bb06b73b9e50þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21422.classþ þþ
þST21423þ þST21423þ þST21423þ þST21423þ þST21423þ þST21423þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/build/classes/pad/SimpleLaunchpad$21.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad
$21.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ48a47322ba82a529c2087191e9ab6ea2þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21423.classþ þþ

þST21424þ þST21424þ þST21424þ þST21424þ þST21424þ þST21424þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$22.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $22.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þf566ac581382d7b6a441a3da63a7caf9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21424.classþ þþ

þST21425þ þST21425þ þST21425þ þST21425þ þST21425þ þST21425þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$23.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $23.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ795fe289a5856c9440450e8c3ec0db45þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21425.classþ þþ

þST21426þ þST21426þ þST21426þ þST21426þ þST21426þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$24.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $24.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ1bba8243fa16173564888ad9bd4a8030þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21426.classþ þþ

þST21427þ þST21427þ þST21427þ þST21427þ þST21427þ þST21427þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$25.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $25.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ1a27f8847118106ada5f7422fa4c6d98þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21427.classþ þþ

þST21428þ þST21428þ þST21428þ þST21428þ þST21428þ þST21428þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$26.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $26.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ27110a90ed18171cc74ad6a76d07a11cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21428.classþ þþ

þST21429þ þST21429þ þST21429þ þST21429þ þST21429þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$27.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $27.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ2043ac1b321e8d50671cab7f8e8420cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21429.classþ þþ

þST21430þ þST21430þ þST21430þ þST21430þ þST21430þ þST21430þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$28.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $28.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þff5f05e6164b6a9e890b558b94f0e19eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21430.classþ þþ

þST21431þ þST21431þ þST21431þ þST21431þ þST21431þ þST21431þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$29.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $29.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ5fc0785e060445512e421b3528da2a71þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21431.classþ þþ

þST21432þ þST21432þ þST21432þ þST21432þ þST21432þ þST21432þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757 þ þ360cca22aa6fd98686bedc7e13f96ff7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21432.classþ þþ

þST21433þ þST21433þ þST21433þ þST21433þ þST21433þ þST21433þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$30.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $30.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ5663039e7f27e893d85b0007985b2e9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21433.classþ þþ

þST21434þ þST21434þ þST21434þ þST21434þ þST21434þ þST21434þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$31.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $31.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þ67b8ffc3545c2dbebbf103da919dc7c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21434.classþ þþ

þST21435þ þST21435þ þST21435þ þST21435þ þST21435þ þST21435þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/build/classes/pad/SimpleLaunchpad$32.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad $32.classþ þ.CLASSþ þapplication/java-vmþ þþ þ760þ þe768c225eb86ed1397d6e404f800200dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21435.classþ þþ

þST21436þ þST21436þ þST21436þ þST21436þ þST21436þ þST21436þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$33.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þSimpleLaunchpad
$33.classþ þ.CLASSþ þapplication/java-vmþ þþ þ617þ þb50e1c259b272ec5f5aee78b523f76d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21436.classþ þþ
þST21437þ þST21437þ þST21437þ þST21437þ þST21437þ þST21437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þf6a625ac6585419e98e877d848e1c5dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21437.classþ þþ
þST21438þ þST21438þ þST21438þ þST21438þ þST21438þ þST21438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þe1531a8cf412ee126c9dac44b01d45a5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21438.classþ þþ
þST21439þ þST21439þ þST21439þ þST21439þ þST21439þ þST21439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þb7c2b93442d1a8d6048e4eea4c082369þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21439.classþ þþ
þST21440þ þST21440þ þST21440þ þST21440þ þST21440þ þST21440þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þ9bb026f852cd5617822a78d9c8881ca9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21440.classþ þþ
þST21441þ þST21441þ þST21441þ þST21441þ þST21441þ þST21441þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þ2dd943d126e217ae2b2f23bf2933f9caþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21441.classþ þþ
þST21442þ þST21442þ þST21442þ þST21442þ þST21442þ þST21442þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build/classes/pad/SimpleLaunchpad$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ757þ þ462113c6aa963646e3efde4330044ea9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21442.classþ þþ
þST21443þ þST21443þ þST21443þ þST21443þ þST21443þ þST21443þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/build.xmlþ þþ þþ þ0þ þ1þ þST21226þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuil
d.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3792þ þ65f057cd7ff9a831ea3845d9c60c9e98þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21443.
xmlþ þþ

þST21444þ þST21444þ þST21444þ þST21444þ þST21444þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/AbsoluteLayout.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þAbsoluteLayout.jarþ þ.JARþ þapplication/java-archiveþ þþ þ4279þ þ252c685e0b7a
3fc3fd22a3675e236f1bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0009\ST21444.jarþ þþ

þST21445þ þST21445þ þST21445þ þST21445þ þST21445þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/ccore.jarþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcc
ore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1394500þ þ403e5f6735ad559bbad8e71edcbe
ae31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21445.jarþ þþ

þST21446þ þST21446þ þST21446þ þST21446þ þST21446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þST24434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þclib.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ69517þ þe298f225bc3c1c834d855314762ddb1fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21446.jarþ þþ

þST21447þ þST21447þ þST21447þ þST21447þ þST21447þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST24436þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þgui2.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ812371þ þba1fa4230d77019aac5624cc145c4725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21447.jarþ þþ

þST21448þ þST21448þ þST21448þ þST21448þ þST21448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST12545;
ST22353þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1108930þ þ4e5726a62aba63f772c521d0139d2201þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21448.jarþ þþ

þST21449þ þST21449þ þST21449þ þST21449þ þST21449þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/layout.jarþ þþ þþ þ0þ þ1þ þST20026þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þlayout.jarþ þ.JARþ þapplication/java-archiveþ þþ þ46587þ þ846c1520a46b03c52c5af
333a8cd1840þ þþ þþ þþ þ.JARþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST21449.jarþ þþ

þST21450þ þST21450þ þST21450þ þST21450þ þST21450þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST15017; ST23080;

ST24441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ229018þ þ5104cae30b24dd47da65ee652a58700bþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21450.jarþ þþ
þST21451þ þST21451þ þST21451þ þST21451þ þST21451þ þST21451þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135; ST22142;
ST22659; ST23081; ST23686; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21451.jarþ þþ
þST21452þ þST21452þ þST21452þ þST21452þ þST21452þ þST21452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/dist/lib/watchlist.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þwatchlist.jarþ þ.JARþ þapplication/java-archiveþ þþ þ167203þ þ77bdec4b872998e752a2
b33e622667adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0009\ST21452.jarþ þþ
þST21453þ þST21453þ þST21453þ þST21453þ þST21453þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/dist/pad.jarþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpad.jarþ
þ.JARþ þapplication/java-
archiveþ þþ þ437220þ þ6e422f7f371be696bf7af81d098e035cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21453.jarþ þþ
þST21454þ þST21454þ þST21454þ þST21454þ þST21454þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREADM
E.TXTþ þ.TXTþ þtext/plainþ þþ þ1319þ þ64ecd6f546041d5f5dbb91cdf605e887þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21454.TXTþ þTEXT\0005\ST21454.txtþ
þST21455þ þST21455þ þST21455þ þST21455þ þST21455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ
þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ576þ þd19d13903aef8d1eb09de2ad375b94c6þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21455.txtþ þTEXT\0005\ST21455.txtþ
þST21456þ þST21456þ þST21456þ þST21456þ þST21456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/.svn/dir-prop-baseþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760;
ST21191; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21456.txtþ þTEXT\0005\ST21456.txtþ
þST21457þ þST21457þ þST21459þ þST21457þ þST21459þ þST21457þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/12/20 11þ þ00:00:00þ þ2011-09-12T00:00:00-04:00þ þ1315800000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ819þ þ1dcdf817ccbc763864124c24d1d144d7þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21457.txtþ þTEXT\0005\ST21457.txtþ þST21460þ þST21460þ þST21460þ þST21460þ þST21460þ þST21460þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ562 75þ þc9edb2f6f860a6fbe19ce67abea68c02þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21460.xmlþ þþ þST21461þ þST21461þ þST21461þ þST21461þ þST21461þ þST21461þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plainþ þ þ475þ þ7a07aa562cf54ea22b69185af44ae540þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21461.txtþ þTEXT\0005\ST21461.txtþ þST21462þ þST21462þ þST21463þ þST21462þ þST21463þ þST21462þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST2147 5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ5390þ þa8da9a3a0e2b4c6393deda1b60ab2d98þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21462.txtþ þTEXT\0005\ST21462. txtþ þST21464þ þST21464þ þST21464þ þST21464þ þST21464þ þST21464þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21476þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn- baseþ þ.XMLþ þapplication/xmlþ þþ þ511þ þc642ef6febfbec0cb02e72c69da6560eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21464.xm lþ þþ þST21465þ þST21465þ þST21465þ þST21465þ þST21465þ þST21465þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ615þ þ0db394c1717635d4745cd2e6c2 77acb9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21465.txtþ þTEXT\0005\ST21465.txtþ þST21466þ þST21466þ þST21466þ þST21466þ þST21466þ þST21466þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þtempfile.3.tmpþ þ.TXTþ þtext/plainþ þþ þ615þ þ35764430d2806596a7629a2dea d4df3eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21466.txtþ þTEXT\0005\ST21466.txtþ

þST21467þ þST21467þ þST21467þ þST21467þ þST21467þ þST21467þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/.svn/tmp/tempfile.4.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þtempfile.4.tmpþ þ.XMLþ þapplication/xmlþ þþ þ44039þ þ87715cabedf7deadacb
ca20269c9956bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0009\ST21467.xmlþ þþ

þST21468þ þST21468þ þST21469þ þST21468þ þST21468þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ2318þ þa58fa7b31dfdcd82163b1fede5ae3
dadþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0009\ST21468.txtþ þTEXT\0005\ST21468.txtþ

þST21470þ þST21470þ þST21470þ þST21470þ þST21470þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þbuild-
impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56324þ þc2181a686e5f2f93928432b34bc98c5eþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21
470.xmlþ þþ

þST21471þ þST21471þ þST21471þ þST21471þ þST21471þ þST21471þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ475þ þffb5a2d222533d47aade449524175d3fþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21471.propertiesþþ

þST21472þ þST21472þ þST21472þ þST21472þ þST21472þ þST21472þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd4
1d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21472.propertiesþ þþ

þST21473þ þST21473þ þST21473þ þST21473þ þST21473þ þST21473þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST12569; ST15039;
ST23106þ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þ254þ þa7e864693d74311f04d128a99ab817dcþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21473.propertiesþ
þþ

þST21474þ þST21474þ þST21474þ þST21474þ þST21474þ þST21474þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281; ST15176;
ST20041; ST21987; ST22676; ST24043; ST24165;
ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ

þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21474.xmlþ þþ

þST21475þ þST21475þ þST21475þ þST21475þ þST21475þ þST21475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/project.propertiesþ þþ þþ þþ þ0þ þ1þ þST21462þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ5390þ þ a8da9a3a0e2b4c6393deda1b60ab2d98þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21475.propertiesþ þþ

þST21476þ þST21476þ þST21476þ þST21476þ þST21476þ þST21476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/nbproject/project.xmlþ þþ þþ þþ þ0þ þ1þ þST21464þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ511þ þc642ef6febfbec0cb02e72c69da6 560eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21476.xmlþ þþ

þST21477þ þST21477þ þST21477þ þST21477þ þST21477þ þST21477þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/.svn/all-wcpropsþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ83þ þ483d866bef68409a01a2889f074e1d3dþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21477 .txtþ þTEXT\0005\ST21477.txtþ

þST21478þ þST21478þ þST21478þ þST21478þ þST21478þ þST21478þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/.svn/entriesþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2011þ þ0 0:00:00þ þ2011-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ21 2þ þ65801fdab167a9cef267f427c78738d5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21478.txtþ þTEXT\0005\ST21478.txtþ

þST21479þ þST21479þ þST21479þ þST21479þ þST21479þ þST21479þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/all-wcpropsþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ1096þ þ0dcbe5011ecb81b82679f20875553c69þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21479.t xtþ þTEXT\0005\ST21479.txtþ

þST21480þ þST21480þ þST21483þ þST21480þ þST21483þ þST21480þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2011 þ þ00:00:00þ þ2011-10-12T00:00:00-04:00þ þ1318392000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1404þ þ1033a1debee98221fc14ad239e7c3f1aþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21480.txtþ þTEXT\0005\ST21480.txtþ

þST21484þ þST21484þ þST21484þ þST21484þ þST21484þ þST21484þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/AccountLogin.java.svn-baseþ þþ þþ þ0þ þ1þ þST21524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAccountLogin.java.svn-baseþ þ.TXTþ þtext/plainþ

þþ þ1222þ þ8a4741bb9b9f91ec67abb7f15d96b556þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21484.txtþ þTEXT\0005\ST21484.txtþ þST21485þ þST21485þ þST21486þ þST21485þ þST21486þ þST21485þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/BanckleChatMng.java.svn-baseþ þþ þþ þ0þ þ1þ þST21525 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBanckleChatMng.java.svn-base þ.TXTþ þtext/pl ainþ þþ þ3893þ þb7971e6ad17939e12e2b133c74f14dd2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21485.txtþ þTEXT\0005\ST21485. txtþ

þST21487þ þST21487þ þST21492þ þST21487þ þST21492þ þST21487þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/LaunchPadController.java.svn-baseþ þþ þþ þ0þ þ1þ þST 21773þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController.java.svn-baseþ þ.TXT þ þtext/plainþ þþ þ10563þ þe0aaa4ff4eb64767f64e750bc0057b92þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21487.txtþ þTEXT\000 5\ST21487.txtþ

þST21493þ þST21493þ þST21494þ þST21493þ þST21494þ þST21493þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/LaunchpadPref.java.svn-baseþ þþ þþ þ0þ þ1þ þST21774þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchpadPref.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ1736þ þbd4ef174af80e8e58082c8024f74d8c2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21493.txtþ þTEXT \0005\ST21493.txtþ

þST21495þ þST21495þ þST21496þ þST21495þ þST21496þ þST21495þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/MouseDragAdapter.java.svn-baseþ þþ þþ þ0þ þ1þ þST217 94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapter.java.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ2385þ þ100d6bc1da4e4a5e7b088d73b295c2a3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21495.txtþ þTEXT\0005\ST21495.txtþ

þST21497þ þST21497þ þST21497þ þST21497þ þST21497þ þST21497þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/OSUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST21795þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOSUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ532þ þ19 77ada9a4603df55e94ff34b5718b63þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21497.txtþ þTEXT\0005\ST21497.txtþ

þST21498þ þST21498þ þST21498þ þST21498þ þST21498þ þST21498þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/.svn/text-base/SimpleLaunchpad.form.svn-baseþ þþ þþ þ0þ þ1þ þST2183 8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSimpleLaunchpad.form.svn-baseþ þ.XMLþ þappli cation/xmlþ þþ þ19355þ þ3815c3b1ec20780460ee709b6914fdbeþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21498.xmlþ þþ þST21499þ þST21499þ þST21508þ þST21499þ þST21508þ þST21499þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/.svn/text-base/SimpleLaunchpad.java.svn-baseþ þþ þþ þ0þ þ1þ þST2183
9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/07/2009þ þ00:00:00þ þ2009-05-07T00:00:00-04:00þ þ124
1668800þ þSimpleLaunchpad.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ24423þ þf7c59481a4a6
15093491b7b00e515bbcþ þ10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFA
LSEþ þTRUEþ þNATIVES\0009\ST21499.txtþ þTEXT\0005\ST21499.txtþ
þST21509þ þST21509þ þST21516þ þST21509þ þST21516þ þST21509þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ14849þ þba8ff441af3f2f89c1aa9fe325
4b5f64þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0009\ST21509.txtþ þTEXT\0005\ST21509.txtþ
þST21517þ þST21517þ þST21523þ þST21517þ þST21523þ þST21517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ13596þ þab3bb43da881da7c95188a435df9c8
23þ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21517.txtþ þTEXT\0005\ST21517.txtþ
þST21524þ þST21524þ þST21524þ þST21524þ þST21524þ þST21524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/AccountLogin.javaþ þþ þþ þ0þ þ1þ þST21484þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þAccountLogin.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1222þ þ8a4741bb9b9f91ec67abb7f15d96b556þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21524.javaþ þþ
þST21525þ þST21525þ þST21525þ þST21525þ þST21525þ þST21525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/BanckleChatMng.javaþ þþ þþ þ0þ þ1þ þST21485þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þBanckleChatMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3893þ þb7971e6ad1
7939e12e2b133c74f14dd2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0009\ST21525.javaþ þþ
þST21526þ þST21526þ þST21526þ þST21526þ þST21526þ þST21526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/group/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ458þ þ1753036873bf042a72ed548032dc95f8
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
009\ST21526.txtþ þTEXT\0005\ST21526.txtþ
þST21527þ þST21527þ þST21528þ þST21527þ þST21528þ þST21527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/group/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/1
2/2011þ þ00:00:00þ þ2011-09-12T00:00:00-04:00þ þ1315800000þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ648þ þ0a638a2ff234b6e8465cfae55a3fb1ffþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21527.txtþ þTEXT\0005\ST21527.t
xtþ
þST21529þ þST21529þ þST21529þ þST21529þ þST21529þ þST21529þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/.svn/text-base/LaunchPad.java.svn-baseþ þþ þþ þ0þ þ1þ þST2158 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPad.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ467þ þ36c5bff4d95415c2f521d6b95320cd40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21529.txtþ þTEXT\0005\ST21529.txtþ þST21530þ þST21530þ þST21530þ þST21530þ þST21530þ þST21530þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/.svn/text-base/PadFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST21582 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame.form.svn-base þ þ.XMLþ þapplication/x mlþ þþ þ47745þ þ8a4c0190c9bf8237404f94c28de7f19fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21530.xmlþ þþ þST21531þ þST21531þ þST21555þ þST21531þ þST21555þ þST21531þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/.svn/text-base/PadFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST21583 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ1279 080000þ þPadFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ59975þ þ35af9203039d28651605 fdc3fda4a51fþ þ25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0009\ST21531.txtþ þTEXT\0005\ST21531.txtþ þST21556þ þST21556þ þST21580þ þST21556þ þST21580þ þST21556þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/.svn/tmp/PadFrame.java.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ1279080000þ þPadFrame. java.tmpþ þ.TXTþ þtext/plainþ þþ þ61130þ þ17ec5dd915321146a77f62e14f098698þ þ25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2155 6.txtþ þTEXT\0005\ST21556.txtþ þST21581þ þST21581þ þST21581þ þST21581þ þST21581þ þST21581þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/LaunchPad.javaþ þþ þþ þ0þ þ1þ þST21529þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þLaunchPad.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ467þ þ36c5bff4d95415c 2f521d6b95320cd40þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0009\ST21581.javaþ þþ þST21582þ þST21582þ þST21582þ þST21582þ þST21582þ þST21582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/PadFrame.formþ þþ þþ þ0þ þ1þ þST21530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ47745þ þ8a4c0190c9bf8237404 f94c28de7f19fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21582.xmlþ þþ þST21583þ þST21583þ þST21583þ þST21583þ þST21583þ þST21583þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/PadFrame.javaþ þþ þþ þ0þ þ1þ þST21531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPadFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ59975þ þ35af9203039d286 51605fdc3fda4a51fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0009\ST21583.javaþ þþ

þST21584þ þST21584þ þST21584þ þST21584þ þST21584þ þST21584þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ394þ þ4893c43d1ae96ab1a6426f1 09593d69cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0009\ST21584.txtþ þTEXT\0005\ST21584.txtþ

þST21585þ þST21585þ þST21586þ þST21585þ þST21586þ þST21586þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/12/2011þ þ00:00:00þ þ2011-09-12T00:00:00-04:00þ þ1315800000þ þentriesþ þ.TXTþ þtext/plainþ þ547þ þ9f49779e05c76f1d6b5a2593b64e2e71þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21585.txtþ þTEXT\0005\ST 21585.txtþ

þST21587þ þST21587þ þST21587þ þST21587þ þST21587þ þST21587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/.svn/text-base/PristinePadFrame.form.svn-baseþ þþ þ þ0þ þ1þ þST21631þ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame.form.svn-ba seþ þ.XMLþ þapplication/xmlþ þþ þ41336þ þa7fef69239addd92ef9962b8194056b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21587.xm lþ þþ

þST21588þ þST21588þ þST21608þ þST21588þ þST21608þ þST21588þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/.svn/text-base/PristinePadFrame.java.svn-baseþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04 :00þ þ1279080000þ þPristinePadFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ51200þ þc37 40dc9d7bbf82fdf9910b32bdd9878þ þ21þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21588.txtþ þTEXT\0005\ST21588.txtþ

þST21609þ þST21609þ þST21630þ þST21609þ þST21630þ þST21609þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/.svn/tmp/PristinePadFrame.java.tmpþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010 -07-14T00:00:00-04:00þ þ1279080000þ þPristinePadFrame.java.tmpþ þ.TXTþ þtext/plainþ þ þ52984þ þcb6e3ec59dce668b5f2e1a7566fc858aþ þ22þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21609.txtþ þTEXT\0005\ST21609.txtþ

þST21631þ þST21631þ þST21631þ þST21631þ þST21631þ þST21631þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/PristinePadFrame.formþ þþ þþ þ0þ þ1þ þST21587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ4 1336þ þa7fef69239addd92ef9962b8194056b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21631.xmlþ þþ

þST21632þ þST21632þ þST21632þ þST21632þ þST21632þ þST21632þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/pristine/PristinePadFrame.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þPristinePadFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ51216 þ þ5fb6d468b959751bcf4ff19fd910a19fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21632.javaþ þþ

þST21633þ þST21633þ þST21633þ þST21633þ þST21633þ þST21633þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/velez/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ357þ þ9032029a583cc3f61c44ef8cf5 7b5680þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21633.txtþ þTEXT\0005\ST21633.txtþ

þST21634þ þST21634þ þST21635þ þST21634þ þST21635þ þST21634þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/velez/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/03/2011þ þ00:00:00þ þ2011 -05-03T00:00:00-04:00þ þ1304395200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ496þ þ01973b1108 6082c357b3a41458a08c55þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21634.txtþ þTEXT\0005\ST21634.txtþ

þST21636þ þST21636þ þST21639þ þST21636þ þST21639þ þST21636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/velez/.svn/text-base/ValesPadV.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST21642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ7395þ þ78ea429af0c767127da50b737028ec1aþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21636.txtþ þTEXT\0005\ST21636 .txtþ

þST21640þ þST21640þ þST21641þ þST21640þ þST21641þ þST21640þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/velez/.svn/text-base/ValezUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þ ST21643þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValezUtil.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ4474þ þb49d3d6cdb61958982a16a41da8f0d03þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21640.txtþ þTEXT\0005\ST21640 .txtþ

þST21642þ þST21642þ þST21642þ þST21642þ þST21642þ þST21642þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/velez/ValesPadV.javaþ þþ þþ þ0þ þ1þ þST21636þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValesPadV.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7395þ þ78ea429a f0c767127da50b737028ec1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21642.javaþ þþ

þST21643þ þST21643þ þST21643þ þST21643þ þST21643þ þST21643þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/group/velez/ValezUtil.javaþ þþ þþ þ0þ þ1þ þST21640þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValezUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4474þ þb49d3d6c db61958982a16a41da8f0d03þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST21643.javaþ þþ

þST21644þ þST21644þ þST21644þ þST21644þ þST21644þ þST21644þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ880þ þa41ed0b91efccbe561282c34cc64ea77þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21644.tx
tþ þTEXT\0005\ST21644.txtþ
þST21645þ þST21645þ þST21648þ þST21645þ þST21648þ þST21645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/entriesþþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/12
/2011þ þ00:00:00þ þ2011-09-12T00:00:00-04:00þ þ1315800000þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ1169þ þ058d2377726dd41febc26d836949f74cþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21645.txtþ þTEXT\0005\ST21645.t
xtþ
þST21649þ þST21649þ þST21649þ þST21649þ þST21649þ þST21649þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/text-base/IndPadDinamicFrame.form.svn-baseþ þþ þþ þ0þ þ1
þ þST21767þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame.form.svn-baseþ þ
.XMLþ þapplication/xmlþ þþ þ51534þ þc3f1ea80c50547f4eac3f825919fc208þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21649.xmlþ þþ
þ þST21650þ þST21650þ þST21670þ þST21650þ þST21670þ þST21650þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/text-base/IndPadDinamicFrame.java.svn-baseþ þþ þþ þ0þ þ1
þ þST21768þ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04
:00þ þ1279080000þ þIndPadDinamicFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þ56270þ þ3
429eb683af393d4983aace2f6e02cd9þ þ21þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þTRUEþ þNATIVES\0009\ST21650.txtþ þTEXT\0005\ST21650.txtþ
þST21671þ þST21671þ þST21671þ þST21671þ þST21671þ þST21671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/text-base/IndPadFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST217
69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame.form.svn-baseþ þ.XMLþ þapplicat
ion/xmlþ þþ þ48054þ þ207fc027df969169bb7a2561bdc4c5deþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21671.xmlþ þþ
þST21672þ þST21672þ þST21691þ þST21672þ þST21691þ þST21672þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/text-base/IndPadFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST217
70þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ12
79080000þ þIndPadFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53609þ þ1e835d6d965000e
773319198291ec0a8þ þ20þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE
þ þTRUEþ þNATIVES\0009\ST21672.txtþ þTEXT\0005\ST21672.txtþ
þST21692þ þST21692þ þST21692þ þST21692þ þST21692þ þST21692þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/text-base/IndPadXFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST21
771þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadXFrame.form.svn-baseþ þ.XMLþ þapplic
ation/xmlþ þþ þ38444þ þb78a2dc61f2a6fdd26e916287b64b7e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21692.xmlþ þþ
þST21693þ þST21693þ þST21707þ þST21693þ þST21707þ þST21693þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/text-base/IndPadXFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST21
772þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ1
279080000þ þIndPadXFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ41037þ þ75fc143178a8a
4106bacd43fef2dbd8bþ þ15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0009\ST21693.txtþ þTEXT\0005\ST21693.txtþ
þST21708þ þST21708þ þST21729þ þST21708þ þST21729þ þST21708þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/tmp/IndPadDinamicFrame.java.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ1279080000þ þI
ndPadDinamicFrame.java.tmpþ þ.TXTþ þtext/plainþ þþ þ58371þ þc4508afee0dac7778b4b25436
d839e3aþ þ22þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0009\ST21708.txtþ þTEXT\0005\ST21708.txtþ
þST21730þ þST21730þ þST21750þ þST21730þ þST21750þ þST21730þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/tmp/IndPadFrame.java.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010
-07-14T00:00:00-04:00þ þ1279080000þ þIndPadFrame.java.tmpþ þ.TXTþ þtext/plainþ þþ þ55
728þ þ68fdbd1553e4841ab34ff54d944ff1abþ þ21þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21730.txtþ þTEXT\0005\ST21730.txtþ
þST21751þ þST21751þ þST21766þ þST21751þ þST21766þ þST21751þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/.svn/tmp/IndPadXFrame.java.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ1279080000þ þIndPadX
Frame.java.tmpþ þ.TXTþ þtext/plainþ þþ þ43232þ þ06ebce3d488bd9f22263057d1b647d67þ þ16
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\
ST21751.txtþ þTEXT\0005\ST21751.txtþ
þST21767þ þST21767þ þST21767þ þST21767þ þST21767þ þST21767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/IndPadDinamicFrame.formþ þþ þþ þ0þ þ1þ þST21649þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ51534þ þ
c3f1ea80c50547f4eac3f825919fc208þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21767.xmlþ þþ
þST21768þ þST21768þ þST21768þ þST21768þ þST21768þ þST21768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pad/src/pad/indv/IndPadDinamicFrame.javaþ þþ þþ þ0þ þ1þ þST21650þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þIndPadDinamicFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5627
0þ þ3429eb683af393d4983aace2f6e02cd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21768.javaþ þþ
þST21769þ þST21769þ þST21769þ þST21769þ þST21769þ þST21769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/indv/IndPadFrame.formþ þþ þþ þ0þ þ1þ þST21671þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ48054þ þ207fc027df9691 69bb7a2561bdc4c5deþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0009\ST21769.xmlþ þþ

þST21770þ þST21770þ þST21770þ þST21770þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/indv/IndPadFrame.javaþ þþ þ0þ þ0þ þ1þ þST21672þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIndPadFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ53609þ þ1e835d6d96 5000e773319198291ec0a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0009\ST21770.javaþ þþ

þST21771þ þST21771þ þST21771þ þST21771þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/indv/IndPadXFrame.formþ þþ þ0þ þ0þ þ1þ þST21692þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þIndPadXFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ38444þ þb78a2dc61f2a 6fdd26e916287b64b7e5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0009\ST21771.xmlþ þþ

þST21772þ þST21772þ þST21772þ þST21772þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/indv/IndPadXFrame.javaþ þþ þ0þ þ0þ þ1þ þST21693þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þIndPadXFrame.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ41037þ þ75fc143178a8a4106bacd43fef2dbd8bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21772.javaþ þþ

þST21773þ þST21773þ þST21773þ þST21773þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/LaunchPadController.javaþ þþ þ0þ þ0þ þ1þ þST21487þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLaunchPadController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ10563þ þe0aaa4ff4eb64767f64e750bc0057b92þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21773.javaþ þþ

þST21774þ þST21774þ þST21774þ þST21774þ þST21774þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/LaunchpadPref.javaþ þþ þ0þ þ0þ þ1þ þST21493þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þLaunchpadPref.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1736þ þbd4ef174af80 e8e58082c8024f74d8c2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0009\ST21774.javaþ þþ

þST21775þ þST21775þ þST21775þ þST21775þ þST21775þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/lookandfeel/all-wcpropsþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ359þ þc68866cc00dcf1f2657a6cdffe 5833bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21775.txtþ þTEXT\0005\ST21775.txtþ

þST21776þ þST21776þ þST21777þ þST21776þ þST21777þ þST21776þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/lookandfeel/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þ05/31/2011þ þ00:00:00þ þ2011

-05-31T00:00:00-04:00þ þ1306814400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ497þ þ43fb67c050
6d3bd0a76bcbdb761004f1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0009\ST21776.txtþ þTEXT\0005\ST21776.txtþ

þST21778þ þST21781þ þST21778þ þST21781þ þST21778þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/lookandfeel/.svn/text-base/LFPopupMenu.java.svn-baseþ þþ þþ þ0þ þ1
þ þST21783þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ6918þ þd1e1fad8aefe835fd0659ac9e22647c6þ þ4þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21778.txtþ þTEXT\0005\ST2
1778.txtþ

þST21782þ þST21782þ þST21782þ þST21782þ þST21782þ þST21782þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/lookandfeel/.svn/text-base/LookFill.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T21784þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLookFill.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ1517þ þ287850c08607eecceacab7111351643fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21782.txtþ þTEXT\0005\ST21782.
txtþ

þST21783þ þST21783þ þST21783þ þST21783þ þST21783þ þST21783þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/lookandfeel/LFPopupMenu.javaþ þþ þþ þ0þ þ1þ þST21778þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þLFPopupMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6918þ þd1e1
fad8aefe835fd0659ac9e22647c6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST21783.javaþ þþ

þST21784þ þST21784þ þST21784þ þST21784þ þST21784þ þST21784þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/lookandfeel/LookFill.javaþ þþ þþ þ0þ þ1þ þST21782þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þLookFill.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1517þ þ287850c086
07eecceacab7111351643fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0009\ST21784.javaþ þþ

þST21785þ þST21785þ þST21785þ þST21785þ þST21785þ þST21785þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/menu/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ451þ þc3315e83b208e844b6289688c690e8d2þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21785.tx
tþ þTEXT\0005\ST21785.txtþ

þST21786þ þST21786þ þST21786þ þST21786þ þST21786þ þST21786þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/pad/src/pad/menu/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/08
/2010þ þ00:00:00þ þ2010-10-08T00:00:00-04:00þ þ1286510400þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ588þ þ60bb98ceba1d17a964ad96917b23a5efþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21786.txtþ þTEXT
\0005\ST21786.txtþ

þST21787þ þST21787þ þST21787þ þST21787þ þST21787þ þST21787þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/menu/.svn/text-base/CMenu.java.svn-baseþ þþ þþ þ0þ þ1þ þST21791þ þþ þþ þþ þþ þþ þþ þþ þþ þCMenu.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1231þ þ28539afda1bbdfcc641a6b243f519e66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21787.txtþ þTEXT\0005\ST21787.txtþ þST21788þ þST21788þ þST21789þ þST21788þ þST21789þ þST21788þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/menu/.svn/text-base/CMenuItem.java.svn-baseþ þþ þþ þ0þ þ1þ þST21792 þ þþ þþ þþ þþ þþ þþ þþ þþ þCMenuItem.java.svn-baseþ þ.TXTþ þtext/plainþ þ þ þ3152þ þ747520b6fd962b88f5ad7ded28fa4d4fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21788.txtþ þTEXT\0005\ST21788.txtþ þST21790þ þST21790þ þST21790þ þST21790þ þST21790þ þST21790þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/menu/.svn/text-base/CPopupMenu.java.svn-baseþ þþ þþ þ0þ þ1þ þST2179 3þ þþ þþ þþ þþ þþ þþ þþ þþ þCPopupMenu.java.svn-baseþ þ.TXTþ þtext/plain þ þþ þ1276þ þ12f72781ab10d316a130cd52fe740b57þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21790.txtþ þTEXT\0005\ST21790.txtþ þST21791þ þST21791þ þST21791þ þST21791þ þST21791þ þST21791þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/menu/CMenu.javaþ þþ þþ þ0þ þ1þ þST21787 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þCMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þ þ1231þ þ28539afda1bbdfcc641a6b2 43f519e66þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST21791.javaþ þþ þST21792þ þST21792þ þST21792þ þST21792þ þST21792þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/menu/CMenuItem.javaþ þþ þþ þ0þ þ1þ þST21788 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCMenuItem.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3152þ þ747520b6fd962b8 8f5ad7ded28fa4d4fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0009\ST21792.javaþ þþ þST21793þ þST21793þ þST21793þ þST21793þ þST21793þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/menu/CPopupMenu.javaþ þþ þþ þ0þ þ1þ þST21790þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þCPopupMenu.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1276þ þ12f72781ab10d 316a130cd52fe740b57þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21793.javaþ þþ þST21794þ þST21794þ þST21794þ þST21794þ þST21794þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/MouseDragAdapter.javaþ þþ þþ þ0þ þ1þ þST21495þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMouseDragAdapter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2385þ þ100d6b c1da4e4a5e7b088d73b295c2a3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21794.javaþ þþ þST21795þ þST21795þ þST21795þ þST21795þ þST21795þ þST21795þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/OSUtil.javaþ þþ þþ þ0þ þ1þ þST21497þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þOSUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ532þ þ1977ada9a4603df55e94ff34b57 18d63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0009\ST21795.javaþ þþ

þST21796þ þST21796þ þST21796þ þST21796þ þST21796þ þST21796þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ341þ þca56362e9be3b276d1d3d7c9350e9d45þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\000 9\ST21796.txtþ þTEXT\0005\ST21796.txtþ

þST21797þ þST21797þ þST21798þ þST21797þ þST21798þ þST21797þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/ 2011þ þ00:00:00þ þ2011-08-31T00:00:00-04:00þ þ1314763200þ þentriesþ þ.TXTþ þtext/plai nþ þþ þ499þ þ916d4622d5a08fd7694e17803cf20481þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21797.txtþ þTEXT\0005\ST21797.txtþ þST21799þ þST21799þ þST21799þ þST21799þ þST21799þ þST21799þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/.svn/text-base/ProPadFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST2183 6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProPadFrame.form.svn-baseþ þ.XMLþ þapplicati on/xmlþ þþ þ44355þ þb664469677e4a26b94ecb356bc934f8fbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21799.xmlþ þþ

þST21800þ þST21800þ þST21817þ þST21800þ þST21817þ þST21800þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/.svn/text-base/ProPadFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST2183 7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þ127 9080000þ þProPadFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ48675þ þd1c331f6f46c1686 fd189222f08276c9þ þ18þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þTRUEþ þNATIVES\0009\ST21800.txtþ þTEXT\0005\ST21800.txtþ

þST21818þ þST21818þ þST21835þ þST21818þ þST21835þ þST21818þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/.svn/tmp/ProPadFrame.java.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/14/2010þ þ00:00:00þ þ2010-07-14T00:00:00-04:00þ þProPadFr ame.java.tmpþ þ.TXTþ þtext/plainþ þþ þ49355þ þb3b5d17cc03b980c1e594cfbd9bd5a9cþ þ18þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST 21818.txtþ þTEXT\0005\ST21818.txtþ

þST21836þ þST21836þ þST21836þ þST21836þ þST21836þ þST21836þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/ProPadFrame.formþ þþ þþ þ0þ þ1þ þST21799þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þProPadFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ44355þ þb664469677e4a26b 94ecb356bc934f8fbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0009\ST21836.xmlþ þþ

þST21837þ þST21837þ þST21837þ þST21837þ þST21837þ þST21837þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/pro/ProPadFrame.javaþ þþ þþ þ0þ þ1þ þST21800þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þProPadFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ48675þ þd1c331f6f46 c1686fd189222f08276c9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0009\ST21837.javaþ þþ

þST21838þ þST21838þ þST21838þ þST21838þ þST21838þ þST21838þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/SimpleLaunchpad.formþ þþ þþ þ0þ þ1þ þST21498þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þSimpleLaunchpad.formþ þ.XMLþ þapplication/xmlþ þþ þ19355þ þ3815c3b1ec2 0780460ee709b6914fdbeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0009\ST21838.xmlþ þþ

þST21839þ þST21839þ þST21839þ þST21839þ þST21839þ þST21839þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/src/pad/SimpleLaunchpad.javaþ þþ þþ þ0þ þ1þ þST21499þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þSimpleLaunchpad.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ24423þ þf7c5948 1a4a615093491b7b00e515bbcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0009\ST21839.javaþ þþ

þST21840þ þST21840þ þST21840þ þST21840þ þST21840þ þST21840þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ83þ þ2130de98d4d0f09bd4786a86937c7f9eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2184 0.txtþ þTEXT\0005\ST21840.txtþ

þST21841þ þST21841þ þST21841þ þST21841þ þST21841þ þST21841þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pad/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/27/2009þ þ 00:00:00þ þ2009-11-27T00:00:00-05:00þ þ1259298000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1 54þ þa1569c8c93f4f75f6b43e0ae577ea00bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21841.txtþ þTEXT\0005\ST21841.txtþ

þST21842þ þST21842þ þST21842þ þST21842þ þST21842þ þST21842þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ186þ þ1b1af9c6cd2f229d98224b2aacaa1adfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2184 2.txtþ þTEXT\0005\ST21842.txtþ

þST21843þ þST21843þ þST21843þ þST21843þ þST21843þ þST21843þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21843.txtþ þTEXT\0005\ST21843.txtþ þST21844þ þST21844þ þST21845þ þST21844þ þST21845þ þST21844þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ11/21/2011þ þ0 0:00:00þ þ2011-11-21T00:00:00-05:00þ þ1321851600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ39 0þ þ0becaf2d0b44571340ba6833fdb09492þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21844.txtþ þTEXT\0005\ST21844.txtþ þST21846þ þST21846þ þST21846þ þST21846þ þST21846þ þST21846þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21858þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3804þ þf1e3d 7e89310f20e8922ea144d03f4eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21846.xmlþ þþ

þST21847þ þST21847þ þST21847þ þST21847þ þST21847þ þST21847þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/build/built-jar.propertiesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ75þ þbf84c f44493993cbe6c9cdcbc0213450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21847.propertiesþ þþ

þST21848þ þST21848þ þST21848þ þST21848þ þST21848þ þST21848þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/build/classes/palerts/DataCenterPP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterPP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3921þ þ9ddb23919b1c980df5e724220ba77f05þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21848.classþ þþ

þST21849þ þST21849þ þST21849þ þST21849þ þST21849þ þST21849þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/build/classes/palerts/DataCenterPP$IPPSubscriber.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þDataCenterPP$IPPSubscriber.classþ þ.CLASSþ þa pplication/java-vmþ þþ þ323þ þ396051b966b77e7e5f7d6531c4a06c76þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21849.classþ þþ þST21850þ þST21850þ þST21850þ þST21850þ þST21850þ þST21850þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/build/classes/palerts/DataLoaderPP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderPP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ903þ þ ef312f12a193f135e8498ef44a530108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21850.classþ þþ

þST21851þ þST21851þ þST21851þ þST21851þ þST21851þ þST21851þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/palerts/build/classes/palerts/DataLoaderPP$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderPP$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7 93þ þ4fbbbc00a2db417fec64c121bde79e37þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21851.classþ þþ

þST21852þ þST21852þ þST21852þ þST21852þ þST21852þ þST21852þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build/classes/palerts/PAlert.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þPAlert.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1464þ þ5160f6994e4
f4f0fd6fbd03893c584c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0009\ST21852.classþ þþ

þST21853þ þST21853þ þST21853þ þST21853þ þST21853þ þST21853þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build/classes/palerts/StateHandlerPP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerPP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1
186þ þ574b971314befd29a180850293f86c84þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21853.classþ þþ

þST21854þ þST21854þ þST21854þ þST21854þ þST21854þ þST21854þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build/classes/palerts/StreamHandlerPP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerPP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
1079þ þ582bbda588212bf555fdbeb00a890397þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21854.classþ þþ

þST21855þ þST21855þ þST21855þ þST21855þ þST21855þ þST21855þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build/classes/palerts/StreamHandlerPP$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerPP$1.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ1173þ þ1c451552b83dd87cd91f1144a42bbfc2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21855.classþ þþ

þST21856þ þST21856þ þST21856þ þST21856þ þST21856þ þST21856þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build/classes/palerts/StreamHandlerPP$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerPP$2.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ919þ þb4bb40d313e1f24613a75f4f13bafe18þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21856.classþ þþ

þST21857þ þST21857þ þST21857þ þST21857þ þST21857þ þST21857þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build/classes/palerts/StreamPP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þStreamPP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1503þ þaba2f82
8838c885a2cfb8a5c949f990eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
FALSEþ þTRUEþ þNATIVES\0009\ST21857.classþ þþ

þST21858þ þST21858þ þST21858þ þST21858þ þST21858þ þST21858þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/build.xmlþ þþ þþ þ0þ þ1þ þST21846þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
build.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3804þ þf1e3d7e89310f20e8922ea144d03f4eaþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21
858.xmlþ þþ

þST21859þ þST21859þ þST21859þ þST21859þ þST21859þ þST21859þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/dist/palerts.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ palerts.jarþ þ.JARþ þapplication/java-archiveþ þþ þ15024þ þ4addcc276060901d68497c3c00 673db2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0009\ST21859.jarþ þþ

þST21860þ þST21860þ þST21860þ þST21860þ þST21860þ þST21860þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ597þ þ9806c6cf7f439248d2666677ae4fc7b9 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 009\ST21860.txtþ þTEXT\0005\ST21860.txtþ

þST21861þ þST21861þ þST21861þ þST21861þ þST21861þ þST21861þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þdir- prop-baseþ þ.TXTþ þtext/plainþ þþ þ33þ þ47292cf701b9dafc4b652bbcff41d55dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21861.t xtþ þTEXT\0005\ST21861.txtþ

þST21862þ þST21862þ þST21862þ þST21862þ þST21862þ þST21862þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/.svn/dir-propsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ62þ þ909b337cc692ef3086c4cf39023b87fcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\S T21862.txtþ þTEXT\0005\ST21862.txtþ

þST21863þ þST21863þ þST21865þ þST21863þ þST21863þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/2 1/2011þ þ00:00:00þ þ2011-11-21T00:00:00-05:00þ þ1321851600þ þentriesþ þ.TXTþ þtext/pl ainþ þþ þ902þ þ92ab660da78edf9815db4f17294e5cfcþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21863.txtþ þTEXT\0005\ST21863.t xtþ

þST21866þ þST21866þ þST21866þ þST21866þ þST21866þ þST21866þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST2187 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication /xmlþ þþ þ56336þ þ622ef4719b465e23dc11e404d676e0b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þ0þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21866.xmlþ þþ

þST21867þ þST21867þ þST21867þ þST21867þ þST21867þ þST21867þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þS T21872þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ475þ þd8a4b9b3062860d5b6e8f3c7f237b293þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21867.txtþ þTEXT\0005\ST21

867.txtþ
þST21868þ þST21868þ þST21869þ þST21868þ þST21869þ þST21868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST
21876þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ2587þ þ15ac00abd135f0fc9dbe1322c18c5f5cþ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21868.txtþ þTEXT\0005\ST21868.txtþ
þST21870þ þST21870þ þST21870þ þST21870þ þST21870þ þST21870þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21877þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ
þþ þ526þ þead6f0c72d481896de8e21def759b642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21870.xmlþ þþ
þST21871þ þST21871þ þST21871þ þST21871þ þST21871þ þST21871þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST21866þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56336þ þ622ef4719b465e23d
c11e404d676e0b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0009\ST21871.xmlþ þþ
þST21872þ þST21872þ þST21872þ þST21872þ þST21872þ þST21872þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST21867þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ
475þ þd8a4b9b3062860d5b6e8f3c7f237b293þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21872.propertiesþ þþ
þST21873þ þST21873þ þST21873þ þST21873þ þST21873þ þST21873þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ
þd41d8cd98f00b204e9800998ecf8427eþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21873.propertiesþ þþ
þST21874þ þST21874þ þST21874þ þST21874þ þST21874þ þST21874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST13720; ST20040;
ST20774; ST21201;
ST21986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ167þ þcff71ad810ea6c612e5d1753281be068þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21874.propertiesþ
þþ
þST21875þ þST21875þ þST21875þ þST21875þ þST21875þ þST21875þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ480þ þbd0f2d840fb0c3f4d9a5e0a1 a9f0a930þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21875.xmlþ þþ

þST21876þ þST21876þ þST21876þ þST21876þ þST21876þ þST21876þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST21868þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ258 7þ þ15ac00abd135f0fc9dbe1322c18c5f5cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21876.propertiesþ þþ

þST21877þ þST21877þ þST21877þ þST21877þ þST21877þ þST21877þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST21870þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ526þ þead6f0c72d481896de8e21def 759b642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0009\ST21877.xmlþ þþ

þST21878þ þST21878þ þST21878þ þST21878þ þST21878þ þST21878þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þce5cfa180968d03b4606ae132bb2fff7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21878.txtþ þTEXT\0005\ST21878.txtþ

þST21879þ þST21879þ þST21879þ þST21879þ þST21879þ þST21879þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/21/2011 þ þ00:00:00þ þ2011-11-21T00:00:00-05:00þ þ1321851600þ þentriesþ þ.TXTþ þtext/plainþ þ223þ þc2d5ee05273188235b656380546d9cdeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21879.txtþ þTEXT\0005\ST21879.txtþ

þST21880þ þST21880þ þST21880þ þST21880þ þST21880þ þST21880þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ871þ þc1d2b98ba6ed01712b6e87e04efb621bþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21880.tx tþ þTEXT\0005\ST21880.txtþ

þST21881þ þST21881þ þST21884þ þST21881þ þST21884þ þST21881þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11 /21/2011þ þ00:00:00þ þ2011-11-21T00:00:00-05:00þ þ1321851600þ þentriesþ þ.TXTþ þtext/ plainþ þþ þ1157þ þ7096b21eb0e60ca2c122816a27863adaþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21881.txtþ þTEXT\0005\ST21881 .txtþ

þST21885þ þST21885þ þST21886þ þST21885þ þST21886þ þST21885þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/.svn/text-base/DataCenterPP.java.svn-baseþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterPP.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ2729þ þ83751edd4b47c6686dc5ff4653435dd2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21885.txtþ þTEXT\0005\ST21885.txtþ
þST21887þ þST21887þ þST21887þ þST21887þ þST21887þ þST21887þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/.svn/text-base/DataLoaderPP.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T21894þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderPP.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ1032þ þ2d160bdbf199949a3c898f9d09b2ab70þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21887.txtþ þTEXT\0005\ST21887.txtþ
þST21888þ þST21888þ þST21888þ þST21888þ þST21888þ þST21888þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/.svn/text-base/PAlert.java.svn-baseþ þþ þþ þ0þ þ1þ þST21895
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPAlert.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ
962þ þed3ffc41ee7769c0c64f2dcebf42868dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21888.txtþ þTEXT\0005\ST21888.txtþ
þST21889þ þST21889þ þST21889þ þST21889þ þST21889þ þST21889þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/.svn/text-base/StateHandlerPP.java.svn-baseþ þþ þþ þ0þ þ1þ
þST21896þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerPP.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ740þ þ2832247f3eb5bc112b193ecceef4878bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21889.txtþ þTEXT\0005\ST
21889.txtþ
þST21890þ þST21890þ þST21890þ þST21890þ þST21890þ þST21890þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/.svn/text-base/StreamHandlerPP.java.svn-baseþ þþ þþ þ0þ þ1
þ þST21897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerPP.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ940þ þ1ea8b86625169de01f8e2a8e04c4f3feþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21890.txtþ þTEXT\0005
\ST21890.txtþ
þST21891þ þST21891þ þST21892þ þST21891þ þST21892þ þST21891þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/.svn/text-base/StreamPP.java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamPP.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ158
9þ þ4413c8d2aa61e591bc998946c03e6c05þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21891.txtþ þTEXT\0005\ST21891.txtþ
þST21893þ þST21893þ þST21893þ þST21893þ þST21893þ þST21893þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/palerts/src/palerts/DataCenterPP.javaþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þDataCenterPP.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ12904þ þ866855bb51d4
01aaf5aeb8bfbbe73879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0009\ST21893.javaþ þþ

þST21894þ þST21894þ þST21894þ þST21894þ þST21894þ þST21894þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/DataLoaderPP.javaþ þþ þþ þ0þ þ1þ þST21887þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þDataLoaderPP.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1032þ þ2d160b dbf199949a3c898f9d09b2ab70þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21894.javaþ þþ

þST21895þ þST21895þ þST21895þ þST21895þ þST21895þ þST21895þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/PAlert.javaþ þþ þþ þ0þ þ1þ þST21888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPAlert.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ962þ þed3ffc41ee7769c0c64 f2dcebf42868dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21895.javaþ þþ

þST21896þ þST21896þ þST21896þ þST21896þ þST21896þ þST21896þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/StateHandlerPP.javaþ þþ þþ þ0þ þ1þ þST21889þ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerPP.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ740þ þ2832247f3eb5bc112b193ecceef4878bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21896.javaþ þþ

þST21897þ þST21897þ þST21897þ þST21897þ þST21897þ þST21897þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/StreamHandlerPP.javaþ þþ þþ þ0þ þ1þ þST21890þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þStreamHandlerPP.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ940þ þ1 ea8b86625169de01f8e2a8e04c4f3feþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21897.javaþ þþ

þST21898þ þST21898þ þST21898þ þST21898þ þST21898þ þST21898þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/palerts/src/palerts/StreamPP.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamPP.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ4565þ þd55a29c35d51691a7183706dc142e0ffþ þþ þþ þþ þþ þþ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21898.javaþ þþ

þST21899þ þST21899þ þST21899þ þST21899þ þST21899þ þST21899þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ400þ þ4f413fdc0ee671c64bba18a539b0b2f0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2189 9.txtþ þTEXT\0005\ST21899.txtþ

þST21900þ þST21900þ þST21902þ þST21900þ þST21900þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential þ; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/23/2011þ þ0 0:00:00þ þ2011-03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ68 1þ þ1bdb276cf9c0ecba478b747606834ba3þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21900.txtþ þTEXT\0005\ST21900.txtþ

þST21903þ þST21903þ þST21903þ þST21903þ þST21903þ þST21903þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/.svn/prop-base/pivotpc.jar.svn-baseþþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;

ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;

ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19792; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST22102; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpivotpc.jar.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21903.txtþ þTEXT\0005\ST21903.txtþ
þST21904þ þST21904þ þST21904þ þST21904þ þST21904þ þST21904þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21907þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3795þ þ1a565 cc9fd108c68a673ae22c05f3a77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21904.xmlþ þþ

þST21905þ þST21905þ þST21905þ þST21905þ þST21905þ þST21905þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823; ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21905.txtþ þTEXT\0005\ST21905.txtþ þST21906þ þST21906þ þST21906þ þST21906þ þST21906þ þST21906þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/.svn/text-base/pivotpc.jar.svn-baseþ þþ þþ þ0þ þ1þ þST21925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þpivotpc.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ17329þ þ32e5da1a238f8c0097582607f247687cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21906.jarþ þþ

þST21907þ þST21907þ þST21907þ þST21907þ þST21907þ þST21907þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/build.xmlþ þþ þþ þ0þ þ1þ þST21904þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ build.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3795þ þ1a565cc9fd108c68a673ae22c05f3a77þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21 907.xmlþ þþ

þST21908þ þST21908þ þST21908þ þST21908þ þST21908þ þST21908þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823; ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85 þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21908.txtþ þTEXT\0005\ST21908.txtþ þST21909þ þST21909þ þST21909þ þST21909þ þST21909þ þST21909þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ597þ þ731964f258194f9b98351d9b444308f8 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 009\ST21909.txtþ þTEXT\0005\ST21909.txtþ

þST21910þ þST21910þ þST21910þ þST21910þ þST21910þ þST21910þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/.svn/dir-props þþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ33þ þ 06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21910.txtþ þTEXT\0005\ST21910.txtþ þST21911þ þST21911þ þST21913þ þST21911þ þST21913þ þST21911þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/.svn/entries þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/2 3/2011þ þ00:00:00þ þ2011-03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þtext/pl ainþ þþ þ887þ þ0dd99804684be7b6acab04f483409dbaþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21911.txtþ þTEXT\0005\ST21911.t xtþ

þST21914þ þST21914þ þST21914þ þST21914þ þST21914þ þST21914þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ48773þ þab4a6a88898117ab4b7ed1f46b902 d54þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0009\ST21914.xmlþ þþ

þST21915þ þST21915þ þST21915þ þST21915þ þST21915þ þST21915þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ475þ þ7463c735a286405766511bee6b58e55fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21915.txtþ þTEXT \0005\ST21915.txtþ

þST21916þ þST21916þ þST21917þ þST21916þ þST21917þ þST21916þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST 21923þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtex t/plainþ þþ þ2557þ þ5c33e4e37ab8904fc2c7d34f5b58bb6fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST21916.txtþ þTEXT\0005\ST21916.txtþ

þST21918þ þST21918þ þST21918þ þST21918þ þST21918þ þST21918þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST21924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ515þ þbc7a61ff75076bc0bb9cab8a595502d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21918.xmlþ þþ

þST21919þ þST21919þ þST21919þ þST21919þ þST21919þ þST21919þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/pivotpc/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56287þ þd8c5894415aae164b5bd4dd 727cbc7f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST21919.xmlþ þþ

þST21920þ þST21920þ þST21920þ þST21920þ þST21920þ þST21920þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þec 802a4fef8e0ad3a0cb997cffe8c446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21920.propertiesþ þþ

þST21921þ þST21921þ þST21921þ þST21921þ þST21921þ þST21921þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ9 0þ þbd32e9746c532153c4a32e69dab36782þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21921.propertiesþ þþ

þST21922þ þST21922þ þST21922þ þST21922þ þST21922þ þST21922þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ319þ þ120512b7f14f1f3d041a99c5 c5c7a33eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21922.xmlþ þþ

þST21923þ þST21923þ þST21923þ þST21923þ þST21923þ þST21923þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST21916þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ255 7þ þ5c33e4e37ab8904fc2c7d34f5b58bb6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21923.propertiesþ þþ

þST21924þ þST21924þ þST21924þ þST21924þ þST21924þ þST21924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST21918þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ515þ þbc7a61ff75076bc0bb9cab8a5 95502d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0009\ST21924.xmlþ þþ

þST21925þ þST21925þ þST21925þ þST21925þ þST21925þ þST21925þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/pivotpc.jarþ þþ þþ þ0þ þ1þ þST21906þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þppivotpc.jarþ þ.JARþ þapplication/java-archiveþ þþ þ17329þ þ32e5da1a238f8c009758260 7f247687cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST21925.jarþ þþ

þST21926þ þST21926þ þST21926þ þST21926þ þST21926þ þST21926þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þall-

wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þ35b5b1f5d21188013b73bc08d97dff5eþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21926.txtþ þTEXT\0005\ST21926.txtþ
þST21927þ þST21927þ þST21927þ þST21927þ þST21927þ þST21927þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/23/2011
þ þ00:00:00þ þ2011-03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þtext/plainþ þþ
 þ220þ þ1039664f56c98712a31bdc4bcc7de199þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21927.txtþ þTEXT\0005\ST21927.txtþ
þST21928þ þST21928þ þST21928þ þST21928þ þST21928þ þST21928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ95þ þ374c9dff78c277ff985735d4ece3e20dþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21928.txtþ þTEXT\0005\ST21928.txtþ
þST21929þ þST21929þ þST21929þ þST21929þ þST21929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03
/23/2011þ þ00:00:00þ þ2011-03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þtext/
plainþ þþ þ235þ þf4cd51e34508754c0b0319c7f369b032þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21929.txtþ þTEXT\0005\ST21929.txtþ
þST21930þ þST21930þ þST21930þ þST21930þ þST21930þ þST21930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ502þ þ8e65c6cd084b24c926a2aaf7cd384f1bþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21930.tx
tþ þTEXT\0005\ST21930.txtþ
þST21931þ þST21931þ þST21932þ þST21931þ þST21932þ þST21931þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þ03/23/2011þ þ00:00:00þ þ2011-03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þt
ext/plainþ þþ þ680þ þ25d9f736f44fbd6f39eb9803e2c6c75fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21931.txtþ þTEXT\0005\ST21
931.txtþ
þST21933þ þST21933þ þST21933þ þST21933þ þST21933þ þST21933þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/core/.svn/text-base/IChartController.java.svn-baseþ þþ þþ
þ0þ þ1þ þST21936þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIChartController.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ313þ þbedf60d63f7b02f1ffaac79076f8389eþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21933.txtþ þTEX
T\0005\ST21933.txtþ

þST21934þ þST21934þ þST21934þ þST21934þ þST21934þ þST21934þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/core/.svn/text-base/PVPController.java.svn-baseþ þþ þþ þ0þ þ1þ þST21937þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPVPController.java.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ1680þ þd5501b0c5d707cd4425e0bbfdec0167fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21934.txtþ þTEXT\000 5\ST21934.txtþ

þST21935þ þST21935þ þST21935þ þST21935þ þST21935þ þST21935þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/core/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þST21 938þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1057þ þ7df29174d3adf6320161a3f780d43786þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21935.txtþ þTEXT\0005\ST21935.txtþ

þST21936þ þST21936þ þST21936þ þST21936þ þST21936þ þST21936þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/core/IChartController.javaþ þþ þþ þ0þ þ1þ þST21933þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIChartController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ313þ þbedf60d63f7b02f1ffaac79076f8389eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21936.javaþ þþ

þST21937þ þST21937þ þST21937þ þST21937þ þST21937þ þST21937þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/core/PVPController.javaþ þþ þþ þ0þ þ1þ þST21934þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPVPController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1680þ þd5501b0c5d707cd4425e0bbfdec0167fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21937.javaþ þþ

þST21938þ þST21938þ þST21938þ þST21938þ þST21938þ þST21938þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/core/Util.javaþ þþ þþ þ0þ þ1þ þST21935þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1057þ þ7df29174d3adf6320161a3f780d43786þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21938.javaþ þþ

þST21939þ þST21939þ þST21939þ þST21939þ þST21939þ þST21939þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ381þ þ52585abfeecf2d26e1817eaf24 19c5d2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST21939.txtþ þTEXT\0005\ST21939.txtþ

þST21940þ þST21940þ þST21941þ þST21940þ þST21941þ þST21940þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/pivotpc/src/pivotpc/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/23/2011þ þ00:00:00þ þ2011 -03-23T00:00:00-04:00þ þ1300852800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ536þ þ7de91e5967 5cbf90e41f704fea6df7beþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF

ALSEþ þTRUEþ þNATIVES\0009\ST21940.txtþ þTEXT\0005\ST21940.txtþ
þST21942þ þST21942þ þST21942þ þST21942þ þST21942þ þST21942þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/gui/.svn/text-base/PivotPointPanel.form.svn-baseþ þþ þþ þ0
þ þ1þ þST21949þ þþ þþ þþ þþ þþ þþ þþ þPivotPointPanel.form.svn-baseþ þ
.XMLþ þapplication/xmlþ þþ þ16104þ þ9f12b5ee4e861b17547cf973bb1fb89aþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21942.xmlþ þþ
þST21943þ þST21943þ þST21948þ þST21943þ þST21948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/gui/.svn/text-base/PivotPointPanel.java.svn-baseþ þþ þþ þ0
þ þ1þ þST21950þ þþ þþ þþ þþ þþ þþ þþ þPivotPointPanel.java.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ11262þ þfeb3a90f2039f1d54f61e9554b6145e3þ þ6þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21943.txtþ þTEXT
\0005\ST21943.txtþ
þST21949þ þST21949þ þST21949þ þST21949þ þST21949þ þST21949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/gui/PivotPointPanel.formþ þþ þþ þ0þ þ1þ þST21942þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þPivotPointPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ16104þ
þ9f12b5ee4e861b17547cf973bb1fb89aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21949.xmlþ þþ
þST21950þ þST21950þ þST21950þ þST21950þ þST21950þ þST21950þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/pivotpc/src/pivotpc/gui/PivotPointPanel.javaþ þþ þþ þ0þ þ1þ þST21943þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þPivotPointPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ112
62þ þfeb3a90f2039f1d54f61e9554b6145e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21950.javaþ þþ
þST21951þ þST21951þ þST21951þ þST21951þ þST21951þ þST21951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/build/classes/.netbeans_automatic_buildþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þ.netbeans_automatic_buildþ þ.NETBEANS_AUTOMATIC_BUILDþ
þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21951.netbean
s_automatic_buildþ þþ
þST21952þ þST21952þ þST21952þ þST21952þ þST21952þ þST21952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/build/classes/popupmenutest/NewJPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewJPanel.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1255þ þ3286ef4c50ae2a94ae8c3d19db204ec2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21952.classþ þþ
þST21953þ þST21953þ þST21953þ þST21953þ þST21953þ þST21953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/build/classes/popupmenutest/PopupMenuDemo.classþ þþ þþ þ0þ þ1þ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenuDemo.classþ þ.CLASSþ þapplication/jav

a-vmþ þþ þ7440þ þa7fd0c84263f6e5d2ac4643de95092d8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21953.classþ þþ
þST21954þ þST21954þ þST21954þ þST21954þ þST21954þ þST21954þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/build/classes/popupmenutest/PopupMenuDemo$1.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenuDemo$1.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ547þ þ873aac6b1b9969b8b4c9ead74cf595a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21954.classþ þþ
þST21955þ þST21955þ þST21955þ þST21955þ þST21955þ þST21955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/build/classes/popupmenutest/PopupMenuDemo$PopupListener.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenuDemo$PopupListener.cla
ssþ þ.CLASSþ þapplication/java-vmþ þþ þ1227þ þ961e43c91c7c467b0fbc83f9b26a58c4þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST219
55.classþ þþ
þST21956þ þST21956þ þST21956þ þST21956þ þST21956þ þST21956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
uild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3734þ þ2c6e85a08695594233a04b43bf3643d9þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST219
56.xmlþ þþ
þST21957þ þST21957þ þST21957þ þST21957þ þST21957þ þST21957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/dist/popupMenuTest.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þpopupMenuTest.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ10026þ þ0728f47400943d7b30ad277cb80b3e0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21957.jarþ þþ
þST21958þ þST21958þ þST21958þ þST21958þ þST21958þ þST21958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1452þ þ4a161319f05cf9a53d0476a7a4bca0c3þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\S
T21958.TXTþ þTEXT\0005\ST21958.txtþ
þST21959þ þST21959þ þST21959þ þST21959þ þST21959þ þST21959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907;
ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411;
ST21905; ST21908; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585; ST23693;
ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21959.txtþ þTEXT\0005\ST21959.txtþ
þST21960þ þST21960þ þST21960þ þST21960þ þST21960þ þST21960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Case 1:20-cv-22957-RNS   Document 69-13   Entered on FLSD Docket 04/11/2021   Page 5021 of 5374

Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/nbproject/build-impl.xmlþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ37899þ þ56313493077179cbfd
06bce8c1c6f379þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0009\ST21960.xmlþ þþ
þST21961þ þST21961þ þST21961þ þST21961þ þST21961þ þST21961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ47
5þ þbabf1b91586de958d87d688e4f417552þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21961.propertiesþ þþ
þST21962þ þST21962þ þST21962þ þST21962þ þST21962þ þST21962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/private/private.propertiesþ þþ þþ þ0þ þ1þ þST15175;
ST22863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ267þ þe9983c63fcd8622815dc4b30f796a212þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21962.propertiesþ
þþ
þST21963þ þST21963þ þST21963þ þST21963þ þST21963þ þST21963þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ498þ þ556612571155b87f4f
766122724efdd6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0009\ST21963.xmlþ þþ
þST21964þ þST21964þ þST21964þ þST21964þ þST21964þ þST21964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ1986
þ þ26b6dde6ee5792a92b325f584a3496ceþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21964.propertiesþ þþ
þST21965þ þST21965þ þST21965þ þST21965þ þST21965þ þST21965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ521þ þ3675e9362baaa3d267d424f1a9
7c64b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0009\ST21965.xmlþ þþ
þST21966þ þST21966þ þST21966þ þST21966þ þST21966þ þST21966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/popupMenuTest/src/popupmenutest/NewJPanel.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þNewJPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ1406þ þff6de40c5ac
deca17d5dbe0d86f206afþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0009\ST21966.xmlþ þþ
þST21967þ þST21967þ þST21967þ þST21967þ þST21967þ þST21967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes Only]/popupMenuTest/src/popupmenutest/NewJPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewJPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1375þ þ9ad66ebb9c5faf72f3d67dca9fa5aa85þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21967.javaþ þþ þST21968þ þST21968þ þST21968þ þST21968þ þST21968þ þST21968þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/popupMenuTest/src/popupmenutest/PopupMenuDemo.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPopupMenuDemo.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8994þ þ17c82954328e84e37a2f4d76471894e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21968.javaþ þþ þST21969þ þST21969þ þST21969þ þST21969þ þST21969þ þST21969þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ75þ þc e5eac615fa287a8205c09cb51b66f0cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21969.propertiesþ þþ þST21970þ þST21970þ þST21970þ þST21970þ þST21970þ þST21970þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/build/classes/qfilter/core/descriptor/AnalyticValueDesc.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAnalyticValueDesc.classþ þ.CLASSþ þ application/java-vmþ þþ þ2304þ þ924237b6f9bbbd51b20703d4be315d17þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21970.classþ þþ þST21971þ þST21971þ þST21971þ þST21971þ þST21971þ þST21971þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/build/classes/qfilter/core/descriptor/Parameter.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þParameter.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ836þ þe86380bd0b40cac4dacfa0851e92c3c1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21971.classþ þþ þST21972þ þST21972þ þST21972þ þST21972þ þST21972þ þST21972þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/build/classes/qfilter/core/descriptor/TIndicatorDesc.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTIndicatorDesc.classþ þ.CLASSþ þappli cation/java-vmþ þþ þ2517þ þf6b08969f097182699fee58cc3d22987þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21972.classþ þþ þST21973þ þST21973þ þST21973þ þST21973þ þST21973þ þST21973þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/build/classes/qfilter/core/descriptor/ValueDesc.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValueDesc.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ1155þ þdd7904977b742cb8334b1a27b826df78þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21973.classþ þþ þST21974þ þST21974þ þST21974þ þST21974þ þST21974þ þST21974þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/qfilter-1.0/build/classes/qfilter/core/filter/FilterSeq.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterSeq.classþ þ.CLASSþ þapplication/java-vm þ þþ þ6441þ þ866485b5936609d553db61d6058f7bb6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21974.classþ þþ
þST21975þ þST21975þ þST21975þ þST21975þ þST21975þ þST21975þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/core/filter/QFilter.classþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9970þ þe7b5f8d215807a42bef9447b726be416þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21975.classþ þþ
þST21976þ þST21976þ þST21976þ þST21976þ þST21976þ þST21976þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/core/results/FilterableInstrument.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterableInstrument.classþ þ.CLASSþ þapplication/java-vmþ þþ þ15409þ þ9554d267e4f41075cfd02eff9d64fd33þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21976.class þ þþ
þST21977þ þST21977þ þST21977þ þST21977þ þST21977þ þST21977þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/core/results/QFilterResultsTabelDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterResultsTabelDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1239þ þ11649e5a951793ff7994b4b07ec8754 3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21977.classþ þþ
þST21978þ þST21978þ þST21978þ þST21978þ þST21978þ þST21978þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/core/techno/TecnicalIndicator.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTecnicalIndicator.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ7661þ þ31d76f24a9f037733be700b4f12a17f4þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21978.classþ þþ
þST21979þ þST21979þ þST21979þ þST21979þ þST21979þ þST21979þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/core/techno/TecnicalIndicator$1.classþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTecnicalIndicator$1.classþ þ.CLASSþ þ application/java-vmþ þþ þ649þ þ5651043aafcdf2e15ca85bf18b95d9ddbþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21979.classþ þþ
þST21980þ þST21980þ þST21980þ þST21980þ þST21980þ þST21980þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/core/techno/TResponse.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTResponse.classþ þ.CLASSþ þapplication/java-vm þ þþ þ2764þ þ4c54c49b4d20e20237a8018f7f0d3885þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21980.classþ þþ
þST21981þ þST21981þ þST21981þ þST21981þ þST21981þ þST21981þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build/classes/qfilter/IQFilterNavigator.classþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIQFilterNavigator.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ297þ þ2186e28008c54cda8359001ba93f5e8aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21981.classþ þþ
þST21982þ þST21982þ þST21982þ þST21982þ þST21982þ þST21982þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/build.xmlþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbui
ld.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3807þ þ60ceb55fec46f20080aa8a5698fb3a8cþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21982
.xmlþ þþ
þST21983þ þST21983þ þST21983þ þST21983þ þST21983þ þST21983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/build-impl.xmlþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þbuild-
impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56348þ þ6cc0c6f8a21662adc30280b1a49ac05bþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21
983.xmlþ þþ
þST21984þ þST21984þ þST21984þ þST21984þ þST21984þ þST21984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ475þ þ7690a7fd3cfdf6e7bad5afa1aec4b169þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21984.propertiesþ þþ
þST21985þ þST21985þ þST21985þ þST21985þ þST21985þ þST21985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þ
þ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21985.propertiesþ þþ
þST21986þ þST21986þ þST21986þ þST21986þ þST21986þ þST21986þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST13720;
ST20040; ST20774; ST21201;
ST21874þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ167þ þcff71ad810ea6c612e5d1753281be068þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21986.propertiesþ
þþ
þST21987þ þST21987þ þST21987þ þST21987þ þST21987þ þST21987þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281;
ST15176; ST20041; ST21474; ST22676; ST24043; ST24165;
ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ
þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21987.xmlþ þþ
þST21988þ þST21988þ þST21988þ þST21988þ þST21988þ þST21988þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ3525þ
þa91607eb2bb32356e9421cc20583d4e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21988.propertiesþ þþ
þST21989þ þST21989þ þST21989þ þST21989þ þST21989þ þST21989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þ519þ þ74d7e046050b8d358e0112d3084a
402fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST21989.xmlþ þþ
þST21990þ þST21990þ þST21990þ þST21990þ þST21990þ þST21990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/qfilter-1.0.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þqfilter-1.0.jarþ þ.JARþ þapplication/java-archiveþ þþ þ469209þ þ6f19d65cd4f294a40
7030ffb090673f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0009\ST21990.jarþ þþ
þST21991þ þST21991þ þST21991þ þST21991þ þST21991þ þST21991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/images/icons/down_icon.pngþ þþ þþ þ0þ þ1þ þST16524; ST16526;
ST17232;
ST17234þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdown_icon.pngþ þ.PNGþ þimage/pngþ þþ þ2
978þ þ2df99fa54ccd756160c95c4382796c40þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21991.pngþ þþ
þST21992þ þST21992þ þST21992þ þST21992þ þST21992þ þST21992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/images/icons/Thumbs.dbþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þThumbs.dbþ þ.DBþ þapplication/x-tika-msofficeþ þþ þ3072þ þf85e5cee9b993
367836193683cd5b223þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0009\ST21992.dbþ þþ
þST21993þ þST21993þ þST21993þ þST21993þ þST21993þ þST21993þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/descriptor/AnalyticValueDesc.javaþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAnalyticValueDesc.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ3000þ þ4e2d986e33e0a1c530b32edb48e769ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21993.javaþ þþ
þST21994þ þST21994þ þST21994þ þST21994þ þST21994þ þST21994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/descriptor/Parameter.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þParameter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ793þ
þ0af5e3fa8e5abc308b3aa3f6b5b96954þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21994.javaþ þþ
þST21995þ þST21995þ þST21995þ þST21995þ þST21995þ þST21995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/descriptor/QFiltersDescriptor.javaþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFiltersDescriptor.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ600þ þ89cf63d7cf200a22a2df8fac2ca98629þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21995.javaþ þþ
þST21996þ þST21996þ þST21996þ þST21996þ þST21996þ þST21996þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/descriptor/TIndicatorDesc.javaþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTIndicatorDesc.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ2826þ þbd9e7d1f9aad9be446b08e0490ef0191þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21996.javaþ þþ
þST21997þ þST21997þ þST21997þ þST21997þ þST21997þ þST21997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/descriptor/ValueDesc.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þValueDesc.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1189þ
þ42cdbe866f7fb81837f5f8562b877d73þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21997.javaþ þþ
þST21998þ þST21998þ þST21998þ þST21998þ þST21998þ þST21998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/editor/QFilterEditorController.javaþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þQFilterEditorController.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ1534þ þ3821fdf131f6f0d8b13aef61248d6fbaþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21998.javaþ þþ
þST21999þ þST21999þ þST21999þ þST21999þ þST21999þ þST21999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/editor/QFilterEditorDescriptor.javaþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þQFilterEditorDescriptor.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ293þ þ5d6585ac46595ebb5280b7dc2d356d30þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST21999.javaþ þþ
þST22000þ þST22000þ þST22000þ þST22000þ þST22000þ þST22000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/Analytic.javaþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þAnalytic.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ872þ þ5a3005820105761c91006277a18f11f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22000.javaþ þþ
þST22001þ þST22001þ þST22001þ þST22001þ þST22001þ þST22001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/AnalyticsMng.javaþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þAnalyticsMng.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ4544þ þ09dd327750adde135f845ca937ec7900þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22001.javaþ þþ

þST22002þ þST22002þ þST22003þ þST22002þ þST22003þ þST22002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/%_Change.PRICE_DATAþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ%_Change.PRICE_DATAþ þ.TXTþ þtext/plainþ þþ þ377þ þ3115df4e1412b4f7acd55f4cabfe7063þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22002.txtþ þTEXT\0005\ST22002.txtþ

þST22004þ þST22004þ þST22005þ þST22004þ þST22005þ þST22004þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/$_volume.LIQUIDITYþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ$_volume.LIQUIDITYþ þ.TXTþ þtext/plainþ þþ þ256þ þ6a28b32363dc7cb5b9709b48fd6c2270þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22004.txtþ þTEXT\0005\ST22004.txtþ

þST22006þ þST22006þ þST22007þ þST22006þ þST22007þ þST22006þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/avg_daily_volume.LIQUIDITYþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þavg_daily_volume.LIQUIDITYþ þ.TXTþ þtext/plainþ þþ þ373þ þ00049239ed80b919806c0ae926be47aeþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22006.txtþ þTEXT\0005\ST22006.txtþ

þST22008þ þST22008þ þST22008þ þST22008þ þST22008þ þST22008þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/bolinger_bands.TECHNICAL_OVERLAYSþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbolinger_bands.TECHNICAL_OVERLAYSþ þ.TXTþ þtext/plainþ þþ þ110þ þ6f6ac12aafc9990be25f9c5c7c305231þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22008.txtþ þTEXT\0005\ST22008.txtþ

þST22009þ þST22009þ þST22009þ þST22009þ þST22009þ þST22009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/change.PRICE_DATAþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þchange.PRICE_DATAþ þ.TXTþ þtext/plain þ þþ þ221þ þad0710fa1b8707ed2c721aac588fa6e2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22009.txtþ þTEXT\0005\ST22009.txtþ

þST22010þ þST22010þ þST22011þ þST22010þ þST22011þ þST22010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/close.PRICE_DATAþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclose.PRICE_DATAþ þ.TXTþ þtext/plainþ þþ þ316þ þa07420b1645056e172a2c19276783205þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22010.txtþ þTEXT\0005\ST22010.txtþ

þST22012þ þST22012þ þST22013þ þST22012þ þST22013þ þST22012þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/highs.PRICE_DATAþ þþ þþ þ

0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þhighs.PRICE_DATAþ þ.TXTþ þtext/plainþ þ
þ þ418þ þ064a4d9af7d1acb5715c809c85eb84ecþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22012.txtþ þTEXT\0005\ST22012.txtþ
þST22014þ þST22014þ þST22014þ þST22014þ þST22014þ þST22014þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/lows.PRICE_DATAþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlows.PRICE_DATAþ þ.TXTþ þtext/plainþ þþ
þ258þ þ9f06a9e3b219de28d9d5ae18e7a35f71þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22014.txtþ þTEXT\0005\ST22014.txtþ
þST22015þ þST22015þ þST22015þ þST22015þ þST22015þ þST22015þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/moving_averages.TECHNICA
L_OVERLAYSþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þmoving_averages.TECH
NICAL_OVERLAYSþ þ.TXTþ þtext/plainþ þþ þ119þ þ12d3e8b3926cd759af2d25c4e6776c03þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2
2015.txtþ þTEXT\0005\ST22015.txtþ
þST22016þ þST22016þ þST22017þ þST22016þ þST22016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/open.PRICE_DATAþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þopen.PRICE_DATAþ þ.TXTþ þtext/plainþ þþ
þ299þ þ4274f8dbf4c0cfd6917906a71b46f0e6þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22016.txtþ þTEXT\0005\ST22016.txtþ
þST22018þ þST22018þ þST22019þ þST22018þ þST22019þ þST22018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/price.PRICE_DATAþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprice.PRICE_DATAþ þ.TXTþ þtext/plainþ
þ þ252þ þ7b246b743a8f463f05a6b4a4fcd62533þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22018.txtþ þTEXT\0005\ST22018.txtþ
þST22020þ þST22020þ þST22021þ þST22020þ þST22021þ þST22020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/range.PRICE_DATAþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrange.PRICE_DATAþ þ.TXTþ þtext/plainþ
þ þ384þ þ49bffd0bf9be54b2633924cd8716e510þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22020.txtþ þTEXT\0005\ST22020.txtþ
þST22022þ þST22022þ þST22022þ þST22022þ þST22022þ þST22022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/rsi.TECHNICAL_OVERLAYSþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þrsi.TECHNICAL_OVERLAYSþ þ.TXTþ þ
text/plainþ þþ þ61þ þ2c0abf7bda1a8d99d85a182c185bb201þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22022.txtþ þTEXT\0005\ST22
022.txtþ
þST22023þ þST22023þ þST22024þ þST22023þ þST22024þ þST22023þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/trades.LIQUIDITYþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtrades.LIQUIDITYþ þ.TXTþ þtext/plainþ þ
þ þ443þ þ1200a13f15862400387a28523f79e7f3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22023.txtþ þTEXT\0005\ST22023.txtþ
þST22025þ þST22026þ þST22026þ þST22026þ þST22025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/config/volume.LIQUIDITYþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvolume.LIQUIDITYþ þ.TXTþ þtext/plainþ þ
þ þ202þ þf2b63c96749f588773dfb1c6e49f6524þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22025.txtþ þTEXT\0005\ST22025.txtþ
þST22027þ þST22027þ þST22027þ þST22027þ þST22027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/analytics/FilterParameter.javaþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterParameter.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ1995þ þcba306da7125387bc02907bbb669b8a8þ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22027.javaþ þþ
þST22028þ þST22028þ þST22028þ þST22028þ þST22028þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/FilterableInstrumentTest.javaþ þþ þþ þ0þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterableInstrumentTest.javaþ þ.JAVAþ þte
xt/x-java-sourceþ þþ þ9795þ þ3fd15f8e280502ac957c79b471e96aa5þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22028.javaþ þþ
þST22029þ þST22029þ þST22029þ þST22029þ þST22029þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/FilterConstance.javaþ þþ þþ þ0þ þ1þ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þFilterConstance.javaþ þ.JAVAþ þtext/x-java-sourceþ þ
þ þ1417þ þ071839da155efaf9b452c8089e3b7309þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22029.javaþ þþ
þST22030þ þST22030þ þST22030þ þST22030þ þST22030þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/Filters.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFilters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2479þ þ499d92f
cb5c09e157c7193dde837588dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0009\ST22030.javaþ þþ
þST22031þ þST22031þ þST22031þ þST22031þ þST22031þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/FilterSeq.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFilterSeq.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7733þ þ077
d7f58b5f8e0eb7abf3dc6f28409c6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST22031.javaþ þþ
þST22032þ þST22032þ þST22032þ þST22032þ þST22032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/filter/FiltersMng.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFiltersMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5797þ þf c106461022adc765d68d6ebf7fcfa14þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22032.javaþ þþ

þST22033þ þST22033þ þST22033þ þST22033þ þST22033þ þST22033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/QFilter.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ13425þ þ7e4981 68721ba551fdb19436c44cd7cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22033.javaþ þþ

þST22034þ þST22034þ þST22034þ þST22034þ þST22034þ þST22034þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/QueryParser.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þQueryParser.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5499þ þ96431cd4768c1035e3ebfd5bc861e42aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22034.javaþ þþ

þST22035þ þST22035þ þST22035þ þST22035þ þST22035þ þST22035þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/rejectors/StandartValuesRejector.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStandartValuesRejector.javaþ þ.JAV Aþ þtext/x-java-sourceþ þþ þ1008þ þ95078b756723a04f45e9afb308132072þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22035.javaþ þþ

þST22036þ þST22036þ þST22036þ þST22036þ þST22036þ þST22036þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/rejectors/TechnicalIndRejector.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTechnicalIndRejector.javaþ þ.JAVAþ þt ext/x-java-sourceþ þþ þ2976þ þ24027d4c458bad5ad58e94f61e53d99bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22036.javaþ þþ

þST22037þ þST22037þ þST22037þ þST22037þ þST22037þ þST22037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/rejectors/ValuesRejector.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þValuesRejector.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11133þ þde6c39a7d017fe517b84a201a9225f6bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22037.javaþ þþ

þST22038þ þST22038þ þST22038þ þST22038þ þST22038þ þST22038þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/filter/ResourceProvider.javaþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þResourceProvider.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ894þ þ3c30e3d9c158e8c2f11f62fa68080db0þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22038.javaþ þþ

þST22039þ þST22039þ þST22039þ þST22039þ þST22039þ þST22039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/results/FilterableInstrument.javaþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterableInstrument.javaþ þ.JAVAþ þtext/x-ja

va-sourceþ þþ þ16696þ þcfeacec5c870ab40cf3a5152d5a2239fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22039.javaþ þþ
þST22040þ þST22040þ þST22040þ þST22040þ þST22040þ þST22040 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/results/QFilterParameters.javaþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterParameters.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ5699þ þ29af637d450c336f45e5978ca2c1de30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22040.javaþ þþ
þST22041þ þST22041þ þST22041þ þST22041þ þST22041þ þST22041 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/results/QFilterRejector.javaþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterRejector.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ2719þ þ930b3a59b8e4b8c41d81091a392fb32cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22041.javaþ þþ
þST22042þ þST22042þ þST22042þ þST22042þ þST22042þ þST22042 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/results/QFilterResultsController.javaþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterResultsController.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ10837þ þ4e5ed48a3bb889acffb212adf9a73180þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22042.javaþ þþ
þST22043þ þST22043þ þST22043þ þST22043þ þST22043þ þST22043 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/results/QFilterResultsTabelDescriptor.javaþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterResultsTabelDescriptor.javaþ
þ.JAVAþ þtext/x-java-sourceþ þþ þ1241þ þ5c84d28df4daa4f2a0388bc48bad0034þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22043.jav
aþ þþ
þST22044þ þST22044þ þST22044þ þST22044þ þST22044þ þST22044 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/results/QFilterRowModel.javaþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ768þ þ999b94c71a7d3bc72d1c1e7597d01d8bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22044.javaþ þþ
þST22045þ þST22045þ þST22045þ þST22045þ þST22045þ þST22045 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/results/QFilterUpdater.javaþ þþ þþ þ0þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þQFilterUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ5503þ þ72122203ace1c4a6bbcdfe7447b47b37þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22045.javaþ þþ
þST22046þ þST22046þ þST22046þ þST22046þ þST22046þ þST22046 þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/core/techno/Loader.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þLoader.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2686þ þ9d033c134

55c938338a3439f6cea0ba6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0009\ST22046.javaþ þþ

þST22047þ þST22047þ þST22047þ þST22047þ þST22047þ þST22047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/techno/TecnicalIndicator.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTecnicalIndicator.javaþ þ.JAVAþ þtext/x-java-sourc eþ þþ þ7688þ þef91d2417b2e4e0332dd04714569a834þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22047.javaþ þþ

þST22048þ þST22048þ þST22048þ þST22048þ þST22048þ þST22048þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/techno/TLoaderMonitor.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTLoaderMonitor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1332þ þd56d6a5a84e2a8125b8e54da0e02ef6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22048.javaþ þþ

þST22049þ þST22049þ þST22049þ þST22049þ þST22049þ þST22049þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/core/techno/TResponse.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTResponse.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2492þ þ089 cb47a7f23ff749330ee827a5c85e1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST22049.javaþ þþ

þST22050þ þST22050þ þST22050þ þST22050þ þST22050þ þST22050þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/editor/ALabel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þALabel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3478þ þ3 20433e5ffef7b35677775250543a884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22050.javaþ þþ

þST22051þ þST22051þ þST22051þ þST22051þ þST22051þ þST22051þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/editor/AnalyticListRenderer.javaþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAnalyticListRenderer.javaþ þ.JAVAþ þtex t/x-java-sourceþ þþ þ1370þ þf13ac70b996a3b5b93a2527bb7224632þ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22051.javaþ þþ

þST22052þ þST22052þ þST22052þ þST22052þ þST22052þ þST22052þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/editor/FilterDetailsFrame.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterDetailsFrame.formþ þ.XMLþ þapplicat ion/xmlþ þþ þ77103þ þf0e4cd109c51b9ed40246757ffb10647þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22052.xmlþ þþ

þST22053þ þST22053þ þST22053þ þST22053þ þST22053þ þST22053þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/editor/FilterDetailsFrame.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFilterDetailsFrame.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ89358þ þed214133582c34a113efd4c185da9055þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22053.javaþ þþ
þST22054þ þST22054þ þST22054þ þST22054þ þST22054þ þST22054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/IAction.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIAction.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ402þ þ
98b66699d458f749d6272fa0e2e12a07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22054.javaþ þþ
þST22055þ þST22055þ þST22055þ þST22055þ þST22055þ þST22055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/SavedFiltersCompPanel.formþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSavedFiltersCompPanel.formþ þ.XMLþ þap
plication/xmlþ þþ þ7130þ þfc4658ccea1895464b6873213b0807e5þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22055.xmlþ þþ
þST22056þ þST22056þ þST22056þ þST22056þ þST22056þ þST22056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/SavedFiltersCompPanel.javaþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSavedFiltersCompPanel.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ7698þ þ4471335e4641e9fbf0ab0534785dfc6aþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22056.javaþ þþ
þST22057þ þST22057þ þST22057þ þST22057þ þST22057þ þST22057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/TechAnalyticDialog.formþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTechAnalyticDialog.formþ þ.XMLþ þapplicat
ion/xmlþ þþ þ7269þ þccc8f54ca3bf8a045f1bc3fcc580a4cdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22057.xmlþ þþ
þST22058þ þST22058þ þST22058þ þST22058þ þST22058þ þST22058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/TechAnalyticDialog.javaþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTechAnalyticDialog.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ11062þ þbaa45ffc45ca57088e78aaa2c3dff94fþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22058.javaþ þþ
þST22059þ þST22059þ þST22059þ þST22059þ þST22059þ þST22059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/TextTransfer.javaþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTextTransfer.javaþ þ.JAVAþ þtext/x-java-sourceþ
 þþ þ2459þ þ89cda41bad01c7426ef1822441a4540bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22059.javaþ þþ
þST22060þ þST22060þ þST22060þ þST22060þ þST22060þ þST22060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/AnalyticTreePanel.javaþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAnalyticTreePanel.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ7163þ þ3d355b7f73b928faf23c59b5ae50b950þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22060.javaþ þþ

þST22061þ þST22061þ þST22061þ þST22061þ þST22061þ þST22061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/CustomizedTreeNode
.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomizedTreeNode.javaþ
þ.JAVAþ þtext/x-java-sourceþ þþ þ1107þ þb30ae6a69a8d4f9ca1cc0636b47e5defþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22061.jav
aþ þþ

þST22062þ þST22062þ þST22062þ þST22062þ þST22062þ þST22062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/CustomizedTreeRend
erer.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomizedTreeRendere
r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2892þ þ62919f4d0279fe0907a299d7245c4832þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2
2062.javaþ þþ

þST22063þ þST22063þ þST22063þ þST22063þ þST22063þ þST22063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/DisabledFolderIcon
.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDisabledFolderIcon.javaþ
þ.JAVAþ þtext/x-java-sourceþ þþ þ1340þ þaec55295424e61c89e661910c754931bþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22063.jav
aþ þþ

þST22064þ þST22064þ þST22064þ þST22064þ þST22064þ þST22064þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/DisabledLeafIcon.j
avaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDisabledLeafIcon.javaþ þ.JA
VAþ þtext/x-java-sourceþ þþ þ1306þ þec416d420e689dc79f23fee98ebfc43cþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22064.javaþ þ
þ

þST22065þ þST22065þ þST22065þ þST22065þ þST22065þ þST22065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/DisabledNodeTreeEx
ample.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDisabledNodeTreeExam
ple.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3828þ þ2bc506818369b2e91beeacfe7533b3ecþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\S
T22065.javaþ þþ

þST22066þ þST22066þ þST22066þ þST22066þ þST22066þ þST22066þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/DisabledNodeTreeEx
ample2.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDisabledNodeTreeExa
mple2.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3835þ þc1f714de366ba792a4facb478081eb6eþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22066.javaþ þþ

þST22067þ þST22067þ þST22067þ þST22067þ þST22067þ þST22067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/editor/tree/customized/GraydIcon.javaþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þGraydIcon.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ1584þ þ29745eeda9e209ea579e233bf2f5b128þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22067.javaþ þþ
þST22068þ þST22068þ þST22068þ þST22068þ þST22068þ þST22068þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/lists/AvarangeListModel.javaþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvarangeListModel.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ1743þ þ49b08324ffbde49dea865a972d3b61eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22069.javaþ þþ
þST22069þ þST22069þ þST22069þ þST22069þ þST22069þ þST22069þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/lists/StandartListModel.javaþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStandartListModel.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ992þ þ9d3c9f7fd791eb0732d40b0970761ae4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22069.javaþ þþ
þST22070þ þST22070þ þST22070þ þST22070þ þST22070þ þST22070þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/log/ILogPanelListener.javaþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þILogPanelListener.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ570þ þ46870b4626908adf20e3b74d2a36cb0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22070.javaþ þþ
þST22071þ þST22071þ þST22071þ þST22071þ þST22071þ þST22071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/log/LogPanel.formþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ5494þ þe2f1f
e573f39263a50ba760904595cb7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0009\ST22071.xmlþ þþ
þST22072þ þST22072þ þST22072þ þST22072þ þST22072þ þST22072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/log/LogPanel.javaþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þLogPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ11354þ þ
3cbbddb18ce9396137ff8eef632b3f50þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22072.javaþ þþ
þST22073þ þST22073þ þST22073þ þST22073þ þST22073þ þST22073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/qfilter-1.0/src/qfilter/gui/filters/log/LogRowObj.javaþ þþ þ0þ þ1þ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þLogRowObj.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2164þ
þd161217d23fb21817e31d9202e595891þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22073.javaþ þþ
þST22074þ þST22074þ þST22074þ þST22074þ þST22074þ þST22074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/qfilter-1.0/src/qfilter/gui/filters/result/QFilterInfoPanel.formþ þþ þþ þ0þ þ1 þ þST13740þ þþ þþþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterInfoPanel.formþ þ.XMLþ þappli cation/xmlþ þþ þ1408þ þ5a86e830fa1b240aa0dc4f074dc3f3f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22074.xmlþ þþ þST22075þ þST22075þ þST22075þ þST22076þ þST22076þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/result/QFilterInfoPanel.javaþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterInfoPanel.javaþ þ.JAVAþ þtext/x-java -sourceþ þþ þ1047þ þ826caf0f646f9a0756d3630673852f7cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22075.javaþ þþ þST22076þ þST22076þ þST22076þ þST22076þ þST22076þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/result/QFilterResultPanel.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterResultPanel.formþ þ.XMLþ þapplicat ion/xmlþ þþ þ13283þ þba60c10107ad3e978bcc52a06df6dfc2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22076.xmlþ þþ þST22077þ þST22077þ þST22077þ þST22077þ þST22077þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/result/QFilterResultPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQFilterResultPanel.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ17504þ þ94bd9544bd19299ef8b9c3dffda5ca11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22077.javaþ þþ þST22078þ þST22078þ þST22078þ þST22078þ þST22078þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/result/Row.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRow.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ877þ þ64ca160c39f002554631c371a35751ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22078.javaþ þþ þST22079þ þST22079þ þST22079þ þST22079þ þST22079þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/result/TIResultsFrame.formþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTIResultsFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ8086þ þ7ec4e58a471c0a351fe3b8dade63d81dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22079.xmlþ þþ þST22080þ þST22080þ þST22080þ þST22080þ þST22080þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/filters/result/TIResultsFrame.javaþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTIResultsFrame.javaþ þ.JAVAþ þtext/x-java-sou rceþ þþ þ8555þ þda5fb21580820c3aa20d043d251f9360þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22080.javaþ þþ þST22081þ þST22081þ þST22081þ þST22081þ þST22081þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/util/CyclingSpinnerListModel.javaþ þþ þþ þ0þ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCyclingSpinnerListModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1242þ þa34191aae8c419e2fbb39d16ab174ca2þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22081.javaþ þþ þST22082þ þST22082þ þST22082þ þST22082þ þST22082þ þST22082þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/gui/util/MessageUtil.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þMessageUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1162þ þa61ccb19c53e5ea1a89b22619608dce2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22082.javaþ þþ þST22083þ þST22083þ þST22083þ þST22083þ þST22083þ þST22083þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/IQFilterNavigator.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIQFilterNavigator.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ496þ þ15ccadc26e1c31bd39610253cc6b7c40þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22083.javaþ þþ þST22084þ þST22084þ þST22084þ þST22084þ þST22084þ þST22084þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/MoveFilterQ.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMoveFilterQ.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4402þ þ019be8d4a9a33333c2c032b01e960300þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22084.javaþ þþ þST22085þ þST22085þ þST22085þ þST22085þ þST22085þ þST22085þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/qfilter/QApp.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQApp.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2083þ þ5883954c63b78d3725aae7bb59138dd2þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22085.javaþ þþ þST22086þ þST22086þ þST22086þ þST22086þ þST22086þ þST22086þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/DiskMng.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þDiskMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6075þ þe1224178c3812e0c00b7a39f0cf95050þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22086.javaþ þþ þST22087þ þST22087þ þST22087þ þST22087þ þST22087þ þST22087þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/DragList.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDragList.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1769þ þb6f6ceefcabb7363e05ac45b2525fb52þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22087.javaþ þþ þST22088þ þST22088þ þST22088þ þST22088þ þST22088þ þST22088þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/ExportDataToFile.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þExportDataToFile.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4782þ þa26

66bdca7e68b7f718707fcd5c366a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST22088.javaþ þþ

þST22089þ þST22089þ þST22089þ þST22089þ þST22089þ þST22089þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/FCUtil.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFCUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ12521þ þ337ffd79928412e2a63d5f812fcaf9f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22089.javaþ þþ

þST22090þ þST22090þ þST22090þ þST22090þ þST22090þ þST22090þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/Format.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFormat.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7108þ þf0aff083af023456923f5e3757578e3dþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22090.javaþ þþ

þST22091þ þST22091þ þST22091þ þST22091þ þST22091þ þST22091þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/GUIUtil.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þGUIUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4477þ þe619472e7a7b09018cec1 1199ec71be4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22091.javaþ þþ

þST22092þ þST22092þ þST22092þ þST22092þ þST22092þ þST22092þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/MyMath.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMyMath.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1810þ þ7670a2dcdeb13bce0f7987fa4ac75e90þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22092.javaþ þþ

þST22093þ þST22093þ þST22093þ þST22093þ þST22093þ þST22093þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/SympleTextHighLighter.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSympleTextHighLighter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1316þ þ492717525d414cb7a9e7758ea4f99e07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22093.javaþ þþ

þST22094þ þST22094þ þST22094þ þST22094þ þST22094þ þST22094þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/TextHighlighter.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTextHighlighter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6260þ þ89ba2 0bb2d75e79e1d8f854ef7c76e88þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22094.javaþ þþ

þST22095þ þST22095þ þST22095þ þST22095þ þST22095þ þST22095þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/TimeChoserPanel.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTimeChoserPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ9828þ þa0421a0e9 31a0e597b778195cafba2fdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA

LSEþ þTRUEþ þNATIVES\0009\ST22095.xmlþ þþ

þST22096þ þST22096þ þST22096þ þST22096þ þST22096þ þST22096þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/TimeChoserPanel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTimeChoserPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8352þ þ0f9e6 b3bfa3e05daeabc65d3cba26313þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22096.javaþ þþ

þST22097þ þST22097þ þST22097þ þST22097þ þST22097þ þST22097þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/qfilter-1.0/src/utill/XMLParser.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þXMLParser.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2975þ þ3c325b00fcc1e2dd64e6c6664c7f091dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22097.javaþ þþ

þST22098þ þST22098þ þST22098þ þST22098þ þST22098þ þST22098þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ293þ þff116a7e87bae825b187d268a9939c95þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22098.txtþ þTEXT\0005\ST22098.txtþ

þST22099þ þST22099þ þST22099þ þST22099þ þST22099þ þST22099þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/.svn/dir-prop-baseþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22099.txtþ þTEXT\0005\ST22099.txtþ

þST22100þ þST22100þ þST22101þ þST22100þ þST22101þ þST22100þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/09/2011þ þ0 0:00:00þ þ2011-06-09T00:00:00-04:00þ þ1307592000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ57 9þ þ5c8056fd98b1f5c6c0cf8df82067a76dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22100.txtþ þTEXT\0005\ST22100.txtþ

þST22102þ þST22102þ þST22102þ þST22102þ þST22102þ þST22102þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/.svn/prop-base/sectors.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;

ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;

ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17115; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;

```
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22256; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;
```

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsectors.jar.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22102.txtþ þTEXT\0005\ST22102.txtþ
þST22103þ þST22103þ þST22103þ þST22103þ þST22103þ þST22103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22133þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3804þ þ8b1df
81c9caf4c5292bea5a9d140f2d8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0009\ST22103.xmlþ þþ
þST22104þ þST22104þ þST22104þ þST22104þ þST22104þ þST22104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/.svn/text-base/sectors.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þsectors.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ74308þ

þ98da52a0a2321bffbbf31d33e97f4172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22104.jarþ þþ

þST22105þ þST22105þ þST22105þ þST22105þ þST22105þ þST22105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ71þ þ3df7a
a49ac4266c75f1208670071e3cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0009\ST22105.propertiesþ þþ

þST22106þ þST22106þ þST22106þ þST22106þ þST22106þ þST22106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsControll
er.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsController.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ8268þ þ6bbf4a4b6d5866b748051a7cf2021614þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22106.classþ þþ

þST22107þ þST22107þ þST22107þ þST22107þ þST22107þ þST22107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsControll
er$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsController
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1163þ þ3dc0f16655898c8c48ba08f78201dddfþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22107.classþ þþ

þST22108þ þST22108þ þST22108þ þST22108þ þST22108þ þST22108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsDescript
or.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsDescriptor.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ1840þ þ4b105f4fd2d640f3159806358365508þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22108.classþ þþ

þST22109þ þST22109þ þST22109þ þST22109þ þST22109þ þST22109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsParamete
rs.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsParameters.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ4176þ þ7b99c97898ea9bcd31f998af7cb44596þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22109.classþ þþ

þST22110þ þST22110þ þST22110þ þST22110þ þST22110þ þST22110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsRejector
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsRejector.classþ þ
.CLASSþ þapplication/java-vmþ þ4027þ þefab9484c620a81b326428d57ad313f4þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22110.cl
assþ þþ

þST22111þ þST22111þ þST22111þ þST22111þ þST22111þ þST22111þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsRowModel .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsRowModel.classþ þ .CLASSþ þapplication/java-vmþ þþ þ813þ þa6b0fed27d78699ea0674bafb23dc846þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22111.cla ssþ þþ

þST22112þ þST22112þ þST22112þ þST22112þ þST22112þ þST22112þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/core/multiviewer/sectors/SectorsUpdater. classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsUpdater.classþ þ.C LASSþ þapplication/java-vmþ þþ þ2838þ þ409ac622ab6331d7a2a3825c811bc4d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22112.classþ þþ

þST22113þ þST22113þ þST22113þ þST22113þ þST22113þ þST22113þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/ISectorsPanelLis tener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISectorsPanelListen er.classþ þ.CLASSþ þapplication/java-vmþ þþ þ296þ þ8f6ec6081499d5ec9621f0aeb0285813þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST22113.classþ þþ

þST22114þ þST22114þ þST22114þ þST22114þ þST22114þ þST22114þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorMenu.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorMenu.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ789þ þa80c501dae510952ae4484af77b93480þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22114.classþ þþ þST22115þ þST22115þ þST22115þ þST22115þ þST22115þ þST22115þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorMenuItem.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorMenuItem.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ1199þ þ81a67ce813a7d6c268fbf7e50f41dcd6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22115.clas sþ þþ

þST22116þ þST22116þ þST22116þ þST22116þ þST22116þ þST22116þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorPanel.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPanel.classþ þ.CLASSþ þa pplication/java-vmþ þþ þ11656þ þ390260e52a563289e4f091f91ed166ccþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22116.classþ þþ þST22117þ þST22117þ þST22117þ þST22117þ þST22117þ þST22117þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorPanel$1.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPanel$1.classþ þ.CLAS

Sþ þapplication/java-vmþ þþ þ1045þ þ560c394b1c94910d539a7a1380adabcaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22117.classþ þþ

þST22118þ þST22118þ þST22118þ þST22118þ þST22118þ þST22118þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ939þ þ20dfd1462d23f1cc301d5696482d7bd9þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22118.classþ þþ

þST22119þ þST22119þ þST22119þ þST22119þ þST22119þ þST22119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1045þ þ411af7d64eef2fba1caa467d6962b369þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22119.classþ þþ

þST22120þ þST22120þ þST22120þ þST22120þ þST22120þ þST22120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorsMenuPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsMenuPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6936þ þe7f30baff7f292fc9625d311057547a2þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22120.classþ þþ

þST22121þ þST22121þ þST22121þ þST22121þ þST22121þ þST22121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorsMenuPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsMenuPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ974þ þ0a37a3f50ca0b7720dc89a460c6efecbþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22121.classþ þþ

þST22122þ þST22122þ þST22122þ þST22122þ þST22122þ þST22122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/multiviewer/sectors/SectorsMenuPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsMenuPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2164þ þ81c0649d8a8e98e4e06443532fe76323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22122.classþ þþ

þST22123þ þST22123þ þST22123þ þST22123þ þST22123þ þST22123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6146þ þ8aed41645723277a362ce95438260449þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22123.classþ þþ

þST22124þ þST22124þ þST22124þ þST22124þ þST22124þ þST22124þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl$1.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ927þ þ11d827841c26874caa3e5d121aa0afafþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22124.classþ þþ þST22125þ þST22125þ þST22125þ þST22125þ þST22125þ þST22125þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl$2.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ927þ þf928c87b6b974595fda8cc6ab8c30d53þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22125.classþ þþ þST22126þ þST22126þ þST22126þ þST22126þ þST22126þ þST22126þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl$3.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ894þ þ52be5eba9b2508cc3529f6364fdd16c2þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22126.classþ þþ þST22127þ þST22127þ þST22127þ þST22127þ þST22127þ þST22127þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl$4.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ844þ þac60b3c0666080260c2374380ea896c1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22127.classþ þþ þST22128þ þST22128þ þST22128þ þST22128þ þST22128þ þST22128þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl$5.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ941þ þ9b02a5ffd8ec72a4d593c50b15c564b5þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22128.classþ þþ þST22129þ þST22129þ þST22129þ þST22129þ þST22129þ þST22129þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl$6.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ891þ þ69e22d9fd0ed337568c3e7eb1b75ff44þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22129.classþ þþ þST22130þ þST22130þ þST22130þ þST22130þ þST22130þ þST22130þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/sectors/DataProvider_IndustryCode.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_IndustryCode.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ3397þ þ6b23566c1dcfcc2c0ca5dd5a23f51866þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22130.classþ þþ þST22131þ þST22131þ þST22131þ þST22131þ þST22131þ þST22131þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/sectors/DataProvider_IndustryCode$1.classþ þþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_IndustryCode$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1111þ þ790822f90e2d5c33740528b0ab3c2d8dþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22131.classþ þþ þST22132þ þST22132þ þST22132þ þST22132þ þST22132þ þST22132þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build/classes/sectors/DataProvider_IndustryCode$2.classþ þþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_IndustryCode$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ842þ þ0a96a4af1ff0844ca9e039ee22f09af5þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22132.classþ þþ þST22133þ þST22133þ þST22133þ þST22133þ þST22133þ þST22133þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/build.xmlþ þþ þþ þ0þ þ1þ þST22103þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ build.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3804þ þ8b1df81c9caf4c5292bea5a9d140f2d8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22 133.xmlþ þþ þST22134þ þST22134þ þST22134þ þST22134þ þST22134þ þST22134þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/dist/lib/buttons_img.jarþ þþ þþ þ0þ þ1þ þST15186; ST16492; ST22652; ST24141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuttons_img.jarþ þ.JARþ þapplication/j ava-archiveþ þþ þ1235293þ þb8811f59d80e0c51a816179e14b96d39þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22134.jarþ þþ þST22135þ þST22135þ þST22135þ þST22135þ þST22135þ þST22135þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1394973þ þa4aa6b05b0db73d2af285c7 92f21012fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0009\ST22135.jarþ þþ þST22136þ þST22136þ þST22136þ þST22136þ þST22136þ þST22136þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þST20748; ST24143þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclib.jarþ þ.JARþ þapplication/java-arc hiveþ þþ þ69517þ þe1900f28b3c69788f8d0a9267b8f3bbcþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22136.jarþ þþ þST22137þ þST22137þ þST22137þ þST22137þ þST22137þ þST22137þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/dist/lib/comm_img.jarþ þþ þþ þ0þ þ1þ þST15187; ST17187; ST22654; ST24435þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcomm_img.jarþ þ.JARþ þapplication/java -archiveþ þþ þ690275þ þ3ac614b34d1d08021e32387510a88175þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22137.jarþ þþ þST22138þ þST22138þ þST22138þ þST22138þ þST22138þ þST22138þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/lib/dich.jarþ þþ þþ þ0þ þ1þ þST12541; ST15014;
ST20749þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdich.jarþ þ.JARþ þapplication/java-arc
hiveþ þ þ74052þ þced046dfecf530a35046b318a9cfc04eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22138.jarþ
þST22139þ þST22139þ þST22139þ þST22139þ þST22139þ þST22139þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST20750;
ST24144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ812371þ þfc74af6f2908ebc0906d60ec12f1e3e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22139.jarþ þþ
þST22140þ þST22140þ þST22140þ þST22140þ þST22140þ þST22140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST12547; ST15016; ST20753; ST22354;
ST24023;
ST24145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22140.jarþ þþ
þST22141þ þST22141þ þST22141þ þST22141þ þST22141þ þST22141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST20755;
ST24147þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ229018þ þ6d4a7efec4e743159f950cd64de1da4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22141.jarþ þþ
þST22142þ þST22142þ þST22142þ þST22142þ þST22142þ þST22142þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135; ST21451;
ST22659; ST23081; ST23686; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22142.jarþ þþ
þST22143þ þST22143þ þST22143þ þST22143þ þST22143þ þST22143þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þST15019; ST20756; ST23082;
ST24442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvsclib.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ193434þ þ5e3a47b13f9368cad558e7ede25864dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22143.jarþ þþ
þST22144þ þST22144þ þST22144þ þST22144þ þST22144þ þST22144þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þR
EADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1323þ þ98118c607d5f866b96192521b2a2476dþ þ1þ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22144
.TXTþ þTEXT\0005\ST22144.txtþ
þST22145þ þST22145þ þST22145þ þST22145þ þST22145þ þST22145þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/dist/sectors.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
sectors.jarþ þ.JARþ þapplication/java-archiveþ þþ þ74182þ þe8a925a708cf094df244623f96
b05424þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0009\ST22145.jarþ þþ

þST22146þ þST22146þ þST22146þ þST22146þ þST22146þ þST22146þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ596þ þ567639c32abd7b8850b57cc114e45efe
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
009\ST22146.txtþ þTEXT\0005\ST22146.txtþ

þST22147þ þST22147þ þST22147þ þST22147þ þST22147þ þST22147þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760;
ST21191; ST21456; ST21910; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22147.txtþ þTEXT\0005\ST22147.txtþ
þST22148þ þST22148þ þST22150þ þST22148þ þST22150þ þST22148þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/0
8/2011þ þ00:00:00þ þ2011-06-08T00:00:00-04:00þ þ1307505600þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ835þ þaa8c6f8461a337ddc17e76367cf0b63dþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22148.txtþ þTEXT\0005\ST22148.t
xtþ

þST22151þ þST22151þ þST22151þ þST22151þ þST22151þ þST22151þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST2215
6;
ST22160þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þappli
cation/xmlþ þþ þ56287þ þ82008441b00264025e450254fabc3d99þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22151.xmlþ þþ
þST22152þ þST22152þ þST22152þ þST22152þ þST22152þ þST22152þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þS
T22157;
ST22161þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ475þ þ10d8b3e77dc2022eccb966af9fc4fc04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22152.txtþ þTEXT\0005\ST2
2152.txtþ

þST22153þ þST22153þ þST22154þ þST22153þ þST22154þ þST22153þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST
22165þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ3176þ þf47cebce9bda2a10bfddace2ec150ec7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22153.txtþ þTEXT\0005\ST22153.txtþ
þST22155þ þST22155þ þST22155þ þST22155þ þST22155þ þST22155þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22166þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ
þþ þ526þ þ498a2c2022ab16e13c2909b4e0a771a5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22155.xmlþ þþ
þST22156þ þST22156þ þST22156þ þST22156þ þST22156þ þST22156þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/tmp/build-impl.xml.tmpþ þþ þþ þ0þ þ1þ þST22151;
ST22160þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.tmpþ þ.XMLþ þapplicatio
n/xmlþ þþ þ56287þ þ82008441b00264025e450254fabc3d99þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22156.xmlþ þþ
þST22157þ þST22157þ þST22157þ þST22157þ þST22157þ þST22157þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/tmp/genfiles.properties.tmpþ þþ þþ þ0þ þ1þ þST22152;
ST22161þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.tmpþ þ.TXTþ þtext/
plainþ þþ þ475þ þ10d8b3e77dc2022eccb966af9fc4fc04þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22157.txtþ þTEXT\0005\ST22157.txtþ
þST22158þ þST22158þ þST22158þ þST22158þ þST22158þ þST22158þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þtempfile.2.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48773þ þ3014580708fc5ee
83179b2b17bdb4b1cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0009\ST22158.xmlþ þþ
þST22159þ þST22159þ þST22159þ þST22159þ þST22159þ þST22159þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þ2480f55427b7531cf904c01827
de1e10þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0009\ST22159.txtþ þTEXT\0005\ST22159.txtþ
þST22160þ þST22160þ þST22160þ þST22160þ þST22160þ þST22160þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST22151;
ST22156þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xm
lþ þþ þ56287þ þ82008441b00264025e450254fabc3d99þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22160.xmlþ þþ
þST22161þ þST22161þ þST22161þ þST22161þ þST22161þ þST22161þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST22152; ST22157þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þte xt/x-java-propertiesþ þþ þ475þ þ10d8b3e77dc2022eccb966af9fc4fc04þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22161.propertiesþ þþ
þST22162þ þST22162þ þST22162þ þST22162þ þST22162þ þST22162þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22162.propertiesþ þþ
þST22163þ þST22163þ þST22163þ þST22163þ þST22163þ þST22163þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST19841; ST23424; ST23913; ST24042; ST24164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex t/x-java-propertiesþ þþ þ269þ þ5c164ef077c3f8dde5ecd6dadb7affb7þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22163.propertiesþ þþ
þST22164þ þST22164þ þST22164þ þST22164þ þST22164þ þST22164þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ704þ þ998cfbd5e88b92437942b49b 3430ecc9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0009\ST22164.xmlþ þþ
þST22165þ þST22165þ þST22165þ þST22165þ þST22165þ þST22165þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST22153þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ317 6þ þf47cebce9bda2a10bfddace2ec150ec7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22165.propertiesþ þþ
þST22166þ þST22166þ þST22166þ þST22166þ þST22166þ þST22166þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST22155þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ526þ þ498a2c2022ab16e13c2909b4e 0a771a5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0009\ST22166.xmlþ þþ
þST22167þ þST22167þ þST22167þ þST22167þ þST22167þ þST22167þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þfdb2b6ded0339524888baf37bfd6ffa3þ þ1þ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22167.txtþ þTEXT\0005\ST22167.txtþ

þST22168þ þST22168þ þST22168þ þST22168þ þST22168þ þST22168þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/09/2011
þ þ00:00:00þ þ2011-06-09T00:00:00-04:00þ þ1307592000þ þentriesþ þ.TXTþ þtext/plainþ þþ
þ233þ þ4b3df76f870255794852bac42e425baeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22168.txtþ þTEXT\0005\ST22168.txtþ
þST22169þ þST22169þ þST22169þ þST22169þ þST22169þ þST22169þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ91þ þ6322cc61aae66e4f6217c4d5e86bd2b6þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22169.txtþ þTEXT\0005\ST22169.txtþ

þST22170þ þST22170þ þST22170þ þST22170þ þST22170þ þST22170þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/03/
2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ228þ þc1bd164310281b085c9fdeb379ee4fe9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22170.txtþ þTEXT\0005\ST22170.txtþ
þST22171þ þST22171þ þST22171þ þST22171þ þST22171þ þST22171þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þ270e875f6a0aa5441ce0bb9
d895500b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST22171.txtþ þTEXT\0005\ST22171.txtþ

þST22172þ þST22172þ þST22172þ þST22172þ þST22172þ þST22172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ
 þtext/plainþ þþ þ243þ þefc254cb32003fb8d1884d01ea8fe0a9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22172.txtþ þTEXT\0005\ST
22172.txtþ

þST22173þ þST22173þ þST22173þ þST22173þ þST22173þ þST22173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þ87d45ea88080e2d8a7
83e7dd209ce338þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0009\ST22173.txtþ þTEXT\0005\ST22173.txtþ

þST22174þ þST22174þ þST22174þ þST22174þ þST22174þ þST22174þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ

.TXTþ þtext/plainþ þþ þ245þ þ50037aea916f95fb64f3ddb240dd38f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22174.txtþ þTEXT\00 05\ST22174.txtþ

þST22175þ þST22175þ þST22175þ þST22175þ þST22175þ þST22175þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ119þ þ62812 8fe096aa250bdd0075a01e464deþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0009\ST22175.txtþ þTEXT\0005\ST22175.txtþ

þST22176þ þST22176þ þST22176þ þST22176þ þST22176þ þST22176þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ06/03/2011þ þ00:00:00þ þ2011 -06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ253þ þccf92843d0 e7c81acb740b3f2635f059þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0009\ST22176.txtþ þTEXT\0005\ST22176.txtþ

þST22177þ þST22177þ þST22177þ þST22177þ þST22177þ þST22177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/all-wcpropsþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ115 3þ þ04e100cf5e205884737c21d684bc227dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22177.txtþ þTEXT\0005\ST22177.txtþ

þST22178þ þST22178þ þST22180þ þST22178þ þST22180þ þST22178þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/entriesþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ13 07073600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1105þ þ0f56aed7122d753f3144c58f21486615þ þ 3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22178.txtþ þTEXT\0005\ST22178.txtþ

þST22181þ þST22181þ þST22184þ þST22181þ þST22184þ þST22181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/text-base/SectorsCon troller.java.svn-baseþ þþ þþ þ0þ þ1þ þST22196þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27/2007þ þ00:00:00þ þ2007-07-27T00:00:00-04:00þ þ1185508800þ þSectorsController.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ744þ þ9e9f4fdb43ff88b3247d5f4ab6a82e48þ þ4þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22181.txtþ þTEX T\0005\ST22181.txtþ

þST22185þ þST22185þ þST22186þ þST22185þ þST22186þ þST22185þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/text-base/SectorsDes criptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST22197þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/20/2007þ þ00:00:00þ þ2007-09-20T00:00:00-04:00þ þ1190260800þ þSectorsDescriptor.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ1697þ þa648a5d9f6f25df84944b150eedbf56eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22185.txtþ þTEX

T\0005\ST22185.txtþ

þST22187þ þST22187þ þST22190þ þST22187þ þST22190þ þST22187þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/text-base/SectorsParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST22198þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/25/2007þ þ00:00:00þ þ2007-07-25T00:00:00-04:00þ þ1185336000þ þSectorsParameters.java.svn-base þ þ.TXTþ þtext/plainþ þþ þ5829þ þa480bda2a7bac40ba0e66e0cf3c01a68þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22187.txtþ þTEXT\0005\ST22187.txtþ

þST22191þ þST22191þ þST22192þ þST22191þ þST22192þ þST22191þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/text-base/SectorsRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST22199þ þ0:00:00þ þ2007-08-15T00:00:00-04:00þ þ1187150400þ þSectorsRejector.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3954þ þ11ec807d3d16be12b6fc8124c833f96fþ þ2þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22191.txtþ þTEXT\0005\ST22191.txtþ

þST22193þ þST22193þ þST22193þ þST22193þ þST22193þ þST22193þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/text-base/SectorsRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST22200þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/2007þ þ0 0:00:00þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þSectorsRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þ769þ þcb25c1cf274f282ba3682c8173e00e59þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22193.txtþ þTEXT\0005\ST22193.txtþ

þST22194þ þST22194þ þST22195þ þST22194þ þST22195þ þST22194þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/.svn/text-base/SectorsUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST22201þ þþ þþ þþ þþ þþ þþ þ07/20/2007þ þ00 :00:00þ þ2007-07-20T00:00:00-04:00þ þ1184904000þ þSectorsUpdater.java.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ3288þ þ60368714d3d13277c53af4ec02fc423dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22194.txtþ þTEXT\0005\ST22194.txtþ

þST22196þ þST22196þ þST22196þ þST22196þ þST22196þ þST22196þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/SectorsController.javaþ þ þ þþ þ0þ þ1þ þST22181þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsController.javaþ þ. JAVAþ þtext/x-java-sourceþ þþ þ7744þ þ9e9f4fdb43ff88b3247d5f4ab6a82e48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22196.java þ þþ

þST22197þ þST22197þ þST22197þ þST22197þ þST22197þ þST22197þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/SectorsDescriptor.javaþ þ þ þþ þ0þ þ1þ þST22185þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsDescriptor.javaþ þ.

JAVAþ þtext/x-java-sourceþ þþ þ1697þ þa648a5d9f6f25df84944b150eedbf56eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22197.java þ þþ

þST22198þ þST22198þ þST22198þ þST22198þ þST22198þ þST22198þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/SectorsParameters.javaþ þ þþ þ0þ þ1þ þST22187þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsParameters.javaþ þ. JAVAþ þtext/x-java-sourceþ þþ þ5829þ þa480bda2a7bac40ba0e66e0cf3c01a68þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22198.java þ þþ

þST22199þ þST22199þ þST22199þ þST22199þ þST22199þ þST22199þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/SectorsRejector.javaþ þþ þ þ0þ þ1þ þST22191þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsRejector.javaþ þ.JAVA þ þtext/x-java-sourceþ þþ þ3954þ þ11ec807d3d16be12b6fc8124c833f96fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22199.javaþ þþ þST22200þ þST22200þ þST22200þ þST22200þ þST22200þ þST22200þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/SectorsRowModel.javaþ þþ þ þ0þ þ1þ þST22193þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsRowModel.javaþ þ.JAVA þ þtext/x-java-sourceþ þþ þ769þ þcb25c1cf274f282ba3682c8173e00e59þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22200.javaþ þþ þST22201þ þST22201þ þST22201þ þST22201þ þST22201þ þST22201þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/core/multiviewer/sectors/SectorsUpdater.javaþ þþ þþ þ þ0þ þ1þ þST22194þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsUpdater.javaþ þ.JAVAþ þ text/x-java-sourceþ þþ þ3288þ þ60368714d3d13277c53af4ec02fc423dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22201.javaþ þþ þST22202þ þST22202þ þST22202þ þST22202þ þST22202þ þST22202þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ106þ þa64ada04cb636bdef78 7d6148a9b6e03þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0009\ST22202.txtþ þTEXT\0005\ST22202.txtþ

þST22203þ þST22203þ þST22203þ þST22203þ þST22203þ þST22203þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/sectors/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ. TXTþ þtext/plainþ þþ þ255þ þ5531441669d790bde45d844d4e3f1e28þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22203.txtþ þTEXT\0005\ST22203.txtþ þST22204þ þST22204þ þST22204þ þST22204þ þST22204þ þST22204þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/sectors/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ118þ þf2ca31 a993297bf509dd1a3c0381948cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE þ þFALSEþ þTRUEþ þNATIVES\0009\ST22204.txtþ þTEXT\0005\ST22204.txtþ

þST22205þ þST22205þ þST22205þ þST22205þ þST22205þ þST22205þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/.svn/entriesþþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ1305604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ251þ þ42a7be8b86804af314d401068ef60590þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22205.t xtþ þTEXT\0006\ST22205.txtþ

þST22206þ þST22206þ þST22206þ þST22206þ þST22206þ þST22206þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall- wcpropsþ þ.TXTþ þtext/plainþ þþ þ1294þ þcc8a23a836a2b28270ce73f4d4abd013þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22206.t xtþ þTEXT\0006\ST22206.txtþ

þST22207þ þST22207þ þST22210þ þST22207þ þST22210þ þST22207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/entriesþþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/17/2011þ þ00:00:00þ þ2011-05-17T00:00:00-04:00þ þ130 5604800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1274þ þ0cd7996f8da5cc7224fb2be1c11276efþ þ4 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST22207.txtþ þTEXT\0006\ST22207.txtþ

þST22211þ þST22211þ þST22211þ þST22211þ þST22211þ þST22211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/ISectorsPan elListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST22225þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISectorsPanelListener.java.svn-base þ.TXTþ þtext/plainþ þþ þ400þ þ7c907b10164992762 4f3904b19a6261bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0009\ST22211.txtþ þTEXT\0006\ST22211.txtþ

þST22212þ þST22212þ þST22212þ þST22212þ þST22212þ þST22212þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/SectorMenu. java.svn-baseþ þþ þþ þ0þ þ1þ þST22226þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorMenu .java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ573þ þe70dbff048fa560581ff99b581beab9aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2 2212.txtþ þTEXT\0006\ST22212.txtþ

þST22213þ þST22213þ þST22213þ þST22213þ þST22213þ þST22213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/SectorMenuI tem.java.svn-baseþ þþ þþ þ0þ þ1þ þST22227þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSector MenuItem.java.svn-base þ.TXTþ þtext/plainþ þþ þ971þ þ3269e98d84fe469470ed42a4d7616c9

cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0009\ST22213.txtþ þTEXT\0006\ST22213.txtþ

þST22214þ þST22214þ þST22214þ þST22214þ þST22214þ þST22214þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/SectorPanel
.form.svn-baseþ þþ þþ þ0þ þ1þ þST22228þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPan
el.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ7234þ þ90a0c9597808a0ab78b58ab135a39c4
fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
09\ST22214.xmlþ þþ

þST22215þ þST22215þ þST22220þ þST22215þ þST22220þ þST22215þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/SectorPanel
.java.svn-baseþ þþ þþ þ0þ þ1þ þST22229þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/15/2008þ þ00:00:
00þ þ2008-07-15T00:00:00-04:00þ þ1216094400þ þSectorPanel.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ11794þ þ60870ca1cee3836b0960f3d6ad9cc626þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22215.txtþ þTEXT\0006\ST22215.txtþ

þST22221þ þST22221þ þST22221þ þST22221þ þST22221þ þST22221þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/SectorsMenu
Panel.form.svn-baseþ þþ þþ þ0þ þ1þ þST22230þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSect
orsMenuPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2287þ þ7f35c29b05aa4990fe606
fcb9a3731d3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST22221.xmlþ þþ

þST22222þ þST22222þ þST22224þ þST22222þ þST22224þ þST22222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/.svn/text-base/SectorsMenu
Panel.java.svn-baseþ þþ þþ þ0þ þ1þ þST22231þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/15/2008þ þ0
0:00:00þ þ2008-07-15T00:00:00-04:00þ þ1216094400þ þSectorsMenuPanel.java.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ5524þ þ7bc42607539882706b52bf84345f4438þ þ3þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22222.txtþ þTEXT\0
006\ST22222.txtþ

þST22225þ þST22225þ þST22225þ þST22225þ þST22225þ þST22225þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/ISectorsPanelListener.java
þ þþ þþ þ0þ þ1þ þST22211þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISectorsPanelListener.j
avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ400þ þ7c907b101649927624f3904b19a6261bþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22225
.javaþ þþ

þST22226þ þST22226þ þST22226þ þST22226þ þST22226þ þST22226þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/SectorMenu.javaþ þþ þþ þ0þ
þ1þ þST22212þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorMenu.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ573þ þe70dbff048fa560581ff99b581beab9aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22226.javaþ þþ
þST22227þ þST22227þ þST22227þ þST22227þ þST22227þ þST22227þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/SectorMenuItem.javaþ þþ þþ
þ0þ þ1þ þST22213þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorMenuItem.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ971þ þ3269e98d84fe469470ed42a4d7616c9cþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22227.javaþ þþ
þST22228þ þST22228þ þST22228þ þST22228þ þST22228þ þST22228þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/SectorPanel.formþ þþ þþ þ0þ
þ1þ þST22214þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPanel.formþ þ.XMLþ þapplica
tion/xmlþ þþ þ7234þ þ90a0c9597808a0ab78b58ab135a39c4fþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22228.xmlþ þþ
þST22229þ þST22229þ þST22229þ þST22229þ þST22229þ þST22229þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/SectorPanel.javaþ þþ þþ þ0þ
þ1þ þST22215þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorPanel.javaþ þ.JAVAþ þtext/x
-java-sourceþ þþ þ11794þ þ60870ca1cee3836b0960f3d6ad9cc626þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22229.javaþ þþ
þST22230þ þST22230þ þST22230þ þST22230þ þST22230þ þST22230þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/SectorsMenuPanel.formþ þþ þ
þ 0þ þ1þ þST22221þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsMenuPanel.formþ þ.XML
þ þapplication/xmlþ þþ þ2287þ þ7f35c29b05aa4990fe606fcb9a3731d3þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22230.xmlþ þþ
þST22231þ þST22231þ þST22231þ þST22231þ þST22231þ þST22231þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/multiviewer/sectors/SectorsMenuPanel.javaþ þþ þ
þ 0þ þ1þ þST22222þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSectorsMenuPanel.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þþ þ5524þ þ7bc42607539882706b52bf84345f4438þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22231.javaþ þþ
þST22232þ þST22232þ þST22232þ þST22232þ þST22232þ þST22232þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/reuse/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ111þ þ13e420b7b349e
a385cf98bfcec691b11þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0009\ST22232.txtþ þTEXTþ þ0006\ST22232.txtþ
þST22233þ þST22233þ þST22233þ þST22233þ þST22233þ þST22233þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/com/equityfeed/gui/reuse/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ08/02/2010þ þ00:00:00þ þ2010-08-02T00:00:00-04:00þ þ1280721600þ þentr
iesþ þ.TXTþ þtext/plainþ þþ þ248þ þ4cddc3d5f94c181469f9a3c30d2d9d8dþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22233.txtþ þ

TEXT\0006\ST22233.txtþ
þST22234þ þST22234þ þST22234þ þST22234þ þST22234þ þST22234þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/reuse/checkboxpln/.svn/all-wcpropsþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ441þ þ
a75ea3a1502f92ad97d08a72c6079329þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22234.txtþ þTEXT\0006\ST22234.txtþ
þST22235þ þST22235þ þST22237þ þST22235þ þST22237þ þST22235þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/reuse/checkboxpln/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þ08/02/2010þ þ00:00:00þ þ2010
-08-02T00:00:00-04:00þ þ1280721600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ684þ þ1f48aeba71
ef7c78c41c9638582182d8þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0009\ST22235.txtþ þTEXT\0006\ST22235.txtþ
þST22238þ þST22238þ þST22238þ þST22238þ þST22238þ þST22238þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/reuse/checkboxpln/.svn/text-base/CheckBoxPnl.f
orm.svn-baseþ þþ þþ þ0þ þ1þ þST22243þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl
.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ4786þ þa9e998686db9ca180427023aef2a1ef2þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22238.xmlþ þþ
þST22239þ þST22239þ þST22242þ þST22239þ þST22242þ þST22239þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/reuse/checkboxpln/.svn/text-base/CheckBoxPnl.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST22244þ þþ þ0þ þþ þþ þ07/22/2010þ þ00:00:00
þ þ2010-07-22T00:00:00-04:00þ þ1279771200þ þCheckBoxPnl.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ7187þ þ49e90d16f023e1524bffb138809f32aaþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22239.txtþ þTEXT\0006\ST22239.txtþ
þST22243þ þST22243þ þST22243þ þST22243þ þST22243þ þST22243þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl.formþ þþ þþ þ0þ þ
1þ þST22238þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl.formþ þ.XMLþ þapplicati
on/xmlþ þþ þ4786þ þa9e998686db9ca180427023aef2a1ef2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22243.xmlþ þþ
þST22244þ þST22244þ þST22244þ þST22244þ þST22244þ þST22244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/com/equityfeed/gui/reuse/checkboxpln/CheckBoxPnl.javaþ þþ þþ þ0þ þ
1þ þST22239þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCheckBoxPnl.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ7187þ þ49e90d16f023e1524bffb138809f32aaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22244.javaþ þþ
þST22245þ þST22245þ þST22245þ þST22245þ þST22245þ þST22245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/sectors/src/sectors/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ252þ þd0c4213fe2e14f69d9f0c2fc36abda62þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22245.tx
tþ þTEXT\0006\ST22245.txtþ
þST22246þ þST22246þ þST22246þ þST22246þ þST22246þ þST22246þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/sectors/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06
/09/2011þ þ00:00:00þ þ2011-06-09T00:00:00-04:00þ þ1307592000þ þentriesþ þ.TXTþ þtext/
plainþ þþ þ388þ þ75e8d4f5ea66ab95c14de8f6906c8596þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22246.txtþ þTEXT\0006\ST22246.txtþ
þST22247þ þST22247þ þST22248þ þST22247þ þST22248þ þST22247þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/sectors/.svn/text-base/DataProvider_IndustryCode.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST22249þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataProvider_IndustryCode
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3516þ þd72801c90b38811f3264d3af92ebe213þ þ2þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST
22247.txtþ þTEXT\0006\ST22247.txtþ
þST22249þ þST22249þ þST22249þ þST22249þ þST22249þ þST22249þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/src/sectors/DataProvider_IndustryCode.javaþ þþ þþ þ0þ þ1þ þST22247þ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þ47e34a6459ca640e0c72cdcef6f58a52þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST
22250.txtþ þTEXT\0006\ST22250.txtþ
þST22251þ þST22251þ þST22251þ þST22251þ þST22251þ þST22251þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/sectors/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/28/201
0þ þ00:00:00þ þ2010-05-28T00:00:00-04:00þ þ1275019200þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ158þ þ9ff22fdaea5075d203e89ad3a41a5bd2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22251.txtþ þTEXT\0006\ST22251.txtþ
þST22252þ þST22252þ þST22252þ þST22252þ þST22252þ þST22252þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ298þ þ2e8382ed379b36445d7eb4c829401a6aþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST222
52.txtþ þTEXT\0006\ST22252.txtþ
þST22253þ þST22253þ þST22253þ þST22253þ þST22253þ þST22253þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/.svn/dir-prop-baseþ þþ þþþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843;
ST22099; ST22616; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22253.txtþ þTEXT\0006\ST22253.txtþ
þST22254þ þST22254þ þST22255þ þST22254þ þST22255þ þST22254þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/.svn/entriesþ þþ þþ þþþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ05/13/2011þ þ
00:00:00þ þ2011-05-13T00:00:00-04:00þ þ1305259200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5
71þ þfb4ac3e8e9e5194db63cc08bbcf1d40aþ þ2þ þþ þ50þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22254.txtþ þTEXT\0006\ST22254.txtþ
þST22256þ þST22256þ þST22256þ þST22256þ þST22256þ þST22256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/.svn/prop-base/settings.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;

ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;

ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;

ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22619;
ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jar.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22256.txtþ þTEXT
\0006\ST22256.txtþ
þST22257þ þST22257þ þST22257þ þST22257þ þST22257þ þST22257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22351þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3807þ þ4997
ff78d5c1b3e77283ba3fc76739eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST22257.xmlþ þþ
þST22258þ þST22258þ þST22258þ þST22258þ þST22258þ þST22258þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/.svn/text-base/settings.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þsettings.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ24
6194þ þbc5ae7d74c0c3d368bc3c424bf21ea84þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22258.jarþ þþ
þST22259þ þST22259þ þST22259þ þST22259þ þST22259þ þST22259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ72þ þ894d
34553d8bef4c019a75993c59b17fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0009\ST22259.propertiesþ þþ
þST22260þ þST22260þ þST22260þ þST22260þ þST22260þ þST22260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/core/SettingDataCenter.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingDataCenter.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ447þ þfd4a23c052a9ad6171def671efacd811þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22260.classþ þþ
þST22261þ þST22261þ þST22261þ þST22261þ þST22261þ þST22261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/ApplicationEventTypeSettin
gs.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þApplicationEventTypeSe
ttings.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1532þ þ4eb556fa1bf3514e4f3ca528af2f7

be7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0009\ST22261.classþ þþ

þST22262þ þST22262þ þST22262þ þST22262þ þST22262þ þST22262þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/Descriptor.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptor.classþ þ.CLASSþ þa pplication/java-vmþ þþ þ582þ þ9381b1ba2f53603eff63b9282285681bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22262.classþ þþ

þST22263þ þST22263þ þST22263þ þST22263þ þST22263þ þST22263þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/DescriptorColo rFont.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorColorFont .classþ þ.CLASSþ þapplication/java-vmþ þþ þ2055þ þ5591f3a8b6ca9f9caee0f58f41464802þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\S T22263.classþ þþ

þST22264þ þST22264þ þST22264þ þST22264þ þST22264þ þST22264þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/DescriptorLeve l2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorLevel2.class þ þ.CLASSþ þapplication/java-vmþ þþ þ2745þ þ1872fa424a52591d5339d2678192070fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22264 .classþ þþ

þST22265þ þST22265þ þST22265þ þST22265þ þST22265þ þST22265þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/DescriptorMont age.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorMontage.cla ssþ þ.CLASSþ þapplication/java-vmþ þþ þ4510þ þa2ae9d3a018c87dbfbd49d503b051bb2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST222 65.classþ þþ

þST22266þ þST22266þ þST22266þ þST22266þ þST22266þ þST22266þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/DescriptorNews Publishers.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorNews Publishers.classþ þ.CLASSþ þapplication/java-vmþ þþ þ997þ þ79e2aaa70cb6377c9071ea8ca2 84b3a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0009\ST22266.classþ þþ

þST22267þ þST22267þ þST22267þ þST22267þ þST22267þ þST22267þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/DescriptorSyst em.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorSystem.class þ þ.CLASSþ þapplication/java-vmþ þþ þ1228þ þ2a928bf52a72443979292dff40b5fa6dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22267 .classþ þþ

þST22268þ þST22268þ þST22268þ þST22268þ þST22268þ þST22268þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/DescriptorTable.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorTable.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5082þ þ55997d864d3ce831148dffa0c996a40eþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22268.classþ þþ

þST22269þ þST22269þ þST22269þ þST22269þ þST22269þ þST22269þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/descriptors/IRecoverableDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRecoverableDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ199þ þ7f39a1b760ac0001b1c156216f949d05þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22269.classþ þþ

þST22270þ þST22270þ þST22270þ þST22270þ þST22270þ þST22270þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/IColumnsDefaultProducer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIColumnsDefaultProducer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ253þ þ94c20e1e9093624dd5cbfa169e188c4cþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22270.classþ þþ

þST22271þ þST22271þ þST22271þ þST22271þ þST22271þ þST22271þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/lookandfeel/LookFill.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLookFill.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2134þ þ73c33d9e55221023bee85198058bbf2cþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22271.classþ þþ

þST22272þ þST22272þ þST22272þ þST22272þ þST22272þ þST22272þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/EmtyPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEmtyPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ978þ þe7292b9350479ca926ae10aa1e8995b3þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22272.classþ þþ þþ þþ þþ þþ þþ

þST22273þ þST22273þ þST22273þ þST22273þ þST22273þ þST22273þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/ISettingPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISettingPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ190þ þ3ed81d1e97c71107681400b8920841fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22273.classþ þþ

þST22274þ þST22274þ þST22274þ þST22274þ þST22274þ þST22274þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishersPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ13105þ þeabe8d5e189fa4fa0aab2901cc6b2737þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ ST22274.classþ þþ

þST22275þ þST22275þ þST22275þ þST22275þ þST22275þ þST22275þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishers Panel$1.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPan el$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1307þ þ0e3baf9e4891596ee09f2937b1ca924d eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00 09\ST22275.classþ þþ

þST22276þ þST22276þ þST22276þ þST22276þ þST22276þ þST22276þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishers Panel$2.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPan el$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ970þ þ0e89d41ef5f7fcf68d4a9b9080d382a6 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 9\ST22276.classþ þþ

þST22277þ þST22277þ þST22277þ þST22277þ þST22277þ þST22277þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishers Panel$3.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPan el$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1307þ þebeea7f4da2fb8b12b68dd3faecb040 7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00 09\ST22277.classþ þþ

þST22278þ þST22278þ þST22278þ þST22278þ þST22278þ þST22278þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishers Panel$4.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPan el$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ970þ þ354fc0e003e0e9749f76a0271c4f5c83 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 9\ST22278.classþ þþ

þST22279þ þST22279þ þST22279þ þST22279þ þST22279þ þST22279þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishers Panel$5.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPan el$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1307þ þc3a77cca9c1e481a74b476f01e07da3 dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00 09\ST22279.classþ þþ

þST22280þ þST22280þ þST22280þ þST22280þ þST22280þ þST22280þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/NewsPublishers Panel$6.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPan el$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ970þ þ4d964a171dd340dea91f0a3219b5ea52 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 9\ST22280.classþ þþ

þST22281þ þST22281þ þST22281þ þST22281þ þST22281þ þST22281þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/news/Provider.class þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProvider.classþ þ.CLASSþ þappli cation/java-vmþ þþ þ3471þ þ49320ceb6ec32c4f33516e491bbc2ec6þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22281.classþ þþ þST22282þ þST22282þ þST22282þ þST22282þ þST22282þ þST22282þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ11705þ þ90827ab953ad0e7d13c2e019d38aab17þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22282.classþ þþ þST22283þ þST22283þ þST22283þ þST22283þ þST22283þ þST22283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$1.class þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$1.classþ þ.CLASSþ þ application/java-vmþ þþ þ915þ þbcd97c3b64f4f8b16ffcb8bdb8d0f768þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22283.classþ þþ þST22284þ þST22284þ þST22284þ þST22284þ þST22284þ þST22284þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$10.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$10.classþ þ.CLASS þ þapplication/java-vmþ þþ þ917þ þ8f984b56236e2d4a1a2e7f58743c99d8þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22284.classþ þþ þST22285þ þST22285þ þST22285þ þST22285þ þST22285þ þST22285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$11.clas sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$11.classþ þ.CLASS þ þapplication/java-vmþ þþ þ918þ þad70d4d8dd1bc895d8982282f8941697þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22285.classþ þþ þST22286þ þST22286þ þST22286þ þST22286þ þST22286þ þST22286þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$2.class þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$2.classþ þ.CLASSþ þ application/java-vmþ þþ þ915þ þp4a4c89dbda7b1c7d71c3c69b74788f7dþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22286.classþ þþ þST22287þ þST22287þ þST22287þ þST22287þ þST22287þ þST22287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$3.class þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$3.classþ þ.CLASSþ þ application/java-vmþ þþ þ915þ þcd138db836a6f64e3a4ac5be69c384cdþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22287.classþ þþ þST22288þ þST22288þ þST22288þ þST22288þ þST22288þ þST22288þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$4.class
þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$4.classþ þ.CLASSþ þ
application/java-vmþ þþ þ915þ þ6b07446ec5d583eea5ecc28008f9f2abþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0009\ST22288.classþ þþ
þST22289þ þST22289þ þST22289þ þST22289þ þST22289þ þST22289þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$5.class
þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$5.classþ þ.CLASSþ þ
application/java-vmþ þþ þ915þ þd595060599ea7f6dd58c200b2f99f3b4þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0009\ST22289.classþ þþ
þST22290þ þST22290þ þST22290þ þST22290þ þST22290þ þST22290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$6.class
þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$6.classþ þ.CLASSþ þ
application/java-vmþ þþ þ915þ þ2f4485ae010eb9b73b08fada5f2a88abþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0009\ST22290.classþ þþ
þST22291þ þST22291þ þST22291þ þST22291þ þST22291þ þST22291þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$7.class
þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$7.classþ þ.CLASSþ þ
application/java-vmþ þþ þ915þ þde01203e839be05cb8f257d7665d78b7þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0009\ST22291.classþ þþ
þST22292þ þST22292þ þST22292þ þST22292þ þST22292þ þST22292þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$8.class
þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$8.classþ þ.CLASSþ þ
application/java-vmþ þþ þ915þ þ96ce0203e26dab510388a6e903bb3d4eþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0009\ST22292.classþ þþ
þST22293þ þST22293þ þST22293þ þST22293þ þST22293þ þST22293þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$9.class
þ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$9.classþ þ.CLASSþ þ
application/java-vmþ þþ þ915þ þ21e901cec57dda5e2a4a5d1e61f0d4e8þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ \0009\ST22293.classþ þþ
þST22294þ þST22294þ þST22294þ þST22294þ þST22294þ þST22294þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelLevel2$ColorRe
nderer.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2$ColorR
enderer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1804þ þ7212603cd255cbb200b7a03e18ca
af62þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22294.classþ þþ
þST22295þ þST22295þ þST22295þ þST22295þ þST22295þ þST22295þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage.classþ
 þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage.classþ þ.CLASSþ þap
plication/java-vmþ þþ þ14316þ þ008aaa727a509257946c520285d3353cþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22295.classþ þþ
 þST22296þ þST22296þ þST22296þ þST22296þ þST22296þ þST22296þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$1.clas
sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$1.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ900þ þ341edba4b7052e39b6be7c860d51267aþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22296.classþ þþ
 þST22297þ þST22297þ þST22297þ þST22297þ þST22297þ þST22297þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$10.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$10.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ924þ þ624ebedffe0d26e52556c912956d4b55þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22297.classþ
 þþ
 þST22298þ þST22298þ þST22298þ þST22298þ þST22298þ þST22298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$11.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$11.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ925þ þdb069cfd71d7d38950a3c292566380e3þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22298.classþ
 þþ
 þST22299þ þST22299þ þST22299þ þST22299þ þST22299þ þST22299þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$2.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$2.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ922þ þ26ad1aaeffb78059fc0b01dc30d3fcfdþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22299.classþ þþ
 þST22300þ þST22300þ þST22300þ þST22300þ þST22300þ þST22300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$3.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$3.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ922þ þ1f879d1fcc630837b05b00743ab053c8þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22300.classþ þþ
 þST22301þ þST22301þ þST22301þ þST22301þ þST22301þ þST22301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$4.clas
sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$4.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ922þ þ8f28d86be9bcce85b87175c094c6805fþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22301.classþ þþ

þST22302þ þST22302þ þST22302þ þST22302þ þST22302þ þST22302þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$5.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$5.classþ þ.CLASS þ þapplication/java-vmþ þþ þ922þ þ2f9c14528bbab1fc8e618767bab6c7a8þ þþ þþ þþ þ.CLASS þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22302.classþ þþ þST22303þ þST22303þ þST22303þ þST22303þ þST22303þ þST22303þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$6.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$6.classþ þ.CLASS þ þapplication/java-vmþ þþ þ922þ þb5c56bcdaf3f3610e1e7ddb3d73d831aþ þþ þþ þþ þ.CLASS þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22303.classþ þþ þST22304þ þST22304þ þST22304þ þST22304þ þST22304þ þST22304þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$7.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$7.classþ þ.CLASS þ þapplication/java-vmþ þþ þ922þ þff9a7204273b099df9245be40dee243dþ þþ þþ þþ þ.CLASS þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22304.classþ þþ þST22305þ þST22305þ þST22305þ þST22305þ þST22305þ þST22305þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$8.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$8.classþ þ.CLASS þ þapplication/java-vmþ þþ þ922þ þ7182fe908769009578be027a15e509a0þ þþ þþ þþ þ.CLASS þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22305.classþ þþ þST22306þ þST22306þ þST22306þ þST22306þ þST22306þ þST22306þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$9.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$9.classþ þ.CLASS þ þapplication/java-vmþ þþ þ922þ þa43255b6dbc508af51a6917c5a935a05þ þþ þþ þþ þ.CLASS þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22306.classþ þþ þST22307þ þST22307þ þST22307þ þST22307þ þST22307þ þST22307þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$Extend edComboAction.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þPanelMontag e$ExtendedComboAction.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1260þ þ7e84e5191e059e 8cbc8907583126dccbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0009\ST22307.classþ þþ þST22308þ þST22308þ þST22308þ þST22308þ þST22308þ þST22308þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$MultiL evelComboBox.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage $MultiLevelComboBox.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2297þ þ205822f49d11dab2 5d48e8ef21ba4ce1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR

UEþ þNATIVES\0009\ST22308.classþ þþ

þST22309þ þST22309þ þST22309þ þST22309þ þST22309þ þST22309þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelMontage$MultiLevelComboBox$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage$MultiLevelComboBox$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1168þ þ57990e793e5c5f77473e51d4fe6d0bb6þ þþ þþ. þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0009\ST22309.classþ þþ

þST22310þ þST22310þ þST22310þ þST22310þ þST22310þ þST22310þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelSystem.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelSystem.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2251þ þbe4b8ab7598f6af38c88fba3df013a3fþ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22310.classþ þþ

þST22311þ þST22311þ þST22311þ þST22311þ þST22311þ þST22311þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelSystem$1.classþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelSystem$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ915þ þ78a889de1b04225dcdb94d40e5ba74acþ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22311.classþ þþ

þST22312þ þST22312þ þST22312þ þST22312þ þST22312þ þST22312þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelTable.classþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable.classþ þ.CLASSþ þapplication/java-vmþ þþ þ19928þ þ16134df7db63944888bc3047dd398b1cþ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22312.classþ þþ

þST22313þ þST22313þ þST22313þ þST22313þ þST22313þ þST22313þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelTable$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ908þ þc8ae7f8e329f4b00ab057b19489243d7þ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22313.classþ þþ

þST22314þ þST22314þ þST22314þ þST22314þ þST22314þ þST22314þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelTable$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ908þ þf1f659970999166c84ec3fcac62f2b11þ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22314.classþ þþ

þST22315þ þST22315þ þST22315þ þST22315þ þST22315þ þST22315þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/PanelTable$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ900þ þ0ab53ebbde5d7a1b1ed69b7d8bf777afþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22315.classþ þþ þST22316þ þST22316þ þST22316þ þST22316þ þST22316þ þST22316þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/Utils.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtils.classþ þ.CLASSþ þapplication/jav a-vmþ þþ þ3438þ þ1cf53013ce775f647438e1f05993e969þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22316.classþ þþ þST22317þ þST22317þ þST22317þ þST22317þ þST22317þ þST22317þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/panels/Utils$KeyText.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtils$KeyText.classþ þ.CLASSþ þ application/java-vmþ þþ þ658þ þf8f801b55d2eb3ad4298ba94ed0b62fdþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22317.classþ þþ þST22318þ þST22318þ þST22318þ þST22318þ þST22318þ þST22318þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/Settings.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettings.classþ þ.CLASSþ þapplication/java -vmþ þþ þ11679þ þ8686d94856be3741f790fe2acde14b0dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22318.classþ þþ þST22319þ þST22319þ þST22319þ þST22319þ þST22319þ þST22319þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/storage/DescriptorStorageL ocal.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorStorageLoc al.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3094þ þ6cb3b342accc8637e8d302831331d77fþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22319.classþ þþ þST22320þ þST22320þ þST22320þ þST22320þ þST22320þ þST22320þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/storage/DescriptorStorageS erver.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorStorageSe rver.classþ þ.CLASSþ þapplication/java-vmþ þþ þ366þ þ8d195bf16bb71c7ccfc715577e24f60b þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000 9\ST22320.classþ þþ þST22321þ þST22321þ þST22321þ þST22321þ þST22321þ þST22321þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/storage/IDescriptorStorage .classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDescriptorStorage.class þ þ.CLASSþ þapplication/java-vmþ þþ þ300þ þ9ea70ce3a223e93a83c30adfcdc1a174þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22321. classþ þþ þST22322þ þST22322þ þST22322þ þST22322þ þST22322þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/settings/storage/LocalPrefUtil.clas

sþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLocalPrefUtil.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ1794þ þ89d4296c1783f4c3c850539c659e627þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22322.classþ þþ
þST22323þ þST22323þ þST22323þ þST22323þ þST22323þ þST22323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/table/SettingsTable.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTable.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ1456þ þ6e38e8483070ce4375001d937a5362f4þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22323.classþ þþ
þST22324þ þST22324þ þST22324þ þST22324þ þST22324þ þST22324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/table/SettingsTableColorCo
ded.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColorCod
ed.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1932þ þ5e731aabeba5bca75200d49158ba48d8þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22324.classþ þþ
þST22325þ þST22325þ þST22325þ þST22325þ þST22325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/table/SettingsTableColors.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColors.class
þ þ.CLASSþ þapplication/java-vmþ þþ þ9075þ þ7f8c7b65319e2d530bc2a65d473e284aþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22325
.classþ þþ
þST22326þ þST22326þ þST22326þ þST22326þ þST22326þ þST22326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/table/SettingsTableFonts.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableFonts.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ4580þ þ608ee50aef01031d399b2c7c76fdfc1aþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22326.
classþ þþ
þST22327þ þST22327þ þST22327þ þST22327þ þST22327þ þST22327þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/settings/TableConstantsColorScheme.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorScheme
.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2696þ þ4e7b9867875ecb310ec7f501809470b7þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\S
T22327.classþ þþ
þST22328þ þST22328þ þST22328þ þST22328þ þST22328þ þST22328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/BannedSettingFrame.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedSettingFrame.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ2555þ þae8608cb49073418282d47d56f1d9983þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22328.classþ þþ
þST22329þ þST22329þ þST22329þ þST22329þ þST22329þ þST22329þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedSettingFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedSettingFrame$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ683þ þe84f27ca434ceafebff23cb71b518a8eþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22329.class þ þþ

þST22330þ þST22330þ þST22330þ þST22330þ þST22330þ þST22330þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedTickersPanel.classþ þþ þþ þ1þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9020þ þ0031eab3bc8464e569d088bc035ef6e2þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22330.class þþ þST22331þ þST22331þ þST22331þ þST22331þ þST22331þ þST22331þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedTickersPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þ64aa8b5da9234d685d6ab65154f00999þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22331.class þ þþ

þST22332þ þST22332þ þST22332þ þST22332þ þST22332þ þST22332þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedTickersPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ866þ þd57fd0081ff7beaf0853379895cf026fþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22332.class þ þþ

þST22333þ þST22333þ þST22333þ þST22333þ þST22333þ þST22333þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedTickersPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þa2fcb17deb4cf164ee3d3b7685abde7fþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22333.class þ þþ

þST22334þ þST22334þ þST22334þ þST22334þ þST22334þ þST22334þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedTickersPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þ768376ab5a27ebbec8e993759471213eþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22334.class þ þþ

þST22335þ þST22335þ þST22335þ þST22335þ þST22335þ þST22335þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/build/classes/com/equityfeed/gui/system/BannedTickersPanel$5.classþ

þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel$5.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ720þ þ76c9171bd4eac0dc0e3d043f8bb48021þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22335.class
þ þþ

þST22336þ þST22336þ þST22336þ þST22336þ þST22336þ þST22336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/PanelLookFeel.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ6979þ þ7b8a76315b00f31bc543e4a2edb90f4aþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22336.class þþ
þST22337þ þST22337þ þST22337þ þST22337þ þST22337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/PanelLookFeel$1.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel$1.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ875þ þb429fc7f84931dec341dba12e4995a69þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22337.class þþ
þST22338þ þST22338þ þST22338þ þST22338þ þST22338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/PanelLookFeel$2.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel$2.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ875þ þc3dd0de82e7166bd4115784724c8f250þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22338.class þþ
þST22339þ þST22339þ þST22339þ þST22339þ þST22339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/PanelLookFeel$3.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel$3.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ875þ þdae18fc257ac01173e323c0576c0a58cþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22339.class þþ
þST22340þ þST22340þ þST22340þ þST22340þ þST22340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/SkinsSettingFrame.classþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSkinsSettingFrame.classþ þ.CLASSþ þa
pplication/java-vmþ þþ þ2413þ þea6b1323e5a35dcb09603deeefa4190bþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22340.class þþ
þST22341þ þST22341þ þST22341þ þST22341þ þST22341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/system/SkinsSettingFrame$1.classþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þSkinsSettingFrame$1.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ678þ þ9f19b0cb35730ff2a7b5516f5b8c10dbþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22341.class þ
þ
þST22342þ þST22342þ þST22342þ þST22342þ þST22342þ þST22342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/IBannedTi
ckersPanelListener.classþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIBanne
dTickersPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ433þ þ956ae4b15b3eb64
28df59a9937a31029þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0009\ST22342.classþ þþ

þST22343þ þST22343þ þST22343þ þST22343þ þST22343þ þST22343þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/IGlobalSe
ttingController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGlobalSe
ttingController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ715þ þ78bbdd3440dafcf8b23ce
656b2bf174cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST22343.classþ þ

þST22344þ þST22344þ þST22344þ þST22344þ þST22344þ þST22344þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/IGlobalTa
bleSettingController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGlo
balTableSettingController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ184þ þ27da4be380
09aa86553782e23287489þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS
Eþ þTRUEþ þNATIVES\0009\ST22344.classþ þþ

þST22345þ þST22345þ þST22345þ þST22345þ þST22345þ þST22345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/IMontageS
ettingsListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMontageS
ettingsListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ948þ þffca7aa2bf9b5e08f4dcc
fbe92a92fb3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST22345.classþ þþ

þST22346þ þST22346þ þST22346þ þST22346þ þST22346þ þST22346þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/IPanelLoo
kFeel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelLookFeel.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ337þ þ7fd94dd6de8f2776f1b3e886ef92e9a1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22346
.classþ þþ

þST22347þ þST22347þ þST22347þ þST22347þ þST22347þ þST22347þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/ISettingL
istener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISettingListener.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ544þ þ959fd4a769f4073efa842898c2bf1523þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2
2347.classþ þþ

þST22348þ þST22348þ þST22348þ þST22348þ þST22348þ þST22348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/SettingCo
nfPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingConfPanel.

classþ þ.CLASSþ þapplication/java-vmþ þþ þ8732þ þ14222þ109077876bab3125f576c08deeþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST
22348.classþ þþ

þST22349þ þST22349þ þST22349þ þST22349þ þST22349þ þST22349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/SettingCo
nfPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingConfPane
l$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þ23aaefdebbc3161398bf85a635038c5cþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0009\ST22349.classþ þþ

þST22350þ þST22350þ þST22350þ þST22350þ þST22350þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build/classes/com/equityfeed/gui/userconfig/globalsettings/SettingCo
nfPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingConfPane
l$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1019þ þ2ad04d23bb3c7a100e971dcde9a62759
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\000
9\ST22350.classþ þþ

þST22351þ þST22351þ þST22351þ þST22351þ þST22351þ þST22351þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/build.xmlþ þþ þþ þ0þ þ1þ þST22257þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3807þ þ4997ff78d5c1b3e77283ba3fc76739eaþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2
2351.xmlþ þþ

þST22352þ þST22352þ þST22352þ þST22352þ þST22352þ þST22352þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST15015;
ST23075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ812419þ þ8b9bbd2c2adb1a7169b507265131d38cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22352.jarþ þþ

þST22353þ þST22353þ þST22353þ þST22353þ þST22353þ þST22353þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST12545;
ST21448þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1108930þ þ4e5726a62aba63f772c521d0139d2201þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22353.jarþ þþ

þST22354þ þST22354þ þST22354þ þST22354þ þST22354þ þST22354þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST12547; ST15016; ST20753; ST22140;
ST24023;
ST24145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22354.jarþ þþ

þST22355þ þST22355þ þST22355þ þST22355þ þST22355þ þST22355þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
README.TXTþ þ.TXTþ þtext/plainþ þþ þ1324þ þ8a82aec1a08ffd6f28d5bd61a17f1094þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST2235
5.TXTþ þTEXT\0006\ST22355.txtþ
þST22356þ þST22356þ þST22356þ þST22356þ þST22356þ þST22356þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/dist/settings.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þsettings.jarþ þ.JARþ þapplication/java-archiveþ þþ þ229030þ þb5de078db251f78bae59e
267670c9e44þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST22356.jarþ þþ
þST22357þ þST22357þ þST22357þ þST22357þ þST22357þ þST22357þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ600þ þc286c322a4082e5d78a03ada86b5a59
cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0009\ST22357þ þTEXT\0006\ST22357.txtþ
þST22358þ þST22358þ þST22358þ þST22358þ þST22358þ þST22358þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555;
ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504;
ST20760; ST21191; ST21456; ST21910; ST22147; ST22664; ST22796; ST23086; ST23408;
ST23695; ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22358.txtþ þTEXT\0006\ST22358.txtþ
þST22359þ þST22359þ þST22361þ þST22359þ þST22361þ þST22359þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/
22/2010þ þ00:00:00þ þ2010-09-22T00:00:00-04:00þ þ1285128000þ þentriesþ þ.TXTþ þtext/p
lainþ þþ þ860þ þ622c1cf07272450e0183ef349ac76261þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22359.txtþ þTEXT\0006\ST22359.
txtþ
þST22362þ þST22362þ þST22362þ þST22362þ þST22362þ þST22362þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ
þ þ56290þ þb3b1b821878a1bc94bbc473a4bef24277þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22362.xmlþ þþ
þST22363þ þST22363þ þST22363þ þST22363þ þST22363þ þST22363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ475þ þ979e8ef94382de2812d1ce6c6c5bc80dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22363.txtþ þTEXT\0006\ST22363.txtþ

þST22364þ þST22364þ þST22365þ þST22364þ þST22365þ þST22364þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST22372þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2500þ þb73b23cd47ce36e5d5d39a79cbe2ce1bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22364.txtþ þTEXT\0006\ST22364.txtþ

þST22366þ þST22366þ þST22366þ þST22366þ þST22366þ þST22366þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ527þ þ63e77b0a03808a8e419490301e2175c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22366.xmlþ þþ

þST22367þ þST22367þ þST22367þ þST22367þ þST22367þ þST22367þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56339þ þefb204a1d77327da8e3702cbdcfd85e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22367.xmlþ þþ

þST22368þ þST22368þ þST22368þ þST22368þ þST22368þ þST22368þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ982728441217fb2fb12f69e88d3cc566þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22368.propertiesþ þþ

þST22369þ þST22369þ þST22369þ þST22369þ þST22369þ þST22369þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22369.propertiesþ þþ

þST22370þ þST22370þ þST22370þ þST22370þ þST22370þ þST22370þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST20152þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ168þ þ48f786299c3924092534734857d45fcfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22370.propertiesþ þþ

þST22371þ þST22371þ þST22371þ þST22371þ þST22371þ þST22371þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ408þ þ3d35b01ee95c11f933c0fd54e74925e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22371.xmlþ þþ

þST22372þ þST22372þ þST22372þ þST22372þ þST22372þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST22364þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2500þ þb73b23cd47ce36e5d5d39a79cbe2ce1bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22372.propertiesþ þþ

þST22373þ þST22373þ þST22373þ þST22373þ þST22373þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST22366þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ527þ þ63e77b0a03808a8e41949030 1e2175c7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22373.xmlþ þþ

þST22374þ þST22374þ þST22374þ þST22374þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þ2103aedacc1960defed1dd952d860869þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22374.txtþ þTEXT\0006\ST22374.txtþ

þST22375þ þST22375þ þST22375þ þST22375þ þST22375þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/28/2011þ þ00:00:00þ þ2011-07-28T00:00-04:00þ þ1311825600þ þentriesþ þ.TXTþ þtext/plainþ þ þ217þ þ5033925f595eb8d7b4cbaa585b8c2a4bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22375.txtþ þTEXT\0006\ST22375.txtþ þST22376þ þST22376þ þST22376þ þST22376þ þST22376þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ92þ þbb2717537e5c0e1b1eb13d91fa79ae7bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22376.txtþ þTEXT\0006\ST22376.txtþ

þST22377þ þST22377þ þST22377þ þST22377þ þST22377þ þST22377þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/28/2011þ þ00:00:00þ þ2011-07-28T00:00-04:00þ þ1311825600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ228þ þdcab25859d4c86a5a28650f8e75701dbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22377.txtþ þTEXT \0006\ST22377.txtþ

þST22378þ þST22378þ þST22378þ þST22378þ þST22378þ þST22378þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þ199c18e952bcea3c0b8672
5991d21c5dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
þNATIVES\0009\ST22378.txtþ þTEXT\0006\ST22378.txtþ
þST22379þ þST22379þ þST22379þ þST22379þ þST22379þ þST22379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ07/28/2011þ þ00:00:00þ þ2011-07-28T00:00:00-04:00þ þ1311825600þ þentriesþ þ.TXT
þ þtext/plainþ þþ þ243þ þb921a0025ef0f624e03443a5266c424eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22379.txtþ þTEXT\0006\S
T22379.txtþ
þST22380þ þST22380þ þST22380þ þST22380þ þST22380þ þST22380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ262þ þ4608f632a62433d45
7a1edf3655298c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0009\ST22380.txtþ þTEXT\0006\ST22380.txtþ
þST22381þ þST22381þ þST22381þ þST22381þ þST22381þ þST22381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þ.TXTþ þtext/plainþ þþ þ399þ þ34f9a70d0f018b1efdadef8d24986079dþ þ1þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22381.txtþ þTEXT\0
006\ST22381.txtþ
þST22382þ þST22382þ þST22382þ þST22382þ þST22382þ þST22382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/core/.svn/text-base/SettingDataCenter.java.svn-ba
seþ þþ þþ þ0þ þ1þ þST22385þ þþ þþ þþ þþ þþ þþ þSettingDataCenter.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ319þ þ33944eeec4df0ec2f88ad730a167a6bbþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22382
.txtþ þTEXT\0006\ST22382.txtþ
þST22383þ þST22383þ þST22383þ þST22383þ þST22383þ þST22383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/core/frames/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ114þ þf05036bdee46e7710471c686f203c845þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22383.tx
tþ þTEXT\0006\ST22383.txtþ
þST22384þ þST22384þ þST22384þ þST22384þ þST22384þ þST22384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/core/frames/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þ09/07/2010þ þ00:00:00þ þ2010-09-07T00:00:00-04:00þ þ1283832000þ þen
triesþ þ.TXTþ þtext/plainþ þþ þ233þ þeec2c45d3ea3dc904b2546ea544d7b0fþ þ1þ þþ þþ þþ þ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22384.txtþ þTEXT\0006\ST22384.txtþ

þST22385þ þST22385þ þST22385þ þST22385þ þST22385þ þST22385þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/core/SettingDataCenter.javaþ þþ þþ þ0þ þ1þ þST22382 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingDataCenter.javaþ þ.JAVAþ þtext/x-java-sourceþ þ319þ þ33944eeec4df0ec2f88ad730a167a6bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22385.javaþ

þST22386þ þST22386þ þST22386þ þST22386þ þST22386þ þST22386þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þ5e4181f15f23afae94 bc386d101be214þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR UEþ þNATIVES\0009\ST22386.txtþ þTEXT\0006\ST22386.txtþ

þST22387þ þST22387þ þST22387þ þST22387þ þST22387þ þST22387þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þ07/28/2011þ þ00:00:00þ þ2011-07-28T00:00:00-04:00þ þ1311825600þ þentriesþ þ .TXTþ þtext/plainþ þþ þ271þ þc91f51a4c497b15b2f47c4f87a7a1a08þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22387.txtþ þTEXT\00 06\ST22387.txtþ

þST22388þ þST22388þ þST22388þ þST22388þ þST22388þ þST22388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ797þ þe859dc7fa b9e4a773d971bad73dcd636þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0009\ST22388.txtþ þTEXT\0006\ST22388.txtþ

þST22389þ þST22389þ þST22391þ þST22389þ þST22391þ þST22389þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/22/2011þ þ00:00:00þ þ2011-06-22T00:00:00-04:00þ þ1308715200þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ972þ þ76ac96eaf61550322fef18d9bd027112þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0009\ST22389.txtþ þTEXT\0006\ST22389.txtþ

þST22392þ þST22392þ þST22392þ þST22392þ þST22392þ þST22392þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/.svn/text-base/ApplicationEventTypeS ettings.java.svn-baseþ þþ þþ þ0þ þ1þ þST22403þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAp plicationEventTypeSettings.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ422þ þ4d61438ccbbbd 736840bb8cb51e398c8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS Eþ þTRUEþ þNATIVES\0009\ST22392.txtþ þTEXT\0006\ST22392.txtþ

þST22393þ þST22393þ þST22393þ þST22393þ þST22393þ þST22393þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/src/com/equityfeed/gui/settings/.svn/text-base/IColumnsDefaultProduc
er.java.svn-baseþ þþ þþ þ0þ þ1þ þST22434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIColumn
sDefaultProducer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ310þ þef241225bc005403acb4e8c
1015d9f97þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0009\ST22393.txtþ þTEXT\0006\ST22393.txtþ
þST22394þ þST22394þ þST22400þ þST22394þ þST22400þ þST22394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/.svn/text-base/Settings.java.svn-bas
eþ þþ þþ þ0þ þ1þ þST22519þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettings.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ17962þ þ0e95cfa909569e39a29a30c8180dbac9þ þ7þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0009\ST22394.txtþ þT
EXT\0006\ST22394.txtþ
þST22401þ þST22401þ þST22402þ þST22401þ þST22402þ þST22401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/.svn/text-base/TableConstantsColorSc
heme.java.svn-baseþ þþ þþ þ0þ þ1þ þST22554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTable
ConstantsColorScheme.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4074þ þafa64886f8c56de3f4
ca9100a47e8ed2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0010\ST22401.txtþ þTEXT\0006\ST22401.txtþ
þST22403þ þST22403þ þST22403þ þST22403þ þST22403þ þST22403þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/ApplicationEventTypeSettings.javaþ þ
þþ þ0þ þ1þ þST22392þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þApplicationEventTypeSetti
ngs.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ422þ þ4d61438ccbbbd736840bb8cb51e398c8þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST
22403.javaþ þþ
þST22404þ þST22404þ þST22404þ þST22404þ þST22404þ þST22404þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/all-wcpropsþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ15
28þ þe72bca09e4c1a61fbd560f9d6585864cþ þ1þ þþ þþ þþ þþ þþ þ.þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22404.txtþ þTEXT\0006\ST22404.txtþ
þST22405þ þST22405þ þST22409þ þST22405þ þST22409þ þST22405þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/entriesþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/13/2011þ þ00:00:00þ þ2011-05-13T00:00:00-04:00þ þ1
305259200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1540þ þ0982e28d7437960ee234316fec3168cbþ
þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST22405.txtþ þTEXT\0006\ST22405.txtþ
þST22410þ þST22410þ þST22410þ þST22410þ þST22410þ þST22410þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
r.java.svn-baseþ þþ þþ þ0þ þ1þ þST22426þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescript
or.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ400þ þb3da0ceff0b3128a5f8666b9b729e2c4þ þ1þ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\S
T22410.txtþ þTEXT\0006\ST22410.txtþ

þST22411þ þST22411þ þST22412þ þST22411þ þST22412þ þST22411þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
rColorFont.java.svn-baseþ þþ þþ þ0þ þ1þ þST22427þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þDescriptorColorFont.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2676þ þff3ea4c4c4d06b290c
17197ff9602424þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0010\ST22411.txtþ þTEXT\0006\ST22411.txtþ

þST22413þ þST22413þ þST22415þ þST22413þ þST22415þ þST22413þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
rLevel2.java.svn-baseþ þþ þþ þ0þ þ1þ þST22428þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDe
scriptorLevel2.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3147þ þ70a55e692a7a94e117aa6b80
b47116ebþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22413.txtþ þTEXT\0006\ST22413.txtþ

þST22416þ þST22416þ þST22418þ þST22416þ þST22418þ þST22416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
rMontage.java.svn-baseþ þþ þþ þ0þ þ1þ þST22429þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þD
escriptorMontage.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5095þ þ755a012f3428ce7b7d9a8f
13df02961bþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST22416.txtþ þTEXT\0006\ST22416.txtþ

þST22419þ þST22419þ þST22419þ þST22419þ þST22419þ þST22419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
rNewsPublishers.java.svn-baseþ þþ þþ þ0þ þ1þ þST22430þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þDescriptorNewsPublishers.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1081þ þ63278bde
f69c711f65353b092667b147þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST22419.txtþ þTEXT\0006\ST22419.txtþ

þST22420þ þST22420þ þST22420þ þST22420þ þST22420þ þST22420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
rSystem.java.svn-baseþ þþ þþ þ0þ þ1þ þST22431þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDe
scriptorSystem.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1191þ þf8684d884dec4bc198e06910
1df927b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22420.txtþ þTEXT\0006\ST22420.txtþ

þST22421þ þST22421þ þST22424þ þST22421þ þST22424þ þST22421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/Descripto
rTable.java.svn-baseþ þþ þþ þ0þ þ1þ þST22432þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDes
criptorTable.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7730þ þ094555c1f5e1a7ec0f9e258e83
63fd04þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST22421.txtþ þTEXT\0006\ST22421.txtþ

þST22425þ þST22425þ þST22425þ þST22425þ þST22425þ þST22425þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/descriptors/.svn/text-base/IRecoverableDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST22433þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRecoverableDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ259þ þb736f5368fb601c196ab977f46155f06þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22425.txtþ þTEXT\0006\ST22425.txtþ

þST22426þ þST22426þ þST22426þ þST22426þ þST22426þ þST22426þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/descriptors/Descriptor.javaþ þþ þþ þ0þ þ1þ þST22410þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ400þ þb3da0ceff0b3128a5f8666b9b729e2c4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22426.javaþ þþ

þST22427þ þST22427þ þST22427þ þST22427þ þST22427þ þST22427þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/descriptors/DescriptorColorFont.javaþ þþ þþ þ0þ þ1þ þST22411þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorColorFont.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2676þ þff3ea4c4c4d06b290c17197ff9602424þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22427.javaþ þþ

þST22428þ þST22428þ þST22428þ þST22428þ þST22428þ þST22428þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/descriptors/DescriptorLevel2.javaþ þþ þþ þ0þ þ1þ þST22413þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorLevel2.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3147þ þ70a55e692a7a94e117aa6b80b47116ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22428.javaþ þþ

þST22429þ þST22429þ þST22429þ þST22429þ þST22429þ þST22429þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/descriptors/DescriptorMontage.javaþ þþ þþ þ0þ þ1þ þST22416þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorMontage.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5095þ þ755a012f3428ce7b7d9a8f13df02961bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22429.javaþ þþ

þST22430þ þST22430þ þST22430þ þST22430þ þST22430þ þST22430þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/descriptors/DescriptorNewsPublishers.javaþ þþ þþ þ0þ þ1þ þST22419þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorNewsPublishers.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1081þ þ63278bdef69c711f65353b092667b147þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22430.javaþ þþ

þST22431þ þST22431þ þST22431þ þST22431þ þST22431þ þST22431þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/DescriptorSystem.javaþ þ
þ þþ þ0þ þ1þ þST22420þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorSystem.javaþ þ.J
AVAþ þtext/x-java-sourceþ þþ þ1191þ þf8684d884dec4bc198e069101df927b6þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22431.javaþ
þþ
þST22432þ þST22432þ þST22432þ þST22432þ þST22432þ þST22432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/DescriptorTable.javaþ þþ
þþ þ0þ þ1þ þST22421þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorTable.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þþ þ7730þ þ094555c1f5e1a7ec0f9e258e8363fd04þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22432.javaþ þþ
þST22433þ þST22433þ þST22433þ þST22433þ þST22433þ þST22433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/descriptors/IRecoverableDescriptor.j
avaþ þþ þþ þ0þ þ1þ þST22425þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIRecoverableDescript
or.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ259þ þb736f5368fb601c196ab977f46155f06þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2
2433.javaþ þþ
þST22434þ þST22434þ þST22434þ þST22434þ þST22434þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/IColumnsDefaultProducer.javaþ þþ þþ þ
0þ þ1þ þST22393þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIColumnsDefaultProducer.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ310þ þef241225bc005403acb4e8c1015d9f97þ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22434.java
þ þþ
þST22435þ þST22435þ þST22435þ þST22435þ þST22435þ þST22435þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/lookandfeel/.svn/all-wcpropsþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ28
5þ þc248c47325bacacf9d3f885173c21b79þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22435.txtþ þTEXT\0006\ST22435.txtþ
þST22436þ þST22436þ þST22436þ þST22436þ þST22436þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/lookandfeel/.svn/entriesþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/19/2011þ þ00:00:00þ þ2011-01-19T00:00:00-05:00þ þ1
295413200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ398þ þ3b2aede0d7012463ed0ba7b11fa105ddþ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22436.txtþ þTEXT\0006\ST22436.txtþ
þST22437þ þST22437þ þST22437þ þST22437þ þST22437þ þST22437þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/lookandfeel/.svn/text-base/LookFill.
java.svn-baseþ þþ þþ þ0þ þ1þ þST22438þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLookFill.j
ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1533þ þ310eab774f4ffe3489edadecf32546adþ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22 437.txtþ þTEXT\0006\ST22437.txtþ

þST22438þ þST22438þ þST22438þ þST22438þ þST22438þ þST22438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/lookandfeel/LookFill.javaþ þþ þþ þ0þ þ1þ þST22437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLookFill.javaþ þ.JAVAþ þtext/x-jav a-sourceþ þþ þ1533þ þ310eab774f4ffe3489edadecf32546adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22438.javaþ þþ

þST22439þ þST22439þ þST22440þ þST22439þ þST22440þ þST22439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/all-wcpropsþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1983þ þ 781d9ac4decc781096dd9cd39e7550ddþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22439.txtþ þTEXT\0006\ST22439.txtþ

þST22441þ þST22441þ þST22447þ þST22441þ þST22447þ þST22441þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/13/2011þ þ00:00:00þ þ2011-05-13T00:00:00-04:00þ þ130525 9200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2097þ þd40efb5b7abaaeca5367b05ad63c9a87þ þ7þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST 22441.txtþ þTEXT\0006\ST22441.txtþ

þST22448þ þST22448þ þST22448þ þST22448þ þST22448þ þST22448þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/EmtyPanel.form .svn-baseþ þþ þþ þ0þ þ1þ þST22490þ þþ þþ þþ þþ þþ þþ þþ þþ þEmtyPanel.form .svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ1865þ þ407f02b7cedb9798020c4e6eec7899c6þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22 448.xmlþ þþ

þST22449þ þST22449þ þST22449þ þST22449þ þST22449þ þST22449þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/EmtyPanel.java .svn-baseþ þþ þþ þ0þ þ1þ þST22491þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/10/2010þ þ00:00:00þ þ2 010-09-10T00:00:00-04:00þ þ1284091200þ þEmtyPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1335þ þ09929cf18284322dfedb5f4acfcb6902þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22449.txtþ þTEXT\0006\ST22449.txtþ

þST22450þ þST22450þ þST22450þ þST22450þ þST22450þ þST22450þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/ISettingPanel. java.svn-baseþ þþ þþ þ0þ þ1þ þST22492þ þþ þþ þþ þþ þþ þþ þþ þþ þISettingPa nel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ244þ þ0790781942c1680b086e39324357a55aþ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22450.txtþ þTEXT\0006\ST22450.txtþ

þST22451þ þST22451þ þST22451þ þST22451þ þST22451þ þST22451þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelLevel2.fo
rm.svn-baseþ þþ þþ þ0þ þ1þ þST22510þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2.
form.svn-base þ.XMLþ þapplication/xmlþ þþ þ14371þ þ1065df8e1b566f645e9a916efa9b3670þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22451.xmlþ þþ
þST22452þ þST22452þ þST22459þ þST22452þ þST22459þ þST22452þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelLevel2.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST22511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/09/2008þ þ00:00:00þ
þ2008-06-09T00:00:00-04:00þ þ1212984000þ þPanelLevel2.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ19177þ þ7329d9cb1540fe32ca57a6d70e284cacþ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22452.txtþ þTEXT\0006\ST22452.txtþ
þST22460þ þST22460þ þST22460þ þST22460þ þST22460þ þST22460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelMontage.f
orm.svn-baseþ þþ þþ þ0þ þ1þ þST22512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontag
e.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ13478þ þ75291631bcbe529173ca48d3cd61b25
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST22460.xmlþ þþ
þST22461þ þST22461þ þST22471þ þST22461þ þST22471þ þST22461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelMontage.j
ava.svn-baseþ þþ þþ þ0þ þ1þ þST22513þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/16/2008þ þ00:00:00
þ þ2008-04-16T00:00:00-04:00þ þ1208318400þ þPanelMontage.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ23572þ þ19367d35a2ec6d6deb27ba144e8906c6þ þ11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22461.txtþ þTEXT\0006\ST22461.txtþ
þST22472þ þST22472þ þST22472þ þST22472þ þST22472þ þST22472þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelSystem.fo
rm.svn-baseþ þþ þþ þ0þ þ1þ þST22514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelSystem.
form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ1894þ þd2527060ff880477058885628cffb0bfþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST22472.xmlþ þþ
þST22473þ þST22473þ þST22474þ þST22473þ þST22474þ þST22473þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelSystem.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST22515þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/16/2008þ þ00:00:00þ
þ2008-05-16T00:00:00-04:00þ þ1210910400þ þPanelSystem.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ2307þ þ1c4a035730da8e773b7717116b0b49e7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22473.txtþ þTEXT\0006\ST22473.
txtþ
þST22475þ þST22475þ þST22475þ þST22475þ þST22475þ þST22475þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelTable.form.svn-baseþ þþ þþ þ0þ þ1þ þST22516þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ32764þ þ4c3fc666f46ce956961e28fb9df82a3aþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22475.xmlþ þþ

þST22476þ þST22487þ þST22476þ þST22487þ þST22476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/PanelTable.java.svn-baseþ þþ þþ þ0þ þ1þ þST22517þ þþ þþ þ04/02/2008þ þ00:00:00þ þ2008-04-02T00:00:00-04:00þ þ1207108800þ þPanelTable.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ31911þ þ77c68433f06eddb2d342b7fad502936dþ þ12þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22476.txtþ þTEXT\0006\ST22476.txtþ

þST22488þ þST22488þ þST22489þ þST22488þ þST22489þ þST22488þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/.svn/text-base/Utils.java.svn-baseþ þþ þþ þ0þ þ1þ þST22518þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtils.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2996þ þ0cd455cb0881aa6e74f1aca88afb49beþ þ2þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22488.txtþ þTEXT\0006\ST22488.txtþ

þST22490þ þST22490þ þST22490þ þST22490þ þST22490þ þST22490þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/EmtyPanel.formþ þþ þþ þ0þ þ1þ þST22448þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEmtyPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ1865þ þ407f02b7cedb9798020c4e6eec7899c6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22490.xmlþ þþ

þST22491þ þST22491þ þST22491þ þST22491þ þST22491þ þST22491þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/EmtyPanel.javaþ þþ þþ þ0þ þ1þ þST22449þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEmtyPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1335þ þ09929cf18284322dfedb5f4acfcb6902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22491.javaþ þþ

þST22492þ þST22492þ þST22492þ þST22492þ þST22492þ þST22492þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/ISettingPanel.javaþ þþ þþ þ0þ þ1þ þST22450þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISettingPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ244þ þ0790781942c1680b086e39324357a55aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22492.javaþ þþ

þST22493þ þST22493þ þST22493þ þST22493þ þST22493þ þST22493þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ64

3þ þ6bf924ff868b3860ac37c93a50194453þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22493.txtþ þTEXT\0006\ST22493.txtþ þST22494þ þST22494þ þST22495þ þST22494þ þST22495þ þST22494þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/.svn/entriesþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/30/2010þ þ00:00:00þ þ2010-11-30T00:00:00-05:00þ þ1 291093200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ730þ þ0fa17ea9c366e14a50ade93838a97a29þ þ 2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22494.txtþ þTEXT\0006\ST22494.txtþ
þST22496þ þST22496þ þST22496þ þST22496þ þST22496þ þST22496þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/.svn/text-base/NewsPubli shersPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST22507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þNewsPublishersPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þ11812þ þb4d9fea7be70 16f99657473aa4b4f81cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0010\ST22496.xmlþ þþ
þST22497þ þST22497þ þST22503þ þST22497þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/.svn/text-base/NewsPubli shersPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST22508þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/20/200 8þ þ00:00:00þ þ2008-10-20T00:00:00-04:00þ þ1224475200þ þNewsPublishersPanel.java.svn -baseþ þ.TXTþ þtext/plainþ þþ þ15823þ þ3576a77a26a4c6d1af745d6bfd3d0399þ þ7þ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22497.tx tþ þTEXT\0006\ST22497.txtþ
þST22504þ þST22504þ þST22506þ þST22504þ þST22506þ þST22504þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/.svn/text-base/Provider. java.svn-baseþ þþ þþ þ0þ þ1þ þST22509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProvider.j ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3360þ þ45715d74758aa11e226f43ef27dd7f8eþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22 504.txtþ þTEXT\0006\ST22504.txtþ
þST22507þ þST22507þ þST22507þ þST22507þ þST22507þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/NewsPublishersPanel.form þ þþ þþ þ0þ þ1þ þST22496þ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPanel.for mþ þ.XMLþ þapplication/xmlþ þ11812þ þb4d9fea7be7016f99657473aa4b4f81cþ þþ þþ þþ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22507.xml þ þþ
þST22508þ þST22508þ þST22508þ þST22508þ þST22508þ þST22508þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/panels/news/NewsPublishersPanel.java þ þþ þþ þ0þ þ1þ þST22497þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þNewsPublishersPanel.jav aþ þ.JAVAþ þtext/x-java-sourceþ þþ þ15823þ þ3576a77a26a4c6d1af745d6bfd3d0399þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22508

.javaþ þþ
þST22509þ þST22509þ þST22509þ þST22509þ þST22509þ þST22509þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/news/Provider.javaþ þþ þþ þ0þ
þ1þ þST22504þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þProvider.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ3360þ þ45715d74758aa11e226f43ef27dd7f8eþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22509.javaþ þþ
þST22510þ þST22510þ þST22510þ þST22510þ þST22510þ þST22510þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelLevel2.formþ þþ þþ þ0þ þ1
þ þST22451þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2.formþ þ.XMLþ þapplicatio
n/xmlþ þþ þ14371þ þ1065df8e1b566f645e9a916efa9b3670þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22510.xmlþ þþ
þST22511þ þST22511þ þST22511þ þST22511þ þST22511þ þST22511þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelLevel2.javaþ þþ þþ þ0þ þ1
þ þST22452þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLevel2.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ19177þ þ7329d9cb1540fe32ca57a6d70e284cacþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22511.javaþ þþ
þST22512þ þST22512þ þST22512þ þST22512þ þST22512þ þST22512þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelMontage.formþ þþ þþ þ0þ þ
1þ þST22460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage.formþ þ.XMLþ þapplicat
ion/xmlþ þþ þ13478þ þ75291631bcbe529173ca48d3cd61b255þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22512.xmlþ þþ
þST22513þ þST22513þ þST22513þ þST22513þ þST22513þ þST22513þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelMontage.javaþ þþ þþ þ0þ þ
1þ þST22461þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelMontage.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ23572þ þ19367d35a2ec6d6deb27ba144e8906c6þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22513.javaþ þþ
þST22514þ þST22514þ þST22514þ þST22514þ þST22514þ þST22514þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelSystem.formþ þþ þþ þ0þ þ1
þ þST22472þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelSystem.formþ þ.XMLþ þapplicatio
n/xmlþ þþ þ1894þ þd2527060ff880477058885628cffb0bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22514.xmlþ þþ
þST22515þ þST22515þ þST22515þ þST22515þ þST22515þ þST22515þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelSystem.javaþ þþ þþ þ0þ þ1
þ þST22473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelSystem.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ2307þ þ1c4a035730da8e773b7717116b0b49e7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22515.javaþ þþ

þST22516þ þST22516þ þST22516þ þST22516þ þST22516þ þST22516þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelTable.formþ þþ þþ þ0þ þ1þ
þST22475þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable.formþ þ.XMLþ þapplication/
xmlþ þþ þ32764þ þ4c3fc666f46ce956961e28fb9df82a3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22516.xmlþ þþ
þST22517þ þST22517þ þST22517þ þST22517þ þST22517þ þST22517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/PanelTable.javaþ þþ þþ þ0þ þ1þ
þST22476þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelTable.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ31911þ þ77c68433f06eddb2d342b7fad502936dþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22517.javaþ þþ
þST22518þ þST22518þ þST22518þ þST22518þ þST22518þ þST22518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/panels/Utils.javaþ þþ þþ þ0þ þ1þ þST22
488þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtils.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
 þ2996þ þ0cd455cb0881aa6e74f1aca88afb49beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22518.javaþ þþ
þST22519þ þST22519þ þST22519þ þST22519þ þST22519þ þST22519þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/Settings.javaþ þþ þþ þ0þ þ1þ þST22394þ
 þþ þþ þþ þþ þþ þþ þþ þþ þSettings.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ17962þ þ0e95cfa909569e39a29a30c8180dbac9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22519.javaþ þþ
þST22520þ þST22520þ þST22520þ þST22520þ þST22520þ þST22520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/.svn/all-wcpropsþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ821þ þ
6b564de54e63239ef9444f4155b37dd3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22520.txtþ þTEXT\0006\ST22520.txtþ
þST22521þ þST22521þ þST22523þ þST22521þ þST22523þ þST22521þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/.svn/entriesþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þ11/24/2010þ þ00:00:00þ þ2010
-11-24T00:00:00-05:00þ þ1290574800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ895þ þ49195bb60f
d5ea8b66bfa15857fa82b9þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0010\ST22521.txtþ þTEXT\0006\ST22521.txtþ
þST22524þ þST22524þ þST22525þ þST22524þ þST22525þ þST22524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/.svn/text-base/DescriptorSto
rageLocal.java.svn-baseþ þþ þþ þ0þ þ1þ þST22529þ þþ þþ þþ þþ þþ þþ þþ þþ þ
DescriptorStorageLocal.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3473þ þ8f916be29d2bf5e7
2bd426c63b5a6770þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ

TRUEþ þNATIVES\0010\ST22524.txtþ þTEXT\0006\ST22524.txtþ
þST22526þ þST22526þ þST22526þ þST22526þ þST22526þ þST22526þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/.svn/text-base/DescriptorSto
rageServer.java.svn-baseþ þþ þþ þ0þ þ1þ þST22530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þDescriptorStorageServer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ217þ þ1539f23629e5dca
5d313ca4503bd88a7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0010\ST22526.txtþ þTEXT\0006\ST22526.txtþ
þST22527þ þST22527þ þST22527þ þST22527þ þST22527þ þST22527þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/.svn/text-base/IDescriptorSt
orage.java.svn-baseþ þþ þþ þ0þ þ1þ þST22531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDes
criptorStorage.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ361þ þ5c08817e3721a637bf48557d7
c4c58dcþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0010\ST22527.txtþ þTEXT\0006\ST22527.txtþ
þST22528þ þST22528þ þST22528þ þST22528þ þST22528þ þST22528þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/.svn/text-base/LocalPrefUtil
.java.svn-baseþ þþ þþ þ0þ þ1þ þST22532þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLocalPref
Util.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1023þ þ2e7e2e2867d6be8999b6c3093c9375b5þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST22528.txtþ þTEXT\0006\ST22528.txtþ
þST22529þ þST22529þ þST22529þ þST22529þ þST22529þ þST22529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/DescriptorStorageLocal.javaþ
 þþ þþ þ0þ þ1þ þST22524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorStorageLocal.j
avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3473þ þ8f916be29d2bf5e72bd426c63b5a6770þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22529.javaþ þþ
þST22530þ þST22530þ þST22530þ þST22530þ þST22530þ þST22530þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/DescriptorStorageServer.java
þ þþ þþ þ0þ þ1þ þST22526þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDescriptorStorageServer
.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ217þ þ1539f23629e5dca5d313ca4503bd88a7þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST225
30.javaþ þþ
þST22531þ þST22531þ þST22531þ þST22531þ þST22531þ þST22531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/settings/storage/IDescriptorStorage.javaþ þþ þ
þ þ0þ þ1þ þST22527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDescriptorStorage.javaþ þ.J
AVAþ þtext/x-java-sourceþ þþ þ361þ þ5c08817e3721a637bf48557d7c4c58dcþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22531.javaþ þ
þ
þST22532þ þST22532þ þST22532þ þST22532þ þST22532þ þST22532þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/storage/LocalPrefUtil.javaþ þþ þþ þ0þ þ1þ þST22528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLocalPrefUtil.javaþ þ.JAVAþ þtext /x-java-sourceþ þþ þ1023þ þ2e7e2e2867d6be8999b6c3093c9375b5þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22532.javaþ þþ þST22533þ þST22533þ þST22533þ þST22533þ þST22533þ þST22533þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ802þ þ865 a4e3908c474248064e59c8694d7b6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA LSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22533.txtþ þTEXT\0006\ST22533.txtþ þST22534þ þST22534þ þST22536þ þST22534þ þST22536þ þST22534þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/10/2010þ þ00:00:00þ þ2010-05-10T00:00:00-04:00þ þ1273464 000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ897þ þ04be870ff2ff07ae4a36ceb1dd9b7532þ þ3þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST225 34.txtþ þTEXT\0006\ST22534.txtþ þST22537þ þST22537þ þST22537þ þST22537þ þST22537þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/.svn/text-base/SettingsTable.j ava.svn-baseþ þþ þþ þ0þ þ1þ þST22550þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTab le.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1210þ þ329c9a1bfd3d420f91a8200b4da9e579þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22537.txtþ þTEXT\0006\ST22537.txtþ þST22538þ þST22538þ þST22538þ þST22538þ þST22538þ þST22538þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/.svn/text-base/SettingsTableCo lorCoded.java.svn-baseþ þþ þþ þ0þ þ1þ þST22551þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þS ettingsTableColorCoded.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1337þ þ1e7e7607bb4e4da4 7f18bf0e7977fc34þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0010\ST22538.txtþ þTEXT\0006\ST22538.txtþ þST22539þ þST22539þ þST22546þ þST22539þ þST22546þ þST22539þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/.svn/text-base/SettingsTableCo lors.java.svn-baseþ þþ þþ þ0þ þ1þ þST22552þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSetti ngsTableColors.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ15016þ þdfc8c5d69b38cf14d556b49 15ef45c81þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0010\ST22539.txtþ þTEXT\0006\ST22539.txtþ þST22547þ þST22547þ þST22549þ þST22547þ þST22549þ þST22547þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/.svn/text-base/SettingsTableFo nts.java.svn-baseþ þþ þþ þ0þ þ1þ þST22553þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettin

gsTableFonts.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5813þ þ7ff6e35d59e0398672db0c3384 a7e1d5þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0010\ST22547.txtþ þTEXT\0006\ST22547.txtþ

þST22550þ þST22550þ þST22550þ þST22550þ þST22550þ þST22550þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/SettingsTable.javaþ þþ þþ þ0þ þ 1þ þST22537þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTable.javaþ þ.JAVAþ þtext/x -java-sourceþ þ1210þ þ329c9a1bfd3d420f91a8200b4da9e579þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22550.javaþ þþ þST22551þ þST22551þ þST22551þ þST22551þ þST22551þ þST22551þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/SettingsTableColorCoded.javaþ þþ þþ þ0þ þ1þ þST22538þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColorCoded. javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1337þ þ1e7e7607bb4e4da47f18bf0e7977fc34þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST225 51.javaþ þþ

þST22552þ þST22552þ þST22552þ þST22552þ þST22552þ þST22552þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/SettingsTableColors.javaþ þþ þþ þ0þ þ1þ þST22539þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableColors.javaþ þ.J AVAþ þtext/x-java-sourceþ þþ þ15016þ þdfc8c5d69b38cf14d556b4915ef45c81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22552.java þ þþ

þST22553þ þST22553þ þST22553þ þST22553þ þST22553þ þST22553þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/table/SettingsTableFonts.javaþ þþ þþ þ0þ þ1þ þST22547þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsTableFonts.javaþ þ.JAV Aþ þtext/x-java-sourceþ þþ þ5813þ þ7ff6e35d59e0398672db0c3384a7e1d5þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22553.javaþ þþ þST22554þ þST22554þ þST22554þ þST22554þ þST22554þ þST22554þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/settings/TableConstantsColorScheme.javaþ þþ þþ þ0þ þ1þ þST22401þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableConstantsColorScheme.jav aþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4074þ þafa64886f8c56de3f4ca9100a47e8ed2þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22554. javaþ þþ

þST22555þ þST22555þ þST22555þ þST22555þ þST22555þ þST22555þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/system/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1384þ þf3586f680 d4cf384a47c729964878909þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22555.txtþ þTEXT\0006\ST22555.txtþ þST22556þ þST22556þ þST22560þ þST22556þ þST22560þ þST22556þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þ01/19/2011þ þ00:00:00þ þ2011
-01-19T00:00:00-05:00þ þ1295413200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1508þ þ6fa5576f2
d46db3e7b221481af3a1707þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST22556.txtþ þTEXT\0006\ST22556.txtþ
þST22561þ þST22561þ þST22561þ þST22561þ þST22561þ þST22561þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/BannedSettingFrame.form
.svn-baseþ þþ þþ þ0þ þ1þ þST22574; ST22577;
ST22583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedSettingFrame.form.svn-baseþ þ.XM
Lþ þapplication/xmlþ þþ þ1566þ þe4305210361d1510dbe0d0dd4be0a3bfþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22561.xmlþ þþ
þST22562þ þST22562þ þST22563þ þST22562þ þST22563þ þST22562þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/BannedSettingFrame.java
.svn-baseþ þþ þþ þ0þ þ1þ þST22578þ þþ þþ þþ þþ þ09/08/2010þ þ00:00:00þ þ2
010-09-08T00:00:00-04:00þ þ1283918400þ þBannedSettingFrame.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ2877þ þ213f8baee70d5e170fa279347aeb12deþ þ2þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22562.txtþ þTEXT\0006\ST22
562.txtþ
þST22564þ þST22564þ þST22564þ þST22564þ þST22564þ þST22564þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/BannedTickersPanel.form
.svn-baseþ þþ þþ þ0þ þ1þ þST22579þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersP
anel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ13799þ þb0cd1f21f827bb4e26ba62e3e5ad
47acþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22564.xmlþ þþ
þST22565þ þST22565þ þST22568þ þST22565þ þST22568þ þST22565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/BannedTickersPanel.java
.svn-baseþ þþ þþ þ0þ þ1þ þST22580þ þþ þþ þþ þþ þ11/18/2009þ þ00:00:00þ þ2
009-11-18T00:00:00-05:00þ þ1258520400þ þBannedTickersPanel.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ9478þ þ4f4e9e1bc1f703b3d500904359a0c781þ þ4þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22565.txtþ þTEXT\0006\ST22
565.txtþ
þST22569þ þST22569þ þST22569þ þST22569þ þST22569þ þST22569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/PanelLookFeel.form.svn-
baseþ þþ þþ þ0þ þ1þ þST22581þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel.form.
svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ7630þ þ4008cbd8ce33666d4cad4cca2036701cþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST225
69.xmlþ þþ
þST22570þ þST22570þ þST22573þ þST22570þ þST22573þ þST22570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/PanelLookFeel.java.svn-
baseþ þþ þþ þ0þ þ1þ þST22582þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/31/2010þ þ00:00:00þ þ2010-0
8-31T00:00:00-04:00þ þ1283227200þ þPanelLookFeel.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ8800þ þ813475bac6ba33a81886c5e5264c9f09þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22570.txtþ þTEXT\0006\ST22570.txtþ
þST22574þ þST22574þ þST22574þ þST22574þ þST22574þ þST22574þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/SkinsSettingFrame.form.
svn-baseþ þþ þþ þ0þ þ1þ þST22561; ST22577;
ST22583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSkinsSettingFrame.form.svn-baseþ þ.XML
þ þapplication/xmlþ þ1566þ þe4305210361d1510dbe0d0dd4be0a3bfþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22574.xmlþ þþ
þST22575þ þST22576þ þST22576þ þST22575þ þST22576þ þST22575þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/.svn/text-base/SkinsSettingFrame.java.
svn-baseþ þþ þþ þ0þ þ1þ þST22584þ þþ þþ þþ þþ þþ þþ þ09/08/2010þ þ00:00:00þ þ2
10-09-08T00:00:00-04:00þ þ1283918400þ þSkinsSettingFrame.java.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ2868þ þa2b5fc5d4357e3a97a022e9f26549b65þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22575.txtþ þTEXT\0006\ST2257
5.txtþ
þST22577þ þST22577þ þST22577þ þST22577þ þST22577þ þST22577þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/BannedSettingFrame.formþ þþ þþ þ0þ þ1þ þ
ST22561; ST22574;
ST22583þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedSettingFrame.formþ þ.XMLþ þappli
cation/xmlþ þþ þ1566þ þe4305210361d1510dbe0d0dd4be0a3bfþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22577.xmlþ þþ
þST22578þ þST22578þ þST22578þ þST22578þ þST22578þ þST22578þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/BannedSettingFrame.javaþ þþ þþ þ0þ þ1þ þ
ST22562þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedSettingFrame.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ2877þ þ213f8baee70d5e170fa279347aeb12deþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22578.javaþ þþ
þST22579þ þST22579þ þST22579þ þST22579þ þST22579þ þST22579þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/BannedTickersPanel.formþ þþ þþ þ0þ þ1þ þ
ST22564þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel.formþ þ.XMLþ þappli
cation/xmlþ þþ þ13799þ þb0cd1f21f827bb4e26ba62e3e5ad47acþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22579.xmlþ þþ
þST22580þ þST22580þ þST22580þ þST22580þ þST22580þ þST22580þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/system/BannedTickersPanel.javaþ þþ þþ þ0þ þ1þ þ
ST22565þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBannedTickersPanel.javaþ þ.JAVAþ þtext

/x-java-sourceþ þþ þ9478þ þ4f4e9e1bc1f703b3d500904359a0c781þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22580.javaþ þþ þST22581þ þST22581þ þST22581þ þST22581þ þST22581þ þST22581þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/system/PanelLookFeel.formþ þþ þþ þ0þ þ1þ þST225 69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel.formþ þ.XMLþ þapplication/xml þ þþ þ7630þ þ4008cbd8ce33666d4cad4cca2036701cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22581.xmlþ þþ þST22582þ þST22582þ þST22582þ þST22582þ þST22582þ þST22582þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/system/PanelLookFeel.javaþ þþ þþ þ0þ þ1þ þST225 70þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPanelLookFeel.javaþ þ.JAVAþ þtext/x-java-so urceþ þþ þ8800þ þ813475bac6ba33a81886c5e5264c9f09þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22582.javaþ þþ þST22583þ þST22583þ þST22583þ þST22583þ þST22583þ þST22583þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/system/SkinsSettingFrame.formþ þþ þþ þ0þ þ1þ þS T22561; ST22574; ST22577þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSkinsSettingFrame.formþ þ.XMLþ þapplic ation/xmlþ þþ þ1566þ þe4305210361d1510dbe0d0dd4be0a3bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22583.xmlþ þþ þST22584þ þST22584þ þST22584þ þST22584þ þST22584þ þST22584þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/system/SkinsSettingFrame.javaþ þþ þþ þ0þ þ1þ þS T22575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSkinsSettingFrame.javaþ þ.JAVAþ þtext/x -java-sourceþ þþ þ2868þ þa2b5fc5d4357e3a97a022e9f26549b65þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22584.javaþ þþ þST22585þ þST22585þ þST22585þ þST22585þ þST22585þ þST22585þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ118þ þ6feb63 22d89f4452911918c9cca9d900þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE þ þFALSEþ þTRUEþ þNATIVES\0010\ST22585.txtþ þTEXT\0006\ST22585.txtþ þST22586þ þST22586þ þST22586þ þST22586þ þST22586þ þST22586þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/28/2011þ þ00:00:00þ þ2011-07-28T00:00:00-04:00þ þ1311825600þ þentriesþ þ.TXTþ þtext/plainþ þ258þ þ5b18f560be9c284507e793afa38f3568þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22586.t xtþ þTEXT\0006\ST22586.txtþ þST22587þ þST22587þ þST22587þ þST22587þ þST22587þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/all-wcpropsþ þ

þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ
þ þ1629þ þ3705db40208b9fce886a5816af5ce9efþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22587.txtþ þTEXT\0006\ST22587.txtþ
þST22588þ þST22588þ þST22592þ þST22588þ þST22592þ þST22588þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/entriesþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/28/2011þ þ00:00:00þ þ2011
-07-28T00:00:00-04:00þ þ1311825600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1567þ þ15f89ba8f
899c6672eff7cffcf47d25eþ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST22588.txtþ þTEXT\0006\ST22588.txtþ
þST22593þ þST22593þ þST22593þ þST22593þ þST22593þ þST22593þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/IBan
nedTickersPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST22605þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þIBannedTickersPanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ412þ
 þc7d57e04278485663dbfefb8782e7788þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22593.txtþ þTEXT\0006\ST22593.txtþ
þST22594þ þST22594þ þST22594þ þST22594þ þST22594þ þST22594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/IGlo
balSettingController.java.svn-baseþ þþ þþ þ0þ þ1þ þST22606þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þIGlobalSettingController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2111þ þacf
705abffd3aac1c530c994d83de24cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22594.txtþ þTEXT\0006\ST22594.txtþ
þST22595þ þST22595þ þST22595þ þST22595þ þST22595þ þST22595þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/IGlo
balTableSettingController.java.svn-baseþ þþ þþ þ0þ þ1þ þST22607þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þIGlobalTableSettingController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ660þ þb63350204223334eee29cbe9db4fa60dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22595.txtþ þTEXT\0006\ST22595.txtþ
þST22596þ þST22596þ þST22596þ þST22596þ þST22596þ þST22596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/IMon
tageSettingsListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST22608þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þIMontageSettingsListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1259þ þ615
9ab07f41db169cc46f821d6e16873þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22596.txtþ þTEXT\0006\ST22596.txtþ
þST22597þ þST22597þ þST22597þ þST22597þ þST22597þ þST22597þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/IPan
elLookFeel.java.svn-baseþ þþ þþ þ0þ þ1þ þST22609þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þIPanelLookFeel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ442þ þ655e3a4a9eeb9a8d845baa41
94d6cc35þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN

ATIVES\0010\ST22597.txtþ þTEXT\0006\ST22597.txtþ
þST22598þ þST22598þ þST22598þ þST22598þ þST22598þ þST22598þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/ISet
tingListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST22610þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þISettingListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ724þ þ5cdd2558c15469c8020
d7985089d5a9bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0010\ST22598.txtþ þTEXT\0006\ST22598.txtþ
þST22599þ þST22599þ þST22599þ þST22599þ þST22599þ þST22599þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/Sett
ingConfPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST22611þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þSettingConfPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ4390þ þb93f44d9290e7
c6cedfdf91409390d93þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0010\ST22599.xmlþ þþ
þST22600þ þST22600þ þST22604þ þST22600þ þST22604þ þST22600þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/.svn/text-base/Sett
ingConfPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST22612þ þ04/07/2
008þ þ00:00:00þ þ2008-04-07T00:00:00-04:00þ þ1207540800þ þSettingConfPanel.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ13118þ þ674fd98ebe3f93e2a6f9c3aab9e17209þ þ5þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22600.txtþ þTEXT\0006\ST22600.txtþ
þST22605þ þST22605þ þST22605þ þST22605þ þST22605þ þST22605þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/IBannedTickersPanel
Listener.javaþ þþ þþ þ0þ þ1þ þST22593þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIBannedTic
kersPanelListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ412þ þc7d57e04278485663dbfef
b8782e7788þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22605.javaþ þþ
þST22606þ þST22606þ þST22606þ þST22606þ þST22606þ þST22606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/IGlobalSettingContr
oller.javaþ þþ þþ þ0þ þ1þ þST22594þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGlobalSettin
gController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2111þ þacf705abffd3aac1c530c994d83
de24cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0010\ST22606.javaþ þþ
þST22607þ þST22607þ þST22607þ þST22607þ þST22607þ þST22607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/IGlobalTableSetting
Controller.javaþ þþ þþ þ0þ þ1þ þST22595þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIGlobalT
ableSettingController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ660þ þb63350204223334eee
29cbe9db4fa60dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0010\ST22607.javaþ þþ

þST22608þ þST22608þ þST22608þ þST22608þ þST22608þ þST22608þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/IMontageSettingsListener.javaþ þþ þþ þ0þ þ1þ þST22596þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIMontageSettingsListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1259þ þ6159ab07f41db169cc46f821d6e16873þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22608.javaþ þþ

þST22609þ þST22609þ þST22609þ þST22609þ þST22609þ þST22609þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/IPanelLookFeel.javaþ þþ þþ þ0þ þ1þ þST22597þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIPanelLookFeel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ442þ þ655e3a4a9eeb9a8d845baa4194d6cc35þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22609.javaþ þþ

þST22610þ þST22610þ þST22610þ þST22610þ þST22610þ þST22610þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/ISettingListener.javaþ þþ þþ þ0þ þ1þ þST22598þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þISettingListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ724þ þ5cdd2558c15469c8020d7985089d5a9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22610.javaþ þþ

þST22611þ þST22611þ þST22611þ þST22611þ þST22611þ þST22611þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/SettingConfPanel.formþ þþ þþ þ0þ þ1þ þST22599þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingConfPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ4390þ þb93f44d9290e7c6cedfdf91409390d93þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22611.xmlþ þþ

þST22612þ þST22612þ þST22612þ þST22612þ þST22612þ þST22612þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/src/com/equityfeed/gui/userconfig/globalsettings/SettingConfPanel.javaþ þþ þþ þ0þ þ1þ þST22600þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingConfPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ13118þ þ674fd98ebe3f93e2a6f9c3aab9e17209þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22612.javaþ þþ

þST22613þ þST22613þ þST22613þ þST22613þ þST22613þ þST22613þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/settings/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þe7730724905ea2d8534d1a130047f666þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22613.txtþ þTEXT\0006\ST22613.txtþ

þST22614þ þST22614þ þST22614þ þST22614þ þST22614þ þST22614þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/settings/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/10/20
10þ þ00:00:00þ þ2010-05-10T00:00:00-04:00þ þ1273464000þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ210þ þ557a13710e7ec408409b04974171dad9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22614.txtþ þTEXT\0006\ST22614.txtþ
þST22615þ þST22615þ þST22615þ þST22615þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/all-wcpropsþ þþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ410þ þ7414a8065cb710c72015813dd6c0aa3dþ þ1þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22
615.txtþ þTEXT\0006\ST22615.txtþ
þST22616þ þST22616þ þST22616þ þST22616þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/dir-prop-baseþ þþ þ0þ þ0þ þ1þ þST11577; ST11834; ST13920;
ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222;
ST21843; ST22099; ST22253; ST22765; ST22925; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22616.txtþ þTEXT\0006\ST22616.txtþ
þST22617þ þST22617þ þST22618þ þST22617þ þST22618þ þST22617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ02/20/2011þ
þ00:00:00þ þ2011-02-20T00:00:00-05:00þ þ1298178000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
661þ þ7abe7e1ea368313b2f7e363108cb1181þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22617.txtþ þTEXT\0006\ST22617.txtþ
þST22619þ þST22619þ þST22619þ þST22619þ þST22619þ þST22619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/prop-base/shortsell.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;

ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;

ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;

ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þshortsell.jar.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22619.txtþ þTEXT\0006\ST22619.t
xtþ
þST22620þ þST22620þ þST22620þ þST22620þ þST22620þ þST22620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22651þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þa18
d627101cdc510242babd71999f294þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST22620.xmlþ þþ
þST22621þ þST22621þ þST22621þ þST22621þ þST22621þ þST22621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567; ST13780;
ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273;
ST20408; ST20411; ST21905; ST21908; ST21959; ST22662; ST22771; ST22794; ST22860;
ST23585; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22621.txtþ þTEXT\0006\ST22621.txtþ
þST22622þ þST22622þ þST22622þ þST22622þ þST22622þ þST22622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/.svn/text-base/shortsell.jar.svn-baseþ þþ þþ þ0þ þ1þ þST22679þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þshortsell.jar.svn-baseþ þ.JARþ þapplication/java-arch

iveþ þþ þ77289þ þ5142a6c27c005f5b85283153875a6460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22622.jarþ þþ
þST22623þ þST22623þ þST22623þ þST22623þ þST22623þ þST22623þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/built-jar.propertiesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ71þ þ669bb155c4ad1ec148326 7aa716a1d4fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22623.propertiesþ þþ
þST22624þ þST22624þ þST22624þ þST22624þ þST22624þ þST22624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/core/frames/ShortSellDataFrameMng.clas sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellDataFrameMng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9891þ þ1303ee4edc48d6e1e9dfc3280c5bf38eþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22624.classþ þþ
þST22625þ þST22625þ þST22625þ þST22625þ þST22625þ þST22625þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/core/frames/ShortSellDataFrameMng$1.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellDataFrameMng$1.cla ssþ þ.CLASSþ þapplication/java-vmþ þþ þ866þ þ4bdb83b36609ef30685d56a99244b549þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22625.classþ þþ
þST22626þ þST22626þ þST22626þ þST22626þ þST22626þ þST22626þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/core/frames/ShortSellDataFrameMng$2.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellDataFrameMng$2.cla ssþ þ.CLASSþ þapplication/java-vmþ þþ þ1236þ þad9246c1cb3d62c0b31a1a956a91381aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST226 26.classþ þþ
þST22627þ þST22627þ þST22627þ þST22627þ þST22627þ þST22627þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/core/frames/ShortSellDataFrameMng$3.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellDataFrameMng$3.cla ssþ þ.CLASSþ þapplication/java-vmþ þþ þ1288þ þ90c193142e150449430ad9d2e3168695þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST226 27.classþ þþ
þST22628þ þST22628þ þST22628þ þST22628þ þST22628þ þST22628þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/core/frames/ShortSellDataFrameMng$4.cl assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellDataFrameMng$4.cla ssþ þ.CLASSþ þapplication/java-vmþ þþ þ832þ þa0b40d24d5c88d3fb246b8e38402a9ffþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22628.classþ þþ

þST22629þ þST22629þ þST22629þ þST22629þ þST22629þ þST22629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/IListener.classþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIListener.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ303þ þ47203bf94766bcfda840fbeef8d786bbþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22629.classþ þþ
þST22630þ þST22630þ þST22630þ þST22630þ þST22630þ þST22630þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel.classþ þþ
þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ23791þ þc965235bc1b0713e5cd1c60b5dca096aþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22630.classþ þþ
þST22631þ þST22631þ þST22631þ þST22631þ þST22631þ þST22631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$1.classþ
þþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$1.classþ þ.CLASSþ
 þapplication/java-
vmþ þþ þ1011þ þd5c555969d4f875055ee7c5a6160e209þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22631.classþ þþ
þST22632þ þST22632þ þST22632þ þST22632þ þST22632þ þST22632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$10.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$10.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ862þ þ768df26efb8257106da36a6496efff54þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22632.classþ þ
þ
þST22633þ þST22633þ þST22633þ þST22633þ þST22633þ þST22633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$11.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$11.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ903þ þ1d59a46534a61264581f95e0c825b9d1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22633.classþ þ
þ
þST22634þ þST22634þ þST22634þ þST22634þ þST22634þ þST22634þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$12.classþ
 þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$12.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ973þ þ46c666ac857998fbfa72304b7fad63cdþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22634.classþ þ
þ
þST22635þ þST22635þ þST22635þ þST22635þ þST22635þ þST22635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$13.classþ

þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$13.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ1088þ þc18f80b79282fc097adfbccae816e75fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22635.classþ þþ

þST22636þ þST22636þ þST22636þ þST22636þ þST22636þ þST22636þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$14.classþ þ.CLAS Sþ þapplication/java-vmþ þþ þ789þ þ50ecc16457562b1ddca667b98fa66125þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22636.classþ þ þ

þST22637þ þST22637þ þST22637þ þST22637þ þST22637þ þST22637þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2291þ þ4f33b6acf77d3c24e0e3b153f3a3d994þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22637.classþ þþ

þST22638þ þST22638þ þST22638þ þST22638þ þST22638þ þST22638þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1416þ þ154261a4ff494b6dcf1c59ccc3d28696þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22638.classþ þþ

þST22639þ þST22639þ þST22639þ þST22639þ þST22639þ þST22639þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4742þ þ1a0df4d0ef792af2de1fa790812acd0fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22639.classþ þþ

þST22640þ þST22640þ þST22640þ þST22640þ þST22640þ þST22640þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ888þ þ47fad72494e5cb5efbbc6caa3bb320b2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22640.classþ þþ

þST22641þ þST22641þ þST22641þ þST22641þ þST22641þ þST22641þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$6.classþ þ.CLASSþ þapplication/java-

vmþ þþ þ1349þ þd993fe8e0bea54ad3d99775d7568c543þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22641.classþ þþ þST22642þ þST22642þ þST22642þ þST22642þ þST22642þ þST22642þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ900þ þ0626e66b2d12a9b462b6185b6fe62c4eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22642.classþ þþ þST22643þ þST22643þ þST22643þ þST22643þ þST22643þ þST22643þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ901þ þ29e9a0b40262f248649ad8fb2f401e17þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22643.classþ þþ þST22644þ þST22644þ þST22644þ þST22644þ þST22644þ þST22644þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellPanel$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ901þ þ50459e7f27a32a9f49b554ae1c0da023þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22644.classþ þþ þST22645þ þST22645þ þST22645þ þST22645þ þST22645þ þST22645þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/com/equityfeed/gui/shortsell/ShortSellRow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellRow.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7401þ þ95e7558c0b0f50a84665be3c2e24f973þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22645.classþ þþ þST22646þ þST22646þ þST22646þ þST22646þ þST22646þ þST22646þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/core/shortsell/ShortSellLoader.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellLoader.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3563þ þc6595fbd23dc795df7e0a12af69981edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22646.classþ þþ þST22647þ þST22647þ þST22647þ þST22647þ þST22647þ þST22647þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/build/classes/core/shortsell/ShortSellLoader$1.classþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þShortSellLoader$1.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ670þ þ4ddd9ac987aa42f69709429fff74c99aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22647.classþ þþ þST22648þ þST22648þ þST22648þ þST22648þ þST22648þ þST22648þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/build/classes/core/shortsell/ShortSellLoader$2.classþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellLoader$2.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ600þ þ3833e6f25d6f27906d00605c1f4b0aa5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22648.classþ þþ þST22649þ þST22649þ þST22649þ þST22649þ þST22649þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/build/classes/core/shortsell/ShortSellLoader$3.classþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellLoader$3.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ967þ þf6f644d39666395f5411e4a570af7b9eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22649.classþ þþ þST22650þ þST22650þ þST22650þ þST22650þ þST22650þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/build/classes/test/Main.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þMain.classþ þ.CLASSþ þapplication/java-vmþ þþ þ585þ þbf87182ce3f207c92 e5b5cfa141db2f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU Eþ þNATIVES\0010\ST22650.classþ þþ þST22651þ þST22651þ þST22651þ þST22651þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/build.xmlþ þþ þ0þ þ1þ þST22620þ þþ þþ þþ þþ þþ þþ þþ þþ þ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þa18d627101cdc510242babd71999f294þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST 22651.xmlþ þþ þST22652þ þST22652þ þST22652þ þST22652þ þST22652þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/dist/lib/buttons_img.jarþ þþ þþ þ0þ þ1þ þST15186; ST16492; ST22134; ST24141þ þþ þþ þþ þþ þþ þþ þþ þþ þbuttons_img.jarþ þ.JARþ þapplication/j ava-archiveþ þþ þ1235293þ þb8811f59d80e0c51a816179e14b96d39þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22652.jarþ þþ þST22653þ þST22653þ þST22653þ þST22653þ þST22653þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/dist/lib/ccore.jarþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þccore.jarþ þ.JARþ þapplication/java- archiveþ þþ þ1312567þ þ34b4cd6f233014b5e704774dd9f8566bþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22653.jarþ þþ þST22654þ þST22654þ þST22654þ þST22654þ þST22654þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/dist/lib/comm_img.jarþ þþ þ0þ þ1þ þST15187; ST17187; ST22137; ST24435þ þþ þþ þþ þþ þþ þþ þþ þcomm_img.jarþ þ.JARþ þapplication/java -archiveþ þþ þ690275þ þ3ac614b34d1d08021e32387510a88175þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22654.jarþ þþ þST22655þ þST22655þ þST22655þ þST22655þ þST22655þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þþ þgui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ811046þ þ8aa343fe2d5407db2f096812 3d17c55dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0010\ST22655.jarþ þþ

þST22656þ þST22656þ þST22656þ þST22656þ þST22656þ þST22656þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/dist/lib/httputil.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þhttputil.jarþ þ.JARþ þapplication/java-archiveþ þþ þ22818þ þ32d694a02069dc134 f89e628cb74f654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU Eþ þNATIVES\0010\ST22656.jarþ þþ

þST22657þ þST22657þ þST22657þ þST22657þ þST22657þ þST22657þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/dist/lib/news.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ408178þ þ9134a38d3a91566435d4d7e6 833aa725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0010\ST22657.jarþ þþ

þST22658þ þST22658þ þST22658þ þST22658þ þST22658þ þST22658þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þsettings.jarþ þ.JARþ þapplication/java-archiveþ þþ þ245786þ þe63b278abf408d0e 00e173ca70177514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR UEþ þNATIVES\0010\ST22658.jarþ þþ

þST22659þ þST22659þ þST22659þ þST22659þ þST22659þ þST22659þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135; ST21451; ST22142; ST23081; ST23686; ST24025; ST24304þ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22659.jarþ þþ

þST22660þ þST22660þ þST22660þ þST22660þ þST22660þ þST22660þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1448þ þ4d7c0bf269fba030353d2bc1645ab679þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST226 60.TXTþ þTEXT\0006\ST22660.txtþ

þST22661þ þST22661þ þST22661þ þST22661þ þST22661þ þST22661þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/dist/shortsell.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þshortsell.jarþ þ.JARþ þapplication/java- archiveþ þþ þ77196þ þd052bc49d9b4cfc02846bc5138bf3dfcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22661.jarþ þþ

þST22662þ þST22662þ þST22662þ þST22662þ þST22662þ þST22662þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907;

ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22771; ST22794; ST22860; ST23585; ST23693; ST23823;

ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85 þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22662.txtþ þTEXT\0006\ST22662.txtþ þST22663þ þST22663þ þST22663þ þST22663þ þST22663þ þST22663þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ606þ þ4de03a35c1e635d9ebed54c16151ce7bþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22663.tx tþ þTEXT\0006\ST22663.txtþ þST22664þ þST22664þ þST22664þ þST22664þ þST22664þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22664.txtþ þTEXT\0006\ST22664.txtþ þST22665þ þST22665þ þST22666þ þST22665þ þST22666þ þST22665þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01 /27/2011þ þ00:00:00þ þ2011-01-27T00:00:00-05:00þ þ1296104400þ þentriesþ þ.TXTþ þtext/ plainþ þ777þ þ7321b57cafe855c3bab0f5bce61ddc62þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22665.txtþ þTEXT\0006\ST22665.txtþ þST22667þ þST22667þ þST22667þ þST22667þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/formatþ þþ þþ þ0þ þ1þ þST22739þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þformatþ þ.TXTþ þtext/plainþ þþ þ2þ þc30f7472766d25af1dc80b3ffc9a58c7þ þ1 þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22667.txtþ þTEXT\0006\ST22667.txtþ þST22668þ þST22668þ þST22668þ þST22668þ þST22668þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22 673þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplicati on/xmlþ þþ þ48779þ þ3301e2310aabd115d3ada8029dc32355þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22668.xmlþ þþ þST22669þ þST22669þ þST22669þ þST22669þ þST22669þ þST22669þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ

þST22674þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ465þ þ936fc52e3d622f79a5a7fa0e8f84058eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22669.txtþ þTEXT\0006\ST 22669.txtþ

þST22670þ þST22670þ þST22671þ þST22670þ þST22671þ þST22670þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þ ST22677þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ3018þ þe45e4ec885989fa37b67e0ae360ddf49þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22670.txtþ þTEXT\0006\ST2 2670.txtþ

þST22672þ þST22672þ þST22672þ þST22672þ þST22672þ þST22672þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22678 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xml þ þþ þ579þ þ20ac9a758357c9e336e6ee282309014dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22672.xmlþ þþ

þST22673þ þST22673þ þST22673þ þNATIVES\0010\ST22673þ þST22673þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST22668þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild- impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48779þ þ3301e2310aabd115d3ada8029dc32355þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22 673.xmlþ þþ

þST22674þ þST22674þ þST22674þ þST22674þ þST22674þ þST22674þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST22669þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ465þ þ936fc52e3d622f79a5a7fa0e8f84058eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22674.propertiesþ þþ

þST22675þ þST22675þ þST22675þ þST22675þ þST22675þ þST22675þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST14961þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-properti esþ þþ þ90þ þ9f15e42b81d4b6bcc199efb4558511d3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22675.propertiesþ þþ

þST22676þ þST22676þ þST22676þ þST22676þ þST22676þ þST22676þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281; ST15176; ST20041; ST21474; ST21987; ST24043; ST24165; ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22676.xmlþ þþ

þST22677þ þST22677þ þST22677þ þST22677þ þST22677þ þST22677þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/nbproject/project.propertiesþ þþ þþ þþ þþ0þ þ1þ þST22670þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ þ
3018þ þe45e4ec885989fa37b67e0ae360ddf49þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22677.propertiesþ þþ

þST22678þ þST22678þ þST22678þ þST22678þ þST22678þ þST22678þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/nbproject/project.xmlþ þþ þþ þþ0þ þ1þ þST22672þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ579þ þ20ac9a758357c9e336e6ee2
82309014dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0010\ST22678.xmlþ þþ

þST22679þ þST22679þ þST22679þ þST22679þ þST22679þ þST22679þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/shortsell.jarþ þþ þþ þþ0þ þ1þ þST22622þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þshortsell.jarþ þ.JARþ þapplication/java-archiveþ þþ þ77289þ þ5142a6c27c005f5b85
283153875a6460þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0010\ST22679.jarþ þþ

þST22680þ þST22680þ þST22680þ þST22680þ þST22680þ þST22680þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/.svn/all-wcpropsþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þcbaa2c375e073b594a4113f723abcd50þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\S
T22680.txtþ þTEXT\0006\ST22680.txtþ

þST22681þ þST22681þ þST22681þ þST22681þ þST22681þ þST22681þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/.svn/entriesþ þþ þþ þþ0þ þ1þ þST22622þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/18/20
11þ þ00:00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ240þ þf38ac961ebefccbdb8771d5871683bceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22681.txtþ þTEXT\0006\ST22681.txtþ
þST22682þ þST22682þ þST22682þ þST22682þ þST22682þ þST22682þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/.svn/all-wcpropsþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ93þ þ826b9a76c5b1be489fbe7c0bb826c0d7þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST22682.txtþ þTEXT\0006\ST22682.txtþ

þST22683þ þST22683þ þST22683þ þST22683þ þST22683þ þST22683þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/.svn/entriesþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/1
8/2011þ þ00:00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ229þ þ28a74b01c3efa128fc0b3f61aea40b1dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22683.txtþ þTEXT\0006\ST22683.t
xtþ

þST22684þ þST22684þ þST22684þ þST22684þ þST22684þ þST22684þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ104þ þ5ab0c168b3c05e8bc125e acacfd35b55þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22684.txtþ þTEXT\0006\ST22684.txtþ
þST22685þ þST22685þ þST22685þ þST22685þ þST22685þ þST22685þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/18/2011þ þ00:00:00þ þ2011
-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ244þ þ251f8a55d9 a80ab75b56695d353d6dceþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0010\ST22685.txtþ þTEXT\0006\ST22685.txtþ
þST22686þ þST22686þ þST22686þ þST22686þ þST22686þ þST22686þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ109þ þaaa2e505f22e8020 5d5bb889e04b778fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ TRUEþ þNATIVES\0010\ST22686.txtþ þTEXT\0006\ST22686.txtþ
þST22687þ þST22687þ þST22687þ þST22687þ þST22687þ þST22687þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/18/2011þ þ00:00:00þ þ2011
-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ241þ þ13588aa593 13e9a7264716bb16f0607eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0010\ST22687.txtþ þTEXT\0006\ST22687.txtþ
þST22688þ þST22688þ þST22688þ þST22688þ þST22688þ þST22688þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/core/frames/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ287þ þd929264cd d941117ab7172ec2279472fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST22688.txtþ þTEXT\0006\ST22688.txtþ
þST22689þ þST22689þ þST22689þ þST22689þ þST22689þ þST22689þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/core/frames/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þ05/18/2011þ þ00:00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ399þ þ3370b497969cf27100143fa5580dfa85þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22689.txtþ þTEXT\0006\ST22689.txtþ
þST22690þ þST22690þ þST22694þ þST22690þ þST22694þ þST22690þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/com/equityfeed/core/frames/.svn/text-base/ShortSellDataFrameMng .java.svn-baseþ þþ þþ þ0þ þ1þ þST22695þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSell DataFrameMng.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ8863þ þ7c1dfe561987436eb9919c0395

cdefd5þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST22690.txtþ þTEXT\0006\ST22690.txtþ

þST22695þ þST22695þ þST22695þ þST22695þ þST22695þ þST22695þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/core/frames/ShortSellDataFrameMng.javaþ þþ þþ þ0þ
 þ1þ þST22690þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellDataFrameMng.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þ8863þ þ7c1dfe561987436eb9919c0395cdefd5þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22695.javaþ þþ
þST22696þ þST22696þ þST22696þ þST22696þ þST22696þ þST22696þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ108þ þ5e955753117f45ba2
52ca495af02e43dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0010\ST22696.txtþ þTEXT\0006\ST22696.txtþ

þST22697þ þST22697þ þST22697þ þST22697þ þST22697þ þST22697þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þ11/10/2010þ þ00:00:00þ þ2010-11-10T00:00:00-05:00þ þ1289365200þ þentriesþ
þ.TXTþ þtext/plainþ þþ þ243þ þac69fdaa4394b2700b0796e93672651aþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22697.txtþ þTEXT\0
006\ST22697.txtþ

þST22698þ þST22698þ þST22698þ þST22698þ þST22698þ þST22698þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ734þ þ46100e
7b29f64572c815b7ea09c7a827þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0010\ST22698.txtþ þTEXT\0006\ST22698.txtþ

þST22699þ þST22699þ þST22700þ þST22699þ þST22700þ þST22699þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þ11/10/2010þ þ00:00:00þ þ2010-11-10T00:00:00-05:00þ þ1289365200þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ752þ þ2885873357eda8b7714db09c7a63e986þ þ2þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22699.t
xtþ þTEXT\0006\ST22699.txtþ

þST22701þ þST22701þ þST22701þ þST22701þ þST22701þ þST22701þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/.svn/text-base/IListener.java.svn-
baseþ þþ þþ þ0þ þ1þ þST22722þ þþ þþ þþ þþ þþ þþ þþ þþ þIListener.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ357þ þ274bd7418bb904bfb538be629c1fe133þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22701.txtþ þ
TEXT\0006\ST22701.txtþ

þST22702þ þST22702þ þST22702þ þST22702þ þST22702þ þST22702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/shortsell/src/com/equityfeed/gui/shortsell/.svn/text-base/ShortSellPanel.form
.svn-baseþ þþ þþ þ0þ þ1þ þST22723þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel
.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ14935þ þ5865ad8c5b617979e7395d0ec972bfe5
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST22702.xmlþ þþ
þST22703þ þST22703þ þST22716þ þST22703þ þST22716þ þST22703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/.svn/text-base/ShortSellPanel.java
.svn-baseþ þþ þþ þ0þ þ1þ þST22724þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/07/2008þ þ00:00:00þ þ2
008-11-07T00:00:00-05:00þ þ1226034000þ þShortSellPanel.java.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ34319þ þac4252db7ae817ceaa68d4613dabcb72þ þ14þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22703.txtþ þTEXT\0006\ST2270
3.txtþ
þST22717þ þST22717þ þST22721þ þST22717þ þST22721þ þST22717þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/.svn/text-base/ShortSellRow.java.s
vn-baseþ þþ þþ þ0þ þ1þ þST22725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellRow.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9691þ þ3fb50ab07cfe7db4a34135a0e3c527e3þ þ5þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2271
7.txtþ þTEXT\0006\ST22717.txtþ
þST22722þ þST22722þ þST22722þ þST22722þ þST22722þ þST22722þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/IListener.javaþ þþ þþ þ0þ þ1þ þST227
01þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIListener.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ357þ þ274bd7418bb904bfb538be629c1fe133þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22722.javaþ þþ
þST22723þ þST22723þ þST22723þ þST22723þ þST22723þ þST22723þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/ShortSellPanel.formþ þþ þþ þ0þ þ1þ þ
ST22702þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel.formþ þ.XMLþ þapplicati
on/xmlþ þþ þ14935þ þ5865ad8c5b617979e7395d0ec972bfe5þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22723.xmlþ þþ
þST22724þ þST22724þ þST22724þ þST22724þ þST22724þ þST22724þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/ShortSellPanel.javaþ þþ þþ þ0þ þ1þ þ
ST22703þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellPanel.javaþ þ.JAVAþ þtext/x-j
ava-sourceþ þþ þ34319þ þac4252db7ae817ceaa68d4613dabcb72þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22724.javaþ þþ
þST22725þ þST22725þ þST22725þ þST22725þ þST22725þ þST22725þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/com/equityfeed/gui/shortsell/ShortSellRow.javaþ þþ þþ þ0þ þ1þ þST
22717þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellRow.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ9691þ þ3fb50ab07cfe7db4a34135a0e3c527e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22725.javaþ þþ

þST22726þ þST22726þ þST22726þ þST22726þ þST22726þ þST22726þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ94þ þf5dc19f15a840aafd46385e9b86b957f þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0 010\ST22726.txtþ þTEXT\0006\ST22726.txtþ

þST22727þ þST22727þ þST22727þ þST22727þ þST22727þ þST22727þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/ 24/2011þ þ00:00:00þ þ2011-03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/p lainþ þþ þ232þ þ7f361c9ea531c62bce20cf0078290004þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22727.txtþ þTEXT\0006\ST22727. txtþ

þST22728þ þST22728þ þST22728þ þST22728þ þST22728þ þST22728þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/core/shortsell/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ250þ þb37e8a49a8e5b33c08a02 a7f4e652a26þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22728.txtþ þTEXT\0006\ST22728.txtþ

þST22729þ þST22729þ þST22729þ þST22729þ þST22729þ þST22729þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/core/shortsell/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ03/24/2011þ þ00:00:00þ þ2011 -03-24T00:00:00-04:00þ þ1300939200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ361þ þ1286e3f94c 5c7b792862d1acb5c3442dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0010\ST22729.txtþ þTEXT\0006\ST22729.txtþ

þST22730þ þST22730þ þST22731þ þST22730þ þST22731þ þST22730þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/core/shortsell/.svn/text-base/ShortSellLoader.java.svn-baseþ þþ þþ þ0þ þ1þ þST22732þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShortSellLoader.java.svn-ba seþ þ.TXTþ þtext/plainþ þþ þ3289þ þ426dfeaef03b541520a53a4ebe942be3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22730.txtþ þ TEXT\0006\ST22730.txtþ

þST22732þ þST22732þ þST22732þ þST22732þ þST22732þ þST22732þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/core/shortsell/ShortSellLoader.javaþ þþ þþ þ0þ þ1þ þST22730þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þShortSellLoader.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ þ3289þ þ426dfeaef03b541520a53a4ebe942be3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22732.javaþ þþ

þST22733þ þST22733þ þST22733þ þST22733þ þST22733þ þST22733þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shortsell/src/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ206þ þ6617eea6b02fc8b02452b8402b9a19b

4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0010\ST22733.txtþ þTEXT\0006\ST22733.txtþ

þST22734þ þST22734þ þST22734þ þST22734þ þST22734þ þST22734þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/
19/2010þ þ00:00:00þ þ2010-04-19T00:00:00-04:00þ þ1271649600þ þentriesþ þ.TXTþ þtext/p
lainþ þþ þ332þ þb785af596161e37b8f178d012a506a0dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22734.txtþ þTEXT\0006\ST22734.
txtþ

þST22735þ þST22735þ þST22735þ þST22735þ þST22735þ þST22735þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/test/.svn/text-base/Main.java.svn-baseþ þþ þþ þ0þ þ1þ þST22736þ þ
þ þþ þþ þþ þþ þþ þþ þþ þMain.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ462þ
þf1c056317469aa92243833e1197d9256þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22735.txtþ þTEXT\0006\ST22735.txtþ

þST22736þ þST22736þ þST22736þ þST22736þ þST22736þ þST22736þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/src/test/Main.javaþ þþ þþ þ0þ þ1þ þST22735þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þMain.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ462þ þf1c056317469aa92243833e1
197d9256þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST22736.javaþ þþ

þST22737þ þST22737þ þST22737þ þST22737þ þST22737þ þST22737þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þbcde77ccfc63d9ec3cbb45b674427f4eþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST22737.txtþ þTEXT\0006\ST22737.txtþ

þST22738þ þST22738þ þST22738þ þST22738þ þST22738þ þST22738þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/19/2
010þ þ00:00:00þ þ2010-04-19T00:00:00-04:00þ þ1271649600þ þentriesþ þ.TXTþ þtext/plain
þ þþ þ247þ þ8194c41300187d9d4f77933efe03e730þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22738.txtþ þTEXT\0006\ST22738.txtþ

þST22739þ þST22739þ þST22739þ þST22739þ þST22739þ þST22739þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shortsell/test/.svn/formatþ þþ þþ þ0þ þ1þ þST22667þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þformatþ þ.TXTþ þtext/plainþ þþ þ2þ þc30f7472766d25af1dc80b3ffc9a58c7þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22
739.txtþ þTEXT\0006\ST22739.txtþ

þST22740þ þST22740þ þST22740þ þST22740þ þST22740þ þST22740þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ70þ þb568

489c7758a753236b01ba77a9d759þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0010\ST22740.propertiesþ þþ

þST22741þ þST22741þ þST22741þ þST22741þ þST22741þ þST22741þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/IShutdownListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIShutdownListener.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ156þ þd146e1959bf0d39d8d3922339899c7e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22741.classþ þþ

þST22742þ þST22742þ þST22742þ þST22742þ þST22742þ þST22742þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/Shutdown.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þShutdown.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1913þ þ65924
a69db9cc55cc85cff64c8ffacbdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0010\ST22742.classþ þþ

þST22743þ þST22743þ þST22743þ þST22743þ þST22743þ þST22743þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/ShutdownProgressForm.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShutdownProgressForm.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ6919þ þ65a6e6a9847c88955ce258722d357f8aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22743.classþ þþ

þST22744þ þST22744þ þST22744þ þST22744þ þST22744þ þST22744þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/ShutdownProgressForm$1.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShutdownProgressForm$1.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ795þ þ66f683cfcad39d2cdfd2c504457094d0þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22744.classþ þþ

þST22745þ þST22745þ þST22745þ þST22745þ þST22745þ þST22745þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/ShutdownProgressForm$2.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShutdownProgressForm$2.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ822þ þf0544cad2e9566152cc6755fd66f7ec8þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22745.classþ þþ

þST22746þ þST22746þ þST22746þ þST22746þ þST22746þ þST22746þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/ShutdownProgressForm$3.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShutdownProgressForm$3.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ822þ þ4894f10ab46c180c3332fe7c5a15ddcfþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22746.classþ þþ

þST22747þ þST22747þ þST22747þ þST22747þ þST22747þ þST22747þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/build/classes/shutdown/ShutdownProgressForm$4.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þShutdownProgressForm$4.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ839þ þ17d093a027ac3b80cc97637de8e2fe8eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22747.classþ þþ þST22748þ þST22748þ þST22748þ þST22748þ þST22748þ þST22748þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/build-before-profiler.xmlþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þbuild-before-profiler.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3719þ þ61b161679a49 27e5af476cd51282e303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0010\ST22748.xmlþ þþ

þST22749þ þST22749þ þST22749þ þST22749þ þST22749þ þST22749þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/build.xmlþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild. xmlþ þ.XMLþ þapplication/xmlþ þþ þ3774þ þf462d0c3695c9068de5b19bc63b2b17dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22749.xm lþ þþ

þST22750þ þST22750þ þST22750þ þST22750þ þST22750þ þST22750þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/dist/shutdown.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þshutdown.jarþ þ.JARþ þapplication/java-archiveþ þþ þ13714þ þff071b2d14f2d8f6e226eb 521aa3e469þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0010\ST22750.jarþ þþ

þST22751þ þST22751þ þST22751þ þST22751þ þST22751þ þST22751þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þbuild- impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48776þ þef2eb36a873c0bea700333014cf53872þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22 751.xmlþ þþ

þST22752þ þST22752þ þST22752þ þST22752þ þST22752þ þST22752þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ655þ þ3 b90c5937a9cb2058ebfffc85a05863aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22752.propertiesþ þþ

þST22753þ þST22753þ þST22753þ þST22753þ þST22753þ þST22753þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ 0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22753.propertiesþ þþ

þST22754þ þST22754þ þST22754þ þST22754þ þST22754þ þST22754þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST11571þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertie sþ þ182þ þ033dc2e2421926c2779d76b3fd1fe046þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22754.propertiesþ þþ
þST22755þ þST22755þ þST22755þ þST22755þ þST22755þ þST22755þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ556þ þ8aeeffa1d47d75dc9795b1e
e4d63a376þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0010\ST22755.xmlþ þþ
þST22756þ þST22756þ þST22756þ þST22756þ þST22756þ þST22756þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/nbproject/private/profiler/configurations.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þconfigurations.xmlþ þ.XMLþ þapplication/xmlþ þþ þ8109þ
þa3d15ae6f02a649828f7dee2633c707aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22756.xmlþ þþ
þST22757þ þST22757þ þST22757þ þST22757þ þST22757þ þST22757þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/nbproject/profiler/profiler-build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þprofiler-build-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ5609þ þ9f5b51
1ae9e06ee9ff8c92f6c3a3ad1fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST22757.xmlþ þþ
þST22758þ þST22758þ þST22758þ þST22758þ þST22758þ þST22758þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2402þ þ56
71f036e8d68592950b5bc82ae64d5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22758.propertiesþ þþ
þST22759þ þST22759þ þST22759þ þST22759þ þST22759þ þST22759þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ516þ þf77fc707e22b2de9aeb58e00bec0d50
dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST22759.xmlþ þþ
þST22760þ þST22760þ þST22760þ þST22760þ þST22760þ þST22760þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/src/shutdown/IShutdownListener.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þIShutdownListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ221þ þ0d
3286c8a497b22927a0b3fedb2c61eaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22760.javaþ þþ
þST22761þ þST22761þ þST22761þ þST22761þ þST22761þ þST22761þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/shutdown/src/shutdown/Shutdown.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þShutdown.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1225þ þb4abfb713885c928e4c
32757ad2ec280þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST22761.javaþ þþ

þST22762þ þST22762þ þST22762þ þST22762þ þST22762þ þST22762þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/src/shutdown/ShutdownProgressForm.formþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þShutdownProgressForm.formþ þ.XMLþ þapplication/xmlþ þþ þ7560þ þe303d578d018c82dc53904ac8a741b7bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22762.xmlþ þþ

þST22763þ þST22763þ þST22763þ þST22763þ þST22763þ þST22763þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/shutdown/src/shutdown/ShutdownProgressForm.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þShutdownProgressForm.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ87 87þ þ8a2fcfa7f0957af79c568b42696cb10fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22763.javaþ þþ

þST22764þ þST22764þ þST22764þ þST22764þ þST22764þ þST22764þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ424þ þa08dd5095dbcd3445226efcafc2a07d3þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22764.tx tþ þTEXT\0006\ST22764.txtþ

þST22765þ þST22765þ þST22765þ þST22765þ þST22765þ þST22765þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843; ST22099; ST22253; ST22616; ST22925; ST23342; ST23580; ST23869; ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ37þ þ f37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22765.txtþ þTEXT\0006\ST22765.txtþ

þST22766þ þST22766þ þST22768þ þST22766þ þST22768þ þST22766þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/22/2011 þ þ00:00:00þ þ2011-06-22T00:00:00-04:00þ þ1308715200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ713þ þ76dc7639cac405907793ee4532635e4fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22766.txtþ þTEXT\0006\ST22766.txtþ

þST22769þ þST22769þ þST22769þ þST22769þ þST22769þ þST22769þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/.svn/prop-base/silverlight.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;

ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;

ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;

ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsilverlight.jar.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22769.txtþ þTEXT\0006\ST22769.txtþ
þST22770þ þST22770þ þST22770þ þST22770þ þST22770þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST22787þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3816þ þe
6fd1218cd6188791decf440e99113baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22770.xmlþ þþ
þST22771þ þST22771þ þST22771þ þST22771þ þST22771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567;

ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22794; ST22860; ST23585; ST23693; ST23823;

ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22771.txtþ þTEXT\0006\ST22771.txtþ þST22772þ þST22772þ þST22772þ þST22772þ þST22772þ þST22772þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/.svn/text-base/silverlight.jar.svn-baseþ þþ þþ þ0þ þ1þ þST22812þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsilverlight.jar.svn-baseþ þ.JARþ þapplication/java -archiveþ þþ þ13523þ þa5ed799ca1a3995b35135fef9b5ba437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22772.jarþ þþ þST22773þ þST22773þ þST22773þ þST22773þ þST22773þ þST22773þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ75þ þc d94b743ab4ec12d493590801d7e911dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22773.propertiesþ þþ þST22774þ þST22774þ þST22774þ þST22774þ þST22774þ þST22774þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/ConnectionHandler.classþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConnectionHandler.classþ þ.CLASSþ þapplication /java-vmþ þþ þ8002þ þ165f5a5dfd1436211cd782c7768a06a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22774.classþ þþ þST22775þ þST22775þ þST22775þ þST22775þ þST22775þ þST22775þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/ConnectionHandlerPollicyServer.classþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConnectionHandlerPollicyServer.c lassþ þ.CLASSþ þapplication/java-vmþ þþ þ3057þ þ6b6f3298f8b8c4a0f2cda5e342ca5a44þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2 2775.classþ þþ þST22776þ þST22776þ þST22776þ þST22776þ þST22776þ þST22776þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/HeartBeat.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeartBeat.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1545 þ þ3fe301cbb1a909839d71da087fe1ae7aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22776.classþ þþ þST22777þ þST22777þ þST22777þ þST22777þ þST22777þ þST22777þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/HeartBeat$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeartBeat$1.classþ þ.CLASSþ þapplication/java- vmþ þþ þ523þ þ4fd8c7988219ce34945ce9a1e276c657þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22777.classþ þþ þST22778þ þST22778þ þST22778þ þST22778þ þST22778þ þST22778þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightPollicyServer.classþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightPollicyServer.classþ þ.CLASS þ þapplication/java-vmþ þþ þ1790þ þ9426129af21f83052731e221da86d5f6þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22778.classþ þ þ

þST22779þ þST22779þ þST22779þ þST22779þ þST22779þ þST22779þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightServer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServer.classþ þ.CLASSþ þapplication /java-vmþ þþ þ2041þ þc2596b8055c73d9937d700f8211fc1d8þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22779.classþ þþ þST22780þ þST22780þ þST22780þ þST22780þ þST22780þ þST22780þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightServerRT.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRT.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ2268þ þd5eb043eb84f012c858f6825f0de3b64þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22780.classþ þþ þST22781þ þST22781þ þST22781þ þST22781þ þST22781þ þST22781þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightServerRT$1.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRT$1.classþ þ.CLASSþ þapp lication/java-vmþ þþ þ679þ þ62eba8ca5fa6e41456fb758633d714afþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22781.classþ þþ þST22782þ þST22782þ þST22782þ þST22782þ þST22782þ þST22782þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightServerRTHandler.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRTHandler.classþ þ.C LASSþ þapplication/java-vmþ þþ þ2714þ þ7e23777233496e39c03197e6e6549b5eþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22782.classþ þþ þST22783þ þST22783þ þST22783þ þST22783þ þST22783þ þST22783þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightServerRTHandler$1.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRTHandler$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2149þ þe2e1eac47df2e203e1ac1838f1ca4459þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22783.classþ þþ þST22784þ þST22784þ þST22784þ þST22784þ þST22784þ þST22784þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/SilverlightServerRTHandler$2.classþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRTHandler$2.classþ þ.CLASSþ þapplication/java-

vmþ þþ þ968þ þ901ad7b7cc6fe51e52767d97d2c4ab08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22784.classþ þþ

þST22785þ þST22785þ þST22785þ þST22785þ þST22785þ þST22785þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/silverlight/Util.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1621þ þ9d3cd0c d5ec8ae39670f342680396ac7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST22785.classþ þþ

þST22786þ þST22786þ þST22786þ þST22786þ þST22786þ þST22786þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build/classes/test/ClientRT.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClientRT.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1528þ þbfe935 d17bd34f7c4dadf2e3c3632325þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22786.classþ þþ

þST22787þ þST22787þ þST22787þ þST22787þ þST22787þ þST22787þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/build.xmlþ þþ þþ þ0þ þ1þ þST22770þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3816þ þe6fd1218cd6188791decf440e99113baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22787.xmlþ þþ

þST22788þ þST22788þ þST22788þ þST22788þ þST22788þ þST22788þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1425140þ þ8e9231a846d6207dc8d6 d43441528794þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22788.jarþ þþ

þST22789þ þST22789þ þST22789þ þST22789þ þST22789þ þST22789þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þclib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ69517þ þ270f78c6940a8bc74972f292 920b5084þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0010\ST22789.jarþ þþ

þST22790þ þST22790þ þST22790þ þST22790þ þST22790þ þST22790þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/dist/lib/libchart.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlibchart.jarþ þ.JARþ þapplication/java- archiveþ þþ þ294174þ þac8e30cc280ad6734e9c97b076c0eeeeþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22790.jarþ þþ

þST22791þ þST22791þ þST22791þ þST22791þ þST22791þ þST22791þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/dist/lib/tslib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtslib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ30531þ þ756ec8f141d4a007f88e11 0f40d11d6cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN

ATIVES\0010\ST22791.jarþ þþ

þST22792þ þST22792þ þST22792þ þST22792þ þST22792þ þST22792þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1327þ þ5eb1ccc19afc035cf8e6d434978e6beeþ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST 22792.TXTþ þTEXT\0006\ST22792.txtþ

þST22793þ þST22793þ þST22793þ þST22793þ þST22793þ þST22793þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/dist/silverlight.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsilverlight.jarþ þ.JARþ þapplication/java-archiveþ þþ þ31504þ þcd5602e63f7f9 1ac6ec3cd33e92a7b83þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22793.jarþ þþ

þST22794þ þST22794þ þST22794þ þST22794þ þST22794þ þST22794þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22860; ST23585; ST23693; ST23823;

ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85 þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22794.txtþ þTEXT\0006\ST22794.txtþ

þST22795þ þST22795þ þST22795þ þST22795þ þST22795þ þST22795þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ617þ þf60397fb947310a5a172e45b976e 7c5fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV ES\0010\ST22795.txtþ þTEXT\0006\ST22795.txtþ

þST22796þ þST22796þ þST22796þ þST22796þ þST22796þ þST22796þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22796.txtþ þTEXT\0006\ST22796.txtþ

þST22797þ þST22797þ þST22799þ þST22797þ þST22799þ þST22797þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ 06/30/2011þ þ00:00:00þ þ2011-06-30T00:00:00-04:00þ þ1309406400þ þentriesþ þ.TXTþ þtex t/plainþ þþ þ855þ þ69f4ff0d46024160d366a6929fad47a2þ þ3þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22797.txtþ þTEXT\0006\ST2279 7.txtþ

þST22800þ þST22800þ þST22800þ þST22800þ þST22800þ þST22800þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST 22805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplica tion/xmlþ þþ þ56299þ þb581059f68d84061cac184edc6f27389þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22800.xmlþ þþ

þST22801þ þST22801þ þST22801þ þST22801þ þST22801þ þST22801þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST22806þ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ475þ þ367092ce94168e3ef86218e450240d2cþ þ1þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22801.txtþ þTEXT\0006 \ST22801.txtþ

þST22802þ þST22802þ þST22803þ þST22802þ þST22803þ þST22802þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1 þ þST22810þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2734þ þe0915fdf8e051a5e8f87a448e0c70ba3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22802.txtþ þTEXT\0006\S T22802.txtþ

þST22804þ þST22804þ þST22804þ þST22804þ þST22804þ þST22804þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST228 11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/x mlþ þþ þ519þ þ1b16bc792abf89b8a9652c43bfe8be29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22804.xmlþ þþ

þST22805þ þST22805þ þST22805þ þST22805þ þST22805þ þST22805þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST22800þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56299þ þb581059f68d84 061cac184edc6f27389þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22805.xmlþ þþ

þST22806þ þST22806þ þST22806þ þST22806þ þST22806þ þST22806þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST22801þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ367092ce94168e3ef86218e450240d2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22806.propertiesþ þþ

þST22807þ þST22807þ þST22807þ þST22807þ þST22807þ þST22807þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þ þ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22807.propertiesþ þþ
þST22808þ þST22808þ þST22808þ þST22808þ þST22808þ þST22808þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST23706þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-prope
rtiesþ þþ þ183þ þ0dce1a151b9f944ad3b1bde80a568d6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22808.propertiesþ þþ
þST22809þ þST22809þ þST22809þ þST22809þ þST22809þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ884þ þ86b7bc53b60003847c32
ef438536edacþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST22809.xmlþ þþ
þST22810þ þST22810þ þST22810þ þST22810þ þST22810þ þST22810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST22802þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ
þ2734þ þe0915fdf8e051a5e8f87a448e0c70ba3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22810.propertiesþ þþ
þST22811þ þST22811þ þST22811þ þST22811þ þST22811þ þST22811þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST22804þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ519þ þ1b16bc792abf89b8a9652
c43bfe8be29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0010\ST22811.xmlþ þþ
þST22812þ þST22812þ þST22812þ þST22812þ þST22812þ þST22812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/silverlight.jarþ þþ þþ þ0þ þ1þ þST22772þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þsilverlight.jarþ þ.JARþ þapplication/java-archiveþ þþ þ13523þ þa5ed799ca1a3
995b35135fef9b5ba437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þNATIVES\0010\ST22812.jarþ þþ
þST22813þ þST22813þ þST22813þ þST22813þ þST22813þ þST22813þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22813.txtþ þTEXT\0006\ST22813.txtþ
þST22814þ þST22814þ þST22814þ þST22814þ þST22814þ þST22814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ06/22/
2011þ þ00:00:00þ þ2011-06-22T00:00:00-04:00þ þ1308715200þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ240þ þ2c1c0c5eb6411b090887ca3a537bfe1bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22814.txtþ þTEXT\0006\ST22814.txtþ

þST22815þ þST22815þ þST22815þ þST22815þ þST22815þ þST22815þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/src/silverlight/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1315þ þf7e02549a278450f318b6 a1489d99284þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22815.txtþ þTEXT\0006\ST22815.txtþ

þST22816þ þST22816þ þST22820þ þST22816þ þST22820þ þST22816þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/src/silverlight/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/22/2011þ þ00:00:00þ þ2011-06-22T00:00:00-04:00þ þ1308715200þ þentriesþ þ.TXT þ þtext/plainþ þþ þ1560þ þc7439e6c416ea5ebf1157d0d2fc128e9þ þ5þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22816.txtþ þTEXT\0006 \ST22816.txtþ

þST22821þ þST22821þ þST22824þ þST22821þ þST22824þ þST22821þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/src/silverlight/.svn/text-base/ConnectionHandler.java.svn-baseþ þ þ þþ þ0þ þ1þ þST22836þ þþ þþ þþ þþ þþ þþ þþ þþ þConnectionHandler.java.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ9777þ þ2e642e2f627153a6f49afe313e6957c0þ þ4þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22821.tx tþ þTEXT\0006\ST22821.txtþ

þST22825þ þST22825þ þST22826þ þST22825þ þST22826þ þST22825þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/src/silverlight/.svn/text-base/ConnectionHandlerPollicyServer.jav a.svn-baseþ þþ þþ þ0þ þ1þ þST22837þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConnectionHan dlerPollicyServer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3353þ þe30e9140a2707bcdcf46e ea285531b7fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22825.txtþ þTEXT\0006\ST22825.txtþ

þST22827þ þST22827þ þST22827þ þST22827þ þST22827þ þST22827þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/src/silverlight/.svn/text-base/HeartBeat.java.svn-baseþ þþ þþ þ0þ þ1þ þST22838þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeartBeat.java.svn-baseþ þ.TXTþ þt ext/plainþ þþ þ1105þ þc13755b43a3e9b1983d753c2c2ccc1c1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22827.txtþ þTEXT\0006\ST2 2827.txtþ

þST22828þ þST22828þ þST22828þ þST22828þ þST22828þ þST22828þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/silverlight/src/silverlight/.svn/text-base/SilverlightPollicyServer.java.svn-baseþ þþ þþ þ0þ þ1þ þST22839þ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightPollicyS erver.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1717þ þ24eb0f54a0befca16f418c4c695309e7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 10\ST22828.txtþ þTEXT\0006\ST22828.txtþ

þST22829þ þST22829þ þST22830þ þST22829þ þST22830þ þST22829þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/silverlight/src/silverlight/.svn/text-base/SilverlightServer.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST22840þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServer.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ2364þ þ1fe1b93435dbb07dd7fc01bab7dae33aþ þ2þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22829.tx
tþ þTEXT\0006\ST22829.txtþ
þST22831þ þST22831þ þST22832þ þST22831þ þST22832þ þST22831þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/.svn/text-base/SilverlightServerRT.java.svn-baseþ
 þþ þþ þþ þ0þ þ1þ þST22841þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRT.java
.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3505þ þ329fb25717e823ea5ba4d2b31b312db9þ þ2þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22831
.txtþ þTEXT\0006\ST22831.txtþ
þST22833þ þST22833þ þST22834þ þST22833þ þST22834þ þST22833þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/.svn/text-base/SilverlightServerRTHandler.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST22842þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServer
RTHandler.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3470þ þ271edd35d881938aa737f75f4ef01
231þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0010\ST22833.txtþ þTEXT\0006\ST22833.txtþ
þST22835þ þST22835þ þST22835þ þST22835þ þST22835þ þST22835þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/.svn/text-base/Util.java.svn-baseþ þþ þþ þ0þ þ1þ þS
T22843þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUtil.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ978þ þ6e79655c9d8a18ab6d32ad5289e22f6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22835.txtþ þTEXT\0006\ST22835.txtþ
þST22836þ þST22836þ þST22836þ þST22836þ þST22836þ þST22836þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/ConnectionHandler.javaþ þþ þþ þ0þ þ1þ þST22821þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þConnectionHandler.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ9777þ þ2e642e2f627153a6f49afe313e6957c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22836.javaþ þþ
þST22837þ þST22837þ þST22837þ þST22837þ þST22837þ þST22837þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/ConnectionHandlerPollicyServer.javaþ þþ þþ þ0þ þ1þ
þST22825þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þConnectionHandlerPollicyServer.java
þ þ.JAVAþ þtext/x-java-sourceþ þþ þ3353þ þe30e9140a2707bcdcf46eea285531b7fþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22837.jav
aþ þþ
þST22838þ þST22838þ þST22838þ þST22838þ þST22838þ þST22838þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/HeartBeat.javaþ þþ þþ þ0þ þ1þ þST22827þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þHeartBeat.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1105þ þc137
55b43a3e9b1983d753c2c2ccc1c1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0010\ST22838.javaþ þþ

þST22839þ þST22839þ þST22839þ þST22839þ þST22839þ þST22839þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/SilverlightPollicyServer.javaþ þþ þþ þ0þ þ1þ þST228
28þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightPollicyServer.javaþ þ.JAVAþ þtex
t/x-java-sourceþ þþ þ1717þ þ24eb0f54a0befca16f418c4c695309e7þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22839.javaþ þþ
þST22840þ þST22840þ þST22840þ þST22840þ þST22840þ þST22840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/SilverlightServer.javaþ þþ þþ þ0þ þ1þ þST22829þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServer.javaþ þ.JAVAþ þtext/x-java-source
þ þþ þ2364þ þ1fe1b93435dbb07dd7fc01bab7dae33aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22840.javaþ þþ
þST22841þ þST22841þ þST22841þ þST22841þ þST22841þ þST22841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/SilverlightServerRT.javaþ þþ þþ þ0þ þ1þ þST22831þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRT.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ3505þ þ329fb25717e823ea5ba4d2b31b312db9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22841.javaþ þþ
þST22842þ þST22842þ þST22842þ þST22842þ þST22842þ þST22842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/SilverlightServerRTHandler.javaþ þþ þþ þ0þ þ1þ þST2
2833þ þþ þþ þþ þþ þþ þþ þþ þþ þSilverlightServerRTHandler.javaþ þ.JAVAþ
þtext/x-java-sourceþ þþ þ3470þ þ271edd35d881938aa737f75f4ef01231þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22842.javaþ þþ
þST22843þ þST22843þ þST22843þ þST22843þ þST22843þ þST22843þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/silverlight/Util.javaþ þþ þþ þ0þ þ1þ þST22835þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ978þ þ6e79655c9d8a18a
b6d32ad5289e22f6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0010\ST22843.javaþ þþ
þST22844þ þST22844þ þST22844þ þST22844þ þST22844þ þST22844þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ220þ þc12923d70d1603f926eafeb682d30
ec9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0010\ST22844.txtþ þTEXT\0006\ST22844.txtþ
þST22845þ þST22845þ þST22845þ þST22845þ þST22845þ þST22845þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ0
7/01/2011þ þ00:00:00þ þ2011-07-01T00:00:00-04:00þ þ1309492800þ þentriesþ þ.TXTþ þtext
/plainþ þþ þ372þ þ415cdca8a7416e3bffdf6cda10e9ff6aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22845.txtþ þTEXT\0006\ST22845
.txtþ

þST22846þ þST22846þ þST22846þ þST22846þ þST22846þ þST22846þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/test/.svn/text-base/ClientRT.java.svn-baseþ þþ þþ þ0þ þ1þ þST22
847þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þClientRT.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ1029þ þf55932da7318e38795d08909095ec50fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22846.txtþ þTEXT\0006\ST22846.txtþ
þST22847þ þST22847þ þST22847þ þST22847þ þST22847þ þST22847þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/silverlight/src/test/ClientRT.javaþ þþ þþ þ0þ þ1þ þST22846þ þþ þþ þþ þþ þþ þþ þþ
 þþ þClientRT.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1029þ þf55932da7318e38795d08909095ec50fþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22847.javaþ þþ
þST22848þ þST22848þ þST22848þ þST22848þ þST22848þ þST22848þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/build/classes/.netbeans_automatic_buildþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þ.netbeans_automatic_buildþ þ.NETBEANS_AUTOMATIC_BUILDþ þa
pplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22848.netbeans_a
utomatic_buildþ þþ
þST22849þ þST22849þ þST22849þ þST22849þ þST22849þ þST22849þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/build/classes/sockettest/Client.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þClient.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1462þ þbec5b
8da5e73b143e9d114624f1ca4c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0010\ST22849.classþ þþ
þST22850þ þST22850þ þST22850þ þST22850þ þST22850þ þST22850þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/build/classes/sockettest/Feed.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFeed.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1791þ þe2e157c0c
a695e7ac74ade015db30374þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0010\ST22850.classþ þþ
þST22851þ þST22851þ þST22851þ þST22851þ þST22851þ þST22851þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/build/classes/sockettest/FeedChannel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFeedChannel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ21
50þ þ8ca4d75effef964bef296c7241596a0eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22851.classþ þþ
þST22852þ þST22852þ þST22852þ þST22852þ þST22852þ þST22852þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/build/classes/sockettest/FeedChannelServer.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFeedChannelServer.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ444þ þef50c1b7ceecb1c58073fa0d67ecc093þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22852.classþ þþ

þST22853þ þST22853þ þST22853þ þST22853þ þST22853þ þST22853þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/build/classes/sockettest/FeedChannelServer$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFeedChannelServer $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1903þ þ8bfdc6358bf4ede4a51bc5cb95c9154fþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22853.classþ þþ

þST22854þ þST22854þ þST22854þ þST22854þ þST22854þ þST22854þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/build/classes/sockettest/FeedServer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFeedServer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ416þ þc6aacd8e5413a671e86c0f3331144f2eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22854.classþ þþ

þST22855þ þST22855þ þST22855þ þST22855þ þST22855þ þST22855þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/build/classes/sockettest/FeedServer$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFeedServer$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1454þ þbe51da1d1eff36e40803ec54352ce51fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22855.classþ þþ

þST22856þ þST22856þ þST22856þ þST22856þ þST22856þ þST22856þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/build/classes/sockettest/Main.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þMain.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1583þ þ7d4312572 4c4b20decd222dcd60ec462þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0010\ST22856.classþ þþ

þST22857þ þST22857þ þST22857þ þST22857þ þST22857þ þST22857þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þbuil d.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3725þ þ72067a2601bfeeca1d56a097b4d7b1ddþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22857. xmlþ þþ

þST22858þ þST22858þ þST22858þ þST22858þ þST22858þ þST22858þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1449þ þ1db99ea482d7800eba080071eaf5a132þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22 858.TXTþ þTEXT\0006\ST22858.txtþ

þST22859þ þST22859þ þST22859þ þST22859þ þST22859þ þST22859þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/dist/socketTest.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsocketTest.jarþ þ.JARþ þapplication/java-archiveþ þþ þ12986þ þc8a83c00efc09e546 aa8119e9503e982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU Eþ þNATIVES\0010\ST22859.jarþ þþ

þST22860þ þST22860þ þST22860þ þST22860þ þST22860þ þST22860þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907;
ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411;
ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST23585; ST23693;
ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22860.txtþ þTEXT\0006\ST22860.txtþ
þST22861þ þST22861þ þST22861þ þST22861þ þST22861þ þST22861þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ37896þ þ538fc0a9c9433a0cef52c
b8d2ade7ce7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0010\ST22861.xmlþ þþ
þST22862þ þST22862þ þST22862þ þST22862þ þST22862þ þST22862þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ
þc9009e5de66b5850a5f0304a6812917aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22862.propertiesþ þþ
þST22863þ þST22863þ þST22863þ þST22863þ þST22863þ þST22863þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST15175;
ST21962þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ267þ þe9983c63fcd8622815dc4b30f796a212þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22863.propertiesþ
þþ
þST22864þ þST22864þ þST22864þ þST22864þ þST22864þ þST22864þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ832þ þc932922e9d84a50284f0d
86c26f6c6b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0010\ST22864.xmlþ þþ
þST22865þ þST22865þ þST22865þ þST22865þ þST22865þ þST22865þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ1971þ þ
fe3c663c46de2e4695d6681a3ff067c8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22865.propertiesþ þþ
þST22866þ þST22866þ þST22866þ þST22866þ þST22866þ þST22866þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/socketTest/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ518þ þe860c3bcf7eae5820786c6ea7ec3 1e30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST22866.xmlþ þþ

þST22867þ þST22867þ þST22867þ þST22867þ þST22867þ þST22867þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/src/sockettest/Client.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þClient.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1022þ þ9117fececce5cf381d3 def97916ae1b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22867.javaþ þþ

þST22868þ þST22868þ þST22868þ þST22868þ þST22868þ þST22868þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/src/sockettest/Feed.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFeed.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1310þ þ6749b9a43e8aba550266be1 7f3cbba06þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0010\ST22868.javaþ þþ

þST22869þ þST22869þ þST22869þ þST22869þ þST22869þ þST22869þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/src/sockettest/FeedChannel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFeedChannel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1626þ þcec082989 bcaf1818461a3e35d7e1933þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0010\ST22869.javaþ þþ

þST22870þ þST22870þ þST22870þ þST22870þ þST22870þ þST22870þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/src/sockettest/FeedChannelServer.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFeedChannelServer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1312 þ þ6df7ca8d881a3eeff0b6b4229d86fa4dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22870.javaþ þþ

þST22871þ þST22871þ þST22871þ þST22871þ þST22871þ þST22871þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/src/sockettest/FeedServer.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFeedServer.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ1057þ þf6d4f7eec6b0093c3bc6201f668d91e8þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22871.javaþ þþ

þST22872þ þST22872þ þST22872þ þST22872þ þST22872þ þST22872þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/socketTest/src/sockettest/Main.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMain.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1422þ þ9c25305f207796dc42107cf c633bf889þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0010\ST22872.javaþ þþ

þST22873þ þST22873þ þST22873þ þST22873þ þST22873þ þST22873þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/.netbeans_automatic_buildþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þ.netbeans_automatic_buildþ þ.NETBEANS_AUTOMATIC_BUILDþ þap

plication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22873.netbeans_au
tomatic_buildþ þþ

þST22874þ þST22874þ þST22874þ þST22874þ þST22874þ þST22874þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/tbl/controller/ColumnIdentifier.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnIdentifier.classþ þ.CLASSþ þapplication/
java-vmþ þþ þ1421þ þ127b4f47a3c8cdcda9679ba6d59aad9fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22874.classþ þþ

þST22875þ þST22875þ þST22875þ þST22875þ þST22875þ þST22875þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/tbl/controller/DataModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þDataModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ11
50þ þ141c4e05ce4c12eda839725542c91e36þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22875.classþ þþ

þST22876þ þST22876þ þST22876þ þST22876þ þST22876þ þST22876þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/tbl/controller/HeaderMouseListener.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderMouseListener.classþ þ.CLASSþ þapplic
ation/java-vmþ þþ þ2440þ þc450fc9b52e718c38da567fff218859fþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22876.classþ þþ
þST22877þ þST22877þ þST22877þ þST22877þ þST22877þ þST22877þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/tbl/controller/HeaderPopupMenuController.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenuController.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ1748þ þac340801c0083b5269bb2fb9faa77ed8þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22877.clas
sþ þþ

þST22878þ þST22878þ þST22878þ þST22878þ þST22878þ þST22878þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/tbl/controller/HeaderRollOverRenderer.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderRollOverRenderer.classþ þ.CLASSþ þ
application/java-vmþ þþ þ4204þ þ38d54fedc8a7a2c07bc8d998f5a5ee33þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22878.classþ þþ
þST22879þ þST22879þ þST22879þ þST22879þ þST22879þ þST22879þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/tbl/controller/HeaderRollOverRenderer$1.classþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderRollOverRenderer$1.classþ þ.CLAS
Sþ þapplication/java-vmþ þþ þ784þ þeb12c4ec6bc2a639df9990d77b9d4259þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22879.classþ þ
þ

þST22880þ þST22880þ þST22880þ þST22880þ þST22880þ þST22880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/tbl/controller/MapTableController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMapTableController.classþ þ.CLASSþ þapplicat ion/java-vmþ þþ þ6150þ þ71929þb6515dd0f4e14fbb63a2404c18þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22880.classþ þþ þST22881þ þST22881þ þST22881þ þST22881þ þST22881þ þST22881þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/tbl/controller/ToggleRowSorter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þToggleRowSorter.classþ þ.CLASSþ þapplication/ja va-vmþ þþ þ3607þ þ0e84cfede231840b71316bd6092c8854þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22881.classþ þþ þST22882þ þST22882þ þST22882þ þST22882þ þST22882þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/tbl/controller/Util.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4432þ þ59307d 554fd3bb0819000c4a9dfce4edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22882.classþ þþ þST22883þ þST22883þ þST22883þ þST22883þ þST22883þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/ts/Data.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þData.classþ þ.CLASSþ þapplication/java-vmþ þþ þ961þ þd910e3b82463d69fcd7 62b62fd3370dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22883.classþ þþ þST22884þ þST22884þ þST22884þ þST22884þ þST22884þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/ts/IData.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIData.classþ þ.CLASSþ þapplication/java-vmþ þþ þ285þ þ9919bddcc0dc40e06 9fd396521619e31þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU Eþ þNATIVES\0010\ST22884.classþ þþ þST22885þ þST22885þ þST22885þ þST22885þ þST22885þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/ts/Main.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þMain.classþ þ.CLASSþ þapplication/java-vmþ þþ þ598þ þd7a51b663f9b7c7eff7 e0772a04258b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22885.classþ þþ þST22886þ þST22886þ þST22886þ þST22886þ þST22886þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/ts/Main$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þMain$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ566þ þda8414bcfa8ed50 37d65bfb400effd98þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0010\ST22886.classþ þþ þST22887þ þST22887þ þST22887þ þST22887þ þST22887þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tableSort/build/classes/ts/Module.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þModule.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3451þ þa77443c0a07094 44ca551c98dfbaa2bdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ TRUEþ þNATIVES\0010\ST22887.classþ þþ

þST22888þ þST22888þ þST22888þ þST22888þ þST22888þ þST22888þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/ts/Module$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModule

$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ703þ þ72dee12606ac32f6539ca74d9bd309c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22888.classþ þþ

þST22889þ þST22889þ þST22889þ þST22889þ þST22889þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/ts/Module$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þModule$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ694þ þ29bb1985b 61f4f04372aad11c12dc877þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0010\ST22889.classþ þþ

þST22890þ þST22890þ þST22890þ þST22890þ þST22890þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/ts/Module$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModule

$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ779þ þc2fac58596322390daef1a5aaae2a491þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22890.classþ þþ

þST22891þ þST22891þ þST22891þ þST22891þ þST22891þ þST22891þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/ts/Module$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þModule

$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ701þ þa2b14007fa816b59d8193f460c35d61fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22891.classþ þþ

þST22892þ þST22892þ þST22892þ þST22892þ þST22892þ þST22892þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/ts/Module$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þModule

$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ777þ þ4d444cbe874199ed315f0dd448eb677dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22892.classþ þþ

þST22893þ þST22893þ þST22893þ þST22893þ þST22893þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/build/classes/ts/Module$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þModule

$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ755þ þd143324824e729a184fe6b6611e7788cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST22893.classþ þþ

þST22894þ þST22894þ þST22894þ þST22894þ þST22894þ þST22894þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/ts/Module$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þModule
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ692þ þ14382facc8f289ae2c6be45d8d01e97fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST22894.classþ þþ

þST22895þ þST22895þ þST22895þ þST22895þ þST22895þ þST22895þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/ts/Module$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þModule
$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ753þ þb3f624df714876040c2967d5a90ad34aþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST22895.classþ þþ

þST22896þ þST22896þ þST22896þ þST22896þ þST22896þ þST22896þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/ts/Module$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þModule
$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ714þ þ23d6792810129c0091084672c466c16fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST22896.classþ þþ

þST22897þ þST22897þ þST22897þ þST22897þ þST22897þ þST22897þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/ts/Module$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þModule
$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ755þ þ7087bf891917b9280fa87b708f67e1f7þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST22897.classþ þþ

þST22898þ þST22898þ þST22898þ þST22898þ þST22898þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build/classes/ts/View.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þView.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1537þ þ95c908fad789cf3789
954acbe66f2353þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0010\ST22898.classþ þþ

þST22899þ þST22899þ þST22899þ þST22899þ þST22899þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/build.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild
.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3722þ þ6b0b02dec1850b0dcaab63111f785547þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22899.x
mlþ þþ

þST22900þ þST22900þ þST22900þ þST22900þ þST22900þ þST22900þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þgui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1678830þ þ79bcb9b02c011486e20ad7b c1065e172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0010\ST22900.jarþ þþ

þST22901þ þST22901þ þST22901þ þST22901þ þST22901þ þST22901þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/dist/lib/jt.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjt.jarþ þ.JARþ þapplication/java-archiveþ þþ þ157127þ þed4a14e0a0face377439561f02660 faaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0010\ST22901.jarþ þþ

þST22902þ þST22902þ þST22902þ þST22902þ þST22902þ þST22902þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1448þ þ0852623cdb7bdce1129f76284ee3d774þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST229 02.TXTþ þTEXT\0006\ST22902.txtþ

þST22903þ þST22903þ þST22903þ þST22903þ þST22903þ þST22903þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/dist/tableSort.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þtableSort.jarþ þ.JARþ þapplication/java- archiveþ þþ þ44296þ þ314402e42d648fb20c79d08d1fae4219þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22903.jarþ þþ

þST22904þ þST22904þ þST22904þ þST22904þ þST22904þ þST22904þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ37895þ þec174831dc07d0f8ea2548 fc7c57ba0eþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0010\ST22904.xmlþ þþ

þST22905þ þST22905þ þST22905þ þST22905þ þST22905þ þST22905þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ 074a96bb352970156d93aefbd66b1898þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22905.propertiesþ þþ

þST22906þ þST22906þ þST22906þ þST22906þ þST22906þ þST22906þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22906.propertiesþ þþ

þST22907þ þST22907þ þST22907þ þST22907þ þST22907þ þST22907þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tableSort/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST13911þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-properti

esþ þþ þ337þ þcfe75f16e6288e95ed120f769fcf7977þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22907.propertiesþ þþ
þST22908þ þST22908þ þST22908þ þST22908þ þST22908þ þST22908þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ594þ þ0ad35eb3cef440a9b2a7d4
0c907fbbf0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22908.xmlþ þþ
þST22909þ þST22909þ þST22909þ þST22909þ þST22909þ þST22909þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2173þ þ1
755e0600aa3e361caadb04e6c212cdbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22909.propertiesþ þþ
þST22910þ þST22910þ þST22910þ þST22910þ þST22910þ þST22910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ517þ þ5a7b7bac30d006ac6268ee00187cf
bf6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0010\ST22910.xmlþ þþ
þST22911þ þST22911þ þST22911þ þST22911þ þST22911þ þST22911þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/ColumnIdentifier.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þColumnIdentifier.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ14
71þ þ790201a36c6d0a0b24e3bb0839f3397bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22911.javaþ þþ
þST22912þ þST22912þ þST22912þ þST22912þ þST22912þ þST22912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/DataModel.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þDataModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1475þ þa40770ea32
b5f5d81f452108e5cbf6b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0010\ST22912.javaþ þþ
þST22913þ þST22913þ þST22913þ þST22913þ þST22913þ þST22913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/HeaderMouseListener.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þHeaderMouseListener.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ2113þ þ6ad6b0b3f74fb819638254b48b4c5235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22913.javaþ þþ
þST22914þ þST22914þ þST22914þ þST22914þ þST22914þ þST22914þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/HeaderPopupMenuController.javaþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þHeaderPopupMenuController.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ2938þ þc426466ff06bb0d2d9846cd890c2ab58þ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22914.javaþ þþ
þST22915þ þST22915þ þST22915þ þST22915þ þST22915þ þST22915þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/HeaderRollOverRenderer.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þHeaderRollOverRenderer.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ4756þ þc8e5842af21304922733bf452a411e7fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22915.javaþ þþ
þST22916þ þST22916þ þST22916þ þST22916þ þST22916þ þST22916þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/MapTableController.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þMapTableController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ5997þ þ30956fa3daf34c0b98676fd4d2a71866þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22916.javaþ þþ
þST22917þ þST22917þ þST22917þ þST22917þ þST22917þ þST22917þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/ToggleRowSorter.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þToggleRowSorter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5033
þ þ2ac9249dd29503f7233c20bc8f4baa69þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22917.javaþ þþ
þST22918þ þST22918þ þST22918þ þST22918þ þST22918þ þST22918þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/tbl/controller/Util.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3064þ þ48e2b0d52bf4bf16fbe5
d30059fd7ac5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST22918.javaþ þþ
þST22919þ þST22919þ þST22919þ þST22919þ þST22919þ þST22919þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/ts/Data.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þData.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1035þ þaf376ac4c762c7c1ff7c86eed022457
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST22919.javaþ þþ
þST22920þ þST22920þ þST22920þ þST22920þ þST22920þ þST22920þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/ts/IData.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þIData.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ303þ þee96eb5b7ba50c281e043f98af9a42
9cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
010\ST22920.javaþ þþ
þST22921þ þST22921þ þST22921þ þST22921þ þST22921þ þST22921þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/ts/Main.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þMain.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ445þ þ0d1e9b65ea0b0362c8e75d28feea272c
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST22921.javaþ þþ

þST22922þ þST22922þ þST22922þ þST22922þ þST22922þ þST22922þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/ts/Module.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þModule.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ5328þ þ2850dfb1c2abd9557cdd48833b9b2979þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22922.javaþ þþ
þST22923þ þST22923þ þST22923þ þST22923þ þST22923þ þST22923þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tableSort/src/ts/View.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þView.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1214þ þ77f14a3d54112c8d35b75ee1d7ccd33
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST22923.javaþ þþ
þST22924þ þST22924þ þST22924þ þST22924þ þST22924þ þST22924þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
all-wcpropsþ þ.TXTþ þtext/plainþ þþ þ293þ þ3b586d05c35c54ec374daef1e7ea29b4þ þ1þ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2292
4.txtþ þTEXT\0006\ST22924.txtþ
þST22925þ þST22925þ þST22925þ þST22925þ þST22925þ þST22925þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843;
ST22099; ST22253; ST22616; ST22765; ST23342; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22925.txtþ þTEXT\0006\ST22925.txtþ
þST22926þ þST22926þ þST22927þ þST22926þ þST22927þ þST22926þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/07/2011þ þ0
0:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ57
7þ þd1f4dd3a9518cfc834cbbca671141926þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22926.txtþ þTEXT\0006\ST22926.txtþ
þST22928þ þST22928þ þST22928þ þST22928þ þST22928þ þST22928þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/.svn/prop-base/talerts.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;

ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;

ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;

ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtalerts.jar.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22928.txtþ þTEXT\0006\ST22928.txtþ
þST22929þ þST22929þ þST22929þ þST22929þ þST22929þ þST22929þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23072þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3804þ þd0b72
da6548a2d1eaf916ab26e6be82dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST22929.xmlþ þþ
þST22930þ þST22930þ þST22930þ þST22930þ þST22930þ þST22930þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/.svn/text-base/talerts.jar.svn-baseþ þþ þþ þ0þ þ1þ þST23687þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þtalerts.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ
 þ289533þ þ97d8e0e185d11f412149e6a08a9ea6d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22930.jarþ þþ
þST22931þ þST22931þ þST22931þ þST22931þ þST22931þ þST22931þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ71þ þ9075c
4ed5c9ea39d968588cdc2a2966aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST22931.propertiesþ þþ
þST22932þ þST22932þ þST22932þ þST22932þ þST22932þ þST22932þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtMng.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertMng.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ1994þ þ6faed1dd704cd18881c7710f217f7f1bþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22932.classþ þþ
þST22933þ þST22933þ þST22933þ þST22933þ þST22933þ þST22933þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlert
sController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9234þ þ6bec6548984e62a30eed9c09
6017a563þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST22933.classþ þþ
þST22934þ þST22934þ þST22934þ þST22934þ þST22934þ þST22934þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAle
rtsController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1085þ þca7bca8065721805dde4
8bc7be46e0beþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST22934.classþ þþ
þST22935þ þST22935þ þST22935þ þST22935þ þST22935þ þST22935þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlert
sDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ424þ þcae0b8286dc24e3e05b748f7b
f64964fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0010\ST22935.classþ þþ
þST22936þ þST22936þ þST22936þ þST22936þ þST22936þ þST22936þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlert
sParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2263þ þe7b2a6267fc5e2c30bd095f1
efb6b2d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST22936.classþ þþ
þST22937þ þST22937þ þST22937þ þST22937þ þST22937þ þST22937þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsR
ejector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ962þ þ2bcb23335b1f48b26a6814cf6e8bb
ef8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0010\ST22937.classþ þþ
þST22938þ þST22938þ þST22938þ þST22938þ þST22938þ þST22938þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsR
owModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ851þ þd00d9650298016744d60781820c64
70fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0010\ST22938.classþ þþ
þST22939þ þST22939þ þST22939þ þST22939þ þST22939þ þST22939þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/ticker/alerts/TickerAle
rtsUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsUp
dater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1700þ þe6af9df2d5dd418515ba160a30887c
c4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
010\ST22939.classþ þþ
þST22940þ þST22940þ þST22940þ þST22940þ þST22940þ þST22940þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl
ertsController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAle
rtsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8790þ þ2747572a14066c03ccb652
81924edcf2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22940.classþ þþ
þST22941þ þST22941þ þST22941þ þST22941þ þST22941þ þST22941þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl
ertsController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingA
lertsController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1415þ þ878cab7a77c03f1142
af3e10580c07b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0010\ST22941.classþ þþ
þST22942þ þST22942þ þST22942þ þST22942þ þST22942þ þST22942þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl
ertsDescriptor.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAle
rtsDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2733þ þ36ade19bb267599be1e65a
9b579553a3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22942.classþ þþ
þST22943þ þST22943þ þST22943þ þST22943þ þST22943þ þST22943þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl

ertsParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAle
rtsParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2266þ þe5216379a1c04326522065
2f46fb87dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST22943.classþ þþ

þST22944þ þST22944þ þST22944þ þST22944þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl
ertsRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlert
sRejector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3309þ þfd89a91e7f7d335063e38f4e3
f91fdeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0010\ST22944.classþ þþ

þST22945þ þST22945þ þST22945þ þST22945þ þST22945þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl
ertsRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlert
sRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ855þ þ29e5fdc6cc2d04c5c079e852644
cdbf7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0010\ST22945.classþ þþ

þST22946þ þST22946þ þST22946þ þST22946þ þST22946þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/com/equityfeed/core/multiviewer/tradingalerts/TradingAl
ertsUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlerts
Updater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1703þ þ9979a5b660228daeec735cfd605e
ccadþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22946.classþ þþ

þST22947þ þST22947þ þST22947þ þST22947þ þST22947þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/DataCenterTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þDataCenterTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6330þ
þea4aef42114e8bb2f6f42c15c440f948þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22947.classþ þþ

þST22948þ þST22948þ þST22948þ þST22948þ þST22948þ þST22948þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/DataLoaderTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þDataLoaderTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1156þ
þ5bb8b1a1c30793c469bfc4774a88e38aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22948.classþ þþ

þST22949þ þST22949þ þST22949þ þST22949þ þST22949þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/DataLoaderTA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þDataLoaderTA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7
93þ þa5cf49e94379427d2b3dc5860f60ba86þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22949.classþ þþ

þST22950þ þST22950þ þST22950þ þST22950þ þST22950þ þST22950þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/DataLoaderTA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderTA$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7
27þ þ3692bd4ffe90fff8ddc45cb495198434þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22950.classþ þþ

þST22951þ þST22951þ þST22951þ þST22951þ þST22951þ þST22951þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/DataWrapperTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataWrapperTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ185
2þ þ6a85c8a033ebe23c9f9c2f3b51c52f0fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22951.classþ þþ

þST22952þ þST22952þ þST22952þ þST22952þ þST22952þ þST22952þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/gui/CustomBlocksFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ15208þ þ7ad9dfb58db9b1edce46979ef6e8aea3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22952.classþ þþ

þST22953þ þST22953þ þST22953þ þST22953þ þST22953þ þST22953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/gui/CustomBlocksFrame$1.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$1.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ855þ þa96ef09b1cb93bc260fde81cb4f4cd8bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22953.classþ þþ
þST22954þ þST22954þ þST22954þ þST22954þ þST22954þ þST22954þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/gui/CustomBlocksFrame$2.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$2.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ819þ þ3e0acca59c31466e2147a41b259f157dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22954.classþ þþ

þST22955þ þST22955þ þST22955þ þST22955þ þST22955þ þST22955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/gui/CustomBlocksFrame$3.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$3.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ819þ þbba57f7c5d5628ba9600ef1202e4a8797þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22955.classþ þþ

þST22956þ þST22956þ þST22956þ þST22956þ þST22956þ þST22956þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/build/classes/talers/gui/CustomBlocksFrame$4.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$4.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ819þ þ29d0d07f1eac0f70a6ca537af5e8c50eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22956.classþ þþ

þST22957þ þST22957þ þST22957þ þST22957þ þST22957þ þST22957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/CustomBlocksFrame$5.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$5.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ819þ þ4da2e8affe0ed0274263084458303b6cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22957.classþ þþ
þST22958þ þST22958þ þST22958þ þST22958þ þST22958þ þST22958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/CustomBlocksFrame$6.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$6.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ819þ þ83c402193b2d85f1d48651c0ce46653fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22958.classþ þþ
þST22959þ þST22959þ þST22959þ þST22959þ þST22959þ þST22959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/CustomBlocksFrame$7.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$7.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ813þ þ581c3bcac44404c3b052edd69d224992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22959.classþ þþ
þST22960þ þST22960þ þST22960þ þST22960þ þST22960þ þST22960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/CustomBlocksFrame$Block.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame$Block.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ647þ þ3acba7591214f998ead309302e2e67e8þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22960.classþ þþ
þST22961þ þST22961þ þST22961þ þST22961þ þST22961þ þST22961þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/ITradingAlertsPanelListener.classþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITradingAlertsPanelListener.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ405þ þfb8f195d7c33127613e04004439c3d6dþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22961.classþ
þþ
þST22962þ þST22962þ þST22962þ þST22962þ þST22962þ þST22962þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTAPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ22801þ þ3b46
93ef8ad0d8c6b244de2bf862f747þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0010\ST22962.classþ þþ
þST22963þ þST22963þ þST22963þ þST22963þ þST22963þ þST22963þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTAPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ812þ þ9f
29eff0de0a88409c5aeb54fc3ac0e0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22963.classþ þþ
þST22964þ þST22964þ þST22964þ þST22964þ þST22964þ þST22964þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ751þ þ
00b54ec4d3cff4060fbee66c1da895dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22964.classþ þþ
þST22965þ þST22965þ þST22965þ þST22965þ þST22965þ þST22965þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ752þ þ
2377ebad4e0797824fee1d5015adc555þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22965.classþ þþ
þST22966þ þST22966þ þST22966þ þST22966þ þST22966þ þST22966þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$12.classþ þ.CLASSþ þapplication/java-vmþ þþ þ938þ þ
0ff5c471e4039bd826e4916045f97c55þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22966.classþ þþ
þST22967þ þST22967þ þST22967þ þST22967þ þST22967þ þST22967þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$13.classþ þ.CLASSþ þapplication/java-vmþ þþ þ671þ þ
54abb06d721e384f01531f51cfeaaf6cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22967.classþ þþ
þST22968þ þST22968þ þST22968þ þST22968þ þST22968þ þST22968þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ855þ þd6
df30bda2b6da768ab7d9d2bc3aec1cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22968.classþ þþ
þST22969þ þST22969þ þST22969þ þST22969þ þST22969þ þST22969þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ749þ þ1d
888a23977351707bd78329e105c5b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22969.classþ þþ
þST22970þ þST22970þ þST22970þ þST22970þ þST22970þ þST22970þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ749þ þ27
0183ad03344e52380835c571634f2fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22970.classþ þþ
þST22971þ þST22971þ þST22971þ þST22971þ þST22971þ þST22971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/talerts/build/classes/talerts/gui/TAPanel$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ749þ þ5d
de6ce6d91856418bb0f8a32edd1d0fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22971.classþ þþ
þST22972þ þST22972þ þST22972þ þST22972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ749þ þ1b
1f4dbbde135101b9f01db93b0d2879þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22972.classþ þþ
þST22973þ þST22973þ þST22973þ þST22973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ718þ þ0c
020255ec4fb95248ef2b5323c93a08þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22973.classþ þþ
þST22974þ þST22974þ þST22974þ þST22974þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ749þ þd3
286ff5c7d773bc9e51d862c8849dafþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22974.classþ þþ
þST22975þ þST22975þ þST22975þ þST22975þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TAPanel$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ749þ þ31
8a1d89082d88da9289d6d5b54bd5b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22975.classþ þþ
þST22976þ þST22976þ þST22976þ þST22976þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/ticker/TickerAlertsPanel.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ6251þ þ9241bb500c3c64779b4eb752dab15aa6þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22976.classþ þþ
þST22977þ þST22977þ þST22977þ þST22977þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/ticker/TickerAlertsPanel$1.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel$1.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ967þ þc0fd655eb7e1d6c7fdff71c11b89dc68þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22977.classþ þþ
þST22978þ þST22978þ þST22978þ þST22978þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/ticker/TickerAlertsPanel$2.classþ þþ þþ þ0þ

þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel$2.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ861þ þ6a821fc54ac3d92a499c24184c4fdb44þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22978.classþ þþ
þST22979þ þST22979þ þST22979þ þST22979þ þST22979þ þST22979þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/ticker/TickerAlertsPanel$3.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel$3.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ861þ þ04949eb85a0ece6fe1b272d051da045fþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22979.classþ þþ
þST22980þ þST22980þ þST22980þ þST22980þ þST22980þ þST22980þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/ticker/TickerAlertsPanel$4.classþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel$4.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ798þ þ1e241dccdac0a93e13a35a2afb9c16ddþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22980.classþ þþ
þST22981þ þST22981þ þST22981þ þST22981þ þST22981þ þST22981þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingAlertsTypesPanel.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsTypesPanel.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ3027þ þ10a7c4613fa1282fd20acb8eaac55a37þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22981.classþ þþ
þST22982þ þST22982þ þST22982þ þST22982þ þST22982þ þST22982þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingAlertsTypesPanel$1.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsTypesPanel$1.classþ þ.CLASSþ
þapplication/java-vmþ þþ þ1062þ þ23bfda9f45c6c72be56b1f092288e79dþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22982.classþ þþ
þST22983þ þST22983þ þST22983þ þST22983þ þST22983þ þST22983þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingAlertsValidator.classþ þþ þþ þ0þ þ1þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsValidator.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ5746þ þ7bf89cbfbf8620a1fb5256f204d5b1d2þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22983.classþ þþ
þST22984þ þST22984þ þST22984þ þST22984þ þST22984þ þST22984þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ22703þ þd4e968fc48cee75705d1ca2dfc7b5b23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22984.classþ þþ
þST22985þ þST22985þ þST22985þ þST22985þ þST22985þ þST22985þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$1.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$1.classþ þ.CLASSþ þapplicati

on/java-vmþ þþ þ79b520983538bf184b76a3e370c3a8dcþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22985.classþ þþ
þST22986þ þST22986þ þST22986þ þST22986þ þST22986þ þST22986þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$10.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame
$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ828þ þ21c4a7927ff1d73f4a42dae27a7c112fþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22986.classþ þþ
þST22987þ þST22987þ þST22987þ þST22987þ þST22987þ þST22987þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$11.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame
$11.classþ þ.CLASSþ þapplication/java-vmþ þþ þ583þ þ97905bd8b69597318be0a6ebe8a4f84eþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST22987.classþ þþ
þST22988þ þST22988þ þST22988þ þST22988þ þST22988þ þST22988þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$2.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$2.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ826þ þ18e964b6d70942dcb02f97fe5b1bea67þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22988.classþ þþ
þST22989þ þST22989þ þST22989þ þST22989þ þST22989þ þST22989þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$3.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$3.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ826þ þf22eaa560bfc19a0452cf25d06861dccþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22989.classþ þþ
þST22990þ þST22990þ þST22990þ þST22990þ þST22990þ þST22990þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$4.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$4.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ826þ þe56dd14c713e0321fcb2541522464e1aþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22990.classþ þþ
þST22991þ þST22991þ þST22991þ þST22991þ þST22991þ þST22991þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$5.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$5.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ826þ þ46663be322ec7bb499d4d9197f858ad6þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22991.classþ þþ
þST22992þ þST22992þ þST22992þ þST22992þ þST22992þ þST22992þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$6.classþ þþ þþ þ0þ þ1þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$6.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ826þ þa084afd9d5aa506307d05b4ffcf12035þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22992.classþ þþ þST22993þ þST22993þ þST22993þ þST22993þ þST22993þ þST22993þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$7.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ826þ þdb3ddbf660ec0484b34880c5c1c6ac3aþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22993.classþ þþ þST22994þ þST22994þ þST22994þ þST22994þ þST22994þ þST22994þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$8.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ826þ þ2eaa21709dc4a542c9b22a6c99c7767dþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22994.classþ þþ þST22995þ þST22995þ þST22995þ þST22995þ þST22995þ þST22995þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/gui/TradingTypeChFrame$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame$9.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ826þ þ208d22267b7673465a06a7be9160407dþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22995.classþ þþ þST22996þ þST22996þ þST22996þ þST22996þ þST22996þ þST22996þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/instrument/InstrumentTAlert.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentTAlert.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ964þ þbe164e08436a5960010711a810732d2cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22996.classþ þþ þST22997þ þST22997þ þST22997þ þST22997þ þST22997þ þST22997þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/instrument/TAlert.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAlert.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4772þ þ e844a870216eef89f08e91b961409f0eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22997.classþ þþ þST22998þ þST22998þ þST22998þ þST22998þ þST22998þ þST22998þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/instrument/TAParser.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þTAParser.classþ þ.CLASSþ þapplication/java-vmþ þþ þ23 47þ þ014a55ceea8483341473dd461bcb30a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22998.classþ þþ þST22999þ þST22999þ þST22999þ þST22999þ þST22999þ þST22999þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/instrument/TAWrapper.classþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAWrapper.classþ þ.CLASSþ þapplication/java-vmþ þþ þ

399þ þe24f86e7ccd0238272d48a7eb9e5672fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST22999.classþ þþ

þST23000þ þST23000þ þST23000þ þST23000þ þST23000þ þST23000þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/instrument/UpdaterTAlert.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterTAlert.classþ þ.CLASSþ þapplication/java-vmþ þ587þ þ0f0a71cd879f26c8cc3c19a85629c087þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23000.classþ þþ

þST23001þ þST23001þ þST23001þ þST23001þ þST23001þ þST23001þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/Loader_History_TA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_History_TA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3427þ þa490742098c0507747a1766967a899bdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23001.classþ þþ

þST23002þ þST23002þ þST23002þ þST23002þ þST23002þ þST23002þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/Loader_History_TA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_History_TA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2090þ þ31505b866e65abb99c96910aad61cd0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23002.classþ þþ

þST23003þ þST23003þ þST23003þ þST23003þ þST23003þ þST23003þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/Loader_History_TA$LoadMarketCounter.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_History_TA$LoadMarketCounter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ643þ þ47e2ef59f73ce413daee63a8128e0b14þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23003.classþ þþ

þST23004þ þST23004þ þST23004þ þST23004þ þST23004þ þST23004þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/Loader_History_TA$LoadStatus.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_History_TA$LoadStatus.classþ þ.CLASSþ þapplication/java-vmþ þþ þ655þ þ3d1103d6bb33148688aad97765d8f201þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23004.classþ þþ

þST23005þ þST23005þ þST23005þ þST23005þ þST23005þ þST23005þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/rejector/RejectorB.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorB.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1535þ þfa7a1a7e8b1365d777d383356944dc48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23005.classþ þþ

þST23006þ þST23006þ þST23006þ þST23006þ þST23006þ þST23006þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/rejector/RejectorCustomTradeBlocks.classþ þþ þþ

þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorCustomTradeBlocks.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ2658þ þ7f6b9784bd01ee542d7102a6c7d90273þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23006.clas
sþ þþ

þST23007þ þST23007þ þST23007þ þST23007þ þST23007þ þST23007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorH.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorH.classþ þ.CLASSþ þapplication/java-vmþ þþ þ18
32þ þcfebe26d4cc0eab752b7faa330ae91d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23007.classþ þþ

þST23008þ þST23008þ þST23008þ þST23008þ þST23008þ þST23008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorL.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorL.classþ þ.CLASSþ þapplication/java-vmþ þþ þ18
29þ þf8278e32a6535333040b4bf309658a81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23008.classþ þþ

þST23009þ þST23009þ þST23009þ þST23009þ þST23009þ þST23009þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ17
95þ þ72eda593ae4a5e96c8f6111f5caf9ec8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23009.classþ þþ

þST23010þ þST23010þ þST23010þ þST23010þ þST23010þ þST23010þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorPriceVolumeTAlert.classþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorPriceVolumeTAlert.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ2998þ þe73aa13bc34decb6646b30163dc434d7þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23010.clas
sþ þþ

þST23011þ þST23011þ þST23011þ þST23011þ þST23011þ þST23011þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorRecurrentH.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorRecurrentH.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1434þ þbea4e3d7a13a12f3f98969e74fca6b1bþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23011.classþ þþ
þST23012þ þST23012þ þST23012þ þST23012þ þST23012þ þST23012þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorRecurrentL.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorRecurrentL.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1431þ þaee8a5ebada5f360cfcc85584db7ba25þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23012.classþ þþ
þST23013þ þST23013þ þST23013þ þST23013þ þST23013þ þST23013þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/talerts/build/classes/talerts/rejector/RejectorTicker.classþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorTicker.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ1594þ þdf6f38c73b79b80bfe3acf6602910f68þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23013.classþ þþ
þST23014þ þST23014þ þST23014þ þST23014þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorV.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorV.classþ þ.CLASSþ þapplication/java-vmþ þþ þ17
95þ þ2cc39228484d3853c3f60b5b7c8d399fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23014.classþ þþ
þST23015þ þST23015þ þST23015þ þST23015þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/rejector/RejectorWeeks.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWeeks.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ1641þ þ630eb4739a10558f24b2509fd9ee138aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23015.classþ þþ
þST23016þ þST23016þ þST23016þ þST23016þ þST23016þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/RTSubscribersTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þRTSubscribersTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
1417þ þ15c53856c9d09e1941d6df93358fe8d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23016.classþ þþ
þST23017þ þST23017þ þST23017þ þST23017þ þST23017þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/StateHandlerTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1
186þ þ9ca24340916f56e86bd8b42b8096a418þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23017.classþ þþ
þST23018þ þST23018þ þST23018þ þST23018þ þST23018þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/StreamHandlerTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
804þ þdd05f61a792d66a13264919744ff082dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23018.classþ þþ
þST23019þ þST23019þ þST23019þ þST23019þ þST23019þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/StreamHandlerTA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTA$1.classþ þ.CLASSþ þapplication/java-vmþ
 þþ þ733þ þ42fcd003db27c863635f4496ff917e87þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23019.classþ þþ
þST23020þ þST23020þ þST23020þ þST23020þ þST23020þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/StreamHandlerTA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTA$2.classþ þ.CLASSþ þapplication/java-vmþ
þþ þ881þ þ506ea6d2bb6128e281fb7eb68c71b327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23020.classþ þþ

þST23021þ þST23021þ þST23021þ þST23021þ þST23021þ þST23021þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/StreamTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þStreamTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3100þ þ9f3f844
e3a300e565aadd964c14c90b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST23021.classþ þþ

þST23022þ þST23022þ þST23022þ þST23022þ þST23022þ þST23022þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þ788þ þ77e289796d702a0f01cd46e6394ad023þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23022.classþ þþ

þST23023þ þST23023þ þST23023þ þST23023þ þST23023þ þST23023þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ98
7þ þc5128b3c6f66a926907b1529b8ee3070þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23023.classþ þþ

þST23024þ þST23024þ þST23024þ þST23024þ þST23024þ þST23024þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þColumnsTA$10.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ862þ þ00788a99f6d8658ed12a1a2922e38532þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23024.classþ þþ

þST23025þ þST23025þ þST23025þ þST23025þ þST23025þ þST23025þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þColumnsTA$11.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1002þ þ220c7e02149e46ffd397c2e72f1bb2f9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23025.classþ þþ

þST23026þ þST23026þ þST23026þ þST23026þ þST23026þ þST23026þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þColumnsTA$12.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ866þ þ330fd58153e55c87c2be4ca199c568bdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23026.classþ þþ

þST23027þ þST23027þ þST23027þ þST23027þ þST23027þ þST23027þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$13.classþ þ.CLASSþ þapplication/java-

vmþ þþ þ1000þ þ2fcd4d18e2812014a992fc1baf099804þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23027.classþ þþ
þST23028þ þST23028þ þST23028þ þST23028þ þST23028þ þST23028þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$14.classþ þ.CLASSþ þapplication/java-vmþ þþ þ836þ þ0570d74d182b0dff2824bc4235eb5279þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23028.classþ þþ
þST23029þ þST23029þ þST23029þ þST23029þ þST23029þ þST23029þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$15.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1002þ þ1f2414d62ade535851b0560efcaa1589þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23029.classþ þþ
þST23030þ þST23030þ þST23030þ þST23030þ þST23030þ þST23030þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$16.classþ þ.CLASSþ þapplication/java-vmþ þþ þ875þ þa2b4f65ccfcea2ae0f066ddba510d3dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23030.classþ þþ
þST23031þ þST23031þ þST23031þ þST23031þ þST23031þ þST23031þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$17.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1007þ þb63af8526e7a44c0cc530ea0ceb9f933þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23031.classþ þþ
þST23032þ þST23032þ þST23032þ þST23032þ þST23032þ þST23032þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$18.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$18.classþ þ.CLASSþ þapplication/java-vmþ þþ þ882þ þb24cdf4074ff7443219fdb4bb137a988þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23032.classþ þþ
þST23033þ þST23033þ þST23033þ þST23033þ þST23033þ þST23033þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$19.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$19.classþ þ.CLASSþ þapplication/java-vmþ þþ þ875þ þ14a1a8ecdd81c52d4bee8f47e4d6eceeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23033.classþ þþ
þST23034þ þST23034þ þST23034þ þST23034þ þST23034þ þST23034þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/ColumnsTA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ95 7þ þaa0048311317e3f3326161c8669bf5a6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23034.classþ þþ
þST23035þ þST23035þ þST23035þ þST23035þ þST23035þ þST23035þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$3.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ98
7þ þacdb45198a86450d6a908332f211f30cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23035.classþ þþ
þST23036þ þST23036þ þST23036þ þST23036þ þST23036þ þST23036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$4.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ87
1þ þ3e1b9a9e28b82f9a6c14102aeaff2cbdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23036.classþ þþ
þST23037þ þST23037þ þST23037þ þST23037þ þST23037þ þST23037þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$5.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ98
8þ þafe6dc2de5cb9c586032f5eb2d12d216þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23037.classþ þþ
þST23038þ þST23038þ þST23038þ þST23038þ þST23038þ þST23038þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$6.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ87
2þ þd7111d7461dfd7025eaa5f237961ab00þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23038.classþ þþ
þST23039þ þST23039þ þST23039þ þST23039þ þST23039þ þST23039þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$7.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ10
48þ þ4ec2ad8d5bf9f6f32d1aed2143d26a6aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23039.classþ þþ
þST23040þ þST23040þ þST23040þ þST23040þ þST23040þ þST23040þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$8.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ95
2þ þd181b0f9250a7bfda30ef95d2dec461bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23040.classþ þþ
þST23041þ þST23041þ þST23041þ þST23041þ þST23041þ þST23041þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/ColumnsTA$9.classþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þColumnsTA$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ99
1þ þdb29835bf5e6960eee76a61b63ebb1bdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23041.classþ þþ

þST23042þ þST23042þ þST23042þ þST23042þ þST23042þ þST23042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5227þ þ44f8b52b0456e6fd9719a565f46344d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23042.classþ þþ

þST23043þ þST23043þ þST23043þ þST23043þ þST23043þ þST23043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1412þ þ55277f4950ddd240432521c803e47b22þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23043.classþ þþ

þST23044þ þST23044þ þST23044þ þST23044þ þST23044þ þST23044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ1546þ þ76e5e426fe24f45596bf06dbc53e3822þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23044.classþ þþ

þST23045þ þST23045þ þST23045þ þST23045þ þST23045þ þST23045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA$11.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ1153þ þb8f6f690686e129c7e993c4bc187efafþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23045.classþ þþ

þST23046þ þST23046þ þST23046þ þST23046þ þST23046þ þST23046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA$12.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ1153þ þe2097b392b451fba2770e9ad6981a5f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23046.classþ þþ

þST23047þ þST23047þ þST23047þ þST23047þ þST23047þ þST23047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA$13.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ1153þ þed66a25c0f2f318d11eae251edb83454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23047.classþ þþ

þST23048þ þST23048þ þST23048þ þST23048þ þST23048þ þST23048þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/build/classes/talerts/table/RendererTA$14.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ1153þ þe5ce39a85575411d66ca54a87b6a9d5bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23048.classþ þþ

þST23049þ þST23049þ þST23049þ þST23049þ þST23049þ þST23049þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$15.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$15.classþ þ.CLASSþ þapplication/java-vmþ þ þ1154þ þ4c5cb0bca5ce411416c8f85e08e6dce5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23049.classþ þþ
þST23050þ þST23050þ þST23050þ þST23050þ þST23050þ þST23050þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$16.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$16.classþ þ.CLASSþ þapplication/java-vmþ þ þ1155þ þ24f46cccee250cb908f30d10501133a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23050.classþ þþ
þST23051þ þST23051þ þST23051þ þST23051þ þST23051þ þST23051þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$17.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$17.classþ þ.CLASSþ þapplication/java-vmþ þ þ1154þ þ9050f14f307c1ccbaf02dd221f74ad84þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23051.classþ þþ
þST23052þ þST23052þ þST23052þ þST23052þ þST23052þ þST23052þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$18.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$18.classþ þ.CLASSþ þapplication/java-vmþ þ þ1154þ þ0a69a36c95e94bf2dd052e6419068d0dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23052.classþ þþ
þST23053þ þST23053þ þST23053þ þST23053þ þST23053þ þST23053þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$19.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$19.classþ þ.CLASSþ þapplication/java-vmþ þ þ1154þ þ1448f775395ea7391588b485f0e9c38bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23053.classþ þþ
þST23054þ þST23054þ þST23054þ þST23054þ þST23054þ þST23054þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1424þ þ5a7b25292351da12b2fafdabd5afb72bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23054.classþ þþ
þST23055þ þST23055þ þST23055þ þST23055þ þST23055þ þST23055þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talers/build/classes/talers/table/RendererTA$20.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$20.classþ þ.CLASSþ þapplication/java-vmþ þ þ1154þ þdc0f225587047ce2410dfb8710e09336þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23055.classþ þþ
þST23056þ þST23056þ þST23056þ þST23056þ þST23056þ þST23056þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$21.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$21.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1155þ þffdef16f0603bb008931dd0996949119þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23056.classþ þþ
þST23057þ þST23057þ þST23057þ þST23057þ þST23057þ þST23057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$22.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$22.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1156þ þ5ed57ff2b3e17e1aab77fad4bc1b93f5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23057.classþ þþ
þST23058þ þST23058þ þST23058þ þST23058þ þST23058þ þST23058þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$23.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$23.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1154þ þ7a84c71086a7c1fe7c07c6654aa73a3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23058.classþ þþ
þST23059þ þST23059þ þST23059þ þST23059þ þST23059þ þST23059þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$24.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$24.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1154þ þ8ca24930759c6437503951425d84d4dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23059.classþ þþ
þST23060þ þST23060þ þST23060þ þST23060þ þST23060þ þST23060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$25.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$25.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1154þ þ6e390d4260bcd89e3430e287d37a27dcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23060.classþ þþ
þST23061þ þST23061þ þST23061þ þST23061þ þST23061þ þST23061þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$26.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$26.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1154þ þaec9de7932a26c95a2f1e712541015e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23061.classþ þþ
þST23062þ þST23062þ þST23062þ þST23062þ þST23062þ þST23062þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$27.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$27.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1155þ þ81ac45d162319e24de1405b82cc87f0cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23062.classþ þþ
þST23063þ þST23063þ þST23063þ þST23063þ þST23063þ þST23063þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/talerts/build/classes/talerts/table/RendererTA$28.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$28.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ1156þ þ983aeb8345157c18fd3a1c25f7a2192aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23063.classþ þþ
þST23064þ þST23064þ þST23064þ þST23064þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$3.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$3.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1458þ þ83e20154630cc24fbfba3f44c7c5c411þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23064.classþ þþ
þST23065þ þST23065þ þST23065þ þST23065þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$4.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$4.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1806þ þ6c33aec5d361ac06f195e3318c0521feþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23065.classþ þþ
þST23066þ þST23066þ þST23066þ þST23066þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$5.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$5.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1801þ þ792c4289b1dd5df113644452db061e2eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23066.classþ þþ
þST23067þ þST23067þ þST23067þ þST23067þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$6.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$6.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1506þ þfb63e4fa701d1c14591b6875aa71ae76þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23067.classþ þþ
þST23068þ þST23068þ þST23068þ þST23068þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$7.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$7.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1471þ þ80f6d2c2033ac09cf2f6573b3804ff8eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23068.classþ þþ
þST23069þ þST23069þ þST23069þ þST23069þ þST23069þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$8.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$8.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1580þ þ33b4c75bd327bf0d7daa5747fcb3d7d7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23069.classþ þþ
þST23070þ þST23070þ þST23070þ þST23070þ þST23070þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/table/RendererTA$9.classþ þþ þþ þ0þ þ1þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA$9.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ1535þ þ6a3bcf95af0263c0e6c9ef81eaa5a87eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23070.classþ þþ
þST23071þ þST23071þ þST23071þ þST23071þ þST23071þ þST23071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build/classes/talerts/WrapperUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þWrapperUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1123þ þ0
1dbfbae1b188d274881263ff321db1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23071.classþ þþ
þST23072þ þST23072þ þST23072þ þST23072þ þST23072þ þST23072þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/build.xmlþ þþ þþ þ0þ þ1þ þST22929þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
build.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3804þ þd0b72da6548a2d1eaf916ab26e6be82dþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23
072.xmlþ þþ
þST23073þ þST23073þ þST23073þ þST23073þ þST23073þ þST23073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1389511þ þ223e3a1f63311cdefac51c2
52da960a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0010\ST23073.jarþ þþ
þST23074þ þST23074þ þST23074þ þST23074þ þST23074þ þST23074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þclib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ81394þ þd01462a6732367d7c5fa2c6ecd92
362dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23074.jarþ þþ
þST23075þ þST23075þ þST23075þ þST23075þ þST23075þ þST23075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST15015;
ST22352þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ812419þ þ8b9bbd2c2adb1a7169b507265131d38cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23075.jarþ þþ
þST23076þ þST23076þ þST23076þ þST23076þ þST23076þ þST23076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST14255; ST17194; ST17196; ST20752;
ST23680;
ST24303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23076.jarþ þþ
þST23077þ þST23077þ þST23077þ þST23077þ þST23077þ þST23077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST14258; ST19764; ST19827; ST20134;

ST23402; ST23681;
ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23077.jarþ þþ
þST23078þ þST23078þ þST23078þ þST23078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/msg.jarþ þþ þþ þ0þ þ1þ þST12548; ST20754;
ST24438þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmsg.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ25753þ þf5e0cad954bff191fbe6328a44cf9bc1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23078.jarþ þþ
þST23079þ þST23079þ þST23079þ þST23079þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/news.jarþ þþ þþ þ0þ þ1þ þST24439þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ413232þ þ00449b1b47430c5001b
70237097b3691þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
 þNATIVES\0010\ST23079.jarþ þþ
þST23080þ þST23080þ þST23080þ þST23080þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST15017; ST21450;
ST24441þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ229018þ þ5104cae30b24dd47da65ee652a58700bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23080.jarþ þþ
þST23081þ þST23081þ þST23081þ þST23081þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135; ST21451;
ST22142; ST22659; ST23686; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23081.jarþ þþ
þST23082þ þST23082þ þST23082þ þST23082þ þST23082þ þST23082þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer
Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þST15019; ST20756; ST22143;
ST24442þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvsclib.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ193434þ þ5e3a47b13f9368cad558e7ede25864dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23082.jarþ þþ
þST23083þ þST23083þ þST23083þ þST23083þ þST23083þ þST23083þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer
Code; Highly Confidential Attorneys Eyes
Only]/talerts/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þR
EADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1323þ þ0213a71c67fd162b0c16c72a78496599þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23083
.TXTþ þTEXT\0006\ST23083.txtþ
þST23084þ þST23084þ þST23084þ þST23084þ þST23084þ þST23084þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer
Code; Highly Confidential Attorneys Eyes

Only]/talerts/dist/talerts.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
talerts.jarþ þ.JARþ þapplication/java-archiveþ þþ þ287557þ þd9ade6164a6ee89b24471cfe9
1c5f9dbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0010\ST23084.jarþ þþ

þST23085þ þST23085þ þST23085þ þST23085þ þST23085þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ596þ þ7e57a212c2a970e638527122cc9f16dc
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
010\ST23085.txtþ þTEXT\0006\ST23085.txtþ

þST23086þ þST23086þ þST23086þ þST23086þ þST23086þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760;
ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23408; ST23695;
ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23086.txtþ þTEXT\0006\ST23086.txtþ
þST23087þ þST23087þ þST23089þ þST23087þ þST23089þ þST23087þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/0
4/2011þ þ00:00:00þ þ2011-03-04T00:00:00-05:00þ þ1299214800þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ835þ þ227bd59dd5f8916acf54af990f7f0e99þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23087.txtþ þTEXT\0006\ST23087.t
xtþ

þST23090þ þST23090þ þST23090þ þST23090þ þST23090þ þST23090þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST2310
3þ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication
/xmlþ þþ þ56336þ þ33209c566a47f047bfe6e937815dc323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23090.xmlþ þþ

þST23091þ þST23091þ þST23091þ þST23091þ þST23091þ þST23091þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þS
T23104þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ475þ þ3bd4bff2282c8452109b995e915f8b48þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23091.txtþ þTEXT\0006\ST23
091.txtþ

þST23092þ þST23092þ þST23093þ þST23092þ þST23093þ þST23092þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST
23108þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ3695þ þ3e7d6f73b767e5451ee34d2a7b99179fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23092.txtþ þTEXTþ\0006\ST23092.txtþ
þST23094þ þST23094þ þST23094þ þST23094þ þST23094þ þST23094þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23109þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ
þþ þ526þ þ0ee4ad0e502a8d9d150283bf6ea08c18þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23094.xmlþ þþ
þST23095þ þST23095þ þST23096þ þST23095þ þST23096þ þST23095þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/tmp/project.properties.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.tmpþ þ.TXTþ þtext/plainþ þþ þ3745þ þ49dce
8154eef7d094517c993695cee87þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23095.txtþ þTEXTþ\0006\ST23095.txtþ
þST23097þ þST23097þ þST23097þ þST23097þ þST23097þ þST23097þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ615þ þ97e847f776a5b7e40b1641
860486831cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST23097.txtþ þTEXTþ\0006\ST23097.txtþ
þST23098þ þST23098þ þST23098þ þST23098þ þST23098þ þST23098þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þtempfile.3.tmpþ þ.XMLþ þapplication/xmlþ þþ þ44427þ þb9bbe733ba3e668
9c902243441c28da0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0010\ST23098.xmlþ þþ
þST23099þ þST23099þ þST23099þ þST23099þ þST23099þ þST23099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/tmp/tempfile.4.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þtempfile.4.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þa222161dc9bf76873ee637
df6d1f229cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST23099.txtþ þTEXTþ\0006\ST23099.txtþ
þST23100þ þST23100þ þST23100þ þST23100þ þST23100þ þST23100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/tmp/tempfile.5.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þtempfile.5.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48773þ þe00000f161b3aa6
1a91898b1d4fff969þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0010\ST23100.xmlþ þþ
þST23101þ þST23101þ þST23102þ þST23101þ þST23102þ þST23101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ3551þ þ905d8e53fc11d5256775f37b3
d33e015þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA

TIVES\0010\ST23101.txtþ þTEXT\0006\ST23101.txtþ
þST23103þ þST23103þ þST23103þ þST23103þ þST23103þ þST23103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST23090þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56336þ þ33209c566a47f047b
fe6e937815dc323þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0010\ST23103.xmlþ þþ
þST23104þ þST23104þ þST23104þ þST23104þ þST23104þ þST23104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST23091þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ
475þ þ3bd4bff2282c8452109b995e915f8b48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23104.propertiesþ þþ
þST23105þ þST23105þ þST23105þ þST23105þ þST23105þ þST23105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þST23092þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ
 þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23105.propertiesþ þþ
þST23106þ þST23106þ þST23106þ þST23106þ þST23106þ þST23106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST12569; ST15039;
ST21473þ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ254þ þa7e864693d74311f04d128a99ab817dcþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23106.propertiesþ
þþ
þST23107þ þST23107þ þST23107þ þST23107þ þST23107þ þST23107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ694þ þ67047678220a4be5fea6f78c
c594c13fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST23107.xmlþ þþ
þST23108þ þST23108þ þST23108þ þST23108þ þST23108þ þST23108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST23092þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ369
5þ þ3e7d6f73b767e5451ee34d2a7b99179fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23108.propertiesþ þþ
þST23109þ þST23109þ þST23109þ þST23109þ þST23109þ þST23109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talers/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST23094þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ526þ þ0ee4ad0e502a8d9d150283bf6
ea08c18þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI

VES\0010\ST23109.xmlþ þþ
þST23110þ þST23110þ þST23110þ þST23110þ þST23110þ þST23110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þ3bd6f4635e5fad4f35e3faa477c5ee3aþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23110.txtþ þTEXT\0006\ST23110.txtþ
þST23111þ þST23111þ þST23111þ þST23111þ þST23111þ þST23111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/07/2011
þ þ00:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ
 þ230þ þ47e55f09651ce8b124ed36583491f510þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23111.txtþ þTEXT\0006\ST23111.txtþ
þST23112þ þST23112þ þST23112þ þST23112þ þST23112þ þST23112þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ91þ þcde9a20fb83b5ac9a5bab84a6315f923þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23112.txtþ þTEXT\0006\ST23112.txtþ
þST23113þ þST23113þ þST23113þ þST23113þ þST23113þ þST23113þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/07/
2011þ þ00:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plai
nþ þþ þ227þ þ9373eb3f856823c7b7cdaf6c183a4868þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23113.txtþ þTEXT\0006\ST23113.txtþ
þST23114þ þST23114þ þST23114þ þST23114þ þST23114þ þST23114þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ102þ þ3ec4f29d0f0b684b486e0cc
dec35f7b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0010\ST23114.txtþ þTEXT\0006\ST23114.txtþ
þST23115þ þST23115þ þST23115þ þST23115þ þST23115þ þST23115þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þ03/07/2011þ þ00:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ
 þtext/plainþ þþ þ232þ þ4ed54b547e657dec7cd1437af0ba93e7þ þ1þ þþ þþ þþ þþ þTEXT þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23115.txtþ þTEXT\0006\ST
23115.txtþ
þST23116þ þST23116þ þST23116þ þST23116þ þST23116þ þST23116þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þ917e40856a21e8ddc2

58df66cfc6080bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23116.txtþ þTEXT\0006\ST23116.txtþ

þST23117þ þST23117þ þST23117þ þST23117þ þST23117þ þST23117þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þ03/07/2011þ þ00:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ244þ þ1c349f24aece9c8f6bc219783a445bbfþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23117.txtþ þTEXT\0006\ST23117.txtþ

þST23118þ þST23118þ þST23118þ þST23118þ þST23118þ þST23118þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ119þ þ2132a39a6f599f4f903c0b260a1e207eþ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23118.txtþ þTEXT\0006\ST23118.txtþ

þST23119þ þST23119þ þST23119þ þST23119þ þST23119þ þST23119þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ03/07/2011þ þ00:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ271þ þ4aaf8e3222fa888666544147b8974045þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23119.txtþ þTEXT\0006\ST23119.txtþ

þST23120þ þST23120þ þST23120þ þST23120þ þST23120þ þST23120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ126þ þ259ade5a3d4216cff6a4d75f453a7b8eþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23120.txtþ þTEXT\0006\ST23120.txtþ

þST23121þ þST23121þ þST23121þ þST23121þ þST23121þ þST23121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ03/07/2011þ þ00:00:00þ þ2011-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ258þ þ4e026fed33523cf9fb500b454aad45daþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23121.txtþ þTEXT\0006\ST23121.txtþ

þST23122þ þST23122þ þST23122þ þST23122þ þST23122þ þST23122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/all-wcpropsþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ1433þ þ8d56d6b554dca4b9de7f3649c2f5ecb0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23122.txtþ þTEXT\0006\ST23122.txtþ

þST23123þ þST23123þ þST23127þ þST23123þ þST23127þ þST23123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/entriesþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/07/2011þ þ00:00:00þ þ2011
-03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1397þ þ59f3f63a9
11c6fb4cef023915dc711a3þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST23123.txtþ þTEXT\0006\ST23123.txtþ
þST23128þ þST23128þ þST23128þ þST23128þ þST23128þ þST23128þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertMng.java.svn-baseþ þþ þþ þ0þ þ1þ þST23141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTickerAlertMng.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1366þ þ05fd3f84f72408d8c75886c
325823978þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0010\ST23128.txtþ þTEXT\0006\ST23128.txtþ
þST23129þ þST23129þ þST23133þ þST23129þ þST23133þ þST23129þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST23142þ þþ þþ þþ þþ þþ þþ þþ þ1
0/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTickerAlertsControll
er.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9015þ þ0e606a1d100de5fc731b53ac1f70a344þ þ5
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23129.txtþ þTEXT\0006\ST23129.txtþ
þST23134þ þST23134þ þST23134þ þST23134þ þST23134þ þST23134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertsDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST23143þ þþ þþ þþ þþ þþ þþ þþ þþ þ1
0/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTickerAlertsDescript
or.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ551þ þ9f7af610cc444e8e04131beb3f1e1fdfþ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\S
T23134.txtþ þTEXT\0006\ST23134.txtþ
þST23135þ þST23135þ þST23136þ þST23135þ þST23136þ þST23135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertsParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST23144þ þþ þþ þþ þþ þþ þþ þþ þ1
0/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTickerAlertsParamete
rs.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2532þ þ8499fab98f8c39d876eca60afeed3ce5þ þ2
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23135.txtþ þTEXT\0006\ST23135.txtþ
þST23137þ þST23137þ þST23137þ þST23137þ þST23137þ þST23137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertsRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST23145þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/
18/2007þ þ00:00:00þ þ2007-10-18T00:00:00-04:00þ þ1192680000þ þTickerAlertsRejector.j
ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ776þ þ3a861d5568e266b76c7ca70bc6e7411aþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST231
37.txtþ þTEXT\0006\ST23137.txtþ

þST23138þ þST23138þ þST23138þ þST23138þ þST23138þ þST23138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertsRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST23146þ þþ þþ þþ þþ þþ þþ þþ þ10/
16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTickerAlertsRowModel.j
ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ775þ þ9999aa48d41243a1d4163d500c57fa35þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST231
38.txtþ þTEXT\0006\ST23138.txtþ

þST23139þ þST23139þ þST23140þ þST23139þ þST23140þ þST23139þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/.svn/text-base/Tick
erAlertsUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST23147þ þþ þþ þþ þþ þþ þþ þþ þ10/1
6/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTickerAlertsUpdater.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2108þ þbb32c5669a1f1d964ed7a13e1c3e6a42þ þ2þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2313
9.txtþ þTEXT\0006\ST23139.txtþ

þST23141þ þST23141þ þST23141þ þST23141þ þST23141þ þST23141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertMng.java
þ þþ þþ þ0þ þ1þ þST23128þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertMng.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ1366þ þ05fd3f84f72408d8c75886c325823978þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23141.java
þ þþ

þST23142þ þST23142þ þST23142þ þST23142þ þST23142þ þST23142þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertsControl
ler.javaþ þþ þþ þ0þ þ1þ þST23129þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsCon
troller.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9015þ þ0e606a1d100de5fc731b53ac1f70a34
4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST23142.javaþ þþ

þST23143þ þST23143þ þST23143þ þST23143þ þST23143þ þST23143þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertsDescrip
tor.javaþ þþ þþ þ0þ þ1þ þST23134þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsDes
criptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ551þ þ9f7af610cc444e8e04131beb3f1e1fdf
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST23143.javaþ þþ

þST23144þ þST23144þ þST23144þ þST23144þ þST23144þ þST23144þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertsParamet
ers.javaþ þþ þþ þ0þ þ1þ þST23135þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPar
ameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2532þ þ8499fab98f8c39d876eca60afeed3ce
5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST23144.javaþ þþ

þST23145þ þST23145þ þST23145þ þST23145þ þST23145þ þST23145þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertsRejecto r.javaþ þþ þþ þ0þ þ1þ þST23137þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsRejec tor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ776þ þ3a861d5568e266b76c7ca70bc6e7411aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST 23145.javaþ þþ

þST23146þ þST23146þ þST23146þ þST23146þ þST23146þ þST23146þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertsRowMode l.javaþ þþ þþ þ0þ þ1þ þST23138þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsRowMo del.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ775þ þ9999aa48d41243a1d4163d500c57fa35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST 23146.javaþ þþ

þST23147þ þST23147þ þST23147þ þST23147þ þST23147þ þST23147þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/ticker/alerts/TickerAlertsUpdater .javaþ þþ þþ þ0þ þ1þ þST23139þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsUpdate r.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2108þ þbb32c5669a1f1d964ed7a13e1c3e6a42þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2 3147.javaþ þþ

þST23148þ þST23148þ þST23148þ þST23148þ þST23148þ þST23148þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/all-wcpropsþ þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ þ þ1271þ þ41f5355fdee7677bfd067ebbf7d0138fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23148.txtþ þTEXT\0006\ST23148.txtþ

þST23149þ þST23149þ þST23152þ þST23149þ þST23152þ þST23149þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ03/07/2011þ þ00:00:00þ þ2011 -03-07T00:00:00-05:00þ þ1299474000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1249þ þae80f98f2 9f352f058fa57e6d3474612þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23149.txtþ þTEXT\0006\ST23149.txtþ

þST23153þ þST23153þ þST23157þ þST23153þ þST23157þ þST23153þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/text-base/Trad ingAlertsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST23167þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ 10/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTradingAlertsContro ller.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ10278þ þ4e4569c452fcc86c99b009829ff80917þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00 10\ST23153.txtþ þTEXT\0006\ST23153.txtþ

þST23158þ þST23158þ þST23159þ þST23158þ þST23159þ þST23158þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talents/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/text-base/Trad
ingAlertsDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST23168þ þþ þþ þþ þþ þþ þþ þþ þþ þ
10/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTradingAlertsDescri
ptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2968þ þ9dd8d47c5a6fe266c81f582fd76b9300þ
þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST23158.txtþ þTEXT\0006\ST23158.txtþ
þST23160þ þST23160þ þST23161þ þST23160þ þST23160þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talents/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/text-base/Trad
ingAlertsParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST23169þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
10/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTradingAlertsParame
ters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2639þ þfdddd62d23619ccfe4995fffd0ba64a2þ
þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST23160.txtþ þTEXT\0006\ST23160.txtþ
þST23162þ þST23162þ þST23163þ þST23162þ þST23163þ þST23162þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talents/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/text-base/Trad
ingAlertsRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST23170þ þþ þþ þþ þþ þþ þþ þþ þþ þ10
/18/2007þ þ00:00:00þ þ2007-10-18T00:00:00-04:00þ þ1192680000þ þTradingAlertsRejector
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3141þ þ37cd30454089f5c9ba6b10c435b0e5ffþ þ2þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST
23162.txtþ þTEXT\0006\ST23162.txtþ
þST23164þ þST23164þ þST23164þ þST23164þ þST23164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talents/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/text-base/Trad
ingAlertsRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST23171þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10
/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTradingAlertsRowModel
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ814þ þ97cef64b2d0cbc384bf89104b31a88e3þ þ1þ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2
3164.txtþ þTEXT\0006\ST23164.txtþ
þST23165þ þST23165þ þST23166þ þST23165þ þST23166þ þST23165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talents/src/com/equityfeed/core/multiviewer/tradingalerts/.svn/text-base/Trad
ingAlertsUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST23172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/
16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þTradingAlertsUpdater.j
ava.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2176þ þ5a3a61ce6b46b41eecbe3175c3de828aþ þ2þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23
165.txtþ þTEXT\0006\ST23165.txtþ
þST23167þ þST23167þ þST23167þ þST23167þ þST23167þ þST23167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talents/src/com/equityfeed/core/multiviewer/tradingalerts/TradingAlertsContro
ller.javaþ þþ þþ þ0þ þ1þ þST23153þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsC
ontroller.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ10278þ þ4e4569c452fcc86c99b009829ff8
0917þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES

\0010\ST23167.javaþ þþ

þST23168þ þST23168þ þST23168þ þST23168þ þST23168þ þST23168þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/TradingAlertsDescriptor.javaþ þþ þþ þ0þ þ1þ þST23158þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2968þ þ9dd8d47c5a6fe266c81f582fd76b9300þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23168.javaþ þþ

þST23169þ þST23169þ þST23169þ þST23169þ þST23169þ þST23169þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/TradingAlertsParameters.javaþ þþ þþ þ0þ þ1þ þST23160þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2639þ þfdddd62d23619ccfe4995fffd0ba64a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23169.javaþ þþ

þST23170þ þST23170þ þST23170þ þST23170þ þST23170þ þST23170þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/TradingAlertsRejector.javaþ þþ þþ þ0þ þ1þ þST23162þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsRejector.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3141þ þ37cd30454089f5c9ba6b10c435b0e5ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23170.javaþ þþ

þST23171þ þST23171þ þST23171þ þST23171þ þST23171þ þST23171þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/TradingAlertsRowModel.javaþ þþ þþ þ0þ þ1þ þST23164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ814þ þ97cef64b2d0cbc384bf89104b31a88e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23171.javaþ þþ

þST23172þ þST23172þ þST23172þ þST23172þ þST23172þ þST23172þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/com/equityfeed/core/multiviewer/tradingalerts/TradingAlertsUpdater.javaþ þþ þþ þ0þ þ1þ þST23165þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2176þ þ5a3a61ce6b46b41eecbe3175c3de828aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23172.javaþ þþ

þST23173þ þST23173þ þST23173þ þST23173þ þST23173þ þST23173þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1285þ þ1749085d10a0b6c5ae853a2911cb873dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23173.txtþ þTEXT\0006\ST23173.txtþ

þST23174þ þST23174þ þST23176þ þST23174þ þST23176þ þST23174þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/04/2011þ þ00:00:00þ þ2011-03-04T00:00:00-05:00þ þ1299214800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1515þ þ9e2463fa6be0342eb73fc3a56049deb4þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23174.txtþ þTEXT\0006\ST23174.txtþ

þST23177þ þST23177þ þST23180þ þST23177þ þST23180þ þST23177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/DataCenterTA.java.svn-baseþ þþ þþ þ0þ þ1þ þST23191þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataCenterTA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6263þ þ5ebae541a6e9acf00ca0a143e6b09b9dþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23177.txtþ þTEXT\0006\ST23177.txtþ

þST23181þ þST23181þ þST23181þ þST23181þ þST23181þ þST23181þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/DataLoaderTA.java.svn-baseþ þþ þþ þ0þ þ1þ þST23192þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataLoaderTA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1033þ þ095897f448d3496e2f70fcf0d260dafbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23181.txtþ þTEXT\0006\ST23181.txtþ

þST23182þ þST23182þ þST23182þ þST23182þ þST23182þ þST23182þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/DataWrapperTA.java.svn-baseþ þþ þþ þ0þ þ1þ þST23193þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataWrapperTA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1518þ þacd825058794d6f223d76ae586290688þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23182.txtþ þTEXT\0006\ST23182.txtþ

þST23183þ þST23183þ þST23184þ þST23183þ þST23184þ þST23183þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/Loader_History_TA.java.svn-baseþ þþ þ0þ þ1þ þST23290þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLoader_History_TA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3908þ þb85b3656dd823d71f8414a370d11b1d1þ þ2þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23183.txtþ þTEXT\0006\ST23183.txtþ

þST23185þ þST23185þ þST23185þ þST23185þ þST23185þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/RTSubscribersTA.java.svn-baseþ þþ þþ þ0þ þ1þ þST23320þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRTSubscribersTA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1024þ þ073093e3535fad45a05a0d2b3ff43eb5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23185.txtþ þTEXT\0006\ST23185.txtþ

þST23186þ þST23186þ þST23186þ þST23186þ þST23186þ þST23186þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/talerts/src/talerts/.svn/text-base/StateHandlerTA.java.svn-baseþ þþ þþ þ0þ þ1þ þST23321þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerTA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ776þ þa99a617a2e94d2050ba822de52717daaþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23186.txtþ þTEXT\0006\ST 23186.txtþ

þST23187þ þST23187þ þST23187þ þST23187þ þST23187þ þST23187þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/StreamHandlerTA.java.svn-baseþ þþ þþ þ0þ þ1 þ þST23322þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTA.java.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ698þ þ6cd0ebc6b461f10018b96d1920c43c20þ þ1þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23187.txtþ þTEXT\0006 \ST23187.txtþ

þST23188þ þST23188þ þST23189þ þST23188þ þST23189þ þST23188þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/StreamTA.java.svn-baseþ þþ þþ þ0þ þ1þ þST233 23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamTA.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2328þ þe5c746afe894d6ea80bd5e5e4cc050a3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23188.txtþ þTEXT\0006\ST23188.txtþ þST23190þ þST23190þ þST23190þ þST23190þ þST23190þ þST23190þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/.svn/text-base/WrapperUtil.java.svn-baseþ þþ þþ þ0þ þ1þ þST 23338þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWrapperUtil.java.svn-baseþ þ.TXTþ þtext/ plainþ þþ þ1599þ þafdea7b20c8ed615c7c4881232c4cefeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23190.txtþ þTEXT\0006\ST23190 .txtþ

þST23191þ þST23191þ þST23191þ þST23191þ þST23191þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/DataCenterTA.javaþ þþ þþ þ0þ þ1þ þST23177þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þDataCenterTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6263þ þ5ebae5 41a6e9acf00ca0a143e6b09b9dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23191.javaþ þþ

þST23192þ þST23192þ þST23192þ þST23192þ þST23192þ þST23192þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/DataLoaderTA.javaþ þþ þþ þ0þ þ1þ þST23181þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þDataLoaderTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1033þ þ095897 f448d3496e2f70fcf0d260dafbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23192.javaþ þþ

þST23193þ þST23193þ þST23193þ þST23193þ þST23193þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/DataWrapperTA.javaþ þþ þþ þ0þ þ1þ þST23182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDataWrapperTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1518þ þacd8 25058794d6f223d76ae586290688þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE þ þFALSEþ þTRUEþ þNATIVES\0010\ST23193.javaþ þþ

þST23194þ þST23194þ þST23194þ þST23194þ þST23194þ þST23194þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1561þ þ0859abf369488102523a8ccc27b4d36fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23194.txtþ þTEXT\0006\ST23194.txtþ

þST23195þ þST23195þ þST23197þ þST23195þ þST23197þ þST23195þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/04/2011þ þ00:00:00þ þ2011-03-04T00:00:00-05:00þ þ1299214800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1583þ þ9e4754baaf69a05bc05ab1a24188abd9þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23195.txtþ þTEXT\0006\ST23195.txtþ

þST23198þ þST23198þ þST23198þ þST23198þ þST23198þ þST23198þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/text-base/CustomBlocksFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST23248þ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ16876þ þa25e302bcde5cfb9e18610bfc07e4ec0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23198.xmlþ þþ

þST23199þ þST23199þ þST23208þ þST23199þ þST23208þ þST23199þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/text-base/CustomBlocksFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST23249þ þþ þþ þþ þþ þþ þþ þþ þ04/30/2009þ þ00:00:00þ þ2009-04-30T00:00:00-04:00þ þ1241064000þ þCustomBlocksFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ25579þ þe0d1b3a84a50d415e59140bef7515524þ þ10þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23199.txtþ þTEXT\0006\ST23199.txtþ þST23209þ þST23209þ þST23209þ þST23209þ þST23209þ þST23209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/text-base/ITradingAlertsPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST23250þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/16/2007þ þ00:00:00þ þ2007-10-16T00:00:00-04:00þ þ1192507200þ þITradingAlertsPanelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ638þ þ3437f8214a7c5b9d3cc938945d51352cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23209.txtþ þTEXT\0006\ST23209.txtþ

þST23210þ þST23210þ þST23210þ þST23210þ þST23210þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/text-base/TAPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST23251þ þþ þþ þþ þþ þþ þþ þþ þTAPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ13021þ þ5834640aa90f80a1d9e7e0a627868321þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23210.xmlþ þþ

þST23211þ þST23211þ þST23225þ þST23211þ þST23225þ þST23211þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/.svn/text-base/TAPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST

23252þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/07/2007þ þ00:00:00þ þ2007-08-07T00:00:00-04:00þ
þ1186459200þ þTAPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ33693þ þ51476c2c7d7690a8
672095a408b1f334þ þ15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSE þ
þTRUEþ þNATIVES\0010\ST23211.txtþ þTEXT\0006\ST23211.txtþ
þST23226þ þST23226þ þST23226þ þST23226þ þST23226þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/.svn/text-base/TradingAlertsTypesPanel.form.svn-baseþ
þþ þþ þ0þ þ1þ þST23263þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsTypesPanel.
form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3655þ þfc9df20947e3df41ff439ecb0f9f3a53þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23226.xmlþ þþ
þST23227þ þST23227þ þST23228þ þST23227þ þST23228þ þST23227þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/.svn/text-base/TradingAlertsTypesPanel.java.svn-baseþ
þþ þþ þ0þ þ1þ þST23264þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/05/2008þ þ00:00:00þ þ2008-08-05T
00:00:00-04:00þ þ1217908800þ þTradingAlertsTypesPanel.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ3219þ þffef590d570d5f4f0b78b0c1b7e4a085þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23227.txtþ þTEXT\0006\ST23227.
txtþ
þST23229þ þST23229þ þST23231þ þST23229þ þST23231þ þST23229þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/.svn/text-base/TradingAlertsValidator.java.svn-baseþ
þþ þþ þ0þ þ1þ þST23265þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/18/2007þ þ00:00:00þ þ2007-10-18T
00:00:00-04:00þ þ1192680000þ þTradingAlertsValidator.java.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ7947þ þ58d83d5071901895f41292d509106e89þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23229.txtþ þTEXT\0006\ST23229.t
xtþ
þST23232þ þST23232þ þST23232þ þST23232þ þST23232þ þST23232þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/.svn/text-base/TradingTypeChFrame.form.svn-baseþ þþ þþ
þ0þ þ1þ þST23266þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame.form.svn-b
aseþ þ.XMLþ þapplication/xmlþ þþ þ42483þ þ44a0e1fe9e957adf7417ae953ba86fcbþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23232.x
mlþ þþ
þST23233þ þST23233þ þST23247þ þST23233þ þST23247þ þST23233þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/.svn/text-base/TradingTypeChFrame.java.svn-baseþ þþ þþ
þ0þ þ1þ þST23267þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/12/2008þ þ00:00:00þ þ2008-08-12T00:00
:00-04:00þ þ1218513600þ þTradingTypeChFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ34
706þ þad978dc5d118cd64efc0ccddee231a56þ þ15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23233.txtþ þTEXT\0006\ST23233.txtþ
þST23248þ þST23248þ þST23248þ þST23248þ þST23248þ þST23248þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/CustomBlocksFrame.formþ þþ þþ þ0þ þ1þ þST23198þ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ168 76þ þa25e302bcde5cfb9e18610bfc07e4ec0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23248.xmlþ þþ
þST23249þ þST23249þ þST23249þ þST23249þ þST23249þ þST23249þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/CustomBlocksFrame.javaþ þþ þþ þ0þ þ1þ þST23199þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomBlocksFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ25579þ þe0d1b3a84a50d415e59140bef7515524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23249.javaþ þþ
þST23250þ þST23250þ þST23250þ þST23250þ þST23250þ þST23250þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/ITradingAlertsPanelListener.javaþ þþ þþ þ0þ þ1þ þST2320 9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITradingAlertsPanelListener.javaþ þ.JAVAþ þt ext/x-java-sourceþ þþ þ638þ þ3437f8214a7c5b9d3cc938945d51352cþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23250.javaþ þþ
þST23251þ þST23251þ þST23251þ þST23251þ þST23251þ þST23251þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/TAPanel.formþ þþ þþ þ0þ þ1þ þST23210þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ13021þ þ5834640aa90f80a 1d9e7e0a627868321þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT RUEþ þNATIVES\0010\ST23251.xmlþ þþ
þST23252þ þST23252þ þST23252þ þST23252þ þST23252þ þST23252þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/TAPanel.javaþ þþ þþ þ0þ þ1þ þST23211þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ33693þ þ51476c2c7d7 690a8672095a408b1f334þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0010\ST23252.javaþ þþ
þST23253þ þST23253þ þST23253þ þST23253þ þST23253þ þST23253þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/ticker/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ410þ þe8be47f4439ff1859fa b164505b74b57þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU Eþ þNATIVES\0010\ST23253.txtþ þTEXT\0006\ST23253.txtþ
þST23254þ þST23254þ þST23255þ þST23254þ þST23255þ þST23254þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/ticker/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/04/2011þ þ00:00:00þ þ2011-03-04T00:00:00-05:00þ þ1299214800þ þentriesþ þ. TXTþ þtext/plainþ þþ þ545þ þc27e70a5ba4ac3305eae1ddba3c2e8eeþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23254.txtþ þTEXT\0006\ST23254.txtþ
þST23256þ þST23256þ þST23256þ þST23256þ þST23256þ þST23256þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/gui/ticker/.svn/text-base/TickerAlertsPanel.form.svn-base

þ þþ þþ þ0þ þ1þ þST23261þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel.form.
svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ7845þ þ1275fab3439f5500cce9e15c7a0cb153þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST232
56.xmlþ þþ

þST23257þ þST23260þ þST23257þ þST23260þ þST23257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/ticker/.svn/text-base/TickerAlertsPanel.java.svn-base
þ þþ þþ þ0þ þ1þ þST23262þ þþ þ08/07/2007þ þ00:00:00þ þ2007-08-07
T00:00:00-04:00þ þ1186459200þ þTickerAlertsPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ7405þ þ2974e2c21829f58fc1c279b5649220eeþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23257.txtþ þTEXT\0006\ST23257.txtþ
þST23261þ þST23261þ þST23261þ þST23261þ þST23261þ þST23261þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/ticker/TickerAlertsPanel.formþ þþ þþ þ0þ þ1þ þST23256þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel.formþ þ.XMLþ þapplication/xml
þ þþ þ7845þ þ1275fab3439f5500cce9e15c7a0cb153þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23261.xmlþ þþ

þST23262þ þST23262þ þST23262þ þST23262þ þST23262þ þST23262þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/ticker/TickerAlertsPanel.javaþ þþ þþ þ0þ þ1þ þST23257þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerAlertsPanel.javaþ þ.JAVAþ þtext/x-java-so
urceþ þ þ7405þ þ2974e2c21829f58fc1c279b5649220eeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23262.javaþ þþ

þST23263þ þST23263þ þST23263þ þST23263þ þST23263þ þST23263þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/TradingAlertsTypesPanel.formþ þþ þþ þ0þ þ1þ þST23226þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsTypesPanel.formþ þ.XMLþ þapplicatio
n/xmlþ þþ þ3655þ þfc9df20947e3df41ff439ecb0f9f3a53þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23263.xmlþ þþ

þST23264þ þST23264þ þST23264þ þST23264þ þST23264þ þST23264þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/TradingAlertsTypesPanel.javaþ þþ þþ þ0þ þ1þ þST23227þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsTypesPanel.javaþ þ.JAVAþ þtext/x-ja
va-sourceþ þþ þ3219þ þffef590d570d5f4f0b78b0c1b7e4a085þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23264.javaþ þþ
þST23265þ þST23265þ þST23265þ þST23265þ þST23265þ þST23265þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/TradingAlertsValidator.javaþ þþ þ0þ þ1þ þST23229þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingAlertsValidator.javaþ þ.JAVAþ þtext/x-java-
sourceþ þþ þ7947þ þ58d83d5071901895f41292d509106e89þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23265.javaþ þþ
þST23266þ þST23266þ þST23266þ þST23266þ þST23266þ þST23266þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/talerts/src/talerts/gui/TradingTypeChFrame.formþ þþ þþ þ0þ þ1þ þST23232þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ
42483þ þ44a0e1fe9e957adf7417ae953ba86fcbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23266.xmlþ þþ

þST23267þ þST23267þ þST23267þ þST23267þ þST23267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/gui/TradingTypeChFrame.javaþ þþ þþ þ0þ þ1þ þST23233þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTradingTypeChFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ
þþ þ34706þ þad978dc5d118cd64efc0ccddee231a56þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23267.javaþ þþ

þST23268þ þST23268þ þST23268þ þST23268þ þST23268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/instrument/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ797þ þ5501934815ae1e78d11
90e81e666b22fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0010\ST23268.txtþ þTEXT\0006\ST23268.txtþ

þST23269þ þST23269þ þST23270þ þST23269þ þST23270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/instrument/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þþ þþ þþ þ01/04/2011þ þ00:00:00þ þ2011-01-04T00:00:00-05:00þ þ1294117200þ þentriesþ þ.
TXTþ þtext/plainþ þþ þ907þ þadd94d18bb9f6e258882dfa8a9e87aa5þ þ2þ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23269.txtþ þTEXT\0006\ST23269.txtþ

þST23271þ þST23271þ þST23271þ þST23271þ þST23271þ þST23271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/instrument/.svn/text-base/InstrumentTAlert.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST23285þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/30/2007þ þ00:00:00þ þ2007-08-30T
00:00:00-04:00þ þ1188446400þ þInstrumentTAlert.java.svn-baseþ þ.TXTþ þtext/plainþ þþ
þ919þ þ138ac71483e4ea40b753e5c9d4faecd8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23271.txtþ þTEXT\0006\ST23271.txtþ
þST23272þ þST23272þ þST23275þ þST23272þ þST23275þ þST23272þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/instrument/.svn/text-base/TAlert.java.svn-baseþ þþ þþ þ0þ
þ1þ þST23286þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/30/2007þ þ00:00:00þ þ2007-08-30T00:00:00-
04:00þ þ1188446400þ þTAlert.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5683þ þcf398d92f5f1
e92a6ef8e820dbfacac6þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFAL
SEþ þTRUEþ þNATIVES\0010\ST23272.txtþ þTEXT\0006\ST23272.txtþ

þST23276þ þST23276þ þST23282þ þST23276þ þST23282þ þST23276þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/instrument/.svn/text-base/TAParser.java.svn-baseþ þþ þþ þ0
þ þ1þ þST23287þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAParser.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ13647þ þ9eda5b1ba1c4b0a870a7e5811787c4e0þ þ7þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23276.txtþ þTEXT\0006\S
T23276.txtþ

þST23283þ þST23283þ þST23283þ þST23283þ þST23283þ þST23283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/.svn/text-base/TAWrapper.java.svn-baseþ þþ þþ þ 0þ þ1þ þST23288þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAWrapper.java.svn-baseþ þ.TXTþ þtext/plainþ þ272þ þ7d2e05d6992dccdd267344f1dfde272cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23283.txtþ þTEXT\0006\ST 23283.txtþ

þST23284þ þST23284þ þST23284þ þST23284þ þST23284þ þST23284þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/.svn/text-base/UpdaterTAlert.java.svn-baseþ þþ þþ þ0þ þ1þ þST23289þ þþ þþ þþ þþ þþ þþ þþ þ08/29/2007þ þ00:00:00þ þ2007-08-29T00: 00:00-04:00þ þ1188360000þ þUpdaterTAlert.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ690þ þ 106c95180a29ff19c957a9332ab1a141þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23284.txtþ þTEXT\0006\ST23284.txtþ

þST23285þ þST23285þ þST23285þ þST23285þ þST23285þ þST23285þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/InstrumentTAlert.javaþ þþ þþ þ0þ þ1þ þST23271þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentTAlert.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ919þ þ138ac71483e4ea40b753e5c9d4faecd8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23285.javaþ þþ

þST23286þ þST23286þ þST23286þ þST23286þ þST23286þ þST23286þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/TAlert.javaþ þþ þþ þ0þ þ1þ þST23272þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAlert.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ568þ þcf398d9 2f5f1e92a6ef8e820dbfacac6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST23286.javaþ þþ

þST23287þ þST23287þ þST23287þ þST23287þ þST23287þ þST23287þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/TAParser.javaþ þþ þþ þ0þ þ1þ þST23276þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAParser.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ13647þ þ9eda5b1ba1c4b0a870a7e5811787c4e0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23287.javaþ þþ

þST23288þ þST23288þ þST23288þ þST23288þ þST23288þ þST23288þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/TAWrapper.javaþ þþ þþ þ0þ þ1þ þST23283þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTAWrapper.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ272þ þ7d 2e05d6992dccdd267344f1dfde272cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23288.javaþ þþ

þST23289þ þST23289þ þST23289þ þST23289þ þST23289þ þST23289þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/instrument/UpdaterTAlert.javaþ þþ þþ þ0þ þ1þ þST23284þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUpdaterTAlert.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ690þ þ106c95180a29ff19c957a9332ab1a141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23289.javaþ þþ

þST23290þ þST23290þ þST23290þ þST23290þ þST23290þ þST23290þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/Loader_History_TA.javaþ þþ þþ þ0þ þ1þ þST23183þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þLoader_History_TA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ39 08þ þb85b3656dd823d71f8414a370d11b1d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23290.javaþ þþ

þST23291þ þST23291þ þST23292þ þST23291þ þST23292þ þST23291þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/rejector/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1686þ þ07acf5b1cab3df0d1eb7 b7f5778a8e16þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE þ þNATIVES\0010\ST23291.txtþ þTEXT\0006\ST23291.txtþ

þST23293þ þST23293þ þST23295þ þST23293þ þST23295þ þST23293þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/rejector/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/04/2011þ þ00:00:00þ þ2011
-03-04T00:00:00-05:00þ þ1299214800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1714þ þdae3a6648 819c982db0a03ecad663918þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST23293.txtþ þTEXT\0006\ST23293.txtþ

þST23296þ þST23296þ þST23296þ þST23296þ þST23296þ þST23296þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorB.java.svn-baseþ þþ þþ þ0þ þ1þ þST23309þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ2007-10-23T00:00:00-04:00þ þ1193112000þ þRejectorB.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1161þ þ97defeeff 3350dec68773cd0691eef4aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST23296.txtþ þTEXT\0006\ST23296.txtþ

þST23297þ þST23297þ þST23298þ þST23297þ þST23298þ þST23297þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorCustomTradeBlocks.java.sv n-baseþ þþ þþ þ0þ þ1þ þST23310þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorCustomTra deBlocks.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3177þ þa88f2a3b424e4077adff3decfed775 e4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23297.txtþ þTEXT\0006\ST23297.txtþ

þST23299þ þST23299þ þST23299þ þST23299þ þST23299þ þST23299þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorH.java.svn-baseþ þþ þþ þ0þ þ1þ þST23311þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/24/2007þ þ00:00:00þ þ2007-10-24T00:00:00-04:00þ þ1193198400þ þRejectorH.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1189þ þ1c195efb6 057c6d158ae1c7137e21b02þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST23299.txtþ þTEXT\0006\ST23299.txtþ

þST23300þ þST23300þ þST23300þ þST23300þ þST23300þ þST23300þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/talerts/src/talerts/rejector/.svn/text-base/

Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorL.java.svn-baseþ þþ þþ þ0þ
 þ1þ þST23312þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/24/2007þ þ00:00:00þ þ2007-10-24T00:00:00-
04:00þ þ1193198400þ þRejectorL.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1174þ þad1a09165
1d213d9f7c1f7bb1c783b7aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST23300.txtþ þTEXT\0006\ST23300.txtþ
þST23301þ þST23301þ þST23301þ þST23301þ þST23301þ þST23301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorP.java.svn-baseþ þþ þþ þ0þ
 þ1þ þST23313þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ2007-10-23T00:00:00-
04:00þ þ1193112000þ þRejectorP.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1144þ þ5660a05f1
f967bb854a2e7eeaf4f3668þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST23301.txtþ þTEXT\0006\ST23301.txtþ
þST23302þ þST23302þ þST23303þ þST23302þ þST23303þ þST23302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorPriceVolumeTAlert.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST23314þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/12/2007þ þ00:00:00þ þ2007
-10-12T00:00:00-04:00þ þ1192161600þ þRejectorPriceVolumeTAlert.java.svn-baseþ þ.TXTþ
 þtext/plainþ þþ þ3599þ þ5bc25002d67e267a716e6d714a3895b9þ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23302.txtþ þTEXT\0006\S
T23302.txtþ
þST23304þ þST23304þ þST23304þ þST23304þ þST23304þ þST23304þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorRecurrentH.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST23315þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorRecurrentH.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ1292þ þ5d6b736166c83d1ebc446ad265509fc0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23304.
txtþ þTEXT\0006\ST23304.txtþ
þST23305þ þST23305þ þST23305þ þST23305þ þST23305þ þST23305þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorRecurrentL.java.svn-baseþ
 þþ þþ þ0þ þ1þ þST23316þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorRecurrentL.java.
svn-baseþ þ.TXTþ þtext/plainþ þþ þ1221þ þcd96fa2ff1c45e25b2d95aa0e417e39cþ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23305.
txtþ þTEXT\0006\ST23305.txtþ
þST23306þ þST23306þ þST23306þ þST23306þ þST23306þ þST23306þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorTicker.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST23317þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/24/2007þ þ00:00:0
0:00-04:00þ þ1193198400þ þRejectorTicker.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1082þ
þ80909bac2f6c1bbe72a79ae97e3a9221þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ2þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23306.txtþ þTEXT\0006\ST23306.txtþ
þST23307þ þST23307þ þST23307þ þST23307þ þST23307þ þST23307þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorV.java.svn-baseþ þþ þþ þ0þ

þ1þ þST23318þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/23/2007þ þ00:00:00þ þ2007-10-23T00:00:00-
04:00þ þ1193112000þ þRejectorV.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1195þ þ4e047c5e9
a06ce38c22bd12582a24f18þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0010\ST23307.txtþ þTEXT\0006\ST23307.txtþ
þST23308þ þST23308þ þST23308þ þST23308þ þST23308þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/.svn/text-base/RejectorWeeks.java.svn-baseþ þþ þþ
þ0þ þ1þ þST23319þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T00:00
:00-04:00þ þ1193284800þ þRejectorWeeks.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1274þ þe
03b95bc51c56cae8ae3a23e948b5bedþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23308.txtþ þTEXT\0006\ST23308.txtþ
þST23309þ þST23309þ þST23309þ þST23309þ þST23309þ þST23309þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorB.javaþ þþ þþ þ0þ þ1þ þST23296þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þRejectorB.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1161þ þ97d
efeeff3350dec68773cd0691eef4aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23309.javaþ
þST23310þ þST23310þ þST23310þ þST23310þ þST23310þ þST23310þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorCustomTradeBlocks.javaþ þþ þþ þ0þ þ1þ þST2
3297þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorCustomTradeBlocks.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ3177þ þa88f2a3b424e4077adff3decfed775e4þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23310.javaþ þ
þST23311þ þST23311þ þST23311þ þST23311þ þST23311þ þST23311þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorH.javaþ þþ þþ þ0þ þ1þ þST23299þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þRejectorH.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1189þ þ1c1
95efb6057c6d158ae1c7137e21b02þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23311.javaþ
þST23312þ þST23312þ þST23312þ þST23312þ þST23312þ þST23312þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorL.javaþ þþ þþ þ0þ þ1þ þST23300þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þRejectorL.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1174þ þad1
a091651d213d9f7c1f7bb1c783b7aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23312.javaþ
þST23313þ þST23313þ þST23313þ þST23313þ þST23313þ þST23313þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorP.javaþ þþ þþ þ0þ þ1þ þST23301þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þRejectorP.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1144þ þ566
0a05f1f967bb854a2e7eeaf4f3668þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23313.javaþ
þST23314þ þST23314þ þST23314þ þST23314þ þST23314þ þST23314þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/talerts/src/talerts/rejector/RejectorPriceVolumeTAlert.javaþ þþ þþ þ0þ þ1þ þST2
3302þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorPriceVolumeTAlert.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ3599þ þ5bc25002d67e267a716e6d714a3895b9þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23314.javaþ þþ
þST23315þ þST23315þ þST23315þ þST23315þ þST23315þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorRecurrentH.javaþ þþ þþ þ0þ þ1þ þST23304þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorRecurrentH.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ1292þ þ5d6b736166c83d1ebc446ad265509fc0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23315.javaþ þþ
þST23316þ þST23316þ þST23316þ þST23316þ þST23316þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorRecurrentL.javaþ þþ þþ þ0þ þ1þ þST23305þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorRecurrentL.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ1221þ þcd96fa2ff1c45e25b2d95aa0e417e39cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23316.javaþ þþ
þST23317þ þST23317þ þST23317þ þST23317þ þST23317þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorTicker.javaþ þþ þþ þ0þ þ1þ þST23306þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorTicker.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ
þ1082þ þ80909bac2f6c1bbe72a79ae97e3a9221þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23317.javaþ þþ
þST23318þ þST23318þ þST23318þ þST23318þ þST23318þ þST23318þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorV.javaþ þþ þþ þ0þ þ1þ þST23307þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorV.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1195þ þ4e0
47c5e9a06ce38c22bd12582a24f18þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23318.javaþ þþ
þST23319þ þST23319þ þST23319þ þST23319þ þST23319þ þST23319þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RejectorWeeks.javaþ þþ þþ þ0þ þ1þ þST23308þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRejectorWeeks.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1
274þ þe03b95bc51c56cae8ae3a23e948b5bedþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23319.javaþ þþ
þST23320þ þST23320þ þST23320þ þST23320þ þST23320þ þST23320þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/rejector/RTSubscribersTA.javaþ þþ þþ þ0þ þ1þ þST23185þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRTSubscribersTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1024þ þ
073093e3535fad45a05a0d2b3ff43eb5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23320.javaþ þþ
þST23321þ þST23321þ þST23321þ þST23321þ þST23321þ þST23321þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/StateHandlerTA.javaþ þþ þþ þ0þ þ1þ þST23186þ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerTA.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ776þ þa99a617a2e94d2050ba822de52717daaþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23321.javaþ þþ
þST23322þ þST23322þ þST23322þ þST23322þ þST23322þ þST23322þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/StreamHandlerTA.javaþ þþ þþ þ0þ þ1þ þST23187þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ698þ þ6
cd0ebc6b461f10018b96d1920c43c20þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23322.javaþ þþ
þST23323þ þST23323þ þST23323þ þST23323þ þST23323þ þST23323þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/StreamTA.javaþ þþ þþ þ0þ þ1þ þST23188þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þStreamTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2328þ þe5c746afe894d6
ea80bd5e5e4cc050a3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0010\ST23323.javaþ þþ
þST23324þ þST23324þ þST23324þ þST23324þ þST23324þ þST23324þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ364þ þaca058f2ab3feb01d92f7ce5
74ebf375þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0010\ST23324.txtþ þTEXT\0006\ST23324.txtþ
þST23325þ þST23325þ þST23325þ þST23325þ þST23325þ þST23325þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þ09/30/2010þ þ00:00:00þ þ2010-09-30T00:00:00-04:00þ þ1285819200þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ477þ þc81950493e9fcb8f08583b0ce63c6dabþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23325.txtþ þTEXT\0006\ST2
3325.txtþ
þST23326þ þST23326þ þST23329þ þST23326þ þST23329þ þST23326þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/table/.svn/text-base/ColumnsTA.java.svn-baseþ þþ þþ þ0þ þ1
þ þST23336þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ10157þ þd8014398bccd3ee83b97014da7268a01þ þ4þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23326.txtþ þTEXT\0006\ST23
326.txtþ
þST23330þ þST23330þ þST23335þ þST23330þ þST23335þ þST23330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/table/.svn/text-base/RendererTA.java.svn-baseþ þþ þþ þ0þ þ
1þ þST23337þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ18480þ þa16cecc1fac3b02b05c29844bb59736dþ þ6þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23330.txtþ þTEXT\0006\ST
23330.txtþ
þST23336þ þST23336þ þST23336þ þST23336þ þST23336þ þST23336þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/table/ColumnsTA.javaþ þþ þ þ0þ þ1þ þST23326þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þColumnsTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ10157þ þd8014
398bccd3ee83b97014da7268a01þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST23336.javaþ þþ
þST23337þ þST23337þ þST23337þ þST23337þ þST23337þ þST23337þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/table/RendererTA.javaþ þþ þ þ0þ þ1þ þST23330þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þRendererTA.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ18480þ þa16
cecc1fac3b02b05c29844bb59736dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23337.javaþ þþ
þST23338þ þST23338þ þST23338þ þST23338þ þST23338þ þST23338þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/src/talerts/WrapperUtil.javaþ þþ þ þ0þ þ1þ þST23190þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þWrapperUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1599þ þafdea7b2
0c8ed615c7c4881232c4cefeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0010\ST23338.javaþ þþ
þST23339þ þST23339þ þST23339þ þST23339þ þST23339þ þST23339þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/test/.svn/all-wcpropsþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þb0f363c5ce16cc0245a9d05964257f8dþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST
23339.txtþ þTEXT\0006\ST23339.txtþ
þST23340þ þST23340þ þST23340þ þST23340þ þST23340þ þST23340þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/talerts/test/.svn/entriesþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/25/201
0þ þ00:00:00þ þ2010-05-25T00:00:00-04:00þ þ1274760000þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ158þ þb4de040460a9593d306d569db422c217þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23340.txtþ þTEXT\0006\ST23340.txtþ
þST23341þ þST23341þ þST23341þ þST23341þ þST23341þ þST23341þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/.svn/all-wcpropsþ þþ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall
-wcpropsþ þ.TXTþ þtext/plainþ þþ þ277þ þ1a882cafd8b1462dba29a244a89c6fc3þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23341.t
xtþ þTEXT\0006\ST23341.txtþ
þST23342þ þST23342þ þST23342þ þST23342þ þST23342þ þST23342þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/.svn/dir-prop-baseþ þþ þ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843;
ST22099; ST22253; ST22616; ST22765; ST22925; ST23580; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23342.txtþ þTEXT\0006\ST23342.txtþ
þST23343þ þST23343þ þST23344þ þST23343þ þST23344þ þST23343þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2010þ þ00:0
0:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ537þ
þ3495d54c26135d24108e2d2d7185ccc6þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23343.txtþ þTEXT\0006\ST23343.txtþ
þST23345þ þST23345þ þST23345þ þST23345þ þST23345þ þST23345þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/.svn/prop-base/tape.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;

ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;

ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;

ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape.jar.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23345.txtþ þTEXT\0006\ST23345.txtþ þST23346þ þST23346þ þST23346þ þST23346þ þST23346þ þST23346þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23398þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þb6091c1b 67f2465f6ac85541ceb4aa5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0010\ST23346.xmlþ þþ

þST23347þ þST23347þ þST23347þ þST23347þ þST23347þ þST23347þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/.svn/text-base/tape.jar.svn-baseþ þþ þþ þ0þ þ1þ þST23406; ST23576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape.jar.svn-baseþ þ.JARþ þapplication /java-archiveþ þþ þ137954þ þf9512d173a3e39aedf35c17e082e0c6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23347.jarþ þþ þST23348þ þST23348þ þST23348þ þST23348þ þST23348þ þST23348þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ68þ þdee71b8 7ddf753423c388e7959a712d5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST23348.propertiesþ þþ

þST23349þ þST23349þ þST23349þ þST23349þ þST23349þ þST23349þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/com/equityfeed/core/multiviewer/tickertape/tapes/TickerTap eFrameDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTa peFrameDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2230þ þ20fe6bbe7b7d0e0239 c7a07e2d21827dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0010\ST23349.classþ þþ

þST23350þ þST23350þ þST23350þ þST23350þ þST23350þ þST23350þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/com/equityfeed/core/multiviewer/tickertape/tapes/TickerTap eFramesController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerT apeFramesController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9817þ þ9d1a93e85fcb71c8 bcda3f1b9ea57182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR UEþ þNATIVES\0010\ST23350.classþ þþ

þST23351þ þST23351þ þST23351þ þST23351þ þST23351þ þST23351þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/com/equityfeed/core/multiviewer/tickertape/tapes/TickerTap eFramesController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicke rTapeFramesController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1577þ þb28b09c1ec45 f27baab2431b04c2759dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE

þ þTRUEþ þNATIVES\0010\ST23351.classþ þþ
þST23352þ þST23352þ þST23352þ þST23352þ þST23352þ þST23352þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/core/multiviewer/tickertape/TickerTapeContr
oller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapeControlle
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6437þ þa4c29407237aa9bf78ba18c73a5810cdþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23352.classþ þþ
þST23353þ þST23353þ þST23353þ þST23353þ þST23353þ þST23353þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/core/multiviewer/tickertape/TickerTapeDescr
iptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapeDescripto
r.classþ þ.CLASSþ þapplication/java-vmþ þþ þ375þ þ3f12e1c4306a4933a4d900a745c5fe69þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\S
T23353.classþ þþ
þST23354þ þST23354þ þST23354þ þST23354þ þST23354þ þST23354þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ15344þ þ623ee852d7c57e3dd2fa320c7dea9e5cþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23354.classþ þþ
þST23355þ þST23355þ þST23355þ þST23355þ þST23355þ þST23355þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow$1
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow$1.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ888þ þ1a31fad948c98774ee270b96a5e26b8fþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23355.cl
assþ þþ
þST23356þ þST23356þ þST23356þ þST23356þ þST23356þ þST23356þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow$2
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow$2.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ888þ þ8764adad39d70dc7e2db3bc549a31ba8þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23356.cl
assþ þþ
þST23357þ þST23357þ þST23357þ þST23357þ þST23357þ þST23357þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow$3
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow$3.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ896þ þ2464a8fda0e80746fa4ca0ed1ddcf6c6þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23357.cl
assþ þþ
þST23358þ þST23358þ þST23358þ þST23358þ þST23358þ þST23358þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow$4
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow$4.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ890þ þ8bde8f2435eaa4ebe4854470ecc82794þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23358.cl
assþ þþ
þST23359þ þST23359þ þST23359þ þST23359þ þST23359þ þST23359þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow$5
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow$5.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ857þ þ9327befbda6cc7db9c6045650c82c16eþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23359.cl
assþ þþ
þST23360þ þST23360þ þST23360þ þST23360þ þST23360þ þST23360þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/ITickerTapeFrame
lListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITickerTapeFram
elListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ251þ þffea2264e3076f933ace71f4c6
413977þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0010\ST23360.classþ þþ
þST23361þ þST23361þ þST23361þ þST23361þ þST23361þ þST23361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/ITickerTapePanel
Listener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITickerTapePanel
Listener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ838þ þ7f72069ce33e8e71da01790ed33c
94fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23361.classþ þþ
þST23362þ þST23362þ þST23362þ þST23362þ þST23362þ þST23362þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/FetchThread
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFetchThread.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1809þ þa7a68fe3c7e8a82e2c67211e77b51a43þ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23362.class
þ þþ
þST23363þ þST23363þ þST23363þ þST23363þ þST23363þ þST23363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/FrameContro
ller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFrameController.clas
sþ þ.CLASSþ þapplication/java-vmþ þþ þ204þ þa1cdacb7d88b1780a27f4dd0cf771d53þ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23363
.classþ þþ
þST23364þ þST23364þ þST23364þ þST23364þ þST23364þ þST23364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/IDrawer.cla
ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDrawer.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ202þ þ944c5edded7cfcbd44f585ba8df52112þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23364.classþ þþ
þST23365þ þST23365þ þST23365þ þST23365þ þST23365þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/Queue.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQueue.classþ þ.CLASSþ þapplicat
ion/java-vmþ þþ þ1389þ þ14188e9cb5e32cc7b7be6d55bb71908eþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23365.classþ þþ
þST23366þ þST23366þ þST23366þ þST23366þ þST23366þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/ScrollThrea
d.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þScrollThread.classþ þ.C
LASSþ þapplication/java-vmþ þþ þ1514þ þ57220eae32366880869be9fe6db5763dþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23366.classþ
þST23367þ þST23367þ þST23367þ þST23367þ þST23367þ þST23367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeChart.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeChart.classþ þ.CLASSþ þ
application/java-vmþ þþ þ1024þ þ2047647a01dfd81b5cece19299d6a846þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23367.classþ þþ
þST23368þ þST23368þ þST23368þ þST23368þ þST23368þ þST23368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeControl
ler.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeController.classþ
 þ.CLASSþ þapplication/java-
vmþ þþ þ1904þ þadc85b43b2048218773e235c534f6566þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23368.classþ þþ
þST23369þ þST23369þ þST23369þ þST23369þ þST23369þ þST23369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeFrame.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFrame.classþ þ.CLASSþ þ
application/java-vmþ þþ þ4530þ þ88d11e12630e36f2fefcf15a91065120þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23369.classþ þþ
þST23370þ þST23370þ þST23370þ þST23370þ þST23370þ þST23370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeFrame$1
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFrame$1.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ886þ þ073feab87f60ec4981688d9f824a9a08þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23370.classþ
þþ
þST23371þ þST23371þ þST23371þ þST23371þ þST23371þ þST23371þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeNavPnl.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeNavPnl.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ3920þ þbd63f5ec795b0956c576d74d546533e7þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23371.classþ þ
þ
þST23372þ þST23372þ þST23372þ þST23372þ þST23372þ þST23372þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeNavPnl$
1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeNavPnl
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ855þ þ3c426c32c10e416ee1282b1c618c8107þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23372.classþ þþ
þST23373þ þST23373þ þST23373þ þST23373þ þST23373þ þST23373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapeNavPnl$
2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeNavPnl
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ855þ þ7f7893074aa0174651bf81680db47d94þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23373.classþ þþ
þST23374þ þST23374þ þST23374þ þST23374þ þST23374þ þST23374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapePanel.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapePanel.classþ þ.CLASSþ þ
application/java-vmþ þþ þ7469þ þd382bcbdedf0431dbeb7fc43028d61adþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23374.classþ þþ
þST23375þ þST23375þ þST23375þ þST23375þ þST23375þ þST23375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tape/TapePanel$1
.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapePanel$1.classþ þ.CLA
SSþ þapplication/java-vmþ þþ þ1536þ þ7eb7ece75cc161fa1be982958029ae46þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23375.class
þ þþ
þST23376þ þST23376þ þST23376þ þST23376þ þST23376þ þST23376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TapeFilter.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFilter.classþ þ.CLASSþ þapp
lication/java-vmþ þþ þ1478þ þd142a029557a4e5b04ce62ada2bdb8a3þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23376.classþ þþ
þST23377þ þST23377þ þST23377þ þST23377þ þST23377þ þST23377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TapeFilterMng.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFilterMng.classþ þ.CLAS

Sþ þapplication/java-vmþ þþ þ4980þ þ56e985b2321044457c2dc2dfd44f05f1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23377.classþ
þþ

þST23378þ þST23378þ þST23378þ þST23378þ þST23378þ þST23378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tapeprop/IItem.c
lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIItem.classþ þ.CLASSþ þappl
ication/java-vmþ þþ þ262þ þ2b34826133c57bb92f1669659b62dc59þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23378.classþ þþ

þST23379þ þST23379þ þST23379þ þST23379þ þST23379þ þST23379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tapeprop/TapeDra
wer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeDrawer.classþ þ.C
LASSþ þapplication/java-vmþ þþ þ3550þ þe0db5d57a9bde2b9327c8978171aaa9dþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23379.classþ þþ

þST23380þ þST23380þ þST23380þ þST23380þ þST23380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tapeprop/TapeIte
m.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeItem.classþ þ.CLASS
þ þapplication/java-vmþ þþ þ1723þ þ29f6e2f655cb7f39098989ff5a475079þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23380.classþ þ
þ

þST23381þ þST23381þ þST23381þ þST23381þ þST23381þ þST23381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/tapeprop/TapeSta
rter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeStarter.classþ þ
.CLASSþ þapplication/java-vmþ þþ þ2744þ þ032a74d237e0ce1039680eecfa61e05aþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23381.cl
assþ þþ

þST23382þ þST23382þ þST23382þ þST23382þ þST23382þ þST23382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel.
classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel.classþ þ.
CLASSþ þapplication/java-vmþ þþ þ19645þ þbc8d9c9bcb6fa40f8fc30553fdb1e846þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23382.cl
assþ þþ

þST23383þ þST23383þ þST23383þ þST23383þ þST23383þ þST23383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel$
1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ985þ þd62cf969330baa8d29c3d16896a73b8aþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23383.classþ þþ

þST23384þ þST23384þ þST23384þ þST23384þ þST23384þ þST23384þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel$ 2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel $2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ985þ þ561526262e695901b1cd170b1f213a07þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST23384.classþ þþ

þST23385þ þST23385þ þST23385þ þST23385þ þST23385þ þST23385þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel$ 3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel $3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ985þ þ12dff316438ac14b75fe382848fed547þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST23385.classþ þþ

þST23386þ þST23386þ þST23386þ þST23386þ þST23386þ þST23386þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel$ 4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel $4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ985þ þ9e417dda86789f30faa9bebd5120251bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST23386.classþ þþ

þST23387þ þST23387þ þST23387þ þST23387þ þST23387þ þST23387þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/tape/ITapeManager.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þITapeManager.classþ þ.CLASSþ þapplication/java-vmþ þþ þ407þ þ23b10c 303367d495caf737344f537683þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23387.classþ þþ

þST23388þ þST23388þ þST23388þ þST23388þ þST23388þ þST23388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/tape/Tape.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTape.classþ þ.CLASSþ þapplication/java-vmþ þþ þ396þ þca075e8d8fd00e8c8e4609 9d62ea21ffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0010\ST23388.classþ þþ

þST23389þ þST23389þ þST23389þ þST23389þ þST23389þ þST23389þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/tape/TapeCommander.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeCommander.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2008þ þ404 ebe615e2bc95fa072d256819d222eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0010\ST23389.classþ þþ

þST23390þ þST23390þ þST23390þ þST23390þ þST23390þ þST23390þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build/classes/tape/TapeCommander$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeCommander$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ979þ þ

4319e5397d3cde6ad0cbf515eedaec42þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23390.classþ þþ

þST23391þ þST23391þ þST23391þ þST23391þ þST23391þ þST23391þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapeCommander$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTapeCommander$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ973þ þ
910300fbb7a09768ce725973303e24b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23391.classþ þþ

þST23392þ þST23392þ þST23392þ þST23392þ þST23392þ þST23392þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapeCommander$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTapeCommander$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ979þ þ
12975669332ebe7a0bd84e684e5f3ebcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23392.classþ þþ

þST23393þ þST23393þ þST23393þ þST23393þ þST23393þ þST23393þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapeData.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTapeData.classþ þ.CLASSþ þapplication/java-vmþ þþ þ663þ þ5ca8ce382da14
b60edefee97f5fe3d36þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0010\ST23393.classþ þþ

þST23394þ þST23394þ þST23394þ þST23394þ þST23394þ þST23394þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapeFilter.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTapeFilter.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1404þ þ2bf83f2f4
c93947e725575cfd8bc03b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0010\ST23394.classþ þþ

þST23395þ þST23395þ þST23395þ þST23395þ þST23395þ þST23395þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapeLoader.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTapeLoader.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1226þ þ0999aefbc
4240d81e589549f9664c7a9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0010\ST23395.classþ þþ

þST23396þ þST23396þ þST23396þ þST23396þ þST23396þ þST23396þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapeLoader$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTapeLoader$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1594þ þ301e0
30f7e74874c69baef2c8a0f09fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST23396.classþ þþ

þST23397þ þST23397þ þST23397þ þST23397þ þST23397þ þST23397þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/build/classes/tape/TapesController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTapesController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2348þ
þ211f2121771a6c35d8cebaffa4198e0aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23397.classþ þþ

þST23398þ þST23398þ þST23398þ þST23398þ þST23398þ þST23398þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/build.xmlþ þþ þþ þ0þ þ1þ þST23346þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þb6091c1b67f2465f6ac85541ceb4aa5aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23398.xmlþ þþ

þST23399þ þST23399þ þST23399þ þST23399þ þST23399þ þST23399þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þST23677þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1402592þ þba4fd268478ce0123490d341b263296cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23399.jarþ þþ

þST23400þ þST23400þ þST23400þ þST23400þ þST23400þ þST23400þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/dist/lib/clib.jarþ þþ þ0þ þ1þ þ0þ þ0þ þ1þ þST23678þ þþ þþ þþ þclib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ63965þ þb6ca13bef75f6fe34b1633efbd94a8a2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23400.jarþ þþ

þST23401þ þST23401þ þST23401þ þST23401þ þST23401þ þST23401þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/dist/lib/gui2.jarþ þþ þþ þ0þ þ0þ þ1þ þST13925; ST23679þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ816668þ þ0909dda5d9977be31da38802d129b144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23401.jarþ þþ

þST23402þ þST23402þ þST23402þ þST23402þ þST23402þ þST23402þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST14258; ST19764; ST19827; ST20134; ST23077; ST23681; ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-archiveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23402.jarþ þþ

þST23403þ þST23403þ þST23403þ þST23403þ þST23403þ þST23403þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/dist/lib/news.jarþ þþ þþ þ0þ þ1þ þST23684þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ408487þ þ6cad2aef9dff447dbc20ec49763d7e49þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23403.jarþ þþ

þST23404þ þST23404þ þST23404þ þST23404þ þST23404þ þST23404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þST23684þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvsclib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ189242þ þ47932b4574c41ed6edf9f4d533729669þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV

ES\0010\ST23404.jarþ þþ

þST23405þ þST23405þ þST23405þ þST23405þ þST23405þ þST23405þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1320þ þ92d24772d108cd97402bfda56721e584þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23405.TXTþ þTEXT\0006\ST23405.txtþ

þST23406þ þST23406þ þST23406þ þST23406þ þST23406þ þST23406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/dist/tape.jarþ þþ þþ þ0þ þ1þ þST23347;

ST23576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape.jarþ þ.JARþ þapplication/java-archiveþ þþ þ137954þ þf9512d173a3e39aedf35c17e082e0c6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23406.jarþ þþ

þST23407þ þST23407þ þST23407þ þST23407þ þST23407þ þST23407þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ581þ þ6445a2a6f842d66755be302bde674edbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23407.txtþ þTEXT\0006\ST23407.txtþ

þST23408þ þST23408þ þST23408þ þST23408þ þST23408þ þST23408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23695; ST23900; ST24029; ST24151; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23408.txtþ þTEXT\0006\ST23408.txtþ

þST23409þ þST23409þ þST23411þ þST23409þ þST23411þ þST23409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/nbproject/.svn/entriesþ þþ þþ þ0þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/04/2010þ þ00:00:00þ þ2010-10-04T00:00:00-04:00þ þ1286164800þ þentriesþ þ.TXTþ þtext/plain þ þþ þ836þ þ617527b6670c9bba492cae184d12ffd9þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23409.txtþ þTEXT\0006\ST23409.txtþ

þST23412þ þST23412þ þST23412þ þST23412þ þST23412þ þST23412þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23421þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ56278þ þ3a69c3368f967212a76cc64d437a16e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23412.xmlþ þþ

þST23413þ þST23413þ þST23413þ þST23413þ þST23413þ þST23413þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST23

422þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ465þ þ5297049ac0765f70ba577bbe7623e9f7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23413.txtþ þTEXT\0006\ST23413
.txtþ

þST23414þ þST23414þ þST23415þ þST23414þ þST23415þ þST23414þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST234
26þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ3122þ þa8c81ba144e6b0e494a16b17bc763e9eþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23414.txtþ þTEXT\0006\ST23414.txtþ

þST23416þ þST23416þ þST23416þ þST23416þ þST23416þ þST23416þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23427þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ
574þ þ64720e87dc7a4de29b110211842e7470þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23416.xmlþ þ

þST23417þ þST23417þ þST23417þ þST23417þ þST23417þ þST23417þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/.svn/tmp/build-impl.xml.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þbuild-impl.xml.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48764þ þ3e87db5f39
2a7e120b1f25d58ae4b5e4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0010\ST23417.xmlþ þ

þST23418þ þST23418þ þST23418þ þST23418þ þST23418þ þST23418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/.svn/tmp/genfiles.properties.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þgenfiles.properties.tmpþ þ.TXTþ þtext/plainþ þþ þ465þ þ44debaa
a584d98056fd44d836db87fabþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
 þFALSEþ þTRUEþ þNATIVES\0010\ST23418.txtþ þTEXT\0006\ST23418.txtþ

þST23419þ þST23419þ þST23420þ þST23419þ þST23420þ þST23419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/.svn/tmp/project.properties.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þproject.properties.tmpþ þ.TXTþ þtext/plainþ þþ þ3183þ þd3fa3149
40e542b97ff947d99f18897fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST23419.txtþ þTEXT\0006\ST23419.txtþ

þST23421þ þST23421þ þST23421þ þST23421þ þST23421þ þST23421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST23412þ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þbuild-
impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56278þ þ3a69c3368f967212a76cc64d437a16e3þ þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23
421.xmlþ þþ

þST23422þ þST23422þ þST23422þ þST23422þ þST23422þ þST23422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST23413þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ465þ þ5297049ac0765f70ba577bbe7623e9f7þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23422.propertiesþ þþ
þST23423þ þST23423þ þST23423þ þST23423þ þST23423þ þST23423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd
41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23423.propertiesþ þþ
þST23424þ þST23424þ þST23424þ þST23424þ þST23424þ þST23424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST19841; ST22163;
ST23913; ST24042;
ST24164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ269þ þ5c164ef077c3f8dde5ecd6dadb7affb7þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23424.propertiesþ
þþ
þST23425þ þST23425þ þST23425þ þST23425þ þST23425þ þST23425þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ1126þ þa762bbdbe3d0ef2d3c2cfc4a9c
f2ec93þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV
ES\0010\ST23425.xmlþ þþ
þST23426þ þST23426þ þST23426þ þST23426þ þST23426þ þST23426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST23414þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ3122þ
þa8c81ba144e6b0e494a16b17bc763e9eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23426.propertiesþ þþ
þST23427þ þST23427þ þST23427þ þST23427þ þST23427þ þST23427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST23416þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ574þ þ64720e87dc7a4de29b110211842e
7470þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23427.xmlþ þþ
þST23428þ þST23428þ þST23428þ þST23428þ þST23428þ þST23428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þ9f318b0faf1ff37625da66c0bee2a35fþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2342
8.txtþ þTEXT\0006\ST23428.txtþ
þST23429þ þST23429þ þST23429þ þST23429þ þST23429þ þST23429þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2010þ þ
00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2
24þ þce29fd05ed9634b569b38f2043875a47þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23429.txtþ þTEXT\0006\ST23429.txtþ
þST23430þ þST23430þ þST23430þ þST23430þ þST23430þ þST23430þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þ5fbfffde97754ffdeabc574e871b645fþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST
23430.txtþ þTEXT\0006\ST23430.txtþ
þST23431þ þST23431þ þST23431þ þST23431þ þST23431þ þST23431þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/201
0þ þ00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ224þ þ20e5ac6b1513d528f08e76cbd3a8b074þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23431.txtþ þTEXT\0006\ST23431.txtþ
þST23432þ þST23432þ þST23432þ þST23432þ þST23432þ þST23432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ99þ þd17fc2c935062184fc82fd5dd6b
8e694þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0010\ST23432.txtþ þTEXT\0006\ST23432.txtþ
þST23433þ þST23433þ þST23433þ þST23433þ þST23433þ þST23433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þ11/12/2010þ þ00:00:00þ þ2010
-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ239þ þb7702f6b63
c42fefef92300ead8a6786þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0010\ST23433.txtþ þTEXT\0006\ST23433.txtþ
þST23434þ þST23434þ þST23434þ þST23434þ þST23434þ þST23434þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þ1b87e1cb8e1856855a8a6
7c52033d589þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0010\ST23434.txtþ þTEXT\0006\ST23434.txtþ
þST23435þ þST23435þ þST23435þ þST23435þ þST23435þ þST23435þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þ08/16/2010þ þ00:00:00þ þ2010
-08-16T00:00:00-04:00þ þ1281931200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ192þ þ3e5738dbae
fc54d669da145331c70016þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0010\ST23435.txtþ þTEXT\0006\ST23435.txtþ

þST23436þ þST23436þ þST23436þ þST23436þ þST23436þ þST23436þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ115þ þ238e5854e e08d5b2d5ce7aa0a0d35681þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0010\ST23436.txtþ þTEXT\0006\ST23436.txtþ

þST23437þ þST23437þ þST23437þ þST23437þ þST23437þ þST23437þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/16/2010þ þ00:00:00þ þ2010-08-16T00:00:00-04:00þ þ1281931200þ þe ntriesþ þ.TXTþ þtext/plainþ þþ þ203þ þb43f7036188f6093d325b86fcd2ce77fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23437.txtþ þTEXT\0006\ST23437.txtþ

þST23438þ þST23438þ þST23438þ þST23438þ þST23438þ þST23438þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/.svn/all-wcpropsþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ484 þ þ140cfc5f17d042a6e04d6e555b0b01baþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23438.txtþ þTEXT\0006\ST23438.txtþ

þST23439þ þST23439þ þST23439þ þST23439þ þST23439þ þST23439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/.svn/entriesþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/16/2010þ þ00:00:00þ þ2010-08-16T00:00:00-04:00þ þ12 81931200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ487þ þe0d08649feee913f05b223439cdd4208þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST23439.txtþ þTEXT\0006\ST23439.txtþ

þST23440þ þST23440þ þST23442þ þST23440þ þST23442þ þST23440þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/.svn/text-base/TickerTape Controller.java.svn-baseþ þþ þþ þ0þ þ1þ þST23455þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/01/200 7þ þ00:00:00þ þ2007-11-01T00:00:00-04:00þ þ1193889600þ þTickerTapeController.java.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ5350þ þ36a4aa94a9ab4c20d4961dcc154c2829þ þ3þ þ0þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23440.tx tþ þTEXT\0006\ST23440.txtþ

þST23443þ þST23443þ þST23443þ þST23443þ þST23443þ þST23443þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/.svn/text-base/TickerTape Descriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST23456þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/02/200 7þ þ00:00:00þ þ2007-11-02T00:00:00-04:00þ þ1193976000þ þTickerTapeDescriptor.java.sv n-baseþ þ.TXTþ þtext/plainþ þþ þ442þ þ818a032195c246d290b27d071fe55aefþ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23443.txtþ þTEXT\0006\ST23443.txtþ

þST23444þ þST23444þ þST23444þ þST23444þ þST23444þ þST23444þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/tapes/.svn/all-wcpropsþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þ
þ þ524þ þ9886164103407070aa803399ca3c6b21þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23444.txtþ þTEXT\0006\ST23444.txtþ
þST23445þ þST23445þ þST23445þ þST23445þ þST23445þ þST23445þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/tapes/.svn/entriesþ þþ þþ
þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/16/2010þ þ00:00:00þ þ2010
-08-16T00:00:00-04:00þ þ1281931200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ492þ þ1e213af780
fb2a8d8e183d03bb8a931fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0010\ST23445.txtþ þTEXT\0006\ST23445.txtþ
þST23446þ þST23446þ þST23447þ þST23446þ þST23447þ þST23446þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/tapes/.svn/text-base/Tick
erTapeFrameDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST23453þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTickerTapeFrameDescriptor.java.svn-
baseþ þ.TXTþ þtext/plainþ þ1804þ þa29108e63061dc8c24bcd361b2da5dfbþ þ2þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23446.txtþ
þTEXT\0006\ST23446.txtþ
þST23448þ þST23448þ þST23452þ þST23448þ þST23452þ þST23448þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/tapes/.svn/text-base/Tick
erTapeFramesController.java.svn-baseþ þþ þþ þ0þ þ1þ þST23454þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTickerTapeFramesController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9499þ
þ2810c97b503b34422ac119985bb7d7b1þ þ5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23448.txtþ þTEXT\0006\ST23448.txtþ
þST23453þ þST23453þ þST23453þ þST23453þ þST23453þ þST23453þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/tapes/TickerTapeFrameDesc
riptor.javaþ þþ þþ þ0þ þ1þ þST23446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapeFr
ameDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1804þ þa29108e63061dc8c24bcd361b
2da5dfbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0010\ST23453.javaþ þþ
þST23454þ þST23454þ þST23454þ þST23454þ þST23454þ þST23454þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/tapes/TickerTapeFramesCon
troller.javaþ þþ þþ þ0þ þ1þ þST23448þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapeF
ramesController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9499þ þ2810c97b503b34422ac1199
85bb7d7b1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0010\ST23454.javaþ þþ
þST23455þ þST23455þ þST23455þ þST23455þ þST23455þ þST23455þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/TickerTapeController.java

þ þþ þþ þþ þ0þ þ1þ þST23440þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapeController.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5350þ þ36a4aa94a9ab4c20d4961dcc154c2829þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23455
.javaþ þþ
þST23456þ þST23456þ þST23456þ þST23456þ þST23456þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/core/multiviewer/tickertape/TickerTapeDescriptor.java
þ þþ þþ þ0þ þ1þ þST23443þ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapeDescriptor.ja
vaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ442þ þ818a032195c246d290b27d071fe55aefþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23456.
javaþ þþ
þST23457þ þST23457þ þST23457þ þST23457þ þST23457þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þ8ea35a3170fdb96952a61c
dd3a811555þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST23457.txtþ þTEXT\0006\ST23457.txtþ
þST23458þ þST23458þ þST23458þ þST23458þ þST23458þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ11/12/2010þ þ00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXT
þ þtext/plainþ þþ þ240þ þ9ba7614fc5d8c763e1d663156457f7bfþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23458.txtþ þTEXT\0006\S
T23458.txtþ
þST23459þ þST23459þ þST23459þ þST23459þ þST23459þ þST23459þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ115þ þe54216ad6b78dc8ccc0826f36773e2f1þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23459.tx
tþ þTEXT\0006\ST23459.txtþ
þST23460þ þST23460þ þST23460þ þST23460þ þST23460þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ11/12/2010þ þ00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þen
triesþ þ.TXTþ þtext/plainþ þþ þ251þ þ12b6bcf575cc9843579c5e5de31c7956þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23460.txtþ þ
þTEXT\0006\ST23460.txtþ
þST23461þ þST23461þ þST23461þ þST23461þ þST23461þ þST23461þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/all-wcpropsþ þþ þþ þ0þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1325þ þ1baef8afff16af19dd0d523eb3b94614þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23461.t

xtþ þTEXT\0006\ST23461.txtþ
þST23462þ þST23462þ þST23463þ þST23462þ þST23463þ þST23462þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/entriesþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2010þ þ00:00:00þ þ2010-11-12T00:00:00-05:00þ þ128
9538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1212þ þ666e6cf7fa6883381b8159ad968be973þ þ2
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23462.txtþ þTEXT\0006\ST23462.txtþ
þST23464þ þST23464þ þST23472þ þST23464þ þST23472þ þST23464þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/EditTapeWin
dow.java.svn-baseþ þþ þþ þ0þ þ1þ þST23495þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þEditTa
peWindow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ21373þ þ5232d9a8aec30052a110dd6f02f4e
a79þ þ9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE
S\0010\ST23464.txtþ þTEXT\0006\ST23464.txtþ
þST23473þ þST23473þ þST23473þ þST23473þ þST23473þ þST23473þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/ITickerTape
FramelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST23496þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þITickerTapeFramelListener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ390þ þ9a657c751
6b3e1c1d96ca638de5e9807þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
FALSEþ þTRUEþ þNATIVES\0010\ST23473.txtþ þTEXT\0006\ST23473.txtþ
þST23474þ þST23474þ þST23474þ þST23474þ þST23474þ þST23474þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/ITickerTape
PanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST23497þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/29/
2007þ þ00:00:00þ þ2007-10-29T00:00:00-04:00þ þ1193630400þ þITickerTapePanelListener.
java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1199þ þc77e1f3b2221fe7177cec27e7e2c5b95þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2
3474.txtþ þTEXT\0006\ST23474.txtþ
þST23475þ þST23475þ þST23475þ þST23475þ þST23475þ þST23475þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/TapeFilter.
java.svn-baseþ þþ þþ þ0þ þ1þ þST23534þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFilter
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1197þ þee54af79f50d606a62ecf9985199060cþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST
23475.txtþ þTEXT\0006\ST23475.txtþ
þST23476þ þST23476þ þST23478þ þST23476þ þST23478þ þST23476þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/TapeFilterM
ng.java.svn-baseþ þþ þþ þ0þ þ1þ þST23535þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFil
terMng.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6907þ þ11038be6fe5d75224bb24072b874d5d9
þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
010\ST23476.txtþ þTEXT\0006\ST23476.txtþ

þST23479þ þST23479þ þST23479þ þST23479þ þST23479þ þST23479þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/TickerTapeP anel.form.svn-baseþ þþ þþ þ0þ þ1þ þST23549þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicke rTapePanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ35834þ þ6320890480746b83008cc0 34223644cbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0010\ST23479.xmlþ þþ

þST23480þ þST23480þ þST23494þ þST23480þ þST23494þ þST23480þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/.svn/text-base/TickerTapeP anel.java.svn-baseþ þþ þþ þ0þ þ1þ þST23550þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/29/2007þ þ00 :00:00þ þ2007-10-29T00:00:00-04:00þ þ1193630400þ þTickerTapePanel.java.svn-baseþ þ.T XTþ þtext/plainþ þþ þ43689þ þd7e3105f547f7b669ea9635a06ac2971þ þ15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23480.txtþ þTEXT\0 006\ST23480.txtþ

þST23495þ þST23495þ þST23495þ þST23495þ þST23495þ þST23495þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/EditTapeWindow.javaþ þþ þþ þ0þ þ1þ þST23464þ þþ þþ þþ þþ þþ þþ þþ þþ þEditTapeWindow.javaþ þ.JAVAþ þ text/x-java-sourceþ þ21373þ þ5232d9a8aec30052a110dd6f02f4ea79þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23495.javaþ þþ

þST23496þ þST23496þ þST23496þ þST23496þ þST23496þ þST23496þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/ITickerTapeFramelListener. javaþ þþ þþ þ0þ þ1þ þST23473þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITickerTapeFrameLi stener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ390þ þ9a657c7516b3e1c1d96ca638de5e9807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23496.javaþ þþ

þST23497þ þST23497þ þST23497þ þST23497þ þST23497þ þST23497þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/ITickerTapePanelListener.j avaþ þþ þþ þ0þ þ1þ þST23474þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITickerTapePanelList ener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1199þ þc77e1f3b2221fe7177cec27e7e2c5b95þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ ST23497.javaþ þþ

þST23498þ þST23498þ þST23499þ þST23498þ þST23499þ þST23498þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/all-wcpropsþ þþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ 1764þ þf9ac7d25e57fb395abbc3eced54bf592þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23498.txtþ þTEXT\0006\ST23498.txtþ

þST23500þ þST23500þ þST23502þ þST23500þ þST23502þ þST23500þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/entriesþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2010þ þ00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1539þ þd012db5aea25465b24fafeebf0e9b49 9þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0010\ST23500.txtþ þTEXT\0006\ST23500.txtþ

þST23503þ þST23503þ þST23504þ þST23503þ þST23504þ þST23503þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/FetchT hread.java.svn-baseþ þþ þþ þ0þ þ1þ þST23524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFetc hThread.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1667þ þe6939bf146d9a3d9902af4d23696509 5þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0010\ST23503.txtþ þTEXT\0006\ST23503.txtþ

þST23505þ þST23505þ þST23505þ þST23505þ þST23505þ þST23505þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/FrameC ontroller.java.svn-baseþ þþ þþ þ0þ þ1þ þST23525þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ FrameController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ137þ þ7defbe3f49b4bb904a1e4927 49967aa1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN ATIVES\0010\ST23505.txtþ þTEXT\0006\ST23505.txtþ

þST23506þ þST23506þ þST23506þ þST23506þ þST23506þ þST23506þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/IDrawe r.java.svn-baseþ þþ þþ þ0þ þ1þ þST23526þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDrawer. java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ161þ þ724f16066bef229cf05631c378860204þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23 506.txtþ þTEXT\0006\ST23506.txtþ

þST23507þ þST23507þ þST23507þ þST23507þ þST23507þ þST23507þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/Queue. java.svn-baseþ þþ þþ þ0þ þ1þ þST23527þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQueue.java .svn-baseþ þ.TXTþ þtext/plainþ þþ þ1533þ þe04294f55a48edba156aa075cbd8990cþ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23507 .txtþ þTEXT\0006\ST23507.txtþ

þST23508þ þST23508þ þST23508þ þST23508þ þST23508þ þST23508þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/Scroll Thread.java.svn-baseþ þþ þþ þ0þ þ1þ þST23528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þScr ollThread.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1114þ þ766929df3df40acb4fcd9b75ff10f 645þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE S\0010\ST23508.txtþ þTEXT\0006\ST23508.txtþ

þST23509þ þST23509þ þST23509þ þST23509þ þST23509þ þST23509þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/TapeCh art.java.svn-baseþ þþ þþ þ0þ þ1þ þST23529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeCh

art.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ710þ þ51ae671f98f881c77ff5ca8059c5e974þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\
ST23509.txtþ þTEXT\0006\ST23509.txtþ

þST23510þ þST23510þ þST23510þ þST23510þ þST23510þ þST23510þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/TapeCo
ntroller.java.svn-baseþ þþ þþ þ0þ þ1þ þST23530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
apeController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ964þ þ1bf82439314da6088b98d8c243
e9145fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0010\ST23510.txtþ þTEXT\0006\ST23510.txtþ

þST23511þ þST23513þ þST23511þ þST23513þ þST23511þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/TapeFr
ame.java.svn-baseþ þþ þþ þ0þ þ1þ þST23531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFr
ame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4004þ þ0edb7c5c2e07f689378acaf91ed07b9cþ þ
3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23511.txtþ þTEXT\0006\ST23511.txtþ

þST23514þ þST23514þ þST23516þ þST23514þ þST23516þ þST23514þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/TapeNa
vPnl.java.svn-baseþ þþ þþ þ0þ þ1þ þST23532þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeN
avPnl.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3389þ þcb9ad369a3da33e9e680e9d91d560e30þ
þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
10\ST23514.txtþ þTEXT\0006\ST23514.txtþ

þST23517þ þST23517þ þST23523þ þST23517þ þST23523þ þST23517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/.svn/text-base/TapePa
nel.java.svn-baseþ þþ þþ þ0þ þ1þ þST23533þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapePa
nel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ12224þ þ057ae9605a7513c57421094eb2a92a23þ
þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\001
0\ST23517.txtþ þTEXT\0006\ST23517.txtþ

þST23524þ þST23524þ þST23524þ þST23524þ þST23524þ þST23524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/FetchThread.javaþ þþ þ
þ þ0þ þ1þ þST23503þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFetchThread.javaþ þ.JAVAþ þte
xt/x-java-sourceþ þþ þ1667þ þe6939bf146d9a3d9902af4d236965095þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23524.javaþ þþ
þST23525þ þST23525þ þST23525þ þST23525þ þST23525þ þST23525þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/FrameController.javaþ
þþ þþ þ0þ þ1þ þST23505þ þþ þþ þþ þþ þþ þþ þþ þþ þFrameController.javaþ þ.
JAVAþ þtext/x-java-sourceþ þþ þ137þ þ7defbe3f49b4bb904a1e492749967aa1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23525.javaþ
þþ

þST23526þ þST23526þ þST23526þ þST23526þ þST23526þ þST23526þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/IDrawer.javaþ þþ þþ þ0 þ þ1þ þ1þ þST23506þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIDrawer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ161þ þ724f16066bef229cf05631c378860204þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23526.javaþ þþ þST23527þ þST23527þ þST23527þ þST23527þ þST23527þ þST23527þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/Queue.javaþ þþ þþ þ0þ þ1þ þ1þ þST23507þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þQueue.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1533þ þe04294f55a48edba156aa075cbd8990cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23527.javaþ þþ þST23528þ þST23528þ þST23528þ þST23528þ þST23528þ þST23528þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/ScrollThread.javaþ þþ þþ þ0þ þ1þ þ1þ þST23508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þScrollThread.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1114þ þ766929df3df40acb4fcd9b75ff10f645þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23528.javaþ þþ þST23529þ þST23529þ þST23529þ þST23529þ þST23529þ þST23529þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/TapeChart.javaþ þþ þþ þ0þ þ1þ þST23509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeChart.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ710þ þ51ae671f98f881c77ff5ca8059c5e974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23529.javaþ þþ þST23530þ þST23530þ þST23530þ þST23530þ þST23530þ þST23530þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/TapeController.javaþ þþ þþ þ0þ þ1þ þ1þ þST23510þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ964þ þ1bf82439314da6088b98d8c243e9145fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23530.javaþ þþ þST23531þ þST23531þ þST23531þ þST23531þ þST23531þ þST23531þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/TapeFrame.javaþ þþ þþ þ0þ þ1þ þST23511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4004þ þ0edb7c5c2e07f689378acaf91ed07b9cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23531.javaþ þþ þST23532þ þST23532þ þST23532þ þST23532þ þST23532þ þST23532þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/TapeNavPnl.javaþ þþ þþ þ0þ þST23514þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeNavPnl.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3389þ þcb9ad369a3da33e9e680e9d91d560e30þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23532.javaþ þþ þST23533þ þST23533þ þST23533þ þST23533þ þST23533þ þST23533þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tape/TapePanel.javaþ þþ þþ þ0þ þ1þ þST23517þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapePanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ12224þ þ057ae9605a7513c57421094eb2a92a23þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23533.javaþ þþ þST23534þ þST23534þ þST23534þ þST23534þ þST23534þ þST23534þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/TapeFilter.javaþ þþ þþ þ0þ þ1þ þST23475þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFilter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1197þ þee54af79f50d606a62ecf9985199060cþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23534.javaþ þþ þST23535þ þST23535þ þST23535þ þST23535þ þST23535þ þST23535þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/TapeFilterMng.javaþ þþ þþ þ0þ þ1þ þST23476þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFilterMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6907þ þ11038be6fe5d75224b24072b874d5d9þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23535.javaþ þþ þST23536þ þST23536þ þST23536þ þST23536þ þST23536þ þST23536þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ790þ þ2353d2b78f13451351f5c19bece40b12þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23536.txtþ þTEXT\0006\ST23536.txtþ þST23537þ þST23537þ þST23537þ þST23537þ þST23537þ þST23537þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/16/2010þ þ00:00:00þ þ2010-08-16T00:00:00-04:00þ þ1281931200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ715þ þ51e89588674150e1506c393f3aaf09b1þ þ1þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23537.txtþ þTEXT\0006\ST23537.txtþ þST23538þ þST23538þ þST23538þ þST23538þ þST23538þ þST23538þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/.svn/text-base/IItem.java.svn-baseþ þþ þþ þ0þ þ1þ þST23545þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIItem.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ211þ þ92a4c328330491d7bebe2697f60a56afþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23538.txtþ þTEXT\0006\ST23538.txtþ þST23539þ þST23539þ þST23541þ þST23539þ þST23541þ þST23539þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/.svn/text-base/TapeDrawer.java.svn-baseþ þþ þþ þ0þ þ1þ þST23546þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeDrawer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4285þ þc04a8e7757896e7e9024e1c102eb941dþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVE

S\0010\ST23539.txtþ þTEXT\0006\ST23539.txtþ

þST23542þ þST23542þ þST23542þ þST23542þ þST23542þ þST23542þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/.svn/text-base/TapeItem.java.svn-baseþ þþ þþ þ0þ þ1þ þST23547þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeItem.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1070þ þ40b3646872868084f8bc9dd266eb31ddþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23542.txtþ þTEXT\0006\ST23542.txtþ

þST23543þ þST23543þ þST23544þ þST23543þ þST23544þ þST23543þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/.svn/text-base/TapeStarter.java.svn-baseþ þþ þþ þ0þ þ1þ þST23548þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeStarter.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1802þ þaa305cad3e4007a9f767ef23c0d0dab3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23543.txtþ þTEXT\0006\ST23543.txtþ

þST23545þ þST23545þ þST23545þ þST23545þ þST23545þ þST23545þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/IItem.javaþ þþ þþ þ0þ þ1þ þST23538þ þþ þþ þþ þþ þþ þþ þþ þþ þIItem.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ211þ þ92a4c328330491d7bebe2697f60a56afþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23545.javaþ þþ

þST23546þ þST23546þ þST23546þ þST23546þ þST23546þ þST23546þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/TapeDrawer.javaþ þþ þþ þ0þ þ1þ þST23539þ þþ þþ þþ þþ þþ þþ þþ þþ þTapeDrawer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4285þ þc04a8e7757896e7e9024e1c102eb941dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23546.javaþ þþ

þST23547þ þST23547þ þST23547þ þST23547þ þST23547þ þST23547þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/TapeItem.javaþ þþ þþ þ0þ þ1þ þST23542þ þþ þþ þþ þþ þþ þþ þþ þþ þTapeItem.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1070þ þ40b3646872868084f8bc9dd266eb31ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23547.javaþ þþ

þST23548þ þST23548þ þST23548þ þST23548þ þST23548þ þST23548þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/tapeprop/TapeStarter.javaþ þþ þþ þ0þ þ1þ þST23543þ þþ þþ þþ þþ þþ þþ þþ þþ þTapeStarter.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1802þ þaa305cad3e4007a9f767ef23c0d0dab3þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23548.javaþ þþ

þST23549þ þST23549þ þST23549þ þST23549þ þST23549þ þST23549þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel.formþ þþ þþ þ0þ þ1þ þST23479þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel.formþ þ.XMLþ þ

application/xmlþ þþ þ35834þ þ6320890480746b83008cc034223644cbþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23549.xmlþ þþ þST23550þ þST23550þ þST23550þ þST23550þ þST23550þ þST23550þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/com/equityfeed/gui/multiviewer/tickertape/TickerTapePanel.javaþ þþ þþ þ0þ þ1þ þST23480þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTapePanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ43689þ þd7e3105f547f7b669ea9635a06ac2971þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23550.javaþ þþ þST23551þ þST23551þ þST23551þ þST23551þ þST23551þ þST23551þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/tape/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ932þ þa335ed46f4ef0ca69a917eccef8d7b3eþ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23551.txtþ þTEXT\0006\ST23551.txtþ þST23552þ þST23552þ þST23553þ þST23552þ þST23553þ þST23552þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/tape/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ12/04/20 09þ þ00:00:00þ þ2009-12-04T00:00:00-05:00þ þ1259902800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1115þ þ53c52348480bf9b6532eb51fe5c72050þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23552.txtþ þTEXT\0006\ST23552.txtþ þST23554þ þST23554þ þST23554þ þST23554þ þST23554þ þST23554þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/tape/.svn/text-base/ITapeManager.java.svn-baseþ þþ þþ þ0þ þ1þ þST23569 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITapeManager.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ499þ þ1c098025aa80cfc732442b00e7dc97a6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23554.txtþ þTEXT\0006\ST23554.txtþ þST23555þ þST23555þ þST23555þ þST23555þ þST23555þ þST23555þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/tape/.svn/text-base/Tape.java.svn-baseþ þþ þþ þ0þ þ1þ þST23570þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTape.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ267þ þb9f7 37752df80f9761a971125985d154þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL SEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23555.txtþ þTEXT\0006\ST23555.txtþ þST23556þ þST23556þ þST23558þ þST23556þ þST23558þ þST23556þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/tape/.svn/text-base/TapeCommander.java.svn-baseþ þþ þþ þ0þ þ1þ þST2357 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeCommander.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ5004þ þ5e46847fd0d33a0bd8307c43bfd8ed76þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23556.txtþ þTEXT\0006\ST23556. txtþ þST23559þ þST23559þ þST23564þ þST23559þ þST23564þ þST23559þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tape/src/tape/.svn/text-base/TapeData.java.svn-baseþ þþ þþ þ0þ þ1þ þST23572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeData.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ10

526þ þ8b78dd4e1a03c690c88cbf492c7a3412þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23559.txtþ þTEXT\0006\ST23559.txtþ
þST23565þ þST23565þ þST23565þ þST23565þ þST23565þ þST23565þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/.svn/text-base/TapeFilter.java.svn-baseþ þþ þþ þ0þ þ1þ þST23573þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeFilter.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ1279þ þ2e28db458f85502b766fd0173dfba2d6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23565.txtþ þTEXT\0006\ST23565.txtþ
þST23566þ þST23566þ þST23566þ þST23566þ þST23566þ þST23566þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/.svn/text-base/TapeLoader.java.svn-baseþ þþ þþ þ0þ þ1þ þST23574þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapeLoader.java.svn-baseþ þ.TXTþ þtext/plainþ þ
þ þ1402þ þd1e8000a331254bc9196d7280ee9bcd8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23566.txtþ þTEXT\0006\ST23566.txtþ
þST23567þ þST23567þ þST23568þ þST23567þ þST23568þ þST23567þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/.svn/text-base/TapesController.java.svn-baseþ þþ þþ þ0þ þ1þ þST23
575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTapesController.java.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ1585þ þ2dc7edddd3dce4f1da9f7b62d3e07156þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23567.txtþ þTEXT\0006\ST23567.txtþ
þST23569þ þST23569þ þST23569þ þST23569þ þST23569þ þST23569þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/ITapeManager.javaþ þþ þþ þ0þ þ1þ þST23554þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þITapeManager.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ499þ þ1c098025aa80c
fc732442b00e7dc97a6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0010\ST23569.javaþ þþ
þST23570þ þST23570þ þST23570þ þST23570þ þST23570þ þST23570þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/Tape.javaþ þþ þþ þ0þ þ1þ þST23555þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTape.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ267þ þb9f737752df80f9761a971125985d
154þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0010\ST23570.javaþ þþ
þST23571þ þST23571þ þST23571þ þST23571þ þST23571þ þST23571þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/TapeCommander.javaþ þþ þþ þ0þ þ1þ þST23556þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTapeCommander.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5004þ þ5e46847fd0
d33a0bd8307c43bfd8ed76þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0010\ST23571.javaþ þþ
þST23572þ þST23572þ þST23572þ þST23572þ þST23572þ þST23572þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/TapeData.javaþ þþ þþ þ0þ þ1þ þST23559þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTapeData.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ10526þ þ8b78dd4e1a03c690c88

cbf492c7a3412þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23572.javaþ þþ
þST23573þ þST23573þ þST23573þ þST23573þ þST23573þ þST23573þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/TapeFilter.javaþ þþ þþ þ0þ þ1þ þST23565þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTapeFilter.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1279þ þ2e28db458f85502b766fd0173dfba2d6þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23573.javaþ þþ
þST23574þ þST23574þ þST23574þ þST23574þ þST23574þ þST23574þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/TapeLoader.javaþ þþ þþ þ0þ þ1þ þST23566þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTapeLoader.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1402þ þd1e8000a331254bc9196d7280ee9bcd8þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23574.javaþ þþ
þST23575þ þST23575þ þST23575þ þST23575þ þST23575þ þST23575þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/src/tape/TapesController.javaþ þþ þþ þ0þ þ1þ þST23567þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTapesController.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1585þ þ2dc7edddd3dce4f1da9f7b62d3e07156þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23575.javaþ þþ
þST23576þ þST23576þ þST23576þ þST23576þ þST23576þ þST23576þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/tape.jarþ þþ þþ þ0þ þ1þ þST23347;
ST23406þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtape.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ137954þ þf9512d173a3e39aedf35c17e082e0c6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23576.jarþ þþ
þST23577þ þST23577þ þST23577þ þST23577þ þST23577þ þST23577þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þ0a8e00d386d669371a0f9ee447f34d43þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST235
77.txtþ þTEXT\0006\ST23577.txtþ
þST23578þ þST23578þ þST23578þ þST23578þ þST23578þ þST23578þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tape/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/29/2009þ
þ00:00:00þ þ2009-07-29T00:00:00-04:00þ þ1248840000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
154þ þ651361177302e1444e96ae80adfd9e1fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23578.txtþ þTEXT\0006\ST23578.txtþ
þST23579þ þST23579þ þST23579þ þST23579þ þST23579þ þST23579þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ430þ þdfe130c423368b88b2971d8c63f8eb48þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\S

T23579.txtþ þTEXT\0006\ST23579.txtþ
þST23580þ þST23580þ þST23580þ þST23580þ þST23580þ þST23580þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843;
ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23869;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ37þ þ
f37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23580.txtþ þTEXT\0006\ST23580.txtþ
þST23581þ þST23581þ þST23582þ þST23581þ þST23582þ þST23581þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/05/201
1þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ720þ þba7e863f8ba75ccb849f02a951dea649þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23581.txtþ þTEXT\0006\ST23581.txtþ
þST23583þ þST23583þ þST23583þ þST23583þ þST23583þ þST23583þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/prop-base/tickerscreen.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;

ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;

ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;

ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20686; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;
ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickerscreen.jar.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23583.txtþ þTEXT\0006\ST23583
.txtþ
þST23584þ þST23584þ þST23584þ þST23584þ þST23584þ þST23584þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23676þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3810þ þ
0473e6148b22a78be9c97d6ddc338580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23584.xmlþ þþ
þST23585þ þST23585þ þST23585þ þST23585þ þST23585þ þST23585þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567;
ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270;
ST20273; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771;
ST22794; ST22860; ST23693; ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23585.txtþ þTEXT\0006\ST23585.txtþ
þST23586þ þST23586þ þST23586þ þST23586þ þST23586þ þST23586þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/.svn/text-base/tickerscreen.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickerscreen.jar.svn-baseþ þ.JARþ þapplication/java-arc
hiveþ þþ þ162193þ þb377452fea18bb9b59dba2daed8d8253þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23586.jarþ þþ
þST23587þ þST23587þ þST23587þ þST23587þ þST23587þ þST23587þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ76þ þ
77335de408b21a3ab9b267afedee4587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23587.propertiesþ þþ
þST23588þ þST23588þ þST23588þ þST23588þ þST23588þ þST23588þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/core/DesktopUtil.classþ þþ þþ þþ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopUtil.classþ þ.CLASSþ þapplication/java -vmþ þþ þ1097þ þ7866f0f8f8fc12d5010c0ada9ba70b6cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23588.classþ þþ
þST23589þ þST23589þ þST23589þ þST23589þ þST23589þ þST23589þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/core/DiskMng.classþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDiskMng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ 3574þ þcc251845c39fa8b726e4718810a3b9d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23589.classþ þþ
þST23590þ þST23590þ þST23590þ þST23590þ þST23590þ þST23590þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/core/InstrumentUtil.classþ þþ þþ þþ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentUtil.classþ þ.CLASSþ þapplicatio n/java-vmþ þþ þ829þ þ936242a11f18457d664ef31959bf3b00þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23590.classþ þþ
þST23591þ þST23591þ þST23591þ þST23591þ þST23591þ þST23591þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/core/InstrumentUtil$Populateable.clas sþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentUtil$Populateable.c lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1451þ þbdafd47a41743425e80fba34b5f7999dþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST2 3591.classþ þþ
þST23592þ þST23592þ þST23592þ þST23592þ þST23592þ þST23592þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/core/LayoutDescriptor.classþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutDescriptor.classþ þ.CLASSþ þapplic ation/java-vmþ þþ þ1217þ þa7c3409e8db21a730587290cffb8c844þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23592.classþ þþ
þST23593þ þST23593þ þST23593þ þST23593þ þST23593þ þST23593þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/core/LayoutMng.classþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutMng.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4075þ þ25e628872370aa9428c0ac316c138d71þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23593.classþ þþ
þST23594þ þST23594þ þST23594þ þST23594þ þST23594þ þST23594þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/browser/BrowserPanel.classþ þþ þþ þþ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þBrowserPanel.classþ þ.CLASSþ þapplica tion/java-vmþ þþ þ1384þ þ8976acb525a9c729e3b854051897953þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23594.classþ þþ
þST23595þ þST23595þ þST23595þ þST23595þ þST23595þ þST23595þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/Busy.classþ þþ þþ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusy.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2398þ þ 293ff2653edca0592c0a34692cc08b58þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23595.classþ þþ
þST23596þ þST23596þ þST23596þ þST23596þ þST23596þ þST23596þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame.classþ þþ þþ þþ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ43388þ þ81bfd7f129406645a834ee57180c65b3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23596.classþ þþ
þST23597þ þST23597þ þST23597þ þST23597þ þST23597þ þST23597þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$1.classþ þþ þþ þþ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$1.classþ þ.CLASSþ þapplication /java-vmþ þþ þ711þ þ3f2940cbc09e666e690b16a10a312ee2þ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23597.classþ þþ
þST23598þ þST23598þ þST23598þ þST23598þ þST23598þ þST23598þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$10.classþ þþ þþ þþ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$10.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ816þ þ9b584f79071da9dcfa24c170ab3f8ffaþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23598.classþ þþ
þST23599þ þST23599þ þST23599þ þST23599þ þST23599þ þST23599þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$11.classþ þþ þþ þþ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$11.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þ92072493f825ae7a2402effb0a46d862þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23599.classþ þþ
þST23600þ þST23600þ þST23600þ þST23600þ þST23600þ þST23600þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$12.classþ þþ þþ þþ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$12.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þfcdbaa2ef4895c7305addb4e733aa0d9þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23600.classþ þþ
þST23601þ þST23601þ þST23601þ þST23601þ þST23601þ þST23601þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$13.classþ þþ þþ þþ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$13.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þaeec7f9ed92acb2bda9a43fcf468552aþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVESþ\0010\ST23601.classþ þþ
þST23602þ þST23602þ þST23602þ þST23602þ þST23602þ þST23602þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$14.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$14.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þbfcb987c8d244d04d3484ee1d9474eadþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23602.classþ þþ
þST23603þ þST23603þ þST23603þ þST23603þ þST23603þ þST23603þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$15.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$15.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þa2e0b19eb4597ef042bcc55bb110ff8aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23603.classþ þþ
þST23604þ þST23604þ þST23604þ þST23604þ þST23604þ þST23604þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$16.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$16.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ40da007cccf4f60e18984a29e04c165cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23604.classþ þþ
þST23605þ þST23605þ þST23605þ þST23605þ þST23605þ þST23605þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$17.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$17.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ2c9a749351dd7576106d618ef8035360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23605.classþ þþ
þST23606þ þST23606þ þST23606þ þST23606þ þST23606þ þST23606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$18.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$18.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ7d80c092eedf54cc1528f9737b87b274þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23606.classþ þþ
þST23607þ þST23607þ þST23607þ þST23607þ þST23607þ þST23607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$19.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$19.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ0844217d28b53913347ad8ec982f5fd9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23607.classþ þþ
þST23608þ þST23608þ þST23608þ þST23608þ þST23608þ þST23608þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$2.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$2.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ800þ þ60fdd7423e696beeeaab5fd157496172þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23608.classþ þþ
þST23609þ þST23609þ þST23609þ þST23609þ þST23609þ þST23609þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$20.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$20.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þd138d7975fcc1d7ae9c072c4bc94a646þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23609.classþ þþ
þST23610þ þST23610þ þST23610þ þST23610þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$21.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$21.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ8f80c95296700efd6f20e0f9d54cc7d9þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23610.classþ þþ
þST23611þ þST23611þ þST23611þ þST23611þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$22.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$22.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ8454721ccb5a45ecd9864cdf98ed90ddþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23611.classþ þþ
þST23612þ þST23612þ þST23612þ þST23612þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$23.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$23.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þd3829b3aeec5cde2e1b353bcf6ff948bþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23612.classþ þþ
þST23613þ þST23613þ þST23613þ þST23613þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$24.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$24.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ38d0099e5fb84d1067895fe3b17a4ec6þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23613.classþ þþ
þST23614þ þST23614þ þST23614þ þST23614þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$25.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$25.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ5d2b6a0883ff8739941c07ea8347831aþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23614.classþ þþ
þST23615þ þST23615þ þST23615þ þST23615þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$26.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$26.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ773þ þ614f183b49cebc5082be3ac0a60a7234þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23615.classþ þþ
þST23616þ þST23616þ þST23616þ þST23616þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$27.classþ þþ þþ þ0þ þ

1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$27.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þcdeaeb430f7126d8b4aa2f2a3c880981þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23616.classþ þþ
þST23617þ þST23617þ þST23617þ þST23617þ þST23617þ þST23617þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$28.classþ þþ þþ þþ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$28.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þca59c04f5a2e3278ebd060413f3460a2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23617.classþ þþ
þST23618þ þST23618þ þST23618þ þST23618þ þST23618þ þST23618þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$29.classþ þþ þþ þþ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$29.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ1ef34721e8b58c1d8eb3950dd814db20þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23618.classþ þþ
þST23619þ þST23619þ þST23619þ þST23619þ þST23619þ þST23619þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$3.classþ þþ þþ þþ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$3.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ814þ þc78ffddde89a925ee6503c38ce22a747þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23619.classþ þþ
þST23620þ þST23620þ þST23620þ þST23620þ þST23620þ þST23620þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$30.classþ þþ þþ þþ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$30.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þf5209f8f8b2121dbcb7bf1ab03bd0037þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23620.classþ þþ
þST23621þ þST23621þ þST23621þ þST23621þ þST23621þ þST23621þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$31.classþ þþ þþ þþ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$31.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ9f56af6049f21a93f0fd08e684818200þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23621.classþ þþ
þST23622þ þST23622þ þST23622þ þST23622þ þST23622þ þST23622þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$32.classþ þþ þþ þþ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$32.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ8c6f2bfc5c18610686f9a984857013e3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23622.classþ þþ
þST23623þ þST23623þ þST23623þ þST23623þ þST23623þ þST23623þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$33.classþ þþ þþ þþ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$33.classþ þ.CLASSþ þapplicati

on/java-vmþ þþ þ817þ þ55b3ced6b5774845e44ba989517976dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23623.classþ þþ þST23624þ þST23624þ þST23624þ þST23624þ þST23624þ þST23624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$34.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$34.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þfd6fdc0399c06b9098a31695cc249ddcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23624.classþ þþ þST23625þ þST23625þ þST23625þ þST23625þ þST23625þ þST23625þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$35.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$35.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þa53c3bf68dd67a1648f451b2f9421c9bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23625.classþ þþ þST23626þ þST23626þ þST23626þ þST23626þ þST23626þ þST23626þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$36.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$36.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þ01f3c153dce6003b2c976f0607bac96eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23626.classþ þþ þST23627þ þST23627þ þST23627þ þST23627þ þST23627þ þST23627þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$37.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$37.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þb5e393b7eb8b3daa0bc1ae6cc87a856fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23627.classþ þþ þST23628þ þST23628þ þST23628þ þST23628þ þST23628þ þST23628þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$38.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$38.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þfe352e537f44b626200c4daa4c3b0285þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23628.classþ þþ þST23629þ þST23629þ þST23629þ þST23629þ þST23629þ þST23629þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$39.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$39.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ817þ þ0bb5015a4034947b0f57624856243ec5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23629.classþ þþ þST23630þ þST23630þ þST23630þ þST23630þ þST23630þ þST23630þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$4.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$4.classþ þ.CLASSþ þapplication /java-vmþ þþ þ814þ þ2f68996bef7e8b56ccbcd96f69772033þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23630.classþ þþ
þST23631þ þST23631þ þST23631þ þST23631þ þST23631þ þST23631þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$40.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$40.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ1c4b2447c26623691c1414e886bc5b54þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23631.classþ þþ
þST23632þ þST23632þ þST23632þ þST23632þ þST23632þ þST23632þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$41.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$41.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þcf7846053c989969408d55939ebdb633þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23632.classþ þþ
þST23633þ þST23633þ þST23633þ þST23633þ þST23633þ þST23633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$42.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$42.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þfe039b3e957b66729f5ac81a5ced1986þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23633.classþ þþ
þST23634þ þST23634þ þST23634þ þST23634þ þST23634þ þST23634þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$43.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$43.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þe8f6e69917810ca993e0f797e73a4e18þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23634.classþ þþ
þST23635þ þST23635þ þST23635þ þST23635þ þST23635þ þST23635þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$44.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$44.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þe383271b348f5042c6c2dcdcd575d039þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23635.classþ þþ
þST23636þ þST23636þ þST23636þ þST23636þ þST23636þ þST23636þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$45.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$45.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ7797fbff957adee8b7e9a4b93af2a637þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23636.classþ þþ
þST23637þ þST23637þ þST23637þ þST23637þ þST23637þ þST23637þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$46.classþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$46.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ7bbe4bb1feb39187ef4eaa0fb01a009fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23637.classþ þþ

þST23638þ þST23638þ þST23638þ þST23638þ þST23638þ þST23638þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$47.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$47.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ817þ þ7a556b26c39318f352a55db57e0b4a2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23638.classþ þþ
þST23639þ þST23639þ þST23639þ þST23639þ þST23639þ þST23639þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$48.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$48.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ662þ þc9c0b68e12363e5e69b28c17c8361fd8þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23639.classþ þþ
þST23640þ þST23640þ þST23640þ þST23640þ þST23640þ þST23640þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$49.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$49.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ930þ þ2908b48f9a2ea75d1fe0328d8e8cd769þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23640.classþ þþ
þST23641þ þST23641þ þST23641þ þST23641þ þST23641þ þST23641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$5.classþ þþ þþ þ0þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$5.classþ þ.CLASSþ þapplication
/java-vmþ þþ þ814þ þbe47e50635f1230b4ffaba75a564d634þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23641.classþ þþ
þST23642þ þST23642þ þST23642þ þST23642þ þST23642þ þST23642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$50.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$50.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ549þ þ72633309382b17f6782961bddc7900a3þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23642.classþ þþ
þST23643þ þST23643þ þST23643þ þST23643þ þST23643þ þST23643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$51.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$51.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ633þ þ8c8eb404535fb5607591400d58396a43þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23643.classþ þþ
þST23644þ þST23644þ þST23644þ þST23644þ þST23644þ þST23644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$52.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$52.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ1156þ þcef855183792069d7c3d293769c9d672þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23644.classþ þþ
þST23645þ þST23645þ þST23645þ þST23645þ þST23645þ þST23645þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$53.classþ þþ þþ þ0þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$53.classþ þ.CLASSþ þapplicati on/java-vmþ þþ þ861þ þcdf052156e146ef3e668bbdbf1ecf28bþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23645.classþ þþ þST23646þ þST23646þ þST23646þ þST23646þ þST23646þ þST23646þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$6.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$6.classþ þ.CLASSþ þapplication /java-vmþ þþ þ814þ þcc5b3f98f9987b575a4b662e8e8405e6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23646.classþ þþ þST23647þ þST23647þ þST23647þ þST23647þ þST23647þ þST23647þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$7.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$7.classþ þ.CLASSþ þapplication /java-vmþ þþ þ814þ þddd63248c75c354234c7f4be1de1f383þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23647.classþ þþ þST23648þ þST23648þ þST23648þ þST23648þ þST23648þ þST23648þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$8.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$8.classþ þ.CLASSþ þapplication /java-vmþ þþ þ814þ þ01b0630ddcc7361ed40121a9898e35c4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23648.classþ þþ þST23649þ þST23649þ þST23649þ þST23649þ þST23649þ þST23649þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/DesktopFrame$9.classþ þþ þþ þ0þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame$9.classþ þ.CLASSþ þapplication /java-vmþ þþ þ814þ þ1103cde070ba2094f2067b371e600bcfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23649.classþ þþ þST23650þ þST23650þ þST23650þ þST23650þ þST23650þ þST23650þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/LayoutPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel.classþ þ.CLASSþ þapplication/java- vmþ þþ þ4082þ þ98110dce1ea1af62d2e60a6a7f3a9262þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23650.classþ þþ þST23651þ þST23651þ þST23651þ þST23651þ þST23651þ þST23651þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/LayoutPanel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$1.classþ þ.CLASSþ þapplication/j ava-vmþ þþ þ807þ þ05c5ceeb038a8647322ac2065a2a2eb0þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23651.classþ þþ þST23652þ þST23652þ þST23652þ þST23652þ þST23652þ þST23652þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/LayoutPanel$2.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel$2.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ807þ þ52bc1cd493e2639dde1b4c716f3e8208þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23652.classþ þþ
þST23653þ þST23653þ þST23653þ þST23653þ þST23653þ þST23653þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/AvVisibleTbPanel.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel.classþ þ.CLASSþ
 þapplication/java-
vmþ þþ þ67b8f97f96e0de00813c677516039206þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23653.classþ þþ
þST23654þ þST23654þ þST23654þ þST23654þ þST23654þ þST23654þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/AvVisibleTbPanel$1.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel$1.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ896þ þd815c8bd49df3ebad84d73eacd732c2cþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23654.class
þ þþ
þST23655þ þST23655þ þST23655þ þST23655þ þST23655þ þST23655þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/AvVisibleTbPanel$2.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel$2.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ896þ þ4634d12371f277c1b3688e7122dfdaa3þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23655.class
þ þþ
þST23656þ þST23656þ þST23656þ þST23656þ þST23656þ þST23656þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/AvVisibleTbPanel$3.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel$3.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ896þ þ9999e9a7bad1774ddc7b1665bd7c4df4þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23656.class
þ þþ
þST23657þ þST23657þ þST23657þ þST23657þ þST23657þ þST23657þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/AvVisibleTbPanel$4.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel$4.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ896þ þca9bcad8d7367398ab6c9f9802074ed7þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23657.class
þ þþ
þST23658þ þST23658þ þST23658þ þST23658þ þST23658þ þST23658þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/AvVisibleTbPanel$5.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel$5.classþ þ.CL

ASSþ þapplication/java-vmþ þþ þ896þ þ11abde92851f9bad53751286670d60e4þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23658.class þ þþ

þST23659þ þST23659þ þST23659þ þST23659þ þST23659þ þST23659þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/ColumnChooserPanel.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ5770þ þ7df5466973febfef0919ddd8f2bd928cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23659.clas sþ þþ

þST23660þ þST23660þ þST23660þ þST23660þ þST23660þ þST23660þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/ColumnChooserPanel$1.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þc445e9711804cbfce8210ecf6109599cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23660.cl assþ þþ

þST23661þ þST23661þ þST23661þ þST23661þ þST23661þ þST23661þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/ColumnChooserPanel$2.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þ297b3548acf856926ad6db9551754a7eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23661.cl assþ þþ

þST23662þ þST23662þ þST23662þ þST23662þ þST23662þ þST23662þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/ColumnChooserPanel$3.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þ8c2a97a5da85ebd2fa010df7ed40863eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23662.cl assþ þþ

þST23663þ þST23663þ þST23663þ þST23663þ þST23663þ þST23663þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/ColumnChooserPanel$4.cla ssþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ910þ þ19a923ab42c0aff343195d5e542ff065þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23663.cl assþ þþ

þST23664þ þST23664þ þST23664þ þST23664þ þST23664þ þST23664þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/FontChooserPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFontChooserPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ5334þ þ15267619933e5baca41eecffa96ccd5eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23664.classþ þþ
þST23665þ þST23665þ þST23665þ þST23665þ þST23665þ þST23665þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/FontChooserPanel$1.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFontChooserPanel$1.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ896þ þ52bdd8be727ad9a6a13ee69660830ab1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23665.class
þ þþ
þST23666þ þST23666þ þST23666þ þST23666þ þST23666þ þST23666þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/FontChooserPanel$2.class
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFontChooserPanel$2.classþ þ.CL
ASSþ þapplication/java-vmþ þþ þ896þ þ1b93d07a5315d47d07470b6122c6acdaþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23666.class
þ þþ
þST23667þ þST23667þ þST23667þ þST23667þ þST23667þ þST23667þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/SettingsFrame.classþ þþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ.CLASSþ þappli
cation/java-vmþ þþ þ7327þ þf5986f087e1a1f539f934d18a0051219þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23667.classþ þþ
þST23668þ þST23668þ þST23668þ þST23668þ þST23668þ þST23668þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/SettingsFrame$1.classþ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame$1.classþ þ.CLASSþ þ
application/java-vmþ þþ þ875þ þ2dd55cc4f89bc63aa753e837d93c5528þ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23668.classþ þþ
þST23669þ þST23669þ þST23669þ þST23669þ þST23669þ þST23669þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/SettingsFrame$2.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame$2.classþ þ.CLASSþ þ
application/java-vmþ þþ þ875þ þe14e6a61d8a6998c14070644e2b8e11fþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23669.classþ þþ
þST23670þ þST23670þ þST23670þ þST23670þ þST23670þ þST23670þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/SettingsFrame$3.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame$3.classþ þ.CLASSþ þ
application/java-vmþ þþ þ875þ þcefe2cf81ad629f625aac6a72b5d664bþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23670.classþ þþ
þST23671þ þST23671þ þST23671þ þST23671þ þST23671þ þST23671þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/build/classes/tickerscreen/gui/settings/SettingsFrame$4.classþ þ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame$4.classþ þ.CLASSþ þ

application/java-vmþþ þ875þ þ378da3e68475d63a87ad5d20fb1c6c8cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23671.classþ þþ þST23672þ þST23672þ þST23672þ þST23672þ þST23672þ þST23672þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/SettingsFrame$5.classþ þ þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame$5.classþ þ.CLASSþ þ application/java-vmþþ þ646þ þ62ca701323696e27addbcb8ae7db5673þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23672.classþ þþ þST23673þ þST23673þ þST23673þ þST23673þ þST23673þ þST23673þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/settings/TickerScreenDescriptor.c lassþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerScreenDescriptor.cla ssþ þ.CLASSþ þapplication/java-vmþþ þ864þ þ389cc1ffbad8cf7c97af5e3796e6dfdfþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23673.classþ þþ þST23674þ þST23674þ þST23674þ þST23674þ þST23674þ þST23674þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/TickerInternalFrame.classþ þþ þþ þ 0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerInternalFrame.classþ þ.CLASSþ þa pplication/java-vmþþ þ729þ þ3a49d91b57fbe0dc2decd2a458119c26þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23674.classþ þþ þST23675þ þST23675þ þST23675þ þST23675þ þST23675þ þST23675þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build/classes/tickerscreen/gui/Zoom.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þZoom.classþ þ.CLASSþ þapplication/java-vmþþ þ629þ þ1 57bde6405163b604b3d6f41299aab14þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23675.classþ þþ þST23676þ þST23676þ þST23676þ þST23676þ þST23676þ þST23676þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/build.xmlþ þþ þþ þ0þ þ1þ þST23584þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3810þ þ0473e6148b22a78be9c97d6ddc338580þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0010\ST23676.xmlþ þþ þST23677þ þST23677þ þST23677þ þST23677þ þST23677þ þST23677þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þST23399þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1402592þ þba4fd268478c e0123490d341b263296cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE þ þTRUEþ þNATIVES\0010\ST23677.jarþ þþ þST23678þ þST23678þ þST23678þ þST23678þ þST23678þ þST23678þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/chart.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þchart.jarþ þ.JARþ þapplication/java-archiveþ þþ þ133578þ þ294901ec7636528980e

8c9e06be0329fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23678.jarþ þþ

þST23679þ þST23679þ þST23679þ þST23679þ þST23679þ þST23679þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST13925; ST23401þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ816668þ þ0909dda5d9977be31da38802d129b144þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23679.jarþ þþ

þST23680þ þST23680þ þST23680þ þST23680þ þST23680þ þST23680þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST14255; ST17194; ST17196; ST20752; ST23076; ST24303þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23680.jarþ þþ

þST23681þ þST23681þ þST23681þ þST23681þ þST23681þ þST23681þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST14258; ST19764; ST19827; ST20134; ST23077; ST23402; ST24437þ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-archiveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23681.jarþ þþ

þST23682þ þST23682þ þST23682þ þST23682þ þST23682þ þST23682þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/level1.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel1.jarþ þ.JARþ þapplication/java-archiveþ þþ þ87239þ þ1f2b3511cf5ce80729e490f8d6d5ad59þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23682.jarþ þþ

þST23683þ þST23683þ þST23683þ þST23683þ þST23683þ þST23683þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/level2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þlevel2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ95062þ þd80c764e496b6e3be465846c7d91d924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23683.jarþ þþ

þST23684þ þST23684þ þST23684þ þST23684þ þST23684þ þST23684þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/news.jarþ þþ þþ þ0þ þ1þ þST23403þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ408487þ þ6cad2aef9dff447dbc20ec49763d7e49þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23684.jarþ þþ

þST23685þ þST23685þ þST23685þ þST23685þ þST23685þ þST23685þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/dist/lib/pivotpc.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þpivotpc.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ17321þ þba4b0f779bf0a8a2115384cbd2bc4effþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23685.jarþ þþ
þST23686þ þST23686þ þST23686þ þST23686þ þST23686þ þST23686þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135;
ST21451; ST22142; ST22659; ST23081; ST24025;
ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23686.jarþ þþ
þST23687þ þST23687þ þST23687þ þST23687þ þST23687þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/lib/talerts.jarþ þþ þþ þ0þ þ1þ þST22930þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þtalerts.jarþ þ.JARþ þapplication/java-archiveþ þþ þ289533þ þ97d8e0e18
5d11f412149e6a08a9ea6d2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0010\ST23687.jarþ þþ
þST23688þ þST23688þ þST23688þ þST23688þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/lib/tickertrading.jarþ þþ þþ þ0þ þ1þ þST23689þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þtickertrading.jarþ þ.JARþ þapplication/java-archiveþ þþ þ25021þ þ319a5
040899ade18df833f3001847afdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0010\ST23688.jarþ þþ
þST23689þ þST23689þ þST23689þ þST23689þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/lib/timetrade.jarþ þþ þþ þ0þ þ1þ þST23874;
ST23992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimetrade.jarþ þ.JARþ þapplication/jav
a-archiveþ þþ þ60502þ þ2faa02177862cb8ad55bc0c66520a87aþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23689.jarþ þþ
þST23690þ þST23690þ þST23690þ þST23690þ þST23690þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/lib/TotalMontage.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTotalMontage.jarþ þ.JARþ þapplication/java-archiveþ þþ þ570853þ þbcfe64
d6105d7e5d1f989bbda89398a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0010\ST23690.jarþ þþ
þST23691þ þST23691þ þST23691þ þST23691þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1328þ þ42e37397a2944c8102df2ba11a6aa588þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST
23691.TXTþ þTEXT\0006\ST23691.txtþ
þST23692þ þST23692þ þST23692þ þST23692þ þST23692þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/dist/tickerscreen.jarþ þþ þþ þ0þ þ1þ þST23816þ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þtickerscreen.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ162163þ þ6f21590e6058549bcad6ba76e366a5d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23692.jarþ þþ
þST23693þ þST23693þ þST23693þ þST23693þ þST23693þ þST23693þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907;
ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411;
ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585;
ST23823;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23693.txtþ þTEXT\0006\ST23693.txtþ
þST23694þ þST23694þ þST23694þ þST23694þ þST23694þ þST23694þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ622þ þ1e4f3a5d37c64e6e1ad87d3df84
954bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATI
VES\0010\ST23694.txtþ þTEXT\0006\ST23694.txtþ
þST23695þ þST23695þ þST23695þ þST23695þ þST23695þ þST23695þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11660; ST12555;
ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504;
ST20760; ST21191; ST21456; ST21910; ST22358; ST22664; ST22796; ST23086;
ST23408; ST23900; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ33þ þ
06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23695.txtþ þTEXT\0006\ST23695.txtþ
þST23696þ þST23696þ þST23697þ þST23696þ þST23697þ þST23696þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ05/03/2011þ þ00:00:00þ þ2011-05-03T00:00:00-04:00þ þ1304395200þ þentriesþ þ.TXTþ þpte
xt/plainþ þþ þ815þ þ4d554a5c6470e54a2d2ce09d942c1c46þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0010\ST23696.txtþ þTEXT\0006\ST23696.txtþ
þST23698þ þST23698þ þST23698þ þST23698þ þST23698þ þST23698þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-
impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ48788þ þ03ad35824f6138b4026d30e457593
289þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0010\ST23698.xmlþ þþ
þST23699þ þST23699þ þST23699þ þST23699þ þST23699þ þST23699þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ

þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtex
t/plainþ þþ þ475þ þe551d8f41a9df3cee847627354b3b30þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23699.txtþ þTEXT\0006\ST2369
9.txtþ

þST23700þ þST23700þ þST23701þ þST23700þ þST23701þ þST23700þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.TXTþ þtext/
plainþ þþ þ4067þ þ773cb4b17ea44ea51a7fcd26bdf8f383þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23700.txtþ þTEXT\0006\ST23700
.txtþ

þST23702þ þST23702þ þST23702þ þST23702þ þST23702þ þST23702þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23
708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/
xmlþ þþ þ520þ þ7b711c1b86d367154b50b551f089cc67þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23702.xmlþ þ

þST23703þ þST23703þ þST23703þ þST23703þ þST23703þ þST23703þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56302þ þed0de82d78d71000726
243fead98e8a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0010\ST23703.xmlþ þþ

þST23704þ þST23704þ þST23704þ þST23704þ þST23704þ þST23704þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475
þ þ0961dea9705493a7d032cb7bf6a41946þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0010\ST23704.propertiesþ þ

þST23705þ þST23705þ þST23705þ þST23705þ þST23705þ þST23705þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ
þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23705.propertiesþ þ

þST23706þ þST23706þ þST23706þ þST23706þ þST23706þ þST23706þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST22808þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-prope
rtiesþ þþ þ183þ þ0dce1a151b9f944ad3b1bde80a568d6fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23706.propertiesþ þþ

þST23707þ þST23707þ þST23707þ þST23707þ þST23707þ þST23707þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/nbproject/project.propertiesþ þþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-
java-propertiesþ þþ þ3865þ þb34ba172fc637454567aa9ae3256234cþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23707.propertiesþ þþ
þST23708þ þST23708þ þST23708þ þST23708þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST23702þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ520þ þ7b711c1b86d367154b50
b551f089cc67þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0011\ST23708.xmlþ þþ
þST23709þ þST23709þ þST23709þ þST23709þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ92þ þ38e13e37c3ea0b0797d33fbc49406dc0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23709.txtþ þTEXT\0006\ST23709.txtþ
þST23710þ þST23710þ þST23710þ þST23710þ þST23710þ þST23710þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/05
/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ230þ þfe2f2dfa536185544fac807a7f9eb433þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23710.txtþ þTEXT
\0006\ST23710.txtþ
þST23711þ þST23711þ þST23711þ þST23711þ þST23711þ þST23711þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ105þ þe44c3b1c779f17a29911bca83dbd35d0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23711.tx
tþ þTEXT\0006\ST23711.txtþ
þST23712þ þST23712þ þST23712þ þST23712þ þST23712þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þ05/05/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.T
XTþ þtext/plainþ þþ þ245þ þ5eedeb50da4cdea19bdf96c8e7aa2f46þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23712.txtþ þTEXT\000
6\ST23712.txtþ
þST23713þ þST23713þ þST23713þ þST23713þ þST23713þ þST23713þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ834þ þbe5c048208175b27552749fbe6b8f4f1þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23713.tx

tþ þTEXT\0006\ST23713.txtþ
þST23714þ þST23714þ þST23715þ þST23714þ þST23715þ þST23714þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ05/03/2011þ þ00:00:00þ þ2011-05-03T00:00:00-04:00þ þ1304395200þ þentries
þ þ.TXTþ þtext/plainþ þþ þ923þ þ268ca26ae2ab24c2d2afa150db2bc60fþ þ2þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23714.txtþ þTEXT
\0006\ST23714.txtþ
þST23716þ þST23716þ þST23716þ þST23716þ þST23716þ þST23716þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/text-base/DesktopUtil.java.svn-baseþ þþ
þþ þþ þ0þ þ1þ þST23724þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopUtil.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ1046þ þ503ec141e01aee4fc0a23c0663bd90b0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23716.txtþ þT
EXT\0006\ST23716.txtþ
þST23717þ þST23717þ þST23719þ þST23717þ þST23719þ þST23717þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/text-base/DiskMng.java.svn-baseþ þþ þþ
þ0þ þ1þ þST23725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDiskMng.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ4123þ þ0e1f3394a86f7688e67e8c258980e963þ þ3þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23717.txtþ þTEXT\0006\S
T23717.txtþ
þST23720þ þST23720þ þST23720þ þST23720þ þST23720þ þST23720þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/text-base/InstrumentUtil.java.svn-bas
eþ þþ þþ þ0þ þ1þ þST23726þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentUtil.java.sv
n-baseþ þ.TXTþ þtext/plainþ þþ þ1245þ þ737b50e03dcbb8ea5668bdb3ed23ddcbþ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23720.tx
tþ þTEXT\0006\ST23720.txtþ
þST23721þ þST23721þ þST23721þ þST23721þ þST23721þ þST23721þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/text-base/LayoutDescriptor.java.svn-b
aseþ þþ þþ þ0þ þ1þ þST23727þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutDescriptor.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ957þ þ8dc711aaba17271130b4eb018a2d2b87þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23721
.txtþ þTEXT\0006\ST23721.txtþ
þST23722þ þST23722þ þST23723þ þST23722þ þST23723þ þST23722þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/core/.svn/text-base/LayoutMng.java.svn-baseþ þþ
þþ þ0þ þ1þ þST23728þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutMng.java.svn-baseþ þ.
TXTþ þtext/plainþ þþ þ3325þ þ01753c46811b3a96228f97f515b4fa8cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23722.txtþ þTEXT\00
06\ST23722.txtþ
þST23724þ þST23724þ þST23724þ þST23724þ þST23724þ þST23724þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/core/DesktopUtil.javaþ þþ þþ þ0þ þ1þ þST23716þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1046þ þ503ec141e01aee4fc0a23c0663bd90b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23724.javaþ þþ þST23725þ þST23725þ þST23725þ þST23725þ þST23725þ þST23725þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/core/DiskMng.javaþ þþ þþ þ0þ þ1þ þST23717þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDiskMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4123þ þ 0e1f3394a86f7688e67e8c258980e963þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23725.javaþ þþ þST23726þ þST23726þ þST23726þ þST23726þ þST23726þ þST23726þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/core/InstrumentUtil.javaþ þþ þþ þ0þ þ1þ þST23720þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þInstrumentUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1245þ þ737b50e03dcbb8ea5668bdb3ed23ddcbþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23726.javaþ þþ þST23727þ þST23727þ þST23727þ þST23727þ þST23727þ þST23727þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/core/LayoutDescriptor.javaþ þþ þþ þ0þ þ1þ þST2372 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ957þ þ8dc711aaba17271130b4eb018a2d2b87þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23727.javaþ þþ þST23728þ þST23728þ þST23728þ þST23728þ þST23728þ þST23728þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/core/LayoutMng.javaþ þþ þþ þ0þ þ1þ þST23722þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutMng.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ332 5þ þ01753c46811b3a96228f97f515b4fa8cþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23728.javaþ þþ þST23729þ þST23729þ þST23729þ þST23729þ þST23729þ þST23729þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1102þ þ25352c80fbfa716 79963a0808531cf97þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23729.txtþ þTEXT\0006\ST23729.txtþ þST23730þ þST23730þ þST23732þ þST23730þ þST23732þ þST23730þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þ05/05/2011þ þ00:00:00þ þ2011 -05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1228þ þcba9912d3 c01737b2aed1ce325ae8a7bþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ FALSEþ þTRUEþ þNATIVES\0011\ST23730.txtþ þTEXT\0006\ST23730.txtþ þST23733þ þST23733þ þST23734þ þST23733þ þST23734þ þST23733þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/Busy.java.svn-baseþ þþ þþ þ0þ þ1þ þST23772þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusy.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3010þ þ969b83af7d5611fcfcb03a5acd844722þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23733.txtþ þTEXT\0006\ST23733.txtþ

þST23735þ þST23735þ þST23735þ þST23735þ þST23735þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/DesktopFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST23773þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ41853þ þ393cde94f40ac0b276c1aa797e9e222cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23735.xmlþ þp

þST23736þ þST23736þ þST23760þ þST23736þ þST23760þ þST23736þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/DesktopFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST23774þ þþ þþ þþ þþ þþ þþ þþ þ02/28/2011þ þ00:00:00þ þ2011-02-28T00:00:00-05:00þ þ1298869200þ þDesktopFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ67531þ þe117d20ca5afc00f239f4f90bfaa47fc3þ þ25þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23736.txtþ þTEXT\0006\ST23736.txtþ

þST23761þ þST23761þ þST23761þ þST23761þ þST23761þ þST23761þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/LayoutPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST23775þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3408þ þf3fd060b4005c0c968368e5bcf77f97dþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23761.xmlþ þþ

þST23762þ þST23762þ þST23763þ þST23762þ þST23763þ þST23762þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/LayoutPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST23776þ þþ þþ þþ þþ þþ þþ þþ þ03/10/2011þ þ00:00:00þ þ2011-03-10T00:00:00-05:00þ þ1299733200þ þLayoutPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4194þ þ38a64a7a974ea8e4e55010cf9bc34406þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23762.txtþ þTEXT\0006\ST23762.txtþ

þST23764þ þST23764þ þST23764þ þST23764þ þST23764þ þST23764þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/TickerInternalFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST23812þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerInternalFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ736þ þc33bc9d32d925e48b4b3f783db9a6ce8þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23764.txtþ þTEXT\0006\ST23764.txtþ

þST23765þ þST23765þ þST23765þ þST23765þ þST23765þ þST23765þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/src/tickerscreen/gui/.svn/text-base/Zoom.java.svn-baseþ þþ þþ þ0þ
þ1þ þST23813þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þZoom.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ529þ þ6c310fc9019613889396993b01034e21þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23765.txtþ þTEXT\0006\ST23765.txtþ
þST23766þ þST23766þ þST23766þ þST23766þ þST23766þ þST23766þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/browser/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ423þ þa56d27fe
a59e0884f01a61866638555fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0011\ST23766.txtþ þTEXT\0006\ST23766.txtþ
þST23767þ þST23767þ þST23767þ þST23767þ þST23767þ þST23767þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/browser/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þ
þ þþ þþ þþ þþ þþ þþ þ03/21/2011þ þ00:00:00þ þ2011-03-21T00:00:00-04:00þ þ1300680000þ
þentriesþ þ.TXTþ þtext/plainþ þþ þ494þ þfdc2ce8f604a41a071a764cf6233193eþ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23767.t
xtþ þTEXT\0006\ST23767.txtþ
þST23768þ þST23768þ þST23768þ þST23768þ þST23768þ þST23768þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/browser/.svn/text-base/BrowserPanel.form.sv
n-baseþ þþ þþ þ0þ þ1þ þST23770 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBrowserPanel.form
.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2337þ þ1d8b71c32cd15206ada5e71f4096ed97þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0011\ST23
768.xmlþ þþ
þST23769þ þST23769þ þST23769þ þST23769þ þST23769þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/browser/.svn/text-base/BrowserPanel.java.sv
n-baseþ þþ þþ þ0þ þ1þ þST23771 þþ þþ þþ þþ þþ þþ þþ þ03/16/2011þ þ00:00:00þ þ2011
-03-16T00:00:00-04:00þ þ1300248000þ þBrowserPanel.java.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ1663þ þcd405812c52bd007793fb9581f7905ebþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23769.txtþ þTEXT\0006\ST23769.txtþ
þST23770þ þST23770þ þST23770þ þST23770þ þST23770þ þST23770þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/browser/BrowserPanel.formþ þþ þþ þ0þ þ1þ þST2
3768þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBrowserPanel.formþ þ.XMLþ þapplication/xm
lþ þþ þ2337þ þ1d8b71c32cd15206ada5e71f4096ed97þ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23770.xmlþ þþ
þST23771þ þST23771þ þST23771þ þST23771þ þST23771þ þST23771þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/browser/BrowserPanel.javaþ þþ þþ þ0þ þ1þ þST2
3769þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBrowserPanel.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ1663þ þcd405812c52bd007793fb9581f7905ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23771.javaþ þþ

þST23772þ þST23772þ þST23772þ þST23772þ þST23772þ þST23772þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/Busy.javaþ þþ þþ þ0þ þ1þ þST23733þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þBusy.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3010þ þ969b83af 7d5611fcfcb03a5acd844722þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF ALSEþ þTRUEþ þNATIVES\0011\ST23772.javaþ þþ

þST23773þ þST23773þ þST23773þ þST23773þ þST23773þ þST23773þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/DesktopFrame.formþ þþ þþ þ0þ þ1þ þST23735þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ41 853þ þ393cde94f40ac0b276c1aa797e9e222cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23773.xmlþ þþ

þST23774þ þST23774þ þST23774þ þST23774þ þST23774þ þST23774þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/DesktopFrame.javaþ þþ þþ þ0þ þ1þ þST23736þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þDesktopFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ67531þ þe117d20ca5afc00f239f4f90bfaa47fc3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23774.javaþ þþ

þST23775þ þST23775þ þST23775þ þST23775þ þST23775þ þST23775þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/LayoutPanel.formþ þþ þþ þ0þ þ1þ þST23761þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ3408 þ þf3fd060b4005c0c968368e5bcf77f97dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23775.xmlþ þþ

þST23776þ þST23776þ þST23776þ þST23776þ þST23776þ þST23776þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/LayoutPanel.javaþ þþ þþ þ0þ þ1þ þST23762þ þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þLayoutPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4194þ þ38a64a7a974ea8e4e55010cf9bc34406þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23776.javaþ þþ

þST23777þ þST23777þ þST23778þ þST23777þ þST23778þ þST23777þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1587þ þ3f456 83c0662e122b271075b3637dce6þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST23777.txtþ þTEXT\0006\ST23777.txtþ

þST23779þ þST23779þ þST23784þ þST23779þ þST23784þ þST23779þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ05/05/2011þ þ00:00:00þ þ2011-05-05T00:00:00-04:00þ þ1304568000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1671þ þ0777c8a67385b7bd50140cc37226efa9þ þ6þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23779 .txtþ þTEXT\0006\ST23779.txtþ

þST23785þ þST23785þ þST23785þ þST23785þ þST23785þ þST23785þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/AvVisibleTbPanel.fo rm.svn-baseþ þþ þþ þ0þ þ1þ þST23803þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbP anel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ4261þ þ3ceb1b488579b2bbb29db18034e74 cb0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0011\ST23785.xmlþ þþ

þST23786þ þST23786þ þST23788þ þST23786þ þST23788þ þST23786þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/AvVisibleTbPanel.ja va.svn-baseþ þþ þþ þ0þ þ1þ þST23804þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/02/2011þ þ00:00:00þ þ2011-05-02T00:00:00-04:00þ þ1304308800þ þAvVisibleTbPanel.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ4861þ þbe8462fc8eee12c746d073a7465a066fþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23786.txtþ þTEXT\0006\ST23 786.txtþ

þST23789þ þST23789þ þST23789þ þST23789þ þST23789þ þST23789þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/ColumnChooserPanel. form.svn-baseþ þþ þþ þ0þ þ1þ þST23805þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChoo serPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ7005þ þ576a92ad7bb8bef28db4c589c 3b75652þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0011\ST23789.xmlþ þþ

þST23790þ þST23790þ þST23792þ þST23790þ þST23790þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/ColumnChooserPanel. java.svn-baseþ þþ þþ þ0þ þ1þ þST23806þ þþ þþ þþ þþ þþ þþ þþ þþ þ04/27/2011þ þ00:00:0 0þ þ2011-04-27T00:00:00-04:00þ þ1303876800þ þColumnChooserPanel.java.svn-baseþ þ.TXT þ þtext/plainþ þþ þ6049þ þ25df78fabe6b3a9109eb2c7e31f5607eþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23790.txtþ þTEXT\0006 \ST23790.txtþ

þST23793þ þST23793þ þST23793þ þST23793þ þST23793þ þST23793þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/FontChooserPanel.fo rm.svn-baseþ þþ þþ þ0þ þ1þ þST23807þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFontChooserP anel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ6522þ þ8d81bc8619d308ce04e49d7ee3d91 327þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0011\ST23793.xmlþ þþ

þST23794þ þST23794þ þST23796þ þST23794þ þST23796þ þST23794þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/FontChooserPanel.ja va.svn-baseþ þþ þþ þ0þ þ1þ þST23808þ þþ þþ þþ þþ þþ þþ þþ þþ þ04/12/2011þ þ00:00:00þ þ2011-04-12T00:00:00-04:00þ þ1302580800þ þFontChooserPanel.java.svn-baseþ þ.TXTþ þte xt/plainþ þþ þ6179þ þ58cef45b0f3ce048a57e3c5b35cdcd81þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23794.txtþ þTEXT\0006\ST23

794.txtþ
þST23797þ þST23797þ þST23797þ þST23797þ þST23797þ þST23797þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/SettingsFrame.form.
svn-baseþ þþ þþ þ0þ þ1þ þST23809þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame.f
orm.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ6260þ þfad0de6a4c1fd9ca26407e254a45dbcfþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\S
T23797.xmlþ þþ
þST23798þ þST23798þ þST23801þ þST23798þ þST23801þ þST23798þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/SettingsFrame.java.
svn-baseþ þþ þþ þ0þ þ1þ þST23810þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/12/2011þ þ00:00:00þ þ20
11-04-12T00:00:00-04:00þ þ1302580800þ þSettingsFrame.java.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ8158þ þ003f06f10eedb65794cf1adf548694adþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23798.txtþ þTEXT\0006\ST23798.t
xtþ
þST23802þ þST23802þ þST23802þ þST23802þ þST23802þ þST23802þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/.svn/text-base/TickerScreenDescrip
tor.java.svn-baseþ þþ þþ þ0þ þ1þ þST23811þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTicker
ScreenDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ725þ þ171ebb57a38f9a09d1b85e2
210edcb01þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0011\ST23802.txtþ þTEXT\0006\ST23802.txtþ
þST23803þ þST23803þ þST23803þ þST23803þ þST23803þ þST23803þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/AvVisibleTbPanel.formþ þþ þþ þ0þ þ1
þ þST23785þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel.formþ þ.XMLþ þappli
cation/xmlþ þþ þ4261þ þ3ceb1b488579b2bbb29db18034e74cb0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23803.xmlþ þþ
þST23804þ þST23804þ þST23804þ þST23804þ þST23804þ þST23804þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/AvVisibleTbPanel.javaþ þþ þþ þ0þ þ1
þ þST23786þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þAvVisibleTbPanel.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ4861þ þbe8462fc8eee12c746d073a7465a066fþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23804.javaþ þþ
þST23805þ þST23805þ þST23805þ þST23805þ þST23805þ þST23805þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/ColumnChooserPanel.formþ þþ þþ þ0þ
þ1þ þST23789þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel.formþ þ.XMLþ þa
pplication/xmlþ þþ þ7005þ þ576a92ad7bb8bef28db4c589c3b75652þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23805.xmlþ þþ
þST23806þ þST23806þ þST23806þ þST23806þ þST23806þ þST23806þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/src/tickerscreen/gui/settings/ColumnChooserPanel.javaþ þþ þþ þ0þ
þ1þ þST23790þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þColumnChooserPanel.javaþ þ.JAVAþ þ
text/x-java-sourceþ þþ þ6049þ þ25df78fabe6b3a9109eb2c7e31f5607eþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23806.javaþ þþ
þST23807þ þST23807þ þST23807þ þST23807þ þST23807þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/FontChooserPanel.formþ þþ þþ þ0þ þ1
þ þST23793þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFontChooserPanel.formþ þ.XMLþ þappli
cation/xmlþ þþ þ6522þ þ8d81bc8619d308ce04e49d7ee3d91327þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23807.xmlþ þþ
þST23808þ þST23808þ þST23808þ þST23808þ þST23808þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/FontChooserPanel.javaþ þþ þþ þ0þ þ1
þ þST23794þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFontChooserPanel.javaþ þ.JAVAþ þtext
/x-java-sourceþ þþ þ6179þ þ58cef45b0f3ce048a57e3c5b35cdcd81þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23808.javaþ þþ
þST23809þ þST23809þ þST23809þ þST23809þ þST23809þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/SettingsFrame.formþ þþ þþ þ0þ þ1þ þS
T23797þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame.formþ þ.XMLþ þapplication
/xmlþ þþ þ6260þ þfad0de6a4c1fd9ca26407e254a45dbcfþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23809.xmlþ þþ
þST23810þ þST23810þ þST23810þ þST23810þ þST23810þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/SettingsFrame.javaþ þþ þþ þ0þ þ1þ þS
T23798þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þSettingsFrame.javaþ þ.JAVAþ þtext/x-jav
a-sourceþ þþ þ8158þ þ003f06f10eedb65794cf1adf548694adþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23810.javaþ þþ
þST23811þ þST23811þ þST23811þ þST23811þ þST23811þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/settings/TickerScreenDescriptor.javaþ þþ þþ
þ0þ þ1þ þST23802þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerScreenDescriptor.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ725þ þ171ebb57a38f9a09d1b85e2210edcb01þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23811.java
þ þþ
þST23812þ þST23812þ þST23812þ þST23812þ þST23812þ þST23812þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickerscreen/src/tickerscreen/gui/TickerInternalFrame.javaþ þþ þþ þ0þ þ1þ þST23
764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerInternalFrame.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ736þ þc33bc9d32d925e48b4b3f783db9a6ce8þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23812.javaþ þþ
þST23813þ þST23813þ þST23813þ þST23813þ þST23813þ þST23813þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/src/tickerscreen/gui/Zoom.javaþ þþ þþ þ0þ þ1þ þST23765þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þZoom.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ529þ þ6c310fc90
19613889396993b01034e21þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0011\ST23813.javaþ þþ

þST23814þ þST23814þ þST23814þ þST23814þ þST23814þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ93þ þ5438117d266e55da6d714067ccfeedf0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
11\ST23814.txtþ þTEXT\0006\ST23814.txtþ

þST23815þ þST23815þ þST23815þ þST23815þ þST23815þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/0
2/2011þ þ00:00:00þ þ2011-03-02T00:00:00-05:00þ þ1299042000þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ212þ þaa5160602c1cbe6984c82fdd08a7d635þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23815.txtþ þTEXT\0006\ST23815.t
xtþ

þST23816þ þST23816þ þST23816þ þST23816þ þST23816þ þST23816þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickerscreen/tickerscreen.jarþ þþ þþ þ0þ þ1þ þST23692þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þtickerscreen.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ162163þ þ6f21590e6058549bcad6ba76e366a5d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23816.jarþ þþ

þST23817þ þST23817þ þST23817þ þST23817þ þST23817þ þST23817þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ436þ þ5cee87f739863c0612da4ae39bfc3a87þ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23817.txtþ þTEXT\0006\ST23817.txtþ

þST23818þ þST23818þ þST23820þ þST23818þ þST23820þ þST23818þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/14/20
11þ þ00:00:00þ þ2011-03-14T00:00:00-04:00þ þ1300075200þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ704þ þ51f7f6b37e32a48ad77ecccb571af01aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23818.txtþ þTEXT\0006\ST23818.txtþ
þST23821þ þST23821þ þST23821þ þST23821þ þST23821þ þST23821þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/.svn/prop-base/tickertrading.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579
; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;

ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;
ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;

ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;

ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22928; ST23345; ST23583; ST23872; ST23922; ST23997;
ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertrading.jar.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23821.txtþ þTEXT\0006\ST2382
1.txtþ

þST23822þ þST23822þ þST23822þ þST23822þ þST23822þ þST23822þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/.svn/text-base/build.xml.svn-baseþþ þþ þ0þ þ1þ þST23825þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3813þ
þef9a369b5ca66788db72b33a5afc0666þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23822.xmlþþ

þST23823þ þST23823þ þST23823þ þST23823þ þST23823þ þST23823þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/.svn/text-base/manifest.mf.svn-baseþ þþ þþ þ0þ þ1þ þST11567;
ST13780; ST13783; ST13907; ST13926; ST14262; ST15167; ST20093; ST20138; ST20270;
ST20273; ST20408; ST20411; ST21905; ST21908; ST21959; ST22621; ST22662; ST22771;
ST22794; ST22860; ST23585; ST23693;
ST23826þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mf.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ85þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23823.txtþ þTEXT\0006\ST23823.txtþ
þST23824þ þST23824þ þST23824þ þST23824þ þST23824þ þST23824þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/.svn/text-base/tickertrading.jar.svn-baseþ þþ þþ þ0þ þ1þ þST23867
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtickertrading.jar.svn-baseþ þ.JARþ þapplicati
on/java-archiveþ þþ þ25033þ þbe262caf33273dc9908835c727528df3þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23824.jarþ þþ
þST23825þ þST23825þ þST23825þ þST23825þ þST23825þ þST23825þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23822þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3813þ þef9a369b5ca66788db72b33a5afc0666
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
1\ST23825.xmlþ þþ
þST23826þ þST23826þ þST23826þ þST23826þ þST23826þ þST23826þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/manifest.mfþ þþ þþ þ0þ þ1þ þST11567; ST13780; ST13783; ST13907;
ST13926; ST14262; ST15167; ST20093; ST20138; ST20270; ST20273; ST20408; ST20411;
ST21905; ST21908; ST21959; ST22621; ST22662; ST22771; ST22794; ST22860; ST23585;
ST23693;
ST23823þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmanifest.mfþ þ.TXTþ þtext/plainþ þþ þ85
þ þ1a85ea4420d859b3aab3af09fc398382þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23826.txtþ þTEXT\0006\ST23826.txtþ
þST23827þ þST23827þ þST23827þ þST23827þ þST23827þ þST23827þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ627þ þ432100ca4546823916d4d8ee71
211395þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT
IVES\0011\ST23827.txtþ þTEXT\0006\ST23827.txtþ
þST23828þ þST23828þ þST23830þ þST23828þ þST23830þ þST23828þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ03/03/2011þ þ00:00:00þ þ2011
-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ831þ þd9fd2b877e
ffb474a5622bb3bfdd5d0dþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0011\ST23828.txtþ þTEXT\0006\ST23828.txtþ
þST23831þ þST23831þ þST23831þ þST23831þ þST23831þ þST23831þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þ ST23836þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þappli cation/xmlþ þþ þ48791þ þcfa7a12fa5a29a6c1cc183a7c7f9819aþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23831.xmlþ þþ þST23832þ þST23832þ þST23832þ þST23832þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST23837þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.T XTþ þtext/plainþ þþ þ475þ þ4b4eaa03f4723f8d64d22e2b9aed044aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23832.txtþ þTEXT\000 6\ST23832.txtþ þST23833þ þST23833þ þST23834þ þST23833þ þST23834þ þST23833þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST23838þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TX Tþ þtext/plainþ þþ þ2710þ þcbb5e99a8cdffff4eb5dc4beb3ecb881þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23833.txtþ þTEXT\000 6\ST23833.txtþ þST23835þ þST23835þ þST23835þ þST23835þ þST23835þ þST23835þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST2 3839þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication /xmlþ þþ þ521þ þd5d3e65dd66161a74dfd34651146d651þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23835.xmlþ þþ þST23836þ þST23836þ þST23836þ þST23836þ þST23836þ þST23836þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þST23831þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ48791þ þcfa7a12fa5a 29a6c1cc183a7c7f9819aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0011\ST23836.xmlþ þþ þST23837þ þST23837þ þST23837þ þST23837þ þST23837þ þST23837þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þST23832þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertie sþ þþ þ475þ þ4b4eaa03f4723f8d64d22e2b9aed044aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23837.propertiesþ þþ þST23838þ þST23838þ þST23838þ þST23838þ þST23838þ þST23838þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST23833þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2710þ þcbb5e99a8cdffff4eb5dc4beb3ecb881þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23838.propertiesþ þþ þST23839þ þST23839þ þST23839þ þST23839þ þST23839þ þST23839þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST23835þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ521þ þd5d3e65dd66161a74df
d34651146d651þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0011\ST23839.xmlþ þþ

þST23840þ þST23840þ þST23840þ þST23840þ þST23840þ þST23840þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ93þ þ239ee83c49343b3b3058e4f3ec4c14b1þ
 þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
11\ST23840.txtþ þTEXT\0006\ST23840.txtþ

þST23841þ þST23841þ þST23841þ þST23841þ þST23841þ þST23841þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/0
3/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/pl
ainþ þþ þ232þ þe88a08cfa293e1d07de79367841c3103þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23841.txtþ þTEXT\0006\ST23841.t
xtþ

þST23842þ þST23842þ þST23842þ þST23842þ þST23842þ þST23842þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/src/tickertrading/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þ82ddadcf22fae1ed0d
8ae5f414d4f49bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0011\ST23842.txtþ þTEXT\0006\ST23842.txtþ

þST23843þ þST23843þ þST23843þ þST23843þ þST23843þ þST23843þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/src/tickertrading/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ
.TXTþ þtext/plainþ þþ þ247þ þa6e2bc7faa3a53cebe1472c1662ef05aþ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23843.txtþ þTEXT\00
06\ST23843.txtþ

þST23844þ þST23844þ þST23844þ þST23844þ þST23844þ þST23844þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/src/tickertrading/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ280þ þeab6c549badd1
aa3f601b0d57f9f371aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0011\ST23844.txtþ þTEXT\0006\ST23844.txtþ

þST23845þ þST23845þ þST23845þ þST23845þ þST23845þ þST23845þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/tickertrading/src/tickertrading/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ
þ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentr
iesþ þ.TXTþ þtext/plainþ þþ þ396þ þcf72bb7542d515f4b70f277dfd791e06þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23845.txtþ þ
TEXT\0006\ST23845.txtþ

þST23846þ þST23846þ þST23847þ þST23846þ þST23847þ þST23846þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickertrading/src/tickertrading/core/.svn/text-base/TickerTradingController.java.svn-baseþ þþ þþ þ0þ þ1þ þST23848þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTradingController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3872þ þ8921cb1bec0ec4e6a6ae8fb154a9fee8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23846.txtþ þTEXT\0006\ST23846.txtþ
þST23848þ þST23848þ þST23848þ þST23848þ þST23848þ þST23848þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickertrading/src/tickertrading/core/TickerTradingController.javaþ þþ þþ þ0þ þ1þ þST23846þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerTradingController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3872þ þ8921cb1bec0ec4e6a6ae8fb154a9fee8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23848.javaþ þþ
þST23849þ þST23849þ þST23849þ þST23849þ þST23849þ þST23849þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickertrading/src/tickertrading/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ417þ þ76879abac3a960f67816a29d6c423874þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23849.txtþ þTEXT\0006\ST23849.txtþ
þST23850þ þST23850þ þST23851þ þST23850þ þST23851þ þST23850þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickertrading/src/tickertrading/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ548þ þ5ccfa8084109ebf096a17ee854888240þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23850.txtþ þTEXT\0006\ST23850.txtþ
þST23852þ þST23852þ þST23852þ þST23852þ þST23852þ þST23852þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickertrading/src/tickertrading/gui/.svn/text-base/TM_TradingPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST23863þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_TradingPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ30091þ þ43d8a1626ebb845c46fd56c54db8b43dþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23852.xmlþ þþ
þST23853þ þST23853þ þST23862þ þST23853þ þST23862þ þST23853þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/tickertrading/src/tickertrading/gui/.svn/text-base/TM_TradingPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST23864þ þþ þþ þþ þþ þþ þþ þ08/21/2009þ þ00:00:00þ þ2009-08-21T00:00:00-04:00þ þ1250827200þ þTM_TradingPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ25958þ þe2d807a5647f3e0d28205b1d011c0be4þ þ10þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23853.txtþ þTEXT\0006\ST23853.txtþ
þST23863þ þST23863þ þST23863þ þST23863þ þST23863þ þST23863þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/src/tickertrading/gui/TM_TradingPanel.formþ þþ þþ þ0þ þ1þ þST2385
2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_TradingPanel.formþ þ.XMLþ þapplication/xm
lþ þþ þ30091þ þ43d8a1626ebb845c46fd56c54db8b43dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23863.xmlþ þþ

þST23864þ þST23864þ þST23864þ þST23864þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/src/tickertrading/gui/TM_TradingPanel.javaþ þþ þþ þ0þ þ1þ þST2385
3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTM_TradingPanel.javaþ þ.JAVAþ þtext/x-java-s
ourceþ þþ þ25958þ þe2d807a5647f3e0d28205b1d011c0be4þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23864.javaþ þþ

þST23865þ þST23865þ þST23865þ þST23865þ þST23865þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ94þ þ4cf10620dc48aba85b096eddbbef19e9
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
011\ST23865.txtþ þTEXT\0006\ST23865.txtþ

þST23866þ þST23866þ þST23866þ þST23866þ þST23866þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/
03/2011þ þ00:00:00þ þ2011-03-03T00:00:00-05:00þ þ1299128400þ þentriesþ þ.TXTþ þtext/p
lainþ þþ þ213þ þ4226ebe0396ed2bc08db55c0b2b137a0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23866.txtþ þTEXT\0006\ST23866.
txtþ

þST23867þ þST23867þ þST23867þ þST23867þ þST23867þ þST23867þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/tickertrading/tickertrading.jarþ þþ þþ þ0þ þ1þ þST23824þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þtickertrading.jarþ þ.JARþ þapplication/java-archiveþ þþ þ25033þ þbe262c
af33273dc9908835c727528df3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0011\ST23867.jarþ þþ

þST23868þ þST23868þ þST23868þ þST23868þ þST23868þ þST23868þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ302þ þb603ccd66c0a53a3064514d2db82b08fþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23
868.txtþ þTEXT\0006\ST23868.txtþ

þST23869þ þST23869þ þST23869þ þST23869þ þST23869þ þST23869þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920;
ST14964; ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222;
ST21843; ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580;
ST24273þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þþ
þ37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23869.txtþ þTEXT\0006\ST23869.txtþ
þST23870þ þST23870þ þST23871þ þST23870þ þST23871þ þST23870þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/02/2011þ þ00:00:00þ þ2011-03-02T00:00:00-05:00þ þ1299042000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ 544þ þace7ae2c5fb1ea7ee7b2acad3388c93fþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23870.txtþ þTEXT\0006\ST23870.txtþ þST23872þ þST23872þ þST23872þ þST23872þ þST23872þ þST23872þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/.svn/prop-base/timetrade.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;

ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;
ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;

ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;
ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;

ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23922; ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimetrade.jar.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23872.txtþ þTEXT\0006\ST23872.txtþ

þST23873þ þST23873þ þST23873þ þST23873þ þST23873þ þST23873þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23897þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þ95a 0a5b05467cbec98600bc835954335þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST23873.xmlþ þþ

þST23874þ þST23874þ þST23874þ þST23874þ þST23874þ þST23874þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/.svn/text-base/timetrade.jar.svn-baseþ þþ þþ þ0þ þ1þ þST23689; ST23992þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimetrade.jar.svn-baseþ þ.JARþ þapplic ation/java-archiveþ þ60502þ þ2faa02177862cb8ad55bc0c66520a87aþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23874.jarþ þþ

þST23875þ þST23875þ þST23875þ þST23875þ þST23875þ þST23875þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ71þ þ21c0f046609d4760cca2a 463c9eb664cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ NATIVES\0011\ST23875.propertiesþ þþ

þST23876þ þST23876þ þST23876þ þST23876þ þST23876þ þST23876þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/build/classes/timetrade/icons/IconArrow.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrow.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1 122þ þ5f82dc5ea8cacc2655b43a05ea54a34cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23876.classþ þþ

þST23877þ þST23877þ þST23877þ þST23877þ þST23877þ þST23877þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/build/classes/timetrade/icons/IconArrowDown.classþ þþ þþ þ0þ þ1þ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowDown.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1156þ þa2957f4177b928cc2310f3a1aa5f2175þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23877.classþ þþ

þST23878þ þST23878þ þST23878þ þST23878þ þST23878þ þST23878þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/build/classes/timetrade/icons/IconArrowUp.classþ þþ þþ þ0þ þ1þ þþ þ þ þ1150þ þc50d9ce486d4c360b0332436fd6f1fffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23878.classþ þþ

þST23879þ þST23879þ þST23879þ þST23879þ þST23879þ þST23879þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/icons/IconBlank.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconBlank.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8
01þ þ80004c41ac6274b46908bfe38e5870d9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23879.classþ þþ
þST23880þ þST23880þ þST23880þ þST23880þ þST23880þ þST23880þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/icons/IconSingleArrowDown.classþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowDown.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ806þ þ4706b4fe5c38b52faafd492ac39fb58bþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23880.classþ þþ
þST23881þ þST23881þ þST23881þ þST23881þ þST23881þ þST23881þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/icons/IconSingleArrowUp.classþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowUp.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ798þ þ219fd98ba9e8f715c0607a1e52dcedd9þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23881.classþ þþ
þST23882þ þST23882þ þST23882þ þST23882þ þST23882þ þST23882þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/icons/IconTwoArrows.classþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconTwoArrows.classþ þ.CLASSþ þapplication/java-
vmþ þþ þ2953þ þ3b282c18ad6a78c2a45f7fe99540270dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23882.classþ þþ
þST23883þ þST23883þ þST23883þ þST23883þ þST23883þ þST23883þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/table/CustomColumnTableCellRenderer.classþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.c
lassþ þ.CLASSþ þapplication/java-vmþ þþ þ1494þ þc05cf947670285cbeffbb0a5632b89a8þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2
3883.classþ þþ
þST23884þ þST23884þ þST23884þ þST23884þ þST23884þ þST23884þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/table/TableProperties.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableProperties.classþ þ.CLASSþ þapplication/j
ava-vmþ þþ þ302þ þ41efe843e91acd943ab151805d025103þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23884.classþ þþ
þST23885þ þST23885þ þST23885þ þST23885þ þST23885þ þST23885þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/table/TimeSellHighlighter_JXCellRenderer.cl
assþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSellHighlighter_JXCellR
enderer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4283þ þ9f6a3640e131865827c4a7413217
e884þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES

\0011\ST23885.classþ þþ

þST23886þ þST23886þ þST23886þ þST23886þ þST23886þ þST23886þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSaleDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSaleDescriptor.classþ þ.CLASSþ þapplication/ja
va-vmþ þþ þ807þ þfa97f68e8760c33460baab4110b44727þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23886.classþ þþ

þST23887þ þST23887þ þST23887þ þST23887þ þST23887þ þST23887þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSales.pngþ þþ þþ þ0þ þ1þ þST23924;
ST23987þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales.pngþ þ.PNGþ þimage/pngþ þþ þ6
385þ þ7d1912370e5056adf89de68307e5791bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23887.pngþ þþ

þST23888þ þST23888þ þST23888þ þST23888þ þST23888þ þST23888þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame.classþ þ.CLASSþ þapplication/java-vmþ þ
þ þ26147þ þd09d2019b401de28cc86ec2dcb9e58ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23888.classþ þþ

þST23889þ þST23889þ þST23889þ þST23889þ þST23889þ þST23889þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2833þ þcc65981cc1dd2e87258a1c40fb319af2þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23889.classþ þþ

þST23890þ þST23890þ þST23890þ þST23890þ þST23890þ þST23890þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ759þ þ1ece59b3d8ea757016be26d5a5a63911þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23890.classþ þþ

þST23891þ þST23891þ þST23891þ þST23891þ þST23891þ þST23891þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ786þ þd1c3582d73cd3e1caf95c08fe456ca61þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23891.classþ þþ

þST23892þ þST23892þ þST23892þ þST23892þ þST23892þ þST23892þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ742þ þd0e288d644ae56815366c3261df58852þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23892.classþ þþ
þST23893þ þST23893þ þST23893þ þST23893þ þST23893þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ786þ þ82ed788edf877d13d546325c7a0ddecaþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23893.classþ þþ
þST23894þ þST23894þ þST23894þ þST23894þ þST23894þ þST23894þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1124þ þf23bc39c8a73108a28bedc0bf8ab0273þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23894.classþ þþ
þST23895þ þST23895þ þST23895þ þST23895þ þST23895þ þST23895þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ806þ þa554118208727f3fc56f81f8a3984fd1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23895.classþ þþ
þST23896þ þST23896þ þST23896þ þST23896þ þST23896þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build/classes/timetrade/TimeSalesFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame
$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ719þ þ99172d1e99b27a0418e53cb2ac811e25þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST23896.classþ þþ
þST23897þ þST23897þ þST23897þ þST23897þ þST23897þ þST23897þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/build.xmlþ þþ þþ þ0þ þ1þ þST23873þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þ95a0a5b05467cbec98600bc835954335þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
23897.xmlþ þþ
þST23898þ þST23898þ þST23898þ þST23898þ þST23898þ þST23898þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/dist/timetrade.jarþ þþ þ0þ þ1þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þtimetrade.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ60477þ þ8cb5650d92c727eea6ac64cb92a272e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23898.jarþ þþ

þST23899þ þST23899þ þST23899þ þST23899þ þST23899þ þST23899þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ606þ þ47fafd3f40e8c058065dcf2fe5ea83d8þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23899.tx
tþ þTEXT\0006\ST23899.txtþ
þST23900þ þST23900þ þST23900þ þST23900þ þST23900þ þST23900þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555;
ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504;
ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086;
ST23408; ST23695; ST24029; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23900.txtþ þTEXT\0006\ST23900.txtþ
þST23901þ þST23901þ þST23902þ þST23901þ þST23902þ þST23901þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ12
/29/2010þ þ00:00:00þ þ2010-12-29T00:00:00-05:00þ þ1293598800þ þentriesþ þ.TXTþ þtext/
plainþ þþ þ761þ þf7b60e1b90aa0fe2ca0518fe91251bd3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23901.txtþ þTEXT\0006\ST23901.txtþ
þST23903þ þST23903þ þST23903þ þST23903þ þST23903þ þST23903þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23
908þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplicati
on/xmlþ þþ þ48779þ þ9d43aca938f8237b74cec7c851ebd0f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23903.xmlþ
þST23904þ þST23904þ þST23904þ þST23904þ þST23904þ þST23904þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ
þST23909þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ475þ þ59a2beaff8e21316782ca837515dcd41þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23904.txtþ þTEXT\0006\ST
23904.txtþ
þST23905þ þST23905þ þST23906þ þST23905þ þST23906þ þST23905þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/pla
inþ þþ þ2682þ þ162ba8fa8b2872f90de9c8061ed68605þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23905.txtþ þTEXT\0006\ST23905.t
xtþ
þST23907þ þST23907þ þST23907þ þST23907þ þST23907þ þST23907þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST23916
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xml
þ þþ þ517þ þ0c5f09dde23f9dd48216b1ceb0e069e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23907.xmlþ þþ
þST23908þ þST23908þ þST23908þ þST23908þ þST23908þ þST23908þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þST23903þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48779þ þ9d43ac
a938f8237b74cec7c851ebd0f2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0011\ST23908.xmlþ þþ
þST23909þ þST23909þ þST23909þ þST23909þ þST23909þ þST23909þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þST23904þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þ59a2beaff8e213167
82ca837515dcd41þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0011\ST23909.txtþ þTEXT\0006\ST23909.txtþ
þST23910þ þST23910þ þST23910þ þST23910þ þST23910þ þST23910þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56293þ þ323cdda8cd5c1ef3a4f6ca
ee9085d9d4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST23910.xmlþ þþ
þST23911þ þST23911þ þST23911þ þST23911þ þST23911þ þST23911þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ
a0cb1d009eface7b22ae1dd794d8f902þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23911.propertiesþ þþ
þST23912þ þST23912þ þST23912þ þST23912þ þST23912þ þST23912þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ
þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23912.propertiesþ þþ
þST23913þ þST23913þ þST23913þ þST23913þ þST23913þ þST23913þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST19841;
ST22163; ST23424; ST24042;
ST24164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ269þ þ5c164ef077c3f8dde5ecd6dadb7affb7þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23913.propertiesþ
þþ

þST23914þ þST23914þ þST23914þ þST23914þ þST23914þ þST23914þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/nbproject/private/private.xmlþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ492þ þ0f2d61618d0ea14b2135ee c85b905fcdþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0011\ST23914.xmlþ þþ

þST23915þ þST23915þ þST23915þ þST23915þ þST23915þ þST23915þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ269þ þ3 7b409549f55f286564aa90f901461aaþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23915.propertiesþ þþ

þST23916þ þST23916þ þST23916þ þST23916þ þST23916þ þST23916þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST23907þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ517þ þ0c5f09dde23f9dd48216b1c eb0e069e3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0011\ST23916.xmlþ þþ

þST23917þ þST23917þ þST23917þ þST23917þ þST23917þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þb0a1925644c8e52bf7d33edcbc3325e8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\S T23917.txtþ þTEXT\0006\ST23917.txtþ

þST23918þ þST23918þ þST23918þ þST23918þ þST23918þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/18/20 11þ þ00:00:00þ þ2011-05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ224þ þ14269963ba5e73165ff8557aeef0b7a0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23918.txtþ þTEXT\0006\ST23918.txtþ

þST23919þ þST23919þ þST23919þ þST23919þ þST23919þ þST23919þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ650þ þ089cda0ec1924c2da7f160baf6 57bc80þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNAT IVES\0011\ST23919.txtþ þTEXT\0006\ST23919.txtþ

þST23920þ þST23920þ þST23921þ þST23920þ þST23921þ þST23920þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/18/2011þ þ00:00:00þ þ2011 -05-18T00:00:00-04:00þ þ1305691200þ þentriesþ þ.TXTþ þtext/plainþ þþ þ832þ þ46d1b9387e f1e66a40211ebe68f324e7þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0011\ST23920.txtþ þTEXT\0006\ST23920.txtþ

þST23922þ þST23922þ þST23922þ þST23922þ þST23922þ þST23922þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/.svn/prop-base/TimeSales.png.svn-baseþ þþ þþ þ0þ þ1þ þS
T11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260;
ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269;
ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278;
ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287;
ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296;
ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305;
ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314;
ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323;
ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332;
ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341;
ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350;
ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359;
ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368;
ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377;
ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386;
ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395;
ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614;
ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623;
ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632;
ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641;
ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650;
ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659;
ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668;
ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677;
ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686;
ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863;
ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872;
ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922;
ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942;
ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967;
ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031;
ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040;
ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049;
ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058;
ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067;
ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194;
ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203;
ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212;
ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221;
ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355;
ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424;
ST16425; ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460;
ST16461; ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522;
ST16523; ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549;
ST16550; ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592;
ST16593; ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601;

ST16602; ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610;
ST16655; ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680;
ST16681; ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714;
ST16715; ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737;
ST16770; ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778;
ST16779; ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787;
ST16788; ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796;
ST16797; ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805;
ST16806; ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814;
ST16815; ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907;
ST16908; ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956;
ST16957; ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965;
ST16966; ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974;
ST16975; ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018;
ST17019; ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052;
ST17053; ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085;
ST17086; ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124;
ST17125; ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220;
ST17225; ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253;
ST17267; ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292;
ST17293; ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328;
ST17329; ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351;
ST17364; ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398;
ST17399; ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426;
ST17427; ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461;
ST17471; ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493;
ST17494; ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527;
ST17528; ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563;
ST17564; ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592;
ST17599; ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638;
ST17639; ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661;
ST17668; ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701;
ST17702; ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736;
ST17737; ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782;
ST17783; ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791;
ST17792; ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800;
ST17801; ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809;
ST17810; ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818;
ST17819; ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910;
ST17911; ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952;
ST17953; ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974;
ST17975; ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007;
ST18008; ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040;
ST18041; ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079;
ST18080; ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131;
ST18136; ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152;
ST18153; ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191;
ST18192; ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215;
ST18222; ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242;
ST18258; ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319;

ST18320; ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347;
ST18348; ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381;
ST18389; ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417;
ST18418; ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456;
ST18463; ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498;
ST18499; ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523;
ST18534; ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551;
ST18560; ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599;
ST18600; ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622;
ST18636; ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658;
ST18659; ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691;
ST18704; ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727;
ST18728; ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760;
ST18774; ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801;
ST18802; ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829;
ST18837; ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865;
ST18866; ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904;
ST18911; ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946;
ST18947; ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970;
ST18971; ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011;
ST19012; ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035;
ST19042; ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071;
ST19072; ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104;
ST19111; ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138;
ST19139; ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168;
ST19177; ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209;
ST19210; ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286;
ST19287; ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295;
ST19296; ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304;
ST19305; ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313;
ST19314; ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322;
ST19323; ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331;
ST19332; ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340;
ST19341; ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349;
ST19350; ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358;
ST19359; ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367;
ST19368; ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376;
ST19377; ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385;
ST19386; ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394;
ST19395; ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403;
ST19404; ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412;
ST19413; ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421;
ST19422; ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726;
ST19727; ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762;
ST20090; ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903;
ST22102; ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872;
ST23997; ST24103; ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales.png.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23922.txtþ þTEXT\0006\ST23922.t

xtþ

þST23923þ þST23923þ þST23923þ þST23923þ þST23923þ þST23923þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/text-base/TimeSaleDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST23986þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSaleDescriptor.java.svn-b aseþ þ.TXTþ þtext/plainþ þþ þ745þ þd93b36e41a3165ec973dd6e5a5299ce7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23923.txtþ þ TEXT\0006\ST23923.txtþ

þST23924þ þST23924þ þST23924þ þST23924þ þST23924þ þST23924þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/text-base/TimeSales.png.svn-baseþ þþ þþ þ0þ þ1þ þS T23887; ST23987þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales.png.svn-baseþ þ.PNGþ þimage/ pngþ þþ þ6385þ þ7d1912370e5056adf89de68307e5791bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23924.pngþ þþ

þST23925þ þST23925þ þST23925þ þST23925þ þST23925þ þST23925þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/text-base/TimeSalesFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST23988þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame.form.svn-baseþ þ.X MLþ þapplication/xmlþ þþ þ8702þ þ8738dfa3e48fcbccaeb07044e000c2a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23925.xmlþ þþ

þST23926þ þST23926þ þST23938þ þST23926þ þST23938þ þST23926þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/text-base/TimeSalesFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST23989þ þþ þþ þþ þþ þþ þ12/20/2007þ þ00:00:00þ þ2007-12-20T00:00:00- 05:00þ þ1198126800þ þTimeSalesFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ29431þ þ772 0d76ea1b16ace47a334455ac119ecþ þ13þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þF ALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23926.txtþ þTEXT\0006\ST23926.txtþ

þST23939þ þST23939þ þST23939þ þST23939þ þST23939þ þST23939þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.XMLþ þapplication/xmlþ þþ þ9621þ þ452fb6f025 c877a83e84384a3f59c424þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0011\ST23939.xmlþ þþ

þST23940þ þST23940þ þST23951þ þST23940þ þST23951þ þST23940þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ12/20/2007þ þ00:00:00þ þ2007-12-20T00:00:00-05:00þ þ1198126800þ þtempfile .tmpþ þ.TXTþ þtext/plainþ þþ þ27760þ þ638c47a7195457cb86bebb397afbeb6bþ þ12þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23940.tx tþ þTEXT\0006\ST23940.txtþ

þST23952þ þST23952þ þST23952þ þST23952þ þST23952þ þST23952þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1098þ þ1c7dc47224df720e4fdc3d735ce745e9þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23952.t
xtþ þTEXT\0006\ST23952.txtþ
þST23953þ þST23953þ þST23954þ þST23953þ þST23954þ þST23953þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/icons/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.T
XTþ þtext/plainþ þþ þ1099þ þ88c93b06a63b0ab9ae12fe70bc4cbd53þ þ2þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23953.txtþ þTEXT\0006\ST23953.txtþ
þST23955þ þST23955þ þST23956þ þST23955þ þST23956þ þST23955þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/icons/.svn/text-base/IconArrow.java.svn-baseþ þþ þþ þ0
þ þ1þ þST23965þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/11/2007þ þ00:00:00þ þ2007-07-11T00:00:00
-04:00þ þ1184126400þ þIconArrow.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1618þ þa06a1c9d
ab904950c95a88d85c7a8ba2þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ
þFALSEþ þTRUEþ þNATIVES\0011\ST23955.txtþ þTEXT\0006\ST23955.txtþ
þST23957þ þST23957þ þST23957þ þST23957þ þST23957þ þST23957þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/icons/.svn/text-base/IconArrowDown.java.svn-baseþ þþ þ
þ þ0þ þ1þ þST23966þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:0
0:00-04:00þ þ1184040000þ þIconArrowDown.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ996þ þ2
e2728dd95bfd1968e23194aaf84af1cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
FALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23957.txtþ þTEXT\0006\ST23957.txtþ
þST23958þ þST23958þ þST23958þ þST23958þ þST23958þ þST23958þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/icons/.svn/text-base/IconArrowUp.java.svn-baseþ þþ þþ
þ0þ þ1þ þST23967þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/10/2007þ þ00:00:00þ þ2007-07-10T00:00:
00-04:00þ þ1184040000þ þIconArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ998þ þed930
7e83757d92611a23be37ca8a075þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST23958.txtþ þTEXT\0006\ST23958.txtþ
þST23959þ þST23959þ þST23959þ þST23959þ þST23959þ þST23959þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/icons/.svn/text-base/IconBlank.java.svn-baseþ þþ þþ þ0
þ þ1þ þST23968þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconBlank.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ694þ þc376e1619d76686e9200f85a128866d1þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23959.txtþ þTEXT\0006\ST
23959.txtþ
þST23960þ þST23960þ þST23960þ þST23960þ þST23960þ þST23960þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/timetrade/src/timetrade/icons/.svn/text-base/IconSingleArrowDown.java.svn-bas
eþ þþ þþ þ0þ þ1þ þST23969þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-2

5T00:00:00-04:00þ þ1193284800þ þIconSingleArrowDown.java.svn-baseþ þ.TXTþ þtext/plai nþ þþ þ751þ þfc0f3bea0b4dcd450b2b00ff2af961cfþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23960.txtþ þTEXT\0006\ST23960.txtþ þST23961þ þST23961þ þST23961þ þST23961þ þST23961þ þST23961þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/.svn/text-base/IconSingleArrowUp.java.svn-baseþ þþ þþ þ0þ þ1þ þST23970þ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T 00:00:00-04:00þ þ1193284800þ þIconSingleArrowUp.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ814þ þdf4b5c585bb8b897331368533d2545b0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23961.txtþ þTEXT\0006\ST23961.txtþ þST23962þ þST23962þ þST23964þ þST23962þ þST23964þ þST23962þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/.svn/text-base/IconTwoArrows.java.svn-baseþ þþ þ þ þ0þ þ1þ þST23971þ þþ þþ þþ þþ þþ þþ þ10/25/2007þ þ00:00:00þ þ2007-10-25T00:0 0:00-04:00þ þ1193284800þ þIconTwoArrows.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3773þ þ cf0e64be18fc0f4e50defe954b7876edþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23962.txtþ þTEXT\0006\ST23962.txtþ þST23965þ þST23965þ þST23965þ þST23965þ þST23965þ þST23965þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconArrow.javaþ þþ þþ þ0þ þ1þ þST23955þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrow.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1618þ þa0 6a1c9dab904950c95a88d85c7a8ba2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þTRUEþ þNATIVES\0011\ST23955.javaþ þþ þ ST23966þ þST23966þ þST23966þ þST23966þ þST23966þ þST23966þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconArrowDown.javaþ þþ þþ þ0þ þ1þ þST23957þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowDown.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ996þ þ2e2728dd95bfd1968e23194aaf84af1cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23966.javaþ þþ þ ST23967þ þST23967þ þST23967þ þST23967þ þST23967þ þST23967þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconArrowUp.javaþ þþ þþ þ0þ þ1þ þST23958þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconArrowUp.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ998þ þed9307e83757d92611a23be37ca8a075þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23967.javaþ þþ þ ST23968þ þST23968þ þST23968þ þST23968þ þST23968þ þST23968þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconBlank.javaþ þþ þþ þ0þ þ1þ þST23959þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þIconBlank.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ694þ þc37 6e1619d76686e9200f85a128866d1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST23968.javaþ þþ þ ST23969þ þST23969þ þST23969þ þST23969þ þST23969þ þST23969þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconSingleArrowDown.javaþ þþ þþ þ0þ þ1þ þST23960þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowDown.javaþ þ.JAVAþ þtext/x-java
-sourceþ þþ þ751þ þfc0f3bea0b4dcd450b2b00ff2af961cfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23969.javaþ þþ
þST23970þ þST23970þ þST23970þ þST23970þ þST23970þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconSingleArrowUp.javaþ þþ þþ þ0þ þ1þ þST23961þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconSingleArrowUp.javaþ þ.JAVAþ þtext/x-java-sou
rceþ þþ þ814þ þdf4b5c585bb8b89733136853d2545b0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23970.javaþ þþ
þST23971þ þST23971þ þST23971þ þST23971þ þST23971þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/icons/IconTwoArrows.javaþ þþ þþ þ0þ þ1þ þST23962þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIconTwoArrows.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ3773þ þcf0e64be18fc0f4e50defe954b7876edþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23971.javaþ þþ
þST23972þ þST23972þ þST23972þ þST23972þ þST23972þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/table/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ771þ þe4c366efaae71d7e982102874c4c7a29þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23972.tx
tþ þTEXT\0006\ST23972.txtþ
þST23973þ þST23973þ þST23973þ þST23973þ þST23973þ þST23973þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/table/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þ03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.T
XTþ þtext/plainþ þþ þ752þ þbfb2807a856e56ea4990849b6333e7c6þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23973.txtþ þTEXT\000
6\ST23973.txtþ
þST23974þ þST23974þ þST23974þ þST23974þ þST23974þ þST23974þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/table/.svn/text-base/CustomColumnTableCellRenderer.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST23982þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumn
TableCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1313þ þadeb4c6245f04ad59f9d1
dff87ccbf6fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0011\ST23974.txtþ þTEXT\0006\ST23974.txtþ
þST23975þ þST23975þ þST23977þ þST23975þ þST23977þ þST23975þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/timetrade/src/timetrade/table/.svn/text-base/CustomTableCellRenderer.java.svn
-baseþ þþ þþ þ0þ þ1þ þST23983þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRen
derer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5148þ þe0f193c553d8cd1df4bfa9d08ffc595fþ
þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\00
11\ST23975.txtþ þTEXT\0006\ST23975.txtþ

þST23978þ þST23978þ þST23978þ þST23978þ þST23978þ þST23978þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/table/.svn/text-base/TableProperties.java.svn-baseþ þ þþ þ0þ þ1þ þST23984þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTableProperties.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1071þ þ0861cd1bba3017b467ab614ef5ef2274þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23978.txtþ þTEXT\0006\ST23978.txtþ

þST23979þ þST23979þ þST23981þ þST23979þ þST23981þ þST23979þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/table/.svn/text-base/TimeSellHighlighter_JXCellRenderer.java.svn-baseþ þþ þþ þ0þ þ1þ þST23985þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSellHighlighter_JXCellRenderer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ4795þ þ058dee3fddd952645bea4c130bb94630þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23979.txtþ þTEXT\0006\ST23979.txtþ

þST23982þ þST23982þ þST23982þ þST23982þ þST23982þ þST23982þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/table/CustomColumnTableCellRenderer.javaþ þþ þþ þ0þ þ1 þ þST23974þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomColumnTableCellRenderer.javaþ þ.JAVAþ þtext/x- java-sourceþ þþ þ1313þ þadeb4c6245f04ad59f9d1dff87ccbf6fþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23982.javaþ þþ

þST23983þ þST23983þ þST23983þ þST23983þ þST23983þ þST23983þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/table/CustomTableCellRenderer.javaþ þþ þþ þ0þ þ1þ þST23 975þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þCustomTableCellRenderer.javaþ þ.JAVAþ þtex t/x-java-sourceþ þþ þ5148þ þe0f193c553d8cd1df4bfa9d08ffc595fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23983.javaþ þþ

þST23984þ þST23984þ þST23984þ þST23984þ þST23984þ þST23984þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/table/TableProperties.javaþ þþ þþ þ0þ þ1þ þST23978þ þþ þ þ þþ þ0þ þþ þþ þþ þþ þþ þþ þTableProperties.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1071þ þ0861cd1bba3017b467ab614ef5ef2274þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23984.javaþ þþ

þST23985þ þST23985þ þST23985þ þST23985þ þST23985þ þST23985þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/table/TimeSellHighlighter_JXCellRenderer.javaþ þþ þþ þ 0þ þ1þ þST23979þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSellHighlighter_JXCellRend erer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ4795þ þ058dee3fddd952645bea4c130bb94630þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ ST23985.javaþ þþ

þST23986þ þST23986þ þST23986þ þST23986þ þST23986þ þST23986þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/TimeSaleDescriptor.javaþ þþ þþ þ0þ þ1þ þST23923þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSaleDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ745þ þd93b36e41a3165ec973dd6e5a5299ce7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23986.javaþ þþ

þST23987þ þST23987þ þST23987þ þST23987þ þST23987þ þST23987þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/TimeSales.pngþ þþ þþ þ0þ þ1þ þST23887; ST23924þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSales.pngþ þ.PNGþ þimage/pngþ þþ þ6 385þ þ7d1912370e5056adf89de68307e5791þb þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23987.pngþ þþ

þST23988þ þST23988þ þST23988þ þST23988þ þST23988þ þST23988þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/TimeSalesFrame.formþ þþ þþ þ0þ þ1þ þST23925þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ8702þ þ87 38dfa3e48fcbccaeb07044e000c2a7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23988.xmlþ þþ

þST23989þ þST23989þ þST23989þ þST23989þ þST23989þ þST23989þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/src/timetrade/TimeSalesFrame.javaþ þþ þþ þ0þ þ1þ þST23926þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSalesFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2943 1þ þ7720d76ea1b16ace47a334455ac119ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23989.javaþ þþ

þST23990þ þST23990þ þST23990þ þST23990þ þST23990þ þST23990þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þfedf382a7ae94a7ca2eabd784e9243c3þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ ST23990.txtþ þTEXT\0006\ST23990.txtþ

þST23991þ þST23991þ þST23991þ þST23991þ þST23991þ þST23991þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2 010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plain þ þþ þ160þ þ4e3ba2d08c04a1d2444d45f40711bb77þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23991.txtþ þTEXT\0006\ST23991.txtþ

þST23992þ þST23992þ þST23992þ þST23992þ þST23992þ þST23992þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/timetrade/timetrade.jarþ þþ þþ þ0þ þ1þ þST23689; ST23874þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtimetrade.jarþ þ.JARþ þapplication/jav a-archiveþ þþ þ60502þ þ2faa02177862cb8ad55bc0c66520a87aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23992.jarþ þþ

þST23993þ þST23993þ þST23993þ þST23993þ þST23993þ þST23993þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þa ll-wcpropsþ þ.TXTþ þtext/plainþ þþ þ288þ þ47029206624886d7bf109e1d7d121680þ þ1þ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23993
.txtþ þTEXT\0006\ST23993.txtþ
þST23994þ þST23994þ þST23994þ þST23994þ þST23994þ þST23994þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST20086; ST21171; ST24100;
ST24370þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þ95b1dc06f4396b718d98db8334cf8c66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23994.txtþ þTEXT\0006\ST23994.txtþ
þST23995þ þST23995þ þST23996þ þST23995þ þST23996þ þST23995þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ01/25/2011þ þ00
:00:00þ þ2011-01-25T00:00:00-05:00þ þ1295931600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ574
þ þ082c0891d4bbcc5e3c0fa1f35bd1a099þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23995.txtþ þTEXT\0006\ST23995.txtþ
þST23997þ þST23997þ þST23997þ þST23997þ þST23997þ þST23997þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/.svn/prop-base/topers.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;

ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;

ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18885; ST18886; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;

ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST24103;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtopers.jar.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST23997.txtþ þTEXT\0006\ST23997.txtþ
þST23998þ þST23998þ þST23998þ þST23998þ þST23998þ þST23998þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24019þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þ0c2f4c
9a6445f1a194bb7eb9db90615aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
þFALSEþ þTRUEþ þNATIVES\0011\ST23998.xmlþ þþ
þST23999þ þST23999þ þST23999þ þST23999þ þST23999þ þST23999þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/.svn/text-base/topers.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þþ þþ þtopers.jar.svn-
baseþ þ.JARþ þapplication/java-archiveþ þþ þ53272þ þc920ff8fd59d1fad7d999226311313b0þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST23999.jarþ þþ
þST24000þ þST24000þ þST24000þ þST24000þ þST24000þ þST24000þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þbuilt-
jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ70þ þ0c39334a512ed791c8dba
6a73e131e81þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0011\ST24000.propertiesþ þþ
þST24001þ þST24001þ þST24001þ þST24001þ þST24001þ þST24001þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimC
ontroller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimCont
roller.classþ þ.CLASSþ þapplication/java-vmþ þþ þ10225þ þcf67790f86342798de3506a3bfbb
bb79þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24001.classþ þþ
þST24002þ þST24002þ þST24002þ þST24002þ þST24002þ þST24002þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimC
ontroller$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimCo
ntroller$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1414þ þ9052995b6b525613e2c5c20fb
8d30df3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0011\ST24002.classþ þþ
þST24003þ þST24003þ þST24003þ þST24003þ þST24003þ þST24003þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimC
ontroller$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimCo
ntroller$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1921þ þdd22eba35ea718219db214b3a
a655520þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0011\ST24003.classþ þþ
þST24004þ þST24004þ þST24004þ þST24004þ þST24004þ þST24004þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimC
ontroller$2$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlim
Controller$2$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1631þ þ4d90bbf787f555cbdb282
b53d33e7fffþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0011\ST24004.classþ þþ
þST24005þ þST24005þ þST24005þ þST24005þ þST24005þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimD
escriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimDesc
riptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1704þ þ05cb514b6b4b178dce27aed49243a
519þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0011\ST24005.classþ þþ
þST24006þ þST24006þ þST24006þ þST24006þ þST24006þ þST24006þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimP
arameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPara
meters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4204þ þd194c660d7aac1cfb507a83b01e7e
7daþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\
0011\ST24006.classþ þþ
þST24007þ þST24007þ þST24007þ þST24007þ þST24007þ þST24007þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimR
owModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimRowMod
el.classþ þ.CLASSþ þapplication/java-vmþ þþ þ841þ þfc257c72ea35bcba4d37a56bbb3901aeþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24007.classþ þþ
þST24008þ þST24008þ þST24008þ þST24008þ þST24008þ þST24008þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/build/classes/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimU
pdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimUpdater

.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2858þ þf40b744cf31dfeb001d3f35514608b14þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\S T24008.classþ þþ

þST24009þ þST24009þ þST24009þ þST24009þ þST24009þ þST24009þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/ITopersUnlimP anelListener.classþ þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITopersUnlim PanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ269þ þ5f46715faad815bb9fa9a95 d52498007þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0011\ST24009.classþ þþ

þST24010þ þST24010þ þST24010þ þST24010þ þST24010þ þST24010þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel.clas sþ þ.CLASSþ þapplication/java-vmþ þþ þ15531þ þe41a07ae8ae49f15cc417a1aa58c715aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST240 10.classþ þþ

þST24011þ þST24011þ þST24011þ þST24011þ þST24011þ þST24011þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$1. classþ þ.CLASSþ þapplication/java-vmþ þþ þ1104þ þ202856029de0e0ef2be42b54fafc877cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST 24011.classþ þþ

þST24012þ þST24012þ þST24012þ þST24012þ þST24012þ þST24012þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$2. classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þb66a5e6375a0904f5f359429290f99ddþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2 4012.classþ þþ

þST24013þ þST24013þ þST24013þ þST24013þ þST24013þ þST24013þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$3. classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þ2d3d6f8ddc938cca44fb76d4371085f1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2 4013.classþ þþ

þST24014þ þST24014þ þST24014þ þST24014þ þST24014þ þST24014þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$4. classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þ449754db4ecffa703a495873ff41c547þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2

4014.classþ þþ

þST24015þ þST24015þ þST24015þ þST24015þ þST24015þ þST24015þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$5. classþ þ.CLASSþ þapplication/java-vmþ þþ þ998þ þ63d4298af0bb2ced6c3218f0edde2b4cþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2 4015.classþ þþ

þST24016þ þST24016þ þST24016þ þST24016þ þST24016þ þST24016þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$6. classþ þ.CLASSþ þapplication/java-vmþ þþ þ986þ þ2359c8e383b1940005aa470071d2192aþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2 4016.classþ þþ

þST24017þ þST24017þ þST24017þ þST24017þ þST24017þ þST24017þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$7. classþ þ.CLASSþ þapplication/java-vmþ þþ þ880þ þ45c3269444613140b00cd6571a7418c2þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2 4017.classþ þþ

þST24018þ þST24018þ þST24018þ þST24018þ þST24018þ þST24018þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build/classes/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPa nel$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel$8. classþ þ.CLASSþ þapplication/java-vmþ þþ þ1104þ þe1696778f31788c8903eee877f59191aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST 24018.classþ þþ

þST24019þ þST24019þ þST24019þ þST24019þ þST24019þ þST24019þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/build.xmlþ þþ þþ þ0þ þ1þ þST23998þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þb uild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3801þ þ0c2f4c9a6445f1a194bb7eb9db90615aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST240 19.xmlþ þþ

þST24020þ þST24020þ þST24020þ þST24020þ þST24020þ þST24020þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1425140þ þ8b50140a8bce9aa68a70ab6c0 5634b20þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0011\ST24020.jarþ þþ

þST24021þ þST24021þ þST24021þ þST24021þ þST24021þ þST24021þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ clib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ65992þ þ24759e5cd62cf7bef7c363500a094 c46þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0011\ST24021.jarþ þþ

þST24022þ þST24022þ þST24022þ þST24022þ þST24022þ þ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ gui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ823714þ þ9e9d811e9abef39d2c626c90a2bd 3661þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24022.jarþ þþ

þST24023þ þST24023þ þST24023þ þST24023þ þST24023þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST12547; ST15016; ST20753; ST22140; ST22354;

ST24145þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch iveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24023.jarþ þþ

þST24024þ þST24024þ þST24024þ þST24024þ þST24024þ þST24024þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þsettings.jarþ þ.JARþ þapplication/java-archiveþ þþ þ246033þ þaf822916d67876dc7aa9e987508a6badþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24024.jarþ þþ

þST24025þ þST24025þ þST24025þ þST24025þ þST24025þ þST24025þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135; ST21451; ST22142; ST22659; ST23081; ST23686;

ST24304þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24025.jarþ þþ

þST24026þ þST24026þ þST24026þ þST24026þ þST24026þ þST24026þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þRE ADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1322þ þ91fa392c3492d30d4729a14f6da86fa3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24026. TXTþ þTEXT\0006\ST24026.txtþ

þST24027þ þST24027þ þST24027þ þST24027þ þST24027þ þST24027þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/dist/topers.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þto pers.jarþ þ.JARþ þapplication/java-archiveþ þþ þ53994þ þ2efdb48ed5249f0fcbd76808a84ff 293þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\ 0011\ST24027.jarþ þþ

þST24028þ þST24028þ þST24028þ þST24028þ þST24028þ þST24028þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ591þ þ8b4cea10dcd2008aad67930085689871þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24028.tx
tþ þTEXT\0006\ST24028.txtþ
þST24029þ þST24029þ þST24029þ þST24029þ þST24029þ þST24029þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/dir-propsþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264;
ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760;
ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408;
ST23695; ST23900; ST24151; ST24308;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-propsþ þ.TXTþ þtext/plainþ þþ þ33þ þ
06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24029.txtþ þTEXT\0006\ST24029.txtþ
þST24030þ þST24030þ þST24031þ þST24030þ þST24031þ þST24030þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/10
/2010þ þ00:00:00þ þ2010-11-10T00:00:00-05:00þ þ1289365200þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ779þ þce92dd9c7d18e979e5904bbe1a7f27dbþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24030.txtþ þTEXT
\0006\ST24030.txtþ
þST24032þ þST24032þ þST24032þ þST24032þ þST24032þ þST24032þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ
þ48770þ þb437f1d3995853185f804e16cd82a3ccþ þþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24032.xmlþ þþ
þST24033þ þST24033þ þST24033þ þST24033þ þST24033þ þST24033þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/plai
nþ þþ þ475þ þcbd1edd7e3ad428d9cc815aed5034282þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24033.txtþ þTEXT\0006\ST24033.txtþ
þST24034þ þST24034þ þST24035þ þST24034þ þST24035þ þST24034þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST2
4044þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext
/plainþ þþ þ2748þ þ9cb908d1eb957c48de3614fe1ffb91c0þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24034.txtþ þTEXT\0006\ST2403
4.txtþ
þST24036þ þST24036þ þST24036þ þST24036þ þST24036þ þST24036þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24045þ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þ þ þ525þ þd19390eb8afcbddcb136ecd97f186402þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24036.xmlþ þþ

þST24037þ þST24037þ þST24037þ þST24037þ þST24037þ þST24037þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ615þ þc610b0246f25bef4912192a 42a7369c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ NATIVES\0011\ST24037.txtþ þTEXT\0006\ST24037.txtþ

þST24038þ þST24038þ þST24038þ þST24038þ þST24038þ þST24038þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/nbproject/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.3.tmpþ þ.XMLþ þapplication/xmlþ þ44426þ þ0a8b054b610896a3 f4a705fb35b7891eþ þb þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR UEþ þNATIVES\0011\ST24038.xmlþ þþ

þST24039þ þST24039þ þST24039þ þST24039þ þST24039þ þST24039þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þb þ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þ56284þ þ9d80ac7bb17204eaf1cbc26d bc82c063þ þb þb þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT IVES\0011\ST24039.xmlþ þþ

þST24040þ þST24040þ þST24040þ þST24040þ þST24040þ þST24040þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x- java-propertiesþ þþ þ475þ þ3bd870ef56f358d67213c566c72bef68þ þþ þþ þþ þþ þþ þþ þ þ þb þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24040.propertiesþ

þST24041þ þST24041þ þST24041þ þST24041þ þST24041þ þST24041þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þb þ þ þb þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þ0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24041.propertiesþ þþ

þST24042þ þST24042þ þST24042þ þST24042þ þST24042þ þST24042þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST19841; ST22163; ST23424; ST23913; ST24164þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex t/x-java-propertiesþ þþ þ269þ þ5c164ef077c3f8dde5ecd6dadb7affb7þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24042.propertiesþ þþ

þST24043þ þST24043þ þST24043þ þST24043þ þST24043þ þST24043þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/topers/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281; ST15176; ST20041; ST21474; ST21987; ST22676; ST24165; ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24043.xmlþ þþ
þST24044þ þST24044þ þST24044þ þST24044þ þST24044þ þST24044þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST24034þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2748 þ þ9cb908d1eb957c48de3614fe1ffb91c0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24044.propertiesþ þþ
þST24045þ þST24045þ þST24045þ þST24045þ þST24045þ þST24045þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST24036þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ525þ þd19390eb8afcbddcb136ecd97f 186402þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIV ES\0011\ST24045.xmlþ þþ
þST24046þ þST24046þ þST24046þ þST24046þ þST24046þ þST24046þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ86þ þ9ad89fdf5ff7addf3e2b4554a0cf00f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24 046.txtþ þTEXT\0006\ST24046.txtþ
þST24047þ þST24047þ þST24047þ þST24047þ þST24047þ þST24047þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/16/2011þ þ00:00:00þ þ2011
-06-16T00:00:00-04:00þ þ1308196800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ215þ þ978dbc1d25 a3836b782d230394c71e84þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF ALSEþ þTRUEþ þNATIVES\0011\ST24047.txtþ þTEXT\0006\ST24047.txtþ
þST24048þ þST24048þ þST24048þ þST24048þ þST24048þ þST24048þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ90þ þ02fb323b3f2549df8bc41099d25c2c94þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ ST24048.txtþ þTEXT\0006\ST24048.txtþ
þST24049þ þST24049þ þST24049þ þST24049þ þST24049þ þST24049þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/16/2 011þ þ00:00:00þ þ2011-06-16T00:00:00-04:00þ þ1308196800þ þentriesþ þ.TXTþ þtext/plain þ þþ þ226þ þ1d5b882e3c3d07768074ecfa13c17253þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24049.txtþ þTEXT\0006\ST24049.txtþ
þST24050þ þST24050þ þST24050þ þST24050þ þST24050þ þST24050þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ101þ þ322fe9418c3f00e032576911
441edc2eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST24050.txtþ þTEXT\0006\ST24050.txtþ
þST24051þ þST24051þ þST24051þ þST24051þ þST24051þ þST24051þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þ06/16/2011þ þ00:00:00þ þ2011-06-16T00:00:00-04:00þ þ1308196800þ þentriesþ þ.TXTþ þ
text/plainþ þþ þ241þ þca218564909f870033734223427e97a5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24051.txtþ þTEXT\0006\ST2
4051.txtþ
þST24052þ þST24052þ þST24052þ þST24052þ þST24052þ þST24052þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ106þ þ35e4836bd0b491d8bdf
d8ef07e0f5210þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0011\ST24052.txtþ þTEXT\0006\ST24052.txtþ
þST24053þ þST24053þ þST24053þ þST24053þ þST24053þ þST24053þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þ06/16/2011þ þ00:00:00þ þ2011-06-16T00:00:00-04:00þ þ1308196800þ þentriesþ þ.
TXTþ þtext/plainþ þþ þ243þ þ618925f6e337c3281bb64163aeb1b472þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24053.txtþ þTEXT\0006\ST24053.txtþ
þST24054þ þST24054þ þST24054þ þST24054þ þST24054þ þST24054þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ118þ þ592a0c
6a93345831ec2ea433a65019caþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSE
þ þFALSEþ þTRUEþ þNATIVES\0011\ST24054.txtþ þTEXT\0006\ST24054.txtþ
þST24055þ þST24055þ þST24055þ þST24055þ þST24055þ þST24055þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ
þþ þþ þþ þþ þ06/16/2011þ þ00:00:00þ þ2011-06-16T00:00:00-04:00þ þ1308196800þ
 þentriesþ þ.TXTþ þtext/plainþ þþ þ255þ þ6d48c9d85a38322e17e93efb09db16f7þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24055.t
xtþ þTEXT\0006\ST24055.txtþ
þST24056þ þST24056þ þST24056þ þST24056þ þST24056þ þST24056þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/all-wcpropsþ þþ þþ
 þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1043þ þadd6750238d395d562d06cde8f43e223þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24056.t

xtþ þTEXT\0006\ST24056.txtþ
þST24057þ þST24057þ þST24059þ þST24057þ þST24059þ þST24057þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/entriesþ þþ þþ þ0þ
þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/16/2011þ þ00:00:00þ þ2011-06-16T00:00:00-04:00þ
þ1308196800þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1000þ þ9154c8a9ad6cad80f13eb3b0919b5ac
7þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0011\ST24057.txtþ þTEXT\0006\ST24057.txtþ
þST24060þ þST24060þ þST24064þ þST24060þ þST24064þ þST24060þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/text-base/TopersU
nlimController.java.svn-baseþ þþ þþ þ0þ þ1þ þST24073þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27
/2007þ þ00:00:00þ þ2007-07-27T00:00:00-04:00þ þ1185508800þ þTopersUnlimController.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ10599þ þee15172bdd73ae24b68a94ad9f4723bdþ þ5þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24
060.txtþ þTEXT\0006\ST24060.txtþ
þST24065þ þST24065þ þST24066þ þST24065þ þST24066þ þST24065þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/text-base/TopersU
nlimDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST24074þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/20
/2007þ þ00:00:00þ þ2007-09-20T00:00:00-04:00þ þ1190260800þ þTopersUnlimDescriptor.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1770þ þ958ac8cbf1f2ae0cda8b72cb60fab48eþ þ2þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST240
65.txtþ þTEXT\0006\ST24065.txtþ
þST24067þ þST24067þ þST24069þ þST24067þ þST24069þ þST24067þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/text-base/TopersU
nlimParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST24075þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/25
/2007þ þ00:00:00þ þ2007-07-25T00:00:00-04:00þ þ1185336000þ þTopersUnlimParameters.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5640þ þ50ed3079784807bfb925f297223fe533þ þ3þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST240
67.txtþ þTEXT\0006\ST24067.txtþ
þST24070þ þST24070þ þST24070þ þST24070þ þST24070þ þST24070þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/text-base/TopersU
nlimRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24076þ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/2
007þ þ00:00:00þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þTopersUnlimRowModel.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ783þ þd16acbb24a980ca0f541acfe09ec0e74þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24070.tx
tþ þTEXT\0006\ST24070.txtþ
þST24071þ þST24071þ þST24072þ þST24071þ þST24072þ þST24071þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/.svn/text-base/TopersU
nlimUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST24077þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/20/20

07þ þ00:00:00þ þ2007-07-20T00:00:00-04:00þ þ1184904000þ þTopersUnlimUpdater.java.svn
-baseþ þ.TXTþ þtext/plainþ þþ þ3508þ þ2b4ffcbf66533a1f7a383de775162458þ þ2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24071.txtþ þTEXT\0006\ST24071.txtþ
þST24073þ þST24073þ þST24073þ þST24073þ þST24073þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimController.
javaþ þþ þþ þ0þ þ1þ þST24060þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimControll
er.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ10599þ þee15172bdd73ae24b68a94ad9f4723bdþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\S
T24073.javaþ þþ
þST24074þ þST24074þ þST24074þ þST24074þ þST24074þ þST24074þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimDescriptor.
javaþ þþ þþ þ0þ þ1þ þST24065þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimDescript
or.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1770þ þ958ac8cbf1f2ae0cda8b72cb60fab48eþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24074.javaþ þþ
þST24075þ þST24075þ þST24075þ þST24075þ þST24075þ þST24075þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimParameters.
javaþ þþ þþ þ0þ þ1þ þST24067þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimParamete
rs.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5640þ þ50ed3079784807bfb925f297223fe533þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24075.javaþ þþ
þST24076þ þST24076þ þST24076þ þST24076þ þST24076þ þST24076þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimRowModel.ja
vaþ þþ þþ þ0þ þ1þ þST24070þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimRowModel.j
avaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ783þ þd16acbb24a980ca0f541acfe09ec0e74þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24076
.javaþ þþ
þST24077þ þST24077þ þST24077þ þST24077þ þST24077þ þST24077þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/core/multiviewer/topersunlim/TopersUnlimUpdater.jav
aþ þþ þþ þ0þ þ1þ þST24071þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimUpdater.jav
aþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3508þ þ2b4ffcbf66533a1f7a383de775162458þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24077.
javaþ þþ
þST24078þ þST24078þ þST24078þ þST24078þ þST24078þ þST24078þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ105þ þ5b6e58f972313599febee8419d042731þ þ1þ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24078.tx tþ þTEXT\0006\ST24078.txtþ

þST24079þ þST24079þ þST24079þ þST24079þ þST24079þ þST24079þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þ11/23/2010þ þ00:00:00þ þ2010-11-23T00:00:00-05:00þ þ1290488400þ þentriesþ þ.T XTþ þtext/plainþ þþ þ242þ þbb8b62596d06937130be455cc268ad3cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24079.txtþ þTEXT\000 6\ST24079.txtþ

þST24080þ þST24080þ þST24080þ þST24080þ þST24080þ þST24080þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ117þ þd45029ef 0abce536620e10abc66d2731þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24080.txtþ þTEXT\0006\ST24080.txtþ

þST24081þ þST24081þ þST24081þ þST24081þ þST24081þ þST24081þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þ11/23/2010þ þ00:00:00þ þ2010-11-23T00:00:00-05:00þ þ1290488400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ254þ þffc07636bec24392a2e2f55621e53218þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24081.t xtþ þTEXT\0006\ST24081.txtþ

þST24082þ þST24082þ þST24082þ þST24082þ þST24082þ þST24082þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ6 68þ þ8bd527048ff760be450c1909425a4db9þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24082.txtþ þTEXT\0006\ST24082.txtþ

þST24083þ þST24083þ þST24084þ þST24083þ þST24084þ þST24083þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ11/23/2010þ þ00:00:00þ þ2010-11-23T00:00:00-05:00þ þ 1290488400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ693þ þf8e07783201af28b74cfe41b7f01b4d3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES\001 1\ST24083.txtþ þTEXT\0006\ST24083.txtþ

þST24085þ þST24085þ þST24085þ þST24085þ þST24085þ þST24085þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/.svn/text-base/ITopersU nlimPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST24094þ þþ þþ þþ þþ þþ þþ þþ þ10 /09/2007þ þ00:00:00þ þ2007-10-09T00:00:00-04:00þ þ1191902400þ þITopersUnlimPanelList ener.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ472þ þca2a7ce4fff8cd62c53c34fbcc243b48þ þ 1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþFALSEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24085.txtþ þTEXT\0006\ST24085.txtþ

þST24086þ þST24086þ þST24086þ þST24086þ þST24086þ þST24086þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/.svn/text-base/TopersUnlimPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST24095þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT opersUnlimPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ8819þ þf98dfd77e376e3564d 4b951ee7cda110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0011\ST24086.xmlþ þþ

þST24087þ þST24087þ þST24093þ þST24087þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/.svn/text-base/TopersUn limPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24096þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27/2007þ þ00:00:00þ þ2007

-07-27T00:00:00-04:00þ þ1185508800þ þTopersUnlimPanel.java.svn-baseþ þ.TXTþ þtext/pl ainþ þþ þ17330þ þ409908bb8ad011b19146d9be47cfe907þ þ7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0011\ST24087.txtþ þTEXT\0006\ST24087.txtþ

þST24094þ þST24094þ þST24094þ þST24094þ þST24094þ þST24094þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/ITopersUnlimPanelListen er.javaþ þþ þþ þ0þ þ1þ þST24085þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þITopersUnlimPane lListener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ472þ þca2a7ce4fff8cd62c53c34fbcc243b 48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0 011\ST24094.javaþ þþ

þST24095þ þST24095þ þST24095þ þST24095þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPanel.formþ þþ þþ þ0þ þ1þ þST24086þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel.formþ þ. XMLþ þapplication/xmlþ þþ þ8819þ þf98dfd77e376e3564d4b951ee7cda110þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24095.xmlþ þþ

þST24096þ þST24096þ þST24096þ þST24096þ þST24096þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/src/com/equityfeed/gui/multiviewer/topersunlim/TopersUnlimPanel.javaþ þþ þþ þ0þ þ1þ þST24087þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTopersUnlimPanel.javaþ þ. JAVAþ þtext/x-java-sourceþ þþ þ17330þ þ409908bb8ad011b19146d9be47cfe907þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES

\0011\ST24096.javaþ þþ

þST24097þ þST24097þ þST24097þ þST24097þ þST24097þ þST24097þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/topers/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-

wcpropsþ þ.TXTþ þtext/plainþ þþ þ86þ þa1c9af3a0fa519750eb572c77401c324þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES

\0011\ST24097.txtþ þTEXT\0006\ST24097.txtþ

þST24098þ þST24098þ þST24098þ þST24098þ þST24098þ þST24098þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/topers/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/13/2010
þ þ00:00:00þ þ2010-05-13T00:00:00-04:00þ þ1273723200þ þentriesþ þ.TXTþ þtext/plainþ þþ
þ157þ þe933426de87015b6359e48a51e54df7bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24098.txtþ þTEXT\0006\ST24098.txtþ
þST24099þ þST24099þ þST24099þ þST24099þ þST24099þ þST24099þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ298þ þ83df2ff051fa086f424ba728f89f9c05þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST240
99.txtþ þTEXT\0006\ST24100.txtþ
þST24100þ þST24100þ þST24100þ þST24100þ þST24100þ þST24100þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST20086; ST21171; ST23994;
ST24370þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þ95b1dc06f4396b718d98db8334cf8c66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24100.txtþ þTEXT\0006\ST24100.txtþ
þST24101þ þST24101þ þST24102þ þST24101þ þST24102þ þST24101þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/11/2011þ þ
00:00:00þ þ2011-04-11T00:00:00-04:00þ þ1302494400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ5
82þ þdfb6f34a7da7ba19fc4d30e3fe566d40þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24101.txtþ þTEXT\0006\ST24101.txtþ
þST24103þ þST24103þ þST24103þ þST24103þ þST24103þ þST24103þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe.svn/prop-base/universe.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;
ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;

ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;
ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;

ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;
ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;

ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24276; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þuniverse.jar.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24103.txtþ þTEXT
\0006\ST24103.txtþ
þST24104þ þST24104þ þST24104þ þST24104þ þST24104þ þST24104þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24140þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3807þ þ644c
e12aa3be30e37e27d6db49d48d35þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0011\ST24104.xmlþ þþ
þST24105þ þST24105þ þST24105þ þST24105þ þST24105þ þST24105þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/.svn/text-base/universe.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þuniverse.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ10
0661þ þ0c873948a83ecaf075a6dbb7a48fdd7fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24105.jarþ þþ
þST24106þ þST24106þ þST24106þ þST24106þ þST24106þ þST24106þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ72þ þe85a
3ebe3bf80e9bff3abdde1a5cf5a4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0011\ST24106.propertiesþ þþ
þST24107þ þST24107þ þST24107þ þST24107þ þST24107þ þST24107þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/unews/UNewsController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ7163þ þ0454cccd52af3302b3c3fa71d11b039fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24107.classþ þ
þST24108þ þST24108þ þST24108þ þST24108þ þST24108þ þST24108þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/unews/UNewsDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ889þ þeacddc9207c5278b56a183c1cbda81deþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24108.classþ þ
þST24109þ þST24109þ þST24109þ þST24109þ þST24109þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/unews/UNewsParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2261þ þfc12b4a0c64886da03e1dc97937ed05fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24109.classþ þ
þST24110þ þST24110þ þST24110þ þST24110þ þST24110þ þST24110þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/unews/UNewsRejector.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsRejector.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3300þ þd39409925feb708fcd9bf6bad57f5cacþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24110.classþ þ
þST24111þ þST24111þ þST24111þ þST24111þ þST24111þ þST24111þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/unews/UNewsRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ826þ þ12a99b88c824052e1fe68886dea1d42bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24111.classþ þ
þST24112þ þST24112þ þST24112þ þST24112þ þST24112þ þST24112þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/unews/UNewsUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2496þ þ61d08572645a8e1f60b82742d19977dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24112.classþ þ
þST24113þ þST24113þ þST24113þ þST24113þ þST24113þ þST24113þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseContr

oller.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseController.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ16803þ þc86c5a5cdca7c3d216a5c1b1a5b67f03þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\S
T24113.classþ þþ

þST24114þ þST24114þ þST24114þ þST24114þ þST24114þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseContr
oller$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseControlle
r$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1995þ þ9da288e8a6211979ad2c0e794999e83d
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
1\ST24114.classþ þþ

þST24115þ þST24115þ þST24115þ þST24115þ þST24115þ þST24115þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseContr
oller$2.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseControlle
r$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1381þ þ329b83d8cb09ca90864c54143ca8592c
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
1\ST24115.classþ þþ

þST24116þ þST24116þ þST24116þ þST24116þ þST24116þ þST24116þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseContr
oller$3.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseControlle
r$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1641þ þc55347e11b5a3be2f8fdf53b160df97d
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
1\ST24116.classþ þþ

þST24117þ þST24117þ þST24117þ þST24117þ þST24117þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseContr
oller$3$1.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseControl
ler$3$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1640þ þ62b257dfb1abdbae2ed87e58c0c1
6d77þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24117.classþ þþ

þST24118þ þST24118þ þST24118þ þST24118þ þST24118þ þST24118þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseDescr
iptor.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseDescriptor.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ2167þ þb7d90fc7aa4ef49b58fad730e815ba05þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24118.classþ þþ

þST24119þ þST24119þ þST24119þ þST24119þ þST24119þ þST24119þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseParam
eters.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseParameters.
classþ þ.CLASSþ þapplication/java-vmþ þþ þ4181þ þf8fc6f115987a62d97179524b9ce9e81þ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST 24119.classþ þþ

þST24120þ þST24120þ þST24120þ þST24120þ þST24120þ þST24120þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseRowModel.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ820þ þ5f5f00cfa0d0a990b7091c2ee3a7a07bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24120.classþ þþ

þST24121þ þST24121þ þST24121þ þST24121þ þST24121þ þST24121þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/core/multiviewer/universe/UniverseUpdater.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2051þ þde59aa689324a91a11c8358b3e99ede2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24121.classþ þþ

þST24122þ þST24122þ þST24122þ þST24122þ þST24122þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/IUniversePanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIUniversePanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ680þ þa60651aa858548b100ac25b437f6455cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24122.classþ þþ

þST24123þ þST24123þ þST24123þ þST24123þ þST24123þ þST24123þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocksEditorFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ11281þ þ06f2cd1b35b9450bfccd20ecc0a98d55þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24123.classþ þþ

þST24124þ þST24124þ þST24124þ þST24124þ þST24124þ þST24124þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocksEditorFrame$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1055þ þd329ac33de4ae09fe2fe9f523bb1c1baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24124.classþ þþ

þST24125þ þST24125þ þST24125þ þST24125þ þST24125þ þST24125þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocksEditorFrame$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1023þ þe7a7748dd587db995d787e49ee501d29þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24125.classþ þþ

þST24126þ þST24126þ þST24126þ þST24126þ þST24126þ þST24126þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocks EditorFrame$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1055þ þcc39d837294a4c52350184 3c6ec97764þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0011\ST24126.classþ þþ

þST24127þ þST24127þ þST24127þ þST24127þ þST24127þ þST24127þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocks EditorFrame$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1055þ þ17e923f3c85aa0fd461ce8 d29fafc60eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0011\ST24127.classþ þþ

þST24128þ þST24128þ þST24128þ þST24128þ þST24128þ þST24128þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocks EditorFrame$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1055þ þc16f5e6fff52565d6e72c6 32a9a88a48þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0011\ST24128.classþ þþ

þST24129þ þST24129þ þST24129þ þST24129þ þST24129þ þST24129þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocks EditorFrame$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ696þ þb73e9431001d869e7b61c89 05f47be4aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0011\ST24129.classþ þþ

þST24130þ þST24130þ þST24130þ þST24130þ þST24130þ þST24130þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel.classþ þ.CL ASSþ þapplication/java-vmþ þþ þ16538þ þ0bf3b460ee0744082f7cdf7b05d7083aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24130.classþ þþ

þST24131þ þST24131þ þST24131þ þST24131þ þST24131þ þST24131þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$ 1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1065þ þ721293de7c5d8d51254017e4d020a7b2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24131.classþ þþ

þST24132þ þST24132þ þST24132þ þST24132þ þST24132þ þST24132þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þb9fd0a53aae54d84438fd6ba9ec7524bþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24132.classþ þþ
þST24133þ þST24133þ þST24133þ þST24133þ þST24133þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þd2d65b259ffd87c965eaddaabbf4a39dþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24133.classþ þþ
þST24134þ þST24134þ þST24134þ þST24134þ þST24134þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þ467b419970c97ce5d1e243a5cb96c716þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24134.classþ þþ
þST24135þ þST24135þ þST24135þ þST24135þ þST24135þ þST24135þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þe9357d2f30a1e47de3c3eb562bfa9b34þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24135.classþ þþ
þST24136þ þST24136þ þST24136þ þST24136þ þST24136þ þST24136þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þ048a231e6ad789514fd902402bd069baþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24136.classþ þþ
þST24137þ þST24137þ þST24137þ þST24137þ þST24137þ þST24137þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ959þ þ0613cce6c155a9721cae585e1d8e0ec7þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24137.classþ þþ
þST24138þ þST24138þ þST24138þ þST24138þ þST24138þ þST24138þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$

8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1014þ þ2fb30626426216629d2c9cc668a31610þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24138.classþ þþ
þST24139þ þST24139þ þST24139þ þST24139þ þST24139þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build/classes/com/equityfeed/gui/multiviewer/universe/UniversePanel$
9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel
$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1034þ þ5bcd7b23c914115b4074d982caeefc49þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24139.classþ þþ
þST24140þ þST24140þ þST24140þ þST24140þ þST24140þ þST24140þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/build.xmlþ þþ þþ þ0þ þ1þ þST24104þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3807þ þ644ce12aa3be30e37e27d6db49d48d35þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2
4140.xmlþ þþ
þST24141þ þST24141þ þST24141þ þST24141þ þST24141þ þST24141þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/dist/lib/buttons_img.jarþ þþ þþ þ0þ þ1þ þST15186; ST16492; ST22134;
ST22652þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuttons_img.jarþ þ.JARþ þapplication/j
ava-archiveþ þþ þ1235293þ þb8811f59d80e0c51a816179e14b96d39þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24141.jarþ þþ
þST24142þ þST24142þ þST24142þ þST24142þ þST24142þ þST24142þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þccore.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1394846þ þ8b27916ddadbd4b1a85d3a
0359ade6b9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST24142.jarþ þþ
þST24143þ þST24143þ þST24143þ þST24143þ þST24143þ þST24143þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þST20748;
ST22136þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þclib.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ69517þ þe1900f28b3c69788f8d0a9267b8f3bbcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24143.jarþ þþ
þST24144þ þST24144þ þST24144þ þST24144þ þST24144þ þST24144þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST20750;
ST22139þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgui2.jarþ þ.JARþ þapplication/java-arc
hiveþ þþ þ812371þ þfc74af6f2908ebc0906d60ec12f1e3e8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24144.jarþ þþ
þST24145þ þST24145þ þST24145þ þST24145þ þST24145þ þST24145þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST12547; ST15016; ST20753; ST22140; ST22354;

ST24023þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-archiveþ þþ þ137404þ þ50a976ebc976fec1209bdddd97ca93f7þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24145.jarþ þþ

þST24146þ þST24146þ þST24146þ þST24146þ þST24146þ þST24146þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/dist/lib/news.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ408880þ þ0fd4cd017b0a301c829b46a00 b504fa3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI VES\0011\ST24146.jarþ þþ

þST24147þ þST24147þ þST24147þ þST24147þ þST24147þ þST24147þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST20755; ST22141þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java -archiveþ þþ þ229018þ þ6d4a7efec4e743159f950cd64de1da4cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24147.jarþ þþ

þST24148þ þST24148þ þST24148þ þST24148þ þST24148þ þST24148þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ README.TXTþ þ.TXTþ þtext/plainþ þþ þ1324þ þ2d78ea0d67eedcbfda4390cf60b7ae5bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2414 8.TXTþ þTEXT\0006\ST24148.txtþ

þST24149þ þST24149þ þST24149þ þST24149þ þST24149þ þST24149þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/dist/universe.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þuniverse.jarþ þ.JARþ þapplication/java-archiveþ þþ þ101641þ þ0dd36f2ca0c1f8e159522 d236b8a4a1dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ NATIVES\0011\ST24149.jarþ þþ

þST24150þ þST24150þ þST24150þ þST24150þ þST24150þ þST24150þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ601þ þ6ec1d2bfb5934f4e9c497168c66c5d6 aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0011\ST24150.txtþ þTEXT\0006\ST24150.txtþ

þST24151þ þST24151þ þST24151þ þST24151þ þST24151þ þST24151þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24308;

ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24151.txtþ þTEXT\0006\ST24151.txtþ

þST24152þ þST24152þ þST24153þ þST24152þ þST24153þ þST24152þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/
12/2011þ þ00:00:00þ þ2011-09-12T00:00:00-04:00þ þ1315800000þ þentriesþ þ.TXTþ þtext/p
lainþ þþ þ768þ þfb8fe1428e761271454dff56a28ad820þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24152.txtþ þTEXT\0006\ST24152.
txtþ

þST24154þ þST24154þ þST24154þ þST24154þ þST24154þ þST24154þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þ
þ þ34073þ þ1d661e3891edec5c3607b02244637c90þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24154.xmlþ þþ

þST24155þ þST24155þ þST24155þ þST24155þ þST24155þ þST24155þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbgenfiles.properties.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ465þ þe328ae5ef9c03b7cc925b488e92c7b72þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24155.txtþ þTEXT\0006\ST24155.t
xtþ

þST24156þ þST24156þ þST24157þ þST24156þ þST24157þ þST24156þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þS
T24166þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ2870þ þb537da4fb5f35a3cf340c896800d8093þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24156.txtþ þTEXT\0006\ST24
156.txtþ

þST24158þ þST24158þ þST24158þ þST24158þ þST24158þ þST24158þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24167þ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ516þ þb0f487f3061581e29acff1106a57c1ebþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24158.xm
lþ þþ

þST24159þ þST24159þ þST24159þ þST24159þ þST24159þ þST24159þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/.svn/tmp/build-impl.xml.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þbuild-
impl.xml.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48050þ þ38abe40abf1cb6d67ec3d3d23e6287a8þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24159.xmlþ þþ

þST24160þ þST24160þ þST24160þ þST24160þ þST24160þ þST24160þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/nbproject/.svn/tmp/genfiles.properties.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.tmpþ þ.TXTþ þtext/plainþ þþ þ616þ þ1e3
3acdc941de90bf92fd224c6da5a4eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24160.txtþ þTEXT\0006\ST24160.txtþ
þST24161þ þST24161þ þST24161þ þST24161þ þST24161þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þbuild-
impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56290þ þ4634671633306eb4cac310835e124788þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24
161.xmlþ þþ
þST24162þ þST24162þ þST24162þ þST24162þ þST24162þ þST24162þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ8
7b8c34710a3b75e057c013b61cd211fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24162.propertiesþ þþ
þST24163þ þST24163þ þST24163þ þST24163þ þST24163þ þST24163þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ
0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24163.propertiesþ þþ
þST24164þ þST24164þ þST24164þ þST24164þ þST24164þ þST24164þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þST19841; ST22163;
ST23424; ST23913;
ST24042þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtex
t/x-java-propertiesþ þþ þ269þ þ5c164ef077c3f8dde5ecd6dadb7affb7þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24164.propertiesþ
þþ
þST24165þ þST24165þ þST24165þ þST24165þ þST24165þ þST24165þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281;
ST15176; ST20041; ST21474; ST21987; ST22676; ST24043;
ST24465þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ
þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24165.xmlþ þþ
þST24166þ þST24166þ þST24166þ þST24166þ þST24166þ þST24166þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þST24156þ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2
870þ þb537da4fb5f35a3cf340c896800d8093þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24166.propertiesþ þþ

þST24167þ þST24167þ þST24167þ þST24167þ þST24167þ þST24167þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/nbproject/project.xmlþ þþ þ0þ þ1þ þST24158þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ516þ þb0f487f3061581e29acff110
6a57c1ebþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0011\ST24167.xmlþ þþ
þST24168þ þST24168þ þST24168þ þST24168þ þST24168þ þST24168þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þ772f0da1ac234d44730314e854bf14fcþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24168.txtþ þTEXT\0006\ST24168.txtþ
þST24169þ þST24169þ þST24169þ þST24169þ þST24169þ þST24169þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/03/201
1þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/plainþ þ
þ þ218þ þbd0b7e4fbbc345b1e565adcbffd06b3dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24169.txtþ þTEXT\0006\ST24169.txtþ
þST24170þ þST24170þ þST24170þ þST24170þ þST24170þ þST24170þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ92þ þda85b52cd4a614585f32b91bac9c2740þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24170.txtþ þTEXT\0006\ST24170.txtþ
þST24171þ þST24171þ þST24171þ þST24171þ þST24171þ þST24171þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/03
/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ229þ þ65770809174afe3b6d0d375e5bdebbb6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24171.txtþ þTEXT
\0006\ST24171.txtþ
þST24172þ þST24172þ þST24172þ þST24172þ þST24172þ þST24172þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ103þ þ2c1ce3a43eca0a57208431
c5d7209e8eþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
þNATIVES\0011\ST24172.txtþ þTEXT\0006\ST24172.txtþ
þST24173þ þST24173þ þST24173þ þST24173þ þST24173þ þST24173þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXT
þ þtext/plainþ þþ þ244þ þf5822f7239e0f3d6bc39cd0678ff9286þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24173.txtþ þTEXT\0006\ST24173.txtþ

þST24174þ þST24174þ þST24174þ þST24174þ þST24174þ þST24174þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ108þ þc19f540b75586d730 88fe65dfd6d1b2aþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24174.txtþ þTEXT\0006\ST24174.txtþ

þST24175þ þST24175þ þST24175þ þST24175þ þST24175þ þST24175þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ246þ þa6e29a60f6ec3b1cb495001cf46ab16fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24175.txtþ þTEXT\0006\ST24175.txtþ

þST24176þ þST24176þ þST24176þ þST24176þ þST24176þ þST24176þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ120þ þd41087e205ddf27c94961baf5dd3019eþ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24176.txtþ þTEXT\0006\ST24176.txtþ

þST24177þ þST24177þ þST24177þ þST24177þ þST24177þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ255þ þ1cf6dc1fbc318635415c0596cf3254c7þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24177.txtþ þTEXT\0006\ST24177.txtþ

þST24178þ þST24178þ þST24178þ þST24178þ þST24178þ þST24178þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1007þ þ284a8ff13ad46de306204ca8dd86a7f3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24178.txtþ þTEXT\0006\ST24178.txtþ

þST24179þ þST24179þ þST24181þ þST24179þ þST24181þ þST24179þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ06/03/2011þ þ00:00:00þ þ2011-06-03T00:00:00-04:00þ þ1307073600þ þentriesþ þ.TXTþ þtext/plainþ þþ þ997þ þ6a2622d657bd159a4e1fe22c25a92956þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24179.txtþ þTEXT\0006\ST24179.txtþ

þST24182þ þST24182þ þST24189þ þST24182þ þST24189þ þST24182þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/text-base/Universe
Controller.java.svn-baseþ þþ þþ þ0þ þ1þ þST24232þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27/200
7þ þ00:00:00þ þ2007-07-27T00:00:00-04:00þ þ1185508800þ þUniverseController.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ16633þ þ93be97037d25714b91bc28b310bd6ac0þ þ8þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24182.txtþ þTEXT\0006\ST24182.txtþ
þST24190þ þST24190þ þST24191þ þST24190þ þST24191þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/text-base/Universe
Descriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST24233þ þþ þþ þþ þþ þþ þþ þþ þþ þ09/20/200
7þ þ00:00:00þ þ2007-09-20T00:00:00-04:00þ þ1190260800þ þUniverseDescriptor.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ2117þ þa9f3cbe5c338502ae77ce23fc7607e3bþ þ2þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24190.txtþ
þTEXT\0006\ST24190.txtþ
þST24192þ þST24192þ þST24194þ þST24192þ þST24194þ þST24192þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/text-base/Universe
Parameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST24234þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/25/200
7þ þ00:00:00þ þ2007-07-25T00:00:00-04:00þ þ1185336000þ þUniverseParameters.java.svn-
baseþ þ.TXTþ þtext/plainþ þþ þ5792þ þ2efc923a20e166a68d4d7e8f3ed2bfc0þ þ3þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24192.txtþ
þTEXT\0006\ST24192.txtþ
þST24195þ þST24195þ þST24195þ þST24195þ þST24195þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/text-base/Universe
RowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24235þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/2007þ
 þ00:00:00þ þ2007
-08-23T00:00:00-04:00þ þ1187841600þ þUniverseRowModel.java.svn-baseþ þ.TXTþ þtext/pl
ainþ þþ þ772þ þc27af9f5afbe1d4b4c63437fc3903d5dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24195.txtþ þTEXT\0006\ST24195.t
xtþ
þST24196þ þST24196þ þST24197þ þST24196þ þST24197þ þST24196þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/text-base/Universe
Updater.java.svn-baseþ þþ þþ þ0þ þ1þ þST24236þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/20/2007þ
þ00:00:00þ þ2007-07-20T00:00:00-04:00þ þ1184904000þ þUniverseUpdater.java.svn-baseþ
þ.TXTþ þtext/plainþ þþ þ2636þ þ8b9c5a99f792f3c88829e1dd9fb0ab94þ þ2þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24196.txtþ þTEXT
\0006\ST24196.txtþ
þST24198þ þST24198þ þST24205þ þST24198þ þST24205þ þST24198þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/.svn/tmp/tempfile.tmpþ
þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27/2007þ þ00:00:00þ þ2007-07-27T00:00:0
0-04:00þ þ1185508800þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ17273þ þdc9e99ccb096e7696

a2a34a44c501b84þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24198.txtþ þTEXT\0006\ST24198.txtþ

þST24206þ þST24206þ þST24206þ þST24206þ þST24206þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1184þ þ0e299b66f7942b2f9402127e37dd3a7cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24206.txtþ þTEXT\0006\ST24206.txtþ

þST24207þ þST24207þ þST24208þ þST24207þ þST24208þ þST24207þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/23/2010þ þ00:00:00þ þ2010-11-23T00:00:00-05:00þ þ1290488400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1136þ þ096ba6f0cdf783cb36b18b4eadd002f1þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24207.txtþ þTEXT\0006\ST24207.txtþ

þST24209þ þST24209þ þST24212þ þST24209þ þST24212þ þST24209þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/text-base/UNewsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST24226þ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007-07-26T00:00:00-04:00þ þ1185422400þ þUNewsController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ7516þ þ2af4a9d648a2822f6a2959b67da477caþ þ4þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24209.txtþ þTEXT\0006\ST24209.txtþ

þST24213þ þST24213þ þST24213þ þST24213þ þST24213þ þST24213þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/text-base/UNewsDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST24227þ þþ þþ þþ þþ þþ þþ þ09/21/2007þ þ00:00:00þ þ2007-09-21T00:00:00-04:00þ þ1190347200þ þUNewsDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ736þ þf4d8a35a96e403d2b39dcefa0d5aeb14þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24213.txtþ þTEXT\0006\ST24213.txtþ

þST24214þ þST24214þ þST24215þ þST24214þ þST24215þ þST24214þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/text-base/UNewsParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST24228þ þþ þþ þþ þþ þþ þþ þ08/23/2007þ þ00:00:00þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þUNewsParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2523þ þ2c945e24255cc83307c513193e8bf16aþ þ2þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24214.txtþ þTEXT\0006\ST24214.txtþ

þST24216þ þST24216þ þST24217þ þST24216þ þST24217þ þST24216þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/text-base/UNewsRejector.java.svn-baseþ þþ þþ þ0þ þ1þ þST24229þ þþ þþ þþ þþ þþ þþ þ08/24/2007þ þ00:00:00þ þ2007-08-24T00:00:00-04:00þ þ1187928000þ þUNewsRejector.java.svn-base

þ þ.TXTþ þtext/plainþ þþ þ2940þ þ014c4abf9a3bb40921cda61914bb4d1fþ þ2þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24216.txtþ þTEX
T\0006\ST24216.txtþ

þST24218þ þST24218þ þST24218þ þST24218þ þST24218þ þST24218þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/text-base/UN
ewsRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24230þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/24/20
07þ þ00:00:00þ þ2007-08-24T00:00:00-04:00þ þ1187928000þ þUNewsRowModel.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ767þ þbda5a957753b7e1f111d06489a9380c3þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24218.txtþ þTEXT
\0006\ST24218.txtþ

þST24219þ þST24219þ þST24221þ þST24219þ þST24221þ þST24219þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/text-base/UN
ewsUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST24231þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/24/200
7þ þ00:00:00þ þ2007-08-24T00:00:00-04:00þ þ1187928000þ þUNewsUpdater.java.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ4765þ þf6a14cbbffdf757a6143947fbe868f4fþ þ3þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24219.txtþ þTEXT\0
006\ST24219.txtþ

þST24222þ þST24222þ þST24225þ þST24222þ þST24225þ þST24222þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/.svn/tmp/tempfile
.tmpþ þþ þþ þ0þ þ1þ þST24231þ þþ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007-07-26T00
:00:00-04:00þ þ1185422400þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ7707þ þe834ff9af0bf7
a4527cf84fad39e4ef2þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALS
Eþ þTRUEþ þNATIVES\0011\ST24222.txtþ þTEXT\0006\ST24222.txtþ

þST24226þ þST24226þ þST24226þ þST24226þ þST24226þ þST24226þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/UNewsController.j
avaþ þþ þþ þ0þ þ1þ þST24209þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsController.java
þ þ.JAVAþ þtext/x-java-sourceþ þþ þ7516þ þ2af4a9d648a2822f6a2959b67da477caþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24226.j
avaþ þþ

þST24227þ þST24227þ þST24227þ þST24227þ þST24227þ þST24227þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/UNewsDescriptor.j
avaþ þþ þþ þ0þ þ1þ þST24213þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsDescriptor.java
þ þ.JAVAþ þtext/x-java-sourceþ þþ þ736þ þf4d8a35a96e403d2b39dcefa0d5aeb14þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24227.ja
vaþ þþ

þST24228þ þST24228þ þST24228þ þST24228þ þST24228þ þST24228þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/UNewsParameters.j
avaþ þþ þþ þ0þ þ1þ þST24214þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsParameters.java

þ þ.JAVAþ þtext/x-java-sourceþ þþ þ2523þ þ2c945e24255cc83307c513193e8bf16aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24228.j avaþ þþ

þST24229þ þST24229þ þST24229þ þST24229þ þST24229þ þST24229þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/UNewsRejector.jav aþ þþ þþ þ0þ þ1þ þST24216þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsRejector.javaþ þ. JAVAþ þtext/x-java-sourceþ þþ þ2940þ þ014c4abf9a3bb40921cda61914bb4d1fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24229.java þ þþ

þST24230þ þST24230þ þST24230þ þST24230þ þST24230þ þST24230þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/UNewsRowModel.jav aþ þþ þþ þ0þ þ1þ þST24218þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsRowModel.javaþ þ. JAVAþ þtext/x-java-sourceþ þþ þ767þ þbda5a957753b7e1f111d06489a9380c3þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24230.javaþ þþ

þST24231þ þST24231þ þST24231þ þST24231þ þST24231þ þST24231þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/unews/UNewsUpdater.java þ þþ þþ þ0þ þ1þ þST24219þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUNewsUpdater.javaþ þ.JA VAþ þtext/x-java-sourceþ þþ þ4765þ þf6a14cbbffdf757a6143947fbe868f4fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24231.javaþ þ þ

þST24232þ þST24232þ þST24232þ þST24232þ þST24232þ þST24232þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/UniverseController.java þ þþ þþ þ0þ þ1þ þST24182þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseController.java þ þ.JAVAþ þtext/x-java-sourceþ þþ þ16633þ þ93be97037d25714b91bc28b310bd6ac0þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24232. javaþ þþ

þST24233þ þST24233þ þST24233þ þST24233þ þST24233þ þST24233þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/UniverseDescriptor.java þ þþ þþ þ0þ þ1þ þST24190þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseDescriptor.java þ þ.JAVAþ þtext/x-java-sourceþ þþ þ2117þ þa9f3cbe5c338502ae77ce23fc7607e3bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24233.j avaþ þþ

þST24234þ þST24234þ þST24234þ þST24234þ þST24234þ þST24234þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/UniverseParameters.java þ þþ þþ þ0þ þ1þ þST24192þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseParameters.java þ þ.JAVAþ þtext/x-java-sourceþ þþ þ5792þ þ2efc923a20e166a68d4d7e8f3ed2bfc0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24234.j

avaþ þþ

þST24235þ ST24235þ ST24235þ þST24235þ þST24235þ þST24235þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/UniverseRowModel.javaþ þþ þþ þ0þ þ1þ þST24195þ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ772þ þc27af9f5afbe1d4b4c63437fc3903d5dþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24235.javaþ þþ

þST24236þ þST24236þ þST24236þ þST24236þ þST24236þ þST24236þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/core/multiviewer/universe/UniverseUpdater.javaþ þ þ þþ þ0þ þ1þ þST24196þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniverseUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2636þ þ8b9c5a99f792f3c88829e1dd9fb0ab94þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24236.javaþ þ þ

þST24237þ þST24237þ þST24237þ þST24237þ þST24237þ þST24237þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ107þ þca1554ed9f2a06c5b190506c9d7a6ce2þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24237.txtþ þTEXT\0006\ST24237.txtþ

þST24238þ þST24238þ þST24238þ þST24238þ þST24238þ þST24238þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011-05-20T00:00:00-04:00þ þ1305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ247þ þ605eefb466cafc1874e802d05bed94fbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24238.txtþ þTEXT\0006\ST24238.txtþ

þST24239þ þST24239þ þST24239þ þST24239þ þST24239þ þST24239þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ119þ þ5ffd8ef5a2f8fd9503cbd2f17f0d0e03þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24239.txtþ þTEXT\0006\ST24239.txtþ

þST24240þ þST24240þ þST24240þ þST24240þ þST24240þ þST24240þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/universe/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011-05-20T00:00:00-04:00þ þ1305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ256þ þ1271bd323d106ce5e696c24c446d5764þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24240.txtþ þTEXT\0006\ST24240.txtþ

þST24241þ þST24241þ þST24241þ þST24241þ þST24241þ þST24241þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/.svn/all-wcpropsþ þþ þþ þ
0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ64
7þ þ0de6b50c2c32fa91ae583db43245260dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24241.txtþ þTEXT\0006\ST24241.txtþ
þST24242þ þST24242þ þST24243þ þST24243þ þST24242þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/.svn/entriesþ þþ þþ þ0þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011-05-20T00:00:00-04:00þ þ1
305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ664þ þfd9c212494ffcc839c2477638b29ddf9þ þ
2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24242.txtþ þTEXT\0006\ST24242.txtþ
þST24244þ þST24244þ þST24244þ þST24244þ þST24244þ þST24244þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/.svn/text-base/IUniverse
PanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST24255þ þþ þþ þþ þþ þþ þþ þþ þþ þ10/09/
2007þ þ00:00:00þ þ2007-10-09T00:00:00-04:00þ þ1191902400þ þIUniversePanelListener.ja
va.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1066þ þ5f155b49275420173f192e3e585c0b5bþ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST242
44.txtþ þTEXT\0006\ST24244.txtþ
þST24245þ þST24245þ þST24245þ þST24245þ þST24245þ þST24245þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/.svn/text-base/UniverseP
anel.form.svn-baseþ þþ þþ þ0þ þ1þ þST24268þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUnive
rsePanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ16110þ þc37267a07b320de689757bec
52558d75þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNAT
IVES\0011\ST24245.xmlþ þþ
þST24246þ þST24246þ þST24254þ þST24246þ þST24254þ þST24246þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/.svn/text-base/UniverseP
anel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24269þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/27/2007þ þ00
:00:00þ þ2007-07-27T00:00:00-04:00þ þ1185508800þ þUniversePanel.java.svn-baseþ þ.TXT
þ þtext/plainþ þþ þ19960þ þ2c0fd400e2dcb67a69afc8ee1d3364bcþ þ9þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24246.txtþ þTEXT\000
6\ST24246.txtþ
þST24255þ þST24255þ þST24255þ þST24255þ þST24255þ þST24255þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/IUniversePanelListener.j
avaþ þþ þþ þ0þ þ1þ þST24244þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIUniversePanelListen
er.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1066þ þ5f155b49275420173f192e3e585c0b5bþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24255.javaþ þþ
þST24256þ þST24256þ þST24256þ þST24256þ þST24256þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/universe/src/com/equityfeed/gui/multiviewer/universe/mmstocks/.svn/all-wcprop

sþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plai
nþ þþ þ513þ þ777ecf6917ed4931ba054cbabc4f5a93þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24256.txtþ þTEXT\0006\ST24256.txtþ
þST24257þ þST24257þ þST24258þ þST24257þ þST24258þ þST24257þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/mmstocks/.svn/entriesþ þþ þþ
þ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011-05-20T00:00:00
-04:00þ þ1305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ588þ þb2ecf603e9fbe2063debd90bc
a1899f5þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0011\ST24257.txtþ þTEXT\0006\ST24257.txtþ
þST24259þ þST24259þ þST24259þ þST24259þ þST24259þ þST24259þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/mmstocks/.svn/text-base/
MMStocksEditorFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST24266þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þMMStocksEditorFrame.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ13115þ þ552
5ab2d3dd50894cbcef8ac6b201e7cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST24259.xmlþ þþ
þST24260þ þST24260þ þST24265þ þST24260þ þST24265þ þST24260þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/mmstocks/.svn/text-base/
MMStocksEditorFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST24267þ þþ þþ þþ þþ þþ þþ þþ þ
07/31/2008þ þ00:00:00þ þ2008-07-31T00:00:00-04:00þ þ1217476800þ þMMStocksEditorFrame
.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ14980þ þdcb2491b4e9dd8beec5742f2ba2af5c0þ þ6þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\S
T24260.txtþ þTEXT\0006\ST24260.txtþ
þST24266þ þST24266þ þST24266þ þST24266þ þST24266þ þST24266þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorF
rame.formþ þþ þþ þ0þ þ1þ þST24259þ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocksEditor
Frame.formþ þ.XMLþ þapplication/xmlþ þþ þ13115þ þ5525ab2d3dd50894cbcef8ac6b201e7cþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24266.xmlþ þþ
þST24267þ þST24267þ þST24267þ þST24267þ þST24267þ þST24267þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/mmstocks/MMStocksEditorF
rame.javaþ þþ þþ þ0þ þ1þ þST24260þ þþ þþ þþ þþ þþ þþ þþ þþ þMMStocksEditor
Frame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ14980þ þdcb2491b4e9dd8beec5742f2ba2af5c0
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
1\ST24267.javaþ þþ
þST24268þ þST24268þ þST24268þ þST24268þ þST24268þ þST24268þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/UniversePanel.formþ þþ þþ
 þ0þ þ1þ þST24245þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel.formþ þ.XMLþ þap
plication/xmlþ þþ þ16110þ þc37267a07b320de689757bec52558d75þ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24268.xmlþ þþ
þST24269þ þST24269þ þST24269þ þST24269þ þST24269þ þST24269þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/src/com/equityfeed/gui/multiviewer/universe/UniversePanel.javaþ þþ þþ
 þ0þ þ1þ þST24246þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þUniversePanel.javaþ þ.JAVAþ þt
ext/x-java-sourceþ þþ þ1996þ þ2c0fd400e2dcb67a69afc8ee1d3364bcþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24269.javaþ þþ
þST24270þ þST24270þ þST24270þ þST24270þ þST24270þ þST24270þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ88þ þdf9110f4095f3049a561b7e71f46b491þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\S
T24270.txtþ þTEXT\0006\ST24270.txtþ
þST24271þ þST24271þ þST24271þ þST24271þ þST24271þ þST24271þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/universe/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ05/28/20
10þ þ00:00:00þ þ2010-05-28T00:00:00-04:00þ þ1275019200þ þentriesþ þ.TXTþ þtext/plainþ
þþ þ159þ þ2ec246227a82da10f30cd271a28151afþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ
þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24271.txtþ þTEXT\0006\ST24271.txtþ
þST24272þ þST24272þ þST24272þ þST24272þ þST24272þ þST24272þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall
-wcpropsþ þ.TXTþ þtext/plainþ þþ þ277þ þ0757b523bc39b9e00782a2f03860cffaþ þ1þ þþ þþ þall
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24272.t
xtþ þTEXT\0006\ST24272.txtþ
þST24273þ þST24273þ þST24273þ þST24273þ þST24273þ þST24273þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11577; ST11834; ST13920; ST14964;
ST16494; ST17189; ST18288; ST19759; ST20004; ST20460; ST20583; ST21222; ST21843;
ST22099; ST22253; ST22616; ST22765; ST22925; ST23342; ST23580;
ST23869þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þf37727ef36c8f73505a646e05f545705þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24273.txtþ þTEXT\0006\ST24273.txtþ
þST24274þ þST24274þ þST24275þ þST24274þ þST24275þ þST24274þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2010þ þ00:0
0:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ528þ
þ8d3ffc62c48a30ba3d4aac6fee636c53þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24274.txtþ þTEXT\0006\ST24274.txtþ
þST24276þ þST24276þ þST24276þ þST24276þ þST24276þ þST24276þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/.svn/prop-base/vwap.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837;
ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262;

ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271;
ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280;
ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289;
ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298;
ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307;
ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316;
ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325;
ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334;
ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343;
ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352;
ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361;
ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370;
ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379;
ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388;
ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397;
ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616;
ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625;
ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634;
ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643;
ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652;
ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661;
ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670;
ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679;
ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688;
ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865;
ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874;
ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935;
ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944;
ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969;
ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033;
ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042;
ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051;
ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060;
ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187;
ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196;
ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205;
ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214;
ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348;
ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357;
ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432;
ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461; ST16468;
ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523; ST16531;
ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550; ST16551;
ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593; ST16594;
ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602; ST16603;
ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655; ST16656;
ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681; ST16682;
ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715; ST16730;
ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770; ST16771;
ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779; ST16780;

ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788; ST16789;
ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797; ST16798;
ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806; ST16807;
ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815; ST16816;
ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908; ST16949;
ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957; ST16958;
ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966; ST16967;
ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975; ST16976;
ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019; ST17031;
ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053; ST17060;
ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086; ST17087;
ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125; ST17132;
ST17133; ST17151; ST17152; ST17153; ST17192; ST17219; ST17220; ST17225; ST17230;
ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267; ST17268;
ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293; ST17294;
ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329; ST17330;
ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364; ST17365;
ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399; ST17406;
ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427; ST17428;
ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471; ST17472;
ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494; ST17503;
ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528; ST17529;
ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564; ST17565;
ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599; ST17600;
ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639; ST17640;
ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668; ST17669;
ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702; ST17703;
ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737; ST17738;
ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783; ST17784;
ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792; ST17793;
ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801; ST17802;
ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810; ST17811;
ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819; ST17820;
ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911; ST17912;
ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953; ST17954;
ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975; ST17976;
ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008; ST18015;
ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041; ST18042;
ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080; ST18087;
ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136; ST18145;
ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153; ST18154;
ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192; ST18193;
ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222; ST18223;
ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258; ST18259;
ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320; ST18321;
ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348; ST18366;
ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389; ST18390;
ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418; ST18425;
ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463; ST18464;
ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499; ST18500;

ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534; ST18535;
ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560; ST18561;
ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600; ST18601;
ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636; ST18637;
ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659; ST18666;
ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704; ST18705;
ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728; ST18735;
ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774; ST18775;
ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802; ST18814;
ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837; ST18838;
ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866; ST18873;
ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911; ST18912;
ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947; ST18948;
ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971; ST18972;
ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012; ST19020;
ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042; ST19043;
ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072; ST19079;
ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111; ST19112;
ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139; ST19148;
ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177; ST19178;
ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210; ST19224;
ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287; ST19288;
ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296; ST19297;
ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305; ST19306;
ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314; ST19315;
ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323; ST19324;
ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332; ST19333;
ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341; ST19342;
ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350; ST19351;
ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359; ST19360;
ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368; ST19369;
ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377; ST19378;
ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386; ST19387;
ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395; ST19396;
ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404; ST19405;
ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413; ST19414;
ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422; ST19423;
ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727; ST19728;
ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090; ST20267;
ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102; ST22256;
ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922; ST23997;
ST24103; ST24335;

ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap.jar.svn-baseþ þ.TXTþ þtext/plainþ
þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24276.txtþ þTEXT\0006\ST24276.txtþ
þST24277þ þST24277þ þST24277þ þST24277þ þST24277þ þST24277þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24298þ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þ90a2780e

177d93a0789374b25630c511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24277.xmlþ þþ

þST24278þ þST24278þ þST24278þ þST24278þ þST24278þ þST24278þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/.svn/text-base/vwap.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þvwap.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ46175þ þ094482b 868f7e69a00009ccb376dbca3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24278.jarþ þþ

þST24279þ þST24279þ þST24279þ þST24279þ þST24279þ þST24279þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þbuilt-jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ68þ þ784977f 81ffe5d6c4adafd93f1d73679þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24279.propertiesþ þþ

þST24280þ þST24280þ þST24280þ þST24280þ þST24280þ þST24280þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/com/mct/vwap/VWAP Calculator.pngþ þþ þþ þ0þ þ1þ þST16864; ST16936; ST17872; ST17943; ST24336; ST24337þ þþ þþ þþ þþ þþ þþ þþ þþ þVWAP Calculator.pngþ þ.PNGþ þimage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d727þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24280.pngþ þTEXT\0006\ST24280.txtþ

þST24281þ þST24281þ þST24281þ þST24281þ þST24281þ þST24281þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/TimeSpinnerPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSpinnerPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ3236þ þd62a7319eef6558f76002edf9cc57b64þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24281.classþ þþ

þST24282þ þST24282þ þST24282þ þST24282þ þST24282þ þST24282þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VWAP.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAP.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1798þ þ92a7ced8f4df0274ab70f 3989fdb8587þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24282.classþ þþ

þST24283þ þST24283þ þST24283þ þST24283þ þST24283þ þST24283þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VWAP$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAP $1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ812þ þ4d6335594f1611aed097b2d8b795d9e2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ ST24283.classþ þþ

þST24284þ þST24284þ þST24284þ þST24284þ þST24284þ þST24284þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VWAP$2.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þVWAP

$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ878þ þ4bd55db8e488b47c6ce3834756495ac9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24284.classþ þþ

þST24285þ þST24285þ þST24285þ þST24285þ þST24285þ þST24285þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VWAP$3.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þVWAP

$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ628þ þf0fd4874c51de6af350bff50f940b7e3þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24285.classþ þþ

þST24286þ þST24286þ þST24286þ þST24286þ þST24286þ þST24286þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VwapDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þVwapDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ575þ þe4
a05e50515d36734a6601b06a1d3e3aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR
UEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24286.classþ þþ

þST24287þ þST24287þ þST24287þ þST24287þ þST24287þ þST24287þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VwapFrame.classþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þVwapFrame.classþ þ.CLASSþ þapplication/java-vmþ þþ þ20414þ þ25db5bd154
f9b8de7e6490894aacbea4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0011\ST24287.classþ þþ

þST24288þ þST24288þ þST24288þ þST24288þ þST24288þ þST24288þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VwapFrame$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þVwapFrame

$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ694þ þaef585cbc710ca96ba35902a649699daþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24288.classþ þþ

þST24289þ þST24289þ þST24289þ þST24289þ þST24289þ þST24289þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VwapFrame$10.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þVwapFrame$10.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1329þ þ193cb
42ef848364b4f88dc369be7e626þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ
 þFALSEþ þTRUEþ þNATIVES\0011\ST24289.classþ þþ

þST24290þ þST24290þ þST24290þ þST24290þ þST24290þ þST24290þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/vwap/build/classes/vwap/VwapFrame$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þVwapFrame

$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ721þ þ21f9f0bf0635710316817a9deaa86f8cþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24290.classþ þþ

þST24291þ þST24291þ þST24291þ þST24291þ þST24291þ þST24291þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VwapFrame$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame $3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ677þ þa3a0f5677013a78f9d1bc2367d341e2fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24291.classþ þþ

þST24292þ þST24292þ þST24292þ þST24292þ þST24292þ þST24292þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VwapFrame$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame $4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ730þ þ6ad03686708579cf7558157f72111c54þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24292.classþ þþ

þST24293þ þST24293þ þST24293þ þST24293þ þST24293þ þST24293þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VwapFrame$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame $5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ730þ þ84345a0d732da33f0bed9ec392986650þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24293.classþ þþ

þST24294þ þST24294þ þST24294þ þST24294þ þST24294þ þST24294þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VwapFrame$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame $6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ730þ þd54c6474e6ab6b53552d72d5b3a22068þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24294.classþ þþ

þST24295þ þST24295þ þST24295þ þST24295þ þST24295þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VwapFrame$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame $7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ721þ þf1cc064cd1d42fa5613a5936e84431b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24295.classþ þþ

þST24296þ þST24296þ þST24296þ þST24296þ þST24296þ þST24296þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/build/classes/vwap/VwapFrame$8.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame $8.classþ þ.CLASSþ þapplication/java-vmþ þþ þ721þ þ57880f83c411f99dbda7207fa7f0cfc6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24296.classþ þþ

þST24297þ þST24297þ þST24297þ þST24297þ þST24297þ þST24297þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/build/classes/vwap/VwapFrame$9.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þVwapFrame
$9.classþ þ.CLASSþ þapplication/java-vmþ þþ þ524þ þ7e1a424b735b23c7ce672ca13faa7037þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24297.classþ þþ
þST24298þ þST24298þ þST24298þ þST24298þ þST24298þ þST24298þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/build.xmlþ þþ þþ þ0þ þ1þ þST24277þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbui
ld.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3786þ þ90a2780e177d93a0789374b25630c511þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24298
.xmlþ þþ
þST24299þ þST24299þ þST24299þ þST24299þ þST24299þ þST24299þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þc
core.jarþ þ.JARþ þapplication/java-archiveþ þþ þ1426432þ þ6deb81c967b7ad582fea0cac05c
3e1afþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0011\ST24299.jarþ þþ
þST24300þ þST24300þ þST24300þ þST24300þ þST24300þ þST24300þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcl
ib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ63961þ þ1747f845227f226f7ebe3e1ad60c32d
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
11\ST24300.jarþ þþ
þST24301þ þST24301þ þST24301þ þST24301þ þST24301þ þST24301þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgu
i2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ811459þ þ0b157d5687be4c307275aaaa765d7c
cbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
011\ST24301.jarþ þþ
þST24302þ þST24302þ þST24302þ þST24302þ þST24302þ þST24302þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/dist/lib/httputil.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þhttputil.jarþ þ.JARþ þapplication/java-archiveþ þþ þ23040þ þ31bc802b865bce76cd0ed4
48c873575dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST24302.jarþ þþ
þST24303þ þST24303þ þST24303þ þST24303þ þST24303þ þST24303þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/dist/lib/images.jarþ þþ þþ þ0þ þ1þ þST14255; ST17194; ST17196; ST20752;
ST23076;
ST23680þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þimages.jarþ þ.JARþ þapplication/java-a
rchiveþ þþ þ1035971þ þ1a6c98a111b07070f53d9ca87dd9424cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24303.jarþ þþ
þST24304þ þST24304þ þST24304þ þST24304þ þST24304þ þST24304þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/dist/lib/swingx.jarþ þþ þþ þ0þ þ1þ þST14259; ST15018; ST20135; ST21451; ST22142; ST22659; ST23081; ST23686;
ST24025þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þswingx.jarþ þ.JARþ þapplication/java-a rchiveþ þþ þ1453834þ þ3a0ed45d43d06a80bd22f6a670073b77þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24304.jarþ þþ
þST24305þ þST24305þ þST24305þ þST24305þ þST24305þ þST24305þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREAD ME.TXTþ þ.TXTþ þtext/plainþ þþ þ1320þ þ5f225c95d8c906ca55dbd56fd288a4b5þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24305.TX Tþ þTEXT\0006\ST24305.txtþ
þST24306þ þST24306þ þST24306þ þST24306þ þST24306þ þST24306þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/dist/vwap.jarþ þþ þþ þ0þ þ1þ þST24368þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap.jarþ þ.JARþ þapplication/java-archiveþ þþ þ46306þ þ088abe2a35449642396dbb302c0f 2eecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24306.jarþ þþ
þST24307þ þST24307þ þST24307þ þST24307þ þST24307þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ581þ þ75299edc1ee983a338a9bf97e2bbfec3þ þ 1þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24307.txtþ þTEXT\0006\ST24307.txtþ
þST24308þ þST24308þ þST24308þ þST24308þ þST24308þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151;
ST24446þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24308.txtþ þTEXT\0006\ST24308.txtþ
þST24309þ þST24309þ þST24310þ þST24309þ þST24310þ þST24309þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ10/01/2 010þ þ00:00:00þ þ2010-10-01T00:00:00-04:00þ þ1285905600þ þentriesþ þ.TXTþ þtext/plain þ þþ þ649þ þ7368ff083badc777b519b4ab18591130þ þ2þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24309.txtþ þTEXT\0006\ST24309.txtþ
þST24311þ þST24311þ þST24311þ þST24311þ þST24311þ þST24311þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24316þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xm

lþ þþ þ48764þ þ78671137ccf27a46908bedc07cbba6f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24311.xmlþ þþ
þST24312þ þST24312þ þST24312þ þST24312þ þST24312þ þST24312þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þST24 317þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext /plainþ þþ þ475þ þ622c0727c0058069ea23ea79bf43fee0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24312.txtþ þTEXT\0006\ST24312 .txtþ
þST24313þ þST24313þ þST24314þ þST24313þ þST24314þ þST24313þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þST243 18þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ2715þ þ9beb8ffa01501cd02fb9df58b521b3cdþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24313.txtþ þTEXT\0006\ST24313.txtþ
þST24315þ þST24315þ þST24315þ þST24315þ þST24315þ þST24315þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24326þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ 512þ þd7ffe63b210346e40c471860ac039ec0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24315.xmlþ þþ
þST24316þ þST24316þ þST24316þ þST24316þ þST24316þ þST24316þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/tmp/build-impl.xml.tmppþ þþ þþ þ0þ þ1þ þST24311þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.tmppþ þ.XMLþ þapplication/xmlþ þþ þ48764þ þ786 71137ccf27a46908bedc07cbba6f8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST24316.xmlþ þþ
þST24317þ þST24317þ þST24317þ þST24317þ þST24317þ þST24317þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/tmp/genfiles.properties.tmppþ þþ þþ þ0þ þ1þ þST24312þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.tmppþ þ.TXTþ þtext/plainþ þþ þ475þ þ622c0727c0058069ea23ea79bf43fee0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24317.txtþ þTEXT\0006\ST24317.txtþ
þST24318þ þST24318þ þST24319þ þST24318þ þST24319þ þST24318þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/.svn/tmp/project.properties.tmppþ þþ þþ þ0þ þ1þ þST24313þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þproject.properties.tmppþ þ.TXTþ þtext/plainþ þþ þ2715þ þ9 beb8ffa01501cd02fb9df58b521b3cdþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ FALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24318.txtþ þTEXT\0006\ST24318.txtþ
þST24320þ þST24320þ þST24320þ þST24320þ þST24320þ þST24320þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56278þ þecc0c478614acd2eba93375c518 66151þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0011\ST24320.xmlþ þþ

þST24321þ þST24321þ þST24321þ þST24321þ þST24321þ þST24321þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ8dd72 70ca72b04fa24217004a76599b8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24321.propertiesþ þþ

þST24322þ þST24322þ þST24322þ þST24322þ þST24322þ þST24322þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd 41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24322.propertiesþ þþ

þST24323þ þST24323þ þST24323þ þST24323þ þST24323þ þST24323þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ182þ þc4bd23693934c54832b488057b3c9986þ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24323.propertiesþ þþ

þST24324þ þST24324þ þST24324þ þST24324þ þST24324þ þST24324þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þþ þ377þ þ5132f2fe90ddc9dbd859e9e2589 2487eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE S\0011\ST24324.xmlþ þþ

þST24325þ þST24325þ þST24325þ þST24325þ þST24325þ þST24325þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ2725þ þe722b6b60b7c38ece62133b7bc813b23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24325.propertiesþ þþ

þST24326þ þST24326þ þST24326þ þST24326þ þST24326þ þST24326þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST24315þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ512þ þd7ffe63b210346e40c471860ac03 9ec0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24326.xmlþ þþ

þST24327þ þST24327þ þST24327þ þST24327þ þST24327þ þST24327þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þ2ebe00588bdc21e64e6489aed83fca78þ þ1þ þþ þþ

þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2432
7.txtþ þTEXT\0006\ST24327.txtþ

þST24328þ þST24328þ þST24328þ þST24328þ þST24328þ þST24328þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/12/2010þ þ
00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2
24þ þa6e5388306beb84512629d2268beef12þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24328.txtþ þTEXT\0006\ST24328.txtþ

þST24329þ þST24329þ þST24329þ þST24329þ þST24329þ þST24329þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ87þ þ72489616fa36a297493a747533d9e4f6þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24329.txtþ þTEXT\0006\ST24329.txtþ

þST24330þ þST24330þ þST24330þ þST24330þ þST24330þ þST24330þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/201
0þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ
þ þ168þ þfbf66947aaae338e1e72d7d6affa638cþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24330.txtþ þTEXT\0006\ST24330.txtþ

þST24331þ þST24331þ þST24331þ þST24331þ þST24331þ þST24331þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/com/mct/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ91þ þ22ee0218ad41879930c7659f8a68bacfþ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24331.txtþ þTEXT\0006\ST24331.txtþ

þST24332þ þST24332þ þST24332þ þST24332þ þST24332þ þST24332þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/com/mct/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08
/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/pla
inþ þþ þ173þ þ003094e33af9a83c40b0f895cfe9c5ccþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24332.txtþ þTEXT
\0006\ST24332.txtþ

þST24333þ þST24333þ þST24333þ þST24333þ þST24333þ þST24333þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/com/mct/vwap/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ234þ þcf3d06fade84ac0589a14476c789
810dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIV
ES\0011\ST24333.txtþ þTEXT\0006\ST24333.txtþ

þST24334þ þST24334þ þST24334þ þST24334þ þST24334þ þST24334þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/com/mct/vwap/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

03/08/2010þ þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ310þ þf24c67d1a94a6a76093b8a008676df75þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24334.txtþ þTEXT\0006\ST24334.txtþ

þST24335þ þST24335þ þST24335þ þST24335þ þST24335þ þST24335þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/src/com/mct/vwap/.svn/prop-base/VWAP Calculator.png.svn-baseþ þþ þþ þ0þ þ1þ þST11579; ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261; ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270; ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279; ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288; ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297; ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306; ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315; ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324; ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333; ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342; ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351; ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360; ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369; ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378; ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387; ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396; ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615; ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624; ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633; ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642; ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651; ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660; ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669; ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678; ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687; ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864; ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873; ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934; ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943; ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968; ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032; ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041; ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050; ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059; ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068; ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195; ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204; ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213; ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347; ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356; ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425; ST16432; ST16433; ST16440; ST16441;

ST16449; ST16450; ST16451; ST16460; ST16461; ST16468; ST16469; ST16476; ST16477;
ST16484; ST16485; ST16518; ST16522; ST16523; ST16531; ST16532; ST16533; ST16545;
ST16546; ST16547; ST16548; ST16549; ST16550; ST16551; ST16552; ST16553; ST16554;
ST16555; ST16590; ST16591; ST16592; ST16593; ST16594; ST16595; ST16596; ST16597;
ST16598; ST16599; ST16600; ST16601; ST16602; ST16603; ST16604; ST16605; ST16606;
ST16607; ST16608; ST16609; ST16610; ST16655; ST16656; ST16665; ST16666; ST16676;
ST16677; ST16678; ST16679; ST16680; ST16681; ST16682; ST16683; ST16684; ST16685;
ST16686; ST16712; ST16713; ST16714; ST16715; ST16730; ST16731; ST16732; ST16733;
ST16734; ST16735; ST16736; ST16737; ST16770; ST16771; ST16772; ST16773; ST16774;
ST16775; ST16776; ST16777; ST16778; ST16779; ST16780; ST16781; ST16782; ST16783;
ST16784; ST16785; ST16786; ST16787; ST16788; ST16789; ST16790; ST16791; ST16792;
ST16793; ST16794; ST16795; ST16796; ST16797; ST16798; ST16799; ST16800; ST16801;
ST16802; ST16803; ST16804; ST16805; ST16806; ST16807; ST16808; ST16809; ST16810;
ST16811; ST16812; ST16813; ST16814; ST16815; ST16816; ST16817; ST16902; ST16903;
ST16904; ST16905; ST16906; ST16907; ST16908; ST16949; ST16950; ST16951; ST16952;
ST16953; ST16954; ST16955; ST16956; ST16957; ST16958; ST16959; ST16960; ST16961;
ST16962; ST16963; ST16964; ST16965; ST16966; ST16967; ST16968; ST16969; ST16970;
ST16971; ST16972; ST16973; ST16974; ST16975; ST16976; ST16977; ST16978; ST16979;
ST16980; ST17016; ST17017; ST17018; ST17019; ST17031; ST17032; ST17033; ST17034;
ST17035; ST17043; ST17044; ST17052; ST17053; ST17060; ST17061; ST17069; ST17070;
ST17071; ST17072; ST17084; ST17085; ST17086; ST17087; ST17099; ST17100; ST17107;
ST17108; ST17115; ST17116; ST17124; ST17125; ST17132; ST17133; ST17151; ST17152;
ST17153; ST17192; ST17219; ST17220; ST17225; ST17230; ST17231; ST17239; ST17240;
ST17241; ST17251; ST17252; ST17253; ST17267; ST17268; ST17269; ST17270; ST17271;
ST17272; ST17273; ST17291; ST17292; ST17293; ST17294; ST17295; ST17296; ST17305;
ST17306; ST17314; ST17315; ST17328; ST17329; ST17330; ST17331; ST17332; ST17333;
ST17342; ST17343; ST17350; ST17351; ST17364; ST17365; ST17372; ST17373; ST17380;
ST17381; ST17388; ST17389; ST17398; ST17399; ST17406; ST17407; ST17414; ST17415;
ST17423; ST17424; ST17425; ST17426; ST17427; ST17428; ST17429; ST17446; ST17447;
ST17448; ST17459; ST17460; ST17461; ST17471; ST17472; ST17473; ST17474; ST17475;
ST17476; ST17485; ST17486; ST17493; ST17494; ST17503; ST17504; ST17515; ST17516;
ST17524; ST17525; ST17526; ST17527; ST17528; ST17529; ST17538; ST17539; ST17546;
ST17547; ST17561; ST17562; ST17563; ST17564; ST17565; ST17566; ST17575; ST17576;
ST17583; ST17584; ST17591; ST17592; ST17599; ST17600; ST17607; ST17608; ST17615;
ST17616; ST17629; ST17630; ST17638; ST17639; ST17640; ST17641; ST17642; ST17643;
ST17652; ST17653; ST17660; ST17661; ST17668; ST17669; ST17676; ST17677; ST17684;
ST17685; ST17699; ST17700; ST17701; ST17702; ST17703; ST17704; ST17724; ST17732;
ST17733; ST17734; ST17735; ST17736; ST17737; ST17738; ST17739; ST17740; ST17741;
ST17742; ST17780; ST17781; ST17782; ST17783; ST17784; ST17785; ST17786; ST17787;
ST17788; ST17789; ST17790; ST17791; ST17792; ST17793; ST17794; ST17795; ST17796;
ST17797; ST17798; ST17799; ST17800; ST17801; ST17802; ST17803; ST17804; ST17805;
ST17806; ST17807; ST17808; ST17809; ST17810; ST17811; ST17812; ST17813; ST17814;
ST17815; ST17816; ST17817; ST17818; ST17819; ST17820; ST17821; ST17822; ST17823;
ST17824; ST17825; ST17826; ST17910; ST17911; ST17912; ST17913; ST17914; ST17915;
ST17916; ST17950; ST17951; ST17952; ST17953; ST17954; ST17955; ST17956; ST17957;
ST17958; ST17959; ST17973; ST17974; ST17975; ST17976; ST17988; ST17989; ST17990;
ST17991; ST17998; ST17999; ST18007; ST18008; ST18015; ST18016; ST18024; ST18025;
ST18026; ST18027; ST18039; ST18040; ST18041; ST18042; ST18054; ST18055; ST18062;
ST18063; ST18070; ST18071; ST18079; ST18080; ST18087; ST18088; ST18099; ST18100;
ST18101; ST18123; ST18124; ST18131; ST18136; ST18145; ST18146; ST18147; ST18148;

ST18149; ST18150; ST18151; ST18152; ST18153; ST18154; ST18155; ST18156; ST18187;
ST18188; ST18189; ST18190; ST18191; ST18192; ST18193; ST18194; ST18195; ST18196;
ST18197; ST18198; ST18199; ST18215; ST18222; ST18223; ST18224; ST18237; ST18238;
ST18239; ST18240; ST18241; ST18242; ST18258; ST18259; ST18260; ST18261; ST18276;
ST18277; ST18317; ST18318; ST18319; ST18320; ST18321; ST18322; ST18342; ST18343;
ST18344; ST18345; ST18346; ST18347; ST18348; ST18366; ST18367; ST18368; ST18369;
ST18370; ST18371; ST18380; ST18381; ST18389; ST18390; ST18403; ST18404; ST18405;
ST18406; ST18407; ST18408; ST18417; ST18418; ST18425; ST18426; ST18439; ST18440;
ST18447; ST18448; ST18455; ST18456; ST18463; ST18464; ST18473; ST18474; ST18481;
ST18482; ST18489; ST18490; ST18498; ST18499; ST18500; ST18501; ST18502; ST18503;
ST18504; ST18521; ST18522; ST18523; ST18534; ST18535; ST18536; ST18546; ST18547;
ST18548; ST18549; ST18550; ST18551; ST18560; ST18561; ST18568; ST18569; ST18578;
ST18579; ST18590; ST18591; ST18599; ST18600; ST18601; ST18602; ST18603; ST18604;
ST18613; ST18614; ST18621; ST18622; ST18636; ST18637; ST18638; ST18639; ST18640;
ST18641; ST18650; ST18651; ST18658; ST18659; ST18666; ST18667; ST18674; ST18675;
ST18682; ST18683; ST18690; ST18691; ST18704; ST18705; ST18713; ST18714; ST18715;
ST18716; ST18717; ST18718; ST18727; ST18728; ST18735; ST18736; ST18743; ST18744;
ST18751; ST18752; ST18759; ST18760; ST18774; ST18775; ST18776; ST18777; ST18778;
ST18779; ST18799; ST18800; ST18801; ST18802; ST18814; ST18815; ST18816; ST18817;
ST18818; ST18819; ST18828; ST18829; ST18837; ST18838; ST18851; ST18852; ST18853;
ST18854; ST18855; ST18856; ST18865; ST18866; ST18873; ST18874; ST18881; ST18882;
ST18895; ST18896; ST18903; ST18904; ST18911; ST18912; ST18921; ST18922; ST18929;
ST18930; ST18937; ST18938; ST18946; ST18947; ST18948; ST18949; ST18950; ST18951;
ST18967; ST18968; ST18969; ST18970; ST18971; ST18972; ST18981; ST18982; ST18989;
ST18990; ST18999; ST19000; ST19011; ST19012; ST19020; ST19021; ST19022; ST19023;
ST19024; ST19025; ST19034; ST19035; ST19042; ST19043; ST19057; ST19058; ST19059;
ST19060; ST19061; ST19062; ST19071; ST19072; ST19079; ST19080; ST19087; ST19088;
ST19095; ST19096; ST19103; ST19104; ST19111; ST19112; ST19125; ST19126; ST19134;
ST19135; ST19136; ST19137; ST19138; ST19139; ST19148; ST19149; ST19163; ST19164;
ST19165; ST19166; ST19167; ST19168; ST19177; ST19178; ST19185; ST19186; ST19193;
ST19194; ST19201; ST19202; ST19209; ST19210; ST19224; ST19225; ST19226; ST19227;
ST19228; ST19229; ST19285; ST19286; ST19287; ST19288; ST19289; ST19290; ST19291;
ST19292; ST19293; ST19294; ST19295; ST19296; ST19297; ST19298; ST19299; ST19300;
ST19301; ST19302; ST19303; ST19304; ST19305; ST19306; ST19307; ST19308; ST19309;
ST19310; ST19311; ST19312; ST19313; ST19314; ST19315; ST19316; ST19317; ST19318;
ST19319; ST19320; ST19321; ST19322; ST19323; ST19324; ST19325; ST19326; ST19327;
ST19328; ST19329; ST19330; ST19331; ST19332; ST19333; ST19334; ST19335; ST19336;
ST19337; ST19338; ST19339; ST19340; ST19341; ST19342; ST19343; ST19344; ST19345;
ST19346; ST19347; ST19348; ST19349; ST19350; ST19351; ST19352; ST19353; ST19354;
ST19355; ST19356; ST19357; ST19358; ST19359; ST19360; ST19361; ST19362; ST19363;
ST19364; ST19365; ST19366; ST19367; ST19368; ST19369; ST19370; ST19371; ST19372;
ST19373; ST19374; ST19375; ST19376; ST19377; ST19378; ST19379; ST19380; ST19381;
ST19382; ST19383; ST19384; ST19385; ST19386; ST19387; ST19388; ST19389; ST19390;
ST19391; ST19392; ST19393; ST19394; ST19395; ST19396; ST19397; ST19398; ST19399;
ST19400; ST19401; ST19402; ST19403; ST19404; ST19405; ST19406; ST19407; ST19408;
ST19409; ST19410; ST19411; ST19412; ST19413; ST19414; ST19415; ST19416; ST19417;
ST19418; ST19419; ST19420; ST19421; ST19422; ST19423; ST19424; ST19425; ST19616;
ST19617; ST19618; ST19725; ST19726; ST19727; ST19728; ST19729; ST19730; ST19731;
ST19732; ST19733; ST19734; ST19762; ST20090; ST20267; ST20406; ST20463; ST20526;
ST20586; ST21174; ST21225; ST21903; ST22102; ST22256; ST22619; ST22769; ST22928;

ST23345; ST23583; ST23821; ST23872; ST23922; ST23997; ST24103; ST24276; ST24373þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAP
Calculator.png.svn-baseþ þ.TXTþ þtext/plainþ þþ þ53þ þ113136892f2137aa0116093a524ade0 bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\ 0011\ST24335.txtþ þTEXT\0006\ST24335.txtþ
þST24336þ þST24336þ þST24336þ þST24336þ þST24336þ þST24336þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/src/com/mct/vwap/.svn/text-base/VWAP
Calculator.png.svn-baseþ þþ þþ þ0þ þ1þ þST16864; ST16936; ST17872; ST17943; ST24280; ST24337þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAP
Calculator.png.svn-baseþ þ.PNGþ þimage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d7 27þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24336.pngþ þTEXT\0006\ST24336.txtþ
þST24337þ þST24337þ þST24337þ þST24337þ þST24337þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/vwap/src/com/mct/vwap/VWAP
Calculator.pngþ þþ þþ þ0þ þ1þ þST16864; ST16936; ST17872; ST17943; ST24280; ST24336þ þþ þþ þþ þþ þþ þþ þþ þVWAP
Calculator.pngþ þ.PNGþ þimage/pngþ þþ þ7397þ þe811059552f7a3828a1e30d3f754d727þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2 4337.pngþ þTEXT\0006\ST24337.txtþ
þST24338þ þST24338þ þST24338þ þST24338þ þST24338þ þST24338þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ827þ þa8bb9e3e94f5874e24a0310f289f8ce7þ þ1 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ ST24338.txtþ þTEXT\0006\ST24338.txtþ
þST24339þ þST24339þ þST24340þ þST24339þ þST24340þ þST24339þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þ0þ þþ þþ þþ þþ þþ þþ þ11/12/20 10þ þ00:00:00þ þ2010-11-12T00:00:00-05:00þ þ1289538000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ986þ þ07f98d717880c62fa27cd1369232fd70þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24339.txtþ þTEXT\0006\ST24339.txtþ
þST24341þ þST24341þ þST24341þ þST24341þ þST24341þ þST24341þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/text-base/TimeSpinnerPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST2 4360þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTimeSpinnerPanel.form.svn-baseþ þ.XMLþ þa pplication/xmlþ þþ þ6332þ þ1a8644b82eb89027924f1025930994bbþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24341.xmlþ þþ
þST24342þ þST24342þ þST24344þ þST24342þ þST24344þ þST24342þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/text-base/TimeSpinnerPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST2 4361þ þþ þþ þþ þþ þþ þþ þþ þþ þ02/28/2008þ þ00:00:00þ þ2008-02-28T00:00:00-05:00þ þ 1204174800þ þTimeSpinnerPanel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ5080þ þc71c32ec2 37e17a8cc13aee963121530þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ

FALSEþ þTRUEþ þNATIVES\0011\ST24342.txtþ þTEXT\0006\ST24342.txtþ
þST24345þ þST24345þ þST24346þ þST24345þ þST24346þ þST24345þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/text-base/VWAP.java.svn-baseþ þþ þþ þ0þ þ1þ þST24362þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVWAP.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ2109þ þ53d
1672f3767544b122326149fe6c15bþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24345.txtþ þTEXT\0006\ST24345.txtþ
þST24347þ þST24347þ þST24347þ þST24347þ þST24347þ þST24347þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/text-base/VwapDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST243
63þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapDescriptor.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ425þ þ63df904316f4519939ea182c444f8bf3þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24347.txtþ þTEXT\0006\ST24347.txtþ
þST24348þ þST24348þ þST24348þ þST24348þ þST24348þ þST24348þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/text-base/VwapFrame.form.svn-baseþ þþ þþ þ0þ þ1þ þST24364þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þVwapFrame.form.svn-baseþ þ.XMLþ þapplication/xml
þ þþ þ17782þ þ09dc55631677e286a18991c287a01cf3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24348.xmlþ þþ
þST24349þ þST24349þ þST24359þ þST24349þ þST24359þ þST24349þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/.svn/text-base/VwapFrame.java.svn-baseþ þþ þþ þ0þ þ1þ þST24365þ þ
þ þþ þþ þþ þþ þþ þþ þþ þ07/30/2008þ þ00:00:00þ þ2008-07-30T00:00:00-04:00þ þ1217390
400þ þVwapFrame.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ26695þ þ1854556850ddd531ce6ace
24830cd92bþ þ11þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ
 þNATIVES\0011\ST24349.txtþ þTEXT\0006\ST24349.txtþ
þST24360þ þST24360þ þST24360þ þST24360þ þST24360þ þST24360þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/TimeSpinnerPanel.formþ þþ þþ þ0þ þ1þ þST24341þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTimeSpinnerPanel.formþ þ.XMLþ þapplication/xmlþ þ6332þ þ1a8644b8
2eb89027924f1025930994bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þF
ALSEþ þTRUEþ þNATIVES\0011\ST24360.xmlþ þþ
þST24361þ þST24361þ þST24361þ þST24361þ þST24361þ þST24361þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/TimeSpinnerPanel.javaþ þþ þþ þ0þ þ1þ þST24342þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTimeSpinnerPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ5080þ þc71c
32ec237e17a8cc13aee963121530þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0011\ST24361.javaþ þþ
þST24362þ þST24362þ þST24362þ þST24362þ þST24362þ þST24362þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/VWAP.javaþ þþ þþ þ0þ þ1þ þST24345þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þVWAP.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2109þ þ53d1672f3767544b122326149fe6

c15þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24362.javaþ þþ

þST24363þ þST24363þ þST24363þ þST24363þ þST24363þ þST24363þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/VwapDescriptor.javaþ þþ þþ þ0þ þ1þ þST24347þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þVwapDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ425þ þ63df90431
6f4519939ea182c444f8bf3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0011\ST24363.javaþ þþ

þST24364þ þST24364þ þST24364þ þST24364þ þST24364þ þST24364þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/VwapFrame.formþ þþ þþ þ0þ þ1þ þST24348þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þVwapFrame.formþ þ.XMLþ þapplication/xmlþ þþ þ17782þ þ09dc55631677e286a1899
1c287a01cf3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0011\ST24364.xmlþ þþ

þST24365þ þST24365þ þST24365þ þST24365þ þST24365þ þST24365þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/src/vwap/VwapFrame.javaþ þþ þþ þ0þ þ1þ þST24349þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þVwapFrame.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ26695þ þ1854556850ddd531c
e6ace24830cd92þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0011\ST24365.javaþ þþ

þST24366þ þST24366þ þST24366þ þST24366þ þST24366þ þST24366þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ84þ þb54c984fb794b5c2c40ab044d0c529c8þ þ1þ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST243
66.txtþ þTEXT\0006\ST24366.txtþ

þST24367þ þST24367þ þST24367þ þST24367þ þST24367þ þST24367þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ03/08/2010þ
þ00:00:00þ þ2010-03-08T00:00:00-05:00þ þ1268024400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
154þ þf42e1cf1383b38382a2283ae8478f9f6þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24367.txtþ þTEXT\0006\ST24367.txtþ

þST24368þ þST24368þ þST24368þ þST24368þ þST24368þ þST24368þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/vwap/vwap.jarþ þþ þþ þ0þ þ1þ þST24306þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þvwap
.jarþ þ.JARþ þapplication/java-archiveþ þþ þ46306þ þ088abe2a35449642396dbb302c0f2eecþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24368.jarþ þþ

þST24369þ þST24369þ þST24369þ þST24369þ þST24369þ þST24369þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ303þ þ5ee626c62b40344e5922bff1d373690cþ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24

369.txtþ þTEXT\0006\ST24369.txtþ

þST24370þ þST24370þ þST24370þ þST24370þ þST24370þ þST24370þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/dir-prop-baseþ þþ þ0þ þ1þ þST20086; ST21171; ST23994;
ST24100þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ
37þ þ95b1dc06f4396b718d98db8334cf8c66þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24370.txtþ þTEXT\0006\ST24370.txtþ
þST24371þ þST24371þ þST24372þ þST24371þ þST24372þ þST24371þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/entriesþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ04/11/2011þ
þ00:00:00þ þ2011-04-11T00:10:00-04:00þ þ1302494400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ
584þ þf7f4cc6a80e0dc52ff6a7b661fa2d8acþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24371.txtþ þTEXT\0006\ST24371.txtþ
þST24373þ þST24373þ þST24373þ þST24373þ þST24373þ þST24373þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/prop-base/watchlist.jar.svn-baseþ þþ þþ þ0þ þ1þ þST11579;
ST11837; ST13777; ST13923; ST14967; ST15183; ST15184; ST15185; ST15260; ST15261;
ST15262; ST15263; ST15264; ST15265; ST15266; ST15267; ST15268; ST15269; ST15270;
ST15271; ST15272; ST15273; ST15274; ST15275; ST15276; ST15277; ST15278; ST15279;
ST15280; ST15281; ST15282; ST15283; ST15284; ST15285; ST15286; ST15287; ST15288;
ST15289; ST15290; ST15291; ST15292; ST15293; ST15294; ST15295; ST15296; ST15297;
ST15298; ST15299; ST15300; ST15301; ST15302; ST15303; ST15304; ST15305; ST15306;
ST15307; ST15308; ST15309; ST15310; ST15311; ST15312; ST15313; ST15314; ST15315;
ST15316; ST15317; ST15318; ST15319; ST15320; ST15321; ST15322; ST15323; ST15324;
ST15325; ST15326; ST15327; ST15328; ST15329; ST15330; ST15331; ST15332; ST15333;
ST15334; ST15335; ST15336; ST15337; ST15338; ST15339; ST15340; ST15341; ST15342;
ST15343; ST15344; ST15345; ST15346; ST15347; ST15348; ST15349; ST15350; ST15351;
ST15352; ST15353; ST15354; ST15355; ST15356; ST15357; ST15358; ST15359; ST15360;
ST15361; ST15362; ST15363; ST15364; ST15365; ST15366; ST15367; ST15368; ST15369;
ST15370; ST15371; ST15372; ST15373; ST15374; ST15375; ST15376; ST15377; ST15378;
ST15379; ST15380; ST15381; ST15382; ST15383; ST15384; ST15385; ST15386; ST15387;
ST15388; ST15389; ST15390; ST15391; ST15392; ST15393; ST15394; ST15395; ST15396;
ST15397; ST15398; ST15399; ST15400; ST15401; ST15402; ST15613; ST15614; ST15615;
ST15616; ST15617; ST15618; ST15619; ST15620; ST15621; ST15622; ST15623; ST15624;
ST15625; ST15626; ST15627; ST15628; ST15629; ST15630; ST15631; ST15632; ST15633;
ST15634; ST15635; ST15636; ST15637; ST15638; ST15639; ST15640; ST15641; ST15642;
ST15643; ST15644; ST15645; ST15646; ST15647; ST15648; ST15649; ST15650; ST15651;
ST15652; ST15653; ST15654; ST15655; ST15656; ST15657; ST15658; ST15659; ST15660;
ST15661; ST15662; ST15663; ST15664; ST15665; ST15666; ST15667; ST15668; ST15669;
ST15670; ST15671; ST15672; ST15673; ST15674; ST15675; ST15676; ST15677; ST15678;
ST15679; ST15680; ST15681; ST15682; ST15683; ST15684; ST15685; ST15686; ST15687;
ST15688; ST15689; ST15690; ST15691; ST15860; ST15861; ST15862; ST15863; ST15864;
ST15865; ST15866; ST15867; ST15868; ST15869; ST15870; ST15871; ST15872; ST15873;
ST15874; ST15875; ST15876; ST15877; ST15878; ST15920; ST15921; ST15922; ST15934;
ST15935; ST15936; ST15937; ST15938; ST15939; ST15940; ST15941; ST15942; ST15943;
ST15944; ST15961; ST15962; ST15963; ST15964; ST15965; ST15966; ST15967; ST15968;
ST15969; ST15970; ST16026; ST16027; ST16028; ST16029; ST16030; ST16031; ST16032;

ST16033; ST16034; ST16035; ST16036; ST16037; ST16038; ST16039; ST16040; ST16041;
ST16042; ST16043; ST16044; ST16045; ST16046; ST16047; ST16048; ST16049; ST16050;
ST16051; ST16052; ST16053; ST16054; ST16055; ST16056; ST16057; ST16058; ST16059;
ST16060; ST16061; ST16062; ST16063; ST16064; ST16065; ST16066; ST16067; ST16068;
ST16187; ST16188; ST16189; ST16190; ST16191; ST16192; ST16193; ST16194; ST16195;
ST16196; ST16197; ST16198; ST16199; ST16200; ST16201; ST16202; ST16203; ST16204;
ST16205; ST16206; ST16207; ST16208; ST16209; ST16210; ST16211; ST16212; ST16213;
ST16214; ST16215; ST16216; ST16217; ST16218; ST16219; ST16220; ST16221; ST16347;
ST16348; ST16349; ST16350; ST16351; ST16352; ST16353; ST16354; ST16355; ST16356;
ST16357; ST16358; ST16359; ST16360; ST16361; ST16416; ST16417; ST16424; ST16425;
ST16432; ST16433; ST16440; ST16441; ST16449; ST16450; ST16451; ST16460; ST16461;
ST16468; ST16469; ST16476; ST16477; ST16484; ST16485; ST16518; ST16522; ST16523;
ST16531; ST16532; ST16533; ST16545; ST16546; ST16547; ST16548; ST16549; ST16550;
ST16551; ST16552; ST16553; ST16554; ST16555; ST16590; ST16591; ST16592; ST16593;
ST16594; ST16595; ST16596; ST16597; ST16598; ST16599; ST16600; ST16601; ST16602;
ST16603; ST16604; ST16605; ST16606; ST16607; ST16608; ST16609; ST16610; ST16655;
ST16656; ST16665; ST16666; ST16676; ST16677; ST16678; ST16679; ST16680; ST16681;
ST16682; ST16683; ST16684; ST16685; ST16686; ST16712; ST16713; ST16714; ST16715;
ST16730; ST16731; ST16732; ST16733; ST16734; ST16735; ST16736; ST16737; ST16770;
ST16771; ST16772; ST16773; ST16774; ST16775; ST16776; ST16777; ST16778; ST16779;
ST16780; ST16781; ST16782; ST16783; ST16784; ST16785; ST16786; ST16787; ST16788;
ST16789; ST16790; ST16791; ST16792; ST16793; ST16794; ST16795; ST16796; ST16797;
ST16798; ST16799; ST16800; ST16801; ST16802; ST16803; ST16804; ST16805; ST16806;
ST16807; ST16808; ST16809; ST16810; ST16811; ST16812; ST16813; ST16814; ST16815;
ST16816; ST16817; ST16902; ST16903; ST16904; ST16905; ST16906; ST16907; ST16908;
ST16949; ST16950; ST16951; ST16952; ST16953; ST16954; ST16955; ST16956; ST16957;
ST16958; ST16959; ST16960; ST16961; ST16962; ST16963; ST16964; ST16965; ST16966;
ST16967; ST16968; ST16969; ST16970; ST16971; ST16972; ST16973; ST16974; ST16975;
ST16976; ST16977; ST16978; ST16979; ST16980; ST17016; ST17017; ST17018; ST17019;
ST17031; ST17032; ST17033; ST17034; ST17035; ST17043; ST17044; ST17052; ST17053;
ST17060; ST17061; ST17069; ST17070; ST17071; ST17072; ST17084; ST17085; ST17086;
ST17087; ST17099; ST17100; ST17107; ST17108; ST17115; ST17116; ST17124; ST17125;
ST17132; ST17133; ST17151; ST17152; ST17153; ST17192; ST17229; ST17220; ST17225;
ST17230; ST17231; ST17239; ST17240; ST17241; ST17251; ST17252; ST17253; ST17267;
ST17268; ST17269; ST17270; ST17271; ST17272; ST17273; ST17291; ST17292; ST17293;
ST17294; ST17295; ST17296; ST17305; ST17306; ST17314; ST17315; ST17328; ST17329;
ST17330; ST17331; ST17332; ST17333; ST17342; ST17343; ST17350; ST17351; ST17364;
ST17365; ST17372; ST17373; ST17380; ST17381; ST17388; ST17389; ST17398; ST17399;
ST17406; ST17407; ST17414; ST17415; ST17423; ST17424; ST17425; ST17426; ST17427;
ST17428; ST17429; ST17446; ST17447; ST17448; ST17459; ST17460; ST17461; ST17471;
ST17472; ST17473; ST17474; ST17475; ST17476; ST17485; ST17486; ST17493; ST17494;
ST17503; ST17504; ST17515; ST17516; ST17524; ST17525; ST17526; ST17527; ST17528;
ST17529; ST17538; ST17539; ST17546; ST17547; ST17561; ST17562; ST17563; ST17564;
ST17565; ST17566; ST17575; ST17576; ST17583; ST17584; ST17591; ST17592; ST17599;
ST17600; ST17607; ST17608; ST17615; ST17616; ST17629; ST17630; ST17638; ST17639;
ST17640; ST17641; ST17642; ST17643; ST17652; ST17653; ST17660; ST17661; ST17668;
ST17669; ST17676; ST17677; ST17684; ST17685; ST17699; ST17700; ST17701; ST17702;
ST17703; ST17704; ST17724; ST17732; ST17733; ST17734; ST17735; ST17736; ST17737;
ST17738; ST17739; ST17740; ST17741; ST17742; ST17780; ST17781; ST17782; ST17783;
ST17784; ST17785; ST17786; ST17787; ST17788; ST17789; ST17790; ST17791; ST17792;

ST17793; ST17794; ST17795; ST17796; ST17797; ST17798; ST17799; ST17800; ST17801;
ST17802; ST17803; ST17804; ST17805; ST17806; ST17807; ST17808; ST17809; ST17810;
ST17811; ST17812; ST17813; ST17814; ST17815; ST17816; ST17817; ST17818; ST17819;
ST17820; ST17821; ST17822; ST17823; ST17824; ST17825; ST17826; ST17910; ST17911;
ST17912; ST17913; ST17914; ST17915; ST17916; ST17950; ST17951; ST17952; ST17953;
ST17954; ST17955; ST17956; ST17957; ST17958; ST17959; ST17973; ST17974; ST17975;
ST17976; ST17988; ST17989; ST17990; ST17991; ST17998; ST17999; ST18007; ST18008;
ST18015; ST18016; ST18024; ST18025; ST18026; ST18027; ST18039; ST18040; ST18041;
ST18042; ST18054; ST18055; ST18062; ST18063; ST18070; ST18071; ST18079; ST18080;
ST18087; ST18088; ST18099; ST18100; ST18101; ST18123; ST18124; ST18131; ST18136;
ST18145; ST18146; ST18147; ST18148; ST18149; ST18150; ST18151; ST18152; ST18153;
ST18154; ST18155; ST18156; ST18187; ST18188; ST18189; ST18190; ST18191; ST18192;
ST18193; ST18194; ST18195; ST18196; ST18197; ST18198; ST18199; ST18215; ST18222;
ST18223; ST18224; ST18237; ST18238; ST18239; ST18240; ST18241; ST18242; ST18258;
ST18259; ST18260; ST18261; ST18276; ST18277; ST18317; ST18318; ST18319; ST18320;
ST18321; ST18322; ST18342; ST18343; ST18344; ST18345; ST18346; ST18347; ST18348;
ST18366; ST18367; ST18368; ST18369; ST18370; ST18371; ST18380; ST18381; ST18389;
ST18390; ST18403; ST18404; ST18405; ST18406; ST18407; ST18408; ST18417; ST18418;
ST18425; ST18426; ST18439; ST18440; ST18447; ST18448; ST18455; ST18456; ST18463;
ST18464; ST18473; ST18474; ST18481; ST18482; ST18489; ST18490; ST18498; ST18499;
ST18500; ST18501; ST18502; ST18503; ST18504; ST18521; ST18522; ST18523; ST18534;
ST18535; ST18536; ST18546; ST18547; ST18548; ST18549; ST18550; ST18551; ST18560;
ST18561; ST18568; ST18569; ST18578; ST18579; ST18590; ST18591; ST18599; ST18600;
ST18601; ST18602; ST18603; ST18604; ST18613; ST18614; ST18621; ST18622; ST18636;
ST18637; ST18638; ST18639; ST18640; ST18641; ST18650; ST18651; ST18658; ST18659;
ST18666; ST18667; ST18674; ST18675; ST18682; ST18683; ST18690; ST18691; ST18704;
ST18705; ST18713; ST18714; ST18715; ST18716; ST18717; ST18718; ST18727; ST18728;
ST18735; ST18736; ST18743; ST18744; ST18751; ST18752; ST18759; ST18760; ST18774;
ST18775; ST18776; ST18777; ST18778; ST18779; ST18799; ST18800; ST18801; ST18802;
ST18814; ST18815; ST18816; ST18817; ST18818; ST18819; ST18828; ST18829; ST18837;
ST18838; ST18851; ST18852; ST18853; ST18854; ST18855; ST18856; ST18865; ST18866;
ST18873; ST18874; ST18881; ST18882; ST18895; ST18896; ST18903; ST18904; ST18911;
ST18912; ST18921; ST18922; ST18929; ST18930; ST18937; ST18938; ST18946; ST18947;
ST18948; ST18949; ST18950; ST18951; ST18967; ST18968; ST18969; ST18970; ST18971;
ST18972; ST18981; ST18982; ST18989; ST18990; ST18999; ST19000; ST19011; ST19012;
ST19020; ST19021; ST19022; ST19023; ST19024; ST19025; ST19034; ST19035; ST19042;
ST19043; ST19057; ST19058; ST19059; ST19060; ST19061; ST19062; ST19071; ST19072;
ST19079; ST19080; ST19087; ST19088; ST19095; ST19096; ST19103; ST19104; ST19111;
ST19112; ST19125; ST19126; ST19134; ST19135; ST19136; ST19137; ST19138; ST19139;
ST19148; ST19149; ST19163; ST19164; ST19165; ST19166; ST19167; ST19168; ST19177;
ST19178; ST19185; ST19186; ST19193; ST19194; ST19201; ST19202; ST19209; ST19210;
ST19224; ST19225; ST19226; ST19227; ST19228; ST19229; ST19285; ST19286; ST19287;
ST19288; ST19289; ST19290; ST19291; ST19292; ST19293; ST19294; ST19295; ST19296;
ST19297; ST19298; ST19299; ST19300; ST19301; ST19302; ST19303; ST19304; ST19305;
ST19306; ST19307; ST19308; ST19309; ST19310; ST19311; ST19312; ST19313; ST19314;
ST19315; ST19316; ST19317; ST19318; ST19319; ST19320; ST19321; ST19322; ST19323;
ST19324; ST19325; ST19326; ST19327; ST19328; ST19329; ST19330; ST19331; ST19332;
ST19333; ST19334; ST19335; ST19336; ST19337; ST19338; ST19339; ST19340; ST19341;
ST19342; ST19343; ST19344; ST19345; ST19346; ST19347; ST19348; ST19349; ST19350;
ST19351; ST19352; ST19353; ST19354; ST19355; ST19356; ST19357; ST19358; ST19359;

ST19360; ST19361; ST19362; ST19363; ST19364; ST19365; ST19366; ST19367; ST19368;
ST19369; ST19370; ST19371; ST19372; ST19373; ST19374; ST19375; ST19376; ST19377;
ST19378; ST19379; ST19380; ST19381; ST19382; ST19383; ST19384; ST19385; ST19386;
ST19387; ST19388; ST19389; ST19390; ST19391; ST19392; ST19393; ST19394; ST19395;
ST19396; ST19397; ST19398; ST19399; ST19400; ST19401; ST19402; ST19403; ST19404;
ST19405; ST19406; ST19407; ST19408; ST19409; ST19410; ST19411; ST19412; ST19413;
ST19414; ST19415; ST19416; ST19417; ST19418; ST19419; ST19420; ST19421; ST19422;
ST19423; ST19424; ST19425; ST19616; ST19617; ST19618; ST19725; ST19726; ST19727;
ST19728; ST19729; ST19730; ST19731; ST19732; ST19733; ST19734; ST19762; ST20090;
ST20267; ST20406; ST20463; ST20526; ST20586; ST21174; ST21225; ST21903; ST22102;
ST22256; ST22619; ST22769; ST22928; ST23345; ST23583; ST23821; ST23872; ST23922;
ST23997; ST24103; ST24276;

ST24335þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.jar.svn-baseþ þ.TXTþ þtext/p
lainþ þþ þ53þ þ113136892f2137aa0116093a524ade0bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24373.txtþ þTEXT\0006\ST24373.t
xtþ

þST24374þ þST24374þ þST24374þ þST24374þ þST24374þ þST24374þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/text-base/build.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24432þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þbuild.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ3810þ þ021
21d07b55039fcf9e079595808a259þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST24374.xmlþ þþ

þST24375þ þST24375þ þST24375þ þST24375þ þST24375þ þST24375þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/text-base/watchlist.jar.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þwatchlist.jar.svn-baseþ þ.JARþ þapplication/java-archiveþ þþ þ
151663þ þf1cd0ace3d4e48eb70a6d9005bd4f98eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24375.jarþ þþ

þST24376þ þST24376þ þST24376þ þST24376þ þST24376þ þST24376þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/.svn/tmp/build.xml.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þbuild.xml.tmpþ þ.XMLþ þapplication/xmlþ þþ þ3986þ þ3d4f2e2c4b2c3aaec7405ff51
f3db8afþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATI
VES\0011\ST24376.xmlþ þþ

þST24377þ þST24377þ þST24377þ þST24377þ þST24377þ þST24377þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/built-jar.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
 þþ þþ þþ þbuilt-
jar.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ73þ þ47b42fa3d0a60fb179fc5
134a8999f1fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þ
NATIVES\0011\ST24377.propertiesþ þþ

þST24378þ þST24378þ þST24378þ þST24378þ þST24378þ þST24378þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/WatchListCo
ntroller.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListControl

ler.classþ þ.CLASSþ þapplication/java-vmþ þþ þ14721þ þ225e94d757b84fd3676247b109b9321
aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\00
11\ST24378.classþ þþ

þST24379þ þST24379þ þST24379þ þST24379þ þST24379þ þST24379þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/WatchListCo
ntroller$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListContr
oller$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1946þ þbc201534c8b4dd5f829e65211f4b
bc8eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24379.classþ þþ

þST24380þ þST24380þ þST24380þ þST24380þ þST24380þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/WatchListDe
scriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListDescrip
tor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2377þ þ2ef76a3e06206f6285a368653df090fd
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\001
1\ST24380.classþ þþ

þST24381þ þST24381þ þST24381þ þST24381þ þST24381þ þST24381þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlistne
ws/WatchListNewsController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þWatchListNewsController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ8035þ þ7953a4fb4
2f80fbb127a4c6a833bf151þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0011\ST24381.classþ þþ

þST24382þ þST24382þ þST24382þ þST24382þ þST24382þ þST24382þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlistne
ws/WatchListNewsDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þWatchListNewsDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ931þ þff9dc09e81
d735866ba6c4296b69d7f6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL
SEþ þTRUEþ þNATIVES\0011\ST24382.classþ þþ

þST24383þ þST24383þ þST24383þ þST24383þ þST24383þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlistne
ws/WatchListNewsParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þWatchListNewsParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2480þ þdcc9f4ce6
faad790657474922539b4f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA
LSEþ þTRUEþ þNATIVES\0011\ST24383.classþ þþ

þST24384þ þST24384þ þST24384þ þST24384þ þST24384þ þST24384þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlistne
ws/WatchListNewsRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
WatchListNewsRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ885þ þ9499ffb1b4d6a13
78f0fb57347b89ad9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT

RUEþ þNATIVES\0011\ST24384.classþ þþ

þST24385þ þST24385þ þST24385þ þST24385þ þST24385þ þST24385þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlistnews/WatchListNewsUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þW atchListNewsUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2538þ þ546bb7af89a263c5 ef280c6646e46a70þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTR UEþ þNATIVES\0011\ST24385.classþ þþ

þST24386þ þST24386þ þST24386þ þST24386þ þST24386þ þST24386þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttr ades/WatchListTradeDescriptor.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þWatchListTradeDescriptor.classþ þ.CLASSþ þapplication/java-vmþ þþ þ454þ þ2403828 82a1e98a78ae2e567d8cef4feþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þ FALSEþ þTRUEþ þNATIVES\0011\ST24386.classþ þþ

þST24387þ þST24387þ þST24387þ þST24387þ þST24387þ þST24387þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttr ades/WatchListTradeParameters.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þWatchListTradeParameters.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4483þ þ7749f0 b3d1f2c1e62034474b565f3aa3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24387.classþ þþ

þST24388þ þST24388þ þST24388þ þST24388þ þST24388þ þST24388þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttr ades/WatchListTradeRowModel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þWatchListTradeRowModel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ895þ þ3293b1dab4 91cdaf49e6c927b347a92dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFAL SEþ þTRUEþ þNATIVES\0011\ST24388.classþ þþ

þST24389þ þST24389þ þST24389þ þST24389þ þST24389þ þST24389þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttr ades/WatchListTradeUpdater.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þWatchListTradeUpdater.classþ þ.CLASSþ þapplication/java-vmþ þþ þ2487þ þ1d63a5f5402 5a8b882c5c2b240b174ddþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALS Eþ þTRUEþ þNATIVES\0011\ST24389.classþ þþ

þST24390þ þST24390þ þST24390þ þST24390þ þST24390þ þST24390þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttr ades/WLTradeController.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWL TradeController.classþ þ.CLASSþ þapplication/java-vmþ þþ þ9757þ þ5f50ccc173704152319a a6420e2bf193þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24390.classþ þþ

þST24391þ þST24391þ þST24391þ þST24391þ þST24391þ þST24391þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/WLTradeController$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ WLTradeController$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1170þ þd34d79e64879bc59dad90f913e6476a8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24391.classþ þþ

þST24392þ þST24392þ þST24392þ þST24392þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/WLTradeController$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ WLTradeController$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1935þ þ4c02ffdd20bd77e1c4fc215881df55baþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24392.classþ þþ

þST24393þ þST24393þ þST24393þ þST24393þ þST24393þ þST24393þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/WLTradeController$2$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þWLTradeController$2$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1809þ þc196db9c45368ef1ef179e089d99dbdeþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24393.classþ þþ

þST24394þ þST24394þ þST24394þ þST24394þ þST24394þ þST24394þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/IWatchListPanelListener.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchListPanelListener.classþ þ.CLASSþ þapplication/java-vmþ þþ þ555þ þ08e8e9059fccff776e6a256eeca3f7edþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24394.classþ þþ

þST24395þ þST24395þ þST24395þ þST24395þ þST24395þ þST24395þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListAlertsPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListAlertsPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1818þ þ90be910e20f0776e32475e0b95b200cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24395.classþ þþ

þST24396þ þST24396þ þST24396þ þST24396þ þST24396þ þST24396þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchlistOperationsPanel.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlistOperationsPanel.classþ þ.CLASSþ þapplication/java-vmþ þþ þ6827þ þ26c8c4ff3525d1efb41adf0b7d65fe61þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24396.classþ þþ

þST24397þ þST24397þ þST24397þ þST24397þ þST24397þ þST24397þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel.classþ
þ.CLASSþ þapplication/java-vmþ þþ þ14548þ þ1bd77210930c085af867cc284a945926þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24397
.classþ þþ
þST24398þ þST24398þ þST24398þ þST24398þ þST24398þ þST24398þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel
$1.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1078þ þe1a1e87dc5bc600d90a2119b3abaff8fþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24398.classþ þþ
þST24399þ þST24399þ þST24399þ þST24399þ þST24399þ þST24399þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el$2.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel
$2.classþ þ.CLASSþ þapplication/java-vmþ þþ þ928þ þe5cd9d29d7a46af4ae1e60cf317049b9þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24399.classþ þþ
þST24400þ þST24400þ þST24400þ þST24400þ þST24400þ þST24400þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el$3.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel
$3.classþ þ.CLASSþ þapplication/java-vmþ þþ þ972þ þea2fafb593bfef058fc8cc73ccc486f0þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24400.classþ þþ
þST24401þ þST24401þ þST24401þ þST24401þ þST24401þ þST24401þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el$4.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel
$4.classþ þ.CLASSþ þapplication/java-vmþ þþ þ972þ þ2f7e84532ce425a0706a171e9a2b14ceþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24401.classþ þþ
þST24402þ þST24402þ þST24402þ þST24402þ þST24402þ þST24402þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el$5.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel
$5.classþ þ.CLASSþ þapplication/java-vmþ þþ þ972þ þ1da414f8360eb16ed1c5b81f3ee2d218þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24402.classþ þþ
þST24403þ þST24403þ þST24403þ þST24403þ þST24403þ þST24403þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan
el$6.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel

$6.classþ þ.CLASSþ þapplication/java-vmþ þþ þ972þ þ9634edd077d9ec6225f6d14feb7e2ea8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ ST24403.classþ þþ

þST24404þ þST24404þ þST24404þ þST24404þ þST24404þ þST24404þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/com/equityfeed/gui/multiviewer/watchlist/WatchListPan el$7.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel $7.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1027þ þ4281413a357575253e4f3d8ed470693bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24404.classþ þþ

þST24405þ þST24405þ þST24405þ þST24405þ þST24405þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/ComboBoxItem.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þComboBoxItem.classþ þ.CLASSþ þapplication/java-vmþ þþ þ92 1þ þ8362961737d7eafdf09d2eb7154e82bbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24405.classþ þþ

þST24406þ þST24406þ þST24406þ þST24406þ þST24406þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/Performer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þPerformer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ723þ þf8 54575cf2d59290fe39d73d0a7c5cb4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTR UEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24406.classþ þþ

þST24407þ þST24407þ þST24407þ þST24407þ þST24407þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/streamer/handler/WC/StateHandlerWC.classþ þ þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerWC.classþ þ.CLASSþ þa pplication/java-vmþ þþ þ1729þ þfb8b993caede3002fbd68790c815ff39þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24407.classþ þþ þST24408þ þST24408þ þST24408þ þST24408þ þST24408þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/streamer/handler/WC/StateHandlerWC$1.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerWC$1.classþ þ.CLASS þ þapplication/java-vmþ þþ þ964þ þ99e11a7787b5585e86b07c6a07d2e42bþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24408.classþ þþ þST24409þ þST24409þ þST24409þ þST24409þ þST24409þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/streamer/handler/WC/StreamHandlerWC.class þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerWC.classþ þ.CLASSþ þapplication/java-vmþ þþ þ863þ þ0d4abd50d6300c0c93cf930668b4e957þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24409.classþ þþ þST24410þ þST24410þ þST24410þ þST24410þ þST24410þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/streamer/handler/WC/StreamHandlerWC$1.class

þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerWC$1.classþ þ.CLA SSþ þapplication/java-vmþ þþ þ810þ þ65017880202db9cb1e0f16716107f813þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24410.classþ þþ

þST24411þ þST24411þ þST24411þ þST24411þ þST24411þ þST24411þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/watchlist/streamer/handler/WC/StreamHandlerWC$2.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerWC$2.classþ þ.CLA SSþ þapplication/java-vmþ þþ þ1045þ þ67b067d26817855bdac3b177cfa7f9dfþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24411.class þ þþ

þST24412þ þST24412þ þST24412þ þST24412þ þST24412þ þST24412þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/watchlist/streamer/handler/WC/StreamHandlerWC$3.class þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerWC$3.classþ þ.CLA SSþ þapplication/java-vmþ þþ þ1048þ þ0d3b3fd0446e430f549056df6de41336þ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24412.class þ þþ

þST24413þ þST24413þ þST24413þ þST24413þ þST24413þ þST24413þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/watchlist/streamer/StreamWC.classþ þþ þþ þ0þ þ1þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamWC.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1544þ þ8acb5fa6f904a5a267d176a7b5e98e1aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24413.classþ þþ

þST24414þ þST24414þ þST24414þ þST24414þ þST24414þ þST24414þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/watchlist/TickerMarketSet.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketSet.classþ þ.CLASSþ þapplication/java-vm þ þþ þ4538þ þ943509aed35d5060499f27499956a1adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24414.classþ þþ

þST24415þ þST24415þ þST24415þ þST24415þ þST24415þ þST24415þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/watchlist/TickerMarketUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketUtil.classþ þ.CLASSþ þapplication/java-v mþ þþ þ3145þ þeef278c9708fa3846381ef00d2213f88þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24415.classþ þþ

þST24416þ þST24416þ þST24416þ þST24416þ þST24416þ þST24416þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/build/classes/watchlist/WatchLists.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchLists.classþ þ.CLASSþ þapplication/java-vmþ þþ þ12235 þ þc8fab7cdf391215aac77002fed5f3bb8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24416.classþ þþ

þST24417þ þST24417þ þST24417þ þST24417þ þST24417þ þST24417þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WatchListUtil.classþ þþ þþ þ0þ þ1þ þþ þþ þþþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListUtil.classþ þ.CLASSþ þapplication/java-vmþ þþ þ
6353þ þ714c4937ef9780b6913c5b85890c412fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24417.classþ þþ
þST24418þ þST24418þ þST24418þ þST24418þ þST24418þ þST24418þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WL.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þWL.classþ þ.CLASSþ þapplication/java-vmþ þþ þ1043þ þ88f09d0ca2d0736
14a5d065c8d15c73dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þT
RUEþ þNATIVES\0011\ST24418.classþ þþ
þST24419þ þST24419þ þST24419þ þST24419þ þST24419þ þST24419þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WLContainer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þWLContainer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ4112
þ þ07afa092afa3c1f9ea672de8b7a36209þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24419.classþ þþ
þST24420þ þST24420þ þST24420þ þST24420þ þST24420þ þST24420þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WLPerformer.classþ þþ þþ þ0þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þWLPerformer.classþ þ.CLASSþ þapplication/java-vmþ þþ þ972þ
þ6d2c9024b9542df317739816c30e8c9aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24420.classþ þþ
þST24421þ þST24421þ þST24421þ þST24421þ þST24421þ þST24421þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WLPerformerCorporate.classþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerCorporate.classþ þ.CLASSþ þapplicati
on/java-vmþ þþ þ4158þ þf24f41dd9d1474226ea23f98add8efc9þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24421.classþ þþ
þST24422þ þST24422þ þST24422þ þST24422þ þST24422þ þST24422þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WLPerformerCorporate$1.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerCorporate$1.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ1834þ þ8bcdfcf9f113eff46c278249e832fceaþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þNATIVES\0011\ST24422.classþ þþ
þST24423þ þST24423þ þST24423þ þST24423þ þST24423þ þST24423þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build/classes/watchlist/WLPerformerCorporate$2.classþ þþ þþ þ0þ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerCorporate$2.classþ þ.CLASSþ þappli
cation/java-vmþ þþ þ1840þ þ3d0ab1b3454c22c91eda2e1d587f1d0cþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24423.classþ þþ
þST24424þ þST24424þ þST24424þ þST24424þ þST24424þ þST24424þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerIndividual.classþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerIndividual.classþ þ.CLASSþ þapplica
tion/java-vmþ þþ þ1537þ þ773c3cd6ccdd0c39c82ea2da329f0203þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24424.classþ þþ
þST24425þ þST24425þ þST24425þ þST24425þ þST24425þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerShared.classþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerShared.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ1525þ þ39480b57f69d56e2f24a337ece68e9f1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24425.classþ þþ
þST24426þ þST24426þ þST24426þ þST24426þ þST24426þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerUtil.classþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil.classþ þ.CLASSþ þapplication/java-vm
þ þþ þ4769þ þ5828277fabcb4900f03e0445789a155fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24426.classþ þþ
þST24427þ þST24427þ þST24427þ þST24427þ þST24427þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerUtil$1.classþ þþ þþ þ0þ þ1þ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil$1.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ2302þ þe9b9acd39239c2db3a308bc9faa0b86dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24427.classþ þþ
þST24428þ þST24428þ þST24428þ þST24428þ þST24428þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerUtil$2.classþ þþ þþ þ0þ þ1þ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil$2.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ1767þ þd2551efab393143e500be53fc1f8005bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24428.classþ þþ
þST24429þ þST24429þ þST24429þ þST24429þ þST24429þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerUtil$3.classþ þþ þþ þ0þ þ1þ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil$3.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ1789þ þ8ca63f3c66fb3b77caec76c22e5885ecþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24429.classþ þþ
þST24430þ þST24430þ þST24430þ þST24430þ þST24430þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerUtil$4.classþ þþ þþ þ0þ þ1þ þþ þþ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil$4.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ1968þ þ3cd56f6e32e94d8f5d47c7db6f41b8c4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24430.classþ þþ
þST24431þ þST24431þ þST24431þ þST24431þ þST24431þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/build/classes/watchlist/WLPerformerUtil$5.classþ þþ þþ þ0þ þ1þ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil$5.classþ þ.CLASSþ þapplication/java
-vmþ þþ þ1707þ þ84555893db8ec78ad244355a66e8ee0bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24431.classþ þþ
þST24432þ þST24432þ þST24432þ þST24432þ þST24432þ þST24432þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/build.xmlþ þþ þþ þ0þ þ1þ þST24374þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þbuild.xmlþ þ.XMLþ þapplication/xmlþ þþ þ3810þ þ02121d07b55039fcf9e079595808a259þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24432.xmlþ þþ
þST24433þ þST24433þ þST24433þ þST24433þ þST24433þ þST24433þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/dist/lib/ccore.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þccore.jarþ þ.JARþ þapplication/java-
archiveþ þþ þ1394270þ þ67612a572935ada23ad86289efedf6b4þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24433.jarþ þþ
þST24434þ þST24434þ þST24434þ þST24434þ þST24434þ þST24434þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/dist/lib/clib.jarþ þþ þþ þ0þ þ1þ þST21446þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þclib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ69517þ þe298f225bc3c1c834d8
55314762ddb1fþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0011\ST24434.jarþ þþ
þST24435þ þST24435þ þST24435þ þST24435þ þST24435þ þST24435þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/dist/lib/comm_img.jarþ þþ þþ þ0þ þ1þ þST15187; ST17187; ST22137;
ST22654þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þcomm_img.jarþ þ.JARþ þapplication/java
-archiveþ þþ þ690275þ þ3ac614b34d1d08021e32387510a88175þ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24435.jarþ þþ
þST24436þ þST24436þ þST24436þ þST24436þ þST24436þ þST24436þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/dist/lib/gui2.jarþ þþ þþ þ0þ þ1þ þST21447þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þgui2.jarþ þ.JARþ þapplication/java-archiveþ þþ þ812371þ þba1fa4230d77019aac
5624cc145c4725þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0011\ST24436.jarþ þþ
þST24437þ þST24437þ þST24437þ þST24437þ þST24437þ þST24437þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/dist/lib/jtb.jarþ þþ þþ þ0þ þ1þ þST14258; ST19764; ST19827; ST20134;
ST23077; ST23402;
ST23681þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þjtb.jarþ þ.JARþ þapplication/java-arch
iveþ þþ þ132553þ þ1719e90e992e37c87efadacd057d06b5þ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24437.jarþ þþ
þST24438þ þST24438þ þST24438þ þST24438þ þST24438þ þST24438þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/dist/lib/msg.jarþ þþ þþ þ0þ þ1þ þST12548; ST20754;

ST23078þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þmsg.jarþ þ.JARþ þapplication/java-arch iveþ þ25753þ þf5e0cad954bff191fbe6328a44cf9bc1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24438.jarþ þþ

þST24439þ þST24439þ þST24439þ þST24439þ þST24439þ þST24439þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/dist/lib/news.jarþ þþ þþ þ0þ þ1þ þST23079þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þnews.jarþ þ.JARþ þapplication/java-archiveþ þþ þ413232þ þ00449b1b47430c5001 b70237097b3691þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE þ þNATIVES\0011\ST24439.jarþ þþ

þST24440þ þST24440þ þST24440þ þST24440þ þST24440þ þST24440þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/dist/lib/reslib.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þreslib.jarþ þ.JARþ þapplication/java-archiveþ þþ þ63821þ þ1a755a177c5433d1928245 2466b58dd4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN ATIVES\0011\ST24440.jarþ þþ

þST24441þ þST24441þ þST24441þ þST24441þ þST24441þ þST24441þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/dist/lib/settings.jarþ þþ þþ þ0þ þ1þ þST15017; ST21450; ST23080þ þþ þþ þþ þþ þþ þþ þþ þsettings.jarþ þ.JARþ þapplication/java -archiveþ þþ þ229018þ þ5104cae30b24dd47da65ee652a58700þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24441.jarþ þþ

þST24442þ þST24442þ þST24442þ þST24442þ þST24442þ þST24442þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/dist/lib/vsclib.jarþ þþ þþ þ0þ þ1þ þST15019; ST20756; ST22143; ST23082þ þþ þþ þþ þþ þþ þþ þþ þvsclib.jarþ þ.JARþ þapplication/java-a rchiveþ þþ þ193434þ þ5e3a47b13f9368cad558e7ede25864dfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24442.jarþ þþ

þST24443þ þST24443þ þST24443þ þST24443þ þST24443þ þST24443þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/dist/README.TXTþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þREADME.TXTþ þ.TXTþ þtext/plainþ þþ þ1325þ þ5087e0fe4364283ea537e70209e96a93þ þ1þ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST244 43.TXTþ þTEXT\0006\ST24443.txtþ

þST24444þ þST24444þ þST24444þ þST24444þ þST24444þ þST24444þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/dist/watchlist.jarþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þwatchlist.jarþ þ.JARþ þapplication/java- archiveþ þþ þ167246þ þe79c5da47b0a93e97c8a4fc3117d6c7cþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24444.jarþ þþ

þST24445þ þST24445þ þST24445þ þST24445þ þST24445þ þST24445þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þall-

wcpropsþ þ.TXTþ þtext/plainþ þþ þ606þ þe0a1dcc13367a220d16cbf6b3c61aaf8þ þ1þ þþ þþ þþ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24445.tx tþ þTEXT\0006\ST24445.txtþ
þST24446þ þST24446þ þST24446þ þST24446þ þST24446þ þST24446þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/dir-prop-baseþ þþ þþ þ0þ þ1þ þST11660; ST12555; ST14264; ST15023; ST16499; ST17198; ST18293; ST19829; ST20028; ST20140; ST20504; ST20760; ST21191; ST21456; ST21910; ST22147; ST22358; ST22664; ST22796; ST23086; ST23408; ST23695; ST23900; ST24029; ST24151; ST24308þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þdir-prop-baseþ þ.TXTþ þtext/plainþ þþ þ 33þ þ06fae27d41813fbab00e884bfa387f68þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24446.txtþ þTEXT\0006\ST24446.txtþ
þST24447þ þST24447þ þST24449þ þST24447þ þST24449þ þST24447þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09 /02/2011þ þ00:00:00þ þ2011-09-02T00:00:00-04:00þ þ1314936000þ þentriesþ þ.TXTþ þtext/ plainþ þþ þ840þ þd7ae538437caf99fadf864449417576aþ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24447.txtþ þTEXT\0006\ST24447.txtþ
þST24450þ þST24450þ þST24450þ þST24450þ þST24450þ þST24450þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/text-base/build-impl.xml.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þbuild-impl.xml.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ56293þ þd0eb5eaaa5ecf1b7954c6412adcad03dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24450.xmlþ þþ þþ þþ þþ þþ
þST24451þ þST24451þ þST24451þ þST24451þ þST24451þ þST24451þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/text-base/genfiles.properties.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þgenfiles.properties.svn-baseþ þ.TXTþ þtext/p lainþ þþ þ475þ þ334183a3927de24d0e4c578001370214þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24451.txtþ þTEXT\0006\ST24451. txtþ
þST24452þ þST24452þ þST24453þ þST24452þ þST24453þ þST24452þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/text-base/project.properties.svn-baseþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.properties.svn-baseþ þ.TXTþ þtext/pla inþ þþ þ3082þ þ71ae67603df62357a25995bff73bc1d3þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24452.txtþ þTEXT\0006\ST24452.t xtþ
þST24454þ þST24454þ þST24454þ þST24454þ þST24454þ þST24454þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/.svn/text-base/project.xml.svn-baseþ þþ þþ þ0þ þ1þ þST24467 þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xml.svn-baseþ þ.XMLþ þapplication/xml þ þþ þ528þ þddbc92419aeaeb0a6d063353cb0365acþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ

þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24454.xmlþ þþ
þST24455þ þST24455þ þST24455þ þST24455þ þST24455þ þST24455þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/.svn/tmp/tempfile.2.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þtempfile.2.tmpþ þ.TXTþ þtext/plainþ þþ þ615þ þ501aecf0f85225f5eed8
520535ff587fþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0011\ST24455.txtþ þTEXT\0006\ST24455.txtþ
þST24456þ þST24456þ þST24456þ þST24456þ þST24456þ þST24456þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/.svn/tmp/tempfile.3.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þtempfile.3.tmpþ þ.XMLþ þapplication/xmlþ þþ þ44045þ þd5e0789cac5f9
3abd5b1992f2137e8bfþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0011\ST24456.xmlþ þþ
þST24457þ þST24457þ þST24457þ þST24457þ þST24457þ þST24457þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/.svn/tmp/tempfile.4.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þtempfile.4.tmpþ þ.TXTþ þtext/plainþ þþ þ475þ þb525cfd72b415a40c6a7
37120f5982d8þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUE
þ þNATIVES\0011\ST24457.txtþ þTEXT\0006\ST24457.txtþ
þST24458þ þST24458þ þST24458þ þST24458þ þST24458þ þST24458þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/.svn/tmp/tempfile.5.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þtempfile.5.tmpþ þ.XMLþ þapplication/xmlþ þþ þ48779þ þa5de74eb6d076
6f98aa5113de29e06c4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0011\ST24458.xmlþ þþ
þST24459þ þST24459þ þST24460þ þST24459þ þST24460þ þST24459þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/.svn/tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þþ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ3243þ þ7aff6aba3068214d874c192
b279e217dþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þ
NATIVES\0011\ST24459.txtþ þTEXT\0006\ST24459.txtþ
þST24461þ þST24461þ þST24461þ þST24461þ þST24461þ þST24461þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/build-impl.xmlþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þbuild-impl.xmlþ þ.XMLþ þapplication/xmlþ þþ þ56342þ þ351b55ff585fb5c3719d8b
c3d8e4f655þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST24461.xmlþ þþ
þST24462þ þST24462þ þST24462þ þST24462þ þST24462þ þST24462þ þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/nbproject/genfiles.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þgenfiles.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ475þ þ
0f598f0674a1d2255bb84381510f14b6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24462.propertiesþ þþ

þST24463þ þST24463þ þST24463þ þST24463þ þST24463þ þST24463þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/private/config.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þconfig.propertiesþ þ.PROPERTIESþ þapplication/octet-streamþ þþ þ0þ þd41d8cd98f00b204e9800998ecf8427eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24463.propertiesþ þþ

þST24464þ þST24464þ þST24464þ þST24464þ þST24464þ þST24464þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/private/private.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þprivate.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ 255þ þd861b259aaf29121968aa6c6e46433d8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24464.propertiesþ þþ

þST24465þ þST24465þ þST24465þ þST24465þ þST24465þ þST24465þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/private/private.xmlþ þþ þþ þ0þ þ1þ þST11572; ST14281; ST15176; ST20041; ST21474; ST21987; ST22676; ST24043; ST24165þ þþ þþ þþ þþ þþ þþ þþ þprivate.xmlþ þ.XMLþ þapplication/xmlþ þ þ þ211þ þ8db5aa1af9a60c837ae0c674b2111063þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24465.xmlþ þþ

þST24466þ þST24466þ þST24466þ þST24466þ þST24466þ þST24466þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/project.propertiesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.propertiesþ þ.PROPERTIESþ þtext/x-java-propertiesþ þþ þ3082þ þ9 f9128b125715f2d0ce3c5719838f106þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT RUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24466.propertiesþ þþ

þST24467þ þST24467þ þST24467þ þST24467þ þST24467þ þST24467þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/nbproject/project.xmlþ þþ þþ þ0þ þ1þ þST24454þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þproject.xmlþ þ.XMLþ þapplication/xmlþ þþ þ528þ þddbc92419aeaeb0a6d06335 3cb0365acþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA TIVES\0011\ST24467.xmlþ þþ

þST24468þ þST24468þ þST24468þ þST24468þ þST24468þ þST24468þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þ6934705648c254e9a18208f8ee741e87þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\S T24468.txtþ þTEXT\0006\ST24468.txtþ

þST24469þ þST24469þ þST24469þ þST24469þ þST24469þ þST24469þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/05/20 11þ þ00:00:00þ þ2011-07-05T00:00:00-04:00þ þ1309838400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ235þ þ031def142b9d356cd88e4ae3d9f3b669þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24469.txtþ þTEXT\0006\ST24469.txtþ

þST24470þ þST24470þ þST24470þ þST24470þ þST24470þ þST24470þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ93þ þ45bb77bed666ac490d9c6b52cc1d4849þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24470.txtþ þTEXT\0006\ST24470.txtþ

þST24471þ þST24471þ þST24471þ þST24471þ þST24471þ þST24471þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/05/2011þ þ00:00:00þ þ2011-07-05T00:00:00-04:00þ þ1309838400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ230þ þc0500cfd3079c48b9c679bffa4c330faþ þ1þ þþ þþ þþ þþ þþ þþ þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24471.txtþ þTEXT\0006\ST24471.txtþ

þST24472þ þST24472þ þST24472þ þST24472þ þST24472þ þST24472þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ104þ þ0e96c78a2e3bafc99c9ab e17958b56abþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24472.txtþ þTEXT\0006\ST24472.txtþ

þST24473þ þST24473þ þST24473þ þST24473þ þST24473þ þST24473þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ07/05/2011þ þ00:00:00þ þ2011-07-05T00:00:00-04:00þ þ1309838400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ245þ þ6efcc64ff7 ebb49c43eac327be371c20þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24473.txtþ þTEXT\0006\ST24473.txtþ

þST24474þ þST24474þ þST24474þ þST24474þ þST24474þ þST24474þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ109þ þae229c02569b97cd 2e2bb7101de2fa7bþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24474.txtþ þTEXT\0006\ST24474.txtþ

þST24475þ þST24475þ þST24475þ þST24475þ þST24475þ þST24475þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/05/2011þ þ00:00:00þ þ2011-07-05T00:00:00-04:00þ þ1309838400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ247þ þ8168d18f8f 901188c33967746b979edbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þTRUEþ þNATIVES\0011\ST24475.txtþ þTEXT\0006\ST24475.txtþ

þST24476þ þST24476þ þST24476þ þST24476þ þST24476þ þST24476þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ121þ þ1a32

173b20d309b980312c41846356ecþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFAL
SEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24476.txtþ þTEXT\0006\ST24476.txtþ
þST24477þ þST24477þ þST24477þ þST24477þ þST24477þ þST24477þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þ07/05/2011þ þ00:00:00þ þ2011-07-05T00:00:00-04:00þ þ13098384
00þ þentriesþ þ.TXTþ þtext/plainþ þþ þ257þ þaf1f734d38eabb1353f623ebd8249badþ þ1þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24477.txtþ þTEXT\0006\ST24477.txtþ
þST24478þ þST24478þ þST24478þ þST24478þ þST24478þ þST24478þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/.svn/all-wcpropsþ þþ þ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ
494þ þfd00f04c0b7bed698aa71eedc26468e5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24478.txtþ þTEXT\0006\ST24478.txtþ
þST24479þ þST24479þ þST24480þ þST24479þ þST24480þ þST24479þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/.svn/entriesþ þþ þþ þ0
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/05/2011þ þ00:00:00þ þ2011-07-05T00:00:00-04:00þ
þ1309838400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ602þ þ81571d55d8e2869e82dd47923a97926a
þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0
011\ST24479.txtþ þTEXT\0006\ST24479.txtþ
þST24481þ þST24481þ þST24488þ þST24481þ þST24488þ þST24481þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/.svn/text-base/WatchL
istController.java.svn-baseþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ
00:00:00þ þ2007-07-26T00:00:00-04:00þ þ1185422400þ þWatchListController.java.svn-bas
eþ þ.TXTþ þtext/plainþ þþ þ16390þ þb46dd79baa346d5b006796ed6f60615dþ þ8þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24481.txtþ þ
TEXT\0006\ST24481.txtþ
þST24489þ þST24489þ þST24490þ þST24489þ þST24490þ þST24489þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/.svn/text-base/WatchL
istDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST24500þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/21/
2007þ þ00:00:00þ þ2007-09-21T00:00:00-04:00þ þ1190347200þ þWatchListDescriptor.java.
svn-baseþ þ.TXTþ þtext/plainþ þ2208þ þ629f721f3f9e17a6a408c461aa114e34þ þ2þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24489.
txtþ þTEXT\0006\ST24489.txtþ
þST24491þ þST24491þ þST24498þ þST24491þ þST24498þ þST24491þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/.svn/tmp/tempfile.tmp
þ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007-07-26T00:00:
00-04:00þ þ1185422400þ þtempfile.tmpþ þ.TXTþ þtext/plainþ þþ þ17670þ þfaa7e334cfb12c16
449a18e1a9811e31þ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þ

TRUEþ þNATIVES\0011\ST24491.txtþ þTEXT\0006\ST24491.txtþ
þST24499þ þST24499þ þST24499þ þST24499þ þST24499þ þST24499þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/WatchListController.j
avaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListController.javaþ þ
.JAVAþ þtext/x-java-sourceþ þþ þ16406þ þab0901ef40d7a926cb5a91e9b4808b92þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24499.jav
aþ þþ
þST24500þ þST24500þ þST24500þ þST24500þ þST24500þ þST24500þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/WatchListDescriptor.j
avaþ þþ þþ þ0þ þ1þ þST24489þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListDescriptor.
javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2208þ þ629f721f3f9e17a6a408c461aa114e34þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST245
00.javaþ þþ
þST24501þ þST24501þ þST24501þ þST24501þ þST24501þ þST24501þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/al
l-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þt
ext/plainþ þþ þ1153þ þ1636e3024bc006c5fd0a42d129b1a9b1þ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24501.txtþ þTEXT\0006\ST2
4501.txtþ
þST24502þ þST24503þ þST24502þ þST24503þ þST24502þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/en
triesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ02/01/2011þ þ00:00:00þ þ2011-02-01T0
0:00:00-05:00þ þ1296536400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ974þ þc5e5e37d8a4b6499af
0d4c7d0219d594þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0011\ST24502.txtþ þTEXT\0006\ST24502.txtþ
þST24504þ þST24504þ þST24507þ þST24504þ þST24507þ þST24504þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/te
xt-base/WatchListNewsController.java.svn-baseþ þþ þþ þ0þ þ1þ þST24514þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þ07/26/2007þ þ00:00:00þ þ2007
-07-26T00:00:00-04:00þ þ1185422400þ þWatchListNewsController.java.svn-baseþ þ.TXTþ þ
text/plainþ þþ þ7423þ þ3a0673a85f94341df5e6329c4278e12eþ þ4þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24504.txtþ þTEXT\0006\ST
24504.txtþ
þST24508þ þST24508þ þST24508þ þST24508þ þST24508þ þST24508þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/te
xt-base/WatchListNewsDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST24515þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þ09/21/2007þ þ00:00:00þ þ2007
-09-21T00:00:00-04:00þ þ1190347200þ þWatchListNewsDescriptor.java.svn-baseþ þ.TXTþ þ

text/plainþ þþ þ761þ þ05b894b3130fef1c10c16a1643b2c5cbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24508.txtþ þTEXT\0006\ST24508.txtþ

þST24509þ þST24509þ þST24510þ þST24509þ þST24510þ þST24509þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/text-base/WatchListNewsParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST24516þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/23/2007þ þ00:00:00þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þWatchListNewsParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þ2576þ þ175b50dabc0c35b17e812762c03868f4þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24509.txtþ þTEXT\0006\ST24509.txtþ

þST24511þ þST24511þ þST24511þ þST24511þ þST24511þ þST24511þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/text-base/WatchListNewsRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24517þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/24/2007þ þ00:00:00þ þ2007-08-24T00:00:00-04:00þ þ1187928000þ þWatchListNewsRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þ807þ þ1fc9fa99a788763d68c5985df6cb09faþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24511.txtþ þTEXT\0006\ST24511.txtþ

þST24512þ þST24512þ þST24513þ þST24512þ þST24513þ þST24512þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/.svn/text-base/WatchListNewsUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST24518þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08/24/2007þ þ00:00:00þ þ2007-08-24T00:00:00-04:00þ þ1187928000þ þWatchListNewsUpdater.java.svn-baseþ þ.TXTþ þtext/plainþ þ3175þ þ2e80755261ff737ac83bed5caf488a7aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24512.txtþ þTEXT\0006\ST24512.txtþ

þST24514þ þST24514þ þST24514þ þST24514þ þST24514þ þST24514þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/WatchListNewsController.javaþ þþ þþ þ0þ þ1þ þST24504þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListNewsController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ7423þ þ3a0673a85f94341df5e6329c4278e12eþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24514.javaþ þþ

þST24515þ þST24515þ þST24515þ þST24515þ þST24515þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/WatchListNewsDescriptor.javaþ þþ þ0þ þ1þ þST24508þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListNewsDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ761þ þ05b894b3130fef1c10c16a1643b2c5cbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24515.javaþ þþ

þST24516þ þST24516þ þST24516þ þST24516þ þST24516þ þST24516þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/WatchLi
stNewsParameters.javaþ þþ þ0þ þ1þ þST24509þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWa
tchListNewsParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2576þ þ175b50dabc0c35b17
e812762c03868f4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRU
Eþ þNATIVES\0011\ST24516.javaþ þþ

þST24517þ þST24517þ þST24517þ þST24517þ þST24517þ þST24517þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/WatchLi
stNewsRowModel.javaþ þþ þþ þ0þ þ1þ þST24511þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatc
hListNewsRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ807þ þ1fc9fa99a788763d68c598
5df6cb09faþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST24517.javaþ þþ

þST24518þ þST24518þ þST24518þ þST24518þ þST24518þ þST24518þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlistnews/WatchLi
stNewsUpdater.javaþ þþ þþ þ0þ þ1þ þST24512þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatch
ListNewsUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3175þ þ2e80755261ff737ac83bed5
caf488a7aþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0011\ST24518.javaþ þþ

þST24519þ þST24519þ þST24519þ þST24519þ þST24519þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ
þtext/plainþ þþ þ1161þ þ1402b5d38ca2286fdbe1f3af785812deþ þ1þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24519.txtþ þTEXT\0006\S
T24519.txtþ

þST24520þ þST24520þ þST24522þ þST24520þ þST24522þ þST24520þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ07/05/2011þ þ00:00:00þ þ2011-07-05
T00:00:00-04:00þ þ1309838400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1027þ þ0738f31f2505ea6
d69c7a83f8023a9e7þ þ3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ
þTRUEþ þNATIVES\0011\ST24520.txtþ þTEXT\0006\ST24520.txtþ

þST24523þ þST24523þ þST24523þ þST24523þ þST24523þ þST24523þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
text-base/WatchListTradeDescriptor.java.svn-baseþ þþ þþ þ0þ þ1þ þST24539þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ09/21/2007þ þ00:00:00þ þ2007-09-21T00:00:00-04:00þ þ1190347200þ þWatc
hListTradeDescriptor.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ502þ þecb9af2666896557091
7c4133b2bc698þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRU
Eþ þNATIVES\0011\ST24523.txtþ þTEXT\0006\ST24523.txtþ

þST24524þ þST24524þ þST24527þ þST24524þ þST24527þ þST24524þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/

text-base/WatchListTradeParameters.java.svn-baseþ þþ þþ þ0þ þ1þ þST24540þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ08/23/2007þ þ00:00:00þ þ2007-08-23T00:00:00-04:00þ þ1187841600þ þWatc
hListTradeParameters.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ6597þ þe83c50524220bb54b9
b668af6fa66708þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTR
UEþ þNATIVES\0011\ST24524.txtþ þTEXT\0006\ST24524.txtþ
þST24528þ þST24528þ þST24528þ þST24528þ þST24528þ þST24528þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
text-base/WatchListTradeRowModel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24541þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þ08/24/2007þ þ00:00:00þ þ2007-08-24T00:00:00-04:00þ þ1187928000þ þWatchLi
stTradeRowModel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ844þ þc2091d5b0d45493a99ff8e3b
2a530a23þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þN
ATIVES\0011\ST24528.txtþ þTEXT\0006\ST24528.txtþ
þST24529þ þST24529þ þST24530þ þST24529þ þST24530þ þST24529þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
text-base/WatchListTradeUpdater.java.svn-baseþ þþ þþ þ0þ þ1þ þST24542þ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þ08/24/2007þ þ00:00:00þ þ2007
-08-24T00:00:00-04:00þ þ1187928000þ þWatchListTradeUpdater.java.svn-baseþ þ.TXTþ þte
xt/plainþ þþ þ2911þ þ14babe7fa7b1db95dd8c3fef713e0f40þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24529.txtþ þTEXT\0006\ST24
529.txtþ
þST24531þ þST24531þ þST24534þ þST24531þ þST24534þ þST24531þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
text-base/WLTradeController.java.svn-baseþ þþ þþ þ0þ þ1þ þST24543þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þWLTradeController.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9411þ þ199
e7b907f1cad20cca23682560d629bþ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFA
LSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24531.txtþ þTEXT\0006\ST24531.txtþ
þST24535þ þST24535þ þST24538þ þST24535þ þST24538þ þST24535þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/.svn/
tmp/tempfile.tmpþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þtempfile.tmpþ
þ.TXTþ þtext/plainþ þþ þ8458þ þ01fdae4d998f31703e9c3008dffc6986þ þ4þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24535.txtþ þTEXT
\0006\ST24535.txtþ
þST24539þ þST24539þ þST24539þ þST24539þ þST24539þ þST24539þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/Watch
ListTradeDescriptor.javaþ þþ þþ þ0þ þ1þ þST24523þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þWatchListTradeDescriptor.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ502þ þecb9af26668965
570917c4133b2bc698þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þ
TRUEþ þNATIVES\0011\ST24539.javaþ þþ
þST24540þ þST24540þ þST24540þ þST24540þ þST24540þ þST24540þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/Watch
ListTradeParameters.javaþ þþ þþ þ0þ þ1þ þST24524þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þWatchListTradeParameters.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ6597þ þe83c50524220þ
b54b9b668af6fa66708þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ
þTRUEþ þNATIVES\0011\ST24540.javaþ þþ

þST24541þ þST24541þ þST24541þ þST24541þ þST24541þ þST24541þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/Watch
ListTradeRowModel.javaþ þþ þþ þ0þ þ1þ þST24528þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þW
atchListTradeRowModel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ844þ þc2091d5b0d45493a99
ff8e3b2a530a23þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUE
þ þNATIVES\0011\ST24541.javaþ þþ

þST24542þ þST24542þ þST24542þ þST24542þ þST24542þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/Watch
ListTradeUpdater.javaþ þþ þþ þ0þ þ1þ þST24529þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWa
tchListTradeUpdater.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2911þ þ14babe7fa7b1db95dd8
c3fef713e0f40þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ
þNATIVES\0011\ST24542.javaþ þþ

þST24543þ þST24543þ þST24543þ þST24543þ þST24543þ þST24543þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/core/multiviewer/watchlist/watchlisttrades/WLTra
deController.javaþ þþ þþ þ0þ þ1þ þST24531þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLTrad
eController.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9411þ þ199e7b907f1cad20cca23682560
d629bþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVE
S\0011\ST24543.javaþ þþ

þST24544þ þST24544þ þST24544þ þST24544þ þST24544þ þST24544þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ108þ þ3fb48c7abdf34d4fd
e0986afe8a7f7aeþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT
RUEþ þNATIVES\0011\ST24544.txtþ þTEXT\0006\ST24544.txtþ

þST24545þ þST24545þ þST24545þ þST24545þ þST24545þ þST24545þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þ04/11/2011þ þ00:00:00þ þ2011-04-11T00:00:00-04:00þ þ1302494400þ þentriesþ
þ.TXTþ þtext/plainþ þþ þ248þ þ9e171b89dc76057fd1187f33a31b4e5cþ þ1þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24545.txtþ þTEXT\0
006\ST24545.txtþ

þST24546þ þST24546þ þST24546þ þST24546þ þST24546þ þST24546þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-

wcpropsþ þ.TXTþ þtext/plainþ þþ þ120þ þ9697e60fa858efe1cbdae41d2cf71f26þ þ1þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24546.tx
tþ þTEXT\0006\ST24546.txtþ

þST24547þ þST24547þ þST24547þ þST24547þ þST24547þ þST24547þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þ04/11/2011þ þ00:00:00þ þ2011-04-11T00:00:00-04:00þ þ130249440
0þ þentriesþ þ.TXTþ þtext/plainþ þþ þ258þ þ78d67d96e84cab214f366d60049154cdþ þ1þ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2454
7.txtþ þTEXT\0006\ST24547.txtþ

þST24548þ þST24548þ þST24548þ þST24548þ þST24548þ þST24548þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/all-wcpropsþ þþ þþ
þ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-
wcpropsþ þ.TXTþ þtext/plainþ þþ þ1407þ þ6aaa1a21ee5b72c280c23876b3ea5212þ þ1þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24548.t
xtþ þTEXT\0006\ST24548.txtþ

þST24549þ þST24549þ þST24552þ þST24549þ þST24552þ þST24549þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/entriesþ þþ þþ þ0þ
þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ04/11/2011þ þ00:00:00þ þ2011-04-11T00:00:00-04:00þ
þ1302494400þ þentriesþ þ.TXTþ þtext/plainþ þþ þ1380þ þd2ce983aa1997f12eb48a35edc2fd2c
4þ þ4þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\
0011\ST24549.txtþ þTEXT\0006\ST24549.txtþ

þST24553þ þST24553þ þST24553þ þST24553þ þST24553þ þST24553þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/IWatchL
istPanelListener.java.svn-baseþ þþ þþ þ0þ þ1þ þST24572þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ09/
17/2007þ þ00:00:00þ þ2007-09-17T00:00:00-04:00þ þ1190001600þ þIWatchListPanelListene
r.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ855þ þ436212f7caf65ead4e67e3088a4e07adþ þ1þ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST
24553.txtþ þTEXT\0006\ST24553.txtþ

þST24554þ þST24554þ þST24554þ þST24554þ þST24554þ þST24554þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/WatchLi
stAlertsPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST24573þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ þþ þWatchListAlertsPanel.form.svn-
baseþ þ.XMLþ þapplication/xmlþ þþ þ4372þ þff07c298bec89542c07b016908c0ae6cþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24554.x
mlþ þþ

þST24555þ þST24555þ þST24556þ þST24555þ þST24556þ þST24555þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/WatchLi
stAlertsPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24574þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ07/26/

2007þ þ00:00:00þ þ2007-07-26T00:00:00-04:00þ þ1185422400þ þWatchListAlertsPanel.java .svn-baseþ þ.TXTþ þtext/plainþ þþ þ2294þ þa34b2091f64fc6eb5f0187a752b9474cþ þ2þ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24555 .txtþ þTEXT\0006\ST24555.txtþ

þST24557þ þST24557þ þST24557þ þST24557þ þST24557þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/Watchli stOperationsPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST24575þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlistOperationsPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ2009þ þ 8c1997f20f016c00044ca36f6349dfc3þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ TRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24557.xmlþ þþ

þST24558þ þST24558þ þST24562þ þST24558þ þST24562þ þST24558þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/Watchli stOperationsPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24576þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ08 /14/2008þ þ00:00:00þ þ2008-08-14T00:00:00-04:00þ þ1218686400þ þWatchlistOperationsPa nel.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ9840þ þa1d2a37acdb785c9fe16d06e353fb743þ þ 5þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24558.txtþ þTEXT\0006\ST24558.txtþ

þST24563þ þST24563þ þST24563þ þST24563þ þST24563þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/WatchLi stPanel.form.svn-baseþ þþ þþ þ0þ þ1þ þST24577þ þþ þþ þþ þþ þþ þþ þþ þþ þWa tchListPanel.form.svn-baseþ þ.XMLþ þapplication/xmlþ þþ þ13610þ þ964000d3cc9837d63992 512781fd3212þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24563.xmlþ þþ

þST24564þ þST24564þ þST24571þ þST24564þ þST24571þ þST24564þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/.svn/text-base/WatchLi stPanel.java.svn-baseþ þþ þþ þ0þ þ1þ þST24578þ þþ þþ þþ þþ þþ þþ þþ þþ þ07/25/2007þ þ00:00:00þ þ2007-07-25T00:00:00-04:00þ þ1185336000þ þWatchListPanel.java.svn-baseþ þ .TXTþ þtext/plainþ þþ þ20381þ þd2a539e545ad55beea5192e45b9e5128þ þ8þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24564.txtþ þTEXT \0006\ST24564.txtþ

þST24572þ þST24572þ þST24572þ þST24572þ þST24572þ þST24572þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/IWatchListPanelListene r.javaþ þþ þþ þ0þ þ1þ þST24553þ þþ þþ þþ þþ þþ þþ þþ þþ þIWatchListPanelLi stener.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ855þ þ436212f7caf65ead4e67e3088a4e07adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES \0011\ST24572.javaþ þþ

þST24573þ þST24573þ þST24573þ þST24573þ þST24573þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/WatchListAlertsPanel.f

ormþ þþ þþ þ0þ þ1þ þST24554þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListAlertsPanel
.formþ þ.XMLþ þapplication/xmlþ þþ þ4372þ þff07c298bec89542c07b016908c0ae6cþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24573.
xmlþ þþ

þST24574þ þST24574þ þST24574þ þST24574þ þST24574þ þST24574þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/WatchListAlertsPanel.j
avaþ þþ þ0þ þ1þ þST24555þ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListAlertsPanel
.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2294þ þa34b2091f64fc6eb5f0187a752b9474cþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24
574.javaþ þþ

þST24575þ þST24575þ þST24575þ þST24575þ þST24575þ þST24575þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/WatchlistOperationsPan
el.formþ þþ þþ þ0þ þ1þ þST24557þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlistOperati
onsPanel.formþ þ.XMLþ þapplication/xmlþ þþ þ2009þ þ8c1997f20f016c00044ca36f6349dfc3þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24575.xmlþ þþ

þST24576þ þST24576þ þST24576þ þST24576þ þST24576þ þST24576þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/WatchlistOperationsPan
el.javaþ þþ þþ þ0þ þ1þ þST24558þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchlistOperati
onsPanel.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ9840þ þa1d2a37acdb785c9fe16d06e353fb7
43þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0
011\ST24576.javaþ þþ

þST24577þ þST24577þ þST24577þ þST24577þ þST24577þ þST24577þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/WatchListPanel.formþ þ
þ þþ þ0þ þ1þ þST24563þ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel.formþ þ.XML
þ þapplication/xmlþ þþ þ13610þ þ964000d3cc9837d63992512781fd3212þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24577.xmlþ þþ

þST24578þ þST24578þ þST24578þ þST24578þ þST24578þ þST24578þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/equityfeed/gui/multiviewer/watchlist/WatchListPanel.javaþ þ
þ þþ þ0þ þ1þ þST24564þ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListPanel.javaþ þ.JAV
Aþ þtext/x-java-sourceþ þþ þ20381þ þd2a539e545ad55beea5192e45b9e5128þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24578.javaþ þ
þ

þST24579þ þST24579þ þST24580þ þST24579þ þST24580þ þST24579þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/com/watchlist/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ1886þ þafd43413adcc53378ddeabd14
2ae702aþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNA
TIVES\0011\ST24579.txtþ þTEXT\0006\ST24579.txtþ

þST24581þ þST24581þ þST24588þ þST24581þ þST24588þ þST24581þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þ05/20/2011þ þ00:00:00þ þ2011
-05-20T00:00:00-04:00þ þ1305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ2359þ þ468c7116c
e2bd2ed8544c2a3cf33e99bþ þ8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0011\ST24581.txtþ þTEXT\0006\ST24581.txtþ
þST24589þ þST24589þ þST24589þ þST24589þ þST24589þ þST24589þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/ComboBoxItem.java.svn-baseþ þþ þþ þ0þ þ
1þ þST24621þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þComboBoxItem.java.svn-baseþ þ.TXTþ
þtext/plainþ þþ þ940þ þ1906be87257842f8261a406f20fd4e9dþ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24589.txtþ þTEXT\0006\ST
24589.txtþ
þST24590þ þST24590þ þST24590þ þST24590þ þST24590þ þST24590þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/Performer.java.svn-baseþ þþ þþ þ0þ þ1þ þ
ST24622þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPerformer.java.svn-baseþ þ.TXTþ þtext/
plainþ þþ þ681þ þb0b182c861361a08bfe2147e46141fdbþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ
 þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24590.txtþ þTEXT\0006\ST24590.txtþ
þST24591þ þST24591þ þST24593þ þST24591þ þST24593þ þST24591þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/TickerMarketSet.java.svn-baseþ þþ þþ þ0
þ þ1þ þST24636þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketSet.java.svn-baseþ þ
.TXTþ þtext/plainþ þþ þ4139þ þ667169b2a14b9b1b63d360de124245adþ þ3þ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24591.txtþ þTEXT\0
006\ST24591.txtþ
þST24594þ þST24594þ þST24595þ þST24594þ þST24595þ þST24594þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/TickerMarketUtil.java.svn-baseþ þþ þþ þ
0þ þ1þ þST24637þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTickerMarketUtil.java.svn-base
þ þ.TXTþ þtext/plainþ þþ þ2524þ þd092e6cccf0e191277d7ea792aade4a0þ þ2þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24594.txtþ þTEX
T\0006\ST24594.txtþ
þST24596þ þST24596þ þST24601þ þST24596þ þST24601þ þST24596þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WatchLists.java.svn-baseþ þþ þþ þ0þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchLists.java.svn-baseþ þ.TXTþ þtext/plain
þ þþ þ13720þ þ79c60d8e91d5a55f4da39723f9d70725þ þ6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24596.txtþ þTEXT
\0006\ST24596.txtþ
þST24602þ þST24602þ þST24605þ þST24602þ þST24605þ þST24602þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WatchListUtil.java.svn-baseþ þþ þþ þ0þ
þ1þ þST24639þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWatchListUtil.java.svn-baseþ þ.TX
Tþ þtext/plainþ þþ þ8630þ þf0413695691bdc493105bc4b056164fcþ þ4þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24602.txtþ þTEXT\000
6\ST24602.txtþ

þST24606þ þST24606þ þST24606þ þST24606þ þST24606þ þST24606þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WL.java.svn-baseþ þþ þþ þ0þ þ1þ þST24640
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWL.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ984þ
þ041c4850b806fa101261cb124aca66f0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24606.txtþ þTEXT\0006\ST24606.txtþ

þST24607þ þST24607þ þST24608þ þST24607þ þST24608þ þST24607þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WLContainer.java.svn-baseþ þþ þþ þ0þ þ1
þ þST24641þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ11/03/2007þ þ00:00:00þ þ2007-11-03T00:00:00-04
:00þ þ1194062400þ þWLContainer.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3652þ þd1b23838a
d1596d4a404da00e1712163þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0011\ST24607.txtþ þTEXT\0006\ST24607.txtþ

þST24609þ þST24609þ þST24609þ þST24609þ þST24609þ þST24609þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WLPerformer.java.svn-baseþ þþ þþ þ0þ þ1
þ þST24642þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformer.java.svn-baseþ þ.TXTþ þt
ext/plainþ þþ þ1771þ þ2c115a12ab45852b321f83fb19902888þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24609.txtþ þTEXT\0006\ST2
4609.txtþ

þST24610þ þST24610þ þST24612þ þST24610þ þST24612þ þST24610þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WLPerformerCorporate.java.svn-baseþ þþ
þþ þ0þ þ1þ þST24643þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerCorporate.java.s
vn-baseþ þ.TXTþ þtext/plainþ þþ þ4601þ þ0c36ffb7b64981eb340d4a2d7f34a7dcþ þ3þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24610.t
xtþ þTEXT\0006\ST24610.txtþ

þST24613þ þST24613þ þST24614þ þST24613þ þST24614þ þST24613þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WLPerformerIndividual.java.svn-baseþ þ
þ þþ þ0þ þ1þ þST24644þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerIndividual.jav
a.svn-baseþ þ.TXTþ þtext/plainþ þþ þ3169þ þ65e1cf222be9ee9713c818a761b60be8þ þ2þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST2461
3.txtþ þTEXT\0006\ST24613.txtþ

þST24615þ þST24615þ þST24616þ þST24615þ þST24616þ þST24615þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/.svn/text-base/WLPerformerShared.java.svn-baseþ þþ þþ
þ0þ þ1þ þST24645þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerShared.java.svn-ba

seþ þ.TXTþ þtext/plainþ þþ þ3656þ þd96aa89352159c7a55452591bcc7e82cþ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24615.txtþ þ TEXT\0006\ST24615.txtþ

þST24617þ þST24617þ þST24620þ þST24617þ þST24620þ þST24617þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/watchlist/.svn/text-base/WLPerformerUtil.java.svn-baseþ þþ þþ þ0 þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerUtil.java.svn-baseþ þ.TXTþ þ text/plainþ þþ þ8850þ þ38583331df41d44c039eff3bbd8f8a02þ þ4þ þþ þþ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24617.txtþ þTEXT\0006\ST 24617.txtþ

þST24621þ þST24621þ þST24621þ þST24621þ þST24621þ þST24621þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/watchlist/ComboBoxItem.javaþ þþ þþ þ0þ þ1þ þST24589þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þComboBoxItem.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ940þ þ190 6be87257842f8261a406f20fd4e9dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST24621.javaþ þþ

þST24622þ þST24622þ þST24622þ þST24622þ þST24622þ þST24622þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/watchlist/Performer.javaþ þþ þþ þ0þ þ1þ þST24590þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þPerformer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ681þ þb0b182c86 1361a08bfe2147e46141fdbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFA LSEþ þTRUEþ þNATIVES\0011\ST24622.javaþ þþ

þST24623þ þST24623þ þST24623þ þST24623þ þST24623þ þST24623þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/watchlist/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þ þ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ244þ þ6cbbb43940535f98e 6b773abb63473e5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þT RUEþ þNATIVES\0011\ST24623.txtþ þTEXT\0006\ST24623.txtþ

þST24624þ þST24624þ þST24624þ þST24624þ þST24624þ þST24624þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/watchlist/streamer/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011-05-20T00:00:00-04:00þ þ1305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ372þ þ7239ac02fb8c2332698190d573126f86þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24624.txtþ þTEXT\0 006\ST24624.txtþ

þST24625þ þST24625þ þST24625þ þST24625þ þST24625þ þST24625þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes

Only]/watchlist/src/watchlist/streamer/.svn/text-base/StreamWC.java.svn-baseþ þþ þþ þ0þ þ1þ þST24635þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStreamWC.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1211þ þd134fcb93f417134b7f2d0d51ecc7b9dþ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24625.txtþ þTEXT\0006\S T24625.txtþ

þST24626þ þST24626þ þST24626þ þST24626þ þST24626þ þST24626þ þþ þ/Supplemental, Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential

Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ116þ þa8ef777b4
b4d955ac53bc0db1f2d0572þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þ
FALSEþ þTRUEþ þNATIVES\0011\ST24626.txtþ þTEXT\0006\ST24626.txtþ
þST24627þ þST24627þ þST24627þ þST24627þ þST24627þ þST24627þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011-05-20T00:00:00-04:00þ þ1305864000þ þe
ntriesþ þ.TXTþ þtext/plainþ þþ þ247þ þ663cc5e19b7fe8544b6426ce4a73f2fcþ þ1þ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24627.txtþ þTEXT\0006\ST24627.txtþ
þST24628þ þST24628þ þST24628þ þST24628þ þST24628þ þST24628þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/WC/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ439þ þ3dba5
82928ee6a302e4d3159a0c5f7b5þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALS
Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST24628.txtþ þTEXT\0006\ST24628.txtþ
þST24629þ þST24629þ þST24630þ þST24629þ þST24630þ þST24629þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/WC/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þ05/20/2011þ þ00:00:00þ þ2011
-05-20T00:00:00-04:00þ þ1305864000þ þentriesþ þ.TXTþ þtext/plainþ þþ þ536þ þd0ad5b47df
6b0cb5d2e6fc0e12da02e8þ þ2þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þF
ALSEþ þTRUEþ þNATIVES\0011\ST24629.txtþ þTEXT\0006\ST24629.txtþ
þST24631þ þST24631þ þST24631þ þST24631þ þST24631þ þST24631þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/WC/.svn/text-base/StateHandlerWC.jav
a.svn-baseþ þþ þþ þþ þ0þ þ1þ þST24633þ þþ þþ þþ þþ þþ þþ þStateHandlerW
C.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1134þ þ20408d34b2f3ccbcc61db87a3439abd6þ þ1þ
þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\S
T24631.txtþ þTEXT\0006\ST24631.txtþ
þST24632þ þST24632þ þST24632þ þST24632þ þST24632þ þST24632þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/WC/.svn/text-base/StreamHandlerWC.ja
va.svn-baseþ þþ þþ þ0þ þ1þ þST24634þ þþ þþ þþ þþ þþ þþ þþ þþ þStreamHandle
rWC.java.svn-baseþ þ.TXTþ þtext/plainþ þþ þ1140þ þ05624029cf9bc301adbe49a3654272d7þ þ
1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES
\0011\ST24632.txtþ þTEXT\0006\ST24632.txtþ
þST24633þ þST24633þ þST24633þ þST24633þ þST24633þ þST24633þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/WC/StateHandlerWC.javaþ þþ þþ þ0þ þ1þ
þST24631þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þStateHandlerWC.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ1134þ þ20408d34b2f3ccbcc61db87a3439abd6þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ

þ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24633.javaþ þþ
þST24634þ þST24634þ þST24634þ þST24634þ þST24634þ þST24634þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/handler/WC/StreamHandlerWC.javaþ þþ þþ þ0þ þ1
þ þST24632þ þþ þþ þþ þþ þþ þþ þþ þStreamHandlerWC.javaþ þ.JAVAþ þtext/
x-java-sourceþ þþ þ1140þ þ05624029cf9bc301adbe49a3654272d7þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24634.javaþ þþ
þST24635þ þST24635þ þST24635þ þST24635þ þST24635þ þST24635þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/streamer/StreamWC.javaþ þþ þþ þ0þ þ1þ þST24625þ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þStreamWC.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1211þ þd
134fcb93f417134b7f2d0d51ecc7b9dþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þT
RUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24635.javaþ þþ
þST24636þ þST24636þ þST24636þ þST24636þ þST24636þ þST24636þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/TickerMarketSet.javaþ þþ þþ þ0þ þ1þ þST24591þ þþ þþ þþ
þþ þþ þþ þþ þþ þþ þþ þTickerMarketSet.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ413
9þ þ667169b2a14b9b1b63d360de124245adþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24636.javaþ þþ
þST24637þ þST24637þ þST24637þ þST24637þ þST24637þ þST24637þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/TickerMarketUtil.javaþ þþ þþ þ0þ þ1þ þST24594þ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þTickerMarketUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ2
524þ þd092e6cccf0e191277d7ea792aade4a0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24637.javaþ þþ
þST24638þ þST24638þ þST24638þ þST24638þ þST24638þ þST24638þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WatchLists.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þWatchLists.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ14546þ þ92f7d146aa53
d661d1c6be4bfefa7efbþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSE
þ þTRUEþ þNATIVES\0011\ST24638.javaþ þþ
þST24639þ þST24639þ þST24639þ þST24639þ þST24639þ þST24639þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WatchListUtil.javaþ þþ þþ þ0þ þ1þ þST24602þ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þWatchListUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8630þ þ
f0413695691bdc493105bc4b056164fcþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
TRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24639.javaþ þþ
þST24640þ þST24640þ þST24640þ þST24640þ þST24640þ þST24640þ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WL.javaþ þþ þþ þ0þ þ1þ þST24606þ þþ þþ þþ þþ þþ þþ þþ
þþ þþ þþ þþ þþ þWL.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ984þ þ041c4850b806fa101261cb1
24aca66f0þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNA
TIVES\0011\ST24640.javaþ þþ

þST24641þ þST24641þ þST24641þ þST24641þ þST24641þ þST24641þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WLContainer.javaþ þþ þþ þ0þ þ1þ þST24607þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þWLContainer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ3652þ þd1b2
3838ad1596d4a404da00e1712163þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0011\ST24641.javaþ þþ
þST24642þ þST24642þ þST24642þ þST24642þ þST24642þ þST24642þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WLPerformer.javaþ þþ þþ þ0þ þ1þ þST24609þ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformer.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ1771þ þ2c11
5a12ab45852b321f83fb19902888þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRUE
þ þFALSEþ þTRUEþ þNATIVES\0011\ST24642.javaþ þþ
þST24643þ þST24643þ þST24643þ þST24643þ þST24643þ þST24643þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WLPerformerCorporate.javaþ þþ þþ þ0þ þ1þ þST24610þ þþ þþ
 þþ þþ þþ þþ þþ þþ þþ þþ þWLPerformerCorporate.javaþ þ.JAVAþ þtext/x-
java-sourceþ þþ þ4601þ þ0c36ffb7b64981eb340d4a2d7f34a7dcþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24643.javaþ þþ
þST24644þ þST24644þ þST24644þ þST24644þ þST24644þ þST24644þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WLPerformerIndividual.javaþ þþ þþ þ0þ þ1þ þST24613þ þþ þ
þ þþ þþ þþ þþ þþ þþ þWLPerformerIndividual.javaþ þ.JAVAþ þtext/x-java-so
urceþ þþ þ3169þ þ65e1cf222be9ee9713c818a761b60be8þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þþ þþ þþ þþ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24644.javaþ þþ
þST24645þ þST24645þ þST24645þ þST24645þ þST24645þ þST24645þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WLPerformerShared.javaþ þþ þþ þ0þ þ1þ þST24615þ þþ þþ þþ
þ3656þ þd96aa89352159c7a55452591bcc7e82cþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þTRUEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24645.javaþ þþ
þST24646þ þST24646þ þST24646þ þST24646þ þST24646þ þST24646þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/src/watchlist/WLPerformerUtil.javaþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þþ þþ þþ þþ þWLPerformerUtil.javaþ þ.JAVAþ þtext/x-java-sourceþ þþ þ8833þ þ59d
3bdd914b980faef00923d634e86a1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þTRU
Eþ þFALSEþ þTRUEþ þNATIVES\0011\ST24646.javaþ þþ
þST24647þ þST24647þ þST24647þ þST24647þ þST24647þ þST24647þ þþ þ/Supplemental,
Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential
Computer Code; Highly Confidential Attorneys Eyes
Only]/watchlist/test/.svn/all-wcpropsþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ
þ þþ þþ þall-wcpropsþ þ.TXTþ þtext/plainþ þþ þ89þ þ00cc1a3bbd656cddcc4e8bea0ae8bdafþ þ1
þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\
ST24647.txtþ þTEXT\0006\ST24647.txtþ
þST24648þ þST24648þ þST24648þ þST24648þ þST24648þ þST24648þ þþ þ/Supplemental,

Algorithmic (Provenance, Non-Binary) Object Code [Confidential; Highly Confidential Computer Code; Highly Confidential Attorneys Eyes Only]/watchlist/test/.svn/entriesþ þþ þþ þ0þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þ05/13/2010þ þ00:00:00þ þ2010-05-13T00:00:00-04:00þ þ1273723200þ þentriesþ þ.TXTþ þtext/plain þ þþ þ160þ þ20f88be427ae43568b14b5ee44adf1f4þ þ1þ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þþ þFALSEþ þFALSEþ þTRUEþ þNATIVES\0011\ST24648.txtþ þTEXT\0006\ST24648.txtþ